MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) ) ) | MDL Docket No. 875 |

## MOTION TO VACATE THE CONDITIONAL
## TRANSFER ORDER

PLEADING NO. 5124

OFFICIAL FILE COPY

IMAGED AUG  6 2007

00097719.WPD

1.    Salvatore[1] and Phyllis Gitto ("Gitto" or "Plaintiffs") are plaintiffs in the action *Gitto v. A.W. Chesterton Co., et al.*, Civil Action No. 07 CV 4771 (DC) (S.D.N.Y.) ("the Gitto Action").

2.    The Gitto Action was identified as a "tag-along case" in the schedule of district court civil actions subject to Conditional Transfer Order (CTO-281) issued by the Judicial Panel on Multidistrict Litigation ("Panel") on June 22, 2007.

3.    Plaintiffs hereby move the Panel to vacate the above-referenced Conditional Transfer Order as it applies to the Gitto Action on the grounds that such action does not meet the required criteria for transfer and consolidation set forth in 28 U.S.C. § 1407.

4.    Plaintiffs have filed a Motion to Remand the Gitto Action to Supreme Court of the State of New York, County of New York before the Honorable Denny Chin in the United States District Court for the Southern District of New York.

5.    Judge Chin has issued a Scheduling Order under which Plaintiffs will be filing their Reply Memorandum in Support of the Motion to Remand on August 3, 2007.

6.    Pursuant to Judge Chin's Scheduling Order, Eaton Hydraulics, Inc., formerly known as Vickers, Incorporated ("Vickers"), the sole removing party, and a defendant in the Gitto Action, filed its Memorandum In Opposition to the Motion to Remand on June 5, 2007.

7.    Judge Chin had previously denied Vickers' Motion to Stay the briefing on the Motion to Remand pending resolution of this Conditional Transfer Order.

8.    The sole basis for Vickers' removal of the Gitto Action is federal officer removal under 28 U.S.C. § 1442.

9.    As described more fully in the attached Memorandum, Vickers is unable to meet its burden to show that removal is appropriate under 28 U.S.C. § 1442.

10.   Upon remand of the Gitto Action, the case will be become a part of the mature consolidated asbestos proceedings pending in the Supreme Court

---

[1]Salvatore Gitto died on July 3, 2007.

of the State of New York County of New York under the caption "In Re New York City Asbestos Litigation."

10. Pursuant to Panel Rule 1.5, the pendency of a CTO "does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court."

11. A ruling from the United States District Court for the Southern District of New York will likely occur prior to the time when the Panel will rule on this Motion to Vacate the Conditional Transfer Order.

11. Accordingly, transfer of the Gitto Action will result in inefficiencies and does not fulfill the purpose of 28 U.S.C. § 1407 as a Motion to Remand the Gitto Action will be fully briefed before the Transferor Court as of the date of filing of this Motion.

12. This Motion is based on the attached Brief ("Memorandum") in support thereof, the attached Exhibits and upon such further documentary and oral evidence as may be presented in any hearing on this matter.

WHEREFORE, Plaintiffs respectfully request that the Panel:

A. Vacate the Conditional Transfer Order as it applies to the Gitto Action;

B. Grant such other relief deemed just and appropriate.

Dated: August 2, 2007

Respectfully submitted,

LEVY PHILLIPS & KONIGSBERG, LLP
*Attorneys for* Plaintiff

Erik L. Shawn
Jerome H. Block
800 Third Avenue, 13th Floor
New York, New York  10022
(212) 605-6200
(212) 605-6290 (fax)

00097719.WPD

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY | ) | |
| LITIGATION (No. VI) | ) | MDL Docket No. 875 |
| | ) | |
| | ) | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION
## TO VACATE THE CONDITIONAL TRANSFER ORDER



## TABLE OF CONTENTS

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    I.     The Gitto Action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    II.    Procedural History With Respect to the JPML . . . . . . . . . . . . . . . . . . . . . . . . . 2

LEGAL ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    I.     The Just and Efficient Conduct of the Gitto Action Will Not Be
         Served By Transfer to MDL-875 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

        A.    The Gitto Action Belongs In State Court as There is
            No Basis For Federal Officer Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

            1.    Vickers Cannot Meet its Heavy
                 Burden to Establish that it Has
                 Satisfied the Requirements For
                 Federal Officer Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

            2.    The Clear Majority of Authority
                 Supports Remand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

            3.    The Moore Declaration and Attached
                 Documents Show That Vickers Was,
                 in Fact, Violating Naval
                   Specifications When it Failed to
                   Warn of the Hazards of Asbestos . . . . . . . . . . . . . . . . . . . . . . . . . 7

            4.    The Horne, Wardwell and Lehman
                   Declarations Submitted By Vickers
                 Are Unreliable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

        B.    The Panel Rules and Case Law Support the
            Adjudication of Remand Motions By the Transferor
            Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    II.    The Convenience of the Parties Would Not Be Served By Transfer . . . . . . . . . . 14

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

## TABLE OF AUTHORITIES

### CASES

*Bakalis v. Crossland Sav. Bank*, 781 F. Supp. 140 (E.D.N.Y. 1991) . . . . . . . . . . . . . . . . 6

*Faulk v. Owens-Corning Fiberglass Corp.*, 48 F. Supp. 2d 653 (E.D.Tex. 1999) . . . . . . 7

*Freiberg v. Swinterton & Walberg Property Services, Inc., et al.*, 245 F. Supp.
2d 1144 (D. Colo. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Good v. Armstrong World Industrial, Inc.*, 914 F. Supp. 1125 (E.D.Pa. 1996) . . . . . 4, 5, 6

*In re Highway Acc. Near Rockville, Connecticut, on December 30, 1972*, 388
F. Supp. 574 (JPML 1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Hilbert v. Aeroquip, Inc.*, 486 F. Supp. 2d 135 (D. Mass. 2007) . . . . . . . . . . . . . . . . . . . 12

*Hilbert v. Aeroquip, Inc.*, Civ. No. 07-10205-NG, 2007 U.S. Dist. LEXIS 29597
(D. Mass. March 15, 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Hilbert v. Aeroquip, Inc., et al.*, Civil Action No. 07-10205-NG, 2007 WL 11 86041, *5
(April 12, 2007 D. Mass) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation v.
Atlantic Richfield Company, et al.*, Nos. 04-5974-cv(L), 04-6056-cv(CON), 2007
WL 1500338 (2d Cir. May 24, 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

*Nguyen v. Allied Signal, Inc.*, No. C 98-03616 SI, 1998 U.S. Dist. LEXIS 15517
(N.D.Cal. September 28, 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Nielson v. George Diamand Vogel Paint Co.*, 892 F.2d 1450 (9th Cir. 1989) . . . . . . . . . 7

*Overly v. Raybestos-Manhattan*, No. C-96-2853 SI, 1996 U.S. Dist. LEXIS 13535
(N.D. Cal. September 6, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Snell v. Bell Helicopter*, 107 F.3d 744 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Snowdon v. A.W. Chesterton Co.*, 366 F. Supp. 2d 157 (D. Me. 2005) . . . . . . . . . . . . . 12

*Somlyo v. J Lu-Rob Enterprises, Inc.*, 932 F.2d 1043 (2d Cir. 1991) . . . . . . . . . . . . . . . 4

*Syngenta Crop Prto., Inc. v. Henson*, 537 U.S. 28 (2002) . . . . . . . . . . . . . . . . . . . . . . . . 4

*In re Tobacco/Governmental Health Care Costs Litigation*, 76 F. Supp. 2d 5
(D.D.C. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Vanouwerk v. Owens-Corning Fiberglass Corp.*, No. 1:99 CV 179 TH, 1999
WL. 335960 (E.D.Tex. May 26, 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Westmiller v. I.M.O. Industries, Inc.*, Case No., C05-945RSM, 2005 WL 2850334 *1
(W.D. Wash. October 20, 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

## STATUTES

A. Miller & E. Cooper, Federal Practice and Procedure, § 3863 at 535 (1986) . . . . . . . . 4

28 U.S.C. § 1407 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 13

28 U.S.C. § 1442 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 4

Rule 1.5 of the Judicial Panel on Multi-district Ligitation, 181 F.R.D. 1 (1998) . . . . . . 13

Plaintiffs, Salvatore[1] and Phyllis Gitto ("Gitto" or "Plaintiffs"), submit this Memorandum of Law in Support of the Motion to Vacate the Conditional Transfer Order with respect to their lawsuit, *Gitto v. A.W. Chesterton Co., Inc., et al.*, Civil Action No. 07 CV 4771 (DC) (S.D.N.Y. 2007) ("Gitto Action").  The Judicial Panel on Multidistrict Litigation ("Panel" or "JPML") should vacate the Conditional Transfer Order because transfer to MDL No. 875 of this action, involving exclusively a single state law claim for failure to warn of the dangers of asbestos, will benefit neither the parties nor the judicial system in light of Plaintiffs' Motion to Remand the Gitto Action to its proper venue, the Supreme Court of the State of New York, County of New York currently pending before the United States District Court for the Southern District of New York.

## BACKGROUND

**I.**      **The Gitto Action**

Plaintiffs filed their personal injury complaint against a series of defendants on April 13, 2007 in the Supreme Court of the State of New York, County of New York related to personal injuries sustained by Salvatore Gitto ("Mr. Gitto") due to his exposure to asbestos while working in the Brooklyn, New York Naval Yard in the 1950s and 1960s.[2]  Pursuant to the well-established procedures of the consolidated New York City asbestos litigation, In re New York City Asbestos Litigation, Supreme Court of the State of New York, County of New York Index

---

[1]Plaintiffs allege that Salvatore Gitto died of asbestos related mesothelioma on July 3, 2007.  Ms. Gitto is continuing this lawsuit on behalf of herself and her late husband's estate.

[2]In this action, Plaintiffs initially filed the New York Asbestos Litigation Standard Complaint No. 1 [Exhibit A.]  Plaintiffs later filed a Second Amended Complaint alleging solely a state law claim for failure to warn of the dangers of asbestos [Exhibit B.]

No. 4000 ("NYCAL"), Plaintiffs served their Answers to Defendants' Fourth Amended Standard Set of Interrogatories and Requests for Production of Documents ("Plaintiffs' Discovery Responses") on May 7, 2007.

During depositions on May 16, 2007 and June 7, 2007, Mr. Gitto testified that he was exposed to asbestos from Vickers pumps and/or valves while serving aboard United States Navy ships from 1951 to 1952 and 1954 to 1966 in the Brooklyn Navy Yard. [Gitto Deposition May 16, 2007, 269-270; June 7, 2007, 356:11-359:12, 364:10-374:04, 375:13-378:08 [Exhibit C.]] On June 5, 2007, Vickers filed a Notice of Removal pursuant to 28 U.S.C. § 1442 (federal officer removal). On June 13, 2007, Plaintiffs submitted a pre-motion conference letter, requesting that the Court accept the letter in lieu of a formal motion to remand and grant expedited treatment to the application ("Motion to Remand")[Exhibit D.] On July 6, 2007, Vickers filed a Memorandum In Opposition to Plaintiffs' Motion to Remand [Exhibit E.] Pursuant to an Order of this Court dated July 10, 2007, Plaintiffs were given until August 3, 2007 to file a Reply Memorandum in support of their Motion to Remand.[3]

## II.   Procedural History With Respect To The JPML

On June 5, 2007, the Clerk of the Panel was notified by Vickers that the Gitto Action was a potential tag-along action, which, according to Vickers, was subject to transfer to the United States District Court for the Eastern District of Pennsylvania, the transferee court for MDL-875, In Re Asbestos Products Liability Litigation (No. VI). The Panel issued a Conditional Transfer Order to MDL-875 with respect to the Gitto Action on June 22, 2007. On June 29,

---

[3]The Court should take note of the fact that no other defendant in this action has filed an opposition to Plaintiffs' Motion to Remand.

2007, Plaintiffs filed A Notice of Opposition to Conditional Transfer Order (CTO-281) ("CTO")

with the Panel.  Thereafter, Vickers requested that the Honorable Denny Chin ("Judge Chin"),

the transferor court judge, stay the Motion to Remand and the briefing schedule on the Motion to

Remand pending resolution of the CTO.  Judge Chin declined this request.  Judge Chin

established a briefing schedule on the Motion to Remand whereby separate defendants could file

papers concerning the remand issue by July 23, 2007 and Plaintiffs were to file their reply papers

in support of the Motion to Remand by August 3, 2007.  No other defendants chose to file any

additional papers by the July 23, 2007 date.  Plaintiffs are filing their Reply Memorandum in

Support of Plaintiffs Motion for Remand on August 3, 2007.[4]

## LEGAL ARGUMENT

The conditional transfer of the Gitto Action should be vacated because transfer

would not further the just and efficient conduct of the litigation, or serve the convenience of the

parties.  The statutory factors considered by the Panel in deciding whether to uphold the

conditional transfer of an alleged tag-along action are: (1) whether there are common questions

of fact between the alleged tag-along action and existing MDL cases; (2) whether transfer would

serve the convenience of the parties and witnesses; and (3) whether transfer would serve the just

and efficient conduct of the actions.  28 U.S.C. § 1407; JPML Rule 1.1.  The Panel has held that

all three criteria must be met to justify transfer and that the third criterion is the "most

important." *In re Tobacco/Governmental Health Care Costs Litig.*, 76 F.Supp. 2d 5 (D.D.C.

---

[4]Because both Plaintiffs' Memorandum in Support of the Motion to Vacate the
Conditional Transfer Order and Plaintiffs' Reply Memorandum in Support of Plaintiffs Motion
for Remand are due in the respective Courts on the same day, Plaintiffs are unable to attach a
copy of their Reply Memorandum to be filed in the United States District Court for the Southern
District of New York on August 3, 2007 to this Memorandum.

1999)(*citing* 15 C. Wright, A. Miller & E. Cooper, Federal Practice and Procedure, § 3863 at 535

(1986); *In re Highway Acc. Near Rockville, Connecticut, on December 30, 1972*, 388 F. Supp.

574, 575 (JPML 1975).

## I.    The Just and Efficient Conduct of the Gitto Action Will Not Be Served By Transfer to MDL-875

It cannot be said that the just and efficient conduct of the Gitto Action will be

served by transfer to MDL-875.  The main reason for this is that the alleged basis for the federal

court's subject matter jurisdiction, federal officer removal, does not support federal jurisdiction

here.  As described in greater detail below, Vickers cannot make its required showing that it was

acting under the requisite control of the Navy when it failed to warn of the hazards of asbestos.

Thus, there is no basis for the Gitto Action to be in federal court.

### A.    The Gitto Action Belongs In State Court as There Is No Basis For Federal Officer Removal

It is well established that where removal to the federal courts is sought under the

mechanism used here, 28 U.S.C. § 1442, it is Vickers, not Plaintiffs, that bears the heavy burden

of showing that federal subject matter jurisdiction exists.  *See Syngenta Crop Prto., Inc. v.*

*Henson*, 537 U.S. 28, 32 (2002) ("statutory procedures for removal are to be strictly construed").

All doubts regarding the appropriateness of removal should be resolved in favor of the Plaintiffs.

*Somlyo v. J Lu-Rob Enters., Inc.,* 932 F.2d 1043, 1045-46 (2d Cir. 1991).[5]

---

[5]The rationale behind a strict interpretation of federal officer removal in the context of government contractors, like Vickers, which did business with the United States military, and are subject to potential decades old asbestos liability, was explained in *Good v. Armstrong World Indus., Inc.,* 914 F.Supp. 1125 (E.D.Pa. 1996) where the court rejected a former government contractor's attempt to remove an asbestos personal injury lawsuit asserting solely state law causes of action, despite the fact that a potential federal defense might be available.  The court stated:  "[w]hen enacting the federal officer removal statute, Congress sought to distinguish

1.  **Vickers Cannot Meet Its Heavy Burden To Establish That It Has Satisfied The Requirements For Federal Officer Removal**

The Second Circuit in *In re Methyl Tertiary Butyl Ether ("MTBE") Products*

*Liability Litigation v. Atlantic Richfield Company, et al.*, Nos. 04-5974-cv(L), 04-6056-cv(CON),

2007 WL 1500338 (2d Cir. May 24, 2007) stated as follows:

> A defendant who is not a federal officer or agency [like Vickers]
> must satisfy three elements to have a suit against it removed
> under this statute.  First, it must show that it is a "person"
> within the meaning of the statute.  Second, it must establish
> that it was "acting under" a federal officer, which subsumes
> the existence of a "'causal connection' between the charged
> conduct and asserted official authority."  Finally, the defendant
> must raise a colorable federal defense.

*MTBE*, 2007 WL 1500338 *11.[6]  Although the district court had previously treated the issues of

"acting under a federal officer" and the "causal connection between the conduct in question and

the federal direction" as separate issues, the Second Circuit in *MTBE* held that they should be

combined into a single requirement of whether "'the acts that form the basis for the state civil or

criminal suit were performed pursuant to an officer's direct orders or to comprehensive and

detailed regulations.'" *Id.* (*quoting Ryan v. Dow Chem. Co.*, 781 F.Supp. 934, 946 (E.D.N.Y.

1992)).

Neither participation in an industry which falls under the guise of broad federal

---

lawsuits on the basis of their susceptibility to state court manipulation." *Good*, 914 F.Supp. at
1131.  The *Good* court held that with respect to asbestos exposure personal injury actions related
to conduct dating back more than thirty years, and with regard to a product that is no longer used
by government contractors, there was no policy reason supporting removal and no threat of such
state court manipulation requiring the case to stay in federal court.  *Id.*

[6]Plaintiffs do not dispute that Vickers is a "person" within the meaning of the statute.

guidelines, nor where the "acts complained of were performed under the 'general auspices' of a

federal officer" is enough to establish a basis for removal. *Id.* (*quoting Ryan* at 947), *see also*

*Bakalis v. Crossland Sav. Bank*, 781 F.Supp. 140, 145 (E.D.N.Y. 1991) (describing the need for

some government intervention or control, other than that contemplated by a generally applicable

regulatory scheme, as "regulation plus"); *Good*, 914 F.Supp. at 1129 ("removal must be

predicated upon a showing that the acts forming the basis of the state suit were performed

pursuant to an officer's direct orders or comprehensive and detailed regulations").

Here, there has been no evidence presented by Vickers that it was acting under the

direct order of a federal officer when it failed to warn of the asbestos that injured Mr. Gitto.  In

fact, as set forth below, the specifications at issue actually required Vickers to warn of the

hazards of asbestos.[7]

## 2.    The Clear Majority of Authority Supports Remand

The decision in *MTBE* is consistent with the majority of authority that removing

defendants cannot establish the causal connection to a plaintiff's failure to warn claim in the

absence of showing that a federal officer or comprehensive and uncontroverted federal

---

[7]Vickers attempts to distinguish *MTBE*, which was a reversal of the Honorable United States District Judge Shira Scheindlin's ("Judge Scheindlin") district court opinion, by describing it as a "regulatory case." The fact that *MTBE* dealt with regulations enacted by a federal regulatory agency of cabinet rank, the Environmental Protection Agency, rather than the types of specifications at issue in this case and in *Nesbiet*, another Judge Scheindlin opinion, if anything, lends further support to the argument that remand is appropriate here.  There is no exact specification to which Vickers can unambiguously direct the district court that exhibits the clear intent of the Navy to reject requests from Naval contractors to place warnings about the hazards of asbestos either through the use of a label on its equipment, in its product manuals or elsewhere.  In *MTBE*, the defendants had acted in complete compliance with the detailed federal regulations meant to specifically direct the conduct of the applicable industry which used the MTBE additive.  This was a far more comprehensive and unambiguous authority than the narrowly read "specifications" relied on by Vickers.

regulations specifically prohibited the defendant from issuing a warning. [*See* Plaintiffs' June 13, 2007 Letter to Judge Chin at 3. [Exhibit E]; *see also Faulk v. Owens-Corning Fiberglass Corp.*, 48 F.Supp. 2d 653, 663 (E.D.Tex. 1999) ([t]he federal officer's silence is fatal to the 'causal nexus' necessary for the second prong); *Nguyen v. Allied Signal, Inc.*, No. C 98-03616 SI, 1998 U.S. Dist. LEXIS 15517 (N.D.Cal. September 28, 1998)(defendants "do not show federal direction of their activities with regard to warnings attached to asbestos products"); *Overly v. Raybestos-Manhattan*, No. C-96-2853 SI, 1996 U.S. Dist. LEXIS 13535 (N.D. Cal. September 6, 1996) (defendant did not demonstrate that the government provided "reasonably precise specifications" affecting defendant's provision of warnings)(*quoting Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988)).[8]

> **3.    The Moore Declaration and Attached Documents Show That Vickers Was, In Fact, Violating Naval Specifications When It Failed to Warn of the Hazards of Asbestos**

Contrary to the assertions of Defendant's Declarants, the Navy did not directly prohibit Vickers from providing warnings with respect to asbestos.  As set forth in the Declaration of Captain Arnold P. Moore ("Moore Declaration" or "Mr. Moore") and the attached exhibits [Exhibit F], the Navy, at no time, specifically forbid contractors from providing warnings with regard to hazardous materials such as asbestos.  In fact, the specifications relied

---

[8]Outside of the asbestos context, courts have repeatedly held that removal to federal courts is not appropriate when the underlying claim is failure to warn.  *See Snell v. Bell Helicopter*, 107 F.3d 744, 749 (9th Cir. 1997)("Bell has shown neither that the government considered the appropriate warnings, if any, that should accompany the product [citation omitted], nor that it approved reasonably precise specifications constraining Bell's ability to comply with whatever duty it may have had."); *Nielson v. George Diamand Vogel Paint Co.*, 892 F.2d 1450 (9th Cir. 1989)("the defendants have never pointed to any mandatory specification in a paint contract that... precludes the inclusion of additional warnings").

upon by Vickers required it to provide warnings to individuals, such as Mr. Gitto.[9]

In his Declaration, Mr. Moore stated that, based on his 26 years of experience as a Naval Officer and 27 years of experience as a Naval Architect and Marine Engineer as well as his extensive review of Navy specifications and standards from the 1950s and 1960s, Naval specifications and standards actually required equipment manufacturers and other vendors providing equipment to the Navy to provide warnings concerning hazards associated with their products. Mr. Moore stated that the Navy "relied heavily upon its manufacturers and vendors to identify hazards associated with their products." [Moore Declaration ¶ 11.]

Mr. Moore cites to the military specifications from the exact time period at issue in this case, and the exact specifications relied upon by Vickers and which directly contradicts the testimony of Vickers' three Declarants: Horne, Wardwell and Lehman [Exhibits 13-16 to the Moore Declaration.] Attached as Exhibit 2 to the Moore Declaration is a military specification, MIL-B-15071A (SHIPS) dated October 20, 1952 which details the Navy's requirements concerning the contents of technical manuals for electrical and mechanical equipment. Mr. Moore states that Sections 3.4.1.1 and 3.5.1.1 specifically require a safety notice for "special hazards" involved with the product. [Moore Declaration ¶ 12.] Mr. Moore states that Section 3.5.5 specifically directs that two copies of manuals be shipped along with each unit of

---

[9]In this Memorandum, Plaintiffs cite to numerous military specifications referenced in the Moore Declaration. Plaintiffs cite to these specifications as support for their argument that the relevant military specifications with regard to the Motion to Remand support the concept that Vickers, in fact, was required to provide warnings regarding the hazards of asbestos exposure. However, because of space constraints, Plaintiffs are not able to reference each and every supporting specification. Plaintiffs also rely on the full text of Mr. Moore' Declaration for that purpose. Furthermore, for the Panel's convenience, the Exhibits to the Moore Declaration are numbered as contrasted with the Exhibits to this Memorandum which are lettered.

equipment.

Attached as Exhibit 3 to the Moore Declaration, which is also Exhibit 2 to the Horne Declaration, is a later version, 1954 to be precise, of the August 16, 1954 edition of the military specification MIL-T-15071B (SHIPS).  Mr. Moore states that Section 3.2 not only requires shipping two copies of the manual referenced in Exhibit 2 to the Moore Declaration, but also provides for distribution throughout the Navy, including two copies to each Naval shipyard.

Exhibit 5 to the Moore Declaration is military specification MIL-M-15071D (SHIPS) dated June 6, 1961.  Mr. Moore directs the Court to Section 1.1 which states: "[t]he intent is to accept the manufacturer's commercial type of manual or one prepared in accordance with his commercial practice whenever it is roughly equivalent to the detail requirements included herein."  Mr. Moore declares that this statement "clearly indicates that the United States Government intention at this time was to accept commercial practice which are governed by state law." [Moore Declaration ¶ 15.] Mr. Moore further directs the Court to Sections 3.1.7 (requires instructions for precautions during equipment installation), 3.1.9 (requires safety precautions for operating instructions) and 3.1.10.1 (requires that instructions stress the importance of properly maintaining safety devices to prevent damage to equipment or injury to personnel).  According to Mr. Moore, each of these specifications further evidences that it was the Navy's intention that a Naval contractor, such as Vickers, provide specific warnings regarding the hazards associated with asbestos. [Moore Declaration ¶ 15.]

The Uniform Labeling Program, Exhibit 9 to the Moore Declaration, dated September 24, 1956, documents Navy requirements that manufacturers provide warnings concerning hazardous materials such as asbestos.  Paragraph 1.c of enclosure (3) to the document

provides the Navy definition for a Class III Toxic hazard as "[a]ny industrial or military material

which may give off a harmful vapor, dust, fume, or mist during handling or operations. The

injurious effect may arise from one exposure (acute) or from repeated exposures over a

prolonged period (chronic). The mode of entry into the body may be ingestion, inhalation or

absorption through the skin." Paragraph 2 of the main body of the document states that "[t]his

instruction applies to the labeling of all hazardous materials throughout the Naval Establishment

wherever distribution of hazardous chemicals and materials is made to the actual consumer

(shop, office or unit). It applies to materials received from any supply source, provided the

material is intended for ultimate use at the local activity." Mr. Moore concludes that "taken

together these two paragraphs clearly apply to asbestos containing material delivered to a Naval

Shipyard for installation aboard a Naval ship." [Moore Declaration ¶ 19.]

   In Moore Declaration Paragraphs 23-28, Mr. Moore specifically addresses the

conclusions of Vickers' Declarants: Mr. Horne, Mr. Wardwell and Mr. Lehman. In Paragraph 24

of his Declaration, Mr. Moore states that the statement of both Mr. Wardwell and Mr. Horne that:

"Eaton would not have been permitted, under the detailed Navy specifications, associated

regulations, and procedures to affix any type of warning or caution statement regarding asbestos

to the equipment intended for installation onto a Navy vessel, other than those required by the

Navy" is flatly wrong. Mr. Moore points out that the Navy required that safety notices for

hazards be included in equipment technical manuals and that the manuals be packed with each

unit of equipment. [Moore Declaration ¶ 23.] Mr. Moore further points out that no

documentation has been presented that Vickers placed the required warnings in its technical

manuals or, had it, that the Navy would have directed their removal. [Moore Declaration ¶ 25.]

Mr. Moore also directly contradicts the statement made by Mr. Lehman, and repeated by Mr., Horne and Mr. Wardwell, that "[i]ndeed any warnings such as asbestos hazards were prescribed and proscribed by the U.S. Navy." Mr. Moore states that "a review of the documentation that governed the preparation of technical manuals in the 1950s and 1960s indicates that this documentation does not prescribe or proscribe any specific warnings but rather assigns the task of identifying warnings to equipment manufacturers. [Moore Declaration ¶ 26.]

In Paragraph 28 of his Declaration, Mr. Moore concludes by discounting the three chief points of the Horne, Wardwell and Lehman Declarations. Mr. Moore states that "manufactures were required to include hazard warnings and safety precautions in their equipment technical manuals and were required to pack two copies of this manual 'with each unit of equipment.' MIL-M-15071D (SHIPS) even states that these manuals 'shall be so placed that they are readily accessible prior to removing the equipment.'" Mr. Moore further concludes that the Exhibits to his Declaration show that there is no basis for the presumption that because the Navy had review and approval authority for technical manuals it would have "prohibited and proscribed" an equipment manufacturer from including asbestos warnings in its equipment manuals. Mr. Moore states that the Navy "places the requirement upon equipment vendors to identify hazards and safety precautions required for their equipment and to provide appropriate warnings and cautions for the equipment." Third, Mr. Moore states "that there are no regulations or documentation that I have reviewed or that have been presented by Horne, Wardwell or Lehman that would suggest that the Navy would have prevented any equipment manufacturer from warning about asbestos hazards. [Moore Declaration ¶ 28.]

00097716.WPD                                    11

### 4. The Horne, Wardwell and Lehman Declarations Submitted By Vickers Are Unreliable

Plaintiffs also challenge the legal sufficiency of the Horne, Wardwell and Lehman Declarations and are moving to strike these Declarations as part of their Motion to Remand. The Moore Declaration makes clear that Vickers' Declarants make numerous statements which are not supported by the actual text of the military specifications relied upon by Vickers in arguing that federal officer removal is appropriate here. Furthermore, the Vickers Declarants make wholly unsupported conclusions in their Declarations as well. [Moore Declaration ¶¶ 12-28.] The use of such unsupported, and easily contradicted, statements, by each of the Vickers' Declarants exhibits a lack of sufficient personal knowledge by these Declarants and renders their Declarations too unreliable for the Court to consider their statements as evidence. As a result, their Declarations should be stricken. *See Hilbert v. Aeroquip, Inc.*, 486 F.Supp.2d 135 (D. Mass. 2007)(adopting report and recommendation of Magistrate granting Motion to Remand and striking affidavit)[10]; *Snowdon v. A.W. Chesterton Co.*, 366 F.Supp. 2d 157, 165 (D. Me. 2005) (unsupported and insufficient affidavit fails to meet defendant's burden for removal); *Westmiller v. I.M.O. Industries,* Inc., Case No. C05-945RSM, 2005 WL 2850334, *1 (W.D. Wash. October 20, 2005)(striking statements in affidavit and remanding case removed under federal officer removal statute).

### B. The Panel Rules and Case Law Support The Adjudication of Remand Motions By The Transferor Court

It is well established that the pendency of a Conditional Transfer Order "does not

---

[10]The Magistrate's opinion is *Hilbert v. Aeroquip, Inc.*, Civ. No. 07-10205-NG, 2007 U.S. Dist. LEXIS 29597 (D. Mass. March 15, 2007).

affect or suspend orders and pretrial proceedings in the district court in which the action is

pending and does not in any way limit the pretrial jurisdiction of that court." *See* Panel Rule 1.5,

181 F.R.D. 1, 3 (1998); *Hilbert v. Aeroquip, Inc., et al.*, Civil Action No. 07-10205-NG,

2007 WL 1186041, *5 (April 12, 2007, D. Mass)(where only one federal court needs to make an

individualized assessment of the jurisdictional issues in a case there is no reason to transfer the

jurisdictional issue to the transferee court); *Freiberg v. Swinterton & Walberg Property Services,*

*Inc., et al.*, 245 F.Supp. 2d 1144, 1149 (D. Colo. 2002) (court ruled on motion to remand with

CTO pending, noting the poor prognosis of the plaintiffs suffering from asbestos-related disease);

*Vanouwerk v. Owens-Corning Fiberglass Corp.*, No. 1:99 CV 179 TH, 1999 WL 335960, *1, n.

2, (E.D.Tex. My 26, 1999)(applied Panel Rule 1.5 and proceeded to remand asbestos case to state

court improperly removed on federal officer removal grounds).

   Likewise, here, there is no reason why the Panel should transfer the Gitto Action

to the Transferee Court, where the transferor court judge has already ordered the parties to fully

brief the issue of remand before the transferor court. It cannot be said that any of the

requirements of 28 U.S.C. § 1407 weigh in favor of transfer of this action at this time to the

transferee court, MDL-875. Despite being given the opportunity, none of the other defendants in

the Gitto Action has either joined in Vickers' removal attempt or chosen to submit papers to the

transferor court on the issue of the appropriateness of the federal court's jurisdiction. Further,

fundamental fairness does not weigh in favor of transfer to MDL-875 as surely such transfer

would delay the adjudication of these proceedings unnecessarily. *See Hilbert*, 2007 WL 1186041

at *5 ("[T]his court finds no reason to require the plaintiffs to suffer the undeniable delays

inherent in all MDL cases unless there is federal jurisdiction.") Here, in light of the strong

showing that Plaintiffs have made that federal jurisdiction is not appropriate, the Panel should not transfer the Gitto action until the transferor court has rendered a decision on the issue of whether federal subject matter jurisdiction is proper and Plaintiffs have had the opportunity to appeal an Order denying Plaintiffs' Motion to Remand.

## II.    The Convenience of The Parties Would Not Be Served By Transfer

There can be no showing that the convenience of the parties would be served by transfer of the Gitto Action to MDL-875.  Outside of Vickers' unilateral attempt to delay these proceedings through transfer, no other party to the Gitto Action would benefit from such a transfer.  As ordered by Judge Chin, the Motion to Remand the Gitto Action has been fully briefed in front of the transferor court.  The parties would assuredly have to submit additional briefing on the issue of remand if the action were transferred to the transferee court.  Needless additional delay would result.  As indicated, none of the other defendants to the Gitto Action made the determination that it was in their interests to file papers on the issue of whether the federal officer removal statute supports federal subject matter jurisdiction in this case.  It cannot be said that transfer to the transferee court of the Gitto Action would better convenience these defendants outside, possibly, of their inherent interest in having the Gitto Action adjudicated in the more delayed manner that will likely result from transfer.  This is not a factor that should affect the Panel's decision on the transfer issue.

## CONCLUSION

For the reasons set forth above the Panel should vacate Conditional Transfer Order 281 with respect to its application to the Gitto Action.

Dated: August 3, 2007

Respectfully submitted,
LEVY PHILLIPS & KONIGSBERG, LLP
*Attorneys for* Plaintiffs

Erik L. Shawn [1388]
Jerome H. Block [5411]
800 Third Avenue, 13th Floor
New York, New York  10022
(212) 605-6200
(212) 605-6290 (fax)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2007

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) ) ) | MDL Docket No. 875 |

<u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Erik L. Shawn of the firm, Levy Phillips & Konigsberg, LLP, 800 Third Avenue, New York, NY 10022, Telephone: (212) 605-6200, on behalf of the plaintiffs Salvatore Gitto and Phyllis Gitto.

Respectfully Submitted,

Erik L. Shawn
Levy Phillips & Konigsberg, LLP
800 Third Ave, 13th Floor
New York, NY 10022
(212) 605-6200
(212) 605-6290 (fax)

Dated: August 2, 2007

RECEIVED
CLERK'S OFFICE
2007 AUG - 3 A 11: 01
ORIGINAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY )<br>LITIGATION (No. VI) )<br>  )<br>  ) | MDL Docket No. 875 |

## SCHEDULE ACCOMPANYING
## MOTION TO VACATE THE CONDITIONAL
## <u>TRANSFER ORDER PURSUANT TO J.P.M.L. RULE 7.2(a)(ii)</u>

00097923.WPD

**A)**   **Complete Name of Action Involved**

Salvatore and Phyllis Gitto v.
A.W. CHESTERTON CO., INC.;
AMERICAN STANDARD, INC.,
individually and on behalf of
its division The Trane Company;
AURORA PUMP COMPANY;
BLACKMER PUMP;
BUFFALO PUMPS, INC.,
individually and as a subsidiary of
Ampco-Pittsburgh Corp.;
CARRIER CORPORATION
a/k/a Bryant Manufacturing Corporation;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
DUNHAM-BUSH, INC.;
DURABLA MANUFACTURING COMPANY;
ELLIOTT TURBOMACHINERY CO.;
FAIRBANKS-MORSE PUMP CORPORATION,
individually and as successor-in-interest to
Henry Vogt Machine Company, Babcock Power
Inc., Company, and Pacific Pumps, Inc.;
FLOWSERVE CORPORATION;
FMC CORPORATION
on behalf of its former Northern Pump Business;
FMC CORPORATION,
on behalf of its former Peerless Pumps;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GARLOCK SEALING TECHNOLOGIES, LLC,
successor by merger to Garlock, Inc.;
GENERAL ELECTRIC COMPANY;
GENERAL REFRACTORIES, CO.;
GOULDS PUMPS INCORPORATED;
GRISHAM RUSSELL;
HERCULES CHEMICAL COMPANY, INC.;
HOPEMAN BROTHERS, INC.;
HOWDEN BUFFALO INC.,
individually and as successor-interest-to
BF Sturtevant, Buffalo Forge and The Howden Group;
IMO INDUSTRIES, INC.,
as successor-in-interest to and f/k/a Delaval Turbine,

00097923.WPD                                    1

Transamerica Delaval, IMO Delaval and Enterprise Engine & Foundry Co.;
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES COMPANY;
JOHNSTON BOILER CO.;
LESLIE CONTROLS, INC.;
MURPHY BROTHERS WORKS;
PEERLESS INDUSTRIES, COMPANY, INC.;
QUAKER CHEMICAL CORPORATION;
RAPID-AMERICAN CORPORATION
  as successor-in-interest to Phillip
Carey Manufacturing Corp.;
SELBY BATTERSBY & COMPANY;
STERLING FLUID SYSTEMS USA, LLC,
formerly known as Peerless Pump Co.;
TACO, INC.;
THE ANCHOR PACKING CO.;
THE NASH ENGINEERING COMPANY;
THE TRANE COMPANY;
TYCO FLOW CONTROL, INC.,
UNION CARBIDE;
UNIROYAL, INC.;
VIACOM INC.,
successor by merger to CBS Corporation,
f/k/a Westinghouse Electric Corporation;
VICKERS INC,
a/k/a Eaton Hydraulics Inc.;
WALTER H. EAGAN CO., INC.;
WARREN PUMPS, INC.;
WEIL PUMP CO.;
YARWAY CORPORATION; and
NORTHROP GRUMMAN SYSTEMS, CORP., and
SMITH-KOCH INC.,
individually and as successor-in-interest to Walter H. Eagan Co., Inc.

**B)** **District Court and Division**

United States District Court for the Southern District of New York

**C)** **The Civil Action Number of the Action Involved**

07-CV-4771

00097923.WPD                              2

**D)      The Name of the Judge Assigned to the Action**

The Honorable Denny Chin

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, GARY CRUMP, hereby certify that on August 2, 2007, copies of the foregoing:

1. **MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER;**

2. **SCHEDULE ACCOMPANYING MOTION TO VACATE CONDITIONAL TRANSFER ORDER;**

3. **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER;**

4. **EXHIBITS TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER;**

5. **NOTICE OF APPEARANCE OF ERIK L. SHAWN**

were served via first class mail upon:

> The Honorable Judge Denny Chin
> United States District Court
> Southern District of New York
> Room 1020
> 500 Pearl Street
> New York, New York 10007-1312

> Clerk of the United States District Court
> Eastern District Pennsylvania
> c/o MDL 875
> Office of the Clerk of the Court
> 601 Market Street, Room 2609
> Philadelphia, Pennsylvania 19106-1797

and via first class mail upon the parties listed on the attached Panel Service List.

2nd day of August, 2007

Gary Crump

**PANEL SERVICE LIST (Excerpted from CTO-281)**
**MDL NO. 875**
**IN RE Asbestos Products Liability Litigation (No. VI)**

*Salvatore Gitto, et al. v. A.W. Chesterton Co., Inc., et al.*, S.D. New York, C.A. No. 1:07-4771

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jerome Block
Levy, Phillips & Konigsberg, LLP
800 Third Avenue
13th Floor
New York, NY 10022

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Andrew Sapon
Bivona & Cohen
88 Pine Street
New York, NY 10005

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Exhibit A

RECEIVED
CLERK'S OFFICE

2007 AUG -3  A 11: 02

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------X

IN RE NEW YORK CITY                    New York Asbestos
    ASBESTOS LITIGATION                Litigation (NYAL)

----------------------------------X    Index No. 4000

   THIS DOCUMENT RELATES TO:            STANDARD
                                       COMPLAINT
     ALL CASES                       NO. 1

----------------------------------X

     Plaintiffs, by their lawyers, for their Complaint
respectfully allege:

## PARTIES PLAINTIFF

    1.   Plaintiff was employed in the construction
trade and/or at shipyards or in other occupations at various
times between approximately the 1930's and the present.
During that employment, and at other times and places,
plaintiff was exposed to asbestos and dust from defendants'
asbestos and asbestos-containing products.  Plaintiff worker
has contracted asbestos-related diseases and injuries as a
result thereof.

    2.   Plaintiff wife is the lawful wife of the
plaintiff worker.

## PARTIES DEFENDANT

3.   The defendants mined, processed, manufactured, designed, developed, tested, fashioned, packaged, inspected, sold, distributed, supplied, delivered, installed, and/or applied the asbestos, asbestos products and materials to which plaintiffs were exposed, and were in the business of doing so and injected those materials into the stream of commerce.

4.   The plaintiffs at this time have not named as defendants the Manville Corporation, Johns-Manville Corporation, Johns-Manville Sales Corporation, Unarco Industries, Inc., Amatex, Forty-Eight Insulations, Nicolet or Standard Insulations, although the plaintiffs believe that those entities are also responsible for the damages and injuries involved in this action.  The omission of those entities as defendants is due solely to the pendency of bankruptcy proceedings, initiated by those companies, which prohibit their being sued and are a bar to jurisdiction being obtained over them in this action at this time.  Should it become permissible at some time to commence action against these entities, plaintiffs will seek to amend this Complaint to designate them as defendants.

5.   At all relevant times, the defendants did and do business in this State, transacted business in this State, committed one or more tortious acts within this State, and otherwise did or performed acts within or without the State

which subjects them to the jurisdiction of the Courts of the State.

6.   At all relevant times, the defendants' actions and conduct were performed through their duly authorized agents, servants and employees, who were acting in the course and scope of their employment and authority and in further- ance of the business and profit of defendants.

## BACKGROUND

7.   In the course of employment, and at other times and places, plaintiffs were exposed to asbestos and dust from defendants' asbestos-containing products, includ- ing, but not limited to insulation, cement, acoustic materi- als, plaster, textiles and tape.

8.   The inhalation and ingestion of asbestos causes a variety of diseases, including asbestosis, a chronic lung disease which, inter alia, impairs the ability of the lungs to function, for which there is no cure, and which pro- gressively worsens and in its advanced stages can result in death.   Inhalation and ingestion of asbestos also increases the risk of developing a number of cancers, including lung cancer, and mesothelioma a virulent and almost always fatal cancer of the lining of the lungs or stomach.

9.   Once released into the air, asbestos particles remain airborne, and may travel great distances, or settle down and perhaps again become airborne, until ultimately inhaled or somehow removed, but will not naturally destruct.

10.   At all relevant times, the defendants knew or should have known that asbestos was deleterious, carcinogenic and posed a health hazard to consumers, users and others exposed to it.

11.   At all relevant times, the defendants knew or should have known that their asbestos products and materials would be purchased and used without inspection for defect, and without knowledge of defect by users and others exposed to them.

12.   The asbestos products and materials reached the consumers, users and others exposed to them in a substantially unchanged condition from that in which they left the hands of defendants.

13.   The asbestos products and materials were installed, applied and/or used in a manner intended by or reasonably foreseeable to the defendants.

14.   The asbestos products and materials to which plaintiffs were exposed were defective, unsafe and/or unreasonably dangerous.

15.  At all relevant times, defendants individually and collectively failed and refused to warn or advise plaintiffs and others of the dangerous characteristics of asbestos, and of the health threats or consequences to those coming in contact with, breathing or exposed to asbestos products and materials.

16.  At all relevant times, defendants individually and collectively failed to provide proper and adequate warnings and information of dangers and health hazards to persons foreseeably using or coming into contact with asbestos products and materials.

17.  At all relevant times, defendants individually and collectively failed to study, investigate, determine, impose or comply with reasonable standards and regulations to protect and promote the health and safety of or minimize the dangers to those exposed to or coming into contact with asbestos products and materials.

18.  At all relevant times, defendants individually and collectively failed to fully and properly test and study their asbestos products and materials to fully expose and learn of the hazards associated with those materials.

19.  At all relevant times, defendants individually and collectively failed to develop, make available, provide or promote building and construction products and materials

which were free of asbestos or which contained insignificant amounts of asbestos, or design products which minimized or eliminated the release of airborne, inhalable asbestos dust and/or fibers.

20. The defendants individually and collectively made express warranties and representations, incorrectly and untruthfully, that asbestos products were safe and suitable for use.

21. Motivated by a desire for unwarranted economic gain and profit, defendants individually and collectively have willfully and recklessly ignored knowledge, in existence since at least 1929, of the health hazards of asbestos products and materials and have thereby exhibited reckless disregard for the health and well-being of the plaintiffs, and numerous others exposed to their products.

22. As a proximate result of their wrongful exposure to asbestos at the hands of defendants, plaintiffs contracted asbestos related diseases and injuries, including various forms of cancer and asbestosis, all chronic, progressive and permanent injuries. Plaintiffs also sustained pain and suffering, were required to undergo medical treatment and monitoring, suffered severe emotional distress and mental anguish, have and had a significantly increased risk of cancer and other diseases, incurred expenses, and sustained other injury, damages and losses. In the future, upon infor-

mation and belief, plaintiffs' asbestos-related diseases will
progress, plaintiffs will suffer additional and worsening
pain and suffering, and plaintiffs will require medical care
and treatment and medical monitoring, and will sustain other
injury, damages and loss.

## A FIRST CLAIM IN NEGLIGENCE

23.  Plaintiffs repeat and reallege the allegations
of paragraphs 1 through 22, as if fully set forth herein.

24.  Acting individually and collectively, defen-
dants willfully, recklessly and negligently failed and re-
fused to warn or advise plaintiffs and others of the dangers
and hazards of asbestos products and materials, and the dan-
gers posed to the health and welfare of those coming in con-
tact with, using or exposed to asbestos products and
materials.

25.  Acting individually and collectively, defen-
dants willfully, recklessly and negligently failed to provide
needed, accurate and adequate warnings and information of the
health hazards and dangers of asbestos materials to those who
would reasonably and foreseeably come into contact with, use,
be exposed to or be harmed by those asbestos products and
materials.

26.   Acting individually and collectively, defendants willfully, recklessly and negligently failed to study, investigate, ascertain, impose or comply with reasonable standards and regulations to protect and promote the health and safety of or minimize the dangers to those using exposed to or coming into contact with the asbestos products and materials.

27.   Acting individually and collectively, defendants willfully, recklessly and negligently failed to fully and properly test and study asbestos products and materials to fully expose and learn of the hazards associated with those products and materials.

28.   Acting individually and collectively, defendants willfully, recklessly and negligently failed to develop, make available, provide or promote building and construction products and materials which were free of asbestos or which contained insignificant amounts of asbestos, and/or failed to design asbestos products so as to prohibit or minimize the release of airborne, inhalable asbestos dust and/or fibers.

29.   Acting individually and collectively, defendants willfully, recklessly and negligently failed to provide instructions of potentially safer methods of handling asbestos products and materials to users or others foreseeably

coming into contact with or exposed to those products and
materials.

30.   Defendants were otherwise negligent.

31.   As a proximate consequence of the acts, omis-
sions, willfulness, recklessness and negligence of the defen-
dants, plaintiffs sustained the injuries and damages set
forth above in paragraph 22 and elsewhere.

32.   As a result of the foregoing, each plaintiff
has been injured in the sum of TEN MILLION ($10,000,000)
DOLLARS.

### A SECOND CLAIM IN STRICT PRODUCTS LIABILITY

33.   Plaintiffs repeat and reallege the allegations
of paragraphs 1 through 22 and 24 through 31, as if fully set
forth herein.

34.   As a proximate result of the defective, unsafe
and unreasonably dangerous condition of the asbestos products
and materials, plaintiffs sustained the injuries detailed
above in paragraph 22 and elsewhere.

35.   Accordingly, defendants are strictly liable to
plaintiffs.

36.   By reason of the foregoing, each plaintiff was
injured in the sum of TEN MILLION ($10,000,000) DOLLARS.

## A THIRD CLAIM FOR RELIEF ON BEHALF OF PLAINTIFF WIVES FOR LOSS OF SERVICES, SOCIETY AND CONSORTIUM

37.   Plaintiffs repeat and reallege the allegations of paragraphs 1 through 22, 24 through 31 and 34-35, as if fully set forth herein.

38.   As a direct and proximate result of the conduct of defendants, the defective, unsafe and unreasonably dangerous condition of the asbestos products and materials, and the injuries to plaintiffs, plaintiff wives were deprived of the services, society and consortium of their husbands.

39.   By reason of the foregoing, each plaintiff spouse has been injured in the sum of FIVE HUNDRED THOUSAND ($500,000) DOLLARS.

## A FOURTH CLAIM FOR PUNITIVE DAMAGES

40.   Plaintiffs repeat and reallege the allegations of paragraphs 1 through 22, 24 through 31 and 34-35, as if fully set forth herein.

41.   Defendants' willful, wanton conduct evinces a total, conscious and/or reckless disregard for the lives and well-being of plaintiffs, as well as for the health, well-being and rights of others who used, were foreseeably exposed to or otherwise came into contact with, asbestos products and materials.

42.   As a consequence, an award of punitive damages is required to uphold and vindicate the public welfare.

WHEREFORE, plaintiffs demand judgments against the defendants as follows:

1.   TEN MILLION ($10,000,000) DOLLARS in actual compensatory damages for each plaintiff worker, and FIVE HUNDRED THOUSAND ($500,000) DOLLARS for each plaintiff wife;

2.   Punitive damages in the sum of TEN MILLION ($10,000,000) DOLLARS for each plaintiff worker;

3.   Interest, costs, disbursements, fees and other costs of suit; and

4.   Such other and further relief as to the Court may seem just and proper.

Dated:   New York, New York
         February 1, 1989

LEVY PHILLIPS & KONIGSBERG
Attorneys for Plaintiffs

By: _____
         Stanley J. Levy
a Member of the Firm
·0 Park Avenue
·ew York, New York 10016
 212) 972-1480

Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SALVATORE GITTO AND PHYLLIS GITTO,

                            Plaintiffs,

        -against-

A.W. CHESTERTON CO., INC.;
AMERICAN STANDARD, INC.,
        individually and on behalf of
        its division The Trane Company;
AURORA PUMP COMPANY;
BLACKMER PUMP;
BUFFALO PUMPS, INC.,
        individually and as a subsidiary of
        Ampco-Pittsburgh Corp.;
CARRIER CORPORATION
        a/k/a Bryant Manufacturing Corporation;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
DUNHAM-BUSH, INC.;
DURABLA MANUFACTURING COMPANY;
ELLIOTT TURBOMACHINERY CO.;
FAIRBANKS-MORSE PUMP CORPORATION,
        individually and as successor-in-interest to
        Henry Vogt Machine Company, Babcock Power
        Inc., Company, and Pacific Pumps, Inc.;
FLOWSERVE CORPORATION;
FMC CORPORATION
        on behalf of its former Northern Pump Business;
FMC CORPORATION,
on behalf of its former Peerless Pumps;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GARLOCK SEALING TECHNOLOGIES, LLC,
        successor by merger to Garlock, Inc.;
GENERAL ELECTRIC COMPANY;
GENERAL REFRACTORIES, CO.;
GOULDS PUMPS INCORPORATED;
GRISHAM RUSSELL;
HERCULES CHEMICAL COMPANY, INC.;
HOPEMAN BROTHERS, INC.;
HOWDEN BUFFALO INC.,
        individually and as successor-interest-to
        BF Sturtevant, Buffalo Forge and The Howden Group;

NYCAL
Index No.: 07/105033

DOF: 5/31/07

**SECOND AMENDED
COMPLAINT**

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, N.Y. 10022

IMO INDUSTRIES, INC.,
      as successor-in-interest to and f/k/a Delaval Turbine,
      Transamerica Delaval, IMO Delaval and Enterprise
Engine & Foundry Co.;
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES COMPANY;
JOHNSTON BOILER CO.;
LESLIE CONTROLS, INC.;
MURPHY BROTHERS WORKS;
PEERLESS INDUSTRIES, COMPANY, INC.;
QUAKER CHEMICAL CORPORATION;
RAPID-AMERICAN CORPORATION
      as successor-in-interest to Phillip
      Carey Manufacturing Corp.;
SELBY BATTERSBY & COMPANY;
STERLING FLUID SYSTEMS USA, LLC,
      formerly known as Peerless Pump Co.;
TACO, INC.;
THE ANCHOR PACKING CO.;
THE NASH ENGINEERING COMPANY;
THE TRANE COMPANY;
TYCO FLOW CONTROL, INC.,
UNION CARBIDE;
UNIROYAL, INC.;
VIACOM INC.,
      successor by merger to CBS Corporation,
      f/k/a Westinghouse Electric Corporation;
VICKERS INC,
      a/k/a Eaton Hydraulics Inc.;
WALTER H. EAGAN CO., INC.;
WARREN PUMPS, INC.;
WEIL PUMP CO.;
YARWAY CORPORATION; and
NORTHROP GRUMMAN SYSTEMS, CORP.,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Plaintiffs, by their attorneys, LEVY PHILLIPS & KONIGSBERG, LLP, for their Complaint, respectfully alleges as follows:

1.     Plaintiffs repeat and re-allege New York Asbestos Litigation Standard Complaint No. 1 as if fully incorporated herein.

2.     Plaintiffs are citizens of the State of New York.

3.      Pursuant to Case Management Order No. 1§VIE, Plaintiffs amend their complaint
        with respect to claims arising from exposure to asbestos at the Brooklyn Navy Yard
        as follows: Plaintiffs expressly limit such claims to failure to warn about the hazards
        of asbestos as alleged in New York Asbestos Litigation Standard Complaint No. 1.

Dated:      New York, New York
            May 30, 2007

                        LEVY PHILLIPS & KONIGSBERG, L.L.P.
                        *Attorneys for Plaintiffs*


                        By:     Jerome H. Block

                        800 Third Avenue
                        New York, New York 10022
                        (212) 605-6200

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                               ss.:
COUNTY OF NEW YORK )

      Alyza M. Barral, being duly sworn deposes and says that she is an employee of Levy Phillips & Konigsberg, L.L.P., the attorneys for the above named plaintiff herein, that she is over the age of eighteen and is not a party to the within action. That on the 31ST day of May, 2007 a copy of:

## PLAINTIFF'S NOTICE OF AMENDMENT AND SECOND AMENDED COMPLAINT

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**TO:**

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
*Attorneys for Defendants A.W. Chesterton, Co., Inc.*

Genevieve MacSteel, Esq.
MCGUIREWOODS
1345 Avenue of the Americas, 7thFloor
New York, New York 10105
*Attorneys for American Standard Inc.*

David M. Katzenstein, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10024
*Attorneys for Aurora Pump Company*

Edward J. Wilbraham Esq./ John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
*Attorneys for Buffalo Pumps, Inc.*

Frank A. Cecere, Esq.
AHMUTY DEMERS & McMANUS
200 I.U. Willets Road
Albertson, New York 11507
*Attorneys for Carrier Corp.*

Michael Waller, Esq
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
*Attorneys for Crane Co.*

Michael Waller, Esq
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
*Attorneys for Crane Pumps & Systems, Inc.*

Peter Lagenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, New York 10005
*Attorneys for Dunham-Bush, Inc. N/k/a Fort Kent Holdings, Inc.*

William Mueller, Esq.
CLEMENTE MUELLER
& TOBIA, P.A.
P.O. Box 1296
Morristown, New Jersey 07962

CLEMENTE MUELLER
& TOBIA, P.A.
76 Beaver Street, 2nd Floor
New York, NY 10005
*Attorneys for Durabla Manufacturing Co.*

Donald Fay, Esq.
WATERS McPHERSON McNEIL
233 Broadway, Suite 970
New York, NY 10279
*Attorneys for Elliot Turbomachinery Co.*

John A. Turlik, Esq.
SEGAL  McCAMBRIDGE  SINGER  &
MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Fairbanks Morse Pumps*

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN SPINELLI
& HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
*Attorneys for FMC Corporation*

Erich Gleber, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY
830 Third Avenue, Suite 400
New York, NY 10022
*Attorneys for Flowerserve Corporation*

Michael A. Tanenbaum, Esq.
SEDGWICK,  DETERT,  MORAN  &
ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for Foster Wheeler Energy Corp.*

Robert J. Kenney, Esq.
SEGAL  McCAMBRIDGE
SINGER&MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Gardner Denver*

John A. Turlik, Esq.
SEGAL  McCAMBRIDGE
SINGER&MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Garlock Sealing Technologies*

Diane Pompei, Esq.
SEDGWICK, DETERT, MORAN
& ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for General Electric Company*

Suzanne Halbardier, Esq.
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
*Attorneys for General Refractories*

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Goulds Pumps Inc.*

Jeff Kluger, Esq./ Joan Gaisor, Esq.
McGIVNEY & KLUGER , P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Hercules Chemical Co., Inc.*

Jennifer Darger, Esq.
DARGER & ERRANTE, LLP
116 E.27th Street, 12th Floor
New York, NY 10016
*Attorneys for Hopeman*

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Howden Buffalo, Inc.*

Lawrence G. Cetrulo, Esq./
Christopher A. D. Hunt, Esq.
CETRULO & CAPONE LLP
20 Excchange Place
New York, NY 10005
*Attorneys for Howden Buffalo, Inc.*

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, New York 10017
*Attorneys for IMO*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN & PASCARELLA,
L.L.C.
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
*Attorneys for Ingersoll-Rand Company*

PEHLIVANIAN, BRAATEN &
PASCARELLA, L.L.P.
115 Broadway, 19th Floor
New York, NY 10006
*Attorneys for Ingersoll-Rand Company*

Robert C. Malaby, Esq.
MALABY, CARLISLE
& BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
*Attorneys for JH France Refractories Co.*

Mark S. Gaffrey, Esq.
HOAGLAND LONGO MORAN
DUNST & DOUKAS
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*Attorneys for Johnston Boilers Co.*

John J. Fanning, Esq.
CULLEN & DYKMAN, LLP
177 Montague Street
Brooklyn, NY 11201
*Attorneys for Leslie Controls, Inc.*

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
*Attorneys for Murphy Brothers Works*

Timothy J. McHugh, Esq.
LAVIN, O'NEIL, RICCI,
CEDRONE & DISIPIO
420 Lexington Ave, Suite 2900
Graybar Building
New York, NY 10170
*Attorneys for Otis Elevator Co,*

Arthur D. Bromberg, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
PO Box 0438
Parsippany, NJ 70754-0438
*Attorneys for Peerles Industrie, Inc.*

Stephen A. Manuele,Esq.
FELDMAN KIEFFER & HERMAN, LLP
The Dun Building
110 Pearl Street, Suite 400
Buffalo, New York 14202
*Attorneys for Quaker Chemical Corporation*

Linda Yassky, Esq.
SONNENSCHEIN NATH
& ROSENTHAL LLP
1221 Avenue of the Americas
23rd Floor
New York, New York 10020
*Attorneys for Rapid-American Corp.*

Stephen A. Manuele, Esq.
FELDMAN KIEFFER
& HERMAN, LLP
The Dun Building
110 Pearl Street, Suite 400
Buffalo, New York 14202
*Attorneys for Selby Battersby & Company*

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, N.Y. 10022

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN SPINELLI
& HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
*Attorneys for Sterling Fluid Systems (USA)*
*LLC*

Joan Gaisor, Esq.
McGIVNEY & KLUGER , P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for TACO, Inc.*

Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER , P.C.
80 Broad Street, Suite 2300
New York, New York 10004
*Attorneys for Tate Andale, Inc.*

Dave Weinberg, Esq.
SEGAL   McCAMBRIDGE   SINGER   &
MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for The Anchor Packing Co.*

Chuck McGivney, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for The Nash Engineering Co.*

Genevieve MacSteel, Esq./
Robert Brooks-Rigolosi, Esq.
MCGUIREWOODS
1345 Avenue of the Americas, 7thFloor
New York, New York 10022
*Attorneys for The Trane Co.*

Rob Tonogbanua, Esq.
Dickie, McCamey & Chilcote, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Tyco Flow Control Inc.*

Pokorney Counsel:
Stephen S. Davie, Esq.
MACKENZIE HUGHES, LLP
101 South Salina Street
P.O. Box 4967
Syracuse, NY 13221-4967
*Attorneys for Tyco Flow Control Inc.*

Judith Yavitz, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
*Attorneys for Union Carbide*

Norman Senior, Esq.
GREENFIELD STEIN & SENIOR
600 Third Avenue
New York, New York 10016
*Attorneys for Uniroyal, Inc.*

William J. Bradley, III, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
*Attorneys for Viacom, Inc.*

Andrew Sapon, Esq.
BIVONA & COHEN, P.C.
Wall Street Plaza
88 Pine Street
New York, NY 10005-1886
*Attorneys for Vickers Inc.*

Joseph Colao, Esq.
LEADER & BERKON LLP
630 Third Avenue, 17th Floor
New York, New York 10017
*Attorneys for Warren Pumps, Inc.*

Rob Tonogbanua, Esq.
Dickie, McCamey & Chilcote, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Yarway Corp.*

**Counsel Unknown for the following**
 **Defendants:**

BLACKMER PUMP
GRISHAM RUSSELL
WALTER H. EAGAN CO., INC.
WEIL PUMP CO.
NORTHROP GRUMMAN SYSTEMS, CORP.


and via Facsimile to:

Diane Pompei, Esq.
SEDGWICK, DETERT, MORAN
& ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102

ALYZA M. BARRAL

Sworn to before me this
31ST. day of May, 2007

NOTARY PUBLIC

CARMEN VICTORIA MARKAKIS
NOTARY PUBLIC
#02MA6029086
Qualified in Queens County
Commission Expires 10/9/20___

Exhibit C

Page 153

1    SUPREME COURT:

2    ALL COUNTIES WITHIN THE STATE OF NEW YORK

3    IN RE:  NEW YORK CITY ASBESTOS LITIGATION

4

5

6

7         DEPOSITION UNDER ORAL          VOLUME II

8              EXAMINATION OF

9              SALVATORE GITTO

10

11

12

13

14    This Document Applies To:

15    SALVATORE GITTO

16    INDEX NO:  07/105033

17

18

19

20

21

22         PRIORITY-ONE COURT REPORTING SERVICES, INC.

23              899 Manor Road

24         Staten Island, New York  10314

25              (718) 983-1234

Page 266

1    Q.   Did you assist in that project?
2  A.    To some extent, limited.
3    Q.   To what extent did you assist?
4  A.    I'm pretty sure we had a contractor work
5  upstairs. My involvement was minimal.
6    Q.   Did you do any work in connection with
7  that project at all?
8  A.    I'm sure I did some, yes.
9    Q.   Do you remember what that was?
10 A.    Maybe some little carpentry work.
11   Q.   Do you recall the name of the contractor
12 who did that work?
13 A.    My father.
14   Q.   Did anybody else assist him?
15 A.    Maybe one of my brothers.
16   Q.   Do you have a specific recollection of
17 that?
18 A.    I'm sorry?
19   Q.   Do you have a specific memory of one of
20 your brothers helping him? Again, I just want to
21 know what you do recall specifically.
22 A.    I'm sure some of the family members helped.
23   Q.   Do you recall who as you sit here today?
24 A.    No.
25   Q.   Do you know the names of any products

Page 267

1  that were used in connection with that construction
2  project?
3  A.    No.
4    Q.   Again, was plastering work involved in
5  that project at all, that you know of?
6  A.    Say again.
7    Q.   Plastering work, was that involved in
8  that project at all?
9  A.    I think some small patching, yes.
10   Q.   Were you present when that was done?
11 A.    I don't recall.
12   Q.   Moving on to your time at the Textile
13 High School for just a second, what did you study at
14 that location?
15 A.    I'm sorry?
16   Q.   At the Textile High School, what did you
17 study, just generally?
18 A.    Electrical technology.
19   Q.   Can you just describe for me generally
20 what that meant?
21 A.    Study of electrical theory and applications.
22   Q.   Did it involve any type of hands-on work
23 on any type of equipment?
24 A.    In a lab environment, yes.
25   Q.   What type of work would that be?

Page 268

1  A.    Working on small generators maybe, lighting
2  fixtures.
3    Q.   Do you recall the manufacturers of any of
4  that equipment?
5  A.    No.
6    Q.   Let's move on to your time at the
7  Brooklyn Navy Yard. You were asked generally about
8  the Lexington and the Oriskany earlier today. You
9  said that you did not recall specific jobs that you
10 performed on those ships. Do you believe that you
11 were exposed to asbestos on those ships?
12 A.    I believe so.
13   Q.   Let's talk about the Lexington first.
14 How is it that you believe that you were exposed to
15 asbestos aboard the Lexington?
16 A.    I recall the type of work would have brought
17 me into the engine rooms and the boiler rooms.
18   Q.   What type of work would that have been
19 that would have brought you into those rooms?
20 A.    As previously discussed or whatever, involved
21 the removal and installation of new equipment or old
22 equipment, the layout of foundations and the repair
23 of anything that was disturbed in order to gain
24 access.
25   Q.   When you talk about repair of anything

Page 269

1  that was disturbed, are you talking about the access
2  holes that you've been mentioning throughout the past
3  couple of days?
4  A.    Right.
5    Q.   Do you recall how many engine rooms there
6  were aboard the Lexington?
7  A.    I believe two.
8    Q.   Do you recall how many boiler rooms there
9  were?
10 A.    I believe two.
11   Q.   Do you recall which of those engine rooms
12 or boiler rooms you worked in?
13 A.    It would have been all of them.
14   Q.   How is it that you believe you were
15 exposed to asbestos specifically in the engine room?
16 A.    Again, as similarly stated, there was
17 equipment that was being installed and removed,
18 uncovered, piping insulation being removed,
19 reinstalled. Welding going on, burning going on.
20 Fire protection, coverings. That type of work.
21   Q.   What type of equipment do you believe was
22 removed?
23 A.    Variety of equipment; compressors, pumps.
24   Q.   Are you able to identify the manufacturer
25 of the compressors that were aboard the Lexington at

Page 270

1   that time?
2   A.   I can't identify compressors, I guess, but
3   Ingersoll-Rand. That's about it. At this time, I do
4   not recall too much more.
5        Q.   I understand you said more than once
6   today that you identify compressors with
7   Ingersoll-Rand. Do you have a specific recollection
8   of the brand that was aboard the Lexington in the
9   engine room?
10  A.   No.
11       Q.   How about the pumps that you believe were
12  installed and removed on the Lexington only? Are you
13  able to identify the manufacturer?
14  A.   Again, I believe Vickers was the manufacturer.
15       Q.   The piping insulation that was removed
16  and replaced in the engine room, are you able to
17  identify the brand of that insulation?
18  A.   No.
19       Q.   The welding that you just described that
20  you believe caused you to be exposed to asbestos,
21  what welding are you referring to?
22  A.   Welding of the foundation; welding of the
23  hangers, brackets, supporting structure; welding of
24  any patches or holes that were cut out.
25       Q.   Why were holes made on that particular

Page 271

1   ship in the engine room?
2   A.   To get access. In order to get access for the
3   equipment, they didn't fit through a normal size
4   hatch, hole, so they had to cut a hole in the
5   bulkhead or something, allow the equipment to be
6   passed through.
7        Q.   Do you have a specific recollection of
8   equipment being passed through the hole of the
9   Lexington?
10  A.   I think on all the ships, similar type of
11  operation. The equipment was quite large, and the
12  normal access ladders, hatches were made for human
13  transportation, for humans to pass through, not large
14  pieces of equipment.
15       Q.   Do you recall if you worked with anybody
16  in the engine room aboard the Lexington performing
17  the work that you just described?
18  A.   I'm sure I did.
19       Q.   Do you recall the names of anybody in
20  particular?
21  A.   No.
22       Q.   Do you recall who your supervisor was
23  when did you that work?
24  A.   No.
25       Q.   With respect to the boiler rooms aboard

Page 272

1   the Lexington, do you believe that you were exposed
2   in the same fashion as you've already described with
3   respect to the engine rooms on this ship?
4   A.   Yes.
5        Q.   Again, are you able to specifically
6   identify the manufacturer of any equipment located
7   within those engine rooms?
8   A.   And on the boilers I remember Babcock &
9   Wilcox.
10       Q.   Was there any other type of equipment in
11  that room that you believe you were exposed to
12  asbestos from?
13  A.   Again, there was a lot of other equipment in
14  there, compressors, pumps, valves.
15       Q.   Again, are you able to testify with
16  certainty the manufacturers of those pieces of
17  equipment aboard the Lexington in the boiler room?
18  A.   No.
19       Q.   Let's move on to the Oriskany. I have
20  the same questions for you. How is it that you
21  believe you were exposed to asbestos aboard that
22  ship?
23  A.   Similarly.
24       Q.   Was there anything different about how
25  you're claiming exposure on the Oriskany as opposed

Page 273

1   to the Lexington?
2   A.   Basically not.
3        Q.   Again, did you work in both the engine
4   room and the boiler rooms in that ship?
5   A.   Yes.
6        MR. NOVAKIDIS: I'm just going to object
7   to the last question as foundation.
8        Q.   Are you able to testify with certainty as
9   to the names of the manufacturers of any of the
10  equipment on those spaces on the Oriskany?
11       MS. WAYNE: Form. Foundation.
12  A.   No.
13       Q.   You were never a licensed machinist or
14  millwright, correct?
15  A.   No.
16       Q.   You had no training with respect to the
17  maintenance of compressors or pumps?
18  A.   No.
19       Q.   True?
20  A.   True.
21       Q.   In your Interrogatories, there's
22  reference made to both Worthington pumps and
23  compressors aboard various vessels. Do you recall
24  that?
25  A.   I believe so, yes.

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Vol. 3)

1    SUPREME COURT:

2    ALL COUNTIES WITHIN THE STATE OF NEW YORK

3    IN RE:   NEW YORK CITY ASBESTOS LITIGATION

4

5

6

7           DEPOSITION UNDER ORAL            VOLUME III

8              EXAMINATION OF

9             SALVATORE GITTO

10

11

12

13

14    This Document Applies To:

15    SALVATORE GITTO

16    INDEX NO:   07/105033

17

18

19

20

21

22         PRIORITY-ONE COURT REPORTING SERVICES, INC.

23              899 Manor Road

24         Staten Island, New York   10314

25                (718) 983-1234

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Vol. 3)

Page 356

1 talking about?
2      Q.   On the FDR.
3 A.    I would see where the pump was supposed to be
4 located by drawing or spec, check it out that it was
5 there.  If it wasn't there, remove it and put it in
6 the proper location.
7      Q.   Would you personally remove it?
8 A.    The foundation itself, not the pump.  The pump
9 itself was handled by machinists.  The foundation was
10 my responsibility.
11      Q.   Do you believe you were exposed to
12 asbestos from the Vicker pumps on the FDR?
13 A.    Yes.
14      Q.   How do you believe were exposed to
15 asbestos from these pumps?
16 A.    Lot of these pumps had asbestos pipe covering
17 that needed to be removed and replaced and disturbed.
18 They were ripped.  They were burnt.  They gave off
19 fumes.
20      Q.   Any other ways?
21 A.    That's it.
22      Q.   Where is this asbestos pipe covering
23 located?
24 A.    I'm sorry?  Where?
25      Q.   The pipe covering you're referring to,

Page 357

1 where is it located?
2 A.    Where?
3      Q.   On the pipes or the pump itself?
4 A.    On both.
5      Q.   On both?
6 A.    Yes.
7      Q.   What was the purpose of the covering that
8 was located on the Vicker pump?
9 A.    Asbestos covering?
10      Q.   Yes.
11 A.    For protection.
12      Q.   Protection from what?
13 A.    Outside environment, sparks.  There's
14 construction activity going on all around.  Sparks go
15 flying, hot molten metal.  People were bumping into
16 these things.  Just generally protection.
17      Q.   So, you said people were bumping into
18 these things.  Was it like a cushion?
19 A.    No.
20      Q.   Can you describe the covering, the
21 asbestos covering that was on the pump, the Vickers
22 pump?
23 A.    Blanket form, I guess, brownish in color.
24      Q.   Do you recall the texture of the blanket?
25 A.    Not really, no.

Page 358

1      Q.   Do you know who installed the covering,
2 that blanket covering on the Vicker pump?
3 A.    I'm really not hearing you.  I'm sorry.
4      Q.   Do you know who installed the asbestos
5 blanket over the Vicker pump?
6 A.    Did I ever?
7      Q.   Do you know who installed it?
8 A.    Oh, the blankets.  They were the
9 responsibility of the pipe coverers and the laggers, I
10 guess they call them.  A specific trade.
11      Q.   Do you associate the blanket covering on
12 the Vicker pumps to old pumps on the FDR or newly
13 installed pumps?
14 A.    Old.
15      Q.   Did the old pumps and the newly installed
16 pumps have the same type of blanket over them?
17 A.    Similar.
18      Q.   Was there a certain type of Vicker pump
19 that was covered as opposed to another type of Vicker
20 pump that was covered with another asbestos blanket?
21 A.    I have no idea.
22      Q.   You also identified Vicker pumps as being
23 located on the U.S.S. Lexington in the boiler rooms
24 and equipment room.  Do you have a specific
25 recollection of seeing a Vicker pump on the U.S.S.

Page 359

1 Lexington?
2 A.    There were pumps all over.  Specifically, it
3 would be difficult for me to say I saw one of their
4 pumps right there, but there were pumps on board.
5      Q.   I'm just asking as you sit here today, do
6 you have a specific recollection of seeing a Vicker
7 pump on the U.S.S. Lexington?
8 A.    No.
9      Q.   Do you recall whether or not Vicker pumps
10 were in any other compartment on the U.S.S. Lexington
11 besides the boiler room and the equipment room?
12 A.    I don't have a recollection.
13      Q.   When you worked on the U.S.S. Lexington,
14 what was your title?
15 A.    Can you give me a time frame?
16      Q.   Whenever you worked on the U.S.S.
17 Lexington.
18           MR. BLOCK:  Why don't you ask the full
19      question again so it's clear.  Maybe a little
20      louder.
21      Q.   Do you recall what year or years you
22 worked on the U.S.S. Lexington?
23           MR. BLOCK:  Objection to the extent that
24      it's been asked and answered, but you can go
25      ahead.

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Vol. 3)

Page 364

1   pumps had hoses connected to them?
2   A.   Hoses?
3       Q.   Hoses.
4   A.   Yes.
5       Q.   Were there any markings on those hoses?
6   A.   Not that I recall.
7       Q.   Do you associate a particular color to
8   these hoses?
9   A.   Most of the hoses were black.
10      Q.   With regard to the Vicker pumps on the
11  U.S.S. Lexington, how do you believe you were exposed
12  to asbestos from these pumps?
13  A.   In a similar manner described before.
14  Involved with the inspection, location and
15  relocation, if necessary, foundation.
16      Q.   Are you finished --
17          MR. BLOCK:  He's not finished if you
18      interrupt him in the middle of a word.
19          Read back the answer up to the point
20      where Mr. Gitto was interrupted, please.
21          (Whereupon, the referred to question and
22      answer were read back by the court reporter.)
23  A.   That's about the answer.
24      Q.   In regard to all these different
25  activities, inspection, location, relocation and

Page 365

1   foundation, what was the source of your exposure to
2   asbestos?
3   A.   What was my?
4       Q.   What was the source of your exposure to
5   asbestos?
6   A.   In order to relocate it, foundation or a pump,
7   they had to remove the pipe covering.  It was often
8   not -- it was often burnt off, creating residue,
9   smoke, fibers in the air, in the compartment.
10      Q.   And this covering was on pipe and the
11  pump?
12  A.   Yes.
13      Q.   Can you describe this covering that was
14  on the pump?
15  A.   It was pipe covering.  It was two halves
16  usually strapped together with a metal band.
17      Q.   Do you associate a color to that
18  covering?
19  A.   Generally a brown.
20      Q.   And you believe this covering consisted
21  of asbestos?
22  A.   Yes.
23      Q.   If it consisted of asbestos, how did they
24  burn it off?
25  A.   An acetylene torch.

Page 366

1       Q.   And that would burn the asbestos?
2   A.   Yes.
3       Q.   That was in the covering?
4   A.   Yes.
5       Q.   Besides the covering that was on the
6   pulling pump, do you recall any other ways that you
7   were exposed to asbestos from Vicker pumps on the
8   U.S.S. Lexington?
9   A.   Just general handling of the covering and the
10  insulation that was on there.  They took it on and
11  off.
12      Q.   Is the covering you referred to and
13  insulation the same thing, or are they different
14  materials that were on the pump or the pipes?
15  A.   Pretty much the same thing.
16      Q.   Do you know what the difference is?
17  A.   No.
18      Q.   Do you have a difference in mind between
19  the insulation and the covering that was on the pump?
20  A.   Generally, I think, again, covering wraps
21  around the pipe itself (indicating).  On the pump, it
22  would be laid on top of the pump or attached in some
23  manner to the pump.
24      Q.   You're making a distinction regarding the
25  pipes leading to the pump, that they were covered as

Page 367

1   opposed to how the pump itself was covered, correct?
2   A.   Right.
3       Q.   Can you describe how the pump itself was
4   covered?
5   A.   Again, with this blanket.  It might have some
6   sort of attaching screws, something to hold it in
7   place.
8       Q.   And this is the type of covering that was
9   on a Vickers pump on the U.S.S. Lexington, correct?
10  A.   Yes.
11      Q.   Was this covering on both the old pumps
12  and the newly installed pumps?
13  A.   Yes.
14      Q.   Was there any difference between the
15  covering that was used on the older pumps that were
16  removed and the new pumps that were installed?
17  A.   I don't recall.  I don't recall.
18      Q.   I'm just going to switch gears a second
19  and ask you about Vicker valves.  You previously
20  testified that you assorted Vicker valves to the
21  U.S.S. Hornet, the U.S.S. Franklin D. Roosevelt and
22  the U.S.S. Lexington.  Do you recall that testimony?
23  A.   Those were ships that I worked on, yes.
24      Q.   Do you associate the Vicker valves to any
25  other ships or locations?

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Vol. 3)

Page 372

1   A.    Control the flow of fluid.
2        Q.   Is there a difference in your mind
3   between the Vickers valves and the Vickers pumps?
4   A.    Valves control the flow of fluid.  The pumps
5   raise or lower the pressure.
6        Q.   Do you recall what type of fluid flowed
7   through these Vickers valves on the U.S.S. Hornet?
8   A.    There is a variety of anything from fuel oil
9   to drinking water.
10        Q.   Do you believe you were exposed to
11   asbestos from the Vicker valves on the U.S.S. Hornet?
12   A.    Yes.
13        Q.   How do you believe that occurred?
14   A.    By my, again, similar as to what I testified
15   to before, that I was involved with the inspection,
16   relocation, if necessary, of foundations for these
17   valves, which encompassed and removing and
18   reinstalling valve covering, pipe coverings.
19        Q.   What were the valves covered with?
20   A.    I'm sorry?
21        Q.   What were the Vicker valves covered with?
22   A.    What were the Vicker valves covered with?
23        Q.   Yes.
24   A.    Protective covering, you're talking about?
25   We're talking about protective covering.

Page 373

1        Q.   Let me ask that again.  Were the Vicker
2   valves covered with anything?
3   A.    For protection, they were covered with
4   asbestos blankets.
5        Q.   Is it your testimony that you were
6   exposed to asbestos when these asbestos blankets that
7   were over the Vicker valves were removed or replaced?
8   A.    Them and the pipe covering.
9        Q.   The pipe covering that you're referring
10   to, was that only on the pipes or also on the valves?
11   A.    Certainly was on the pipes.  I don't recall
12   specifically on the valves themselves, but probably
13   were.
14        Q.   You earlier testified, I believe, in
15   regard to the Vicker pumps, that one of the ways to
16   get the covering off the pumps was a burning process.
17   Was that burning process used to remove the asbestos
18   blankets if these asbestos blankets were on a pump or
19   a valve?
20   A.    I don't specifically remember seeing them used
21   to burn off blankets, but it wouldn't have surprised
22   me if they had.  They just went in there, and it was
23   kind of a destructive process, get rid of the old
24   ones and start building from the ground up.
25        Q.   Besides the asbestos blanket and the pipe

Page 374

1   covering that was on the pipes, was there any other
2   way you believe you were exposed to asbestos from a
3   Vickers valve on the U.S.S. Hornet?
4   A.    No.
5        Q.   If I go to the U.S.S. FDR and the U.S.S.
6   Lexington and ask you about the Vicker valves on each
7   of those ships, would your description of these
8   valves be different than your description of the
9   Vicker valves on the U.S.S. Hornet?
10   A.    It would be very similar.
11        Q.   How would they be different?
12        MR. BLOCK:  If at all.
13   A.    Maybe the way the piping configurations hooked
14   up, the runs of the pipe or something might be
15   different.
16        Q.   On the U.S.S. Hornet, do you recall a
17   specific piping configuration that you associate to
18   the Vicker valves?
19   A.    No.
20        Q.   Do you recall a specific piping
21   configuration that you associate to the Vicker valves
22   on the FDR?
23   A.  - - No.
24        Q.   And the same question for the U.S.S.
25   Lexington?

Page 375

1   A.    No.
2        Q.   Do you recall whether the sizes that you
3   described for the Vicker valves on the U.S.S. Hornet
4   were the same range of sizes that you would see on
5   the FDR and the U.S.S. Lexington?
6   A.    Yes, pretty much so.
7        Q.   Is your testimony the same or similar as
8   to how you were exposed to asbestos from the Vicker
9   valves on the FDR and the Lexington in comparison to
10   your testimony with the U.S.S. Hornet?
11   A.    Similar-type work was done, yes, similar
12   exposure.
13        Q.   By that, you would be exposed to asbestos
14   from the asbestos blankets on the Vicker valves and
15   the pipe covering on the pipes assorted to the Vicker
16   valves?
17   A.    Yes.
18        Q.   Are all the Vicker valves covered with an
19   asbestos blanket?
20   A.    Some were, some weren't.
21        Q.   Do you know what the reason would be that
22   some Vicker valves would not be covered with an
23   asbestos blanket?
24   A.    They may have been removed for some reason
25   that I have no idea what it would be.

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Vol. 3)

Page 376

1    Q.  What's the basis for you saying that some
2    were and some weren't with regard to the Vicker
3    valves and the asbestos blanket being over them?
4    A.    Repeat that.
5    Q.  What's your basis for saying that some
6    Vicker valves were covered with asbestos blanket and
7    some were not?
8    A.    Visual observation.
9    Q.  Do you recall what ships you saw Vicker
10   valves not covered with an asbestos blanket?
11   A.    No.
12   Q.  Is it also true for the Vicker pumps,
13   that some were covered with an asbestos blanket and
14   some were not?
15   A.    Yes.
16   Q.  Do you recall what ships you saw that a
17   Vickers pump was not covered with an asbestos
18   blanket?
19   A.    No.
20   Q.  Besides the asbestos blanket over the
21   Vickers valve and the pipe covering connected to the
22   valve --
23   A.    It's either my ears or you're speaking low.
24   Q.  Sorry.  Besides the asbestos blanket
25   covering the Vickers valves on the U.S.S. Hornet,

Page 377

1    U.S.S. FDR and the U.S.S. Lexington, are there any
2    other ways that you believe you were exposed to
3    asbestos from a Vicker valve?
4    A.    No.
5    Q.  Do you associate any other type of
6    equipment with the name Vickers?
7    A.    No.
8    Q.  Listed under your Chart A, under
9    "Equipment," you have "Vickers" listed, and you have
10   "motors, valves and cylinders."  Do you associate
11   motors, valves and cylinders with Vickers?
12   A.    Now that you read it, I could associate it,
13   yes.
14   Q.  We talked about the valves.  What motors
15   do you associate to Vickers?
16        MR. BLOCK:  Objection to form.
17   A.    None that I can specifically point out.
18   Q.  So, what's the basis for your associating
19   a motor, that piece of equipment to the name Vickers?
20   A.    Any identifying plaque or ID that might be on
21   a piece of equipment.
22   Q.  But as you sit here today, do you know
23   what the basis for that connection is?
24   A.    No.
25   Q.  The same question for the cylinders that

Page 378

1    you have listed on your Chart A.  What's the basis
2    for associating cylinders to the name Vickers?
3    A.    Again, the same as the previous answer.  I
4    have no basis at this point.
5    Q.  Okay.
6        MR. STEINBAUER:  That's all the questions
7    I have now.  Thank you.
8        THE WITNESS:  Thank you.
9
10
11   CROSS-EXAMINATION BY
12   MR. CHAO:
13   Q.  Good morning, Mr. Gitto.
14   A.    Good morning.
15   Q.  My name is Brendan Chao.  I'm of counsel
16   for Northrup Grumman.
17        MR. CHAO:  Just for the record, we want
18   to assert an objection to the production of
19   three manuals at 9:45 this morning, and I'll
20   just identify the manuals by their cover.  The
21   first one is a green, three-ring binder called
22   "Grumman Safety Bulletins Manual."
23        The second one is a black binder,
24   multiple-ring binder called "Quality Control
25   Laboratory," entitled "Non-destructive Test

Page 379

1    Manual."
2        The third manual is a blue, three-ring
3    binder entitled, "Quality and Safety
4    Operations, Military Space Quality
5    Procedures."
6        Let's have these marked.
7        (Whereupon, the referred-to binders were
8    marked Defendant's Exhibits 2, 3 and 4 for
9    Identification by the court reporter.)
10        MR. CHAO:  We want to preserve our right
11   to further depose the witness based on a more
12   detailed examination of Defendant's 2 through
13   4.
14        MR. BLOCK:  You can reserve any rights
15   you want.  We obviously object.  Just for the
16   record, these are Grumman's materials.  So,
17   these aren't something that would not have
18   been available for review for Grumman.  They
19   are marked "Grumman."  They're Grumman
20   material.
21        MR. DIMARCO:  Off the record.
22        (Whereupon, an off-the-record discussion
23   was held.)
24   Q.  Mr. Gitto, you previously testified you
25   worked in essentially two capacities while you worked

Exhibit D

# LEVY, PHILLIPS & KONIGSBERG, LLP
## ATTORNEYS AT LAW
### 800 THIRD AVENUE
### NEW YORK, N. Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

June 13, 2007

**Via Hand Delivery**
Honorable Denny Chin
United States District Judge
500 Pearl Street, Room 1020
New York, NY 10007

Re:   <u>Gitto v. A.W. Chesterton Co., Inc., et al.,</u> 07 Civ. 04771 (DC)

Dear Judge Chin:

We represent plaintiffs Salvatore and Phyllis Gitto and write pursuant to your Individual Practices which require that a pre-motion conference letter precede the filing of any motion.

This asbestos lawsuit was removed by one defendant, Eaton Hydraulics Inc., formerly known as Vickers Incorporated ("Vickers"), who alleges that this case is removable under the federal officer removal statute.

Mr. Gitto is living with mesothelioma, a fatal cancer caused only by asbestos. His condition is terminal, his "overall prognosis is poor and his long term survival is poor as well." (Letter from William Merritt, M.D., dated June 11, 2007, attached hereto as Exhibit A). Mr. Gitto was exposed to asbestos used on Vickers pumps and valves on Navy ships at the Brooklyn Navy Yard from the early 1950s through 1966. Plaintiffs sole claim is that Vickers breached its state-law duty to warn about the asbestos hazards associated with the use of Vickers equipment.

As will be demonstrated below, there is no basis for removal and this case, therefore, should be remanded to state court. Plaintiffs request that this Court resolve the issue of whether removal is proper on an expedited basis, without requiring the Notice of Motion procedure and briefing schedule specified by Local Civ. Rule 6.1(b). Mr. Gitto's grave health condition alone constitutes a "clear and specific showing... of good and sufficient reasons why a procedure other than by notice of motion is necessary." Local Civ. Rule 6.1(d).[1]

---

[1] Moreover, this case is part of the November 2007 trial cluster in the New York City Asbestos Litigation ("NYCAL"), and the expedited discovery schedule has already commenced. (Designation of Cases, with attached Discovery Schedule, attached hereto as Exhibit B).

00094687.WPD

Honorable Denny Chin
United States District Judge
June 13, 2007
Page 2


As the removing party, Vickers bears the burden of establishing that this action is removable, and "out of respect for the limited jurisdiction of the federal courts and the rights of states", and this Court "must resolve any doubts against removability." In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation v. Atlantic Richfield Company, et al., 2007 WL 1500338, *10 (May 24, 2007, 2nd Cir.) (internal quotations and alteration omitted). Allegations in support of removal that "lack a foundation in law", or that are "without citation to any supporting document", are insufficient to support removal. Id., at *13.

To establish that removal is proper under the federal officer removal statute (28 U.S.C. §1442), Vickers must prove that "it was acting under a federal officer, which subsumes the existence of a causal connection between the charged conduct and asserted official authority." MTBE, 2007 WL 1500338, at *11. In this case, the only conduct upon which liability is based is Vickers' failure to warn workers about the hazards of asbestos associated with the use of its equipment at the Brooklyn Navy Yard. (Second Amended Complaint, attached hereto as Exhibit C, at ¶3). Accordingly, Vickers must demonstrate that "particular conduct being sued upon [i.e. the failure to warn about asbestos] is closely linked to detailed and specific regulations." MTBE, 2007 WL 1500338, at *11 (emphasis added).

Vickers has not – and cannot – point to any Navy regulation that prevented Vickers from discharging its state-law duty to warn about the asbestos hazards associated with the use of its equipment. Instead, Vickers has submitted a conclusory declaration signed by Arthur F. Wardwell, a retired Navy Captain who never worked at the Brooklyn Navy Yard and who fails to cite a single regulation in support of his opinion.[2] (Notice of Removal, Ex. 2, "Wardwell

---

[2] Noticeably absent from Vickers' Notice of Removal and the Wardwell Declaration is any mention of a specific regulation that, in any way, prevented Vickers from warning about the hazards of asbestos either through a label on its equipment or in its product manuals. In fact, the Declaration does not even mention product manuals. Moreover, the Declaration suggests, without any foundation, that the Navy had its own "asbestos warnings" for equipment; no evidence has been presented to support this. It is also worth noting that th Declaration is carefully limited to state – albeit without any foundation – that Vickers could not have "unilaterally" warned about asbestos. Captain Wardwell does not state that Vickers, or any other manufacturer of equipment, ever attempted to warn and was prevented from doing so by the Navy. Finally, the Declaration is also contradicted by a specific military specification governing product manuals for "Mechanical Equipment" which states that the word "WARNING" should be used in product manuals for any "practices" which will result in personal injury or loss of life if not correctly followed." (MIL-M-15071D (SHIPS), 6 June 1961, attached hereto as Exhibit D at §3.3.6). In another section, the specification instructs that: "Information shall include.... safety precautions". (Id., at §3.1.9) (emphasis added).

00094687.WPD

Honorable Denny Chin
United States District Judge
June 13, 2007
Page 3

Declaration"). Captain Wardwell's statements about the contents of any specifications are, of course, not only lacking in foundation but barred by the best evidence rule, Fed. R. Evid. 1002. Accord, Westmiller v. IMO Industries, Inc., 2005 WL 2850334, *1 (W.D.Wash)(striking statements in affidavit and remanding case removed under federal officer statute).

In the federal officer removal context, district courts faced with similar declarations have repeatedly remanded asbestos cases to state court, citing the absence of any specific regulations that prevented companies from warning about the hazards of asbestos associated with products supplied to the Navy. See,e.g., Hilbert v. Aeroquip, Inc. et al., 2007 WL 1186041, *8 (April 12, 2007, D.Mass); Green v. A.W. Chesterton Co., 366 F.Supp.2d 149, 157 (D.Me. 2005); Freiberg v. Swinterton & Walberg Property Services, Inc. et al., 245 F.Supp.2d 1144, 1155-56 (D.Colo. 2002); see also, Fortier v. Ampco-Pittsburgh Corp. et al., 3:07-cv-00005 (D.Conn. 2007) (Ruling on Motion to Remand, dated March 5, 2007, attached hereto as Exhibit E, at 5) ("Defendants... were free to include warning not dictated by the Navy.").[3]

Based on the foregoing, Plaintiffs respectfully request that the Court accept this letter in lieu of a formal motion to remand and grant expedited treatment to this application.[4]

---

[3]The decision in Nesbiet v. General Electric Co., et al., 399 F.Supp.2d 205 (S.D.N.Y. 2005), which was not appealed, has been invalidated by MTBE, supra. In Nesbiet, no evidence was presented as to any specific regulations that prevented, or even interfered with, GE's ability to warn about asbestos. Id., at 208. The Second Circuit has now made clear that reference to "specific regulations" – that caused the act or omission upon which liability is based – is mandatory. MTBE, 2007 WL 1500338, at *11. The Supreme Court also has now held that, even where the federal government "directs, supervises, and monitors a company's activities in considerable detail", the action is not removable under 28 U.S.C. § 1442. Watson v. Philip Morris Companies, Inc. et al., 2007 WL 1660910, *3 (U.S.).

[4] Because Vickers cannot demonstrate that it failed to warn based on an order or regulation of the Navy, it is not necessary for this Court to "address the last requirement for removal under the federal officer removal statute, i.e., whether defendants have offered a 'colorable' federal defense." MTBE, 2007 WL 1500338, at *18. In any event, contrary to Vickers' allegations, it cannot assert a government contractor defense where the sole claim is failure to warn. In re Joint Eastern and Southern District New York Asbestos Litigation, 897 F.2d 626 (2d Cir. 1990). Nor can it assert a defense of sovereign immunity where it has offered no proof that it was acting under any specific government contract and where the harm suffered by Mr. Gitto was caused by Vickers' own tortious conduct. Hilbert, 2007 WL 1186041, at *11. Vickers also cannot assert a defense under the Defense Production Act because, as Vickers admits, such a defense requires a showing that the "act or failure to act" upon which liability is based "result[ed] directly or indirectly from compliance with a rule, regulation or order issued pursuant to th[e] Act." (Notice of Removal, ¶ 14).

Honorable Denny Chin
United States District Judge
June 13, 2007
Page 4

Respectfully,

Jerome H. Block

Attachments

cc:   Andrew Sapon, Esq.
      Bivona & Cohen, P.C.
      Counsel for Eaton Hydraulics Inc., formerly known as Vickers Incorporated
      (via Hand Delivery)

      All Other Counsel via Facsimile (w/o Attachments)

00094687.WPD                          4

Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO<br>AND PHYLLIS GITTO,<br><br>          Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON CO., INC.,<br>*et al.*,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07 CV 4771 (DC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## EATON HYDRAULICS INC., F/K/A VICKERS, INCORPORATED'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Andrew Sapon, Esq. (Bar No. AS-1536)
Patrick Steinbauer, Esq.
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
New York, NY  10005-1886
(212) 363-3100 (phone)
(212) 363-9824 (fax)

*Of Counsel:*
Raymond B. Biagini, Esq.
Lisa M. Norrett, Esq.
John W. Lomas, Jr., Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 496-7500 (phone)
(202) 496-7756 (fax)

Dated: July 6, 2007

**Attorneys for Defendant
Eaton Hydraulics Inc., f/k/a
Vickers, Incorporated**

BIVONA & COHEN, P.C. • COUNSELORS AT LAW • WALL STREET PLAZA • 88 PINE STREET • NEW YORK • NY 10005

## TABLE OF CONTENTS

**Page**

NATURE AND STAGE OF PROCEEDINGS ...........................................................1

SUMMARY OF ARGUMENT ...............................................................................4

ARGUMENT .........................................................................................................8

I.     FEDERAL OFFICER REMOVAL IS PROPER.............................................8

        A.     AS A MATTER OF LAW, EHI MAY REMOVE PLAINTIFFS' FAILURE TO WARN CLAIMS UNDER THE FEDERAL OFFICER REMOVAL STATUTE ...........................................................8

               1.     FEDERAL OFFICER REMOVAL MAY APPLY, AS A MATTER OF LAW, TO PLAINTIFFS' FAILURE TO WARN CLAIMS ............................................................8

                       A.     *NESBIET* HAS NOT BEEN INVALIDATED BY *IN RE MTBE* ....................................................................9

                       B.     PLAINTIFFS' CITATION TO ASBESTOS CASES FROM OTHER JURISDICTIONS IS INAPPOSITE.................................................................11

               2.     AS A MATTER OF LAW, EHI MAY ASSERT THE GOVERNMENT CONTRACTOR DEFENSE TO PLAINTIFFS' FAILURE TO WARN CLAIMS ....................13

        B.     EHI SATISFIES ALL THREE ELEMENTS OF THE FEDERAL OFFICER REMOVAL TEST.......................................................13

               1.     EHI IS A "PERSON" UNDER THE FEDERAL OFFICER REMOVAL STATUTE ..............................................................14

               2.     EHI "ACTED UNDER" THE DIRECT AND DETAILED CONTROL OF A FEDERAL OFFICER REGARDING THE VERY CONDUCT AT ISSUE ........................................14

               3.     EHI ASSERTS THREE COLORABLE FEDERAL DEFENSES TO PLAINTIFFS' CLAIMS.................................19

                       A.     GOVERNMENT CONTRACTOR DEFENSE.............................20

                         B.     DEFENSE PRODUCTION ACT .................................................22

                         C.     DERIVATIVE SOVEREIGN IMMUNITY ................................24

CONCLUSION..................................................................................................................25

**TABLE OF AUTHORITIES**

Page

**CASES**

*Arness v. Boeing North America, Inc.,*
   997 F. Supp. 1268 (C.D. Cal. 1998) ........................................................................24

*Boyle v. United Technologies Corp.,*
   487 U.S. 500 (1988)........................................................................................13, 20

*Dolphin Gardens, Inc. v. United States,*
   243 F. Supp. 824 (D. Conn. 1965)........................................................................25

*Eastern Air Lines, Inc. v. McDonnell Douglas Corp.,*
   532 F.2d 957 (5th Cir. 1976) ................................................................................23

*Fortier v. Ampco-Pittsburgh Corp.,*
   No. 3:07-cv-00005 (D. Conn. Mar. 5, 2007) ........................................................12

*Freiberg v. Swinerton & Walberg Property Services, Inc.,*
   245 F. Supp. 2d 1144 (D. Colo. 2002)..................................................................11

*Fung v. Abex Corp.,*
   816 F. Supp. 569 (N.D. Cal. 1992) .......................................................................13

*Green v. A.W. Chesterton Co.,*
   366 F. Supp. 2d 149 (D. Me. 2005) ......................................................................12

*Hilbert v. Aeroquip, Inc.,*
   __ F. Supp. 2d __, No. 07-10205, 2007 WL 1186041 (D. Mass. Apr. 12, 2007) ....................11

*In re "Agent Orange" Product Liability Litigation,*
   304 F. Supp. 2d 442 (E.D.N.Y. 2004) ..................................................................22

*In re Joint Eastern and Southern District New York Asbestos Litigation,*
   897 F.2d 626 (2d Cir. 1990)............................................................................13, 20

*In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation v. Atlantic
   Richfield Co.,*
   __ F.3d __, Nos. 04-5974-cv(L), 04-6056-cv(CON), 2007 WL 1500338 (2d Cir.
   May 24, 2007)....................................................................................9, 10, 13, 14

*Katz v. Warner-Lambert Co.,*
   9 F. Supp. 2d 363 (S.D.N.Y. 1998).........................................................................3

*Madden v. Able Supply Co.,*
    205 F. Supp. 2d 695 (S.D. Tex. 2002) ................................................................9, 12

*Magnin v. Teledyne Continental Motors,*
    91 F.3d 1424 (11th Cir. 1996) ...........................................................................19

*Mesa v. California,*
    489 U.S. 121 (1989)...........................................................................................19

*Miami Valley Hospital v. Community Insurance Co.,*
    No. 3:05-cv-297, 2006 WL 2252669 (S.D. Ohio Aug. 7, 2006) .................................3

*Myers v. United States,*
    323 F.2d 580 (9th Cir. 1963) .............................................................................25

*Nesbiet v. General Electric Co.,*
    399 F. Supp. 2d 205 (S.D.N.Y. 2005)........................................................... *passim*

*Niemann v. McDonnell Douglas Corp.,*
    721 F. Supp. 1019 (S.D. Ill. 1989).....................................................................21

*Ryan v. Dow Chemical Co.,*
    781 F. Supp. 934 (E.D.N.Y. 1992) ...............................................................10, 24

*Watson v. Philip Morris Cos., Inc.,*
    127 S. Ct. 2301 (2007)......................................................................................11

*Yearsley v. W.A. Ross Construction Co.,*
    309 U.S. 18 (1940)......................................................................................24, 25

## STATUTES

28 U.S.C. § 1442(a)(1) (2006).....................................................................................8

28 U.S.C. § 1446(b) (2006) .........................................................................................2

50 U.S.C. app. §§ 2061-2171 (2006) (Defense Production Act)...........................6, 7, 22

50 U.S.C. app. § 2157 (2006) ....................................................................................22

Second War Powers Act, Pub. L. No. 77-507, 56 Stat. 176 (1942) ..............................23

BIVONA & COHEN, P.C. · COUNSELORS AT LAW · WALL STREET PLAZA, 88 PINE STREET · NEW YORK, N.Y. 10005

Defendant Eaton Hydraulics Inc., formerly known as Vickers, Incorporated ("EHI") hereby files this Memorandum in Opposition to Plaintiffs' Motion to Remand. As discussed in detail below, Plaintiffs' Motion to Remand should be denied, as this case was properly removed on federal officer removal grounds.

Indeed, all of EHI's activities in question were performed under the direct and detailed control of officers of the United States Navy. As succinctly stated by retired U.S. Navy Rear Admiral Ben J. Lehman, "[i]n the 1950s and 1960s, the Navy dictated every aspect of the design, manufacture, installation, overhaul, written documentation and warnings associated with its ships and did not permit deviation by any of its contractors. Indeed, any warnings regarding asbestos hazards were prescribed and proscribed by the U.S. Navy, and contactors such as EHI could not deviate from such warnings to comply with any state-law imposed warnings." (Declaration of Ben J. Lehman ("Lehman Decl.") ¶ 10, attached hereto as Ex. A.)[1]

## NATURE AND STAGE OF PROCEEDINGS

Plaintiffs served their Summons and Complaint on EHI on April 27, 2007. On May 7, 2007, EHI received from Plaintiffs' counsel Plaintiffs' Answers to Defendants' Fourth Amended Standard Set of Interrogatories and Request for Production of Documents ("Plaintiffs' Discovery Responses"). In Plaintiffs' Discovery Responses, Plaintiff Salvatore Gitto alleges exposure to EHI pumps and valves aboard several U.S. Navy ships while employed by the U.S. Navy from 1951 to 1952 and 1954 to 1965 at the Brooklyn Navy Yard. (Pls.' Interrog. Resps., Chart A.)

---

[1] As set forth below, Admiral Lehman is one of three retired U.S. Navy officers who provide declarations in support of this brief and testify as to the direct and detailed control exercised by the U.S. Navy over EHI's conduct at issue.

Plaintiff Salvatore Gitto subsequently testified at his deposition on May 16, 2007 and June 7, 2007 that he was exposed to asbestos in EHI pumps and/or valves aboard the following U.S. Navy ships:  USS Hornet (Gitto Dep. 170:25-171:3, May 16, 2007; Gitto Dep. 372:10-12, June 7, 2007); USS Franklin D. Roosevelt ("FDR") (Gitto Dep. 189:15-190:2, 192:25-193:7, May 16, 2007; Gitto Dep. 356:11-13, 375:7-12, June 7, 2007); and USS Lexington (Gitto Dep. 270:11-270:14, May 16, 2007; Gitto Dep. 364:10-15, 375:7-12, June 7, 2007).  Plaintiff asserted that such exposure occurred while he worked at the Brooklyn Navy Yard from 1951 to 1952 and 1954 to 1966. (Gitto Dep. 17:14-16, 18:23-19:4, May 16, 2007.)[2]

EHI timely filed its Notice of Removal on June 5, 2007, within thirty days of receipt of Plaintiffs' Discovery Responses, as required by 28 U.S.C. § 1446(b) (2006).  On June 13, 2007, Plaintiffs submitted a pre-motion conference letter, requesting that the Court accept the letter in lieu of a formal motion to remand and grant expedited treatment to their application.[3]  On June 18, 2007, the Court ordered that it would accept Plaintiffs' pre-motion conference letter in lieu of a formal motion to remand and it set a briefing schedule for Plaintiffs' Motion.  Plaintiffs assert in their Motion to Remand that their "sole claim is that [EHI] breached its state-law duty to warn about the asbestos hazards associated with the use of [EHI] equipment," (Pls.' Mot. to Remand at 1), and they attach their Second Notice of Amendment and Second Amended Complaint (Pls.'

---

[2] While it is not specifically relevant for this brief, EHI disputes any allegation that its products here contained asbestos.

[3] In seeking expedited treatment, Plaintiffs asserted that this case is part of the November 2007 trial cluster in the New York City Asbestos Litigation ("NYCAL") and that the expedited discovery schedule had already commenced.  Contrary to Plaintiffs' assertion, the New York Supreme Court no longer has jurisdiction over this case.  Further, despite an expedited schedule, cases in the NYCAL November 2007 trial cluster have not yet been assigned trial dates and indeed will not be assigned trial dates until at least November 2007.

Pursuant to an Order
dated July 10, 2007

- 2 -

07-4771

Second Notice of Amendment and Second Am. Compl., dated May 30, 2007, attached as Ex. C to Plaintiffs' Mot. to Remand).   While Plaintiffs' Complaint and First Amended Complaint contain both failure to warn and non-failure to warn claims, Plaintiffs' Second Amended Complaint expressly limits Plaintiffs' claims arising from exposure to asbestos at the Brooklyn Navy Yard to claims concerning "failure to warn about the hazards of asbestos as alleged in New York Asbestos Litigation Standard Complaint No. 1." (Pls.' Second Am. Compl. ¶ 3.)

EHI did not receive Plaintiffs' Second Amended Complaint before filing its Notice of Removal on June 5, 2007, and, in fact, only received Plaintiffs' Second Amended Complaint when served with Plaintiffs' Motion to Remand on June 13, 2007.   Nor did EHI receive Plaintiffs' First Amended Complaint until after it retrieved such complaint from the Court's docket following its removal.   As such, there is a question regarding the operative complaint for purposes of removal.   *See Katz v. Warner-Lambert Co.*, 9 F. Supp. 2d 363, 364 (S.D.N.Y. 1998) (holding that an amended complaint served after the notice of removal is not the operative complaint); *Miami Valley Hosp. v. Community Ins. Co.*, No. 3:05-cv-297, 2006 WL 2252669, at *1 n.1 (S.D. Ohio Aug. 7, 2006) (holding that even though defendants had not received service of plaintiffs' amended complaint prior to their removal, the operative complaint for removal purposes was the amended complaint because it was filed before defendants' removal). Accordingly, EHI addresses below the propriety of federal officer removal jurisdiction as to both Plaintiffs' failure to warn and non-failure to warn claims.

Pursuant to the Court's Order, EHI now files its Memorandum in Opposition to Plaintiffs' Motion to Remand, and demonstrates in detail below that this case was properly removed on federal officer removal grounds.

## SUMMARY OF ARGUMENT

Federal officer removal jurisdiction is appropriate in this case and thus Plaintiffs' Motion to Remand should be denied. As discussed in detail below, EHI was acting under the direct and detailed control of federal officers (namely, the Secretaries of the United States Navy and their delegees) with respect to the very conduct at issue in this case, and EHI establishes several colorable federal defenses to Plaintiffs' claims. Plaintiffs claim to have suffered injuries stemming from the design, manufacture, and maintenance of EHI pumps and valves installed on U.S. Navy ships in the 1950s and 1960s, as well as the provision or omission of warnings, labels, and other caution statements accompanying such equipment, including any warnings regarding asbestos hazards.

Contrary to Plaintiffs' assertions, EHI satisfies all three elements of the federal officer removal test. EHI establishes the unrefuted first element by showing that, as a corporation, it is a "person" within the meaning of the federal officer removal statute. Additionally, EHI satisfies the second element of the federal officer removal test by demonstrating that it acted under the detailed control of a federal officer with regard to the very conduct at issue. Specifically, EHI's activities at issue were performed under the direct and detailed control of officers of the United States Navy. Attached hereto are the declarations of three retired U.S. Navy officers, Rear Admiral Ben J. Lehman, Rear Admiral Roger B. Horne, Jr., and Captain Arthur F. Wardwell, who all testify, based on extensive first-hand knowledge, as to the direct and detailed control exercised by the U.S. Navy over EHI's conduct at issue. *See* Lehman Decl.; Declaration of Roger B. Horne, Jr. ("Horne Decl."), attached hereto as Ex. B; Supplemental Declaration of Arthur F. Wardwell ("Wardwell Suppl. Decl."), attached hereto as Ex. C. Also attached is the declaration of Robert Sawyer, M.D., who attests to the Navy's knowledge in the 1950s and

1960s regarding asbestos hazards.  *See* Declaration of Robert Sawyer, M.D.  ("Sawyer Decl."),

attached hereto as Ex. D.  Such testimony includes the following:

- "With regard to any EHI pumps or valves installed aboard U.S. Navy vessels in the 1950s and 1960s, all aspects of the design performance requirements and materials for construction, including thermal insulation, were specified by the Secretary of the Navy or his delegees." (Horne Decl. ¶ 11.)

- "If asbestos was in any EHI pumps or valves during this time, it was prescribed explicitly by the Navy through such Navy specifications, and EHI could not unilaterally change or omit asbestos." (Wardwell Suppl. Decl. ¶ 5.)

- "In the 1950s and 1960s, the Navy dictated every aspect of the design, manufacture, installation, overhaul, written documentation and warnings associated with its ships and did not permit deviation by any of its contractors." (Lehman Decl. ¶ 10.)

- "EHI would not have been permitted, under the detailed Navy specifications, associated regulations, and procedures in the 1950s and 1960s, to affix any type of warnings, including any warnings regarding asbestos hazards, to EHI pumps or valves installed on U.S. Navy vessels, other than those required by the Navy." (Wardwell Suppl. Decl. ¶ 7.)

- "EHI could not unilaterally change any warnings, markings, or labels, including those regarding asbestos hazards, affixed to or accompanying EHI pumps or valves, required by the Navy for any such equipment.  *See* Ex. 3 (MIL-STD-755, *Labels Containing Symbols for Packages and Containers for Hazardous Industrial Chemicals and Materials*, dated 31 August 1961)." (*Id.*)

- "Attached as Exhibit 2 is a military standard, MIL-M-15071D (SHIPS), dated 6 June 1961, governing the Navy's requirements for all technical manuals for shipboard electrical and mechanical equipment, including any pumps or valves installed on Navy vessels.  This specification shows that the Navy had final approval over all such technical manuals and that any warnings, labels, or any other written information that accompanied a piece of equipment installed on Navy vessels, including any warnings regarding asbestos hazards, were explicitly prescribed or proscribed by the Navy through, among other things, its review and approval of these technical manuals." (Lehman Decl. ¶ 11.)

- "[A]ny warnings regarding asbestos hazards were prescribed and proscribed by the U.S. Navy and contractors such as EHI could not deviate from such warnings to comply with any state-law imposed warnings." (*Id.* ¶ 10.)

- "The Navy knew in the 1950s and 1960s that there were no warnings regarding asbestos hazards accompanying products installed on Navy vessels.  If a contractor such as EHI had unilaterally attempted to add such warnings, it would have been prohibited and proscribed from doing so." (Wardwell Suppl. Decl. ¶ 11.)

- "Any EHI pumps or valves had to conform with military specifications or the U.S. Navy would not have permitted their installation on any Navy ships." (Lehman Decl. ¶ 11.)

- "Furthermore, to my knowledge, at all times, EHI apprised the military of any concerns of which it had actual knowledge relating to such pumps and valves." (Wardwell Suppl. Decl. ¶ 5.)

- "The information and knowledge possessed by the Navy with respect to the specification and use of asbestos, and the health hazards associated with asbestos use aboard Navy vessels, represented contemporary state-of-the-art and exceeded information and knowledge that reasonably could have been provided by a pump manufacturer such as EHI." (Sawyer Decl. ¶ 9.)

EHI also satisfies the third element of the federal officer removal test by raising several colorable federal defenses, including the government contractor defense, the Defense Production Act, and the derivative sovereign immunity doctrine. With respect to the government contractor defense, EHI demonstrates that the U.S. Navy approved reasonably precise specifications regarding the design and manufacture of pumps and valves installed on U.S. Navy vessels, including the nature of warnings to be affixed to and included with such equipment. Moreover, all EHI pumps or valves installed on Navy ships conformed to such specifications, as any deviations would have resulted in the Navy's rejection of such equipment. (Lehman Decl. ¶ 10.) EHI also warned the U.S. Navy of any risks concerning such pumps or valves for which the Navy was unaware. With regard to asbestos risks, however, the Navy was fully aware of the risks of asbestos and in fact had superior knowledge to that of any manufacturer such as EHI. *See* Sawyer Decl. ¶ 9.

EHI also establishes the Defense Production Act of 1950 ("DPA"), 50 U.S.C. app. §§ 2061-2171, as a colorable federal defense to Plaintiffs' claims. Here, EHI cannot be held liable to Plaintiffs for the activities at issue (*i.e.,* the design, manufacture, installation, maintenance of and provision of warnings for products installed on Navy vessels), as such activities resulted directly from compliance with detailed and comprehensive Navy specifications

and directives. As RADM Lehman explains, "[a]ll Navy equipment installed on Navy vessels in the 1950s and 1960s, including pumps and valves supplied by EHI to the Navy, were supplied in accordance with specific rated order contracts between the Navy and contractors such as EHI. No equipment could have been supplied without such a contract." (Lehman Decl. ¶ 12.) Through these rated order contracts, EHI was required to comply with detailed specifications and directives regarding all aspects of EHI pumps and valves installed on U.S. Navy vessels, including all warnings affixed to or accompanying such products. As such, the actions at issue result directly from compliance with Navy contracts and specifications and thus the DPA serves as a colorable federal defense to Plaintiffs' claims.

Finally, EHI demonstrates that the derivative sovereign immunity doctrine is another colorable federal defense to Plaintiffs' claims. EHI's activities at issue were performed pursuant to contracts with the U.S. Navy and in accordance with Navy specifications and directives, and EHI's work conformed to such requirements. (*Id.* ¶¶ 10, 12 ("[a]ny EHI pumps or valves had to conform with military specifications or the U.S. Navy would not have permitted their installation on any Navy ships.") Through such contracts, the U.S. Navy directed contractors such as EHI to include specific warnings with their products and proscribed any warnings beyond those required by the Navy. As Plaintiffs' alleged injuries result directly from EHI's actions performed pursuant to detailed Navy contracts and specifications, and EHI's work conformed to such requirements, EHI cannot be held liable for Plaintiffs' alleged injuries under the derivative sovereign immunity doctrine.

<div align="center">

**ARGUMENT**

</div>

**I.    FEDERAL OFFICER REMOVAL IS PROPER**

The federal officer removal statute permits the removal of cases commenced in state court against "any officer (*or any person acting under that officer*) of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office." 28 U.S.C. § 1442(a)(1) (2006) (emphasis added).   In their Motion to Remand, Plaintiffs challenge EHI's federal officer removal, claiming that:   (a) as a matter of law, EHI cannot demonstrate that federal officer removal jurisdiction applies to Plaintiffs' failure to warn claims; and (b) EHI has failed to establish the elements required for federal officer removal.   Neither of these arguments has merit.

<div align="center">

**A.    As A Matter Of Law, EHI May Remove Plaintiffs' Failure To Warn Claims Under The Federal Officer Removal Statute**

</div>

Plaintiffs raise two threshold legal challenges to EHI's federal officer removal: (1) as a matter of law, federal officer removal does not apply to asbestos failure to warn claims in the absence of express regulations preventing warnings regarding asbestos hazards; and (2) as a matter of law, EHI cannot assert the government contractor defense as a colorable federal defense to Plaintiffs' failure to warn claims.   These challenges have no merit.

<div align="center">

1.    Federal Officer Removal May Apply, As a Matter of Law, to Plaintiffs' Failure to Warn Claims

</div>

Plaintiffs assert that, as a matter of law, federal officer removal does not apply to asbestos failure to warn claims in the absence of express regulations preventing warnings regarding asbestos hazards. (Pls.' Mot. to Remand at 3.)  Plaintiffs are wrong.  The case law is clear that federal officer removal jurisdiction applies to asbestos failure to warn claims where the federal officer prevented the manufacturer from complying with its state-law duty to warn by controlling

<div align="center">

- 8 -

</div>

all warnings accompanying the product. *See, e.g., Nesbiet v. General Elec. Co.*, 399 F. Supp. 2d 205 (S.D.N.Y. 2005); *Madden v. Able Supply Co.*, 205 F. Supp. 2d 695 (S.D. Tex. 2002).

<div align="center">a. <u>*Nesbiet* has not been invalidated by *In re MTBE*</u></div>

First, in support of their argument, Plaintiffs contend that this Court's decision in *Nesbiet* has been invalidated by *In re Methyl Tertiary Butyl Ether ("MTBE") Prods. Liab. Litig. v. Atlantic Richfield Co.*, __ F.3d __, Nos. 04-5974-cv(L), 04-6056-cv(CON), 2007 WL 1500338, at *10 (2d Cir. May 24, 2007). (Pls.' Mot. to Remand at 3 n.3.)  There is nothing in the *In re MTBE* decision that invalidates or affects in any way this Court's decision in *Nesbiet*.

In *Nesbiet*, this Court upheld federal officer removal jurisdiction in a similar failure to warn case against a Navy contractor arising from the plaintiff's exposure to asbestos while working at the Brooklyn Navy Yard during World War II.  This Court found that the defendant, who was supplying the Navy with marine steam turbines that the United States needed to build Naval ships, satisfied the "acting under" and "causal nexus" requirements of federal officer removal because it was acting under the direct and detailed control of U.S. Navy officers regarding the provision of all warnings, and that such control directly interfered with the defendant's ability to fulfill its state law obligations to warn about the hazards of asbestos. *Nesbiet*, 399 F. Supp. 2d at 212.  This control was evidenced in part by military specifications, MIL-M-15071A-G, that required that safety instructions be provided as "*dictated by the Navy*" and "indicate[d] that the content of instruction manuals [was] subject to the approval of the Navy." *Id.* at 209 (emphasis in original).[4]  This Court further held that the defendant was not

---

[4] Included among the military specifications reviewed by the *Nesbiet* court is MIL-M-15071D, *id.* at 209 n.24, which Plaintiffs refer to in their Motion to Remand (Pls.' Mot. to Remand at 2 n.2).  The *Nesbiet* court admonished the plaintiffs in that case for mischaracterizing the specifications in arguing that the specifications "'imposed an affirmative requirement to warn on

*(Footnote cont'd on next page)*

required to provide direct evidence that the U.S. Navy specifically prohibited it from warning about asbestos. *Id.*

In direct contrast to *Nesbiet*, *In re MTBE* addressed federal officer removal jurisdiction in the context of a regulatory case and found that certain corporations were not acting under the direction of the Environmental Protection Agency ("EPA") when they manufactured, refined, marketed, or distributed gasoline containing the oxygenating agent methyl tertiary butyl ether ("MTBE"). *In re MTBE*, 2007 WL 1500338, at *11-18. The court found that the EPA regulations at issue did not require the use of MTBE, nor did they provide any specifications for how gasoline should be produced or for government approval of the gasoline product. *Id.* Furthermore, *In re MTBE* never even discussed failure to warn claims, let alone invalidated *Nesbiet*'s holding regarding the application of federal officer removal to such claims.

Plaintiffs also erroneously assert that the "Second Circuit [in *In re MTBE*] has now made clear that reference to 'specific regulations' – that caused the act or omission upon which liability is based - is mandatory." (Pls.' Mot. to Remand at 3 n.3.) To the contrary, in referencing "specific regulations," the *In re MTBE* court was quoting from the 1992 decision in *Ryan v. Dow Chemical Co.*, 781 F. Supp. 934, 947 (E.D.N.Y. 1992). Moreover, this quotation from *Ryan* merely asserted the well-established requirement that federal officer removal requires a showing that the "particular conduct being sued upon is closely linked to detailed and specific regulations." *Id.* As demonstrated throughout this brief, EHI satisfies this requirement by

---

*(Footnote cont'd from previous page.)*

contractors.'" *Id.* at 208-09. Plaintiffs here present a similarly flawed argument with respect to MIL-M-1507D in their Motion to Remand. (Pls.' Mot. to Remand at 2 n.2.)

providing extensive evidence that the Navy controlled all aspects of EHI products installed on Navy vessels, including prescribing and proscribing all warnings accompanying such products.[5]

          b.        <u>Plaintiffs' Citation to Asbestos Cases From Other Jurisdictions Is Inapposite</u>

In support of their argument, Plaintiffs also cite several cases from other jurisdictions. (Pls.' Mot. to Remand at 3.) Each of these cases is distinguishable. In *Hilbert v. Aeroquip, Inc.*, __ F. Supp. 2d __, No. 07-10205, 2007 WL 1186041 (D. Mass. Apr. 12, 2007), the affiant, one of the defendant's employees, did not work for the defendant during the time period at issue and failed to demonstrate that he reviewed any contracts from the relevant period or spoke with anyone having personal knowledge of that time period. 2007 WL 1186041, at *2. As such, the affiant had no personal knowledge regarding the extent that military regulations prevented the defendant from complying with state-law requirements regarding product warnings. *Id.* at *7. Similarly, in *Freiberg v. Swinerton & Walberg Prop. Servs., Inc.*, 245 F. Supp. 2d 1144 (D. Colo. 2002), nothing in the relevant affidavits even addressed whether the defendant was prevented from providing state-law imposed warnings. *Id.* at 1156. Rather, the defendant's three-paragraph affidavit stated that the defendant used materials specified by engineering and operating contractors, and thus the defendant was "acting under" operating and engineering contractors, and not the U.S. government. *Id.* at 1153-54.

---

[5] Plaintiffs also cite to the Supreme Court's recent decision in *Watson v. Philip Morris Cos., Inc.*, 127 S. Ct. 2301 (2007), to support their argument that federal officer removal jurisdiction does not apply in this case. *Watson*, however, supports, rather than undermines, federal officer removal jurisdiction in this case. As the Supreme Court stated, federal officer removal is particularly appropriate in the context of government contracting as a "private contractor . . . [is] helping the Government to produce an item that it needs." *Watson*, 127 S. Ct. at 2308.

The decision in *Green v. A.W. Chesterton Co.*, 366 F. Supp. 2d 149 (D. Me. 2005) and the unpublished decision in *Fortier v. Ampco-Pittsburgh Corp.*, No. 3:07-cv-00005 (D. Conn. Mar. 5, 2007) (attached as Ex. E to Pls.' Mot. to Remand) are also inapposite.  In *Green*, there was no issue of Navy control over warnings.  Instead, the issue was whether or not the Navy specified the use of asbestos.  *Green*, 366 F. Supp. 2d at 157.  Moreover, the affidavit submitted by the defendant on that issue was not based on personal knowledge and failed to address whether the Navy specified the use of the asbestos in the product.  *Id.*  While the court in *Fortier* at least addressed the issue of Navy control over warnings, the court held that the defendants failed to demonstrate that "the Navy had the sole authority to dictate the warnings affixed to or provided with the equipment."  *Fortier*, No. 3:07-cv-00005, at 4-5.  There, the defendant failed to provide testamentary or documentary evidence demonstrating that the defendant was prevented from providing state-law imposed warnings.  *Id.*

Here, in direct contrast, EHI demonstrates through extensive testamentary and documentary evidence that the U.S. Navy prescribed and proscribed the warnings affixed to and accompanying any EHI pumps or valves installed on U.S. Navy ships in the 1950s and 1960s, including any warnings regarding asbestos, and EHI could not deviate in any way from these Navy-dictated warnings.  This evidence, including the declarations of several retired U.S. Navy officers and detailed military specifications, shows that the U.S. Navy prevented EHI from complying with any state-law imposed warnings, including any warnings regarding asbestos.  As such, and unlike the cases cited by Plaintiffs, EHI demonstrates that federal officer removal applies to Plaintiffs' failure to warn claims.  *See, e.g., Nesbiet*, 399 F. Supp. 2d 205; *Madden*, 205 F. Supp. 2d at 702.

2.   <u>As a Matter of Law, EHI May Assert the Government Contractor Defense to Plaintiffs' Failure to Warn Claims</u>

Plaintiffs also claim that EHI may not, as a matter of law, assert the government contractor defense as a colorable federal defense to Plaintiffs' failure to warn claims. (Pls.' Mot. to Remand at 3 n.4.)   Once again, Plaintiffs are simply wrong.   The case Plaintiffs cite in support of this erroneous statement, *In re Joint Eastern and Southern Dist. New York Asbestos Litig.*, 897 F.2d 626 (2d Cir. 1990), holds exactly the opposite - "we follow the other federal courts which already have held that *Boyle* may apply to a state law failure-to-warn claim." *Id.* at 629 (collecting cases); *see also Nesbiet*, 399 F. Supp. 2d at 212-13 (recognizing the Second Circuit's holding that the *Boyle* test applies to state failure to warn claims).   The Second Circuit further explains that "[j]ust as with conflicting federal and state design requirements, the existence of conflicting federal and state warning requirements can undermine the Government's ability to control military procurement." *In re Asbestos Litig.*, 897 F.2d at 629.

**B.   EHI Satisfies All Three Elements Of The Federal Officer Removal Test**

Contrary to Plaintiffs' assertions, EHI has satisfied all of the elements for federal officer removal.   Federal officer removal is proper where a defendant can (1) demonstrate that it is a "person" within the meaning of the statute; (2) establish that it acted under the direction of a federal agency or officer, and show a causal nexus between the claims at issue and the conduct performed under color of federal office; and (3) raise a colorable federal defense. *In re MTBE*, 2007 WL 1500338, at *10; *Nesbiet*, 399 F. Supp. 2d at 210; *Fung v. Abex Corp.*, 816 F. Supp. 569, 571-72 (N.D. Cal. 1992).   As explained in detail below, EHI satisfies all of these elements as it was acting under the direct and detailed control of U.S. Navy officers in performing the very conduct at issue, and it asserts several colorable federal defenses to Plaintiffs' claims.   As such, federal officer removal is proper.

1.    EHI is a "Person" Under the Federal Officer Removal Statute

As a corporation, EHI qualifies as a "person" within the meaning of the federal officer removal statute. *See In re MTBE*, 2007 WL 1500338, at *11. Plaintiffs do not dispute that EHI has established this initial element for federal officer removal.

2.    EHI "Acted Under" the Direct and Detailed Control of a Federal Officer Regarding the Very Conduct at Issue

Defendants satisfy the second prong of the federal officer removal test by demonstrating that their actions at issue were undertaken under the direct and detailed control of federal officers. *See Nesbiet*, 399 F. Supp. 2d at 211. Attached are the declarations of three retired U.S. Navy officers, Rear Admiral Ben J. Lehman, Rear Admiral Roger B. Horne, Jr., and Captain Arthur F. Wardwell. *See* Lehman Decl.; Horne Decl.; Wardwell Suppl. Decl.

These declarants testify, based on their extensive first-hand knowledge, that EHI's actions at issue were taken under the direct and detailed control of federal officers. They assert that, during the relevant time period, the U.S. Navy directed and controlled the design, manufacture, installation, and maintenance of all equipment installed on U.S. Navy vessels, such as EHI pumps and valves, and prescribed and proscribed the warnings, labels, and other caution statements affixed to or accompanying all such products. (Lehman Decl. ¶ 10; Horne Decl. ¶¶ 11, 12; Wardwell Suppl. Decl. ¶¶ 5, 7, 11.) These declarants all served in senior positions within the Navy during the relevant time period and have personal knowledge of the activities at issue in the case. (Lehman Decl. ¶¶ 3-5, 7, 8; Horne Decl. ¶¶ 9, 10; Wardwell Suppl. Decl. ¶¶ 2, 3.) RADM Lehman, who was in the Navy and Naval Reserve from the early 1940s through the late 1960s, along with positions at several major shipbuilding companies, served as, among other things, Ship Superintendent and Dry Docking Officer at the Brooklyn Navy Yard between 1942 and 1944. (Lehman Decl. ¶¶ 2-4.) During his tenure in the Navy, RADM Lehman was

- 14 -

personally involved with the "supervision or oversight of ship alterations and machinery and equipment overhauls at the New York Naval Shipyard (formerly the Brooklyn Navy Yard) and at the San Francisco Naval Shipyard (formerly Hunter's Point). This included liaison with the ship's officers to assure them that every aspect of the shipyard's work and of the machinery, equipments, and materials used was in complete accordance with the U.S. Navy's standards, specifications, and approved work practices." (*Id.* ¶ 8.)

Similarly, RADM Horne, Jr., who served in the Navy from 1956 through 1991, "concentrated in ship design, engineering, construction, overhaul and inspection, and ultimately achieved the rank of Chief Engineer and Deputy Commander, Naval Sea Systems Command ("NAVSEA") for Ship Design and Engineering." (Horne Decl. ¶¶ 1, 3.) In that position, he was responsible for "the maintenance of Navy ship military specifications and for monitoring compliance with the specifications by all vendors and contractors of Navy equipment." (*Id.* ¶ 10.) Also attached is the supplemental declaration of Captain Wardwell, who served in the Navy from 1958 to 1982, and served as, *inter alia*, Commanding Officer of the Office of Supervisor of Shipbuilding, Conversion, and Repair, San Francisco. (Wardwell Decl. ¶¶ 1, 4.)

Based on their extensive first-hand knowledge, these declarants all testify that the U.S. Navy controlled the design, manufacture, installation and maintenance of EHI pumps and valves installed on U.S. Navy vessels in the 1950s and 1960s, and the provision of warnings regarding such equipment. (Lehman Decl. ¶ 10; Horne Decl. ¶¶ 11, 12; Wardwell Suppl. Decl. ¶¶ 5, 7, 11.) As with all equipment on U.S. Navy vessels, the Secretary of the Navy or his delegees exclusively developed the designs, regulations, and specifications for the EHI equipment at issue. (Wardwell Suppl. Decl. ¶ 4.) In his supplemental declaration, Captain Wardwell further explains that

RIVOM.... & COUEN, B.C.... COUNSELODS ATLAW. WALL STREET PLAZA, 88 PINE STREET . NEW YORK, N.Y. 10005

> the Secretary of the Navy, or his delegees, including Naval Sea Systems Command ("NAVSEA") and the specific Contracting Officers, exclusively developed the ship designs and plans, as well as comprehensive and detailed regulations and specifications for all shipboard equipment, and such Navy officers supervised, enforced, and approved compliance with these Navy plans, regulations, and specifications by contractors such as EHI.

(*Id.*)

Notably, Plaintiffs have offered no proof that EHI products contained asbestos, and EHI disputes any such allegation. Even assuming *arguendo* that EHI's products did contain asbestos, however, the use was controlled by the Navy. In addition to developing the designs, specifications, and regulations for the EHI products on these Navy vessels, the U.S. Navy explicitly prescribed the use of materials in these EHI products. RADM Horne explains that

> [w]ith regard to any EHI pumps or valves installed aboard U.S. Navy vessels in the 1950s and 1960s, all aspects of the design performance requirements and materials for construction, including thermal insulation, were specified by the Secretary of the Navy or his delegees. Such Navy specifications prescribed the use of asbestos-containing insulation for products. *In other words, if asbestos was in any pumps or valves supplied by EHI, it was prescribed explicitly by the Navy through such Navy specifications, and EHI could not unilaterally change or omit asbestos.*

(Horne Decl. ¶ 11) (emphasis added). Similarly, RADM Lehman explains that

> [i]n the 1950s and 1960s, the Navy dictated every aspect of the design, manufacture, installation, overhaul, written documentation and warnings associated with its ships and did not permit deviation by any of its contractors . . . . Any EHI pumps or valves had to conform with military specifications or the U.S. Navy would not have permitted their installation on any Navy ships.

(Lehman Decl. ¶ 10.)

With respect to any warnings, EHI similarly was directed to include specific warnings on its pumps and valves supplied for these Navy vessels, and was proscribed from including any

- 16 -

warnings beyond those required by the Navy.  (Horne Decl. ¶¶ 12, 13; Lehman Decl. ¶¶ 10, 11;

Wardwell Suppl. Decl. ¶¶ 7-11.)  As Captain Wardwell explains:

> The U.S. Navy had precise specifications as to the nature of any communications affixed to equipment supplied by EHI to the Navy.  EHI would not have been permitted, under the detailed Navy specifications, associated regulations, and procedures in the 1950s and 1960s, to affix any type of warnings, including any warnings regarding asbestos hazards, to EHI pumps or valves installed on U.S. Navy vessels, other than those required by the Navy. *EHI could not unilaterally change any warnings, markings, or labels, including those regarding asbestos hazards, affixed to or accompanying EHI pumps or valves, required by the Navy for any such equipment.  See* Ex. 3 (MIL-STD-755, *Labels Containing Symbols for Packages and Containers for Hazardous Industrial Chemicals and Materials,* dated 31 August 1961).

(Wardwell Suppl. Decl. ¶ 7) (emphasis added).  Significantly, Captain Wardwell further testifies

that

> [t]he Navy knew in the 1950s and 1960s that there were no warnings regarding asbestos hazards accompanying products installed on Navy vessels.  If a contractor such as EHI had unilaterally attempted to add such warnings, it would have been prohibited and proscribed from doing so.

(*Id.* ¶ 11.)

Attached to Captain Wardwell's declaration as Exhibit 4 is a military specification, MIL-

M-15071D (SHIPS), dated 6 June 1961, which Plaintiffs attached as Exhibit G to their Motion to

Remand.  Captain Wardwell explains that this military specification governed the Navy's

requirements for all technical manuals for shipboard electrical and mechanical equipment,

including any pumps or valves installed on Navy vessels.  (*Id.* ¶ 8.)  Plaintiffs contend that this

military specification contradicts Captain Wardwell's testimony in his declaration.  (Pls.' Mot. to

Remand at 2 n.2.)  To the contrary, this specification provides additional documentary support

for the testimony proffered from all three Navy declarants.  As Captain Wardwell asserts, the

- 17 -

specification "demonstrates that the Navy had final approval over all such technical manuals and that any warning, label, or other caution statement on equipment installed on Navy vessels was explicitly prescribed or proscribed by the Navy through, among other things, its review and approval of these technical manuals." (Wardwell Suppl. Decl. ¶ 8.) Captain Wardwell further testifies that MIL-M-15071D,

> paragraphs 3.1.1, 3.1.2, and 3.5.2, all prescribe the Navy's approval of such manuals, both Class A and Class B manuals. Paragraph 3.1.1 states that "[a]pproval of a class A manual will be by the Bureau of Ships only and, once approved, the basic manual shall not be modified without the approval of the Bureau of Ships." Similarly, paragraph 3.1.2 requires that "[o]nce a class B manual has been approved by the Bureau or its field representative, the manual shall not be modified without approval of the Bureau of Ships." Paragraph 3.5.2 also mandates that "[f]our copies of each revision shall be submitted to the Bureau for approval and assignment of a change number." As such, any suggestion that EHI could deviate in any way from the warnings, labels, or caution statements prescribed and proscribed by the Navy is incorrect.

(*Id.* ¶ 9.) In short, "[c]ontractors such as EHI could not place any warnings in such technical manuals unless they were explicitly reviewed and approved by the U.S. Navy, nor could they make any modifications to such manuals without the Navy's explicit direction." (*Id.*)

RADM Horne also testifies that the predecessor military specification, MIL-T-15071B (SHIPS), dated 18 Aug. 1954, similarly demonstrates that "any warnings affixed to or accompanying equipment installed on Navy vessels were prescribed or proscribed by the Navy, through, among other things, its review and approval of all technical manuals." (Horne Decl. ¶ 13.) RADM Horne further asserts that

> This specification demonstrates that the Navy had final approval over all such technical manuals and that any warnings affixed to or accompanying equipment installed on Navy vessels were prescribed or proscribed by the Navy through, among other things, its review and approval of all technical manuals. For example, Section 3.4.7.1 mandates that '[p]rior to the printing of the final

- 18 -

> manuals, a preliminary manual shall be prepared and submitted in
> duplicate to the bureau or agency concerned via the Government
> inspector for approval and assignment of a Navy NAVSHIPS
> identification number.'

(*Id.*)  Finally, RADM Lehman asserts that "any warnings regarding asbestos hazards were prescribed and proscribed by the U.S. Navy, and contractors such as EHI could not deviate from such warnings to comply with any state-law imposed warnings." (Lehman Decl. ¶ 11.)

As all of EHI's actions at issue were prescribed and proscribed by the U.S. Navy, EHI meets the second element of the federal officer removal test by demonstrating that Plaintiffs' claims arise out of actions EHI performed under explicit federal direction.[6]

### 3.   EHI Asserts Three Colorable Federal Defenses To Plaintiffs' Claims

EHI also satisfies the third prong of the federal officer removal test by presenting at least one colorable federal defense to Plaintiffs' claims.  Indeed, EHI establishes numerous colorable federal defenses, including the government contractor defense, the Defense Production Act of 1950, and the derivative sovereign immunity doctrine.

EHI need not show that all of these defenses will prevail, but only that one is plausible. *See Mesa v. California*, 489 U.S. 121, 129 (1989); *Nesbiet,* 399 F. Supp. 2d at 210-11 ("a defense may be colorable even if the court ultimately rejects it"); *Magnin v. Teledyne*

---

[6] Plaintiffs' assertion that statements in Captain Wardwell's declaration regarding the level of control the U.S. Navy exercised over EHI, are lacking in foundation and barred by the best evidence rule is simply wrong.  *See* Pls.' Mot. to Remand at 2-3.  Captain Wardwell's declaration testimony, as with all of the Navy declarants' testimony attached hereto, is based on personal knowledge and experience from his extensive Navy career, and is in no way lacking in foundation nor barred by the best evidence rule. *See* Wardwell Decl. ¶ 2, 8, 9; *see also Nesbiet,* 399 F. Supp. 2d at 208 (finding that an affiant's time working at a Navy ship yard during the relevant time period was sufficient foundation for his statements regarding the Navy's "*complete control over all* warnings placed on equipment or in accompanying technical manuals by [the Navy's] contractors" (emphasis in original)).

*Continental Motors,* , 91 F.3d 1424, 1427 (11th Cir. 1996) (the stated federal defense "need only be plausible; its ultimate validity is not to be determined at the time of removal").  Here, EHI provides ample support to establish that several of its asserted federal defenses are colorable.

a.      Government Contractor Defense

First, EHI establishes the government contractor defense as a colorable federal defense to Plaintiffs' claims.  Under the government contractor defense, EHI cannot be held liable to Plaintiffs because the U.S. Navy approved reasonably precise specifications regarding the design and manufacture of pumps and valves installed on Navy vessels, including the nature of warnings to be affixed to or included with such equipment; any pumps or valves manufactured by EHI conformed to such requirements; and EHI warned the U.S. Navy of any risks concerning such pumps and valves for which the Navy was unaware.  *See Boyle v. United Techs. Corp.*, 487 U.S. 500, 512 (1988); *see also In re Asbestos Litig.*, 897 F.2d at 629.

The attached declarations of three former Navy officers, RADM Horne, RADM Lehman, and Captain Wardwell all demonstrate that the U.S. Navy approved reasonably precise specifications and indeed controlled all aspects of the design, manufacture, installation, and maintenance of EHI pumps or valves installed on any Navy ships, including prescribing and proscribing all warnings, labels, or other caution statements affixed to or accompanying such equipment. (Horne Decl. ¶¶ 11-13; Lehman Decl. ¶¶ 9-11; Wardwell Suppl. Decl. ¶¶ 5, 7, 11.) RADM Lehman discusses the ultimate control exercised by the U.S. Navy over all aspects of products installed on Navy vessels in the 1950s and 1960s:

> [t]he Navy was intimately involved with and had final approval of all technical and engineering drawings, operating manuals, safety or hazard information and any other written information that accompanied a piece of equipment.  The Navy determined the nature of hazards to be subject to any precautionary labeling and the content of any such labeling, including any asbestos hazards.

- 20 -

> In the 1950s and 1960s, the Navy dictated every aspect of the design, manufacture, installation, overhaul, written documentation and warnings associated with its ships and did not permit deviation by any of its contractors.

(Lehman Decl. ¶ 10.)

RADM Horne also testifies that with regard to warnings, including asbestos warnings, the

U.S. Navy had

> precise specifications as to the nature of any communications affixed to equipment supplied by EHI to the Navy. EHI would not have been permitted, under the detailed Navy specifications, associated regulations, and procedures, to affix any type of warning or caution statement regarding asbestos to the equipment intended for installation onto a Navy vessel, beyond those required by the Navy.

(Horne Decl. ¶ 12.)  Additionally, all EHI pumps or valves installed on Navy ships conformed to

such specifications, as any deviation would have resulted in a rejection of such equipment.

(Lehman Decl. ¶ 10 ("Any EHI pumps or valves had to conform with military specifications or

the U.S. Navy would not have permitted their installation on any Navy ships.").)

Finally, EHI warned the U.S. Navy of any risks concerning EHI pumps or valves for

which the Navy was unaware. (Wardwell Suppl. Decl. ¶ 5.)  With regard to asbestos risks,

however, from as far back as the 1940's and 1950's, the U.S. government was fully aware of the

risks of the use of asbestos.  *See Niemann v. McDonnell Douglas Corp.*, 721 F. Supp. 1019, 1028

(S.D. Ill. 1989) (finding the third element of the government contractor defense satisfied because

the government's knowledge regarding asbestos hazards in the 1940s and 1950s was superior to

that of defendant manufacturers; court relied on the deposition testimony of two former Air

Force officers who testified that the government was fully aware of the risks of asbestos in the

1940s and 1950s during the construction of the aircraft at issue).

- 21 -

Indeed, the U.S. Navy's knowledge in the 1950s and 1960s regarding asbestos hazards exceeded that of any manufacturer such as EHI.   Attached is the declaration of Dr. Robert Sawyer, an occupational medicine physician with extensive Navy experience and knowledge. (Sawyer Decl. ¶¶ 1-6.)  Dr. Sawyer attests that "[t]he information and knowledge possessed by the Navy with respect to the specification and use of asbestos, and the health hazards associated with asbestos use aboard Navy vessels, represented contemporary state-of-the-art and exceeded information and knowledge that reasonably could have been provided by a pump manufacturer such as EHI." (*Id.* ¶ 9.)  EHI thus establishes the government contractor defense as a colorable federal defense to Plaintiffs' claims.  *See In re "Agent Orange" Prod. Liab. Litig.*, 304 F. Supp. 2d 442, 450 (E.D.N.Y. 2004) (government contractor defense is a colorable federal defense for purposes of federal officer removal).

### b.    Defense Production Act

As a matter of law, a contractor that performs its contract under the DPA is immunized from liability for damages in tort, contract, or otherwise resulting from that performance. Section 707 of the Defense Production Act provides:

> No person shall be held liable for damages or penalties for any act or failure to act resulting directly or indirectly from compliance with a rule, regulation, or order issued pursuant to this Act, notwithstanding that any such rule, regulation, or order shall thereafter be declared by judicial or other competent authority to be invalid.

50 U.S.C. app. § 2157.  Plaintiffs' alleged claims against EHI arise from its performance of a contract issued pursuant to the DPA and therefore EHI is immune from suit.

The DPA compels contractor performance regardless of the contractor's other contractual obligations and regardless of whether the contract is detrimental to the contractor's business interest.  Because the statute compels a contractor's performance, section 707 of the Act grants

- 22 -

the contractor immunity from liability arising from that performance. *See Eastern Air Lines, Inc. v. McDonnell Douglas Corp.*, 532 F.2d 957, 996-98 (5th Cir. 1976) (DPA's immunity provisions should be given broad interpretation in order to fulfill statutory purpose).

Congress clearly intended the Act's unqualified immunity language to apply regardless of the nature of the damage claims or penalties. The broad scope of the immunity is evidenced by a comparison of section 707 with the immunity provision of the Second War Powers Act, the predecessor statute effective during World War II. Section 301 of the Second War Powers Act, Pub. L. No. 77-507, 56 Stat. 176, 180 (1942), amended section 2(a)(7) of the National Defense Act of 1940 to provide that, "[n]o person shall be held liable for damages or penalties for any default under any contract or order which shall result directly or indirectly from compliance with this subsection (a)." Section 707 of the DPA followed the basic language of the Second War Powers Act, but, in order to ensure even broader protection to defense contractors, substituted the phrase "for any act or failure to act" for the phrase "for any default under any contract or order."

Here, EHI cannot be held liable to Plaintiffs for the activities at issue (*i.e.,* the design, manufacture, installation, maintenance of and provision of warnings for products installed on Navy vessels), as such activities resulted directly from compliance with detailed and comprehensive Navy specifications and directives. (Horne Decl. ¶¶ 11-13; Lehman Decl. ¶¶ 9-11; Wardwell Suppl. Decl. ¶¶ 5, 7, 11.) As RADM Lehman explains, "All Navy equipment installed on Navy vessels in the 1950s and 1960s, including pumps and valves supplied by EHI to the Navy, were supplied in accordance with specific rated order contracts between the Navy and contractors such as EHI. No equipment could have been supplied without such a contract." (Lehman Decl. ¶ 12; *see* Wardwell Suppl. Decl. ¶ 4 ("[a]ll contracts for products installed on

Navy vessels were 'rated' contracts entered into pursuant to 50 U.S.C. §§ 2061-2171").)
Through these contracts, EHI was required to comply with detailed specifications and directives
prescribing and proscribing all aspects of products installed on Navy vessels. (*Id.* ¶ 5.)  As such,
EHI's actions at issue resulted directly from compliance with Navy contracts and specifications,
and thus EHI establishes the DPA as a colorable federal defense to Plaintiffs' claims.  *See, e.g.,*
*Ryan,* 781 F. Supp. at 945 (holding that the DPA is a colorable federal defense for the purposes
of federal officer removal); *Arness v. Boeing North Am., Inc.,* 997 F. Supp. 1268, 1273 (C.D.
Cal. 1998) (same).

<div align="center">

c.    <u>Derivative Sovereign Immunity</u>

</div>

Finally, EHI also asserts the colorable federal defense of derivative sovereign immunity.
As a government contractor performing work pursuant to its contract with the U.S. Navy, EHI is
protected from liability under the derivative sovereign immunity doctrine.  *Yearsley v. W. A.*
*Ross Constr. Co.,* 309 U.S. 18, 20-21 (1940).  EHI's work was performed pursuant to contracts
with the U.S. Navy, and in accordance with Navy specifications and directives, and EHI's work
conformed to such contracts and requirements.

Indeed, attached as Exhibit 5 to Captain Wardwell's supplemental declaration is a true
and correct copy of an exemplar EHI technical manual for a variable delivery piston pump,
Model No. PVV-5020-FC-1-20-B, dated April 1963.  (Wardwell Suppl. Decl., Ex. 5.)  This
technical manual, approved by the Chief, U.S. Navy Bureau of Ships, was supplied by EHI to the
U.S. Navy in accordance with Contract No. 86916, dated July 6, 1962.  (*Id.* ¶ 10.)  As
demonstrated by this exemplar technical manual, any pumps or valves supplied by EHI for
installation on any Navy ships were in accordance with specific contracts between EHI and the
Navy.  (*See id.; see also* Lehman Decl. ¶ 12 ("equipment installed on Navy vessels in the 1950s
and 1960s . . . were supplied in accordance with specific rated order contracts . . . . No [EHI

<div align="center">

- 24 -

</div>

pumps or valves] could have been supplied without such a contract.").)  Through such contracts, the U.S. Navy provided detailed specifications and directives regarding all aspects of products installed on Navy vessels, including prescribing and proscribing warnings on any products supplied for such Navy vessels. (*See* Wardwell Suppl. Decl. ¶ 10.)

As Plaintiffs' alleged injuries result directly from EHI's actions performed pursuant to contracts with the U.S. Navy and in accordance with Navy specifications and directives, and EHI's work conformed to such contracts and requirements, EHI cannot be held liable for Plaintiffs' alleged injuries under the derivative sovereign immunity doctrine. *See Yearsley*, 309 U.S. at 20-21; *Myers v. United States*, 323 F.2d 580, 583 (9th Cir. 1963); *Dolphin Gardens, Inc. v. United States*, 243 F. Supp. 824, 827 (D. Conn. 1965).

<u>CONCLUSION</u>

For the above-stated reasons, EHI submits that this Court has subject matter jurisdiction over this action and that EHI's removal of this action from state court was proper based on federal officer removal grounds.  Accordingly, EHI respectfully requests that this Court deny Plaintiffs' Motion to Remand.  EHI requests oral argument on Plaintiffs' Motion.

- 25 -

Dated:  July 6, 2007

Respectfully submitted,

__s/ Andrew Sapon_____
Andrew Sapon, Esq. (Bar No. AS-1536)
Patrick Steinbauer, Esq.
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
New York, NY  10005-1886
(212) 363-3100 (phone)
(212) 363-9824 (fax)


*Of Counsel:*
Raymond B. Biagini, Esq.
Lisa M. Norrett, Esq.
John W. Lomas, Jr., Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 496-7500 (phone)
(202) 496-7756 (fax)


**Attorneys for Defendant
Eaton Hydraulics Inc., f/k/a
Vickers, Incorporated**

BIVONA & COHEN, P.C. • *COUNSELORS AT LAW* • WALL STREET PLAZA, 88 PINE STREET • NEW YORK, N.Y. 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO<br>AND PHYLLIS GITTO,      )<br>)<br>)<br>Plaintiffs,     )<br>)<br>vs.     )<br>)<br>A.W. CHESTERTON CO., INC.,    )<br>*et al.*,     )<br>)<br>Defendants.    )<br>) | Civil Action No. 07 CV 4771 (DC) |

## **ORDER**

Upon consideration of Plaintiffs' Motion to Remand and Defendants' Opposition thereto,

it is, by the Court, this _____ day of _____, 2007,

ORDERED that Plaintiffs' Motion to Remand is DENIED.


_____
Honorable Denny Chin
United States District Judge

Exhibit F

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

SALVATORE GITTO and PHYLLIS GITTO,

                 Plaintiffs,

                           Civil Action No. 07 CV 4771 (DC)

       - against -

A.W. CHESTERTON CO., INC., *et al.,*

                 Defendants.

- - - - - - - - - - - - - - - - - - -X

<u>DECLARATION OF CAPTAIN ARNOLD P. MOORE, USNR (RET.), P.E</u>

        I, Arnold P. Moore declare the following:

        1.     I have been continuously licensed as a Professional Engineer for over 27 years.  I recently retired as the Sector Vice President, Engineering for a major builder of United States naval warships.  I am also a retired Captain, Engineering Duty, United States Naval Reserve.

        2.     I began my Navy career in 1968 immediately after receiving a Bachelor of Science degree from the United States Naval Academy with a major in Naval Science and a minor in Naval Architecture.  I served eleven years of active duty in the Navy. During this time I concentrated on shipboard engineering and the repair and overhaul of Navy ships.

        3.     My first two tours of duty were in the engineering departments of steam powered naval ships. During these tours I qualified as a Surface Warfare Officer and as the Engineering Officer of the Watch on the heavy cruiser USS Newport News.  From 1972 until 1975 I was a Navy sponsored graduate student at the Massachusetts Institute of Technology in the Naval Ship Design and Construction curriculum.  This three year program focused on a number of courses upon steam propulsion and shipboard machinery and included courses in thermodynamics, fluid dynamics, heat transfer, and materials science as well as boiler, turbine and pump design.  I received both a Master of Science degree in Naval Architecture and Marine Engineering and the Professional Degree of Ocean Engineer from MIT.  Upon graduation from MIT, I was assigned to Charleston

1

Naval Shipyard as a Navy Engineering Duty Officer. This tour included two years as a Ship Production Superintendent responsible for directing all repair work during overhauls of steam propulsion destroyers and nuclear submarines. This job provided daily contact with shipyard workers. I also served two years in the same shipyard as an overhaul program manager responsible for financial management, work authorization and customer interface.

4.     In 1979, when I completed my obligated service for my post graduate education at MIT, I resigned my active duty commission and entered both my civilian career and the Naval Reserve.  My first civilian job was with the Charleston Office of M. Rosenblatt and Son, Inc., a marine engineering design firm. I served 18 months as Chief Naval Architect and 18 months as Technical Director of this office.  During that time we designed ship alterations to modernize destroyers, tenders and mine sweepers. As Technical Director I was also responsible for oversight of the preparation and review of Navy system technical manuals.  This job included close interaction with Navy officials and employees during the review and approval process of technical manuals, drawings and other documents.

5.     From August 1982 until January 2007 I worked as an engineering executive at Ingalls Shipbuilding. This company was owned by Litton Industries until 2001 when Litton was acquired by Northrop Grumman.  I entered Ingalls as Chief Naval Architect responsible for the leadership of over 300 naval architects, structural engineers and designers. Three years later, I was promoted to be Director, Design Engineering responsible for 1000 employees in all engineering disciplines involved in the design of new construction cruisers, destroyers and amphibious assault ships. My responsibilities included supervision of the group that worked with equipment manufacturers to prepare equipment and system technical manuals.  This responsibility also required frequent interaction with Navy officials during the review process.  In 1992 I was promoted to Vice President, Engineering responsible for a total of over 2000 engineers, designers and logistics personnel. In addition to the design of new construction warships I became responsible for Research and Development and Fleet Modernization Design. I continued to have responsibility for the group that worked with manufacturers in the development of technical manuals.  I held the position of Vice President, Engineering for over 14 years until my retirement in January 2007.  During my tenure as an engineering executive we designed six major classes of naval warships and were responsible for modernization of three additional classes.

6.      Concurrently with my civilian career, I completed 15 years of service in the Naval Reserve as an Engineering Duty Officer. This service included two days of active duty each month and two weeks of continuous service each year. This service was spent at Naval Shipyards, Supervisor of Shipbuilding Offices at private shipyards and the Naval Sea Systems Command working on naval ship engineering projects on a wide variety of naval ship classes. I retired from the Naval Reserve as a Navy Captain (O6).

7.      I am licensed in three states as a Professional Engineer and registered nationally with the National Council of Examiners for Engineering and Surveying (NCEES). I am a Life Fellow of the Society of Naval Architects and Marine Engineers (SNAME) and the winner of the SNAME William M. Kennedy Award for Shipbuilding Systems. I am also a Life member of the American Society of Naval Engineers (ASNE).

8.      A true and correct copy of my current Curriculum Vitae is attached as Exhibit 1.

9.      I am aware that a lawsuit has been filed against several Defendant corporations, including Eaton Hydraulics Inc., formerly known as Vickers, Incorporated ("EHI") by Plaintiffs who allege injury by Plaintiff Salvatore Gitto's exposure to asbestos and asbestos-containing products aboard certain Navy ships at the Brooklyn Navy Yard from 1951 to 1952 and from 1954 to 1966.  These products include EHI pumps and valves.  I also understand that Plaintiff alleges that Defendant corporations, including EHI, failed to warn Plaintiff of the hazards related to asbestos in such products.  I am further aware that EHI seeks to remove this civil action to the United States District Court for the Southern District of New York.  EHI has taken the position, based on the Declarations of Horne, Lehman and Wardwell, that EHI was prohibited by Navy specifications and standards from providing warnings concerning asbestos and asbestos containing products.

10.      Based on my 26 years of experience as a Naval Officer, and my 27 years of experience as a Naval Architect and Marine Engineer directing the design of United States naval warships as well as my extensive review of Navy specifications and standards from the 1950's and 1960's, I can attest to the instructions the Navy required its equipment manufacturers to provide to warn of hazards associated with equipment delivered to the Navy.

11.      Throughout the 1950's and 1960's and continuing to the present time, Navy specifications and standards specifically required equipment manufacturers and other vendors providing

3

materials to the Navy to provide warnings concerning hazards associated with their products. The hazards associated with exposure to asbestos and asbestos containing materials and equipment were not exempted from these requirements.  I attest, based both on my own experience and the reading of Navy requirements and specifications, that the Navy relied heavily upon its manufacturers and vendors to identify hazards associated with their products.

12.     Attached as Exhibit 2 is a military specification, MIL-B-15071A (SHIPS) dated 20 October 1952, which details the Navy's requirements concerning the contents of technical manuals for electrical and mechanical equipment.  This is the first known edition of a series of specification editions that govern the preparation of equipment technical manuals. All of the other editions of this specification for the 1950's and 1960's are included as Exhibits 3 through 8 and are discussed in the following paragraphs.  Sections 3.4.1.1 and 3.5.1.1  of the 1952 edition specifically require a safety notice for "special hazards" involved with the product.  Section 3.4.1.8.1 (f) requires instructions to maintain safety devices to prevent damage to equipment or injury to personnel.  Section 3.5.5 specifically directs that two copies of manuals be shipped along with each unit of equipment.  New pages are required by section 3.3.4.1 "when it is found necessary to include new information to augment the instruction book data".  This requirement provides the mechanism to add hazard warnings to the manual if hazards are detected after the manual has been shipped.

13.     Attached as Exhibit 3 is the 16 August 1954 edition of the military specification discussed in paragraph 12, MIL-T-15071B (SHIPS).  This is Exhibit 2 from the Horne Declaration.  It invokes the same requirement for safety notices for hazards in sections 3.5.1.1 and 3.6.1.1.  Section 3.5.1.8.1 also contains the same requirement to provide instructions to maintain safety devices. Section 3.2 not only requires shipping two copies of the manual with each unit of equipment but also provides for distribution throughout the Navy, including two copies to each Naval Shipyard.  This clearly provides the mechanism to inform shipyard workers such as Mr. Gitto about hazards involving the equipment they are handling or installing.  In fact section 3.6.1.3 requires "precautions" to be identified during installation of equipment.  Section 3.4.5.1 contains the same language as the 1952 version for preparation of new pages for new information.

14.     Attached as Exhibit 4 is MIL-M-15071C (SHIPS) which is the 10 September 1957 edition of the military specification for mechanical and electrical technical manuals.  Section 1.1 clearly states that the requirements in this manual are the minimum

4

acceptable requirements.  Sections 3.3.3.2 and 3.4.3.2 provide for the usage of "emphatics" in capital letters to be provided adjunct to the text to highlight notes, cautions and warnings.  "WARNINGS" are clearly required for:  "operating procedures, practices etc, which will result in personal injury or loss of life if not correctly followed".  Section 3.3.1.2.5 requires safety precautions as a part of operating instructions and section 3.3.1.2.6 requires safety precautions for installation instructions. Section 3.3.1.2.7.1 maintains language requiring instructions for maintenance of safety devices.  Section 3.1.6.1 retains the requirement for new pages for new information.  Section 3.6.1 requires the shipment of two copies of the manual with each unit of equipment and two copies be provided to each Naval Shipyard.

15.     MIL-M-15071D (SHIPS) dated 6 June 1961 is attached as Exhibit 5.  This is Exhibit 4 from the Supplemental Wardwell Declaration and Exhibit 2 from the Lehman Declaration. This specification states in section 1.1 that "The intent is to accept the manufacturer's commercial type of manual or one prepared in accordance with his commercial practice whenever it is roughly equivalent to the detail requirements included herein."  This statement clearly indicates that the United States Government intention at this time was to accept commercial practices which are governed by state law.  Section 3.3.6 maintains the requirement to utilize capitalized notes, cautions and warnings for emphasis preceding applicable instructions.  Section 3.1.7 requires instructions for precautions during equipment installation, section 3.1.9 requires safety precautions for operating instructions and section 3.1.10.1 requires that instructions stress the importance of properly maintaining safety devices to prevent damage to equipment or injury to personnel.  Section 3.5 maintains the requirement for new pages for new information and section 3.7 maintains the requirement to ship two copies with each unit of equipment and to provide copies to Naval Shipyards.

16.     Exhibit 6 is MIL-M-15071E (SHIPS) dated 15 April 1962 governing the preparation of Navy Equipment and Systems Manuals.  Section 3.7.5 contains the same requirement as in prior revisions upon the use of "NOTES", "CAUTIONS" and "WARNINGS" preceding instructions.  Section 3.3.3 defines the requirement for installation instructions to include precautions during equipment unpacking and handling as well as safety precautions during installation.    Safety precautions during operation of equipment are required by section 3.3.4.  Section 3.4.1.1 maintains the requirement to provide instructions for the maintenance of safety equipment and section 3.5.3.2 requires repair instructions to

5

include any "cautions or warnings which must be observed to protect personnel and equipment".  Section 3.10.2 provides detailed instructions for providing new pages for new information.

17.    MIL-M-15071F (SHIPS)  dated 28 August 1967 is very similar to the 1962 version with the same language in the same numbered paragraphs as outlined in my paragraph 16 above. It is included as Exhibit 7 for completeness.

18.    MIL-M-15071G (SHIPS) dated 1 August 1969 is enclosed as Exhibit 8.  It has been reformatted when compared to earlier editions.   Section 3.5.4.3.1 requires the use of capitalized "NOTES", "CAUTIONS" and "WARNINGS" as before.  Section 3.5.6.3 requires instructions on safety precautions and maintenance of safety devices during preventive maintenance. Section 3.5.6.4 adds the requirement to include safety precautions when scheduling performance testing of equipment.  Section 3.5.6.5 requires safety to be a specific element of planning equipment overhauls.  Section 3.6.1 details the specific requirements for systems manuals and requires that an entire chapter be devoted to safety precautions. Section 3.6.3 requires that hazards associated with system operation and maintenance be described.  Section 3.6.3.1 requires instructions regarding safety scope, safety concepts and specific responsibilities for safety.  Section 3.6.3.4.3 requires that the specific hazardous components in each system be identified and described and that handling precautions for these components be described. Section 3.6.5.2 Operating Modes requires: "Emphasis shall be placed by the use of warnings on the safe operation of controls, which if operated improperly, could result in hazards to personnel or damage to equipment."

19.    The UNIFORM LABELING PROGRAM – NAVY, dated 9/24/56, further documents Navy requirements that manufacturers provide warnings concerning hazardous materials.  This document is Exhibit 9.  Paragraph 1.c. of enclosure (3) to this document provides the Navy definition for a Class III, Toxic hazard as "Any industrial or military material which may give off a harmful vapor, dust, fume, or mist during handling or operations.  The injurious effect may arise from one exposure (acute) or from repeated exposures over a prolonged period (chronic).  The mode of entry into the body may be by ingestion, inhalation, or absorption through the skin." Paragraph 2 of the main body of this document states that "This instruction applies to the labeling of all hazardous materials throughout the Naval Establishment wherever distribution of hazardous chemicals and materials is made to the actual consumer (shop, office or unit).  It applies to materials received from any supply source, provided the material is intended for ultimate use at

6

the local activity." Taken together these two paragraphs clearly apply to asbestos containing material delivered to a Naval Shipyard for installation aboard a Navy ship. In paragraph 2.a. this document refers the reader to the "Warning Labels Guide" published by the Manufacturing Chemists' Association for guidance on the type of labels to be affixed. This guide is discussed in the next paragraph of this declaration.

20.     Exhibit 10 is entitled WARNING LABELS, Manufacturing Chemists Association and is dated April 1946: The forward to this document states that there is a need to furnish appropriate information in those cases where special precautions are necessary and that information concerning hazardous materials should reach every person using, transporting, or storing these items. It also states that the most practical means for the seller to disseminate this information appears to be labels affixed to containers. The forward also states that "a precautionary label does not take the place of safety equipment, such as goggles, airline respirators, gas masks, clothing, shoes etc." This statement clearly shows that appropriate safety equipment for use with asbestos and asbestos containing equipment was available in 1946 and in common use in industrial environments. Page 5 of this document provides definitions for hazardous substances. The definition for dust is "Solid particles generated by handling, crushing, grinding, rapid impact, detonation, and decrepitation of organic or inorganic materials such as rock, ore, metal, coal, wood, grain etc." Asbestos fully meets this definition. Page 7 of this document provides a label for use with "Harmful Dusts". It reads: "CAUTION: HARMFUL DUST. Avoid repeated breathing or skin contact. Wash thoroughly before eating or smoking. Keep away from feed or food products" This document, recommended by the Navy, indicates that there were recognized industrial guidelines concerning warnings for hazardous materials, including dusts such as asbestos fibers, and the use of safety equipment designed to protect workers from exposure to these hazardous substances.

21.     Exhibit 11 is excerpts from a 136-page Foster Wheeler Technical manual dated August 1952 and entitled Instruction Book Main Boilers, DL 4 and DL 5, DD927/G&C-14. This book illustrates that cautionary language was in use in actual navy technical manuals in the early 1950's. For example pages 17 and 21 contain phrases such as "it is extremely important to", "make sure that" and "Caution, it is of the utmost importance".

22.     A copy of the Navy magazine All Hands dated April 1957 is enclosed as Exhibit 12. It contains a "Five Minute Course on Navy Safety". One segment of this course stresses the importance

7

of reading equipment safety manuals. Several segments of the course also stress the importance of properly utilizing safety equipment.

23.     The Horne Declaration and its attached Exhibits are Exhibit 13 in my declaration.  In paragraph 12 of his declaration Horne states that "EHI would not have been permitted, under the detailed Navy specifications, associated regulations, and procedures , to affix any type of warning or caution statement regarding asbestos to the equipment intended for installation onto a Navy vessel, beyond those required by the Navy."  In fact the Navy did require that safety notices for "special hazards" be included in equipment technical manuals and that two copies of technical manuals be "packed with each unit of equipment".  These requirements are contained in paragraphs 3.2, 3.5.1.1 and 3.6.1.1 of the document that Horne cites as his authority, MIL-T-15071B (SHIPS) dated 16 August 1954. This document is Exhibit 2 in the Horne Declaration and Exhibit 3 in my declaration.  Later versions of this document contain similar language as I have detailed earlier in this declaration.  In paragraph 13 of his declaration, Horne cites section 3.4.7.1 of MIL-T-15071B (SHIPS) to state that the Navy had final approval over all technical manuals.  This is a correct and fully supported statement.  However, he goes on to say: "Any warnings regarding the dangers of asbestos were prescribed and proscribed by the U.S. Navy". This statement is not supported by MIL-T-15071B (SHIPS) or other editions of this military specification from the 1950's and 1960's.  I have never encountered a case in which a Navy official or employee has suggested that I ignore the direction provided by a Navy military specification or any other official Navy document.  Without an identified source for the statement that asbestos warnings were prohibited by the Navy, I must conclude that this statement is unsupported by any documentation and incorrect.

24.     Exhibit 14 consists of the original Wardwell declaration dated June 4, 2007.   In paragraph 12 of this original declaration Wardwell, in a statement almost identical to that made by Horne in paragraph 12 of his declaration states: "Eaton would not have been permitted, under the detailed Navy specifications, associated regulations, and procedures to affix any type of warning or caution statement regarding asbestos to the equipment intended for installation onto a Navy vessel, other than those required by the Navy."  As I stated in more detail in paragraph 23 above, the Navy required that safety notices for hazards be included in equipment technical manuals and that manuals be packed with each unit of equipment.

8

25.     The Supplementary Wardwell Declaration and its attached Exhibits are included as Exhibit 15 to this declaration. The first three sentences of paragraph 7 of this document contain language that is very similar to paragraph 12 of Wardwell's original Declaration and to paragraph 12 of Horne's Declaration.  This subject is covered thoroughly in my paragraph 23.  In sentence 4 of paragraph 7 of his declaration Wardwell cites MIL-STD-755 which is a document which illustrates symbols for labeling hazardous materials. Page 6 of this document presents a sample label with a toxic symbol that would have been entirely appropriate for labeling asbestos containing equipment had EHI chosen to do so.  Paragraph 8 of Wardwell's Supplementary Declaration cites MIL-M-15071D (SHIPS) dated 6 June 1961 which I have included as my Exhibit 5 and discussed in my paragraph 15. Wardwell states:  "This specification demonstrates that the Navy had final approval over all such technical manuals and that any warning, label or other caution statement on equipment installed on Navy vessels was explicitly prescribed or proscribed by the Navy, through, among other things, its review and approval of these technical manuals."  This statement is almost identical to sentence 3 of paragraph 13 of Horne's Declaration.  As I have stated in more detail in my paragraph 23 the statement that warnings were proscribed or prohibited by the Navy is completely unsupported by MIL-M-15071D (SHIPS) or any other edition of this document from the 1950's and 1960's. Again, I attest that this is an incorrect and unsupported statement based on both my review of Navy documentation from the 1950's and 1960's and my own personal experience in review sessions with Navy officials and employees.  Paragraph 9 of Wardwell's Supplementary Declaration states that: "Contractors such as EHI could not place any warnings in such technical manuals unless they were explicitly reviewed and approved by the U.S. Navy, nor could they make any modifications to such manuals without the Navy's explicit direction."  This is a correct statement. However no documentation has been presented that EHI placed the required warnings in its technical manuals or that the Navy would have directed their removal.  In paragraph 10 Wardwell discusses an EHI technical manual for a variable delivery pump dated April 1963.  It is interesting to note that EHI includes "CAUTION" emphatics as required by the military specification to prevent damage to equipment but no "WARNING" emphatics to prevent injury to personnel.  In sentence 4 of this paragraph Wardwell states: "Through such contracts the U.S. Navy directed contractors such as EHI to include specific warnings on any of their products installed on such Navy ships, and prevented them from including any warnings beyond those required by the Navy." Based on my own experience and a thorough review of the documents that governed the preparation of technical manuals in the 1950's and 1960's, I attest

that this statement is entirely incorrect and unsupported by any documentation.  The Navy relied upon equipment manufacturers who actually performed the detailed design of their own equipment to provide hazard warnings and safety precautions including "CAUTION" and "WARNING" emphatics whenever these manufacturers deemed these warnings to be appropriate. It is true that the Navy had review and approval authority over these manuals but no documentation has been presented indicating that the Navy directed removal of any warnings required by military specifications and placed in manuals by equipment manufacturers. In paragraph 11 Wardwell states that: "manufacturers could not deviate to comply with any state imposed warnings."  However MIL-M-15071D (SHIPS) which Wardwell himself cites in this supplementary declaration states in paragraph 1.1: "The intent is to accept the manufacturer's commercial type of manual or one prepared in accordance with his commercial practice whenever it is roughly equivalent to the detail requirements included herein."  This sentence indicates the Navy's intent to comply with commercial practices which are governed by state law. The remainder of Wardwell's paragraph 11 is a restatement of points presented in earlier paragraphs.

26.    Exhibit 16 to this declaration is the Lehman Declaration and its associated Exhibits.  In paragraph 9 Lehman states that "The Navy controlled the decision making with respect to instructions and warnings affixed to and accompanying every piece of equipment, including any warnings regarding asbestos hazards." The Navy did review warnings provided by manufacturer's but, as I have detailed in my paragraphs 23, 24 and 25, assigned responsibility to vendors to provide warnings and cautions applicable to their products. In paragraph 10 Lehman states: "The Navy determined the nature of hazards to be subject to any precautionary labeling and the content of any such labeling, including asbestos hazards."  It is not clear what Lehman intends by the word "nature" but is clear that the Navy intent was to allow the manufacturers of equipment to determine what hazards their equipment contained. As described in my Exhibit 2 discussed in my paragraph 12, MIL-B-15071A (SHIPS) specifically required safety notes for special hazards. Later in paragraph 10 Lehman declares: "Indeed any warnings such as asbestos hazards were prescribed and proscribed by the U.S. Navy".  Nearly identical statements were made by Horne and Wardwell and are completely unsupported by any documentation. As I have attested before a review of the documentation that governed the preparation of technical manuals in the 1950's and 1960's indicates that this documentation does not prescribe or proscribe any specific warnings but rather assigns the task of identifying warnings to equipment manufacturers.  Sentence 3 of Lehman's paragraph 11 is very nearly

identical to language in Horne's Declaration paragraph 13 and
Wardwell's Supplementary Declaration paragraph 8 and is discussed
thoroughly in my paragraph 23.

27.   In summary my paragraphs 12 through 18 discuss the
military specifications that governed the preparation of technical
manuals for Navy mechanical and electrical equipment throughout the
1950's and 1960's.  These documents specifically place the
requirement upon equipment manufacturers to identify hazards and
safety precautions needed to handle, install, maintain and repair
their equipment and to provide instructions in their manuals to
maintain safety devices associated with their equipment. Beginning
in 1957 manufacturer's were required to add capitalized emphasis in
the form of "CAUTION" and "WARNING" statements to their manuals
preceding potentially dangerous or hazardous operations.
Manufacturers were required to pack equipment technical manuals with
each unit of equipment so that safety and hazard warnings would be
available to those handling and installing the equipment.
Additionally vendors were required to provide copies to many Navy
organizations including Naval Shipyards so that this information
would be available to shipyard workers such as Mr. Gitto during
installation, maintenance and repair of equipment.  New pages were
required to be prepared by manufacturers whenever new information,
including hazards, about their equipment became known.  MiL-M-15071D
(SHIPS) required manufacturers to utilize commercial manuals or
utilize commercial practices in their preparation.  This indicates
Navy intent to comply with commercial practices consistent with
state laws. My paragraphs 19 and 20 outline Navy and industry
practices in the 1940's and 1950's for labeling hazardous materials
including dust producing substances such as asbestos.  The use of
practical safety equipment for dust producing hazardous materials is
also discussed.  Paragraph 21 illustrates that cautionary language
was incorporated into Navy equipment technical manuals in the early
1950's. The 1957 All Hands magazine indicates that the Navy
encouraged the use of safety equipment and safety manuals.

28.   Horne, Wardwell and Lehman all attempt to make the
same three points concerning the use of warnings in their
declarations.   The first point they attempt to make is that
manufacturers, such as EHI, were not permitted to affix warning or
caution statements to equipment intended for installation aboard
Navy vessels.  In fact manufacturers were required to include hazard
warnings and safety precautions in their equipment technical manuals
and were required to pack two copies of this manual "with each unit
of equipment". MIL-M-15071D (SHIPS) even states that these manuals
"shall be so placed that they are readily accessible prior to

11

removing the equipment."  The second point that Horne, Wardwell and Lehman attempt to make is that because the Navy had review and approval authority for technical manuals it would have "prohibited and proscribed" an equipment manufacturer from including asbestos warnings in its equipment technical manuals.  There is simply no basis for this presumption.  My Exhibits 2 through 18 are the military specifications for preparing equipment technical manuals from 1952 until 1969. Nowhere in any of these specifications does the Navy either direct the use of a specific warning or caution or prohibit the use of any specific warning or caution.  Instead the Navy places the requirement upon equipment vendors to identify hazards and safety precautions required for their equipment and to provide appropriate warnings and cautions for this equipment.   I attest that based on my own extensive interface with Navy officials and employees involved in the review and approval of technical manuals, drawings and other documents, I have never been asked to remove a hazard or safety warning or caution.  Nor have Horne, Wardwell or Lehman attested that they were ever asked to do so. The third point Horne, Wardwell and Lehman attempt to make is that a contractor such as EHI could not deviate from a Navy-dictated warning to comply with any state-law imposed warnings. In fact, as I just stated, no specific warnings were dictated by the Navy in military specifications governing the preparation of technical manuals. Vendors were free to include any warnings that they deemed appropriate for their equipment, subject to Navy review and approval.  There are no regulations or documentation that I have reviewed or that have been presented by Horne, Wardwell or Lehman that would suggest that the Navy would have prevented any equipment manufacturer from warning about asbestos hazards associated with their products.

        I declare under penalty of perjury that the foregoing is true and accurate.

Arnold P. Moore

Exhibit 1

# Arnold P. Moore, PE

395 Canterbury Lake
Alpharetta, GA 30004
770-346-7721
apmoore@bellsouth.net

## Education and Qualifications

- MS, Naval Architecture and Marine Engineering, Massachusetts Institute of Technology
- Professional Degree of Ocean Engineer, MIT
- BS, Naval Science, United States Naval Academy
- Professional Engineer in three states with national registry (NCEES)
- Life Fellow, Society of Naval Architects and Marine Engineers (SNAME)
- Winner of SNAME William M. Kennedy Award for Shipbuilding Systems

## Summary of Experience

### Consultant, Naval Architecture and Marine Engineering
February 2007 to Present

Working as a marine engineering expert with client law firms in the field of asbestos litigation.  As detailed below I bring extensive U.S. Navy experience as an engineering duty officer in the operation, overhaul and maintenance of steam propulsion plants of WW II vintage and later.  I bring over 27 years of experience as a licensed Professional Engineer and engineering executive responsible for the design of a number of classes of U.S. Navy and Coast Guard ships as well as international warships.  I have completed many hours of research and compiled documentation on asbestos usage and safety requirements on U.S. Navy ships.

### Northrop Grumman Ship Systems
August 1982 to January 2007

### Sector Vice President, Engineering:  October 1992 to January 2007

Technical and administrative leadership of over 2000 personnel in the disciplines of naval architecture, marine mechanical, electrical, electronic and structural design engineering.  Responsible for all aspects of naval ship design, logistics analyses and technical publications for both new classes of ships as well as for modernization of U.S. Navy and Coast Guard ships in fleet service.

1

## Arnold P. Moore, PE: Northrop Grumman Experience continued

### Director Design Engineering: May 1985 to October 1992

Responsible for a group of over 1000 personnel engaged in design engineering and preparation of technical publications for new classes of U.S. and international naval and coast guard ships.

### Chief Naval Architect: August 1982 to May 1985

Leadership of over 300 naval architects, structural engineers and designers in the design of new classes of warships.

### Major Classes of Naval and Coast Guard Ships Designed

- Ticonderoga Class Aegis Cruisers – CG 47 and CG 52 Baselines
- Wasp Class Amphibious Assault Ships – LHD 1, LHD 5 and LHD 8 Baselines
- San Antonio Class Amphibious Assault Ships- LPD 17 Baseline
- Arleigh Burke Class Guided Missile Destroyers – DDG 79 Aviation Baseline
- U.S. Coast Guard Berthoff Class National Security Cutter - NSC 1 Baseline
- Israeli Navy Corvettes – SA'AR 5 Baseline
- Fleet Modernization for Spruance Class Destroyers - DD 963 Baseline
- Reactivation design for Battleships Iowa and Wisconsin
- Modernization Design for Venezuelan Navy Frigates – Lupo Baseline

### M. Rosenblatt and Son, Inc., Naval Architects and Marine Engineers
August 1979 to August 1982

### Technical Director (18 months) and Chief Naval Architect (18 months), Charleston, SC
Branch. Responsible for technical direction of 60 personnel and management of fleet modernization design for destroyers, tenders and fleet minesweepers. Also responsible for oversight of technical publications.

### United States Navy
June 1968 to August 1979

### Engineering Duty Officer: June 1975 to August 1979

Served first two years at Charleston Naval Shipyard as Docking Officer, Diving Officer and Ship Production Superintendent. Responsible for leadership and management of ship overhauls and for the safe drydocking and underwater hull work on U.S. Navy ships. Ships overhauled included destroyers and tenders with

steam propulsion plants and nuclear powered submarines.   Served second two year period as the submarine overhaul program manager, responsible for financial management, work authorization and customer interface.

2

## Arnold P. Moore, PE: United States Navy Experience, continued

### Navy Graduate Student, Massachusetts Institute of Technology: May 1972 to June 1975.  Navy sponsored student in three year graduate level **Ship Design and Construction** curriculum.  This program stressed naval architecture, marine engineering and structural engineering with supplemental courses in electrical engineering.  A number of courses were focused upon steam propulsion and shipboard machinery and included courses in thermodynamics, fluid dynamics, heat transfer, and materials science as well as boiler, turbine and pump design.

### Damage Control Officer, USS Newport News CA 148: March 1970 to April 1972
Directed a department of over 200 engineering officers, petty officers, and fireman responsible for recovery from battle damage, flooding, fire and collision. Also responsible for all shipboard repair efforts and auxiliary machinery and systems.  Qualified as engineering officer of the watch and stood watch as senior officer responsible for proper operation and maintenance of the steam propulsion plant while the ship was underway.  The Newport News was designed and the keel laid during WW II but she was completed and commissioned after the war.  Her propulsion plant and machinery were typical for WW II era surface combatants.

### Damage Control Assistant, USS Brumby DE 1044: July 1968 to March 1970
Led a division of 30 petty officers and fireman responsible for damage control, firefighting, auxiliary machinery, ship repair and electrical systems.  The Brumby had a pressure fired steam propulsion plant.

### United States Naval Reserve
September 1979 to August 1994

### Engineering Duty Officer:  Completed 15 years service in the U.S. Naval Reserve concurrently with my civilian career.  This service included two days of active service each month and two weeks of continuous service each year.  This service was spent at Naval Shipyards, Supervisor of Shipbuilding Offices at

private shipyards and the Naval Sea Systems Command working on naval ship engineering projects on a wide variety of ship classes.  Retired as a **Captain (06).**

3

Exhibit 2

■ 9999906 2107231 7b7 ■

MIL-B-15071A(SHIPS)
20 October 1952
SUPERSEDING
MIL-B-15071(SHIPS)
1 April 1950

INTERIM MILITARY SPECIFICATION

BOOK, INSTRUCTION, PREPARATION, CONTENTS

AND APPROVAL

1. SCOPE

1.1 Scope. - This specification covers instruction book requirements for electrical and mechanical equipment.

1.2 Classification. - Instruction books shall be of the following types as specified (see 6.1):

Type A - (Type A instruction books may be required where the system or equipment to be described is of a highly specialized or extremely complex nature, and where the importance of the equipment justifies unusual effort in the preparation of the instruction book.) (See 3.2.)

Type B - (Type B instruction books are required where the equipment or system to be described has no direct commercial counterpart or which is sufficiently complex that a detailed description, and maintenance instructions are required and must be supplemented by sufficient photographs, drawings, parts lists, etc.) (See 3.4.)

Type C - (Type C instruction books are required where the equipment or system to be described is an adaptation or variation of conventional commercial equipment, where with certain modifications and additional data, the type of instructional matter normally furnished will serve the purpose.) (See 3.5.)

Type D - (Type D instruction books are required where the equipment or system to be described is generally the same as equivalent commercial equipment, or is sufficiently simple that standard manufacturer's instruction pamphlets and service data are adequate.) (See 3.6.)

2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications, standards, drawings, and publications, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
NN-B-591 - Boxes, Fiberboard, Wood-Cleated (for Domestic Shipment).
NN-B-601 - Boxes, Wood-Cleated-Plywood, for Domestic Shipment.
NN-B-621 - Boxes, Wood, Nailed and Lock-Corner.
QQ-S-781 - Strapping, Flat; Steel.
UU-P-268 - Paper, Kraft, Wrapping.
UU-T-111 - Tape; Paper, Gummed (Sealing and Securing).
LLL-B-631 - Boxes, Fiber Corrugated (for Domestic Shipment).
LLL-B-636 - Boxes, Fiber, Solid (for Domestic Shipment).

CPO—O—NAV —K · 47J

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT



■ 9999906 2107232 9T6 ■

MIL-B-15071A(SHIPS)

MILITARY

JAN-P-105 - Packaging and Packing for Overseas Shipment - Boxes, Wood, Cleated, Plywood.

JAN-P-106 - Packaging and Packing for Overseas Shipment - Boxes, Wood, Nailed.

JAN-P-108 - Packaging and Packing for Overseas Shipment - Boxes, Fiberboard (V-Board and W-Board), Exterior and Interior.

MIL-P-116 - Preservation, Methods of.

JAN-P-120 - Packaging and Packing for Overseas Shipment - Cartons, Folding, Paperboard.

JAN-P-133 - Packaging and Packing for Overseas Shipment - Boxes, Set-Up, Paperboard.

JAN-P-139 - Packaging and Packing for Overseas Shipment - Plywood, Container Grade.

MIL-A-140 - Adhesive, Water-Resistant, Waterproof Barrier-Material.

MIL-L-10547 - Liners, Case, Waterproof.

MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).

NAVY DEPARTMENT

General Specifications for Inspection of Material.

STANDARDS

MILITARY

MIL-STD-129 - Marking of Shipments.

DRAWINGS

BUREAU OF SHIPS

S0103-73729 - Standard Drawing Format for Production Drawings Prepared by Contractor or Manufacturer for Approval by Government Agency.

PUBLICATIONS

NAVY ADMINISTRATIVE OFFICE PUBLICATION

NAVEXOS P-29 - Security Measures for the Protection of Classified Printed Matter During Production.

(Copies of specifications, standards, and drawings required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

3. REQUIREMENTS

3.1 Material. - The minimum material requirements are as specified hereinafter. A good grade material shall be used when a definite material is not specified.

3.2 Type A instruction books. - Type A instruction books shall be as specified in the individual contract or order (see 6.1).

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6 13 GMT

■ 9999906 2107233 832 ■

MIL-B-15071A(SHIPS)

3.3  Underline{General requirements for types B, C, and D instruction books.} -

3.3.1  Identification. - All books shall be identified by a Navy identification number of the form "NAVSHIPS 362-1023" (see figures 1 and 2). This number will be assigned by the bureau or agency concerned upon receipt of the copy submitted for bureau or agency approval. In urgent cases, this number may be obtained by a written request, containing complete descriptive data of the equipment. This number shall be imprinted on the upper left-hand corner of the cover and upper-right hand corner of the fly-leaf of all books prior to distribution.

3.3.2  Copyright. - Instruction books shall not be copyrighted. The bureau or agency concerned reserves the right to reproduce or have reproduced in part or in entirety all instruction books procured under this specification.

3.3.3  Security classification. - Unless otherwise specified in the contract or order, instruction books shall be unclassified. If restricted, confidential or secret, notification of this classification and the words "Security Information" shall appear on the front and back covers and each page of the books as shown on figures 1 to 5, inclusive. In addition, classified books shall have the following paragraph printed on the title page as shown on figure 2:

> "WARNING: This document contains information affecting the national defense
> of the United States within the meaning of the Espionage Laws, Title 18, U.S.C.,
> Sections 793 and 794. The transmission or the revelation of its contents in any
> manner to an unauthorized person is prohibited by law."

Confidential and secret instruction books shall be marked with consecutive serial numbers beginning with number 1. Classified instruction books shall be prepared in accordance with the Navy Handbook Security Measures for the Protection of Classified Printed Matter During Production (NAVEXOS P-29). Particular care shall be exercised to insure the security of classified matter during the preparation. Receipt cards hall be provided in all confidential and secret books. Each card shall contain the serial number of the ook in which it is included.

3.3.4  Revision to incorporate changes. - The contractor will be required to furnish new, revised, or supplementary pages until the guarantee period expires. The quantity of pages furnished and the distribution shall be the same as for the instruction books provided in the original contract or order.

3.3.4.1  New pages. - When it is found necessary to include new information to augment the instruction book data, new pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "New" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. New pages shall bear the same number as the instruction book page they follow with the addition of a letter; for example, original page 69, new pages 69a and 69b.

3.3.4.2  Revised pages. - If it is determined that information originally furnished in instruction books must be changed for clarification, correction, or because every equipment covered by the instruction book has been uniformly modified, revised pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "Revised" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. Revised pages shall bear the same number as the page they replace.

3.3.4.3  Supplementary pages. - In instances where modifications are made only to a certain number of the total number of equipments covered by the instruction book, resulting in the need for alternate nstructions to cover those items modified, this information shall be issued in the form of supplementary ages. These pages shall be identified with the following legend placed in the bottom outside corner, beside he page number and toward the binding edge of each page; on the first line, the word "Supplementary" followed by the NAVSHIPS identification number on succeeding lines the hull numbers of the specific ships to which the page applies, and on the last line the month and year of issue. Supplementary pages shall ear the same number as the instruction book page they follow with the addition of a letter; for example, original page 69, supplementary pages 69a, 69b.

3

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107234 779 ■

MIL-B-15071A(SHIPS)

3.3.5  Time of delivery. - Unless otherwise specified in the contract or order, two copies of the instruction books shall be delivered with the first unit and each succeeding unit of equipment shipped.  If final instruction books are not available at the time of delivery of the equipment, two copies of an adequate preliminary instruction book (see 3.3.6) shall be furnished to the Government inspector for shipment with each unit.

3.3.6  Preliminary instruction books. -

3.3.6.1  Method of approval. - Prior to the printing of the final instruction books, a preliminary instruction book shall be prepared and submitted in duplicate to the bureau or agency concerned via the Government inspector for approval and assignment of a Navy NAVSHIPS identification number.  Every effort shall be made to submit the preliminary book in ample time to permit approval and final printing prior to the delivery date of the equipment.  Preliminary books shall be furnished in instances where final books are not available for delivery with the equipment.  In all instances where preliminary books are furnished in lieu of final books, they shall be replaced with final books within 60 days (see 3.3.5 and 3.3.6.2.3).

3.3.6.2  Contents. -

3.3.6.2.1  Text. - Preliminary instruction books shall consist of a complete text of the instructions required for the type of book to be furnished.

3.3.6.2.2  Illustrations. - Preliminary instruction books shall contain a list of all illustrations (photographs, exploded views, drawings, and sketches) and sample art work (less photos and drawings but including all exploded views and sketches) which will appear in the final books.  If the final book is to include test data, or a table of weights, for example, and if any or all of the items are not available when the preliminary book is issued, then a foreword shall list all items which have been omitted and which will appear in the final book.

3.3.6.2.3  Book identification. - In all instances where preliminary books are furnished in lieu of final books, the NAVSHIPS identification number shall be stamped on all copies of the preliminary books prior to distribution (see 3.3.1).

3.3.6.2.4  Covers. - Covers for preliminary books shall be at least 20 by 26-65/500-basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover.  This information shall be identical with that which will appear on the final book except that the word "preliminary" shall appear directly in front of the identification number (see 3.3.1).

3.3.6.2.5  Printing. - The text may be printed by any quick, economical method, such as multigraph, mimeograph or similar method.

3.4  Type B instruction books. -

3.4.1  Contents. - Type B instruction books shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

    (a)  Title page (see figure 2).
    (b)  General data (see 3.4.1.1).
    (c)  Table of contents, listing all divisions and primary and secondary subdivisions
        (such as chapters, sections) with the corresponding page numbers.
    (d)  List of illustrations and drawings, specifying titles, figure numbers and pages
        on which such illustrations appear.
    (e)  Introduction (see 3.4.1.2).
    (f)  Detailed description (see 3.4.1.3).
    (g)  Installation instructions (see 3.4.1.4).
    (h)  Adjustments and tests (see 3.4.1.5).
    (i)  Principles of operations (see 3.4.1.6).

4

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107235 605 ■

MIL-B-15071A(SHIPS)

    (j)  Operating instructions (see 3. 4. 1. 7).
    (k)  Maintenance (see 3. 4. 1. 8).
    (ℓ)  Parts identification (see 3. 4. 1. 9).
    (m)  Drawings (see 3. 4. 1. 10 and 3. 4. 2. 4. 5. 4).
    (n)  Memorandum pages (see 3. 4. 1. 11).

> Note. - Although these requirements are directly applicable to instruction books
> covering specific equipment, they shall be followed as closely as possible
> for instruction books covering systems, such as engineering piping systems.
> When an instruction book covers a system or an equipment composed of
> several distinct units (for example, a generating set consisting of a diesel
> engine, a generator, a voltage regulator, and a controller), it may be
> desirable to arrange the book in major divisions, each covering one unit.
> If so, the major divisions may be arranged by sub-divisions, each corres-
> ponding to the requirements herein.

3. 4. 1. 1  _General data._ - This division shall contain data such as the following:

    (a)  Safety notice (where high voltages or special hazards are involved) (see figure 9).
    (b)  Component list containing:
        Description of item.
        Navy type designation.
        Standard Navy stock number.
        Dimensions.
        Weight (with or without packing).
    (c)  Input power requirements and heat dissipation.
    (d)  Salient design characteristics.
    (e)  Electron tube complement.
    (f)  Serial number (if appropriate).

3. 4. 1. 2  _Introduction._ - This division shall include a general description of the equipment; explain briefly what it is, where it is used, and what it will do, also all information of a general character applicable to the complete equipment.  When the text contains technical terms or terms not commonly used, definitions shall be included.

3. 4. 1. 3  _Detailed description._ - This division shall contain a complete detailed description of component assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator.  Allowable clearances, temperatures or tolerances shall be shown in tabular form.

3. 4. 1. 4  _Installation instructions._ - This division shall contain methods of installation, alignment, precautions, mounting instructions, recommendations regarding shielding, grounding or bonding.

3. 4. 1. 5  _Adjustment and tests._ - This division shall contain instructions for the adjustment and test of the system and its major components upon initial installation or under other conditions such as after major overhaul where complete system readjustment may be required.

3. 4. 1. 6  _Principles of operation._ - This division shall contain a brief resume of the principles of operation together with such illustrations, sketches, schematic piping diagrams and schematic wiring diagrams to convey an understanding of the function and operation of the equipment.  Descriptions of components and assemblies using electron tubes should provide an explanation of the electronic circuits. A preferred method of describing electronic circuits is to present the description in sections, such as amplifier features, power circuits, main audio transmission path and mechanical arrangements.  Theory of operation should be included where unusual or unconventional circuits or techniques are involved.

5

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107236 541 ■

MIL-B-15071A(SHIPS)

3.4.1.7  Operating instructions. - This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment.  Where operations are to be performed in specified sequence, step-by-step procedure shall be used.  Operations shall be numbered in the order in which they are to be performed.  Operating data which is frequently referred to in operating the equipment shall be included in this division.  Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.4.1.8  Maintenance instructions. -

3.4.1.8.1  Preventative maintenance. - This division shall cover all maintenance procedures, inspection and routine adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of equipment.  Included in this division shall be routine maintenance check charts containing the following:

    (a)  A tabulation of periodic routine mechanical and electrical tests and checks which should be accomplished regularly to insure continuity of service at peak performance.

    (b)  Arrangement of the table shall be such as to indicate what is to be done, when it is to be done and how to do it.

    (c)  Emphasis shall be placed upon the test facilities which may be incorporated in the various components.

    (d)  Instructions shall be provided for the care, inspection and cleaning of all pertinent parts.

    (e)  Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manu- facturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Military specification numbers where applicable and by commercial designations.

    (f)  Instructions shall be included stressing the importance of properly maintaining any safety devices, interlocks, provided to prevent damage to equipment or injury to personnel.

3.4.1.8.2  Corrective maintenance. - This division shall cover all information necessary to permit a technician to locate trouble and to make repairs or adjustments to each component, assembly or subassembly of the equipment.  Included in this division shall be the following:

    (a)  Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptons, probable cause, and instructions for remedying the faults.

    (b)  Complete instructions on signal tracing for electric and electronic circuits, use of test instruments and other common servicing techniques.

    (c)  Ample illustrations, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagram of the electric circuits. Illustrations contained in other divisions may be used and referred to under this division without duplicating them.

    (d)  Voltage and resistance diagrams or tables for each electronic assembly showing normal voltages (with and without audio signal) and resistances as measured at the terminals of each tube socket and at other significant points in the circuit.

6

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107237 488 ■

MIL-B-15071A(SHIPS)

3.4.1.9  Parts identification. -  This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes.  These data shall be presented in one of the three following alternate arrangements.

(a)  Parts list and illustrations. - Where the instruction book does not include reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, listing all repair parts, the parts identification shall be in the form of a parts list with illustrations, arranged as specified in 3.4.1.9.1 and 3.4.1.9.2.

(b)  Drawings and illustrations. - Where the instruction book includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729 (see figure 5) listing all repair parts, and where only mechanical parts are involved, the parts identification shall be in the form of illustrations to supplement the lists of material on the drawings. Illustrations shall be prepared for each assembly, subassembly and their component repair parts in accordance with 3.4.1.9.2 except that the index numbers shall be identical with the piece numbers assigned on the above drawings. Appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

(c)  Drawings, illustrations and functional listing. - Where the instruction book includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, and which list all repair parts, and where electrical or electronic parts are involved, the parts identification shall be in the form of a functional listing of electrical and electronic parts with illustrations to supplement both the functional listing and the list of materials on the drawings.  The functional listing of all electrical and electronic parts shall be prepared in accordance with 3.4.1.9.1.3.2.  Illustrations shall be prepared for each assembly, subassembly and the component repair parts thereof in accordance with 3.4.1.9.2, except that the index numbers shall be identical with the piece numbers assigned on the above drawings (for mechanical parts) and with the reference designation assigned on the schematic wiring diagram (for electrical or electronic parts) appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

3.4.1.9.1  Parts list. -

3.4.1.9.1.1  Contents. - The parts list shall contain the following information:

(a)  List of illustrations by figure and page number.
(b)  Introduction.
(c)  Parts tabulation.
(d)  Special tools.
(e)  Numerical index of part numbers.

3.4.1.9.1.2  Introduction. - This division shall contain sufficient instructions to explain the following:

(a)  Any symbols used therein.
(b)  The general system of group assemblies in relation to the complete article.
(c)  All cross-index systems employed.
(d)  Titles or other markings intended to segregate different models.
(e)  Other information as may be required to facilitate rapid and accurate use of the parts list.

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107238 314 ■

MIL-E-15071A(SHIPS)

3.4.1.9.1.3  Parts tabulation. - The parts tabulation shall contain the following information:

3.4.1.9.1.3.1  Tabulation for mechanical parts. -

(a) Figure number.  This shall denote the illustration number wherein the part
    has been shown.
(b) Index number.  This shall denote the index number covering the complete
    main or subassembly as listed in the catalog.
(c) Name of part and brief description.
(d) Number required.
(e) Unit of issue.
(f) Contractor's service part number.
(g) Actual manufacturer's name.
(h) Actual manufacturer's service part number.
(i) Standard Navy stock number assigned in accordance
    with Specification MIL-R-15137.

3.4.1.9.1.3.2  Tabulation for electrical and electronic parts. -

(a) Figure number.  This shall denote the illustration number wherein the part has
    been shown.
(b) Reference designation assigned in the schematic wiring diagram.
(c) Name of part and brief description (including electrical ratings).
(d) Function.  The function shall consist of a brief statement of use,
    purpose or the function of the part in the component.
(e) Military Type Number (where applicable).
(f) Actual manufacturer's name.
(g) Actual manufacturer's service part number.
(h) Standard Navy Stock Number assigned in accordance with
    Specification MIL-R-15137.

3.4.1.9.1.4  Special tools. - This division shall contain a list of all special tools supplied with the
equipment showing the quantity, unit of issue (each, pair, set, ), description, and manufacturer's
identification number.

3.4.1.9.1.5  Numerical index of part numbers. - This index shall list all items contained in the
parts tabulation, arranged in a logical numerical sequence.  These items shall be so arranged that
column 1 of the index will give the manufacturer's part number and column 2 will give the illustra-
tion index number or numbers in which the part appears.

3.4.1.9.2  Illustrations. - A view of each assembly, subassembly and the component parts thereof
shall be shown.  Identification of illustrated parts with the listed parts shall be facilitated by the use of
key or index numbers which will identify all the parts in the group assembly listing.

3.4.1.9.2.1  Illustrations of the exploded type are preferable.  When the use of exploded views is
not practical, simple cross-sectional views may be used.  The cross-sectional drawings when used
for this purpose preferably shall be approved drawings or excerpts from approved drawings, and
shall show both the manufacturer's drawing number and the drawing number of the bureau or agency
concerned.  In case no applicable approved drawing is available, cross-sectional views from
manufacturer's drawings may be used.

3.4.1.9.2.2  A figure number and proper identifying caption shall appear with each illustration.  In
the case of subassemblies or sub-subassemblies, the caption shall also identify and give the index
number of the complete assembly as it appears in the parts tabulation.

8

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22 6:13 GMT

■ 9999906 2107239 250 ■

3.4.1.9.2.3 An index number with an arrow to the item, part, or tool to which it pertains shall be used in illustrations. In cases where an assembly is exploded into its component parts, one or more of which require further explosion, the primary explosion shall be referenced by the use of numerals only. The subassembly shall be referenced by the basic number of the part as it appears in the primary assembly but each exploded part shall have an alphabetical designation, suffixed to the number of the primary part. The sequence of numerical and alphabetical designations shall correspond to the order of removal upon disassembly, wherever practicable.

3.4.1.9.2.4 Index numbers and arrows shall be used on each illustration to identify repair parts only.

3.4.1.10 Drawings. - This division shall contain reproductions of approved drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Wherever feasible, such diagrams, exploded views and sketches should be inserted in the text as close as possible to that portion of the text to which they apply. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable.

3.4.1.11 Memorandum pages. - Five blank pages shall be inserted at the end of the book for memorandum purposes.

3.4.2 Format. -

3.4.2.1 Divisions (chapters or sections). - Divisions of instruction books shall be by chapters or sections, numbered or lettered consecutively. In general, chapters shall be the main divisions of larger books and sections shall be the main division of smaller books. Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter. Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.4.2.2 Page identification and numbering. -

3.4.2.2.1 At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the publication. At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section number followed by its title. In some cases, it may be necessary to brief the title.

3.4.2.2.2 With the exception of fold-over pages and as otherwise specified herein, pages of the instruction books shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals. The first page of chapter 1 or section 1 shall be page 1. All odd-numbered pages shall appear as right-hand pages. Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet. Fold-over pages shall be arranged so that page numbers are visible without unfolding. Fold-over arrangements are shown on figure 5.

3.4.2.2.3 In books arranged for a system or equipment composed of several distinct units (see note under 3.4.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1. In this case, the page number shall also include the chapter number. The chapter number shall appear first.

3.4.2.3 Layout treatment. - The layout of instruction books shall be such as to conserve space without detracting from the usability or clarity of material presented. Blank pages and spaces shall be avoided wherever possible except as specified in 3.4.1.11. Textual material shall be printed on both sides of the page. Illustrations serving no instructional function or to which no reference is made

9

■ 9999906 2107240 T72 ■

MIL-B-15071A(SHIPS)

in the text shall not be used. Partial page illustrations within the text are highly desirable. Several small illustrations may be grouped to form a single page layout. Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page. Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility. Fold-over pages shall be used primarily in the back of the book for the purpose of reproducing the drawings. Whenever it is desirable to include fold-over pages with the text in the front of the book, such fold-over pages shall not be backed up with text or illustrations. All drawings which will be used for reference purposes while reading the text shall be provided with a blank section of the same size as a page at the left hand edge of the drawing (see figure 5). This will permit the drawing to be withdrawn clear of the book while the text is being studied. Drawings shall be reproduced on a page the same height as other pages in the book, in order that all folds will be parallel to the bound edge of the book.

3. 4. 2. 4  Text. -

3. 4. 2. 4. 1  Tables and charts. - The use of tables and charts is desirable. Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3. 4. 2. 4. 2  Reference to figures. - Where reference is made to figures, the reference shall be to the figure number. The page number shall not be used except when the illustration is located more than three pages away from the reference. When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: "Remove nut (7) and drive out bolt (8). (See figure 26.)"

3. 4. 2. 4. 3  Numbers. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out. All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3. 4. 2. 4. 4  Reference to materials. - All materials required for maintenance referred to in the instruction book, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3. 4. 2. 4. 5  Illustrations. - Illustrations (including photographs, exploded views, drawings and sketches) shall be well planned and executed. They shall enable immediate and thorough comprehension of the subject.

3. 4. 2. 4. 5. 1  Illustration identification. - Illustrations shall be identified by figure number and a title. Identifying figure numbers and titles shall be positioned immediately beneath the illustration. Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3. 4. 2. 4. 5. 2  Photographs. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3. 4. 2. 4. 5. 3  Exploded views. - Exploded views are desirable for showing the component parts of a subject. Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose. It is preferable that all parts be exploded on their functional axis.

3. 4. 2. 4. 5. 4  Drawings. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. Drawings shall be bound into the instruction book as

10

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107241 909 ■

MIL-B-15071A(SHIPS)

shown on figure 5 (see also 3.4.2.3). Drawings shall normally be placed in the back of the manual but they must be inserted close to the references when practicable. Care shall be taken in the preparation of drawings for reproduction in the instruction book to insure that when the drawings are reduced in size they shall be clear and legible.

3.4.2.4.5.5 Sketches (see figure 6). - (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions of these drawings which may be extracted and used as illustrations in a book.)

3.4.2.4.5.5.1 The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.4.2.4.5.5.2 Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.4.2.4.5.5.3 Except for diagrams, schematics, orthographic projections, reproductions of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross-section views.

3.4.2.4.5.6 Color. - Color shall be used functionally where necessary to show electric circuits, the flow of materials, schematic diagrams or operational diagrams. Unessential color shall not be used. Backgrounds of color tints may be used to clarify outline sketches, but color for decoration is not desired.

3.4.2.4.6 Indexing and referencing of illustrations. -

3.4.2.4.6.1 Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.4.2.4.6.2 In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrowhead, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.4.2.4.6.3 Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type. Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1, except as specified in 3.4.1.9 (b), 3.4.1.9 (c) and 3.4.1.9.2.3.

3.4.2.4.7 Printing. - Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work. Copy may be type-set, varityped, or type-written with a standard typewriter. In general, type-set copy is preferred with varityped or type copy as second choice. The style of composition to be used, however, shall be governed by the quantity of books to be produced, the relative costs of the several methods and the availability of material prepared for earlier books. The contractor shall specify the method of composition to be used when manu-scripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

11

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■  9999906  2107242  845  ■

MIL-B-15071A(SHIPS)

3. 4. 2. 4. 7. 1  Arrangement. - The text may be arranged in the form of either two vertical columns or a single wide column.  The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8.  Right-hand margins need not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin.  The size of the page shall be 8-1/2 by 11 inches.  Text shall be reproduced on both sides of pages.

3. 4. 2. 5  Paper. -  The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3. 4. 2. 6  Covers. -  Covers for books less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material.  Covers for books over 1/2 inch in thickness shall be made of semiflexible boa. d covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth).  The covers shall be imprinted in gold, silver or aluminum color with the information shown on figure 1.  Backbones of books over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3. 3. 1) and title in brief.  Covers shall overlap the top, bottom, and right-hand edges of the book by 3/16 inch.  Outside corners of the covers shall be slightly rounded.

3. 4. 2. 7  Binding. -  The binding shall be looseleaf using three 3/16-inch metal pos .  nd screws, spaced on 4-1/4 inch centers.  Covers for books 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid.  On books containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used.  All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion.  Should the addition of the parts list (see 3. 4. 1. 9. 1) to the instruction book result in the final book containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

3. 5  Type C instruction books. -

3. 5. 1  Contents. -  Type C instruction books shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

  (a)  Title page (see figure 2).
  (b)  General data (see 3. 5. 1. 1).
  (c)  Table of contents, listing all divisions and primary and secondary subdivisions
       (such as chapters or sections) with the corresponding page numbers.
  (d)  List of illustrations and drawings, specifying titles, figure numbers and pages
       on which such illustrations appear.
  (e)  Detailed description (see 3. 5. 1. 2).
  (f)  Installation instructions (see 3. 5. 1. 3).
  (g)  Adjustments and tests (see 3. 5. 1. 4).
  (h)  Operating instructions (see 3. 5. 1. 5).
  (i)  Maintenance (see 3. 5. 1. 6).
  (j)  Parts identification (see 3. 5. 1. 7).
  (k)  Drawings (see 3. 5. 1. 8).

  Note. -  Although these requirements are directly applicable to instruction books covering
          specific equipment, they shall be followed as closely as possible for instruction
          books covering systems, such as engineering piping systems.  When an instruction
          book covers a system or an equipment composed of several distinct units (for
          example, a generating set consisting of a diesel engine, a generator, a voltage
          regulator, and a controller), it may be desirable to arrange the book in major
          divisions, each covering one unit.  If so, the major divisions may be arranged
          by subdivisions, each corresponding to the requirements herein.

12

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107243 781 ■■

MIL-B-15071A(SHIPS)

3.5.1.1 <u>General data.</u> - This division shall contain data such as the following:

(a) Safety notice (where high voltages or special hazards are involved). (See figure 9.)
(b) Component list containing:
    Description of item.
    Navy type designation.
    Standard Navy stock number.
    Dimensions.
    Weight (with or without packing).
(c) Input power requirements and heat dissipation.
(d) Salient design characteristics.
(e) Electron tube complement.
(f) Serial number (if appropriate).

3.5.1.2 <u>Detailed description.</u> - This division shall contain a complete detailed description of component assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator. Allowable clearances, temperatures or tolerances, shall be shown in tabular form.

3.5.1.3 <u>Installation instructions.</u> - This division shall contain methods of installation, alignment, precautions, mounting instructions, recommendations regarding shielding, grounding or bonding.

3.5.1.4 <u>Adjustment and tests.</u> - This division shall contain instructions for the adjustment and test of the system and its major components upon initial installation or under other conditions such as after major overhaul where complete system readjustment may be required.

3.5.1.5 <u>Operating instructions.</u> - This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment. Where operations are to be performed in specified sequence, step-by-step procedure shall be used. Operations shall be numbered in the order in which they are to be performed. Operating data which is frequently referred to in operating the equipment shall be included in this division. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.5.1.6 <u>Maintenance.</u> - This division shall cover all maintenance procedures and routine adjustments which should be performed periodically, as well as instructions for disassembly and replacement of worn or damaged parts. Instructions on lubrication shall be provided as applicable, preferably in chart form, and shall include the type of lubrication recommended by the manufacturer, together with specific time periods. Lubricants shall be described by Military specification numbers, where applicable and by commercial designations. Maintenance instructions shall cover the use of special tools.

3.5.1.7 <u>Parts identification.</u> - This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes.

3.5.1.7.1 <u>Parts list.</u> - Parts shall be listed as follows:

(a) Name of part.
(b) Number required.
(c) Actual manufacturer's name and service part number.
(d) Standard Navy Stock Number assigned in accordance
    with Specification MIL-R-15137.

13

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107244 618 ■

MIL-B-15071A(SHIPS)

3.5.1.7.2  Parts illustrations. - A view of each assembly or subassembly or component parts shall be shown.  Identification of illustrated parts shall be facilitated by the use of numbers which will identify all the parts in the parts list.  Illustrations of the exploded type are preferable.  When the use of exploded views is not practical, simple cross-sectional views may be used.  The cross-sectional drawings when used for this purpose preferably shall be approved drawings or excerpts from approved drawings, and shall show both the manufacturer's drawing number and the drawing number of the bureau or agency concerned.  In case no applicable approved drawing is available, cross-sectional views from manufacturer's drawings may be used.

3.5.1.8  Drawings. - This division shall contain reproductions of approved drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text.  Wherever feasible, such diagrams, exploded views and sketches should be inserted in the text as close as possible to that portion of the text to which they apply.  Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings.  The standard color codes for resistors and capacitors shall be stated, where applicable.

3.5.2  Format. -

3.5.2.1  Divisions (chapters or sections). - Divisions of instruction books shall be by chapters or sections, numbered or lettered consecutively.  In general, chapters shall be the main divisions of larger books and sections shall be the main division of smaller books.  Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter.  Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.5.2.2  Page identification and numbering. -

3.5.2.2.1  At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the publication.  At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section, number followed by its title.  In some cases, it may be necessary to brief the title.

3.5.2.2.2  With the exception of fold-over pages and as otherwise specified herein, pages of the instruction books shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals.  The first page of chapter 1 or section 1 shall be page 1.  All odd-numbered pages shall appear as right-hand pages.  Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet.  Fold-over pages shall be arranged so that the page numbers are visible without unfolding.  Fold-over arrangements are shown on figure 5.

3.5.2.2.3  In books arranged for a system or equipment composed of several distinct units (see note under 3.5.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1.  In this case, the page number shall also include the chapter number.  The chapter number shall appear first.

3.5.2.3  Layout treatment. - The layout of instruction books shall be such as to conserve space without detracting from the usability or clarity of material presented.  Blank pages and spaces shall be avoided wherever possible.  Textual material shall be printed on both sides of the page.  Illustrations serving no instructional function or to which no reference is made in the text shall not be used.  Partial page illustrations within the text are highly desirable.  Several small illustrations may be grouped to form a single page layout.  Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page.  Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility.  Fold-over pages shall be used primarily in the back of the book for the purpose of reproducing the drawings.  Whenever it is desirable to include fold-over pages with the text in the front of the book, such fold-over pages shall not be backed up with text or illustrations.  All drawings which will be used for reference purposes

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:5:13 GMT

■■ 9999906 2107245 554 ■■

MIL-B-15071A(SHIPS)

while reading the text shall be provided with a blank section of the same size as a page at the left hand ~ge of the drawing (see figure 5).  This will permit the drawing to be withdrawn clear of the book ile the text is being studied.  Drawings shall be reproduced on a page the same height as other pages ... the book, in order that all folds will be parallel to the bound edge of the book.

3.5.2.4  Text. -

3.5.2.4.1  Tables and charts. - The use of tables and charts is desirable.  Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3.5.2.4.2  Reference to figures. - Where reference is made to figures, the reference shall be to the figure number.  The page number shall not be used except when the illustration is located more than three pages away from the reference.  When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows:  "Remove nut (7) and drive out bolt (8).  (See figure 26.)"

3.5.2.4.3  Numbers. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out.  All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3.5.2.4.4  Reference to materials. - All materials required for maintenance referred to in the instruction book, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3.5.2.4.5  Illustrations. - Illustrations (including photographs, exploded views, drawings and :etches) shall be well planned and executed.  They shall enable immediate and thorough comprehension the subject.

3.5.2.4.5.1  Illustration identification. - Illustrations shall be identified by figure number and a title. Identifying figure numbers and titles shall be positioned immediately beneath the illustration.  Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3.5.2.4.5.2  Photographs. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter.  Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3.5.2.4.5.3  Exploded views. - Exploded views are desirable for showing the component parts of a subject.  Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose.  It is preferable that all parts be exploded on their functional axis.

3.5.2.4.5.4  Drawings. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white.  Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned.  Drawings shall be bound into the instruction book as shown on figure 5 (see also 3.5.2.3).  Drawings shall normally be placed in the back of the manual but they may be inserted close to the references when practicable.  Care shall be taken in the preparation ˙ drawings for reproduction in the instruction book to insure that when the drawings are reduced in ze they shall be clear and legible.

3.5.2.4.5.5  Sketches (see figure 6). - (NOTE:  This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions to these drawings which may be extracted and used as illustrations in a book.)

15

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107246 490 ■

MIL-B-15071A(SHIPS)

3.5.2.4.5.5.1  The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast.  Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.5.2.4.5.5.2  Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion.  Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.5.2.4.5.5.3  Except for diagrams, schematics, orthographic projections, reproductions of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch.  This rendering shall be kept as simple as possible.  Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided.  Solid black shall be used in dark areas to increase contrast and simplify the sketch.  This applies to cutaway views, exploded views and cross-section views.

3.5.2.4.6  Indexing and referencing of illustrations. -

3.5.2.4.6.1  Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows.  Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.5.2.4.6.2  In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white.  The arrowhead, however, shall be completely outlined in white.  The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.5.2.4.6.3  Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type.  Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1.

3.5.2.4.7  Printing. -  Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work.  Copy may be type-set, varityped, or type-written with a standard typewriter.  In general, type-set copy is preferred with varityped or type copy as second choice.  The style of composition to be used, however, shall be governed by the quantity of books to be produced, the relative costs of the several methods, the availability of material prepared for earlier books.  The contractor shall specify the method of composition to be used when manu-scripts or sample copies are submitted for approval.  The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

3.5.2.4.7.1  Arrangement. -  The text may be arranged in the form of either two vertical columns or a single wide column.  The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8.  Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin.  The size of the page shall be 8-1/2 by 11 inches.  Text shall be reproduced on both sides of pages.

3.5.2.5  Paper. -  The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3.5.2.6  Covers. -  Covers for books less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material.  Covers for books over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth).  The covers shall be imprinted in gold, silver or aluminum color with the informa-tion shown on figure 1.  Backbones of books over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3.3.1) and title in brief.  Covers shall overlap the top, bottom, and right-hand edges of the book by 3/16 inch.  Outside corners of covers shall be slightly rounded.

16

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ ٩٩٩٩٩٠ᑾ ᒿ١٠⁊ᒿᒫ⁊ ᒡᒿ⁊ ■

MIL-B-15071A(SHIPS)

3.5.2.7  Binding. - The binding shall be looseleaf using three 3/16-inch metal posts and screws, spaced on 4-1/4 inch centers.  Covers for books 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid.  On books containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used.  All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion.  Should the addition of the parts list (see 3.5.1.7.1) to the instruction book result in the final book containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

3.6  Type D instruction books. -

3.6.1  Contents. - Type D instruction books shall consist of manufacturer's standard commercial instructions and parts lists bound together.

3.6.2  Format. -

3.6.2.1  Covers. - Covers shall be of a dark color fabrikoid material.  The cover shall show name and model of the equipment, manufacturer's name and address, Navy contract or order number and Navy NAVSHIPS identification number.  Printing shall be of a light contrasting color.  Covers shall be 8-1/2 by 11 inches for all books of that size or smaller (see figure 1).

3.6.2.2  Binding. - The books and covers shall be bound either by stapling, stitching or by use of metal binding posts.

3.7  Workmanship. - The workmanship shall be of high quality comparable in text compilation, arrangement, and accuracy to high-grade commercial instruction books and parts catalogs.  Copy which has filled letters or is blurred will not be acceptable.  The workmanship shall be satisfactory to the bureau or agency concerned.

4.  SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1  Inspection procedures. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

4.2  The methods of approval are specified in section 3.

5.  PREPARATION FOR DELIVERY

5.1  Packaging for domestic and overseas shipment. -

5.1.1  Equipment instruction books shall be individually packaged in accordance with method IC-3 of Specification MIL-P-116.

5.1.2  Bulk instruction books shall be individually packaged with kraft paper having a 60-pound basis weight conforming to Specification UU-P-268 and sealed with gummed paper tape conforming to Specification UU-T-111 or shall be individually packaged in a folding carton or set-up box conforming to Specification JAN-P-120 or JAN-P-133.

5.2  Packing. -

5.2.1  Equipment instruction books for domestic and overseas shipment. - Two copies of the instruction book shall be packed within the shipping container holding the main unit of equipment.

17

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433802
Not for Resale,2004/6/3 22:6:13 GMT

■ ٩٩٩٩٩٠b ۲۱٠۷۲٤8 ۲b3 ■

MIL-B-15071A(SHIPS)

5.2.2 Bulk instruction books. -

5.2.2.1 For domestic shipment. - Instruction books packaged as specified in 5.1.2, shall be packed in wood cleated fiberboard, cleated plywood, nailed wood, corrugated or solid fiberboard boxes conforming to Specification NN-B-591, NN-B-601, NN-B-621, LLL-B-631, or LLL-B-636, respectively. Fiberboard boxes shall conform to the special requirements of the applicable box specification. Closure of the fiberboard boxes shall be made with adhesive metal fastenings or tape or a combination of these methods in such a manner that the closures of the boxes shall not break or open when the box is tested in accordance with the applicable box specification. The gross weight of wood boxes shall not exceed 200 pounds; of fiberboard boxes, they shall not exceed the weight limitations of the applicable box specification.

5.2.2.2 For overseas shipment. - Instruction books, packaged as specified in 5.1.2, shall be packed in cleated plywood, nailed wood, corrugated or solid fiberboard boxes conforming to style A or B of Specification JAN-P-105, style 2, 2-1/2, 3 or 4 of Specification JAN-P-106 or symbol V3c or V3s of Specification JAN-P-108, respectively. Plywood shall conform to type A or B, condition I of Specification JAN-P-139. Boxes shall be lined with a sealed waterproof case liner conforming to Specification MIL-L-10547. Liners shall be sealed with an adhesive conforming to Specification MIL-A-140. Seams and closure shall have strength and water-resistance equal to that of the body material and shall have a continuous seam of at least 3/4 inch wide. Shipping containers shall be closed and strapped in accordance with the appendix of the applicable container specification. Flat steel strapping shall conform to class A or B, of Specification QQ-S-781. The gross weight of wood boxes shall not exceed 150-pounds; of fiberboard boxes, 70-pounds.

5.3 Marking. -

5.3.1 Interior containers. - In addition to the requirements specified in Standard MIL-STD-129, each package and interior container shall be clearly and legibly marked as follows:

    (a) NAVSHIPS identification number.
    (b) Nomenclature.
    (c) Quantity.
    (d) Contract or order number.
    (e) Name of contractor or manufacturer.
    (f) Date packed and method of preservation (as applicable).

5.3.1.1 Date marking shall be eliminated where instruction books are classified in accordance with Security Regulations.

5.3.2 Exterior containers. - In addition to the marking specified in 5.3.1 and any special marking required by the contract or order, shipments shall be marked in accordance with Standard MIL-STD-129.

6. NOTES

6.1 Ordering data. - Procurement documents should specify the following:

    (a) Title, number, and date of this specification.
    (b) Type required (see 1.2).
    (c) Requirements for type A (see 3.2).
    (d) Details of special requirements for drawings, charts and illustrations,
        pertinent to the particular equipment, if not covered by the equipment
        specification.
    (e) Security classification, if required (see 3.3.3).
    (f) Whether the books are to be packed and marked for domestic or overseas
        shipment (see 5.2 and 5.3).
    (g) Quantity of instruction books required (see 6.2).

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107249 1TT ■

MIL-B-15071A(SHIPS)

6.2  Instruction books for stock should be specified generally in the following quantities:

| Number of equipments | Number of copies |
|---|---|
| 1 to 5 | 25 plus 2 per equipment |
| 6 to 25 | 25 plus 2 per equipment |
| 26 to 950 | 50 plus 2 per equipment |
| Over 950 | 1000 plus 2 per equipment |

Bulk copies of books furnished for stock should be shipped to:

> Commanding Officer
> Ships Parts Control Center
> Naval Supply Depot
> Stock Control Department
> Mechanicsburg, Pennsylvania

Notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

19

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107250 911 ■

FIGURE 1 - TYPICAL COVER.

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF PUBLICATION appears in upper left-hand corner, set in 18 pt. Stymie light caps with Stymie bolt numerals.

SECURITY CLASSIFICATION (See 3.3.3) appears in upper left-hand corner, with "Security Information" directly below, set in 18 pt. Stymie light caps. (Security Classification in this case is "Restricted".)

TYPE OF BOOK set in 24 pt. Stymie extra bold upper and lower case.

SPECIFIC TITLE OF BOOK set in 30 pt. Stymie extra bold caps.

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER TO be set under Manufacturer's name as shown, in 18 pt. Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D.C., to be set at bottom page in 12 pt. Stymie light caps, letter spaced and separated as shown.

SECURITY CLASSIFICATION (See 3.3.3) appears in lower right-hand corner, set in 18 pt. Stymie light caps. (Security Classification in this case is "Restricted".)

NOTE - If Stymie is not available, the following faces may be substituted in this order: Beton, Girder, Futura and Kabel, Weights shown shall be maintained.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107251 858 ■

NAVSHIPS 000-0000

RESTRICTED

SECURITY INFORMATION

# INSTRUCTION BOOK

# 450-KW A-C/D-C

# GENERATOR SET

# STEAM-TURBINE-DRIVEN

MANUFACTURER'S NAME, AND

ADDRESS

## Contract Nobs-00000

MANUFACTURER'S BOOK NUMBER

BUREAU OF SHIPS — NAVY DEPARTMENT — WASHINGTON D.C.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22 6 13 GMT

■ 9999906 2107252 794 ■

FIGURE 2 - TYPICAL TITLE PAGE.

SECURITY CLASSIFICATION (See 3.3.3) appears in
upper right-hand corner with "Security Infor-
mation" directly below, set in 18 pt. Stymie
light caps.  (Security classification in this
case is "Restricted".)

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF
PUBLICATION appears in upper right corner, set
in 18 pt. Stymie light caps with Stymie bold
numerals.

TYPE OF BOOK set in 24 pt. Stymie extra bold
upper and lower case.

SPECIFIC TITLE OF BOOK set in 30 pt. Stymie
extra bold caps.

APPLICABLE VESSELS (when appropriate) to be
set under title of book, as shown, in 18 pt.
Stymie light, upper and lower case.  "WARNING"
paragraph shall be set 8 pt. Stymie bold, upper
and lower case (see 3.3.3).

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER to be set under
Manufacturer's Name and address as shown in 18 pt.
Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

DATE OF PUBLICATION to be included at the lower
right of page.

SECURITY CLASSIFICATION (See 3.3.3) appears in lower
right-hand corner, set in 18 pt. Stymie light caps
with Stymie bold numerals.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107253 620 ■

RESTRICTED
SECURITY INFORMATION
NAVSHIPS-000–0000

# INSTRUCTION BOOK

# 450-KW A-C/D-C
# GENERATOR SET
# STEAM-TURBINE-DRIVEN

### CL- 55  CLASS

WARNING:  This document contains information affecting the
national defense of the United States within the meaning of
the Espionage Laws, Title 18, U.S.C., Sections 793 and 794.
The transmission or the revelation of its contents in any
manner to an unauthorized person is prohibited by law.

### MANUFACTURER'S NAME AND
### ADDRESS

### Contract NOBS-00000

MANUFACTURER'S BOOK NUMBER

BUREAU  OF  SHIPS —     NAVY  DEPARTMENT —   NOVEMBER 1952

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:8:13 GMT

■ 9999906 2107254 567 ■

## FIGURE 3 — TYPICAL CONTENTS PAGE

SECURITY CLASSIFICATION  (See 3.3.3) appears in
upper right-hand corner with "Security Information"
below, set in 12 pt. Futura bold caps.  (Security
Classification in this case is "Restricted".)

CHAPTER TITLE to appear in upper right-hand corner
set in 18 pt. Futura bold caps.

CHAPTER AND NUMBER to be set in 30 pt. Stymie light,
upper and lower case.

"DETAILED DESCRIPTION" to be set in 14 pt. Stymie
light caps.

"LIST OF SECTIONS" and "PAGE NO." to be set in
10 pt. Stymie light caps.

THE LISTING OF SECTIONS (number, name, and page) to
be set in 14 pt. Futura bold, upper and lower case.
All of the above materials is to be set as close as
possible in style to that shown with sufficient
leading and with the whole text block centered
between the rules.

FOLIO NUMBER to appear on trim edge and bottom and
to be set in 12 pt. Futura bold.

SECURITY CLASSIFICATION to appear on right-hand side
at the bottom and to be set in 12 pt. Futura bold caps.

NOTE.—  Girder or Beton light or medium may be
substituted for Stymie.  Any other Sans Serif type of
same weight may be substituted for Futura.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT



RESTRICTED

SECURITY INFORMATION

DETAILED DESCRIPTION.

# Chapter 2

## DETAILED DESCRIPTION

| LIST OF SECTIONS | PAGE NO. |
|---|---|
| 1 Turbine | 22 |
| 2 Speed Reducing Gear | 23 |
| 3 Oil System | 24 |
| 4 A-C Generator | 26 |
| 5 D-C Generator | 29 |
| 6 Voltage Regulator Equipment | 32 |
| 7 Air Circuit Breaker | 40 |

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107256 33T ■■

RESTRICTED
SECURITY INFORMATION

Title of Publication – Upper corner left–hand pages
14 pt. Futura medium caps.

450 - KW A-C/D-C GENERATOR SET, STEAM-TURBINE-DRIVEN

## SECTION 1

18 pt. Stymie medium caps.

1 pica

### Description of Turbine

18 pt. Stymie medium upper and lower case.

(Give complete name plate data as part of the title of description of turbine, reduction, etc.)

2 picas

The general arrangement of the set is shown in Fig. 4. The turbine and pinion shafts are rigidly connected and supported by three bearings, two in the reduction-gear casing and one at the exhaust end of the turbine.

Primary Subheads—14 pt. Futura extra bold caps centered. **ROTOR**

The bucket wheels, shaft, coupling flange, and balancing rings are all integral, being machined from a solid alloy steel forging. The pinion is bolted on one end of the turbine rotor and the emergency governor on the other. The rotor, complete with buckets, is balanced statically and dynamically at the factory.

1 pica

**Balancing Rings**

8 pt. spade

The coupling flange of the rotor is tapped on its outer periphery for radial balancing plugs. See photograph below. At the exhaust end, the shaft carries another integrally forged balancing ring, tapped for axial balancing plugs.

DYNAMIC BALANCING. Adjustment of the rotor for dynamic balance is accomplished by the insertion at the proper points in these rings of balancing plugs of the correct weight. The plugs, when threaded into their holes, are drawn flush with the outer shoulder, and the outer thread of the hole is staked over. See Fig. 31, page 26, for generator balancing rings.

All of the holes are filled initially with one-half inch screw plugs to minimize windage loss, and the balancing plugs are substituted where necessary. These plugs provide an accessible means of balancing when rebucketing the rotor. During inspection periods it is advisable to inspect all plugs to see that they are tight.

**Buckets**

The buckets on all the wheels are of corrosion-resisting steel, and are attached by T-head dovetails. The buckets are spaced by skirts at the dovetail, machined as an integral part. The buckets are banded together in sections by steel shroud bands riveted onto the buckets.

FIGURE 4.   TYPICAL TEXT PAGE

A typical text page spread is shown here with type and spacing specifications noted. New sections may be started near the bottom of the page if the space allows a minimum of three lines of type in each column; tabulated matter may be run two columns or one column.

Fig. 4.- Turbo-generator set as seen from turbine end, throttle-valve side

Classification—Inner bottom corner, 12 pt.
Futura bold caps.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107257 276 ■■

Chapter Heading—Upper right-hand corner
of right-hand pages, 14
pt. Futura medium caps.

## DETAILED DESCRIPTION

1 pt. rule                                                                    1 pica

1 pica

A shroud band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

### NOZZLE PLATE

The cast steel first-stage nozzle plate (3), Fig. 2, is bolted to and calked in the upper half of the high-pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

### Nozzle Diaphragms

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

Secondary Subheads—14 pt. Futura extra
bold upper and lower

**Mounting**   case, flush left.

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the center line to allow for radial expansion.

SECOND-STAGE DIAPHRAGM. The lower half of the second-stage diaphragm is further positioned by the centering dowel (7) in the bottom of the casing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

2½ picas

# SECTION 2

## Description of Speed Reducing Gear

2 picas

The reducing gear is the single-reduction, single-helical type, and reduces the turbine speed of 10,059 r. p. m. to the generator speed of 1,200 r. p. m.

### PINION

The pinion is forged integral with the shaft. One end of the shaft is provided with a flange that bolts rigidly to the turbine shaft and through which one end of the turbine rotor is supported. The other end of the pinion shaft has an extension, on which is assembled the thrust bearing. The complete assembly is shown in Fig. 6.

### GEAR WHEEL

The gear wheel is a steel forging and is pressed and keyed on a forged steel shaft. One end of the gear shaft is solidly coupled to the generator shaft, and part of the weight of the generator rotor is carried by the gear bearing at that end. The turbine end of this shaft is extended to carry the spiral gear that drives the oil pump and the governor.

### GEAR CASING

The gear casing consists of two halves which are jointed at the horizontal center line of the rotors. The bearing seats for supporting the gear and pinion bearings, the oil pump seating, and the supports for the high-pressure end of the turbine are fabricated integral with the lower half of the casing.



8 pt. space

FIG. 5—*View of the pinion showing half of the solid
coupling, which is bolted to the turbine rotor*



FIG. 6—*Reducing gear with upper half casing removed
showing the pinion and gear wheel assembled in their
operating positions*   Captions—Italic of text.

Folio—Outer bottom corner, 12 pt.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107258 102 ■

RESTRICTED
SECURITY INFORMATION

## MODEL GSB-8 DIESEL ENGINE

FIGURE 5. TYPICAL GATEFOLD
OR FOLD-IN PAGES

The following two pages illustrate correct style that may be followed in gatefold pages where oversize illustrations of blue-prints are to be used. Fold-over pages, double, or triple pages will be permitted only for illustrations where essential to insure legibility.

## ENGINE THROTTLE CONTROL

### DESCRIPTION

The engine throttle control system is made up of a series of linkages which, in direct connection with a hydraulic system, enable the operator to start and operate the engine at any required speed. (Fig. 3.) For complete understanding the following description is essential:

1. A mechanical linkage sets the limit to which fuel can be injected.
2. The engine throttle control sets the operating fuel pressure of the fuel pump.
3. A mechanical linkage from the control governor operates the control shaft which is coupled to the fuel injectors.
4. The hydraulic system, in conjunction with the linkage system, operates the control governor regulator shaft.
5. The throttle control operates the limit switch which controls the electrical circuit of the brake on the propeller shaft, just aft of the reduction gear.

The engine throttle control system is actuated by the movement of the throttle lever, or handle, of the hydraulic transmitter, which is located on the after side of the engine control box. (Fig. 1.) When the throttle lever is in the extreme out position, the hydraulic transmitter and receiver units are synchronized. (This function will be explained in detail later in this section.)

As the throttle handle is moved inward, beyond the synchronizing stage, it reaches the point where, for a few degrees of travel, it operates the air starting system (Section 20). When the air starting system is functioning, no fuel is admitted into the cylinders; however, at the instant when the throttle handle is moved farther inward and the air starting valve is released, fuel oil is then injected into the cylinders, and the engine begins to operate under its own power. Continuing the inward movement of the throttle handle increases the amount of fuel oil which is injected into the cylinders, and thereby increases the speed and power of the engine (Section 4).

The serrated shaft of the transmitter is linked with the throttle shaft which, in turn, is directly linked with the throttle lever tube. The throttle shaft is supported in two bronze bearings which are bolted to pads on the cylinder block, just below the camshaft trough. (Fig. 3.) The throttle lever tube floats on the control shaft, and a lever attached to it is connected with the regulating adjusting lever of the fuel oil pump. A spring loaded piston and cylinder assembly is built into the regulating adjusting lever, and its function is to permit the throttle shaft to pass through the synchronizing and air starting stages without moving the fuel pump pressure regulating lever. This permits the regulating lever to be moved from its idling position to maximum engine load position. A pin lever, welded to the throttle lever tube, sets a position beyond which the control lever on the control shaft cannot advance. Therefore, the control lever cannot be advanced beyond the throttle setting, and no additional fuel oil will be injected into the cylinders until the throttle is advanced farther. The control lever rides on the pin lever of the throttle lever tube, unless the automatic function of the governor tends to hold it away from the pin lever.

The two fuel injectors are synchronized and are coupled by the intermediate control shaft. The after fuel injector is coupled to the control shaft, which is supported at the opposite end by a ball bearing in a bracket attached to the camshaft gear cover.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■■ 9999906 2107259 049 ■■



UNDERWATER LOG EQUIPMENT
SEA VALVE
BU SHIPS STOCK NO.
DWG. NO. 514917
NAVY DEPARTMENT BUREAU OF SHIPS
BENDIX AVIATION CORPORATION
TEST INSTRUMENT DIVISION
CONTRACT NOBS
0666

IDENTIFICATION PLATE
ITEM 55

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107260 860 ■



Figure 5a.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

▬ ٩٩٩٩٩06 2107261 777 ▬

## LIST OF MATERIAL   QUANTITIES FOR ONE SEA VALVE

| PIECE NO | NAME OF PIECE | NO REQ'D | MATERIAL | NAVL SPEC | CONTRACTORS DWG NO | MANUFACTURED NAME | BU SHIPS DWG NO | STD NAVY SYMBOL NO | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NUT, HEX, ⅜-11 | 4 | MONEL | 46-M-3 | 3473B-6 | | | | |
| 2 | GLAND | 1 | MONEL | 46-M-7 | 3473B-7 | | | | |
| 3 | EXTENSION ASSEMBLY | 1 | | | 3434J-2 | | | | |
| 3A | EXTENSION, VALVE | 1 | BRONZE | 48-B-8 | 3424S-A | | | | |
| 3B | STUD | 6 | MONEL | 46-M-1 | 3473A-6 | | | | |
| 3C | PHLS,GROOVED | 4 | STEEL | | 3439J-6 | | | ZINC PLATE | |
| 7 | BODY, VALVE | 1 | BRONZE | 48-B-8 | | | | | |
| 8 | RUBBER, VALVE SEAT | 1 | MONEL | 46-M-1 | | | | | |
| 9 | SCREW | 2 | RUBBER | 33M1 CL.2 | 3424P-A | | | | |
| 10 | BUSHING, HULL | 1 | BRONZE | 48-B-8 | 3414FA | | | | |
| 11 | SPOUT | 1 | MONEL | 46-B-8 | 3424P2A | | | | |
| 12 | GASKET | 1 | RUBBER | 33 M1 CL.1 | | | | | |
| 13 | NUT, HEX | 16 | MONEL | 46-M-3 | | | | | |
| 14 | STUD | 8 | MONEL | 46-M-1 | | | | | |
| 15 | BONNET | 1 | BRONZE | 48-B-8 | | | | | |
| 16 | GASKET | 1 | RUBBER | 33 M1 CL.1 | | | | | |
| 17 | PACKING | 15 | BRASS 6STD | 16-P-24 | | | | SYMBOL 110A | |
| 18 | STUD | 2 | MONEL | 46-M-7 | | | | | |
| 19 | GLAND | 1 | MONEL | 46-M-7 | | | | | |
| 20 | NUT | 4 | MONEL | 46-M-2 | | | | | |
| 21 | STEM, VALVE | 1 | MONEL | 46-M-7 | | | | REQ'D NT SQ | |
| 22 | GEAR, BEVEL | 1 | BRONZE | | | | | | |
| 23 | KEY, MACHINE | 1 | MONEL | 46-M-1 | | | | | |
| 24 | NUT, HEX | 1 | MONEL | 46-M-3 | | | | | |
| 25 | SCREW, MACHINE 10-32 | 1 | MONEL | 46-M-7 | | | | | |
| 26 | WASHER, LOCK | 1 | STEEL | | | | | ZINC PLATE | |
| 27 | WASHER | 1 | BRASS | | | | | | |
| 28 | KEY, MACHINE | 1 | MONEL | 46-M-7 | | | | | |
| 29 | GEAR, BEVEL | 1 | BRONZE | | | | | REQ'D 3.333 NT SQ | |
| 30 | COLLAR, SHAFT | 1 | BRASS | 46-B-4 | | | | | |
| 31 | SHAFT, PINION | 1 | BRASS | 46-B-4 | | | | | |
| 32 | PIN, DOWEL | 1 | MONEL | 46-B-16 | | | | | |
| 33 | HANDWHEEL | 1 | BRASS | 46-B-11 | | | | | |
| 34 | BOLT, MACH, ⅜-16 X 1¼ | 2 | MONEL | 46-M-7 | 3473A-4 | | | | |
| 35 | PLATE, IDENTIFICATION | 1 | MONEL | 46-M-7 | 3473A-4 | | | | |
| 36 | SCREW, MACH #40 X ¼ | 2 | BRASS | 46-B-3 | | | | | |
| 37 | DISK, VALVE | 1 | MONEL | 46-M-7 | | | | | |
| 38 | BRACKET | 1 | BRONZE | 48-B-8 | | | | | |
| 39 | NUT, HEX, ¾-10 | 8 | MONEL | 46-M-3 | 3473B-6 | | | | |
| 40 | SEAL, WATER | 1 | RUBBER | 33M3 | 3414J-A | | | | |

## REVISIONS

| REV | ZONE | DESCRIPTION | | | |
|---|---|---|---|---|---|

NOTES
1. PINION SHAFT, ITEM 31, IS FURNISHED 38" LONG (FROM ₵ OF VALVE) LENGTH TO BE CUT TO SUIT SHIP AND HANDWHEEL PINNED IN PLACE. NECESSARY BEARING FOR SHAFT TO BE FURNISHED BY OTHERS.

2. AT INSTALLATION, ITEM 10 ₵ 11 MUST BE RIGIDLY HELD IN ALIGNMENT.

3. WHERE SPEC. NO. IS NOT NOTED, MATERIAL OF BEST COMMERCIAL GRADE TO BE USED.

4. VALVE MADE IN ACCORDANCE WITH NAVY SPEC. 45-V-17 CLASS III EXCEPT AS NOTED.

5. COMPONENTS EXPOSED TO HYDROSTATIC PRESSURE SHALL WITHSTAND WITHOUT DAMAGE OR OPERATIONAL FAILURE HYDROSTATIC PRESSURE OF 250 LBS. PER SQ. INCH FOR ONE HOUR.

MASTER PLAN
UNDERWATER LOG
EQUIPMENT
(IMPELLER TYPE)
SEA VALVE ASSEMBLY

BENDIX AVIATION CORPORATION

CONTRACT NO. 47766

SC303 M 3002712

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107262 633 ■

RESTRICTED



Figure 5b.— Engine Control System.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107263 57T ■

## ART TREATMENT FOR EXPLODED VIEWS



*Preferred art treatment for exploded views—line drawing with shading medium. Preferred method of handling indexing by the use of noun or nomenclature is also shown.*

*Alternate acceptable art treatment—line drawing, black used to shape parts. Alternate method of handling indexing by the use of numerals as shown may be used if number of component parts warrants their use.*

*Alternate acceptable art treatment—wash drawing technique (suitable for letterpress or offset reproduction only). Preferred method of handling indexing is shown.*

NOTE.—Where letterpress or offset reproduction is to be employed, well-retouched photographs, exploded as per drawing shown above will also be acceptable.

Figure 6.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107264 406 ■

## FIGURES 7 AND 8

These figures show approved style to be followed on manuals which are to be type-written, varityped, or set with the elec-tromatic typewriter. All copy should be prepared to allow for a 15- or 20-percent reduction in size.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107265 342 ■

TITLE OF BOOK                                                    MFR'S NUMBER

## PART I

## DESCRIPTION OF TURBINE AND GEAR

### GENERAL ARRANGEMENT

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

### SECTION I

### DESCRIPTION OF TURBINE

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### ROTOR AND BUCKETS

The turbine rotor (1), Fig. 2, consisting of shaft, bucket wheels, and coupling, is machined from a solid steel forging. The coupling flange of the rotor is tapped around its outer periphery for balancing plugs.

The throttle valve is p~  
handwheel for manual contro  
tripping device. The thrott  
tripped closed automatically  
ernor.

*THIS PAGE WAS TYPED USING 36G-8 FOR BODY AND GOTHIC TYPES 229, 270 AND 180L BOLD FOR THE VARIOUS HEADINGS.*

#### Buckets

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

#### NOZZLE PLATE

The cast steel first-stage nozzle plate (3),

Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

#### NOZZLE DIAPHRAGMS

Th~ ~ozzle diaphragms are made of steel ~ ~rosion-resisting steel nozzle par-  
~ the diagram five nozzle dia-  
~ made of steel with welded corrosion-  
~ing steel nozzle partitions.

#### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

SECOND STAGE DIAPHRAGM:  The lower half of the second stage diaphragm is further positioned by the centering dowel (7) in the bottom of the casing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

LOCATION OF DIAPHRAGMS:  The other four diaphragms, which are located in the exhaust casing are mounted as shown in Fig. 3b. The cast steel first-stage nozzle plate (3), Fig. 2 is bolted to and caulked in the upper half of the high pressure head.

The first stage is drained through a valve at the bottom of the casing.

#### TURBINE CASING

The turbine casing consists of a steel high-pressure head (4), Fig. 2, and a steel exhaust casing.

Figure 7.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107266 289 ■

## PART 1

### DESCRIPTION OF TURBINE AND GEAR

#### GENERAL ARRANGEMENT

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

#### SECTION 1

#### DESCRIPTION OF TURBINE

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### Rotor and Buckets

The turbine rotor (1), Fig. 2, consisting of ·····    ·els, and coupling, is machined from a solid steel forging. The coupli···            · is tapped around its outer periphery for balancing plugs.

The throttle valve is provid···        ·el for manual control and an emergency tripping device. The throttle     ·u closed automatically by an emergency governor.

*THIS PAGE WAS TYPED USING STANDARD ELITE TYPE, REDUCED 15%*

#### Buckets

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.      ⸺

#### Nozzle Plate

The cast steel first-stage nozzle plate (3), Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

#### Nozzle Diaphragms

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions. All of the diagrams five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

#### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

Figure 8.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/3 22:6:13 GMT

■■ 9999906 2107267 115 ■■

## FIGURE 9 - WARNING

Voltages over 300 volts shall be measured as follows:

(1)  Deenergize the equipment.  Ground terminals to be measured to discharge any capacitors connected to these terminals.
(See Note F.)

(2)  Connect meter to terminals to be measured using a range higher than the expected voltage.

(3)  WITHOUT TOUCHING METER OR TEST LEADS, energize the equipment and read the meter.

(4)  Deenergize the equipment.  Ground the terminals connected to the meter before disconnecting meter.

NOTES:

(A)  MAKE SURE YOU ARE NOT GROUNDED whenever you are adjusting equipment or using measuring equipment.

(B)  In general, USE ONE HAND ONLY when servicing live equipment.

(C)  If test meter must be held or adjusted while voltage is applied, GROUND the case of the meter before starting measurement and DO NOT touch the live equipment or personnel working on live equipment while you are holding the meter.  Some moving vane type meters should not be grounded.  These should not be held during measurements.

(D)  DO NOT FORGET that high voltages MAY BE PRESENT across terminals that are normally low voltage, due to equipment breakdown.  Be careful even when measuring low voltages.

(E)  DO NOT use test equipment known to be in poor condition.

(F)  High voltage high capacity capacitors should be discharged with a grounding stick with approximately 10 ohms in series with the grounded line.  Where neither terminal of a capacitor is grounded, short capacitor terminals to each other.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:8:13 GMT

Exhibit 3

█■ 9999906 2107195 179 ■█

MIL-T-15071B(SHIPS)
16 August 1954
SUPERSEDING
MIL-B-15071A(SHIPS)
20 October 1952

MILITARY SPECIFICATION

TECHNICAL MANUALS FOR MECHANICAL

AND ELECTRICAL EQUIPMENT

1. SCOPE

1.1 Scope. - This specification covers technical manual requirements for electrical and mechanical equipment.

1.2 Classification. - Technical manuals shall be of the following types as specified (see 6.1):

Type A - (Type A manuals may be required where the system or equipment to be described is of a highly specialized or extremely complex nature, and where the importance of the equipment justifies unusual effort in the preparation of the manual.) (See 3.3.)

Type B - (Type B manuals are required where the equipment or system to be described has no direct commercial counterpart or which is sufficiently complex that a detailed description, and maintenance instructions are required and must be supplemented by sufficient photographs, drawings, parts lists, etc.) (See 3.5.)

Type C - (Type C manuals are required where the equipment or system to be described is an adaptation or variation of conventional commercial equipment, where with certain modifications and additional data, the type of instructional matter normally furnished will serve the purpose.) (See 3.6.)

Type D - (Type D manuals are required where the equipment or system to be described is generally the same as equivalent commercial equipment, or is sufficiently simple that standard manufacturer's instruction pamphlets and service data are adequate.) (See 3.7.)

2. APPLICABLE DOCUMENTS

2.1 The following specifications and drawings, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

MILITARY
MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).

NAVY DEPARTMENT
General Specifications for Inspection of Material.

GPO—O—NAV—M-99

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2005/11/3 23:45:9 GMT

■■ 9999906 2107196 035 ■■

MIL-T-15071.B(SHIPS)

DRAWINGS

BUREAU OF SHIPS
S0103-73729 - Standard Drawing Format for Production Drawings Prepared by
Contractor or Manufacturer for Approval by Government Agency.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

3. REQUIREMENTS

3.1 Material.- The minimum material requirements are as specified hereinafter. A good grade material shall be used when a definite material is not specified.

3.2 Distribution required.- Distribution shall be as follows except when identical manuals have been previously distributed to all the addressees:

 (a) Two copies packed with each unit of equipment (for ultimate placement onboard ship) (see 3.4.6).
 (b) Four copies to the Bureau of Ships.
 (c) Two copies to the cognizant Supervisor of Shipbuilding.
 (d) One copy to the cognizant Inspector of Naval Material.
 (e) One copy to the Director, Naval Engineering Experiment Station, Annapolis, Maryland (propulsion machinery and major auxiliary equipment only).
 (f) One copy to the Superintendent, U.S. Naval Academy, Postgraduate School, Monterey, California, (propulsion units and major auxiliary equipment only).
 (g) Two copies to each U.S. Naval Shipyard (except Portsmouth, N.H. - for Military equipment only).
 (h) Two copies to each U.S. Naval Shipyard concerned (for non-Military equipment only).
 (i) Two copies to Portsmouth Naval Shipyard (Submarine equipment only).
 (j) One copy to the Submarine Supply Office, Philadelphia, Pa. (Submarine equipment only).
 (k) Two copies to all Submarine Tenders (Submarine equipment only).
 (l) Six copies to the Commander, Submarine Base, New London, Conn. (Submarine equipment only).
 (m) Manuals for stock shall be specified generally in the following quantities:

| Number of equipments | Number of copies |
| --- | --- |
| 1 to 25 | 10 plus 2 per equipment |
| 26 to 950 | 50 plus 2 per equipment |
| Over 950 | 100 plus 2 per equipment |

Bulk copies of manuals furnished for stock shall be shipped to:

Commanding Officer
Naval Supply Depot
Mechanicsburg, Pennsylvania
"For SPCC stock"

 (n) In addition to (a) through (m) above, the shipbuilder shall provide technical manuals for selected components and systems in the following minimum quantities to the Fitting Out Activity for placement onboard the ship:

| | Heavy cruisers and larger type ships | Smaller ships | Small craft and submarines |
| --- | --- | --- | --- |
| Engineering piping systems | 50 | 25 | 5 |
| Propulsion prime movers | 10 | 5 | 1 |
| Propulsion reduction gears | 10 | 5 | 1 |
| Boilers, main | 10 | 5 | 1 |

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■■ 9999906 2107197 T71 ■■

MIL-T-15071B(SHIPS)

| | Heavy cruisers and larger type ships | Smaller ships | Small craft and submarines |
|---|---|---|---|
| Diesel generator sets | 10 | 5 | 1 |
| Distilling plants | 10 | 5 | 1 |
| Refrigeration plants | 10 | 5 | 1 |
| Gasoline handling systems | 10 | 5 | 1 |
| Submarine electrical propulsion equipment | -- | - | 1 |
| Ships service switchboards and motor generator sets | -- | - | 1 |
| Main storage batteries | -- | - | 1 |

3.2.1 For ships constructed under the Mutual Defense Assistance Program only, the requirements of 3.2 (a) through (m) do not apply. Manuals for equipment and systems peculiar to ships constructed under the Mutual Defense Assistance Program shall be distributed as follows:

(a) Six copies to the Military Assistance Advisory Group of each foreign Government assigned a ship of the class.
(b) One copy to the Washington, D. C. Naval Attache  of the recipient Government.
(c) Four copies to the Bureau of Ships.
(d) One copy to the cognizant Supervisor of Shipbuilding.
(e) Two copies with each unit of equipment for placement onboard-ship (see 3.4.6).
(f) One copy to the cognizant Inspector of Naval Material.
(g) Twelve copies to the Naval Supply Depot, Mechanicsburg, Pennsylvania.

Note.-  Military equipment is defined as the auxiliary machinery necessary for the operation, maneuverability and combatant efficiency of the vessel. Nonmilitary equipment is defined as ranges, coffee making apparatus, food mixing machines, sterilizers, laundry machines, sewing machines, refrigerators.

3.3  Type A manuals. -  Type A manuals shall be as specified in the individual contract or order.

3.4  General requirements for types B, C, and D manuals. -

3.4.1  Identification. -  All manuals shall be identified by a Navy identification number of the form "NAVSHIPS 000-0000" (see figures 1 and 2). This number will be assigned by the bureau or agency concerned upon a receipt of a preliminary copy submitted for bureau or agency approval. In urgent cases, this number may be obtained by a written request, containing complete descriptive data of the equipment. This number shall be imprinted on the upper left-hand corner of the cover, and the upper right-hand corner of the fly-leaf of all manuals prior to distribution.

3.4.2  Reproduction copy. -  If offset negatives are used in the publication of the technical manuals, a complete set of such negatives shall, after completion of the manuals, be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals. Regardless of the method of printing used, one glossy print or negative of each half-tone illustration included in the manuals, shall be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania, and shall remain the property of the Government for use in subsequent reproduction of the manuals. This requirement does not apply to type D manuals (3.7) nor to manuals for which reproduction copy has been previously furnished.

3.4.3  Copyright. -  Technical manuals shall not be copyrighted. The bureau or agency concerned reserves the right to reproduce or have reproduced in part or in entirety all manuals procured under this specification.

3

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107198 908 ■

MIL-T-15071B(SHIPS)

3.4.4 <u>Security classification.</u> - Unless otherwise specified in the contract or order, manuals shall be unclassified. If classified, notification of the classification shall appear on the front and back covers and each page of the manuals as shown on figures 1 to 5, inclusive. In addition, classified manuals shall have the following paragraph printed on the title page as shown on figure 2:

"WARNING: This document contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794. The transmission or the revelation of its contents in any manner to an unauthorized person is prohibited by law."

Classified manuals shall be marked with consecutive serial numbers beginning with number 1. Receipt cards shall be provided in all classified manuals. Each card shall contain the serial number of the manual in which it is included.

3.4.5 <u>Revision to incorporate changes.</u> - New, revised, or supplementary pages shall be furnished until the guarantee period expires. The quantity of pages furnished and the distribution shall be the same as for the manual provided in the original contract or order.

3.4.5.1 <u>New pages.</u> - When it is found necessary to include new information to augment the manual data, new pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "New" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. New pages shall bear the same number as the manual page they follow with the addition of a letter; for example, original page 69, new pages 69a and 69b. A reproduction copy of each new page shall be provided.

3.4.5.2 <u>Revised pages.</u> - If it is determined that information originally furnished in manuals must be changed for clarification, correction, or because every equipment covered by the manual has been uniformly modified, revised pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "Revised" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. Revised pages shall bear the same number as the page they replace. A reproduction copy of each revised page shall be provided.

3.4.5.3 <u>Supplementary pages.</u> - In instances where modifications are made only to a certain number of the total number of equipments covered by the manual, resulting in the need for alternate instructions to cover those items modified, this information shall be issued in the form of supplementary pages. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "Supplementary" followed by the NAVSHIPS identification number on succeeding lines the hull numbers of the specific ships to which the page applies, and on the last line the month and year of issue. Supplementary pages shall bear the same number as the manual page they follow with the addition of a letter; for example, original page 69, supplementary pages 69a, 69b. A reproduction of each supplementary copy shall be provided.

3.4.6 <u>Time of delivery.</u> - Two copies of the manuals shall be delivered with the first unit and each succeeding unit of equipment shipped except that no more than ten manuals for heavy cruisers and larger and no more than six manuals for smaller ships shall be considered necessary to fulfill this requirement when it is known the equipment is destined for a particular ship (see 3.2 for specific exceptions). If final manuals are not available at the time of delivery of the equipment, two copies of an adequate preliminary manual (see 3.4.7) shall be furnished to the Government inspector to fulfill the above requirements for shipment of manuals for each unit.

NOTE: The importance of delivering these manuals with each unit of equipment cannot be too strongly emphasized, since they are of great value in the installation of the equipment and in training and indoctrinating the ship's crew.

4

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01605812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107199 844 ■

MIL-T-15071D(SHIPS)

3.4.7 <u>Preliminary manuals.</u> –

3.4.7.1 <u>Method of approval.</u> – Prior to the printing of the final manuals, a preliminary manual shall be prepared and submitted in duplicate to the bureau or agency concerned via the Government inspector for approval and assignment of a Navy NAVSHIPS identification number. Every effort shall be made to submit the preliminary manual in ample time to permit approval and final printing prior to the delivery date of the equipment. Preliminary manuals shall be furnished in instances where final manuals are not available for delivery with the equipment. In all instances where preliminary manuals are furnished in lieu of final manuals, they shall be replaced with final manuals within 60 days (see 3.4.6 and 3.4.7.2.3).

3.4.7.2 <u>Contents.</u> –

3.4.7.2.1 <u>Text.</u> – Preliminary manuals shall consist of a complete text of the instructions required for the type of manual to be furnished.

3.4.7.2.2 <u>Illustrations.</u> – Preliminary manuals shall contain a list of all illustrations, (photographs, exploded views, drawings, and sketches) and sample art work (less photos and drawings but including all exploded views and sketches) which will appear in the final manuals. If the final manual is to include test data, or a table of weights, for example, and if any or all of the items are not available when the preliminary manual is issued, then a foreword shall list all items which have been omitted and which will appear in the final manual.

3.4.7.2.3 <u>Manual identification.</u> – In all instances where preliminary manuals are furnished in lieu of final manuals, the NAVSHIPS identification number shall be stamped on all copies of the preliminary manuals prior to distribution (see 3.4.1).

3.4.7.2.4 <u>Covers.</u> – Covers for preliminary manuals shall be at least 20 by 26-65/500-basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover. This information shall be identical with that which will appear on the final manual except that the word "preliminary" shall appear directly in front of the identification number (see 3.4.1).

3.4.7.2.5 <u>Printing.</u> – The text may be printed by any quick, economical method, such as multigraph, mimeograph or similar method.

3.5 <u>Type B manuals.</u> –

3.5.1 <u>Contents.</u> – Type B manuals shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

    (a) Title page (see figure 2).
    (b) General data (see 3.5.1.1).
    (c) Table of contents, listing all divisions and primary and secondary subdivisions
        (such as chapters, sections) with the corresponding page numbers.
    (d) List of illustrations and drawings, specifying titles, figure numbers and pages
        on which such illustrations appear.
    (e) Introduction (see 3.5.1.2).
    (f) Detailed description (see 3.5.1.3).
    (g) Installation instructions (see 3.5.1.4).
    (h) Adjustments and tests (see 3.5.1.5).
    (i) Principles of operations (see 3.5.1.6).
    (j) Operating instructions (see 3.5.1.7).
    (k) Maintenance (see 3.5.1.8).

. 5

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107200 396 ■

MIL-T-15071B(SHIPS)

    (ℓ) Parts identification (see 3.5.1.9).
    (m) Drawings (see 3.5.1.10 and 3.5.2.4.5.4).
    (n) Memorandum pages (see 3.5.1.11).

    Note. - Although these requirements are directly applicable to manuals covering specific
           equipment, they shall be followed as closely as possible for manuals covering
           systems, such as engineering piping systems.  When a manual covers a system
           or an equipment composed of several distinct units (for example, a generating
           set consisting of a Diesel engine, a generator, a voltage regulator, and a
           controller), it may be desirable to arrange the manual in major divisions,
           each covering one unit.  If so, the major divisions may be arranged by sub-
           divisions, each corresponding to the requirements herein.

3.5.1.1 General data. -  This division shall contain data such as the following:

    (a) Safety notice (where high voltages or special hazards are involved) (see figure 9).
    (b) Component list containing :
          Description of item.
          Navy type designation.
          Standard Navy stock number.
          Dimensions.
          Weight (with or without packing).
    (c) Input power requirements and heat dissipation.
    (d) Salient design characteristics.
    (e) Electron tube complement.
    (f) Serial number (if appropriate).

    3.5.1.2 Introduction. -  This division shall include a general description of the equipment; explain
briefly what it is, where it is used, and what it will do, also all information of a general character
applicable to the complete equipment.  When the text contains technical terms or terms not commonly
used, definitions shall be included.

    3.5.1.3 Detail description. - This division shall contain a complete detailed description of component
assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's
service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator.
Allowable clearances, temperatures or tolerances shall be shown in tabular form.

    3.5.1.4 Installation instructions. - This division shall contain methods of installation, alignment,
precautions, mounting instructions, recommendations regarding shielding, grounding or bonding.

    3.5.1.5 Adjustment and tests. - This division shall contain instructions for the adjustment and test
of the system and its major components upon initial installation or under other conditions such as after
major overhaul where complete system readjustment may be required.

    3.5.1.6 Principles of operation. - This division shall contain a brief resume of the principles of
operation together with such illustrations, sketches, schematic piping diagrams and schematic wiring
diagrams to convey an understanding of the function and operation of the equipment.  Descriptions of
components and assemblies using electron tubes should provide an explanation of the electronic circuits.
A preferred method of describing electronic circuits is to present the description in sections, such as
amplifier features, power circuits, main audio transmission path and mechanical arrangements.  Theory
of operation should be included where unusual or unconventional circuits or techniques are involved.

    3.5.1.7 Operating instructions. - This division shall contain simple, brief and effective instructions,
including normal routines and precautions such as maximum and minimum loads, normal temperature
or pressure limits, to be observed in starting, operating and shutting-down the equipment.  Where opera-
tions are to be performed in specific sequence, step-by-step procedures shall be used.  Operations shall
be numbered in the order in which they are to be performed.  Operating data which is frequently referred
to in operating the equipment shall be included in this division.  Tables and charts shall be used for the
presentation of these instructions where varying operating conditions are encountered.

6

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107201 222 ■■

MIL-T-15071B(SHIPS)

3.5.1.8 Maintenance instructions. –

3.5.1.8.1 Preventative maintenance. – This division shall cover all maintenance procedures, inspection and routine adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of equipment. Included in this division shall be routine maintenance check charts containing the following:

(a) A tabulation of periodic routine mechanical and electrical tests and checks which should be accomplished regularly to insure continuity of service at peak performance.

(b) Arrangement of the table shall be such as to indicate what is to be done, when it is to be done and how to do it.

(c) Emphasis shall be placed upon the test facilities which may be incorporated in the various components.

(d) Instructions shall be provided for the care, inspection and cleaning of all pertinent parts.

(e) Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Military specification numbers where applicable and by commercial designations.

(f) Instructions shall be included stressing the importance of properly maintaining any safety devices, interlocks, provided to prevent damage to equipment or injury to personnel.

3.5.1.8.2 Corrective maintenance. – This division shall cover all information necessary to permit a technician to locate trouble and to make repairs or adjustments to each component, assembly or sub-assembly of the equipment. Included in this division shall be the following:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.

(b) Complete instructions on signal tracing for electric and electronic circuits, use of test instruments and other common servicing techniques.

(c) Ample illustrations, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagram of the electric circuits. Illustrations contained in other divisions may be used and referred to under this division without duplicating them.

(d) Voltage and resistance diagrams or tables for each electronic assembly showing normal voltages (with and without audio signal) and resistances as measured at the terminals of each tube socket and at other significant points in the circuit.

3.5.1.9 Parts identification. – This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes. This data shall be presented in one of the three following alternate arrangements:

(a) Parts list and illustrations. – Where the manual does not include reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, listing all repair parts, the parts identification shall be in the form of a parts list with illustrations, arranged as specified in 3.5.1.9.1 and 3.5.1.9.2.

(b) Drawings and illustrations. – Where the manual includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729 (see figure 5) listing all repair parts, and where only mechanical parts are involved, the parts identification shall be in the form of illustrations to supplement the lists of material on the drawings. Illustrations shall be prepared for each assembly, subassembly and their component repair parts in accordance with 3.5.1.9.2 except that the index numbers shall be identical with the piece numbers assigned on the above drawings. Appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107202 169 ■

MIL-T-15071B(SHIPS)

    (c) <u>Drawings, illustrations and functional listing.</u> - Where the manual includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, and which list all repair parts, and where electrical or electronic parts are involved, the parts identification shall be in the form of a functional listing of electrical and electronic parts with illustrations to supplement both the functional listing and the list of materials on the drawings.  The functional listing of all electrical and electronic parts shall be prepared in accordance with 3.5.1.9.1.3.2.  Illustrations shall be prepared for each assembly, subassembly and the component repair parts thereof in accordance with 3.5.1.9.2, except that the index numbers shall be identical with the piece numbers assigned on the above drawings (for mechanical parts) and with the reference designation assigned on the schematic wiring diagram (for electrical or electronic parts) appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

  3.5.1.9.1 <u>Parts list.</u> -

  3.5.1.9.1.1 <u>Contents.</u> -  The parts list shall contain the following information:

    (a) List of illustrations by figure and page number.
    (b) Introduction.
    (c) Parts tabulation.
    (d) Special tools.
    (e) Numerical index of part numbers.

  3.5.1.9.1.2 <u>Introduction.</u> - This division shall contain sufficient instructions to explain the following:

    (a) Any symbols used therein.
    (b) The general system of group assemblies in relation to the complete article.
    (c) All cross-index systems employed.
    (d) Titles or other markings intended to segregate different models.
    (e) Other information as may be required to facilitate rapid and accurate use of the parts list.

  3.5.1.9.1.3 <u>Parts tabulation.</u> - The parts tabulation shall contain the following information:

  3.5.1.9.1.3.1 <u>Tabulation for mechanical parts.</u> -

    (a) Figure number.  This shall denote the illustration number wherein the part has been shown.
    (b) Index number.  This shall denote the index number covering the complete main or subassembly as listed in the catalog.
    (c) Name of part and brief description.
    (d) Number required.
    (e) Unit of issue.
    (f) Contractor's service part number.
    (g) Actual manufacturer's name.
    (h) Actual manufacturer's service part number.
    (i) Standard Navy stock number assigned in accordance with specification MIL-R-15137.

8

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01905812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107203 0T5 ■

MIL-T-15071B(SHIPS)

3.5.1.9.1.3.2  Tabulation for electrical and electronic parts. -

  (a) Figure number.  This shall denote the illustration number wherein the part
      has been shown.
  (b) Reference designation assigned in the schematic wiring diagram.
  (c) Name of part and brief description (including electrical ratings).
  (d) Function.  The function shall consist of a brief statement of use, purpose or
      the function of the part in the component.
  (e) Military type number (where applicable).
  (f) Actual manufacturer's name.
  (g) Actual manufacturer's service part number.
  (h) Standard Navy Stock Number assigned in accordance with Specifica-
      tion MIL-R-15137.

3.5.1.9.1.4  Special tools. -  This division shall contain a list of all special tools supplied with the
equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identi-
fication number.

3.5.1.9.1.5  Numerical index of part numbers. -  This index shall list all items contained in the parts
tabulation, arranged in a logical numerical sequence.  These items shall be so arranged that column 1
of the index will give the manufacturer's part number and column 2 will give the illustration index number
or numbers in which the part appears.

3.5.1.9.2  Illustrations. -  A view of each assembly, subassembly and the component parts thereof
shall be shown.  Identification of illustrated parts with the listed parts shall be facilitated by the use of
key or index numbers which will identify all the parts in the group assembly listing.

3.5.1.9.2.1  Illustrations of the exploded type may be used.  When the use of exploded views is not
practical, simple cross-sectional views may be used.  The cross-sectional drawings when used for this
purpose preferably shall be approved drawings or excerpts from approved drawings, and shall show both
the manufacturer's drawing number and the drawing number of the bureau or agency concerned.  In case
no applicable approved drawing is available, cross-sectional views from manufacturer's drawings may be
used.

3.5.1.9.2.2  A figure number and proper identifying caption shall appear with each illustration.  In
the case of subassemblies or sub-assemblies, the caption shall also identify and give the index number
of the complete assembly as it appears in the parts tabulation.

3.5.1.9.2.3  An index number with an arrow to the item, part, or tool to which it pertains shall
be used in illustrations.  In cases where an assembly is exploded into its component parts, one or more
of which require further explosion, the primary explosion shall be referenced by the use of numerals
only.  The subassembly shall be referenced by the basic number of the part as it appears in the primary
assembly but each exploded part shall have an alphabetical designation, suffixed to the number of the
primary part.  The sequence of numerical and alphabetical designations shall correspond to the order of
removal upon disassembly, wherever practicable.

3.5.1.9.2.4  Index numbers and arrows shall be used on each illustration to identify repair parts
only.

3.5.1.10  Drawings. -  This division shall contain reproductions of approved drawings, additional
block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive
matter contained in the text.  Wherever feasible, such diagrams, exploded views and sketches should be
inserted in the text as close as possible to that portion of the text to which they apply.  Diagrams of
switches and relays used in the system showing the terminal numbering shall be inserted as additional
drawings.  The standard color codes for resistors and capacitors shall be stated, where applicable.

9

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ ٩٩٩٩٩0Ь 2107204 731 ■■

MIL-T-15071B(SHIPS)

3.5.1.11 Memorandum pages. - Five blank pages shall be inserted at the end of the manual for memorandum purposes.

3.5.2 Format. -

3.5.2.1 Divisions (chapters or sections). - Divisions of manuals shall be by chapters or sections, numbered or lettered consecutively. In general, chapters shall be the main divisions of larger manuals and sections shall be the main division of smaller manuals. Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter. Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.5.2.2 Page identification and numbering. -

3.5.2.2.1 At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the manual. At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section number followed by its title. In some cases, it may be necessary to brief the title.

3.5.2.2.2 With the exception of fold-over pages and as otherwise specified herein, pages of the manuals shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals. The first page of chapter 1 or section 1 shall be page 1. All odd-numbered pages shall appear as right-hand pages. Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet. Fold-over pages shall be arranged so that page numbers are visible without unfolding. Fold-over arrangements are shown on figure 5.

3.5.2.2.3 In manuals arranged for a system or equipment composed of several distinct units (see note under 3.5.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1. In this case, the page number shall also include the chapter number. The chapter number shall appear first.

3.5.2.3 Layout treatment. - The layout of the manuals shall be such as to conserve space without detracting from the usability or clarity of material presented. Blank pages and spaces shall be avoided wherever possible except as specified in 3.5.1.11.. Textual material shall be printed on both sides of the page. Illustrations serving no instructional function or to which no reference is made in the text shall not be used. Partial page illustrations within the text are highly desirable. Several small illustrations may be grouped to form a single page layout. Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page. Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility. Fold-over pages shall be used primarily in the back of the manual for the purpose of reproducing the drawings. Whenever it is desirable to include fold-over pages with the text in the front of the manual, such fold-over pages shall not be backed up with text or illustrations. All drawings which will be used for reference purposes while reading the text shall be provided with a blank section of the same size as a page at the left hand edge of the drawing (see figure 5). This will permit the drawing to be withdrawn clear of the manual while the text is being studied. Drawings shall be reproduced on a page the same height as other pages in the manual, in order that all folds will be parallel to the bound edge of the manual.

3.5.2.4 Text. -

3.5.2.4.1 Tables and charts. - The use of tables and charts is desirable. Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3.5.2.4.2 Reference to figures. - Where reference is made to figures, the reference shall be to the figure number. The page number shall not be used except when the illustration is located more than three pages away from the reference. When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: "Remote nut (7) and drive out bolt (8) (see figure 26).

10

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■■ 9999906 2107205 978 ■■

MIL-T-15071B(SHIPS)

3.5.2.4.3 Numbers. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out. All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3.5.2.4.4 Reference to materials. - All materials required for maintenance referred to in the manual, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3.5.2.4.5 Illustrations. - Illustrations (including photographs, exploded views, drawings and sketches) shall be well planned and executed. They shall enable immediate and thorough comprehension of the subject.

3.5.2.4.5.1 Illustration identification. - Illustrations shall be identified by figure number and a title. Identifying figure numbers and titles shall be positioned immediately beneath the illustration. Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3.5.2.4.5.2 Photographs. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3.5.2.4.5.3 Exploded views. - Exploded views may be used for showing the component parts of a subject. Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose. It is preferable that all parts be exploded on their functional axis.

3.5.2.4.5.4 Drawings. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. Drawings shall be bound into the manual as shown on figure 5 (see also 3.5.2.3). Drawings shall normally be placed in the back of the manual but they must be inserted close to the references when practicable. Care shall be taken in the preparation of drawings for reproduction in the manual to insure that when the drawings are reduced in size they shall be clear and legible.

3.5.2.4.5.5 Sketches (see figure 6). - (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions of these drawings which may be extracted and used as illustrations in a manual.)

3.5.2.4.5.5.1 The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.5.2.4.5.5.2 Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.5.2.4.5.5.3 Except for diagrams, schematics, orthographic projections, reproduction of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross-section views.

3.5.2.4.5.6 Color. - Color shall be used functionally where necessary to show electric circuits, the flow of materials, schematic diagrams or operational diagrams. Unessential color shall not be used. Backgrounds of color tints may be used to clarify outline sketches, but color for decoration is not desired.

11

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2008/11/3 23:45:9 GMT

■■ 9999906 2107206 804 ■■

MIL-T-15071B(SHIPS)

3.5.2.4.6  Indexing and referencing of illustrations. -

3.5.2.4.6.1  Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows.  Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.5.2.4.6.2  In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white.  The arrowhead, however, shall be completely outlined in white.  The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.5.2.4.6.3  Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type.  Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1, except as specified in 3.5.1.9 (b), (c) and 3.5.1.9.2.3.

3.5.2.4.7  Printing. -  Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work.  Copy may be type-set, varityped, or type-written with a standard typewriter.  In general, type-set copy is preferred with varityped or type copy as second choice.  The style of composition to be used, however, shall be governed by the quantity of manuals to be produced, the relative costs of the several methods and the availability of material pre-pared for earlier manuals.  The contractor shall specify the method of composition to be used when manu-scripts or sample copies are submitted for approval.  The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

3.5.2.4.7.1  Arrangement. -  The text may be arranged in the form of either two vertical columns or a single wide column.  The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8.  Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin.  The size of the page shall be 8-1/2 by 11 inches.  Text shall be reproduced on both sides of pages.

3.5.2.5  Paper. -  The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3.5.2.6  Covers. -  Covers for manuals less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material.  Covers for manuals over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth).  The covers shall be imprinted in gold, silver or aluminum color with the informa-tion shown on figure 1.  Backbones of manuals over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3.3.1) and title in brief.  Covers shall overlap the top, bottom, and right-hand edges of the manual by 3/16 inch.  Outside corners of the covers shall be slightly rounded.

3.5.2.7  Binding. -  The binding shall be looseleaf using three 3/16-inch metal posts and screws, spaced on 4-1/4 inch centers.  Covers for manuals 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid.  On manuals containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used.  All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion.  Should the addition of the parts list (see 3.5.1.9.1) to the manuals result in the final manual containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

12

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107207 740 ■

MIL-T-15071B(SHIPS)

3.6  Type C manuals. -

3.6.1  Contents. -  Type C manuals shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

(a) Title page (see figure 2).
(b) General data (see 3.6.1.1).
(c) Table of contents, listing all divisions and primary and secondary subdivisions (such as chapters or sections) with the corresponding page numbers.
(d) List of illustrations and drawings, specifying titles, figure numbers and pages on which such illustrations appear.
(e) Detailed description (see 3.6.1.2).
(f) Installation instructions (see 3.6.1.3).
(g) Adjustments and tests (see 3.6.1.4).
(h) Operating instructions (see 3.6.1.5).
(i) Maintenance (see 3.6.1.6).
(j) Parts identification (see 3.6.1.7).
(k) Drawings (see 3.6.1.8).

Note. - Although these requirements are directly applicable to manuals covering specific equipment, they shall be followed as closely as possible for manuals covering systems, such as engineering piping systems. When a manual covers a system or an equipment composed of several distinct units (for example, a generating set consisting of a Diesel engine, a generator, a voltage regulator, and a controller), it may be desirable to arrange the manual in major divisions, each covering one unit. If so, the major divisions may be arranged by subdivisions, each corresponding to the requirements herein.

3.6.1.1  General data. -  This division shall contain data such as the following:

(a) Safety notice (where high voltages or special hazards are involved) (see figure 9).
(b) Component list containing:
    Description of item.
    Navy type designation.
    Standard Navy stock number.
    Dimensions.
    Weight (with or without packing).
(c) Input power requirements and heat dissipation.
(d) Salient design characteristics.
(e) Electron tube complement.
(f) Serial number (if appropriate).

3.6.1.2  Detailed description. -  This division shall contain a complete detailed description of component assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator. Allowable clearances, temperatures or tolerances, shall be shown in tabular form.

3.6.1.3  Installation instructions. - This division shall contain methods of installation, alignment, precautions, mounting instructions, recommendations, regarding shielding, grounding or bonding.

3.6.1.4  Adjustment and tests. - This division shall contain instructions for the adjustment and test of the system and its major components upon initial installation or under other conditions such as after major overhaul where complete system readjustment may be required.

3.6.1.5  Operating instructions. - This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment. Where operations are to be performed in specified sequence, step-by-step procedure shall be used. Operations shall be numbered in the order in which they are to be performed. Operating data which is frequently referred to in operating the equipment shall be included in this division. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

13

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01506812
Not for Resale,2008/11/3 23:45:9 GMT

■■ ٩٩٩٩٩٥٦ ٢١٥٧٢٥٨ ٦٨٧ ■■

MIL-T-15071B(SHIPS)

3.6.1.6 Maintenance. - This division shall cover all maintenance procedures and routine adjustments which should be performed periodically, as well as instructions for disassembly and replacement of worn or damaged parts. Instructions on lubrication shall be provided as applicable, preferably in chart form, and shall include the type of lubrication recommended by the manufacturer, together with specific time periods. Lubricants shall be described by Military specification numbers, where applicable and by commercial designations. Maintenance instructions shall cover the use of special tools.

3.6.1.7 Parts identification. - This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes.

3.6.1.7.1 Parts list. - Parts shall be listed as follows:

    (a) Name of part.
    (b) Number required.
    (c) Actual manufacturer's name and service part number.
    (d) Standard Navy Stock Number assigned in accordance with Specifica-
        tion MIL-R-15137.

3.6.1.7.2 Parts illustrations. - A view of each assembly or subassembly or component parts shall be shown. Identification of illustrated parts shall be facilitated by the use of numbers which will identify all the parts in the parts list. Illustrations of the exploded type are preferable. When the use of exploded views is not practical, simple cross-sectional views may be used. The cross-sectional drawings when used for this purpose prefereably shall be approved drawings or excerpts from approved drawings, and shall show both the manufacturer's drawing number and the drawing number of the bureau or agency concerned. In case no applicable approved drawing is available, cross-sectional views from manufacturer's drawings may be used.

3.6.1.8 Drawings. - This division shall contain reproductions of approved drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Wherever feasible, such diagrams, exploded views and sketches should be inserted in the text as close as possible to that portion of the text to which they apply. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable.

3.6.2 Format. -

3.6.2.1 Divisions (chapters or sections). - Division of manuals shall be chapters or sections, numbered or lettered consecutively. In general, chapters shall be the main divisions of larger manuals and sections shall be the main division of smaller manuals. Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter. Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.6.2.2 Page identification and numbering. -

3.6.2.2.1 At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the manual. At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section, number followed by its title. In some cases, it may be necessary to brief the title.

3.6.2.2.2 With the exception of fold-over pages and as otherwise specified herein, pages of the manuals shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals. The first page of chapter 1 or section 1 shall be page 1. All odd-numbered pages shall appear as right-hand pages. Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet. Fold-over pages shall be arranged so that the page numbers are visible without unfolding. Fold-over arrangements are shown on figure 5.

14

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107209 513 ■

MIL-T-15071B(SHIPS)

3.6.2.2.3  In manuals arranged for a system or equipment composed of several distinct units (see note under 3.6.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1.  In this case, the page number shall also include the chapter number.  The chapter number shall appear first.

3.6.2.3  Layout treatment. -  The layout of the manuals shall be such as to conserve space without detracting from the usability or clarity of material presented.  Blank pages and spaces shall be avoided wherever possible.  Textual material shall be printed on both sides of the page.  Illustrations serving no instructional function or to which no reference is made in the text shall not be used.  Partial page illustrations within the text are highly desirable.  Several small illustrations may be grouped to form a single page layout.  Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page.  Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility.  Fold-over pages shall be used primarily in the back of the manual for the purpose of reproducing the drawings.  Whenever it is desirable to include fold-over pages with the text in the front of the manual, such fold-over pages shall not be backed up with text or illustrations.  All drawings which will be used for reference purposes while reading the text shall be provided with a blank section of the same size as a page at the left-hand edge of the drawing (see figure 5).  This will permit the drawing to be withdrawn clear of the manual while the text is being studied.  Drawings shall be reproduced on a page the same height as other pages in the manual, in order that all folds will be parallel to the bound edge of the manual.

3.6.2.4  Text. -

3.6.2.4.1  Tables and charts. -  The use of tables and charts is desirable.  Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3.6.2.4.2  Reference to figures. -  Where reference is made to figures, the reference shall be to the figure number.  The page number shall not be used except when the illustration is located more than three pages away from the reference.  When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows:  "Remove nut (7) and drive out bolt (8) (see figure 26).

3.6.2.4.3  Numbers. -  Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out.  All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3.6.2.4.4  Reference to materials. -  All materials required for maintenance referred to in the manual, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3.6.2.4.5  Illustrations. -  Illustrations (including photographs, exploded views, drawings and sketches) shall be well planned and executed.  They shall enable immediate and thorough comprehension of the subject.

3.6.2.4.5.1  Illustration identification. -  Illustrations shall be identified by figure number and a title.  Identifying figure numbers and titles shall be positioned immediately beneath the illustration.  Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3.6.2.4.5.2  Photographs. -  Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter.  Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3.6.2.4.5.3  Exploded views. -  Exploded views may be used for showing the component parts of a subject.  Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose.  It is preferable that all parts be exploded on their functional axis.

15

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107210 235 ■

MIL-T-15071B(SHIPS)

3.6.2.4.5.4  Drawings. -  When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white.  Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned.  Drawings shall be bound into the manual as shown on figure 5 (see also 3.6.2.3).  Drawings shall normally be placed in the back of the manual but they may be inserted close to the references when practicable.  Care shall be taken in the preparation of drawings for reproduction in the manual to insure that when the drawings are reduced in size they shall be clear and legible.

3.6.2.4.5.5  Sketches (see figure 6). -  (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions to these drawings which may be extracted and used as illustrations in a manual.)

3.6.2.4.5.5.1  The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast.  Adjoining areas of an illustration having similar values are to be avoided.  Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.6.2.4.5.5.2  Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion.  Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.6.2.4.5.5.3  Except for diagrams, schematics, orthographic projections, reproductions of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch.  This rendering shall be kept as simple as possible.  Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided.  Solid black shall be used in dark areas to increase contrast and simplify the sketch.  This applies to cutaway views, exploded views and cross-section views.

3.6.2.4.6  Indexing and referencing of illustrations. -

3.6.2.4.6.1  Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows.  Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.6.2.4.6.2  In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white.  The arrowhead, however, shall be completely outlined in white.  The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.6.2.4.6.3  Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type.  Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1.

3.6.2.4.7  Printing. -  Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work.  Copy may be type-set, varityped, or typewritten with a standard typewriter.  In general, type-set copy is preferred with varityped or type copy as second choice.  The style of composition to be used, however, shall be governed by the quantity of manuals to be produced, the relative costs of the several methods, the availability of material prepared for earlier manuals.  The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval.  The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

3.6.2.4.7.1  Arrangement. -  The text may be arranged in the form of either two vertical columns or a single wide column.  The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8.  Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin.  The size of the page shall be 8-1/2 by 11 inches.  Text shall be reproduced on both sides of pages.

16

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107211 171 ■

MIL-T-15071B(SHIPS)

3.6.2.5  Paper. - The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3.6.2.6  Covers. - Covers for manuals less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material.  Covers for manuals over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth).  The covers shall be imprinted in gold, silver or aluminum color with the informa-tion shown on figure 1.  Backbones of manuals over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3.3.1) and title in brief.  Covers shall overlap the top, bottom, and right-hand edges of the manual by 3/16 inch.  Outside corners of covers shall be slightly rounded.

3.6.2.7  Binding. - The binding shall be looseleaf using three 3/16-inch metal posts and screws spaced on 4-1/4 inch centers.  Covers for manuals 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid.  On manuals containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used.  All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion.  Should the addition of the parts list (see 3.6.1.7.1) to the manual result in the final manual containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

3.7  Type D manuals. -

3.7.1  Contents. -  Type D manuals shall consist of manufacturer's standard commercial instruc-tions and parts lists bound together.

3.7.2  Format. -

3.7.2.1  Covers. -.  Covers shall be of a dark color fabrikoid material.  The cover shall show name and model of the equipment, manufacturer's name and address, Navy contract or order number and Navy NAVSHIPS identification number.  Printing shall be of a light contrasting color.  Covers shall be 8-1/2 by 11 inches for all manuals of that size or smaller (see figure 1).

3.7.2.2  Binding. -  The manuals and covers shall be bound either by stapling, stitching or by use of metal binding posts.

3.8  Workmanship. -  The workmanship shall be of high quality comparable in text compilation, arrangement, and accuracy to high-grade commercial manuals and parts catalogs.  Copy which has filled letters or is blurred will not be acceptable.  The workmanship shall be satisfactory to the bureau or agency concerned.

4.  QUALITY ASSURANCE PROVISIONS

4.1  The methods of approval are specified in section 3.

4.2  Inspection procedures. -  For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

5.  PREPARATION FOR DELIVERY

5.1  Packaging for domestic and overseas shipment. -

5.1.1  All manuals shall be packaged individually consistent with good commercial practice so as to ensure that they are kept dry and clean.

17

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107212 008 ■

MIL-T-15071B(SHIPS)

5.2  Packing. -

5.2.1  Equipment manuals for domestic and overseas shipment. - Two copies of the manual shall be packed within the shipping container holding the main unit of equipment.

5.2.2  Bulk manuals. -

5.2.2.1  For domestic shipment. - Manuals packaged as specified in 5.1.1 shall be packed in shipping containers suitable to method of shipment used and in conformance with good commercial practice.  The gross weight of the container shall not exceed 200 pounds.

5.2.2.2  For overseas shipment. - Manuals packaged as specified in 5.1.1 shall be packed in shipping containers which are so lined as to preserve the manuals from water damage and dampness in conformance with good commercial practice.  The shipping containers shall be so closed or strapped as to give additional strength necessary to prevent collapsing during shipment.  The gross weight of wood boxes shall not exceed 150 pounds; of fiberboard boxes, 70 pounds.

6.  NOTES

6.1  Ordering data. -

6.1.1  Procurement documents should specify the following:

    (a)  Title, number, and date of this specification.
    (b)  Type required (see 1.2).
    (c)  Quantity of manuals required (see 3.2).
    (d)  Requirements for type A (see 3.3).
    (e)  Details of special requirements for drawings, charts and illustrations, pertinent
        to the particular equipment, if not covered by the equipment specification.
    (f)  Security classification, if required (see 3.4.4).
    (g)  Whether the manuals are to be packed and marked for domestic or overseas
        shipment (see 5.1 and 5.2).

6.2  Figures 1 through 5b inclusive have been marked "CONFIDENTIAL" for demonstration purposes only.

Patent notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
    Bureau of Ships

18

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ 9999906 2107213 T44 ■

FIGURE 1 - TYPICAL COVER.

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF
MANUAL appears in upper left-hand corner, set
in 18 pt. Stymie light caps with Stymie bold
numerals.

SECURITY CLASSIFICATION (see 3.3.4) appears in
upper left-hand corner, set in 18 pt. Stymie
light caps.  (Security Classification in this
case is "Confidential".)

TYPE OF MANUAL set in 24 pt. Stymie extra bold
upper and lower case.

SPECIFIC TITLE OF MANUAL set in 30 pt. Stymie
extra bold caps.

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER TO be set
under Manufacturer's name as shown, in
18 pt. Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D.C.,
to be set at bottom page in 12 pt. Stymie light
caps, letter spaced and separated as shown.

SECURITY CLASSIFICATION (see 3.3.4) appears in
lower right-hand corner, set in 18 pt. Stymie
light caps.  (Security Classification in this
case is "Confidential".)

NOTE - If Stymie is not available, the following
faces may be substituted in this order: Beton,
Girder, Futura and Kabel, Weights shown shall be
maintained.

*(This figure is marked Confidential for demonstration purposes only.)*

NA

CO

MA

BUR

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01606812
Not for Resale,2006/11/3 23:45:9 GMT

■ ٩٩٩٩٩٠٦ ٢١٠٧٢٣١ ٧٦٧ ■

MIL-B-15071A(SHIPS)
20 October 1952
SUPERSEDING
MIL-B-15071(SHIPS)
1 April 1950

INTERIM MILITARY SPECIFICATION

BOOK, INSTRUCTION, PREPARATION, CONTENTS

AND APPROVAL

1. SCOPE

1.1 Scope. - This specification covers instruction book requirements for electrical and mechanical equipment.

1.2 Classification. - Instruction books shall be of the following types as specified (see 6.1):

Type A - (Type A instruction books may be required where the system or equipment to be described is of a highly specialized or extremely complex nature, and where the importance of the equipment justifies unusual effort in the preparation of the instruction book.) (See 3.2.)

Type B - (Type B instruction books are required where the equipment or system to be described has no direct commercial counterpart or which is sufficiently complex that a detailed description, and maintenance instructions are required and must be supplemented by sufficient photographs, drawings, parts lists, etc.) (See 3.4.)

Type C - (Type C instruction books are required where the equipment or system to be described is an adaptation or variation of conventional commercial equipment, where with certain modifications and additional data, the type of instructional matter normally furnished will serve the purpose.) (See 3.5.)

Type D - (Type D instruction books are required where the equipment or system to be described is generally the same as equivalent commercial equipment, or is sufficiently simple that standard manufacturer's instruction pamphlets and service data are adequate.) (See 3.6.)

2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications, standards, drawings, and publications, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
NN-B-591 - Boxes, Fiberboard, Wood-Cleated (for Domestic Shipment).
NN-B-601 - Boxes, Wood-Cleated-Plywood, for Domestic Shipment.
NN-B-621 - Boxes, Wood, Nailed and Lock-Corner.
QQ-S-781 - Strapping, Flat, Steel.
UU-P-268 - Paper, Kraft, Wrapping.
UU-T-111 - Tape, Paper, Gummed (Sealing and Securing).
LLL-B-631 - Boxes, Fiber Corrugated (for Domestic Shipment).
LLL-B-636 - Boxes, Fiber, Solid (for Domestic Shipment).

CPO--O--NAV--K - 473

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT



MIL-B-15071A(SHIPS)

MILITARY

JAN-P-105 - Packaging and Packing for Overseas Shipment -
Boxes, Wood, Cleated, Plywood.

JAN-P-106 - Packaging and Packing for Overseas Shipment -
Boxes, Wood, Nailed.

JAN-P-108 - Packaging and Packing for Overseas Shipment -
Boxes, Fiberboard (V-Board and W-Board),
Exterior and Interior.

MIL-P-116 - Preservation, Methods of.

JAN-P-120 - Packaging and Packing for Overseas Shipment -
Cartons, Folding, Paperboard.

JAN-P-133 - Packaging and Packing for Overseas Shipment -
Boxes, Set-Up, Paperboard.

JAN-P-139 - Packaging and Packing for Overseas Shipment -
Plywood, Container Grade.

MIL-A-140 - Adhesive, Water-Resistant, Waterproof Barrier-Material.

MIL-L-10547 - Liners, Case, Waterproof.

MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment
(Naval Shipboard Use).

NAVY DEPARTMENT
General Specifications for Inspection of Material.

STANDARDS

MILITARY
MIL-STD-129 - Marking of Shipments.

DRAWINGS

BUREAU OF SHIPS
S0103-73729 - Standard Drawing Format for Production Drawings
Prepared by Contractor or Manufacturer for
Approval by Government Agency.

PUBLICATIONS

NAVY ADMINISTRATIVE OFFICE PUBLICATION
NAVEXOS P-29 - Security Measures for the Protection of Classified
Printed Matter During Production.

(Copies of specifications, standards, and drawings required by contractors in connection with
specific procurement functions should be obtained from the procuring agency or as directed by the
contracting officer.)

3. REQUIREMENTS

3.1 Material. - The minimum material requirements are as specified hereinafter. A good grade
material shall be used when a definite material is not specified.

3.2 Type A instruction books. - Type A instruction books shall be as specified in the individual
contract or order (see 6.1).

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

3.3 <u>General requirements for types B, C, and D instruction books.</u>-

3.3.1 <u>Identification.</u>- All books shall be identified by a Navy identification number of the form NAVSHIPS 362-1023'' (see figures 1 and 2). This number will be assigned by the bureau or agency concerned upon receipt of the copy submitted for bureau or agency approval. In urgent cases, this number may be obtained by a written request, containing complete descriptive data of the equipment. This number shall be imprinted on the upper left-hand corner of the cover and upper-right hand corner of the fly-leaf of all books prior to distribution.

3.3.2 <u>Copyright.</u>- Instruction books shall not be copyrighted. The bureau or agency concerned reserves the right to reproduce or have reproduced in part or in entirety all instruction books procured under this specification.

3.3.3 <u>Security classification.</u>- Unless otherwise specified in the contract or order, instruction books shall be unclassified. If restricted, confidential or secret, notification of this classification and the words ''Security Information'' shall appear on the front and back covers and each page of the books as shown on figures 1 to 5, inclusive. In addition, classified books shall have the following paragraph printed on the title page as shown on figure 2:

> ''WARNING: This document contains information affecting the national defense
> of the United States within the meaning of the Espionage Laws, Title 18, U.S.C.,
> Sections 793 and 794. The transmission or the revelation of its contents in any
> manner to an unauthorized person is prohibited by law.''

Confidential and secret instruction books shall be marked with consecutive serial numbers beginning with number 1. Classified instruction books shall be prepared in accordance with the Navy Handbook Security Measures for the Protection of Classified Printed Matter During Production (NAVEXOS P-29). Particular are shall be exercised to insure the security of classified matter during the preparation. Receipt cards hall be provided in all confidential and secret books. Each card shall contain the serial number of the book in which it is included.

3.3.4 <u>Revision to incorporate changes.</u>- The contractor will be required to furnish new, revised, or supplementary pages until the guarantee period expires. The quantity of pages furnished and the distribution shall be the same as for the instruction books provided in the original contract or order.

3.3.4.1 <u>New pages.</u>- When it is found necessary to include new information to augment the instruction book data, new pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word ''New'' followed by the NAVSHIPS identification number, and on the second line the month and year of issue. New pages shall bear the same number as the instruction book page they follow with the addition of a letter; for example, original page 69, new pages 69a and 69b.

3.3.4.2 <u>Revised pages.</u>- If it is determined that information originally furnished in instruction books must be changed for clarification, correction, or because every equipment covered by the instruction book has been uniformly modified, revised pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word ''Revised'' followed by the NAVSHIPS identification number, and on the second line the month and year of issue. Revised pages shall bear the same number as the page they replace.

3.3.4.3 <u>Supplementary pages.</u>- In instances where modifications are made only to a certain number of the total number of equipments covered by the instruction book, resulting in the need for alternate instructions to cover those items modified, this information shall be issued in the form of supplementary pages. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word ''Supplementary'' followed by the NAVSHIPS identification number on succeeding lines the hull numbers of the specific ships to which the page applies, and on the last line the month and year of issue. Supplementary pages shall bear the same number as the instruction book page they follow with the addition of a letter; for example, original page 69, supplementary pages 69a, 69b.

3


ed by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

3.3.5 <u>Time of delivery.</u> - Unless otherwise specified in the contract or order, two copies of the instruction books shall be delivered with the first unit and each succeeding unit of equipment shipped. If final instruction books are not available at the time of delivery of the equipment, two copies of an adequate preliminary instruction book (see 3.3.6) shall be furnished to the Government inspector for shipment with each unit.

3.3.6 <u>Preliminary instruction books.</u> -

3.3.6.1 <u>Method of approval.</u> - Prior to the printing of the final instruction books, a preliminary instruction book shall be prepared and submitted in duplicate to the bureau or agency concerned via the Government inspector for approval and assignment of a Navy NAVSHIPS identification number. Every effort shall be made to submit the preliminary book in ample time to permit approval and final printing prior to the delivery date of the equipment. Preliminary books shall be furnished in instances where final books are not available for delivery with the equipment. In all instances where preliminary books are furnished in lieu of final books, they shall be replaced with final books within 60 days (see 3.3.5 and 3.3.6.2.3).

3.3.6.2 <u>Contents.</u> -

3.3.6.2.1 <u>Text.</u> - Preliminary instruction books shall consist of a complete text of the instructions required for the type of book to be furnished.

3.3.6.2.2 <u>Illustrations.</u> - Preliminary instruction books shall contain a list of all illustrations (photographs, exploded views, drawings, and sketches) and sample art work (less photos and drawings but including all exploded views and sketches) which will appear in the final books. If the final book is to include test data, or a table of weights, for example, and if any or all of the items are not available when the preliminary book is issued, then a foreword shall list all items which have been omitted and which will appear in the final book.

3.3.6.2.3 <u>Book identification.</u> - In all instances where preliminary books are furnished in lieu of final books, the NAVSHIPS identification number shall be stamped on all copies of the preliminary books prior to distribution (see 3.3.1).

3.3.6.2.4 <u>Covers.</u> - Covers for preliminary books shall be at least 20 by 26-65/500-basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover. This information shall be identical with that which will appear on the final book except that the word "preliminary" shall appear directly in front of the identification number (see 3.3.1).

3.3.6.2.5 <u>Printing.</u> - The text may be printed by any quick, economincal method, such as multigraph, mimeograph or similar method.

3.4 <u>Type B instruction books.</u> -

3.4.1 <u>Contents.</u> - Type B instruction books shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

(a) Title page (see figure 2).
(b) General data (see 3.4.1.1).
(c) Table of contents, listing all divisions and primary and secondary subdivisions (such as chapters, sections) with the corresponding page numbers.
(d) List of illustrations and drawings, specifying titles, figure numbers and pages on which such illustrations appear.
(e) Introduction (see 3.4.1.2).
(f) Detailed description (see 3.4.1.3).
(g) Installation instructions (see 3.4.1.4).
(h) Adjustments and tests (see 3.4.1.5).
(i) Principles of operations (see 3.4.1.6).

4

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

    (j)  Operating instructions (see 3. 4. 1. 7).
    (k)  Maintenance (see 3. 4. 1. 8).
    (ℓ)  Parts identification (see 3. 4. 1. 9).
    (m)  Drawings (see 3. 4. 1. 10 and 3. 4. 2. 4. 5. 4).
    (n)  Memorandum pages (see 3. 4. 1. 11).

Note. - Although these requirements are directly applicable to instruction books
covering specific equipment, they shall be followed as closely as possible
for instruction books covering systems, such as engineering piping systems.
When an instruction book covers a system or an equipment composed of
several distinct units (for example, a generating set consisting of a diesel
engine, a generator, a voltage regulator, and a controller), it may be
desirable to arrange the book in major divisions, each covering one unit.
If so, the major divisions may be arranged by sub-divisions, each corres-
ponding to the requirements herein.

3. 4. 1. 1  General data. - This division shall contain data such as the following:

    (a)  Safety notice (where high voltages or special hazards are involved) (see figure 9).
    (b)  Component list containing:
           Description of item.
           Navy type designation.
           Standard Navy stock number.
           Dimensions.
           Weight (with or without packing).
    (c)  Input power requirements and heat dissipation.
    (d)  Salient design characteristics.
    (e)  Electron tube complement.
    (f)  Serial number (if appropriate).

3. 4. 1. 2  Introduction. - This division shall include a general description of the equipment; explain
briefly what it is, where it is used, and what it will do, also all information of a general character
applicable to the complete equipment.  When the text contains technical terms or terms not commonly
used, definitions shall be included.

3. 4. 1. 3  Detailed description. - This division shall contain a complete detailed description of
component assemblies and accessories which comprise the complete equipment; for example, in the
case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and
the voltage regulator.  Allowable clearances, temperatures or tolerances shall be shown in tabular form.

3. 4. 1. 4  Installation instructions. - This division shall contain methods of installation, alignment,
precautions, mounting instructions, recommendations regarding shielding, grounding or bonding.

3. 4. 1. 5  Adjustment and tests. - This division shall contain instructions for the adjustment and test
of the system and its major components upon initial installation or under other conditions such as after
major overhaul where complete system readjustment may be required.

3. 4. 1. 6  Principles of operation. - This division shall contain a brief resume of the principles of
operation together with such illustrations, sketches, schematic piping diagrams and schematic wiring
diagrams to convey an understanding of the function and operation of the equipment.  Descriptions of
components and assemblies using electron tubes should provide an explanation of the electronic circuits.
A preferred method of describing electronic circuits is to present the description in sections, such as
amplifier features, power circuits, main audio transmission path and mechanical arrangements.  Theory
of operation should be included where unusual or unconventional circuits or techniques are involved.

5

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

3. 4. 1. 7  Operating instructions. - This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment.  Where operations are to be performed in specified sequence, step-by-step procedure shall be used.  Operations shall be numbered in the order in which they are to be performed.  Operating data which is frequently referred to in operating the equipment shall be included in this division.  Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3. 4. 1. 8  Maintenance instructions. -

3. 4. 1. 8. 1  Preventative maintenance. -  This division shall cover all maintenance procedures, inspection and routine adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of equipment.  Included in this division shall be routine maintenance check charts containing the following:

    (a)  A tabulation of periodic routine mechanical and electrical tests and checks which should be accomplished regularly to insure continuity of service at peak performance.

    (b)  Arrangement of the table shall be such as to indicate what is to be done, when it is to be done and how to do it.

    (c)  Emphasis shall be placed upon the test facilities which may be incorporated in the various components.

    (d)  Instructions shall be provided for the care, inspection and cleaning of all pertinent parts.

    (e)  Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manu- facturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Military specification numbers where applicable and by commercial designations.

    (f)  Instructions shall be included stressing the importance of properly maintaining any safety devices, interlocks, provided to prevent damage to equipment or injury to personnel.

3. 4. 1. 8. 2  Corrective maintenance. -  This division shall cover all information necessary to permit a technician to locate trouble and to make repairs or adjustments to each component, assembly or subassembly of the equipment.  Included in this division shall be the following:

    (a)  Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptons, probable cause, and instructions for remedying the faults.

    (b)  Complete instructions on signal tracing for electric and electronic circuits, use of test instruments and other common servicing techniques.

    (c)  Ample illustrations, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagram of the electric circuits. Illustrations contained in other divisions may be used and referred to under this division without duplicating them.

    (d)  Voltage and resistance diagrams or tables for each electronic assembly showing normal voltages (with and without audio signal) and resistances as measured at the terminals of each tube socket and at other significant points in the circuit.

6

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

3.4.1.9  Parts identification. - This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes.  These data shall be presented in one of the three following alternate arrangements.

(a) Parts list and illustrations. - Where the instruction book does not include reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, listing all repair parts, the parts identification shall be in the form of a parts list with illustrations, arranged as specified in 3.4.1.9.1 and 3.4.1.9.2.

(b) Drawings and illustrations. - Where the instruction book includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729 (see figure 5) listing all repair parts, and where only mechanical parts are involved, the parts identification shall be in the form of illustrations to supplement the lists of material on the drawings. Illustrations shall be prepared for each assembly, subassembly and their component repair parts in accordance with 3.4.1.9.2 except that the index numbers shall be identical with the piece numbers assigned on the above drawings. Appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

(c) Drawings, illustrations and functional listing. - Where the instruction book includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, and which list all repair parts, and where electrical or electronic parts are involved, the parts identification shall be in the form of a functional listing of electrical and electronic parts with illustrations to supplement both the functional listing and the list of materials on the drawings.  The functional listing of all electrical and electronic parts shall be prepared in accordance with 3.4.1.9.1.3.2.  Illustrations shall be prepared for each assembly, subassembly and the component repair parts thereof in accordance with 3.4.1.9.2, except that the index numbers shall be identical with the piece numbers assigned on the above drawings (for mechanical parts) and with the reference designation assigned on the schematic wiring diagram (for electrical or electronic parts) appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

3.4.1.9.1  Parts list. -

3.4.1.9.1.1  Contents. - The parts list shall contain the following information:

(a) List of illustrations by figure and page number.
(b) Introduction.
(c) Parts tabulation.
(d) Special tools.
(e) Numerical index of part numbers.

3.4.1.9.1.2  Introduction. - This division shall contain sufficient instructions to explain the following:

(a) Any symbols used therein.
(b) The general system of group assemblies in relation to the complete article.
(c) All cross-index systems employed.
(d) Titles or other markings intended to segregate different models.
(e) Other information as may be required to facilitate rapid and accurate use of the parts list.

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-E-15071A(SHIPS)

3. 4. 1. 9. 1. 3  Parts tabulation. -  The parts tabulation shall contain the following information:

3. 4. 1. 9. 1. 3. 1  Tabulation for mechanical parts. -

(a) Figure number.  This shall denote the illustration number wherein the part
    has been shown.
(b) Index number.  This shall denote the index number covering the complete
    main or subassembly as listed in the catalog.
(c) Name of part and brief description.
(d) Number required.
(e) Unit of issue.
(f) Contractor's service part number.
(g) Actual manufacturer's name.
(h) Actual manufacturer's service part number.
(i) Standard Navy stock number assigned in accordance
    with Specification MIL-R-15137.

3. 4. 1. 9. 1. 3. 2  Tabulation for electrical and electronic parts. -

(a) Figure number.  This shall denote the illustration number wherein the part has
    been shown.
(b) Reference designation assigned in the schematic wiring diagram.
(c) Name of part and brief description (including electrical ratings).
(d) Function.  The function shall consist of a brief statement of use,
    purpose or the function of the part in the component.
(e) Military Type Number (where applicable).
(f) Actual manufacturer's name.
(g) Actual manufacturer's service part number.
(h) Standard Navy Stock Number assigned in accordance with
    Specification MIL-R-15137.

3. 4. 1. 9. 1. 4  Special tools. - This division shall contain a list of all special tools supplied with the
equipment showing the quantity, unit of issue (each, pair, set, ), description, and manufacturer's
identification number.

3. 4. 1. 9. 1. 5  Numerical index of part numbers. - This index shall list all items contained in the
parts tabulation, arranged in a logical numerical sequence.  These items shall be so arranged that
column 1 of the index will give the manufacturer's part number and column 2 will give the illustra-
tion index number or numbers in which the part appears.

3. 4. 1. 9. 2  Illustrations. - A view of each assembly, subassembly and the component parts thereof
shall be shown.  Identification of illustrated parts with the listed parts shall be facilitated by the use of
key or index numbers which will identify all the parts in the group assembly listing.

3. 4. 1. 9. 2. 1  Illustrations of the exploded type are preferable.  When the use of exploded views is
not practical, simple cross-sectional views may be used.  The cross-sectional drawings when used
for this purpose preferably shall be approved drawings or excerpts from approved drawings, and
shall show both the manufacturer's drawing number and the drawing number of the bureau or agency
concerned.  In case no applicable approved drawing is available, cross-sectional views from
manufacturer's drawings may be used.

3. 4. 1. 9. 2. 2  A figure number and proper identifying caption shall appear with each illustration.  In
the case of subassemblies or sub-subassemblies, the caption shall also identify and give the index
number of the complete assembly as it appears in the parts tabulation.

8

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

3.4.1.9.2.3 An index number with an arrow to the item, part, or tool to which it pertains shall be used in illustrations. In cases where an assembly is exploded into its component parts, one or more of which require further explosion, the primary explosion shall be referenced by the use of numerals only. The subassembly shall be referenced by the basic number of the part as it appears in the primary assembly but each exploded part shall have an alphabetical designation, suffixed to the number of the primary part. The sequence of numerical and alphabetical designations shall correspond to the order of removal upon disassembly, wherever practicable.

3.4.1.9.2.4 Index numbers and arrows shall be used on each illustration to identify repair parts only.

3.4.1.10 Drawings. - This division shall contain reproductions of approved drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Wherever feasible, such diagrams, exploded views and sketches should be inserted in the text as close as possible to that portion of the text to which they apply. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable.

3.4.1.11 Memorandum pages. - Five blank pages shall be inserted at the end of the book for memorandum purposes.

3.4.2 Format. -

3.4.2.1 Divisions (chapters or sections). - Divisions of instruction books shall be by chapters or sections, numbered or lettered consecutively. In general, chapters shall be the main divisions of larger books and sections shall be the main division of smaller books. Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter. Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.4.2.2 Page identification and numbering. -

3.4.2.2.1 At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the publication. At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section number followed by its title. In some cases, it may be necessary to brief the title.

3.4.2.2.2 With the exception of fold-over pages and as otherwise specified herein, pages of the instruction books shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals. The first page of chapter 1 or section 1 shall be page 1. All odd-numbered pages shall appear as right-hand pages. Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet. Fold-over pages shall be arranged so that page numbers are visible without unfolding. Fold-over arrangements are shown on figure 5.

3.4.2.2.3 In books arranged for a system or equipment composed of several distinct units (see note under 3.4.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1. In this case, the page number shall also include the chapter number. The chapter number shall appear first.

3.4.2.3 Layout treatment. - The layout of instruction books shall be such as to conserve space without detracting from the usability or clarity of material presented. Blank pages and spaces shall be avoided wherever possible except as specified in 3.4.1.11. Textual material shall be printed on both sides of the page. Illustrations serving no instructional function or to which no reference is made

9

MIL-B-15071A(SHIPS)

in the text shall not be used.  Partial page illustrations within the text are highly desirable.  Several small illustrations may be grouped to form a single page layout.  Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page.  Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility.  Fold-over pages shall be used primarily in the back of the book for the purpose of reproducing the drawings.  Whenever it is desirable to include fold-over pages with the text in the front of the book, such fold-over pages shall not be backed up with text or illustrations.  All drawings which will be used for reference purposes while reading the text shall be provided with a blank section of the same size as a page at the left hand edge of the drawing (see figure 5).  This will permit the drawing to be withdrawn clear of the book while the text is being studied.  Drawings shall be reproduced on a page the same height as other pages in the book, in order that all folds will be parallel to the bound edge of the book.

3. 4. 2. 4  Text. -

3. 4. 2. 4. 1  Tables and charts. - The use of tables and charts is desirable.  Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3. 4. 2. 4. 2  Reference to figures. - Where reference is made to figures, the reference shall be to the figure number.  The page number shall not be used except when the illustration is located more than three pages away from the reference.  When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows:  "Remove nut (7) and drive out bolt (8). (See figure 26.)"

3. 4. 2. 4. 3  Numbers. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out.  All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3. 4. 2. 4. 4  Reference to materials. - All materials required for maintenance referred to in the instruction book, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3. 4. 2. 4. 5  Illustrations. - Illustrations (including photographs, exploded views, drawings and sketches) shall be well planned and executed.  They shall enable immediate and thorough comprehension of the subject.

3. 4. 2. 4. 5. 1  Illustration identification. - Illustrations shall be identified by figure number and a title.  Identifying figure numbers and titles shall be positioned immediately beneath the illustration.  Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3. 4. 2. 4. 5. 2  Photographs. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter.  Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3. 4. 2. 4. 5. 3  Exploded views. - Exploded views are desirable for showing the component parts of a subject.  Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose.  It is preferable that all parts be exploded on their functional axis.

3. 4. 2. 4. 5. 4  Drawings. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white.  Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned.  Drawings shall be bound into the instruction book as

10

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

shown on figure 5 (see also 3.4.2.3). Drawings shall normally be placed in the back of the manual but they must be inserted close to the references when practicable. Care shall be taken in the preparation of drawings for reproduction in the instruction book to insure that when the drawings are reduced in size they shall be clear and legible.

3.4.2.4.5.5 Sketches (see figure 6). - (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions of these drawings which may be extracted and used as illustrations in a book. )

3.4.2.4.5.5.1 The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.4.2.4.5.5.2 Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.4.2.4.5.5.3 Except for diagrams, schematics, orthographic projections, reproductions of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross-section views.

3.4.2.4.5.6 Color. - Color shall be used functionally where necessary to show electric circuits, the flow of materials, schematic diagrams or operational diagrams. Unessential color shall not be used. Backgrounds of color tints may be used to clarify outline sketches, but color for decoration is not desired.

3.4.2.4.6 Indexing and referencing of illustrations. -

3.4.2.4.6.1 Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.4.2.4.6.2 In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrowhead, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.4.2.4.6.3 Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type. Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1, except as specified in 3.4.1.9 (b), 3.4.1.9 (c) and 3.4.1.9.2.3.

3.4.2.4.7 Printing. - Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work. Copy may be type-set, varityped, or type-written with a standard typewriter. In general, type-set copy is preferred with varityped or type copy as second choice. The style of composition to be used, however, shall be governed by the quantity of books to be produced, the relative costs of the several methods and the availability of material prepared for earlier books. The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

11

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

3.4.2.4.7.1 Arrangement. - The text may be arranged in the form of either two vertical columns or a single wide column. The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8. Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin. The size of the page shall be 8-1/2 by 11 inches. Text shall be reproduced on both sides of pages.

3.4.2.5 Paper. - The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3.4.2.6 Covers. - Covers for books less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material. Covers for books over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth). The covers shall be imprinted in gold, silver or aluminum color with the information shown on figure 1. Backbones of books over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3.3.1) and title in brief. Covers shall overlap the top, bottom, and right-hand edges of the book by 3/16 inch. Outside corners of the covers shall be slightly rounded.

3.4.2.7 Binding. - The binding shall be looseleaf using three 3/16-inch metal post and screws, spaced on 4-1/4 inch centers. Covers for books 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid. On books containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion. Should the addition of the parts list (see 3.4.1.9.1) to the instruction book result in the final book containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

3.5 Type C instruction books. -

3.5.1 Contents. - Type C instruction books shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

    (a) Title page (see figure 2).
    (b) General data (see 3.5.1.1).
    (c) Table of contents, listing all divisions and primary and secondary subdivisions (such as chapters or sections) with the corresponding page numbers.
    (d) List of illustrations and drawings, specifying titles, figure numbers and pages on which such illustrations appear.
    (e) Detailed description (see 3.5.1.2).
    (f) Installation instructions (see 3.5.1.3).
    (g) Adjustments and tests (see 3.5.1.4).
    (h) Operating instructions (see 3.5.1.5).
    (i) Maintenance (see 3.5.1.6).
    (j) Parts identification (see 3.5.1.7).
    (k) Drawings (see 3.5.1.8).

Note. - Although these requirements are directly applicable to instruction books covering specific equipment, they shall be followed as closely as possible for instruction books covering systems, such as engineering piping systems. When an instruction book covers a system or an equipment composed of several distinct units (for example, a generating set consisting of a diesel engine, a generator, a voltage regulator, and a controller), it may be desirable to arrange the book in major divisions, each covering one unit. If so, the major divisions may be arranged by subdivisions, each corresponding to the requirements herein.

12


Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

Case MDL No. 875   Document 5124   Filed 03/03/07   Page 186 of 742

MIL-B-15071A(SHIPS)

3.5.1.1 <u>General data.</u> - This division shall contain data such as the following:

    (a) Safety notice (where high voltages or special hazards are involved). (See figure 9.)
    (b) Component list containing:
        Description of item.
        Navy type designation.
        Standard Navy stock number.
        Dimensions.
        Weight (with or without packing).
    (c) Input power requirements and heat dissipation.
    (d) Salient design characteristics.
    (e) Electron tube complement.
    (f) Serial number (if appropriate).

3.5.1.2 <u>Detailed description.</u> - This division shall contain a complete detailed description of component assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator. Allowable clearances, temperatures or tolerances, shall be shown in tabular form.

3.5.1.3 <u>Installation instructions.</u> - This division shall contain methods of installation, alignment, precautions, mounting instructions, recommendations regarding shielding, grounding or bonding.

3.5.1.4 <u>Adjustment and tests.</u> - This division shall contain instructions for the adjustment and test of the system and its major components upon initial installation or under other conditions such as after major overhaul where complete system readjustment may be required.

3.5.1.5 <u>Operating instructions.</u> - This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment. Where operations are to be performed in specified sequence, step-by-step procedure shall be used. Operations shall be numbered in the order in which they are to be performed. Operating data which is frequently referred to in operating the equipment shall be included in this division. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.5.1.6 <u>Maintenance.</u> - This division shall cover all maintenance procedures and routine adjustments which should be performed periodically, as well as instructions for disassembly and replacement of worn or damaged parts. Instructions on lubrication shall be provided as applicable, preferably in chart form, and shall include the type of lubrication recommended by the manufacturer, together with specific time periods. Lubricants shall be described by Military specification numbers, where applicable and by commercial designations. Maintenance instructions shall cover the use of special tools.

3.5.1.7 <u>Parts identification.</u> - This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes.

3.5.1.7.1 <u>Parts list.</u> - Parts shall be listed as follows:

    (a) Name of part.
    (b) Number required.
    (c) Actual manufacturer's name and service part number.
    (d) Standard Navy Stock Number assigned in accordance
        with Specification MIL-R-15137.

13

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

3.5.1.7.2  Parts illustrations. - A view of each assembly or subassembly or component parts shall be shown.  Identification of illustrated parts shall be facilitated by the use of numbers which will identify all the parts in the parts list.  Illustrations of the exploded type are preferable.  When the use of exploded views is not practical, simple cross-sectional views may be used.  The cross-sectional drawings when used for this purpose preferably shall be approved drawings or excerpts from approved drawings, and shall show both the manufacturer's drawing number and the drawing number of the bureau or agency concerned.  In case no applicable approved drawing is available, cross-sectional views from manufacturer's drawings may be used.

3.5.1.8  Drawings. -  This division shall contain reproductions of approved drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text.  Wherever feasible, such diagrams, exploded views and sketches should be inserted in the text as close as possible to that portion of the text to which they apply.  Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings.  The standard color codes for resistors and capacitors shall be stated, where applicable.

3.5.2  Format. -

3.5.2.1  Divisions (chapters or sections). - Divisions of instruction books shall be by chapters or sections, numbered or lettered consecutively.  In general, chapters shall be the main divisions of larger books and sections shall be the main division of smaller books.  Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter.  Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.5.2.2  Page identification and numbering. -

3.5.2.2.1  At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the publication.  At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section, number followed by its title.  In some cases, it may be necessary to brief the title.

3.5.2.2.2  With the exception of fold-over pages and as otherwise specified herein, pages of the instruction books shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals.  The first page of chapter 1 or section 1 shall be page 1.  All odd-numbered pages shall appear as right-hand pages.  Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet.  Fold-over pages shall be arranged so that the page numbers are visible without unfolding.  Fold-over arrangements are shown on figure 5.

3.5.2.2.3  In books arranged for a system or equipment composed of several distinct units (see note under 3.5.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1.  In this case, the page number shall also include the chapter number.  The chapter number shall appear first.

3.5.2.3  Layout treatment. - The layout of instruction books shall be such as to conserve space without detracting from the usability or clarity of material presented.  Blank pages and spaces shall be avoided wherever possible.  Textual material shall be printed on both sides of the page.  Illustrations serving no instructional function or to which no reference is made in the text shall not be used.  Partial page illustrations within the text are highly desirable.  Several small illustrations may be grouped to form a single page layout.  Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page.  Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility.  Fold-over pages shall be used primarily in the back of the book for the purpose of reproducing the drawings.  Whenever it is desirable to include fold-over pages with the text in the front of the book, such fold-over pages shall not be backed up with text or illustrations.  All drawings which will be used for reference purposes

14

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

while reading the text shall be provided with a blank section of the same size as a page at the left hand ... ge of the drawing (see figure 5). This will permit the drawing to be withdrawn clear of the book ... ile the text is being studied. Drawings shall be reproduced on a page the same height as other pages ... the book, in order that all folds will be parallel to the bound edge of the book.

3.5.2.4  Text. -

3.5.2.4.1  Tables and charts. - The use of tables and charts is desirable. Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3.5.2.4.2  Reference to figures. - Where reference is made to figures, the reference shall be to the figure number. The page number shall not be used except when the illustration is located more than three pages away from the reference. When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: ''Remove nut (7) and drive out bolt (8). (See figure 26.)''

3.5.2.4.3  Numbers. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out. All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3.5.2.4.4  Reference to materials. - All materials required for maintenance referred to in the instruction book, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3.5.2.4.5  Illustrations. - Illustrations (including photographs, exploded views, drawings and :etches) shall be well planned and executed. They shall enable immediate and thorough comprehension the subject.

3.5.2.4.5.1  Illustration identification. - Illustrations shall be identified by figure number and a title. Identifying figure numbers and titles shall be positioned immediately beneath the illustration. Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3.5.2.4.5.2  Photographs. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3.5.2.4.5.3  Exploded views. - Exploded views are desirable for showing the component parts of a subject. Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose. It is preferable that all parts be exploded on their functional axis.

3.5.2.4.5.4  Drawings. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. Drawings shall be bound into the instruction book as shown on figure 5 (see also 3.5.2.3). Drawings shall normally be placed in the back of the manual but they may be inserted close to the references when practicable. Care shall be taken in the preparation drawings for reproduction in the instruction book to insure that when the drawings are reduced in ze they shall be clear and legible.

3.5.2.4.5.5  Sketches (see figure 6). - (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions to these drawings which may be extracted and ...sed as illustrations in a book.)

15


...ovided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22 6:13 GMT

MIL-B-15071A(SHIPS)

3.5.2.4.5.5.1  The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.5.2.4.5.5.2  Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.5.2.4.5.5.3  Except for diagrams, schematics, orthographic projections, reproductions of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross-section views.

3.5.2.4.6  Indexing and referencing of illustrations. -

3.5.2.4.6.1  Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.5.2.4.6.2  In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrowhead, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.5.2.4.6.3  Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type. Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1.

3.5.2.4.7  Printing. - Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work. Copy may be type-set, varityped, or type-written with a standard typewriter. In general, type-set copy is preferred with varityped or type copy as second choice. The style of composition to be used, however, shall be governed by the quantity of books to be produced, the relative costs of the several methods, the availability of material prepared for earlier books. The contractor shall specify the method of composition to be used when manu-scripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

3.5.2.4.7.1  Arrangement. - The text may be arranged in the form of either two vertical columns or a single wide column. The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8. Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin. The size of the page shall be 8-1/2 by 11 inches. Text shall be reproduced on both sides of pages.

3.5.2.5  Paper. - The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3.5.2.6  Covers. - Covers for books less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material. Covers for books over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth). The covers shall be imprinted in gold, silver or aluminum color with the informa-tion shown on figure 1. Backbones of books over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3.3.1) and title in brief. Covers shall overlap the top, bottom, and right-hand edges of the book by 3/16 inch. Outside corners of covers shall be slightly rounded.

16

Provided by IHS
No reproduction or networking permitted without license from IHS



Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

3.5.2.7 Binding. - The binding shall be looseleaf using three 3/16-inch metal posts and screws, spaced on 4-1/4 inch centers. Covers for books 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid. On books containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion. Should the addition of the parts list (see 3.5.1.7.1) to the instruction book result in the final book containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

3.6 Type D instruction books. -

3.6.1 Contents. - Type D instruction books shall consist of manufacturer's standard commercial instructions and parts lists bound together.

3.6.2 Format. -

3.6.2.1 Covers. - Covers shall be of a dark color fabrikoid material. The cover shall show name and model of the equipment, manufacturer's name and address, Navy contract or order number and Navy NAVSHIPS identification number. Printing shall be of a light contrasting color. Covers shall be 8-1/2 by 11 inches for all books of that size or smaller (see figure 1).

3.6.2.2 Binding. - The books and covers shall be bound either by stapling, stitching or by use of metal binding posts.

3.7 Workmanship. - The workmanship shall be of high quality comparable in text compilation, arrangement, and accuracy to high-grade commercial instruction books and parts catalogs. Copy which has filled letters or is blurred will not be acceptable. The workmanship shall be satisfactory to the bureau or agency concerned.

4. SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1 Inspection procedures. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

4.2 The methods of approval are specified in section 3.

5. PREPARATION FOR DELIVERY

5.1 Packaging for domestic and overseas shipment. -

5.1.1 Equipment instruction books shall be individually packaged in accordance with method IC-3 of Specification MIL-P-116.

5.1.2 Bulk instruction books shall be individually packaged with kraft paper having a 60-pound basis weight conforming to Specification UU-P-268 and sealed with gummed paper tape conforming to Specification UU-T-111 or shall be individually packaged in a folding carton or set-up box conforming to Specification JAN-P-120 or JAN-P-133.

5.2 Packing. -

5.2.1 Equipment instruction books for domestic and overseas shipment. - Two copies of the instruction book shall be packed within the shipping container holding the main unit of equipment.

17

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

5.2.2 Bulk instruction books. -

5.2.2.1 For domestic shipment. - Instruction books packaged as specified in 5.1.2, shall be packed in wood cleated fiberboard, cleated plywood, nailed wood, corrugated or solid fiberboard boxes conforming to Specification NN-B-591, NN-B-601, NN-B-621, LLL-B-631, or LLL-B-636, respectively. Fiberboard boxes shall conform to the special requirements of the applicable box specification. Closure of the fiberboard boxes shall be made with adhesive metal fastenings or tape or a combination of these methods in such a manner that the closures of the boxes shall not break or open when the box is tested in accordance with the applicable box specification. The gross weight of wood boxes shall not exceed 200 pounds; of fiberboard boxes, they shall not exceed the weight limitations of the applicable box specification.

5.2.2.2 For overseas shipment. - Instruction books, packaged as specified in 5.1.2, shall be packed in cleated plywood, nailed wood, corrugated or solid fiberboard boxes conforming to style A or B of Specification JAN-P-105, style 2, 2-1/2, 3 or 4 of Specification JAN-P-106 or symbol V3c or V3s of Specification JAN-P-108, respectively. Plywood shall conform to type A or B, condition I of Specification JAN-P-139. Boxes shall be lined with a sealed waterproof case liner conforming to Specification MIL-L-10547. Liners shall be sealed with an adhesive conforming to Specification MIL-A-140. Seams and closure shall have strength and water-resistance equal to that of the body material and shall have a continuous seam of at least 3/4 inch wide. Shipping containers shall be closed and strapped in accordance with the appendix of the applicable container specification. Flat steel strapping shall conform to class A or B, of Specification QQ-S-781. The gross weight of wood boxes shall not exceed 150-pounds; of fiberboard boxes, 70-pounds.

5.3 Marking. -

5.3.1 Interior containers. - In addition to the requirements specified in Standard MIL-STD-129, each package and interior container shall be clearly and legibly marked as follows:

(a) NAVSHIPS identification number.
(b) Nomenclature.
(c) Quantity.
(d) Contract or order number.
(e) Name of contractor or manufacturer.
(f) Date packed and method of preservation (as applicable).

5.3.1.1 Date marking shall be eliminated where instruction books are classified in accordance with Security Regulations.

5.3.2 Exterior containers. - In addition to the marking specified in 5.3.1 and any special marking required by the contract or order, shipments shall be marked in accordance with Standard MIL-STD-129.

6. NOTES

6.1 Ordering data. - Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Type required (see 1.2).
(c) Requirements for type A (see 3.2).
(d) Details of special requirements for drawings, charts and illustrations, pertinent to the particular equipment, if not covered by the equipment specification.
(e) Security classification, if required (see 3.3.3).
(f) Whether the books are to be packed and marked for domestic or overseas shipment (see 5.2 and 5.3).
(g) Quantity of instruction books required (see 6.2).

18

...ided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/3 22:6:13 GMT

MIL-B-15071A(SHIPS)

6. 2  Instruction books for stock should be specified generally in the following quantities:

| Number of equipments | Number of copies |
|---|---|
| 1 to 5 | 25 plus 2 per equipment |
| 6 to 25 | 25 plus 2 per equipment |
| 26 to 950 | 50 plus 2 per equipment |
| Over 950 | 1000 plus 2 per equipment |

Bulk copies of books furnished for stock should be shipped to:

> Commanding Officer
> Ships Parts Control Center
> Naval Supply Depot
> Stock Control Department
> Mechanicsburg, Pennsylvania

Notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

19

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

Case MDL No. 875   Document 10421-9 Filed 08/03/06   Page 193 of 742

FIGURE 1 - TYPICAL COVER.

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF
PUBLICATION appears in upper left-hand corner,
set in 18 pt. Stymie light caps with Stymie
bolt numerals.

SECURITY CLASSIFICATION (See 3.3.3) appears in
upper left-hand corner, with "Security Infor-
mation" directly below, set in 18 pt. Stymie
light caps.  (Security Classification in this
case is "Restricted".)

TYPE OF BOOK set in 24 pt. Stymie extra bold
upper and lower case.

SPECIFIC TITLE OF BOOK set in 30 pt. Stymie
extra bold caps.

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER TO be set
under Manufacturer's name as shown, in
18 pt. Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D.C.,
to be set at bottom page in 12 pt. Stymie light
caps, letter spaced and separated as shown.

SECURITY CLASSIFICATION (See 3.3.3) appears in
lower right-hand corner, set in 18 pt. Stymie
light caps.  (Security Classification in this
case is "Restricted".)

NOTE - If Stymie is not available, the following
faces may be substituted in this order: Beton,
Girder, Futura and Kabel, Weights shown shall be
maintained.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

NAVSHIPS 000-0000

RESTRICTED

SECURITY INFORMATION

INSTRUCTION BOOK

# 450-KW A-C/D-C

# GENERATOR SET

# STEAM-TURBINE-DRIVEN

MANUFACTURER'S NAME, AND

ADDRESS

## Contract Nobs-00000

MANUFACTURER'S BOOK NUMBER

BUREAU OF SHIPS — NAVY DEPARTMENT — WASHINGTON D.C.

RESTRICTED

by IHS
oduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6.13 GMT

FIGURE 2 — TYPICAL TITLE PAGE.

SECURITY CLASSIFICATION (See 3.3.3) appears in
upper right-hand corner with "Security Infor-
mation" directly below, set in 18 pt. Stymie
light caps.  (Security classification in this
case is "Restricted".)

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF
PUBLICATION appears in upper right corner, set
in 18 pt. Stymie light caps with Stymie bold
numerals.

TYPE OF BOOK set in 24 pt. Stymie extra bold
upper and lower case.

SPECIFIC TITLE OF BOOK set in 30 pt. Stymie
extra bold caps.

APPLICABLE VESSELS (when appropriate) to be
set under title of book, as shown, in 18 pt.
Stymie light, upper and lower case.  "WARNING"
paragraph shall be set 8 pt. Stymie bold, upper
and lower case (see 3.3.3).

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER to be set under
Manufacturer's Name and address as shown in 18 pt.
Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

DATE OF PUBLICATION to be included at the lower
right of page.

SECURITY CLASSIFICATION (See 3.3.3) appears in lower
right-hand corner, set in 18 pt. Stymie light caps
with Stymie bold numerals.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

RESTRICTED
SECURITY INFORMATION
NAVSHIPS-000-0000

# INSTRUCTION BOOK

# 450-KW A-C/D-C
# GENERATOR SET
# STEAM-TURBINE-DRIVEN

## CL-55 CLASS

WARNING:  This document contains information affecting the
national defense of the United States within the meaning of
the Espionage Laws, Title 18, U.S.C., Sections 793 and 794.
The transmission or the revelation of its contents in any
manner to an unauthorized person is prohibited by law.

### MANUFACTURER'S NAME AND
### ADDRESS

### Contract NOBS-00000

MANUFACTURER'S BOOK NUMBER

BUREAU OF SHIPS —    NAVY DEPARTMENT —   NOVEMBER 1952

RESTRICTED

...d by IHS
...roduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/3 22:8:13 GMT

FIGURE 3 - TYPICAL CONTENTS PAGE

SECURITY CLASSIFICATION (See 3.3.3) appears in upper right-hand corner with "Security Information" below, set in 12 pt. Futura bold caps. (Security Classification in this case is "Restricted".)

CHAPTER TITLE to appear in upper right-hand corner set in 18 pt. Futura bold caps.

CHAPTER AND NUMBER to be set in 30 pt. Stymie light, upper and lower case.

"DETAILED DESCRIPTION" to be set in 14 pt. Stymie light caps.

"LIST OF SECTIONS" and "PAGE NO." to be set in 10 pt. Stymie light caps.

THE LISTING OF SECTIONS (number, name, and page) to be set in 14 pt. Futura bold, upper and lower case. All of the above materials is to be set as close as possible in style to that shown with sufficient leading and with the whole text block centered between the rules.

FOLIO NUMBER to appear on trim edge and bottom and to be set in 12 pt. Futura bold.

SECURITY CLASSIFICATION to appear on right-hand side at the bottom and to be set in 12 pt. Futura bold caps.

NOTE.- Girder or Beton light or medium may be substituted for Stymie. Any other Sans Serif type of same weight may be substituted for Futura.

ed by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/3 22:5:13 GMT



RESTRICTED
SECURITY INFORMATION
DETAILED DESCRIPTION

# Chapter 2
## DETAILED DESCRIPTION

| LIST OF SECTIONS | PAGE NO. |
|---|---|
| 1 Turbine | 22 |
| 2 Speed Reducing Gear | 23 |
| 3 Oil System | 24 |
| 4 A-C Generator | 26 |
| 5 D-C Generator | 29 |
| 6 Voltage Regulator Equipment | 32 |
| 7 Air Circuit Breaker | 40 |

RESTRICTED

ed by IHS
production or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

RESTRICTED
SECURITY INFORMATION

Title of Publication – Upper corner left-hand pages
14 pt. Futura medium caps.

450 - KW A-C/D-C GENERATOR SET, STEAM-TURBINE-DRIVEN

## SECTION 1

18 pt. Stymie medium caps.

1 pica

## Description of Turbine

18 pt. Stymie medium upper and lower case.

(Give complete name plate data as part of the title of description of turbine, reduction, etc.)

2 picas

The general arrangement of the set is shown in Fig. 4. The turbine and pinion shafts are rigidly connected and supported by three bearings, two in the reduction-gear casing and one at the exhaust end of the turbine.

Primary Subheads—14 pt. Futura extra bold caps centered.   **ROTOR**

The bucket wheels, shaft, coupling flange, and balancing rings are all integral, being machined from a solid alloy steel forging. The pinion is bolted on one end of the turbine rotor and the emergency governor on the other. The rotor, complete with buckets, is balanced statically and dynamically at the factory.

1 pica

**Balancing Rings**

6 pt. space

The coupling flange of the rotor is tapped on its outer periphery for radial balancing plugs. See photograph below. At the exhaust end, the shaft carries another integrally forged balancing ring, tapped for axial balancing plugs.

DYNAMIC BALANCING. Adjustment of the rotor for dynamic balance is accomplished by the insertion at the proper points in these rings of balancing plugs of the correct weight. The plugs, when threaded into their holes, are drawn flush with the outer shoulder, and the outer thread of the hole is staked over. See Fig. 31, page 26, for generator balancing rings.

All of the holes are filled initially with one-half inch screw plugs to minimize windage loss, and the balancing plugs are substituted where necessary. These plugs provide an accessible means of balancing when rebucketing the rotor. During inspection periods it is advisable to inspect all plugs to see that they are tight.

**Buckets**

The buckets on all the wheels are of corrosion-resisting steel, and are attached by T-head dovetails. The buckets are spaced by skirts at the dovetail, machined as an integral part. The buckets are banded together in sections by steel shroud bands riveted onto the buckets.

## FIGURE 4.  TYPICAL TEXT PAGE

A typical text page spread is shown here with type and spacing specifications noted. New sections may be started near the bottom of the page if the space allows a minimum of three lines of type in each column; tabulated matter may be run two columns or one column.

Fig. 4.– Turbo-generator set as seen from turbine end, throttle-valve side

Classification—Inner bottom corner, 12 pt.
Futura bold caps.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

RESTRICTED

Chapter Heading—Upper right-hand corner
of right-hand pages, 14
pt. Futura medium caps.

## DETAILED DESCRIPTION

1 pt. rule

1 pica                                    1 pica

A shroud band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

### NOZZLE PLATE

The cast steel first-stage nozzle plate (3), Fig. 2, is bolted to and calked in the upper half of the high-pressure head. The nozzle plate contains a series of

reamed nozzles opening into ports on the high-pressure side.

### Nozzle Diaphragms

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

Secondary Subheads—14 pt. Futura extra

### Mounting
bold upper and lower
case, flush left.

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the center line to allow for radial expansion.

SECOND-STAGE DIAPHRAGM. The lower half of the second-stage diaphragm is further positioned by the centering dowel (7) in the bottom of the casing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

2⅓ picas

# SECTION 2

## Description of Speed Reducing Gear

2 picas

The reducing gear is the single-reduction, single-helical type, and reduces the turbine speed of 10,059 r. p. m. to the generator speed of 1,200 r. p. m.

### PINION

The pinion is forged integral with the shaft. One end of the shaft is provided with a flange that bolts rigidly to the turbine shaft and through which one end of the turbine rotor is supported. The other end of the pinion shaft has an extension, on which is assembled the thrust bearing. The complete assembly is shown in Fig. 6.

### GEAR WHEEL

The gear wheel is a steel forging and is pressed and keyed on a forged steel shaft. One end of the gear shaft is solidly coupled to the generator shaft, and part of the weight of the generator rotor is carried by the gear bearing at that end. The turbine end of this shaft is extended to carry the spiral gear that drives the oil pump and the governor.

### GEAR CASING

The gear casing consists of two halves which are jointed at the horizontal center line of the rotors. The bearing seats for supporting the gear and pinion bearings, the oil pump seating, and the supports for the high-pressure end of the turbine are fabricated integral with the lower half of the casing.



6 pt. space

FIG. 5—*View of the pinion showing half of the solid coupling, which is bolted to the turbine rotor*



FIG. 6—*Reducing gear with upper half casing removed showing the pinion and gear wheel assembled in their operating positions*   Captions—Italic of text.

RESTRICTED

d by IHS
oduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

RESTRICTED
SECURITY INFORMATION

## MODEL GSB-8 DIESEL ENGINE

*FIGURE 5. TYPICAL GATEFOLD OR FOLD-IN PAGES*

*The following two pages illustrate correct style that may be followed in gatefold pages where oversize illustrations are to be used. Fold-over pages, prints or triple pages will be permitted only for illustrations where essential to insure legibility.*

# ENGINE THROTTLE CONTROL

## DESCRIPTION

The engine throttle control system is made up of a series of linkages which, in direct connection with a hydraulic system, enable the operator to start and operate the engine at any required speed. (Fig. 3.)  For complete understanding the following description is essential:

1. A mechanical linkage sets the limit to which fuel can be injected.
2. The engine throttle control sets the operating fuel pressure of the fuel pump.
3. A mechanical linkage from the control governor operates the control shaft which is coupled to the fuel injectors.
4. The hydraulic system, in conjunction with the linkage system, operates the control governor regulator shaft.
5. The throttle control operates the limit switch which controls the electrical circuit of the brake on the propeller shaft, just aft of the reduction gear.

The engine throttle control system is actuated by the movement of the throttle lever, or handle, of the hydraulic transmitter, which is located on the after side of the engine control box.  (Fig. 1.)  When the throttle lever is in the extreme out position, the hydraulic transmitter and receiver units are synchronized.  (This function will be explained in detail later in this section.)

As the throttle handle is moved inward, beyond the synchronizing stage, it reaches the point where, for a few degrees of travel, it operates the air starting system (Section 20).  When the air starting system is functioning, no fuel is admitted into the cylinders; however, at the instant when the throttle handle is moved farther inward and the air starting valve is released, fuel oil is then injected into the cylinders, and the engine begins to operate under its own power.  Continuing the inward movement of the throttle handle increases the amount of fuel oil which is injected into the cylinders, and thereby increases the speed and power of the engine (Section 4).

The serrated shaft of the transmitter is linked with the throttle shaft which, in turn, is directly linked with the throttle lever tube.  The throttle shaft is supported in two bronze bearings which are bolted to pads on the cylinder block, just below the camshaft trough. (Fig. 3.)

The throttle lever tube floats on the control shaft, and a lever attached to it is connected with the regulating adjusting lever of the fuel oil pump.  A spring loaded piston and cylinder assembly is built into the regulating adjusting lever, and its function is to permit the throttle shaft to pass through the synchronizing and air starting stages without moving the fuel pump pressure regulating lever.  This permits the regulating lever to be moved from its idling position to maximum engine load position.  A pin lever, welded to the throttle lever tube, sets a position beyond which the control lever on the control shaft cannot advance.  Therefore, the control lever cannot be advanced beyond the throttle setting, and no additional fuel oil will be injected into the cylinders until the throttle is advanced farther.  The control lever rides on the pin lever of the throttle lever tube, unless the automatic function of the governor tends to hold it away from the pin lever.

The two fuel injectors are synchronized and are coupled by the intermediate control shaft.  The after fuel injector is coupled to the control shaft, which is supported at the opposite end by a ball bearing in a bracket attached to the camshaft gear cover.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22 6:13 GMT



Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT



Figure 5a.

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

No reproduction or networking permitted without license from IHS

9999906 2107261 7T7

## LIST OF MATERIAL  QUANTITIES FOR ONE SEA VALVE

| ITEM | NAME OF PIECE | NO. REQ'D | MATERIAL | SPEC. | CONTRACTORS DWG. NO. DR'G NO. | REMARKS |
|---|---|---|---|---|---|---|
| 1 | NUT, HEX. 3/8-11 | 4 | MONEL | 46-M-7 | | |
| 2 | GLAND | | MONEL | 46-M-7 | | |
| 3 | EXTENSION ASSEMBLY | | | | | |
| 3A | EXTENSION, VALVE | | MONEL | 46-M-7 | | |
| 3B | STUD | | MONEL | 46-M-7 | | ZINC PLATE |
| 5C | PIN, GROOVED | 4 | STEEL | | | |
| 7 | BODY, VALVE | 1 | BRONZE | 46-B-8 | | |
| 8 | INSERT, VALVE SEAT | 1 | MONEL | 46-M- | | |
| 9 | GASKET | | RUBBER | | | |
| 10 | BEARING, HULL | 1 | BRONZE | 46-B-8 | | |
| 11 | SPOUT | | MONEL | 46-B-8 | | |
| 12 | GASKET | 1 | RUBBER | | | |
| 13 | NUT, HEX. | | MONEL | 46-M-7 | | |
| 14 | STUD | | MONEL | 46-M-7 | | |
| 15 | BONNET | 1 | MONEL | | | |
| 16 | GASKET | 1 | RUBBER | | | SYMBOL 1104 |
| 17 | PACKING | | | | | |
| 18 | STUD | 1 | MONEL | 46-M-7 | | |
| 19 | GLAND | 1 | MONEL | 46-M-7 | | |
| 20 | NUT | 4 | MONEL | 46-M-7 | | |
| 21 | STEM, VALVE | 1 | MONEL | 46-M-7 | | |
| 22 | GEAR, BEVEL | | BAR BRASS | | | |
| 23 | KEY, MACHINE | 1 | MONEL | 46-M-7 | | |
| 24 | NUT, HEX. | | MONEL | 46-M-7 | | |
| 25 | SCREW, MACHINE 1/4-20 | 1 | MONEL | 46-M-7 | | ZINC PLATE |
| 26 | WASHER, LOCK | | STEEL | | | |
| 27 | WASHER | | BRASS | | | |
| 28 | KEY, MACHINE | 1 | MONEL | 46-M-7 | | |
| 29 | GEAR, BEVEL | 1 | BRASS | | | |
| 30 | COLLAR, SHAFT | 1 | BRASS | 46-B-8 | | |
| 31 | SHAFT, PINION | 1 | BRASS | 46-B-8 | | |
| 32 | PIN, DOWEL | | | | | |
| 33 | HANDWHEEL | 1 | BRASS | | | |
| 34 | BOLT, MACH. 3/8-16 | 8 | MONEL | 46-M-7 | | |
| 35 | PLATE, IDENTIFICATION | 1 | BRASS | 46-B-8 | | |
| 36 | SCREW, MACH. 4-40 | 4 | MONEL | 46-M-7 | | |
| 37 | DISK, VALVE | 1 | MONEL | 46-M-7 | | |
| 38 | KEY | 1 | BRONZE | 46-B-8 | | |
| 39 | NUT, HEX. 3/4-10 | 8 | MONEL | 46-M-7 | | |
| 40 | SEAL, WATER | 1 | RUBBER | | | |

NOTES
1. PINION SHAFT, ITEM 31, IS FURNISHED 38" LONG (FROM ℄ OF VALVE) LENGTH TO BE CUT TO SUIT SHIP AND HANDWHEEL PINNED IN PLACE. NECESSARY BRAZING FOR SHAFT TO BE FURNISHED BY OTHERS.

2. AT INSTALLATION, ITEM 10, 11 MUST BE RIGIDLY HELD IN ALIGNMENT.

3. WHERE SPEC. NO. IS NOT NOTED, MATERIAL OF BEST COMMERCIAL GRADE TO BE USED.

4. VALVE MADE IN ACCORDANCE WITH NAVY SPEC. 43-V-17 CLASS II EXEPT AS NOTED.

5. COMPONENTS EXPOSED TO HYDROSTATIC PRESSURE SHALL WITHSTAND WITHOUT DAMAGE OR OPERATIONAL FAILURE HYDROSTATIC PRESSURE OF 250 LBS. PER SQ. INCH FOR ONE HOUR.

MASTER PLAN
UNDERWATER LOG
EQUIPMENT
(IMPELLER TYPE)
SEA VALVE ASSEMBLY

BENDIX AVIATION CORPORATION

CONTRACT NO. 47744

SC505 H 3002712

Provided by IHS
Reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:5:13 GMT

RESTRICTED



Figure 5b.- Engine Control System.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

# ART TREATMENT FOR EXPLODED VIEWS



*Preferred art treatment for exploded views—line drawing with shading medium. Preferred method of handling indexing by the use of noun or nomenclature is also shown.*

*Alternate acceptable art treatment—line drawing, black used to shape parts. Alternate method of handling indexing by the use of numerals as shown may be used if number of component parts warrants their use.*

*Alternate acceptable art treatment—wash drawing technique (suitable for letterpress or offset reproduction only). Preferred method of handling indexing is shown.*

NOTE.—Where letterpress or offset reproduction is to be employed, well-retouched photographs, exploded as per drawing shown above will also be acceptable.

Figure 6.

ted by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/3 22:6:13 GMT

## FIGURES 7 AND 8

These figures show approved style to be followed on manuals which are to be typewritten, varityped, or set with the electromatic typewriter. All copy should be prepared to allow for a 15- or 20-percent reduction in size.

ded by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

TITLE OF BOOK                                                                              MFR'S NUMBER

# PART I
## DESCRIPTION OF TURBINE AND GEAR
### GENERAL ARRANGEMENT

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

### SECTION I
### DESCRIPTION OF TURBINE

The throttle valve is provided with both a hand-wheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### ROTOR AND BUCKETS

The turbine rotor (1), Fig. 2, consisting of shaft, bucket wheels, and coupling, is machined from a solid steel forging. The coupling flange of the rotor is tapped around its outer per... for balancing plugs.

The throttle valve is p... handwheel for manual contro... tripping device. The thrott... tripped closed automatically... ernor.

*THIS PAGE WAS TYPED USING 36G-8 FOR BODY AND GOTHIC TYPES #29, 270 AND 180L BOLD FOR THE VARIOUS HEADINGS.*

#### Buckets

The buckets of all six wheels are made of cor-rosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel ex-tends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in pre-venting steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

#### NOZZLE PLATE

The cast steel first-stage nozzle plate (3),

Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate con-tains a series of reamed nozzles opening into ports on the high-pressure side.

#### NOZZLE DIAPHRAGMS

The... nozzle diaphragms are made of steel ...rosion-resisting steel nozzle par-...f the diagram five nozzle dia-...made of steel with welded corrosion-...ing steel nozzle partitions.

#### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage dia-phragm is supported at the centerline to allow for radial expansion.

SECOND STAGE DIAPHRAGM: The lower half of the second stage diaphragm is further positioned by the centering dowel (7) in the bottom of the cas-ing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

LOCATION OF DIAPHRAGMS: The other four dia-phragms, which are located in the exhaust casing are mounted as shown in Fig. 3b. The cast steel first-stage nozzle plate (3), Fig. 2 is bolted to and caulked in the upper half of the high pres-sure head.

The first stage is drained through a valve at the bottom of the casing.

#### TURBINE CASING

The turbine casing consists of a steel high-pressure head (4), Fig. 2, and a steel exhaust casing.

### Figure 7.

...ed by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

## PART 1

### DESCRIPTION OF TURBINE AND GEAR

**GENERAL ARRANGEMENT**

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

### SECTION 1

### DESCRIPTION OF TURBINE

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

**Rotor and Buckets**

The turbine rotor (1), Fig. 2, consisting of ~ ~ ~ els, and coupling, is machined from a solid steel forging. The coupli~ ~ is tapped around its outer periphery for balancing plugs.

*THIS PAGE WAS TYPED USING STANDARD ELITE TYPE, REDUCED 15%*

The throttle valve is provide~ ~ ~el for manual control and an emergency tripping device. The throttle ~ ~u closed automatically by an emergency governor.

**Buckets**

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

**Nozzle Plate**

The cast steel first-stage nozzle plate (3), Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

**Nozzle Diaphragms**

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions. All of the diaphragms five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

**Mounting**

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

Figure 8.

by IHS
reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

## FIGURE 9 - WARNING

Voltages over 300 volts shall be measured as follows:

(1) Deenergize the equipment.  Ground terminals to be measured to discharge any capacitors connected to these terminals.
(See Note F.)

(2) Connect meter to terminals to be measured using a range higher than the expected voltage.

(3) WITHOUT TOUCHING METER OR TEST LEADS, energize the equipment and read the meter.

(4) Deenergize the equipment.  Ground the terminals connected to the meter before disconnecting meter.

NOTES:

(A) MAKE SURE YOU ARE NOT GROUNDED whenever you are adjusting equipment or using measuring equipment.

(B) In general, USE ONE HAND ONLY when servicing live equipment.

(C) If test meter must be held or adjusted while voltage is applied, GROUND the case of the meter before starting measurement and DO NOT touch the live equipment or personnel working on live equipment while you are holding the meter.  Some moving vane type meters should not be grounded.  These should not be held during measurements.

(D) DO NOT FORGET that high voltages MAY BE PRESENT across terminals that are normally low voltage, due to equipment breakdown.  Be careful even when measuring low voltages.

(E) DO NOT use test equipment known to be in poor condition.

(F) High voltage high capacity capacitors should be discharged with a grounding stick with approximately 10 ohms in series with the grounded line.  Where neither terminal of a capacitor is grounded, short capacitor terminals to each other.

nded by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/3 22:5:13 GMT

Exhibit 4

■ 9999906 2106143 903 ■

Raytheon
Santa Barbara
Library  C. 1

MIL-M-15071C(SHIPS)
10 SEPTEMBER 1957
SUPERSEDING
MIL-T-15071B(SHIPS)
16 AUGUST 1954

## MILITARY SPECIFICATION

## MANUAL, TECHNICAL, FOR MECHANICAL

## AND ELECTRICAL EQUIPMENT (LESS ELECTRONICS)

### 1. SCOPE.

1.1 **Scope.** — This specification covers the minimum requirements for preparing and revising technical manuals for electrical and mechanical equipment(s). The requirements for electronic equipment are covered in Specification MIL-M-16616. In addition, it covers the requirements for approval procedures; production and reproduction; quality and distribution; and packing and packaging.

1.2 **Classification.** — Technical manuals shall be of the following types as specified (see 6.1):

Type I — Type I manuals are required for experimental equipment procured to determine either military suitability or the ability of a manufacturer to meet military specifications. (See 3.1 and 3.2)

Type II - Type II manuals are required where the equipment to be described has no direct commercial counterpart or which is sufficiently complex that more extensive information is necessary. (See 3.1 and 3.3)

Type III — Type III manuals are required where the equipment to be described is an adaptation or variation of conventional commercial equipment, where, with certain modifications and additional data, the type of instruction matter normally furnished will serve the purpose. (See 3.1 and 3.4)

Type IV — Type IV manuals are standard commercial manufacturers' instructions on relatively simple equipment which will be adequate subject to minor modifications. (See 3.1 and 3.5)

### 2. APPLICABLE DOCUMENTS

2.1 The following specifications, standards, drawings and publications, of the issue in effect on date of invitation for bids form a part of this specification:

SPECIFICATIONS

FEDERAL

LLL-B-631-Boxes; Fiber Corrugated (for Domestic Shipment).
LLL-B-636-Boxes; Fiber Solid, (for Domestic Shipment).
PPP-B-585-Boxes; Wood, Wirebound.
PPP-B-591-Boxes; Fiberboard, Wood-Cleated.
PPP-B-601-Boxes; Wood, Cleated-Plywood.
PPP-B-621-Boxes; Wood, Nailed and Lock-Corner.

MILITARY

JAN-P-108-Packaging and Packing for Overseas, Shipment Boxes, Fiberboard (V-Board and W-Board), Exterior and Interior.
MIL-P-116-Preservation, Methods of
MIL-B-10377-Boxes; Wood-Cleated, Veneer, Paper Overlaid.
MIL-L-10547-Liners, Case, Waterproof.

Licensed by Information Handling Services

■ ꟿꟿꟿꟿꟿ0Ꮽ 21071ꟿᒿ ᴀ70 ■

**MIL-M-15071C (SHIPS)**

NAVY DEPARTMENT

General Specifications for Inspection of Material.

STANDARDS

MILITARY

MIL-STD-218-2 Technical Manuals Part 2 — Production or Procurement of Artwork for Technical Manuals.
MIL-STD-218-3 Technical Manuals Part 3 — Preparation of Manuscript (Final, Typed) for Technical
            Manuals.
MIL-STD-12    Abbreviations for use on Drawings.
MIL-STD-15    Electrical and Electronic Symbols.
MIL-STD-16    Electrical and Electronic Reference Designations.
MIL-STD-17    Mechanical Symbols.
MIL-STD-103  Abbreviations (for Electrical and Electronic Use).
MIL-STD-129  Marking for Shipment and Storage.

DRAWINGS

BUREAU OF SHIPS

S0103-73729 — Standard Drawing Format for Production Drawings Prepared by Contractor or Manufacturer
        for approval by Government Agencies.

PUBLICATIONS

DEPARTMENT OF DEFENSE

DD441 (Attachment) — Industrial Security Manual for Safeguarding Classified Information.

(Copies of specifications, standards, drawings and publications required by contractors in connection with specific
procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 **Other publications.** — The following document forms a part of this specification. Unless otherwise in-
dicated, the issue in effect on date of invitation for bids shall apply.

CONSOLIDATED CLASSIFICATION COMMITTEE

Consolidated Freight Classification Rules.

(Application for copies should be addressed to the Consolidated Classification Committee, 202 Chicago Union
Station, Chicago 6, Ill.)

3. **REQUIREMENTS.**

3.1 **General requirements.**

3.1.1 **Material.** — The minimum material requirements shall be as specified hereinafter. A good grade of
printing and materials shall be used when not definitely specified.

3.1.2 **Identification.** — Technical manuals shall be identified by a Navy identification number of the form
"NAVSHIPS 300-0000" (see figures 1 and 2). Numbers will be assigned only by the Bureau of Ships upon receipt of
a preliminary copy of the manual. In urgent cases, a letter request, containing complete descriptive data of the
equipment, will be honored for the purpose of assigning a NAVSHIPS number (see 3.1.8.1). This number shall be
imprinted on the upper left hand corner of the cover, and printed on the upper right hand corner of the title page of
all final copies of the manuals prior to distribution (see figures 1 and 2).

2

Licensed by Information Handling Services

■ ٩٩٩٩٩٠٦ ٢١٠٧١٤٤ ٧٣٧ ■

**MIL-M-15071C(SHIPS)**

**3.1.3 Copyright.** — Technical manuals shall not be copyrighted. The bureau or agency concerned reserves the right to reproduce or have reproduced in part or in entirety all manuals procured under this specification.

**3.1.4 Security classification.** — The security classification of the manuals shall be as designated by the bureau or agency concerned. If classified, the security requirements of the Industrial Security Manual for Safeguarding Classified Information DD441 (Attachment) shall be followed. For classified manuals all pages shall bear appropriate security classification located as shown on figures 1 through 13. The word "UNCLASSIFIED" shall appear on each page of unclassified sections of classified manuals. Revisions (see 3.1.6) shall be classified as required by their subject matter. Revised pages (see 3.1.6.2) shall have the same classification as the original pages, unless otherwise specified by the bureau or agency concerned. Information with a security classification higher than that established in table I for a section that is considered essential shall be brought to the attention of the bureau or agency concerned. A volume shall be classified the same as the highest classification within the volume. The sections of the manual shall be classified as shown in table I, unless the bureau or agency concerned approves content with a higher classification.

TABLE I

| SECTION | Equipment classification | | |
| --- | --- | --- | --- |
| | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 1.  General Information | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 2.  Principles of Operations | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 3.  Operating Instructions | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 4.  Installation | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 5.  Maintenance | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 6.  Parts list | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 7.  Drawings | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |

[1]Substitute - "Confidential - Modified handling authorized" - for equipments so classified.

In addition to being marked with the appropriate security classification each classified manual shall bear the following notation printed on the title page (as shown on figure 2):

"WARNING: This material contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794, the transmission or revelation of which in any manner to an unauthorized person is prohibited by law."

**3.1.5 Additional manuals.** — There shall be printed upon the title page of all final manuals the notice as shown on figure 2 advising where additional copies of the manual may be obtained.

**3.1.6 Revision to incorporate changes.** — New, revised, or supplementary pages shall be furnished until the guarantee period of the equipment expires.

**3.1.6.1 New pages.** — When it is found necessary to include new information to augment the content of the original manual, new pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page. Include on the first line, the word "New" followed by the NAVSHIPS identification number, and on the second line, the month and year of issue. New pages shall bear the same number as the page they follow and shall be further annotated using the decimal system; for example, original page 1-1-14, new pages 1-1-14.1 and 1-1-14.2 (see 3.3.2.5 for numbering). A reproduction copy of each new page shall be provided.

3

*Licensed by Information-Handling Services*

■ 9999906 2107145 673 ■

MIL-M-15071C(SHIPS)

3.1.6.2 **Revised pages.** — If it is determined that information originally furnished in manuals must be changed for clarification, correction or because every equipment covered by the manual has been uniformly modified, revised pages shall be issued.  These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page.  Include on the first line, the word "Revised" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. Revised pages shall bear the same number as the page they replace and if the revised information should require the use of additional pages they shall be annotated using the decimal system (see 3.3.2.5 for numbering.)  A reproduction copy of each revised page shall be provided.

3.1.6.3 **Supplementary pages.** — In instances where modifications are made only to a portion of the total number of equipments covered by the manual, resulting in the need for alternate instructions to cover those items modified, this information shall be issued in the form of supplementary pages.  These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page.  Include, on the first line, the word "Supplementary" followed by the NAVSHIPS identification number, on succeeding lines the hull numbers of the specific ships to which the page applies and on the last line, the month and the year of issue.  Supplementary pages shall bear the same number as the manual page they follow and shall be further annotated using the decimal systems; for example, original page 1-1-14, supplementary pages 1-1-14.1 and 1-1-14.2. (See 3.3.2.5 for numbering.)  A reproduction copy of each supplementary page shall be provided.

3.1.7 **Time of delivery.** — Every effort shall be made to submit the preliminary manual in ample time to permit approval and final printing prior to the delivery date of the equipment (see 3.1.8.1).  Two copies of each final manual shall be delivered with the first unit and each succeeding unit of equipment shipped (see 3.6).  If final manuals are not available at the time of delivery of equipment, two copies of an adequate preliminary manual packed with each unit of equipment shall be furnished.  In all instances where preliminary manuals are furnished in lieu of final manuals they shall be replaced with final manuals within 60 days (see 3.1.8.2.4).

3.1.8 **Preliminary manuals.** —

3.1.8.1 **Method of approval.** — Prior to printing final manuals, the manufacturer shall prepare and submit, as indicated herein, a preliminary manual, in duplicate, for approval and assignment of a NAVSHIPS number (see 3.1.2). NAVSHIPS numbers will be assigned  only by the Bureau of Ships.  At the time of submission of preliminary manuals, the manufacturer shall submit a letter of transmittal forwarding the preliminary  manual which shall state the expected delivery date of final manuals and the quantity of manuals being furnished for stock in accordance with 3.6. The preliminary manuals shall be forwarded by the contractor to one of the following activities, as appropriate:

(a) *Manuals procured by the Bureau of Ships* - Contractor shall forward preliminary copies via the cognizant Government inspector to the Bureau of Ships for approval and assignment of a NAVSHIPS number.

(b) *Manuals procured by Naval activities other than the Bureau of Ships* — Contractor shall forward preliminary copies to the Naval activity for their approval and transmittal to the Bureau of Ships for assignment of a NAVSHIPS number.

(c) *Manuals procured for the Navy by a commercial activity (such as a shipbuilder at a private yard) or other Government agency* — Contractor shall forward preliminary manuals to the cognizant Naval supervising activity or other Government agency, as appropriate, for their approval and transmittal to the Bureau of Ships for assignment of a NAVSHIPS number.

3.1.8.2 **Contents.** —

3.1.8.2.1 **Approval and procurement record page.** — In each preliminary manual exactly identical to one previously procured and assigned a NAVSHIPS number an approval and procurement record page (see figure 3a) shall be provided and inserted immediately following the title page.  In each preliminary manual not exactly identical to one previously procured and assigned a NAVSHIPS number, an approval and procurement record page (see figure 3b) shall be provided and inserted immediately following the title page.

3.1.8.2.2 **Text.** — Preliminary manuals shall consist of a complete text of the instructions required for the type of manual to be furnished.

4

*Licensed by Information Handling Services*

■ 9999906 2107146 50T ■

3.1.8.2.3 **Figures.** — Preliminary manuals shall contain a list of all figures (photographs, exploded views, and drawings) and shall include sample art work (all exploded views and sketches) which will appear in the final manual. If the final manual is to include test data, or a table of weights, for example, and if any of the items are not available when the preliminary manual is issued, then a foreword shall state which items have been omitted.

3.1.8.2.4 **Manual identification.** — In all instances where preliminary manuals are furnished in lieu of final manuals, the NAVSHIPS identification number preceded by the word "PRELIMINARY" shall be stamped or hand printed on the covers of all copies of the preliminary manuals prior to distribution (see 3.1.2). This number shall be imprinted on the upper left hand corner of the cover, and printed on the upper right hand corner of the title page.

3.1.8.2.5 **Covers.** — Covers for preliminary manuals shall be at least 20 by 26-65/500 - basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover. This information shall be identical with that which will appear on the final manual. (See figure 1).

3.1.8.2.6 **Printing.** — The text of preliminary manuals may be printed by any quick, economical method, such as multigraph, mimeograph or similar method.

3.2 **Type I manuals.** — The preparation and contents of the type I manuals shall be as specified in the individual contract or order.

3.3 **Type II manuals.** —

3.3.1 **Contents.** — Type II manuals shall contain the following information as applicable presented in the order listed (see figures 1 to 13 inclusive).

> Front matter.
> Section 1 - General information.
> Section 2 - Principles of operations.
> Section 3 - Operating instructions.
> Section 4 - Installation.
> Section 5 - Maintenance.
> Section 6 - Parts list.
> Section 7 - Drawings.
> Memorandum.

**Note.** — When a manual covers an equipment composed of several distinct units (for example, a generating set consisting of a diesel engine, a generator, a voltage regulator, and a controller), it may be necessary to arrange the manual in major divisions, each covering one unit. If so, the major divisions may be arranged by subdivisions, each corresponding to the requirements listed herein. The order listed herein may be altered with the approval of the Bureau or agency concerned.

3.3.1.1 **Front matter.** — The front matter for type II manuals shall consist of the following:

> (a) Cover.
> (b) Title page.
> (c) Approval and procurement record page.
> (d) List of effective pages.
> (e) Correction page.
> (f) Table of contents.
> (g) List of figures.
> (h) List of tables.

3.3.1.1.1 The list of effective pages shall be required in classified manuals only, and in multiple volume manuals shall be a separate page for the contents of each volume.

3.3.1.1.2 The title page, table of contents, list of figures and list of tables shall be a separate page for the contents of each volume.

5

■ 9999906 2107147 446 ■

**MIL-M-15071C(SHIPS)**

3.3.1.1.3 **Approval and procurement record page.** – In all final copies of the manual, the manufacturer shall include an approval and procurement record page inserted immediately following the title page. Figures 3a or 3b gives the format that shall be followed in its preparation.

3.3.1.1.4 **List of effective pages.** – A list of effective pages (see figure 4) shall be prepared for all final manuals classified for security purposes (see 3.1.4) and copies thereof. For multiple volume manuals there shall be prepared a separate list for the contents of each volume.

3.3.1.1.5 **Correction page.** – A correction page (see figure 5) shall be furnished for all final manuals and copies thereof for the purpose of making revisions in accordance with 3.1.6. For multiple volume manuals there shall be prepared a separate correction page for each volume.

3.3.1.1.6 **Table of contents.** – The table of contents (see figure 6) shall list all primary divisions and secondary subdivisions such as chapters, sections, and main paragraphs, with their corresponding paragraph numbers and page numbers. Where sub-manufacturers are furnishing associated equipment it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents.

3.3.1.1.7 **List of figures and drawings.** – A list of figures (see figure 7) which have been assigned figure numbers shall be prepared. The list shall be arranged in numerical sequence by figure number and shall give the figure title (see 3.3.3.8) and page number.

3.3.1.1.8 **List of tables.** – The list of tables (see figure 8) shall follow the list of figures and drawings. It shall include all tables assigned numbers and shall be arranged in numerical sequence by table number.

3.3.1.2 **Section 1 – General information.** – This section shall include general data, an introduction, and a detailed description.

3.3.1.2.1 **General data.** – This portion of the manual shall contain the following data:

(a) Component list and performance design characteristics: The name of each component and the respective manufacturer's name with its complete rated performance characteristics for continuous or intermittent operation and, where applicable, maximum permissible overload characteristics and their duration. In addition, a description of the the item shall be included to distinguish it from other items of the same general category. For instance, a motor shall be distinguished as to the specific type of motor for example, as a.c., synchronous, totally enclosed, etc.

(b) Navy type designation.
(c) Principal overall dimensions.
(d) Weights (with or without packing).
(e) Allowable clearances, temperatures, pressures, pressure and blow range settings or tolerances shall be shown in tabular form.

3.3.1.2.2 **Introduction.** – This division shall include a general description of the equipment; explain briefly what it is, where it is used, what it will do, and the general overall and interrelated operation of the various units. All information of a general character applicable to the complete equipment shall also be given. Where the text contains technical terms, terms not commonly used, or symbols, definitions shall be included.

3.3.1.2.3 **Detailed description.** – This division shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example, ship service turbogenerator, the turbine, reduction gear, generator and exciter.

3.3.1.2.4 **Section 2 – Principles of operation.** – This division shall contain a brief resume of the principles of operation. Figures, sketches, performance curves, and schematic wiring diagrams shall be included to convey an understanding of the function and operation of the equipment (see 3.3.1.2.9).

3.3.1.2.5 **Section 3 – Operating instructions.** – Information shall include routine and emergency procedures, and safety precautions; maximum and minimum loads; normal temperature or pressure limits or both; trans-

6

■ 9999906 2107148 382 ■

MIL-M-15071C(SHIPS)

far from manual to automatic operation (or the reverse), to be observed in the starting, operating, stopping, and shutting down of the equipment. In addition, action(s) shall be described which should be taken in the event of power failure; control air failure; generating tube failure; lube-oil failure; steering gear failure; partial failure of equipment; and similar conditions. Action(s) described in the event of partial failure shall include, where practicable, those procedures necessary to provide continued service of the equipment until an opportune time is available to repair the equipment. Where operating procedures are to be performed in specific sequence, step-by-step procedures shall be given. Operations shall be numbered in the order in which they are performed. Operating data which is frequently referred to in operating the equipment shall be included. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.3.1.2.6 **Section 4 — Installation.** — This division shall contain methods of installation, including packing or unpacking, handling, preparation of foundation, alignment, precautions, mounting instructions, bolting diagrams, recommendations regarding shielding, safety guards, grounding or bonding.

3.3.1.2.7 **Section 5 — Maintenance.** —

3.3.1.2.7.1 **Preventive maintenance.** — This division shall cover all maintenance procedures, inspection, tests, test data, and adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of the equipment. Routine maintenance check charts or instructions or both shall be provided. They shall include, but shall not necessarily be limited to the following:

(a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to insure continuity of service at optimum performance.
(b) Tables or charts or both to indicate what is to be done, when it is to be done, and how to do it.
(c) Utilization of the test facilities which may be incorporated in the various components.
(d) Instructions for the care, inspection, and cleaning of all pertinent parts.
(e) Instructions stressing the importance of properly maintaining any safety devices or interlocks provided to prevent damage to equipment or injury to personnel.
(f) Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Military specification numbers where applicable and by commercial designations.

3.3.1.2.7.2 **Corrective maintenance.** — This division shall cover all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment upon initial installation or under other conditions such as after major overhaul where complete readjustment may be required. Included in this division shall be the following:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptons, probable cause, and instructions for remedying the faults.
(b) Complete instructions on signal tracing for electric circuits, use of test instruments and other common servicing techniques.
(c) Ample figures, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained in other divisions may be used and referred to under this division without duplicating them.

3.3.1.2.8 **Section 6 — Parts list.** — This section shall contain identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes. Do not list standard hardware, structural parts, indicating instrument parts or other parts which have no maintenance significance.

3.3.1.2.8.1 **Contents.** — The parts list shall contain the following subdivisions:

(a) Introduction.
(b) Parts tabulation.
(c) Special tools.

3.3.1.2.8.1.1 **Introduction.** — This division shall contain sufficient instructions to explain the following:

7

Licensed by Information Handling Services

■ 9999906 2107149 219 ■

MIL-M-15071C(SHIPS)

(a) Any symbols used for the parts tabulation.
(b) All cross index systems employed.
(c) Titles or other markings intended to segregate different models.
(d) Other information as may be required to facilitate rapid and accurate use of the parts list.

3.3.1.2.8.1.2 **Parts tabulation.** – The parts tabulation shall contain information specified in 3.3.1.2.8.1.2.1 and 3.3.1.2.8.1.2.2 presented in an intelligible sequence. An intelligible sequence may be obtained by listing parts by spatial or functional groups.

3.3.1.2.8.1.2.1 **Tabulation for mechanical parts.** – Tabulation for mechanical parts shall contain the following:

(a) – Figure number. This shall denote the figure number wherein the part has been shown.
(b) – Index number. This number shall denote main assembly, sub-assembly or part identified which is utilized on the reduced size drawing(s) or other figure(s) included in the manual.
(c) – Nomenclature for part using actual manufacturer's name.
(d) – Number required.
(e) – Contractor's service part number.
(f) – Actual manufacturer's service part number.

3.3.1.2.8.1.2.2 **Tabulation for electrical parts.** – Tabulation for electrical parts shall contain the following:

(a) – Figure number. This shall denote the figure number wherein the part has been shown.
(b) – Index number or reference designation (see 3.3.1.2.9.3). This number shall denote main assembly, sub-assembly or part identified which is utilized on the reduced size drawing(s) or other figure(s) included in the manual.
(c) – Nomenclature for part using actual manufacturer's name.
(d) – Number required.
(e) – Contractor's service part number.
(f) – Actual manufacturer's service part number.
(g) – In addition to the requirements of (a) through (f) a separate functional listing by part name shall be stated alongside each part giving the use, purpose, or the function of the part in the assembly.

3.3.1.2.8.1.3 **Special tools.** – A separate list shall immediately follow the parts tabulation under the heading "Special Tools" which are supplied with the equipment; that is, tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identification number.

3.3.1.2.9 **Section 7 – Drawings.** – This division shall contain reproductions of drawings, additional block diagrams, schematic drawings, and exploded views of explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable. A sufficient number of reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729 (see figure 13) shall be included to aid in the identifications of the parts in the "Parts List" (see 3.3.1.2.8). Other figures shall be included to supplement or extend the information contained in the reduced size drawings prepared in accordance with the standard drawing format shown on Drawing S0103-73729 as required for further identification of parts and explanation of the descriptive information contained in the text.

3.3.1.2.9.1 **Symbols.** – Symbols shall be used as necessary. Symbols utilized for the preparation of block diagrams, schematic diagrams, or other explanatory drawings which are not prepared in accordance with Drawing S0103-73729, shall be those contained in the applicable Military Standard as follows:

(a) Symbols for electrical equipment shall be in accordance with Standard MIL-STD-15.
(b) Mechanical symbols shall be in accordance with Standard MIL-STD-17.

8

■ 9999906 2107150 T30 ■

3.3.1.2.9.2 **Abbreviations.** — Abbreviations shall be used on drawings only when their meaning is unquestionably clear. Abbreviations when utilized on drawings which are not prepared in accordance with Drawing S0103-73729 shall be in accordance with Standards MIL-STD-12 and MIL-STD-103.

3.3.1.2.9.3 **Reference designations.** — For use on diagrams of electrical circuits which are not prepared in accordance with Drawing S0103-73729 the applicable reference designations contained in Standard MIL-STD-16 shall be utilized. These designations shall be utilized for the purpose of correlating graphical symbols shown thereon with the "Parts List" ( see 3.3.1.2.8.1.2.2) and descriptions of, and instructions concerning the circuits. A reference designation *is not* an abbreviation for the name of the part.

3.3.1.2.10 **Memorandum pages.** — Three blank sheets (six pages) shall be inserted at the end of the manual for memorandum purposes. Each page shall be marked "Memorandum" at the top center.

3.3.2 **Format.** —

3.3.2.1 **Volumes.** — Should the summation of information submitted result in an unreasonably bulky manual, the information shall be divided into two or more volumes. The cover of each manual (volume) shall be printed in accordance with figure 1 with the addition of the following as to the respective volume number and the number of volumes comprising the total information furnished; for example, VOLUME I of III; VOLUME II of III; VOLUME III of III. Each volume will be identified by the same NAVSHIPS number (see 3.1.2).

3.3.2.2 **Divisions (chapters or sections).** — Divisions of manuals shall be by chapters or sections, numbered or lettered consecutively (see 3.3.2.5). In general, chapters shall be the main divisions of larger manuals and sections should be the main divisions of smaller manuals. Chapters in larger manuals may be further divided into sections.

3.3.2.3 **Page identification.** — At the top of each page the following shall appear (see figures 9 and 10):

    (a) Each left hand page -
       (1) Briefed title of the manual flush with the outside margin.
       (2) Paragraph number flush with the inside margin.
    (b) Each right hand page -
       (1) Division, chapter or section number and title flush with the outside margin.
       (2) Paragraph number flush with the inside margin.

3.3.2.4 **Paragraphs.** — Paragraphs shall not be titled or numbered more extensively than is necessary to facilitate reference. Individual paragraph numbering may be omitted, provided the text is so prepared that reference to each paragraph by number is unnecessary. Main paragraphs shall be numbered consecutively within each division, chapter, or section, using Arabic numerals separated by a dash. The number following the dash will indicate the number of the paragraph within the section; for example, "2-17" is the 17th paragraph of section 2. Similarly for manuals subdivided by chapter and section both the chapter and section number shall precede the paragraph number; for example, "2-4-10" is the 10th paragraph of section 4 contained in chapter 2. The main paragraph numbers and title shall stand alone on one line (see figures 9 and 10). It is suggested that individual steps of a step-by-step procedure be identified by step number rather than by paragraph number; for example, Step 1, Step 2, etc.

3.3.2.5 **Numbering.** — Front matter pages shall be numbered in lower case Roman numerals. The cover, title page, and approval and procurement record page shall not be numbered. Pages of the manual(s) shall be numbered consecutively within each division, chapter (or section). Arabic numerals shall be used for numbering for all pages other than the front matter. All odd numbered pages shall appear as right hand pages. Pages, tables, and figures shall be numbered consecutively within each chapter (or section) but each starting with the number "ONE". The page, table, and figure number shall be preceded by the chapter (or section) number. For example, page 3 in section 4 shall be numbered page 4-3; table 5 in section 2 shall be numbered table 2-5; figure 2 in section 1 shall be numbered figure 1-2. Where manuals are divided by chapter and section the chapter and section number both shall precede the pages, table, and figure number. Page numbers shall be placed at the lower outer corner of the page.

9

■ 9999906 2107151 977 ■

**MIL-M-15071C(SHIPS)**

3.3.2.5.1 Fold over pages shall be right hand pages printed on one side only and when they are used they shall be assigned two page numbers. The page numbers shall appear on the face of the sheet at the lower righthand corner (see figure 13). Fold over pages shall be arranged so that page numbers and figure numbers are visible without unfolding. Fold over arrangements shall be as shown on figure 13.

3.3.2.6 **Layout treatment.** — The layout of the manuals shall be such as to conserve space without detracting from the utility or clarity of the material presented. Blank pages and spaces shall be avoided wherever possible with the exception specified in 3.3.1.2.10 and in 3.3.2.6.1. Normally, textual material shall be printed on both sides of the sheet. Figures serving no instructional function or to which no reference is made in the text shall not be used. Partial page figures within the text are highly desirable although several small figures may be grouped to form a single page layout. Whenever possible, figures within the text shall be located so that reference can be made from applicable text without turning a page. Whenever it is necessary to include fold over pages they shall be inserted at the end of the applicable division, chapter or section.

3.3.2.6.1 All drawings which are inserted as fold over pages shall be provided with a blank apron page at the left hand edge of the fold over page (see figure 13). This will permit the printed portion in its entirety to be visible while the text is being studied.

3.3.3 **Text.** —

3.3.3.1 **Wording.** — The text shall be factual; specific, concise, and clearly worded so as to be readily understandable to relatively inexperienced personnel involved in the operation and maintenance of the equipment, yet provide technicians with sufficient information to install, operate, service, and maintain the equipment at peak performance. Technical phraseology requiring a specialized knowledge shall be avoided except where no other wording will convey the intended meaning, in which case the technical term shall be defined.

3.3.3.2 **Emphasis.** — When necessary, emphatics such as "NOTE", "CAUTION", and "WARNING" shall be used as adjuncts to the text. These, however, shall be used as sparingly as is consistent with the real need. The appropriate adjunct to the text shall be selected in accordance with the following definition:
   (a) "NOTE" — An operating procedure, condition, etc., which it is essential to highlight.
   (b) "CAUTION" - Operating procedures, practices, etc., when if not strictly observed, will result in damage or destruction of equipment.
   (c) "WARNING" — Operating procedures, practices, etc., which will result in personal injury or loss of life if not correctly followed.

3.3.3.3 **Grammatical person and mode.** — The second person imperative shall be used for operational procedures; for example: "Disengage jacking gear from main engine reduction gears". The third person indicative shall be used for description and discussion; for example: "The jacking gear rotates the main shaft and main engine by engagement of the main reduction gears".

3.3.3.4 **Nomenclature consistency.** — Nomenclature used shall be consistent throughout the manual. For example, a part once identified as a "cover" shall not be referred to elsewhere as a "plate". That portion of the nomenclature that is used shall agree with the parts list nomenclature.

3.3.3.5 **Tables and charts.** — The use of tables and charts is desirable. Tables and charts shall be as simple as possible with sufficient explanation to make them easily used and understood. When material is presented in tabular form for ready reference purposes, as when listing weights, measures, condensed trouble shooting information, etc., the tabulation shall be numbered by table (or chart) number and chapter (or section) number. Thus, table 3 in chapter 4 shall be numbered table 4-3.

3.3.3.6 **Measures.** — The system of standard U. S. customary units of weights and measures shall be used. As a general rule all references to liquid capacities shall be given in U. S. standard units of liquid measure. When scientific or medical equipment is of a type which makes references to metric weights and measures customary, such references may be used.

3.3.3.6.1 **Temperature references.** — Temperature readings shall be given in degrees Fahrenheit or degrees Centigrade (Celsius), whichever is standard in U. S. industry. (In general, Fahrenheit is used with mechani-

■ 9999906 2107152 803 ■

**MIL-M-15071C(SHIPS)**

cal equipment and Centigrade (Celsius) is used with electric equipment.) Also, one may follow the other in parentheses, for example: 194°F (90°C) or 90°C (194°F).

**3.3.3.7 Figures** — A view of each assembly, sub-assembly and the component parts thereof shall be shown as necessary to supplement the text and aid in the identification of parts. Identification of illustrated parts with the listed parts shall be facilitated by the use of key numbers (or more commonly known as piece numbers or index numbers) and arrows which will identify assemblies, sub-assemblies and component parts thereof. Figures of the exploded type may be used. When the use of exploded views is not practical, simple cross sectional views may be used. It is preferable when cross sectional views are used that they be approved drawings or excerpts from approved drawings. In the event no applicable drawing is available, cross sectional views from manufacturer's drawings may be used. Reduced figures for reproduction from validated master figures do not require revalidation.

**3.3.3.8 Figure titles.** — Figure titles shall indicate clearly in a brief descriptive phase what is portrayed, by giving the function or process illustrated, the nomenclature of the equipment shown, or other pertinent and quickly understood identification.

Examples:

(a) Wing hydraulic system.
(b) Model D-3-401 wheel assembly.
(c) Measuring o.d. of clutch cone.
(d) Removing rotor and plate with fixture.

**3.3.3.9 Indexing and referencing of figures.** —

**3.3.3.9.1** Significant features or components of figures shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on figures with explanatory legend on the sketch or photo when an extremely large amount of nomenclature is required.

**3.3.3.9.2** In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrow head, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

**3.3.3.9.3** Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10 point type.

**3.3.3.10 Deleted figures.** — When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure_____deleted" in or near the place of deletion.

**3.3.3.11 Multiple reference.** — Where references are made in a paragraph to several items in the same figure, as in instructions detailing maintenance procedures, the figure number need be given only once at the beginning of the references (usually the beginning of the paragraph) with index numbers (or reference designation) of the items placed in parentheses in the body of the text where pertinent. Care shall be taken that such references are entirely clear. An example is the following portion of a paragraph:

"10. DISASSEMBLY OF AIR VALVE (see figure 1-5)
   a. Unscrew safety disc retainer (2) from valve body (1) and remove safety disc (3) and safety disc washer (4)."

**3.3.3.12 References to figures.** — Where reference is made to figures, the reference shall be to the figure number and the chapter (or section) number. The page number shall not be used. Where reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: "Remove nut (7) and drive out bolt (8) (see figure 1-5)."

**3.3.3.13 Specification and standard references.** — When Government specification or standard numbers are referred to, only the basic numbers shall be mentioned, omitting the revision letter suffix unless it is es-



*Licensed by Information Handling Services*

■ 9999906 2107153 74T ■

MIL-M-15071C(SHIPS)

sential to mention a particular issue of a specification or standard. References to specifications and standards shall be made as follows: "Federal Specification P-S-661", "Military Specification MIL-C-5020", "Military Standard MIL-STD-105", etc. All materials, required for maintenance referred to in the manual, such as lubricants, solvents, additives, scaling materials, abrasives, etc., shall be described by Military Specification numbers where applicable. Commercial designations may be used when there is no applicable Government specification.

3.3.3.14 **Numbers.** — Numbers used at the beginning of a sentence shall be spelled out and followed by the numeral in parentheses.

3.3.4 **Production and reproduction requirements for type II manuals.** —

3.3.4.1 **Graphics.** — The quality of art work for type II manuals (such as photographs, renderings, line drawings and diagrams) shall conform to the quality requirements of Standard MIL-STD-218-2.

3.3.4.1.1 **Photographs.** — Photographic figures shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched as necessary to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3.3.4.1.2 **Exploded views.** — Exploded views may be used for representation of parts of machinery or equipment to show proportionate size, proper relation to other parts, and assembly or disassembly sequence. It is preferable that all parts be exploded in isometric projection of their line of assembly axis (see figure 12).

3.3.4.2 **Color.** — Color shall be used functionally where it is absolutely necessary to show electrical or mechanical circuits, the flow of materials, schematic diagrams or operational diagrams. Cross hatching or similar methods of media shall be employed in lieu of color wherever possible. Color selection shall be based on the primary colors, which may be used in flat combination or screened for texts. A legend on the artwork shall explain the significance of each color used. In no case shall color be used for background or other decorative purpose.

3.3.4.3 **Printing.** — Printing shall be done by either photo-offset, or letterpress method, and shall be of equal quality to first-class commercial work. Reproduction copy may be type-set, varityped, or typewritten with a standard typewriter. In general, type-set copy is preferred with varityped or typewritten copy as second choice. Final typed manuscript shall conform to the requirements of Standard MIL-STD-218-3. The style of composition to be used, however, shall be governed by the quantity of manuals to be produced, the relative costs of the several methods and the availability of material prepared for earlier manuals. The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed necessary.

3.3.4.3.1 **Arrangement.** — The text may be arranged in the form of either two vertical columns or a single wide column. The two column arrangement shown on figure 10 is preferred; the single column arrangement is shown on figure 9. Right hand margins shall not necessarily have lines flush at the right, but care shall be taken to prepare a generally uniform margin. Final trim size shall be 8-3/8 by 10-7/8 inches. Test shall be printed on both sides except as otherwise specified herein for fold over pages.

3.3.4.4 **Paper.** — The paper for the photo-offset reproduction shall be preferably 25 by 38-50/500 basic offset; for letterpress 25 by 38-70/500 basic dull coated book paper.

3.3.4.5 **Covers.** — Covers for manuals less than ½ inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material, weight 6-½ to 7-½ ounces per square yard (finished cloth). Covers for manuals over ½ inch thick shall be made of semiflexible board covered with black fabrikoid material, weight 6-½ to 7-½ ounces per square yard. The information shown on figure 1 shall be imprinted in gold, silver, or aluminum color on the cover. Backbones of manuals over ½ inch thickness shall be imprinted with the NAVSHIPS number (Navy identification number) and title in brief. Covers shall overlap the top, bottom, and outside edge of the manual by 3/16 of an inch. Outside corners of the cover shall be slightly rounded.

3.3.4.6 **Binding.** — The binding shall be loose-leaf using 3/16 inch metal posts and screws, top and bottom posts 3/8 inch from the outside edge with the three posts spaced on 4-¼ inch centers. Covers for manuals ½ inch thick or more shall have a binding flange of corrosion-resistant metal covered 700 quality fabrikoid. On manuals

12

■ ९९९९९०६ २१०७१५४ ६८६ ■

containing less than 50 pages (25 sheets), split type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion.

3.3.4.6.1 **Fillers.** — Fillers made of newsboard or similar material shall be inserted where needed to build up the binding edge to the same thickness as the outside edge. Fillers shall be spaced throughout the binding edge of the manual such that the pages of the manual shall not be bent.

3.3.4.7 **Drawings.** — When drawings are necessary to illustrate the description, operation and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 13) and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. See 3.32.6 regarding partial page figures and fold-over pages. Care shall be taken in the preparation of drawings for reproduction to insure that when the drawings are reduced in size they shall be clear and legible.

3.3.4.8 **Figures.** — (NOTE: This paragraph does not pertain to reduced size reproduction of approved drawings which may be extracted and used as figures in a manual.) The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining area of a figure having similar values shall be avoided. Edges of all silhouette half-tone figures shall be sharply defined by retouching. Exploded views and cutaways shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion. Except for diagrams, schematic, orthographic projections, reproduction of approved drawings, all line sketches shall be prepared with the use of shading medium to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross section views.

3.3.4.9 **Reproduction copy.** — Reproduction copy shall be prepared in accordance with 3.3.4.3. If offset negatives are used in the publication of the manuals, a complete set of such negatives shall, after completion of the manuals, be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals. Regardless of the method of printing used, one glossy print or negative of each halftone figure included in the manuals, shall be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals. This requirement does not apply to manuals for which reproduction copy has been previously furnished. Where color is used (see 3.3.4.2) suitable copy for each separate color plate will be rendered properly identified showing register marks. Color plates shall also be forwarded to Naval Supply Depot, Mechanicsburg, Pennsylvania.

3.3.4.10 **Security requirements.** — The security requirements prescribed in Section IX — Graphic Arts of the Industrial Security Manual (DD Form 441-Attachment) shall be observed during the production, reproduction, and distribution of graphic arts involving classified information.

3.4 **Type III manuals.** —

3.4.1 **Contents.** — Type III manuals shall contain the following information as applicable presented in the order specified as follows (see figures 1 to 13 inclusive):

        Front matter
        Section 1 — General information
        Section 2 — Operating instructions.
        Section 3 — Installation.
        Section 4 — Maintenance.
        Section 5 — Parts list.
        Section 6 — Drawings.
        Memorandum.

**Note.** — When a manual covers an equipment composed of several distinct units (for example, a pump unit consisting of a pump and motor), it may be necessary to arrange the manual in major divisions, each covering one unit. If so,

13

Licensed by Information Handling Services

■ 9999906 2107155 512 ■

**MIL-M-15071C(SHIPS)**

the major divisions may be arranged by subdivisions, each corresponding to the requirements listed herein. The order listed herein may be altered with the approval of the bureau or agency concerned.

3.4.1.1 **Front matter.** — The front matter for type III manuals shall consist of the following.

    (a) Cover.
    (b) Title page.
    (c) Approval and procurement record page.
    (d) List of effective pages.
    (e) Correction page.
    (f) Table of contents.
    (g) List of figures.
    (h) List of tables.

3.4.1.1.1 The list of effective pages shall be required in classified manuals only, and in multiple volume manuals shall be a separate page for the contents of each volume.

3.4.1.1.2 The title page, table of contents, list of figures and list of tables shall be a separate page for the contents of each volume.

3.4.1.1.3 **Approval and procurement record page.** — In all final copies of the manual, the manufacturers shall include an approval and procurement record page inserted immediately following the title page. Figures 3a or 3b gives the format that shall be followed in its preparation.

3.4.1.1.4 **List of effective pages.** — A list of effective pages (see figure 4) shall be prepared for all final manuals classified for security purposes (see 3.1.4) and copies thereof. For multiple volume manuals there shall be prepared a separate list for the contents of each volume.

3.4.1.1.5 **Correction page.** — A correction page (see figure 5) shall be furnished for all final manuals and copies thereof for the purpose of making revisions in accordance with 3.1.6. For multiple volume manuals there shall be prepared a separate correction page for each volume.

3.4.1.1.6 **Table of contents.** — The table of contents (see figure 6) shall list all primary divisions and secondary subdivisions such as chapters, sections, and main paragraphs, with their corresponding paragraph numbers and page numbers. Where submanufacturers are furnishing associated equipment it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents.

3.4.1.1.7 **List of figures and drawings.** — A list of figures (see figure 7) which have been assigned figure numbers shall be prepared. This list shall be arranged in numerical sequence, by figure number and shall give the figure title (see 3.4.3.7) and page number.

3.4.1.1.8 **List of tables.** — The list of tables (see figure 8) shall follow the list of figures and drawings. It shall include all tables assigned numbers and shall be arranged in numerical sequence by table numbers.

3.4.1.2 **Section 1 — General information.** — This section shall include general data, an introduction and a detailed description.

3.4.1.2.1 **General data.** — This portion of the manual shall contain the following data:

    (a) Component list and performance design characteristics. The name of each component and the respective manufacturer's name with its complete rated performance characteristics for continuous or intermittent operation and, where applicable, maximum permissible overload characteristics and their duration. A description of the items shall be included to distinguish it from other items of the same general category. For instance, a motor shall be distinguished as to the specific type of motor for example, as a.c., synchronous, totally enclosed, etc.
    (b) Navy type designation.
    (c) Principal overall dimensions.

14

■ 9999906 2107156 459 ■

**MIL-M-15071C(SHIPS)**

(d) Weight (with or without packing).

(e) Allowable clearances, temperatures, pressures, pressure and blow range settings or tolerances shall be shown in tabular form.

3.4.1.2.2 **Introduction.** – This division shall include a general description of the equipment; explain briefly what it is, where it is used, and what it will do. All information of a general character applicable to the complete equipment shall be given. When the text contains technical terms, terms not commonly used, or symbols, definitions shall be included.

3.4.1.2.3 **Detailed description.** – This division shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example ship service turbogenerator, the turbine, reduction gear, generator, and exciter.

3.4.1.2.4 **Section 2 – Operating instructions.** – This division shall contain, simple, brief, and effective instructions, including normal routines and precautions to be observed in starting, operating, stopping or shutting down the equipment. Where operations are to be performed in specific sequence, step-by-step procedure shall be used. Operations shall be numbered in the order in which they are performed. Operating data which is frequently referred to in operating the equipment shall be included in this division. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.4.1.2.5 **Section 3 – Installation.** – This division shall contain methods of installation, including packing or unpacking, handling, preparation of site, alignment precautions, mounting instructions, bolting diagrams, recommendations regarding shielding, safety guards, grounding or bonding.

3.4.1.2.6 **Section 4 – Maintenance.** – This division shall cover all maintenance procedures and routine adjustments which should be performed periodically, as well as instructions for disassembly and replacement of worn or damaged parts. Instructions on lubrication shall be provided as applicable, preferably in chart form, and shall include the type of lubrication recommended by the manufacturer, together with specific time periods. Lubricants shall be described by Military Specification numbers, where applicable and by commercial designations. Maintenance instructions shall cover the use of special tools.

3.4.1.2.7 **Section 5 – Parts list.** – This section shall contain identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes.

3.4.1.2.7.1 **Contents.** – The parts list shall contain the following information arranged in an intelligible sequence:

(a) – Figure number. This shall denote the figure number whereon the part has been shown.

(b) – Index number. This number shall denote main assembly, subassembly or part identity on the reduced size drawing(s) or other figure(s) included in the manual. (This column may be eliminated when the part is identified by name on a figure.)

(c) – Nomenclature for part using actual manufacturer's name.

(d) – Number required.

(e) – Actual manufacturer's service part numbers.

3.4.1.2.7.2 **Special tools.** – A separate list shall immediately follow the parts tabulation under the heading "Special Tools" which are supplied with the equipment, that is, tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set) description, and manufacturer's identification number.

3.4.1.2.8 **Section 6 – Drawings.** – This division shall contain drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable.

3.4.1.2.9 **Memorandum pages.** – One blank sheet (two pages) shall be inserted at the end of the manual for memorandum purposes.

 15

■ ዓዓዓዓዓ06 2107157 395 ■

MIL-M-15071C(SHIPS)

### 3.4.2 Format. –

3.4.2.1 **Volumes**. – Should the summation of information submitted result in an unreasonably bulky manual, the information shall be divided into two or more volumes. The cover of each manual (volume) shall be printed in accordance with figure 1 with the addition of the following as to the respective volume number and the number of volumes comprising the total information furnished; for example, VOLUME I of III, VOLUME II of III, VOLUME III of III. Each volume shall be identified by the same NAVSHIPS number (see 3.1.2).

3.4.2.2 **Divisions (chapters or sections)**. – Divisions of manuals shall be by chapters or sections, numbered or lettered consecutively (see 3.4.2.5). In general, chapters shall be the main divisions of larger manuals and sections shall be the main divisions of smaller manuals. Chapters of larger manuals may be further divided into sections.

3.4.2.3 **Page identification**. – At the top of each left hand page, flush with the outside margin, shall appear a briefed title of the manual. At the top of each right hand page, flush with the outside margin, shall appear the division, chapter, or section title.

3.4.2.4 **Paragraphs**. – Paragraphs shall not be titled or numbered more extensively than is necessary to facilitate reference. Individual paragraph numbering may be omitted, provided the text is so prepared that reference to each paragraph by number is unnecessary. Main paragraphs shall be numbered consecutively within each division, chapter or section, using Arabic numerals separated by a dash. The number following the dash will indicate the number of the paragraph within the section; for example, "2-17" is the 17th paragraph of section 2. Similarly for manuals subdivided by chapter and section both the chapter and section number shall precede the paragraph number; for example, "2-4-10" is the 10th paragraph of section 4 contained in chapter 2. The main paragraph numbers and title shall stand alone on one line (see figures 9 and 10).

3.4.2.5 **Numbering**. – Front matter pages shall be numbered in lower case Roman numerals. The cover, title page, and approval and procurement record pages shall not be numbered. Pages of the manual(s) shall be numbered consecutively within each division, chapter (or section). Arabic numerals shall be used for numbering for all pages other than the front matter. All odd numbered pages shall appear as right hand pages. Pages, tables, and figures which are referred to in the manual shall be numbered consecutively within each chapter (or section) but each starting with the number "ONE". The page, table, and figure number shall be preceded by the chapter (or section) number. For example, page 3 in section 4 shall be numbered page 4-3, table 5 in section 2 shall be numbered table 2-5, figure 2 in section 1 shall be numbered figure 1-2. Where manuals are divided by chapter and section the chapter and section number both shall precede the page, table, and figure number. Page numbers shall be placed at the lower outer corner of the page.

3.4.2.5.1 Fold over pages shall be right hand pages printed on one side only and when they are used they shall be assigned two page numbers. The page numbers shall appear on the face of the sheet at the lower right hand corner (see figure 13). Fold over pages shall be arranged so that page numbers and figure numbers are visible without unfolding. Fold over arrangements shall be as shown on figure 13.

3.4.2.6 **Layout treatment**. – The layout of the manuals shall be such as to conserve space without detracting from the utility or clarity of the material presented. Blank pages and spaces shall be avoided wherever possible with the exception specified in 3.4.1.2.9 and in 3.4.2.6.1. Normally, textual material shall be printed on both sides of the sheet. Figures serving no instructional function or to which no reference is made in the text shall not be used. Partial page figures within the text are preferred although several small figures may be grouped to form a single page layout. Whenever possible, figures within the text shall be located so that reference can be made from applicable text without turning a page. Whenever it is necessary to include fold over pages they shall be inserted at the end of the applicable division, chapter or section.

3.4.2.6.1 All drawings which are inserted as fold over pages shall be provided with a blank apron page at the left hand edge of the fold over page (see figure 13). This will permit the printed portion in its entirety to be visible while the text is being studied.

3.4.3 **Text**. –

*Licensed by Information Handling Services*

■ 9999906 2107158 221 ■

**3.4.3.1 Wording.** — The text shall be factual, specific, concise, and clearly worded so as to be readily understandable to relatively inexperienced personnel involved in the operation and maintenance of the equipment, yet provide technicians with sufficient information to install, operate, service, and maintain the equipment at peak performance. Technical phraseology requiring a specialized knowledge shall be avoided except where no other wording will convey the intended meaning, in which case the technical term shall be defined.

**3.4.3.2 Emphasis.** — When necessary, emphatics such as "NOTE", "CAUTION", and "WARNING" shall be used as adjuncts to the text. These, however, shall be used as sparingly as is consistent with the real need. The appropriate adjunct to the text shall be selected in accordance with the following definitions:

(a) "NOTE" — An operating procedure, condition, etc., which it is essential to highlight.
(b) "CAUTION" — Operating procedures, practices, etc., when if not strictly observed, will result in damage or destruction of equipment.
(c) — "WARNING" — Operating procedures, practices, etc., which will result in personal injury or loss of life if not correctly followed.

**3.4.3.3 Grammatical person and mode.** — The second person imperative shall be used for operational procedures; for example: "Disengage jacking gear from main engine reduction gears." The third person indicative shall be used for description and discussion; for example: "The jacking gear rotates the main shaft and main engine by engagement of the main reduction gears."

**3.4.3.4 Nomenclature consistency.** — Nomenclature used shall be consistent throughout the manual. For example, a part once identified as a "cover" shall not be referred to elsewhere as a "plate". That portion of the nomenclature that is used shall agree with the parts list nomenclature.

**3.4.3.5 Tables and charts.** — The use of tables and charts is desirable. Tables and charts shall be as simple as possible with sufficient explanation to make them easily used and understood. When material is presented in tabular form for ready reference purposes, as when listing weights, measures, condensed trouble shooting information, etc., the tabulation shall be numbered by table (or chart) number and chapter (or section) number. Thus table 3 in chapter 4 shall be numbered table 4-3.

**3.4.3.6 Measures.** — The system of standard U. S. customary units of weights and measures shall be used. As a general rule all references to liquid capacities shall be given in U. S. standard units of liquid measure. When scientific or medical equipment is of a type which makes reference to metric weights and measures customary, such reference may be used.

**3.4.3.6.1 Temperature reference.** — Temperature readings shall be given in degrees Fahrenheit or degrees Centigrade (Celsius), whichever is standard in U. S. industry. (In general, Fahrenheit is used with mechanical equipment and Centigrade (Celsius) is used with electric equipment.) One may follow the other in parentheses, for example: 194°F. (90°C. (194°F.).

**3.4.3.7 Figures.** — A view of each assembly, sub-assembly and the component parts thereof shall be shown as necessary to supplement the text and aid in the identification of parts. Identification of illustrated parts with the listed parts shall be facilitated by the use of key numbers (or more commonly known as piece numbers or index numbers) and arrows which will identify assemblies, sub-assemblies, and component parts. Figures of the exploded type may be used. When the use of exploded views is not practical, simple cross sectional views may be used. It is preferable when cross sectional views are used that they be approved drawings or excerpts from approved drawings. In the event no applicable drawing is available, cross sectional views from manufacturer's drawings may be used. Reduced figures for reproductions from validated master figures do not require revalidation.

**3.4.3.8 Figure titles.** — Figure titles shall indicate clearly in a brief descriptive phrase what is portrayed, by giving the function or process illustrated, the nomenclature of the equipment shown, or other pertinent and quickly understood identification.

Examples:

(a) Wing hydraulic system.

17

■ 9999906 2107159 168 ■

**MIL-M-15071C(SHIPS)**

    (b) Model D-3-401 wheel assembly.
    (c) Measuring o.d. of clutch cone
    (d) Removing rotor and plate with fixture.

### 3.4.3.9 Indexing and referencing of figures. —

3.4.3.9.1 Significant features or components of figures shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on figures with explanatory legend on the sketch or photo when an extremely large amount of nomenclature is required.

3.4.3.9.2 In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrow head, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the required details.

3.4.3.9.3 Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10 point type.

3.4.3.9.4 **Deleted figures.** — When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure_____deleted" in or near the place of deletion.

3.4.3.9.5 **Multiple reference.** — Where references are made in a paragraph to several items in the same figure, as in instructions detailing maintenance procedures, the figure number need be given only once at the beginning of the references (usually the beginning of the paragraph) with index numbers (or reference designations) of the items placed in parentheses in the body of the text where pertinent. Care shall be taken that such references are entirely clear. An example is the following portion of a paragraph:

    "10.  DISASSEMBLY OF AIR VALVE (see figure 1-5)
        a.  Unscrew safety disc retainer (2) from valve body (1) and remove safety disc (3) and safety disc washer (4)"

3.4.3.9.6 **Reference to figures.** — Where reference is made to figures, the reference shall be to the figure number and the chapter (or section) number. The page number shall not be used. Where reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: "Remove nut (7) and drive out bolt (8) (see figure 1-5)."

3.4.3.9.7 **Specification and standard references.** — When Government specifications or standard numbers are referred to, only the basic numbers shall be mentioned, omitting the revision letter suffix unless it is essential to mention a particular issue of a specification or standard. References to specifications and standards shall be made as follows: "Federal Specification P-S-661", "Military Specification MIL-C-5020", "Military Standard MIL-STD-105", etc. All materials required for maintenance referred to in the manual, such as lubricants, solvents, additives, scaling materials, abrasives, etc., shall be described by military specification numbers where applicable. Commercial designations may be used when there is no applicable government specification.

3.4.3.9.8 **Numbers.** — Numbers used at the beginning of a sentence shall be spelled out and followed by the numeral in parentheses.

### 3.4.4 Production and reproduction for type III manuals. —

3.4.4.1 **Graphics.** — The quality of art work for type III manuals (such as photographs, renderings, line drawings and diagrams) shall conform to the quality requirements of Standard MIL-STD-218-2.

3.4.4.1.1 **Photographs.** — Photographic figures shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched as necessary to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

18

*Licensed by Information Handling Services*

■ 9999906 2107160 98T ■

**3.4.4.1.2 Exploded views.** — Exploded views may be used for representation of parts of machinery or equipment to show proportionate size, proper relation to other parts, and assembly or disassembly sequence. It is preferable that all parts be exploded in isometric projection on their line of assembly axis (see figure 12).

**3.4.4.2 Color.** — Color shall be used functionally where it is absolutely necessary to show electrical or mechanical circuits, the flow of materials, schematic diagrams or operational diagrams. Cross hatching or similar methods of media shall be employed in lieu of color wherever possible. Color selection shall be based on the primary colors, which may be used in flat combination or screened for texts. A legend on the artwork shall explain the significance of each color used. In no case shall color be used for backgrounds or other decorative purpose.

**3.4.4.3 Printing.** — Printing shall be done by either photo-offset or letterpress method, and shall be of equal quality to first class commercial work. Reproduction copy may be type-set, varityped, or typewritten with a standard typewriter. In general, type-set copy is preferred with varityped or typewritten copy as second choice. Final typed manuscript shall conform to the requirements of Standard MIL-STD-218-3. The style of composition to be used, however, shall be governed by the quantity of manuals to be produced, the relative costs of the several methods and the availability of material prepared for earlier manuals. The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed necessary.

**3.4.4.3.1 Arrangement.** — The text may be arranged in the form of either two vertical columns or a single wide column. The two column arrangement shown on figure 10 is preferred; the single column arrangement is shown on figure 9. Right hand margins shall not necessarily have lines flush at the right, but care shall be taken to prepare a generally uniform margin. Final trim size shall be 8-3/8 by 10-7/8 inches. Text shall be printed on both sides except as otherwise specified herein for fold over pages.

**3.4.4.4 Paper.** — The paper for the photo-offset reproduction shall be preferably 25 by 38-50/500 basic offset; for letterpress 25 by 38-70/500 basic dull coated book paper.

**3.4.4.5 Covers.** — Covers for manuals less than ½ inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material, weight 6-½ to 7-½ ounces per square yard (finished cloth). Covers for manuals over ½ inch thick shall be made of semiflexible board covered with black fabrikoid material, weight 6-½ to 7-½ ounces per square yard. The information shown on figure 1 shall be imprinted in gold, silver, or aluminum color on the cover. Backbones of manuals over ½ inch thick shall be imprinted with the NAVSHIPS number (Navy identification number) and title in brief. Covers shall overlap the top, bottom, and outside edge of the manual by 3/16 of an inch. Outside corners of the cover shall be slightly rounded.

**3.4.4.6 Binding.** — The binding shall be loose-leaf using 3/16 inch metal posts and screws, top and bottom posts 3/8 inch from the outside edge with the three posts spaced on 4-¼ inch centers. Covers for manuals ½ inch thick or more shall have a binding flange of corrosion-resistant metal covered 700 quality fabrikoid. On manuals containing less than 50 pages (25 sheets), split type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion - resisting material, or shall be treated to resist corrosion.

**3.4.4.6.1 Fillers.** — Fillers made of newsboard or similar material shall be inserted where needed to build up the binding edge to the same thickness as the outside edge. Fillers shall be spaced throughout the binding edge of the manual such that the pages of the manual shall not be bent.

**3.4.4.7 Drawings.** — When drawings are necessary to illustrate the description, operation and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 13) and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. Also see 3.4.2.5 regarding partial page figures and fold over pages. Care shall be taken in the preparation of drawings for reproduction to insure that when the drawings are reduced in size they shall be clear and legible.

**3.4.4.8 Figures.** — (NOTE: This paragraph does not pertain to reduced size reproduction of approved drawings which may be extracted and used as figures in a manual). The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining area of a figure having similar values shall be avoided. Edges of all silhouette halftone figures shall be sharply defined by retouching. Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may

19

■ 9999906 2107161 816 ■

MIL-M-15071C(SHIPS)

be used for small parts or units which lend themselves to this method without showing noticeable distortion.  Except for diagrams, schematics, orthographic projections, reproduction of approved drawings, all line sketches shall be prepared with the use of shading medium to clarify and model the form of the sketch.  This rendering shall be kept as simple as possible.  Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided.  Solid black shall be used in dark areas to increase contrast and simplify the sketch.  This applies to cutaway views, exploded views and cross section views.

3.4.4.9 **Reproduction copy.** — Reproduction copy shall be prepared in accordance with 3.4.4.3.  If offset negatives are used in the publication of the manuals, a complete set of such negatives shall, after completion of the manuals, be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals.  Regardless of the method of printing used, one glossy print or negative of each *halftone* figure included in the manuals, shall be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals.  This requirement does not apply to those figures for which reproduction copy has been previously furnished. Where color is used (see 3.4.4.2) suitable copy for each separate color plate will be rendered properly identified showing register marks.  Color plates shall be forwarded to Naval Supply Depot, Mechanicsburg, Pennsylvania.

3.4.5 **Security requirements.** — The security requirements prescribed in Section IX — Graphic Arts of the Industrial Security Manual (DD Form 441 — Attachment) shall be observed during the production, reproduction and distribution of graphic arts involving classified information.

3.5 **Type IV manuals.** —

3.5.1 **Contents.** — Type IV manuals shall consist of manufacturer's standard commercial instructions and parts lists bound together.  Production drawings prepared for the manufacture of the equipment(s) when required may be included to supplement the standard manufacturer's instructions.  All final manuals shall include an approval and procurement record page (see figures 3a and 3b).

3.5.2 **Covers.** — Covers shall be of a black fabrikoid or leatheroid material.  The cover shall bear the information shown on figure 1 and shall be located in accordance with the format shown thereon.

3.5.3 **Binding.** — The manual and covers shall be bound either by stapling, stitching or by use of metal binding posts.

3.6 **Distribution requirements.** —

3.6.1 Unless otherwise specified in the contract or order, distribution of all *final manuals not exactly identical* to ones previously procured and assigned a NAVSHIPS number shall be as follows:

(a) Two copies packed with each unit of equipment procured but not to exceed six for ultimate placement aboard a single ship shall be provided.  The requirement for concurrent delivery of these manuals with the equipment cannot be over emphasized since they are absolutely essential for effective shipboard installation, operation and maintenance of the equipment for which they are supplied.
(b) Two copies to the Bureau of Ships.
(c) Two copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard.
(d) One copy to each U. S. Naval Shipyard, except Pearl Harbor and Portsmouth Naval Shipyards (total of nine).
(e) Two copies to the Commander, Pearl Harbor Naval Shipyard (for submarine equipment and surface ship equipment).
(f) Two copies to the Commander, Portsmouth Naval Shipyard (for submarine equipment only).
(g) One copy to the cognizant Inspector of Naval Material.
(h) Two copies to the Submarine Supply Office, Philadelphia, Pennsylvania (submarine equipment only).
(i) Two copies to all Submarine Tenders (submarine equipment only).
(j) Two copies to the Commander, Submarine Base, New London, Connecticut (submarine equipment only).
(k) Three copies to the Commanding Officer, Ships Parts Control Center, Mechanicsburg, Pennsylvania.

20

■ 9999906 2107162 752 ■

MIL-M-15071C(SHIPS)

(1) Two copies of the approval and procurement record page, (see figures 3a or 3b) to the Commanding Officer, Ships Parts Control Center, Mechanicsburg, Pennsylvania, (for record purposes only).

(m) Two copies of the approval and procurement record page, (see figures 3a or 3b) to the Bureau of Ships (for record purposes only).

(n) Manuals for stock shall be in the following quantities:

| Number of equipments | Number of copies |
|---|---|
| 1 to 10 | 5 plus 1 per equipment |
| 11 to 25 | 25 |
| 26 to 40 | 35 |
| 41 to 60 | 50 |
| 61 to 100 | 65 |
| 101 to 150 | 80 |
| 151 to 200 | 100 |
| 201 and over | 1 for every 2 identical equipments procured |

These manuals shall be shipped to:

Commanding Officer
Naval Supply Depot
(For Stock)
Mechanicsburg, Pennsylvania

3.6.2  Unless otherwise specified in the contract or order, distribution of all final manuals exactly identical to ones previously procured and approved (as evidenced by a previously assigned NAVSHIPS number ) (see figures 3a and 3b) shall be as follows:

(a) Two copies packed with each unit of equipment procured but not to exceed six for ultimate placement aboard a single ship shall be provided.  The requirement for concurrent delivery of these manuals with the equipment cannot be over emphasized since they are absolutely essential for effective shipboard installation, operation and maintenance of the equipment for which they are supplied.

(b) Two copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard.

(c) Two copies of the approval and procurement record page, (see figures 3a or 3b) to the Commanding Officer, Ships Parts Control Center, Mechanicsburg, Pennsylvania, (for record purposes only).

(d) Two copies of the approval and procurement record page, (see figures 3a or 3b) to the Bureau of Ships, (for record purposes only).

3.6.3  Unless otherwise specified in the contract or order, distribution of all final manuals for ships being constructed, reactivated, converted or otherwise readied for transfer under the Mutual Defense Assistance Program (MDAP) shall be as follows:

(a) Two copies packed with each unit of equipment procured but not to exceed six for ultimate placement aboard ship shall be provided.  The requirement for concurrent delivery of these manuals with the equipment cannot be over emphasized since they are absolutely essential for effective shipboard installation, operation and maintenance of the equipment for which they are supplied.

(b) Six copies per equipment for each ship to be transferred under MDAP to a foreign government.  These copies shall be sent to the Military Assistance Advisory Group (MAAG) of the recipient country for delivery to the foreign government which is to receive the ship.

(c) One copy to the Washington, D. C. Naval Attache of the foreign government to receive the ship.

(d) Two copies to the Bureau of Ships.

(e) One copy to the cognizant Supervisor of Shipbuilding when the equipment is to be installed at a private yard.

(f) One copy to the cognizant Inspector of Naval Material.

21

Licensed by Information Handling Services

█ ꟼꟼꟼꟼꟼ0�location 2107163 699 █

MIL-M-15071C(SHIPS)

    (g) Twelve copies to:
                  Commanding Officer
                  Naval Supply Depot
                  (For Stock)
                  Mechanicsburg, Pennsylvania

    (h) Two copies of the approval and procurement record page (see figures 3a or 3b) to the Commanding Officer, Ships Parts Control Center, Mechanicsburg, Pennsylvania (for record purposes).

    (i) Two copies of the approval and procurement record page, (see figures 3a or 3b to the Bureau of Ships (for record purposes only).

    **3.7 Workmanship.** — The workmanship shall be of high quality, comparable in text, compilation, arrangement, and accuracy to high grade commercial manuals and parts catalogs and shall be satisfactory to the bureau or agency concerned. Copy which has filled letters or is blurred will not be acceptable.

## 4. QUALITY ASSURANCE PROVISIONS

    **4.1 Approval procedures.** — The methods of approval shall be as specified in 3.1.8.1.

    **4.2 Inspection procedures.** — For Naval purchases, the general inspection procedures shall be in accordance with the General Specifications for Inspection of Material.

## 5. PREPARATION FOR DELIVERY

    **5.1 Manuals accompanying equipment.** — One or two copies, as specified in the contract or order, of the manual shall be packed within the shipping container holding the main unit of equipment. The manual(s) shall be so placed that they are readily accessible prior to removing the equipment and shall not be placed within the water vaporproof barrier material used to enclose the equipment. Manuals accompanying equipment shall be packaged in accordance with method IC-3 of Specification MIL-P-116 except the manuals accompanying the equipment packed by level C shall be packaged in accordance with commercial practice. The packing list shall indicate which container includes the manuals.

    **5.2 Bulk manuals.** —

    **5.2.1 Packing.** —

    **5.2.1.1 Level A.** — Manuals, in multiples of 10 when practical, shall be packed in overseas type wood cleated fiberboard, nailed wood, wirebound wood, corrugated or solid fiberboard, wood cleated paper overlaid, or wood cleated plywood boxes conforming to Specifications PPP-B-591, PPP-B-621, PPP-B-585, class 2 or 3, JAN-P-108, MIL-B-10377 or PPP-B-601, respectively. Shipping containers shall have caseliners conforming to Specification MIL-L-10547 and shall be closed and sealed in accordance with the appendix thereto. Caseliners for boxes conforming to Specification JAN-P-108 may be omitted provided all joints of the boxes are sealed with tape as specified in the appendix of the box specification. Box closures shall be as specified in the applicable box specification or appendix thereto. The gross weight of wood boxes shall not exceed 200 pounds; fiberboard boxes shall not exceed the weight limitations of the applicable box specification.

    **5.2.1.2 Level B.** — Manuals, in multiples of 10 when practical, shall be packed in domestic type wood cleated fiberboard, nailed wood, wirebound wood, corrugated or solid fiberboard, wood cleated plywood, or wood cleated paper overlaid boxes conforming to Specifications PPP-B-591, PPP-B-621, PPP-B-585, LLL-B-631, LLL-B-636, PPP-B-601 or MIL-B-10377, respectively. Closures shall be as specified in the applicable box specification or appendix thereto. Fiberboard boxes shall conform to the special requirement of the applicable box specification. The gross weight of wood boxes shall not exceed 200 pounds; fiberboard boxes shall not exceed the weight limitations of the applicable box specification.

    **5.2.1.3 Level C.** — Manuals shall be packed in a manner to insure safe delivery and acceptance at destination. Containers shall comply with the Consolidated Freight Classification Rules or other carrier regulations applicable to the mode of transportation.

22



Licensed by Information Handling Services

◼ 9999906 2107164 525 ◼◼

MIL-M-15071C(SHIPS)

**5.2.2 Security requirements.** — All classified material shall be prepared for delivery in accordance with DD441 (ATTACHMENT).

**5.3 Marking.** — In addition to any special marking specified in the contract, order, or herein, each unit and intermediate package and shipping container shall be marked in accordance with Standard MIL-STD-129.

## 6. NOTES

**6.1 Ordering data.** — Procurement documents should specify the following:

  (a) Title, number, and date of this specification.
  (b) Type of manual required (see 1.2).
  (c) Security classification, if required (see 3.1.4).
  (d) Special requirements for type I manuals (see 3.2) when appropriate.
  (e) Quantity of preliminary manuals required, delivery date and delivery destination(s).
  (f) Quantity of final manuals required, delivery date, and delivery destination(s) (see 3.6).
  (g) Details of special requirements for drawings, charts, and illustrations, pertinent to the particular equipment, if not covered by the equipment specification.
  (h) Levels of packing required (see 5.1 and 5.2).

**6.2 Superseding data.** — Types of manuals have been superseded as follows:

| MIL-T-15071B | MIL-M-15071C |
|---|---|
| Type A | Type I |
| Type B | Type II |
| Type C | Type III |
| Type D | Type IV |

**Notice.** — When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever, and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

23

■ 9999906 2107165 461 ■

BUREAU IDENTIFICATION NUMBER OF MANUAL appears in upper left-hand corner, set in 18 pt. Stymie light caps with Stymie bold numerals.

SECURITY CLASSIFICATION (see 3.1.4) appears in upper left-hand corner, set in 18 pt. Stymie light caps.

MULTIPLE-VOLUME MANUALS applicable to the same equipment shall be identified as to the particular volume and the number of volumes comprising the total information. Single-volume manuals need not be so annotated. This annotation shall be set in 18 pt. Stymie light caps with Roman numerals.

SERIAL NUMBER (see DD441 Attachment) appears in upper right hand corner, set in 18 pt. Stymie light caps. (Serial number assigned in this case is Serial No.-1). Serial numbers are not required for unclassified manuals.

PUBLICATION shall be defined as "MANUAL, TECHNICAL" and so annotated. Type set in 24 pt. Stymie extra bold upper and lower case.

SPECIFIC TITLE OF MANUAL set in 30 pt. Stymie extra bold caps.

MANUFACTURER'S NAME AND ADDRESS set in 24 pt. Stymie extra bold caps.

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D. C., to be set at bottom of page in 12 pt. Stymie light caps, letter spaced and separated as shown.

SECURITY CLASSIFICATION (see 3.1.4) appears in lower right-hand corner, set in 18 pt. Stymie light caps.

NOTE - If Stymie is not available, the following faces may be substituted: Gothic, Alternate Gothic, Futura, and Sans Serif.



24

Licensed by Information Handling Services



**NAVSHIPS 300-0000**

SECURITY CLASSIFICATION

**VOLUME I OF III**

SERIAL NO.-1

**TECHNICAL MANUAL**

**450-KW AC/DC GENERATOR SET STEAM-TURBINE**

**MANUFACTURER'S NAME AND ADDRESS**

**BUREAU OF SHIPS   -   NAVY DEPARTMENT   -   WASHINGTON, D. C.**

SECURITY CLASSIFICATION

**FIGURE 1 - TYPICAL COVER**

25



*Licensed by Information Handling Services*

■ 9999906 2107167 234 ■

SECURITY CLASSIFICATION (see 3.1.4) appears in upper right-hand corner set in 18 pt. Stymie light caps.

BUREAU IDENTIFICATION NUMBER OF MANUAL appears in upper-left-hand corner, set in 18 pt. Stymie light caps with Stymie Bold numerals.

SERIAL NUMBER (see DD441 Attachment) appears in upper left-hand corner, set in 18 pt. Stymie light caps.  (Serial number assigned in this case is Serial No.-1).  Serial numbers are not required for unclassified manuals.

MULTIPLE-VOLUME MANUALS applicable to the same equipment shall be identified as the particular volume and the number of volumes comprising the total information.  Single-volume manuals need not be so annotated.  This annotation shall be set in 18 pt. Stymie light caps with Roman numerals.

TYPE OF MANUAL (see 1.2) set in 24 pt. Stymie extra bold upper case.

PUBLICATION shall be defined as "MANUAL, TECHNICAL" and so annotated.  Type set in 24 pt. Stymie extra bold upper case.

SPECIFIC TITLE OF MANUAL set in 30 pt. Stymie bold upper case.

"WARNING" paragraph shall be set in 8 pt. Stymie bold caps (see 3.1.4). This paragraph not required for unclassified manuals.

MANUFACTURER'S NAME AND ADDRESS set in 24 pt. Stymie extra bold caps.

CONTRACT NO. may, at the discretion of the manufacturer, be hand lettered, stamped or typewritten on the title page in lieu of being printed.

"NOTICE FOR REQUISITIONING" shall be set in 24 pt. Stymie extra bold caps.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION.

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D. C., to be set at bottom of page in 12 pt. Stymie light caps.

DATE OF MANUAL may, at the discretion of the manufacturer, be hand lettered, stamped or typewritten on the title page in lieu of being printed.

SECURITY CLASSIFICATION (see 3.1.4) appears in lower right-hand corner set in 18 pt. Stymie light caps.

NOTE:  If Stymie is not available, the following faces may be substituted: Gothic, Alternate Gothic, Futura, and Sans Serif.  Weights shown shall be maintained.

*26*

Licensed by Information Handling Services



■ 9999906 2107168 170 ■■

SERIAL NO.-1
VOLUME I OF III

SECURITY CLASSIFICATION
NAVSHIPS 300-0000

## TYPE - I
## TECHNICAL MANUAL
## 450-KW AC/DC
## GENERATOR SET
## STEAM-TURBINE

"WARNING: This material contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794, the transmission or revelation of which in any manner to an unauthorized person is prohibited by law."

## MANUFACTURER'S NAME AND ADDRESS

## CONTRACT NObs 00000

NOTICE: Additional copies of this or other manuals may be obtained from the U. S. Naval Supply Depot, Mechanicsburg, Pennsylvania. Manuals requested on equipment for which a NAVSHIPS identification number is not known may be obtained by furnishing complete identification plate data, service application and other characteristics of the equipment to aid in the identification of the applicable manual.

**MANUFACTURER'S BOOK NUMBER**

**BUREAU OF SHIPS   -   NAVY DEPARTMENT   -   JUNE 1956**

SECURITY CLASSIFICATION

## FIGURE 2 - TYPICAL TITLE PAGE

27



Licensed by Information Handling Services

■ 9999906 2107169 007 ■

PAGE HEADING FOR IDENTIFICATION. ──────────────

BASIC APPROVAL DATA shall include the applicable letters or cor‐
respondence granting approval in conformance with approval procedure
specified in 3.1.8.1.

COLUMN HEADINGS FOR LISTING NECESSARY DATA. ──────────

DATA shall be listed in sequence by contract date with the latest con‐
tract appearing last as illustrated.

REMARKS space reserved for comments. ──────────────

CERTIFICATION paragraph and date. ──────────────

MANUFACTURER'S SIGNATURE. ──────────────

NOTES:
1. This page is to be made of the same paper as the remainder of
   the manual and may be typed or printed.  It shall be inserted
   within the manual immediately following the title page.

2. A manufacturer shall list only the present contract or order and
   two p r e v i o u s  contracts or orders.  Manufacturers with less
   than three previous contracts or orders shall list all previous
   contracts or orders.

3. This figure applies to preliminary and final manuals which are
   identical to those previously furnished.  For preliminary and
   final manuals being furnished for the first time, see figure 3B.



28
Licensed by Information Handling Services

■ 9999906 2107170 829 ■

# APPROVAL AND PROCUREMENT RECORD

## BASIC APPROVAL DATA FOR:  NAVSHIPS 300-0000,

### TITLE _____

Bureau of Ships letter Serial 544-654 of 18 April 1953. NAVSHIPS 300-0000 Model 67DR Dishwashing Machine.  Supervisor of Shipbuilding, USN and Naval Inspector of Ordnance, New York Serial 34567-987 of 16 March 1953, AKA150 Class/S45/11/8.

| CONTRACT OR ORDER | DATE | VESSELS APPLICABLE | QUANTITY OF MANUALS | BUILDING YARD |
|---|---|---|---|---|
| 917-7896-W1897 | 2-16-53 | AKA156 DE113 | 56 | A Shipyard Company Gamble, New York |
| NObs-76813 | 3-17-54 | DE789 CVE888 | 45 | B Iron Works Leadville, Penna. |
| NObs-67000 | 4-18-55 | AMS198 SS111 | 8 | C Iron Works Bath, Maine |

## REMARKS:

None.

## CERTIFICATION:                    DATE    1-1-56

It is hereby certified that the manuals to be provided under this contract (or order No.) Nobs-67000 are exactly identical to NAVSHIPS 300-0000 approved by authority of basic approval data shown above.  Further it is certified that this identical manual has been provided under other contracts or orders as listed above.

### MANUFACTURER'S SIGNATURE

FIGURE 3A,  APPROVAL AND PROCUREMENT RECORD PAGE

29 

Licensed by Information Handling Services

■ 9999906 2107171 765 ■

PAGE HEADING FOR IDENTIFICATION. ————————————

BASIC APPROVAL DATA shall include the applicable letters or cor-—
respondence granting approval in conformance with approval procedure
specified in 3.1.8.1.

COLUMN HEADINGS FOR LISTING NECESSARY DATA. —————

REMARKS space reserved for comments. ————————————

CERTIFICATION paragraph and date. ————————————

MANUFACTURER'S SIGNATURE. ————————————

NOTES:

1. This page is to be made of the same paper as the remainder of
   the manual and may be typed or printed.  It shall be inserted
   within the manual immediately following the title page.

2. The manufacturer shall list the contract or order under which
   the final manual is being furnished for the first time.

3. This figure applies to preliminary and final manuals which are
   being furnished for the first time.  For preliminary and final
   manuals identical to those previously furnished, see figure 3A.



30

Licensed by Information Handling Services

■ 9999906 2107172 6T1 ■

# APPROVAL AND PROCUREMENT RECORD

## BASIC APPROVAL DATA FOR: NAVSHIPS 300-0000,

### TITLE _____

Manual - Leslie Pump Pressure Governors and Strainers for Fuel Oil Service Pumps, NAVSHIPS 300-0000.

Approved by New York Naval Shipyard letter 252:ETE:mk, CVA62/S48 of 5 November 1956.

| CONTRACT OR ORDER | DATE | VESSELS APPLICABLE | QUANTITY OF MANUALS | BUILDING YARD |
|---|---|---|---|---|
| N140(131)56253B | 12-29-55 | CVA62 | 28 | New York Naval Shipyard Naval Base Brooklyn 1, New York |

**REMARKS:**

**CERTIFICATION:**                    **DATE** 4-27-56

It is hereby certified that the manual, NAVSHIPS 300-0000, provided under this contract (or order No.) N140(131)56253B, has been approved by authority of basic approval data shown above.

**MANUFACTURER'S SIGNATURE**

FIGURE 3B, APPROVAL AND PROCUREMENT RECORD PAGE

31



Licensed by Information Handling Services

■■ 9999906 2107173 538 ■■

**SECURITY CLASSIFICATION**            **FRONT MATTER**

## LIST OF EFFECTIVE PAGES

| PAGE NUMBERS | CHANGE IN EFFECT | PAGE NUMBERS | CHANGE IN EFFECT |
|---|---|---|---|
| Title Page | Original | 4-1 through 4-25 | Original |
| APR Page | | | |
| iii through vi | Original | 5-1 through 5-20 | Original |
| 1-1 through 1-4 | Original | 6-1 through 6-28 | Original |
| 2-1 through 2-10 | Original | 7-1 through 7-15 | Original |
| 3-1 through 3-8 | Original | | |

**ORIGINAL**                    **SECURITY CLASSIFICATION**                    III

Figure 4 – List of effective pages

Licensed by Information Handling Services

■■ 9999906 2107174 474 ■■

**SECURITY CLASSIFICATION**           **Correction Page**

### RECORD OF CORRECTIONS MADE

| PAGES | NUMBERS | DATE | SIGNATURE |
|---|---|---|---|
| Revised | 1-6 through 1-8 | 2/56 | John R. Smith |
| Revised | 3-7 through 3-9 | 6/56 | John R. Smith |
| New | 2-14.1 through 2-14.3 | 7/56 | John R. Smith |
| Revised | 3-10 through 3-12 | 12/56 | John R. Smith |
| Supplementary | 3-14.1 through 3-14.3 | 2/57 | John R. Smith |

Figure 5 — Record of corrections made

34

Licensed by Information Handling Services

■ 9999906 2107175 300 ■

Contents                SECURITY CLASSIFICATION                FRONT MATTER

TABLE OF CONTENTS

DIVISION ONE-ENGINE

Paragraph                                                                                Page

**CHAPTER 1 — GENERAL INFORMATION**

Section 0—

1-0-1   General Data ................................................................ 1-0-1
1-0-2   Introduction ................................................................ 1-0-8
1-0-3   Detailed Description ........................................................ 1-0-9

**CHAPTER 2 — PRINCIPLES OF OPERATIONS**

Section 1 - Basic Engine Cycles

2-1-1   Four-Stroke Cycle Engines ................................................. 2-1-1
2-1-2   Two-Stroke Cycle Engines .................................................. 2-1-4
2-1-3   Scavenging ................................................................ 2-1-7
2-1-4   Engine Timing ............................................................. 2-1-9

Section 2 — Fuel Systems

2-2-1   Types of Fuel Injection Systems ........................................... 2-2-1

Section 3 — Starting Systems

2-3-1   Air Starting Systems ...................................................... 2-3-1
2-3-2   Electrical Starting Systems ............................................... 2-3-4

Section 4 — Governor Systems

2-4-1   Mechanical Governors ...................................................... 2-4-1
2-4-2   Hydraulic Governors ....................................................... 2-4-4
2-4-3   Governor Applications ..................................................... 2-4-7

Section 5 - Lubrication System

2-5-1   Gravity and Splash Systems ................................................ 2-5-1
2-5-2   Pressure Systems .......................................................... 2-5-5

Section 6 — Cooling System

2-6-1   Open Systems .............................................................. 2-6-1
2-6-2   Closed Systems ............................................................ 2-6-5

Section 7 — Exhaust Systems

2-7-1   Exhaust Manifolds ......................................................... 2-7-1
2-7-2   Turbosupercharger ......................................................... 2-7-1
2-7-3   Wet Mufflers .............................................................. 2-7-2
2-7-4   Dry Mufflers .............................................................. 2-7-2

ORIGINAL                SECURITY CLASSIFICATION                v

Figure 6 — Table of contents

Licensed by Information Handling Services

■ 9999906 2107176 247 ■

Section 8 — Air Induction System

2-8-1   Types of Air Filters .................................................. 2-8-1
2-8-2   Aftercoolers ........................................................ 2-8-2
2-8-3   Air Silencers ....................................................... 2-8-2

Section 9 — Instruments and Controls

2-9-1   Necessity for ....................................................... 2-9-1

# CHAPTER 3 — OPERATING INSTRUCTIONS

Section 1 — Operating Procedure

3-1-1   Preliminary to Starting ............................................. 3-1-1
3-1-2   Starting the Engine ................................................. 3-1-2
3-1-3   Warm-up............................................................. 3-1-7
3-1-4   Operation Under Load................................................ 3-1-10
3-1-5   Stopping the Engine................................................. 3-1-10
3-1-6   Securing ........................................................... 3-1-10

Section 2 — Operating Notes

3-2-1   General ............................................................ 3-2-1
3-2-2   Oil Pressure........................................................ 3-2-2
3-2-3   Oil Temperature..................................................... 3-2-2
3-2-4   Water Temperature................................................... 3-2-2
3-2-5   Exhaust Temperature ................................................ 3-2-2
3-2-6   Throttle Handling .................................................. 3-2-3
3-2-7   Emergency Stop ..................................................... 3-2-3
3-2-8   Ether Injection..................................................... 3-2-3

# CHAPTER 4 — INSTALLATION

Section 1 — Initial Installation

4-1-1   General ............................................................ 4-1-1
4-1-2   Assembly ........................................................... 4-1-1
4-1-3   Mounting ........................................................... 4-1-1
4-1-4   Coupling Alignment.................................................. 4-1-3
4-1-5   Fresh Water System.................................................. 4-1-4
4-1-6   Sea Water System.................................................... 4-1-5
4-1-7   Lubrication System ................................................. 4-1-6
4-1-8   Exhaust System ..................................................... 4-1-8
4-1-9   Instruments and Controls ........................................... 4-1-8

Section 2 — Run-In After Installation

4-2-1   Prestart ........................................................... 4-2-1
4-2-2   Initial Dock Run ................................................... 4-2-4
4-2-3   After Trials ....................................................... 4-2-5

Figure 6 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107177 183 ■

# CHAPTER 5 – MAINTENANCE

### Section 1 – Periodic Inspection

5-1-1    Inspection Schedule ................................................................ 5-1-1
5-1-2    Inspection Notes .................................................................. 5-1-3

### Section 2 – Basic Engine

5-2-1    Description ....................................................................... 5-2-1
5-2-2    Adjustment and Repairs ............................................................ 5-2-8

### Section 3 – Fuel System

5-3-1    Description ....................................................................... 5-3-1
5-3-2    Adjustment and Repair ............................................................. 5-3-7

### Section 4 – Starting System

5-4-1    Description ....................................................................... 5-4-1
5-4-2    Adjustment and Repair ............................................................. 5-4-6

### Section 5 – Governor System

5-5-1    Description ....................................................................... 5-5-1
5-5-2    Adjustment and Repair ............................................................. 5-5-5

### Section 6 – Lubrication System

5-6-1    Description ....................................................................... 5-6-1
5-6-2    Adjustment and Repair ............................................................. 5-6-4

### Section 7 – Cooling System

5-7-1    Description ....................................................................... 5-7-1
5-7-2    Adjustment and Repair ............................................................. 5-7-4

### Section 8 – Exhaust System

5-8-1    Description ....................................................................... 5-8-1
5-8-2    Adjustment and Repair ............................................................. 5-8-3

### Section 9 – Air Induction System

5-9-1    Description ....................................................................... 5-9-1
5-9-2    Adjustment and Repair ............................................................. 5-9-5

### Section 10 – Instruments and Controls

5-10-1   Description ....................................................................... 5-10-1
5-10-2   Adjustment and Repair ............................................................. 5-10-7

Figure 6 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107178 01T ■

## CHAPTER 6 — PARTS LISTS

*Section 1 — General Information*

6-1-1    General ........................................................................ 6-1-1
6-1-2    Original Manufacturer's Code ............................................... 6-1-2
6-1-3    Nomenclature ................................................................. 6-1-4
6-1-4    Model Designation ........................................................... 6-1-4
6-1-5    Communications ............................................................. 6-1-4

*Section 2 — Basic Engine*

6-2-1    Accessory Drive .............................................................. 6-2-1
6-2-2    Camshaft ...................................................................... 6-2-2
6-2-3    Connecting Rod and Piston .................................................. 6-2-4
6-2-4    Crankcase ..................................................................... 6-2-6
6-2-5    Crankcase Extension ......................................................... 6-2-16
6-2-6    Crankshaft .................................................................... 6-2-17
6-2-7    Cylinder and Valves .......................................................... 6-2-19
6-2-8    Engine Drive .................................................................. 6-2-20
6-2-9    Engine Lifting Brackets ...................................................... 6-2-21
6-2-10   Exhaust Manifold............................................................. 6-2-22
6-2-11   Flywheel ...................................................................... 6-2-24
6-2-12   Intake Manifold .............................................................. 6-2-24
6-2-13   Vibration Damper ............................................................ 6-2-25

*Section 3 — Fuel System*

6-3-1    Adapter, Shaft and Levers Assembly ......................................... 6-3-1
6-3-2    Injection Pump................................................................ 6-3-2
6-3-3    Injection Pump Drive ......................................................... 6-3-2
6-3-4    Injection Pump Support ...................................................... 6-3-6
6-3-5    Injection Nozzle and Holder Assembly ...................................... 6-3-7
6-3-6    Filter Assembly............................................................... 6-3-8
6-3-7    Piping......................................................................... 6-3-9

*Section 4 — Starting System*

6-4-1    Starter ........................................................................ 6-4-1
6-4-2    Air Lines ...................................................................... 6-4-2
6-4-3    Oiler .......................................................................... 6-4-4
6-4-4    Control Valve................................................................. 6-4-6
6-4-5    Ether Injection ............................................................... 6-4-7
6-4-6    Starter Clutch and Brake ..................................................... 6-4-9

*Section 5 — Governor System*

6-5-1    Regulating Governor ......................................................... 6-5-1
6-5-2    Regulating Governor Linkage ................................................ 6-5-2
6-5-3    Overspeed Governor ......................................................... 6-5-7

Figure 6 (Cont.)

38

Licensed By Information Handling Services

■ 9999906 2107179 T56 ■

Section 6 — Lubrication System

| | | |
|---|---|---|
| 6-6-1 | Lube Oil Pump Adapter | 6-6-1 |
| 6-6-2 | Lube Oil Pumps Assembly | 6-6-2 |
| 6-6-3 | Auxiliary Lube Oil Pump | 6-6-2 |
| 6-6-4 | Oil Pressure Relief Valve | 6-6-4 |
| 6-6-5 | Oil Piping | 6-6-5 |
| 6-6-6 | Lube Oil Filter | 6-6-6 |
| 6-6-7 | Lube Oil Heat Exchanger | 6-6-25 |
| 6-6-8 | Lube Oil Strainer | 6-6-25 |

Section 7 — Cooling System

| | | |
|---|---|---|
| 6-7-1 | Fresh Water Pump Adapter | 6-7-1 |
| 6-7-2 | Fresh Water Pump | 6-7-2 |
| 6-7-3 | Fresh Water Heat Exchanger | 6-7-3 |
| 6-7-4 | Thermostat | 6-7-5 |
| 6-7-5 | Fresh Water Piping | 6-7-5 |
| 6-7-6 | Sea Water Pump | 6-7-15 |
| 6-7-7 | Sea Water Piping | 6-7-16 |

Section 8 — Exhaust System

| | | |
|---|---|---|
| 6-8-1 | Muffler | 6-8-1 |

Section 9 — Air Induction System ... 6-9-1

| | | |
|---|---|---|
| 6-9-1 | Supercharger | 6-9-1 |
| 6-9-2 | Air Filter and Silencer | 6-9-2 |
| 6-9-3 | Aftercooler | 6-9-4 |
| 6-9-4 | Adapter, Exhaust | 6-9-6 |
| 6-9-5 | Support, Shaft, and Levers | 6-9-7 |

Section 10 — Instruments and Controls

| | | |
|---|---|---|
| 6-10-1 | Engine Mounted Instruments | 6-10-1 |
| 6-10-2 | Panel Mounted Instruments | 6-10-2 |
| 6-10-3 | Engine Mounted Controls | 6-10-13 |
| 6-10-4 | Ship Mounted Controls | 6-10-16 |

# CHAPTER 7 — DRAWINGS

**Figure No.**                                                                 **Page No.**

Section 1 — General

| | | |
|---|---|---|
| 7-1-1 | Diesel Engine Assembly-Left Side-Showing Groups in which parts appear | 7-1-1 |
| 7-1-2 | Diesel Engine Assembly-Right Side-Showing Groups in which parts appear | 7-1-2 |
| 7-1-3 | Orientation Diagram | 7-1-3 |
| 7-1-4 | Engine Name Plate | 7-1-4 |

Figure 6 (Cont.)

Licensed by Information Handling Services

■■ ٩٩٩٩٩٠٦ ٢١٠٧١٨٠ ٧٧٨ ■■

### Section 2 — Basic Engine

| | | |
|---|---|---|
| 7-2-1 | Accessory Drive Gear Train — Transfer Section | 7-2-1 |
| 7-2-2 | Accessory Drive Gear Train — Longitudinal Section | 7-2-2 |
| 7-2-3 | Camshaft Assembly | 7-2-3 |
| 7-2-4 | Connecting Rod and Piston | 7-2-4 |
| 7-2-5 | Crankcase Assembly — Upper | 7-2-5 |
| 7-2-6 | Crankcase, Accessory Drive Housing, and Flywheel Housing Assembly | 7-2-6 |
| 7-2-7 | Crankcase Assembly — Lower | 7-2-7 |
| 7-2-8 | Crankshaft Assembly | 7-2-8 |
| 7-2-9 | Cylinder and Valves Assembly | 7-2-9 |
| 7-2-10 | Engine Drive Assembly | 7-2-10 |
| 7-2-11 | Flywheel Assembly | 7-2-11 |

### Section 3 — Fuel System

| | | |
|---|---|---|
| 7-3-1 | Adapter, Shaft, and Levers Assembly | 7-3-1 |
| 7-3-2 | Fuel Injection Pump | 7-3-2 |
| 7-3-3 | Fuel Supply Pump | 7-3-3 |
| 7-3-4 | Fuel Injection Pump Support | 7-3-4 |
| 7-3-5 | Fuel Injection Nozzle and Holder | 7-3-5 |
| 7-3-6 | Fuel Oil Filter | 7-3-6 |
| 7-3-7 | Piping — Fuel Supply and Leak-Off System | 7-3-7 |

### Section 4 — Starting System

| | | |
|---|---|---|
| 7-4-1 | Air Starter Motor | 7-4-1 |
| 7-4-2 | Air Starter Oiler | 7-4-2 |
| 7-4-3 | Air Starter Control Valve | 7-4-3 |
| 7-4-4 | Ether Injection Unit | 7-4-4 |
| 7-4-5 | Starter Clutch and Brake Assembly | 7-4-5 |

### Section 5 — Governor System

| | | |
|---|---|---|
| 7-5-1 | Regulating Governor | 7-5-1 |
| 7-5-2 | Regulating Governor Linkage | 7-5-2 |
| 7-5-3 | Overspeed Cutout | 7-5-3 |

### Section 6 — Lubrication System

| | | |
|---|---|---|
| 7-6-1 | Lube Oil Pump Adapter | 7-6-1 |
| 7-6-2 | Lube Oil Pump Assembly | 7-6-2 |
| 7-6-3 | Auxiliary Oil Pump | 7-6-4 |
| 7-6-4 | Lube Oil Pressure Relief Valve | 7-6-5 |
| 7-6-5 | Oil Filter Lube | 7-6-6 |
| 7-6-6 | Lube Oil Heat Exchanger | 7-6-24 |
| 7-6-7 | Element and Adapter Assembly | 7-6-24 |
| 7-6-8 | Lube Oil Strainer Assembly | 7-6-25 |

### Section 7 — Cooling System

| | | |
|---|---|---|
| 7-7-1 | Fresh Water Pump Adapter | 7-7-1 |
| 7-7-2 | Fresh Water Pump | 7-7-2 |

**SECURITY CLASSIFICATION**　　　　　　ORIGINAL

x

**Figure 6 (Cont.)**

40

■ 9999906 2107181 604 ■

**Contents**                    SECURITY CLASSIFICATION                    FRONT MATTER

7-7-3    Fresh Water Heat Exchanger ........................................................ 7-7-3
7-7-4    Thermostat ........................................................................ 7-7-4
7-7-5    Exhaust Manifold Cooling System (Fresh Water) ..................................... 7-7-5
7-7-6    Valve Assembly (3 way) Sea Water .................................................. 7-7-6
7-7-7    Sea Water Pump .................................................................... 7-7-7

        Section 8 — Exhaust System

7-8-1    Muffler ........................................................................... 7-8-1

        Section 9 — Air Induction System

7-9-1    Supercharger Assembly ............................................................. 7-9-1
7-9-2    Rotor Assembly (Supercharger) ..................................................... 7-9-2
7-9-3    Air Filter and Silencer ........................................................... 7-9-3
7-9-4    Aftercooler and Stud .............................................................. 7-9-4
7-9-5    Support, Shaft and Levers Assembly (Supercharger) ................................. 7-9-5

        Section 10 — Instruments and Controls

7-10-1   Instrument Panel — Front .......................................................... 7-10-1
7-10-2   Instrument Panel — Rear ........................................................... 7-10-2
7-10-3   Engine Speed Control Lever Actuator ............................................... 7-10-4
7-10-4   Engine Speed Control Lever Actuator ............................................... 7-10-5
7-10-5   Throttle Control Assembly ......................................................... 7-10-6
7-10-6   Vernier Control Valve ............................................................. 7-10-7
7-10-7   Transfer Valve .................................................................... 7-10-8
7-10-8   Control Stand — Engine Room ....................................................... 7-10-9
7-10-9   Double Check Valve ................................................................ 7-10-10
7-10-10  Air Starter Control Valve Push Button ............................................. 7-10-11
7-10-11  Vented Cock ....................................................................... 7-10-11

**MEMORANDUM**

**ORIGINAL**                    SECURITY CLASSIFICATION                    xi

Figure 6 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107182 540 ■

## LIST OF FIGURES AND DRAWINGS

Figure No.                                                                                Page No.

## CHAPTER 1 – GENERAL INFORMATION

### Section – 0

1-0-1     Engine Series XXX, Fuel Injection and Burning Cycle ..................................... 1-0-1
1-0-2     Orientation Diagram ............................................................... 1-0-8
1-0-3     Name Plate – Model XXXX ......................................................... 1-0-10

## CHAPTER 2 – PRINCIPLES OF OPERATIONS

### Section 1 – Basic Engine Cycles

2-1-1     Diagram of Basic 4 Stroke – Cycle Sequence of Events.................................. 2-1-2
2-1-2     Diagram of Basic 2 Stroke – Cycle Sequence of Events.................................. 2-1-4
2-1-3     Diagram (s) of typical Scavenging Arrangements ...................................... 2-1-7

## CHAPTER 3 – OPERATING INSTRUCTIONS

### Section 1 – Operating Procedures

3-1-1     Engine Instrument Panel............................................................ 3-1-1
3-1-2     Start-Stop Control Cross Section..................................................... 3-1-2
3-1-3     Engine Room Control Stand ........................................................ 3-1-8

## CHAPTER 4 – INSTALLATION INSTRUCTIONS

### Section 1 – Initial Installation

4-1-1     Installation Dimensions and Schematic Piping Diagrams – Model XXXX ..................... 4-1-1
4-1-2     Installation Dimensions and Schematic Piping Diagrams – Model XXXXX..................... 4-1-3
4-1-3     Installation Diagram – Sea Water Piping – Model XXXX and XXXXX......................... 4-1-5
4-1-4     Installation Diagram – Engine Controls – Models XXXX and XXXXX ........................ 4-1-7

## CHAPTER 5 – MAINTENANCE

### Section 2 – Basic Engine

5-2-1     Engine Transverse Cross Section...................................................... 5-2-8
5-2-2     Accessory Drive Gear Train ......................................................... 5-2-9
5-2-3     Engine Timing Cycle ............................................................... 5-2-10
5-2-4     Engine Timing Marks .............................................................. 5-2-12
5-2-5     Camshaft Turning Wrench .......................................................... 5-2-13
5-2-6     Cylinder Retainer Capscrew Loosening and Tightening Sequence .......................... 5-2-16
5-2-7     Driver for Removing Main Bearing Shells ............................................. 5-2-17
5-2-8     Method of Removing Accessory Drive Gear Bearings with Adapters and Standard Navy Pullers... 5-2-18
5-2-9     Method of Assembling Accessory Drive Gear Bearings with Assembling Fixture ............... 5-2-20

Figure 7 – List of Figures and Drawings

Licensed by Information-Handling-Services

■ 9999906 2107183 487 ■

Section 3 — Fuel System

| | | |
|---|---|---|
| 5-3-1 | Fuel Injection Pump | 5-3-8 |
| 5-3-2 | Fuel Injection Nozzle and Holder | 5-3-9 |
| 5-3-3 | Wrench for Fuel Line Connections | 5-3-10 |
| 5-3-4 | Holding Fixture for Nozzle and Holder Assembly | 5-3-10 |
| 5-3-5 | Fuel Pumping Principle | 5-3-15 |
| 5-3-6 | Fuel Pump Rack Travel for Various Stages of Engine Operation | 5-3-17 |

Section 4 — Starting System

| | | |
|---|---|---|
| 5-4-1 | Starter Motor Cross Section | 5-4-7 |
| 5-4-2 | Starting Air Control Valve Cross Section | 5-4-8 |
| 5-4-3 | Starter Air Oiler Cross Section | 5-4-8 |
| 5-4-4 | Starter Overrunning Clutch and Brake | 5-4-9 |

Section 5 — Governor System

| | | |
|---|---|---|
| 5-5-1 | Regulating Governor Cross Section | 5-5-2 |
| 5-5-2 | Governor Assembly with Cover Removed | 5-5-7 |
| 5-5-3 | Removing Governor Speed Spring and Fork | 5-5-9 |
| 5-5-4 | Correct Position of Regulating Governor Pilot Valve after Adjustment | 5-5-11 |

Section 6 — Lubrication System

| | | |
|---|---|---|
| 5-6-1 | Schematic Diagram of Model XXXX Propulsion Engine Lubrication System | 5-6-6 |
| 5-6-2 | Fresh Water and Air Pumps Cross Section | 5-6-6 |
| 5-6-3 | Schematic Diagram of the Model XXXX Generator Set Lubrication System | 5-6-7 |
| 5-6-4 | Oil Pressure Relief Valve Cross Section | 5-6-7 |

Section 7 — Cooling System

| | | |
|---|---|---|
| 5-7-1 | Fresh Water Pump System | 5-7-5 |
| 5-7-2 | Schematic Diagram of Fresh Water Cooling System Models XXXX and XXXXX | 5-7-5 |
| 5-7-3 | Sea Water Pump System | 5-7-6 |
| 5-7-4 | Schematic Diagram of Sea Water Cooling System — Models XXXX and XXXXX | 5-7-6 |
| 5-7-5 | Thermostat Cross Section | 5-7-8 |

Section 9 — Air Induction Systems

| | | |
|---|---|---|
| 5-9-1 | Cutaway View of Supercharger | 5-9-9 |
| 5-9-2 | Turbosupercharger with Lifting Bracket attached | 5-9-10 |
| 5-9-3 | Air Filter and Silencer | 5-9-12 |

Section 10 — Instrument and Controls

| | | |
|---|---|---|
| 5-10-1 | Engine Control Showing Three Methods of Operation | 5-10-8 |
| 5-10-2 | Control Stand for Engines | 5-10-10 |
| 5-10-3 | Engine Speed Vernier Adjustment Valve Cross Section | 5-10-11 |
| 5-10-4 | Engine Mounted Instrument Panel | 5-10-13 |
| 5-10-5 | Start-Stop Coatrol Cross Section | 5-10-14 |
| 5-10-6 | Control Stand Throttle Control Transfer Valve Cross Section | 5-10-15 |
| 5-10-7 | Control Stand Throttle Control Transfer Valve — Exploded View | 5-10-18 |

Figure 7 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107184 313 ■

5-10-8  Double Check Valve — Exploded View..................................................5-10-21
5-10-9  Throttle Assembly — Exploded View ................................................ 5-10-22

# CHAPTER 7 — DRAWINGS

### Section 1 — General

7-1-1  Diesel Engine Assembly — Left Side-Showing Groups in which parts appear................... 7-1-1
7-1-2  Diesel Engine Assembly-Right Side-Showing Groups in which parts appear.....................7-1-2
7-1-3  Orientation Diagram .................................................................. 7-1-3
7-1-4  Engine Name Plate .................................................................... 7-1-4

### Section 2 — Basic Engine

7-2-1   Accessory Drive Gear Train — Transfer Section ...................................... 7-2-1
7-2-2   Accessory Drive Gear Train — Longitudinal Section ................................. 7-2-2
7-2-3   Camshaft Assembly ................................................................. 7-2-3
7-2-4   Connecting Rod and Piston ......................................................... 7-2-4
7-2-5   Crankcase Assembly — Upper ........................................................ 7-2-5
7-2-6   Crankcase, Accessory Drive Housing, and Flywheel Housing Assembly.................... 7-2-6
7-2-7   Crankcase Assembly — Lower......................................................... 7-2-7
7-2-8   Crankshaft Assembly ............................................................... 7-2-8
7-2-9   Cylinder and Valves Assembly ...................................................... 7-2-9
7-2-10  Engine Drive Assembly ............................................................. 7-2-10
7-2-11  Flywheel Assembly ................................................................. 7-2-11

### Section 3 — Fuel System

7-3-1   Adapter, Shaft, and Levers Assembly ............................................... 7-3-1
7-3-2   Fuel Injection Pump................................................................ 7-3-2
7-3-3   Fuel Supply Pump .................................................................. 7-3-3
7-3-4   Fuel Injection Pump Support ....................................................... 7-3-4
7-3-5   Fuel Injection Nozzle and Holder................................................... 7-3-5
7-3-6   Fuel Oil Filter................................................................... 7-3-6
7-3-7   Piping — Fuel Supply and Leak-Off System .......................................... 7-3-7

### Section 4 — Starting System

7-4-1   Air Starter Motor ................................................................. 7-4-1
7-4-2   Air Starter Oiler.................................................................. 7-4-2
7-4-3   Air Starter Control Valve ......................................................... 7-4-3
7-4-4   Ether Injection Unit .............................................................. 7-4-4
7-4-5   Starter Clutch and Brake Assembly ................................................. 7-4-5

### Section 5 — Governor System

7-5-1   Regulating Governor ............................................................... 7-5-1
7-5-2   Regulating Governor Linkage ....................................................... 7-5-2
7-5-3   Overspeed Cutout .................................................................. 7-5-3

Licensed by Information Handling Services

■ 9999906 2107185 25T ■

### Section 6 — Lubrication System

| | | |
|---|---|---|
| 7-6-1 | Lube Oil Pump Adapter | 7-6-1 |
| 7-6-2 | Lube Oil Pump Assembly | 7-6-2 |
| 7-6-3 | Auxiliary Oil Pump | 7-6-4 |
| 7-6-4 | Lube Oil Pressure Relief Valve | 7-6-5 |
| 7-6-5 | Oil Filter Lube | 7-6-6 |
| 7-6-6 | Lube Oil Heat Exchanger | 7-6-24 |
| 7-6-7 | Element and Adapter Assembly | 7-6-24 |
| 7-6-8 | Lube Oil Strainer Assembly | 7-6-25 |

### Section 7 — Cooling System

| | | |
|---|---|---|
| 7-7-1 | Fresh Water Pump Adapter | 7-7-1 |
| 7-7-2 | Fresh Water Pump | 7-7-2 |
| 7-7-3 | Fresh Water Heat Exchanger | 7-7-3 |
| 7-7-4 | Thermostat | 7-7-4 |
| 7-7-5 | Exhaust Manifold Cooling System (Fresh Water) | 7-7-4 |
| 7-7-6 | Valve Assembly (3 way) Sea Water | 7-7-6 |
| 7-7-7 | Sea Water Pump | 7-7-7 |

### Section 8 — Exhaust System

| | | |
|---|---|---|
| 7-8-1 | Muffler | 7-8-1 |

### Section 9 — Air Induction System

| | | |
|---|---|---|
| 7-9-1 | Supercharger Assembly | 7-9-1 |
| 7-9-2 | Rotor Assembly (Supercharger) | 7-9-2 |
| 7-9-3 | Air Filter and Silencer | 7-9-3 |
| 7-9-4 | Aftercooler and Stud | 7-9-4 |
| 7-9-5 | Support, Shaft and Levers Assembly (Supercharger) | 7-9-5 |

### Section 10 — Instruments and Controls

| | | |
|---|---|---|
| 7-10-1 | Instrument Panel — Front | 7-10-1 |
| 7-10-2 | Instrument Panel — Rear | 7-10-2 |
| 7-10-3 | Engine Speed Control Lever Actuator | 7-10-3 |
| 7-10-4 | Engine Speed Control Lever Actuator | 7-10-4 |
| 7-10-5 | Throttle Control Assembly | 7-10-5 |
| 7-10-6 | Vernier Control Valve | 7-10-6 |
| 7-10-7 | Transfer Valve | 7-10-7 |
| 7-10-8 | Control Stand — Engine Room | 7-10-8 |
| 7-10-9 | Double Check Valve | 7-10-9 |
| 7-10-10 | Air Starter Control Valve Push Button | 7-10-10 |
| 7-10-11 | Vented Cock | 7-10-11 |

**MEMORANDUM**

Figure 7 (Cont.)

45

■ 9999906 2107186 196 ■

TABLES

## SECURITY CLASSIFICATION

### LIST OF TABLES

Table No.                                                                                                    Page No.

## CHAPTER 1 – GENERAL INFORMATION

Section 0

1-0-1    Performance Characteristics at Design Point ................................................. 1-0-1
1-0-2    Weights of Engine and Accessories ......................................................... 1-0-3
1-0-3    Fit, Clearance and Adjustment Table ....................................................... 1-0-4
1-0-4    Bearing, Clearance, Backlash, and End Float .............................................. 1-0-6
1-0-5    Fuel, Lubricant, and Maintenance Material Specifications ................................. 1-0-7

## CHAPTER 3 – OPERATING INSTRUCTIONS

Section 1 – Operating Procedure

3-1-1    Operators Check Chart .................................................................... 3-1-7
3-1-2    Performance Curves ...................................................................... 3-1-8

## CHAPTER 4 – INSTALLATION

Section 1 – Initial Installation

4-1-1    Torque Table ............................................................................ 4-1-2

## CHAPTER 5 – MAINTENANCE

Section 2 – Basic Engine

5-2-1    Bearing Data ............................................................................ 5-2-9
5-2-2    Gearing Data ............................................................................ 5-2-9
5-2-3    Valve Tappet Clearance .................................................................. 5-2-12

Section 3 – Fuel System

5-3-1    Fuel Injection Timing Adjustment Chart ................................................. 5-3-8

Section 7 – Cooling System

5-7-1    Anticorrosion Zinc Location Table ...................................................... 5-7-5

SECURITY CLASSIFICATION                          ORIGINAL

Figure 8 – List of tables

Licensed by Information Handling Services

■ 9999906 2107187 022 ■

## SECTION I

## INITIAL INSTALLATION

### 4-1-1 General.

Prior to shipment the engines, driven machinery and all connecting parts have been carefully tested, individually and in combination as complete units. The engines have had ample "run-in" and final inspection.

Installation drawings showing the over-all installation dimensions and clearances, as well as the location of all connecting piping flanges, are included at the end of this chapter. Fresh and sea water cooling, lubricating oil, air and fuel oil piping to be done by the shipbuilder and also shown in schematic diagrams on the installation drawings. Where possible, temporary cone-type strainers should be installed in the lines and removed upon completion of trials.

Diagrams and instructions for installation of the generator and switchgear will be found in the generator manufacturer's instruction book, Volume II.

Installation should be as described in the installation plans and the following instructions to insure good operating conditions for the engines and associated equipment.

For operators and repair base personnel, the installation specifications are of secondary importance. They should understand, however, those factors which, if altered or not kept in repair, might reduce the efficiency of or damage the engine and associated equipment.

### 4-1-2 Assembly.

The generator sets are completely assembled to the subbase, aligned and tested prior to shipment.

The sets are protected against vibration during shipment by the insertion of paper under the inertia flywheel and the generator pedestal bearing caps and under the generator brushes. The inertia flywheel is cushioned on a rubber pad and two wooden wedges are installed on each side between the flywheel and subbase cross member. The paper must be removed from under the bearing caps and the wedges removed from between the flywheel and subbase before the machinery can be rotated.

### 4-1-3 Mounting.

The foundations upon which the generator set subbase on propulsion engine mounting rails are to rest must be level athwartships and in parallel planes. All subbase and mounting bolts should be checked and torqued to the value specified before final installation and coupling alignment.

### 4-1-4 Coupling Alignment.

Sufficient time should be allowed after launching to permit swelling and tightening of the ships timbers and the ship should be weighted to the loaded waterline before the reduction gear and propeller shafts are finally aligned. At this time the alignment of the generator set subbases and foundations should be rechecked and the engine-to-fly-

Figure 9 – Page identification

47

Licensed by Information Handling Services

■ 9999906 2107188 769 ■

SECURITY CLASSIFICATION

wheel and flywheel-to-generator couplings broken and the alignment checked.  Alignment procedures are illustrated in Figure 4-1-1 below.



(EXAMPLE  ILLUSTRATION)

FIGURE  4-1-I  COUPLING  ALIGNMENT

When measuring the face-to-face distance of the coupling, the shaft of the engine drive assembly should be pulled back toward the coupling to take up the end of the shaft.

If the coupling face-to-face distance is not as specified, the unit must be shifted ahead on its mounting and secured, after which the clearance and alignment should be rechecked before completion of the installation.

SECURITY CLASSIFICATION

Figure 9 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107189 9T5 ■

## SECTION I

## INITIAL INSTALLATION

### 4-1-1 General

Prior to shipment — the engines, driven machinery, and all connecting parts have been carefully tested, individually and in combination as complete units. The engines have had ample "run-in" and final inspection.

Installation drawings showing the over-all installation dimensions and clearances, as well as the location of all connecting piping flanges, are included at the end of this chapter. Fresh and sea water cooling, lubricating oil, air and fuel oil piping to be done by the shipbuilder and also shown in schematic diagrams on the installation drawings. Where possible, temporary cone-type strainers should be installed in the lines and removed upon completion of trials.

Diagrams and instructions for installation of the generator and switchgear will be found in the generator manufacturer's instruction book, Volume II.

Installation should be as described in the installation plans and the following instructions to insure good operating conditions for the engines and associated equipment.

For operators and repair base personnel, the installation specifications are of secondary importance. They should understand, however, those factors which, if altered or not kept in repair, might reduce the efficiency of or damage the engine and associated equipment.

### 4-1-2 Assembly.

The generator sets are completely assembled to the subbase, aligned and tested prior to shipment.

The sets are protected against vibration during shipment by the insertion of paper under the inertia flywheel and the generator pedestal bearing caps and under the brushes. The inertia flywheel is cushioned on a rubber pad and two wooden edges are installed on each side between the flywheel and subbase cross member. The paper must be removed from under the bearing caps and the wedges removed from between the flywheel and subbase before the machinery can be rotated.

### 4-1-3 Mounting.

The foundation upon which the generator set subbase on propulsion engine mounting rails are to rest must be level athwartships and in parallel planes. All subbase and mounting bolts shoud be checked and torqued to the value specified before final installation and coupling alignment.

### 4-1-4 Coupling Alignment.

Sufficient time should be allowed after launching to permit swelling and tightening of the ships timbers and the ship should be weighted to the loaded waterline before the reduction gear and propeller shafts are finally aligned. At this time the alignment of the generator set subbases and the engine-to flywheel and flywheel-to-generator couplings broken and the alignment checked. Alignment procedures are illustrated in Figure 4-1-1 below.

(EXAMPLE ILLUSTRATION)

### FIGURE 4-1-1 COUPLING ALIGNMENT

When measuring the face-to-face distance of the coupling, the shaft of the engine drive assembly should be pulled back toward the coupling to take up the end play of the shaft.

If the coupling face-to-face distance is not as specified, the unit must be shifted ahead on its mounting and secured, after which the clearance and alignment should be rechecked before completion of the installation.

Figure 10 – Page identification



49

Licensed by Information Handling Services

9999906 2107190 617



SECURITY CLASSIFICATION

Figure 11.  Engine control system.

50

Licensed by Information Handling Services

■■ 9999906 2107191 553 ■■

SECURITY CLASSIFICATION



*Preferred art treatment for exploded views—line drawing with shading medium.*
*Preferred method of handling indexing by the use of noun or nomenclature is*
*also shown.*

*Alternate acceptable art treatment—line drawing, black used to shape parts.*
*Alternate method of handling indexing by the use of numerals as shown may be*
*used if number of component parts warrants their use.*

*Alternate acceptable art treatment—wash drawing technique (suitable for letter-*
*press or offset reproduction only).   Preferred method of handling indexing is*
*shown.*

Note.—Where letterpress or offset reproduction is to be employed, well-retouched photographs, exploded as per
drawing shown above will also be acceptable.

Figure 12.   Art treatment for exploded views.



SECURITY CLASSIFICATION

51

■■ 9999906 2107192 49T ■■



SECURITY CLASSIFICATION

88" TO CLEAR AND
CLOSE VALVE

99" LENGTH OF
RODMETER

101" REQUIRED TO REMOVE
RODMETER

8 1/8

20 1/8 APPROX.

12 3/8

7

UNDERWATER LOG EQUIPMENT
SEA VALVE
BU SHIPS STOCK NO.
DWG. NO. 314827
NAVY DEPT. BUREAU OF SHIPS
BENDIX AVIATION CORPORATION
FRIEZ INSTRUMENT DIVISION
CONTRACT NOBS

IDENTIFICATION PLATE
ITEM 35

GEAR

Figure 13.—Reduced size



Licensed by Information Handling Services

9999906 2107193 326



46" FOR MAX. EXTENSION OF 2'-0"
22" FOR MAX. EXTENSION OF 4'-0"

25/32" DIA. 8 HOLES ON
6-9/16" BOLT CIRCLE.

– 18 APPROX

CUT TO SUIT SHIP, CHAMFER 1/8" x 45°
TO PREVENT DAMAGE TO RODMETER.

27/64 DIA. 4 HOLES EQUALLY
SPACED. COUNTER BORE AS
REQUIRED WHEN FITTING
TO SHIP.

RATIO 3:2

| PC. NO. | NAME OF PIECE |
|---|---|
| 1 | NUT, HEX 3/8 X 11 |
| 2 | GLAND |
| 3 | EXTENSION ASSY. |
| 3A | EXTENSION, VALVE |
| 3B | STUD |
| 3C | PIN, GROOVED |
| 7 | BODY, VALVE |
| 8 | INSERT, VALVE SEAT |
| 9 | GASKET |
| 10 | BEARING, HULL |
| 11 | SPOUT |
| 12 | GASKET |
| 13 | NUT, HEX |
| 14 | STUD |
| 15 | BONNET |
| 16 | GASKET |
| 17 | PACKING (AS REQD.) |
| 18 | STUD |
| 19 | GLAND |
| 20 | NUT |
| 21 | STEM, VALVE |
| 22 | GEAR, BEVEL |
| 23 | KEY, MACHINE |
| 24 | NUT, HEX |
| 25 | SCREW, MACH. 1/4 X 2K |
| 26 | WASHER, LOCK |
| 27 | WASHER |
| 28 | KEY, MACHINE |
| 29 | GEAR, BEVEL |
| 30 | COLLAR, SHAFT |
| 31 | SHAFT & PINION |
| 32 | PIN, DOWEL |
| 33 | HANDWHEEL |
| 34 | BOLT, LWCHS 4 HOLE 3/ |
| 35 | PLATE, IDENTIFICATION |
| 36 | SCREW, MACH. 1" RDHD |
| 37 | DISK, VALVE |
| 38 | BRACKET |
| 39 | NUT, HEX 3/4 X 10 |
| 40 | SEAL, WATER |

■ 9999906 2107194 262 ■

| NO. REQ | MATERIAL | SPECIFICATION NUMBER | CONTRACTOR SERVICE DWG NO. PT NO | MANUFACTURER SERVICE PT NAME OR PLAN NO | BU SHIPS DWG NO | UNIT WT. LB. | STD NAVY STOCK NO. | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 4 | MONEL | QQ-N-281 | 314738-I-A | | | | | |
| 1 | MONEL | QQ-N-281 | 314746-A | | | | | |
| 1 | | | 314743-I-A | | | | | |
| 1 | BRONZE | MIL-B-16541 | 314745-A | | | | | |
| 4 | MONEL | QQ-N-281 | 314735-A | | | | | |
| 4 | STEEL | | 314734-A | | | | | ZINC PLATE |
| 1 | BRONZE | MIL-B-16541 | | | | | | |
| 2 | MONEL | MIL-N-20164 | | | | | | |
| 2 | RUBBER | MIL-R-1149 | 314739-A | | | | | |
| 1 | BRONZE | MIL-B-16541 | 314741-A | | | | | |
| 1 | BRONZE | MIL-B-16541 | 314742-A | | | | | |
| 1 | RUBBER | MIL-R-1149 | | | | | | |
| 16 | MONEL | QQ-N-281 | | | | | | |
| 8 | MONEL | QQ-N-281 | | | | | | |
| 1 | BRONZE | MIL-B-16541 | | | | | | |
| 1 | RUBBER | MIL-R-1149 | | | | | | |
| | ASBESTOS | MIL-A-17877 | | | | | | SYMBOL 1104 |
| 2 | MONEL | QQ-N-281 | | | | | | |
| 2 | MONEL | QQ-N-281 | | | | | | |
| 4 | MONEL | QQ-N-281 | | | | | | |
| 1 | MONEL | QQ-N-281 | | | | | | |
| 1 | GEAR BRONZE | | | | | | | P.D. 5  N.T. 50 |
| 1 | MONEL | QQ-N-281 | | | | | | |
| 1 | MONEL | QQ-N-281 | | | | | | |
| 1 | STEEL | | | | | | | ZINC PLATE |
| 1 | BRASS | | | | | | | |
| 1 | MONEL | QQ-N-281 | | | | | | |
| 1 | GEAR BRONZE | | | | | | | P D 3.333 N.T. 20 |
| 1 | BRASS | MIL-N-994 | | | | | | |
| 1 | BRASS | MIL-N-994 | | | | | | |
| 1 | PHOS BR | MIL-B-892 | | | | | | |
| 1 | BRASS | MIL-B-7668 | | | | | | |
| 8 | MONEL | QQ-N-281 | 314737-A | | | | | |
| 1 | MONEL | QQ-N-281 | 314736-A | | | | | |
| 2 | BRASS | | | | | | | |
| 1 | MONEL | MIL-N-20164 | | | | | | |
| 1 | BRONZE | MIL-B-16541 | | | | | | |
| 8 | MONEL | QQ-N-281 | 314738-2-A | | | | | |
| 1 | RUBBER | MIL-R-900 | 314740-A | | | | | |

**REVISIONS**

| REV. ZONE | DESCRIPTION | MFR. DATE APPD | USN DATE APPD |
|---|---|---|---|

NOTES:

1. Pinion shaft, item 31, is furnished 56' long  (from center line of valve)
   length to be cut to suit ship and handwheel pinned in place.
   Necessary bearing for shaft to be furnished by others.

2. At installation, item 10 and 11 must be rigidly held in alignment.

3. Where spec. no. is not noted, material of best commercial
   grade to be used.

4. Valve made in accordance with spec. MIL-V-20231   class III except as noted.

5. Components exposed to hydrostatic pressure shall withstand without damage
   or operational failure hydrostatic pressure of 550 lbs. per square   inch for one hour.

SECURITY CLASSIFICATION



| DRAWN BY | MASTER PLAN | BENDIX AVIATION CORPORATION FRIEZ INSTRUMENT DIVISION BALTIMORE, MARYLAND |
|---|---|---|
| CHECKED BY | UNDERWATER LOG EQUIPMENT | |
| CHIEF DRAFT. | (IMPELLER TYPE) | NAVY DEPT.   BU SHIPS CONTRACT   NObs 47786 |
| ANAL'D  DATE | SEA-VALVE ASSEMBLY | BU SHIPS NO.   REV |
| SUB'M'T'R. TITLE | BU SHIPS STOCK NO. STD NAVY STOCK NO. SCALE 4 - 1 (UNIT FT) SER. 182 | 86908  N 3002878 |

53

SECURITY CLASSIFICATION



Licensed by Information Handling Services

Exhibit 5

REPRODUCED AT  . NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)
6 June 1961
SUPERSEDING
MIL-M-15071C(SHIPS)
10 September 1957

ADVANCE COPY

## MILITARY SPECIFICATION

### MANUAL, SERVICE (INSTRUCTION BOOKS) FOR SHIPBOARD

### ELECTRICAL AND MECHANICAL EQUIPMENT

## 1. SCOPE

1.1 Scope. - This specification sets forth Bureau of Ships requirements for classes and general contents of manuals necessary for the satisfactory operation, maintenance, installation, overhaul and repair, without the services of manufacturer's representative, of electrical, mechanical, hull, interior communication and fire control shipboard equipment. This specification also includes procedures for submission, review, approval and revision of the service manual. The intent is to accept the manufacturer's commercial type of manual or one prepared in accordance with his commercial practice whenever it is roughly equivalent to the detail requirements included herein.

1.2 Classification. - Service manuals shall be of the following classes:

Class A manual - A basic manual covering a family of equipment of the same basic design and one which can be made applicable to a specific equipment manufactured to that basic design by completing sheets and blanks.

Class B manual - A manual covering a specific equipment for which a class A approval has not been obtained.

## 2. APPLICABLE DOCUMENTS

2.1 The following documents, of the issue in effect on date of invitation for bids, form a part of this specification to the extent specified herein.

SPECIFICATIONS

MILITARY
MIL-D-963 - Drawing, Electrical, Hull and Mechanical Equipment for Naval Shipboard Use.

FSC 7610

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

PUBLICATIONS

DEPARTMENT OF DEFENSE
DD Form 441 (Attachment) - Industrial Security Manual for
Safe-guarding Classified Information.

(Copies of specifications and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2  The following document forms a part of this specification to the extent specified herein.  Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

OFFICIAL CLASSIFICATION COMMITTEE
Uniform Freight Classification Rules.

(Application for copies should be addressed to the Official Classification Committee, 1 Park Avenue at 33rd Street, New York 16, N.Y.)

3.  REQUIREMENTS

3.1  Media for final manuals and approval. -

3.1.1  Class A manuals. - Whenever a manufacturer's equipment lends itself to the preparation of a manual covering a family of equipments of the same basic design and one which can be made applicable to specific equipments of that design by completing sheets and blanks, the manufacturer may submit to the Bureau of Ships four copies of the basic manual together with examples of the sheets and blanks which will represent the detailed information to be provided for a specific equipment.  Approval of a class A manual will be by the Bureau of Ships only and, once approved, the basic manual shall not be modified without the approval of the Bureau of Ships.  At the time of class A manual approval, the Bureau will assign a NAVSHIPS number to the basic manual and forward one copy to the cognizant inspection for future comparison inspection with manuals furnished for specific equipments.

2

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.1.1  Once approval of a class A manual is granted for a particular basic design of equipment (and size range, if appropriate), the basic manual with the specific detailed information required for the unit of the family being furnished on a contract or order may be supplied by the manufac- turer, in the quantities required by that order, without further approval. Copies of the manual prepared for the specific equipments shall be marked by the manufacturer with the NAVSHIPS number of the basic manual followed by "-1", "-2" or higher.  Each dash number shall be assigned numerically by the manufacturer for each specific equipment of that family.

3.1.2  Class B manuals. - Class B manuals cover a specific equipment for which class A approval has not been obtained.  Once a class B manual has been approved by the Bureau or its field representative, the manual shall not be modified without approval of the Bureau of Ships.  (NOTE: Bureau of Ships field representative - Where the term "field representative" is used in this specification, it is limited to field representative of the Bureau of Ships, i.e. Supervisors of Shipbuilding, USN, U.S. Naval Shipyards and Industrial Manager, USN.)  Whenever a manual for a specific equipment has not been approved previously, for this or a previous issue of this specification, prior to preparing final manuals, the manufacturer shall prepare and submit a sample manual for approval to one of the following activities, as appropriate:

(a) Manuals procured on Bureau of Ships contracts - Contractor shall forward four sample copies to the Bureau of Ships for approval and assignment of a NAVSHIPS number with a copy of the for- warding document to the cognizant Government inspector.
(b) Manuals procured on contracts issued by Naval activities other than Bureau of Ships - Contractor shall forward four sample copies to the Naval activity for approval.
(c) Manuals procured for the Navy by a commercial activity (such as a private shipbuilder) - Contractor shall forward five sample copies to the commercial activity for approval of both the commercial activity and the cognizant Bureau representative.

3.1.2.1  The Bureau will assign a NAVSHIPS number to each different class B manual as follows:

(a) Manuals procured on contracts issued by the Bureau of Ships - The NAVSHIPS number will be included in the approval letter.
(b) Manuals procured on contracts issued by other activities.

3

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

The field approving activities may obtain NAVSHIPS numbers from the Bureau of Ships by one of the following methods:

- (a) Submit two copies of the manual prior or subsequent to the review and approval.
- (b) Permit the manufacturer to forward two copies of the manual to the Bureau simultaneously with the copies for approval.
- (c) In urgent cases, submit a letter containing the nameplate data of the equipment, the ship applicability and contract or order number.

3.1.2.2  Regardless of the method used for obtaining NAVSHIPS numbers, the letter request shall state the expected delivery date of the manuals and the quantity of manuals being furnished for stock.

3.1.3  Emphasis. - The Bureau of Ships is mainly interested in the adequacy and completeness of contents and the clarity and readability of the information rather than the format.  The manual shall be oriented toward operation, maintenance and repair of the equipment by the forces afloat, without the services of a manufacturer's representative.  The portions devoted to descriptive matter and theory shall be limited to those which are essential to a proper understanding of the equipment for satisfactory operation, maintenance and repair.  The text need not duplicate information which is adequately shown on the photographs, drawings and illustrations incorporated in the manual. (A class A or B manual may be the manufacturer's commercial manual, or one prepared in accordance with his commercial practice whenever it will be suitable for the service intended as determined by the approving activity.)

3.1.4  Security classification. - The security classification of manuals shall be as designated by the bureau or agency concerned.  If classified, the security guide issued by DD form 254, forming a part of the contract shall be followed.  All pages shall be marked in accordance with the requirements of the Industrial Security Manual for Safeguarding Classified Information (DD 441 (Attachment)).  Where a minor amount of classified information is involved, two volumes - one unclassified and one classified shall be provided.  The word "UNCLASSIFIED" need not appear on each page of unclassified portions of classified manuals.  Revisions shall be classified as required by their subject matter.  Regardless of the overall classification of a classified publication, an unclassified title shall be assigned whenever possible and consistent with security and clarity.  In all cases, however, if a classified manual is involved, the initials of the classification assigned to the title, standing alone, shall be indicated in parentheses immediately following the title, using one of the following notation (U), (C), (S), (TS).  In addition, the covers of classified manuals shall include the markings as indicated on figure 1.

4

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.5  Detail requirements. -

3.1.5.1  Contents. - Manuals  shall contain the following information, arranged in an order appropriate to provide adequate instruction for operation and maintenance of each unit in the equipment and the complete assembly: No particular arrangement, format or chapter titles are required as long as the information is suitably presented.

    Front Matter
    General Information
    Installation
    Principles of Operation
    Operating Instructions
    Maintenance and Repair
    Parts Lists

3.1.5.2  Front matter. - The front matter shall consist of the following:

    (a) Cover
    (b) Title page (for classified manuals only)
    (c) Approval and procurement record page
    (d) List of effective pages
    (e) Table of contents
    (f) List of figures
    (g) List of tables

3.1.5.2.1  Cover and title page. - The cover shall contain the information on figure 1.  The title page for classified manuals shall conform to figure 2.

3.1.5.2.2  Approval and procurement record page. - The approval and procurement record (APR) page shall be the first page of unclassified manuals and shall follow the title page of classified manuals and shall conform to figure 3.

3.1.5.2.3  List of effective pages. - A list of effective pages shall be included.  In multiple volume manuals, the list of effective pages shall be included in volume 1 only.  The list of effective pages shall be modified whenever revisions are incorporated in copies of the manual.

5

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.5.2.4  Table of contents. - The table of contents shall list all primary divisions and secondary subdivisions such as chapters, sections and pages with their corresponding numbers.  Where sub-manufacturers are furnishing associated equipment and a separate manual is not provided, it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents.  In multiple volume publications, a table of contents shall be prepared for each volume.

3.1.5.2.5  List of figures. - A list of figures shall be prepared listing all figures, their titles and numbers.  In multi-volume publications, a list of figures shall be prepared for each volume.

3.1.5.2.6  List of tables. - A list of tables shall be prepared listing all tables, their titles and numbers.  In multi-volume publications, a list of tables shall be prepared for each volume.

3.1.6  General information. - General information shall consist of general data, a general description and detailed descriptions, as necessary to supplement data included in drawings and photographs.

3.1.6.1  General data. - General data shall consist of the following data for each component or unit:

(a) Descriptive (name plate) data necessary to identify manufacturer, type, model and performance or design characteristics.
(b) Principal overall dimensions.
(c) Weight.
(d) Allowable capacities, temperatures, pressures, settings, tolerances or other salient features as appropriate to the item shall be shown.

3.1.6.2  General description. - General description shall consist of a short general description of the equipment; explain briefly what it is, what it will do, and the general overall and interrelated operation of the various units.  All information of a general character applicable to the complete equipment shall also be given.  Where the text contains terms or symbols not commonly used, definitions or explanatory notes shall be included.

3.1.6.3  Detailed description. - Detailed description shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example:  ship service turbo generator:  the turbine, reduction gear, generator and exciter.

6

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.7 Installation. - Instructions, if necessary to supplement the installation drawings supplied (in accordance with Specification MIL-D-963), shall consist of methods of installation; including packing or unpacking, handling, preparation of foundation, alignment, precautions, mounting instructions, bolting diagrams, safety guards, grounding or bonding, clearances for access, ventilation, motion under shock, and methods of testing to assure satisfactory installation.

3.1.8 Principles of operation. - Figures, sketches, performance curves, and schematic wiring diagrams shall be included to the extent necessary to provide satisfactory operation, maintenance and repair. Operating sequences of automatic and semi-automatic equipment shall be indicated.

3.1.9 Operating instructions. - Information shall include routine and emergency procedures, and safety precautions; maximum and minimum loads; normal temperatures or pressure limits or both; transfer from manual to automatic operation (or the reverse), to be observed in the starting, operating, stopping, and shutting down of the equipment. In addition, action(s) which should be taken in the event of power failure; control air failure; lube-oil failure; partial failure of equipment; and similar conditions shall be described. Action(s) described in the event of partial failure shall include, where practicable, those procedures necessary to provide continued service of the equipment until time is available to repair the equipment. Where operating procedures are to be performed in specific sequence, step-by-step procedures shall be given. Operations shall be numbered in the order in which they are performed. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.1.10 Maintenance and repair. -

3.1.10.1 Preventive maintenance. - Instructions shall include all maintenance procedures, inspections, tests, and adjustments which should be performed periodically under shipboard conditions for the purpose of preventing failure or impairment of the equipment. A one page summary and time schedule for maintenance procedures, including a check-off table where appropriate, shall be provided. The summary sheet shall identify any items required by the Navy, as indicated at time of approval action, to be included in the ship's permanent history cards. Where necessary instructions shall include procedures for obtaining access to the sub-components for maintenance. Maintenance instructions shall include, where appropriate, but shall not be limited to the following:

7

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

(a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to show that sub-components are operating properly and to insure continuity of service at optimum performance.

(b) Table or charts, including "wear-limit" charts when appropriate, to indicate what is to be done, when it is to be done based on inspection, and how to do it.

(c) Utilization of the test facilities which may be incorporated in the various components.

(d) Instructions for the care, inspection, and cleaning of all pertinent parts.

(e) Instructions stressing the importance of properly maintaining all safety devices and interlocks provided to prevent damage to equipment or injury to personnel.

(f) Instructions on lubrication at shipboard operating temperatures shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer and the type of lubricant to be used. Lubricants shall be described by symbol number, Federal stock number, Military specification and industry standard numbers where applicable and known.

(g) Instructions on in-place-balancing or other means of reducing noise level if equipment specifications and shipboard application require quiet operation.

3. 1. 10. 2  Trouble shooting, overhaul and repair. - Instructions shall include all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment.  The following shall be included:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptons, probable cause, and instructions for remedying the faults.

(b) Complete instructions on signal tracing for electric circuits, use of special test instruments and unusual servicing techniques.

(c) Ample figures and sectional views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits.  Figures contained elsewhere in the manual may be used and referred to under this heading without duplicating them.

8

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.11 Parts list. - The parts list shall include identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes. Standard hardware, structural parts, or other parts which have no maintenance significance shall not be listed.

3.1.12 Special tools. - A separate list of "special tools" which are supplied with the equipment shall immediately follow the parts tabulation; this list shall contain only tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identification number. A photograph or sketch showing each special tool as it is being used, shall be included in the manual.

3.1.13 Photographs and drawings. - As the preferred alternate to lengthy, detailed discussions, the manual shall make maximum use of shop photographs, with parts annotated for identification. Photographs may be half-tones or glossy prints. Manuals shall contain reproductions of drawings, additional block diagrams and schematic drawings as necessary to supplement the descriptive matter contained in the text. In every case, a drawing or photograph of the assembly shall be included. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. Photographs and sketches shall be included wherever necessary for identification of the parts in the "parts list". Other figures shall be included to supplement or extend the information contained in the photographs and drawings as required for further identification of parts and explanation of the descriptive information contained in the text.

3.2 Format. -

3.2.1 Volumes. - Manuals shall be divided into volumes and by chapters or sections as necesary to provide ready handling and to present orderly instructions for operation and maintenance of the equipment, depending on the size and complexity of the manual.

3.2.2 Numbering. - Any section, chapter, page and paragraph numbering system which facilitates adequate indexing and rapid location of pertinent information is acceptable.

9

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

### 3.3 Text. -

3.3.1 Wording. - The text shall be factual, specific, concise, and clearly worded to be readily understandable by personnel involved in the operation, repair, overhaul and maintenance of the equipment, and to provide sufficient information for technicians to install, operate, service, and maintain the equipment at peak performance without the services of a manufacturer's representative. Technical phraseology requiring a specialized knowledge shall be avoided except where no other wording will convey the intended meaning, in which case the technical term shall be defined.

3.3.2 Level of writing. - As a general guide, the level of writing should be that for a high school graduate having specialized training as a technician through Navy training courses.

3.3.3 Figures. - Sectional views of assemblies, sub-assemblies and the component parts thereof shall be shown as necessary to supplement the text, photographs, and drawings and aid in the identification of parts. Identification of illustrated parts with listed parts shall be facilitated by the use of index (or piece) numbers and arrows which will identify assemblies, sub-assemblies and component parts thereof.

3.3.4 Indexing and referencing of figures. - Significant features or components of figures shall be identified by brief applicable nomenclature with arrows. Index (or piece) numbers may be used on figures when an extremely large amount of nomenclature is required.

3.3.5 Deleted figures. - When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure _____ deleted" in or near the place of deletion.

3.3.6 Notes, cautions and warnings. - Notes, cautions and warnings should be used to emphasize important and critical instructions. The use should be as sparing as is consistent with real need. When used, notes, cautions and warnings should immediately precede the applicable instructions and shall be selected in accordance with the following definitions:

    (a) "NOTE" - An operating procedure, condition, etc., which it is essential to highlight.
    (b) "CAUTION" - Operating procedures, practices, etc., when if not strictly observed, will result in damage or destruction of equipment.
    (c) "WARNING" - Operating procedures, practices, etc., which will result in personal injury or loss of life if not correctly followed.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.4  Applicability of manuals. -

3.4.1  Identical. - When a class A manual covering a specific equipment or a class B manual which is already available, is applicable in its entirety to the equipment being procured, the applicability is to be extended to include the additional ships by the manufacturer issuing an approval and procurement record page.  Copies of the manual required for the ship(s) and local use may be requisitioned from stock by the cognizant Naval supervising activity.

3.4.2  Identical except for minor modifications. - When a class A manual covering a specific equipment or a class B manual is applicable to the equipment being procured except for minor differences, the manufacturer shall modify the manual to cover the differences by the issue of revised or supplementary pages.  All revisions to an existing manual shall be approved by the Bureau of Ships, shall require the assignment of a change number, assigned by the Bureau of Ships, and shall be issued by the manufacturer with an approval and procurement record page.

3.5  Revisions. - Revisions to manuals which have been previously distributed shall be prepared as follows:

    (a) New pages - New pages shall be issued when it is found necessary to include new information to augment the content of the original manual.
    (b) Revised pages - Revised pages shall be issued to make changes which apply uniformly to all equipments covered by the manual.
    (c) Supplementary pages - Supplementary pages shall be issued when necessary to provide alternate instructions applicable only to a portion of the total equipments covered by the manual because of minor modifications or minor differences in related components.

3.5.1  Legend for revisions. - All new, revised or supplementary pages shall include the words "new", "revised" or "supplementary", the date and a change number.

3.5.2  Submission for approval. - Four copies of each revision shall be submitted to the Bureau for approval and assignment of a change number.  The forwarding letter shall include the number of stock copies and the estimated delivery date of the final copies.

11

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.6 Production requirements. - Detail materials, printing procedures and assembly for each manual shall be as approved at time of class A or B manual approval. An acceptable arrangement is set forth in the appendix of this specification. Alternate arrangements will be approved if equivalent performance is provided.

3.7 Distribution requirements. - Unless otherwise specified in the contract or order, distribution of all manuals not exactly identical to one previously procured and assigned a NAVSHIPS number shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.
(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.
(c) Two copies to the Bureau of Ships.
(d) Three copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard. (These copies are in addition to the copies for placement on board the ship.)
(e) Two copies to the Naval shipyard when the equipment is to be installed by that activity. (These copies are in addition to the copies for placement on board the ship.)
(f) One copy to each U.S. Naval Shipyard except Pearl Harbor and Portsmouth Naval Shipyard (total of nine).
(g) Two copies to Pearl Harbor Naval Shipyard (for submarine and surface ship equipment).
(h) Two copies to Portsmouth Naval Shipyard (for submarine equipment only).
(i) One copy to all active submarine tenders (submarine equipment only).
(j) One copy to Submarine Bases, New London and Pearl Harbor (submarine equipment only).
(k) Two copies to Commanding Officer, Ships Parts Control Center, Mechanicsburg, Penn.
(l) One copy to Naval Supply Centers, Norfolk and Oakland.
(m) One copy to Naval Supply Depot, Clearfield, Odgen, Utah.
(n) One copy to Forms and Publications Supply Office, Byron, Georgia.

12

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

(o) Manuals for stock shall be in the following quantities:

| Number of equipments | Number of copies |
|---|---|
| 1 to 25 | 25 |
| 26 to 99 | 50 |
| 100 and over | 100 |

These manuals shall be shipped to:
Receiving Officer, Naval Supply Depot, Mechanicsburg, Penn. Marked for COG I stock.

(p) Copies of approval and procurement record pages in accordance with paragraph 3.10.

3.8  Unless otherwise specified in the contract or order, (where manuals are not to be drawn from stock, see 3.4.1) distribution of all manuals exactly identical to ones previously approved shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.

(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(c) Copies of approval and procurement record pages in accordance with 3.10.

3.9  Revisions. - Revision pages shall be distributed to all activities receiving the original manual, and in the same quantity.

3.10  Approval and procurement record page. - This page shall be included in all copies of the manuals and additional copies distributed as follows:

(a) Two copies to Bureau of Ships.

(b) One copy to Forms and Publications Supply Office, Byron, Georgia.

(c) One copy to Ships Parts Control Center, Mechanicsburg, Penn.

13

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.11 <u>Military Assistance Program Ships.</u> - Unless otherwise specified in the contract or order, distribution of all final manuals for ships being constructed, reactivated, converted or otherwise readied for transfer under the Military Assistance Program (MAP) shall be as follows:

(a) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(b) Six copies per equipment for each ship to be transferred under MAP to a foreign government. These copies shall be sent to the Military Assistance Advisory Group (MAAG) of the recipient country for delivery to the foreign government which is to receive the ships.

(c) One copy to the Washington, D. C. Naval Attache of the foreign government to receive the ships.

(d) Two copies to the Bureau of Ships.

(e) One copy to the cognizant Supervisor of Shipbuilding when the equipment is to be installed at a private yard.

(f) One copy to the Commanding Officer, U.S. Navy Forms and Publications Supply Office, Byron, Georgia.

(g) Twelve copies to Receiving Officer, U.S. Naval Supply Depot, Mechanicsburg, Penn., marked for COG I stock.

## 4. QUALITY ASSURANCE PROVISIONS

4.1 <u>Contractor responsibility.</u> - The supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own or any other inspection facilities and services acceptable to the Government. Inspection records of the examinations shall be kept complete and available to the Government as specified in the contract or order. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 <u>Inspection.</u> - Sample copies shall be inspected to determine compliance with the requirements of this specification and for equivalence with the approved (when applicable) sample or basic manual. (If any subsequent issue of manuals is not equivalent to or better than an approved class A manual, class A approval may be withdrawn.)

14

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

4.3  Content. - The content of the manual shall be checked against the equipment being furnished to assure that it depicts accurately and adequately the equipment and the operating and maintenance procedures required.   The NAVSHIPS number on the manual shall be checked for agreement with the NAVSHIPS number on the equipment identification plate where specified.

5.  PREPARATION FOR DELIVERY

5.1  Packaging and packing. -

5.1.1  Individual and multi-volume manuals. - Individual copies and multi-volume manuals shall be packed to preclude damage to material. Multi-volume manuals shall be furnished as complete sets.

5.1.2  Manuals shipped with equipment. - When two copies of the manual are packed with the equipment they shall be packed within the shipping container holding the main unit of equipment.   The manual(s) shall be so placed that they are readily accessible prior to removing the equipment and shall not be placed within the vaporproof barrier material used to enclose the equipment.  Manuals accompanying equipment shall be packaged in a water-proof container.  The invoice packing list or bill of lading shall include the NAVSHIPS number of the manual,  the quantity and shall indicate which container includes the manuals.

5.1.3  Bulk shipment. - Manuals shipped in bulk shall not be individually wrapped.   Containers shall comply with the Uniform Freight Classification Rules or other carrier regulations as applicable to the mode of transportation.

5.2  Marking. - On bulk shipments, interior packages and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual set of manuals:

> Box (number) of (number)  (to be listed on multiple container shipments)
> NAVSHIPS number          (manual number)
> Quantity                 (in package)

The words ''FOR STOCK'' shall be endorsed on the package or packages destined for stock, unless otherwise specified.  NAVSHIPS numbers shall be indicated on the shipping documents.  When a contract or order requires manuals having different NAVSHIPS manual numbers, the stock copies of each manual number shall be shipped separately.

15

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

6.  NOTES

6.1  Ordering data. - Equipment specifications and procurement documents shall specify the following:

    (a) Title, number and date of this specification.
    (b) Quantity of manuals or APR pages required, delivery date and delivery destinations (see 3.7 through 3.11 inclusive).

6.2  Classes of manuals. - The class of manual need not be specified in equipment specifications or procurement documents.  The intent is that the manufacturer  shall supply class A manuals for any equipment for which he has received class A manual approval.  He shall supply class B manuals wherever he has not been granted class A approval.

6.3  Use of term ''Service Manual''. - Manuals to this issue of the specification are identified as ''Service Manuals'', instead of ''Technical Manuals'' since past use of the work ''Technical'' tended to denote a comprehensive, expensive, theoretical and engineering document whereas all that is necessary is a document that provides for satisfactory operation, maintenance and repair.

6.4  Elimination of types. - Previous issues of this specification have established different types for manuals.  Types have been eliminated from this issue.  The content and make-up of each manual should be tailor-made to delineate the particular operation and maintenance procedures required.

6.5  Rights in data. - Wherever unlimited rights in data are not obtained, the manual should eliminate all proprietary information if operation and maintenance suitability is not thereby reduced.  If proprietary information is required to be included and only limited rights in data are obtained, a restrictive clause per ASPR Section 9 should be included on the cover of each manual for ready identification.

16

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

Notice. - When Government drawings, specifications or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever, and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy - Ships
(Project 7610-N014Sh)

17

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

## APPENDIX

### 10.  SCOPE

10.1  This appendix covers the requirements for the production of service manuals.

### 20.  REQUIREMENTS

20.1  Quality. - All manuals furnished will be subject to 35-mm microfilming.  Letters, lines and symbols shall be of a uniform contrast throughout the documents.  Blurred or smudged printing or drop out of characters or lines shall be cause for rejection of the publication.  Characters shall be no smaller than 8 point type.

20.2  Typography. - Preferred typography is set forth in table I. When revisions are made to the basic manual, the typography shall conform as nearly as possible to the original manual.

Table I - Typography for 8-1/2 by 11-inch manual.

| Use | Type style and size | Capitalization | Leading | Spacing between units |
|---|---|---|---|---|
| Security classifica- tion A condensed | Gothic 14 pt.* | Capitals | 6 pt. | |
| Chapter or section titles | Same type as text | Capitals | 6 pt. | 48 pt. Following marginal copy, text of illustration 18 pt. Preceding text or illustration |
| Primary side heads | Same type as text | Capitals | 2 pt. | 6 pt. Preceding or following text |
| Subordinate side heads | Same type as text | Capitals | 1 pt. | 6 pt. Preceding or following text |
| Figure and table titles | Same type as text | Capitals and lower case | 2 pt. | 6 pt. Following illustration |

*If 14 pt. is not available, next smaller size shall be permitted.

18

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

Table I - Typography for 8-1/2 by 11-inch manual. (cont'd)

| Use | Type style and size | Capitalization | Leading | Spacing between units |
|-----|--------------------|-----------------|---------|-----------------------|
| Notes and cautions | Same type as text | Capitals centered | ------ | 4 pt. Preceding and following text |
| Warnings | Same type as text | Capitals centered | ------ | 4 pt. Preceding and following text |
| Text, table of contents, list of illustrations etc. | Book face (roman) bold 10 pt. | Capitals and lower case | 1 pt. | 12 pt. Preceding illustration or following figure title<br>6 pt Preceding or following notes, cautions, warnings |
| Keys or legends | Book face (roman) italics 8 pt. | Capitals and lower case | 1 pt. | 6 pt. Preceding figure title or following illustration<br>12 pt. Preceding text |
| Parts breakdown listings | Book face (roman) 8 pt. | Capitals and lower case | 1 pt. | 6 pt. Preceding bottom rule or following headings |
| Footnotes | Book face (roman) bold 8 pt. | Capitals and lower case | 1 pt. | |

NOTES

1. It is not the intent of this appendix to qualify the methods or composing equipment to be used, but to specify results required.
2. Leading and spacing may be relaxed where circumstances require such alterations.
3. The above requirements are for type that will reproduce same size. When oversize pages are used, type shall reduce to approximately these sizes.
4. All type specified may be plus or minus 1 point, except that 8 point type shall be the minimum allowable size.

19

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

## NOTES TO TABLE I (cont'd)

5. The type faces listed below are the most preferred. They are available in linotype or can be closely matched on office composing machines.

Book face (Roman)
Garamond
Modern
Bookman
Tribune News
Times Roman
Antique
Baskerville
Century

6. Type sizes as indicated in the requirements were selected for conservation of space and legibility and should not be changed except:

    (a) When oversize pages are prepared.
    (b) When unusual copy fitting problems arise.

### 20.3  Layout. -

20.3.1  Text pages. - The preferred layout of 8-1/2 inches by 11 inches text pages is two columns 20 picas wide and 54 picas deep, making an overall page image size of 42 by 60 picas. The text and illustration areas shall conserve space without lessening clarity or legibility. Blanks and spaces shall be avoided, except on fold-ins, and the first major division of the manual (chapter or section) shall be a new odd page.

20.3.2  Fold-ins. - Fold-in pages shall be used only for diagrams, drawings or charts which cannot be reduced for satisfactory presentation on a single page, or when frequent reference is required from other pages of the book. Aprons are required. When fold-in pages are used, they should be held to a two-page fold-in whenever practicable and shall not exceed an overall length of 34 inches from the binding edge including the apron. The apron may contain information pertaining to the diagram, drawing or chart.

20

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

20.4 <u>Form-punching and drilling.</u> - Service manuals shall be prepared in looseleaf form unless otherwise specified or approved. Looseleaf publications and revisions shall be punched for looseleaf binding with three holes one-fourth inch in diameter and four and one-fourth inches center to center (for 8-1/2 by 11 inch pages) or with such other drilling or punching as specified. Punching of revision pages shall be the same as punching of the original manuals.

20.5 <u>Size.</u> - Suggested sizes for final trim of service manuals follow:

    4-3/8 by 6-3/4
    8-1/2 by 11

All dimensions are in inches.

20.6 <u>Paper stock.</u> -

20.6.1 <u>Text pages.</u> - Paper stock for text pages shall be as specified in 20.6.1.1 or 20.6.1.2.

20.6.1.1 <u>Lithography.</u> - Paper stock shall be white offset book free from unbleached or ground woodpulp and shall have a substance weight of not less than 100 pounds per 1,000 sheets, basis 17 by 22 inches.

20.6.1.2 <u>Letterpress.</u> - Paper stock shall be equivalent to white super-calendered book containing not to exceed 5 percent unbleached chemical wood or ground woodpulp, the remainder to be bleached chemical woodpulp, and shall have a substance weight of not less than 90 pounds per 1,000 sheets, basis 25 by 38 inches.

20.6.2 <u>Fold-ins.</u> - Paper stock for fold-in pages shall be equivalent to high wet strength lithographic map, free from unbleached or ground woodpulp, and shall have a substance weight of not less than 48 pounds per 1,000 sheets, basis 17 by 22 inches.

20.6.3 <u>Binders.</u> - Binders shall be of plastic or pressboard and shall accommodate looseleaf manuals punched or drilled as specified in 20.4 and shall facilitate insertion of replacement pages. Commercial type fasteners are to be used. Information to be included on the binders shall not be stamped with gold or any other metal foil. Binder colors for unclassified manuals shall be any color except yellow or red. Binders for confidential manuals shall be red. Binders for secret and top secret manuals shall be yellow.

21

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

**NAVSHIPS  000-00**
**SECURITY  CLASSIFICATION**

**VOLUME I OF III**

NAV
SEC

NAV
SEC

NAV

# TITLE OF
# MANUAL
# (U)

**GROUP  CLASSIFICATION  MARKING** *(for classified manuals. See DD254)*

**SECURITY  CLASSIFICATION**

22                         Figure 1 - Cover.

REPRODUCED AT THE NATIONAL ARCHIVES

NAVSHIPS  000-000
SECURITY  CLASSIFICATION

MIL-M-15071D(SHIPS)
VOLUME I  OF III

# TITLE OF

# MANUAL

# (U)

**WARNING:  This document contains information affecting the national defense
of the United States within the meaning of the Espionage Laws, Title 18, U.S.C.,
Sections 793 and 794.  The transmission or the revelation of its contents in any
manner to an unauthorized person is prohibited by law.**

SECURITY  CLASSIFICATION

Figure 2 – Title page.

23

MIL-M-15071D(SHIPS)

Approval Authority shall include the applicable letters or correspondence granting approval in conformance with approval procedures.

Remarks space shall be used for necessary comments and the inclusion of information regarding the extension of a manual by minor revisions.

Certification: One of the following certification paragraphs shall be typed in this space, as appropriate.

For Class A manuals covering specific equipments.

It is hereby certified that NAVSHIPS _____ is identical to the basic manual NAVSHIPS _____ approved by the approval data shown above except for the detailed information required for the equipment provided under contract or purchase order _____

For original Class B manuals.

It is hereby certified that NAVSHIPS _____ to be provided under contract or purchase order _____ has been approved by the approval data shown above.

For identical Class A manuals covering specific equipment and Class B manuals.

It is hereby certified that the manuals to be provided under contract or purchase order _____ approved are exactly identical to NAVSHIPS _____ by authority of approval data shown above.

For Class A manuals covering specific equipment and Class B manuals which have been previously distributed but required minor modification.

It is hereby certified that the manuals to be provided under contract or purchase order _____ are exactly identical to NAVSHIPS _____ approved by the approval data shown above except for the necessary modification as shown in the above remarks space.

NOTE: This page may be typed and reproduced by any economical method and shall be included in Class B manuals and copies of final manuals.

24

---

APPROVAL AND PROCUREMENT RECORD PAGE

APPROVAL DATA FOR: NAVSHIPS _____
TITLE OF MANUAL: _____

APPROVAL AUTHORITY: _____

| CONTRACT OR PURCHASE ORDER | SHIPS APPLICABLE | QUANTITY OF APPLICABLE MANUALS | QUANTITY OF EQUIPMENT | BUILDING YARD |
|---|---|---|---|---|
| | | | | |

REMARKS:

CERTIFICATION:

DATE _____

MANUFACTURER'S SIGNATURE
MANUFACTURER'S NAME AND ADDRESS
FEDERAL CODE NUMBER (HOME OFFICE)

CHANGE NO. _____

Figure 3  Approval and procurement record page

REPRODUCED AT THE NATIONAL ARCHIVES

REPRODUCED AT THE NATIONAL ARCHIVES

## SPECIFICATION ANALYSIS SHEET

### Instructions

This sheet is to be filled out by personnel either Government or contractor, involved in the use of the specification in procurement of products for ultimate use by the Bureau of Ships.

This sheet is provided for obtaining information on the use of this specification which will insure that suitable products can be

procured with a minimum amount of delay and at the least cost.

Comments and the return of this form will be appreciated.

Fold on dotted lines on reverse side, staple in corner, and send to Bureau of Ships, Specifications and Standardization Branch, Washington 25, D.C.

| Specification |  |  |
|---|---|---|
| Organization | City | State |
| Contract No. |  |  |
| Quantity of Items Procured | | Dollar Amount $ |

Material procured under a direct Government contract [____]   or a subcontract [____]

1. Has any part of the specification created problems or required interpretation in procurement?
   Give paragraph number and wording

b. Recommendations for correcting the deficiencies

2. Comment on any specification requirement considered too rigid

3. Is the specification restrictive?        If the answer is "Yes", in what way?
   [____]  Yes        [____]  No

4. Remarks (Attach any pertinent data which may be of use in improving this specification. Place this form and papers in an envelope and send to the Bureau

| Submitted by (Print name and activity) | Date |
|---|---|

REPRODUCED AT THE NATIONAL ARCHIVES

Fold

--------------------------------------------------------------------------

DEPARTMENT OF THE NAVY
BUREAU OF SHIPS
WASHINGTON 25, D. C.

OFFICIAL BUSINESS

POSTAGE AND FEES PAID
NAVY DEPARTMENT

CHIEF, BUREAU OF SHIPS
SPECIFICATIONS AND STANDARDIZATION BRANCH
DEPARTMENT OF THE NAVY
WASHINGTON 25, D.C.

--------------------------------------------------------------------------

Fold

Exhibit 6

MIL-M-15071E(SHIPS)
15 April 1962
SUPERSEDING
MIL-M-15071D(SHIPS)
6 June 1961
MIL-M-16616(SHIPS)
4 February 1956

## MILITARY SPECIFICATION

### MANUALS, EQUIPMENT AND SYSTEMS

### 1. SCOPE

1.1 Scope. - This specification sets forth Bureau of Ships requirements for manuals necessary for installation, operation, maintenance, and repair (without the services of manufacturer's representatives) of equipment and systems.

1.2 Classification. - Manuals shall be of the following types, as specified (see 6.1):

Type I - Electrical and mechanical equipment manuals.
Type II - Electronic and specialized equipment manuals.
Type IIa - Experimental equipment manuals.
Type III - Systems manuals.

### 2. APPLICABLE DOCUMENTS

2.1 The following documents, of the issue in effect on date of invitations for bids, form a part of this specification to the extent specified herein:

SPECIFICATIONS

MILITARY
MIL-D-963 - Drawing, Electrical, Hull and Mechanical Equipment for Naval Shipboard Use.
MIL-M-21741 - Manual, Technical, Maintenance Standard Book.
MIL-D-23140 - Drawing, Installation Control and Preliminary Data (for Electronic and Related Equipment).

STANDARDS

MILITARY
MIL-STD-12 - Abbreviations for Use on Drawings and in Technical-Type Publications.
MIL-STD-15-1 - Graphical Symbols for Electrical and Electronic Diagrams, Part 1.
MIL-STD-15-2 - Electrical Wiring Symbols for Ships' Plans, Part 2.
MIL-STD-15-3 - Electrical Wiring Symbols for Architectural and Electrical Layout Drawings, Part 3.

MIL-STD-16 - Electrical and Electronic Reference Designations.
MIL-STD-17 - Mechanical Symbols.
MIL-STD-806 - Graphic Symbols for Logic Diagrams.

PUBLICATIONS

DEPARTMENT OF DEFENSE
DD Form 441 (Attachment) - Industrial Security Manual for Safeguarding Classified Information.

BUREAU OF SHIPS
NAVSHIPS 250-000 - Bureau of Ships Technical Manual
NAVSHIPS 94500 - Preparation Guide for Electronic Equipment Technical Manuals.
NAVSHIPS 900, 000. 102 - Handbook of Electronic Circuits.

(Copies of specifications, standards, and publications required by contractors in connection with specific procurement functions may be obtained from the bureau or activity concerned or as directed by the contracting officer.)

2.2 Other publications. - The following documents form a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

AMERICAN STANDARDS ASSOCIATION (ASA)
Y14. 15 - Electrical Diagrams.

(Applications for copies should be addressed to the American Standards Association Inc., 10 East 40th Street, New York 16, N. Y.)

OFFICIAL CLASSIFICATION COMMITTEE
Uniform Freight Classification Rules.

(Applications for copies should be addressed to the Official Classification Committee, 1 Park Avenue at 33rd Street, New York 16, N. Y.)

FSC 7610

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/4/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

## 3. REQUIREMENTS

3.1 Level of writing. - As a general guide, the level of writing should be that for a high school graduate having specialized training as a technician through Navy training courses. Operating instructions shall be written to the level of an operator having previous experience in the operation of similar or related equipment. The level of writing for other portions of the manual shall be to that of a technician having previous maintenance experience with similar or related equipment. These manuals are required to be written to the level of understanding of a Navy Technician Third Class. Technical manuals for experimental equipment (type IIa) should be written to the level of understanding of an engineer. To help contractors determine the nature, content and level of training given in the Navy Class A schools, manufacturers may request Inspectors of Naval Material to requisition training material on loan for the duration of the need.

3.2 References. - The Bureau of Ships Technical Manual, NAVSHIPS 250-000, describes the theory, operation and maintenance of many equipments and systems. Common electronic circuits are described in the Handbook of Electronic Circuits, NAVSHIPS 900,000,102. Accordingly, it will not be necessary to repeat this type of data in equipment or systems manuals except by reference. New or unique applications shall be fully described, to acquaint the technician with their principles of operation and maintenance.

3.3 Contents. - Manuals shall contain the following data, as applicable, arranged in an appropriate order to provide adequate instruction for installation, operation and maintenance of the equipment or system:

    Front matter
    General information
    Installation
    Operation
    Trouble shooting
    Maintenance
    Parts list
    Index

3.3.1 Front matter. - Standard front matter, listed in the normal sequence of appearance, shall consist of the following:

3.3.1.1 Cover and title page. - The cover shall contain the information shown in figure 1. The title page shall contain the information shown in figure 2.

3.3.1.2 Approval and procurement record page. - For type I manuals only, the approval and procurement record (APR) page shall follow the title page, and shall conform to figure 3.

3.3.1.3 List of effective pages. - The list of effective pages shall list all pages of the manual and shall indicate the issue information of each page (see 3.10.2.3). In multi-volume manuals, this page shall be included in volume 1 only.

3.3.1.4 Table of contents. - The table of contents shall list all primary divisions (chapters, sections, and paragraphs), with their corresponding page numbers. In multi-volume manuals, volume 1 shall contain a complete table of contents for all volumes; each subsequent volume shall contain its own table of contents.

3.3.1.5 List of illustrations. - The list of illustrations shall contain a complete listing of figures, titles, and page numbers. In multi-volume manuals, volume 1 shall contain a complete list of illustrations; each subsequent volume shall contain its own list of illustrations.

3.3.1.6 List of tables. - The list of tables shall contain a complete listing of all tables, titles, and page numbers. In multi-volume manuals, volume 1 shall contain a complete list of tables; each subsequent volume shall contain its own list of tables.

3.3.2 General information. - The manual shall include an over-all description of the functions and purpose of the equipment. This information is intended for use at the command level and others requiring a general summary of the equipment or system and its performance, advantages and limitations. It should not include information on operation and maintenance.

3.3.2.1 Description. - The functioning of the equipment or system as a whole and of its interrelated units shall be described. The functional description shall be non-technical in nature and shall describe the intended use (why, where, when, and with what), capabilities, and limitations of the equipment or system. Text covering physical descriptions or structural arrangements shall be brief, with special attention given to avoiding the inclusion of unnecessary or repetitious details that are easily illustrated. If the manual covers more than one model equipment or system, a statement or table pointing out the differences shall be provided. A list of equipment supplied, together with the approximate volume, weight, and over-all dimensions of each unit, if applicable, shall also be included. A list of equipment or publications required but not supplied and a compilation of quick reference data shall also be included. The quick reference data shall consist of pertinent technical or design characteristics of the equipment. Examples of such data are:

(a) Descriptive (nameplate) data necessary to identify manufacturer, type, model.

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433892
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

(b) Functional characteristics, such as:
  Power requirement
  Types of operation
  Power output
  Frequency
  Pulse characteristics
  Sensitivity; selectivity
(c) Capabilities, such as:
  Rated ranges
  Coverage
  Resolution
  Accuracy
(d) Rated outputs, such as:
  Wattages
  Voltages
  Horsepower
  Gallons per minute
(e) Special characteristics, such as:
  Operating temperatures
  Heat dissipation per unit
  Pressure
  Humidity
  Tolerances
(f) Other pertinent characteristics

3.3.3 Installation. - Installation information, as necessary to summarize installation drawings (conforming to MIL-D-963 or MIL-D-23140, as applicable), such as: site selection, unpacking and handling (where abnormal procedures or precautions are required), preparation of foundations, power requirements, mechanical assembly procedures, mounting instructions, bolting diagrams, safety precautions or guards, grounding and bonding, clearances for access, ventilation, motion under shock, methods of testing to assure satisfactory installation, and other recommendations for reduction of electrical or radio interference shall be provided. Information shall also be included to describe and illustrate, as necessary, the procedures to prepare the equipment for reshipment, taking into account complicated disassembly or dismantling procedures and known requirements for special handling of the equipment.

3.3.4 Operation. - Operating instructions shall include routine and emergency procedures (manual, automatic, local, and remote), safety precautions, quantitative and qualitative limits to be observed in the starting, operating, stopping, or shutting down of the equipment or systems. Where operating procedures or adjustments are to be performed in a specific sequence, step-by-step procedures shall be given; tables or charts, as necessary, are preferred for the presentation of such procedures. Adequate illustrative material shall supplement the text, to identify and locate all operating control and indicating devices. Tables which present the function of each operating control and indicating device, as well as the normal in-use position or indication, shall be included. Operating and stand-by cycling time for

maximum over-all equipment life shall also be included. Emergency operating instructions shall describe procedures to be followed when normal operation is not possible because of emergency conditions, such as: power failure, "battle short" operation, control air failure, lube-oil failure, partial failure of equipment, and so forth.

3.3.4.1 Operator's maintenance. - It is the intent of this specification that the operator's information include any maintenance procedures within the capability of an operator. This capability is limited to procedures governing periodic inspection, cleaning, servicing, preservation, lubrication, adjustment, and minor parts replacement (fuses, dry batteries, indicator lamps, and so forth) which do not require the need for internal alignment or complex adjustment.

3.3.5 Trouble shooting. - The manual shall provide the maintenance technician with adequate details for quickly and efficiently locating the cause of an equipment malfunction. The discussions shall contain concise information (to the extent needed) on how the equipment operates. The discussions shall be in order of operational or data sequence, as applicable. Block diagrams, simplified schematic diagrams of electrical, mechanical, hydraulic, pneumatic, and electronic circuits or systems, performance curves, and nomographs shall be used to support the discussions wherever necessary. Trouble-shooting information required to localize any trouble to a particular functional division (or unit) shall be included, to serve as a guide in isolating faults.

3.3.6 Additional specific requirements for types I, II, and III are set forth in paragraphs (3.4), (3.5) and (3.6), respectively.

3.3.7 Parts list. - The parts list shall include identification data covering all maintenance parts, to facilitate ready identification of the parts for replacement and ordering purposes. Standard hardware, structural parts, or other parts which have no maintenance significance shall not be listed. A brief introduction and the applicable tables listed below shall be included:

3.3.7.1 List of units. - The units shall be listed by unit number in numerical order; the list shall also indicate the quantity per equipment and the official name and designation.

3.3.7.2 Maintenance parts list. - The maintenance parts list shall list all of the units and their maintenance parts. The listing shall be arranged by units in numerical sequence. Maintenance parts for each unit shall be listed alphabetically-numerically by class of part following the unit designation:

(a) The tabulation shall consist of the following data: reference designation (military

3

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

or commercial, as applicable) and the name and description of the parts, keyed to an illustration. (If a cross reference list to provide parts location data is included with the repair material, the parts list can omit cross reference to an illustration.) Those parts which are not covered by military designation shall include sufficient characteristics to allow identification of the part within the equipment.

(b) A separate list of any special tools supplied with the equipment shall be provided at the end of the parts list tabulation.

**3.3.7.3** <u>List of manufacturers</u>. - A list of manufacturers shall be supplied unless the manufacturers are identified within the parts list tabulation by name and not by code.

**3.3.8** <u>Index</u>. - An alphabetical index by subject shall be included if the manual contains more than 100 pages. In multi-volume manuals, the index shall be included in volume 1 only.

**3.3.9** <u>User activity comment sheet</u>. - The manual production source shall include in each bound copy of final equipment and systems manuals one user activity comment sheet. This sheet shall be located immediately following the last page of each manual. In multi-volume manuals the sheet shall be located immediately following the last page of each volume. Figure 4 shall be used as reproduction copy for the production of these sheets.

**3.4** <u>Specific requirements for type I manuals</u>. -

**3.4.1** <u>Maintenance and repair</u>. -

**3.4.1.1** <u>Preventive maintenance</u>. - Instructions shall include all maintenance procedures, inspections, tests, and adjustments which should be performed periodically under shipboard conditions for the purpose of preventing failure or impairment of the equipment. A one page summary and time schedule for maintenance procedures, including a check-off table where appropriate, shall be provided. The summary sheet shall identify any items required by the Navy, as indicated at time of approval action, to be included in the ship's permanent history cards. Where necessary, instructions shall include procedures for obtaining access to the sub-components for maintenance. Maintenance instructions shall include, where appropriate, but shall not be limited to the following:

(a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to show that subcomponents are operating properly and to insure continuity of service at optimum performance.

(b) Table or charts, including "wear-limit" charts when appropriate, to indicate what is to be done, when it is to be done based on inspection, and how to do it.

(c) Utilization of the test facilities which may be incorporated in the various components.

(d) Instructions for the care, inspection, and cleaning of all pertinent parts.

(e) Instructions stressing the importance of properly maintaining all safety devices and interlocks provided to prevent damage to equipment or injury to personnel.

(f) Instructions on lubrication at shipboard operating temperatures shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer and the type of lubricant to be used. Lubricants shall be described by symbol number, Federal stock number, Military specification and industry standard numbers where applicable and known.

(g) Instructions on in-place-balancing or other means of reducing noise level if equipment specifications and shipboard application require quiet operation.

**3.4.1.2** <u>Trouble shooting, overhaul and repair</u>. - Instructions shall include all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment. The following shall be included:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.

(b) Complete instructions on signal tracing for electric circuits, use of special test instruments and unusual servicing techniques.

(c) Ample figures and sectional views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained elsewhere in the manual may be used and referred to under this heading without duplicating them.

**3.5** <u>Specific requirements for type II manuals</u>. -

**3.5.1** <u>Preparation guide</u>. - NAVSHIPS 94500 provides guidance as to a desired level of organizing, illustrating, and expressing technical material required by this specification. Any major deviation from this guide shall be approved by the bureau or agency concerned.

4

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

### 3.5.2 Trouble shooting. -

3.5.2.1 Trouble-shooting guides for localizing faults, giving sources of trouble, the symptoms, and probable cause, and instructions for remedying the faults shall be included for equipment or systems if adequate historical data is readily available.

3.5.2.2 Trouble shooting where adequate historical data is not readily available shall be based on the following "logical trouble-shooting procedure" (see 6.2):

(a) Step 1 - Symptom recognition. - The technician must be able to recognize when the equipment is malfunctioning or when performance has deteriorated beyond acceptable limits. This requires that the technician have available data similar to the following:

    (1) Expected performance or design characteristics for the equipment as a whole.

    (2) Performance limits for individual units of an equipment.

    (3) Other factors which can cause a deterioration in equipment performance but are not the direct result of an equipment malfunction.

(b) Step 2 - Symptom elaboration. - After a trouble has been verified, the technician must use the available aids designed into the equipment to further define the trouble. As an aid to this step, the technician needs:

    (1) A list of all front panel indicating devices (listing normal indications) and the controls which govern their operation.

    (2) A list of all critical adjustments or alignment procedures which affect equipment operation.

    (3) Programmed or automatic testing procedures.

(c) Step 3 - Listing probable faulty function. - After the technician has further defined the equipment trouble, he makes several "logical choices" covering the general location of the trouble, based upon the symptoms, his knowledge of the equipment, and the information available in the manual. In making these "logical choices", the technician will limit the location of the fault to those functional divisions which, if defective, could reasonably cause the trouble. For this he needs:

    (1) A complete functional description of the equipment, and a detailed description of the operation of

each functional division of the equipment and an explanation of critical circuits and reasons for adjustments.

    (2) Block diagrams of the equipment broken down into its functional divisions.

(d) Step 4 - Localizing the faulty function. - After "Choosing" the functional division that could be faulty, the technician performs certain tests or checks which will either eliminate or pinpoint the functional division under consideration. In order to perform these tests, the technician needs:

    (1) A list of test equipment and any special tools required.

    (2) A complete and comprehensive servicing block diagram for each functional division of the equipment.

    (3) Illustrations calling out significant test-point locations.

(e) Step 5 - Localizing trouble to the assembly (or circuit). - After the faulty functional division has been isolated, further "logical choices", together with additional tests and checks, enable the technician to isolate and pinpoint the part(s) causing the trouble. In order to accomplish this degree of isolation, the technician needs:

    (1) An over-all equipment schematic diagram, or, if the equipment is large or complex, individual unit schematics.

    (2) A listing of pertinent measurements (end play, backlash, clearances, temperatures, resistances, waveforms, and so forth) to be used as they apply in checking individual assembly or circuit conditions.

    (3) Illustrations showing the location of all parts.

(f) Step 6 - Failure analysis. - This is simply a review step in which the technician retraces the procedures he used in arriving at the corrective measure he is about to take. It allows the technician to broaden his background by giving him practice in determining the effect of the faulty part on the functional division, and on the equipment.

### 3.5.3 Maintenance. -

3.5.3.1 Preventive maintenance. - All preventive maintenance procedures that must be performed by a maintenance technician, tests, inspections, and adjustments which should be performed periodically to maintain proper operation shall be included if they are not described in a separate maintenance publication (such as a Maintenance

5

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

Standards Book as covered by MIL-M-21741). The instructions shall include, where appropriate:

(a) A maintenance procedures summary and time schedule chart.

(b) A tabulation of periodic performance, mechanical and electrical tests and checks, cleaning and inspections, and lubrication. Each of the checks or procedures shall be properly illustrated, and a regular time interval of performance shall be established (such as daily, weekly, monthly, and so forth). Acceptable limits of performance shall also be included within the tabulations. In general, the information shall indicate when it is to be done, what is to be done, how to do it, and the expected result.

(c) Lubrication instructions shall include manufacturer's recommendations on types of lubricant to use, specific time intervals for lubrication, and, where necessary, any special instructions covering lubricating procedures. Lubricants shall be identified by military or commercial standard numbers, as available.

(d) Cleaning instructions shall include information on the types of solvents to use and the cleaning periods. The cleaning solvents shall be identified by military or commercial standard numbers, as available.

3.5.3.2 Repair. - Instructions shall be provided for the removal, repair, adjustment, and replacement of all items which are within the ability of a technician to perform. Schematic diagrams of electrical, mechanical, hydraulic, pneumatic, and electronic circuits; parts location illustrations or other methods of parts location information; photographs, inter-connection cabling, piping plans, intra-rack wiring data (diagrams or tabular listings), and exploded and sectional views giving details of mechanical assemblies shall be provided, as necessary, to supplement the test. For mechanical items, information on tolerances, clearances, wear limits, maximum bolt-down torques, and in-place balancing or other means of reducing noise level shall be supplied. Information on the use of special tools and test equipment supplied with the equipment, as well as any cautions or warnings which must be observed to protect personnel and equipment, shall also be covered. The presentation should be arranged on a unit-by-unit basis; however, extensive material, procedures, or illustrations which are common to more than one assembly or sub-assembly need not be repeated, but may be referenced.

3.5.4 Operators' handbook. - When the thickness of the manual exceeds approximately 1/2 inch, the operators' information required in 3.3.4 shall be bound as a separate "Operators' Handbook". When bound separately, the standard front matter specified in 3.3.1 shall be included in the handbook.

3.6 Specific requirements for type III manuals. - Systems manuals shall contain data required for type I or type II manuals arranged in an appropriate order to provide system oriented instructions for overall operation, checkout, and maintenance of the system. Detailed requirements for these manuals shall be as specified in the contract, order, or ship specification. Parts lists of units involved with systems not already covered in equipment manuals shall be included.

3.7 Format. -

3.7.1 Volumes. - When the thickness of a manual exceeds approximately 2 inches, the manual shall be divided functionally into volumes and chapters or sections, as necessary, to provide easy handling and to present orderly instructions.

3.7.2 Text. - The text shall be specific, concise, and clearly worded to be readily understandable by personnel involved in the operation, maintenance, and repair of the equipment.

3.7.3 Emphasis. - The Bureau of Ships is mainly interested in the adequacy and completeness of contents and the clarity and readability of the information rather than the format. The manual shall be oriented toward operation, maintenance and repair of the equipment by the forces afloat, without the services of a manufacturer's representative. The portions devoted to descriptive matter and theory shall be limited to those which are essential to a proper understanding of the equipment for satisfactory operation, maintenance and repair. The text need not duplicate information which is adequately shown on the photographs, drawings and illustrations incorporated in the manual.

3.7.4 Security classification. - The security classification of a manual shall be as designated by the bureau or agency concerned. The Security Requirements Check list DD Form 254, which constitutes a part of the contract for all classified material, identifies and indicates the classified features. All pages of classified manuals shall be marked in accordance with Industrial Security Manual for safe-guarding classified information. Whenever possible, the installation, operation, and parts list information shall be kept unclassified.

3.7.4.1 Additional security markings. - When a manual contains information of a higher classification than that of the equipment it concerns, the appropriate classification of all classified data

6

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

contained within that manual shall be identified by a classification letter(s) enclosed in parentheses (see 3.7.4.2) and positioned as follows:

(a) Paragraphs and subparagraphs. - At the beginning and end of the text.

(b) Tables and illustrations. - At the upper-left and lower-right corners.

(c) Subjects and titles. - At the end of the subject or title.

**3.7.4.2 Classification letters.** - The classification letters assigned to the various levels are: (TS) Top Secret, (S) Secret, (C) Confidential, and (CMH) Confidential—Modified Handling Authorized, and (CRD) Confidential Restricted Data. Although it is not intended that each and every item of information bear a classification letter, the letter (U) shall be used to denote unclassified data when so directed by the bureau or agency concerned.

**3.7.5 Notes, cautions, and warnings.** - Notes, cautions, and warnings shall be used to emphasize important and critical instructions, consistent with the need. Notes, cautions, and warnings shall immediately precede the applicable instructions, and shall be selected in accordance with the following:

(a) "NOTE" - Concerns an operating procedure or condition which should be highlighted.

(b) "CAUTION" - Concerns an operating procedure or practice, which if not strictly observed, will result in damage to or destruction of equipment.

(c) "WARNING" - Concerns an operating procedure or practice which, if not strictly observed, will result in injury to personnel or loss of life.

**3.7.6 Numbering and identification.** - Any chapter, section, page, and paragraph numbering system is acceptable if it facilitates adequate indexing and location of information.

**3.7.7 Illustrations.** - Illustrations perform the function of graphically presenting required information. They shall be so planned and laid out as to portray complete pertinent information in a clear and accurate manner. Contractors may use available illustrations (photographs, diagrams, and so forth) prepared for other publications if the illustrations conform to this specification.

**3.7.8 Abbreviations.** - Abbreviations for use on drawings shall conform to MIL-STD-12, or MIL-D-963, as applicable.

**3.7.9 Graphical symbols.** - For type I manuals, use graphical symbols from MIL-D-963. For type

II manuals, use graphical symbols for electronic diagrams from MIL-STD-15-1; electronic wiring equipment symbols from MIL-STD-15-2; electronic wiring symbols for architectural and electronic layout drawings from MIL-STD-15-3; mechanical symbols from MIL-STD-17; and logic diagram symbols from MIL-STD-806. For required details on the application of graphical symbols refer to ASA Y14.15.

**3.7.10 Reference designations.** - Electronics reference designations shall conform to MIL-STD-16.

**3.8 Production.** -

**3.8.1 Detail materials,** reproduction procedures and assembly shall be approved at time of submission of manuscript for approval. Acceptable production details are set forth in this specification. Alternate methods will be approved if equivalent performance and durability are provided.

**3.8.2 Use of color.** - Color shall only be used to clarify functional operations. Such methods as cross-hatching or shading shall be used in lieu of color when there will be no loss in comprehension. Color shall not be used for backgrounds or for other decorative purposes. If color is used, a legend shall be included to explain the colors used. Colors shall be held to a minimum.

**3.8.3 Typography.** - It is not the intent of this specification to state the different methods or composing equipment to be used, but rather to state the results required. All manuals are subject to 35mm microfilming. Letters, lines, and symbols shall be of a uniform contrast throughout the publication. Blurred or smudged printing or drop-out of characters or lines shall be cause for rejection. Characters shall be no smaller than 8-point type. When revisions are made, the typography shall conform as nearly as possible to the original manual. Preferred typography is set forth in table I.

(a) Table I indicates the final point size of the type. When oversize pages are used for composition, the type shall approximate these sizes when reduced.

(b) The type families listed below are most preferred, and can be closely matched by cold composition processes:

Book face (Roman)

| | |
|---|---|
| Garamond | Bookman |
| Century | Modern Roman |
| Modern | Baskerville |

(c) Leading and spacing may be relaxed where circumstances require such alterations.

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

Table I—Typography

| Use | Type Face and Point Size | Capitalization | Leading | Spacing Between Lines |
|---|---|---|---|---|
| Security classification | Same type family as text, 14 pt | Capitals | 6 pt | |
| Body text | Book face (roman), 10 pt | Capitals and lower case | 1 pt | 12 pt preceding illustration or following figure title |
| Chapter and section titles | Same as body text | Capitals | 6 pt | 48 pt following marginal copy, text, or illustration |
| Primary side heads | Same as body text | Capitals | 2 pt | 6 pt preceding or following text |
| Subordinate side heads | Same as body text | Capitals | 1 pt | 6 pt preceding or following text |
| Marginal copy | Same as body text | Capitals and lower case | Solid | |
| Tables:<br>  Titles | Same as body text | Capitals | 2 pt | 6 pt to preceding text and following rule |
|   Column heads | Same as body text | Capitals | | |
|   Body | Same as body text | Capitals and lower case | 1 pt | 6 pt preceding bottom rule or following headings |
| Parts listing | Book face (roman) 8 pt, or EAM print-out | Capitals and lower case | 1 pt | 6 pt preceding bottom rule or following headings |
| Note (word only) | Same as body text | Capitals and lower case | | 4 pt preceding and and following text (text of Note set same as body text) |
| Caution (word only) | Same as body text | Capitals | | Same as for Notes |
| Warning (word only) | Same as body text | Capitals | | Same as for Notes |
| Figure titles | Same as body text | Capitals and lower case | 2 pt | 6 pt following illustration |
| Keys or legends | Same as body text | Capitals and lower case | 1 pt | 6 pt following figure title or following illustration |
| Footnotes | Same as body text | Capitals and lower case | 1 pt | Fit to space available |

8

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

3.8.4 <u>Layout</u>.- Recommended page layout is set forth below:

(a) <u>Single pages</u>. - The preferred layout follows:

| Page size (inches) | Columns | Column Width (picas) | Gutter Width (picas) | Binding Edge (picas) | Image* Depth (picas) |
|---|---|---|---|---|---|
| 8-1/4 x 10-3/4 | 1 | 42 | --- | 7 | 60 |
| 7-3/4 x 10-1/4 | 1 | 39 | --- | 6 | 57 |
| 8-1/4 x 10-3/4 | 2 | 20 | 2 | 7 | 60 |
| 7-3/4 x 10-1/4 | 2 | 19 | 1-1/2 | 6-1/2 | 57 |
| 3-3/8 x 6-3/4 | 1 | 20 | --- | 5 | 31-1/2 |

* Exclusive of security classification and page numbers.

Blanks and spaces shall be avoided except on fold-ins. The first major division of the publication (chapter or section) shall begin on a new odd page.

(b) <u>Fold-ins</u>. - Fold-in pages shall be used only for diagrams, drawings, and charts which cannot be reduced for satisfactory presentation on a single page, or when frequent reference is required from other pages of the book. Page-size aprons are required. When fold-in pages are used, they should be held to a two-page fold-in whenever practicable, and shall not exceed an overall length of 34 inches from the binding edge, including the apron. The apron may contain information pertaining to the diagram, drawing or chart.

3.8.5 <u>Illustrations</u>.- Illustrations shall be prepared by the most economical method which will result in clear, legible illustrations.

(a) <u>Lettering</u>. - Lettering height in final reproduced form shall not be less than 0.060 inch.

(b) <u>Continuous-tone artwork</u>. - Continuous-tone artwork (photographs and renderings) shall provide a clear definition of shapes, tonal values, and surface texture. The subjects shall be well-lighted, detailed, and brilliant.

(c) <u>Line artwork</u>. - Line artwork shall be prepared with line weights of sufficient strength to reproduce sharply and clearly at the final reproduction size, and shall be suitable for reduction to 35mm microfilm.

3.8.6 <u>Paper stock</u>. - Paper stock for text pages and fold-ins shall be as follows:

(a) <u>Lithography</u>. - Paper stock shall be white offset book, free from unbleached or ground woodpulp, and shall have a substance weight of not less than 100 pounds per 1000 sheets, basis 25 by 38 inches.

(b) <u>Letterpress</u>.- Paper stock shall be equivalent to white supercalendered book, the content of which shall not exceed 5 percent unbleached chemical wood or ground woodpulp, the remainder to be bleached chemical woodpulp, and shall have a substance weight of not less than 90 pounds per 1000 sheets, basis 25 by 38 inches.

3.8.7 <u>Cover stock</u>.- Cover stock shall be of plastic or pressboard. Information to be imprinted on the covers shall not be stamped in gold or any other metal foil. Cover colors for unclassified manuals shall be of any color except red or yellow. Covers for CONFIDENTIAL manuals shall be red. Covers for SECRET and TOP SECRET manuals shall be yellow.

3.8.8 <u>Binding</u>.- Manuals shall be prepared in looseleaf form, and shall facilitate the insertion of replacement pages. Commercial metal-type fasteners are to be used. The manual pages shall be punched or drilled as follows (all dimensions in inches):

| Hole-type binders | 4-3/8 x 6-3/4 | 7-3/4 x 10-1/4 (8-1/4 x 10-3/4) |
|---|---|---|
| Number of holes | Two | Three |
| Hole size | 1/4 | 1/4 |
| Distance, center-to-center | 4-1/2 | 4-1/4 |
| Distance to binding edge | 5/16 | 7/16 |

| Multi-slot binders | | |
|---|---|---|
| Number of slots | Twelve | Eighteen (Nineteen) |
| Slot size | 3/16 x 5/16 | 3/16 x 5/16 |

9

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

Multi-slot binders (cont'd)

| | | |
|---|---|---|
| Distance, center-to-center | 9/16 | 9/16 |
| Distance to binding edge after trim | 3/16 | 3/16 |

Punching or drilling of revision pages shall be the same as for the original manuals. Fillers shall be used to build up binding edge to same thickness as right-hand edge of manuals.

### 3.8.9 Preliminary, experimental manuscript and service test manuals. -

3.8.9.1 Typography. - Manuals shall be type-written, single-spaced. The copy shall be such that clear, readable reproductions may be obtained. Any method of duplication which will provide the necessary quantity of black legible copies will be acceptable. When the method of duplication permits, the manual shall be reproduced on both sides of the paper.

3.8.9.2 Layout. - Layout shall conform to the requirements for final manuals (see 3.8.4) except that horizontal and vertical folds are acceptable on fold-in pages.

3.8.9.3 Illustrations. - Illustrations for pre-liminary, experimental manuscript and service test manuals shall be prepared by the most economical method which will result in clear, legible illus-trations when reproduced.

3.8.9.4 Paper and cover stock. - Any good-quality paper stock which is suitable for the in-tended method of reproduction will be satisfactory for text and fold-in pages. Cover stock satisfactory for the intended use is acceptable; however, the color shall conform to the requirements for final manuals (see 3.8.7).

3.8.9.5 Binding. - Binding shall conform to the requirements for final manuals (see 3.8.8). Covers need not include any printed matter (other than the security classification) if suitable cut-out windows are provided.

### 3.9 Applicability of manuals. -

3.9.1 Identical manuals. - When a manual that is already available is applicable in its entirety to the equipment being procured, the applicability is to be extended to include the additional ships by the contractor issuing a new approval and procurement record page.

3.9.2 Modified manuals. - When existing man-uals are applicable to the equipment being pro-cured except for minor differences, the contractor shall modify the manual to cover the differences by the issue of a revision.

### 3.10 Revisions. -

3.10.1 Changes. - Information amending, cor-recting or modifying a manual shall be issued either as a temporary or permanent change. Change numbers will be assigned by the bureau or agency concerned when the submitted review copy is returned to the contractor.

3.10.1.1 Temporary changes. - Temporary changes shall be supplied when there is insufficient time to publish the information in the manual prior to delivery of the equipment, when making minor pen-and-ink corrections, or when revising prelim-inary manuals (see 3.11.3). A temporary change shall consist of detailed instructions for revising the manual.

3.10.1.1.1 Instructions. - The instruction portion of a temporary change shall be prepared as follows:

(a) The publication number and the temporary change (T-) number shall appear in the upper left-hand corner of each page.
(b) The total number of pages shall be in-dicated on the first page only.
(c) The security notice shall appear on the first page of all classified temporary changes (see figure 1).
(d) A statement shall be made indicating when the temporary change is in effect. If it supersedes an earlier temporary change or permanent change, a statement to that effect shall be given.
(e) A statement shall be made indicating the purpose of the change and the extent (or conditions of application) to which it applies.
(f) Instructions shall be given for making specific pen-and-ink corrections. The instructions shall be terse, yet clear. Illustrations and diagrams shall be used where needed. Specific data to be changed shall be set off in quotation marks. Pen-and-ink changes shall not be allowed when the time required is more than one minute per page and where the space available does not permit the insertion without affecting the clarity of the test.
(g) Instructions shall be given for inserting new or revised pages, for the disposition of superseded material, and for correct-ing the list of effective pages.
(h) The instructions shall be followed by a statement that the temporary change

10

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

shall be inserted in the manual immediately behind the front cover, preceding any previous changes.

(i) Printed matter shall be arranged on the pages so that none of the copy will be obscured when the pages are inserted into the affected publication.

3.10.1.1.2 Production of temporary changes. - Temporary changes shall be produced by the most economical method.

3.10.2 Permanent changes. - A permanent change shall consist of detailed instructions and revised pages for revising the manual. If more than 25 percent of the total pages of the manual (or volume if the manual consists of more than one volume) is affected, the manual (or volume) shall be issued as a completely revised manual (see 3.10.4). If, as a result of an equipment change, a manual covers only modified items or material, a note shall be included in the first paragraph of the instruction sheet to the effect that maintenance support activities should not dispose of the superseded pages until it can be established that all of the equipment population has been modified. Other activities should update their publications when the modification has been accomplished. If an equipment change does not affect the entire equipment population, the change shall be prepared in such a manner that the manual will describe both the affected and the unaffected equipment.

3.10.2.1 Instructions. - A permanent change shall include and supersede all previous changes. A permanent change shall include an instruction sheet prepared to the same requirements as a temporary change (see 3.10.1.1), and shall contain the following:

(a) A new cover (for each volume affected) if the change includes too many new pages to fit in the original cover.

(b) A revised title page, including the original date of the publication and the date of the change. When approved by the bureau or agency concerned, the title page may be revised by pen-and-ink corrections.

(c) A revised list of effective pages. When a new title page is not required, the list of effective pages may be revised by pen-and-ink corrections.

(d) Instructions for inserting the new or revised pages.

(e) Instruction. for disposing of superseded pages.

(f) Revised pages of the table of contents, list of illustrations, list of tables, index, and so forth, when applicable.

3.10.2.2 Copy, serial, or register numbers. - Changes for non-registered publications shall not bear copy, serial, or register numbers.

3.10.2.3 Issue information. - Changed pages shall include the number of the change of which they are a part. For example: If a page is revised in Change 3, "CHANGE 3" shall be substituted for the publication issue information (Change 1, and so forth) in lower binding-edge corner of the page. On unrevised sides of revised pages, the number of the change in which they were first issued (such as Change 1) shall be included, as applicable.

3.10.2.4 Production of permanent changes. - Permanent changes shall be produced in the same. method as the manual.

3.10.3 Parts list revisions. - Corrections or additions to parts lists tables shall be made either by revised pages or by providing supplementary tables, provided that such tables do not exceed 25 percent of the size of the parts list. In subsequent revisions, the parts list tables shall be revised until they exceed 25 percent of the parts list. When more than 25 percent of the parts list is affected, the list shall be completely revised or corrected by a permanent change (see 3.10.2). Supplementary tables shall appear at the front of the parts list tabulation. The style and format shall be equivalent to that of the basic parts list. The supplementary parts list shall have a note equivalent to the following included in the introduction:

"This parts list has been corrected by means of the following supplementary tables. For any given item, always refer first to the appropriate supplementary table, since it completely supersedes any corresponding listing in the basic table. If no information is shown for a given item, refer to the basic table for the required information."

3.10.3.1 The supplementary parts lists shall be entitled: "SUPPLEMENTARY PARTS LIST". If applicable, each table of the supplementary parts list shall be numbered the same as the basic parts list, followed by the letter "A". All supplementary parts lists for previous changes shall be incorporated in the new supplementary parts list.

3.10.4 Revised manuals. - A revised manual shall be supplied when the number of pages required to supply corrected and additional information for the manual is more than 25 percent of the total pages of the manual (or volume). This includes pages affected by the current change (including backup pages), plus pages affected by previous changes.

11

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

## 3.11 Approval. -

**3.11.1 Basic equipment manuals.** - Whenever an equipment lends itself to the preparation of a manual covering a family of equipments of the same basic design, and one which can be made applicable to specific equipments of that design by completing sheets and blanks, the contractor may submit to the Bureau of Ships four copies of the basic manual, together with examples of the completing sheets and blanks which will represent the detailed information to be provided for a specific equipment. Approval of such a manual will be by the Bureau of Ships only, and once approved, the basic manual shall not be modified without the approval of the Bureau of Ships. At the time of manual approval, the Bureau will assign a NAVSHIPS number to the basic manual and forward one copy to the cognizant inspector for future comparison and inspection with manuals furnished for specific equipments. If any subsequent issue of a basic manual is not equivalent to the approved manual, such approval may be withdrawn. Once approval of such a manual is granted for a particular basic design of equipment (and size range, if appropriate), the basic manual with the specific detailed information required for the unit of the family being furnished shall be supplied in the quantities required by the order, without further approval. Copies of the manual prepared for the specific equipments shall be marked by the contractor with the publication number of the basic manual, followed by a "-1", "-2", and so forth. Each dash number shall be assigned numerically by the contractor for each specific equipment of that family.

**3.11.2 Specific equipment manuals.** - Manuals for a specific equipment that are not prepared from a basic manual shall be approved by the Bureau of Ships or its field representative. (The term "field representative" is limited to field representatives of the Bureau of Ships, that is, Supervisors of Shipbuilding, USN, U.S. Naval Shipyards, and Industrial Managers, USN.) Once such a manual has been approved by the Bureau of Ships or its field representative, the manual shall not be modified without approval of the Bureau.

**3.11.2.1** Manuals for a specific equipment not previously approved shall be submitted for approval to the appropriate activity, as follows:

(a) Manuals procured under Bureau of Ships contracts. - The contractor shall forward four copies of the manual to the Bureau of Ships for approval.

(b) Manuals procured under contracts issued by Naval activities. - The contractor shall forward four copies to the Naval activity for approval.

(c) Manuals procured for the Bureau of Ships by a commercial activity (such as a private shipbuilder). - The contractor shall forward four copies of the manual to the commercial activity for approval of both the commercial activity and the cognizant Bureau of Ships representative.

**3.11.2.2** The Bureau of Ships will assign a publication number to each specific equipment manual as follows:

(a) Manuals procured under Bureau of Ships contracts. - The publication number will be included in the Bureau of Ships approval letter.

(b) For manuals procured for the Bureau of Ships by Naval or commercial activities, the contractor shall request a publications number from the ordering activity at the time of submission for approval.

**3.11.3 Preliminary manual approval.** - When there is insufficient time to permit approval by the bureau or agency concerned and still provide manuals with the first equipment delivered, a review copy shall be submitted to the cognizant Government inspector for approval.

**3.11.3.1** The review copy shall be submitted (prior to shipment of the first equipment) to the Government inspector simultaneously with four copies of the manual to the bureau or agency concerned. Publications numbers for preliminary manuals shall be requested from the local Navy representative.

**3.11.3.2** A self-addressed (contractor) postal card containing information equivalent to the notice indicated below shall be attached to the title page of all preliminary manuals which accompany equipment.

IMPORTANT NOTICE: This is a preliminary manual for (insert nomenclature of equipment), publication (insert number), supplied under contract (insert number). A copy of the FINAL manual will be forwarded when published. Return this card IMMEDIATELY, indicating ship or shore activity and mailing address.

When postal cards are received by the contractor after shipment of the bulk quantity of manuals has been completed, they shall be forwarded to the cognizant Government inspector with a request to process the cards into the supply system.

**3.11.4 Revisions.** - Four copies of changes or revised manuals shall be submitted to the bureau or agency concerned for approval and assignment of a publication number. However, temporary changes

12

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

are approved by the Government inspector only. Publication numbers of temporary changes shall be obtained from the bureau or agency concerned prior to publication.

3.12 Quantity and distribution. - The quantity of manuals shall be as specified in the contract, order or ship specification. Unless otherwise specified, the contractor shall be responsible for the distribution of all manuals procured on the contract or order.

3.12.1 Preliminary manuals. - The quantity shall be 2 per equipment, and a bulk quantity up to the bulk required for final manuals. The actual quantity to be supplied will depend upon the need at the time and the expected delay in production of final manuals. Distribution will be as directed. Distribution of bulk shall be not later than two weeks prior to the shipment of the first equipment.

3.12.2 Revisions. - The quantity of changes or revised manuals shall be as specified in the contract, order or ships specification. The distribution of such material shall be to all activities receiving the original manual and in the same quantity or as directed by the bureau or agency concerned.

3.13.3 Replenishment material. - One glossy, unscreened photographic print of each half-tone illustration used in manuals shall be furnished, along with two copies of the final manual. This material shall be forwarded as directed, with a covering letter advising that the material is for replenishment purposes.

3.14 Reproduction rights. - Reproduction rights shall be as established by the provisions of the contract pertaining to data or copyright. When material is copyrighted, the publication shall include a statement adjacent to the copyright notice as to the rights of the Government thereunder.

4. QUALITY ASSURANCE PROVISIONS

4.1 The supplier is responsible for the performance of all inspection requirements as specified herein. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure that supplies and services conform to prescribed requirements.

4.2 Inspection. - Manuals shall be inspected to determine compliance with the requirements of this specification, and for equivalence with the approved manuscript (sample manual or basic manual) and the approval letter.

4.3 Content. - The content of the manual shall be checked against the equipment being furnished to assure that it depicts accurately and adequately the equipment and the operating and maintenance procedures required.

5. PREPARATION FOR DELIVERY

5.1 Packaging and packing. -

5.1.1 Individual and multi-volume manuals. - Individual copies and multi-volume manuals shall be packed to preclude the possibility of damage in transit. Multi-volume manuals shall be furnished as complete sets except for the manuals shipped for stock. Stock copies of identical volumes shall be packed and shipped in common container(s).

5.1.2 Manuals shipped with equipment. - When copies of the manual are packed with the equipment, they shall be packed within the shipping container holding the main unit of equipment. The manuals shall be so placed that they are readily accessible prior to removing the equipment, and shall not be placed within the vapor-proof barrier material used to enclose the equipment. Manuals accompanying equipment shall be packaged in a waterproof container. The invoice, packing list or bill of lading shall include the publication number of the manuals, and the quantity; it shall also indicate which container includes the manual.

5.1.3 Bulk shipment. - Manuals shipped in bulk shall not be individually wrapped. Containers shall comply with the Uniform Freight Classification Rules or other carrier regulations, as applicable to the mode of transportation.

5.2 Marking. - On bulk shipments, interior packages and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual set of manuals:

Box (number) of (number) (to be listed on multiple container shipments)
Publication number
Quantity (in package)
Contract or order number

The words "FOR STOCK" shall be marked on the package or packages destined for stock. The publication numbers shall be indicated on the shipping documents. When a contract or order requires manuals having different publication numbers, the stock copies of each manual number shall be shipped separately. All bulk shipments shall be in accordance with security requirements.

6. NOTES

6.1 Ordering data. - Procurement documents shall specify the following:

(a) Title and number of this specification
(b) Security classification (see 3.7.4)

13

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

(c) Quantity of manuals (revisions or APR pages) required (see 3.12, 3.12.1)

6.2 The purpose of the detail requirements for the "logical trouble-shooting procedure" is to insure that the maintenance technician will have sufficient trouble-shooting information to enable him to efficiently locate equipment troubles, using the steps outlined. The objective of the method is to develop the technician's ability to decide what checks should be performed and where to make them. The information presented in the manual should not act as a "crutch" for the technician, but rather should serve as one of his most important maintenance tools.

6.3 Applicability of manuals. - Copies of manuals previously supplied covering a specific equipment in its entirety, required for ship(s) and local use, shall be requisitioned from stock by the cognizant Naval supervising activity.

6.4 Manuals procured by other activities for the Bureau of Ships. - The field approving activities shall obtain publication numbers from the Bureau of Ships by one of the following methods:

(1) Submit two copies of the manual either prior to or subsequent to the review and approval.

(2) Permit the contractor to forward two copies of the manual to the Bureau of Ships simultaneously with the copies for approval.

(3) In urgent cases, submit a letter containing the nameplate data of the equipment, the ship applicability, and the contract or order data.

6.4.1 Regardless of the method used for obtaining publication numbers, the accompanying letter shall state the expected delivery date of the final manuals and the quantity of manuals being furnished for stock.

Notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever, and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy - Ships
(Project 7610-N0016Sh)

14

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

─── SECURITY CLASSIFICATION ───

*(Publication number)*

VOLUME  *(number)*

TYPE OF PUBLICATION

*for*

# NOMENCLATURE
# OF EQUIPMENT(U)

*(Manuals Bearing Classified Restricted Data Only)*

RESTRICTED DATA

"This document contains restricted data as defined in the Atomic Energy Act of 1954. Its transmittal or the disclosure of its contents in any manner to an unauthorized person is prohibited."

*(Other Classified Manuals)*

"This document contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794, the transmission or the revelation of which in any manner to an unauthorized person is prohibited by law."

### DEPARTMENT OF THE NAVY
### BUREAU OF SHIPS

─── SECURITY CLASSIFICATION ───

Figure 1.  Sample Cover

15

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

---

**SECURITY CLASSIFICATION**

*(Publication number)*

VOLUME *(number)*

TYPE OF PUBLICATION

*for*

# NOMENCLATURE

# OF EQUIPMENT(U)

> For classified manuals, place applicable
> automatic, time-phased downgrading and
> de-classification notice here.

**DEPARTMENT OF THE NAVY
BUREAU OF SHIPS**

**SECURITY CLASSIFICATION**

*Publication: (DATE)*
*Change (number): (DATE)*

Figure 2. Sample Title Page

16

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

## APPROVAL AND PROCUREMENT RECORD PAGE

APPROVAL DATA FOR: NAVSHIPS
TITLE OF MANUAL:

APPROVAL AUTHORITY:

| CONTRACT OR PURCHASE ORDER | SHIPS APPLICABLE | QUANTITY OF MANUALS | QUANTITY OF EQUIPMENT | BUILDING YARD |
|---|---|---|---|---|
| | | | | |

REMARKS:

CERTIFICATION:

DATE

CHANGE NO.

MANUFACTURER'S SIGNATURE
MANUFACTURER'S NAME AND ADDRESS
FEDERAL CODE NUMBER (HOME OFFICE)

Approval Authority shall include the applicable letters or correspondence granting approval in conformance with approval procedures.

Remarks space shall be used for necessary comments and the inclusion of information regarding the extension of a manual by minor revisions.

Certification: One of the following certification paragraphs shall be typed in this space, as appropriate:

Basic equipment manuals.

It is hereby certified that NAVSHIPS _____ is identical to the basic manual NAVSHIPS _____ approved by the approval data shown above except for the detailed information required for the equipment provided under contract or purchase order _____

Specific equipment manuals.

It is hereby certified that NAVSHIPS _____ to be provided under contract or purchase order _____ has been approved by the approval data shown above.

For identical manuals covering basic equipment and specific manuals.

It is hereby certified that the manuals to be provided under contract or purchase order _____ approved are exactly identical to NAVSHIPS _____ approved by authority of approval data shown above.

For basic equipment manuals covering specific equipment and specific equipment manuals which have been previously distributed but required minor modification.

It is hereby certified that the manuals to be provided under contract or purchase order _____ are exactly identical to NAVSHIPS _____ approved by the approval data shown above except for the necessary modification as shown in the above remarks space.

NOTE:  This page may be typed and reproduced by any economical method and shall be included in specific equipment manuals and copies of final manuals.

Figure 3  Approval and procurement record page.

17

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/9/4 20:22:11 GMT

MIL–M–15071E(SHIPS)

NAVSHIPS NO._____     **USER ACTIVITY COMMENT SHEET**     Vol. No._____

(Fold on dotted lines on reverse side,
staple in corner, and send to Bureau
of Ships, Code 240, Washington 25, D. C. )

PROBLEM AREA:

Both sides of this form to be reproduced locally as required.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

Exhibit 7

■ 9999906 2100109 2T1 ■

MIL-M-15071F(SHIPS)
28 August 1967
SUPERSEDING
MIL-M-15071E(SHIPS)
15 April 1962
(See 6.6)

MILITARY SPECIFICATION

MANUALS, EQUIPMENT AND SYSTEMS

1.  SCOPE

1.1  Scope.-  This specification sets forth Naval Ship Systems Command requirements for manuals necessary for installation, operation, maintenance, and repair (without the services of manufacturer's representatives) of equipment and systems.

1.2  Classification.-  Manuals shall be of the following types, as specified (see 6.1):

Type I    - Electrical and mechanical equipment manuals.
Type II   - Electronic and specialized equipment manuals.
Type IIa  - Experimental equipment manuals.
Type III  - Systems manuals.

2.  APPLICABLE DOCUMENTS

2.1  The following documents, of the issue in effect on date of invitation for bids or request for proposal, form a part of the specification to the extent specified herein.

SPECIFICATIONS

MILITARY
MIL-D-1000/2  -  Drawings, Engineering and Associated Lists.
MIL-D-5480    -  Data, Engineering and Technical:  Reproduction requirements for.
MIL-Q-9858    -  Quality Program Requirements
MIL-M-9868/1  -  Microfilming of Engineering Documents, 35MM, for Naval Ship Systems
MIL-B-21741   -  Book, Technical, Maintenance Standards

FSC TMSS



Document provided by IHS
1910

THIS DOCUMENT CONTAINS 29 PAGES

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100110 T13 ■

MIL-M-15071F(SHIPS)

STANDARDS

MILITARY
MIL-STD-12   – Abbreviations for Use on Drawings and in
Technical-Type Publications.
MIL-STD-15-2 – Electrical Wiring Equipment Symbols for Ships'
Plans, Part 2.
MIL-STD-15-3 – Electrical Wiring Symbols for Architectural and
Electrical Layout Drawings, Part 3.
MIL-STD-17-1 – Mechanical Symbols (Other than Aeronautical,
Aerospacecraft and Spacecraft Use), Part 1.
MIL-STD-17-2 – Mechanical Symbols for Aeronautical, Aerospacecraft
and Spacecraft Use, Part 2.

HANDBOOKS

MILITARY
H4-1 – Cataloging Handbook, Federal Supply Code for Manufacturers,
United States and Canada, Name to Code.
H4-2 – Cataloging Handbook, Federal Supply Code for Manufacturers,
United States and Canada, Code to Name.

PUBLICATIONS

DEPARTMENT OF DEFENSE
DOD5220.22-M – Industrial Security Manual for Safeguarding
Classified Information.

NAVAL SHIP SYSTEMS COMMAND
NAVSHIPS 94500 – Preparation Guide for Electronic Equipment
Technical Manuals.

(Copies of specifications, standards, drawings, and publications required
by suppliers in connection with specific procurement functions should be obtained
from the procuring activity or as directed by the contracting officer.)

2.2  Other publications.-  The following documents form a part of this
specification to the extent specified herein.  Unless otherwise indicated, the
issue in effect on date of invitation for bids or request for proposal shall
apply.

2

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.



■ 9999906 2100111 95T ■

MIL-M-15071F(SHIPS)

UNITED STATES OF AMERICA STANDARDS INSTITUTE (USAS)
   PH 1.25 – Specifications for Safety Photographic Film.
   Y14.15 – Electrical Diagrams.
   Y32.2  – Electrical and Electronics Diagrams, Graphic Symbols for.
   Y32.14 – Logic Diagrams, Graphic Symbols for.
   Y32.16 – Electrical and Electronics Reference Designations.

(Applications for copies should be addressed to the United States of America Standards Institute, 10 East 40th Street, New York, N. Y. 10016.)

UNIFORM CLASSIFICATION COMMITTEE
   Uniform Freight Classification Rules.

(Applications for copies should be addressed to the Uniform Classification Committee, 202 Union Station, 516 West Jackson Boulevard, Chicago, Illinois 60606.)

(Technical society and technical association specifications and standards are generally available for reference from libraries.  They are also distributed among technical groups and using Federal agencies.)

3.  REQUIREMENTS

3.1  Level of writing.- As a general guide, the level of writing should be that for a high school graduate having specialized training as a technician through Navy training courses.  Operating instructions shall be written to the level of an operator having previous experience in the operation of similar or related equipment.  The level of writing for other portions of the manual shall be to that of a technician having previous maintenance experience with similar or related equipment.  These manuals are required to be written to the level of understanding of a Navy Technician Third Class.  Technical manuals for experimental equipment (type IIa) should be written to the level of understanding of an engineer.

3.2  References.- When reference to other documents is required, it shall be treated as follows:

    (a)  When a small amount of information is needed, the applicable material may be extracted and condensed.
    (b)  A large amount of material shall be referenced fully, including the title of the publication; the publication identifying number; and reference to volume, part, chapter, section, figure, table, and paragraph.

3

Document provided by IHS

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100112 896 ■

MIL-M-15071F(SHIPS)

     (c) When the reference is to an entire content of another document, the reference shall be only to the title of the publication and the publication identifying number.

3.3  <u>Contents</u>.- Manuals shall contain the following data, as applicable, arranged in an appropriate order to provide adequate instruction for installation, operation, and maintenance of the equipment or system:

     Front matter
     General information
     Installation
     Operation
     Trouble shooting
     Maintenance
     Parts list
     Index

3.3.1  <u>Front matter</u>.- Standard front matter, listed in the normal sequence of appearance, shall consist of the items specified in 3.3.1.1 through 3.3.1.8.

3.3.1.1  <u>Cover and title page</u>.- The cover shall contain the information shown on figure 1. The title page shall contain the information shown on figure 2.

3.3.1.2  <u>Approval and procurement record page</u>.- For type I manuals only, the approval and procurement record (APR) page shall follow the title page, and shall conform to figure 3.

3.3.1.3  <u>Content assurance pages</u>.- The content assurance pages shall follow the title page or approval and procurement record page and shall conform to figures 4 and 5. In multi-volume manuals, these pages shall be included in each volume for the content in that volume. Figures 4 and 5 shall be used as reproduction copy for the production of these sheets.

3.3.1.4  <u>Limited rights page</u>.- The limited rights page(s) when authorized by the terms of the contract, shall follow the title page and conform to figure 6. In multi-volume manuals, this page shall be included in each volume as required. Revisions or changes to existing publications subject to limited rights shall include a limited rights page as required and shall revise or identify those portions of the revision or change containing limited rights and shall also reflect any differences existing at that time. If the existing publication does not contain a limited rights page and should have contained one then the revision or change shall correct this deficiency.

4

Document provided by IHS 13

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message, please call the Document Policy Group at 303-397-2295.

■■ 9999906 2100113 722 ■■

MIL-M-15071F(SHIPS)

3.3.1.5 List of effective pages.- A list of effective pages shall be included on the back of the title page in each separately bound volume and shall list all pages of the volume and shall indicate the issue information of each page.

3.3.1.6 Table of contents.- The table of contents shall list all primary divisions (chapters, sections, and paragraphs), with their corresponding page numbers. In multi-volume manuals, volume 1 shall contain a complete table of contents for all volumes; each subsequent volume shall contain its own table of contents.

3.3.1.7 List of illustrations.- The list of illustrations shall contain a complete listing of figures, titles, and page numbers. In multi-volume manuals, volume 1 shall contain a complete list of illustrations; each subsequent volume shall contain its own list of illustrations.

3.3.1.8 List of tables.- The list of tables shall contain a complete listing of all tables, titles, and page numbers. In multi-volume manuals, volume 1 shall contain a complete list of tables; each subsequent volume shall contain its own list of tables.

3.3.2 General information.- The manual shall include an overall description of the functions and purpose of the equipment. This information is intended for use at the command level and others requiring a general summary of the equipment or system and its performance, advantages and limitations. It should not include information on operation and maintenance.

3.3.2.1 Description.- The functioning of the equipment or system as a whole and of its interrelated units shall be described. The functional description shall be nontechnical in nature and shall describe the intended use (why, where, when, and with what), capabilities, and limitations of the equipment or system. Text covering physical descriptions or structural arrangements shall be brief, with special attention given to avoiding the inclusion of unnecessary or repetitious details that are easily illustrated. If the manual covers more than one model equipment or system, a statement or table pointing out the differences shall be provided. A list of equipment supplied, together with the approximate volume, weight, and over-all dimensions of each unit, if applicable, shall also be included. A list of equipment or publications required but not supplied and a compilation of quick reference data shall also be included. The quick reference data shall consist of pertinent technical or design characteristics of the equipment. Examples of such data are:

5

Document provided by IHS
1714

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.

■ 9999906 2100114 669 ■

MIL-M-15071F(SHIPS)

    (a)  Descriptive (nameplate) data necessary to identify
         manufacturer, type, and model.
    (b)  Functional characteristics, such as:
         Power requirement.
         Types of operation.
         Power output.
         Frequency.
         Pulse characteristics.
         Sensitivity; selectivity.
    (c)  Capabilities, such as:
         Rated ranges.
         Coverage.
         Resolution.
         Accuracy.
    (d)  Rated outputs, such as:
         Wattages.
         Voltages.
         Horsepower.
         Gallons per minute.
    (e)  Special characteristics, such as:
         Operating temperatures.
         Heat dissipation per unit.
         Pressure.
         Humdity.
         Tolerances.
    (f)  Other pertinent characteristics.

    3.3.3  _Installation_.- Installation information, as necessary to summarize installation drawings (conforming to MIL-D-1000/2), such as:  site selection unpacking and handling (where abnormal procedures or precautions are required), preparation of foundations, power requirements, mechanical assembly procedures, mounting instructions, bolting diagrams, safety precautions or guards, grounding and bonding, clearances for access, ventilation, motion under shock, methods of testing to assure satisfactory installation, alignment precautions, and other recommendations for reduction of electrical or electromagnetic interference shall be provided.  Information shall also be included to described and illustrate, as necessary, the procedures to prepare the equipment for reshipment, taking into account complicated disassembly or dismantiling procedures and known requirements for special handling of the equipment.

6

Document provided by IHS.
1915

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MOT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.

■ 9999906 2100115 575 ■

MIL-M-15071F(SHIPS)

3.3.3.1  Unit interconnection diagrams.- These diagrams are to contain all the information necessary to make the electrical connections between units of the equipment, and to the primary power source.  Sufficient data is to be contained on the diagrams to enable circuits to be traced between units. Indicate which cables (if any) are contractor furnished.  In addition, show connections to fire control or other related equipment.

3.3.4  Operation.- Operating instructions shall include routine and emergency procedures (manual, automatic, local, and remote), safety precautions, and quantitative and qualitative limits to be observed in the starting, operating, stopping, or shutting down of the equipment or systems.  Where operating procedures or adjustments are to be performed in a specific sequence, step-by-step procedures shall be given; tables or charts, as necessary, are preferred for the presentation of such procedures.  Adequate illustrative material shall supplement the text, to identify and locate all operating control and indicating devices.  Tables which present the function of each operating control and indicating device, as well as the normal in-use position or indication, shall be included.  Operating and stand-by cycling time for maximum overall equipment life shall also be included.  Emergency operating instructions shall describe procedures to be followed when normal operation is not possible because of emergency conditions, such as:  power failure, "battle short" operation, control air failure, lube-oil failure, partial failure of equipment, and so forth.  All operating instructions and procedures shall be included unless otherwise specified in the contract.

3.3.4.1  Operator's maintenance.- It is the intent of this specification that the operator's information include any maintenance procedures within the capability of an operator.  This capability is limited to procedures governing periodic inspection, cleaning, servicing, preservation, lubrication, adjustment, and minor parts replacement (fuses, dry batteries indicator lamps, and so forth) which do not require internal alignment or complex adjustment.

3.3.5  Trouble shooting.- The manual shall provide the maintenance technician with adequate details for quickly and efficiently locating the cause of an equipment malfunction.  The discussions shall contain concise information (to the extent needed) on how the equipment operates.  The discussions shall be in order of operational or data sequence, as applicable.  Block diagrams, simplified schematic diagrams of electrical, mechanical, hydraulic, pneumatic, and electronic circuits or systems, performance curves, and nomographs shall be used to support the discussions wherever necessary.  Trouble-shooting information required to localize any trouble to a particular functional division (or unit) shall be included, to serve as a guide in isolating faults.

7

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100116 431 ■

MIL-M-15071F(SHIPS)

3.3.6  Additional specific requirements for types I, II, and III manuals are set forth in 3.4, 3.5 and 3.6, respectively.

3.3.7  Parts list.- The parts list shall include identification data covering all maintenance parts, to facilitate ready identification of the parts for replacement and ordering purposes.  Standard hardware, structural parts, or other parts which have no maintenance significance shall not be listed.  A brief introduction and the applicable tables listed in 3.3.7.1 through 3.3.7.3 shall be included.

3.3.7.1  List of units.- The units shall be listed by unit number in numerical order; the list shall also indicate the quantity per equipment and the official name and designation.

3.3.7.2  Maintenance parts list.- The maintenance parts list shall list all of the units and their maintenance parts.  The listing shall be arranged by units in numerical sequence.  Maintenance parts for each unit shall be listed alphabetically-numerically by class of item, except that all attached items of a unit or subassembly shall precede its removable parts and subassemblies, following the unit reference designation:

    (a)  The tabulation shall consist of the following data:  reference designation (military or commercial, as applicable) and the name and description of the parts, keyed to an illustration. (If a cross reference list to provide parts location data is included with the repair material, the parts list can omit cross reference to an illustration.)  Those parts which are not covered by military designation shall include sufficient characteristics to allow identification of the part within the equipment.

    (b)  A separate list of any special tools supplied with the equipment shall be provided at the end of the parts list tabulation.

3.3.7.3  List of manufacturers.- A list of manufacturers shall be supplied unless the manufacturers are identified within the parts list tabulation by name and not by code.  The list shall be prepared code to name in numerical sequence and shall be in accordance with Handbooks H4-1 and H4-2.

3.3.8  Index.- An alphabetical index by subject shall be included if the manual contains more than 100 pages.  In multi-volume manuals, the index shall be included in volume 1 only.

8

Document provided by IHS.

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100117 378 ■

3.3.9  <u>User activity comment sheet</u>.- The manual production source shall include in each bound copy of final equipment and systems manuals one user activity comment sheet.  This sheet shall be located immediately following the last page of each manual.  In multi-volume manuals the sheet shall be located immediately following the last page of each volume.  The form in this specification (see figure 7) shall be used as reproduction copy for the production of these sheets.

3.4  <u>Specific requirements for type I manuals</u>.-

3.4.1  <u>Maintenance and repair</u>.-

3.4.1.1  <u>Preventive maintenance</u>.- Instructions shall include all maintenance procedures, examinations, tests, and adjustments which should be performed periodically under shipboard conditions for the purpose of preventing failure or impairment of the equipment.  A one-page summary and time schedule for maintenance procedures, including a check-off table where appropriate, shall be provided.  The summary sheet shall identify any items required by the Navy, as indicated at time of approval action, to be included in the ship's permanent history cards.  Where necessary, instructions shall include procedures for obtaining access to the subcomponents for maintenance.  Maintenance instructions shall include, where appropriate, but shall not be limited to the following:

    (a)  A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to show that subcomponents are operating properly and to insure continuity of service at optimum performance.

    (b)  Table or charts, including "wear-limit" charts when appropriate, to indicate what is to be done, when it is to be done based on inspection, and how to do it.

    (c)  Utilization of the test facilities which may be incorporated in the various components.

    (d)  Instructions for the care, inspection, and cleaning of all pertinent parts.

    (e)  Instructions stressing the importance of properly maintaining all safety devices and interlocks provided to prevent damage to equipment or injury to personnel.

    (f)  Instructions on lubrication at shipboard operating temperatures shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer and the type of lubricant to be

9

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.

Document provided by IHS.

■ 9999906 2100118 204 ■

MIL-M-15071F(SHIPS)

              to be used.  Lubricants shall be described by symbol number, Federal stock number and military or commercial standard numbers, as applicable.

    (g) Instructions on in-place balancing or other means of reducing noise level if equipment specifications and shipboard application require quiet operation.

3.4.1.2  <u>Trouble shooting, overhaul, and repair</u>.- Instructions shall include all information necessary to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or subassembly of the equipment.  The following shall be included:

    (a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.

    (b) Complete instructions on signal tracing for electric circuits, use of special test instruments and unusual servicing techniques.

    (c) Ample figures and sectional views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits.  Figures contained elsewhere in the manual may be used and referred to under this heading without duplicating them.

3.5  <u>Specific requirements for type II manuals</u>.-

3.5.1  <u>Preparation guide</u>.-  NAVSHIPS 94500 provides detailed examples of organizing, illustrating, and expressing technical material required by this specification.  Any deviation from this guide shall be approved by the command or agency concerned.

3.5.2  <u>Trouble shooting</u>.-

3.5.2.1  Trouble-shooting guides for localizing faults, giving sources of trouble, the symptoms, and probable cause, and instructions for remedying the faults shall be included for equipment or systems if adequate historical data is readily available.

3.5.2.2  Trouble shooting where adequate historical data is not readily available shall be based on the following "logical trouble-shooting procedure" (see 6.2):

10

Document provided by IHS

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100119 140 ■

MIL-M-15071F(SHIPS)

(a) <u>Step 1 - Symptom recognition</u>.- The technician must be able to recognize when the equipment is malfunctioning or when performance has deteriorated beyond acceptable limits. This requires that the technician have available data similar to the following:

(1) Expected performance or design characteristics for the equipment as a whole.

(2) Performance limits for individual units of an equipment.

(3) Other factors which can cause a deterioration in equipment performance but are not the direct result of an equipment malfunction.

(b) <u>Step 2 - Symptom elaboration</u>.- After a trouble has been verified, the technician must use the available aids designed into the equipment to further define the trouble. As an aid to this step, the technician needs:

(1) A list of all front panel indicating devices (listing normal indications) and the controls which govern their operation.

(2) A list of all critical adjustments or alignment procedures which affect equipment operation.

(3) Programmed or automatic testing procedures.

(c) <u>Step 3 - Listing probable faulty function</u>.- After the technician has further defined the equipment trouble, he makes several "logical choices" covering the general location of the trouble, based upon the symptoms, his knowledge of the equipment, and the information available in the manual. In making these "logical choices", the technician will limit the location of the fault to those functional divisions which, if defective, could reasonably cause the trouble. For this he needs:

(1) A complete functional description of the equipment, and a detailed description of the operation of each functional division of the equipment and an explanation of critical circuits and reasons for adjustments.

(2) Block diagrams of the equipment broken down into its functional divisions.

(d) <u>Step 4 - Localizing the faulty function</u>.- After "Choosing" the functional division that could be faulty, the technician performs certain tests or checks which will either eliminate or pinpoint the functional division under consideration. In order to perform these tests, the technician needs:

(1) A list of test equipment and any special tools required.

(2) A complete and comprehensive servicing block diagram for each functional division of the equipment.

11

Document provided by IHS
1720

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.

■ 9999906 2100120 962 ■

MIL-M-15071F(SHIPS)

(3)  Illustrations calling out significant test-point locations.

(e)  Step 5 - Localizing trouble to the assembly (or circuit).-
After the faulty functional division has been isolated, further
"logical choices", together with additional tests and checks,
enable the technician to isolate and pinpoint the part(s) causing
the trouble.  In order to accomplish this degree of isolation,
the technician needs:

(1)  An overall equipment schematic diagram, or, if the equipment
is large or complex, individual unit schematics.

(2)  A listing of pertinent measurements (end play, backlash,
clearances, temperatures, resistances, waveforms, and so
forth) to be used as they apply in checking individual
assembly or circuit conditions.

(3)  Illustrations showing the location of all parts.

(f)  Step 6 - Failure analysis.-  This is simply a review step in
which the technician retraces the procedures he used in arriving
at the corrective measure he is about to take.  It allows the
technician to broaden his background by giving him practice in
determining the effect of the faulty part on the functional
division, and on the equipment.

3.5.3  Maintenance.-

3.5.3.1  Preventive maintenance.-  All preventive maintenance procedures,
tests, examinations, and adjustments which should be performed periodically to
maintain proper operation shall be included if they are not described in a
separate maintenance publication (such as Maintenance Standards Books as covered
by MIL-B-21741).  The instructions shall include, where appropriate:

(a)  A maintenance procedures summary and time schedule chart.

(b)  A tabulation of periodic performance, mechanical and electrical
tests and checks, cleaning and inspections, and lubrication.
Each of the checks or procedures shall be properly illustrated,
and a regular time interval of performance shall be established
(such as daily, weekly, monthly, and so forth).  Acceptable
limits of performance shall also be included within the tabulations.
In general, the information shall indicate when it is to be done,
what is to be done, how to do it, and the expected result.

(c)  Lubrication instructions shall include manufacturer's recommendations
on types of lubricant to use, specific time intervals for lubric-
ation, and, where necessary, and special instructions covering

12

Document provided by IHS;) 2 1

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.

■ 9999906 2100121 879 ■

MIL-M-15071F(SHIPS)

lubricating procedures. Lubricants shall be identified by
military or commercial standard numbers, as applicable.
(d) Cleaning instructions shall include information on the types
of solvents to use and the cleaning periods. The cleaning
solvents shall be identified by military or commercial standard
numbers, as applicable:

3.5.3.2 Repair.- Instructions shall be provided for the removal, repair,
adjustment, and replacement of all items which are within the ability of a
technician to perform. Schematic diagrams of electrical, mechanical, hydraulic,
pneumatic, and electronic circuits; parts location illustrations or other
methods of parts location information; photographs, interconnection cabling,
piping plans, intrarack wiring data (diagrams or tabular listings), and exploded
and sectional views giving details of mechanical assemblies shall be provided
as necessary, to supplement the test. For mechanical items, information on
tolerances, clearances, wear limits, maximum bolt-down torques, and in-place
balancing or other means of reducing noise level shall be supplied. Information
on the use of special tools and test equipment supplied with the equipment, as
well as any cautions or warnings which must be observed to protect personnel
and equipment, shall also be covered. The presentation should be arranged on a
unit-by-unit basis; however extensive material, procedures, or illustrations
which are common to more than one assembly or subassembly need not be repeated,
but may be referenced.

3.5.4 Operators' handbook.- When the thickness of the manual exceeds
approximately 1 inch, the operators' information required in 3.3.4 shall be
bound as a separate "Operators' Handbook". When bound separately, the standard
front matter specified in 3.3.1 shall be included in the handbook.

3.5.5 Type IIa manuals.- Type IIa manuals, covering experimental equip-
ment, shall contain the data elements required for type II manuals, except as
specified in 3.1 and 3.8.9.

3.6 Specific requirements for type III manuals.- Systems manuals shall
contain data required for type I manuals, for electrical and mechanical equip-
ments, or type II manuals for electronic equipment, arranged in an appropriate
order to provide system oriented instructions for overall operation, checkout,
and maintenance of the system. Detailed requirements for these manuals shall
be as specified in the contract, order, or ship specification.

Parts lists of units involved with systems not already covered in equip-
ment manuals shall be included.

13

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.

Document provided by IHS

■ 9999906 2100122 735 ■

MIL-M-15071F(SHIPS)

3.7  Format.-

3.7.1  Volumes.-  When the thickness of a manual exceeds approximately 2 inches, the manual shall be divided functionally into volumes and chapters or sections, as necessary, to provide easy handling and to present orderly instructions.

3.7.2  Text.-  The text shall be specific, concise, and clearly worded to be readily understandable by personnel involved in the operation, maintenance, and repair of the equipment.

3.7.3  Emphasis.-  The Naval Ship Systems Command is mainly interested in the adequacy and completeness of contents and the clarity and readability of the information rather than the format.  The manual shall be oriented toward operation, maintenance, and repair of the equipment by the forces afloat, without the services of a manufacturer's representative.  The portions devoted to descriptive matter and theory shall be limited to those which are essential to a proper understanding of the equipment for satisfactory operation, maintenance and repair.  The text need not duplicate information which is adequately shown on the photographs, drawings and illustrations incorporated in the manual.

3.7.4  Security classification.-  The Security Requirements Check List (DD Form 254) which constitutes a part of the contract for all classified material, identifies and indicates the classified features.  Classified material shall be handled in accordance with the Industrial Security Manual for Safeguarding Classified Information (DOD 5220.22-M).  Whenever possible, the title and installation, operation, and parts list information shall be kept unclassified.

3.7.5  Notes, cautions, and warnings.-  Notes, cautions, and warnings shall be used to emphasize important and critical instructions, consistent with the need.  Notes, cautions, and warnings shall immediately precede the applicable instructions, and shall be selected in accordance with the following:

    (a)  "NOTE" - Concerns an operating procedure or condition which should be highlighted.

    (b)  "CAUTION" - Concerns an operating procedure or practice, which if not strictly observed, will result in damage to or destruction of equipment.

    (c)  "WARNING" - Concerns an operating procedure or practice which, if not strictly observed, will result in injury to personnel or loss of life.

14

Document provided by IHS

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100123 671 ■

MIL-M-15071F(SHIPS)

3.7.6 <u>Numbering and identification</u>.- Any chapter, section, page, and paragraph numbering system is acceptable if it facilitates adequate indexing and location of information.

3.7.7 <u>Illustrations</u>.- Illustrations perform the function of graphically presenting required information. They shall be so planned and laid out as to portray complete pertinent information in a clear and accurate manner. Contractors may use available illustrations (photographs, diagrams, and so forth) prepared for other publications if the illustrations conform to this specification.

3.7.8 <u>Abbreviations</u>.- Abbreviations for use on drawings shall conform to MIL-STD-12.

3.7.9 <u>Graphic symbols</u>.- Graphic symbols shall be as specified in the following documents:

    (a) USAS Y32.2 for electrical and electronic diagrams.
    (b) USAS Y32.14 for logic diagram symbols (distinctive shapes only).
    (c) MIL-STD-15-2 for electrical wiring equipment symbols (for ships drawings only).
    (d) MIL-STD-15-3 for electrical wiring symbols for architectural and electrical layout drawings.
    (e) MIL-STD-17-1 and MIL-STD-17-2 for mechanical symbols.

For required details on the application of graphic symbols refer to USAS Y14.15.

3.7.10 <u>Reference designations</u>.- Electrical and electronics reference designations shall conform to USAS Y32.16.

3.7.11 <u>Distribution statements (see 6.1 and 6.3)</u>.- The applicable distribution statement shall be included on the title page.

3.7.12 <u>Engineering drawings</u>.- Engineering drawings prepared in accordance with MIL-D-1000/2, are acceptable as illustrations if the copy meets the legibility requirements of MIL-D-5480 when reduced to technical manual size.

3.8 <u>Production</u>.-

3.8.1 Detail materials, reproduction procedures, and assembly shall be approved at time of submission of manuscript for approval. Acceptable

15

Document provided by IHS.

Document provided by IHS Licensee=IHS Employees/1111111001, 08/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295

9999906 2100124 508

MIL-M-15071F(SHIPS)

production details are set forth in this specification. Alternate methods will be approved if equivalent performance and durability are provided.

3.8.2 Use of color.- Color shall only be used to clarify functional operations. Such methods as cross-hatching or shading shall be used in lieu of color when there will be no loss in comprehension. Color shall not be used for backgrounds or for other decorative purposes. If color is used a legend shall be included to explain the colors used. Colors shall be held to a minimum.

3.8.3 Typography.- It is not the intent of this specification to state the different methods or composing equipment to be used, but rather to state the results required. All manuals shall meet the requirements for good reproduction by 35MM microfilming. Letters, lines, and symbols shall be of a uniform contrast throughout the publication. Blurred or smudged printing or drop-out of characters or lines shall be cause for rejection. Characters shall be no smaller than 8-point type. When revisions are made, the typography shall conform as nearly as possible to the original manual. Preferred typography is set forth in table I.

(a) Table I indicates the final point size of the type. When oversize pages are used for composition, the type shall approximate these sizes when reduced.

(b) The type families listed below are most preferred, and can be closely matched by cold composition processes:

### Book face (Roman)

| Garamond | Bookman |
|---|---|
| Century | Modern Roman |
| Modern | Baskerville |

(c) Leading and spacing may be relaxed where circumstances require such alterations.

Table I - Typography.

| Use | Type face and point size | Capital-ization | Leading | Spacing between lines |
|---|---|---|---|---|
| Security classification | Same type family as text, 14 pt | Capitals | 6 pt | |

16

Document provided by IHS.

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.

■ 9999906 2100125 444 ■

MIL-M-15051F(SHIPS)

Table I - Typography. (continued)

| Use | Type face and point size | Capitalization | Leading | Spacing between lines |
|---|---|---|---|---|
| Body text | Book face (roman), 10 pt | Capitals and lower case | 1 pt | 12 pt preceding illustration or following figure title |
| Chapter and section titles | Same as body text | Capitals | 6 pt | 48 pt following marginal copy, text, or illustration |
| Primary side heads | Same as body text | Capitals | 2 pt | 6 pt preceding or following text |
| Subordinate side heads | Same as body text | Capitals | 1 pt | 6 pt preceding or following text |
| Marginal copy | Same as body text | Capitals and lower case | Solid | |
| Tables: Titles | Same as body text | Capitals | 2 pt | 6 pt to preceding text and following rule |
| Column heads | Same as body text | Capitals | | |
| Body | Same as body text | Capitals and lower case | 1 pt | 6 pt preceding bottom rule or following headings |
| Parts listing | Book face (roman) 8 pt, or EAM print-out | Capitals and lower case | 1 pt | 6 pt preceding bottom rule or following headings |
| Note (word only) | Same as body text | Capitals and lower case | | 4 pt preceding and following text (text of Note set same as body text) |

17

Document provided by IHS

Document provided by IHS Licensee=IHS Employees/1111111001, 08/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295

■ 9999906 2100126 380 ■

MIL-M-15071F(SHIPS)

## Table I - Typography. (continued)

| Use | Type face and point size | Capital-ization | Leading | Spacing between lines |
|---|---|---|---|---|
| Caution (word only) | Same as body text | Capitals | | Same as for Notes |
| Warning (word only) | Same as body text | Capitals | | Same as for Notes |
| Figure titles | Same as body text | Capitals and lower case | 2 pt | 6 pt following illustration |
| Keys or legends | Same as body text | Capitals and lower case | 1 pt | 6 pt following figure title or following illus-tration |
| Footnotes | Same as body text | Capitals and lower case | 1 pt | Fit to space available |

3.8.4  <u>Layout</u>.- Recommended page layout is set forth below:

(a)  <u>Single pages</u>.-  The layout is as shown in table II.

## Table II - Single page layout.

| Page size (Trim size in inches) | Columns | Column width (picas) | Gutter width (picas) | Binding edge (picas) | Image* depth (picas) |
|---|---|---|---|---|---|
| 8-1/4 x 10-3/4 | 1** | 42 | --- | 7 | 60 |
| 7-3/4 x 10-1/4 | 1 | 39 | --- | 6 | 57 |
| 8-1/4 x 10-3/4 | 2 | 20 | 2 | 7 | 60 |
| 7-3/4 x 10-1/4 | 2 | 19 | 1-1/2 | 6-1/2 | 57 |
| 4-3/8 x 6-3/4 | 1 | 20 | --- | 5 | 31-1/2 |

\* Exclusive of security classification and page numbers.
\*\* Review manuscript only for type II manuals.

Blanks and spaces shall be avoided except on fold-ins.  The first major division of the publication (chapter or section) shall begin on a new odd page.

(b)  <u>Fold-ins</u>.-Fold-in pages shall be used only for diagrams, drawings, and charts which cannot be reduced for satisfactory presentation on a single page,

18

Document provided by IHS 727

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100127 217 ■

MIL-M-15071F(SHIPS)

or when frequent reference is required from other pages of the
book. Page-size aprons are required. When fold-in pages are
used, they should be held to a two-page fold-in whenever
practicable, and shall not exceed an overall length of 34 inches
from the binding edge, including the apron. The apron may con-
tain information pertaining to the diagram, drawing or chart.
Horizontal folds are not permitted.

3.8.5  Illustrations.- Illustrations shall be prepared by the most econom-
ical method which will result in clear, legible illustrations.

(a)  Lettering.- Lettering height in final reproduced form shall be
not less than 0.060 inch.

(b)  Continuous-tone artwork.- Continuous-tone artwork (photographs
and renderings) shall provide a clear definition of shapes,
tonal values, and surface texture. The subjects shall be well-
lighted, detailed, and brilliant.

(c)  Line artwork.- Line artwork shall be prepared with line weights
of sufficient strength to reproduce sharply and clearly at the
final reproduction size, and shall be suitable for reduction to
35mm microfilm in accordance with MIL-M-9868/1.

3.8.6  Paper stock.- Paper stock for text pages and fold-ins shall be as
follows:

(a)  Lithography.- Paper stock shall be white offset book, free from
unbleached or ground woodpulp, and shall have a substance weight
of not less than 100 pounds per 1000 sheets, basis 25 by 38
inches.

(b)  Letterpress.- Paper stock shall be equivalent to white super-
calendered book, the content of which shall not exceed 5 percent
unbleached chemical wood or ground woodpulp, the remainder to
be bleached chemical woodpulp, and shall have a substance weight
of not less than 90 pounds per 1000 sheets, basis 25 by 38
inches.

3.8.7  Cover stock.- Cover stock shall be of plastic or pressboard.
Information to be imprinted on the covers shall not be stamped in gold or any
other metal foil. Cover colors for unclassfied manuals shall be of any color
except green, yellow, or pink. Covers for CONFIDENTIAL manuals shall be green.
Covers for SECRET manuals shall be yellow. Covers for TOP SECRET manuals shall
be pink.

19

Document provided by IHS

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message; please call the Document Policy
Group at 303-397-2295.

■ 9999906 2100128 153 ■

MIL-M-15071F(SHIPS)

3.8.8 <u>Binding</u>.- Manuals shall be prepared in looseleaf form, to facilitate the insertion of replacement pages. Metal prong fasteners or corrosion-resistant posts and screws shall be used. For manuals containing less than 100 pages (50 sheets) split type metallic fasteners may also be used. All metal parts shall be corrosion-resisting material or shall be treated to resist corrosion. The manual pages shall be punched or drilled as follows:

| Hole-type binders | 4-3/8 x 6-3/4 | 7-3/4 x 10-1/4 (8-1/4 x 10-3/4) |
|---|---|---|
| Number of holes | Two | Three |
| Hole size | 1/4 | 1/4 |
| Distance, center-to-center | 4-1/2 | 4-1/4 |
| Distance to binding edge | 5/16 | 7/16 |

| Multi-slot binders | | |
|---|---|---|
| Number of slots | Twelve | Eighteen (Nineteen) |
| Slot size | 3/16 x 5/16 | 3/16 x 5/16 |
| Distance, center-to-center | 9/16 | 9/16 |
| Distance to binding edge after trim | 3/16 | 3/16 |

Punching or drilling or revision pages shall be the same as for the original manuals. Fillers shall be used to build up binding edge to same thickness as right-hand edge of manuals.

3.8.9 <u>Preliminary, experimental and service test manuals</u>.-

3.8.9.1 <u>Typography</u>.- Manuals shall be typewritten, single-spaced. The copy shall be such that clear, readable reproductions may be obtained. Any method of duplication which will provide the necessary quantity of black legible copies will be acceptable. When the method of duplication permits, the manual shall be reproduced on both sides of the paper.

3.8.9.2 <u>Layout</u>.- Layout shall conform to the requirements for final manuals (see 3.8.4) except that horizontal and vertical folds are acceptable on fold-in pages.

20

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100129 09T ■

3.8.9.3  Illustrations.-  Illustrations for preliminary, experimental, and service test manuals shall be prepared by the most economical method which will result in clear, legible illustrations when reproduced.

3.8.9.4  Paper and cover stock.-  Any good-quality paper stock which is suitable for the intended method of reproduction will be satisfactory for text and fold-in pages.  Cover stock satisfactory for the intended use is acceptable; however the color shall conform to the requirements for final manuals (see 3.8.7).

3.8.9.5  Binding.-  Binding shall conform to the requirements for final manuals (see 3.8.8).  Covers need not include any printed matter (other than the security classification) if suitable cut-out windows are provided.

3.9  Applicability of manuals.-

3.9.1  Identical manuals.-  For type I manuals only, when a manual that is already available is applicable in its entirety to the equipment being procured, the applicability is to be extended to include the additional ships by the contractor issuing a new approval and procurement record page (see 3.3.1.2).

3.9.2  Modified manuals.-  When existing manuals are applicable to the equipment being procured except for minor differences, the contractor shall modify the manual to cover the differences by the issue of a change or revision. as applicable.

3.10  Changes and revisions.-

3.10.1  Changes.-  All changes are to be issued in the form of replacement pages.  Change numbers and NAVSHIPS numbers for the change will be assigned by the command or agency concerned when the submitted review copy is returned to the contractor.

3.10.1.1  A change shall consist of detailed instructions and revised pages for revising the manual.  If more than 25 percent of the total pages of the manual (or volume if the manual consists of more than one volume) is affected, the manual (or volume) shall be issued as a revision (see 3.10.3).  If, as a result of an equipment change, a manual covers only modified items or material, a note shall be included in the first paragraph of the instruction sheet to the effect that maintenance support activities should not dispose of the superseded pages until it can be established that all of the equipment

21

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295

■ 9999906 2100130 801 ■

MIL-M-15071F(SHIPS)

population has been modified.  Other activities should update their publications when the modification has been accomplished.  If an equipment change does not affect the entire equipment population, the change shall be prepared in such a manner that the manual will describe both the affected and the unaffected equipment.

3.10.1.2  Instructions.- A change shall include an instruction sheet, which provides instructions for inserting new and revised pages and disposing of superseded pages, and shall contain the following.

(a)  A new cover and binding fasteners (for each volume affected) if the change includes too many new pages to fit in the original cover.

(b)  A revised title page, including the original approval date of the publication and the approval date of the change.  The NAVSHIPS number for the change is to be inserted below the change number and date.  The publication number appearing in the upper left hand corner remains unchanged.

(c)  A revised list of effective pages.  If the publication does not contain a list of effective pages, a list of effective pages shall be prepared.

(d)  Change symbols.-Changes to the text and tables shall be indicated by a vertical six point line in the margin extending close to the entire area of the material affected (outer margin for double column material, outer margin for single column material). Previous change symbols on a page shall be deleted when a page is subsequently changed.  Changes to photographs, line drawings, diagrams and schematics shall be indicated by a printer's fist or fist note.  Changes confined to the same general area shall be indicated only once on the illustration.

(e)  Revised pages of the limited rights data page, table of contents, list of illustrations, list of tables, index, and content assurance pages, when applicable.

(f)  If a publication consists of more than one volume, changes shall be prepared separately and shall be numbered consecutively for each affected volume of the publication beginning with Change 1.

3.10.1.3  Copy, serial, or register numbers.- Changes for non-registered publications shall not bear copy, serial, or register numbers.

22

Document provided by IHS 1931

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295

■ 9999906 2100131 748 ■

3.10.1.4  Issue information.- Changed pages shall include the number of
the change of which they are a part.  For example:  If a page is revised in
Change 3, "CHANGE 3" shall be substituted for the publication issue information
(Change 1, and so forth) in lower binding-edge corner of the page.  On un-
revised sides of revised pages, the number of the change in which they were
first issued (such as Change 1) shall be included, as applicable.

3.10.1.5  Production of changes.- Changes shall be produced in the same
method as the manual.

3.10.2  Parts list revision.- Corrections or additions to parts lists
tables shall be made either by revised pages or by providing supplementary
tables, provided that such tables do not exceed 25 percent of the size of the
parts list.  In subsequent revisions, the parts list tables shall be revised
until they exceed 25 percent of the parts list.  When more than 25 percent of
the parts list is affected, the list shall be completely revised or corrected
by a change (see 3.10.1.1).  Supplementary tables shall appear at the front of
the parts list tabulation.  The style and format shall be equivalent to that
of the basic parts list.  The supplementary parts list shall have a note
equivalent to the following included in the introduction:

"This parts list has been corrected by means of the following supplementary
tables.  For any given item, always refer first to the appropriate supple-
mentary table, since it completely supersedes any corresponding listing in
the basic table.  If no information is shown for a given item, refer to
the basic table for the required information."

3.10.2.1  The supplementary parts lists shall be entitled:  "SUPPLEMENTARY
PARTS LIST".  If applicable, each table of the supplementary parts list shall
be numbered the same as the basic parts list, followed by the letter "A".  All
supplementary parts lists for previous changes shall be incorporated in the new
supplementary parts list.

3.10.3  Revision.- A revision is a second or subsequent edition of a manual
or a volume of a manual which supersedes the preceding edition.  A revision shall
be supplied when the number of pages required to supply corrected and additional
information for the manual is more than 25 percent of the total pages of the
manual (or volume).  This includes pages affected by the current change (including
backup pages), plus pages affected by previous changes.  When a revision is
issued, the following supersedure notice shall be included on the title page:
"This publication supersedes NAVSHIPS (number) date (day, month, year)."

23

Document provided by IHS

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295



■ 9999906 2100132 684 ■

MIL-M-15071F(SHIPS)

3.10.4  Responsibility for changes or revisions to final manuals.- The contractor shall be responsible for supplying revisions or changes for inaccuracies or omissions determined during usage or from contractor-generated design or production changes to the system or equipment until expiration of the contractor's responsibility for the last system or equipment delivered has elapsed.

3.10.5  Interim changes.- Information amending, correcting, or modifying preliminary, experimental, and service test manuals may be supplied as an interim change. An interim change shall be so identified and dated. An interim change shall contain the detailed instructions for revising the manual. The instructions shall include a statement that the interim change shall be inserted in the manual behind the front cover. Quantity and distribution shall be in accordance with 3.12.1.

3.11  Approval.- All publications prepared by or for the Naval Ship Systems Command shall be approved by the Command, its field activities, or its representatives.

3.11.1  The contractor shall request a publication number from the Government approving activity when the manuscript is submitted for approval. Each volume of multi-volume publications shall have individual publication numbers.

3.11.2  Preliminary manual approval.- When there is insufficient time to permit approval by the command or agency concerned and still provide final manuals with the first equipment delivered, a review copy of a preliminary manual shall be submitted to the cognizant Government inspector for approval. These preliminary manuals shall consist of a complete text of the instructions required for the type of manual to be furnished. They shall contain all figures (photographs, exploded views, and drawings) which will appear in the final manual, although they need not be in final form.

3.11.2.1  The review copy shall be submitted (prior to shipment of the first equipment) to the Government inspector simultaneously with four copies of the manual to the command or agency concerned. Publications numbers for preliminary manuals shall be requested from the approving activity.

- 3.11.2.2  A self-addressed (contractor) postal card containing information equivalent to the notice indicated below shall be attached to the title page of all preliminary manuals which accompany equipment.

24

Document provided by IHS 3

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message, please call the Document Policy Group at 303-397-2295.

■ 9999906 2100133 510 ■

MIL-M-15071F(SHIPS)

IMPORTANT NOTICE:  This is a preliminary manual for (insert nomenclature of equipment), publication (insert number), supplied under contract (insert number).  A copy of the FINAL manual will be forwarded when published.  Return this card IMMEDIATELY, indicating ship or shore activity and mailing address.

When postal cards are received by the contractor after shipment of the bulk quantity of manuals has been completed, they shall be forwarded to the cognizant Government inspector with a request to forward the cards to the Naval Supply Depot, Philadelphia.

3.11.3  Revisions or changes.- Four copies of changes or revisions shall be submitted to the Government approving activity for approval and assignment of a publication number.

3.12  Quantity and distribution.- The quantity of manuals shall be as specified (see 6.1).  The contractor shall be responsible for the distribution of all manuals procured on the contract or order.  Unless otherwise specified two copies shall be shipped with each equipment.  Bulk quantities shall be distributed at time of shipment of first equipment, except that when preliminary manuals are supplied in accordance with 3.11.3, quantity and distribution shall be as specified in 3.12.1, and the final manuals shall be distributed within 90 days after receipt of approval.

3.12.1  Preliminary manuals, revisions, or changes.- The quantity shall be two per equipment, and a bulk quantity up to the bulk required for final manuals but no less than 25 copies.  The actual quantity to be supplied will depend upon the need at the time and the expected delay in production of final manuals.  Distribution will be as directed.  Distribution of bulk shall be not later than 30 days after the shipment of the first equipment.

3.12.2  Revisions or changes.- The quantity of revisions or changes shall be as specified in the contract, order, or ships specification.  The distribution of such material shall be to all activities receiving the original manual and in the same quantity or as directed by the command or agency concerned.

3.12.3  Replenishment material.- One glossy, unscreened photographic print of each half-tone illustration used in manuals shall be furnished, along with two copies of the final manual.  This material shall be forwarded as directed, with a covering letter advising that the material is for replenishment purposes.

25

Document provided by IHS 54

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message, please call the Document Policy
Group at 303-397-2295

■ 9999906 2100134 457 ■

MIL-M-15071F(SHIPS)

3.13  Photolithographic negatives.- All film (negative or positive) must be dimensionally stable film with a transparent film base (cellulose acetate, triacetate, polystyrene, polyester, vinyl, etc.) conforming to USAS PH1.25. Film with a slight matte finish is acceptable.

3.14  Reproduction and use rights.- Reproduction and use rights of the publication, which constitutes technical data, shall be as provided for in the contract or order. Revisions and changes constitute technical data and are included in the term "publication".

3.14.1  Technical data.- Unless the contract or order otherwise provides and unless the publication is marked as provided for in the contract or order, or in the absence of such a provision as herein specified, the Government shall have unlimited rights to use, duplicate (reproduce), or disclose the publication in whole or in part and to have or permit others to do so. If the contract or order provides for limited rights and if the publication is subject to limited rights the publication shall contain a limited rights page (see 3.3.1.4).

3.14.2  Copyright.- If the publication is copyrighted in whole or in part, it shall include the following statement adjacent to the copyright notice:

"The Government is granted a royalty-free, nonexclusive, and irrevocable license throughout the world for Government purposes to publish, translate, reproduce, deliver, perform, dispose of, and to authorize others so to do, any or all material covered by this copyright."

However, if the contract or order provides for a copyright license different from the foregoing, the statement shall be modified to reflect the different license. Further, no such statement is required if the contract or order does not provide for a copyright license to the Government.

4.  QUALITY ASSURANCE PROVISIONS

4.1  Responsibility for inspection.- Unless otherwise specified in the contract or purchase order, the supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own facilities or any commercial laboratory acceptable to the Government. The Government reserves the right to perform any of the inspections set forth in the specification, where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

26

Document provided by IHS
1935

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295

■■ 9999906 2100135 393 ■■

MIL-M-15071F (SHIPS)

4.2  <u>Quality program requirements.</u>- The supplier shall provide and maintain a written quality program.  Acceptance of the program shall be obtained from the cognizant Government activity prior to implementation for assuring the comprehensive control and evaluation of all manuals and all materials and data in support of the manuals.

4.2.1  The quality program shall be in accordance with the following requirements of MIL-Q-9858:

      (a)  Quality program management:
         (1)  Organization.
         (2)  Initial quality planning (see 6.5.1).
      (b)  Facilities and standards:
         (1)  Drawings documentation and changes.
      (c)  Control of purchases:
         (1)  Responsibility.
         (2)  Purchasing data.
      (d)  Manufacturing control:
         (1)  Completed item examination and test.
      (e)  Coordinated Government/Contractor actions:
         (1)  Government inspection at subcontractor or vendor facilities.

4.2.2  In addition to the requirements of 4.2.1, the following, as a minimum, shall form a part of the quality program:

      (a)  Designation of authority, functions, and duties of those responsible for preparation, inspection, and validation of the manuals.
      (b)  Development, maintenance, distribution, and implementation of methods and procedures to assure the requisite quality of the manual.
      (c)  Coordination with equipment or system design and production activities to assure that the latest technical data and information, such as:  Operating and maintenance procedures, drawings, illustrations, etc., are used in the preparation of the manual and that revisions to the manual are made concurrent with revisions to the equipment or system design.
      (d)  Establishment of in-process inspection points and develop, maintain, distribute, and implement inspection criteria in order to determine adequacy and accuracy during the development stages of the manual (see 6.5.2).



27



1672
Document provided by IHS

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message please call the Document Policy
Group at 303-397-2295.

■■ 9999906 2100136 22T ■■

MIL-M-15071F(SHIPS)

    (e) Performance of a formal, detailed review, prior to validation, to assure that all technical data and information presented in the manual(s) are adequate, accurate, current, and comply with the contract and this specification.

    (f) Development, maintenance, distribution and implementation of validation plans and procedures.

    (g) Validation of the manual content against the physical equipment or system to assure that the manual depicts adequately and accurately that equipment or system.  The instructions and procedures shall be performed by personnel of the level for which the manual is written using equipment normally available at the installation site, ship, or otherwise (see 4.4 and 6.5.4).

    (h) Utilization of feedback information from all levels to eliminate recurring discrepancies or to improve the manual.

4.2.3  When 3.9.1 or 3.11.1 apply, the requirements of 4.2.2(e), (f), and (g) shall apply.  If there is a Content Assurance page within the manual that indicates a complete validation, 4.2.2(f) and (g) shall not apply.

4.2.4  When 3.9.2, 3.10 or 3.11.2 apply, the requirements of Section 4 of this specification shall apply.

4.3  Quality program acceptance.-  Acceptance of the supplier's quality program by the Government in no way relieves the supplier of the final responsibility to furnish supplies and services as specified herein.

4.3.1  Acceptance shall not preclude additions, refinements, or changes to the quality program where evidence indicates that the program is not or will not meet the requirements of the contract or this specification.

4.3.2  When additions, refinements, or changes to the program are determined necessary by the supplier, acceptance shall be obtained from the cognizant Government activity prior to implementation.

4.4  Content assurance pages (see 3.3.1.3 and figures 4 and 5).- These pages in their fully completed form, shall appear in each manual required from the supplier under the terms of the contact, including manuscripts.

28

Document provided by IHS  1937

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100137 166 ■

4.4.1  In separate correspondence, the supplier shall provide justification for all chapters, sections, and paragraphs not validated. Insufficient time or personnel is not considered as adequate justification.

4.5  Costing information.-  The supplier shall maintain and make available to the Government the costs (actual or estimated) relating to planning for and performance of validation.

5.  PREPARATION FOR DELIVERY

5.1  Packaging and packing.-

5.1.1  Individual and multi-volume manuals.-  Individual copies and multi-volume manuals shall be packed to preclude the possibility of damage in transit.  Multi-volume manuals shall be furnished as complete sets except for the manuals shipped for stock.  Stock copies of identical volumes shall be packed and shipped in common container(s).

5.1.2  Manuals shipped with equipment.-  When copies of the manual are packed with the equipment, they shall be packed within the shipping container holding the main unit of equipment.  The shipping container shall be marked with the words, "Technical Manuals Inside".  The manuals shall be so placed that they are readily accessible prior to removing the equipment, and shall not be placed within the vapor-proof barrier material used to enclose the equipment.  Manuals accompanying equipment shall be packaged in a waterproof container.  The invoice, packing list or bill of lading shall include the publication number of the manuals, and the quantity; it shall also indicate which container includes the manual.

5.1.3  Bulk shipment.-  Manuals shipped in bulk shall not be individually wrapped.  Containers shall comply with the Uniform Freight Classification Rules or other carrier regulations, as applicable to the mode of transportation.

5.2  Marking.-  On bulk shipments, interior packages and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual copy or an individual set of manuals:

> Box (number) of (number) (to be listed on multiple container shipments)
> Publication number.
> Quantity (in package).
> Contract or order number.

29

Document provided by IHS.

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message  please call the Document Policy Group at 303-397-2295.

■ 9999906 2100138 072 ■

MIL-M-15071F(SHIPS)

The words "FOR STOCK" shall be marked on the package or packages destined for stock.  The publication numbers shall be indicated on the shipping documents. When a contract or order requires manuals, revisions, or changes having different publication numbers, the stock copies of each number shall be packaged as separate items.  All bulk shipments shall be made in accordance with security requirements.

6.  NOTES

6.1  Ordering data.- Procurement documents should specify the following:

    (a)  Title, number, and date of this specification.
    (b)  Type of manual required (see 1.2).
    (c)  Applicable distribution statement (see 3.7.11 and 6.3).
    (d)  Quantity of manuals (revision or APR pages, for type I)
        required (see 3.12).

6.2  The purpose of the detail requirements for the "logical trouble-shooting procedure" is to insure that the maintenance technician will have sufficient trouble-shooting information to enable him to efficiently locate equipment troubles, using the steps outlined.  The objective of the method is to develop the technician's ability to decide what checks should be performed and where to make them.  The information presented in the manual should not act as a "crutch" for the technician, but rather should serve as one of his most important maintenance tools.

6.3  Distribution statment.- A statement used in marking a technical document to denote the conditions of its availability for distribution, release or disclosure.  This statement will be provided by the approving activity (see 6.1).

6.4  Quality program.- A comprehensive quality assurance program is the only acceptable parameter to assure adequate and accurate manuals or support data for an equipment or system.  The mission of a ship and the welfare of personnel aboard are directly dependent upon the availability and useability of their manuals.  Therefore, it is of paramount importance that a comprehensive quality assurance program for planning, development, production, inspection, review, and validation, be established and implemented.

6.5  Planning, inspections, and reviews.-  ⌐

6.5.1  Planning for manuals to support an equipment or system must begin during the early design definition phase of the related equipment or system to assure the requisite quality of the manual.

30

Document provided by IHS 39

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295

■ 9999906 2100139 739 ■

MIL-M-15071F(SHIPS)

6.5.1.1  The validation plan must reflect the supplier's procedures and scope of validation effect.  The plan must identify the baselines that will ensure timely delivery of technical manuals.  The plan must take into consideration changes and revisions of the technical manuals until the expirations of the supplier's responsibility.

6.5.2  In-process inspections are conducted by the supplier during the process of manual preparation.  Conducting these inspections, following through on correcting the discrepancies, and preventing discrepancy recurrence is considered necessary to assure that the end product is of the requisite quality.

6.5.3  In-process inspections conducted by the Government are held primarily to provide guidance to the supplier and to assure that manuals are being prepared in accordance with specification requirements.  These inspections may be conducted at the supplier's facility or his supplier's facility at any time during the development of the manuals.

6.5.4  Validation is defined as the process by which the contractor assures the technical accuracy and adequacy of a manual.  The contractor will be responsible for the technical accuracy and adequacy of all technical manuals furnished by the contractor.  The demonstration by actual performance of instructions and procedures in each manual relating to operation, assembly, disassembly, maintenance, and trouble shooting may be performed by a contractor at the equipment or ship construction site.  If performed by a subcontractor, this does not relieve the contractor of the responsibility for providing a correct and adequate manual to the government.  Written information and drawings in each manual will be checked against actual equipment in accordance with the approved quality program (see 4.2) to insure that the information and drawings match the actual equipment in all details depicted on them.

6.5.4.1  The installation procedures described in each manual will be checked during installation.  Accessibility to execute all operating, assembly, disassembly, and maintenance procedures will be checked in the ship after installation by the installing activity.  All procedures in each manual must be demonstrated by actual performance except for items of this nature:

> (a)  Destruction of material, such as disassembly of electronic components and removal of boiler tubes, is not required.
> (b)  Boring, grinding, and other shaping repair procedures need not actually be executed.

31

Document provided by IHS.

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message, please call the Document Policy Group at 303-397-2295.

■■ 9999906 2100140 750 ■■

MIL-M-15071F(SHIPS)

(c) Checking for accessibility will not be construed to require actual removal of distilling plant tube nests, shafting, crankshafts, inner tubes from periscopes, or other parts where the adequacy of accessibility can be determined by measurement, observation, and reference to drawings.

(d) Emergency or damage control operating procedures which would endanger material or personnel and all operating procedures which would entail excessive costs not encountered in the normal operation of the ship will not be required.  Excessive costs will be construed to include the provision of air-craft, submarines, oilers, and other naval ships for test unless furnished by the government.

6.5.5  Verification is accomplished by the Government for the purpose of assuring that manuals are compatible with the hardware and are adequate for test, calibration, operation, trouble shooting, maintenance, and repair, and are in conformity with the content and production requirements of this specifi-cation and the contract.

6.5.5.1  Verification consists of performance of selected operating and maintenance procedures, such as:  Check-out, trouble shooting, calibration, alignment, installation, and scheduled removal and replacement instructions and an inspection of the manuals as offered.

6.5.5.2  Verification of manuals may be simultaneously performed with validation in cases where:

(a) Time and equipment or facility availability does not permit separate verification and

(b) Procedures are relatively simple and the likelihood of errors is slight.

6.6  CHANGES FROM PREVIOUS ISSUE.  THE EXTENT OF CHANGES (DELETIONS, ADDITIONS ETC.)  PRECLUDE THE ANNOTATION OF THE INDIVIDUAL CHANGES FROM THE PREVIOUS ISSUE OF THIS DOCUMENT.

<div style="text-align:right">

Preparing activity:
Navy – Ships
(Project TMSS-N001)

</div>

32

Document provided by IHS
1741

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.

■ 9999906 2100141 697 ■

MIL-M-15071F(SHIPS)

—— SECURITY CLASSIFICATION ——

**NAVSHIPS NUMBER**

**VOLUME (number)**

**TYPE OF PUBLICATION**

**FOR**

# NOMENCLATURE
# OF EQUIPMENT(U)

(Manuals Bearing Classified Restricted Data Only)

**RESTRICTED DATA**

"This document contains information affecting the national Atomic Energy Act of 1954. Its transmittal or the disclosure of its contents in any manner to an unauthorized person is prohibited."

(Other Classified Manuals)

"This document contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C. Sections 793 and 794, the transmission or the revelation of which in any manner to an unauthorized person is prohibited by law."

**DEPARTMENT OF THE NAVY**
**NAVAL SHIP SYSTEMS COMMAND**

—— SECURITY CLASSIFICATION ——

Figure 1.  Sample Cover

*33*

Document provided by IHS. 42

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100142 523 ■

· MIL-M-15071F(SHIPS)

┌─────────────────────────────────────────┐
│ ─── SECURITY CLASSIFICATION ───          │
│                                          │
│ NAVSHIPS NUMBER                          │
│                                          │
│         VOLUME (number)                  │
│                                          │
│       TYPE OF PUBLICATION                │
│                                          │
│              FOR                         │
│                                          │
│        NOMENCLATURE                      │
│       OF EQUIPMENT(U)                    │
│                                          │
│                                          │
│   Place applicable distribution statement here. │
│                                          │
│   ┌────────────────────────────────┐     │
│   │ For classified manuals, place applicable │ │
│   │ automatic, time-phased downgrading and │ │
│   │ de-classification notice here.  │     │
│   └────────────────────────────────┘     │
│                                          │
│      Place supersedure notice here.      │
│                                          │
│                                          │
│      DEPARTMENT OF THE NAVY              │
│    NAVAL SHIP SYSTEMS COMMAND            │
│                                          │
│ ─── SECURITY CLASSIFICATION ───          │
└─────────────────────────────────────────┘

Approval Date (Day, Month, Year)
Change Number
Approval Date of Change (Day, Month, Year)
NAVSHIPS Number of the Change

Figure 2.  Sample Title Page

34

Document provided by IHS
Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33 MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100143 46T ■

MIL-M-15071F(SHIPS)

## APPROVAL AND PROCUREMENT RECORD PAGE

APPROVAL DATA FOR: NAVSHIPS
TITLE OF MANUAL:

→ APPROVAL AUTHORITY:

| CONTRACT NUMBER | SHIP APPLICABILITY | QUANTITY OF MANUALS | QUANTITY OF EQUIPMENT | BUILDING YARD |
|---|---|---|---|---|
| | | | | |

→ REMARKS:

→ CERTIFICATION:

DATE

MANUFACTURER'S SIGNATURE
MANUFACTURER'S NAME AND ADDRESS
FEDERAL CODE NUMBER (HOME OFFICE)

CHANGE NO.

Approval Authority shall include the applicable letters or correspondence granting approval in conformance with approval procedures.

Remarks space shall be used for necessary comments and the inclusion of information regarding the extension of a manual by minor revisions.

Certification: One of the following certification paragraphs shall be typed in this space, as appropriate:

For manuals being furnished for the first time.

It is hereby certified that NAVSHIPS _____ to be provided under contract number _____ has been approved by the approval data shown above.

For identical manuals.

It is hereby certified that the manuals to be provided under contract number _____ are exactly identical to NAVSHIPS _____ approved by authority of approval data shown above.

For manuals which have been previously distributed but require minor modification.

It is hereby certified that the manuals to be provided under contract number _____ are exactly identical to NAVSHIPS _____ approved by the approval data shown above except for the necessary modification as shown in the above remarks space.

NOTE: This page may be typed and reproduced by any economical method and shall be included in specific equipment manuals and copies of final manuals.

Figure 3. Approval and procurement record page

35/36

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

■ 9999906 2100144 3T6 ■

MIL-M-15071F(SHIPS)

## VALIDATION PERFORMANCE

Title of Publication                                    NAVSHIPS Number

Contractor:                              Sub-Contractor (if performing
                                                        validation):

Contract No(s) and Purchase Orders, if applicable

| Chapter | Section | Paragraph | Date Validation Completed | Check here if not validated |
|---------|---------|-----------|---------------------------|------------------------------|
|         |         |           |                           |                              |
|         |         |           |                           |                              |
|         |         |           |                           |                              |
|         |         |           |                           |                              |

Name & Authority of Validating              Signature of Validating Officer:
Officer:

Figure 4. Sample

Content Assurance Page, Validation

37/38

Document provided by IHS.

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message: please call the Document Policy
Group at 303-397-2295.



▬ 9999906 2100145 232 ▬

MIL-M-15071F (SHIPS)

VERIFICATION PERFORMANCE

| Title of Publication | NAVSHIPS Number |
|---|---|

Government Activity:        Date Verification Completed:

Date Correction Completed:

Date Reverification Completed:

| Chapter | Section | Para | Date Verif Completed | Date Corrections made | Date Reverified | Check here if not Verified |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Name & Authority of Verifying        Signature of Verifying Officer:
Officer:

Figure 5.  Sample

Content Assurance Page, Verification

39/40



Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message, please call the Document Policy
Group at 303-397-2295.



■ 9999906 2100146 179 ■

LIMITED RIGHTS PAGE                              MIL-M-15071F(SHIPS)

TITLE OF PUBLICATION                        NAVSHIPS NUMBER


CONTRACTOR


The pages or paragraphs listed have been furnished under United States
Government Contract No. _____ and shall not be either released
outside the Government, or used, duplicated, or disclosed in whole or
in part for manufacture or procurement, without the written permission
of _____, except for: (i) emergency repair or overhaul work
by or for the Government, where the item or process concerned is not
otherwise reasonably available to enable timely performance of the work;
or (ii) release to a foreign government, as the interests of the United
States may require; provided that in either case the release, use,
duplication or disclosure hereof shall be subject to the foregoing
limitations.  This legend shall be marked on any reproduction hereof in
whole or in part.


CONTRACT No.   VOLUME   CHAPTER   SECTION   PARAGRAPH   PAGE   INFORMATION


SIGNATURE OF CONTRACTOR'S AUTHORIZING REPRESENTATIVE_____

                                           Page 1 of __

          Figure 6.  Limited rights page

                    41/42

Document provided by IHS

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12:35:33
MDT Questions or comments about this message  please call the Document Policy
Group at 303-397-2295.



MIL-M-15071F(SHIPS)

USER ACTIVITY TECHNICAL MANUAL COMMENT SHEET
NAVSHIPS 5600/2(REV.9/67)
(Formerly NAVSHIPS 4914)
(COG I – 11-DIGIT STOCK NUMBER: 0105-503-9850)

NAVSHIPS NO._____
VOLUME NO._____

(Fold on dotted line on reverse side, staple, and mail to NAVSEC)

PROBLEM AREA:

Both sides of this form to be reproduced locally as required.

Figure 7.   Use activity comment sheet

43

Document provided by IHS

1948

Document provided by IHS Licensee=IHS Employees/1111111001, 06/04/2004 12 35 33
MDT Questions or comments about this message  please call the Document Policy
Group at 303-397-2295

Exhibit 8

■ 9999906 2100011 T79 ■

**MIL-M-15071G (NAVY)**
**1 AUGUST 1969**

**SUPERSEDING**
**MIL-M-15071F (SHIPS)**
**28 August 1967**

## MILITARY SPECIFICATION

# MANUALS, TECHNICAL: EQUIPMENTS AND SYSTEMS CONTENT REQUIREMENTS FOR

**All interested commands of the Department of the Navy have concurred in the use of this specification.**

## 1. SCOPE

**1.1** *Scope.* This specification sets forth Naval Ship Systems Command and Naval Electronic Systems Command content requirements for manuals necessary for installation, operation, maintenance, repair, and parts support (without the services of manufacturer's representatives) of equipment and systems (see 6.1).

**1.2** *Classification.* Manuals shall be of the following types, as specified (see 6.2 and 6.6):

Type I —Electrical and mechanical equipment manuals.

Type II —Electronic and interior communications equipment manuals.

Type IIS—Service test electronic and interior communications equipment manuals.

Type IIX—Experimental electronic and interior communications equipment manuals.

Type III —System manuals.

**1.3** *Data items.* The following technical manual data items are detailed by this specification (see 6.2):

a. Book plan.

b. Quality program.

c. Manuscript (review) (see 3.11.3 and 3.13.4).

d. Preliminary manuals (see 6.5.10).

e. Reproducible copy.

    (1) Preliminary manual.
    (2) Final manual (basic).
    (3) Change (permanent and interim).
    (4) Revision.

f. Printed manuals.

g. Status reports.

h. Photolithographic negatives.

## 2. APPLICABLE DOCUMENTS

**2.1** The following documents of the issue in effect on date of invitation for bids or request for proposal, form a part of the specification to the extent specified herein.

### SPECIFICATIONS

**MILITARY**

| | |
|---|---|
| MIL-P-116 | —Preservation, Methods of. |
| MIL-D-1000 | —Drawings, Engineering and Associated Lists. |
| MIL-D-1000/2 | —Drawings, Engineering and Associated Lists. |
| MIL-M-9868/1 | —Microfilming of Engineering Documents, (35MM), for Naval Ship Systems. |
| MIL-M-24365 | —Maintenance Engineering Analysis: Establishment of, and Procedures and Formats for Associated Documentation; General Specification For. |
| MIL-M-38784 | —Manuals, Technical: General Requirements for the Preparation of. |
| MIL-P-38790 | —Printing Production of Technical Manuals; General Requirements for. |

Provided by IHS
No reproduction or networking permitted without license from IHS

Licensed by *Information Handling Services*

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/4 20:40:12 GMT

FSC TMSS

■ 9999906 2100012 905 ■

MIL–M–15071G(NAVY)

**STANDARD**

**MILITARY**

MIL–STD–12—Abbreviations For Use On Drawings, Specifications Standards and in Technical Documents.

**PUBLICATIONS**

**MILITARY**

DOD 5220.22M—Industrial Security Manual for Safeguarding Classified Information.
NAVSHIPS 0967–000–0120—Handbook of Electronic Circuits.
NAVSHIPS 0969–019–7000—Application Guide for Electronic Test Equipment.
NAVEXOS P–35—Publications and Printing Regulations.

**HANDBOOKS**

**MILITARY**

H4–1—Cataloging Handbook, Federal Supply Code for Manufacturers, United States and Canada, Name to Code.
H4–2—Cataloging Handbook, Federal Supply Code for Manufacturers, United States and Canada, Code to Name.

(Copies of specifications, standards, drawings, and publications required by suppliers in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

**2.2 Other publications.** The following documents form a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.

**UNIFORM CLASSIFICATION COMMITTEE**
Uniform Freight Classification Rules.

(Application for copies should be addressed to the Uniform Classification Committee, 202 Union Station, 516 West Jackson Boulevard, Chicago, Illinois 60606).

**UNITED STATES OF AMERICA STANDARDS INSTITUTE (USAS)**

X3.5 —Flowchart Symbols for Information Processing.
Y14.15—Electrical and Electronics Diagrams.
Y32.2 —Electrical and Electronics Diagrams, Graphic Symbols For.
Y32.14—Logic Diagrams; Graphic Symbols for.
Y32.16—Electrical and Electronics Reference Designations.

(Application for copies should be addressed to the United States of America Standards Institute, 10 East 40th Street, New York, N.Y. 10016.)

(Technical society and technical association specifications and standards are generally available for reference from libraries. They are also distributed among technical groups and using Federal agencies.)

**3. REQUIREMENTS**

**3.1 Precedence.** In the preparation of technical manuals, when conflict exists between the requirements of this specification and its referenced documents, this specification shall take precedence. When conflict exists between the requirements of the contract and this specification or its referenced documents, the conract shall take precedence.

**3.2 Security classification.** The security classification of manuals shall be assigned by the command or agency concerned. Marking, handling, and production of all classified material shall be in accordance with the DOD 5220.22M Industrial Security Manual for Safeguarding Classified Information. DD Form 254 (Contract Security Classification Specification), which constitutes a part of the contract for all classified material, identifies and indicates the sensitive equipment features requiring security classification.

**3.2.1 Data subject to higher classification than the equipment.** When data included in the technical manual has a higher classification than the equipment, a table shall be included in the list of effective pages identifying the data by its downgrading group, paragraph and figure numbers.

**3.2.2 Data not subject to automatic downgrading.** When classified data is not subject to automatic downgrading with the declassification of the equipment, a table shall be included in the list of effective pages identifying the data by its downgrading group, paragraph and figure numbers.

**3.3 Level of writing.** The level of writing and development of text for types I, II, IIS, and III manuals shall be in accordance with MIL–M–38784 and the following:

a. As a general guide, the level of writing should be for a high school graduate having specialized training as a technician in Navy training courses.

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20 40:12 GMT

■ ٩٩٩٩٩٠٦ ٢١٠٠٠١٣ ٨٤١ ■

MIL–M–15071G(NAVY)

b. Summary portions in chapter 1 shall be written to the level of command and supervisory personnel.

c. Operating instructions shall be written to the level of an operator having previous experience in the operation of similar or related equipment.

d. The level of writing for other portions of the manual shall be to that of a technician (Navy Technician Third Class) having previous maintenance experience with similar or related equipment.

e. Type IIX manuals shall be written to the level of a graduate engineer familiar with the type of equiment involved.

**3.3.1** *Accessibility and referencing of data.* Cross referencing techniques in text and illustrations shall provide rapid access to all maintenance data (equipment and equipment circuits) in such manner that the technician may proceed through the maintenance action without interruption or dead-end. Referencing shall be as specified in 3.7.4.

**3.4** *Issues and arrangement.*

**3.4.1** *Issues.* The issues of a technical manual shall be as specified in the contract or order and as specified in 3.4.1.1 through 3.4.1.5.2.

**3.4.1.1** *Basic manual.* The basic issue of a technical manual shall be the original edition prepared in full conformance to this specification and in accordance with the requirements of the applicable contract.

**3.4.1.2** *Preliminary manual.* A preliminary manual shall be prepared for type I, type II, or type III manuals, as specified (see 6.5.10.1 and 6.5.10.2).

**3.4.1.3** *Commercial manual.* A commercial manual shall be a manufacturer's existing manual containing technical information covering assembly, installation, operation, servicing, overhaul, and parts identification, normally furnished by a manufacturer to purchasers of his equipment. As required, this manual shall be supplemented (see 3.4.3.3). (The commercial manual is sometime referred to as an "off-the-shelf" manual.)

**3.4.1.4** *Supplement manual.* A supplement manual is a document that complements the data in a manual.

**3.4.1.5** *Revisions.* Revisions shall be of two types, as specified in the contract or order, and shall be prepared in accordance with MIL–M–38784 and this specification (see 3.10.4 and 6.5.13).

**3.4.1.5.1** *Updated revision.* An updated revision shall incorporate configuration modifications and all previous data issued as changes to the existing manual, and shall be prepared in accordance with the content and format arrangement of the basic manual.

**3.4.1.5.2** *Complete revision.* A complete revision shall be a completely rewritten manual and shall comply with all of the content and format requirements of this specification.

**3.4.2** *Arrangement.* Manuals shall contain the following data, as applicable, to provide instructions for installation, operation, and maintenance and shall be arranged as follows:

    Front matter
    Technical content
    Appendixes
    Index
    User activity comment sheets

**3.4.2.1** *Front matter.* The front matter shall consist of the following, as applicable:

    Cover
    Title page
    List of effective pages
    Change record
    Approval and procurement record page
    Content assurance pages
    Table of contents
    List of illustrations
    List of tables

**3.4.2.1.1** *Cover and title page.* The cover and title page shall be prepared in accordance with MIL–M–38784 and shall include, if applicable, a supersedure notice (see 3.10.2). Manuals procured by the Naval Ship Systems Command or the Naval Electronic Systems Command, or any of its subordinate or field activities, shall show the respective systems command in the authority notice. Title pages for permanent changes shall be in accordance with 3.10.3.

**3.4.2.1.2** *List of effective pages.* The list of effective pages shall be prepared in accordance with MIL–M–38784 (see 3.10.2 and 3.10.3).

3

Provided by IHS   0426
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20 40 12 GMT

■ 9999906 2100014 788 ■

MIL-M-15071G(NAVY)

**3.4.2.1.3** *Change record.* A permanent change record prepared in accordance with MIL-M-38784 shall follow the list of effective pages.

**3.4.2.1.4** *Approval and procurement record page (types I and III).* As required, an approval and procurement record (APR) page shall be included and conform in content to figure 1.

**3.4.2.1.5** *Content assurance pages.* Content assurance pages shall follow the title page or APR page and shall conform to figure 2. In multivolume manuals, these pages shall be included in each volume covering the content of that volume.

**3.4.2.1.6** *Table of contents, list of illustrations, and list of tables.* These items shall be prepared in accordance with MIL-M-38784. In multivolume manuals, volume I shall contain a complete table of contents and list of illustrations covering all volumes. Other volumes shall contain their own listings.

**3.4.3** *Technical content.* The technical content shall be as specified in 3.4.3.1 through 3.4.3.4.

**3.4.3.1** *Basic manual.* The technical content for the basic manual shall include as applicable the following:

Type I manual—(see 3.5.2 through 3.5.10).

Types II, IIS, IIX—(see 3.5.2 through 3.5.11.2).

(Note: For paragraphs not applicable to type IIS and type IIX manuals (see 3.5.11 and 3.5.11.2).

Type III manual—(see 3.6 through 3.6.10.11.2).

**3.4.3.2** *Preliminary manual.* A preliminary manual is prepared for type I, type II and type III manuals (see 6.5.10.1 and 6.5.10.2).

**3.4.3.3** *Commercial manual.* A commercial manual shall include the basic data as specified in 3.5.2 through 3.5.10 and may be arranged in any logical format. A supplement shall be provided with each commercial manual to provide any required data not included in the commercial manual (see 3.4.3.2).

**3.4.3.4** *Supplement manual.* A supplement manual shall be prepared in accordance with MIL-M-38784 as applicable, and shall contain all data specified in 3.5.2 through 3.5.2.10 that is not included in the commer-

cial or technical manual it supplements. Format requirements shall parallel and augment the basic manual. Production requirements shall conform to the applicable requirements of 3.8.

**3.4.4** *Appendixes.* Appendixes shall conform to MIL-M-38784 and the following (see 6.2):

a. For classified equipment, a copy of DD Form 254 applicable to the equipment shall be included as an appendix to each volume of the manual.

b. Manual changes shall not be issued in the form of an appendix.

**3.4.5** *Index.* An alphabetical index, prepared in accordance with MIL-M-38784, shall be prepared for all manuals containing over one hundred pages.

**3.4.6** *User activity comment sheets.* The manual shall include three user activity comment sheets (figures 3 and 4) in each separately bound volume. These sheets shall be located immediately following the last page in the manual.

**3.5** *Technical contents for equipment manuals (types I, II, IIS and IIX).*

**3.5.1** *Applicability.* Certain paragraphs between 3.5.2 through 3.5.10 are only applicable to type I or type II manuals. These paragraphs are prefixed as applicable to type I or type II manuals and are set in distinctive type faces. Paragraphs not designated apply to both type I and type II manuals. Type IIS and IIX manual requirements are specified in 3.5.11.

**3.5.2** *Chapters.* The contents shall be arranged in chapters in accordance with the following:

Chapter 1—General Information.
Chapter 2—Operation.
Chapter 3—Functional Description.
Chapter 4—Scheduled Maintenance.
Chapter 5—Troubleshooting.
Chapter 6—Corrective Maintenance.
Chapter 7—Parts List.
Chapter 8—Installation.

**3.5.3** *Chapter 1, General information.* The content of this chapter shall be such that command-level, supervisory personnel, and

4

Provided by IHS
No reproduction or networking permitted without license from IHS

0427

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20.40.12 GMT

■ 9999906 2100015 614 ■

MIL-M-15071G(NAVY)

other users having a general interest in the equipment can easily and rapidly determine the purpose, physical and functional characteristics, and the operational capabilities of the equipment.

**3.5.3.1** *Introduction.* The introduction shall provide an explanation of the purpose, scope, supersedure data, and applicability of the technical manual including the models, serial numbers, and configurations covered. For types II, IIS, and IIX manuals, the interface relationship of the technical manual to other publications and the relationship of the equipment to systems or other equipment shall also be included. Warranty/guarantee information shall be included, when applicable.

**3.5.3.2** *Equipment description.* The equipment description shall describe the intended use (why, where, when, how, and with what), capabilities, and limitations of the equipment. Text covering physical description or structural arrangement shall be brief, with special attention given to avoiding unnecessary or repetitious details that are easily illustrated. All units of the equipment shall be clearly illustrated and identified. If the technical manual covers more than one equipment configuration, a table defining the differences shall be included.

**3.5.3.3** *Relationship of units.* A pictorial illustration representing all units comprising the equipment shall be included and shall be designated figure 1–1 (see figure 5). The illustration shall show the major units of the equipment, relative size of each unit, basic interconnections between units, and their relationship with other equipment. The illustration shall be a lefthand full page or foldout (never backed up) and shall be assigned the folio (blank/1–0).

**3.5.3.4** *Reference data.* Reference data, equivalent to the following, shall be included in tabular form:

a. Descriptive (nameplate data) which identifies manufacturer, type, model, and component identification number (CID), as applicable.

b. Functional characteristics, such as: power requirements, horsepower, pressure, capacity, modes of operation, power output, frequency, pulse characteristics, sensitivity, selectivity, including tolerances, where applicable.

c. Capabilities and limitations, such as: pounds of thrust, knots, turning radius, minimum and maximum ranges, degree of coverage, resolution, accuracy.

d. Rated outputs, such as: wattages, voltages, horsepower, gallons per minute.

e. Environmental characteristics, such as: ambient temperatures, heat dissipation per unit, humidity limits.

**3.5.3.5** *Equipment, accessories and documents supplied.* A tabular listing of all equipment and documents supplied shall be included. List the equipment and its units, and accessories (special tools, test equipment, miscellaneous parts, and Government furnished items) which form a part of or are supplied with the equipment. The table shall include the following:

a. *Column 1, Quantity* . This column shall contain the quantity of each unit and accessories supplied with the equipment.

b. *Column 2, Item name or nomenclature.* This column shall contain the official name (e.g., pump, winch) or nomenclature (name and designation) of each component, unit, or accessory.

c. *Column 3, CID number or unit number.* This column shall contain the CID (if available) or unit number of each equipment unit or accessory.

d. *Column 4, Overall dimensions.* This column shall contain the crated and uncrated height, width, and depth in inches (or inches and centimeters) of each unit or accessory.

e. *Column 5, Weight and volume.* This column shall contain the crated and uncrated weight and volume in cubic feet of each unit and accessory.

3.5.3.6 *Equipment and publications required but not supplied (types II, IIS, and IIX).* A tabular listing of all test equipment and publications required but not supplied shall be included. Unless otherwise specified, selection of test equipment shall be made from NAVSHIPS 0969–019–7000; Navy approval must be obtained in writing for nonstandard test equipment. The listing shall contain:

5

0428

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

MIL-M-15071G(NAVY)

a. *Column 1, Category.* This column shall contain the name of each piece of equipment required.

b. *Column 2, Recommended equipment.* This column shall contain the Government nomenclature of the recommended equipment.

c. *Column 3, Alternate.* This column shall contain the Government nomenclature of an alternate test equipment.

d. *Column 4, Equipment test parameters.* This column shall contain the range of equipment parameters tested for each recommended test equipment (not the range of the test equipment).

e. *Column 5, Application.* This column shall indicate the intended use of the equipment (e.g., scheduled maintenance, troubleshooting, corrective maintenance, or installation).

3.5.3.7 *Field changes and factory changes (types II, IIS, and IIX).* A table of field and factory changes shall be included as follows:

a. *Column 1, Change number.* This column shall list the change number for each field and factory change considered and included in the preparation of the manual.

b. *Column 2, Nomenclature.* This column shall list the equipment nomenclature and serial numbers of equipments affected by the change.

c. *Column 3, Description.* This column shall contain a brief statement identifying the change and its purpose.

3.5.4 *Chapter 2, Operation.* Operating instructions shall include all the procedures necessary to enable operating personnel to efficiently and effectively use the equipment in accomplishing its designated task(s). Chapter 2 shall contain the data specified in 3.5.4.1 through 3.5.4.3.1.

3.5.4.1 *Introduction.* The introduction shall describe the operator's relationship to the equipment and shall identify those units having controls and indicators which he is expected to use in the performance of his duties. The introduction shall be supported by illustrations which identify and locate all operator controls and indicators.

3.5.4.2 *Controls and indicators.* A description of all operator controls, indicators, protective devices and jacks shall include the following:

a. Names of panel designations as marked on the equipment.

b. Positions and operating functions for each control, and the normal operating condition of each indicator in each of the operating functions.

c. The text shall be supported by detailed illustrations (see figure 6).

3.5.4.3 *Operating procedures.* Operating procedures shall include the following:

a. *Operator turn-on.* This procedure shall include all steps necessary to bring the equipment from OFF through STANDBY condition to full operation.

b. *Modes of operation.* Procedures shall be provided for each mode of operation, e.g., manual, automatic, local, remote, etc. The use and relative advantage of each mode shall be described.

c. *Operation under interfering conditions.* Describe the equipment anti-jamming and interference reduction features, the advantages of each feature, and the operating procedures to be followed in all possible situations.

d. *Operator turn-off.* This procedure shall include all steps necessary to bring the equipment from full operation through STANDBY to OFF condition.

e. *Battle-short or emergency operation.* This procedure shall cover operating the equipment during emergency conditions (control air failure, lube oil failure, loss of cooling water, etc.). Emergency operator maintenance instructions shall be included. Provide a warning to return the equipment to proper operation when the emergency is over.

f. *Emergency turn-off.* This procedure shall cover turning the equipment off during an emergency (fire, water, smoke, hazard to personnel, loss of coolant, normal power, etc.).

3.5.4.3.1 *Method of presentation.* Operating procedures shall be presented in tabular form. Operating procedures and adjustments shall be presented in concise, simply-worded, step-by-step procedures and shall include the following:

6

0429
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/8/4 20 40:12 GMT

a. A short explanation of the operation to be performed.

b. Initial safety requirements (actions, inspections, and reference to emergency turn-off procedures).

c. Connection of any accessory equipment not permanently connected.

d. Instructions for obtaining or confirming, the presence of all critical inputs such as power, coolant, air, signal, air conditioning, etc.

e. Procedures for setting controls and making adjustments which must be accomplished by the operator prior to equipment turn-on.

f. Procedures for determining operational readiness and the acceptable indications expected from built-in indicators such as meters, lamps, gages, cathode ray tubes, and recorder readouts.

g. Milestones in the operational status of the equipment shall be identified and included by brief statements such as "the generator is now in STANDBY."

h. Visual or aural observations which occur as a result of an operator action, such as boom lowering, sweep rotation, blower motor running, etc.

i. Procedures that can be hazardous to personnel or equipment shall be emphasized by WARNINGS or CAUTIONS placed prior to the specific step involving the possible hazard.

j. Illustrative material supporting the procedures shall identify and locate all operating controls and indicating devices as well as normal in-use positions or indications.

k. Operator's checks and adjustments in proper sequence.

l. Operator's maintenance actions and schedules.

3.5.5 *Chapter 3, Functional description.*

3.5.5.1 *Type I.* Chapter 3 shall include a description of how the equipment operates. The description shall be simplified technical language and shall be supported by simple line illustrations, preferably on the same page A building block technique shall be used to functionally describe the operation of the equipment as follows:

a. Major parts of the equipment shall be described and illustrated as shown on figure 7.

b. Interaction of major parts shall be described and illustrated as shown on figure 8.

c. Detailed mechanical and electrical functional description shall be described and illustrated as shown on figure 9.

d. A description of how it works or operates shall be illustrated as shown on figure 10.

e. Simplified diagrams in accordance with 3.5.5.2.3 through 3.5.5.2.5.

3.5.5.2 *Types II, IIS, and IIX.* Chapter 3 shall include a detailed analysis of the principles of operation of the overall equipment and its major functions. The development of the equipment outputs in each mode of operation shall be described. Functional diagrams (e.g., transmit, receiving, control, cooling, etc.) shall be used as the primary means of communication; text shall be used only to support the diagrams as necessary for clarity. The descriptions shall be presented in successive levels of increasing detail as follows:

a. *Level 1 (overall level).* Describe the overall block diagram (see 3.5.5.2.1). All major functions of the equipment shall be described at this level. Supporting functions such as power, cooling, and control shall also be described at this level.

b. *Level 2 (major functional level).* Describe the development of each equipment output at the level of detail shown on its functional block diagram (see 3.5.5.2.2).

c. *Level 3 (circuit level) (type II).* Briefly describe conventional electronic circuits found in NAVSHIPS 0967–000–1020; support the description by reference to the maintenance schematic diagrams in chapter 5. Describe in detail circuits not covered in NAVSHIPS 0967–000–1020; support these circuits by simplified schematic diagrams (see 3.5.5.2.3). Describe alternating current (a.c.) and direct current (d.c.) power distribution in detail; support the descriptions by reference to the power distribution diagrams in chapter 5. Describe mechanical devices, cooling systems, etc.; support the descriptions by reference to diagrams specified in 3.5.5.2.4 and 3.5.5.2.5.

3.5.5.2.1 *Overall block diagram.* The overall block diagram shall show all the major functions of the equipment and shall correlate the physical and func-

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20 40:12 GMT

■ 9999906 2100018 323 ■

MIL–M–15071G(NAVY)

tional groupings of the equipment in a logical manner (see figure 11). The following shall apply:

a. For multiunit equipments, the hardware blocks shall correspond to units and shall show the functional generation of outputs, cooling, air pressurization, power distribution, etc. For multifunction single unit equipments, blocks for assemblies shall be used.

b. The blocks shall be rectangular, with connecting lines and arrowheads showing the direction of the flow.

c. (Type II.) Each block shall be identified by the name, nomenclature, and unit number.

d. Each equipment input and output shall be identified by title. Waveforms shall be included as applicable.

e. Modes of operation shall be identified by title or symbols, as applicable.

3.5.5.2.2 *Functional block diagrams.* Each of the major functions of the equipment included on the overall block diagram (see 3.5.5.2.1) shall be described on a separate functional block diagram. Functional block diagrams shall depict the development of each equipment function from input to output in detail (see figure 12). The following shall apply:

a. All units, assemblies, and subassemblies shall be shown and identified by name or nomenclature (name and type number), unit number, and reference designation as separate blocks in the signal path.

b. Hardware blocks shall be used more than once to maintain logical signal flow.

c. Signal flow shall be from left to right and from top to bottom.

d. Each equipment input and output shall be identified by titles. Waveforms shall be included, as applicable.

e. Modes of operation shall be identified by title or symbols, as applicable.

3.5.5.2.3 *Simplified schematic diagrams.* These diagrams shall show, by means of graphic symbols, the electrical connections and functions of a specific circuit arrangement. These diagrams shall be arranged functionally to show the operation of the circuits

in the same manner as illustrated in NAVSHIPS 0967–000–0120.

3.5.5.2.3.1 *Integrated circuits and microminiature capsules.* Simplified schematic diagrams shall be included for circuits within different types of integrated circuits and micro-miniature capsules in the functional manner shown in NAVSHIPS 0967–000–0120.

3.5.5.2.4 *Simplified piping diagrams.* These diagrams (hydraulic, pneumatic, or fluid) shall show the interconnection of components by piping, tubing, or hose and sequential flow in the system. Pumps, heat exchangers, valves, gages, etc., shall be clearly identified.

3.5.5.2.5 *Mechanical schematic diagrams.* These diagrams shall show sufficient detail to explain the operational sequence and arrangement of a mechanical device including the electrical control circuits (see figure 13). Nomenclature, symbols, part identifying numbers, and necessary descriptive data shall be shown as required. Gears, shafts, clutches, levers, mechanically-driven switches, motors, synchros, etc., shall be shown in functional arrangement. Gear ratios or number of teeth and direction of rotations, etc., shall be given.

3.5.5.2.6 *Digital equipment.* The functional description of digital equipment shall be similar to that for conventional equipment. However, the functional and hardware makeup of digital equipment requires a variation in the method of presentation and descriptive requirements. Special considerations relative to the functional description of digital equipment are specified herein.

3.5.5.2.6.1 *Method of presentation.* An overall description of the functional relationship of the logic sections, units, and assemblies comprising the equipment shall be provided. The following shall be included:

a. An introduction to and description of the signal characteristics:

(1) Signal levels or bi-stable states utilized by the equipment; i.e., true (1) and false (0), and their relative voltage levels.

(2) Interpretation of the word-code bit structure; i.e., address, instruction, or data bit codes.

(3) Signals, identified by their operational accomplishment.

8

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

b. Overall and functional block diagrams and descriptions as required by 3.5.5.2.2.

c. Logic principles shall be described beginning with an introduction to the basic digital logic symbology used in the manual. Each logic function shall be described and supported by Boolean equations, truth tables, simplified logic diagrams, and timing diagrams.

d. Functional description of power distribution, power supplies and regulators shall conform to 3.5.5.2(c).

**3.5.6 Chapter 4, Scheduled maintenance.** This chapter shall contain preventive maintenance procedures and performance test instructions to be accomplished on a scheduled basis. (Normally, shipboard planned maintenance is conducted aboard ship in accordance with a schedule and procedure set forth in planned maintenance cards. For guidance in establishing procedures, planned maintenance documents applicable to a particular generic family of equipment may be obtained from the Manager, Maintenance Field Office, 3321 East Princess Anne Road, Norfolk, Va. 23504 or Manager, Maintenance Field Office, San Diego, Calif. 92136.) When the contract or purchase order requires the preparation of planned maintenance cards, in addition to the preparation of the technical manual, it is necessary to repeat the preventive maintenance procedures in the manual.

**3.5.6.1 Introduction.** The introduction shall be an explanation of the purpose, scope, and arrangement of the scheduled maintenance data. When a preventive maintenance procedure is critical to the operation of the equipment and the schedule for servicing is absolute (not just recommended), this information shall be conspicuously written as a caution. The following statement shall be included for type II manuals: "The scheduled maintenance instructions in this manual are cancelled when the Planned Maintenance System (PMS) is implemented for this equipment aboard your ship or station."

**3.5.6.2 Scheduled maintenance action index (type II).** This index shall include all scheduled performance tests and preventive maintenance procedures. The index shall be tabulated as follows:

a. Column 1, Periodicity. This column shall contain an alpha-numeric list of all maintenance actions contained in the chapter. The following periodicity symbols, as appropriate, shall be used in the order of increasing periodicity as listed below:

| Interval | Symbols |
|---|---|
| Daily ---------------------------- | D |
| Weekly --------------------------- | W |
| Monthly -------------------------- | M |
| Quarterly (3 months) ----------------- | Q |
| Semiannually (6 months) -------------- | S |
| Annually (12 months) ---------------- | A |
| Overhaul cycle ---------------------- | C |
| As specified (explain circumstances) ---- | R[1] |

[1] An R periodicity will be preceded by a recommended calendar periodicity (e.g., DR, WR, MR, etc.).

b. Column 2, Maintenance action. This column shall list the maintenance action which corresponds to the periodicity number in column 1.

c. Column 3, Reference. This column shall state the paragraph number that contains the procedure listed in column 2.

3.5.6.3 Preventive maintenance procedures (types II, IIS, and IIX). These procedures shall include the information required to inspect, clean, and lubricate the equipment, and shall contain:

a. Safety precautions.

b. Tools, parts, materials, and test equipment required.

c. Cleaning solvents. Solvents shall be identified by Government specification numbers and Federal stock numbers.

d. Instructions for properly maintaining all safety devices and interlocks, with warnings, and cautions.

e. Instructions for lubrication at shipboard operating temperatures; also types and quantities of lubricants to be applied. Lubricants shall be identified by Government specification numbers and Federal stock numbers. Specific lubricants for arctic or tropic environments shall be included. When a proprietary lubricant is approved, a Government specification lubricant shall be listed as an emergency substitute.

f. The minimum rating of the technician who can be expected to perform the task.

9

0432

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

MIL-M-15071G(NAVY)

g. Procedures of obtaining access to subassemblies or subcomponents.

h. Instructions for in-place balancing and noise reduction.

i. Inspection procedures for parts which deteriorate due to cycles of use, age, or climatic conditions.

j. Illustrations to identify lubrication points and other pertinent data.

k. Other information pertinent to these procedures.

3.5.6.4 *Scheduled performance tests* (types II, IIS, and IIX). These tests shall contain step-by-step procedures necessary to verify that the equipment is operating within standards in all modes of operation and shall contain the following:

a. Safety precautions.

b. A list of tools and test equipment identified by type, manufacture, and model number.

c. The title of the test to be performed.

d. The minimum rating of the technician expected to perform the task.

e. Preliminary setup data required to perform the test.

f. Detailed procedures for accomplishing the test. Procedures requiring lengthy and identical setup data may be presented in detail in one procedure and referenced in succeeding procedures.

g. Values or conditions, with tolerances, indicative of normal operation.

h. *Type II.* References to troubleshooting or corrective actions to be used if the test values are not within tolerances.

i. Illustrations to support the test.

3.5.6.5 *Plan for maintenance and overhaul procedures (type I).* Chapter 4 shall be based on a maintenance engineering analysis. It shall provide on a comprehensive and systematic basis, the most effective and efficient procedures for performing maintenance and overhaul.

3.5.6.5.1 *Maintenance engineering analysis.* In the maintenance engineering analysis, representative considerations to be weighed and incorporated shall include the following:

a. Reliability, maintainability, simplicity, and ruggedness. Tasks shall be straightforward and allow some margin for error. Comparative overall benefit of nonrepairable versus repairable parts shall be considered.

b. Possibility of maintenance induced faults.

c. Transient and static operating conditions (maximum and minimum seawater, air and other ambient), shock, vibration, wear, corrosion, erosion, fatigue, operating temperature, moisture, roll, pitch, air-blast, and other environmental forces, as applicable, which will affect the continued satisfactory performance of each part.

d. Accessibility, ease of removal and replacement of parts requiring frequent removal.

e. Safety.

f. Methods of calibration and adjustment.

g. Rotatables (replacement of assembly for subsequent overhaul and reissue versus spot overhaul or repair).

3.5.6.5.2 *Detailed requirements.* This plan shall be developed and time-phased to allow major items of work to be conducted during the ship overhaul period. (Overhaul need not return the item to new condition, but to the condition necessary to perform acceptably on a lowest overall life cycle cost basis until the next overhaul.) The procedures shall provide independence from shore-based activities except for major repairs and major overhauls.

3.5.6.5.3 *Schedule.* The plan for maintenance shall set forth a time schedule of all maintenance actions (inspections, tests, adjustments, reconditioning, overhaul, and acceptance criteria) which should be taken, all parts which should be replaced, and all other parts which should be available to allow replacement if inspection so indicates over the life cycle of the ship. The procedures shall provide detailed maintenance and overhaul procedures at all maintenance levels (shipboard, tender, shore) to provide for the reconditioning or replacement of each part subject to continuing degradation, before the degradation results in major failure. It shall specify in detail the inspection measurements, tolerances, work, tests, and quality assurance operations required to provide satisfactory maintenance and overhaul.

3.5.6.5.4 *Reconditioning procedures.* The plan shall include reconditioning procedures on replaced parts to allow for reuse.

10

0433
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100021 918 ■

**3.5.6.5.5** *Parts availability.* This plan shall establish the range, depth, and schedule for availability of each shipboard, tender, and shore-based maintenance part throughout the service life of the ship. The procedures shall also specify any required inspection, storing, and testing requirements on stocked parts (and periodic replacements where shelf life is a factor).

**3.5.6.5.6** *Overhaul, maintenance, and repair standards.* This plan shall also provide detailed overhaul maintenance and repair standards including:

a. Pre-overhaul performance, hydrostatic, or other evaluation tests.

b. Pre-overhaul and maintenance inspections— GO/NO-GO acceptance-rejection criteria for wear, dimensions, clearances, surface finishes, electrical resistances, alignments, backlash, play, leakage, vibrations, noise, aging, corrosion, erosion (or other standards of acceptance, as appropriate) for each applicable part. Criteria shall be predicated on the need for satisfactory performance with no more than routine maintenance until the next similar inspection. Calibration requirements for special tools and instruments.

c. List of items which should be replaced and those which should be available for replacement if inspection so indicates. (Provide guidance on comparative suitability of worn-in parts versus new parts, wherever appropriate.)

d. Detailed disassembly procedures.

e. Procedures for reconditioning reusable parts and subassembly before reassembly.

f. Critical inspection and review procedures for new parts (including comparison with parts being replaced to establish equivalence before installation).

g. Critical operations and checks during reassembly.

h. Quality assurance and post-overhaul (or maintenance) tests and inspections to assure suitability (including method of testing and run-in operations where required).

**3.5-6.5.7** *Format requirements.* Chapter 4 shall be divided into separate sections as follows:

a. *Section 1.* A life cycle schedule of the required overhaul and maintenance actions arranged as follows:

FREQUENCY   TITLE OF   APPLICABLE PARAGRAPH
            WORK ITEM   OF SECTION 3

b. *Section 2.* Overhaul, maintenance and repair standards, providing GO/NO-GO acceptance/rejection criteria for all parts subject to continuing degradation in service. Reference the drawings in section 6, as appropriate.

c. *Section 3.* Details of all shipboard maintenance and overhaul actions (inspections, tests, disassembly, adjustments, reconditioning, work operations, replacements, assembly, calibration of test equipment, and quality assurance actions). Reference the drawings in section 6, as applicable.

d. *Section 4.* Details of tender and shore-based maintenance and overhaul actions supplementing requirements in section 3 to encompass all maintenance and overhaul requirements for the life of the part. Reference the drawings in section 6, as appropriate.

e. *Section 5.* Performance test and quality control actions during and after reassembly to assure satisfactory performance.

f. *Section 6.* Detail, subassembly, and assembly drawings (and photographs, where appropriate) necessary for a satisfactory understanding of the maintenance and overhaul unless otherwise included in chapter 6.

**3.5.7** *Chapter 5, Troubleshooting.*

**3.5.7.1** *Type I.* This chapter shall contain all instructions and information necessary to locate troubles and conduct tests on each component, assembly, or subassembly of the equipment as follows:

**a. Troubleshooting guides in accordance with 3.5.7.2.12 for logical isolation of faults. This information shall direct the technician to observe meters, fuses, circuit breakers, valves, and other available indicators which would indicate the presence of trouble.**

b. Complete instructions on signal tracing for electric circuits including the use of special test instruments and unusual servicing techniques.

**c. Troubleshooting diagrams including schematics giving details of mechanical and electrical assemblies and relationships as follows:**

**(1) Mechanical schematic diagrams in accordance with 3.5.5.2.5.**

**(2) Schematic diagrams in accordance with 3.5.7.2.4.**

11

0434

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale 2004/5/4 20:40.12 GMT

■ 9999906 2100022 854 ■

MIL–M–15071G(NAVY)

(3) **Piping diagrams** in accordance with 3.5.7.2.3.2.

(4) **Control diagrams** in accordance with 3.5.7.2.3.3.

(5) **Power distribution diagrams** in accordance with 3.5.7.2.3.4.

3.5.7.2 *Types II, IIS, and IIX.* This chapter shall contain all the information required to enable the technician to locate malfunctions in the equipment.

3.5.7.2.1 *Introduction.* The introduction shall explain the approach and logic of the troubleshooting principles presented in the manual. Describe the troubleshooting data and show how they relate to one another.

3.5.7.2.1.1 *Troubleshooting index (type II).* The troubleshooting index shall be presented in tabular form. The index shall list all equipment, major and supporting functions in alphabetical order, provide references to the technician to the appropriate procedures and diagrams that are to be used to troubleshoot a specific function (see figure 14).

3.5.7.2.1.2 *Relay, lamp indexes (type II).* These indexes shall be prepared in tabular form for all relay coils and indicator lamps. The relay and lamp indexes shall include the item reference designation, the functional name, energizing voltage, and a reference to the troubleshooting diagram(s) (see figure 15).

3.5.7.2.1.3 *Protective device index (types II and IIS).* This index shall list all protective devices, such as fuses, circuit breakers, etc. The index shall include the item reference designation, front panel marking of the device, trip-out value of the circuit breaker and rating of fuses, name of the circuit protected and a reference to troubleshooting diagram(s) (see figure 15).

3.5.7.2.1.4 *Maintenance turn-on procedure (types II and IIS).* Include a maintenance turn-on procedure to energize the equipment from the fully de-energized condition to full operation (see figure 16). This procedure shall enable the technician to determine which major function or supporting function is malfunctioning. Each step of the procedure shall include the action to be taken (STEP), the observation to be made (OBSERVE), and shall assume that normal conditions have been observed in previous steps. Reference shall be made to the procedure for troubleshooting or corrective action to be used (REFERENCE) if the observation is out

of tolerance. Built-in monitors such as meters, dials, lamps, etc., shall be used when possible for making observations, as opposed to the use of external test equipment. The procedure is complete when the equipment is fully energized and all switches and controls are positioned for proper operation. The maintenance turn-on procedure may be presented in a troubleshooting dependency diagram (see 3.5.7.2.12).

3.5.7.2.2 *Troubleshooting procedures (types II and IIS).* Troubleshooting information shall be developed to guide a technician in the logical order of isolating a fault. This information shall direct the technician to observe meters, fuses, circuit breakers, valves, built-in test equipment, and other available indications showing the presence of trouble. The analysis of normal indications in relation to faulty indications should be stressed. This information may be in a tabular, illustrative or narrative format, whichever lends to faster troubleshooting. Test programs shall be developed for digital devices when the method is the most practical method of troubleshooting logic.

3.5.7.2.3 *Troubleshooting diagrams.* Troubleshooting diagrams shall consist of signal flow diagrams, piping diagrams, control diagrams, power distribution diagrams, logic diagrams, maintenance schematic diagrams, and dependency diagrams, as required.

3.5.7.2.3.1 *Signal flow diagrams.* Signal flow diagrams shall consist of detailed block diagrams illustrating the functional development of each equipment output from its origin to its measurable output (see figure 17). The flow path shall begin with one or more initial input (or appropriate interface conditions) and proceed through each unit, assembly and subassembly influencing the signal flow. Each hardware block shall reference a schematic diagram to isolate the faulty part. All items shown on the signal flow diagram shall be identified by their reference designations. The following shall apply.

a. Titles of diagrams shall correspond to the signal flow described.

b. Diagrams shall depict such signal flow as receive, transmit, RHI display, PPI display, bearing data, antenna rotation, elevation data, etc.

c. Show all test points necessary to isolate the trouble to the lowest level of hardware block (e.g., subasssembly). Include test parameters required

12

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20 40 12 GMT

■ 9999906 2100023 790 ■

to define satisfactory operation. Where signal flow diagrams depict signal flow in more than one mode of operation, test data shall be presented on the apron for all modes. Apron notes shall also include test data for test equipment setup.

d. References shall be made to the functional description, troubleshooting procedures, corrective actions, etc., as appropriate by paragraph number. Normally these references shall be included with the notes.

e. The display of more than one function or mode of operation on one diagram shall be allowed only when clarity is not sacrificed and the functions are relatively simple.

f. Screwdriver adjustments, dial adjustments and adjustable controls shall be shown.

g. The reference designation (e.g., 1A1A2) shall be placed in each hardware block. Reference to the figure number of the schematic diagram shall be placed adjacent to the reference designation.

h. All input/output signals and connectors and terminals in the signal path shall be shown. Identify the signal, and show all lead numbers, connector numbers, and terminal identifiers.

i. All built-in controls and monitoring devices shall be shown. Do not show external test equipment, unless it is a permanent part of the equipment.

j. Hull grounds, chassis grounds, signal grounds, and power grounds shall be shown.

k. All leads of motors, generators, synchros, etc., shall be identified.

l. All relay coils that are energized by the signal shall be shown.

m. All relay contacts and relay terminals in the flow path shall be shown and identified. All relay contacts shall be depicted in the operational mode. References to control diagrams on which the relay coils appear shall be shown adjacent to the relay contacts.

n. All switches which affect signal flow shall be shown and identified. Switch terminals and panel markings corresponding to the switch positions shall also be shown.

o. Mechanical couplings of all controls, switches, potentiometers, synchros, etc., shall be shown.

p. Signal paths shall be identified by weighted lines and arrowheads.

3.5.7.2.3.2 *Piping diagrams*. Piping diagrams shall be prepared for fluid cooling, air, gas, and hydraulic systems. These diagrams shall show flow rate, temperature, pressure, and all devices which measure, control, or modify the flow (see figure 18). Also, a test data table shall be included on the apron. Reference shall be made to appropriate corrective actions and functional descriptions.

3.5.7.2.3.3 *Control diagrams (types II and IIS)*. Control diagrams shall be included for all control circuits. Control circuits shall be grouped according to energizing voltage, control function, mode of operation, or physical limits of cabinet or assembly, as applicable (see figure 19). Supporting information required to clarify the use of the diagram shall be provided in the general notes. Include the functional name and reference designation for each relay, switch, lamp, etc., shown. All relay energizing circuits shall be shown with all tie points and terminals and with switches and relay contacts in their operating positions. All terminal connections, switches, interlocks, contacts, or other relays in series with the energizing path, plus lamps or indicators (electrically connected in the energizing or indicating status of contact closures), shall be shown. The following note shall appear on all control diagrams: "All switches and relay circuits are shown in operating positions."

3.5.7.2.3.4 *Power distribution diagrams (types II and IIS)*. Power distribution diagrams shall depict the distribution of primary a.c. power, secondary a.c. power, and d.c. power from the terminal board, breaker, or fuse box to the various subassemblies or modules of the equipment (see figure 20). Normally, a separate diagram shall be prepared for each voltage level used within the equipment. The following rules apply in the preparation of power distribution diagrams:

a. Show and identify motors, transformers, regulators, power supplies, assembles, subassemblies and modules.

b. Show and identify all power line devices such as fuses, circuit breakers, switches, and relay contacts.

c. Show and identify all connections including plugs, jacks, and terminal boards in the distribution path.

13

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100024 627 ■

MIL–M–15071G(NAVY)

d. Use dot and dash lines to set off hardware boundaries such as units, assemblies, and subassemblies. Identify each unit, assembly, and subassembly by reference designation. Include a figure reference to the schematic diagram covering the unit, assembly, and subassembly.

e. Reference all relay contacts to the appropriate control diagrams. All relay contacts shall be shown in the operating condition.

f. Include voltages and tolerances, as required.

g. Show and identify all metering circuits and indicators.

h. Show all grounds, commons, neutrals, and return lines.

i. Whenever practicable, power path is to be displayed from left to right and from top to bottom.

j. The functional names of all "main line" switches and circuit breakers shall be conspicuously marked on the diagram. In addition, set off any power control markings engraved or stenciled on the equipment in a rectangular box, for example, MAIN POWER .

k. Show all relay coils in series with the main power distribution path. Relay control circuits shown on control diagrams need not be repeated on distribution diagrams.

l. The following note shall appear on all control diagrams: "All switches and relay circuits are shown in operating positions."

3.5.7.2.4 *Maintenance schematic diagrams.* Maintenance schematic diagrams shall include unit-to-unit interconnection diagrams, intra-unit interconnection diagrams, and unit, assembly, and subassembly schematic diagrams. Complete coverage of the equipment shall be provided by these diagrams (see figure 21). Maintenance schematic diagrams shall be prepared in accordance with MIL–M–38784 and the following:

a. The schematic diagram for each unit shall be drawn so that, together with the interconnecting diagrams, all circuit elements are included and all circuits can be traced from unit to unit.

b. Schematic diagrams shall be zoned by alphanumeric coordinates in accordance with 3.7.4.5. The location of all circuit elements by zones shall be included in a table located on the apron. When a part such as relay or a twin tube is drawn in

sections at different locations, list as many coordinates as necessary to locate all sections.

c. Represent major and minor signal paths by different line weights. The heavier line weight shall show the major signal path. Whenever signal flow shall be from left to right and from top to bottom. Arrowheads denoting the direction of signal flow shall be placed on the signal flow lines.

d. The use of ground and voltage buses is discouraged except in the power supply. However, voltage bus connections can be shown by broken lines directly beneath the connection. As a substitute for ground buses, individual grounds should be used and appropriate notes shall be included to indicate sources.

e. Show all significant voltages at buses, tube pins, transistor elements, etc., except when this data can be presented best in a voltage chart (see 3.5.7.2.4j). Indicate whether the voltage is a.c. or rf; d.c. voltages shall be shown by polarity.

f. The functional names of all operating controls and adjustments shall be conspicuously marked on the schematic. For example: VERT CENT, BIAS ADJ, etc. In addition, any operating front panel markings on the equipment shall be set off in a rectangular box. For example: RF GAIN , AGC ADJ . The functional name of all stages (tubes, transistors, etc.) also shall be included.

g. The function, source, and destination of all input and output circuits shall be identified and indicated by figure number.

h. Power and signal frequencies shall be designated in Hertz (Hz). Resistance values, if more than one ohm, shall be noted for all wire-wound devices such as motors, relay coils, and transformers.

i. Rated current and voltage values of primary and secondary windings of power transformers shall be indicated.

j. A resistance and voltage chart for a schematic diagram shall be provided on the apron. This chart shall give the normal resistance and voltage to ground (or other points of significance) for each tube socket pin. In addition, list all conditions which affect the resistance or voltage values given, such as control settings, equipment connections, tubes removed from sockets, etc. If semiconductors (transistors, diodes, etc.) are employed in circuits, adequate caution notices must be included to pre-

14

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/4 20 40 12 GMT

■ 9999906 2100025 563 ■■

MIL—M—15071G (NAVY)

vent damage to these devices when making resistance measurements in the circuit. No intra-element resistance measurements (i.e., between emitter, base, and collector) are required to be made on transistors themselves. Also, resistance of power supply buses and other points of significance shall be indicated.

k. Each schematic diagram shall be identified by the reference designation number, located in the lower right-hand corner of the image area.

l. Schematic diagrams shall be presented in alpha-numeric order corresponding to the reference designation of units, assemblies, subassemblies, etc. When two or more identical assemblies or modules are used, redundant schematic diagrams need not be repeated. However, a table which cross references the reference designation to the figure number of the common schematic diagram shall be provided immediately preceding the schematic diagram. Schematic diagrams covering more than one unit, assembly or module shall include in the lower right hand corner of the illustration (see figure 20), for identification purposes, all the reference designations of the unit, asemblies, and modules to which they refer. (For example, 1, 1A1, 2A7, 3A19.)

m. Circuit elements shall be grouped functionally and arranged to make signal flow obvious from left to right and top to bottom. Circuit elements shall not be arranged to fill up white space or to maintain tube or transistor alignment. Circuit elements shall be arranged in textbook form for the convenience of the user. Layout shall not be distorted to achieve fit.

3.5.7.2.5 *Logic diagrams.* Logic diagrams shall be provided for digital devices and digital aspects of conventional equipment (see figure 22). Logic diagrams shall conform to MIL-M-38784.

3.5.7.2.6 *Control cycle diagram.* Control cycles of digital equipment shall show the entire cycle on a single signal flow logic diagram together with an appropriate note describing key operating features (see figure 23).

3.5.7.2.7 *Timing circuits diagrams.* Timing circuits diagrams shall be provided for all significant timing relationships (see figure 24). These diagrams shall show the exact timing relationships and the origins of all timing signals (conventional and digital).

3.5.7.2.8 *Single-function diagrams.* Logic diagrams for nonprogramable devices which result in a unique output function may be prepared to the requirements of signal flow diagrams (see 3.5.7.2.3.1)

3.5.7.2.9 *Module logic diagrams.* Module logic diagrams shall be provided for all modules

3.5.7.2.10 *Flow charts (types II and IIS).* Flow charts for digital devices shall be provided to support the explanation of machine instructions and test programs, and shall conform to USAS X3.5.

3.5.7.2.11 *Coding instruction sheets.* Coding instruction sheets shall be provided for all programs. The listing shall contain all coding and address data as well as an adequate notes section to ensure understanding (see figure 25).

3.5.7.2.11.1 *Test programs.* Test programs with coding instruction sheets shall be developed and included to support troubleshooting procedures.

**3.5.7.2.12 *Troubleshooting dependency diagrams.* One of the following types of troubleshooting dependency diagrams shall be provided to augment the troubleshooting procedures.**

**3.5.7.2.12.1 *Troubleshooting functional dependency diagram (type II).* A troubleshooting functional dependency diagram (TFDD) is a block diagram which illustrates the functional dependency of one test point (or circuit) upon another (see figure 26). The TFDD is arranged in pyramid fashion. Vertical chains of boxes (geometric outlines) shall represent contributing branches of signal development. Series connection of boxes (vertically) shall depict continuity of each signal path through successive dependency levels. The box at the top, or apex, of the TFDD shall represent the function output of the equipment and shall reflect the result of all boxes illustrated below it. An in-tolerance indication by all signal characteristics of the apex box shall represent an acceptable condition of all boxes below it. However, if any characteristic of the apex box is out of tolerance, then one or more of the characteristics in boxes below the apex box must be found unacceptable. Each functional dependency box shall contain identification of the test point and its location, and shall reference the specific notes contained on the apron of each diagram. Functional dependency boxes shall be of consistent width, but adjusted in height to accommodate**

15

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/4 20:40:12 GMT

■ 9999906 2100026 4TT ■

MIL-M-15071G (NAVY)

the material to be contained in them. Where a series of functional dependency boxes result in a chain that exceeds the height for the image area of the sheet, the chain may be broken into suitable lengths and the subordinate sections displayed in successive columns to the right. In these cases, the head of the subordinate column will be staggered so as not to occupy the same horizontal line as the higher-level boxes. A larger TFDD may be broken as required to fit on two or more sheets. To number functional dependency boxes on a TFDD, begin at the top level and number from left to right in ascending numerical order. Test points on the corresponding signal flow diagram shall be numbered in accordance with the same sequence.

**3.5.7.2.12.2** *Fault logic diagrams.* Fault logic diagrams shall be based on a fault indication observed during troubleshooting (see figure 27). The diagrams shall comprise a branching series of questions pertaining to fault isolation. Each question shall pertain to a further observation or measurement, and shall result in a "yes" or "no" answer, thereby progressively narrowing the possible functional area of the fault. Tolerance values shall be presented in those instances where a definitive "yes" or "no" is not obtained. This progression and elimination shall isolate the functional area of the equipment containing the fault and then refer the user to the portion of the manual containing that information needed to complete the fault isolation and repair. Each diagram shall include or make reference to information necessary to establish the test or operating conditions required for starting the fault isolation procedure. Only three types of blocks shall be used. Shaded blocks (right and bottom border lines weighted) shall contain questions which may be answered from observation, without changing test setup and without special equipment. Single-line blocks shall contain questions requiring measurement by special setup of external test equipment. Double-line boxes (conclusion boxes) shall list the functional area within an equipment that is the probable source of malfunction and shall reference a procedure or another diagram for further isolation or correction of a fault.

**3.5.7.2.12.3** *Troubleshooting - maintenance dependency-matrix chart.* Matrix charts shall

show the functional dependency of output signals or indications upon circuit elements, circuits, modules, etc. (see figure 28). These charts shall be presented in the form of a grid, as follows:

a. Each vertical column is annotated to represent a circuit element, circuit, module, etc.

b. The horizontal rows are annotated to represent a procedural step which results in an observable output or indication.

c. Symbols shall be used, in the body of the grid, to show the relationship between circuit elements, circuit, etc., and observable output or indication.

d. All circuits, modules, etc., shall be exercised in a manner to permit logical diagnosis.

e. All outputs shall be clearly defined and performance specifications given.

f. All symbols shall be defined.

g. Use of the chart shall be fully explained.

**3.5.8** *Chapter 6, Corrective maintenance.* This chapter shall contain instructions required to adjust and align the equipment, remove, repair, reinstall, and align all repairable parts, modules, subassemblies, and assemblies. The instructions shall identify the action to be accomplished; safety precautions to be observed; tools, parts, materials, and test equipment required; preliminary control settings; test equipment set-up instructions; and step-by-step instructions, with supporting illustrations, to accomplish the maintenance task.

**3.5.8.1** *Introduction.* The introduction shall contain an explanation of the purpose, scope, and arrangement of the corrective maintenance data.

**3.5.8.2** *Section I, Adjustments and alignment.* This section shall contain all information and procedures required to perform all necessary adjustments and alignments as follows:

a. Nonoperator type tuning and adjustment (type II manual).

b. Alignments requiring external jigs, test equipment, or bench setups.

c. Alignments that are accomplished after a repair or replacement of a part or module.

16

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

d. Test equipment set-up and other illustrations necessary to support the procedures.

**3.5.8.3** *Section II, Repair.* The repair section shall contain all procedures required in the repair of assemblies and repairable parts. Repair procedures shall include but not be limited to the following:

a. Removal, disassembly, and inspection.

b. Repair or replacement of piece parts.

c. Cleaning, reassembly, adjustment, installation, calibration and checkout.

d. Exploded views, sectional views, wiring diagrams, and photographs necessary to support the procedures.

e. Obvious repair actions such as soldering, use of multimeters, hand tools, etc., shall not be included except where these actions involve hazards to personnel or equipment.

f. *Type II manual.* Repair procedures shall be arranged in numeric-alpha unit designation order of the equipment.

**3.5.9** *Chapter 7, Parts list.* The parts list shall list and identify all shipboard, tender, and shore-based repair parts including attaching hardware. This chapter shall include the following:

a. Introduction.

b. List of major components (type I) or list of major units (type II).

c. Parts list.

d. List of common item descriptions.

e. List of attaching hardware.

f. List of manufacturers.

g. Parts location illustration.

**3.5.9.1** *Introduction.* The introduction shall contain an explanation of the scope and arrangement of the parts list. The following type of information shall be included:

a. Models of equipments and serial numbers of equipments covered.

b. Explanation of any special notes.

c. Explanation and instructions for using the list of common item descriptions (type II).

d. Explanation and instructions for using the list of attaching hardware (type II).

e. Explanation and instructions for using the parts list.

f. Explanation and use of the list of manufacturers.

**3.5.9.2** *List of major components or major units.* A list of major components or a list of major units in tabular form shall be included as specified in 3.5.9.2.1 and 3.5.9.2.2.

**3.5.9.2.1** *List of major components (types I and II).* A list of major components in tabular form shall be included similar to the following:

a. *Column 1, CID number.* This column shall list the CID number for each major component, if available.

b. *Column 2, Quantity.* This column shall list the quantity of components.

c. Column 3, Name (type II). This column shall contain the official name of the major components.

**3.5.9.2.2** *List of major units (type II).* A list of major units in tabular form shall be included as follows:

a. *Column 1, Unit number.* This column shall list unit numbers for each major unit.

b. *Column 2, Nomenclature.* This column shall be subdivided into the following:

(1) *Name of unit.* This column shall list the official name of the unit.

(2) *Designation.* This column shall list the type number of the unit.

c. *Column 3, Page number.* This column shall list the number of the first page of the parts listing for the major unit.

**3.5.9.3** *Parts list requirements.*

**3.5.9.3.1** Parts list (type I). Parts listing shall be prepared in tabular form similar to the following (see figure 29):

a. Column 1, Figure and index number. This column shall contain the figure number and index number which shows the location of the part.

17

0440

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■■ 9999906 2100028 272 ■■

MIL–M–15071G (NAVY)

b. *Column 2, Part number.* This column shall contain the part number or engineering drawing-index number.

c. *Column 3, Description.* This column shall contain the designated name of the part with a brief description indicating its use and the military or manufacturer's specification number (e.g., Cylinder Assembly, Drive Flap, Actuating, Dormer Company 669066). Attaching hardware, with quantity required, shall be identified. Subassembly parts shown on different figures shall reference the figure.

d. *Column 4, Notes.* This column shall contain component information such as serial number, model number, configuration data, etc. When footnotes are used, reference the footnotes.

3.5.9.3.2 *Parts list (types II, IIS, and IIX).* The parts list shall be divided and arranged by major units in numerical sequence (e.g., unit 1 with its parts, etc., will precede unit 2 with its parts). All parts attached to the unit shall be listed first in alpha-numerical order, followed by unit assemblies with parts and subassemblies with parts, also listed in alpha-numerical order as follows:

| Unit | 1 |
| (Cabinet | 1AT1 |
| parts) | 1B1 |
| | 1C1 |
| | 1CR1 |
| | 1R1 |
| | etc. |
| Assembly | 1A1 |
| (Assembly | 1A1AT1 |
| parts) | 1A1B1 |
| | 1A1C1 |
| | 1A1CR1 |
| | 1A1R1 |
| | etc. |
| Subassembly | 1A1A1 |
| (Subassembly | 1A1A1AT1 |
| parts) | 1A1A1B1 |
| | 1A1A1C1 |
| | 1A1A1CR1 |
| | 1A1A1R1 |
| | etc. |
| Unit | 2 |
| | etc. |

3.5.9.3.2.1 Parts listings shall be prepared in tabular form with columns headed as follows (see figure 30):

a. *Column 1, Reference designation.* This column shall contain the reference designations of all parts listed in sequential order. The unit numbering method of assigning reference designations, as specified in USAS Y32.16, shall be used to identify units, assemblies, subassemblies, and parts. The parts list shall be divided and arranged by major units in numerical sequence (e.g., unit 1 with its parts will precede unit 2 with its parts, etc.). When reference designations have been cancelled for more than two consecutive items, only the first and last of the designations are to be listed, separated by the word "through." For example: 3A1R69 through 3A1R100 not used.

b. *Column 2, Notes.* This column shall contain equipment reference information such as serial number, model number, configuration data, etc.

c. *Column 3, Name and description (type II).* This column shall include descriptive data to identify the parts of the equipment and aid in determining substitutes. Such information shall consist of the name, the electrical characteristics, and military type number of the item. Those parts not having a military type number shall also include physical characteristics (material and sufficient dimensions) to identify the parts within the set. For identical parts that are used more than five times in the equipment, the complete item description shall be given in the list of common item descriptions and reference made thereto by the item number. Following the item description, the equipment contractor's part number, manufacturer's part number, part manufacturer's Federal supply code number, and military type designation, as applicable, shall be included in the part description column. Attaching hardware (type II only), with quantity required, shall be identified by the assigned letter code (see 3.5.9.5). For example, C(4) would be the third listed piece of attaching hardware in which four pieces are used.

d. *Column 4, Figure and item number.* This column shall reference the parts location illustration (see 3.5.9.7) by figure number and item number enclosed in parenthesis (e.g., 6–119(17)).

3.5.9.4 *List of common item descriptions (type II).* This list shall include the description of all multiple use parts (over five applications). The description shall contain the same information specified in 3.5.9.3.2.1. Like parts should be grouped and arranged in alphabetical order. Item numbers shall be assigned consecutively, for example:

18

0441

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100029 109 ■

| Item number | Description |
|---|---|
| 1 | CAPACITOR, FIXED, CERAMIC: DIELECTRIC 3PF, 500 VDCW; MIL type CCZ1UJ030C. |
| 2 | CAPACITOR, FIXED, GLASS: DIELECTRIC 5100 PF, ± 1% 300 VDCW, mfr 86969, dwg 231B743H15 |
| 3 | RESISTOR, FIXED, COMPOSITION: 3000 ohms ± 5% 1/2w; mfr 42384, dwg 4469D69 |
| 4 | RESISTOR, FIXED, COMPOSITION: 4000 ohms ± 5% 1/2w; MIL type RC20GF402J |

3.5.9.5 *List of attaching hardware (type II)*. A list of standard attaching hardware shall be included which shows items of attaching hardware used in five or more applications. For example:

| Letter code | Name and description |
|---|---|
| A | SCREW, CAP, HEX HEAD, DRILLED HEAD, CRES: MS51100–8 1/4–28, UNF–2A, 1 in lg. |
| B | WASHER, FLAT, STEEL, ROUND, .750 in ID, .312 in OD, .066 in thickness. |

Items used fewer than five times need not be included in the index, but should be completely identified in the parts list.

3.5.9.6 *List of manufacturers*. The list of manufacturers shall contain the names, addresses, and code symbol of all manufacturers supplying items for the equipment as referenced in the parts list. The list shall be presented in numerical sequence by code number. Code numbers shall be in accordance with Handbooks H4–1 and H4–2.

3.5.9.7 *Parts location illustrations*. Illustrations shall be included to provide positive and rapid location of parts. Types of parts location illustrations include exploded views (figure 31), engineering drawings (figure 32), photographs (figure 33), and sectional views, as applicable. (Suitable parts location illustrations located in other chapters of the manual may be referenced.)

3.5.9.7.1 *Criteria for illustrations*. Items shall be called out on illustrations by call-out leader, index number, or grid coordinates. Standard attaching hardware items (such as nuts, bolts, washers, screws) need not be called out or illustrated (except on exploded views) unless they are referenced in a procedure. Illustrations required for repair and replacement in chapter 6 need not be repeated but shall be referenced.

3.5.9.7.2 *Exploded views*. Parts in an exploded view shall be arranged in correct relative disassembled position and shall be shown in proportional size (see figure 31). The spacing of parts shall achieve maximum clarity and effective use of space. The relationship of parts shall be shown by the use of assembly lines where the main line of exploded parts has been broken into two or more groups for convenience of layout on the page. Leader lines and index numbers shall be used to assist in locating parts.

3.5.9.7.3 *Line drawings and photographs*. Line drawings are preferred to photographs, where practical. Engineering drawings are acceptable if they meet the format and content requirements of this specification and the legibility requirements of MIL–M–38784. Figure 32 is a typical line drawing and figure 33 is a typical photograph.

3.5.10 *Chapter 8, Installation*. Drawings and information concerning installation shall be provided in this chapter. The following type of information shall be included: site selection, special tools and materials requirements, unpacking, and handling (if unusual procedures or precautions are required), preparation of foundations, mechanical assembly procedures, mounting instructions, bolting diagrams, safety precautions, grounding and bonding, clearances for access, ventilation, fluid cooling requirements, clearances for motion under shock, and recommendations for reduction of electrical and electromagnetic interference, and other interface requirements, as applicable. In addition, this chapter shall contain tests and test procedures required to demonstrate that the equipment after installation is capable of satisfying operational requirements.

3.5.10.1 *Installation drawings*. Legible reproductions of appropriate installation drawings in accordance with category G of MIL–D–1000 and MIL–D–1000/2 shall be provided, as follows:

a. Pictorial system diagram.

b. Outline and mounting dimension diagrams.

19

0442
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100030 920 ■

MIL-M-15071G(NAVY)

c. Interconnecting wiring and cabling diagram.

d. Summary list of installation material.

e. Piping diagram.

In addition, reference shall be made to the Cable Running Sheets by drawing numbers.

3.5.10.2 *Site information.* This data shall contain information supplemental to the installation drawings. If all site information is contained on the installation drawings, reference shall be made to the applicable drawing(s) by figure number.

3.5.10.3 *Reference publications.* Reference shall be made to general publications required to complete the installation.

3.5.10.4 *Tools and materials required for installation.* Include information supplemental to the summary list of installation material. If no supplemental information is required, reference the drawing by figure number.

3.5.10.5 *Unpacking and repacking.* Include information supplemental to the installation drawings regarding unpacking and repacking. Include step-by-step procedures to prevent damage to the equipment or injury to personnel. Supporting illustrations shall be provided to clarify procedures. When packing for reshipment is required, step-by-step procedures for packing shall be included and illustrated. When packing is simply the reverse of unpacking, this fact need only be stated. Any special environmental conditions required for storage shall be provided.

3.5.10.6 *Preparation of foundations.* Include information supplemental to the installation drawings. If all foundation preparation information is contained on the installation drawing, refer to the drawing(s) by figure number.

3.5.10.7 *Input requirements.* A summary of the input data contained on the installation drawings shall be included. Parameters with tolerances should be included with each of the inputs listed. Examples of inputs are as follows:

a. Power.

b. Ventilation.

c. Dry air (waveguide pressure).

d. Ship gyro information.

e. Fluid cooling.

f. Steam.

g. Freon.

3.5.10.8 *Installation procedures.* The following types of supplemental information which is not provided on the installation drawings shall be included:

a. Instructions required to assemble units.

b. Instructions required to mount units. Include bolting and bracing diagrams and data on shock mounts.

c. Instructions for making electrical, plumbing, transmission line and all other interface connections (external) to the equipment.

d. Instructions for interconnecting units comprising the equipment.

e. Servicing procedures, such as initial lubrication.

f. Instructions for bonding and grounding.

3.5.10.9 *Installation checkout.* Provide step-by-step procedures to demonstrate that the equipment operates correctly and within tolerances. These procedures shall provide for equipment checkout in three test phases as follows:

a. *Phase 1*—Installation inspection and pre-energizing procedures.

b. *Phase 2*—Turn-on and preliminary tests.

c. *Phase 3*—Installation verification test.

3.5.10.9.1 *Phase 1—Installation inspection and pre-energizing procedures (types II, IIS, and IIX).* Provide inspection procedures in the form of check lists to verify the following:

a. That all units of the equipment and required auxiliary equipments have been installed and that their location and orientation is proper; that all cables, antennas, waveguides, transmission lines, dehydrators, coolant lines, piping, etc., have been installed in accordance with plans and specifications; that continuity exists in all interconnections.

20

Provided by IHS   0443
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

MIL-M-15071G(NAVY)

b. That the test equipment listed in chapter 1 is onboard, operating satisfactorily, and has been calibrated.

c. That the Allowance Parts List (APL) is onboard, that the Coordinated Shipboard Allowance List (COSAL) includes the equipment data.

d. That all field changes, shipalts and mandatory retrofits have been accomplished.

e. That all rotating devices are free from obstruction.

f. That there is access to the equipment for maintenance.

g. That all pre-energizing servicing procedures, including lubrication have been accomplished.

h. That it is safe to turn on the equipment.

3.5.10.9.2 *Phase 2—Initial turn-on and preliminary test (type II)*. Include procedures for energizing the equipment for the first time. This may be accomplished by reference to the applicable portions of chapter 2. Include step-by-step procedures for testing the equipment electrical supply circuits including distribution panels, switches, breakers, relief valves, and interlocks. Include procedures for testing piping, electrical cables, wire rope, stays, for proper installation of transmission lines and waveguides, hangar spacing, torqueing of connectors, pressure testing, flow rates, standing wave ratio and attenuation checks, etc.

3.5.10.9.3 *Phase 3—Installation verification test (type II)*. Include complete instructions for testing the equipment in all modes of operation. Where applicable, refer to the scheduled performance tests in chapter 4. Procedures shall cover checking gages, meters, alarms, and other sensing devices for proper operation and calibration. The tests shall verify that all inputs are in tolerance. Where applicable, include voltage standing wave ratio (VSWR) and insertion loss tests to verify the proper installation of antenna-to-equipment waveguide runs; transducer impedance and source level checks to verify proper installation of transducers, domes, and cables. Preliminary setup data shall be included in each procedure. When it is required that an alignment be accomplished prior to performing a test, the alignment shall be included or referenced in the procedure.

3.5.10.9.3.1 *Test procedure*. Testing procedures shall be presented in a logical order as follows:

a. Energize the equipment.

b. Test the first units (normally power supplies) which must be operating properly. When test results are within the required tolerance, include reference to the next logical test. Include a reference to the corrective maintenance or troubleshooting data to be used if test results are not within tolerances.

3.5.10.9.3.2 *Installation standards summary sheet (type II)*. The installation standards summary sheet shall provide spaces for recording the results of all installation verification tests (see figure 34). Each space shall be identified by the step or paragraph number which provides the instructions for accomplishment. Each space shall contain the respective unit of measurement (e.g., amp., db., or v.). When applicable, waveforms shall be included to show the points on the pattern where the measurement is to be taken. In addition, critical installation data shall be included, such as the length of the transmission line.

3.5.11 *Type IIS and type IIX manuals*.

3.5.11.1 *Type IIS manuals for service test equipment*. Type IIS manuals for service test equipment shall conform to the production requirements of 3.8.6 and to the content requirements for type II manuals except that the following data need not be supplied:

a. Descriptions of circuits in NAVSHIPS 0967–000–0120                (3.5.5.2.c)

b. Scheduled maintenance action index (3.5.6.2)

c. Reference to troubleshooting actions
                (3.5.6.4.h)

d. Troubleshooting index          (3.5.7.2.1.1)

e. Relay, lamp indexes           (3.5.7.2.1.2)

f. Control diagrams              (3.5.7.2.3.3)

g. Troubleshooting dependency diagrams
                (3.5.7.2.12)

h. Attaching hardware data       (3.5.9.3.2.1c
                and 3.5.9.5)

i. Phase 1—installation inspection and pre-energizing procedures    (3.5.10.9.1)

3.5.11.2 *Type IIX manuals for experimental equipment*. Type IIX manuals for experimental equipment shall conform to the production requirements of 3.8.6 and the content requirements for type II

21

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100032 773 ■

MIL—M—15071G (NAVY)

manuals except that the following data need not be supplied:

a. Descriptions of circuits in NAVSHIPS 0967–000–0120 (3.5.5.2.c)

b. Scheduled maintenance action index (3.5.6.2)

c. Reference to troubleshooting actions (3.5.6.4.h)

d. Troubleshooting index (3.5.7.2.1.1)

e. Relay, lamp indexes (3.5.7.2.1.2)

f. Protection device index (3.5.7.2.1.3)

g. Maintenance turn-on procedure (3.5.7.2.1.4)

h. Troubleshooting procedures (3.5.7.2.2)

i. Control diagrams (3.5.7.2.3.3)

j. Power distribution diagrams (3.5.7.2.3.4)

k. Flow charts (3.5.7.2.10)

l. Troubleshooting dependency diagrams (3.5.7.2.12)

m. Section II, repair (3.5.8.3)

n. Attaching hardware data (3.5.9.3.2 and 3.5.9.5)

o. Phase 1—installation inspection and pre-energizing procedures (3.5.10.9.1)

**3.6** *Technical contents for systems manuals (type III).*

**3.6.1** *Specific requirements.* Type III manuals shall provide system-oriented instructions (see 6.5.18) for operation, maintenance, installation, and test data. Detailed equipment data should be provided by reference to the equipment manuals. However, technical data shall be developed at the equipment level and be included for all equipment not covered by an equipment technical manual. The contents shall be arranged in chapters according to the following:

Chapter 1—General Information
Chapter 2—Safety Precautions
Chapter 3—Conditions of Readiness
Chapter 4—Operation
Chapter 5—Functional Description
Chapter 6—Scheduled Maintenance
Chapter 7—Fault Isolation
Chapter 8—Alignment Procedures
Chapter 9—Installation Data

**3.6.2** *Chapter 1, General information.* Chapter 1 shall describe the system in general physical and functional terms as specified in 3.6.2.1 through 3.6.2.5.

**3.6.2.1** *Introduction.* The introduction shall define the system and its relationship with other systems. The mission of the system shall be stated. The text shall be supported by a diagram(s) showing the interrelationships of the system equipments (see figure 35). The major functional relationship and inputs and outputs to related systems shall be indicated.

**3.6.2.2** *Physical arrangement.* System areas and compartments shall be described and the system equipment and units contained in the areas shall be listed. The physical arrangement description shall be supported by the following illustrations:

a. An inboard profile drawing of the ship or stations showing compartment locations and identifying topside equipment and equipment units comprising the system (see figure 36).

b. Separate illustrations of each compartment and area, identifying the listed system equipment (see figure 37). Other equipment, which is installed in the subject system compartments and areas, need not be listed in the text or called out in the illustrations if they do not directly affect the operation or maintenance of the subject system.

**3.6.2.3** *System equipment.* Each of the equipments comprising the system shall be identified and described. Descriptions of operator-attended equipment shall include general statements as to the nature and purpose of units and indicators. The text shall be supported by illustrations. All equipments shall be shown, whenever possible, in relative-scale proportion. An equipment may be separately illustrated with significant features called out, if such details are necessary for proper support of the text.

**3.6.2.4** *Associated-system equipment.* When required, descriptions and illustrations of associated-system equipment shall be limited to the major units thereof. The descriptions shall be more condensed than those of subject system equipment; otherwise, the same requirements are applicable. In the descriptions,

22

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100033 63T ■

MIL-M-15071G(NAVY)

emphasis shall be placed on those associated systems equipments that constitute operational or functional interfaces with the subject system. Such units shall be included in the system illustrations.

**3.6.2.5** *Reference data.* Reference data shall include a list of the equipment comprising the system, and its official designations. A list of common names and abbreviated or informal nomenclature, and system characteristics together with a list of referenced publications shall be included as follows:

a. *Capabilities.* A summary of system capabilities shall be provided. The summary shall include data such as gallons per minute, transfers per hour, boom capacity, rated ranges, resolution, accuracy, data handling capability, number of channels, etc. Such data should be presented in tabular form.

b. *Reference publications.* A list of the manuals that pertain to system and system equipments, and other documents of interest, such as training manuals and manuals for associated systems equipment shall be included. The list of publications shall include the title and publication number of the referenced publications.

c. *Tools and test equipment.* A list of all special tools and test equipment for system-level maintenance shall be included. Special tools are defined as those tools not listed in the Federal Supply Catalog (copies of this catalog may be consulted in the office of the Defense Contract Administration Service (DCAS)). An illustration and description of special items required shall be provided for identification. Information shall be presented in tabular form. For each item the description or table shall include:

(1) The official name or nomenclature.

(2) Identifying number.

(3) A brief description of the use of the item with a reference to the procedure(s) requiring its use.

**3.6.3** *Chapter 2, Safety precautions.* Chapter 2 shall describe the hazards associated with system operation and maintenance. To permit wide and unrestricted use onboard ship, chapter 2 should contain only unclassified information.

**3.6.3.1** *Introduction.* This description shall orient system supervisory personnel, and shall include the following:

a. Purpose, scope and organization of the system safety instructions.

b. Basic safety concepts.

c. Basic responsibilities for safety.

**3.6.3.2** *Electromagnetic radiation hazards and precautions.* If applicable, describe the radiation hazards to topside personnel and the precautions to be taken. The hazards of radiation to flammable or explosive materials also shall be described. The description shall include discussions of the following:

a. Locations of topside and inboard radiation hazardous areas.

b. Minimum safe distances on the axis of beam radiation.

c. Precautions to be taken when entering areas of radiation hazard (such as the wearing of copper-screen goggles).

d. The effect of radiation on flammable or explosive material such as induction of rf currents in metals, sparking, and the consequent possibility of igniting flammables or detonating explosives. The text shall be supported by one or more illustrations identifying the areas of radiation hazards and the location of antennas, etc.

**3.6.3.3** *Hazards to divers.* When applicable, the description of hazards to divers shall include but shall not necessarily be limited to the following:

a. The nature and intensity of sound energy in water as related to divers.

b. Precautions to be taken when working near operating equipment.

c. Illustrations identifying the hazardous areas and locations of sonar domes.

**3.6.3.4** *System hazards and precautions.* Include descriptions of system hazards and precautions, addressed to system personnel and referenced to particular system equipments. The descriptions shall be organized to be consistent with the operation of the system. The descriptions shall supplement and extend equipment safety instructions to the system

23

0446

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100034 576 ■

MIL-M-15071G(NAVY)

level, by warning of potential hazards that can be caused during operation or maintenance.

**3.6.3.4.1** *Operational safety summary.* A summary shall be included which emphasizes the proper use of equipment controls, describes the hazards to operators, or as applicable, the hazards to persons in areas remote from the operation, and recommends precautions. An emergency operational routine shall be included which emphasizes the controls that permit immediate braking or deenergizing of the system.

**3.6.3.4.2** *Maintenance safety summary.* A maintenance safety summary shall emphasize the proper use of controls, describe the hazards to maintenance personnel, potential damage to the equipment, and recommend precautions.

**3.6.3.4.3** *Hazardous components.* Identify and briefly describe the hazardous components including radioactive devices and elements used with the system and summarize the general handling precautions for such components. The description of a hazardous component shall include brief statements as to the purpose, manner of functioning, nature of built-in safety devices, and nature of the hazardous element; it shall also indicate the relative sensitivity of the component to mechanical shock, vibration, electromagnetic and radioactive radiation, and electrostatic discharges.

**3.6.4** *Chapter 3, Conditions of readiness.* This chapter shall be provided for guidance purposes and shall represent engineering considerations. Chapter 3 shall list conditions of readiness requirements prior to the operation of the system. Activities or conditions within compartments or areas outside the system shall be described as necessary.

**3.6.4.1** *Conditions coverage.* An orientation of system personnel shall be included. The condition of readiness shall be included as follows:

> Watch condition
> General quarters condition
> Emergency condition

Coverage shall include but not be limited to the following:

a. A block diagram showing signal paths of the conditions of readiness (see figure 38).

b. Block diagrams and descriptions of interior communications links between compartments and areas, including sound-powered telephone circuits, announcing systems, and closed-circuit television.

c. Presumptions relative to systems status at specified times. (For example, from watch condition to general quarters conditions, or from general quarters condition to emergency condition).

**3.6.4.1.1** *Watch condition.* Describe the condition of all systems equipment and the personnel situation for watch condition. The operating console and panel positions shall be illustrated.

**3.6.4.1.2** *General quarters condition.* Describe the condition of all systems equipment and personnel situation for general quarters condition. The operating control and panel positions shall be illustrated.

**3.6.4.1.3** *Emergency condition.* Describe the condition of all systems equipment and the personnel situation for emergency condition. The operating console and panel positions shall be illustrated.

**3.6.5** *Chapter 4, Operation.* Chapter 4 shall describe system operating situations, modes, and procedures. The descriptions shall be detailed to the level required for an understanding of the operational interfaces of the system equipments and associated systems. Illustrations shall be included when necessary for clarity (see figure 39). The various operating modes shall first be described to acquaint the operator with all equipment combinations that can be employed to effect a given mode of operation.

**3.6.5.1** *Preoperational conditions and setup.* Establish specific preoperational conditions presumed to be in effect prior to system operation. A system readiness checkoff list of significant switch positions and indicator status shall be tabulated. For indicators such as dials, where a band of readings are possible, upper and lower limits shall be delineated. The initial conditions of associated-system equipment that directly affect system operation should be treated in a similar manner.

24

Provided by IHS    0447
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100035 402 ■

MIL–M–15071G(NAVY)

**3.6.5.2** *Operating modes.* The primary operating mode shall be discussed in detail, and alternate modes shall be treated as modifications of the primary mode. Operating procedures common to all modes shall be detailed under the primary mode and referred to under the alternate modes, with such modifications of procedure as may be necessary. Each mode shall be described in the logical sequence of major phases, events, options, supervisory commands, and responsive actions and the following:

a. Only those equipment operational controls and indicators having system significance shall be explained in the description. When controls must be actuated and indicators observed in a sequence to achieve system operation, the descriptions will cite each control and indicator with a number to indicate the position in the sequence.

b. Emphasis shall be placed, by the use of warnings on the safe operation of controls, which, if operated improperly, could result in hazards to personnel or damage to the equipment. Each control shall be followed by a brief description of its effects (equipment actuation or display indication, or both) at the operator station and at remote stations. The primary mode description shall be supported by both general and detailed illustrations.

c. Operational phases which involve operator judgment shall be illustrated by operational logic diagrams. The diagrams shall indicate the conditions that must be favorable prior to an operator action, or if unfavorable, indicates the alternate action. Illustrations showing dials, gages, status lights, etc., which indicate the favorable or unfavorable conditions shall be included. Special procedures to be followed when an equipment failure may be bypassed (as separate from emergency procedures) shall also be described.

**3.6.5.2.1** *Normal operation.* The duties of system operators shall be described in terms of general responsibility and specific step-by-step procedures for operating the system in all of the primary modes. Descriptive words (such as switch, button, dial, or indicator) may be added to clarify the type of control invovled, for example: "Press ACCESS button and observe channel spot." All system controls and indicators provided for the use of operators shall be covered. Controls and indicators provided only for maintenance and nonsystem application shall not be called out.

**3.6.5.2.2** *Emergency operation.* Step-by-step procedures shall be provided for emergency operation of the system. If specially designated controls have been provided for emergencies, a short statement shall be included describing how they modify or otherwise affect normal system operation. Emergency procedures shall be supported by illustrations.

**3.6.5.2.3** *Special operation.* Special operations such as test checkout, training, or evaluation exercises shall be described. Illustration support shall include block diagrams and pictorial diagrams.

**3.6.6** *Chapter 5, Functional description.* Chapter 5 shall describe how the components or equipments comprising the system, jointly perform major operations and functions, and how associated systems contribute to the performance of these major functions. Equipment or associated system interfaces shall be described only as necessary to identify the sources or destination of system inputs and outputs (see figure 40). Descriptions shall not repeat the functional description provided in the equipment manuals.

**3.6.6.1** *Method of presentation.* The presentation shall first define how the system major functions meet the purpose of the system as described in 3.6.2.1. Each major function shall then be discussed separately at progressively increasing levels of detail. The description of the entire system shall be supported by a basic block diagram of the system (see figure 41). Where information can be presented better pictorially than by text, additional diagrams and other illustrations shall be used. Reference may be made to diagrams appearing in chapter 7.

**3.6.6.2** *Introduction.* The introduction shall describe the general approach that is used in the functional description. The introduction shall also describe briefly the interrelationship between the system and associated systems.

**3.6.6.3** *System function directory.* A system function directory shall tabulate operation control functions and the signal data described in the detailed level of functional

25

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20.40:12 GMT

■ 9999906 2100036 349 ■

**MIL–M–15071G(NAVY)**

analysis (see 3.6.6.6). The tabulation shall include the following information, as applicable:

  a. Official name of the function, colloquial name, and symbol.

  b. Type of control or signal (a.c. frequency and voltage, d.c. polarity and voltage, hydraulic pressure, mechanical motion, synchro, etc.).

  c. The origin and termination of the control or signal.

  d. Identity of equipments (relay transmitters, coordinate converters, distribution boxes, switches, and the like) between the origin and termination of the output control or signal.

  e. Figure numbers of illustrations on which the function is illustrated, including the fault isolation diagrams in chapter 7.

**3.6.6.4** *Functional description.* Each function shall be described by at least two levels of detail.

**3.6.6.5** *First level of functional description.* The first level of the description shall be confined to data such as origin of the function at an equipment control or sensor; transmission of the signal via intermediate equipment such as switchboards, relay transmitters, coordinate converters, and distribution boxes; and presentation of the function at terminal equipment. Control functions essential to the development of a signal shall be introduced and briefly described in their relationship to the signal. The description shall be supported by a block diagram (see figure 42). The diagrams for electrical/mechanical systems may be illustrated as shown on figure 43. Functions involving computations may be explained in mathematical terms, but at a level no higher than high school mathematics. The second level of analysis shall be supported by one or more diagrams.

**3.6.6.6** *Detailed (second) level of functional description.* The detailed-level description shall explain the system functions in terms directly related to the diagrams in chapter 7. Data and control functions shall be described down to the level of an equipment or an equipment group. Functional descriptions of im-

portant parts of electrical/mechanical systems may be supported by illustrations similar to figure 44.

**3.6.7** *Chapter 6, Scheduled maintenance.* Chapter 6 shall contain all system scheduled test procedures, together with necessary explanations and illustrations. Chapter 6 shall comprise the following:

  a. Introduction.

  b. Scheduled maintenance action index.

  c. Scheduled test procedures.

**3.6.7.1** *Introduction.* The introduction shall be an explanation of the purpose, scope, and arrangement of the scheduled maintenance material. When a preventive maintenance procedure is critical to the operation of the system and the schedule for servicing is absolute (not recommended), this information shall be conspicuously written as a CAUTION. The following statement shall be included: "The scheduled maintenance instructions in this manual are cancelled when the Planned Maintenance Subsystem (PMS) is implemented for this system aboard your ship or station."

**3.6.7.2** *Scheduled maintenance action index.* This index shall include all required scheduled performance tests. The index shall be tabulated as follows:

  a. *Column 1, Periodicity.* This column shall contain a list of all scheduled actions contained in the chapter. The following periodicity symbols, as appropriate, shall be used:

| Interval | Symbol |
| --- | --- |
| Daily _____ | D |
| Weekly _____ | W |
| Monthly _____ | M |
| Quarterly (3 months) _____ | Q |
| Semiannually (6 months) _____ | S |
| Annually (12 months) _____ | A |
| Overhaul cycle _____ | C |
| As specified (explain circumstances) _____ | R |

  b. *Column 2, Maintenance action.* This column shall list the title of the maintenance action which corresponds to the periodicity number in column 1.

26

0449

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ ٩٩٩٩٩٠6 2100037 285 ■

c. *Column 3, Reference.* This column shall state the paragraph or table number of the maintenance procedure that corresponds to the maintenance action listed in column 2.

3.6.7.3 *Scheduled test procedures.* Include the detailed procedures for setting up and performing complete system tests. Each procedure shall be numbered and titled to clearly define the test action and the output to be tested. The procedures shall contain the data specified in 3.5.6.4.

3.6.8 *Chapter 7, Fault isolation.* Chapter 7 shall contain fault isolation procedures, illustrations, and an explanation of the use of the information presented. The major objective of the system fault isolation procedures contained in chapter 7 shall be described. In addition, this shall contain a brief description of each type of maintenance diagram. A fault directory shall be included which relates fault symptoms found during operation to the fault-isolation procedures. Fault-isolation procedures, fault logic diagrams, control function diagrams, and data function-diagrams shall be included as follows:

a. Operation-based symptom fault directory.

b. Fault-isolation procedures.

c. System fault logic and troubleshooting maintenance dependency matrix diagrams.

d. System control function diagrams.

e. System data function diagrams.

3.6.8.1 *Operation-based symptom fault directory.* The directory shall relate system faults observed during operation described in chapter 4 to fault isolation diagrams. The directory shall be presented in tabular form by operational modes (see figure 45). The table(s) shall include references to system fault isolation diagrams, and where applicable, directly to equipment troubleshooting diagrams. The content of the table shall include, as applicable, the following information:

a. *Table headings.* Table headings shall be identified by the operational mode to which the table relates.

b. *Column headings.* The fault directory shall contain the following columns.

(1) *Column 1, Operating procedure step.* This column shall list the step of the operation procedure in chapter 4 for which a fault symptom can be observed. (For example, if step 1 is an action step (set XYZ switch to ON) with no operational response, step 1 would not appear in the column. However, if step 1 stated "Set XYZ switch to ON and check to see that XYZ lamp lights," then step 1 would be included in the column.)

(2) *Column 2, Functional description.* This column shall include the reference to the paragraph number of the functional description in chapter 5. In addition, when an operation can be identified with an output, this column shall also contain the name or symbol of the output.

(3) *Column 3, Fault isolation procedure.* This column shall reference by paragraph number the fault isolation procedure.

(4) *Column 4, Alignment procedure.* This column shall reference by paragraph number the alignment procedure in chapter 8.

(5) *Column 5, Fault isolation diagram.* This column shall reference the fault isolation diagram by figure and sheet number.

(6) *Column 6, Equipment document.* This column shall reference the equipment technical manual when the fault can be isolated to the specific equipment causing the fault.

3.6.8.2 *Fault isolation procedures.* Procedures shall be included for isolation of a trouble to a single equipment or functional area of an equipment. The procedures shall provide for the analysis of switching combinations and observable indications (dials, gage lamps, and meters). The use of any required test equipment shall be described. The procedures shall support the fault-logic, control-function, and data function diagrams. The supporting diagrams shall be referenced by figure number. Prerequisite control settings and conditions shall precede each procedure.

3.6.8.3 *System fault logic and troubleshooting-maintenance dependency-matrix diagrams.* System fault logic diagrams shall be prepared for fault indications observed during either scheduled tests or operation. Fault logic diagrams shall be constructed in accordance with 3.5.7.2.12.2. These diagrams shall isolate the functional area of the equipment at fault and

27

0450

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100038 111 ■

MIL–M–15071G(NAVY)

then refer the user to the equipment technical manual containing the information needed to complete the fault isolation and repair. Each diagram shall include or make reference to information necessary to establish the system test or operating conditions required for starting the fault-isolation procedure. The conclusion boxes shall list the equipment or functional area within an equipment that is the probable source of malfunction and the technical manual reference or references for further isolation and repair of the fault. Troubleshooting-matrix diagrams in accordance with 3.5.7.2.12.3 may be substituted for or augment fault logic diagrams.

3.6.8.4 *Control function diagrams.* Control function diagrams shall be provided for all system control circuits. The control function diagrams shall be at the system level but shall be constructed in accordance with 3.5.7.2.3.3. The diagrams shall show essential fault isolation test points or comparable indicators, and shall include appropriate references to equipment manuals.

3.6.8.5 *Data function diagrams.* Data function diagrams shall show in detail the system information needed to isolate faults within signal or data flow paths. Data function diagrams shall include tolerance values and shall contain references to equipment publications where necessary. All inputs required to develop the output shall be shown. The data function diagrams shall be constructed in accordance with 3.5.7.2.3.1a, c, d, e, f, i, j, k, l, m, and p.

3.6.9 *Chapter 8, Alignment procedures.* Chapter 8 shall present the corrective adjustment procedures and support information necessary to restore electrical and mechanical alignment between the various system equipments. Include all values and tolerances. The alignments shall be cross-referenced to respective fault isolation procedures and diagrams in chapter 7. Alignment procedures shall include references to equipment publications where further procedures are required at the equipment level. The alignment procedures shall be presented in step-by-step form.

3.6.10 *Chapter 9, Installation data.* Installation drawings and information not contained in the equipment technical manuals are neces-

sary to install and checkout the system. System installation data shall include the following:

a. Summary of all utilities required by the system, such as air, water, power, steam, freon, etc.

b. System interconnection diagrams.

c. Cable run diagrams.

d. System piping diagrams.

e. System cable interconnection check.

f. Active system tests.

g. System component installation procedures.

3.6.10.1 *Utilities list.* A utilities list shall be included that presents in tabular form all utilities required, and the quantities of each, in each system, compartment, and area.

3.6.10.2 *Interconnection diagrams.* Interconnection block diagrams shall be presented with each equipment or component shown as a block. All cables running between equipments shall be identified by cable number. The number of active and spare leads in each cable shall be included. The illustrations shall also indicate all junction boxes, switchboards, etc., into which interconnection cables enter or leave.

3.6.10.3 *Cable run diagrams.* Isometric diagrams shall be used to indicate the location of all cable runs between compartment or areas. Each cable run diagram shall indicate by deck, compartment, and frame identification the location of all cables shown on the interconnecting diagrams.

3.6.10.4 *System piping run diagrams.* Isometric diagrams shall be used to indicate the location of all system piping runs between compartments and areas. Each piping run diagram shall indicate by deck, compartment, and frame identification the location of all pipes, valves, fittings, tanks, etc.

3.6.10.5 *System cable interconnection check.* Cold-wire check procedures shall be provided to verify the proper installation of all system cables. These checks shall be prepared to be conducted with all power off and all equipment completely shut down.

28

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20 40 12 GMT

■ 9999906 2100039 058 ■■

**3.6.10.6** *Active system tests.* All active system test procedures required to verify the proper installation and operation of the system shall be included. Reference may be made to applicable tests and procedures in chapter 6. Procedures for complete setup, testing, shut down, and data analysis shall also be provided.

**3.6.10.7** *System component installation procedures.* Complete step-by-step instructions shall be provided for installation of system components not covered in any of the equipment manuals for the equipment comprising the system. The following types of supplemental information not provided in the equipment technical manual shall be included:

a. Instructions required to assemble components.

b. Instructions required to mount components. Include boring and bracing diagrams and data on shock mounts.

c. Instructions for making electrical, waveguide, plumbing and all other interface connections between equipments, components, and other systems.

d. Servicing procedures, such as initial lubrication and adjustments.

e. Instructions for bonding and grounding.

**3.6.10.7.1** *Installation drawings.* The following drawings shall be included:

a. Pictorial diagrams.

b. Outline and mounting dimension data.

c. Interconnecting wiring and cabling diagrams.

d. Primary power distribution.

e. Piping diagrams.

**3.6.10.8** *Installation checkout.* Provide step-by-step procedures to demonstrate that the system operates correctly and within tolerances. These procedures shall provide for system checkout in three test phases as follows:

a. *Phase 1*—Installation inspection and pre-energizing procedures.

b. *Phase 2*—Turn-on and preliminary tests.

c. *Phase 3*—Installation verification test.

**3.6.10.9** *Phase 1—Installation inspection and pre-energizing procedures.* Provide inspection procedures in the form of check lists to verify the following:

a. That the system and required auxiliary equipments have been installed and that their location and orientation is proper; that all cables, antennas, waveguides, transmission lines, dehydrators, coolant lines, piping, etc., have been installed in accordance with plans and specifications; that continuity exists in all interconnections.

b. That special system test equipment listed in chapter 1 is onboard, operating satisfactorily, and has been calibrated.

c. That all field changes, mandatory retrofits, or shipalts have been accomplished.

d. That all rotating devices are free from obstruction.

e. That there is access to the system components for maintenance.

f. That all pre-energizing servicing procedures, including lubrication, have been accomplished.

g. That it is safe to operate the system.

**3.6.10.10** *Phase 2—Initial turn-on and preliminary test.* Include procedures for energizing the system for the first time. This may be accomplished by reference to the applicable portions of chapter 4. Include step-by-step procedures for testing electrical, steam, and fluid supply circuits, distribution panels, breakers, and interlocks. Include procedures for testing piping, cables, transmission lines, and waveguides for proper installation, including checks for hanger spacing, torqueing of connectors, pressure testing, standing wave ratio, and attenuation checks.

**3.6.10.11** *Phase 3—Installation verification test.* Include complete instructions for testing the system in all modes of operation. Where applicable, refer to the scheduled performance tests in chapter 6. Procedures shall cover checking gages, meters, alarms, and other sensing devices for proper operation and calibration. Tests shall verify that all inputs are in tolerance. Where applicable, include VSWR and insertion loss tests to verify the proper installation of antenna-to-equipment

29

0452

Provded by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100040 87T ■

MIL–M–15071G(NAVY)

waveguide runs; transducer impedance and source level checks to verify proper installation of transducers, domes, and cables; dynamic and static load tests for hoists, winches, etc. Preliminary setup data shall be included in each procedure. When it is required that an alignment be accomplished prior to performing a test, the alignment shall be included or referenced in the procedure.

**3.6.10.11.1** *Test procedures.* Testing procedures shall be presented in a logical order as follows:

a. Energize the system.

b. When test results are within the required tolerance, include a reference to the next logical test. When test results are out of tolerance, include a reference to the corrective maintenance or troubleshooting data. Reference shall be made to troubleshooting diagrams except where probable causes of failure can be predicted, in which case reference may be made directly to an alignment or repair procedure.

**3.6.10.11.2** *Installation standards summary sheet.* The installation standards summary sheet shall provide spaces for recording the results of all installation verification tests. Each space shall be identified by the step or paragraph number which provides the instructions for accomplishment. Each space shall contain the respective unit of measurement (e.g., amp., db., or v.). When applicable, waveforms shall be included to show the points on the pattern where the measurement is to be taken. In addition, critical installation data shall be included, such as length of transmission line.

**3.7** *Format.*

**3.7.1** *General requirements.* Style and format shall conform to MIL–M–38784 and 3.7.2 through 3.7.5.3. Graphic symbols and reference designations for electrical and electronic diagrams shall be in accordance with USAS Y14.15, Y32.2, Y32.14 and Y32.16. Abbreviations shall be in accordance with MIL–STD–12.

**3.7.2** *Volumes.* A single volume manual shall not exceed a three inch thickness. When the thickness exceeds three inches, chapter 2 (types I and II) or chapter 4 (type III) shall

be bound separately. When three or more volumes are required to maintain the three-inch thickness limitation per volume, one or more additional chapters shall be bound separately in the following order:

a. Installation.

b. Parts list.

c. General information.

d. Scheduled maintenance.

e. Corrective maintenance.

**3.7.3** *Distribution statements.* The applicable distribution statement shall be included on the cover and title page (see 6.2 and 6.2.1).

**3.7.4** *References.*

**3.7.4.1** *Referencing between diagrams.* Referencing between diagrams shall be by figure number; sheet and zone numbers shall also be included for multisheet and zoned diagrams.

**3.7.4.2** *Text references.* All illustrations shall be referenced in the text. References to illustrations shall be by figure number in accordance with MIL–M–38784. If the figure is located in another volume of the manual, reference shall also be made to the number of the volume. Where multiple sheet figures are referred the sheet number(s) involved, for example: "See figure 3–7, sheet 2."

**3.7.4.3** *Reference placement.* References shall conform to the following:

a. When a reference applies to one item within a sentence, place the reference parenthetically immediately after the item being referenced, for example: "The test set (figure 1–1) comprises a main panel (figure 1–2) and a power supply (figure 1–3)." When a reference applies to an entire sentence, place the reference at the end of the sentence; for example: "This characteristic causes the first portion of control movement to be less effective (see figure 6–3)." or show the reference in a complete sentence: "The procedure for making the adjustment is shown in figure 6–23."

b. When a reference applies to an entire paragraph or paragraphs, place the reference after the paragraph head, for example: "6–2 Simulation Diode Monitor (figure 6–56)."

c. When reference is made to items in fig-

30

Provided by IHS
No reproduction or networking permitted without license from IHS

0453

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100043 706 ■

ures by reference designations, the numbers shall be indicated in the following manner: "The ON-OFF switch (1S8, figure 3–6) on the center console controls the TWT cooling."

**3.7.4.4** *Paragraph references.* For single volume manuals, reference to text matter shall be by paragraph numbers only. For multivolume manuals, reference shall be by volume number and paragraph number.

**3.7.4.5** *Zoning on diagrams.* Diagrams containing the symbols for more than 100 parts shall be zoned. Diagrams shall be divided into equally spaced horizontal zones (ordinates) designated A, B, etc., from bottom to top along the outside left and right borders. Diagrams shall be divided into equally spaced vertical zones (abscissa) designated 1, 2, 3, etc., from right to left along the outside top and bottom borders. The zone size shall be as needed to clearly locate referenced points. The location of all circuit elements by zones shall be included in a table located on the apron.

**3.7.4.6** *Reference to zones.* In reference to zones, the numeral shall be listed first to avoid possible confusion with · reference designations, for example: use "3C" instead of "C3."

**3.7.5** *Notes for diagrams.* Notes on diagrams shall be confined to clear spaces of the image area. Notes for foldout diagrams, with the exception of installation control drawings, shall be placed on the apron. Notes shall be identified with the legends GENERAL NOTES and SPECIFIC NOTES, as applicable. General notes shall precede specific notes and shall be identified by capital letters (A, B, etc.). Specific notes shall be identified by arabic numerals (1, 2, etc.).

**3.7.5.1** *General notes.* General notes shall apply to the entire diagram and shall appear only on the first sheet of multisheet diagrams. No reference shall be made to general notes from the diagram or from specific notes. Examples of general notes are: a warning that high voltage exists throughout the entire equipment, the general instructions for positioning switches, and a list of the test equipment needed to take measurements throughout the diagram.

**3.7.5.2** *Specific notes.* Specific notes shall apply only to a specific item on the diagram.

Specific notes shall be repeated on each sheet of a multiple sheet diagram to which they apply and it shall not be required to refer to a specific note on another sheet of a diagram.

**3.7.5.3** *Apron notes.* Apron notes for foldout diagrams should be placed in a final size image area of 7 by 10 inches with a minimum letter height of 0.060 inch. Notes shall be arranged to make best use of the available space. When notes for a given diagram foldout sheet require more than the 7 by 10 inch apron image area, the notes shall be extended with additional columns onto the diagram image area if the space permits. If space does not permit, single pages shall precede the foldout and shall contain the additional notes. When additional note sheets are required, the notes shall start on the first additional sheet and be printed as a right hand page; note pages may be printed on both sides. Foldout sheets shall not be used for running text. Each sheet of the diagram, including the note sheets, shall contain the figure number, title, and sheet number.

**3.8** *Production.*

**3.8.1** *Typography.* Typography shall be as specified in MIL–M–38784 for double-column bookface type. Letters, lines, and symbols shall be of a uniform contrast throughout the technical manual. Blurred or smudged printing or dropout characters or lines shall be cause for rejection. All manuals shall meet the requirements for good reproduction by 35mm microfilming in accordance with MIL–M–9868/1. Typography for change pages shall conform as nearly as possible to the original manual. Preferred typography is specified in MIL–M–38784.

**3.8.2** *Illustrations.* Illustrations shall conform to MIL–M–38784 and the following:

a. *Lettering.* Final size lettering shall be a minimum of 0.060 inch.

b. *Line artwork.* Line artwork shall be prepared with line weights of sufficient strength to reproduce a minimum final line weight (when reduced) of .01 inch. Final size line artwork shall be suitable for reduction to 35mm microfilm in accordance with MIL–M–9868/1.

c. *Identification of part symbols u...d piece*

31

0454

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100042 642 ■

MIL–M–15071G(NAVY)

*part symbols.* All part symbols and piece part symbols shall be identified by reference designations. In addition, all parts such as switches, controls, indicators, blowers, etc., shall be identified by name. All control panel markings relating to these parts shall have the name printed exactly as shown on the panel and enclosed in a rectangle.

**3.8.3** *Paper stock for printed manuals.* Paper stock for text pages and foldouts shall be in accordance with MIL–P–38790.

**3.8.4** *Cover and title page stock for printed manuals.* Unless otherwise specified in the contract or order, covers of manuals shall be printed on cover stock JCP R10 (891 pound type) in accordance with MIL–P–38790. Information to be imprinted on the covers shall not be stamped in gold or other metal foil. Colors for covers are as follows:

| | |
|---|---|
| Unclassified | _____Blue |
| Confidential | _____Green |
| Secret | _____Yellow |
| Top Secret | _____Pink |

Title pages shall be printed on JCP A–60 (100 pound type) white paper.

**3.8.5** *Binding.* Binding of manuals shall be in accordance with MIL–P–38790. Manuals shall be prepared in loose-leaf form to facilitate the insertion of replacement pages. Unless otherwise specified in the contract or order, corrosion-resistant posts and screws or snap-ring metal prong fasteners shall be used. All metal parts shall be treated to resist corrosion. Manuals shall be punched or drilled in accordance with MIL–P–38790. Page sizes and punching or drilling for change pages shall be the same as for the original manual. Fillers shall be used to build up the binding edge to the same thickness as the right-hand edge of the manual.

**3.8.6** *Preliminary manuals (types I, II, III), service test equipment manuals (type IIS), and experimental equipment manuals (type IIX).*

**3.8.6.1** *Typography.* Except when it is more economical to the Government to supply a higher quality of typography, preliminary, type IIS, and IIX manuals shall be typewritten (single-spaced). The copy shall be such that clear, readable reproductions may be ob-

tained. Any method of duplication, as defined in NAVEXOS P–35, which will provide the necessary quantity of black and white legible copies will be acceptable. When the method of duplication permits, the manual shall be produced on both sides of the paper.

**3.8.6.2** *Layout.* Layout shall conform to the requirements for final manuals except that horizontal folds are acceptable on foldout pages.

**3.8.6.3** *Illustrations.* Illustrations should be prepared by the most economical method which will result in clear, legible illustrations when produced.

**3.8.6.4** *Paper and cover stock.* Paper stock which is suitable for the intended use will be satisfactory for text and foldout pages. Cover stock satisfactory for the intended use is acceptable; however, the color shall conform to the requirements for final manuals (see 3.8.4).

**3.8.6.5** *Binding.* Binding shall conform to the requirements for final manuals (see 3.8.5). Covers need not include any printed matter (other than the security classification) if suitable cut-out windows and back-up pages with identifying data are provided.

**3.9** *Applicability of manuals.*

**3.9.1** *Identical manuals (types I and III).* When a manual that is already available is applicable in its entirety to the equipment or system being procured, the applicability is to be extended to additional ships. However, the contractor shall issue a new approval and procurement record page (see 3.4.2.1.4).

**3.9.2** *Manual modifications.* When an existing manual is applicable to an equipment being procured, except for minor differences, the contractor shall modify the manual to cover the differences by the issue of a permanent change or revision, as applicable, in accordance with 3.10.

**3.10** *Changes and revisions.* The changes and revisions shall correct all inaccuracies or omissions determined during usage or contractor generated design or production changes to the equipment or system, until expiration of the contractor's responsibility for the last equipment or system delivered.

32

0455
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ ■ 9999906 2100043 589 ■ ■

**3.10.1** *Responsibility for changes or revisions to final manual.* Contractors shall be responsible for issuing necessary corrections and changes to technical manuals throughout the life of the contract and guarantee period. The contractor shall supply either changes or revisions.

**3.10.1.1** *Changes.* Changes to an existing manual shall be issued in the form of replacement pages as specified in MIL-M-38784. Upon application, change numbers (NAVSHIPS or NAVELEX numbers) will be assigned by the command or agency concerned (see 3.10.2 and 3.10.3).

**3.10.1.2** *Method.* A change shall consist of revised pages and detailed instructions (instruction sheet) for inserting the pages into the manual. When the equipment nomenclature has been changed because of a production or field change to the equipment, the nomenclature references in the text and illustrations need not be modified merely to include the new nomenclature, providing that information equivalent to the following is included in the introduction of chapter 1: "All references in the manual to Radar Set AN/SPS-40 apply equally to Radar Set AN/SPS-40A, unless otherwise indicated." If an equipment change does not affect the entire equipment population, the change shall be prepared in such a manner that the manual will describe both the affected and the unaffected equipment. If the change applies to the entire equipment population, the change shall cover only the modified equipment and a note shall be included in the first paragraph of the instruction sheet to the effect that maintenance support activities should not dispose of the superseded pages until it can be established that all of the equipment population has been modified. Equipment holders should be instructed to update their publication when the modification has been accomplished.

**3.10.1.3** *Instruction sheets.* A change shall include an instruction sheet (see figure 47), which provides instructions for inserting new and revised pages and disposing of superseded pages (see 3.10.2).

**3.10.1.4** *Issue information.* Changed pages shall include the change number; backup pages not affected by the change shall include the existing issue information.

**3.10.1.5** *Production of changes.* Changes shall be prepared in the same style, format, and specifications as the basic manual. Changes shall be inserted (by the contractor) into the manuals that are shipped with the equipment, after the changes are available.

**3.10.2** *Interim (temporary) changes.* Information to amend, correct, or modify manuals may be supplied as an interim (temporary) change, when major changes are necessary and there is insufficient time available to publish a permanent change prior to the need or as specified in the contract or order. Interim changes are subject to replacement by a permanent change. An interim change shall be identified and dated; shall contain an instruction sheet (see 3.10.1.2 and figure 47). The instruction sheet shall include the following, as applicable:

a. The publication number shall appear in the upper left hand corner of each page. The interim change shall be identified with a "T" identification number (assigned by the procuring activity) and the publication number to which it applies, for example, T4-NAV-SHIPS 0967-0000-1234 would designate the fourth interim change to NAVSHIPS 0967-0000-1230.

b. The total number of pages shall be indicated on the first page only.

c. The security classification shall be located on all pages of all classified interim changes and shall appear at the top and bottom center. The word "UNCLASSIFIED" shall appear on top and bottom center of the page when unclassified.

d. A statement shall be included indicating when the interim change is in effect. If it supersedes an earlier interim change or a permanent change a statement of that fact should be given.

e. If an equipment change is involved (field or production change), a statement shall be included indicating the purpose of the change and the extent (serial numbers or conditions of application) to which it applies to the equipment population.

f. A list of revised pages (if any) issued as

0456

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to.PAPER TRAILS HISTORICAL, 01433682
Not for Resale,2004/5/4 20 40 12 GMT

■ 9999906 2100044 415 ■

MIL–M–15071G (NAVY)

part of an interim change shall be included with instructions for inserting the new or revised pages for disposition of superseded material, and for correcting the title page and list of effective pages (see figure 46).

g. Instructions shall be terse and clear; illustrations and diagrams corrected, as applicable; and specific data to be changed shall be set off in quotation marks.

h. The instructions shall be followed by a statement that the interim change shall be inserted in the manual immediately under the front cover.

i. Printed matter shall be arranged on the page so that all copy is readable when bound in the manual.

j. Quantity and distribution shall be in accordance with 3.12.2.

3.10.3 *Permanent changes.* A permanent change shall include all corrections issued in previous interim changes (unless they have been covered in a previous permanent change) and in addition to all equipment changes required by the contract or order. The permanent change shall include an instruction sheet (see figure 47) prepared with the same requirements as for interim changes that includes step-by-step procedures for inserting the change into the manual. Change numbers shall be requested from the procuring activity when the manuscript is submitted for approval. It shall also include the following:

a. A new cover and binding fasteners (for each volume affected) if the change includes too many pages to fit in the original cover.

b. A revised title page including the original approval date of the publication and the approval date of the change. The NAVSHIPS or NAVELEX number for the change shall be inserted below the change number and date. The basic publication number appearing in the upper left-hand corner shall remain unchanged.

c. A revised list of effective pages (see figure 46).

d. Revised pages, table of contents, list of illustrations, list of tables, index, and content assurance pages, as applicable.

e. If a publication consists of more than one volume, changes shall be prepared separately for each volume but shall be assigned the same change number.

f. Parts lists may be corrected by means of supplementary parts lists which precede the parts list section (rather than by revising each applicable page) provided the supplementary lists do not exceed one-fifth the size of the main parts list. In subsequent changes, the supplementary list may be revised until it exceeds one-fifth the size of the main list. Should this percentage be exceeded, the parts list section shall be completely revised.

3.10.4 *Revisions.* A revision is a second or subsequent edition of a manual or volume of a manual which supersedes the preceding edition. A revision shall be supplied when the number of pages required to supply corrected and additional information for the manual is more than 25 percent of the total pages of the manual. When a revision is issued the following supersedure notice shall be included on the title page: "This publication supersedes NAVSHIPS or NAVELEX (number) date (day, month, year)." Revisions shall conform to the contract requirements, MIL–M–38784, and this specification (see 3.4.1.5 and 6.5.13.).

3.11 *Approval and acceptance.* All publications prepared by or for the Naval Ship Systems Command and Naval Electronic Systems Command shall be approved by the respective command, its field activities, or its representatives. Contractually deliverable items listed in 3.13 shall be submitted for approval in sufficient time (or as scheduled in the contract) to allow for an adequate review by the Government. Approved deliverable items will not be accepted by the Government until the contractor has complied with all conditions of approval.

34

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/4 20 40 12 GMT

■ 9999906 2100045 351 ■

**3.11.1** *Publication or change number.* The contractor shall request a publication or change number from the Government approving activity when the review manuscript is submitted for approval.

**3.11.2** *Preliminary manuals.*

**3.11.2.1** *Preliminary (review) manuals (type 1).* Type I preliminary (review) manuals are required to be submitted for approval by the Naval Ship Systems Command or its field representatives before the final manuals are printed and distributed. If the final manuals are not available at the time the equipment is shipped, preliminary manuals, as approved, shall be shipped with the equipment to be used with the equipment until the final manuals are available (see 3.12.1).

**3.11.2.2** *Preliminary manuals (type II).* When there is insufficient time (less than approximately six months) to permit approval by the command or agency concerned and still provide for the preparation and printing of final manuals to be shipped with the first equipment delivered, preliminary manuals shall be supplied with the equipment at no additional cost to the Government. Permission shall be obtained from the procuring activity for shipping the preliminary manual when any required data is missing. A review copy of the preliminary manual shall be submitted to the cognizant Government inspector for approval. Supplying preliminary manuals does not relieve the contractor from any contractual requirements pertaining to delivery of complete, adequate, and accurate final manuals.

**3.11.2.3** *Preliminary manuals, review copy of (type II).* The preliminary manual review copy shall be submitted (prior to shipment of the first equipment) to the Government inspector simultaneously with four copies of the manual to the command or agency concerned. Publications numbers for preliminary manuals shall be requested from the approving activity. After authorization and the publication numbers are received, two copies of the preliminary manuals shall be packaged with each equipment.

**3.11.2.4** *Self-addressed post card.* A self-addressed contractor-furnished post card containing information equivalent to the notice indicated below shall be attached to the title page of all preliminary manuals which accompany the equipment.

"IMPORTANT NOTICE: This is a preliminary manual for (insert nomenclature of equipment), publications (insert number). A copy of the FINAL manual will be forwarded direct to you when printed. Return this card IMMEDIATELY, indicating ship or shore activity and mailing address."

Copies of final manuals shall be forwarded by the contractor to activities that submit post cards before shipment of the final manuals to stock. When post cards are received by the contractor after shipment of the bulk stock quantity of manuals has been made, the cards shall be forwarded to the cognizant Government inspector with a request to forward the cards to the Naval Publications and Forms Center, 5801 Tabor Avenue, Philadelphia, Pennsylvania 19120.

**3.11.3** *Manuscript—basic manual, changes, or revisions.* Five review manuscript copies of the basic manual, changes, or revisions shall be submitted to the Government approving activity for approval and assignment of a publication number (see 3.13.4 and 5.1.4). Unless otherwise specified in the contract or order, a minimum of six weeks shall be allowed for Government approval.

**3.11.3.1** *Certification check-off list (types II, IIS, IIX, and III).* A signed and completed certification check-off list for types II, IIS, and IIX manuals shall be prepared in accordance with figure 48 for preliminary, final manuals, and revisions. It shall be submitted to the procuring activity with the review copies and shall indicate the degree to which the manuscript conforms with this specification. A similar list shall be prepared for changes and type III manuals. The certification check-off list prepared for permanent changes of Government furnished manuals shall certify the extent to which the content requirements conform to this specification.

**3.12** *Quantity and distribution.* The quantity of manuals shall be as specified in the contract or order (see 6.2). The contractor shall be responsible for the distribution of all manuals procured on the contract or order. Unless otherwise specified, two copies of preliminary or final manuals shall be shipped with each equipment. Bulk quantities shall be distributed at time of shipment of first equipment, except that when preliminary manuals are supplied in accordance with 3.11.2, quantity and distribution shall be as specified in 3.12.1, and the final manuals shall

35

■ 9999906 2100046 298 ■

MIL–M–15071G(NAVY)

be distributed within 90 days after receipt of approval.

**3.12.1** *Preliminary manuals.* **Unless otherwise specified in the contract or order, the quantity shall be two per equipment.** For type II manuals, a bulk quantity up to the bulk required for final manuals, but no less than 25 copies shall be supplied. (The total quantity of preliminary manuals to be supplied will depend upon the need at the time and the expected delay in production of final manuals. Distribution will be as directed.) **Distribution of bulk quantities shall not be later than 30 days after the shipment of the first equipment.**

**3.12.2** *Changes and revisions.* **The quantity of changes and revisions shall be as specified in the contract or order, or ship's specifications. The distribution of such material shall be to all activities receiving the original manual and in the same quantity or as directed by the command or agency concerned.**

**3.13** *Deliverable items.* **As specified in the contract or order (see 6.2), deliverable items shall include the following:**

a. Book plan (types II, IIS, IIX, and III).

**b. Quality program.**

c. Preliminary manual (review) (type I).

d. Manuscript (review) (types II, IIS, IIX, and III).

e. Preliminary manual (types II, IIS, IIX and III).

**f. Reproducible copy.**

**g. Replenishment material.**

**h. Printed manuals.**

**i. Status reports (monthly).**

**j. Photolithographic negatives.**

**3.13.1** *Book plan (types II, IIS, IIX and III).* A book plan shall be based on a plan for maintenance of the equipment and shall be submitted to the procuring activity for review and acceptance prior to development of the review manuscript. The manual outline shall conform to MIL-M-38784 and the following:

a. A text outline, including front matter, prepared in accordance with the content requirements

of this specification, to the level of paragraphing necessary to show the major physical and functional aspects of planned coverage. Each chapter and paragraph title or notation listed shall be followed by a short statement outlining the data to be presented. Describe the planned approach and logic of troubleshooting principles and the troubleshooting data presented and how they relate with the description to be presented in the manual. Each illustration applicable to a particular text statement shall be referenced by the figure number and title following the statement. An index in tabular form, listing each illustration, table by number, and title shall be included. Describe each illustration by type (exploded view, schematic, line drawing, etc.,), information content, and approximate size. All nomenclature shall be consistent between text and illustrations.

b. A sample of each applicable type of drawing prepared in accordance with this specification, shall be part of the book plan.

c. A summary of the major points of the quality program requirements in accordance with 4.2.

d. When MIL-M-24365 is invoked in the contract, the outline of the content requirements shall be based on a plan for use as supplied by the Government, and a maintenance engineering analysis (see 3.5.6.5.1) of the equipment. The outline shall indicate coverage on a comprehensive and systematic basis the most effective and efficient method of performing necessary maintenance. The outline shall be correlated to the maintenance engineering analysis reports by direct referencing.

**3.13.2** *Quality program.* **A quality program in conformance with 4.2 shall be maintained.**

**3.13.3** *Preliminary (review) manual (type I).* A preliminary (review) manual (type I) shall be submitted to the procuring activity for review and approval prior to the preparation of reproducible copy and printing of final manuals. The preliminary manual shall have all text and illustrations included necessary for installation, operation, maintenance of the equipment, and suitable for engineering review. The text may be typewritten and the illustrations shall be legible. The production method may be by the most economical method at the option of the contractor.

**3.13.4** *Manuscript review (types II, IIS, IIX, and III).* Five copies of the review manuscript shall be submitted to the procuring activity for review and approval prior to the preparation of reproducible copy (see 3.11.3 and 5.1.4). Review manu-

36

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20 40:12 GMT

script shall be submitted within 60 calendar days after delivery of the first article sample but not later than six months prior to delivery of the first equipment, in sufficient time to allow for preparation of reproducible copy and printed manuals. Review manuscript shall conform to MIL–M–38784 and the following requirements:

a. The text shall be presented on one side of the paper and shall contain the exact wording and content intended for the reproducible copy. The production method may be by the most economical method at the option of the contractor.

b. Reproduction of pencilled illustrations are acceptable, if their technical content, clarity, correctness, and adequacy meet specification requirements. Illustrations submitted for review purposes shall be legible and shall not exceed the reproducible copy size. All illustrations shall be bound separately.

**3.13.5** *Preliminary manual (types II, IIS, IIX, and III).* Unless preliminary manuals are required as deliverable items by the contract or order, preliminary manuals should be supplied in accordance with 3.11.2.2.

**3.13.6** *Reproducible copy.* Final reproducible copy, including original artwork, complete in all respects for photographic reproduction, shall be prepared in accordance with MIL–M–38784 and shall be delivered as directed.

**3.13.7** *Photolithographic negatives.* Photolithographic negatives shall conform to the requirements of MIL–P–38790.

**3.13.8** *Printing and binding.* Printing and binding shall be in accordance with MIL–P–38790.

**3.13.9** *Replenishment material.* The replenishment material consisting of one copy of the final manual with the set of photolithographic negatives used to produce the manual shall be forwarded as directed by the procuring actiivty. This material when forwarded shall have a covering letter advising that the material is for replenishment purposes (see 6.5.12).

**3.13.10** *Status reports.* The contractor shall prepare and deliver to the procuring activity a report each month beginning 30 days after award of contract through validation until final approval of the manual has been ob-

tained. The report shall indicate the degree of progress, problems encountered, and any delays that may effect production of deliverable items.

**3.14** *Rejection criteria.* Failure of contractors to meet all contractual requirements, including this and other referenced specifications, shall be cause for rejection and subject to correction. The following requirements shall also apply to rejection criteria:

a. *Book plan.* Unless permission is obtained from the procuring activity, failure to conform with the approved book plan (see 3.13.1).

b. *Technical accuracy and inconsistencies.* Failure of all information to exactly represent the equipment or system being described and to be consistent with descriptive terms.

c. *Omission of data.* Omission of any applicable data elements required by this specication.

d. *Validation.* Failure to provide adequate evidence of validation.

e. *Workmanship.* Failure to conform with the requirements of 3.8 and MIL–M–38784.

f. *Reproducible copy and photolithographic negatives.* Failure to include changes or corrections required as conditions of approval.

# 4. QUALITY ASSURANCE PROVISIONS

**4.1** *Responsibility for inspection.* Unless otherwise specified in the contract or purchase order, the supplier (see 6.5.17) is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or order, the supplier may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

**4.2** *Quality program requirements.* The supplier shall document and maintain a written quality program (see 6.3) to the extent required to assure that the manual accurately and adequately reflects the equipment or sys-

0460

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100048 060 ■

MIL–M–15071G(NAVY)

tem involved; includes the necessary installation, operation, maintenance, repair, and parts support procedures necessary for satisfactory performance. Acceptance of the program (see 4.3) shall be obtained from the procuring activity or its designated representative prior to development of any part of the manuscript (types II, IIS, IIX, or III) or the preliminary (review) manual (type I). The program shall assure the comprehensive control of the development and evaluation of the manual(s).

4.2.1 *Quality program (general)*. The quality program shall be in accordance with the following:

a. *Organization.* Effective management for quality shall be clearly prescribed by the supplier. Personnel performing quality functions shall have well defined responsibility and authority and the organizational freedom to identify problems and to initiate, recommend and provide solutions. Management shall review the status and adequacy of the program on a regularly scheduled basis.

b. *Initial quality planning.* The supplier, during the earliest practical phase of contract performance, shall conduct a complete review of the contract requirements to identify and make timely provision for any special controls, processes, tests, skills, which may be required. This initial planning shall include the development, maintenance, and implementation of methods and procedures to assure the quality of the manual. This planning shall provide for appropriate review and actions to assure compatibility of preparation, inspection, validation, and documentation.

c. *Manual (preliminary or manuscript) inspection and validation.* The quality program shall assure that there is a system for inspection, validation (see 6.5.20), and correction of manuals, in parallel with the design and manufacture of the equipment or system. Validation shall provide a measure of the overall quality of the manual and shall be performed in accordance with 4.2.2(d). When revisions or corrections are required, after any inspection, validation, or approval, there shall be reinspection, revalidation, or reapproval of any characteristic affected.

d. *Subcontracting.* Not required if subcontractor does not prepare, inspect or validate manuals.

(1) *Responsibilities.* The supplier shall be responsible for assuring that all manuals procured from his subcontractors conform to the contract and specification requirements. The extent of control invoked and exercised by the supplier shall be identified in the quality program. To assure adequate and economical control, the supplier shall utilize objective quality evidence (see 6.5.7) furnished by his subcontractors. When the Government performs an inspection(s) at a subcontractor's plant, such inspection(s) shall not be used by the supplier as evidence of effective control of quality by such subcontractors. The effectiveness of subcontractor quality control shall be reviewed by the supplier at regular intervals. The supplier shall inspect manuals upon receipt from the subcontractor to assure conformance with requirements. All deficiencies shall be promptly corrected by the supplier.

(2) *Purchase orders.* The supplier's quality program shall not be deemed acceptable to the Government unless the supplier requires of his subcontractor a quality effort achieving control of the quality of the manual(s). The supplier shall assure that all applicable requirements are properly included or referenced in all purchase orders. The purchase order shall contain a complete description of the manuals and material ordered including, by statement or reference, all applicable requirements for preparation, inspecting, validating, packaging, packing and any requirements for Government or supplier inspections, certifications or approvals. The description of manuals shall include a requirement for supplier inspection at the subcontractor's, when necessary to assure that his quality program effectively implements his responsibility for quality assurance. The purchase order shall contain a requirement for subcontractors to notify and obtain approval from the supplier for unauthorized changes in design or content of the manual. Instructions shall be provided when direct shipment from the subcontractor to Government activities is authorized.

(3) *Government inspection, verifica-*

38

Provided by IHS   0461
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100049 TT7 ■

MIL—M—15071G(NAVY)

tion, approval of preliminary manuals (type I), or manuscripts (types II, IIS, IIX, or III) at subcontractor facilities. Government inspection, verification (see 6.5.21), approval of type I preliminary manuals, or review manuscripts shall not constitute acceptance; nor shall it in any way replace supplier inspection or validation; or otherwise relieve the supplier of his responsibility to furnish an acceptable manual. When the Government requires inspection or verification at the subcontractor location, the supplier shall include in the purchasing document the following statement:

"Government inspection/verification is required prior to shipment from your plant. Upon receipt of this order, promptly notify and provide a copy of this order to the Government representative servicing your plant so that planning for Government inspection/verification can be accomplished. In the event the Government representative cannot be identified, the prime contractor shall be notified immediately."

The supplier shall report to his Government representative any nonconformances of Government source inspected/verified manuals and shall require the subcontractor to coordinate corrective action with his Government representative.

4.2.2 *Quality program (specifics).* The quality program shall include, but not be limited to, the following:

a. Designation of authority, functions and duties of those personnel responsible for preparation, inspection and validation of manuals.

b. Coordination with equipment or system design and production activities to assure the use of the latest technical data and information (e.g., operating and maintenance procedures, drawings, illustrations, etc.) for the preparation of the manual(s) and that *approved changes to the equipment or system* are promptly incorporated in the manual(s).

c. Establishment of in-process inspection points and development, maintenance and implementation of inspection criteria to control the adequacy and accuracy during the development stages of the manual(s).

d. Validation (see 6.5.20) by comparison or performance of the manual content against or on the physical equipment or system that is described by the manual. Performance of the instructions or procedures within the manual shall be accomplished by supplier or subcontractor personnel of the level for which the manual is written using equipment normally available at the installation site; on the ship; or otherwise.

(1) The demonstration by actual performance of instructions and procedures in each manual relating to operation, assembly, disassembly, maintenance troubleshooting, installation, etc., shall be performed by the supplier or his subcontractor at the equipment or ship construction site, or a combination thereof, to the extent technically practical. Checks may be conducted concurrently with normal assembly, test, and disassembly inspections, when applicable. Written information and drawings in each manual shall be compared against actual equipment to ensure that the information and drawings match the actual equipment in all details. Installation drawings and engineering drawings that have been reproduced for use in the manual and have been validated in accordance with MIL–D–1000/2, do not require further validation. Where appropriate, descriptive material may be checked against validated drawings.

(2) All procedures and instructions, except those which will damage the item or incur extraordinary costs shall be demonstrated by review of performance. Procedures that would damage the item shall be demonstrated by review of drawings. Examples are:

(a) Destruction of material, such as disassembly of electronic components or removal of boiler tubes.

(b) Boring, grinding, and other shaping repair procedures.

(c) Removal of distilling plant tube nests, shafting, crankshafts, inner tubes from periscopes, or other parts when accessibility can be determined by measurement, observation, and reference to drawings.

(d) Emergency or damage control operating procedures which would endanger material or personnel.

(e) Operating procedures which would entail excessive costs not encountered

39

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433682
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100050 719 ■■

MIL-M-15071G(NAVY)

in the normal operation of the ship. (Excessive costs can be defined to include the provision of special equipment, aircraft, submarine, naval ships, etc., for testing, unless furnished by the Government.)

e. Detailed review of camera ready copy/ photolithographic negatives, as applicable, for printing of the manual by the Government, to ensure that they are identical to the approved, validated, verified, corrected, and approved manuscript, and have complied with the legibility and reproducibility requirements.

f. Inspection of the final Government printed manuals (upon receipt from the Government) to insure the proper count, that no damage exists, and through the use of an acceptable sampling plan as a minimum, that the printed manuals represent the camera ready copy or photolithographic negatives, as applicable. (NOTE: Printing by the Government shall not relieve the supplier from providing adequate and accurate content in the manual(s).)

4.2.3 *Identical and modified manuals and changes.* When 3.9.1, 3.9.2 or 3.10.1 applies, the quality program requirements are required to insure that the modifications, changes, and revisions, reflect the equipment as supplied.

4.3 *Quality program acceptance.* Acceptance of the supplier's quality program by the Government in no way relieves the supplier of the final responsibility to furnish manuals as specified. Acceptance shall not preclude additions, refinements, or changes by the supplier, to the quality program where evidence indicates that the program is not or will not meet the requirements of the contract or this specification. When additions, refinements, or changes to the program are determined necessary by the supplier, acceptance shall be obtained from the cognizant Government activity prior to implementation.

4.4 *Content assurance page.* This page in its completed form shall appear in each manual, including manuscripts and preliminary manuals (see 3.4.2.1.5 and figure 2). In separate correspondence, the supplier shall provide justification for any chapter, section, and paragraph not validated. (Insufficient time or

personnel is not considered adequate justification.)

4.5 *Inspection of preparation for delivery.* The packaging, packing, and marking shall be inspected for compliance with section 5 of this document.

5. PREPARATION FOR DELIVERY

5.1 *Packaging and packing.*

5.1.1 *Individual and multivolume technical manuals.* Individual copies and multivolume technical manuals shall be packed to preclude the possibility of damage in transit. Multivolume technical manuals shall be furnished as complete sets except for manuals shipped for stock. Stock copies of identical volumes shall be packed and shipped in common containers.

5.1.2 *Technical manuals shipped with equipment.* When copies of the technical manual are packed with the equipment, they shall be packed within the shipping container holding the main unit of equipment. The shipping container shall be marked with the words "Technical Manuals Inside." The manuals shall be so placed that they are readily accessible prior to removing the equipment, and shall not be placed within the vapor-proof barrier material used to enclose the equipment. Technical manuals which accompany equipment shipments that are packed level A or B shall be transparent packaged in accordance with method IC of MIL-P-116. Technical manuals accompanying shipments that are packed level C shall be packaged in a sealed transparent plastic bag. The invoice, packing list, or bill of lading shall indicate the publication number and quantity of the manuals and shall indicate which container includes the manual and its approximate location therein.

5.1.3 *Bulk shipment.* Technical manuals when shipped for stock in bulk quantities shall not be individually wrapped (see 5.1.1). Containers shall comply with the Uniform Freight Classification Rules or their carrier regulations, as applicable to the mode of transportation.

5.1.4 *Manuscripts for review.* Manuscript copy shall be packaged in accordance with MIL-M-38784 (see 1.3, 3.11.3, and 3.13.4.)

40

0463

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

**5.1.5** *Reproducible copy and artwork.* Reproducible copy and original artwork shall be packaged in accordance with MIL–M–38784. Large size inked-linen or vellum illustrations may be rolled and packed in mailing tubes.

**5.1.6** *Photolithographic negatives.* Negatives for delivery to the printer shall be packaged in accordance with MIL–P–38790.

**5.1.7** *Replenishment materials.* Unless otherwise specified in the contract or order, the contractor shall be responsible for obtaining one copy of the final manual and the photolithographic negatives (used for printing the manual) from the printer and packaging them in accordance with MIL–P–38790. Packages shall be forwarded to the procuring activity or as otherwise directed within 30 days after printing.

**5.2** *Marking.* Bulk quantity shipments, interior packages, and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual set of manuals:

Box (number) of (number) (to be listed on multiple container shipments).
Publication number.
Quantity (in package).
Contract or order number.

When applicable, the words "FOR STOCK" shall be marked on the package or packages destined for stock. The publication numbers shall be indicated on the shipping documents. When a contract or order requires technical manuals, revisions, or changes having different publication numbers, the stock copies of each number shall be packaged as separate items. All shipments shall be made in accordance with security requirements (see 3.2).

## 6. NOTES

**6.1** *Intended use.* The technical manuals prepared to this specification are intended to be used for installation, operation, maintenance, repair and parts support of equipments and systems for the Naval Ship Systems Command and the Naval Electronic Systems Command. It is also expected that the technical manual may be used in whole or in part as a training doument.

**6.1.1** *Type I.* Type I manuals are normally required for electrical and mechanical equipment.

**6.1.2** *Type II, IIS, and IIX.* Type II manuals are required for electronic and interior communications equipment; type IIS required for service test electronics and interior communications equipment; and type IIX for experimental electronic and interior communications equipment manuals. However, types II, IIS, and IIX manuals may be specified for electrical and mechanical equipment if the electrical/electronic circuitry and other considerations justify its use.

**6.1.3** *Type III.* Type III manuals are required for systems.

**6.2** *Ordering data.* Procurement documents (including the Contract Data Requirements List, Form DD 1423) should specify the following:

a. Title, number, and date of this specification.

b. Type of manual required (see 1.2).

c. Deliverable data items (see 1.3):

(1) Type I manuals normally require only the procurement of a preliminary (review) manual (see 3.11.2.1) and final manuals.

d. Original manual, permanent change [2] (see 3.10.3), interim change (see 3.10.2), revision [2] (see 3.4.1.5, 3.10, and 3.10.4), supplement manual (see 3.4.1.4 and 3.4.3.4).

e. Requirements for appendixes, as applicable (see 3.4.4).

f. Requirements for installation data (see 3.5.10).

g. Applicable distribution statement (see 3.7.3 and 6.2.1).

h. Quantity of manuals required (see 3.12).

[2] Where the extent of change to the manual is less than 25 percent, a permanent change should be procured. When the extent of a change is over 25 percent, an updated revision (see 3.4.1.5.1) of the manual shall be procured. When the basic manual has been changed to the extent that it is wholly inadequate because of its arrangement, or other reason detrimental to the user, a complete revision (see 3.4.1.5.2) of the manual shall be procured.

0464

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100052 591 ■

MIL–M–15071G (NAVY)

i. Quantity and delivery date of deliverable items (see 3.13).

j. Type of binder.

6.2.1 *Distribution statement.* A statement used in marking a technical document to denote the conditions of its availability for distribution, release, or disclosure. This statement will be provided by the approving activity (see 6.2).

6.3 *Quality program.* A comprehensive quality program is necessary to assure adequate and accurate manuals for Navy use. Therefore, the quality program shall cover planning, development, production, inspection, review, validation, and implementation.

6.4 *Planning, inspections, and reviews.*

6.4.1 *Planning.* Planning for manuals to support an equipment or system must begin during the early design phase of the related equipment or system, to assure the quality of the manual.

6.4.2 *Inspections.* In-process inspections conducted by the Government are held primarily to provide guidance to the supplier and to assure that manuals are being prepared in accordance with the contract and specification requirements. These inspections may be conducted at the supplier's facility or his source facility at any time during the development of the manuals.

6.4.3 *Review.* Verification of manuals may be simultaneously performed with validation in cases where:

a. Time and equipment or facility availability does not permit separate verification.

b. When advantageous to the Government.

6.5 *Definitions.*

6.5.1 *Component.* A composite fabricated unit, generally complete within itself, that is designed to perform a stated service when installed in its proper position within a ship or station (e.g., boiler, winch, etc.).

6.5.1.1 *Component identification number.* Component identification number (CID) is a design identifier which gives the manufac-turer's name and the characteristics for a particular piece of equipment.

6.5.2 *Equipment.* One or more assemblies capable of performing a complete function.

6.5.3 *Final manual.* A final manual complies with all requirements, including production requirements of this specification and has been validated, verified, and approved to be complete and accurate.

6.5.4 *Function.* A group of circuits or other devices which operate together to accomplish a portion of an equipment or system objective (e.g., transmit, receive, display, hoist, control, etc.).

6.5.5 *Interim change.* An expeditious method of promulgating a minor manual change by means of addendum sheets and corrections. (Interim changes are often referred to as temporary changes.)

6.5.6 *Interior communications equipment.* Equipment normally used for shipboard interior communication. These include navigation or related equipment designated Interior Communications (IC) equipment such as the following:

a. Plotting tables.

b. Deck reckoning indicators.

c. Gyros and gyro amplifiers.

6.5.7 *Objective quality evidence.* (See MIL–STD–109.) Examples of verifiable evidence are validation reports, inspection records, certificates, and any other evidence relating to the control of quality.

6.5.8 *Part.* One piece, or two or more pieces joined together, which are not normally subject to disassembly without destruction.

6.5.9 *Planned maintenance system.* Aspects of the Navy's maintenance and material management system as described in Maintenance and Material Management (3–M) Manual OP 43 P2 (0420–049–0060).

6.5.10 *Preliminary manuals.*

6.5.10.1 *Preliminary manuals (type I).* A preliminary (review) manual is submitted to the procuring activity for review and acceptance prior to the development of the final manual. The preliminary (review) manual serves the same purpose for a type I manual as a

42

0465

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100053 428 ■

review manuscript does for a type II or type III manual. Preliminary manuals shall be superseded by final manuals. Preliminary (review) manuals may be packed with the hardware if the final manual has not been completed.

**6.5.10.2** *Preliminary manual (types II, IIS, IIX, and III).* A preliminary manual is a manual which includes all data required for the final manual but has not received final approval and may not comply with the production requirements for a final manual. Preliminary manuals shall be superseded by final manuals.

**6.5.11** *Repair.* Action required to restore a repairable part, subassembly or assembly to a specified condition, but not necessarily to make like new in physical appearance.

**6.5.12** *Replenishment material.* Replenishment material is material required to provide for economical quality reprinting of technical manuals.

**6.5.13** *Revision.* A second or subsequent edition of a manual which supersedes the preceding edition (see 3.4.1.5). An updated revision is required when the current manual does not accurately or adequately cover the equipment (because of errors, production changes, or field changes made to the equipment) and when the extent of required page changes to the technical manual exceeds 25 percent. A complete revision is required when the basic manual is wholly inadequate because of obsolescence, gross inaccuracies, etc.

**6.5.14** *Service test equipment.* An equipment used for test under service condition for evaluation of suitability and performance. It closely approximates the final design, has the required form, and employs approved parts or their interchangeable equivalents.

**6.5.15** *Set.* A unit or units and necessary assemblies, subassemblies, and basic parts connected or associated together to perform an operational function. Refer to USAS Y32.16 for a detailed description.

**6.5.16** *Supplement manual (complementary manual).* Augments a technical manual so that both manuals jointly represent the configuration of the equipment and all necessary information to install, operate, maintain and repair a basic equipment.

**6.5.17** *Supplier.* This is the same as "contractor" and "prime contractor."

**6.5.18** *System.* A system includes two or more equipments (sets) or components each having its own identity and nomenclature, arranged and interconnected to perform a specific operation.

a. An electronic system can be identified as an IFF system, ECM system, AEW system, ASW system, NTDS system, etc.

b. An electromechanical system can be identified as a propulsion system, underway replenishment system, degaussing system, etc.

**6.5.19** *Unit.* A major building block for a set or system, consisting of a collection of basic parts, subassemblies, and assemblies packaged together as a physically independent entity.

**6.5.20** *Validation.* The process by which the contractor assures the technical accuracy, adequacy, and that the manual represents the latest configuration of the equipment by actual test against the hardware.

**6.5.21** *Verification.* The process by which the Government assures the accuracy of the manual(s) by actual comparison with hardware. This includes Government action to assure proper execution of validation by the contractor.

**6.6** *Cross-reference of classifications.* The following is a cross-reference between the types in this specification (see 1.2) and the types in MIL–M–15071F(SHIPS), dated 28 August 1967:

| This specification | MIL–M–15071F(SHIPS) |
| --- | --- |
| Type I | Type I |
| Types II and IIS | Type II |
| Type IIX | Type IIa |
| Type III | Type III |

Review activities:     Preparing activity:
Navy—EC, SH          Navy—SH
                     (Project TMSS–NO22)

0466

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40 12 GMT

■ 9999906 2100054 364 ■

MIL-M-15071G(NAVY)

APPROVAL AND PROCUREMENT RECORD PAGE

APPROVAL DATA FOR: NAVSHIPS
TITLE OF MANUAL:

→ APPROVAL AUTHORITY:

| CONTRACT NUMBER | SHIP APPLICABILITY | QUANTITY OF MANUALS | QUANTITY OF EQUIPMENT | BUILDING YARD |
|---|---|---|---|---|

→ REMARKS:

→ CERTIFICATION:

DATE

MANUFACTURER'S SIGNATURE
MANUFACTURER'S NAME AND ADDRESS
FEDERAL CODE NUMBER (HOME OFFICE)

CHANGE NO.

Approval Authority shall include the applicable letters or correspondence granting approval in conformance with approval procedures.

Remarks space shall be used for necessary comments and the inclusion of information regarding the extension of a manual by minor revisions.

Certification: One of the following certification paragraphs shall be typed in this space, as appropriate:

For manuals being furnished for the first time.

It is hereby certified that NAVSHIPS _____ to be provided under contract number _____ has been approved by the approval data shown above.

For identical manuals.

It is hereby certified that the manuals to be provided under contract number _____ are exactly identical to NAVSHIPS _____ approved by authority of approval data shown above.

For manuals which have been previously distributed but required minor modification.

It is hereby certified that the manuals to be provided under contract number _____ are exactly identical to NAVSHIPS _____ approved by the approval data shown above except for the necessary modification as shown in the above remarks space.

NOTE: This page may be typed and reproduced by any economical method and shall be included in specific equipment manuals and copies of final manuals.

Figure 1.  Approval and Procurement Record Page.

45

0467

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100055 2T0 ■

MIL-M-15071G(NAVY)

---

**VALIDATION PERFORMANCE**

Title of Publication

NAVSHIPS Number
or NAVELEX Number

Contractor:

Sub-Contractor (if performing
validation):

Contract No(s) and Purchase Orders, if applicable

| Chapter | Section | Paragraph | Date Validation Completed | Check here if not validated |
|---------|---------|-----------|---------------------------|-----------------------------|
|         |         |           |                           |                             |
|         |         |           |                           |                             |
|         |         |           |                           |                             |
|         |         |           |                           |                             |
|         |         |           |                           |                             |

Name & Authority of Validating
Officer:

Signature of Validating Officer:

Figure 2.   Content Assurance Page.

46

Provided by IHS 0468
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100056 137 ■

MIL-M-15071G(NAVY)

```
USER ACTIVITY TECHNICAL MANUAL COMMENT SHEET
NAVSHIPS 5600/2(REV.9/67)
(Formerly NAVSHIPS 4914)
(COG I - 11-DIGIT STOCK NUMBER: 0105-503-9850)

                                   NAVSHIPS NO _____
                                   VOLUME NO _____

(Fold on dotted line on reverse side, staple, and mail to NAVSEC) Port Hueneme Division

PROBLEM AREA:
```

Note:   Both sides of this form to be reproduced locally to size of manual page,
as required.

Figure 3.   User Activity Comment Sheet, Comment Side.

Fold

**DEPARTMENT OF THE NAVY**

NAVAL SHIP ENGINEERING CENTER

PORT HUENEME, CALIF. 93041

POSTAGE AND FEES PAID
DEPARTMENT OF THE NAVY ©

OFFICIAL BUSINESS

OFFICER IN CHARGE
NAVAL SHIP ENGINEERING CENTER
PORT HUENEME DIVISION SEC 6865
PORT HUENEME, CALIFORNIA 93041

Fold

Figure 4.   User Activity Comment Sheet, Address Side.

0469
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

MIL-M-15071G(NAVY)



Figure 5.   Equipment Illustration Showing Relationship of All Units.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100058 T0T ■

MIL-M-15071G(NAVY)



1.  PHONE BUZZ buzzer
2.  POWER INTERLOCKS lamp
3.  POWER switch
4.  STDBY lamp
5.  READY lamp
6.  TEST lamp
7.  CW ILLUMINATOR INTERLOCKS lamp
8.  RF POWER DRIVE lamp
9.  RF POWER meter
10. RF POWER RADIATED lamp
11. DEVIATION meter
12. DEVIATION switch

13. FM NOISE ALARM lamp
14. NME RESET button
15. AM NOISE ALARM lamp
16. ILLUMINATOR STATUS NO GO lamp
17. RADIATE OFF button
18. ILLUMINATOR STATUS MARGINAL lamp
19. RADIATE lamp
20. HT MODE lamp
21. RADIATE ON button
22. ILLUMINATOR STATUS FAULT lamp
23. DIRECTOR LOUVERS switch
24. DIRECTOR LOUVERS OPEN lamp

Figure 6.  Equipment Controls and Indicators.

49

Provided by IHS **0471**
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20.40.12 GMT

MIL-M-15071G(NAVY)

2-1. FORK ASSEMBLY. (Figure 2-1).  The 48-inch long side reach forks are
connected to the fork carriage.  The fork carriage moves up and down by roller
chains driven by a hydraulic cylinder and piston.  The fork carriage is roller-
mounted to the inner mast assembly.  Rollers mounted on inner mast move in
channels which make up the outer mast assembly.  As the fork carriage moves
up, the top of the hydraulic piston assembly comes in contact with the inner mast.
If the hydraulic piston moves up more, it lifts the inner mast along with the fork
carriage.  Forks can be raised from deck level to 60 inches above the deck by
moving the fork carriage.



Figure 2-1.  4-D Fork Truck Fork Assembly

Figure 7.  Major Parts of Component or Equipment.

Provided by IHS  0472
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100060 668 ■

MIL-M-15071G(NAVY)

FUNCTIONAL
DESCRIPTION

NAVSHIPS XXXX-XXX-XXXX
VOLUME 1

CHAPTER 3

2-5.  INTERACTION OF PARTS.  (Figure 2-5).  The steering mechanisms for the 4-D fork truck is used for direction changes and normal turns when the truck is in motion.  The mechanisms provide steering control, an electronic system, and four steering motors connected to the wheel assemblies by chain drives. Moving the steering control causes the electronic system to guide each steering motor to move.  As all four wheels are used to steer the truck, the wheels do not all turn in the same direction.  The electronic steering system guides each wheel to move in the right amount and direction for the turn.  The steering motors are also used to swing the wheels for 90-degree changes in direction when the 4-D fork truck is lifted on the jacks for a 90-degree turn.



Figure 2-5.  4-D Fork Truck Steering Motor

Figure 8.  Interaction of Major Parts.

0473

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100061 5T4 ■

MIL-M-15071G(NAVY)

| FUNCTIONAL DESCRIPTION | NAVSHIPS XXXX-XXX-XXXX VOLUME 1 | CHAPTER 3 |
|---|---|---|

2-12.  SERVO VALVE (See figure 2-12).      The servo valve gets mechanical signals from the winch control lever in the FAST control station.  If the control lever is moved to the PAY OUT position, the servo valve gets the signal and positions the pump yoke to send pressure to the hydraulic motor to turn the winch drum in the PAY OUT direction.  If the servo valve gets a signal to HAUL IN, the pump yoke is positioned so that the winch drum is turned to HAUL IN.



MAIN HYDRAULIC PUMP

SERVO CONTROL VALVE

YOKE POSITIONING PISTONS

SIGNAL FROM FAST CONTROL STATION

ELECTRIC MOTOR

HYDRAULIC MOTOR

HYDRAULIC FLUID LINES

WIRE ROPE

MAIN HYDRAULIC PUMP YOKE POSITION DETERMINES DIRECTION AND SPEED HYDRAULIC MOTOR WILL TURN AND DRIVE THE WINCH DRUM.

WINCH DRUM

WINCH GEAR BOX

Figure 2-12.  The Inhaul/Outhaul Winch Servo Valve.

Figure 9.   Functional Description Diagram.

52

Provided by IHS
No reproduction or networking permitted without license from IHS

0474

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100062 430 ■



FUNCTIONAL DESCRIPTION ... NAVSHIPS XXXX-XXX-XXXX VOLUME 1 ... CHAPTER 3

**2-10. HOW THE RAM TENSIONER WORKS (See figure 2-10).** When the ram tensioner piston has traveled to the top, the accumulator piston is at the bottom of the accumulator cylinder. When this occurs, the highline is slack.

As the highline is tightened by the highline winch, the piston is forced down, forcing fluid out of the ram cylinder into the accumulator. The return of the hydraulic fluid causes the piston in the accumulator to rise, forcing the air back into the air supply source.

Figure 2-10.  How the Ram Tensioner Works.

Figure 10.  Equipment Inner Operation.

0475

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100063 377 ■

MIL-M-15071G (NAVY)



Figure 11.  Overall Functional Block Diagram.

Figure 12.  Functional Block Diagram.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100064 203 ■   MIL-M-15071G(NAVY)



Note:   Sample arrangement only.  Size and legibility do not conform to minimum specification requirements.

Figure 13.   Mechanical Schematic Diagram.

0477

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■■ 9999906 2100065 14T ■■

MIL-M-15071G(NAVY)

TABLE ZZ.  TROUBLESHOOTING INDEX RADIO SETS
AN/SRC-XX AND AN/SRC-XX

| FUNCTIONAL AREA | TROUBLE SHOOTING PARAGRAPH | TROUBLE SHOOTING DIAGRAM | FUNCTIONAL DESCRIPTION PARAGRAPH | ALIGNMENT/ ADJUST PARAGRAPH |
|---|---|---|---|---|
| AC Power | 5-3 | 5-8 | 3-9a | 6-105, 6-106 |
| DC Power | 5-4 | 5-19 | 3-9b | 6-107 through 6-110, 6-127 |
| Keying | 5-5 | 5-24 | 3-13 | 6-22 |
| Receive RF | 5-8 | 5-1 | 3-4 | 6-112 through 6-115 |
| System Channel and Frequency Selection | 5-9 | 5-16 | 3-10, 3-12 | 6-121 |

**Figure 14.  Troubleshooting Index.**

TABLE ZZ.  RELAY INDEX

| REFERENCE DESIGNATION | FUNCTIONAL NAME | ENERGIZING VOLTAGE | TROUBLE-SHOOTING DIAGRAM (FIG. NO.) |
|---|---|---|---|
| 6A4K9 | HV Door Interlock | 115 Vac | 5-21 |
| 6A4K10 | Cabinet Interlock | 28 Vdc | 5-22 |
| 6A4K11 | Buzzer Relay | 28 Vdc | 5-22 |

TABLE ZZ.  INDICATOR LAMP INDEX

| REFERENCE DESIGNATION | FUNCTIONAL NAME | ENERGIZING VOLTAGE | TROUBLE-SHOOTING DIAGRAM (FIG. NO.) |
|---|---|---|---|
| 9A8DS15 | HV INTERLOCK CONFIDENCE-VSWR TRIP-OUT | 28 Vdc | 5-22 |
| 9A8DS16 | HV INTERLOCK CONFIDENCE-HVPS | 28 Vdc | 5-22 |

TABLE ZZ.  CIRCUIT BREAKER AND FUSE INDEX

| REFERENCE DESIGNATION | FRONT PANEL MARKING | RATING VOLTS | RATING AMPS | CIRCUIT PROTECTED | TROUBLE-SHOOTING DIAGRAM (FIG. NO.) |
|---|---|---|---|---|---|
| 9A8F1 | KLYSTRON FILAMENT FUSE ALARM 5 AMP | 250 | 5 | Klystron filament control circuit and filament transformer 9A1T106. | 5-32 |
| 14A2F1 | CONTROL | 125 | 3 | Voltage sensor bridge power supply consisting diodes 13A2CR1 through CR4. | 5-2 |

**Figure 15.  Relay, Lamp and Protective Device Indexes.**

0478
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100066 086 ■

MIL-M-15071G(NAVY)

MIL-M-15071G(NAVY)

TABLE ZZ.  MAINTENANCE TURN-ON PROCEDURE

| STEP | OBSERVE | REFERENCE |
|------|---------|-----------|
| 1. Preliminary Procedure. | | |
| a. Position the following switches on rear deck assembly 1A210A1 as indicated. | | |
| <u>Switch</u>    <u>Position</u><br><br>POWER    OFF<br>BATTLE SHORT    OFF<br>STOW    BRAKES APPLY | | |
| b. Position POWER switch on console, 1A220A20 (see figure 5-2) to OFF. | | |
| c. Check to ensure that all chassis or subassemblies in the four compartments of electronic rack assembly, 1A70 are in the retracted position and all covers are secured. | Covers Secured | |
| d. Remove all obstructions from the rotational paths of the director main antenna assembly. | Director Clear | |
| 2. Power Off. | | |
| a. At power control panel perform the following. | | |
| (1) Check convenience lamp indicators. | Lighted | Schematic, figure 5-233 |
| e. At track meter panel, 1A340-02, check COOLANT FAILURES lamp. | Extinguished (Depress RESET button if lamp is lighted) | Relay diagram, figure 5-77, SH 4(4B) |

Figure 16.  Maintenance Turn-on Procedure.

57/58

0479

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433682
Not for Resale 2004/8/4 20:40:12 GMT

■ 9999906 2100067 T12 ■

## TEST DATA

### GENERAL NOTES

A. Test Equipment Required
   Signal Generator AN/USM-44 or equivalent
   RF Millivoltmeter CGVO-31-DA or equivalent
   20-db, 50ohm attenuator (part of Power Measuring Set AN/USM-177B)
   6-db, 50-ohm attenuator Microlab Type AA-06N or equivalent
   Multimeter AN/PSM-4B or equivalent
   Oscilloscope AN/USM-1400 or equivalent

B. If necessary, refer to paragraph 5-6.7 for troubleshooting sequence
   and figure 5-15 for physical location of test points.

### SPECIFIC NOTES

1. Make the following preliminary control settings:

| UNIT | CONTROL | POSITION |
|---|---|---|
| Switch Box SAXXX/SP | STOW-OPERATE switch 17S1 | OPERATE |
| Radio Frequency Transmission Line Line Switch SA-XXX/U | DUMMY-NORMAL 1A1S3 | Dummy load position |
| Electron Tube Liquid Cooler RD-XXX/SP | POWER switch 10S1 | ON |

2. Monitor scope set-up:

   POWER switch - ON
   OPERATION switch - REMOTE
   TRIGGER SELECT switch - EXT
   DELAY MULTIPLIER switch - OFF
   VERTICAL GAIN control - CAL position

3. Test Steps:
   (For steps out of tolerance, refer to paragraph 5-6.7.)

   **TS1** Refer to note 1 before performing test, except ignore
   pulse generator cabinet settings. Open outer door of
   receiver. Then open inner door while holding MOMEN-
   TARY INTERLOCK BYPASS switch 4S2 closed: engage
   PULLOUT TO BYPASS INTLK switch 4S1 before releasing
   switch 4S2. Connect tee-adapter between 4A3P1 and
   4A3CP1. Connect probe of rf millivoltmeter to open
   end of tee-adapter. At control monitor, successively
   select each of the 20 channels using CHANNEL SELECTOR
   switch 6A3S2. Input measured on rf millivoltmeter
   should be at least 0.7 volt rms for each channel.

   **TS2** Same as TS1, except connect tee-adapter between
   9A1P5 and 4A1J5.

   **TS3** Refer to note 1 before performing test, except ignore
   pulse generator cabinet settings. Set up control-
   monitor cabinet monitor scope per note 2. Place
   CONTROL POSITION switch 6A3S6 in LOCAL position.
   Place MONITOR DISPLAY SELECTOR switch 6A1S1 in Dx
   BIAS PULSE position.

   **TS4** Refer to note 1 before proceeding. Connect sync
   input of Oscilloscope AN/USM-140D to a tee-ad
   adapter connected between 20A1A1P1 and 20A1A1J1
   (A trigger). Connect oscilloscope probe to test
   point via tee-adapter.



Note: Sample arrangement only. Size and legibility do not conform to
minimum specification requirements. Supplementary data appears
on an apron.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20 40 12 GMT

■ 9999906 2100068 959 ■

MIL-M-15071G(NAVY)






Figure 17.   Functional Signal Flow Diagram.

59/60

0481

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale 2004/6/4 20 40:12 GMT

■ ٩٩٩٩٩٠٦ ٢١٠٠٠٦٩ ٨٩٥ ■   MIL-M-15071G(NAVY)



Note:   Sample arrangement only. Size and legibility do not conform to minimum specification requirements. Supplementary data appears on an apron.

Figure 18.  Piping Diagram.

Provided by IHS
No reproduction or networking permitted without license from IHS

0482

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT



MIL-M-15071G(NAVY)



Note:   Sample arrangement only.   Size and legibility do not conform to
minimum specification requirements.   Supplementary data appears
on an apron.

Figure 19.   Control Diagram.

62

Provided by IHS    0483
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20 40.12 GMT

■ ■ 9999906 2100071 443 ■ ■

NOTE:
A. ALL RELAYS AND SWITCHES ARE SHOWN IN
     OPERATING POSITION.

PART LOCATION INDEX

| Ref Des | Zone | Ref Des | Zone | Ref Des | Zone | Ref Des | Zone |
|---------|------|---------|------|---------|------|---------|------|
| DS1 | 7B | 7DS3 | 2C | 9K2-L2F | 6C | 9TB1-A6D | 6B |
| DS2 | 7B | 7DS4 | 3C | 9K2-L2R | 6C | 9TB2-A7B | 5B |
| DS3 | 7B | 7DS5 | 3C | 9K2-L3F | 6C | 9TB2-A8C | 5B |
| 1FL5 | 4A | 7F1 | 2C | 9K2-L3R | 6C | 9TB2-A8D | 6B |
| 1FL6 | 4A | 7F2 | 3C | 9K3-1F | 3B | 9TB2-A8E | 5B |
| | | | | | | | |
| 1T1 | 4A | 7F3 | 3C | 9K3-3R | 3B | 9XF1 | 2B |
| 1TB2-A4H | 4A | 7T12 | 2C | 9K3-2F | 3B | 9XF2 | 2B |
| 3B1 | 3C | 7TB10-15 | 2C | 9K3-2R | 3B | 9XF3 | 2B |
| 3FL42 | 4D | 7TB10-16 | 2C | 9K3-3F | 4B | 9XF4 | 6D |
| 3FL43 | 4C | 7TB10-17 | 2C | 9K3-3R | 4B | 9XF5 | 6D |
| | | | | | | | |
| 3FL44 | 4C | 7TB10-18 | 2C | 9K3-4F | 4B | 9XF6 | 6D |
| 3TB3-A4C | 4C | 9CB1 | 7C | 9K3-4R | 4B | 9XF10 | 4B |
| 3TB3-A5C | 4D | 9F1 | 2B | 9K4B-1B | 2C | 9XF11 | 3A |
| 3TB3-A6C | 4C | 9F2 | 2B | 9K4B-1T | 2C | 9A2T1 | 4A |
| 3TB4-1 | 4D | 9F3 | 2B | 9K4C-2B | 3C | 9A2T2 | 3A |
| | | | | | | | |
| 3TB4-2 | 4C | 9F4 | 7C | 9K4C-2T | 3C | 9A2TB3-4 | 4A |
| 3TB4-3 | 4C | 9F5 | 6C | 9K4D-3B | 3C | 9A2TB3-4-1 | 4A |
| 6T1 | 2A | 9F6 | 6C | 9K4D-3T | 3C | 9A2TB4-3 | 3A |
| 6T2 | 2A | 9F7 | 7B | 9M1 | 3A | 9A2TB4-4 | 3A |
| 6T3 | 2A | 9F8 | 7B | 9S1A | 3B | 10B1 | 5D |
| | | | | | | | |
| 6TB3-A7S | 5B | 9F9 | 6B | 9S1B | 3B | 10S1 | 6D |
| 6TB15-A3A | 2A | 9F10 | 4B | 9S2A | 7D | 10T1 | 5D |
| 6TB15-A5A | 2A | 9F11 | 3A | 9S3A | 6D | 10TB1-2 | 5D |
| 6TB15-A6A | 2A | 9F12 | 5D | 9T3 | 6B | 10TB1-A7A | 4D |
| 6A5DS1 | 5B | 9F13 | 6C | 9T4 | 4B | 10TB1-A8A | 4D |
| | | | | | | | |
| 6A5DS9 | 6B | 9F14 | 9C | 9T5 | 4B | 10TB2-2 | 5D |
| 6A5DS19 | 4D | 9FL1 | 7C | 9TB1-A4B | 7D | 10TB2-3 | 5D |
| 6A5DS22 | 5B | 9K1A-1F | 2B | 9TB1-A4C | 6D | 10A2F1 | 4D |
| 6A5DS62 | 1C | 9K1A-1R | 2B | 9TB1-A4D | 7B | 10A2T1 | 4D |
| 6A5R1 | 5B | 9K1B-2F | 2B | 9TB1-A5B | 6D | 10A2TB1-2 | 4D |
| | | | | | | | |
| 6A5R9 | 5B | 9K1B-2R | 2B | 9TB1-A5C | 5C | 10A2TB3-2 | 4D |
| 6A5R19 | 4D | 9K1C-3F | 2B | 9TB1-A5D | 7B | 14HR1 | 7A |
| 6A5R22 | 5B | 9K1C-3R | 2B | 9TB1-A5H | 3A | 14HR2 | 6A |
| 6A5R52 | 7C | 9K2-L1F | 7C | 9TB1-A6B | 6D | 14HR3 | 6A |
| 7B2 | 3D | 9K2-L1R | 7C | 9TB1-A6C | 5C | 14HR4 | 5A |



Note:   Sample arrangement only.  Size and legibility do not conform to
minimum specification requirements.  Supplementary data appears
on an apron.

Provided by IHS —
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433682
Not for Resale, 2004/6/4 20:40:12 GMT

■ 9999906 2100072 38T ■

MIL-M-15071G(NAVY)



Figure 20.  Power Distribution Diagram.

63/64

0485

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20 40:12 GMT



■ 9999906 2100073 216 ■

■
●

### GENERAL NOTES

UNLESS OTHERWISE SPECIFIED:
A.  ALL RESISTANCE VALUES ARE IN OHMS, 1/4W, ±5%.
B.  ALL CAPACITANCE VALUES ARE IN MICROFARADS.
C.  ALL DIODES ARE 1N936.
D.  ALL TRANSISTORS ARE 2N718.
E.  ◄── FEEDBACK

### PART LOCATION INDEX

| REF DES | ZONE | REF DES | ZONE | REF DES | ZONE | REF DES | ZONE |
|---|---|---|---|---|---|---|---|
| C1 | 6C | CR12 | 2C | R2 | 6C | R32 | 2B |
| C2 | 6C | CR13 | 2B | R3 | 6C | R33 | 2B |
| C3 | 6C | CR14 | 1C | R4 | 6C | R34 | 2B |
| C4 | 5C | CR15 | 1C | R5 | 6C | R35 | 3B |
| C5 | 5C | CR16 | 1C | R6 | 6C | R36 | 3B |
| C6 | 5C | CR17 | 2C | R7 | 6C | R37 | 6C |
| C7 | 4C | CR18 | 2C | R8 | 6C | R38 | 5B |
| C8 | 6A | | | R9 | 5C | R39 | 5B |
| C9 | 4C | DL1 | 2C | R10 | 5C | R40 | 5B |
| C10 | 4C | | | R11 | 5C | R41 | 5B |
| C11 | 3C | J102 | 6C | R12 | 5C | R42 | 5B |
| C12 | 3C | | | R13 | 5C | R43 | 4B |
| C13 | 3C | Q1 | 6C | R14 | 3B | R44 | 4B |
| C14 | 6A | Q2 | 5C | R15 | 4C | R45 | 2C |
| C15 | 2B | Q3 | 5C | R16 | 4C | R46 | 1C |
| C16 | 2B | Q4 | 4C | R17 | 6A | R47 | 6B |
| C17 | 3B | Q5 | 4C | R18 | 4C | R48 | 8B |
| C18 | 5B | Q6 | 3C | R19 | 4C | R49 | 5B |
| C19 | 5B | Q7 | 2B | R20 | 4C | R50 | 5B |
| | | Q8 | 2B | R21 | 4C | R51 | 6A |
| CR1 | 5C | Q9 | 3B | R22 | 4C | | |
| CR2 | 5C | Q10 | 6B | R23 | 4C | T1 | 6C |
| CR3 | 4C | Q11 | 5B | R24 | 3C | T2 | 5C |
| CR4 | 3C | Q12 | 5B | R25 | 3C | T3 | 5C |
| CR5 | 3C | Q13 | 4B | R26 | 3C | T4 | 3C |
| CR6 | 3C | Q14 | 2C | R28 | 3C | T5 | 2C |
| CR7 | 3C | Q15 | 1C | R29 | 2B | T6 | 1C |
| CR8 | 3C | | | R30 | 2B | | |
| CR9 | 2B | | | R31 | 2B | 1AP1 | 1C |
| CR11 | 4B | R1 | 6C | | | | |

### CAUTION

Use ohmmeter on highest usable scale to avoid
damage to transistors.

### VOLTAGE CHART

| | E | B | C | | E | B | C |
|---|---|---|---|---|---|---|---|
| Q$_1$ | +2V | +1V | +10V | Q$_{11}$ | +.5V | +.1V | +20V |
| Q$_2$ | +3V | +2.8V | +17V | Q$_{12}$ | +.6V | +.8V | +17V |

SPECIFIC NOTES:

1.  All voltage readings taken with equipment in
STANDBY.



**Note:**   Sample arrangement only.  Size and legibility do not conform to
minimum specification requirements.  Supplementary data appears
on an apron.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100074 152 ■

MIL–M–15071G(NAVY)



Figure 21.  Maintenance Schematic Diagram.

Provided by IHS    0487
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20 40 12 GMT

■ 9999906 2100075 099 ■

MIL–M–15071G(NAVY)



Note: Sample arrangement only. Size and legibility do not conform to minimum specification requirements.

Figure 22. Functional Logic Diagram.

0488

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100076 725 ■

MIL–M–15071G(NAVY)



Note: Sample arrangement only. Size and legibility do not conform to minimum specification requirements. Supplementary data normally appears on an apron.

Figure 23. Control Cycle Diagram.

68

Provided by IHS   0489
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20.40.12 GMT

■ .9999906 2100077 961 ■

MIL-M-15071G(NAVY)



**Figure 24.  Timing Circuits Diagram.**

| | | | | | XYZ ROUTINE — PROGRAM LISTING | | | |
|---|---|---|---|---|---|---|---|---|
| LOC | MEMORY CONTENTS | LABEL | ORD | ADR | MOD | CONSTANT | SCL | NOTES |
| 01443 | 000330700 | | FRS | 30700 | | | | |
| 01447 | 015101457 | | TMI | 01457 | | | | |
| 01453 | 034706277 | | TRA | 06277 | | | | |
| 01457 | 000077632 | | GET | 37632 | | | | |
| 01463 | 034706403 | | ORG | 06403 | | | | |
| | | | ORG | 06103 | | | | |
| 06103 | 001037632 | A1 | STO | TEMPR | 1 | | | SAVE INSERTED NUMBER |
| 06107 | 035106123 | | TM1 | A3 | | | | /−/ NEGATIVE INSERT |
| 06113 | 014077763 | A2 | GET | ONE | | | | KEY FOR FIX RESET |
| 06117 | 035035357 | | STO | KTYPF | | | | TYPE OF RESET KEY |
| 06123 | 000077760 | A3 | GET | ZERO | | | | |
| 06127 | 035037633 | | STO | TEMPR | 2 | | | CLEAR RESET /NRS/ KEY |
| 06122 | 000077632 | | GET | TEMPR | 1 | | | |
| 06137 | 004706147 | | TRA | SUB 1 | | | | GO TO RESET NUMBER SUBROUTINE |
| 06143 | 000706327 | | TRA | A14 | | | | |
| 06137 | 055437634 | SUB 1 | STV* | TEMPR | 3 | | | ENTRANCE − RESET NUMBER SUBRTN |
| 06153 | 034313700 | A4 | PRS | 1 | | | | |
| 06157 | 035106243 | | IMI | RE13 | | | | CHECK LAST BCD BIT FOR SIGN |
| 06163 | 034313700 | A5 | PRS | 1 | | | | |
| 06167 | 035106213 | | TMI | **5 | | | | CHECK 2ND BCD BIT FOR SIGN |
| 06173 | 034333600 | A6 | FRS | 2 | | | | CHECK 3RD AND 4TH BITS |
| 06177 | 002206177 | | TMI | OUT | | | | |
| 06203 | 034077633 | A7 | GET | TEMPR | 2 | | | TEMPORARY RESET KEY |
| 06207 | 005737634 | | TRA | TEMPR | 3 | | | EXIT − RESET NUMBER SUBROUTINE |
| 06213 | 005077766 | A8 | EXT | MAXNO | | | | CHECK 3RD AND 4TH BITS |
| 06217 | 034333600 | FRS | FRS | 2 | | | | |
| 06223 | 002206277 | | TMI | OUT | | | | |
| 06227 | 044041030 | A0 | GET | | | 020000000 | | KEY TO RESET 2 |
| 06233 | 005477633 | A10 | ADD | TEMPR | 2 | | | |
| 06237 | 005737344 | | TRA | TEMPR | 3 | | | EXIT − RESET NUMBER ROUTINE |
| 06243 | 034313700 | RE13 | PRS | | | | | |
| 06247 | 035106303 | | TMI | RE3 | | | | CHECK 2ND BIT FOR SIGN |
| 06253 | 034077766 | A11 | EXT | MAXNO | | | | |
| 06257 | 034333600 | | FRS | 2 | | | | CHECK 3RD AND 4TH BITS |
| 06263 | 001106277 | | TMI | OUT | | | | |
| 06267 | 034077762 | A12 | GET | HALF | | | | KEY TO RESET 1 |

**Figure 25.  Coding Instruction Sheet.**

Provided by IHS
No reproduction or networking permitted without license from IHS

0490

Sold to/PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20.40:12 GMT

■ 9999906 2100078 8T8 ■

MIL-M-15071G(NAVY)



**Figure 26.   Troubleshooting Functional Dependency Diagram.**



**Figure 27.   Fault Logic Diagram.**

70

Provided by IHS   0491
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■■ 9999906 2100079 734 ■■

MIL-M-15071G(NAVY)



Note: Sample arrangement only. Size and legibility do not conform to minimum specification requirements.

Figure 28. Troubleshooting-Maintenance Dependency Matrix Chart.

Provided by IHS  0492
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100080 456 ■■

MIL-M-15071G(NAVY)

| FIGURE AND INDEX NUMBER | PART NUMBER | DESCRIPTION | NOTES |
|---|---|---|---|
| 6-19 | | J75 ENGINE SPECIAL SUPPORT EQUIPMENT | |
| -1 | MMU4E | . STAND ASSY, ENGINE WORK . . . . . . | MODEL B ONLY |
| -2 | 8-96165 | . ADAPTER KIT, ENGINE REMOVAL STAND . . . . . . . . . . . . . FOR BREAKDOWN SEE FIG. 7-18 | |
| -3 | 8-96938-1 | . ADAPTER KIT, ENGINE AND SHROUD REMOVAL DORMER CO. SPEC. 6690068 . . . . . . . . . . . . . FOR BREAKDOWN SEE FIG. 7-19 | |
| -4 | 8-96938-2 | . ADAPTER KIT, SUPPORT, SHROUD REMOVAL . . . . . . . . . . . . FOR BREAKDOWN SEE FIG. 6-47 | |
| -5 | 8-96938-5 | . ADAPTER KIT, FITTING, TRANSPORTA-TION AND GROUND TEST RUN-UP . . FOR BREAKDOWN SEE FIG. 7-15 | |
| -6 | SE1012-603 | . STAND ASSY, ENGINE HANDLING . . . . FOR BREAKDOWN SEE T.O. 35D3-3-38-4 | D |

Figure 29.  Parts List Table (Type I Manual).

TABLE ZZ.  RADAR SET AN/SPS-XX, PARTS LIST

Amplifier-Oscillator Group OA-2815/SPS-XX (Unit 2)

| Reference Designation | Notes | Name and Description | Figure Number (Item) |
|---|---|---|---|
| 2 | | AMPLIFIER-OSCILLATOR GROUP OA-2815/SPS-XX: Provides drive power for AN/SPS-XX final stage, made in three cabinets which can be separated; mfr 89661, part no. 478D-800G02. | 1-1 |
| 2AT1 | 1 | ATTENUATOR, FIXED: 50 ohms, 1 watt, bnc type connector; mfr 91578, type RT3-M-51. (Attaching Parts)  B (1), T (4) | 6-119(17) |
| 2B1 | | FAN, CENTRIFUGAL: Cw rotation, 3 o'clock blast, aluminum case, 6-13/32 in. long, 6-7/16 in. w; mfr 82877, type DRFPKS406, 89661, dwg 331C158H03. (Attaching Parts) L(8), T(8), X(8) | 6-119(42) |
| 2C1 thru 2C8 | | CAPACITOR, FIXED, PAPER DIELECTRIC: 0.01 µF ± 10%, 600 Vdc working; mfr 56289, part no. 102P15, 89661, dwg 54B7098H07. | 6-119 |

Figure 30.  Parts List Table (Type II Manual).

72

Provided by IHS  0493
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100081 392 ■

MIL-M-15071G(NAVY)



Figure 31. Exploded View.

| Index No. | Zone | Part Number | Qty | *Reference Designation |
|---|---|---|---|---|
| 1 | 3B | Commutator Cover | 8 | MP5 |
| 2 | 3C | Socket-Head Capscrew | 8 | MP18 |
| 3 | 2D | Wiper | 1 | MP1T |
| 4 | — | Not Used | — | |
| 5 | 1A | Commutator Shaft | 1 | MP13 |
| 6 | 3C | Hex Nut | 2 | MP8 |
| 7 | 3C | Washer | 2 | MP19 |
| 8 | 1A | Key | 1 | MP14 |
| 9 | 3C | Socket-Head Capscrew | 4 | MP20 |
| 10** | 1C | Brush | 2 | MP9 |
| 11** | 1C | Brush | 7 | MP11 |
| 12** | 2D | Brush | 6 | MP10 |
| 13 | 2D | Wiper Spacer | 1 | MP16 |
| 14 | 1A | Bearing Cap | 1 | MP12 |
| 15 | 2D | Commutator Hub | 1 | M72 |
| 16 | 2A | Ball Bearing | 1 | MP4 |
| 17, 18 | 2A | Bearing Spacer Assembly | 1 | MP15 |
| 19 | 2A | Ball Bearing | 1 | MP4 |
| 20 | 2D | Ball Bearing Insulator | 1 | MP21 |
| 21 | 2D | Printed Circuit | 1 | MP22 |
| 22 | 2D | Rear Cover | 1 | MP23 |
| 23 | 1D | Flat-Head Screw | 2 | MP24 |

* Reference Designation Prefix is 12A1?A1A1 unless otherwise stated.

** Items to be segregated when removed for replacement at reassembly. Refer to Parts List for procurement information.

**Note:** Sample arrangement only. Size and legibility do not conform to minimum specification requirements. Supplementary data normally appears on an apron.

73

■ 9999906 2100082 229 ■

MIL-M-15071G(NAVY)



PARTS LOCATION INDEX

ASSEMBLY 1A3A1

| REFERENCE DESIGNATION | LOCATION | REFERENCE DESIGNATION | LOCATION |
|---|---|---|---|
| C1 | 4-B | P1 | 8-E |
| C2 | 5-B | | |
| C3 | 5-B | Q1 | 6-E |
| C4 | 4-C | Q2 | 7-F |
| C5 | 6-E | | |
| C6 | 6-E | R1 | 7-B |
| C7 | 6-D | R2 | 6-C |
| C8 | 6-F | R3 | 5-C |
| C9 | 7-F | R4 | 5-C |
| C10 | 9-F | R5 | 6-C |
| C11 | 8-F | R6 | 6-E |
| C12 | 7-C | R7 | 5-E |
| C13 | 7-D | R8 | 5-D |
| C14 | 7-D | R9 | 3-D |
| C15 | 5-E | R10 | 7-E |
| | | R11 | 6-E |
| CR1 | 5-D | R12 | 7-E |
| CR2 | 5-D | R13 | 7-D |
| CR3 | 8-E | R14 | 7-D |
| CR4 | 6-C | R15 | 6-D |
| CR5 | 7-D | R16 | 6-D |
| | | | |
| DS1 | 3-F | T1 | 4-B |
| | | | |
| IC1 | 3-C | XF1 | 4-E |
| IC2 | 8-D | XF2 | 4-D |
| | | XF3 | 4-F |
| J1 | 3-B | | |
| | | ――――― COMPONENT SIDE |
| L1 | 6-F | - - - - - - BACK SIDE |

Note: Sample arrangement only. Size and legibility do not conform to minimum specification requirements. Supplementary data appears on an apron.

Figure 32.   Engineering Drawing.

74

Provided by IHS
No reproduction or networking permitted without license from IHS

0495

Sold to PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/4 20:40:12 GMT

■ ९९९९९०६ २१००० ८३ १६५ ■

MIL–M–15071G(NAVY)



Figure 33.   Photograph.

RADIO RECEIVER R-XXX/URR
NAVSHIPS

INSTALLATION STANDARDS SUMMARY

Input Voltage_____Vac          Date_____
Input Frequency_____Hz           Serial Number_____
(When reference standard tests                of Model_____
are made)                                  Installed in (ship or station)_____

                                           Length of transmission line
                                           _____

    Record on this summary sheet the test indications which have been obtained during the
installation verification test.

| Paragraph No. | Ref. Std. | Paragraph No. | Ref. Std. |
|---|---|---|---|
| 8-10 | a._____Check | 8-46 | a._____μV |
|  |  |  | b._____μV |
| 8-21 | a._____Vdc |  | c._____Check |
|  | b._____Vdc |  | d._____μV |
|  | c._____Vdc |  | e._____μV |
|  | d._____Vdc |  | f._____μV |
|  |  | 8-51 | a._____Sec |
| 8-33 | a._____Check |  | b._____Check |
|  | b._____Check |  | c._____Check |
|  | c._____Check |  | d._____Hz |
|  | d._____Check |  | e._____Hz |
|  |  |  | f._____Check |
|  |  |  | g._____Check |

NOTE:  This sheet may be reproduced locally to size of manual page.

Figure 34.   Installation Standards Summary Sheet.

Provided by IHS   0496
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433682
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100084 0T1 ■

MIL-M-15071G(NAVY)



Figure 35.  Interrelation of System Equipments.

Note:  Sample arrangement only.  Size and legibility do not conform to minimum specification requirements.

76

Provided by IHS
No reproduction or networking permitted without license from IHS

0497

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

MIL–M–15071G(NAVY)



Note: Sample arrangement only. Size and legibility do not conform to minimum specification requirements. Supplementary data normally appears on an apron.

Figure 36. System Compartments.

77

0498

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■. 9999906 2100086 974 ■

MIL-M-15071G(NAVY)



RAM TENSIONER

FAST CONTROL STATION
PILOT HOUSE

HIGHLINE WINCH
CONTROL LEVER

HIGHLINE

RAM COMPRESSION
CHOCK

TRANSFER HEAD

Figure 37.  Compartment Area.

78

0499

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100087 800 ■

MIL-M-15071G(NAVY)



Figure 38.   Conditions of Readiness, General Quarters Conditions.

0500
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100088 747 ■

MIL-M-15071G(NAVY)



PASSING RIG AND CONNECTING
OUTHAUL BLOCK



Figure 39.   Operational Sequence.

80

■ 9999906 2100089 683 ■

MIL–M–15071G(NAVY)



Figure 40.  System Illustration Showing Interfaces.



Figure 41.  System Functional Block Diagram.

81

Provided by IHS  0502
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■■ 9999906 2100090 3T5 ■■

MIL-M-15071G(NAVY)



Note:   Sample arrangement only.  Size and legibility do not conform to
        minimum specification requirements.

Figure 42.   First Level Functional Description Electronic System.

82

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

0503

■■ 9999906 2100091 231 ■■

MIL-M-15071G(NAVY)



Figure 43. Electrical/Mechanical First Level Functional Description Diagram.



Figure 44. Second Level Functional Description Diagram for
Electrical/Mechanical System.

83

■ 9999906 2100092 178 ■

MIL–M–15071G(NAVY)

MIL–M–15071G(NAVY)

TABLE ZZ.   OPERATION–BASED SYMPTOM FAULT DIRECTORY

| Operating Procedure Step | Functional Description | FIP | Alignment Procedure | Fault Isolation Diagrams | Equipment Document |
|---|---|---|---|---|---|
| Normal Operating Mode – Paragraph 4– 5 | | | | | |
| List the step numbers associated with the fault indications | Noun or Symbolic name of function being monitored | Fault isolation procedure contained in chapter 7 | Applicable alignment procedure and paragraph number required to restore normal operation | List associated fault isolation diagram | Reference to applicable equipment technical manual number and other TM reference if available |
| (Example) 4–3. R dial | dCR | Figure 7–1 Para 7–68 | Para – 8–4 | Figure 7–38 Sheet 2 | NAVSHIPS 0000 Chapter 4 |
| Next Operating Mode – Paragraph 4– 6 | | | | | |
| (CONTINUE INFORMATION AS ABOVE) | | | | | |

Figure 45.   Operation–Based Symptom Fault Directory.

Table ZZ.   List of Effective Pages (showing changes)

| PAGE NUMBERS | CHANGE IN EFFECT | PAGE NUMBERS | CHANGE IN EFFECT |
|---|---|---|---|
| Title Page | 2 | 3–6B | 1 |
| A | 2 | 3–7 & 3–8 | Orig |
| B & C | Orig | 4–1 thru 4–4 | Orig |
| i | 2 | 4–4A | 2 |
| ii thru vii | Orig | 5–1 thru 5–18 | Orig |
| 1–0 thru 1–5 | Orig | 5–18A | 1 |
| 2–0 thru 2–17 | Orig | 6–0 thru 6–20 | Orig |
| 3–0 thru 3–6 | Orig | 7–1 thru 7–4 | 1 |
| 3–6A | 2 | i–1 thru i–3 | 2 |

Figure 46.   List of Effective Pages.

84

Provided by IHS
No reproduction or networking permitted without license from IHS

0505

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100093 004 ■

MIL-M-15071G(NAVY)

---

UNCLASSIFIED

Interim Change T-1                    NAVSHIPS 0967-173-6011

INSTRUCTION SHEET

Interim Change T-1 to Technical Manual for Teletypewriter
Set AN/UGC-16 NAVSHIPS 0967-173-6011 (formerly NAVSHIPS 94104)

General Instructions:

This interim change revises the manual to reflect the
equipment changes made by Field Change 5-AN/UGC-16.
When this change is included in the manual, the manual
shall cover the equipment as though Field Change 5,
NAVSHIPS 0967-173-6050, has been accomplished on the
equipment.  This change does not supersede any other
changes or corrections.

Maintenance support activities shall make this change
in the technical manual immediately but shall keep the
superseded data intact for support of equipments that
have not been modified.

Holders of equipment accompanied by technical manuals
shall not make this change in the manual until ac-
complishment of the field change referenced above.

Insert this interim change in the manual immediately
after the front cover preceding the title page, prior
changes, or interim corrections in effect.

Specific Instructions:

1. Remove the following pages and insert the corrected
   T-1 pages:

   REMOVE                    INSERT

   8-16                      8-16 T-1
   8-18                      8-18 T-1

2. Add the following page:

   Insert 6-2A between pages 6-2 and 6-3.

DATED:  1 July 1969

UNCLASSIFIED

---

Figure 47.  Sample of an Instruction Sheet to be
Used with Interim (Temporary) and
Permanent Changes.

85

Provided by IHS
No reproduction or networking permitted without license from IHS

0506

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20.40.12 GMT

■ 9999906 2100094 T40 ■

MIL-M-15071G(NAVY)

---

CONTRACTOR'S CHECK LIST FOR MANUSCRIPTS OF TECHNICAL MANUALS
TYPE II, TYPE IIS, AND TYPE IIX MANUALS

EQUIPMENT _____      SUBMITTAL DATE _____

NOMENCLATURE _____      SECURITY CLASSIFICATION _____

CONTRACT NO _____      NAVSHIPS NO _____

CONTRACTOR _____      TYPE MANUAL _____

PRELIMINARY ☐               BASIC ☐

PERMANENT CHANGE ☐          COMPLETE REVISION ☐
TEMPORARY CHANGE ☐          UPDATED REVISION ☐

PUBLICATION SPECIFICATIONS _____

| | YES ( ) | NO ( ) | NOT APPL ( ) |
|---|---|---|---|
| 1. The manuscript consists of the following subdivisions in the order indicated: | | | |
| Cover | ( ) | ( ) | ( ) |
| Front Matter | ( ) | ( ) | ( ) |
| Chapter 1    General Information | ( ) | ( ) | ( ) |
| Chapter 2    Operation | ( ) | ( ) | ( ) |
| Chapter 3    Functional Description | ( ) | ( ) | ( ) |
| Chapter 4    Scheduled Maintenance | ( ) | ( ) | ( ) |
| Chapter 5    Troubleshooting | ( ) | ( ) | ( ) |
| Chapter 6    Corrective Maintenance | ( ) | ( ) | ( ) |
| Chapter 7    Parts List | ( ) | ( ) | ( ) |
| Chapter 8    Installation | ( ) | ( ) | ( ) |
| Index | ( ) | ( ) | ( ) |
| Appendixes, as applicable | ( ) | ( ) | ( ) |
| User activity comment sheets | ( ) | ( ) | ( ) |
| 2. Front Matter | | | |
| Content and format conform | ( ) | ( ) | ( ) |
| Cover and Title Page | ( ) | ( ) | ( ) |
| List of Effective Pages | ( ) | ( ) | ( ) |

1 (of 5 pages)

---

Figure 48.  Certification Check-Off List (Types II, IIS, and IIX Manuals)
(Sheet 1 of 5).

Provided by IHS   0507
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/4 20:40 12 GMT

■ 9999906 2100095 987 ■

MIL-M-15071G(NAVY)

## TYPE II, TYPE IIS, AND TYPE IIX (Cont)

| | YES | NO | NOT APPL |
|---|---|---|---|
| Change Record | ( ) | ( ) | ( ) |
| Content and Assurance Pages | ( ) | ( ) | ( ) |
| Table of Contents | ( ) | ( ) | ( ) |
| List of Illustrations | ( ) | ( ) | ( ) |
| List of Tables | ( ) | ( ) | ( ) |

3. **Chapter 1 - General Information**

| | YES | NO | NOT APPL |
|---|---|---|---|
| Purpose and scope of manual | ( ) | ( ) | ( ) |
| Meanings of abbreviations and symbols | ( ) | ( ) | ( ) |
| Warranty/guarantee information | ( ) | ( ) | ( ) |
| Supersedure data | ( ) | ( ) | ( ) |
| Interface relationships of technical manual to other publications | ( ) | ( ) | ( ) |
| Interface relationships of equipments to other equipments | ( ) | ( ) | ( ) |
| Equipment description | ( ) | ( ) | ( ) |
| Table defining differences in equipment configuration | ( ) | ( ) | ( ) |
| Equipment illustration showing relationship of units | ( ) | ( ) | ( ) |
| Reference data | ( ) | ( ) | ( ) |
| Tables: | ( ) | ( ) | ( ) |
| Equipment | ( ) | ( ) | ( ) |
| Equipment and publications required but not supplied | ( ) | ( ) | ( ) |
| Field changes and factory changes | ( ) | ( ) | ( ) |
| Equipment similarities | ( ) | ( ) | ( ) |

4. **Chapter 2 - Operation**

| | YES | NO | NOT APPL |
|---|---|---|---|
| Introduction description of operator's relationship to equipment | ( ) | ( ) | ( ) |
| Description of controls, indicators, protective devices, and jacks | ( ) | ( ) | ( ) |
| Operating procedures: | ( ) | ( ) | ( ) |
| Operator's turn-on | ( ) | ( ) | ( ) |
| Modes of operation | ( ) | ( ) | ( ) |
| Operation under interfering conditions | ( ) | ( ) | ( ) |

2 (of 5 pages)

Figure 48.  Certification Check-Off List (Types II, IIS, and IIX Manuals) (Sheet 2 of 5).

Provided by IHS
No reproduction or networking permitted without license from IHS
0508

Sold to PAPER TRAILS HISTORICAL, 01433582
Not for Resale,2004/6/4 20 40 12 GMT

■ 9999906 2100096 813 ■

MIL-M-15071G(NAVY)

| TYPE II, TYPE IIS, AND TYPE IIX (Cont) | YES | NO | NOT APPL |
|---|---|---|---|
| Emergency operation and turn-off | ( ) | ( ) | ( ) |
| Safety requirements | ( ) | ( ) | ( ) |
| Operating checks and adjustments | ( ) | ( ) | ( ) |
| **5. Chapter 3 – Functional Description** | | | |
| Detailed analysis of details of operation | ( ) | ( ) | ( ) |
| Development of equipment outputs in each mode of operation | ( ) | ( ) | ( ) |
| Level 1 (over-all) description including over-all block diagram | ( ) | ( ) | ( ) |
| Level 2 (major functional level) including functional block diagram for each equipment output | ( ) | ( ) | ( ) |
| Level 3 (circuit level) including simplified schematic diagrams and detailed descriptions not covered in Handbook of Electronic Circuits | ( ) | ( ) | ( ) |
| **6. Chapter 4 – Scheduled Maintenance** | | | |
| Introduction | ( ) | ( ) | ( ) |
| Scheduled maintenance statement | ( ) | ( ) | ( ) |
| Scheduled maintenance action index | ( ) | ( ) | ( ) |
| Preventive maintenance procedures | ( ) | ( ) | ( ) |
| Performance tests | ( ) | ( ) | ( ) |
| **7. Chapter 5 – Troubleshooting** | | | |
| Introduction | ( ) | ( ) | ( ) |
| Relay, lamp, and protective device indexes | ( ) | ( ) | ( ) |
| Maintenance turn-on procedure | ( ) | ( ) | ( ) |
| Reference to troubleshooting procedures | ( ) | ( ) | ( ) |
| Troubleshooting procedures | ( ) | ( ) | ( ) |
| Signal flow diagrams | ( ) | ( ) | ( ) |
| Control diagrams | ( ) | ( ) | ( ) |
| Distribution diagrams | ( ) | ( ) | ( ) |
| Maintenance schematic diagrams: | | | |
| Zones | ( ) | ( ) | ( ) |
| Zoning | ( ) | ( ) | ( ) |

3 (of 5 pages)

Figure 48.  Certification Check-Off List (Types II, IIS, and IIX Manuals) (Sheet 3 of 5).

88

Provided by IHS   0509
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100097 75T ■

MIL-M-15071G(NAVY)

| TYPE II, TYPE IIS, AND TYPE IIX (Cont) | YES | NO | NOT APPL |
|---|---|---|---|
| Major and minor signal paths | ( ) | ( ) | ( ) |
| Significant voltages | ( ) | ( ) | ( ) |
| Functional names of controls | ( ) | ( ) | ( ) |
| Source and destination of all circuits identified | ( ) | ( ) | ( ) |
| Current and voltage values of power transformers | ( ) | ( ) | ( ) |
| Resistance and voltage charts on aprons | ( ) | ( ) | ( ) |
| Logic, timing circuit, and control cycle diagrams for digital devices | ( ) | ( ) | ( ) |
| Module logic diagrams, flow charts, coding instruction sheets, and test programs | ( ) | ( ) | ( ) |
| Troubleshooting dependency diagrams | ( ) | ( ) | ( ) |
| 8. Chapter 6 – Corrective Maintenance | | | |
| Introduction | ( ) | ( ) | ( ) |
| Adjustments and alignment section | ( ) | ( ) | ( ) |
| Repair section | ( ) | ( ) | ( ) |
| 9. Chapter 7 – Parts List | | | |
| Introduction | ( ) | ( ) | ( ) |
| List of major units | ( ) | ( ) | ( ) |
| Parts list: | ( ) | ( ) | ( ) |
| Parts, descriptions (Type II only) with reference to parts location diagrams | ( ) | ( ) | ( ) |
| Parts divided by units in alpha-numerical order | ( ) | ( ) | ( ) |
| List of attaching hardware | ( ) | ( ) | ( ) |
| List of manufacturers | ( ) | ( ) | ( ) |
| Parts location illustrations for all parts | ( ) | ( ) | ( ) |
| 10. Chapter 8 – Installation | | | |
| Mounting dimension diagrams | ( ) | ( ) | ( ) |
| Interconnecting wiring and cable | ( ) | ( ) | ( ) |
| Site selection data | ( ) | ( ) | ( ) |
| List of referenced publications | ( ) | ( ) | ( ) |
| Tools and material | ( ) | ( ) | ( ) |
| Unpacking and repacking | ( ) | ( ) | ( ) |

4 (of 5 pages)

Figure 48.  Certification Check-Off List (Types II, IIS, and IIX Manuals)
(Sheet 4 of 5).

89

Provided by IHS   0510
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/4 20:40:12 GMT

■ 9999906 2100098 696 ■

MIL–M–15071G(NAVY)

| TYPE II, TYPE IIS, AND TYPE IIX (Cont) | YES | NO | NOT APPL |
|---|---|---|---|
| Preparation of foundations | ( ) | ( ) | ( ) |
| Input requirements | ( ) | ( ) | ( ) |
| Installation procedures | ( ) | ( ) | ( ) |
| Installation checkout: | ( ) | ( ) | ( ) |
|    Phase 1, Installation inspection and pre-energizing procedures | ( ) | ( ) | ( ) |
|    Phase 2, Turn-on and preliminary tests | ( ) | ( ) | ( ) |
|    Phase 3, Installation verification test | ( ) | ( ) | ( ) |
| Test procedures | ( ) | ( ) | ( ) |
| Installation standard summary sheet | ( ) | ( ) | ( ) |

11. General Requirements

| | YES | NO | NOT APPL |
|---|---|---|---|
| Information accurately covers all variations of equipment identified by the same nomenclature | ( ) | ( ) | ( ) |
| Consistent use of terminology through book | ( ) | ( ) | ( ) |
| Sufficient notes, cautions, and warnings | ( ) | ( ) | ( ) |
| Security classification of sections conform | ( ) | ( ) | ( ) |

I certify that the manuscript conforms to the statements as checked above, and meets the requirements of the specification.

_____
Head of Publications Department

_____
Head of Technical Engineering Group

5 (of 5 pages)

Figure 48.  Certification Check–Off List (Types II, IIS, and IIX Manuals)
(Sheet 5 of 5).

90

0511
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433682
Not for Resale,2004/6/4 20:40:12 GMT

■■ 9999906 2100099 522 ■■

MIL-M-15071G(NAVY)

## INDEX

| | Paragraph | Page |
|---|---|---|
| Abbreviations . . . . . . . . . . . . . . . . . | 3.7.1 | 30 |
| Accessibility . . . . . . . . . . . . . . . . . | 3.5.6.5.1 | 10 |
| Accessibility and referencing . . . . . . . . . | 3.3.1 | 3 |
| Accessories . . . . . . . . . . . . . . . . . . | 3.5.3.5 | 5 |
| Active systems test . . . . . . . . . . . . . . | 3.6.10.6 | 29 |
| Adjustments . . . . . . . . . . . . . . . . . . | 3.5.8.2 | 16 |
| Alignment . . . . . . . . . . . . . . . . . . . | 3.5.8, 3.5.8.2, 3.6.1, 3.6.8.1, 3.6.9 | 16, 22, 27, 28 |
| Allowance parts list . . . . . . . . . . . . . | 3.5.10.9.1 | 20 |
| Alphabetical index . . . . . . . . . . . . . . | 3.4.5 | 4 |
| Analysis . . . . . . . . . . . . . . . . . . . | 3.5.5.2, 3.5.6.5.1 | 7, 10 |
| Appendixes . . . . . . . . . . . . . . . . . . | 3.4.4 | 4 |
| Applicability . . . . . . . . . . . . . . . . . | 3.5.1 | 4 |
| Applicability of manuals . . . . . . . . . . . | 3.9 | 32 |
| Applicable documents . . . . . . . . . . . . . | 2 | 1 |
| Approval . . . . . . . . . . . . . . . . . . . | 3.11 | 34 |
| Approval and procurement page . . . . . . . . . | 3.4.2.1.4 | 4 |
| Apron notes . . . . . . . . . . . . . . . . . . | 3.7.5.3 | 31 |
| Associated system equipment . . . . . . . . . . | 3.6.2.4 | 22 |
| Automatic downgrading . . . . . . . . . . . . . | 3.2.2 | 2 |
| Basic manual . . . . . . . . . . . . . . . . . | 3.4.1.1, 3.4.3.1, 3.11.3 | 3, 4, 35 |
| Basic safety concepts . . . . . . . . . . . . . | 3.6.3.1 | 23 |
| Battle short operation . . . . . . . . . . . . | 3.5.4.3 | 6 |
| Between diagrams . . . . . . . . . . . . . . . | 3.7.4.1 | 30 |
| Binding . . . . . . . . . . . . . . . . . . . . | 3.8.5, 3.8.6.5, 3.10.3, 3.13.8 | 32, 34, 37 |
| Block diagram . . . . . . . . . . . . . . . . . | 3.5.5.2.1 | 7 |
| Book plan . . . . . . . . . . . . . . . . . . . | 1.3, 3.13.1, 3.14 | 1, 36, 37 |
| Bulk shipment . . . . . . . . . . . . . . . . . | 5.1.3 | 40 |
| Cable run diagrams . . . . . . . . . . . . . . | 3.6.10.3 | 28 |
| Cabling diagrams . . . . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Calibration . . . . . . . . . . . . . . . . . . | 3.5.6.5.6 | 11 |
| Capabilities . . . . . . . . . . . . . . . . . | 3.5.3.4, 3.6.2.5 | 5, 23 |
| Categories . . . . . . . . . . . . . . . . . . | 3.5.3.6 | 5 |
| Cautions . . . . . . . . . . . . . . . . . . . | 3.5.4.3.1 | 6 |
| Certification check-off list . . . . . . . . . | 3.11.3.1 | 35 |
| Changes . . . . . . . . . . . . . . . . . . . . | 3.5.3.7, 3.10 | 6, 32 |
|     Approval date . . . . . . . . . . . . . . | 3.10.3 | 34 |
|     Change approval . . . . . . . . . . . . . | 3.11.3 | 35 |
|     Change numbers . . . . . . . . . . . . . | 3.10.1.1, 3.10.3 | 33, 34 |
|     Cover . . . . . . . . . . . . . . . . . . | 3.10.3 | 34 |
|     Date of change . . . . . . . . . . . . . | 3.10.3 | 34 |
|     Distribution . . . . . . . . . . . . . . | 3.10.2, 3.12.2 | 33, 36 |
|     Field change . . . . . . . . . . . . . . | 3.5.3.7 | 6 |
|     Identification . . . . . . . . . . . . . | 3.10.2 | 33 |
|     Interim . . . . . . . . . . . . . . . . . | 1.3, 3.10.2 | 1, 33 |
|     Issue information . . . . . . . . . . . . | 3.10.1.4 | 33 |
|     List of effective pages . . . . . . . . . | 3.10.3 | 34 |
|     List of illustrations . . . . . . . . . . | 3.10.3 | 34 |
|     List of tables . . . . . . . . . . . . . | 3.10.3 | 34 |
|     Manual . . . . . . . . . . . . . . . . . | 3.4.3 | 4 |
|     Method . . . . . . . . . . . . . . . . . | 3.10.1.2 | 33 |
|     Numbering of . . . . . . . . . . . . . . | 3.10.2, 3.10.3, 3.11.1 | 33, 34, 35 |
|     Parts list . . . . . . . . . . . . . . . | 3.10.3 | 34 |
|     Permanent . . . . . . . . . . . . . . . . | 1.3, 3.10.1.5, 3.10.3 | 1, 33, 34 |
|     Production of . . . . . . . . . . . . . . | 3.10.1.5 | 33 |
|     Quantity . . . . . . . . . . . . . . . . | 3.10.2 | 33 |
|     Record of . . . . . . . . . . . . . . . . | 3.4.2.1.3 | 4 |
|     Responsibility for . . . . . . . . . . . | 3.10.1, 3.10.3 | 33, 34 |
|     Revised pages . . . . . . . . . . . . . . | 3.10.2 | 33 |
|     Security note . . . . . . . . . . . . . . | 3.10.2 | 33 |
|     Supersedure notice . . . . . . . . . . . | 3.10.2, 3.10.4 | 33, 34 |
|     Superseded pages . . . . . . . . . . . . | 3.10.2 | 33 |
|     Temporary . . . . . . . . . . . . . . . . | 3.10.2 | 33 |
|     Title page . . . . . . . . . . . . . . . | 3.10.3 | 34 |

Provided by IHS   0512
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/4 20 40 12 GMT

■ 9999906 2100100 074 ■

MIL-M-15071G(NAVY)

|  | Paragraph | Page |
|---|---|---|
| Charts: | | |
| Dependency matrix . . . . . . . . . . . . . . . . | 3.5.7.2.12, 3.5.7.2.12.3 | 15, 16 |
| Flow. . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.10 | 15 |
| Matrix . . . . . . . . . . . . . . . . . . | 3.5.7.2.12.3 | 16 |
| Troubleshooting . . . . . . . . . . . . . . . . | 3.5.7, 3.5.7.2.1 | 11, 12 |
| Check-off list. . . . . . . . . . . . . . . . . . | 3.11.3.1 | 35 |
| CID number. . . . . . . . . . . . . . . . . . . . | 3.5.3.5, 3.5.9.2.1, | 5, 17, |
|  | 6.5.1.1 | 42 |
| Circuit description . . . . . . . . . . . . . . . | 3.5.5.2 | 7 |
| Circuit diagram . . . . . . . . . . . . . . . . . | 3.5.5.2 | 7 |
| Circuit levels. . . . . . . . . . . . . . . . . . | 3.5.5.2 | 7 |
| Classified manuals. . . . . . . . . . . . . . . . | 3.8.4, 3.8.6.5 | 32 |
| Classification . . . . . . . . . . . . . . . . . | 1.2, 3.2 | 1, 2 |
| Cleaning solvents . . . . . . . . . . . . . . . . | 3.5.6.3 | 9 |
| Coding instruction sheets . . . . . . . . . . . . | 3.5.7.2.11 | 15 |
| Colors for classification . . . . . . . . . . . . | 3.8.4 | 32 |
| Colors for covers . . . . . . . . . . . . . . . . | 3.8.4 | 32 |
| Column headings . . . . . . . . . . . . . . . . . | 3.6.8.1 | 27 |
| Comment sheets . . . . . . . . . . . . . . . . . | 3.4.6 | 4 |
| Commercial manuals. . . . . . . . . . . . . . . . | 3.4.1.3, 3.4.3.3 | 3, 4 |
| Complementary manual. . . . . . . . . . . . . . . | 6.5.16 | 43 |
| Component . . . . . . . . . . . . . . . . . . . . | 6.5.1 | 42 |
| Conditions coverage . . . . . . . . . . . . . . . | 3.6.4.1 | 24 |
| Conditions of readiness . . . . . . . . . . . . . | 3.6.1, 3.6.4, 3.6.4.1 | 22, 24 |
| Contents. . . . . . . . . . . . . . . . . . . . . | 3.4.2, 3.5.3.6, 3.6 | 3, 5, 22 |
| Content requirements . . . . . . . . . . . . . . | 3.5.11.1 | 21 |
| Contents, table of . . . . . . . . . . . . . . . | 3.4.2.1, 3.4.2.1.6 | 3, 4 |
| Control cycle diagrams. . . . . . . . . . . . . . | 3.5.7.2.7 | 15 |
| Control diagrams. . . . . . . . . . . . . . . . . | 3.5.7.2.3.3, 3.6.8.4 | 13, 28 |
| Controls and indicators . . . . . . . . . . . . . | 3.5.4.2, 3.5.4.3.1 | 6 |
| Control panel markings. . . . . . . . . . . . . . | 3.8.2 | 31 |
| Corrective maintenance. . . . . . . . . . . . . . | 3.5.8, 3.7.2 | 16, 30 |
| Cover . . . . . . . . . . . . . . . . . . . . . . | 3.4.2.1, 3.10.3 | 3, 34 |
| Cover colors. . . . . . . . . . . . . . . . . . . | 3.8.4 | 32 |
| Cover stock . . . . . . . . . . . . . . . . . . . | 3.8.4, 3.8.6.4 | 32 |
| Criteria for illustrations. . . . . . . . . . . . | 3.5.9.7.1 | 19 |
| Criteria installation data . . . . . . . . . . . | 3.5.10.9.3.2 | 21 |
| Critical inspection . . . . . . . . . . . . . . . | 3.5.6.5.6 | 11 |
| Critical operation . . . . . . . . . . . . . . . | 3.5.6.5.6 | 11 |
| Cycle diagram . . . . . . . . . . . . . . . . . . | 3.5.7.2.7 | 15 |
| Data classification . . . . . . . . . . . . . . . | 3.2.1 | 2 |
| Data function diagrams . . . . . . . . . . . . . | 3.6.8.5 | 28 |
| Data items. . . . . . . . . . . . . . . . . . . . | 1.3 | 1 |
| Date of change . . . . . . . . . . . . . . . . . | 3.10.3 | 34 |
| Definitions . . . . . . . . . . . . . . . . . . . | 6.5 | 42 |
| Deliverable items . . . . . . . . . . . . . . . . | 1.3, 3.13, 6.2 | 1, 36, 41 |
| Dependency diagram . . . . . . . . . . . . . . . | 3.5.7.2.12 | 15 |
| Dependency matrix chart . . . . . . . . . . . . . | 3.5.7.2.12.3 | 16 |
| Designation, reference . . . . . . . . . . . . . | 3.5.9.2.2, 3.5.9.3.2.1, 3.7.1 | 17, 18, 30 |
| Designators . . . . . . . . . . . . . . . . . . . | 3.8.2 | 31 |
| Description . . . . . . . . . . . . . . . . . . . | 3.5.3.2, 3.5.3.7, 3.5.5.1, | 5, 6, 7 |
|  | 3.5.9.3.2.1, 3.6.6.6 | 18, 26 |
| Detailed analysis . . . . . . . . . . . . . . . . | 3.5.5.2 | 7 |
| Detailed requirements . . . . . . . . . . . . . . | 3.5.6.5.2 | 10 |
| Diagrams. . . . . . . . . . . . . . . . . . . . . | 3.5.5.2.1, 3.5.7.2.3.2 | 7, 13 |
| Apron notes . . . . . . . . . . . . . . . . . | 3.7.5.3 | 31 |
| Block . . . . . . . . . . . . . . . . . . . . | 3.5.5.2.1 | 7 |
| Cable run . . . . . . . . . . . . . . . . . . | 3.6.10.3 | 28 |
| Cabling . . . . . . . . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Circuit . . . . . . . . . . . . . . . . . . . | 3.5.5.2 | 7 |
| Control . . . . . . . . . . . . . . . . . . . | 3.5.7.2.3.3, 3.5.7.2.7, | 13, 15, |
|  | 3.6.8.4 | 28 |
| Cycle . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.7 | 15 |
| Data functional . . . . . . . . . . . . . . . | 3.6.8.5 | 28 |
| Dependency. . . . . . . . . . . . . . . . . . | 3.5.7.2.12 | 15 |
| Fault isolation . . . . . . . . . . . . . . . | 3.6.8.1, 3.6.8.2 | 27 |

92

Provided by IHS   **0513**
No reproduction or networking permitted without license from IHS .

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100101 T00 ■

MIL-M-15071G(NAVY)

| | Paragraph | Page |
|---|---|---|
| Diagrams (continued) | | |
| Fault logic . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.12.2 | 16 |
| Flow charts . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.10 | 15 |
| Functional. . . . . . . . . . . . . . . . . . . . . | 3.5.5.2, 3.5.5.2.2, | 7, 8 |
| | 3.5.5.2.5, 3.7.5.1 | 31 |
| Functional dependency . . . . . . . . . . . . . | 3.7.5.1 | 31 |
| General notes . . . . . . . . . . . . . . . . . . . | 3.7.5.1 | 31 |
| Interconnecting wiring. . . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Interconnection . . . . . . . . . . . . . . . . . . | 3.6.10.2 | 28 |
| Logic . . . . . . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.5, 3.5.7.2.9, | 15, 16 |
| | 3.5.7.2.12.2 | |
| Maintenance . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.4 | 14 |
| Matrix . . . . . . . . . . . . . . . . . . . . . . . | 3.6.8 | 27 |
| Mechanical schematic . . . . . . . . . . . . . | 3.5.5.2.5 | 8 |
| Multiple sheet. . . . . . . . . . . . . . . . . . . | 3.7.5.2 | 31 |
| Notes . . . . . . . . . . . . . . . . . . . . . . . . | 3.7.5 | 31 |
| Other diagrams. . . . . . . . . . . . . . . . . . | 3.5.7.2.12 | 15 |
| Pictorial . . . . . . . . . . . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Piping. . . . . . . . . . . . . . . . . . . . . . . . | 3.5.5.2.4, 3.5.7.2.3.2, | 8, 13, |
| | 3.6.10.7 | 29 |
| Power distribution. . . . . . . . . . . . . . . . | 3.5.7.2.3.4 | 13 |
| Schematic . . . . . . . . . . . . . . . . . . . . . | 3.5.5.2.5, 3.5.7.2.4 | 8, 14 |
| Signal flow . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.3.1 | 12 |
| Simplified. . . . . . . . . . . . . . . . . . . . . | 3.5.5.1, 3.5.5.2.3 | 7, 8 |
| Single function . . . . . . . . . . . . . . . . . . | 3.5.7.2.8 | 15 |
| System cable interconnection. . . . . . . . | 3.6.10.5 | 28 |
| System piping . . . . . . . . . . . . . . . . . . | 3.6.10.4 | 28 |
| Timing circuits . . . . . . . . . . . . . . . . . | 3.5.7.2.6 | 15 |
| Titles of . . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.3.1 | 12 |
| Troubleshooting . . . . . . . . . . . . . . . . . | 3.5.7.2.12 | 15 |
| Wiring. . . . . . . . . . . . . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Zoning. . . . . . . . . . . . . . . . . . . . . . . . | 3.7.4.5, 3.7.4.6 | 31 |
| Digital equipment . . . . . . . . . . . . . . . . | 3.5.5.2.6 | 8 |
| Distribution statement. . . . . . . . . . . . . . | 3.7.3, 6.2.1 | 30, 42 |
| Documents . . . . . . . . . . . . . . . . . . . . . | 3.5.3.5 | 5 |
| Drawings. . . . . . . . . . . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Exploded views. . . . . . . . . . . . . . . . . . | 3.5.9.7.2 | 19 |
| Installation. . . . . . . . . . . . . . . . . . . . | 3.5.10, 3.5.10.1 | 19 |
| Line drawings . . . . . . . . . . . . . . . . . . | 3.5.9.7.3 | 19 |
| Duplication . . . . . . . . . . . . . . . . . . . . | 3.8.6.1 | 32 |
| Electrical control circuits . . . . . . . . . . | 3.5.7.2.3.3 | 13 |
| Electrical mechanical description . . . . . | 3.5.5.1 | 7 |
| Electromagnetic radiation hazards . . . . . | 3.6.3.2 | 23 |
| Emergency conditions. . . . . . . . . . . . . . | 3.6.4.1.3 | 24 |
| Emergency operation . . . . . . . . . . . . . . | 3.5.4.3, 3.6.5.2.2 | 6, 25 |
| Emergency turn-off. . . . . . . . . . . . . . . . | 3.5.4.3 | 6 |
| Engineering analysis. . . . . . . . . . . . . . . | 3.5.6.5.1 | 10 |
| Environmental characteristics . . . . . . . . | 3.5.3.4 | 5 |
| Equipment . . . . . . . . . . . . . . . . . . . . . | 6.5.2 | 42 |
| Accessories . . . . . . . . . . . . . . . . . . . | 3.5.3.5 | 5 |
| Description . . . . . . . . . . . . . . . . . . . . | 3.5.3.2 | 5 |
| Document. . . . . . . . . . . . . . . . . . . . . . | 3.6.8.1 | 27 |
| Manuals . . . . . . . . . . . . . . . . . . . . . . | 3.5 | 4 |
| Parts list. . . . . . . . . . . . . . . . . . . . . | 3.5.9, 3.7.2, 3.10.3 | 17, 30, 34 |
| Publications . . . . . . . . . . . . . . . . . . . | 3.5.3.5, 3.5.3.6 | 5 |
| Test. . . . . . . . . . . . . . . . . . . . . . . . . | 3.5.3.5, 3.5.3.6, 3.6.2.5 | 5, 23 |
| Turn-off. . . . . . . . . . . . . . . . . . . . . . | 3.5.4.3 | 6 |
| Experimental equipment. . . . . . . . . . . . . | 1.2, 3.5.11.2, 3.8.6 | 1, 21, 32 |
| Exploded views. . . . . . . . . . . . . . . . . . | 3.5.9.7.2 | 19 |
| Factory changes . . . . . . . . . . . . . . . . . | 3.5.3.7 | 6 |
| Fault directory . . . . . . . . . . . . . . . . . . | 3.6.8 | 27 |
| Fault isolation diagrams. . . . . . . . . . . . | 3.6.8, 3.6.8.1 | 27 |
| Fault logic diagrams. . . . . . . . . . . . . . . | 3.5.7.2.12.2 | 16 |
| Field changes . . . . . . . . . . . . . . . . . . . | 3.5.3.7 | 6 |
| Figure and index numbers. . . . . . . . . . . . | 3.5.9.3.1 | 17 |

93

Provided by IHS
No reproduction or networking permitted without license from IHS

0514

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100102 947 ■■

MIL-M-15071G(NAVY)

|  | Paragraph | Page |
|---|---|---|
| Final manual . . . . . . . . . . . . . . . . . . . . . . | 1.3, 6.5.3 | 1, 42 |
| First level functional description . . . . . . . . . . . | 3.6.6.5 | 26 |
| Flow charts . . . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.10 | 15 |
| Foldouts . . . . . . . . . . . . . . . . . . . . . . . . | 3.7.5.3, 3.8.3 | 31, 32 |
| Format . . . . . . . . . . . . . . . . . . . . . . . . . | 3.5.6.5.7, 3.7, 3.7.1, 3.7.2 | 11, 30 3 |
| Front matter . . . . . . . . . . . . . . . . . . . . . . | 3.4.2, 3.4.2.1 | 3 |
| Function . . . . . . . . . . . . . . . . . . . . . . . . | 6.5.4 | 42 |
| Function directory . . . . . . . . . . . . . . . . . . . | 3.6.6.3 | 25 |
| Functional characteristics . . . . . . . . . . . . . . . | 3.5.3.4 | 5 |
| Functional dependency. . . . . . . . . . . . . . . . . . | 3.5.7.2.12.1 | 15 |
| Functional description . . . . . . . . . . . . . . . . . | 3.5.5, 3.5.5.1, 3.5.5.2.1, 3.6.1 | 7, 22 |
| Functional diagrams. . . . . . . . . . . . . . . . . . . | 3.5.5.2, 3.5.5.2.2, 3.5.5.2.5, 3.7.5.1 | 7, 8, 31 |
| Functional level . . . . . . . . . . . . . . . . . . . . | 3.5.5.2 | 7 |
| General information. . . . . . . . . . . . . . . . . . . | 3.5.2, 3.5.3, 3.6.1, 3.6.2 | 4, 22 |
| General notes. . . . . . . . . . . . . . . . . . . . . . | 3.7.5.1 | 31 |
| General quarters . . . . . . . . . . . . . . . . . . . . | 3.6.4.1.2 | 24 |
| General requirements . . . . . . . . . . . . . . . . . . | 3.7.1 | 30 |
| Government inspection. . . . . . . . . . . . . . . . . . | 4.2.1 | 38 |
| Government verification. . . . . . . . . . . . . . . . . | 4.2.1 | 38 |
| Graphic symbols. . . . . . . . . . . . . . . . . . . . . | 3.7.1 | 30 |
| Hazardous components . . . . . . . . . . . . . . . . . . | 3.6.3.4.3 | 24 |
| Hazards. . . . . . . . . . . . . . . . . . . . . . . . . | 3.6.3.2, 3.6.3.3, 3.6.3.4 | 23 |
| Horizontal folds . . . . . . . . . . . . . . . . . . . . | 3.8.6.2 | 32 |
| Identical manuals (types II and III) . . . . . . . . . . | 3.9.1 | 32 |
| Identical modified manuals . . . . . . . . . . . . . . . | 3.9.2, 4.2.3 | 32, 40 |
| Identification . . . . . . . . . . . . . . . . . . . . . | 3.5.3.4 | 5 |
| Illustrations. . . . . . . . . . . . . . . . . . . . . . | 3.5.3.3, 3.5.4.3.1, 3.5.9.7, 3.5.9.7.1, 3.6.2.3, 3.6.2.4, 3.6.3.2, 3.6.5, 3.8.2, 3.8.6.3 | 5, 6, 19, 22, 23, 24, 31, 32 |
| Criteria . . . . . . . . . . . . . . . . . . . . | 3.5.9.7.1 | 19 |
| Parts identification . . . . . . . . . . . . . . | 3.5.9.1 | 17 |
| Image area . . . . . . . . . . . . . . . . . . . . . . . | 3.7.5.3 | 31 |
| Index. . . . . . . . . . . . . . . . . . . . . . . . . . | 3.4.5 | 4 |
| Indicators . . . . . . . . . . . . . . . . . . . . . . . | 3.5.4.2 | 6 |
| Individual manuals . . . . . . . . . . . . . . . . . . . | 5.1.1 | 40 |
| Industrial security manual . . . . . . . . . . . . . . . | 3.2 | 2 |
| Initial quality planning . . . . . . . . . . . . . . . . | 4.2.1 | 38 |
| Initial turn-on. . . . . . . . . . . . . . . . . . . . . | 3.5.10.9.2, 3.6.10.10 | 21, 29 |
| Input requirements . . . . . . . . . . . . . . . . . . . | 3.5.10.7 | 20 |
| Inspection . . . . . . . . . . . . . . . . . . . . . . . | 3.5.10.9.1, 3.6.10.9, 4.1, 6.4.2 | 20, 29, 37, 42 |
| Inspection manual. . . . . . . . . . . . . . . . . . . . | 4.2.1 | 38 |
| Inspection of preparation for delivery . . . . . . . . . | 4.5 → | 40 |
| Installation . . . . . . . . . . . . . . . . . . . . . . | 3.5.10.8 | 20 |
| Checkout . . . . . . . . . . . . . . . . . . . . | 3.5.10.9, 3.5.10.9.1, 3.6.10.8 | 20, 29 |
| Data . . . . . . . . . . . . . . . . . . . . . . | 3.6.1, 3.6.10 | 22, 28 |
| Drawings . . . . . . . . . . . . . . . . . . . . | 3.5.10.1, 3.5.10.5, 3.5.10.6, 3.6.10.7.1 | 19, 20, 29 |
| Inspection . . . . . . . . . . . . . . . . . . . | 3.5.6.5.6, 3.5.10.5, 3.5.10.6 | 11, 20 |
| Materials . . . . . . . . . . . . . . . . . . . | 3.5.10.4, 3.5.10.9.1 | 20 |
| Procedures . . . . . . . . . . . . . . . . . . . | 3.5.10.8, 3.5.10.9.3.1 | 20, 21 |
| Standard summary . . . . . . . . . . . . . . . . | 3.5.10.9.3.2, 3.6.10.11.2 | 21, 30 |
| Tools. . . . . . . . . . . . . . . . . . . . . . | 3.5.10.4 | 20 |
| Verification tests . . . . . . . . . . . . . . . | 3.5.10.9.3, 3.6.10.8, 3.6.10.11 | 21, 29 |
| Instruction sheets . . . . . . . . . . . . . . . . . . . | 3.5.7.2.11, 3.10.2, 3.10.3 | 15, 33, 34 |
| Integrated circuits. . . . . . . . . . . . . . . . . . . | 3.5.5.2.3.1 | 8 |
| Intended use . . . . . . . . . . . . . . . . . . . . . . | 6.1 | 41 |
| Interconnection diagrams . . . . . . . . . . . . . . . . | 3.6.10.2 | 28 |
| Interface. . . . . . . . . . . . . . . . . . . . . . . . | 3.5.3.1 | 5 |

94

■ 9999906 2100103 883 ■

| | Paragraph | Page |
|---|---|---|
| Interim changes (temporary) . . . . . . . . . . . . . | 3.10.2, 6.5.5 | 33, 42 |
| Distribution. . . . . . . . . . . . . . . . | 3.10.2, 3.12.2 | 33, 36 |
| Identification . . . . . . . . . . . . . . . | 3.10.2 | 33 |
| Instruction sheet . . . . . . . . . . . . . . | 3.10.1.3, 3.10.2 | 33 |
| List of effective pages . . . . . . . . . . | 3.10.2 | 33 |
| Location of . . . . . . . . . . . . . . . . . | 3.10.2 | 33 |
| Numbering of. . . . . . . . . . . . . . . . | 3.10.2 | 33, 36 |
| Quantity. . . . . . . . . . . . . . . . | 3.10.2, 3.12.2 | 33 |
| Responsibility for . . . . . . . . . . | 3.10.1 | 33 |
| Superseding . . . . . . . . . . . . . . . | 3.10.2 | 33, 42 |
| Temporary . . . . . . . . . . . . . . | 3.10.2 | 33 |
| Title page . . . . . . . . . . . . . . . . | 3.10.2 | 24, 42 |
| Interior communication equipment. . . . . . . . . . . | 3.6.4.1, 6.5.6 | 22 |
| Interrelation of system equipment . . . . . . . . . . | 3.6.2.1 | 22 |
| Introduction. . . . . . . . . . . . . . . . . . . . | 3.5.3.1, 3.5.4.1, 3.5.6.1, | 5, 6, 9, |
| | 3.5.7.2.1, 3.5.8.1, 3.5.9.1, | 12, 16, 17 |
| | 3.6.2.1, 3.6.3.1, 3.6.6.2, | 22, 23, 25, |
| | 3.6.7.1 | 26 |
| Issues. . . . . . . . . . . . . . . . . | 3.4.1 | 3 |
| Issue information . . . . . . . . . . . . . . . . | 3.10.1.4 | 33 |
| Item description. . . . . . . . . . . . . . . . . | 3.5.9.3.2.1, 3.5.9.4 | 18 |
| Item name . . . . . . . . . . . . . . . . . | 3.5.3.5 | 5 |
| | | 1 |
| | | 12 |
| Lamp indexes. . . . . . . . . . . . . . . . . | 3.5.7.2.1.2 | 32 |
| Layout . . . . . . . . . . . . . . . . . . | 3.8.6.2 | 31 |
| Lettering . . . . . . . . . . . . . . . | 3.8.2 | 7 |
| Levels, circuit . . . . . . . . . . . . | 3.5.5.2 | 7 |
| Levels, functional. . . . . . . . . . . . | 3.5.5.2 | 2 |
| Levels of writing . . . . . . . . . . | 3.3 | 5 |
| Limitations . . . . . . . . . . . . . . . | 3.5.3.4 | 5 |
| Line artwork . . . . . . . . . . . . . . | 3.8.2 | 31 |
| Line drawings . . . . . . . . . . . . | 3.5.9.7.3 | 19 |
| List of: | | 19 |
| Attaching hardware. . . . . . . . . . . . . . . | 3.5.9.5 | 19 |
| Common item descriptions . . . . . . . . . . | 3.5.9.4 | 18 |
| Effective pages . . . . . . . . . . . . . | 3.4.2, 3.4.2.1.2, 3.10.1.2, | 3, 33, 34 |
| | 3.10.2, 3.10.3 | 5 |
| Equipment . . . . . . . . . . . . . | 3.5.3.5, 3.5.3.6 | 3, 4, 33, |
| Illustrations . . . . . . . . . . . . | 3.4.2.1, 3.4.2.1.6, 3.10.2, | 34 |
| | 3.10.3 | 18 |
| Item description . . . . . . . . . . . . | 3.5.9.3.2, 3.5.9.4 | 17 |
| Major units or components . . . . . . . . . . | 3.5.9.2.1, 3.5.9.2.2 | 19 |
| Manufacturers . . . . . . . . . . . . . . | 3.5.9.6 | 17 |
| Parts . . . . . . . . . . . . . . | 3.5.9, 3.5.9.3, 3.5.9.3.1 | 19 |
| Parts location. . . . . . . . . . . . . | 3.5.9.7 | 19 |
| Tables. . . . . . . . . . . . . . . | 3.4.2.1, 3.4.2.1.6 | 3, 4 |
| Utilities . . . . . . . . . . . . . . | 3.6.10.1 | 28 |
| Location of interim change. . . . . . . . . . . . . | 3.10.2 | 28 |
| Logic diagrams. . . . . . . . . . . . . . . | 3.5.7.2.5 | 15 |
| Logic principles. . . . . . . . . . . . . . . | 3.5.5.2.6.1 | 8 |
| Lubricants. . . . . . . . . . . . . . . . | 3.5.6.3 | 9 |
| Lubrication parts . . . . . . . . . . . . . . . | 3.5.6.3 | 9 |
| Maintenance . . . . . . . . . . . . . . . | 3.5.8 | 16 |
| Maintenance action index. . . . . . . . . . . | 3.5.6.2, 3.6.7.2 | 9, 26 |
| Maintenance engineering analysis. . . . . . . . . . | 3.5.6.5.1, 3.13.1 | 10, 36 |
| Maintenance and overhaul procedures . . . . . . . . . | 3.5.6.5, 3.5.6.5.6 | 10, 11 |
| Maintenance, preventive . . . . . . . . . . . | 3.5.6.1, 3.5.6.3 | 9 |
| Maintenance safety summary. . . . . . . . . . . . . | 3.6.3.4.2 | 24 |
| Maintenance, scheduled . . . . . . . . . . | 3.5.6, 3.6.1, 3.6.7 | 9, 22, 26 |
| Maintenance schematic diagram . . . . . . . . . . | 3.5.7.2.4 | 14 |
| Maintenance turn-on procedures. . . . . . . . . . | 3.5.7.2.1.4 | 12 |
| Major components . . . . . . . . . . . . | 3.5.9.2 | 17 |
| Major parts . . . . . . . . . . . . . . | 3.5.5.1 | 7 |
| Major units . . . . . . . . . . . . . | 3.5.9.2 | 17 |
| Manuals, types of: | | |
| Commercial . . . . . . . . . . . . . . | 3.4.1.3, 3.4.3.3 | 3, 4 |
| Final . . . . . . . . . . . . . . . . | 6.5.3 | 42 |

95

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100104 71T ■

MIL-M-15071G(NAVY)

| | Paragraph | Page |
|---|---|---|
| Manuals, types of: (continued) | | |
| Manuscript of | 3.11.3, 3.13, 5.1.4 | 35, 36, 40 |
| Modified. | 3.9.2, 4.2.3 | 32, 40 |
| Multivolume | 5.1.1 | 40 |
| Outline (book plan) | 3.13.1 | 36 |
| Supplement. | 3.4.1.4, 3.4.3.4 | 3, 4 |
| System. | 3.6 | 22 |
| Manual inspection | 4.2.1 | 38 |
| Manual modifications. | 3.9.2 | 32 |
| Manual validation | 4.2.1 | 38 |
| Manual verification | 4.2.1 | 38 |
| Manufacturer's list | 3.5.9.6 | 19 |
| Manuscripts | 1.3, 3.11.3, 3.13, 3.13.4, 5.1.4 | 1, 35, 36, 40 |
| Manuscript illustrations. | 3.11.3, 3.13.4 | 35, 36 |
| Manuscript review | 3.11.3, 3.13.4, 5.1.4 | 35, 36, 40 |
| Manuscript validation | 4.2.1 | 38 |
| Marking | 5.2 | 41 |
| Materials | 3.5.10.4 | 20 |
| Matrix chart. | 3.5.7.2.12.3 | 16 |
| Matrix diagrams | 3.6.8, 3.6.8.3 | 27 |
| Mechanical equipment. | 6.5.2 | 42 |
| Mechanical schematic diagram. | 3.5.5.2.5 | 8 |
| Method (changes) | 3.10.1.1 | 33 |
| Methods of presentation | 3.5.4.3.1, 3.5.5.2.6.1, 3.6.6.1 | 6, 8, 25 |
| Microfilming. | 3.8.1, 3.8.2 | 31 |
| Micro-miniature capsules. | 3.5.5.2.3.1 | 8 |
| Modes of operation. | 3.5.4.2, 3.5.10.9.3 | 6, 21 |
| Modified manuals. | 3.9.2, 4.2.3 | 32, 40 |
| Module logic diagrams | 3.5.7.2.9 | 15 |
| Mounting dimension data | 3.6.10.7 | 29 |
| Multiple sheet diagram. | 3.7.5.2 | 31 |
| Multiunit equipment | 3.5.5.2.1 | 7 |
| Multivolume manuals | 5.1.1 | 40 |
| Name of unit. | 3.5.9.2.1, 3.5.9.2.2 | 17 |
| Negatives. | 3.13.7 | 37 |
| Noise reduction | 3.5.6.3 | 9 |
| Nomenclature. | 3.5.3.5, 3.5.3.7, 3.5.5.2.5 3.5.9.2.2, 3.6.2.5 | 5, 6, 8, 17, 23 |
| Nonstandard test equipment. | 3.5.3.6 | 5 |
| Normal operation. | 3.6.5.2.1 | 25 |
| Notes | 3.5.9.3.1, 3.7.5, 3.7.5.1, 6 | 17, 31, 41 |
| Notes, apron. | 3.7.5.3 | 31 |
| Notes on diagrams | 3.7.5 | 31 |
| Notes, general. | 3.7.5.1 | 31 |
| Notes, specific | 3.7.5.2 | 31 |
| Numbering: | | |
| Changes | 3.10.1.5, 3.10.2, 3.10.3, 3.11.1 | 33, 34, 35 |
| Interim (temporary) | 3.10.2 | 33 |
| Publication | 3.11.1 | 35 |
| Omission of data | 3.14 | 37 |
| Operating modes | 3.6.5.2 | 25 |
| Operating procedural steps. | 3.6.8.1 | 27 |
| Operation | 3.5.2, 3.5.4, 3.5.4.3, 3.5.5.2, 3.6.1, 3.6.5 | 4, 6, 7, 22, 24, 27 |
| Operation-based symptom fault directory | 3.6.8.1 | 27 |
| Operation, emergency. | 3.6.5.2.2 | 25 |
| Operation fault directory | 3.6.8.1 | 27 |
| Operation, normal | 3.6.5.2.1 | 25 |
| Operation procedures. | 3.5.4.3, 3.5.4.3.1 | 6 |
| Operation, special. | 3.6.5.2.3 | 25 |
| Operation, test | 3.6.5.2.3 | 25 |
| Operational safety summary. | 3.6.3.4.1 | 24 |

96

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20 40 12 GMT

■■ 9999906 2100105 656 ■■

MIL-M-15071G(NAVY)

|  | Paragraph | Page |
|---|---|---|
| Operational sequence . . . . . . . . . . . . . . . . . . . | 3.5.4.3 | 6 |
| Operator turn-on . . . . . . . . . . . . . . . . . . | 3.5.4.3 | 6 |
| Operation turn-off . . . . . . . . . . . . . . . . . . . | 3.5.4.3 | 6 |
| Ordering data. . . . . . . . . . . . . . . . . . . | 6.2 | 41 |
| Organization . . . . . . . . . . . . . . . . . . . . | 4.2.1 | 38 |
| Other diagrams . . . . . . . . . . . . . . . . . . . | 3.5.7.2.12 | 15 |
| Other publications . . . . . . . . . . . . . . . . . . . | 2.2 | 2 |
| Outline (book plan). . . . . . . . . . . . . . . . . . . | 3.13.1 | 36 |
| Output equipment . . . . . . . . . . . . . . . . . . | 3.5.5.2.1 | 7 |
| Overall block diagram . . . . . . . . . . . . . . . . | 3.5.5.2.1 | 7 |
| Overall dimensions . . . . . . . . . . . . . . . . . . | 3.5.3.5 | 5. |
| Overhaul, maintenance, and repair standards . . . . . . | 3.5.6.5, 3.5.6.5.2, 3.5.6.5.6, 3.5.6.5.7 | 10, 11 |
| Packaging. . . . . . . . . . . . . . . . . . . . | 5.1 | 40 |
| Packing. . . . . . . . . . . . . . . . . . . . . | 3.5.10.5, 5.1 | 20, 40 |
| Page numbers . . . . . . . . . . . . . . . . . . . | 3.5.9.2.1, 3.5.9.2.2 | 17 |
| Page text. . . . . . . . . . . . . . . . . . . . . | 3.8.3 | 32 |
| Paper stock. . . . . . . . . . . . . . . . . . . . | 3.8.3, 3.8.6.4 | 32 |
| Paragraph references . . . . . . . . . . . . . . . | 3.7.4.4 | 31 |
| Parameters, test . . . . . . . . . . . . . . . . . . | 3.5.3.6 | 5 |
| Parameters and tolerances. . . . . . . . . . . . . . | 3.5.10.7 | 20 |
| Parts. . . . . . . . . . . . . . . . . . . . . . | 6.5.8 | 42 |
| Parts availability . . . . . . . . . . . . . . . . . | 3.5.6.5.5 | 11 |
| Parts location . . . . . . . . . . . . . . . . . . . | 3.5.9.7 | 19 |
| Parts list . . . . . . . . . . . . . . . . . . . . | 3.5.9, 3.5.9.3, 3.5.9.3.1, 3.5.9.3.2, 3.7.2, 3.10.3 | 17, 18, 30, 34 |
| Parts symbols . . . . . . . . . . . . . . . . . . . | 3.8.2 | 31 |
| Performance tests. . . . . . . . . . . . . . . . . | 3.5.6.2, 3.5.6.4 | 9, 10 |
| Periodicity. . . . . . . . . . . . . . . . . . . . | 3.5.6.2, 3.6.7.2 | 9, 26 |
| Permanent changes. . . . . . . . . . . . . . . . . | 3.10.3 | 34 |
| Phases 1, 2, 3 . . . . . . . . . . . . . . . . . . | 3.5.10.9.1, 3.5.10.9.2, 3.5.10.9.3, 3.6.10.9, 3.6.10.10, 3.6.10.11 | 20, 21, 29 |
| Photographs. . . . . . . . . . . . . . . . . . . | 3.5.9.7.3 | 19 |
| Photolithographic negatives. . . . . . . . . . . . . | 1.3, 3.13.7, 3.14, 5.1.6 | 1, 37, 41 |
| Physical arrangement . . . . . . . . . . . . . . . | 3.6.2.2. | 22 |
| Physical description . . . . . . . . . . . . . . . . | 3.5.3.2 | 5 |
| Pictorial diagrams . . . . . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Piping diagrams. . . . . . . . . . . . . . . . . | 3.5.5.2.4, 3.5.7.2.3.2, 3.6.10.7 | 8, 13, 29 |
| Planned maintenance system . . . . . . . . . . . . | 3.5.6.1, 6.5.9 | 9, 42 |
| Planning, inspections, and review . . . . . . . . . . | 6.4, 6.4.1, 6.4.2, 6.4.3 | 42 |
| Power distribution diagrams. . . . . . . . . . . . . | 3.5.7.2.3.4 | 13 |
| Precautions. . . . . . . . . . . . . . . . . . . | 3.6.3.2, 3.6.3.3, 3.6.3.4 | 23 |
| Precedence . . . . . . . . . . . . . . . . . . . | 3.1 | 2 |
| Pre-energizing procedures. . . . . . . . . . . . . | 3.6.10.9 | 29 |
| Preliminary manual . . . . . . . . . . . . . . . . | 1.3, 3.4.1.2, 3.4.3.2, 3.8.6, 3.11.2, 3.12.1, 3.13, 3.13.5, 4.2.1, 6.5.10. 6.5.10.1, 6.5.10.2 | 1, 3, 4, 32, 35, 36, 37, 38, 42, 43 |
| Preliminary manual approval . . . . . . . . . . . . | 3.11, 3.11.2 | 34, 35 |
| Preliminary manual review. . . . . . . . . . . . . | 3.11.2.1, 3.13.3 | 35, 36 |
| Preliminary test. . . . . . . . . . . . . . . . . | 3.5.10.9.2, 3.6.10.10 | 21, 29 |
| Preoperational conditions. . . . . . . . . . . . . | 3.6.5.1 | 24 |
| Preparation for delivery . . . . . . . . . . . . . . | 5 | 40 |
| Preparation of foundations . . . . . . . . . . . . | 3.5.10.6 | 20 |
| Preventive maintenance procedures. . . . . . . . . | 3.5.6.1, 3.5.6.3 | 9 |
| Primary power distribution . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Printed manuals. . . . . . . . . . . . . . . . . | 1.3 | 1 |
| Printing . . . . . . . . . . . . . . . . . . . . | 3.13.8 | 37 |
| Procedures installation/operation. . . . . . . . . . | 3.5.10.8, 3.5.10.9.3.1 | 20, 21 |
| Procedures, test . . . . . . . . . . . . . . . . . | 3.5.10.9.2, 3.5.10.9.3 | 21 |
| Procurement record page . . . . . . . . . . . . . | 3.4.2.1 | 3 |
| Production . . . . . . . . . . . . . . . . . . . | 3.8 | 31 |
| Production of changes . . . . . . . . . . . . . . | 3.10.1.5 | 33 |
| Production of manuscript . . . . . . . . . . . . . | 3.13.3 | 36 |
| Production requirements. . . . . . . . . . . . . . | 3.5.11.1, 3.8.6 | 21, 32 |
| Production of revisions. . . . . . . . . . . . . . | 3.10.4 | 34 |

97

■ 9999906 2100106 592 ■

MIL-M-15071G(NAVY)

|  | Paragraph | Page |
|---|---|---|
| Protective device index . . . . . . . . . . . . . . . . . | 3.5.7.2.1.3 | 12 |
| Publication numbers . . . . . . . . . . . . . . . | 3.10.2, 3.10.3, 3.11.1 | 33, 34, 35 |
| Publications. . . . . . . . . . . . . . . . . | 3.5.3.6 | 5 |
| Purchase orders . . . . . . . . . . . . . . . | 4.2.1 | 38 |
| Quality assurance provisions . . . . . . . . . | 4 | 37 |
| Quality assurance tests . . . . . . . . . . . . | 3.5.6.5.6 | 11 |
| Quality program . . . . . . . . . . . . . . . | 1.3, 4.2.1, 6.3 | 1, 38, 42 |
| Quality program (specifics) . . . . . . . . . . | 4.2.2 | 39 |
| Quality program acceptance . . . . . . . . . . | 4.3 | 40 |
| Quality program requirements . . . . . . . . . | 1.3, 3.13, 3.13.2, 4.2 | 1, 36, 37 |
| Quantity. . . . . . . . . . . . . . . . . | 3.5.3.5, 3.5.9.2.1 | 5, 17 |
| Quantity and distribution . . . . . . . . . . . | 3.10.2, 3.12, 3.12.1, 3.12.2 | 33, 35, 36 |
| Radiation . . . . . . . . . . . . . . . . . | 3.6.3.2 | 23 |
| Rated outputs . . . . . . . . . . . . . . . | 3.5.3.4 | 5 |
| Readiness . . . . . . . . . . . . . . . . | 3.6.4, 3.6.4.1 | 24 |
| Recommended test equipment. . . . . . . . . . | 3.5.3.6 | 5 |
| Reference data . . . . . . . . . . . . | 3.5.3.4, 3.6.2.5, 3.6.7.2 | 5, 23, 26 |
| Reference designation . . . . . . . . . . . | 3.5.9.2.2, 3.5.9.3.2.1, 3.7.1 | 17, 18, 30 |
| Reference to paragraphs . . . . . . . . . . | 3.7.4.4 | 31 |
| Reference placement . . . . . . . . . . . . | 3.7.4.3 | 30 |
| Reference publications . . . . . . . . . . . | 3.5.10.3, 3.6.2.5 | 20, 23 |
| References . . . . . . . . . . . . . . | 3.6.7.2, 3.7.4 | 26, 30 |
| References to zones . . . . . . . . . . . | 3.7.4.6 | 31 |
| Referencing between diagrams. . . . . . . . . | 3.7.4.1 | 30 |
| Referencing of data . . . . . . . . . . . . | 3.3.1 | 3 |
| Referencing techniques . . . . . . . . . . . | 3.3.1 | 3 |
| Rejection criteria. . . . . . . . . . . . | 3.14 | 37 |
| Relationship of units . . . . . . . . . . . | 3.5.3.3 | 5 |
| Relay, lamp indexes . . . . . . . . . . . | 3.5.7.2.1.2 | 12 |
| Reliability . . . . . . . . . . . . . . . | 3.5.6.5.1 | 10 |
| Repacking . . . . . . . . . . . . . . . | 3.5.10.5 | 20 |
| Repair. . . . . . . . . . . . . . . . . | 3.5.8.3, 6.5.11 | 17, 43 |
| Replacement pages . . . . . . . . . . . . | 3.8.5 | 32 |
| Replenishment material . . . . . . . . . . . | 3.13.9, 5.1.7, 6.5.12 | 37, 41, 43 |
| Reproducible copy . . . . . . . . . . . . | 1.3, 3.13.6, 3.14, 5.1.5 | 1, 37, 41 |
| Requirements. . . . . . . . . . . . . . | 3, 3.1, 3.5.6.5.2 | 2, 10 |
| Responsibility for inspection . . . . . . . . | 4.1 | 37 |
| Review . . . . . . . . . . . . . . . . | 6.4.3 | 42 |
| Review copy . . . . . . . . . . . . . . | 3.11.2.1 | 35 |
| Review manuscript . . . . . . . . . . . . | 3.11.3, 3.13.4, 5.1.4 | 35, 36, 40 |
| Revisions . . . . . . . . . . . . . . . | 1.3, 3.4.1.5, 3.10, 3.10.1, 3.10.2, 3.10.4, 3.11.3, 3.12.2, 6.5.13 | 1, 3, 32, 33, 34, 35, 36, 43 |
| Revisions, approval . . . . . . . . . . . . | 3.11.3 | 35 |
| Revisions, complete . . . . . . . . . . . . | 3.4.1 | 3 |
| Percentage of . . . . . . . . . . . . | 3.10.4 | 34 |
| Production of . . . . . . . . . . . . | 3.10.1.5 | 33 |
| Responsibility . . . . . . . . . . . . | 3.10.1, 3.10.4 | 33, 34 |
| Supersedure note . . . . . . . . . . . | 3.10.4 | 34 |
| Updated . . . . . . . . . . . . . . | 3.4.1.5.1 | 3 |
| Revised pages . . . . . . . . . . . . . . | 3.10.3 | 34 |
| Safety. . . . . . . . . . . . . . . . . | 3.5.4.3.1, 3.5.6.3 | 6, 9 |
| Safety precautions . . . . . . . . . . . . | 3.5.6.3, 3.5.6.4, 3.6.1, 3.6.3 | 9, 10, 22, 23 |
| Safety summary . . . . . . . . . . . . . | 3.6.3.4.2, 3.6.4.1 | 24 |
| Schedule . . . . . . . . . . . . . . . | 3.5.6.5.3 | 10 |
| Scheduled maintenance . . . . . . . . . . | 3.5.6, 3.6.1, 3.6.7 | 9, 22, 26 |
| Scheduled maintenance action index. . . . . . | 3.5.6.2, 3.6.7.2 | 9, 26 |
| Scheduled performance tests . . . . . . . . | 3.5.6.4 | 10 |
| Scheduled test procedures . . . . . . . . . | 3.6.7.3 | 27 |
| Schematic diagrams. . . . . . . . . . . . | 3.5.5.2.5, 3.5.7.2.4 | 8, 14 |
| Scope . . . . . . . . . . . . . . . . | 1.1 | 1 |
| Security classification . . . . . . . . . . | 3.2, 3.2.1, 3.2.2, 3.10.2 | 2, 33 |

0519
Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

■ 9999906 2100107 429 ■■

| | Paragraph | Page |
|---|---|---|
| Self-addressed post card . . . . . . . . . . . . | 3.11.2.4 | 35 |
| Service test equipment . . . . . . . . . . . . . | 3.5.11.1, 3.8.6, 6.5.14 | 21, 32, 43 |
| Servicing procedures . . . . . . . . . . . . . . | 3.6.10.7 | 29 |
| Set. . . . . . . . . . . . . . . . . . . . . . . | 6.5.15 | 43 |
| Shipping, manuals. . . . . . . . . . . . . . . . | 5.1.2 | 40 |
| Signal flow . . . . . . . . . . . . . . . . . . | 3.5.5.2.1, 3.5.5.2.2 | 7, 8 |
| Signal flow diagrams . . . . . . . . . . . . . . | 3.5.7.2.3.1 | 12 |
| Signals, input/output . . . . . . . . . . . . . | 3.5.7.2.3.1 | 12 |
| Simplified mechanical diagrams . . . . . . . . . | 3.5.5.2.5 | 8 |
| Simplified piping diagrams . . . . . . . . . . . | 3.5.5.2.4 | 8 |
| Simplified schematic diagrams. . . . . . . . . . | 3.5.5.2.3 | 8 |
| Single-functional diagrams . . . . . . . . . . . | 3.5.7.2.8 | 15 |
| Site information . . . . . . . . . . . . . . . . | 3.5.10.2 | 20 |
| Special tools. . . . . . . . . . . . . . . . . . | 3.5.3.5 | 5 |
| Specific notes . . . . . . . . . . . . . . . . . | 3.7.5.2 | 31 |
| Specific requirements . . . . . . . . . . . . . | 3.6.1 | 22 |
| Standards summary . . . . . . . . . . . . . . . | 3.5.10.9.3.2, 3.6.10.11.2 | 21, 30 |
| Status reports . . . . . . . . . . . . . . . . . | 1.3, 3.13.10 | 1, 37 |
| Style. . . . . . . . . . . . . . . . . . . . . . | 3.7.1 | 30 |
| Subcontracting . . . . . . . . . . . . . . . . . | 4.2.1 | 38 |
| Summary list of material . . . . . . . . . . . . | 3.5.10.4 | 20 |
| Summary sheet . . . . . . . . . . . . . . . . . | 3.5.10.9.3.2 | 21 |
| Supersedure note . . . . . . . . . . . . . . . . | 3.10.2, 3.10.4 | 33, 34 |
| Supplement manual . . . . . . . . . . . . . . . | 3.4.1.4, 3.4.3.4, 6.5.16 | 3, 4, 43 |
| Supplier . . . . . . . . . . . . . . . . . . . . | 6.5.17 | 43 |
| Symbols . . . . . . . . . . . . . . . . . . . . | 3.7.1, 3.8.2 | 30, 31 |
| System . . . . . . . . . . . . . . . . . . . . . | 6.5.18 | 43 |
| System cable verification check . . . . . . . . . | 3.6.10.5 | 28 |
| System characteristics . . . . . . . . . . . . . | 3.6.2.5 | 23 |
| System compartments. . . . . . . . . . . . . . . | 3.6.2.2 | 22 |
| System component installation procedures . . . . | 3.6.10.7 | 29 |
| System control function diagrams . . . . . . . . | 3.6.8 | 27 |
| System equipment . . . . . . . . . . . . . . . . | 3.6.2.3 | 22 |
| System data diagrams . . . . . . . . . . . . . . | 3.6.8 | 27 |
| System fault directory . . . . . . . . . . . . . | 3.6.8 | 27 |
| System fault logic diagram . . . . . . . . . . . | 3.6.8, 3.6.8.3 | 27 |
| System functional block diagram. . . . . . . . . | 3.5.5.2.2 | 8 |
| System function directory. . . . . . . . . . . . | 3.6.6.3 | 25 |
| System illustration, interfaces. . . . . . . . . | 3.5.3.1 | 5 |
| System manual. . . . . . . . . . . . . . . . . . | 3.6 | 22 |
| System tests . . . . . . . . . . . . . . . . . . | 3.6.10.6 | 29 |
| System test equipment. . . . . . . . . . . . . . | 3.6.10.9 | 29 |
| | | |
| Tabular listing. . . . . . . . . . . . . . . . . | 3.5.3.5, 3.5.3.6 | 5 |
| Table of contents. . . . . . . . . . . . . . . . | 3.4.2.1, 3.4.2.1.6, 3.10.3 | 3, 4, 34 |
| Table headings . . . . . . . . . . . . . . . . . | 3.6.8.1 | 27 |
| Tables, list of . . . . . . . . . . . . . . . . . | 3.4.2.1, 3.4.2.1.6 | 3, 4 |
| Technical accuracy . . . . . . . . . . . . . . . | 3.14 | 37 |
| Technical content. . . . . . . . . . . . . . . . | 3.4.3, 3.5 | 4 |
| Technical manuals: | | |
| Commercial . . . . . . . . . . . . . . . . . | 3.4.1.3, 3.4.3.3 | 3, 4 |
| Final. . . . . . . . . . . . . . . . . . . . | 6.5.3 | 42 |
| Manuscript . . . . . . . . . . . . . . . . . | 3.11.3, 3.13, 5.1.4 | 35, 36, 40 |
| Modified . . . . . . . . . . . . . . . . . . | 3.9.2, 4.2.3 | 32, 40 |
| Multivolume. . . . . . . . . . . . . . . . . | 5.1.1 | 40 |
| Supplement . . . . . . . . . . . . . . . . . | 3.4.1.4, 3.4.3.4 | 3, 4 |
| System . . . . . . . . . . . . . . . . . . . | 3.6 | 22 |
| Type I . . . . . . . . . . . . . . . . . . . | 1.2, 3.5, 3.5.5.1 | 1, 4, 7 |
| Type II . . . . . . . . . . . . . . . . . . . | 1.2, 3.5, 3.5.5.2 | 1, 4, 7 |
| Type IIS . . . . . . . . . . . . . . . . . . | 1.2, 3.5, 3.5.5.2 | 1, 4, 7 |
| Type IIX . . . . . . . . . . . . . . . . . . | 1.2, 3.5, 3.5.5.2 | 1, 4, 7 |
| Type III . . . . . . . . . . . . . . . . . . | 1.2, 3.6 | 1, 22 |
| Technical manuals, shipped . . . . . . . . . . . | 5.1.2 | 40 |
| Temporary changes. . . . . . . . . . . . . . . . | 3.10.2 | 33 |
| Test data. . . . . . . . . . . . . . . . . . . . | 3.5.10.9.2, 3.5.10.9.3, 3.6.1 | 21, 22 |
| Test equipment . . . . . . . . . . . . . . . . . | 3.5.3.5, 3.5.3.6, 3.6.2.5 | 5, 23 |
| Test operation . . . . . . . . . . . . . . . . . | 3.6.5.2.3 | 25 |

Provided by IHS
No reproduction or networking permitted without license from IHS

0520

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:40:12 GMT

▬ ■ 9999906 2100108 365 ■

MIL-M-15071G(NAVY)

|  | Paragraph | Page |
|---|---|---|
| Test parameters . . . . . . . . . . . . . . . . . . . . | 3.5.3.6 | 5 |
| Test procedures . . . . . . . . . . . . . . . . . . . | 3.5.10.9.2, 3.5.10.9.3, 3.6.7.3, 3.6.10.11.1 | 21, 27, 30 |
| Test program . . . . . . . . . . . . . . . . . . . . . | 3.5.7.2.11.1 | 15 |
| Tests, active system. . . . . . . . . . . . . . . . | 3.6.10.6 | 29 |
| Tests initial turn-on. . . . . . . . . . . . . . . . . | 3.6.10.10 | 29 |
| Tests, installation verification. . . . . . . . . . | 3.6.10.11 | 29 |
| Tests, performance. . . . . . . . . . . . . . . . . . | 3.5.6.2, 3.5.6.4 | 9, 10 |
| Tests, scheduled. . . . . . . . . . . . . . . . . . . | 3.5.6.2, 3.5.6.4 | 9, 10 |
| Text. . . . . . . . . . . . . . . . . . . . . . . . . . | 3.3, 3.3.1, 3.13.4 | 2, 3, 36 |
| Text outline. . . . . . . . . . . . . . . . . . . . . | 3.13.1 | 36 |
| Text page . . . . . . . . . . . . . . . . . . . . . . | 3.8.3 | 32 |
| Text references . . . . . . . . . . . . . . . . . . . | 3.7.4.2 | 30 |
| Timing circuit diagrams . . . . . . . . . . . . . . | 3.5.7.2.6 | 15 |
| Title page. . . . . . . . . . . . . . . . . . . . . . | 3.4.2.1.1, 3.10.2, 3.10.3 | 3, 33, 34 |
| Tolerances . . . . . . . . . . . . . . . . . . . . . | 3.5.10.9 | 20 |
| Tools . . . . . . . . . . . . . . . . . . . . . . . . . | 3.5.3.5, 3.5.6.3, 3.5.10.4, 3.6.2.5 | 5, 9, 20, 23 |
| Troubleshooting . . . . . . . . . . . . . . . . . . . | 3.5.7 | 11 |
| Troubleshooting chart . . . . . . . . . . . . . . . | 3.5.7, 3.5.7.2.1 | 11, 12 |
| Troubleshooting dependency diagrams . . . . . . | 3.5.7.2.1.4, 3.5.7.2.12 | 12, 15 |
| Troubleshooting diagrams. . . . . . . . . . . . . . | 3.6.10.11.1 | 30 |
| Troubleshooting functional dependency diagram . . . . | 3.5.7.2.12.1 | 15 |
| Troubleshooting guides. . . . . . . . . . . . . . . | 3.5.7.1 | 11 |
| Troubleshooting index . . . . . . . . . . . . . . . | 3.5.7.2.1.1 | 12 |
| Troubleshooting maintenance dependency. . . . . . . | 3.5.7.2.12.3, 3.6.8.3 | 16, 27 |
| Troubleshooting procedures. . . . . . . . . . . . . | 3.5.7.2.2 | 12 |
| Troubleshooting references. . . . . . . . . . . . . | 3.5.6.4 | 10 |
| Turn-on procedures. . . . . . . . . . . . . . . . . . | 3.5.7.2.1.4 | 12 |
| Turn-on tests . . . . . . . . . . . . . . . . . . . . | 3.6.10.8 | 29 |
| Type I manuals. . . . . . . . . . . . . . . . . . . . | 1.2, 3.5, 3.5.5.1 | 1, 4, 7 |
| Type II manuals . . . . . . . . . . . . . . . . . . . | 1.2, 3.5, 3.5.5.2 | 1, 4, 7 |
| Type IIS manuals . . . . . . . . . . . . . . . . . . | 1.2, 3.5, 3.5.5.2 | 1, 4, 7 |
| Type IIX manuals. . . . . . . . . . . . . . . . . . . | 1.2, 3.5, 3.5.5.2 | 1, 4, 7 |
| Type III manuals. . . . . . . . . . . . . . . . . . . | 1.2, 3.6 | 1, 22 |
| Typography. . . . . . . . . . . . . . . . . . . . . . | 3.8.1, 3.8.6.1 | 31, 32 |
| Unit. . . . . . . . . . . . . . . . . . . . . . . . . . | 6.5.19 | 43 |
| Unpacking . . . . . . . . . . . . . . . . . . . . . . | 3.5.10.5 | 20 |
| Updated revision. . . . . . . . . . . . . . . . . . . | 3.4.1.5.1 | 3 |
| User activity comment sheet . . . . . . . . . . . . | 3.4.6 | 4 |
| Utilities list. . . . . . . . . . . . . . . . . . . . | 3.6.10.1 | 28 |
| Validation. . . . . . . . . . . . . . . . . . . . . . | 3.14, 6.5.20 | 37, 43 |
| Verification. . . . . . . . . . . . . . . . . . . . . | 6.5.21 | 43 |
| Verification test . . . . . . . . . . . . . . . . . . | 3.5.10.9.3, 3.6.10.8, 3.6.10.11 | 21, 29 |
| Volumes . . . . . . . . . . . . . . . . . . . . . . . | 3.7.2 | 30 |
| Warnings. . . . . . . . . . . . . . . . . . . . . . . | 3.5.4.3.1 | 6 |
| Watch condition . . . . . . . . . . . . . . . . . . . | 3.6.4.1.1 | 24 |
| Wave forms. . . . . . . . . . . . . . . . . . . . . . | 3.5.5.2.1 | 7 |
| Weight and volume . . . . . . . . . . . . . . . . . . | 3.5.3.5 | 5 |
| Workmanship . . . . . . . . . . . . . . . . . . . . . | 3.14 | 37 |
| Zones . . . . . . . . . . . . . . . . . . . . . . . . . | 3.7.4.6 | 31 |
| Zoning on diagrams . . . . . . . . . . . . . . . . . | 3.7.4.5 | 31 |

Provided by IHS . i21
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:40:12 GMT

Exhibit 9



UNIFORM LABELING PROGRAM - NAVY
9/24/86



DEPARTMENT OF THE NAVY
Office of the Secretary
Washington 25, D. C.

SECNAV INSTRUCTION 5100.7

From:  Secretary of the Navy
To:    Chief of Naval Material
       Chief of Naval Operations
       Chief of Naval Personnel
       Chief of Naval Research
       Chief, Bureau of Aeronautics
       Chief, Bureau of Medicine and Surgery
       Chief, Bureau of Ordnance
       Chief, Bureau of Ships
       Chief, Bureau of Supplies and Accounts
       Chief, Bureau of Yards and Docks
       Commandant, U. S. Marine Corps
       Commander, Military Sea Transportation Service

Subj:  Uniform labeling program for hazardous industrial chemicals
       and materials

Encl:  (1)  Markings and Designs of Labels
       (2)  Tentative Label Classification Guide
       (3)  Elements of a Labeling Program

1.  Purpose.  The purpose of this Instruction is to standardize
on labeling requirements for hazardous chemical products during
the usage stage, and to provide selective labels which will con-
tain pertinent information designed to warn users of the poten-
tial dangers involved.

2.  Scope.  This Instruction applies to the labeling of all
hazardous materials throughout the Naval Establishment wherever
distribution of hazardous chemicals and materials is made to the
actual consumer (shop, office, or unit).  It applies to materials
received from any supply source, provided the material is intended
for ultimate use at the local activity.  In this regard it refers
to labeling of the original container as well as any other con-
tainer to which the material may subsequently be transferred.
This Instruction is not intended to apply to labels on the manufacturer's
(This is covered by State and Federal Laws and regulations
depending on the nature of the material and whether the shipment
is interstate or intrastate.  In addition, most major manufacturers
of chemicals abide by the "Warning Labels Guide" published by the
Manufacturing Chemists' Association.)



UNIFORM LABELING PROGRAM - NAVY
9/24/86



DEPARTMENT OF THE NAVY
Office of the Secretary
Washington 25, D. C.

SECNAV 5100/—
INS20-4731-chr
24 September 1956

SECNAV INSTRUCTION 5100.

From:   Secretary of the Navy
To:     Chief of Naval Material
        Chief of Naval Operations
        Chief of Naval Personnel
        Chief of Naval Research
        Chief, Bureau of Aeronautics
        Chief, Bureau of Medicine and Surgery
        Chief, Bureau of Ordnance
        Chief, Bureau of Ships
        Chief, Bureau of Supplies and Accounts
        Chief, Bureau of Yards and Docks
        Commandant, U. S. Marine Corps
        Commander, Military Sea Transportation Service

Subj:   Uniform labeling program for hazardous industrial chemicals
        and materials

Encl:   (1)  Markings and Designs of Labels
        (2)  Tentative Label Classification Guide
        (3)  Elements of a Labeling Program

1.  Purpose.  The purpose of this Instruction is to standardize
on labeling requirements for hazardous chemical products during
the various stages, and to provide selective labels which will con-
tain pertinent information designed to warn users of the poten-
tial dangers involved.

2.  Scope.  This Instruction applies to the labeling of all
hazardous materials throughout the Naval Establishment wherever
distribution of hazardous chemicals and materials is made to the
actual consumer (shop, office, or unit).  It applies to materials
received from any supply source, provided the material is intended
for ultimate use at the local activity.  In this regard it refers
to labeling of the original container as well as any other con-
tainer to which the material may subsequently be transferred.

... The type of labels to be affixed by the manufacturer.
(These are governed by State and Federal laws and regulations
depending on the nature of the material and whether the shipment
is interstate or intrastate.  In addition, most major manufacturers
of chemicals abide by the "Warning Labels Guide" published by the
Manufacturing Chemists' Association.)

SECNAVINST 5100.1                                    OFFICE OF THE SECRETARY
21 September 1956

b.  The type of labels to be affixed to containers of chemicals
or drugs used, or dispensed, by medical department pharmacies.

c.  Those chemicals used by clinical or chemical laboratories,
where small quantities of the chemicals are to be used as reagents
by trained personnel who are familiar with the potential hazards
involved.  (The excepted laboratories will be those designated by
the various bureaus, offices, and Marine Corps.)

d.  The labeling of explosives, gasolines, and fuels, and
compressed gases.  (These are adequately covered by current
instructions.)

3.  Background.  The rapid development of new chemical products
and the introduction of new chemical processes make it mandatory
that precautionary measures be taken during the handling of toxic
and dangerous chemicals.  Warning labels affixed to containers of
hazardous chemicals are one of the most practical means of accom-
plishing this objective.  This Instruction is based on a composite
of the procedures recommended by the Manufacturing Chemists' Asso-
ciation, the International Labor Organization, the American Con-
ference of Governmental Industrial Hygienists, the Atomic Energy
Commission, and the labeling programs presently in effect at the
Naval Gun Factory, the Alameda Naval Air Station, and the Mare
Island Naval Shipyard.

4.  Action

a.  Navy Department Standardization Office.  The Navy Department
Standardization Office shall effect the assignment of a limited
coordination military (Navy) project in connection with this
Instruction to standardize the printed labels in respect to quality
of paper, size, color, shape, insignia, wording, and design; quality
of the inks, specifications for inks (including colors of inks);
and other related matters.  Enclosure (1) summarizes the markings
and designs for labels agreed upon by representatives of the bureaus
and offices.

b.  Bureau of Supplies and Accounts.  The Bureau of Supplies
and Accounts shall initiate procedures to have the necessary labels
stocked as General Stores items for use by all naval activities.

c.  The Technical Bureaus.  The classification of hazardous
chemicals and materials shall be accomplished through the joint
efforts of the technical bureaus in that each Bureau shall be
responsible for passing on those aspects, of any single item, which
fall within its technical purview.

16

2



OFFICE OF THE SECRETARY

SECNAVINST 5100.?
25 September 1956

d. Safety Precautions Board. The Safety Precautions Board shall:

(1) Publish a Safety Precautions (SECNAV 76-??) a Final Classification Guide listing the classification of hazardous chemicals and materials currently in use as determined by the appropriate technical bureau or office.

(2) Revise the Final Classification Guide in accordance with information necessarily provided by the responsible technical bureaus and offices relative to the use of new chemicals and proprietary materials, deletions, and changes in classifications.

e. Bureaus, Offices, and Marine Corps. The bureaus, offices, and Marine Corps, shall initiate implementing instructions for use by activities under their management control upon completion of action required by paragraphs 4a, 4b, and 4c(1), above. Enclosure (3) is an outline of the "Elements of a Labeling Program" for guidance.

P. N. Fyler
R. E. FYLER
Senior Board of the Navy District



Enclosure (1)

5100.8
SECNAVINST 5100.8
24 September 1956

**Markings and Borders of Labels**

| Class | Background | Color of Symbol | Shape of Symbol | Symbols |
|---|---|---|---|---|
| I. Fire Hazard | Blue | Red | Rectangle | Flame |
| II. Acute and Slow Hazard | Orange | Black | Square | Flame and skull |
| III. Hazard | Gray (dirty white) | Orange | Circle | Skull |
| IV. Poisonous | Yellow | Red | Hexagon | Skull and crossbones |
| V. Corrosion | White | Black | Diamond | Hand |
| VI. Radiation Hazard | Yellow | Purple | Square | Large 3-bladed propeller |

All labels shall be of two sizes thus 2, sixteen square and 4 inches square.

Enclosure (1)

Enclosure (2)

SECNAVINST 5100.?
24 September 1956

## Tentative Label Classification Guide
### August 1956

1.  This label classification guide is to be used with the labeling procedure for hazardous chemicals and materials. It indicates the proper labels to be affixed on hazardous items in Federal Supply Classification Groups 34, 42, 59, 68, 67, 68, 75, 79, 80, and 95 with miscellaneous 8, 9, and 3 cognizance items.

2.  This guide is composed of the following sections:

    (a)  INDEX.  Listed in Federal-Stock-Number sequence with cross reference to former Navy-Stock-Number, page where listed, and applicable label assigned.

    (b)  ALPHABETIC LISTING.

    (c)  APPENDIX.  Listed in former Navy-Stock-Number sequence with cross reference to Federal-Stock-Number, page where listed, and applicable label assigned.  The appendix is furnished as an additional conversion aid.

Enclosure (2)

















SECNAVINST 4250.9
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| G 6850-290-3861 | 051-C-1567-48 | 14 | III |
| -3863 | -1569-485 | 14 | II |
| -8101 | 051-A-90-1250 | 13 | V |
| G 3510-249-8017 | 051-G-1328 | 14 | III |
| G 7510-272-9800 | 051-D-437 | 16 | II |
| G 7930-129-8007 | 051-C-1614-955 | 14 | V |
| G 7930-231-2998 | 051-B-1730 | 24 | V |
| -2999 | -1732 | 24 | V |
| -3000 | -1734 | 24 | V |
| G 7930-252-0989 | -4740 | 19/25 | IV |
| G 7930-261-4929 | 051-C-1569-30 | 14 | V |
| G 8010-160-5787 | 052-F-520 | 26 | II |
| -5792 | -500 | 26 | II |
| W 8010-160-5794 | | 26 | II |
| -5795 | | 26 | II |
| G 8010-160-5800 | 052-R-430 | 23 | III |
| -5832 | 052-Y-3060 | 27 | I |
| -5856 | -315 | 26 | I |
| G 8010-161-5718 | 052-F-20483 | 23 | II |
| -7278 | 052-Y-2310 | 27 | I |
| -7419 | 052-F-20630-2 | 23 | II |
| -7424 | 052-Y-1415-75 | 27 | I |
| -7425 | 052-F-20480 | 23 | II |
| G 8010-165-4404 | 052-Y-1415 | 27 | I |
| -4420 | -1410 | 27 | I |
| -4422 | 052-S-2260 | 25 | I |
| -4423 | -2920 | 25 | I |
| -4424 | -2755 | 25 | I |
| -4425 | -2760 | 25 | I |
| -4426 | -2600 | 25 | I |
| -4428 | -2355 | 25 | I |

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| G 8010-165-4429 | 052-S-2360 | 25 | I |
| -4430 | -1730 | 25 | I |
| -4432 | 052-Y-3062 | 27 | I |
| -4447 | 052-R-415 | 23 | III |
| -4761 | 052-Y-1900 | 27 | I |
| -4762 | -2175-10 | 27 | I |
| -4763 | -2600 | 18 | II |
| -4765 | -2200 | 27 | I |
| -4780 | 052-D-511 | 16 | II |
| -4781 | -55 | 16 | II |
| -4784 | -560 | 16 | II |
| -4786 | 052-L-1200 | 15 | III |
| -4788 | 052-D-513-55 | 16 | II |
| -4792 | -512 | 16 | II |
| -4793 | -55 | 16 | II |
| N 8010-165-5583 | | 26 | II |
| G 8010-165-5584 | 052-F-455 | 26 | II |
| -5585 | -507-5 | 26 | II |
| -6073 | 052-Y-2375 | 27 | I |
| -6111 | 052-L-965 | 14 | II |
| -6113 | -970-30 | 18 | II |
| -6116 | -1005-255 | 14 | II |
| -6121 | -976-177 | 18 | II |
| -6123 | -957-55 | 18 | II |
| -6124 | -989 | 18 | II |
| -6126 | -999 | 18 | II |
| -6127 | -984-315 | 18 | II |
| -6128 | -984-330 | 18 | II |
| -6130 | -976-765 | 18 | II |
| -6132 | -954-960 | 18 | II |
| -6135 | -976-80 | 18 | II |

Alphabetic Listing    RESTRICTED  
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| ABRASIVE | | |
| Polishing Compound | G 5350-184-5834 | III |
| | -4827 | III |
| | -4838 | III |
| | -4839 | III |
| | -492-0774 | III |
| Vapor Blast | -184-5256 | III |
| | -5257 | III |
| | -5858 | III |
| | | |
| ACETONE | | |
| Technical | G 6810-184-4775 | I |
| | -4776 | I |
| | -273-3735 | I |
| | | |
| ACID | | |
| Acetic, glacial, technical | G 6810-275-3275 | V |
| Chromic | | |
| (Chromium Trioxide Technical) | -174-1018 | IAV |
| | -261-3735 | IAV |
| | -3939 | IAV |
| Hydrochloric, Technical | -222-9645 | V |
| (Muriatic) | -9650 | V |
| | -9651 | V |
| | -435-2222 | V |
| | -2555 | V |
| | -3571 | V |
| Hydrofluoric, Technical | -222-9655 | IAV |
| Nitric, Technical | -274-5800 | IAV |
| | -5803 | IAV |
| Oxalic, Dihydrate, technical | -261-3277 | IV |
| Phosphoric, Ortho, technical | -435-2227 | V |
| | -261-6722 | V |
| Sulfuric, technical | -184-7826 | IAV |
| | -351-2097 | IAV |
| | -4005 | IAV |
| | -261-6723 | IAV |
| | -6724 | IAV |
| | -6725 | IAV |
| | -6726 | IAV |
| | -290-3636 | IAV |

Alphabetic Listing          11          Enclosure (2)

5100.8

SECNAVINST 5100.8
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **ADHESIVE** | | |
| Assembly gluing of laminates | G 8040-273-3702 | III |
| | -3703 | III |
| | -286-3571 | III |
| Emergency Material | -273-8715 | II |
| Cotton Frentico Cloth | -286-7166 | I |
| Diving Outfit | -1430 | XXIV |
| Dusk, Leather, Duck-M and Plastics | -273-4697 | II |
| Fibrous Glass Installation | -3705 | I |
| | -3707 | I |
| | -3708 | I |
| | -3709 | I |
| | -3710 | I |
| | -3711 | I |
| Mastic floor covering to cement | -286-3625 | I |
| Neoprene Covered Cloth | -470-7313 | II |
| Photographers and Artists | -286-3429 | XXIV |
| Rubber Emergency Repair | -7627 | XXIV |
| Synthetic | | |
| Rubber to Rubber | -7633 | III |
| Rubber to Steel | -273-8716 | II |
| | -3737 | II |
| **ADHESIVE, solution** | G 8010-281-7469 | XXIV |
| **ALCOHOL** | | |
| n-Butyl technical | -6928 | II |
| Denatured | -222-4373 | I |
| | -237L | I |
| Ethyl, technical | -286-6848 | I |
| | -290-3260 | I |
| Methanol, technical (Methyl) | -273-5010 | XXIV |
| | -6011 | XXIV |
| **AMMONIUM** | | |
| Bichromate | | |
| Photographic | G 6750-371-3169 | XXIV |
| Phosphoric acid | G 6850-282-9698 | V |
| Hydroxide | | |
| Aqua Ammonia | G 6810-222-9610 | V |
| | -330-3926 | V |
| | -416-5672 | V |
| Technical | | |
| Lithographic | -281-3020 | V |

Enclosure (2)      12      Alphabetic Listing

5100.8

SECNAVINST 5100.9
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **AMMONIUM (Cont.)** | | |
| Reagent ........ | G 6810-243-4436 | V |
| Nitrate Technical | E 51-4-2390 | V |
| | G 6810-174-4519 | I |
| **ASPHALTUM lithographic** | G 6850-281-8793 | IX |
| **BARIUM HYDROXIDE OCTAHYDRATE technical** | G 6810-236-5677 | III |
| **BENZENE technical (Benzol)** | W 6810-254-5472 | XXIV |
| | -281-2764 | XXIV |
| **CALCIUM** | | |
| Carbide technical | G 6810-230-3925 | I |
| | -3926 | I |
| | -3927 | I |
| | -230-3933 | I |
| Hydroxide technical | -171-1820 | V |
| Hypochlorite technical | -238-8115 | XXV |
| | -285-0471 | XXV |
| | -2022 | XXV |
| Phosphide, technical | -236-5478 | II |
| **CARBON** | | |
| Dioxide Absorption Fluid | E 6810-285-7066 | V |
| Dioxide Absorption Shells | G 6850-290-8181 | V |
| Tetrachloride, technical | G 6810-145-4792 | XII |
| | -191-3944 | XII |
| | -223-8723 | XII |
| | -281-2003 | XII |
| **CEMENT** | | |
| Electronic equipment | N52-C-1118 | II |
| Fill | G 8010-254-6941 | II |
| Leather Belt | -281-8723 | I |
| Liquid | | |
| Form "A" gasket | N52-C-484-955 | II |
| Gasket | -466-51 | II |
| | -525 | II |
| General purpose | -64-809 | II |
| Rubber gasket | -1141-675 | II |
| Plastikon | -1553-50 | I |

Alphabetic Listing        13        Enclosure (2)

5100.8

SECNAVINST 6860.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| AMMONIUM (Cont.) | | |
| Reagent | G 6810-243-4436 | V |
| | E 51-4-3190 | V |
| Nitrate Technical | O 6810-110-4619 | X |
| ASPHALTUM lithographic | O 6850-281-3793 | IX |
| -B- | | |
| BARIUM HYDROXIDE OCTAHYDRATE technical | O 6810-236-5617 | III |
| BENZENE technical (Benzol) | V 6810-216-6472 | XIV |
| | -281-8764 | XIV |
| -C- | | |
| CALCIUM | | |
| Carbide technical | O 6810-230-1935 | X |
| | -1936 | X |
| | -3937 | X |
| | -230-1938 | X |
| Hydroxide technical | -171-1820 | V |
| Hypochlorite technical | -236-8115 | XIV |
| | -255-0471 | XIV |
| | -5672 | XIV |
| Phosphide, technical | -236-5678 | II |
| CARBON | | |
| Dioxide Absorption Fluid | G 6810-285-7086 | V |
| Dioxide Absorption Shells | O 6850-290-5101 | V |
| Tetrachloride, technical | O 6810-181-4799 | III |
| | -192-3904 | III |
| | -223-8713 | III |
| | -281-8203 | III |
| CEMENT | | |
| Electronic equipment | N52-C-1110 | II |
| Film | G 8040-255-5341 | II |
| Leather Belt | -281-3713 | X |
| Liquid | | |
| Form "A" gasket | N52-C-441-163 | II |
| Gasket | -165 | II |
| | -205 | II |
| General purpose | -64-509 | II |
| Rubber gasket | -1142-675 | II |
| Plastikon | -1553-50 | X |

Alphabetic Listing          13          Enclosure (2)

5100 3

SECNAVINST 4860.-3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| CHARGES Fire Extinguisher | G 4210-223-9882 | III |
| | -289-1540 | V |
| CHLOROFORM | G 6810-264-6707 | III |
| CHROME CAKE | G 5350-193-7228 | III |
| | -7225 | III |
| CLEANERS | | |
| Electrolytic Metal | G 6850-285-4314 | V |
| Instrument-Watch Solution | -270-6858 | I |
| Rifle Bore Liquid | -285-4314 | V |
| Scouring, Powder | G 7930-129-0607 | V |
| Silicate-Soap Metal | G 6850-269-9817 | V |
| Toilet Bowl | G 7930-287-4929 | V |
| Type | G 7510-248-8017 | III |
| COATINGS | | |
| Bituminous | | |
| Emulsion for Ballast Tanks | G 8030-161-5714 | III |
| | -281-4277 | III |
| Metal | -275-8121 | V |
| | -8122 | V |
| Waterproof for Wood | -286-3976 | II |
| Plastic | | |
| Acrylic, Protective | G 8010-290-6159 | II |
| Spray type, Strippable | G 8030-166-2806 | II |
| | -275-8093 | II |
| | -8094 | II |
| | -286-3975 | II |
| Sealer, Underbody | -271-1833 | I |
| | -1834 | I |
| COMPOUND | | |
| Abrasive polishing | G 5350-184-5826 | III |
| | -5827 | III |
| | -5828 | III |
| | -5829 | III |
| | -193-9776 | III |
| Antifreeze | G 6850-285-4757 | III |
| Bakopan glazing (Grease substitute) | -274-5420 | I |
| Boiler, Liquid | -290-3863 | II |
| Carbon removing | -281-3042 | III |
| | -3043 | III |
| | -3044 | III |
| | -286-7306 | III |
| | -290-3861 | III |

5700-8
MECHAVDET-4060-3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **COMPOUND (Cont.)** | | |
| Caulking | | |
| Wooden Hull seam | G 8030-221-2743 | I |
| Metal enclosures | -205-2705 | II |
| Corrosion Preventative | -251-5049 | I |
| Non Oxidizing | W 8030-153-1250 | III |
| | -1251 | III |
| Thin film, | | |
| Hard film | -214-1299 | II |
| | -4100 | II |
| | -1302 | II |
| | -1295 | II |
| Soft film | -1297 | II |
| | -1298 | II |
| Water displacing soft film | -1293 | II |
| | -1254 | II |
| | -1296 | II |
| Corrosion Removing | G 6850-275-1219 | V |
| Cyanide, Heat treating | G 681-1-265-3760 | IV |
| | -3701 | IV |
| Glyptal | 152-C-1097-25 | IV |
| Insulating, Electrical | G 5970-895-7131 | V |
| Preservation | | |
| Hard film | W 8030-231-9578 | I |
| | -211-8347 | I |
| Soft film | -244-1301 | I |
| Preservative | | |
| Canvas | G 8030-201-2347 | XX |
| Cotton Cloth | -2720 | II |
| | -2721 | II |
| Rust Arresting Temporary | -231-2354 | I |
| | -178-3842 | I |
| Sandblast Antirust Powder | G 6850-221-6242 | III |
| Sealing | | |
| Aerosol-type plastic | G 8030-254-3637 | II |
| Linoleum seam | -169-7926 | III |
| Polymer-Powder | -201-1292 | III |
| Oil stop | -1616 | III |
| Oil and water stop | -3617 | III |
| Smoothing Cement | G 8010-227-3698 | I |
| Vapor barrier | G 4030-174-2588 | II |
| | -2589 | II |
| **CUPROUS CYANIDE TECHNICAL** | G 6810-236-5481 | IV |

Alphabetic Listing          15          Enclosure (2)

5703-8

SHIPMENT ????
24 September 1956                           -2-

| Description | Stock No. | Label |
|---|---|---|
| **DRYER** | | |
| Cobalt Naphthenate | G 8010-185-4760 | II |
| | -4761 | II |
| Lead and Manganese | -4764 | II |
| Lead and Manganese | -4768 | II |
| Manganese Linoleate | -4765 | II |
| Manganese Naphthenate | -4766 | II |
| | | |
| DUPLICATING FLUID (Direct Process) | G 7510-272-5800 | II |

-3-

**ENAMEL**

Note: All Enamels will bear Label No. X
except those in the following categories:

| Chlorinated Rubber-based | G 8010-255-8095 | II |
|---|---|---|
| | -7320 | II |
| | -7321 | II |
| | -256-7530 | II |
| | -7531 | II |
| | -7533 | II |
| | -7540 | II |
| | -7541 | II |
| | -9061 | II |
| | -9069 | II |
| | -9070 | II |
| | -270-5868 | II |
| | -8869 | II |
| | -8870 | II |
| | -8871 | II |
| | -8872 | II |
| | -8873 | II |
| | -8874 | II |

| Semigloss for drums and metals | | |
| Black | -6647 | II |
| Olive-drab | -6648 | II |

-7-

**FILLER WOOD**
| Paste | G 8010-243-0963 | I |
| Plastic | -252-9172 | I |

Enclosure (2)                 16                 Alphabetic Listing

SECNAVINST 4110.3
24 September 1954

| Description | Stock No. | Label |
|---|---|---|
| FILTER AIDS (Diatomaceous Silica) | | |
| Chemically treated | O 9330-290-9069 | III |
| Untreated | -264-0918 | III |
| FIRE EXTINGUISHER CHARGES | | |
| Anti-freeze | O 4210-223-9682 | III |
| Liquid | -9586 | III |
| | -9687 | III |
| | -9673 | III |
| Soda Acid | -289-1540 | V |
| FLUX WELDING | | |
| Aluminum and Aluminum Alloy | O 3432-255-4574 | III |
| | -4575 | III |
| | -4576 | III |
| FORMALDEHYDE SOLUTION NF | | |
| Paint Ingredient | O 6810-291-8391 | IV |
| | -8392 | IV |
| Photographic | O 6505-274-6732 | IV |
| | -299-3415 | IV |
| GOLD SIZE (Varnish) | O 8010-290-6605 | II |
| HYDROGEN PEROXIDE | | |
| Technical (30%) | O 6810-282-9703 | IAV |
| INDICATORS | | |
| Corrosion Control | O 6820-243-0513 | I |
| INHIBITOR, PICKLING CHEMICAL | | |
| Foaming liquid | O 6850-255-0438 | V |
| Non-foaming liquid | -0440 | V |
| INSECTICIDES | | |
| Chlordane | | |
| Concentrate | O 6840-270-8263 | II |
| Solution (2%) | -252-0530 | II |
| DDT | | |
| Dusting Powder | | |
| Delousing | O 6840-274-5415 | III |

Alphabetic Listing          17          Enclosure (2)

5-100-4

AIRNAVTIST 4060-1
21 September 1950

| Description | Stock No. | Label |
|---|---|---|
| **INSECTICIDES (Cont.)** | | |
| Insect | G 6810-210-2540 | III |
| | -232-3002 | III |
| Emulsion Concentrate | -244-8412 | III |
| and Lindane | -225-4507 | IV |
| Powder | | |
| Concentrate | -248-1221 | III |
| | -1422 | III |
| Water Dispersible (75% DDT) | -264-4602 | III |
| Solution | | |
| Airplane spray and fog | -251-3442 | III |
| Shore use only | -174-1810 | II |
| Spray | -261-1990 | III |
| | -226-8147 | XXX |
| Dieldrin | -261-7043 | IAIV |
| Lead Arsenate | -222-4395 | IV |
| Lime Sulfate | -227-3224 | III |
| Lindane | -252-3000 | IAIV |
| Nicotine Sulfate Solution | -264-4493 | IV |
| Sodium-arsenic Solution | -251-8073 | IV |
| Sodium Fluoride | -260-4113 | IV |
| **LACQUER** | | |
| Brushing | | |
| Battery Deck Canvas Covers | G 8010-165-1749 | |
| Copper and Brass | -165-1688 | II |
| | -1689 | II |
| Spraying | | |
| Acid Resisting | -3709 | II |
| | -290-6198 | II |
| General Purpose | | |
| Clear | -165-6111 | II |
| Pigmented | -6113 | II |
| | -6116 | II |
| | -6121 | II |
| | -6123 | II |
| | -6124 | II |
| | -6126 | II |
| | -6127 | II |
| | -6128 | II |
| | -6130 | II |
| | -6133 | II |
| | -6135 | II |
| | -6136 | II |
| | -6137 | II |

21

Enclosure (2)                    18                    Alphabetic Listing

SECNAVINST 6060.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| LACQUER (Cont.) | | |
| Pigmented (Cont.) | G 8010-165-6139 | II |
| | -6140 | II |
| | -6141 | II |
| | -160-3046 | III |
| | -171-1924 | II |
| | -257-5363 | II |
| LAUNDRY SOUR | G 7930-252-0549 | IV |
| LEAD ACETATE | G 6810-264-6353 | III |
| LIME CHLORINATED | -242-4958 | IAV |
| | -255-0471 | IAV |
| | -0476 | IAV |
| | -281-4240 | ILV |
| MERCURY | G 6810-285-3434 | III |
| | -3450 | III |
| | -270-0017 | III |
| | -0018 | III |
| | N 51-M-327 | III |
| NAPHTHA | | |
| Aromatic, Petroleum | V 6810-254-7457 | II |
| | -7458 | IV |
| | -7459 | III |
| | -1307 | II |
| | -1309 | II |
| | -1310 | II |
| | -1311 | II |
| Petroleum Precipitation | -238-7702 | I |
| NAPHTHALENE | G 6810-270-6218 | III |
| | -264-9062 | III |
| NICKEL | | |
| Ammonium Sulfate | G 6810-274-1524 | III |
| | -1515 | III |
| Chloride | -236-5449 | III |
| Sulfate | | |

Alphabetic Listing                19                Enclosure (2)

5700.8

SECNAVINST 6640.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| LACQUER (Cont.) | | |
| Pigmentated (Cont.) | G 8010-165-6239 | II |
| | -6310 | II |
| | -6311 | II |
| | -166-7035 | II |
| | -171-1506 | II |
| | -457-6303 | II |
| LAUNDRY SOUR | G 7930-052-0509 | IV |
| LEAD ACETATE | G 6810-245-4323 | III |
| LIME CHLORINATED | -246-1768 | IAW |
| | -255-0474 | IAW |
| | -6476 | IAW |
| | -281-3247 | IAW |
| MERCURY | G 6810-285-3434 | III |
| | -3450 | III |
| | -290-0017 | III |
| | -0006 | III |
| H 51-M-527 | | III |
| NAPHTHA | | |
| Aromatic, Petroleum | W 6810-244-7637 | II |
| | -7638 | IV |
| | -7639 | III |
| Coal tar | -1207 | II |
| | -1208 | II |
| | -1209 | II |
| | -1210 | II |
| | -1211 | II |
| Petroleum Precipitation | -230-7705 | I |
| NAPHTHALENE | G 6810-270-6218 | III |
| | -281-9051 | III |
| NICKEL | | |
| Ammonium Sulfate | G 6810-271-1874 | III |
| Chloride | -3815 | III |
| Sulfate | -236-6459 | III |

Alphabetic Listing                    19                    Enclosure (2)

5110.8

NAVSHIPS 250-3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| MIXER CAKE | G 6810-370-9984 | V |
| | -9985 | V |
| | -0- | |
| OFFSET MASTER SOLUTION | G 6850-285-8004 | V |
| | -P- | |

**PAINT**

NOTE: All Paints will bear Label No. I except those in the XXXXXXXX categories

| | | |
|---|---|---|
| Anti-fouling | | |
| Cold plastic | G 8010-290-2603 | II |
| | -291-5286 | II |
| | -5287 | II |
| Hot plastic shipbottom | -285-1601 | II |
| Natural Rubber | -285-0177 | II |
| Vinyl | -290-4247 | II |
| | -4652 | II |
| | -4646 | II |
| Anti-sweat Fire-Retardant | | |
| Exterior | | |
| Alkyd, Hospital ship | -283-4396 | II |
| Alkyd, Naval Shipboard Use | -813-2356 | II |
| Full Gloss, General Purpose | -290-4049 | II |
| | -4050 | II |
| | -4643 | II |
| | -4644 | II |
| Shore Use, Exterior | -271-1050 | III |
| | -1051 | III |
| Full Gloss, Shore Use | -285-8190 | II |
| Phenolic, Submarine use | -5343 | II |
| | -5344 | II |
| Rubber, Solvent type | -291-1062 | II |
| | -1063 | II |
| | -1064 | II |
| | -1065 | II |
| | -1066 | II |
| | -1069 | II |
| Semi-gloss, Shore use | -285-8191 | II |
| | -8192 | II |
| Vinyl-Alkyd, Chipboard use | -290-5958 | II |
| | -5959 | II |
| | -285-9082 | II |

Enclosure (2)                    20                    Alphabetic Listing

ENCLOSURE (2)
21 September 1956

| Description | Stock No. | Label |
|---|---|---|
| PAINT (Cont.) | | |
| Vinyl-Alkyd, Submarine use | G 8010-285-7013 | II |
| | -7014 | II |
| | -7016 | II |
| | -7019 | II |
| | -6893 | II |
| | -6894 | II |
| Interior, fire-retardant | -286-7611 | II |
| | -7654 | II |
| | -7655 | II |
| | -2071 | II |
| | -290-2875 | II |
| | -2876 | II |
| Stripping | -285-6876 | II |
| | -6898 | II |
| | -6899 | II |
| | -6873 | II |
| Zinc dust | -290-6615 | II |

Note: The following paints require no labeling of any kind:

| | Stock No. | Label |
|---|---|---|
| Water Base Paste | G 8010-282-2621 | Not Req'd |
| | -285-6668 | Not Req'd |
| | -286-0588 | Not Req'd |
| | -0589 | Not Req'd |
| | -0590 | Not Req'd |
| | -0591 | Not Req'd |
| | -0592 | Not Req'd |
| | -0593 | Not Req'd |
| | -0594 | Not Req'd |
| | -0595 | Not Req'd |
| | -0596 | Not Req'd |
| | -0597 | Not Req'd |
| | -0598 | Not Req'd |
| | -0599 | Not Req'd |
| Portland Cement | -286-7721 | Not Req'd |
| | -7722 | Not Req'd |
| White pigment | -290-1669 | Not Req'd |
| PARAFORMALDEHYDE FLAKE | G 6810-285-1322 | III |
| PHENOL, TECHNICAL (Carbolic Acid) | G 6810-171-1812 | IV&V |
| | -1813 | IV&V |

Alphabetic Listing          21          Enclosure (2)

*5700-A*

SECNAVINST 6260-?
21 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **PHOTOGRAPHIC CHEMICALS** | | |
| Deep Etch Lacquer Solution | G 6850-275-5988 | II |
| Deep Etch Shellac Solution | -281-2779 | I |
| Plate Etch Solution | -4162 | V |
| Zinc Plate Deep Etch Solution | -2026 | V |
| | | |
| **PIGMENT** | | |
| Antimony, Oxide Dry | G 8010-264-5723 | III |
| Chrome Green Dry | -281-0508 | III |
| | -247-8719 | III |
| Chrome Green Paste | -4335 | III |
| Chrome Orange Dry | -227-1507 | III |
| Chrome Yellow (Medium) Dry | -244-0702 | III |
| Chromium Oxide Dry | -247-4309 | III |
| Diatomaceous Silica Dry | -4809 | III |
| Litharge Dry | G 6810-264-4310 | III |
| | -4311 | III |
| | -4313 | III |
| Mercuric Oxide, Dry | G 8010-247-4314 | IV |
| Red Lead Grade B Dry | -4315 | III |
| Red Lead Grade C Dry | -227-2504 | III |
| White Lead Basic Carbonate Paste | -247-4351 | IX |
| | -4352 | IX |
| White Lead Basic Carbonate Dry | -8712 | III |
| Zinc Chromate Insoluble Dry | -227-1696 | III |
| Zinc Dust Dry | -247-4321 | III |
| Zinc Yellow (regular) dry | -4324 | III |
| | | |
| **POTASSIUM** | | |
| Cyanide ACS | G 6810-290-3521 | IV |
| Dichromate Technical | | |
| Metal Pickling | -292-0537 | IIIIV |
| Photographic | -281-5717 | IIIIV |
| Ferricyanide Photographic | G 6750-171-5955 | IV |
| Hydroxide | | |
| Lithium Solution (Electrolyte) | G 6850-471-5202 | V |
| Solution (CO2 Absorption) | G 6810-285-7086 | V |
| Technical (Caustic Potash) | -430-3951 | V |
| | -3951 | V |
| | -281-3427 | V |
| Permanganate ACS | G 6505-297-1128 | I |
| | | |
| **PRESERVATION-SOLUTION CONCENTRATE** | | |
| Sonar Sea Chest | G 5030-264-1154 | IV |

5100.8

SECNAVINST 4040.3
21 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **PRIMER** | | |
| Alkyd-Resin Steel | G 5010-165-8538 | II |
| Anti-corrosive Shipbottom | -211-5193 | I |
| | -7454 | I |
| Asphalt | G 5010-165-8532 | II |
| Dark Green Metal | G 5010-164-7051 | II |
| | -7061 | II |
| Exterior Wood | -165-5940 | II |
| Interior Wall Primer-Sealer | -5949 | I |
| | -5970 | I |
| Lacquer-Resisting Synthetic | -298-1137 | II |
| Maintenance Exterior | -165-5973 | II |
| | -5974 | II |
| | -281-7399 | II |
| Pretreatment Coating for Metals | G 5010-165-5977 | IIIW |
| Red Lead - Linseed Oil | G 5010-614-5791 | II |
| | -5792 | II |
| Synthetic Metal and Wood | -161-5713 | II |
| | -7035 | II |
| Undercoat for Wood Decks | -165-5938 | II |
| Vinyl, Red Lead | -290-0373 | II |
| Vinyl, Zinc Chromate | -0371 | II |
| Zinc, Chromate | -161-7419 | II |
| | -165-5937 | II |
| Zinc, Dust-Zinc Oxide | -5960 | II |
| | -5961 | II |
| **PUTTY** | G 8010-243-0952 | III |
| | -0953 | I |
| | -0959 | I |
| | -0958 | III |
| **PYRIDINE TECHNICAL** | G 6810-281-4765 | II |
| **REMOVER** | | |
| Fingerprint | W 5030-252-8300 | I |
| | -8301 | I |
| Paint and Varnish | G 8010-160-6800 | III |
| | -165-1447 | III |
| | -264-8850 | III |
| | -4861 | III |
| **RESIN** | | |
| Solutions | G 6810-281-2036 | I |
| | -2037 | I |

Alphabetic Listing                23                    Enclosure (2)

5750.9

ORDNANCE GROUP
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **WASTE (Cont.)** | | |
| Solutions (Cont.). | G 6810-261-2896 | I |
| | -3714 | II |
| | -3676 | II |
| | G 8010-290-3733 | II |
| | -3732 | II |
| **RODENTICIDES** | | |
| Calcium Cyanide | G 6810-264-6434 | IV |
| Red Squill | -6692 | IV |
| | -281-3058 | IV |
| Sodium Monofluoroacetate | G 6810-174-1457 | IV |
| | G 6810-281-3943 | IV |
| Warfarin | G 6810-264-6419 | IV |
| | -260-1266 | III |
| Zinc Phosphide | -285-7091 | III |

—2—

| Description | Stock No. | Label |
|---|---|---|
| **SHAFT COVERING, RUBBER** | | |
| Brushing Compound and Accelerator | G 8010-291-0966 | II |
| Caulking Compound and Accelerator | -9369 | II |
| Cleaner-Thinner | -0967 | II |
| Priming Cement | -0968 | II |
| Trowling compound and Accelerator | -290-2547 | II |
| **SILICA PULVERIZED** | | |
| High Temperature Silicone | G 8010-247-4374 | III |
| | G 5970-166-1692 | I |
| | -3707 | I |
| | -3406 | I |
| | -3697 | I |
| **SILVER** | | |
| Chloride | G 6810-281-3577 | III |
| Nitrate | -243-1434 | IV |
| **SOAP POWDER** | G 7930-831-2998 | V |
| | -2599 | V |
| | -3000 | V |
| **SODA** | | |
| Ash Powder | G 6810-633-1714 | V |
| | -1715 | V |
| Caustic | -174-6581 | V |
| | -243-1435 | V |
| | -264-7025 | V |
| Lime | -227-1213 | V |
| **SODIUM** | | |
| Arsenite Solution | G 6810-281-9030 | IV |

Enclosure (2)                24                Alphabetic Listing

SECNAVINST 5100.2-
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **SODIUM (Cont.)** | | |
| Bisulfate | G 6810-270-9981 | V |
| | -7940 | V |
| Chromate | -810-2119 | III |
| | -265-0711 | III |
| | -281-2505 | IV |
| Cyanide | -3104 | IV |
| Dichromate | -3088 | IIIV |
| | -290-1170 | IIIV |
| Fluoride | G 6840-242-2123 | IV |
| Hydroxide | G 6810-174-6561 | V |
| | -6552 | V |
| | -810-4112 | V |
| | -264-6973 | V |
| | -281-4040 | V |
| Hypochlorite Solution | -252-7971 | IV |
| | -290-1361 | IV |
| | -252-7972 | IIV |
| Metasilicate | -810-6121 | V |
| Monofluoroacetate | -174-3807 | IVS |
| | -282-4842 | V |
| Nitrate | G 6505-100-4991 | II |
| Perborate | -299-1102 | V |
| Phosphate | G 6810-810-6316 | V |
| **SOLVENT** | | |
| Cleaning, Watch-Instrument | G 6850-270-8378 | I |
| Dry, Cleaning | W 6850-242-6618 | I |
| | -6619 | I |
| | -9020 | I |
| Ketone | | |
| Methyl Ethyl Technical | G 6810-281-2762 | II |
| | -2763 | II |
| Methyl Isobutyl | -2781 | II |
| **SOUR LAUNDRY** | G 7930-252-0589 | IV |
| **STAIN** | | |
| Exterior | G 8010-165-1130 | I |
| Interior | -1422 | I |
| | -1423 | I |
| | -1424 | I |
| | -1125 | I |
| | -1126 | I |
| | -1128 | I |
| | -1129 | I |

Alphabetic Listing                    25                    Enclosure (2)

5700 8

NAVEXOS 4240.3
24 September 1956

-7-

| Description | Stock No. | Label |
|---|---|---|
| TAR, COAL | G 6810-281-6939 | Y |
| | -6940 | Y |
| TETRACHLOROETHANE | G 6810-264-9015 | IV |
| TETRACHLOROETHYLENE | G 6810-270-9782 | III |
| TETRASODIUM PYROPHOSPHATE | G 6810-243-6038 | Y |
| THINNER | 252-K-565-9950 | II |
| Dipentene | G 6810-281-9579 | II |
| Dope and Lacquer | G 6810-160-5787 | II |
| | G 6810-160-5792 | II |
| Paint, Mineral Spirits | W 8010-242-2065 | II |
| | -254-8033 | II |
| | -6816 | II |
| | -165-5585 | II |
| Strippable Plastic Coating Compound | W 8010-160-5794 | II |
| Synthetic Resin Enamel | -5773 | II |
| | -162-3283 | II |
| | G 8010-165-3581 | II |
| TOLUENE (TOLUOL) | W 6810-281-2005 | II |
| | -2006 | II |
| TRICHLORETHYLENE | G 6810-181-4174 | III |
| | -4400 | III |
| TRICRESYL PHOSPHATE | G 6810-281-7478 | III |
| TRISODIUM PHOSPHATE | G 6810-240-6116 | . |
| TURPENTINE | G 8010-256-5145 | II |
| | -281-1410 | II |
| | -290-1140 | II |

-7-

| Description | Stock No. | Label |
|---|---|---|
| VARNISH | | |
| Asphalt | G 8010-160-5256 | I |
| | -179-0214 | I |
| Electrical Insulating | | |
| General Purpose | G 5970-165-1675 | I |
| | -1676 | I |
| | -1677 | I |
| | -1678 | I |

22

Enclosure (2)          26          Alphabetic Listing

SECNAVINST 6440.7
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| VARNISH (Cont.) | | |
| Electrical Insulating | | |
| General Purpose (Cont.) | G 5970-166-2879 | X |
| | -2880 | X |
| | -2881 | X |
| | -2882 | X |
| | -2883 | X |
| | -2884 | X |
| | -2890 | X |
| | 161-7132 | X |
| | 166-1661 | X |
| | -2485 | X |
| High Temperature | | |
| Interior | G 6810-161-7134 | X |
| | -166-1619 | X |
| | -1620 | X |
| Phenolic | | |
| General Purpose | -166-1669 | XX |
| | -636-5176 | XX |
| | -251-6980 | XX |
| Waterboat | -166-1673 | X |
| | -1674 | X |
| Shellac cut | | |
| Bleached | -165-1761 | X |
| | -1762 | X |
| Orange | -161-7178 | X |
| | -166-1765 | X |
| | -6673 | X |
| Spar Oleoresinous | -160-7332 | X |
| | -166-1432 | X |
| WATER TREATMENT COMPOUND | G 6850-250-2524 | V |
| | -2527 | V |
| WOOD PRESERVATIVE COMPOUND | G 8030-681-6717 | XLV |
| | -2721 | IX |
| | -2718 | IXV |
| XYLENE (XYLOL) | G 6810-290-4165 | XX |
| | -4166 | XX |
| | -4167 | XX |

Alphabetic Listing          27          Enclosure (2)



SECNAVINST 4460.3
21 September 1956

| Description | Stock No. | Label |
|---|---|---|
| Zinc | | |
| Cyanide | G 6810-652-9704 | IV |
| | -627-4851 | III |
| Phosphide | G 6810-269-1245 | III |



















Appendix                    37                    Enclosure (2)

Enclosure (3)        SECNAVINST 5100.3
24 September 1956

### Elements of a Labeling Program

1. **General.** All materials should be labeled whether or not they are considered toxic, flammable, or explosive. This is desirable, not only to prevent untoward incidents but also to conserve material which would otherwise be discarded and wasted if unlabeled. Hazardous chemicals and materials within the scope of this instruction have been grouped into six general classifications defined as follows:

a. **Class I. Fire Hazard (Flammable).** Any material which alone or in combination with other materials may produce a danger of fire or explosion (such as the strong oxidizing agents, perchlorates, peroxides, naphthas, acetone, ether, etc.).

b. **Class II. Toxic and Fire Hazard.** Any material which presents a combined hazard due to its flammability (Class I) and its toxicity (Class III).

c. **Class III. Toxic.** Any industrial or military material which may give off a harmful vapor, mist, fume, or mist during handling or operations. The injurious effect may arise from one exposure (acute) or from repeated exposures over a prolonged period (chronic). The mode of entry into the body may be by ingestion, inhalation, or absorption through the skin. Examples of this class are chlorinated hydrocarbons (carbon tetrachloride, tetrachlorethylene, trichlorethylene), chlorinated diphenyls, compounds of cadmium, mercury, chromium, lead, and organic phosphorus compounds.

d. **Class IV. Poisonous.** A poison is commonly understood to be a product which will lead to fatal results in a short period of time when taken into the body. Oral intake is the primary mode of entry into the body. It is now recognized that other routes such as inhalation and absorption through the skin may produce the same effect as oral ingestion of some materials. Examples of this category are cyanides, arsenicals, carbon disulphide, and dimethyl sulphate. Some of these materials may give off a deadly vapor when mixed with acids, e.g., cyanide and acids.

e. **Class V. Corrosive.** Agents which in contact with tissues of the body surface will cause injury or destruction of those tissues. Among these are corrosive agents such as hydrochloric, acetic, nitric, and sulfuric acids; and sodium, potassium, and ammonium hydroxides.

Enclosure (3)

SECNAVINST 5240.3
21 September 1956

e.  Class VI. Radioactive Hazard.  Hazardous materials or
chemicals which emit alpha, beta, gamma, or neutron radiation,
or which may give off dusts, fumes, gases, or vapors emitting
these radiations.

2.  It may be necessary on occasion for qualified investigators
to work with new products before adequate chemical, physical, and
toxicological data are available.  To cover such cases, and such
cases only, the following guide is suggested for preparing labels
to be used during the period of investigation:

---

(NAME OR DESCRIPTION OF PRODUCT)

FOR INVESTIGATIONAL USE ONLY

STATEMENT OF KNOWN HAZARDS

(Appropriate precautionary measures.)
(Appropriate instructions in case of contact or exposure.)

IMPORTANT!  The chemical, physical, and toxicological
properties of this product have not been fully investigated
and its handling or use may be hazardous.

EXERCISE DUE CARE.

---

3.  The elements of an effective labeling program consist of:

a.  Establishment of a Chemical Control Committee.

b.  Uniformity of labeling.

c.  Indexing of materials and their labeling category.

d.  Proper labeling by the local supply department.

e.  Proper labeling by the using unit where transfer is
made to smaller containers.

f.  Educational program.

4.  A Chemical Control Committee or equivalent thereof should be
established at each activity to administer the technical phases
of the labeling program for the local activity and to make revisions
as necessary to keep the program current.  Directives should be
prepared by the Chemical Control Committee for promulgation by
the commanding officer.  These should be based on Bureau instructions

Enclosure (3)                    2



SECNAVINST 6260.1
24 September 1956

and should be tailored to suit the needs of each activity. The size and nature of the activity will be major factors in determining whether this Committee will be a formal organization composed of cognizant personnel, or whether it will consist of one individual to whom this additional responsibility is delegated.

5. To provide uniformity of labeling throughout the Naval Establishment a "Label Classification Guide" showing the proper labels to be employed for hazardous materials will be published in U. S. Navy Safety Precautions (OPNAV 34-P1). A supplementary list of all new or proprietary materials will be compiled periodically, and will be published in OPNAV 34-P1. To supplement the listings in OPNAV 34-P1 a tentative labeling category, agreed upon by the Chemical Control Committee or equivalent thereof, should be established for each new or proprietary material brought in for use at the local activity. If any given new material presents more than one type of hazard, the labels properly identifying each hazard should be affixed to the container. Assistance in regard to the classification of new or proprietary chemicals may be obtained from the management bureau.

6. The supply officer of each activity shall be responsible for the proper labeling of all containers of hazardous materials on receipt of these materials.

7. Supervisory personnel shall be responsible for the proper labeling of any containers to which hazardous materials may be transferred after issue by the Supply Department.

8. Cognizant management personnel shall institute an educational program to thoroughly familiarize employees with the labeling program, paying particular attention to the significance of the color coding, the insignia, and key words, on each category of label.

C20543                                    3                           Enclosure (1)

**Exhibit 10**


PLAINTIFF'S EXHIBIT 923

# WARNING LABELS

### PART 1

A GUIDE FOR THE PREPARATION
OF WARNING LABELS FOR
HAZARDOUS CHEMICALS

### PART 2

ILLUSTRATIVE WARNING LABELS
FOR HAZARDOUS
CHEMICALS



PUBLISHED BY

MANUFACTURING CHEMISTS' ASSOCIATION
OF THE UNITED STATES,
608 Woodward Bldg., Washington 5, D. C.

Copyright 1960 by Manufacturing Chemists' Association of the United States


PLAINTIFF'S EXHIBIT NO. 52


PLAINTIFF'S EXHIBIT SOA-95B

Manual
L-1

# PART I

## MANUAL L-1—A GUIDE FOR THE PREPARATION OF WARNING LABELS FOR HAZARDOUS CHEMICALS

### Adopted 1945

### Revised April 1946

The development of new chemical products and the introduction of chemical processes into ever-widening fields has accentuated the need for furnishing appropriate information in those cases where special precautions are necessary. Many chemicals present no hazards in normal handling and storage and for these products no precautionary labels are necessary.

The education of employees regarding chemical hazards is, and must remain, the direct responsibility of their employers. However, such hazards are not confined to employees alone, and information concerning them should, so far as practicable, reach every person using, transporting, or storing chemicals. The most practical means for the seller to disseminate this information appears to be by labels affixed to containers of hazardous chemicals, bearing appropriate precautionary statements and instructions stated as simply and briefly as circumstances permit.

In the interest of uniformity and more adequate labeling of chemical products, the Manufacturing Chemists' Association has prepared this Manual for the benefit and guidance of its members. A series of definitions is included in Schedule 1 in order that the terms used may be clearly understood. In addition to the general recommendations contained herein, the MCA has prepared suggested labels for specific products. These have been printed as Manual L-2, which will be supplemented from time to time as additional recommended labels are developed.

A precautionary label does not take the place of safety equipment such as suitable goggles, airline respirators, gas masks, clothing, shoes, etc.

Individual statutes, regulations or ordinances may require that particular information be included on a label or that a specific label be affixed to a container. In each case, the requirements of these laws should also be studied. *The warning labels suggested in this Manual should be used in addition to, or in combination with, any label required by law.**

---

* Federal statutes include:

Interstate Commerce Commission Regulations for Transportation of Explosives and Other Dangerous Articles: Supt. of Documents, Govt. Printing Office, Washington, D. C.

Federal Caustic Poison Act and regulations: Food and Drug Administration, Federal Security Agency, Washington, D. C.

Federal Insecticide Act of 1910 and regulations: Agricultural Marketing Administration, U. S. Department of Agriculture, Washington, D. C.

Federal Food, Drug and Cosmetic Act and regulations: Food and Drug Administration, Federal Security Agency, Washington, D. C.

Related statutes of the 48 States and the District of Columbia include Caustic Acid, Pharmacy, Poison, and Insecticide Acts.

1

Manufacturing Chemists' Association of the United States

# GENERAL PRINCIPLES

In the preparation of any precautionary label the following principles should first be considered:

1) Each chemical product (including mixtures) presents a distinct problem and must be treated individually, in the light of its own characteristics.

2) Extreme care should be exercised in the choice of terminology. Statements should be brief and simple.

3) On labels for different products, uniformity in language to indicate the same hazards is most desirable in order to gain greater understanding through standardization.

4) Precautionary statements must be accurate, selectively chosen, and expressed in clearly defined terms. To be effective they should be used only when and to the extent necessary. Labeling of a relatively harmless product so as to indicate that it is hazardous, as well as the failure to give adequate notice of a hazard, will develop a disregard for labels and defeat their purpose.

For example, if the word "POISON" is to retain its usefulness on a label, it should be applied exclusively to those products (1) which are poisons according to a definite toxicity standard*, or (2) with which it is associated through common usage, or (3) for which its use is prescribed by law. In all other cases the relative degree of the hazard can be better indicated by the use of signal words such as: "DANGER" to cover extremely serious hazards, "WARNING" to cover less serious hazards, and "CAUTION" to cover minor hazards, together with a descriptive statement of the hazard.

5) Chemical names should be those recommended by the American Chemical Society.

6) The use of a non-descriptive code designation or trade name as the only identification of a hazardous chemical should be avoided. If for any reason, it is undesirable to show the chemical name, or if the chemical name is so complex as to be meaningless except to the trained chemist, the label should state the type of chemical, e.g., "corrosive acid," "lead compound."

7) The following subject matter should be considered for inclusion on a precautionary label:

  1. Chemical name

  2. "Signal word" (DANGER-WARNING-CAUTION) designating degree of hazard (Column A, Schedule 3)

  3. Affirmative statement of "hazard" (Column B, Schedule 3)

  4. "Precautionary measures" covering actions to be followed or avoided (Column C, Schedule 3)

  5. "Instructions in case of accident," where advisable (Column D, Schedule 3)

8) Warning labels should be printed in easily legible type, which is in contrast by typography, layout, or color with any other printed matter on the label and should be placed conspicuously on containers. Legibility may be preserved with a suitable protective coating.

---

* To provide a practical working standard for labeling purposes "POISON" is defined in Schedule 1 of this Manual to include only chemicals capable of causing acute effects by ingestion and inhalation, the principal modes of entry into the body. This definition excludes chemicals capable of causing injuries as a result of skin absorption or of chronic exposure by inhalation, because the variable actions and effects of chemicals with these characteristics preclude a practical means of measuring their hazards.

Manual
L-1

## PREPARATION OF PRECAUTIONARY LABELS

The basic considerations in the preparation of a precautionary label for any chemical product (including mixtures) are:

1) Determination of the hazards present in the particular chemical product.

2) Selection of appropriate statements for each significant hazard inherent in the product.

3) Arrangement of statements in the order of emphasis desired.

The most frequently encountered hazards have been classified by the MCA into 10 types as listed in Schedule 2. Set opposite each class are statements illustrating characteristic precautions usually required for that type of hazard.

Many chemical products will have more than one type of hazard, in which case appropriate statements for each significant type should be included on the label. Most chemical products contain impurities. When these are present in harmful quantities, appropriate warnings and precautionary measures should be included on the labels.

As each chemical product must be treated individually, there will be many instances in which the illustrative statements will not be applicable either because they do not accurately express the degree of hazard or because they fail to cover the particular characteristics. In such cases, suitable statements should be selected from Schedule 3. This Schedule presents a more comprehensive list of statements arranged in columnar form, and grouped as follows:

| A | B | C | D |
|---|---|---|---|
| Signal Word | Hazards | Precautionary Measures | Instructions in Case of Accident |

Column A—The degree of hazard can be expressed only in relative terms.  The purpose is two-fold: to indicate to the reader the comparative seriousness of the danger involved in handling a given product and to call attention to the precautionary instructions which should immediately follow.  The "signal words" recommended are, in the order of diminishing severity of hazard, (1) DANGER; (2) WARNING; (3) CAUTION.

### Example: WARNING!

Column B—From this column should be selected the phrase (or phrases) that most accurately describes the principal hazard.  This is placed on the same line as the "signal word."

### Example: WARNING! FLAMMABLE

If other significant hazards are present, they should be tabulated under the principal hazard.

Column C—The appropriate statement of "precautionary measures" should be chosen from Column C and should follow on subsequent lines.

### Example: WARNING! FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

**Manual
L-1**

Column D—When it is advisable to include instructions in case of accident, the appropriate statements may be selected from this column. Instructions in case of accident to individuals are valuable but should be limited to recognized first aid procedures based upon simple methods and commonly available materials. Instructions for strictly medical treatment should be omitted except when specifically required by law. Because of the serious and lasting effects that may result from eye injuries, a recommendation to obtain medical attention should accompany any specific instruction directed to the treatment of the eyes. If the statements from Schedule 3 fail to meet the exact needs, they should be modified to suit. In the example shown, toluene, no phrase from this column appears to be necessary.

While every compound carries some hazard, if improperly used, it is impractical to cover every possible contingency on a label. Efforts should be directed toward naming the serious hazards, and warning against such abuses and accidents as are likely to be encountered under normal conditions. There are scarcely any means of measuring in absolute terms the relative seriousness of hazards, and the recommendations in Schedule 3 only contemplate their division into two or three degrees of intensity. It follows that of two compounds one may be less hazardous than the other and yet may carry the same warnings and cautions.

Instructions for handling and storage of containers should be included where conditions indicate their need. These instructions should take into consideration both the characteristics of the chemical product and the limitations of the type or types of container in which it is packed.

Schedule 4 presents suggested labels for samples of experimental products for which full data regarding hazards are not yet known.

Schedule 5 illustrates the application of caution statements to three specific products. In the case of toluene, the statements used are similar to those given in Schedule 2 for a compound or mixture having hazards in classifications I-B and IV. The second example, aqueous hydrofluoric acid, represents a very special case where the particular hazards require modification of the standard statements. The third example is that of a label for a proprietary compound or mixture.

4

Manufacturing Chemists' Association of the United States                                    Manual
                                                                                            L-1

Schedule I

## DEFINITIONS

*Flammable Liquid* [1]—An inflammable [1] liquid is any liquid which gives off inflammable vapors (as determined by flash point from Tagliabue's open-cup tester, as used for test of burning oils) at or below a temperature of 80° F.

*Extremely Flammable Liquid* [1]—An extremely flammable liquid is a liquid which gives off flammable vapors (as determined by flash point from Tagliabue's open-cup tester, as used for test of burning oils) at or below a temperature of 20° F.

*Corrosive* [2]—(Physiological)—A corrosive is an agent which in contact with living tissue will cause more or less severe destruction of tissue by chemical action.

*Irritant* [2]—(Physiological)—An irritant is an agent which in contact with living tissue will induce either immediately or after prolonged or repeated contact a more or less severe local tissue reaction not leading directly to destruction of tissue.

*Sensitizer* [2]—(Physiological)—A sensitizer is a material which as ordinarily handled does not necessarily cause any discernible reaction in living tissue but which after initial or repeated contact with the tissue of some individuals may, at a later date, produce a prompt inflammatory reaction on contact, even in minute amounts, with the tissue of the same individuals.

*Dusts* [3]—Solid particles generated by handling, crushing, grinding, rapid impact, detonation and decrepitation of organic or inorganic materials such as rock, ore, metal, coal, wood, grain, etc. Dusts do not tend to flocculate except under electrostatic forces; they do not diffuse in air but settle under the influence of gravity.

*Fumes* [3]—Solid particles generated by condensation from the gaseous state, generally after volatilization from molten metals, etc. and often accompanied by a chemical reaction such as oxidation. Fumes flocculate and sometimes coalesce.

*Mists* [3]—Suspended liquid droplets generated by condensation from the gaseous to the liquid state or by breaking up a liquid into a dispersed state, such as by splashing, foaming, and atomizing.

*Gases* [3]—Normally formless fluids which occupy the space of enclosure and which can be changed to the liquid or solid state only by the combined effect of increased pressure and decreased temperature. Gases diffuse.

*Vapors* [3]—The gaseous form of substances which are normally in the solid or liquid state and which can be changed to these states either by increasing the pressure or decreasing the temperature alone. Vapors diffuse.

*Poison* [2]—Poison means a substance which, when taken by mouth in amounts of 60 grains (4 grams) or less, or when inhaled in concentrations of less than 200 parts per million by volume in the air, rapidly (within 5 or 10 minutes) jeopardizes life by other than mechanical or physical action.

> Note: This definition of "Poison" is based on practical considerations only, as an aid in determining, generally, when the word "Poison" should be included on a warning label. See General Principles 4.

*Mixture* [2]—A physical commingling of two or more substances which may or may not bear a fixed proportion to one another and which have not reacted chemically with one another.

---

[1] ICC definition. While the term "inflammable" is used by the ICC, the preferred form "flammable" is used in this Manual.

[2] MCA definition.

[3] As defined in Chapter II "Engineering Control of the Air Contamination of the Working Environment" (Allen D. Brandt, D.Sc.) page 198, "Manual of Industrial Hygiene." USPHS.

5

Manufacturing Chemists' Association of the United States

Manual
L-1

## Schedule 2
## CLASSIFICATION OF HAZARDS

| Class | Typical Label |
|---|---|
| I. Flammable Liquids and Oxidizing Agents which Support Combustion. (Flash points for liquids are determined by Tagliabue's Open-Cup Method). | |
| A. Flash point 20° F. or below. | **DANGER! EXTREMELY FLAMMABLE** <br> Keep away from heat and open flame. <br> Keep container closed. |
| B. Flash point above 20° to 80° F. inclusive. | **WARNING! FLAMMABLE.** <br> Keep away from heat and open flame. <br> Keep container closed. |
| II. Flammable Solids and Oxidizing Agents as Classified by the ICC. | **CAUTION! EXPOSURE MAY CAUSE FIRE OR CREATE FIRE HAZARD** <br> Keep away from heat and open flame. <br> Keep container closed. <br> In case of contact, immediately flush with plenty of water; remove and wash clothing before re-use. |
| III. Vapors Immediately Toxic or Extremely Irritating Even on Exposure for a Short Time or to Low Concentrations. | **DANGER! VAPOR EXTREMELY HAZARDOUS** <br> Do not breathe vapor. <br> Do not get on skin. <br> Do not get in eyes. <br> Keep container closed and away from heat. <br> Keep away from feed or food products. <br> Have air line respirator or gas mask approved by U. S. Bureau of Mines specifically for (name of chemical) available for emergency. |
| IV. Vapors Hazardous from Prolonged or Repeated Exposures, or Exposure to Higher Concentrations. | **WARNING! VAPOR HARMFUL** <br> Use only with adequate ventilation. <br> Avoid prolonged or repeated breathing of vapor. <br> Keep container closed and away from heat. |

6

| | |
|---|---|
| V. Gases and Vapors Physiologically Inert. | **CAUTION! VAPOR REDUCES OXYGEN AVAILABLE FOR BREATHING**<br><br>Use with adequate ventilation.<br>Keep container closed. |
| VI. Harmful Dusts. | **CAUTION! HARMFUL DUST**<br><br>Avoid repeated breathing or skin contact.<br>Wash thoroughly before eating or smoking.<br>Keep away from feed or food products. |
| VII. Skin Irritants—Corrosive. | **DANGER! CAUSES SEVERE BURNS**<br><br>Do not get in eyes.<br>Do not get on skin.<br>Do not get on clothing.<br>In case of contact, immediately flush skin or eyes with plenty of water; for eyes, get medical attention. Remove and wash clothing before re-use. |
| VIII. Materials Causing Skin Irritations after Repeated or Continued Contact. | **CAUTION! MAY CAUSE SKIN IRRITATION**<br><br>Avoid prolonged or repeated contact. |
| IX. Materials Toxic through Vapor Inhalations or Skin Absorption. | **WARNING! ABSORBED THROUGH SKIN VAPOR HAZARDOUS**<br><br>Avoid contact with skin or clothing.<br>Avoid breathing vapor.<br>In case of exposure, remove to fresh air. Immediately wash with soap and plenty of water. Remove and wash clothing before re-use. |
| X. Toxic if Taken Internally. Applies to materials covered by statutory definition of poison "liable to be destructive of human adults in doses of 60 grains or less (4 gms.)" or to any material toxic in amounts likely to be taken internally through easily anticipated errors. | **POISON**<br><br>If not covered by regulation or definition (see General Principles 4) a typical label might read:<br><br>**DANGER! MAY BE FATAL IF SWALLOWED**<br><br>Do not take internally. |

Manufacturing Chemists' Association of the United States

**Manual**
**L-1**

## Schedule 3

# RECOMMENDED LABEL CAUTIONS

| A. | B. | C. | D. |
|---|---|---|---|
| Signal Words | Hazards | Precautionary Measures | Instructions in Case of Accident |
| | **Flammability** | | |
| | a. Extremely Flammable (flash point 20° F. or below.) <br> b. Flammable (flash point above 20° to 80° F. inclusive). <br> c. Exposure May Cause Fire or Create Fire Hazard | a. Keep away from heat (sparks) and open flame. <br> b. Keep container closed (and away from heat). | |
| | **Volatility** | | |
| | a. Highly Volatile <br> b. Volatile (Solvent or Liquid). | a. Keep out of sun and away from heat <br> b. Keep container closed (and away from heat). | |
| | **Inhalation** | | |
| a. DANGER! <br><br> b. WARNING! <br><br> c. CAUTION! | a. Vapor Extremely Hazardous. <br> b. May be Fatal if Inhaled. <br> c. Vapor Harmful. <br> d. Vapor Reduces Oxygen Available for Breathing. <br> e. Harmful Dust. <br> f. Causes Irritation to Eyes, Nose and Throat. | a. Do not breathe vapor (or) Avoid breathing vapor. <br> b. Avoid prolonged or repeated breathing of vapor <br> c. Use (only) with adequate ventilation <br> d. Avoid prolonged breathing of dust | a. In case of exposure remove to fresh air. <br> b. Have air-line respirator or gas mask approved by U. S. Bureau of Mines specifically for (name of chemical) available for emergency. |
| | **Contact** | | |
| | a. Corrosive Liquid. <br> b. Causes (Severe) Burns. <br> c. Dangerous Because (Rapidly) Absorbed Through Skin. <br> d. Causes Skin Irritation. <br> e. May Cause Skin Irritation. | a. Do not get (1) in eyes, (2) on skin, (3) on clothing. <br> b. Avoid contact with (1) eyes, (2) skin, (3) clothing. <br> c. Wash thoroughly before eating or smoking. | a. In case of contact: (1) Immediately flush skin or eyes with plenty of water (for at least 15 minutes) (For eyes, get medical attention) (2) Immediately wash with soap and plenty of water. (3) Remove and wash clothing before re-use |
| | **Ingestion** | | |
| | a. Poison (skull & cross-bones). <br> b. May be Fatal if Swallowed. | a. Do not take internally. | |
| | **General** | | |
| | a. Strong Oxidant. <br> b. Contact with Combustible Material May Cause Fire. | a. Keep away from feed or food products. <br> b. Keep dry. <br> c. Store in cool place. <br> d. Keep away from combustible materials | a. Get medical attention. <br> b. In case of spillage, flush with plenty of water. <br> c. In case of spillage, absorb with sand, ashes or earth. |

The use of any warning or other statement listed above is not necessarily limited to the hazard under which it is grouped. The grouping merely indicates the type of hazard to which given statements most frequently apply.

The small letters are not intended to indicate a correlation between similarly lettered statements in adjacent columns but are for identification only.

The parenthetical words indicate optional statements.

8

### Schedule 4

## LABELS FOR EXPERIMENTAL SAMPLES

The labeling of experimental samples of new products presents unusual problems. All of the properties or possible uses of a product are seldom known. The following safeguards are therefore recommended:

1. Samples of a product already on the market should carry the same warning label as a commercial shipment.

2. The following label is suggested for samples of any material that has never been in commercial production unless (1) the material is known to be wholly innocuous, or (2) the dangers are limited to known hazards and appropriate cautions are submitted.

---

**SAMPLE**

(  ..  ...  )
**Name or Description of Product**

## FOR EXPERIMENTAL USE ONLY

CAUTION: The chemical, physical and toxicological properties of this product have not been fully investigated and its handling or use may be hazardous. Exercise due care.

---

3. The identity of the sample, indicated in parentheses above, should be as clear as possible. Wherever feasible, it should be the name of the compound or mixture, and in any case it should be the best possible identification to aid the user in knowing with what he is concerned.

4. Where there are significant known hazards they should be so indicated.

5. The above label may be used in the case of old products being considered for new uses.

### Schedule 5

## SPECIMEN PRODUCT LABELS

The following specimen labels illustrate the application to specific products of the principles set forth in this Manual:

Product Combining
Hazards of
Class I-B and IV
(Schedule 2)
Chemicals.

---

### TOLUENE
#### WARNING: FLAMMABLE.

Keep away from heat and open flame.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

---

Manual
L-1

Product Requiring
Modified Cautions
and First Aid.

---

# HYDROFLUORIC ACID, AQUEOUS

### DANGER!   CORROSIVE LIQUID
VAPOR HAZARDOUS
CAUSES SEVERE BURNS WHICH MAY NOT BE
IMMEDIATELY PAINFUL OR VISIBLE

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

In case of contact or suspicion of contact:
Immediately flush skin with plenty of water until whiteness disappears, paying particular attention to skin under nails. Soak affected areas with crushed ice in 70%, ethyl alcohol until physician arrives. Flush eyes with plenty of water for at least 15 minutes. In all cases get medical attention. Remove and wash clothing before re-use. Avoid use of greasy ointments.

---

Proprietary Product
(e.g., containing fluorine salts)

---

# (PROPRIETARY NAME)

Contains Fluorine Compounds.

### WARNING! POISONOUS IF TAKEN INTERNALLY

Avoid breathing dust.

Flush spillage to sewer with water.

---

10

Manufacturing Chemists' Association of the United States

# ACETALDEHYDE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Chill thoroughly before opening.

*CARBOY LABEL*

# ACETIC ACID, GLACIAL

## DANGER! CAUSES SEVERE BURNS

Do not get liquid or vapor in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Glacial Acetic Acid freezes at 62°F, forming hard lumps which may break carboy when moved.

Store in area maintained above 62°F.

If frozen, thaw by carefully moving carboy to warm area.

*ALUMINUM DRUM LABEL*

# ACETIC ACID, GLACIAL

## DANGER! CAUSES SEVERE BURNS

Do not get liquid or vapor in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

### DRUM HANDLING AND STORAGE

Glacial Acetic Acid freezes at 62°F, forming hard lumps.

Store in area maintained above 62°F.

If frozen, thaw by moving to warm area.

Manufacturing Chemists' Association of the United States

Manual
L-2

*BARREL LABEL*

# ACETIC ACID (80%)

## DANGER! CAUSES SEVERE BURNS

Do not get liquid or vapor in eyes, on skin,
on clothing.

In case of contact, immediately flush skin or
eyes with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### BARREL HANDLING AND STORAGE

Keep out of sun and away from heat.
Store with bilge bung up.
Never use pressure to empty.
Drain completely.
Keep barrel moist; shrinkage may cause leaks.
In case of spillage, flush with plenty of water.

*BARREL LABEL*

# ACETIC ACID (56% and 70%)

## WARNING! MAY CAUSE BURNS

Avoid contact with eyes, skin, or clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### BARREL HANDLING AND STORAGE

*(Use same instructions as for Acetic Acid 80%.)*

*BARREL LABEL*

# ACETIC ACID (28%)

## CAUTION! MAY CAUSE BURNS

Avoid contact with eyes, skin, or clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### BARREL HANDLING AND STORAGE

*(Use same instructions as for Acetic Acid 80%.)*

# ACETIC ANHYDRIDE

## DANGER! CAUSES SEVERE BURNS

Do not get liquid or vapor in eyes, on skin,
on clothing.

Do not breathe vapor.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

# ACETONE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged or repeated contact with skin.

# ACETONYLACETONE

## CAUTION! VOLATILE SOLVENT

Keep away from heat and open flame.
Avoid prolonged breathing of vapor.
Use with adequate ventilation.
Avoid prolonged or repeated contact with skin.
Note: Contact with this material stains the skin.

# ACETYL CHLORIDE

## DANGER! FLAMMABLE
## CAUSES SEVERE BURNS

Do not allow water to get in container.
Keep away from heat and open flame.
Keep container closed.
Do not get in eyes, on skin, on clothing.
Avoid exposure to concentrated vapor.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

14

Manufacturing Chemists' Association of the United States

Manual
L-2

# ACRYLONITRILE

## DANGER!  FLAMMABLE POISON

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

Use with adequate ventilation.

Keep away from heat and open flame.

Keep container closed.

 **POISON**

## FIRST AID TREATMENT

Carry patient to fresh air. Have him lie down. Remove contaminated clothing but keep patient warm. Start the following first aid treatment immediately and CALL A PHYSICIAN.

If patient is conscious and breathing:

(1) Break an amyl nitrite pearl in a cloth and hold lightly over the nose for not more than 15-20 seconds.  Repeat every 5 minutes for 25 minutes if recovery is not forthcoming.

(2) If this product has been SWALLOWED, give patient one pint of 1% Sodium Thiosulfate solution (or soapy water or mustard water) by mouth every 15 minutes until vomiting occurs.

If patient has stopped breathing:

Give artificial respiration until breathing starts. Break an amyl nitrite pearl in a cloth and hold lightly over nose for not more than 20 seconds, repeating every 5 minutes for 25 minutes or until breathing starts.

If patient is unconscious but breathing:

Break an amyl nitrite pearl in a cloth and hold lightly over nose for not more than 20 seconds, repeating every 5 minutes for 25 minutes if recovery is not forthcoming.  Give oxygen from an inhalator.

Never give anything by mouth to an unconscious person. In all cases keep patient quiet and warm until a physician arrives.

Manufacturing Chemists Association of the United States

# ALLYL ALCOHOL

## DANGER! RAPIDLY ABSORBED THROUGH SKIN VAPOR EXTREMELY HAZARDOUS FLAMMABLE

Do not get in eyes, on skin, on clothing.

Do not breathe vapor.

Keep away from heat and open flame.

Keep container closed.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.  Remove and wash clothing before re-use.

Do not take internally.

# ALLYL CHLORIDE

## DANGER! HARMFUL AND FLAMMABLE VAPOR

Do not get in eyes, on skin, on clothing.
Do not breathe vapor.
Keep away from heat and open flame.
Keep container closed.

*CARBOY LABEL*

# AMMONIA, AQUA

## WARNING! LIQUID CAUSES BURNS VAPOR EXTREMELY IRRITATING

Avoid breathing vapor.

Avoid contact with eyes, skin, or clothing.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

16

Manufacturing Chemists Association of the United States

Manual
L-2

*DRUM LABEL*

# AMMONIA, AQUA

## WARNING! LIQUID CAUSES BURNS
## VAPOR EXTREMELY IRRITATING

Avoid breathing vapor.

Avoid contact with eyes, skin, or clothing.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.

Keep drum out of sun and away from heat.

Before removing plug, loosen slowly to relieve pressure.

Never use pressure to empty.

Keep lights, fire and sparks away from drum openings.

Drum must not be washed out or used for other purposes.

Replace plug after each withdrawal and return with empty drum.

In case of spillage, flush with plenty of water.

*CYLINDER LABEL*

# AMMONIA, ANHYDROUS

## WARNING: HAZARDOUS LIQUID AND VAPOR UNDER PRESSURE
## LIQUID CAUSES BURNS
## VAPOR EXTREMELY IRRITATING

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin and eyes with plenty of water for at least 15 minutes. Call a physician at once in case of burns, especially to the eyes, nose and throat, or if the victim is unconscious.

### CYLINDER HANDLING AND STORAGE

Keep away from heat.

Do not store in sunlight.

Never drop cylinders.

Be sure connections are tight.

Never refill cylinder. I. C. C. Regulations prohibit refilling without permission of owner.

Have gas mask approved by U. S. Bureau of Mines specifically for ammonia service available for emergency.

17

# AMMONIUM BICHROMATE

**WARNING! FLAMMABLE**

**HARMFUL DUST**

**MAY CAUSE RASH OR EXTERNAL ULCERS**

KEEP AWAY FROM HEAT, SPARKS, AND FLAME.

KEEP CONTAINER CLOSED.

Avoid contact with skin or eyes.

Avoid breathing dust or solution spray.

Do not take internally.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention. Remove and wash clothing before re-use.

Use fresh clothing daily. Take hot shower after work using plenty of soap.

# AMYL ACETATE

**CAUTION! VOLATILE SOLVENT**

Avoid prolonged breathing of vapor.

Use with adequate ventilation.

Avoid prolonged or repeated contact with skin.

# ANILINE

**DANGER! RAPIDLY ABSORBED THROUGH SKIN
VAPOR HAZARDOUS**

 **POISON** 

Do not get on skin, on clothing.

Avoid breathing vapor.

Use with adequate ventilation.

In case of contact, immediately flush skin with plenty of water. Remove and wash clothing before re-use.

Manufacturing Chemists Association of the United States

# AROMATIC INDUSTRIAL SOLVENT

*(For solvents having an initial boiling point not below 100°C. and having a flash point ABOVE 80°F., Tagliabue Open Cup Method as specified by Interstate Commerce Commission)*

### CAUTION! VOLATILE SOLVENT

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

# ARSENIC TRICHLORIDE

## DANGER! CORROSIVE LIQUID
## VAPOR EXTREMELY HAZARDOUS

 POISON 

Do not get in eyes, on skin, on clothing.

Do not breathe vapor.

Keep container closed.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.  Remove and wash clothing before re-use.

# BARIUM NITRATE

## CAUTION! STRONG OXIDANT
## CONTACT WITH COMBUSTIBLE
## MATERIAL MAY CAUSE FIRE

Keep container closed and away from combustible material and heat.

Sweep up and carefully remove spilled material.

Avoid repeated contact with skin.

Do not take internally.

20

Manufacturing Chemists' Association of the United States

Manual
L-2

# BARIUM OXIDE

## CAUTION! MAY CAUSE SKIN IRRITATION

Avoid contact with skin.
Keep away from feed or food products.
Do not take internally.

---

# BARIUM PEROXIDE

## CAUTION! STRONG OXIDANT
## CONTACT WITH COMBUSTIBLE
## MATERIAL MAY CAUSE FIRE

Keep container closed and away from combustible
material and heat.
Sweep up and carefully remove spilled material.
Avoid contact with skin.
Do not take internally.

---

# BENZENE (BENZOL)

## DANGER! EXTREMELY FLAMMABLE
## VAPOR HARMFUL — POISON

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.

---

# BENZIDINE

## WARNING! HAZARDOUS SOLID AND VAPOR
## RAPIDLY ABSORBED THROUGH SKIN

Avoid breathing dust or vapor.
Avoid contact with skin.
In case of contact, immediately wash with soap
and plenty of water.

21

*CARBOY LABEL*

# BENZOYL CHLORIDE
## WARNING! CAUSES BURNS
## VAPOR IRRITATING
Avoid contact with skin or eyes.

Avoid breathing vapor.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE
Before moving carboy be sure closure is securely fastened.

Loosen closure carefully.

Keep out of sun and away from heat.

Never use pressure to empty.

Completely drain carboy before returning.

In case of spillage, flush with plenty of water.

---

*CARBOY LABEL*

# BENZYL CHLORIDE
## WARNING! CAUSES BURNS
Avoid contact with eyes, skin, or clothing.

Avoid breathing vapor.

In case of contact with liquid, immediately wash
skin with soap and plenty of water; flush eyes with
water for at least 15 minutes and get medical
attention.

Do not transfer to ordinary metal containers
without first adding stabilizer.  Get instructions
from manufacturer.

---

*DRUM LABEL*

# BENZYL CHLORIDE
## WARNING! CAUSES BURNS
Avoid contact with eyes, skin, or clothing.

Avoid breathing vapor.

In case of contact with liquid, immediately wash
skin with soap and plenty of water; flush eyes with
water for at least 15 minutes and get medical
attention.

The Benzyl Chloride in this drum contains a stabilizer.
Before transferring, get instructions from manufacturer.

22

Manufacturing Chemists' Association of the United States

Manual
L-2

# BROMINE

## DANGER! CAUSES SEVERE BURNS

Do not get on skin or in eyes.

Do not breathe vapor.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; keep skin area wet with crushed ice in 70% ethyl alcohol until physician arrives.

---

# BUTYL ACETATE (normal)

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.

Use with adequate ventilation.

Avoid prolonged or repeated contact with skin.

---

# BUTYL ALCOHOL
# (normal or secondary)

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.

Use with adequate ventilation.

Avoid prolonged or repeated contact with skin.

---

# BUTYL ALCOHOL (tertiary)

## WARNING! FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

Manufacturing Chemists Association of the United States

# BUTYLAMINE (normal)

## WARNING: FLAMMABLE
## MAY CAUSE SKIN IRRITATION

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid exposure to vapor.
Avoid contact with skin or eyes.
In case of contact, immediately flush skin or eyes
   with plenty of water for at least 15 minutes;
   for eyes, get medical attention.

# p-tert. BUTYLCATECHOL

## WARNING! CAUSES SKIN IRRITATION
## CAUSES BURNS WHEN MOIST

Do not get in eyes, on skin, on clothing.
In case of contact, immediately wash skin with soap
   and plenty of water; flush eyes with water for at
   least 15 minutes and get medical attention.

# BUTYL CHLORIDE (normal)

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# BUTYL ETHER (normal)

## WARNING! VOLATILE SOLVENT

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.
CAUTION:  Dry ethers tend to form explosive peroxides.
            Do not use material if it liberates iodine
            from acidified aqueous iodide solutions.

24

# CALCIUM CYANIDE

## DANGER! LIBERATES POISONOUS GAS

Avoid breathing gas or dust.
Avoid contact with skin.
Keep away from acids.
Store away from feed or food products.
Keep container tightly closed and dry.

 **POISON**

### FIRST AID TREATMENT

*(Use same first aid treatment as recommended for Inorganic Cyanides)*

# CARBON DISULFIDE

## DANGER! EXTREMELY FLAMMABLE
## VAPOR HARMFUL
## HIGHLY VOLATILE

 **POISON** 

Keep away from fire, sparks, or heated surfaces.
Store in cool place and keep container closed.
Avoid breathing vapor.
Avoid contact with skin.

# CARBON TETRACHLORIDE

## WARNING! VOLATILE SOLVENT
## VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

# CHLORINATED NAPHTHALENE

Avoid repeated contact with skin.
Avoid repeated inhalation of the fumes and dust.

Manufacturing Chemists Association of the United States

# CAUSTIC SODA
# (SODIUM HYDROXIDE)

## WARNING! CAUSTIC SODA IS CORROSIVE
## BURNS SKIN AND EYES

Avoid contact with body or clothing.

Do not take internally.

### PRECAUTIONS

When handling Sodium Hydroxide wear goggles or face shield and avoid all contact with skin. While making solutions, add Sodium Hydroxide slowly to surface of solution to avoid violent spattering.

In case of accidental contact with skin, immediately flush affected parts with water and wash with vinegar. For eyes, flush freely with water for at least 15 minutes and get medical attention.

*IN THE CASE OF PROPRIETARY COMPOUNDS CONTAINING CAUSTIC ALKALI:*

(        )

Name of Product

## WARNING! CONTAINS CAUSTIC ALKALI WHICH IS
## CORROSIVE
## BURNS SKIN AND EYES

Avoid contact with body or clothing.

Do not take internally.

### PRECAUTIONS

*(Use same precautions as for Sodium Hydroxide, substituting name of product for Sodium Hydroxide.)*

# CHLOROBENZENE, MONO

## WARNING! VAPOR HARMFUL

Use with adequate ventilation.

Avoid contact with skin or clothing.

Avoid prolonged breathing of vapor.

26

# CHLOROFORM

### WARNING! VOLATILE SOLVENT
### VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

# CHLOROTOLUENE, MONO

### CAUTION! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged breathing of vapor.

# CHROMIC ACID

### WARNING! CONTACT WITH COMBUSTIBLE
### MATERIAL MAY CAUSE FIRE
### CAUSES SEVERE BURNS

KEEP CONTAINER CLOSED.
Avoid contact with skin or eyes.
Avoid breathing dust or solution spray.
Do not take internally.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; for
eyes, get medical attention.  Remove and wash
clothing before re-use.
Use fresh clothing daily.  Take hot shower after
work using plenty of soap.

# COAL TAR CREOSOTE
# (CREOSOTE OIL)

### CAUTION! MAY CAUSE SKIN IRRITATION

Use only with adequate ventilation.
Avoid prolonged or repeated contact with skin.
Avoid prolonged breathing of vapor.

Manual
L-2

# CYANIDES, INORGANIC

*(excluding Liquid Hydrocyanic Acid and Calcium Cyanide)*

( )
Name of Product

## DANGER! CONTACT WITH ACID LIBERATES POISONOUS GAS

Avoid breathing gas or dust.
Avoid contact with skin.
Keep away from feed or food products.
Keep container closed and store in a dry place.

 POISON

## FIRST AID TREATMENT

Carry patient to fresh air.  Have him lie down.  Remove contaminated clothing but keep patient warm.  Start the following first aid treatment immediately and CALL A PHYSICIAN.

If patient is conscious and breathing:

(1) Break an amyl nitrite pearl in a cloth and hold lightly over the nose for not more than 15-20 seconds.  Repeat every 5 minutes for 25 minutes if recovery is not forthcoming.

(2) If this product has been SWALLOWED give patient one pint of 1% Sodium Thiosulfate solution (or soapy water or mustard water) by mouth every 15 minutes until vomiting occurs.  (Eliminate this for liquid HCN).

If patient has stopped breathing:

Give artificial respiration until breathing starts.  Break an amyl nitrite pearl in a cloth and hold lightly over nose for not more than 20 seconds, repeating every 5 minutes for 25 minutes or until breathing starts.

If patient is unconscious but breathing:

Break an amyl nitrite pearl in a cloth and hold lightly over nose for not more than 20 seconds, repeating every 5 minutes for 25 minutes if recovery is not forthcoming.  Give oxygen from an inhalator.

Never give anything by mouth to an unconscious person.  In all cases keep patient quiet and warm until a physician arrives.

Manufacturing Chemists Association of the United States

Manual
L-2

# CRESOL
# (CRESYLIC ACID)

## DANGER! RAPIDLY ABSORBED THROUGH SKIN
## CAUSES SEVERE BURNS

Do not get on skin or in eyes.
Do not breathe vapor.
Do not take internally.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; for
eyes, get medical attention.  Remove and wash
clothing before re-use.

# CYCLOHEXANE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.

# CYCLOHEXANOL

## CAUTION! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# DICHLOROETHYLENE

## WARNING! FLAMMABLE
## VOLATILE SOLVENT

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

Manufacturing Chemists' Association of the United States

# DICHLOROETHYL ETHER

## WARNING! VOLATILE SOLVENT
## VAPOR HARMFUL

Use with adequate ventilation.

Avoid prolonged or repeated breathing of vapor.

Avoid prolonged or repeated contact with skin.

Do not take internally.

---

# DICHLOROPHENOL
### (For all isomeric dichlorophenols)

## WARNING! MAY CAUSE BURNS

Avoid contact with skin.

Avoid breathing vapor.

Do not take internally.

In case of contact, immediately wash with soap
and plenty of water.

---

# DIETHYLAMINE

## DANGER! EXTREMELY FLAMMABLE
## MAY CAUSE SKIN IRRITATION

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid exposure to vapor.

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

30

Manufacturing Chemists Association of the United States

Manual
L-2

# DIOXANE
# (1,4-DIETHYLENE DIOXIDE)

## WARNING! FLAMMABLE
## VOLATILE SOLVENT

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.
CAUTION! Dry ethers tend to form explosive peroxides.
        Do not use material if it liberates iodine from
        acidified aqueous iodide solutions.

# ETHYL ACETATE

## WARNING! FLAMMABLE
## VOLATILE SOLVENT

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# ETHYL BROMIDE

## WARNING! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Keep out of sun and away from heat.
Keep container closed.

# ETHYL CHLORIDE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat, sparks, and open flame.
Use with adequate ventilation.
Keep container closed, out of sun and away from heat.

31

Manufacturing Chemists' Association of the United States

# ETHYLENE CHLOROHYDRIN

## DANGER! RAPIDLY ABSORBED THROUGH SKIN
## VAPOR EXTREMELY HAZARDOUS

Do not get on skin or clothing.
Do not breathe vapor.
Do not take internally.
In case of contact, immediately wash with soap and
plenty of water; remove and wash clothing before
re-use.



## POISON

### FIRST AID TREATMENT

If swallowed, make patient vomit immediately (finger
down throat) or give warm mustard water or salt
water freely.
General:  Keep patient warm; if conscious give
black coffee.  Call physician.
Note:  Do not give adrenalin.

---

# ETHYLENE DIBROMIDE

## WARNING! VAPOR HARMFUL

Avoid breathing vapor.
Avoid contact with eyes, skin, or clothing.
In case of contact, immediately wash skin with soap
and plenty of water; flush eyes with water for at
least 15 minutes and get medical attention.  Remove
and wash clothing before re-use.
Do not take internally.

---

# ETHYLENE DICHLORIDE

## WARNING! FLAMMABLE
## VOLATILE SOLVENT
## VAPOR HARMFUL

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

Manufacturing Chemists Association of the United States

Manual
L-2

# ETHYLENE GLYCOL MONOMETHYL ETHER

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.
Use with adequate ventilation.
Avoid prolonged or repeated contact with skin.

---

# ETHYL ETHER

## DANGER! EXTREMELY FLAMMABLE
## HIGHLY VOLATILE

Keep away from heat and open flame.
Keep container tightly closed.
CAUTION! Dry ethers tend to form explosive peroxides.
Do not use material if it liberates iodine
from acidified aqueous iodide solutions.

---

# ETHYL FORMATE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat, sparks, and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.

---

# ETHYL METHACRYLATE MONOMER

## WARNING! FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid contact with skin or clothing.

# FORMALDEHYDE

## WARNING! CAUSES IRRITATION OF SKIN, EYES, NOSE AND THROAT

Avoid prolonged or repeated contact.

Avoid prolonged breathing of vapor.

Use with adequate ventilation.

 **POISON** 

### CALL A PHYSICIAN AT ONCE

### FIRST AID

Internally: Give milk freely, or one glassful of water containing 1 table-spoonful of ammonium acetate.  Produce vomiting with a pint or more of warm salt water (1 cupful per quart) or warm soapy water.  Repeat three times.  Follow with milk and raw eggs.

---

*BARREL LABEL*

# FORMIC ACID

## WARNING! CAUSES BURNS

Avoid breathing vapor.

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

### BARREL HANDLING AND STORAGE

Keep out of sun and away from heat.

Store with bilge bung up.

Never use pressure to empty.

Drain completely.

Keep barrel moist; shrinkage may cause leaks.

In case of spillage, flush with plenty of water.

34

*CARBOY LABEL*

# FORMIC ACID

## WARNING! CAUSES BURNS

Avoid breathing vapor.

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.

Keep out of sun and away from heat.

Never use pressure to empty.

Completely drain carboy before returning.

In case of spillage, flush with plenty of water.

---

*CARBOY LABEL*

# HYDROCHLORIC ACID

## WARNING! CAUSES BURNS

Avoid breathing vapor.

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy, be sure closure is securely fastened.

Loosen closure carefully.

Keep out of sun and away from heat.

Never use pressure to empty.

Completely drain carboy before returning.

In case of spillage, flush with plenty of water.

35

Manual
L-2

# HYDROCYANIC ACID, LIQUID

## DANGER! POISON GAS

Do not breathe gas.

Avoid contact with skin.

Do not drop container.

Keep cool and away from open flame.

 **POISON** 

### FIRST AID TREATMENT

*(Use same first aid treatment as recommended for Inorganic Cyanides.)*

---

# HYDROGEN PEROXIDE
# (stronger than 25 volume and not exceeding 130 volume)

## CAUTION! STRONG OXIDANT

Avoid contact with eyes or skin—wear goggles and
rubber gloves.

Avoid contact with combustible materials.  Drying of
this concentrated product on clothing or other
combustible materials may cause fire.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

Avoid contamination from any source, including metals,
dust, etc.  Such contamination may cause rapid
decomposition, generation of large quantities of
oxygen gas, and high pressures.

### CONTAINER HANDLING AND STORAGE

Store in original closed container.

Keep out of sun and away from heat.

Be sure that the container vent is working satisfactorily.

Do not add any other product to this container.

When empty, rinse thoroughly with clean water.

36

# HYDROGEN PEROXIDE
## (25 volume)

### CAUTION! STRONG OXIDANT

Avoid contact with eyes or skin—wear goggles and rubber gloves.

Avoid contamination from any source, including metals, dust. etc.  Such contamination may cause rapid decomposition, generation of large quantities of oxygen gas, and high pressures.

### CONTAINER HANDLING AND STORAGE

Store in original closed container.

Be sure that the container vent is working satisfactorily.

Do not add any other product to this container.

When empty, rinse thoroughly with clean water.

# HYDROFLUORIC ACID, AQUEOUS

### DANGER! CORROSIVE LIQUID
### VAPOR HAZARDOUS

### CAUSES SEVERE BURNS WHICH MAY NOT BE IMMEDIATELY PAINFUL OR VISIBLE

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

In case of contact or suspicion of contact:

Immediately flush skin with plenty of water until whiteness disappears, paying particular attention to skin under nails.  Soak affected areas with crushed ice in 70% ethyl alcohol until physician arrives.  Flush eyes with plenty of water for at least 15 minutes.  In all cases get medical attention.  Remove and wash clothing before re-use.  Avoid use of greasy ointments.

37

Manufacturing Chemists Association of the United States

# LEAD ACETATE

## WARNING! HARMFUL DUST

Avoid breathing dust.
Wear dust mask approved by U. S. Bureau of
   Mines for this purpose.
Wash thoroughly before eating or smoking.
Keep away from feed or food products.

# MALEIC ANHYDRIDE

## WARNING! CAUSES BURNS

Avoid contact with eyes, skin, or clothing.
Avoid exposure to concentrated vapor.
In case of contact, immediately flush skin or eyes
   with plenty of water for at least 15 minutes; for
   eyes, get medical attention.

# MERCURY BICHLORIDE
# (MERCURIC CHLORIDE)

## DANGER! MAY BE FATAL IF SWALLOWED

 POISON

Do not breathe dust.
Keep away from feed or food products.
Wash thoroughly before eating or smoking.
Use fresh clothing daily.  Take hot shower after
   work using plenty of soap.

# METHYL n-AMYL KETONE

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.
Use with adequate ventilation.
Avoid prolonged or repeated contact with skin.

# METHYL BROMIDE

### DANGER! HIGHLY VOLATILE
### CAUSES BURNS
### VAPOR EXTREMELY HAZARDOUS

Keep away from heat.

Keep container closed.

Avoid breathing vapor.

Avoid contact with skin, eyes, or clothing.

*ON CAN LABEL ADD:*



## POISON

### FIRST AID

Remove to fresh air.
Keep lying down and warm.
Use artificial respiration if breathing has
   stopped.
Get immediate medical attention.
Oxygen inhalator should be used only at
   the direction of a physician.

CAUTION! The contents of this can are under pressure.
   Do not use ordinary can opener.  Special
   handling equipment is available.

Contact ( ................................... ) for
   Name of Manufacturer
   information on equipment and proper use.

---

# METHYLENE CHLORIDE

### CAUTION! VOLATILE SOLVENT

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

*CARBOY LABEL*

# MIXED ACID
## (Sulfuric and Nitric)

**DANGER! CAUSES SEVERE BURNS**
**VAPOR EXTREMELY HAZARDOUS**
**MAY CAUSE NITROUS GAS POISONING**

Do not breathe vapor.
Do not get in eyes, on skin, on clothing.
In case of contact, immediately flush skin or eyes
    with plenty of water for at least 15 minutes;
    for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

*(Under I. C. C. Regulations carboys are permissible shipping containers*
*for mixed acid containing not more than 17% Nitric Acid and at least*
*33% water.)*

---

*DRUM LABEL*

# MIXED ACID
## (Sulfuric and Nitric)

**DANGER! CAUSES SEVERE BURNS**
**VAPOR EXTREMELY HAZARDOUS**
**MAY CAUSE NITROUS GAS POISONING**

Do not breathe vapor.
Do not get in eyes, on skin, on clothing.
In case of contact, immediately flush skin or eyes
    with plenty of water for at least 15 minutes;
    for eyes, get medical attention.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly
    thereafter by slowly loosening plug. Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with plenty of water.

Manufacturing Chemists Association of the United States

# MORPHOLINE

## WARNING! HAZARDOUS LIQUID AND VAPOR
## MAY CAUSE SKIN IRRITATION

Use with adequate ventilation.

Avoid exposure to vapor.

Avoid contact with skin or eyes.

---

# b-NAPHTHYLAMINE

## CAUTION! CONTENTS HARMFUL
## REPEATED ABSORPTION MAY RESULT
## IN BLADDER TUMORS

Avoid breathing dust or vapor.

Avoid contact with skin.

Do not take internally.

---

*CARBOY LABEL*

# NITRIC ACID

## DANGER! CAUSES SEVERE BURNS
## VAPOR EXTREMELY HAZARDOUS
## MAY CAUSE NITROUS GAS POISONING

Do not breathe vapor.
Do not get in eyes, on skin, on clothing.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

42

*DRUM LABEL*

# NITRIC ACID

## DANGER! CAUSES SEVERE BURNS
## VAPOR EXTREMELY HAZARDOUS
## MAY CAUSE NITROUS GAS POISONING

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
get medical attention.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly
thereafter by slowly loosening plug.   Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with plenty of water.

---

# m-NITROANILINE

## WARNING! HARMUL BECAUSE ABSORBED
## THROUGH SKIN

Avoid contact with skin.
Avoid breathing dust.
In case of contact, immediately wash thoroughly with
soap and plenty of water; remove and wash
clothing before re-use.

---

# NITROPHENOL, MONO

## WARNING! MAY BE ABSORBED THROUGH SKIN

Avoid breathing dust.
Avoid contact with skin.
In case of contact, immediately wash with soap
and plenty of water.

43

Manual
L-2

Manufacturing Chemists Association of the United States

*DRUM LABEL*

# OLEUM

## DANGER! CAUSES SEVERE BURNS

Avoid breathing vapor.

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
get medical attention.

Do not add water to contents while in a container
because of violent reaction.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly
thereafter by slowly loosening plug.  Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with plenty of water.

# OXALIC ACID

## WARNING! HARMFUL IF TAKEN INTERNALLY
## CAUSES SKIN IRRITATION

Avoid breathing dust.
Avoid contact with skin.
In case of contact, immediately flush with plenty of water.
Do not take internally.
Keep away from feed or food products.

# PARALDEHYDE

## CAUTION! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Do not take internally.
Solidifies at about 54°F. (12°C.) and may break container.
Store in a moderately warm place.

44

Manufacturing Chemists' Association of the United States

Manual
L-2

# PENTACHLOROPHENOL

## WARNING! HARMFUL DUST

Avoid breathing dust.

Avoid contact with skin or clothing.

In case of contact with dry material or its solution, wash at once with soap and plenty of water.

Do not take internally.

---

# PENTACHLOROPHENOL, OIL SOLUTIONS OF

## CAUTION! CAUSES SKIN IRRITATION ABSORBED THROUGH SKIN

Avoid breathing vapor.

Avoid contact with skin or clothing.

In case of contact with skin, wash at once with plenty of soap and warm water.

Do not take internally.

See instructions for use before handling.

---

# PETROLEUM NAPHTHAS AND SOLVENTS, INDUSTRIAL

*(For solvents having a flash point 20 F. or BELOW, Tagliabue Open Cup Method as specified by Interstate Commerce Commission)*

(                              )

Name of Product

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

45

Manufacturing Chemists Association of the United States

# PETROLEUM NAPHTHAS AND SOLVENTS, INDUSTRIAL

*(For solvents having a flash point ABOVE 20°F. but not above 80°F., Tagliabue Open Cup Method as specified by Interstate Commerce Commission)*

( .................................... )
### Name of Product

## WARNING! FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# PETROLEUM NAPHTHAS AND SOLVENTS, INDUSTRIAL

*(For solvents having a flash point ABOVE 80°F., Tagliabue Open Cup Method as specified by Interstate Commerce Commission)*

( .................................... )
### Name of Product

## CAUTION! VOLATILE SOLVENT

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# p-PHENETIDINE

## CAUTION! HAZARDOUS LIQUID AND VAPOR ABSORBED THROUGH SKIN

Avoid contact with skin.
Avoid breathing vapor

46

Manufacturing Chemists' Association of the United States

Manual
L-2

# PHENOL

## DANGER! RAPIDLY ABSORBED THROUGH SKIN CAUSES SEVERE BURNS

 ## POISON 

Do not get on skin or in eyes.

Avoid breathing vapor.

Do not take internally.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.  Remove and wash clothing before re-use.

# p-PHENYLENEDIAMINE

## CAUTION! MAY CAUSE SKIN IRRITATION

Avoid breathing or contact with dust.

*CARBOY LABEL*

# PHOSPHORIC ACID

## CAUTION! CAUSES SKIN IRRITATION

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.

Loosen closure carefully.

Keep out of sun and away from heat.

Never use pressure to empty.

Completely drain carboy before returning.

In case of spillage, flush with plenty of water.

47

Manufacturing Chemists' Association of the United States

# PHOSPHORIC ANHYDRIDE

## WARNING! CAUSES BURNS

Avoid contact with skin or eyes.
When using, protect eyes with goggles and
wear rubber gloves.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.
Do not add water to contents while in a container
because of violent reaction.
Open carefully.

# PHOSPHORUS

## DANGER! CAUSES SEVERE BURNS
## ☠ POISON ☠

Contents packed under water and will ignite if water
is removed.
Keep drum out of sun and away from heat.
Do not get on skin or in eyes.
Protect eyes with goggles or face shield and
wear heavy rubber gloves.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; keep
skin area wet until medical attention is obtained.

# PHOSPHORUS
# PENTACHLORIDE

## WARNING! HAZARDOUS DUST
## CAUSES BURNS

Do not breathe dust.
Do not get on skin or in eyes.
Protect eyes with goggles and wear rubber gloves.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.
Do not add water to contents while in a container
because of violent reaction.
Open carefully.

48

# PHOSPHORUS OXYCHLORIDE

## DANGER! CAUSES SEVERE BURNS
## VAPOR EXTREMELY IRRITATING

Do not breathe vapor.

Do not get on skin or in eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

Do not add water to contents while in a container
because of violent reaction.

### CONTAINER HANDLING AND STORAGE

Do not open unless you have been instructed in the proper manner.

Never use pressure to empty.

Do not use this container for any other product.

In case of spillage, flood carefully with LARGE VOLUME
of water and provide adequate ventilation.

---

# iso-PROPYL ACETATE

## WARNING! FLAMMABLE
## VOLATILE SOLVENT

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

---

# PYRIDINE

## WARNING! FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Manual
L-2

Manufacturing Chemists Association of the United States

# SAMPLE*

(                    )

Name or Description of Product

### FOR EXPERIMENTAL USE ONLY

CAUTION! The chemical, physical and toxicological
properties of this product have not been
fully investigated and its handling or use
may be hazardous.  Exercise due care.

*See M.C.A. Manual L-1.

---

# SILVER NITRATE

### WARNING! CAUSES BURNS

 POISON

Stains skin.

Do not get on skin or in eyes.

In case of contact with eyes, get medical attention.

---

# SODIUM CHLORATE

### WARNING! CONTACT WITH COMBUSTIBLE
### MATERIAL MAY CAUSE FIRE

All clothing contaminated with chlorates is DANGEROUSLY
FLAMMABLE.  Remove and wash thoroughly with water.

Do not get on floor.

Spillage may cause fires with combustible material.

Sweep up and remove immediately.

When not in use keep tightly closed in original metal
container.

Keep away from fire.

Store separately from flammable material.

*FOR PACKAGES OF AGRICULTURAL CHLORATES, ADD:*

Keep Animals Off Freshly Treated Areas

*The label must be securely affixed to the exterior of each package.  Litho-
graphed or transfer labels are preferred.*

Manufacturing Chemists' Association of the United States

Manual
L-2

# SODIUM BICHROMATE

**WARNING! HARMFUL DUST**
### MAY CAUSE RASH OR EXTERNAL ULCERS

KEEP CONTAINER CLOSED.
Avoid breathing dust or solution spray.
Avoid contact with skin or eyes.
Do not take internally.
In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.  Remove and wash clothing before re-use.
Use fresh clothing daily.  Take hot shower after work using plenty of soap.

---

# SODIUM FLUORIDE

**WARNING! POISONOUS IF TAKEN INTERNALLY**

Avoid breathing dust.
Flush spillage to sewer with water.

*IN THE CASE OF PROPRIETARY COMPOUNDS WHERE FORMULA DISCLOSURE IS NOT MADE ON THE LABEL:*

(................. ...................)
Name of Product

Contains Fluorine Compounds

**WARNING! POISONOUS IF TAKEN INTERNALLY**

Avoid breathing dust.
Flush spillage to sewer with water.

*NOTE: All inorganic fluorine compounds sold for insecticidal use which are acutely toxic to man should be colored.*

---

# SODIUM HYDROSULFITE

**CAUTION! SUBJECT TO FIRE IF ALLOWED TO BECOME DAMP**

Keep container tightly closed.
Use only dry, clean utensils in handling.
Store in a cool, dry place.

51

Manufacturing Chemists' Association of the United States

# SODIUM SULFIDE (Granular)

**DANGER! CONTACT WITH ACID LIBERATES
POISONOUS GAS
BURNS SKIN AND EYES
FLAMMABLE
EXPOSURE MAY CAUSE FIRE OR
CREATE FIRE HAZARD**

Avoid breathing dust.
Avoid contact with skin and eyes.
Keep container closed and away from acids, combustible material and heat.
Sweep up spillage.  Do not flush to sewer which may contain acid.

# STYRENE MONOMER

### WARNING! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

*DRUM LABEL*

# SULFUR CHLORIDE

### DANGER! CAUSES BURNS
### VAPOR IRRITATING

Avoid contact with eyes, skin, or clothing.
In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.
Do not add water to contents while in a container because of violent reaction.

#### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly thereafter by slowly loosening plug.  Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with LARGE VOLUME of water.

Manufacturing Chemists' Association of the United States

Manual
L-2

*CARBOY LABEL*

# SULFURIC ACID

## DANGER! CAUSES SEVERE BURNS

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; for
eyes, get medical attention.

Do not add water to contents while in a container
because of violent reaction.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

*DRUM LABEL*

# SULFURIC ACID

## DANGER! CAUSES SEVERE BURNS

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

Do not add water to contents while in a container
because of violent reaction.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly
thereafter by slowly loosening plug.  Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with plenty of water.

Manual
L-2

# SULFUR DIOXIDE
## (Under Pressure)

### WARNING! EXTREMELY IRRITATING GAS AND LIQUID

Avoid breathing gas.
Do not drop cylinder.
Do not allow cylinder temperature to reach 130°F.

---

# TETRACHLOROETHANE

### DANGER! VAPOR EXTREMELY HAZARDOUS VOLATILE LIQUID

 **POISON** 

Use only in completely enclosed system.
Do not breathe vapor.
Do not get on skin or clothing.
Do not take internally.

---

# TETRACHLOROETHYLENE
## (PERCHLORETHYLENE)

### WARNING! VOLATILE SOLVENT

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

---

# TOLUENE (TOLUOL)

### WARNING! FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# m-TOLUIDINE

## WARNING! HAZARDOUS LIQUID AND VAPOR
## RAPIDLY ABSORBED THROUGH SKIN

Avoid contact with skin and clothing.

Do not breathe vapor.

Use with adequate ventilation.

In case of contact, immediately wash thoroughly with soap and plenty of water; remove and wash clothing before re-use.

---

# TRICHLOROETHYLENE

### WARNING! VOLATILE SOLVENT

Use with adequate ventilation.

Avoid prolonged or repeated breathing of vapor.

Avoid prolonged or repeated contact with skin.

Do not take internally.

---

# TRICHLOROPHENOL
### *(For all isomeric Trichlorophenols)*

### CAUTION! MAY CAUSE SKIN IRRITATION

Avoid prolonged or repeated contact.

Do not take internally.

---

# VINYL CHLORIDE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Manufacturing Chemists Association of the United States

# XYLENE (XYLOL)

## WARNING! FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

# ZINC CHLORIDE
# (Granular, Fused or Solution)

## CAUTION! MAY CAUSE SKIN IRRITATION

Avoid prolonged or repeated contact.

Manufacturing Chemists' Association of the United States

## MANUAL L-2 INDEX

*Many of the products listed in this index do not appear specifically in the label listings. The labels applicable to such products are indicated by the cross-reference "s.l.a." (same label as—).*

### —A—

Acetaldehyde .................................................................................. 12
Acetic Acid
  Glacial
    Carboy ................................................................................ 12
    Drum .................................................................................. 12
  80% ....................................................................................... 13
  56% and 70% ........................................................................ 13
  28% ....................................................................................... 13
Acetic Anhyride ............................................................................. 14
Acetone ......................................................................................... 14
Acetonylacetone ............................................................................ 14
Acetyl Chloride .............................................................................. 14
Acrylonitrile ................................................................................... 15
Allyl Alcohol .................................................................................. 16
Allyl Chloride ................................................................................. 16
Ammonia.
  Anhydrous ............................................................................ 18
  Aqua
    Carboy ................................................................................ 16
    Drum .................................................................................. 17
Ammonium Bichromate .................................................................. 18
Ammonium Hydroxide—See Ammonia, Aqua ............................ 16-17
Amyl Acetate ................................................................................. 18
Aniline ........................................................................................... 18
o-Anisidine .................................................................................... 19
p-Anisidine .................................................................................... 19
Antimony Trichloride ..................................................................... 19
Aromatic Industrial Solvent ...................................................... 19-20
Arsenic Trichloride ........................................................................ 20

### —B—

Barium Hydroxide—s.l.a. Barium Oxide ....................................... 21
Barium Nitrate ............................................................................... 20
Barium Oxide ................................................................................. 21
Barium Peroxide ............................................................................ 21
Benzene ......................................................................................... 21

Manual
L-2

Manufacturing Chemists Association of the United States

Benzidine
Benzol—See Benzene ........................................ 21
Benzoyl Chloride ............................................ 21
Benzyl Chloride ............................................. 22
   Carboy ................................................ 22
   Drum .................................................. 22
Bichloride of Mercury—See Mercury Bichloride ........... 38
Bichromates—See Sodium Bichromate ..................... 51
Bromine .................................................... 23
Butyl Acetate (Normal) ..................................... 23
Butyl Alcohol
   Normal or Secondary ................................. 23
   Tertiary .............................................. 23
Butylamine (Normal) ........................................ 24
p-tert. Butylcatechol ....................................... 24
Butyl Chloride (Normal) .................................... 24
Butyl Ether (Normal) ....................................... 24
Butylidene Acetone—s.l.a. Butyl Acetate .................. 23
Butyraldehyde—s.l.a. Ethyl Acetate ...................... 31

—C—

Calcium Cyanide ............................................ 25
Carbon Disulfide ........................................... 25
Carbon Tetrachloride ....................................... 25
Caustic Potash—s.l.a. Caustic Soda ....................... 26
Caustic Soda ............................................... 26
Chlorinated Diphenyl—s.l.a. Chlorinated Naphthalene ...... 25
Chlorinated Diphenyl Oxide—s.l.a. Chlorinated Naphthalene . 25
Chlorinated Naphthalene .................................... 25
Chlorobenzene, Mono ....................................... 26
Chloroform ................................................. 26
Chlorophenol, Mono, Ortho, Meta, or Para—s.l.a. Phenol ... 47
Chlorotoluene, Mono ....................................... 27
Chromates and Bichromates of Sodium and Potassium
   See Sodium Bichromate ............................... 51
Chromic Acid .............................................. 27
Coal Tar Creosote ......................................... 27
Corrosive Sublimate—See Mercury Bichloride .............. 38
Creosote Oil—See Coal Tar Creosote ...................... 27
Cresol ..................................................... 29
Cresylic Acid—See Cresol .................................. 29
Cyanides, Inorganic ........................................ 28
Cyclohexane ............................................... 29

Manufacturing Chemists' Association of the United States

Manual
L-2

Cyclohexanol ................................................................... 29
Cyclohexanone—s.l.a. Cyclohexanol ................................ 29

—D—

Diacetone Alcohol—s.l.a. Ethyl Acetate .......................... 31
Dichloroethylene ............................................................. 29
Dichloroethyl Ether ........................................................ 30
Dichlorophenol ............................................................... 30
Diethylamine .................................................................. 30
1,4-Diethylene Dioxide—See Dioxane ............................ 31
Diethylenetriamine—s.l.a. Morpholine ........................... 42
Diisobutyl Ketone—s.l.a. Butyl Acetate ......................... 23
Dimethylaniline—s.l.a. Aniline ....................................... 18
Dioxane ......................................................................... 31
Dipropyl Ketone—s.l.a. Butyl Acetate ............................ 23

—E—

Ethyl Acetate ................................................................. 31
Ethyl Acetoacetate—s.l.a. Butyl Acetate ........................ 23
Ethyl Bromide ................................................................ 31
Ethyl Butanol—s.l.a. Butyl Acetate ................................ 23
2-Ethylbutyl Acetate—s.l.a. Butyl Acetate ..................... 23
2-Ethylbutyraldehyde—s.l.a. Ethyl Acetate .................... 31
Ethyl Chloride ................................................................ 31
Ethylene Chlorohydrin .................................................... 32
Ethylenediamine—s.l.a. Morpholine ............................... 42
Ethylene Dibromide ........................................................ 32
Ethylene Dichloride ........................................................ 32
Ethylene Glycol Monomethyl Ether ................................ 33
Ethyl Ether .................................................................... 33
Ethyl Formate ................................................................ 33
2-Ethylhexanol—s.l.a. Butyl Acetate ............................. 23
2-Ethylhexyl Acetate—s.l.a. Butyl Acetate .................... 23
Ethyl Methacrylate Monomer ......................................... 33

—F—

Formaldehyde ................................................................. 34
Formic Acid ................................................................
    Barrel ...................................................................... 34
    Carboy ..................................................................... 35

Exhibit 11

Case MDL No. 875   Document 5124   Filed 08/03/07   Page 559 of 742

## Instruction Book

# MAIN BOILERS

### DL4 and DL5

### DD927/G&C-14

U. S. Navy Contract NOBS-2664

F.W.B. 3322-9

**BUREAU OF SHIPS – NAVY DEPARTMENT**          **AUGUST 1952**

TECHMANUAL00000196

# CONTENTS

|  | **Page** |
|---|---|
| DESIGN DATA | VI |
| ILLUSTRATIONS | VII |
| REFERENCE DRAWINGS | X |

## CHAPTER 1 — DESCRIPTION

SECTION

| | | |
|---|---|---|
| 1 | General | 1 |
| 2 | Boiler | 1 |
| 3 | Superheater | 6 |
| 4 | Economizer | 6 |
| 5 | Steam drum internals | 8 |
| 6 | Valves and fittings | 10 |
| 7 | Refractory | 13 |

## CHAPTER 2 — OPERATION

SECTION

| | | |
|---|---|---|
| 1 | General | 15 |
| 2 | Hydrostatic test | 15 |
| 3 | Drying out furnace and boiling out pressure parts | 15 |
| 4 | Putting steam generator in service | 17 |
| 5 | Operating procedure | 18 |
| 6 | Operating precautions | 19 |
| 7 | Taking steam generator out of service | 21 |
| 8 | Inspection | 21 |
| 9 | Laying up steam generator | 21 |
| | Performance Curves—Fig. 13B | 22 |

## CHAPTER 3 — MAINTENANCE

SECTION

| | | |
|---|---|---|
| 1 | Boiler | 23 |
| 2 | Waterwalls | 23 |
| 3 | Superheater | 23 |
| 4 | Inspection | 26 |
| 5 | Economizer | 26 |
| | 1. End panels | 26 |
| | 2. Taking economizer element out of service | 26 |
| | 3. Removing handhole plugs | 26 |
| | 4. Installing handhole plugs | 26 |
| | 5. Removing economizer manifold element assembly | 26 |
| | 6. Removing economizer intermediate element assembly | 27 |
| | 7. Replacing economizer manifold and intermediate elements | 27 |
| | 8. Installing and welding economizer elements in headers | 29 |
| | 9. Installing and removing handhole plugs | 29 |
| | A. To install lip type handhole plug | 29 |
| | B. Inspection | 30 |

TECHMANUAL00000197

# CONTENTS

CHAPTER 3 — MAINTENANCE (Cont'd)

| SECTION | | Page |
|---|---|---|
| | C. Oval handhole plugs | 30 |
| | D. Emergency repair of taper lip handhole plug | 30 |
| 6 | Furnace refractory | 31 |
| | 1. General | 31 |
| | 2. Maintenance | 31 |
| | 3. Care of Refractory | 31 |
| 7 | Todd fuel oil burners | 33 |
| | 1. Air register | 33 |
| | 2. Atomizer assembly | 33 |
| |    A. Atomizer markings | 34 |
| |    B. Atomizer flow diagram | 34 |
| | 3. Refractory Venturi | 35 |
| | 4. Operation | 35 |
| |    A. Atomizer adjustment | 35 |
| |    B. Preparation for lighting off | 36 |
| |    C. Lighting off | 36 |
| |    D. Port operation | 37 |
| | 5. Todd "LVC-4M" Register | 37 |
| |    A. Disassembly | 37 |
| | 6. Smoke maker | 40 |
| 8 | Swartwout Feedwater Regulator | 41 |
| | 1. Description of control system | 41 |
| | 2. Feed water regulating valve | 41 |
| |    A. Operations | 41 |
| |    B. Adjustments | 42 |
| | 3. Type J-1 valve positioner | 44 |
| |    A. Operation | 44 |
| |    B. Starting and adjusting instructions | 44 |
| |    C. Valve travel adjustment | 45 |
| |    D. Position indicator adjustment | 45 |
| |    E. Factory adjustments | 45 |
| | 4. Type J-6 Manual—Automatic selector panel | 46 |
| |    A. Operation | 46 |
| |    B. Operation of the selector panel | 47 |
| |    C. Switching from manual to automatic operation | 47 |
| |    D. Switching from automatic to manual operation | 48 |
| | 5. X-7 Level Control | 48 |
| |    A. Principal of Operation | 48 |
| |    B. The setback bellows "A-6" | 49 |
| |    C. The Reset bellows "A-7" | 49 |
| |    D. The volume chamber "A-9" | 49 |
| |    E. The stabilizer "A-10" | 49 |
| |    F. Impulse operation | 49 |

iii

# CONTENTS

CHAPTER 3 — MAINTENANCE (Cont'd)

SECTION                                                              Page

      G. The volume chamber "A-17".................................... 50
      H. Level variation ................................................... 50
      I. Adjustments ...................................................... 50

  6. U-1 Flow transmitter............................................ 51
      A. Principles of Operation........................................ 51
      B. The setback bellows "B-8"................................... 52
      C. The stabilizer "B-9"........................................... 52
      D. "Roll and Pitch" needle valve adjustment "B-18".......... 52
      E. Volume chamber "B-19" .................................... 53
      F. Starting and adjusting the equipment ..................... 53

  7. The Thermo-Hydraulic emergency system .................. 54
      A. Operation ....................................................... 54

  8. Back Up Unit for Air Failure Equipment .................. 55
      A. Operation ....................................................... 55
      B. Adjustments ................................................... 55

  9. Operation ......................................................... 56
      A. Starting and adjusting the equipment ............... 56–60

  10. Maintenance .................................................... 61
      1. Valve stem packing .......................................... 61
      2. Pilot Valve ................................................... 61
      3. Regulator on J-6 panel....................................... 62
      4. Replacement of Differential bellows in X-7 Level Control 63
      5. X-7 Level Control and the U-1 Flow Transmitter........... 63
         A. Changing Bellows assembly............................. 63
      6. X-7 Level Control.............................................. 65
         A. Changing torque tube assembly........................ 65
      7. U-1 Flow Transmitter—changing torque tube assembly.... 67

9   Vulcan soot blowers.............................................. 69
  1. Installation .................................................... 69
  2. Operation ..................................................... 70
  3. Maintenance ................................................... 72

10   Yarway Remote Pressure Differential Indicator.............. 73
  1. Description .................................................... 73
  2. Installation .................................................... 73
      A. Blow Piping Clean........................................ 73
      B. Priming ..................................................... 73
      C. Alternate Priming ........................................ 74
      D. Checking Indicator for Pointer Position............... 74
      E. Dial Setting ............................................... 76
  3. Operation ..................................................... 76
      A. Placing Unit in Operation ............................... 76
      B. Indication .................................................. 76
  4. Maintenance ................................................... 76
      A. Replacing Light Bulbs.................................... 76
      B. Sluggish Operation ...................................... 76
      C. Repair and Replacement of Parts........................ 76

iv

# CONTENTS

CHAPTER 3 — MAINTENANCE (Cont'd)

| SECTION | | Page |
|---|---|---|
| | D. Recalibration | 76 |
| | E. Diaphragm (28) Replacement | 76 |
| | F. Deflection Plate (4) Replacement | 77 |
| | G. Calibration of the Instrument | 77 |
| | H. Range Adjustment | 78 |
| 11 | Superheater safety valves | 81 |
| | 1. Installation | 81 |
| | 2. Exhaust piping | 81 |
| | 3. Hydrostatic test | 81 |
| | 4. First steaming | 81 |
| | 5. Operation | 82 |
| | 6. Adjustments | 82 |
| | 7. Disassembly for inspection | 82 |
| | 8. Repairs to valve | 85 |
| 12 | Boiler safety valves | 91 |
| | 1. General | 91 |
| | 2. Maintenance | 91–98 |
| 13 | Hancock valves | 99 |
| 14 | Wager smoke indicator | 101 |
| 15 | Jerguson water gages | 102 |
| 16 | Jerguson Truscale Remote Reading Gage | 105 |
| | 1. Installation | 105 |
| | 2. Calibration and operation | 108 |
| 17 | Thermometers | 109 |
| | 1. Description | 109 |
| | 2. Installation | 109 |
| | 3. Maintenance | 110 |
| 18 | Pressure gage | 111 |
| | 1. Installation | 111 |
| | 2. Maintenance | 111 |

## CHAPTER 4 — SPARE PARTS AND TOOLS

| | |
|---|---|
| Boiler spares and tools per ship | 113 |

v

## OPERATION

(2) If the fire and bilge pump is located in the fireroom, use it to pump the contents overboard, taking suction from the bottom blowdown line.

(3) Flood the bilges with water to a depth of approximately 12 in.; then drain the steam generator to the bilges through the bottom blowdown line. As soon as the contents have been drained, pump the bilges dry, wash them out, and again pump them dry.

After the contents of the boiler have been discharged by one of the three methods, wash all parts of the boiler thoroughly with a high pressure water hose, also flush all lines through which the compound has passed.

5—**Inspection**—Because of the possible presence of inflammable or noxious vapors in the steam generator, it is extremely important to ventilate the unit thoroughly before entering for inspection of pressure parts. *It is also important to make sure, before entering the unit, that all valves which might permit the entrance of steam or water into the unit are tagged, closed, and secured by a lock or wiring.*

Make a thorough inspection of the internal surfaces and, if any scum or oil is present, repeat the boiling-out procedure. It is advisable to run a rag on a rod through various tubes to determine their condition. Black smudge may be found at the ends of a tube in a new steam generator even though the remainder of the tube may be clean. A slight trace of this black deposit is not harmful and it may be wiped out with a rag which has been moistened with a non-oil, non-poisonous cleaning fluid; however, if the black smudge is greasy or if any other oil or grease is found, it will be necessary to boil out the pressure parts again.

### PUTTING STEAM GENERATOR IN SERVICE
#### Section 4

1—**General**—Before putting the steam generator in service, refer to the instructions under "Hydrostatic Test", "Drying Out Refractory and Boiling Out Pressure Parts", and "Operating Precautions".

2—**Internal and External Inspection**—Before inspecting the steam generator, blow out the furnace with air or steam to remove any inflammable or noxious vapors. If neither air nor steam is available, thoroughly ventilate the furnace.

*Make sure that:*

All internal parts of the steam generator and piping are clean and free from any obstructions or foreign matter.

The soot blowers are located properly and alignment is such that there is no possibility of steam cutting the boiler tubes.

The furnace and all gas and air passages are free and clear.

All dampers and fan control mechanisms work correctly and indicators show correct positions.

Gage glass drains work properly and are closed.

Safety valves have been put in proper operating order after hydrostatic test.

3—**Valves and Openings**—After the above inspection has been carried out:

Close the manholes and see that all hand-holes are plugged.

Close fireside, inspection doors, burner registers, etc.

Open water gage valves.

Close surface and bottom blow valves.

Close waterwall header drain valves.

Open steam drum vent valve.

Open the superheater vent and drain valves and desuperheater drain valves.

4—**Filling Boiler**—Fill the boiler with the best available feedwater to normal water level.

If the steam generator has been standing idle with the pressure parts filled with water, drain the boiler through the bottom blowdown line until the water level is just below the bottom of the lower gage glass; then drain the superheater and leave the superheater drain valves open to the bilge. Make sure that the water gage inlet valves, the steam drum and superheater pressure gage valves, and the steam drum vent valve are open; then raise the water level to normal, checking to see that the feedwater system is functioning properly.

5—**Starting Operation**—After referring to the fuel oil burner instructions under "Maintenance", Section 7 page 33 make sure that the smallest

**17**

## MAIN BOILER

available sprayer plate is installed in the atomizer of each burner; then start intermittent firing and rotate burners using only one burner at a time. The sequence of lighting off is shown by the numbers in Fig. 13.

For Superheater Protection, when starting up the following instructions must be observed: (a) Before lighting the first burner, open desuperheater discharge to auxiliary exhaust line and open steam connection from the 300 lb. line to admit protection steam to superheater inlet. It is essential that steam flow thru the superheater be maintained at all times. (b) Close protection steam connection to superheater inlet when steam drum pressure reaches 150 lb. per sq. in. gage and in any case by the time the steam drum pressure equals the pressure in the auxiliary steam line.

When steam issues forcibly from the steam drum vent, close the vent valve.

Blow the pressure gage lines to see that the gages are operating satisfactorily, and operate the water gage drain valves to see that these gages are functioning properly.

Cutting in—(a) When boiler pressure is 5 to 10 lb. per sq. in. above the line pressure, crack the superheater outlet valve. Allow pressure to equalize, then slowly open the superheater outlet valve wide open. The boiler is cut in on the auxiliary line in a similar manner.

(b) When the superheater outlet valve has been opened wide, secure the discharge connection to the auxiliary exhaust line.

It should be noted that water level may rise as boiler pressure is brought to line pressure. Do not allow it to pass out of the top of the upper glass nor blow it down beyond the normal water level.

If steam should be formed in economizer, as indicated by water-hammer, increase feed to clear economizer and blow down boiler to remove excess water.

Adjust feed of water and fuel to get output desired, doing it as gradually as possible.

The feedwater regulator installed is Swartwout FW6 two element impulse feed water regulator.

When starting up, feedwater is controlled by hand from J6 Selector panel shown in Fig. 33, page 46. After the boiler is on the line and on a fixed load, switch from manual to automatic control. Instructions for making this transfer are given on page 47, Section 8, paragraph 4-C.

In the case of new boilers, operation should be limited to low loads for a few days.

6—**Caution**—To prevent spalling and erosion of the refractory and to hold down the temperature at the superheater until normal feed and steam flow are established, *it is recommended that at least three hours be taken to put the steam generator in service.* However, in cases of extreme necessity, the unit may be put in service more rapidly.

### OPERATING PROCEDURE
#### Section 5

1—**General**—To insure efficient operation and to eliminate excessive maintenance, it is important to comply at all times with the instructions under "Operating Procedure" as well as those under "Operating Precautions".

2—**Fuel Oil Burners**—Keep a careful check on the atomizer tips and burner throats to see that they are free of dirt and carbon deposits and are functioning properly (see fuel oil burner instructions under "Maintenance"). Clean the atomizers at least once every 8 hours, and more often if necessary, to insure proper combustion and thereby hold soot deposits to a minimum. Sprayer plates of different sizes are required for different



BOILERS 1B & 2A          BOILERS 1A & 2B
LEFT HAND                RIGHT HAND

FIGURE 13.  ARRANGEMENT OF TODD FUEL OIL BURNER SHOWING BY NUMBERS THE ORDER OF LIGHTING-OFF THE ATOMIZERS.

18

ranges of operation and it is important to see that sprayer plates of the proper size are installed in the atomizer tips at all times, especially when the fires are low. *Do not fire with mixed tips.*

**3—Safety Valves**—Lift the steam drum and superheater safety valves by hand at least once a week to insure that they are functioning properly.

**4—Soot Blowers**—While under way, operate the soot blowers at least twice each day at intervals of as nearly 12 hours as practicable; while at anchor, operate them at least once each day. When practical, blow tubes just after the making of heavy smoke from any cause (lighting off, smoke screens, etc.) When blowing, operate only one unit at a time, and be sure the valve in the operating head is closed before starting to blow the next unit. When all units have been operated, close steam supply valve, open the drain valve and return the forced draft air to normal pressure.

For the order of blowing see Fig. 13-A. For operating instructions see Vulcan Soot Blowers, Section 9, page 69.



FIGURE 13A. ARRANGEMENT OF VULCAN SOOT BLOW-ERS, SHOWING BY NUMBERS THE ORDER OF BLOWING.

**5—Leakage**—Inspect the casings for leakage and, if necessary, make them air tight. Inspect the pressure parts at frequent intervals for leakage. If a steam or water leak is found, take the steam generator out of service and make the necessary repairs.

Caution—Do not attempt to repair pressure parts while the steam generator is in operation. However, in emergency a leak in a handhole plug may be stopped with boiler in service. See instructions "Emergency Repair of Handhole Plugs" under Maintenance Chapter 3 Section 5, Paragraph 9-D page 30.

**7—Soot Deposits and Incrusting Formations**—Keep all parts of the steam generator free of soot deposits, which set up corrosion if they become damp. Corrosion may also be set up by an incrusting formation resulting from a leak; therefore, it is important to remove the formation and stop the leak.

### OPERATING PRECAUTIONS
#### Section 6

**1—Blowdown Valves**—When operating either the surface or bottom blowdown valve, open it wide and operate it quickly while opening or closing it. The bottom blowdown valve is used either to reduce the concentration of solids in the boiler water or to empty the boiler for inspection. *Operate this valve only when all burners are shut down,* and do not use it to lower high water level.

The surface blowdown valve is used either to clear any scum, oil, or grease from the surface of the boiler water or to lower abnormally high water level.

Side and rear waterwall headers, also water screen headers, on newly commissioned vessels should be blown down when securing the boiler after each period of steaming, until the first regular boiler cleaning period. Thereafter, blow-down shall be made at regular intervals as found necessary, but intervals shall not exceed 200 steaming hours. These headers shall *never be blown down until after all burners on the boiler have been secured.*

**2—Feedwater**—Keep all feedwater tanks free of oil and clean them as often as necessary to prevent an undesirable accumulation of sediment or other foreign matter in the tanks. Be very careful not to permit oil, especially that containing vegetable fats, to enter the boiler as it is apt to collect in clots or films on heating surfaces and this may cause overheating with resultant blistering and eventual rupture of the affected tubes.

Use preheated, distilled, and deaerated feedwater.

Feedwater for these boilers shall be treated in accordance with methods and procedures designated by the Bureau of Ships.

To prevent possible excessive carryover of solids, operate the bottom blowdown valve as

**19**

## MAIN BOILER

often as necessary to keep the concentration of solids in the boiler water below the limitation set by the Bureau of Ships. *Cut out burners first.*

Do not allow sudden feeding of cold water into a hot boiler, except in cases of extreme emergency, as the resultant sudden cooling of the pressure parts might cause serious leakage at rolled joints and thereby necessitate extensive repair.

**3—Fuel Oil Leakage**—Frequent observation should be made of part of the air casing to detect accumulation of oil by means of the light and periscope provided.

By revolving the periscope and switching on the light provided, the section inside the outer casing in which any oil resulting from leakage would accumulate is visible. The periscope and light are located in the access door on the boiler front.

**4—Water in Fuel Oil**—The presence of a considerable amount of water in the fuel oil is indicated by sputtering atomizers. In this case follow instruction given in the Bureau of Ships Manual, Chapter 51, Boilers.

**5—Combustion**—Since the admission of either too much or too little air to the furnace would result in inefficient operation, it is important to regulate the burner air so that just enough is admitted to insure complete combustion of the fuel.

The smoke indicator will show whether the fuel/air ratio is correct for efficient combustion (see smoke indicator instructions under "Maintenance").

After the operator has become familiar with the operation of a particular steam generator and providing the heating surfaces of the steam generator are clean, he will be able to judge whether the fuel/air ratio is correct by observing the steam temperature at the superheater outlet. Too high a steam temperature indicates that too much air is being admitted and too low a steam temperature indicates that too little air is being admitted.

**6—Furnace Temperature**—Never allow sudden wide changes in furnace temperature since spalling and erosion of the refractory and consequent excessive refractory maintenance are occasioned by quick heating or cooling of the refractory. When putting a steam generator in service, heat the refractory slowly; when removing a steam generator from service, close each burner air register as soon as the burner is secured and keep all accesses to the furnace closed so that the refractory will cool gradually.

**7—Water Level**—The normal water level is usually between the center of the steam drum and 1″ below the center. The level should be held as closely to this point as possible. It is important never to allow the level to go above the top of the upper gage glass since priming, which is the undesirable presence of water or moisture in the steam leaving the steam drum, may result. To keep the level from rising too high, shut off the feedwater and, in cases of emergency, open the surface blowdown valve.

Low water is the most dangerous condition frequently experienced in the operation of steam generators, and is generally due to inattention on the part of the operators. If the loss is gradual and noticed by the operators:

    (a) Increase the rate of feed.

    (b) Check feed line for leaks or open valves.

    (c) Check blow valves for leaks or opened valves.

    (d) Check auxiliaries for water in steam from auxiliary steam line which indicates leakage from boiler steam drum into desuperheater.

    (e) Start auxiliary feed system.

If, *at any time,* the water level falls out of sight in gage glass *secure all burners immediately.*

**8—Tube Failure**—If a tube failure occurs, secure the burners immediately and, if possible, increase the rate of feed enough to bring the water level back to normal; then, insofar as possible, comply with the instructions under "Taking Steam Generator Out of Service".

**Note**—*Watch water level in other boilers.*

**Caution**—In case of tube failure do not open the bottom blowdown unless escaping steam seriously endangers personnel. If this is the case, then close the feed stop valve and dump the boiler through the bottom blowdown line. Keep the draft fan running and the burner air registers open to force escaping steam up the stack.

**20**

## TAKING STEAM GENERATOR OUT OF SERVICE
### Section 7

**1—Soot Blowers**—Just before taking the steam generator out of service, operate the soot blowers if practicable (see the soot blower instructions under "Maintenance", page 69).

**2—Oil Burners**—Close the oil valves to the atomizers, one by one, at the same time closing the air registers. Slow down the oil service pump as the atomizers are shut off to prevent the pressure from building up. Slow down the blowers. When all atomizers are closed, secure the oil lines and fuel pumps. Directly after shutting down a burner, remove the atomizer, drain it, and immerse the tip in kerosene. Run a blower long enough after shutting off oil supply to insure that all oil on the furnace floor is consumed and that the furnace is cleared of all gases. Comply with the fuel oil burner instructions under "Maintenance" Chapter 3 Section 7 page 33.

Except in cases of emergency, keep all accesses to the furnace tightly closed to prevent quick cooling and consequent spalling and erosion of the refractory. In some cases, a very slight cracking of the air registers may be permitted to prevent overheating of burner parts subjected to furnace temperature.

**3—Feedwater**—Regulate the feedwater to maintain the normal water level in the drum.

**4—Boiler Pressure** — When boiler pressure drops below normal working pressure, start closing the main stop valve.

> **Note**—If the shutdown has been necessitated by a tube failure or some other emergency, the main stop valve may be closed at once.

> **Caution**—*It is of the utmost importance that drain on the superheater outlet header be kept open to assure a flow of steam through the superheater elements.*

**5—Disposition**—After the steam generator has cooled to room temperature, inspect it or lay it up as directed under "Inspection" or "Laying Up Steam Generator".

## INSPECTION
### Section 8

**1—General**—If an inspection is to be made when the steam generator has just been taken out of service, it will first be necessary to drain the pressure parts. Before entering the steam generator, blow out the furnace with air or steam or ventilate it thoroughly to remove any inflammable or noxious vapors which may be present. *Make sure, before entering the steam generator, that all valves which might permit the entrance of steam or water into the unit are tagged, closed, and secured by a lock or wiring.* After the inspection has been completed, make sure that any necessary repairs are properly made. See Ch. 3 Maintenance, Internal and External Inspection, Section 4 page 26.

## LAYING UP STEAM GENERATOR
### Section 9

**1—Short Term Procedure**—If it is expected that a steam generator will be out of service for a few days, protect it against corrosion by filling the boiler, economizer and superheater, with feedwater which has an alkalinity as specified in Chapter 56 of Bureau of Ships Manual. See that water gage inlet valves and pressure gage valves are open, and make sure that all drain valves are closed.

> **Caution**—Do not let a steam generator which is not in service stand partially filled with water for several days.

**2—Long Term Procedure**—If it is expected that a steam generator will be out of service for a prolonged period, drain it as completely as possible, being particularly careful to blow or otherwise remove all water from such places in drum, tubes, superheater or economizer headers or elements which may not be completely self-draining. Take "list" of the vessel into consideration. To protect the steam generator against corrosion, place a number of shallow pans, partially filled with a dehydrating agent such as quicklime or calcium chloride in the steam and water drums. Distribute the dehydrating agent in the pans to expose as much surface as possible so that the maximum amount of moisture will be absorbed from the air in the boiler. Close the manhole plates and all valves to make the boiler as nearly air tight as possible. Replace the dehydrating agent every 3 to 6 months or when it has absorbed enough moisture to make it ineffective.

21

Exhibit 12

# ALL HANDS



This magazine is intended for 10 readers. All should see it as soon as possible. PASS THIS COPY ALONG

FW-MCKEON-00013477



FW-MCKEON-00013478



# ALL HANDS

**THE BUREAU OF NAVAL PERSONNEL INFORMATION BULLETIN**

APRIL 1957    Nav-Pers-O    NUMBER 483

VICE ADMIRAL JAMES L. HOLLOWAY, Jr., USN
The Chief of Naval Personnel

REAR ADMIRAL K. CRAIG, USN
The Deputy Chief of Naval Personnel

CAPTAIN O. D. FINNIGAN, Jr., USN
Assistant Chief for Morale Services

## TABLE OF CONTENTS

|  | Page |
|---|---|
| This Is Your Navy—The U. S. Fleet | 2 |
| USAF Afloat | 7 |
| Ship and Station Papers | 8 |
| Movie-Makers, USN | 11 |
| Life at Navy's Southernmost Duty Station | 12 |
| The Card Table That Paid Off | 17 |
| Letters to the Editor | 19 |
| Ship Reunions | 20 |
| Navy-Marine Stadium Underway | 22 |
| Special Centerspread | |
| Five Minute Course in Navy Safety | 24 |
| Today's Navy | 26 |
| LantFleet's Good Samaritans | 26 |
| Aid to Hungarian Refugees | 28 |
| The Bulletin Board | 29 |
| The Latest on Rating Changes and Advancement Requirements | 29 |
| Check Your Rate and Estimate Your Chances for Advancement | 30 |
| Deep Sea Diving for Officers | 31 |
| List of Latest Motion Pictures | 32 |
| Directives in Brief | 33 |
| Roundup on State Tax Regulations | 34 |
| New Correspondence Courses | 41 |
| Book Reviews | 42 |
| Book Supplement | |
| Salmon: The One That Got Away | 43 |
| Taffrail Talk | 48 |

CDR F. C. Huntley, USNR, Editor
John A. Oudine, Managing Editor

**Associate Editors**
G. Vern Blasdell, News
David Rosenberg, Art
Elsa Arthur, Research
French Crawford Smith, Reserve
Don Addor, Layout

● **FRONT COVER:** HATS OFF—Four bluejackets give ship-to-shore greeting from deck of USS Bremerton (CA 130). Left to Right are J. Shafer, FT2; J. Jefferies, BM2; F. Hardesty, BM2 and J. Jennings, SN.

● **AT LEFT:** FULL HOUSE—Division of minesweepers stands at rest in 1,031-foot drydock at Yokosuka, Japan. Five ships of MinDiv 94 are USS Firm, Reaper, Embattle, Prime and Force.

● **CREDITS:** All photographs published in ALL HANDS are official Department of Defense Photos unless otherwise designated.

FW-MCKEON-00013479



TODAY'S FLEET centers on carriers. Here with Sixth Fleet cruisers, USS Coral Sea (CVA 43) makes high speed turn.

# THIS IS YOUR NAVY

**W**HAT is a "Fleet"?

Everybody talks about it: "The power of the Fleet. He's a Fleet sailor. Fleet shore duty." You read about it in newspapers, magazines and other periodicals. But what does everybody mean by "Fleet"?

The "fleet," according to one definition in Webster's New International Dictionary, is "a number of war vessels under a single chief command; also, the collective naval forces of a country."

Here's what it means so far as you and we are concerned. Let's start at the very top. The U. S. Fleet is the *Operating Forces* of the U. S. Navy. The Fleet, in both the Atlantic and Pacific, forms the naval power of the U. S. and it is the *sole reason* for the existence of the rest of the United States Navy.

The major Fleet commands in the U. S. Fleet are the Pacific Fleet, the Atlantic Fleet, and the Naval Forces, Eastern Atlantic and Mediterranean. The Pacific Fleet includes the Seventh Fleet, the First Task Fleet, the Naval Forces Western Pacific and sea frontiers and area support commands.

The Atlantic Fleet includes the Second Task Fleet, the Operational Development Force and sea frontiers and base support commands. The Operational Development Force tests and evaluates new weapons and equipment for service use.

For operating purposes, a Fleet may be divided into a number of *Task Commands.* Now here's a curve: For administrative purposes, such as transfer of enlisted men, the various types of ships that go into making a Fleet are grouped according to type. Carriers come under ComAirLant or ComAirPac; Destroyers are under ComCruDesPac or ComDesLant, and so on.

Take a ship under Commander Cruisers and Destroyers Pacific (ComCruDesPac) for example. When the ship from this type command joins the Seventh Fleet, in the Far East, it is under the *operational* control of ComSeventh Fleet. Yet that same ship and its crew remains under the *administrative* control of ComCruDesPac.

Because of the many varied jobs that may be assigned to a Fleet, it is often necessary to subdivide them into *Task Forces*, composed of several types of ships, depending upon the job the force is to perform. This task force may include aircraft carriers, battleships, cruisers, amphibious craft and auxiliary vessels such as tenders, oilers and supply ships.

When a Fleet is large enough and its duties are extensive enough to require division into many task forces, it is usual to form the forces into *Task Groups.* Task groups are of a more temporary nature than task forces and are usually dissolved after each particular assignment.

Task groups are assigned numbers according to the particular force of which they are a part. For example, Task Force 72 may have a task group assigned to a special mission and its designated number may be Task Group 72.3. Task groups may be further subdivided into task units and task elements. For example, take TU 72.3.1. Spelled out, this means Task Unit 1 of Task Group 3 of Task Force 2 of the Seventh Fleet.

Next in line come the *type commanders, divisions* and *squadrons.* Type commanders are more or less self-explanatory. Submarines will come under ComSubPac or ComSubLant. Cruisers are under ComCruDesPac or ComBatCruLant and Destroyers are under the control of ComDesLant or ComCruDesPac.

The very basic unit of vessels by

2

*ALL HANDS*

FW-MCKEON-00013480



BEFORE WORLD WAR II emphasis was on BBs. Above, cruisers and battlewagons participate in 1939 Fleet maneuvers.

# — THE U. S. FLEET

type is the division, and quite frequently two divisions are joined to form a squadron. The term "squadron" may also be applied to an organization of minor strength, whose commander operates under "detached" orders or directly under the instructions or orders of the Chief of Naval Operations.

There are also two other Fleets which you hear a lot about and which are also components of the operating forces. These are the Atlantic and Pacific Reserve Fleets. Known as the "Mothball Fleets," these ships provide a great reservoir of ships ready to be put into active service on short notice.

As you'll probably remember, more than one-fourth of these 2000 mothballed ships were recommissioned and saw service during the Korean conflict. The men who man these ships in the Reserve Fleet keep them in excellent material condition and each ship can be made ready for service on short notice.

Another Fleet in the U. S. Navy, which is also a part of the Operating Forces, is the Military Sea Transport Service (MSTS). This Fleet, which is the largest ocean shipping organization in the world, transports personnel and cargo of the Department of Defense.

At a recent count, MSTS had available a Fleet of some 265 ships, including escort aircraft carriers, cargo ships, passenger ships and tankers.

All are naval vessels except 49 which are commercial ships operating under various types of charter.

The Military Sea Transport Service, which celebrated its seventh anniversary last October, carried 860,315 passengers, over 15 million measurement tons of cargo and over 100 million barrels of petroleum products during fiscal 1956 alone.

There, basically, are the U. S. "Fleets" as they stand today. But let's get ahead of ourselves for a moment and see what the Fleet of the future will look like. As explained by Admiral Arleigh A. Burke, USN, Chief of Naval Operations, in a recent speech:

"During the 1960s the Navy will have nuclear-powered task forces. One such force will consist of two or more nuclear-powered aircraft carriers, four to six nuclear-powered cruisers and a limited number of nuclear-powered frigates.

"This nuclear-powered task force will be only a fraction of the size that served under Admiral Halsey and Admiral Spruance in the Pacific War. But in terms of *weapon* power and in terms of *striking* power, this task force of tomorrow will have *strength* many times multiplied of that of our present day forces.

"Aboard the mobile airbases of this task force will be a variety of naval aircraft, supersonic and long-ranged, of the most advanced type. Typical of these planes are ones such as the F8U *Crusader,* a 1000-miles-per-hour fighter aircraft, and the A3D *Skywarrior.*

"The attack bomber *Skywarrior* has a range of over 1500 miles out and 1500 miles back, which means it can hit virtually any target in the world. It can carry on each flight a bomb load having many thousands of times the destructive power of that carried by the heaviest carrier-based bomber of World War II.

"Also aboard the carriers, cruisers and destroyers will be a family of missiles which seem fantastic today — surface-to-air missiles, air-to-air missiles, air-to-surface missiles and surface-to-underwater missiles. And beneath the oceans will be our nuclear-powered submarines of all

3

FW-MCKEON-00013481



**FLEET OF TOMORROW is typified by USS Forrestal (CVA 59). Here she's anchored near USS Wisconsin (BB 64).**

types — attack, hunter-killer, radar picket and missile."

That is the picture of the Fleet of tomorrow as envisioned by the Chief of Naval Operations.

But let's look at one of our present-day Fleets. One good example is the U. S. Seventh Fleet now operating in Far Eastern waters. Since the beginning of the Korean conflict, four more or less permanently organized task forces have been operating in the Far East. Naturally, operations as extensive as this require a variety of ships. This means that vessels and men from all type commands have been, or are, involved.

One of the hardest hitting groups of ships during the Korean fighting was Task Force 77. This force consisted of two or more large carriers, one battleship, cruisers and destroyers.

Aircraft assigned to the carriers did a two-fold job: (1) they blasted away at enemy supply lines and

ammunition dumps. In the first 30 months of the Korean affair, carrier-based Navy and Marine Corps aircraft rained down more than 145,000 tons of bombs and untold number of rockets on enemy targets. (2) They provided close air support for front line Marines and soldiers. It's estimated that Navy and Marine aircraft flew about 40 per cent of all close air support sorties during these two and one half years.

Also during this period, Navy and Marine Corps aircraft flew more than a quarter of a million combat sorties against the enemy.

The other ships in Task Force 77 served as the carriers' antiaircraft and anti-submarine screens. Often, however, these ships were also called upon to leave the main force for special missions. One time it may have been to pick up a downed pilot; another time it may have been to bombard enemy positions in support of troops or as interdiction fire.

Although an exact total of damage inflicted by the Seventh Fleet is difficult to make, Navy and Marine air combined with the surface Fleet units are credited with accounting for an estimated 121,000 enemy troop casualties (killed or wounded) and destroying 6008 railroad cars, 405 locomotives, 47,334 buildings, 3900 enemy vessels and 265 tanks. Navy surface units in coastal bombardment and gun strikes destroyed rail and highway bridges, broke up troop concentrations, harassed and interdicted transportation links.

Another segment of the Seventh Fleet which also operated during the Korean phase was Task Force 95, the *United Nations Blockade and Escort Force*. TF 95 usually counted more ships in its force than in any of the other three forces. It included escort aircraft carriers, destroyers, cruisers, destroyer escorts, frigates, minesweepers and tenders from all of the participating UN countries.

The third of the Seventh Fleet Task Forces was TF 79, the *Logistic Support Force*. The mission of this outfit is well defined by its title. The work of the unit enabled the ships of the other task forces to keep to a minimum the time spent away from the operating area. Everything from soup to nuts was supplied by the Logistic Support Force.

Probably the least known of the Seventh Fleet task forces has been the *Formosa Patrol*, or Task Force 72. This outfit's primary mission: to prevent the Chinese Communists on the mainland from mounting an assault on Nationalist Formosa.

These four task forces combine to form the U. S. Seventh Fleet, a part of the U. S. Pacific Fleet.

**ALL HANDS**

**TRAINED AND READY—Men, weapons and ships of Fleets like U. S. Sixth help preserve the peace through their ability to fight in case of war.**



FW-MCKEON-00013482





BASIC UNIT of ships by type is the division. Shown at right is a destroyer division of the Pacific Fleet.

The shape and organization of a Fleet need not, and cannot, be static, however. It is continually changing to meet the needs of the situation and of the country. For example, there was once a time when the U. S. had only a one-ocean Navy. This Fleet, vintage 1907, was the U. S. Atlantic Fleet, sometimes known as the Great White Fleet or U. S. Battle Fleet.

President Theodore Roosevelt decided to send that Fleet on a world cruise and chose Rear Admiral Robley D. "Fighting Bob" Evans to command it. Orders were delivered directly to Admiral Evans by the President himself and were never reduced to writing.

The U. S. Atlantic Fleet at that time consisted of 16 battlewagons which were equally divided into four divisions. Also included in the Fleet were four auxiliary ships. The Fleet, with Admiral Evans' flag flying in uss *Connecticut*, left Hampton Roads in December 1907 and sailed around South America, reaching San Francisco the following May.

The Fleet sailed from San Francisco two months later with Rear Admiral C. S. Sperry in command. After making ports of call in Hawaii, Japan, the Philippines, New Zealand and Australia, the Great White Fleet reached Suez, Egypt, in January 1909. There the Fleet received word of an earthquake in Sicily. The custom in the Navy then, as it is now, was to be ready and willing to help those in need. The voyage of the Fleet was momentarily halted to aid in rescue efforts until other U. S. ships arrived to relieve them.

FW-MCKEON-00013483



U. S. EIGHTH FLEET saw lots of action off southern Europe in World War II. Here its DDs fan out in 1946 maneuvers.

When the Great White Fleet returned to the U. S. after more than a year's absence, it passed in review of President "Teddy" Roosevelt to end a dramatic trip that was a striking example to the world of U. S. naval power.

The waters in which the Great White Fleet sailed to aid the victims of the earthquake in Sicily are again very much in the news. And again, a mighty U. S. Fleet is on hand.

This powerful force is the U. S. Sixth Fleet, operating in the Mediterranean Sea.

Like other modern fast carrier task forces, the Sixth Fleet is formed around aircraft carriers. At present, the Sixth Fleet numbers over 60 U. S. warships of various types. Recent powerful additions to the Sixth Fleet include the carriers USS *Forrestal* and USS *Saratoga* and the world's first guided missile ship, USS *Boston* (CAG 1).

The striking arm of the carriers consists of over 250 attack bombers and jet fighters, all capable of carrying any type of airborne bomb or missile in use today. Also, there are heavy cruisers, destroyer squadrons and submarines. Also a part of this Fleet are the amphibious ships, loaded with reinforced Marine battalions complete with tanks and artillery.

As you can easily see, it takes a lot of little threads to make a rope and it takes many types of ships to make a Fleet. Granted, a division of four heavy cruisers, capable of dealing a lethal blow, can strike fear into the heart of any enemy. But in most cases, two destroyers, a small aircraft carrier and one heavy cruiser can hit even harder. And even more versatile and powerful is the composite of all these ships, DDs, CVAs, CVs, CAs, BBs, working in a task force.

Put them all together and you've got a Fleet.

—Rudy C. Garcia, JOC, USN.

*ALL HANDS*

PANAMA CANAL made 'one ocean Navy' a thing of the past. Here Atlantic Fleet ships *Dashiell* (DD 659) and *Gatling* (DD 671) go through.



FW-MCKEON-00013484





# USAF Afloat

"SO FAR AS I'M CONCERNED we landed in the water . . . some one just shoved the deck under us." These words came from an amazed Air Force colonel after a demonstration flight to and from the flight deck of USS *Essex* (CV 9).

He was one of a group of 20 USAF officers of Strategic Air Command, B-47 Wing, at Guam who were invited for a two-day cruise to learn a little about how Navy airmen operate. The group watched Navy pilots touch and go off the deck of their floating air strip in speedy *Cougar* and *Banshee* jet fighters. They were speechless as the large AJ-2s plopped down and rose again without even kicking in their additional jets.

As a whole, the land-based birdmen agreed that the team work and integration of operations allowing launchings from the bow while others came in on the angled deck astern gave them ideas which could be useful to any pilot.

When leaving they expressed their appreciation of how Navy pilots and airmen handled planes in such confined spaces, but none seemed eager to trade their mile-long runways for the seagoing roost. Here's a picture story of the Air Force on board USS *Essex*.

*Top:* Air Force officers watch touch-and-go demonstration by Navymen from the bridge on *Essex's* island. *Top right:* Flight operations of the two-engined AJ-2s to and from the confines of the carrier's deck amazed the pilots accustomed to mile-long runways. *Right:* Precision teamwork launches plane from catapult. *Lower right: Cougar* jet fighter safely hits crash barrier after losing arresting hook during demonstration for the Air Force birdmen.

**APRIL 1957**





# SHIP AND S

"**A** NEWSPAPER EDITOR should be a sulking hulk of a man with fire in his eyes, a cigar in his mouth and ink on his fingers. He's supposed to get rid of evil, conquer multitudes and deliver guidance to the meek. He builds an empire out of his newspaper and the words that come from his typewriter are the truth and should be taken as law—or that seems to be the common conception," according to the editor of USS *Boxer's* newly-established newspaper, the "Busy Bee."

This seaman-editor continues: "We don't feel that we can live up to those 'standards' of our trade. First, the nearest thing we have to fire in our eyes is when the duty PPO gets us out of our rack too early in the morning and we're not in a good mood. The smoking lamp is out too often on the hangar deck for a cigar, and the rulers of the print shop won't let us get close enough to the presses even to smell the ink."

Although he claims he can't measure up to the mythical standards he lists, the writer of CVS 21's "Busy Bee" editorial has worked himself (or been pushed) into one of the Navy's more difficult, but most rewarding jobs—that of putting together one of the Navy's multitude of newspapers.

The editor's job, the reasons for and the rules governing his newspaper are like the papers themselves: so much a part of the local Navy scene we don't notice them until they're missing. Yet the Navy-wide group of ship and station publications form one of the world's largest newspaper chains. They are published under authority of *NavExos P-35 (Rules, Regulations, Policies and Standards for the Control of Navy Publications and Printing)* which controls such items as cost, size, use of color and actual printing. The "rulebook" for this newspaper empire also includes several SecNav Instructions in the 5600 series, and Chapter 9, Section 7, *BuPers Manual*, which states the Navy's policy con-

cerning ship and stations papers, including contents, distribution and the prohibition of all advertising except want ads. Further, only those *ads* may be published that are concerned with housing, rides to and from work, and lost-and-found items (unless you have special permission).

Chapter 8 of the Navy *Public Information Manual's* Appendix A has a few choice words on the "what's what" level for officer-advisers, editors and reporters. According to the *PubInfo Manual*, the principle behind publication of ship and station papers is the fact that an informed man is a better, more contented, and more effective man. To live up to that principle a *newspaper should* appeal to its readers by containing shipboard and other news and information of value to personnel, in addition to such items of entertainment as jokes, comic strips, cartoons, features and similar material.

This manual also states that a newspaper should never be used primarily as a means for the skipper (or anyone else) to lecture the men,



since this would defeat the paper's primary purpose.

None of the official "rules," however, offers solutions to a couple of problems which *Boxer's* mildly-disturbed editor mentioned in his first editorial, problems which have haunted many Navy editors: the mostly-mechanical difficulties of production, for instance, and the human ones of reader appeal and the shortage of volunteers to fill staff billets.

From the standpoint of mechanical production, making do with



# ●STATION PAPERS

whatever equipment is available is the fate of most shipboard editors; the lucky ones at shore installations frequently have a good Navy print shop available or either appropriated or non-appropriated funds for hiring the facilities of a good commercial printer. Snaring staff members and reader interest is more a



matter of personal know-how and "skulduggery" on the part of whoever is assigned the job of turning out a regular "poop sheet." Still, even the most inexperienced of editors can find ways of beating these three problems.

Navy editors, as well as their counterparts in other services, have found that the *Armed Forces Press Service* can be a big help in turning out a creditable newspaper. AFPS offers such services as:

● A weekly *clipsheet* containing news, pictures, cartoons and other art which can be used to supplement local resources, regardless of whether your paper is printed by letterpress, mimeograph or photo-offset method.

● Upon request they will advise on the organization and operation of a newspaper, or (given copies of your ship's "rag") they will examine it thoroughly and return a detailed *critique* or report on what can be done to improve it.

● AFPS also offers the *Armed Forces Newspaper Editors' Guide* (NavPers 10293A), which may be ordered from your forms and publications supply distribution point listed in enclosure (1) to BuSandA Inst. 5604.1. Now being revised, this

publication has superseded the *Navy Editors' Manual* (NavPers 10293A) which is out of print. The *Guide* is a handy *compilation* of the technical information needed to produce a readable paper without too much strain.

Navy editors can request these publications or services by writing to the Officer-in-Charge, Armed Forces Press, Radio and Television Service, Room 1425, Fisk Building, 250 W. 57th St., New York 19, N. Y., via the appropriate command channel and the Administrative Officer, Navy Department. (Material may also be submitted to AFPS for publication in its clip sheet.)

Papers which use a mimeograph machine as a "press" can obtain from AFPS pre-cut stencils of art work appearing in the weekly clip sheet, while office supply houses have available a number of "gadgets" and instruction books which tell how to do all sorts of tricks with stencils.

When anyone mentions rounding up enough willing hands to put out



a newspaper most Navy editors could well answer, "Aye, there's the rub"—although on board a ship that's spending a fair amount of time at sea it isn't too difficult to find men who'll volunteer a part of their off-duty time. And lithographers, printers and photographers are usually willing to perform in their special fields (particularly if their names are added to the masthead). But writers and reporters, especially the amateurs, usually have to be cajoled from their hiding places.

Many of these same editors have found that a little checking among buddies in the various divisions will reveal at least a couple of guys who have worked on high school newspapers. It's been found, too, that chaplains and most ship's officers can —and will—do some writing for the struggling shipboard editor.

Digging through one of the editors' manuals and the training course manual for Journalist 3 & 2 (NavPers 10294) is considered a good



way to pick up all sorts of information on publishing a paper and on "writing readable." An AFPS critique can be a big help in selecting material which has good reader interest, and many of the newspapers your ship receives in exchange for its own often serve as models and as sources for ideas.

Another service for the editor who's short of news and staff members is offered by the Internal Relations Branch of the Navy's Office of Information. This consists of informal memos and features dealing with current or upcoming events.

Stations, naturally, have good facilities for turning out a handsome newspaper. Staffwise, too, they seem to be well fixed, usually with a couple of professional civilians to guide unsteady hands.

One prime example of the station newspaper is "Dope Sheet," published by the Naval Air Station at Norfolk. Recently, its editor, JO3 John Timothy Smith, USN, in taking note of a number of awards made to the paper, pointed out that a newspaper "doesn't just happen out of thin air."

According to Tim, "a staff of 10 Navy newsmen work from five to



seven days a week gathering, sifting, evaluating, editing and typing news before each issue becomes a reality in the reader's hand." There are pictures to be taken, cropped and scaled to fit the desired space. Articles must be typed in column form on special composing machines; headlines, written to fit a particular space, are set by hand from a stock of printed pasteboard characters and pasted in their proper places.



With the "dummies" of their usual eight pages pasted up "Dope Sheet" staff must make a final check to insure that captions are under the right pictures, that headlines are over the right stories and that several thousand words are spelled the way Webster does it. Then the dummies and properly-scaled photographs are turned over to a commercial printer to be reproduced, first as metal printing plates, and finally as reader-bound copies of "Dope Sheet."

Distribution of the finished issue accomplishes the mission which NAS Norfolk's paper shares with all Navy newspapers: "To serve as a positive factor in promoting the efficiency, welfare and contentment of personnel."

Another Stateside station paper which has done yeoman service for thousands of "boot" sailors is the 33-year-old "Hoist," issued by the Naval Training Center, San Diego. Established in 1923, six months after the training center opened for business, the "Hoist" first appeared as a four-page 8½ - by - 11 -inch publication, edited by the Center's chaplain and staffed by volunteers.

The paper grew up along with the training center, however, and is now

a tabloid-size, slick paper, eight-page publication, complete with photographs and artwork. Staffed by personnel of the center's Public Information Department and commercially printed, the "Hoist" has become one of the most widely known station publications in the Navy.

In the seagoing Navy, the larger ships with their superior printing facilities can easily turn out better-looking (but not necessarily more readable) newspapers than can the editor whose production staff is armed with little more than a mimeograph machine or a beat-up early model office duplicator. One example is the eight-page "Jerseyman" of uss New Jersey (BB 62) whose editorial staff consists of an officer adviser, one JO3 and one seaman. "Jerseyman" production staff consists of one PH1, three LI3s and two seamen (one each in the photo lab and print shop). BB 62, however, does have a number of men who can be counted on as reporters, staff poets and gen-



eral editorial handymen.

uss Shangri-La (CVA 38), with an editor and four reporters, plus a 14-man print shop staff and a couple of photographers, has little trouble turning out a weekly 2500 copies of the four-page "News Horizon"—plus an additional 2-to-10,000 copies of a souvenir edition whenever the carrier holds "open house."

Hardly a prize winner from the standpoint of looks, but one of the more readable of shipboard papers is the "Moale Monitor" put together bi-monthly for the men of uss Moale (DD 693). And (shades of the staff personnel problem!) this MM's staff consists of one chief hospitalman, one personnel man third class, and

two seamen putting out the paper.

In one recent mimeographed six-page issue of double-column, to-the-point prose, "Moale Monitor" amateur staff found room for:



• A full page of sports, including coverage of a softball game in which Moale's men downed uss Sperry (AS 12) by a score of 11 to 8 "on a hot, humid day in Iskenderun, Turkey;" a softball game in which Moale and Sperry pooled their manpower in an unsuccessful (1-0) attempt to best Israel's national champions; and the unsuccessful attempt of another Moale-Sperry task force to better the score racked up by the basketball team the Israelis had intended for the Olympics.

• A full report on a sightseeing tour originating in Haifa and offering Moalemen a chance to follow "The Footsteps of the Master;" a report on the destroyer's visit to Haifa and the series of "open houses" held there, and an editorial commentary on the progress Israelis are making in transforming their barren land.

• A "Dear Ma" letter highlighting the events of a three-day visit to Tobruk, in addition to space for a short note to the home-folk.

To round out their morale builder, Moale's newsmen included a meet-your-shipmate feature, a paragraph which could pass for a "chaplain's column," a couple of notes on movies, a paragraph recording new additions to the families of Moale sailors, a pair of jokes and a slogan.

Typical of their jokes: "You've heard of chameleons changing color, but have you ever heard of an editor turning into a drug store?" And that wasn't the funniest one either.

—Barney Baugh, JO1, USN.







## Movie-Makers, USN

O N-THE-SPOT coverage of history in the making, records on film of Navy jobs, and the men and equipment that perform them—that's the idea behind the training program of Navy cameramen. These men learn their techniques and know-how from a nucleus of cinematographic instructors at the Motion Picture (C) School located at NAS Pensacola. The school, administered by the Naval Air Technical Training Unit, has classes convening every 14 weeks.

All types of motion picture cameras of both 16-mm. and 35-mm. are utilized, including sound, ultra-high speed and underwater cameras. Students are quickly introduced to the ins-and-outs of camera work, developing and processing, printing, editing, and directing. Script-writing and special effects offer unusual students an opportunity to display their originality.

During training, prospective cameramen are sent on location to cover news events under the watchful eye of instructors.

*Top left:* Training enables men to shoot sound training films. *Top right:* Navy cameraman in the field catches full effect of blast set off by demolition crew. *Right:* Final adjustments are made before photographing the action of shutter at nearly 800 frames-per-second. *Lower right:* Perfect synchronization of the "ear" and "eye" of these machines is important. *Lower left:* an instructor demonstrates the production of sound film.







FW-MCKEON-00013489



THIS IS SUMMER? Planes at Antarctic air strip are engulfed by snow at beginning of summer season.

# Life at Navy's Southernmost Duty   S

*When an element of Operation Deepfreeze, Navy's Task Force 43, was about to leave for Antarctica,* ALL HANDS *got in touch with the powers that be and asked for a story written on the spot. "Give us the informal, penguin's-eye view," we asked. "But stick to the cold facts. No romance."*

*And so this is the story. It was written, as you will note, in the cold, cold, cold. The first draft was written on thin slabs of ice with melted snow as ink. It is an impressionistic record of the work done by the Navymen who wintered over at McMurdo Sound. Written by Chief Journalist*

*J. E. Oglesby,* USN, *it was "cleared at the source" by CTF-43's PIO.*

*With the copy from Chief Oglesby was a memo to the effect that another of our field correspondents (if you write to us from the field, i.e., any place but Washington, you're a field correspondent), Joe Sigler, J02, is working on a follow-up story on ice.*

THE BIG PUSH was on. Planes were due from New Zealand in two and one half months. Eight feet of snow covered the only possible landing strip and one—repeat one—tractor was available to move the 10 million-plus cubic feet of snow and ice cov-

ering the 225 by 6000-foot runway.

That's how the situation stood at the Navy's southernmost airbase, McMurdo Sound, Antarctica, at the height of the Antarctic winter night.

It was dark. The sun had set 21 April and wouldn't rise again until 21 August.

It was cold. The thermometer stood at 70° below zero Fahrenheit and the bay was whipped by strong winds.

Heavily dressed Navymen working under floodlights could stand only 20 minutes' exposure at a time. They wore jury-rigged surgical masks to filter and pre-heat their

NAVYMEN WORKED in 70 below temperatures clearing 10 million cubic feet of snow to make Williams Air Facility.





PETROLEUM and gasoline are delivered by icebreaker. Fuel line is laid across ice to storage tanks.

# Station

own breath but the masks iced up within an hour.

Nevertheless, after some 100,000 man-hours of work by the 93-man wintering-over party the strip was ready, complete with GCA.

Even before the big airstrip push, life wasn't too soft. You had to be at least a senior first class petty officer to draw messcook duty. Senior messcook was a lieutenant commander and, during the airstrip episode, junior messcook was a PO1. They weren't interested in rank or prestige. They competed for the post in the galley of Raymond Spiers, CS1, because, for one reason, he had up-ended the old maxim of "Them as eats, works" to make it read "Them as works, eats." Then, too, it was relatively warm in the galley.

Landing in late December 1955, all the Fleet rates, airmen and construction men of Mobile Construction Battalion Special worked against time to erect their houses before the last ship left on 9 March. Then, after the ships were gone, they had to complete the buildings' interiors before sundown 21 April.

Building 34 houses in the lava ash of Mount Erebus is not child's play even in the Antarctic summertime. Working from tents, standing in outdoor chow lines for meals and forever braced against the cold, the men of Williams AirOpFac knew no relief. (The facility is named for Seabee driver Dick Williams who perished when his 35-ton tractor plunged through bay ice.)

After the ships left and the build-



WEASEL-DRAWN sled train carries sections of fuel line to icebreaker. Below: Navymen working in ice and snow connect line's last link.



FW-MCKEON-00013491



ON-THE-SPOT maintenance was important in keeping equipment working. Here, C. S. Lynch, CE1, USN, repairs generator on GC approach unit.

ings were completed, the 93 men began to package 500 tons of equipment and supplies for airdrop at the South Pole. Each package had to be weighed, strapped, packed and ready to parachute to the 10,000-foot plateau.

Each hardship, each extra workload seemed to kindle a stronger unit spirit among the 93 men commanded by pilot LCDR Dave Canham who seemed to be everywhere at once.

Take the chapel for instance. The men wanted one. The chaplain wanted one. But the base diagram didn't include one nor did the quantity of building materials allow for it.

So they scrounged. And they worked. Father John (John Condit, ChC) and his 92 parishioners kept a roving eye open wherever they walked, especially around the trash piles and the supply dump.

A nut here, a bolt there, a piece of dunnage here and a scrap of sheet metal there—the chapel came into substance. A naive carpenter forgot to lock his plywood supply cabinet and an altar was assured.

Construction men assembled the hull after finishing their regular 12-hour work shift.

The hull assembled, they put it

TIME OUT for fun—Chaplain (LT) John C. Condit, USN, leads a cool version of a Hill Billy band while Deepfreeze personnel relax at McMurdo Sound.



up. The wind moved it several yards. Next day 40 men mule-hauled it back in place for more additions. That night the wind moved it again. Next day they took it back. Finally it was complete enough to anchor down. Then a spire and a steeple gave it the majesty of reverence.

Looking at the chapel now, against the background of Observation Hill where a cross honors the memory of CAPT Robert Falcon Scott, a newcomer cannot appreciate the hardship that went into its building.

A white picket fence outside and an altar inside give it an air of permanence. It even has a bell, courtesy of one of the YOGs frozen in the bay.

Saturday nights gave respite to the grueling work routine. Hendrik "Dutch" Dolleman, 51-year-old Air Force Master Sergeant with considerable hours in both the Arctic and the Antarctic, calls the Saturday night happy hours "a chance to settle old gripes and start new ones." Dutch came on Deepfreeze to train and care for the dogs held in readiness for airdrop to pilots or trail party members downed in treacherous regions. His sage advice was often sought during the winter night.

Paydays were not too frequent but William T. Hess, SKC, managed to conduct an object lesson in finance that would leave Wall Street spellbound. The paymaster was 400 miles away at Little America Five so he issued Agent Cashier Hess $9,255 to pay the crew at McMurdo. With that initial stake, Hess paid out $23,404 from 29 February to 2 November and ended up with a balance of $1,449.61.

How? He re-used money collected by the Ship's Store and by the officers' mess caterer.

Health problems were surprisingly few. Doctor Isaac Taylor, LCDR, recorded a few cases of frostbite and no snow blindness during the severe weather. When the ships left he prescribed for the few colds and other respiratory diseases. After that, the climate was so cold these diseases didn't recur.

The human machine stood the test much better than the inanimate machinery. Chief mechanic Charles M. "Slats" Slaton forgot what sleep was like during the airstrip project. The big tractor had to be kept going at all costs, else the Pole landing and base building couldn't take place. So Slaton and his mechanics kept it

*ALL HANDS*

FW-MCKEON-00013492



SPECIAL COVER is used to heat engine of R4D *Skymaster* on frozen runway of Williams Air Facility.

together by skill, tricks and prayers.

Somebody said of Norman Nason, SW1, "His guys have welded everything — from broken hearts to the crack of dawn."

The airstrip was number one concern at all times but there was apprehension at first on how well the two YOGs would fare as the temperature dropped. To augment the fuel supply, they had been loaded and towed from the States. Their anchors were then planted 200 feet high in the permafrost of a hillside. Each ship was checked daily for hull ruptures but both withstood the strain.

When Navy planes arrived 16 October they saw a perfect airstrip —or more appropriately, a perfect landing ditch on the 14-foot thick bay ice. First to land was the Task Force Commander, who came roaring in by R5D. Next day the remaining planes of Air Development Squadron Six arrived.

Within days giant C-124 *Globemasters* began to land with tons of priority air cargo and additional personnel. Some planes weighed out at 190,000 pounds gross on take-off from New Zealand, 2250 miles northward, for the fly-in.

With the sudden population swell the wintering-over group at McMurdo faced a paradox—how to accommodate 267 people in space designed for 93. The mess hall went on shifts; VX-6 maintenance crews set up their own accommodations on the bay ice; everybody moved his bunk a little closer to his shipmate to make room for another.

Finally, before Janesway Huts could be assembled, they even put cots up in the chapel. One new

arrival said, "I never slept holier. But I felt awful guilty every time I cussed."

Nor was all the Yankee ingenuity shown by the wintering-over group. One Navy airman just aboard developed a severe toothache and had to have an extraction.

Next morning the doctor came to his hut to check his health. Expecting to find a badly swollen jaw, the doctor was amazed to find the youngster's face almost normal.

"Did it give you trouble?"

"Yes sir, for a while."

"Why didn't you come to sick bay or send for me?"

"It was too far. Besides, I found an icepack," he said, sheepishly drawing an ice-cold can of beer from his sleeping bag and holding it up.

Living accommodations settled, a



HISTORY IN THE MAKING—First plane to land at South Pole skis in on barren ice. Above: RADM Dufek, Deepfreeze Commander, plants flag at pole.





YOGS FROZEN in ice of McMurdo Sound were towed in to serve as winter filling stations during the construction of Williams Air Facility.

fast air pace began. Navy planes flew the advance trail party to Little America for scouting a safe trail into Marie Byrd Land. Then Navy and Air Force planes explored the drop area at the South Pole as well as the Beardmore Glacier area where an auxiliary air base was needed to support the pole flights.

A camp was established on the Liv Glacier near Mount Duncan on 28 October at an ideal location 500 miles south of McMurdo Sound and 303 miles north of the Pole. Thus planes could take off from McMurdo with less than a maximum load, stop at Beardmore station to refuel, then proceed to the Pole with a greater margin of safety.

Then on 31 October the Task Force Commander made Antarctic history by landing on the South Pole. The flight was made in R4D Bureau Number 12418 named "Que Sera Sera" (Whatever will be will be). The plane's crew included LCDR Conrad S. Shinn, pilot; CAPT William M. Hawkes, co-pilot; LT John R. Swadener, navigator; John P. Strider, AD2, plane captain; William A. Cumbie, Jr., AT2, radioman; and Rear Admiral Dufek, Commander Task Force 43, and Captain Douglas L. Cordiner, Commanding Officer of AirDevRon Six, observers.

Captain Cordiner's mission was to learn the conditions under which his pilots would have to operate when landing construction men to build the Pole base. Admiral Dufek wanted to see that, plus the conditions under which his Seabees would work.

The flight represented the culmination of more than two years of planning and 27 years of Navy Antarctic experience since the late RADM Richard E. Byrd first flew over the pole in 1929.

The seven who first landed on the 10,000-foot polar plateau have been assured their rightful place in history.

But in retrospect one thinks with admiration of the spadework at McMurdo Sound that made the pole landing possible.

When the next frontier—the moon —is conquered, there will be another 93 men like those at McMurdo who'll stick out their necks, freeze their knuckles, endure an Antarctic night and keep their backs to the wheel to make the lunar landing a success.

—J. E. Oglesby, JOC, USN,
Flag, CTF-43.

NAVY'S ANTARCTIC base has come a long way since first recon party landed a little over a year ago.





H OF A TABLE — Members of TACRon 22 hold practice session around special table at Little Creek amphib base.

# The Card Table That Paid Off

**A**MPHIBIOUS OPERATIONS have become a classic of warfare since their widespread success in World War II.

Characterized by the closest co-operation between land, sea and air forces, amphib warfare today is familiar to all Navymen, either through actual participation, orientation classes or personal accounts of shipmates.

There is one important phase in the amphibious assault, however, which is not too well known. That is the job of the Navies TACRon, in the proper use and coordination of supporting aircraft.

Here's a report on the typical TACRon, its history, and how it operates.

Since the early days of World War II, the control of all aircraft and air defense units involved in an amphibious operation has been placed in the hands of what is now known as "Navy Tactical Air Control Squadrons."

The origin of this type of unit goes back to the days of Guadalcanal during World War II. It was in that campaign that surface-con-

trolled attack planes were employed for the first time in assaulting enemy installations and fortifications. The results obtained were highly successful, both in the destruction of enemy installations and in support of our troops.

The first actual "Air Support Control Team" operated from a card table aboard USS *Pennsylvania* (BB 38) during the Attu operation in

May 1943. It consisted of three officers and one enlisted man. Fifty sorties were flown against the enemy in that operation.

As the Pacific island-hopping campaign continued, training of personnel in the techniques of close air support was accelerated and more "Air Support Control Units" were commissioned. By the time the war came to a close, there were

TACRON UNITS operate from AGCs, coordinating armed forces air support against enemy positions. Here, *USS Eldorado* (AGC 11) directs action in Korea.



FW-MCKEON-00013495



AIR ACTION against enemy must be coordinated. Planes of Navy, Marine Corps and Air Force in joint amphib operations use TACRon information.

13 ship-based teams and five landing force teams in the Pacific Theater.

In 1946, the number of Air Support Control Units was reduced to three units and their designation changed to "Tactical Air Control Squadrons."

Typical of the TACRons in today's Navy is Tactical Air Control Squadron 11, temporarily based at NAS North Island, San Diego. Its skipper is a naval aviator, as are approximately half of the officers attached to the squadron. There are 15 Naval officers attached to the squadron in addition to one aviator each from the Marine Corps, Air Force and one Army officer. There are 37 enlisted men in the squadron.

TACRon 11 was originally commissioned as TACRon Three in 1950 and actively participated in amphibious operations during the Korean War. The squadron now has three overseas tours behind it and recently sent a detachment to WestPac early this year.

What are the jobs of a TACRon?

Under the direction of the Tactical Air Control Group commander, the squadron is the link between the amphibious forces and Navy Air, Marine Air, Air Force, and air services of our allies. The squadron plans, directs and controls all aircraft involved with the assault.

The liaison necessary in controlling aircraft is accomplished through the officers of the TACRon. The air section of the over-all operation order is compiled and written by the squadron and the actual direction of aircraft is controlled by TACRon personnel from an amphibious flagship.

In a recent Pacific Fleet training exercise, the officers and men of TACRon 11 carried out their job of controlling the aircraft from specially equipped spaces aboard uss Estes (AGC 12) and uss El-dorado (AGC 11). In an amphibious exercise or operation, the work of operating personnel of the TACRon is centered around an area known as an "H" table.

Radio network controllers are spaced at remote radio outlets on

both sides of this H-shaped table while a coordinator is positioned in the center. Air traffic, air direction, air request, and air observation are examples of the circuits controlled.

Normally, the aviators assigned to a TACRon do not pilot aircraft engaged in amphibious exercises. Their knowledge of the capabilities and limitations of aircraft and pilots, and their familiarity with radio telephone procedure and pilot jargon make them vital members of the controlling team aboard ship.

Another TACRon job is the training of aircraft squadrons and air groups in the techniques of close air support. All officers attached are thoroughly trained in the procedures and tasks required in the coordination of artillery, guided missiles, naval gunfire and antiaircraft gunfire, in the controlling of numerous associated radio networks, processing requests for air support, and controlling aircraft in their assaults.

The enlisted men in TACRons are mostly radiomen and electronics technicians. They have vitally important jobs as net controllers, status board keepers, teletype operators and mechanical trouble shooters.

Today, there are five TACRons in commission. TACRons 11 and 12 are units of the Pacific Fleet Amphibious Force and are under Tactical Air Control Group One. TACRons 21, 22 and 23 are part of the Atlantic Fleet Amphibious Force under Tactical Air Control Group Two.

Although TACRons have been reduced in number since World War II, their importance in amphibious operations has grown tremendously. It's been a long time and much progress has been made since that card table was set up on Pennsy in '43. And that table has paid off.

TABLE is the nerve center of air operations sending in planes for missions such as close ground support.





FW-MCKEON-00013496

# LETTERS TO THE EDITOR

### Rate Change for Temporary Officer

SIR: I have been selected for appointment to warrant officer. In the event that I am appointed, can I have my permanent rate changed to chief petty officer? If so, what's the procedure?—F. D. G., BM1, USN.

● *Yes. Once you receive your appointment to warrant rank, your commanding officer can change your rate to BMCA in accordance with BuPers Inst. 1430.7B, which governs advancement of enlisted personnel.*—ED.

### When Does Travel Time Start?

SIR: I hate to be the one to inform you that the answer you gave in a letter to the editor concerning Travel Time (August 1956 issue) is in error. You stated ". . . the day of departure is considered a day of duty, so that the man's travel time would not begin until that midnight. Thus, if he departed at 1200 on 1 June, he would not have to report to his new duty station until 2400 on the following day (2 June)."

*BuPers Manual*, Art. C-5317(3)(a) states "Travel time shall be counted in whole days, periods of 24 hours, based on time of departure as shown by endorsement on orders, fractional parts of 24 hours being counted as whole days." Thus in the case stated in the letter, the man should have reported by 1200 2 June instead of 2400 2 June, since the man was not granted any leave (delay in reporting) or proceed time, making it necessary for the man to report at 1200 the following day. Whereas, say the man was granted 10 days' delay in reporting, four days' proceed time and one day travel time, the man would not have had to report until 2400 16 June, because of leave and proceed time being a factor. In the case stated the man was granted only one day travel time, making it necessary for the man to report at 1200 the following day or 1200 2 June, which is a period of 24 hours. Thus in this case the man's first day does not count as a day of duty, but as stated in Art. C-5317(3)(a), the travel time starts at 1200 on 1 June, based on the time of departure, whereas if there had been a delay in reporting (leave) and proceed time involved, it would have been counted as a day of duty.—R. M. T., YN2, USN.

● *You can stop hating yourself. According to the reference you used, you are correct, the only gimmick being that your reference is applicable only when air transportation is involved, and is not the correct reference in this case.*

*Although the man in question is actually in a travel status beginning at 1200 on 1 June, the calendar day of 1*

This section is open to unofficial communications from within the naval service on matters of general interest. However, it is not intended to conflict in any way with Navy Regulations regarding the forwarding of official mail through channels, nor is it to substitute for the policy of obtaining information from local commands in all possible instances. Do not send postage or return envelopes. Sign full name and address. Address letter to: Editor, ALL HANDS, Room 1809, Bureau of Naval Personnel, Navy Dept., Washington, D. C.

June is computed as a day of duty irrespective of the actual hour of detachment. The man is allowed one full calendar day of travel time which begins at 2400 1 June and ends at 2400 2 June and is computed in accordance with "BuPers Manual," Article C-5318(3), omitting the leave and proceed time.—ED.

### Navy Fencers

SIR: I enjoyed reading your Navy sports roundup in the December issue of ALL HANDS. To complete the picture, however, it should be noted that the Third Naval District fielded its own fencing team this year and came up with a handful of medals at the National Fencing Championships. A team consisting of LTJG Bob Parmacek, USNR, LTJG Richard Berry, USNR, LTJG Lawrence Lazovick, USN, and Ensign Roger Jones, USNR, won second place in the National Epee team event and then went on the same day to place third in the National Three-Weapon team championship. By way of historical note, the prizes for the latter event are memorial medals, to commemorate the greatest all-around fencer the United States has ever seen: Lieutenant George Calnan, USN.

The Navy also had its individual stars in fencing during the past year. Sewall Shurtz, YN3, USN, took third place in the National Individual Epee Championships (he won this event in 1954) and then went on to win the National Foil crown. He was named to the Olympic Fencing Team in both weapons. LTJG William Andre, USNR, in addition to making the Olympic Modern Pentathlon Team, also won his way to a berth on the Fencing Team, a most remarkable achievement. He accomplished this by tying for first place in the National Individual Epee title. Despite a game effort, he lost the play-off for first place to the defending champion and had to be content with second spot.

I think you'll agree that the Navy's fencers made themselves felt this year. —R. F. J., LTJG, USNR.

● *That they did, and a good bit of sports news it is. However, for the sake of clarity, it should be pointed out that these fencers were assigned to the Third Naval District to take advantage of the excellent coaching and training facilities prior to competing in the Olympic Fencing Trials, which were also held in New York City.*

*As stated before, any items of Navy-wide interest are welcome. Why not submit news about the men and activities of your unit to ALL HANDS?*—ED.

'LOVE ME TENDER' could be song of 6th Fleet's USS Pompon (SSR 627), Moale (DD 693), Charles S. Sperry (DD 697) getting repairs from Cascade (AD 16).



FW-MCKEON-00013497

## LETTERS TO THE EDITOR (Cont.)

### Ship Reunions

*News of reunions of ships and organizations will be carried in this column from time to time. In planning a reunion, best results will be obtained by notifying the Editor, ALL HANDS Magazine, Room 1809, Bureau of Naval Personnel, Navy Department, Washington 25, D. C., four months in advance.*

● USS *Barton* (DD 722)—A reunion will be held during May in Washington, D. C. For information concerning reservations and program, write to F. M. Shore, Jr., 9915 Dickens Avenue, Bethesda 14, Md.

● USS *Chicago* WW I Assn.—The 37th annual reunion of former crew members is scheduled on 13 April, in Philadelphia, Pa. For more details write Paul A. Kline, 17 W. Park Avenue, Oaklyn, N. J.

● USS *Delta* (AR 9)—A reunion is tentatively scheduled for 9, 10 and 11 August, in Philadelphia, Pa. Contact Charles J. Reed, 304 Derwyn Road, Drexel Hill, Pa., for more information.

● *Eighth Beach Battalion*—The second reunion will be held in Montreat, N. C., on 9-12 May. For additional information, write to Clifford L. Legerton, 263 King Street, Charleston, S. C.

● *Commanding Officers, Destroyer Escorts*, WW II—The eighth annual DE Skippers' reunion and dinner will be held at the New York Yacht Club, New York, on 25 April. For information contact H. V. B. Richard, 50 Broadway, New York 4, N. Y.

● USS *Oklahoma* (BB 37)—A reunion will be held in the Sylvania

Hotel, Philadelphia, Pa., on 4 and 5 May. Further information may be obtained from E. H. Lutz, 673 Lindley Road, Glenside, Pa.

● USS *Tulagi* (CVE 72)—A reunion of the officers will be held on 4-7 July at the Hotel Del Coronado, Coronado, Calif. For details contact F. A. Holden, Medical Arts Building, Baltimore 1, Md.

● USS *Warren* (APA 53) — The fifth annual reunion will be held at the President Hotel, Atlantic City, N. J., on 10-12 May. For more information write to William J. Peters, 28-4 Harris Place, Paterson 4, N. J.

● USS *Brough* (DD 148)—All former shipmates interested in holding a reunion with time and place to be decided by mutual consent, should contact C. D. King, 328 Colorado Building, 2400 West Colorado Avenue, Colorado Springs, Colo.

● USS *Brooklyn* (CL 40)—Former crew members interested in holding a reunion, with time and place to be decided, write Alford W. Wells, 1316 Oakpark Ave., Norfolk, Va.

● USS *LST 579*—All crew members who served on board from the time of commissioning until September 1945, who are interested in having a reunion should contact Sam S. McKeel, 223 N. Dotger Ave., Charlotte, N. C.

● *24th Naval Construction Battalion*—Former crew members interested in holding a summer reunion should write to G. G. Fitzpatrick, 16 West 10th St., New York 11, N. Y.

● USS *Thomas Stone* (AP 59)— The first reunion of all shipmates will

be held in Richmond, Va., 18 May 1957. For additional information write to CAPT. E. J. Speer, USNR, 1115 South Spruce St., Southport, Conn.

● USS *Hayter* (DE 212, APD 80)— A reunion is scheduled for all crew members on 4 May at the Warwick Hotel, New York City. For further details, write to Kenneth J. McGuire, 863 Kinsella Street, Bronx 62, N. Y.

● *WAVES*—Waves will celebrate their 15th birthday with a reunion to be held in Boston, Mass., on 26, 27 and 28 July. All present and former Waves are invited to attend. For additional information, contact the National Waves Reunion Committee 1957, 495 Summer Street, Boston 10, Mass.

● *52nd Seabees*—The 10th annual reunion is scheduled for 1, 2 and 3 August, at Hot Springs National Park, Ark. Details may be obtained from Herbert Wardlaw, Box 128, Altheimer, Ark.

● *Fifth Marine Division Association* — The eighth annual reunion will be held at the Statler Hotel, Buffalo, N. Y., on 28, 29 and 30 June. All members of the Division and attached units are invited. For additional information, write to the Fifth Marine Division Association, Headquarters, Marine Corps, Washington 25, D. C.

● *U. S. Naval Cargo Handling Battalion No. 1*—All former members who are interested in holding a reunion next September may contact George J. Clark, YNTC, USNR, Pleasant Avenue, RFD 1, Scarborough, Me.

---

### Who's In Charge?

SIR: It is my understanding that in the absence of the Commanding Officer and Executive Officer, the assigned Command Duty Officer (or Officer of the Deck) is in full charge of the ship.

In a recent discussion, Article 1373 of *Navy Regulations* was quoted to the effect that the senior line officer, eligible for command at sea, is in charge of the ship.

However, according to Article 1008, every person on board who is subject to the orders of the Commanding Officer, except the Executive Officer and those specified in Article 1009, shall be subordinate to the Officer of the Deck.

This seems to bring Articles 1008 and 1373 into conflict. Could you provide the correct interpretation of this situation?—M. H. S., ENS, USN.

● *There's really no conflict between the two articles. The Officer of the Deck does not, by reason of being on watch, succeed to the office of Commanding Officer of the ship. Nor does the Command Duty Officer.*

*It is true that both possess certain*

*command attributes during the period of the watch, but that is because they are the direct representatives of the Commanding Officer, whether he be the one regularly assigned or one who has temporarily succeeded to command by operation of Article 1373, "U. S. Navy Regulations, 1948."*

*It is the officer specified in that article who is in charge of the ship, whether or not he is on watch.*—ED.

### Instructors at NROTC Colleges

SIR: I would like to be assigned instructor duty at one of the many colleges where there is a billet for a chief storekeeper. Is it possible to specify in my request "Instructor duty at a college only," or must I take my chances and accept duty at a Class "A" School if no billets are available at a college? And where can I get a list of colleges having a billet for SKC?—G. F. D., Sr., SKC, USN.

● *ALL NROTC units have an allowance for SK1/SKC and you may designate the particular unit you desire. These units are listed in the Catalog of Naval Shore Activities.*—ED.

### Well, It Was Back in The Twenties

SIR: In the Book Supplement of November 1956 issue of ALL HANDS, you stated: "On 12 June 1921 she (*Mississippi*) was engaged in firing advance practice 'B,' together with *Tennessee* and *Idaho* off San Pedro, Calif."

At that time I was one of several signalmen on watch on the signal bridge of *Missy* and seem to remember the date as 12 Jun 1923 and not June 1921. —D. A. G., BMC, USN (Ret).

● *When you and other readers called our attention to the passage, we checked our source and found we had lost three years in the transcription. The official ship's history states that the incident occurred 12 Jun 1924.*—ED.

### ACI School

SIR: Does the Navy have a school for the study of criminology?—M. L. H., CS3, USN.

● *No, there is no Navy school as such, but the Army conducts an eight-week course in Advanced Criminal Investigation. Navymen who meet the entrance requirements may request quotas through Chief of Naval Personnel.*—ED.

FW-MCKEON-00013498

## Retired Grade

SIR: I was a Chief Warrant Officer from February 1944 until October 1946, and hold a Certificate of Satisfactory Service. At what warrant grade will I be retired upon completion of 30 years' service?—R. W. W., DTC, USN.

• *Upon retirement, you will be advanced on the retired list to the highest grade and rank in which you served satisfactorily (as determined by the Secretary of the Navy), in accordance with the provisions of Title 10, United States Code, Section 6151, as amended. Effective from the date of retirement, you will be entitled to retired pay based on the rank determined. (Your record indicates that the highest rank attained by you was Chief Warrant Officer, W-2.)* —ED.

## Authority to Issue Orders

SIR: Without any previous authority is it possible for a commanding officer to issue temporary additional duty orders to officers and enlisted men of his command, provided no travel or expense to the government is involved in the execution of the orders? —G. J. K., LTJG, USN.

• *It seems unusual that orders of any type would be necessary if no travel is involved.*

*However, a commanding officer is not authorized to issue orders of any type unless he has been granted authority by the Chief of Naval Personnel or the respective Administration Commander who has been designated as an order writing activity.*

*Your reference for issuance of authorization orders when there is no cost to the government is Article C-5307(1) of "BuPers Manual" and BuPers Inst. 1321.2B, paragraph 5a.*—ED.

## Enlisted Precedence

SIR: Not so many years ago the Navy was quite specific as to seniority among the various rates. Men in charge of drafts, working parties, etc., were determined by who was senior in rating and rate.

Today, few sailors know who is senior to whom. Boatswain's mates lead the list, quartermasters follow — after that all is confusion. Would you please enlighten me and, I am sure, many other men of the Navy?—R. K. M., RMC, USN.

• *Change #20 to the "BuPers Manual," clarified Article C-2102 in this manner:*

*In non-military matters, enlisted personnel take precedence among themselves according to pay grade held and the date of advancement to that pay grade. In cases of the same date of advancement, precedence is according to the rating held, as indicated in the table which is part of the "Manual's" Article C-2102(3). For personnel in pay grade E-7 (CPOA or CPO) the date of precedence is that of advancement to chief petty officer, acting appointment.*

*Seniority for assumption of military authority of general service enlisted rates and ratings continues to be in the order listed in Article C-2102(3). In military matters, dates of appointment have no bearing unless two of same rating and rate are involved.*—ED.

## Canceling Extension of Enlistment

SIR: I have been transferred from the duty for which I officially agreed to extend my present enlistment. Since I have not yet begun to serve on my extended time, I would like to cancel the extension. What is the best way of going about this?—D. J. H., AO1, USN.

• *Agreements to extend enlistments are cancelled under the provisions of*



SEA HUNTER—USS Bashaw (SSK 241) converted to hunter-killer mission cuts white wake through waters topside.

*Article C-1407, "BuPers Manual" which refers to extensions of enlistments. Requests for cancellation of an agreement to extend your enlistment can be granted when, through no fault of your own, you failed to receive full benefits for which the agreement was made. You should forward your request to the Chief of Naval Personnel for decision, together with a full report of the circumstances and the commanding officer's recommendation. Each request is judged on its individual merit.*

*Be sure to do this before your extension becomes effective. After that time it will be impossible to cancel it.*—ED.

**. . . how to send ALL HANDS to the folks at home**

Superintendent of Documents
Government Printing Office
Washington 25, D.C.

ENCLOSED find $2.25 for a subscription to ALL HANDS magazine, the Bureau of Naval Personnel Information Bulletin, to be mailed to the following address for one year

NAME.................................................................

ADDRESS..............................................................

.......................................................................

(For prompt filling of orders, please mail this blank and remittance direct to the Government Printing Office.  Make checks or money orders payable to the Superintendent of Documents.)

FW-MCKEON-00013499



NAVY-MARINE CORPS Memorial Stadium shown in drawing will furnish the site for many Navy sports events.

# Navy-Marine St




ENTRANCE to Memorial Stadium is depicted in sketch. *Right:* Horseshoe impression marks site of new stadium. Academy can be seen at top right.



"*T*HIS STADIUM *is dedicated to those who have served and will serve — upholders of the traditions and renown of the Navy and Marine Corps of the United States. May it be a perpetual reminder of the Navy and Marine Corps as organizations of men trained to work hard and to play hard; in war, defenders of our freedom; in peace, molders of our youth.*"

THAT'S THE INSCRIPTION to be placed above the main gate of the new 31,000-seat Navy-Marine Corps Memorial Stadium at the Naval Academy, Annapolis, Md. It will be a lasting memorial to all Navymen and Marines serving today as well as those who have served earlier. An individual plaque will be dedicated to each of the Navy's and Marine Corps' deceased Medal of Honor winners.

Although not everyone can hold the Medal of Honor, it is possible to have your name or the name of your ship or organization listed among the illustrious heroes of the Navy and Marine Corps—names such as Butch O'Hare, Cassin Young, John Cromwell, John Power and Richard O'Kane.

Here's how it will work: The stadium is being built—at an estimated cost of $3,100,000 — by private funds, since the Navy does not consider it appropriate to request funds from Congress for this purpose. More than $1,000,000 have been

***ALL HANDS***

FW-MCKEON-00013500



IN ADDITION to the Naval Academy sports the Memorial Stadium will be available for use in All-Navy events.

# Stadium Underway with Aid of Fleet

accumulated over the years by the Naval Academy Athletic Association toward the Memorial Stadium Fund.

The Association, which has assumed responsibility for construction of the stadium, has announced that all Navy and Marine Corps units which make a contribution will have their names engraved on a memorial tablet. Each unit or organization that contributes more than $1000 will have its donation recorded on a separate plaque. For $100, the name of anyone — living or deceased — who has ever served in the Navy or Marine Corps will be suitably inscribed on one of the chairs. Special memorials will be considered by a Memorial Board.

The stadium is intended for use by the entire Navy. It will be available for events without rental charges for All—Navy and inter-service athletic contests and games as well as for civic organizations and secondary schools in the vicinity.

The need has been apparent for years. The present Thompson Stadium, seating 15,000, was built in 1912 and for years has been condemned, patched and repaired season by season. As may be seen by the illustration, the new field house and gymnasium and the expanding Bancroft Hall have just about squeezed Thompson Stadium out of the picture.

Present plans call for construction of a stadium seating 31,000 specta-

tors, with room for expansion to 70,000, plus parking space for some 8200 autos. It will be available for field games such as football, lacrosse, soccer, and for other field events. In the words of RADM W. R. Smedberg III, USN, it "will be the only joint Navy-Marine Corps memorial in the country, dedicated to all those who have served and are serving in the naval service today."

Contributions have already been received from past, present and future Navymen. USS Canberra (CAG2) has forwarded a check for $500. Traditional adversaries and Hawaiian area champions, the SubPac All-Stars and the All-Hawaii Marines fought a tight 88-77 basketball contest (favor of SubPac) and the $2646.90 proceeds went to the Memorial Fund.

Each day's mail in the office of CAPT E. B. Fluckey, USN, director

of the project and himself a holder of the Medal of Honor and four-time winner of the Navy Cross (he was CO of the submarine USS Barb during five of its war patrols in WW II), brings in notes such as these: "I am enclosing $1.00. Must say I wish it was $100. My regrets that I can't send more." J. P. B., CWT, USN (Ret.); "I am sending check for $2.00 hoping it will help in building the stadium. I would send more but I am living on my retirement pay."—H. F., BMCC, USN (Ret.).

And then there was the one from a future Navyman: "Dear Sir: I am sending you $1.00 for the new stadium. I am 11 years old and earned the money shoveling snow. I hope someday to play in the stadium."—John Will, Batavia, N. Y.

Contributions for the Academy stadium fund may be addressed to: Memorial Stadium, Annapolis, Md.

**OLD THOMPSON Stadium, long outdated, is giving way to new construction.**

APRIL 1957



FW-MCKEON-00013501



Prepared by ALL HANDS Magazine

FW-MCKEON-00013502



**SE in NAVY SAFETY**

re included among them. If you are, you'll want
n practice it on a 24-hour basis. Sure, the CO
v, but you can't expect that to include you unless
y routine of your job, the way you think and the
hape you'll be in when it's time to hit the sack.
ercome your own ignorance of the basic rules of
ber this slogan: In the Navy, safety is no accident.

April 1957

FW-MCKEON-00013503

# ★★★★ TODAY'S NAVY ★★★★



AT EASE — USS *Fort Snelling* (LSD 30) rests anchor. The 'home port' for amphibious landing craft has her home port located at Norfolk, Virginia.

## LantFleet's Good Samaritans

*Sea salts as individuals aren't* usually considered "salt of the earth" types—but collectively they proved during 1956 that the Navy and its men are willing Good Samaritans, and mighty handy to have around when trouble comes.

Most of this "helping hand" business was conducted without fanfare, particularly in the Pacific where the calls for aid have not been tied up with spectacular news events; much of the Atlantic Fleet's samaritanism has also been on the quiet side.

But LantFleet's "good works" during the year are pretty typical of what the Navy and Navymen have to offer people in distress—whether the trouble is a "newsmaker" like the Near East crisis, an earthquake,

water shortage, hurricane or sudden peril on the high seas.

Some examples:

• *Suez Crisis.* Atlantic Fleet ships and personnel serving with the U. S. Sixth Fleet in the Mediterranean carried out the evacuation of 2175 civilians from Israel and Egypt, including 24 members of the United Nations Truce Commission. The transport uss *Burdo* (APD 133) and destroyer *Harlan R. Dickson* (DD 708) evacuated 166 persons from the Israeli port of Haifa, while the remainder were evacuated by three ships of Sixth Fleet's amphibious detachment, attack transport uss *Chilton* (APA 38), attack cargo ship *Thuban* (AKA 19) and landing ship dock uss *Fort Snelling* (LSD 30).

Despite the hazards involved in

the evacuation, typical American humor helped ease the situation. *Chilton,* for instance, greeted its tense guests with a spread of refreshments which included a large cake emblazoned with "We knew you were coming, so we baked a cake." APA 38's crewmen were treated to the sight of a burly boatswain's mate calmly giving a baby its bottle while the mother cared for her other children. And the erstwhile crew's recreation room pulled duty as a nursery, with 17 infants ranging in age from three weeks to nine months nestled in cribs made of cartons and egg crates.

• Bermuda *"Water Lift"* was an operation undertaken during June, July and August, while Bermuda was experiencing a drastic decrease in water reserves as the result of unusually low annual rainfall. Fleet oilers uss *Truckee* (AO 147) and *Neosho* (AO 143), after cleaning their tanks, transported approximately 6,000,000 gallons of fresh water for use of the civilian populace, the Naval Station and the Air Force base.

• *Earthquake in Greece,* which destroyed or damaged about 80 per cent of the buildings on the island of Santorini, brought into action the destroyers uss *Lewis Hancock* (DD 675) and *Hawkins* (DDR 873). They landed food, medical supplies and medical officers to help the injured.

• *Iceland's Fishing Crisis.* For the second year in a row Iceland's major source of U. S. dollars, her herring industry, was plagued by killer-whales. And for the second time patrol aircraft from Iceland-based VP-7 used depth bombs to kill or frighten away the monsters which destroy nets and commercially valuable herring catches. The threat of a very short season of herring fishing and consequently heavy loss of income was thereby eliminated.

• *Hurricane Tracking,* a joint Navy, Air Force, U. S. Weather Bureau undertaking, engaged pilots and crewmen of Airborne Early Warning Squadron VW-4 in 37 flights into seven tropical storms which qualified as hurricanes. A

## YESTERDAY'S NAVY



In April 1898, the Navy purchased SS *Creole* and made her over into a hospital ship, USS *Solace,* and a group of male nurses were recruited to serve as "Ship's Cook (Nurse)." In April 1945, one month before VE-Day, the Germans directed a last desperate sortie of snorkel subs against the U. S. coast. However, an American task force of destroyers and destroyer escorts met them in mid-ocean, where they battled for nearly two weeks. Guided by sound-detection devices, the U. S. task force repulsed the enemy, who lost six subs. The U. S. lost one DE.

26

**ALL HANDS**

number of "firsts" were racked up as the squadron's new WV-3 *Super Constellation* conducted the first overland tracking of hurricanes and the first rockets or "hurricane balls" were fired through the storms in a new effort to gather aerological data on the "big winds."

Aiding seafarers in distress was a common LantFleet occurrence during 1956:

• On 7 March, the destroyer uss *Vesole* (DDR 878) steamed out of Rhodes to aid a Norwegian merchant tanker which had a crewman badly burned in an engineroom explosion. Despite heavy weather, a highline rig was accomplished, and the DesRon's doctor treated the injured man aboard the tanker. Later the burned crewman was transferred to uss *Ticonderoga* (CVA 14) where complete medical facilities were available.

• Later in March the coastal minesweeper uss *Siskin* (MSCO 58) was successful in towing to safety the private schooner "Oreda." The schooner, in a sinking condition when *Siskin* took her in tow, and her "two-man" crew were safely delivered to Miami. Three days later uss *Rhea* (MSCO 52) investigated a red flare off Charleston, S. C., and wound up with the distressed schooner "*Charmain*" in tow.

• From March through September underwater demolition divers from Explosive Ordnance Disposal Unit Two (part of LantFleet's Mine Force) answered eight calls from civilian communities for assistance in finding the bodies of persons believed to have drowned. The localities: Lakes and rivers throughout Georgia, Tennessee, North Carolina and South Carolina.

• In September, the destroyer uss *Strong* (DD 758) went to the aid of



SEABEES AT Adak stand by totem pole designed by K. H. Munson *(left)* and carved by K. H. Geier and E. J. Luehrs.

a honeymooning pair whose 38-foot ketch, "*Elenita*," was adrift 50 miles off Corsica. *Strong* successfully towed the ketch to Ajaccio, Corsica, for repairs.

• Early in October a dramatic sea rescue took place when the dock landing ship uss *Fort Mandan* (LSD 21) saved the Canadian motor vessel "*Lady Cecil*" from possible destruction off Newfoundland. *Lady "C,"* foundering in heavy seas and threatening to ground on the rugged shore

only a mile away, was finally taken in tow and brought to safety after more than two days of constant effort.

• The yacht "*Virginian*" was rescued by the auxiliary ocean tug uss *Accokeek* (ATA 181) in December, while the tug was operating under Commander Service Force, U. S. Atlantic Fleet. The 68-foot yacht was off the British West Indies, engines inoperative and taking on water rapidly, when *Accokeek* took over. The tug set up emergency pumps on "*Virginian*" and took her to a safe anchorage.

During 1956 ships and men of the Atlantic Fleet, like their shipmates ashore and in the Pacific, maintained the spirit of goodwill and brotherhood so traditionally a part of the Navy. One example was the $7500 check presented by uss *Coral Sea* (CVA 43) to Hungarian relief (See story on page 28).

There are numerous other examples: the handicapped children entertained by destroyers at Newark and Washington; the submarine uss *Irex* (SS 482) playing host to 230 orphans and indigent children in Mediterranean ports; uss *Becuna* (SS 319) carrying donated clothing to the needy children of Europe; the destroyer uss *Charles S. Sperry* (DD 697) off-loading a statue of Commodore John Barry at Wexford, Ireland, as a gift from U. S. citizens to the Irish; LST's uss *Whitfield County* (LST 1169) and *Windham County* (LST 1170) donating 120 pints of blood to the Red Cross; and the instance on 18 March when an emergency call was put out by the Norfolk hospital for blood donors to save the life of a young girl. More than 200 officers and men from the U. S. Amphibious Base at Little Creek, Va., responded to the call.

**FLEET FILLING STATION** — Fleet oiler *USS Mississinewa* (AO 144) takes time out as her crew mans the rails.



FW-MCKEON-00013505

## TODAY'S NAVY

### Aid to Hungarian Refugees

Sixth Fleet . . . Navymen as good-will ambassadors . . . MATS and MSTS—all these are part of a bigger story, the efforts of many nations to provide food, clothing and a "passage to freedom" for Hungarians who have fled their strife-torn homeland.

Naval ships and stations and the families of Navy personnel throughout the world did their share in contributing money and clothing to help the refugees; other naval craft and Navymen played a direct part in transporting uprooted Hungarians to new homes in the United States.

Money donations, which poured into relief organizations from such varied naval sources as the Bureaus in Washington and the ships operating with the Sixth and Seventh Fleets, included at least one check which resulted from an outstanding act of "goodwill ambassadorship" performed by Navymen:

USS *Coral Sea* (CVA 43), operating with the Sixth Fleet in the Mediterranean, was busy making plans for a big Christmas party to be held in Cannes, France, where the attack carrier was to spend the holidays.



FREEDOM FLIGHT — Hungarian refugees board Navy MATS plane before flight carrying them to United States.

The enlisted recreation committee had decided to add a homelike touch to festivities by using recreation funds to present each man an individual gift costing about $3.00. Then someone tossed a "bombshell" into the meeting—Why not use the money to answer President Eisenhower's appeal for Hungarian relief?

The result of that idea—okayed in writing by every officer and man on board—was a check for $7500, to be used in aiding the refugees.

The example of *Coral Sea* was followed throughout the Navy as all hands rallied to aid the unfortunates.

Elsewhere, Navymen assigned to the Military Air and Sea Transportation Services were busy providing the "passage to freedom" for refugees invited to seek asylum in the United States.

While MATS-assigned Naval Air Transport Squadron Six worked alongside Air Force units in a gigantic "sky lift," the "sealift" was being carried out by MSTS transports USNS *General Leroy Eltinge* (T-AP 154), USNS *General W. C. Haan* (T-AP 158) and USNS *Marine Carp* (T-AP 199).

*Eltinge*, first to receive passengers for the long voyage to a new home, presents a representative picture of what the Navy's seaborne refugees found when they arrived aboard ship. T-AP 154 was in a reduced operational status when she received orders to Bremerhaven to pick up refugees; a short five days later she was completely remanned, supplied and underway.

To feed her passengers during the Atlantic crossing the Navy had supplied *Eltinge* with 200 tons of food, including 5000 pounds of turkey, 15 tons of potatoes, 4800 quarts of fresh milk, and 4800 quarts of ice cream. The American Red Cross had delivered $25,000 worth of assorted supplies—including 600 dozen diapers, 1000 pounds of candy, 200,000 cigarettes, bobby pins, playing cards, Hungarian-American dictionaries and Christmas gifts. MSTS, Atlantic Division, had stocked the ship with drums, guitars, violins, clarinets, Hungarian records, two pianos, an organ, hobby horses, 100 baby cribs and some of the latest moving pictures.

Following a two-day train ride from Austria, *Eltinge's* passenger contingent was taken aboard ship without speeches or ceremony, and immediately settled down to an American-style breakfast of ham and eggs, fresh milk, toast and cereal.

The last thing the refugees saw as USNS *Eltinge* steamed out of Bremerhaven en route to New York was a Navy patrol boat with banners bearing the Hungarian words "Isten Veletek"—*God be with you.*

---

### 'Intelligence' Centers' of BuSandA Coordinate Supply Needs

If men of your Supply Department have displayed somewhat more pride in their Division than is customary these past months, they have their reason.

It's because this year marks the 10th anniversary of the Navy's Integrated Supply System. Its purpose is to coordinate the plans and programs of the Fleet to make sure it gets what it needs with a minimum inventory and the lowest over-all possible cost. The system provides the organization which buys, stores and issues all material — except original equipment — needed by the Navy. The Bureau of Supplies and Accounts administers the system.

The heart of the system is the inventory control offices, or "intelligence centers," which serve as control agencies to manage Navy supply stocks. During the 10 years of its operation, the system of supply intelligence centers has expanded until today everything from aspirin pills to anchors are included in the nearly 1.3 million items controlled from these offices.

The offices, formally known as "Supply Demand Control Points," include such well-known activities as the Aviation Supply Office, Philadelphia and the Ships Parts Control Center, Mechanicsburg, Pa.

The main job of these control points is to figure out how much of what will be needed by the Fleet to meet its operational needs of the future.

Then, it is up to the commanding officer of the control office to meet these needs with the help of the technical bureaus.

The specialized nature of the various "intelligence centers" does not mean that an individual ship must search out separate supply sources for each type of material. The ship obtains material from a consolidated supply depot or center carrying all types of material.

These local supply points maintain a constant flow of information about their stocks to the various specialized inventory managers. It is from this detailed flow of stock status reports that requirements are matched with consumption.

FW-MCKEON-00013506

# THE BULLETIN BOARD

## The Latest on Rating Changes, Advancement Requirements

If you have had any tendency to consider changes to the *Manual of Qualifications for Advancement in Rating* as primarily administrative in nature, the publication of Change 8 should clearly demonstrate how important and vital such revisions are in affecting the careers of many Navymen.

Qualifications of 10 new emergency service ratings have been developed and seven emergency service ratings have been deleted. The change will be effective for the August 1957 advancement in rating examinations.

The *Teleman* (TE) general and emergency service ratings, disestablished by BuPers Notice 1223 of 1 Aug 1956, have been given special treatment. Generally, Telemen who have been assigned to telecommunication duties will convert to *Radioman* (RM) rating and those who have been assigned to post office and mail functions will convert to the *Yeoman* (YN) rating.

The qualifications for the Radioman and Yeoman ratings have been revised to include duties from the Teleman rating. Conversion to the new ratings will be gradual over a period of five years commencing with the August 1957 advancement examinations and ending with February 1961 exams.

Until a Telemen converts to his new rating, he will be given a transitional designation which indicates which rating he is aiming for: *Teleman/Radioman* (TE/RM) or *Teleman/Yeoman* (TE/YN). Crypto-board and RPIO duties have been removed from the Teleman rating. These will be assigned to individuals rather than be the responsibility of a given rating. Detailed conversion procedures will be found in BuPers Inst. 1440.20.

Here's a summary of the other changes: The *Radarman* (RD), *Sonarman* (SO), *Radioman* (RM), and *Electronics Technician* (ET) ratings have been revised to define more precisely the areas of primary responsibility for maintenance of electronic equipment.

The *Gunner's Mate* (GM) has been revised to include more supervisory and training responsibilities. The *Journalist* (JO) has been broadened to include more public information responsibility. The *Patternmaker* (PM) and *Molder* (ML) have been revised to clarify the duties of their emergency service ratings. The *Fire Control Technician* (FT) has been revised and two new emergency service ratings have been developed: The Fire Control Technician L (Integrated systems) (FTL) and the Fire Control Technician E (Electromechanical) (FTE). The *Yeoman* (YN) has been revised and a new emergency service rating of Yeoman M (mailman) (YNM) added. The equipment groupings of the *Tradevmen* (TD) have been changed and the four emergency service ratings have been combined into two: Tradevman I (Instructor) (TDI) and Tradevman R (Repairman) (TDR).

The old general service rating of *Boilermaker* (BR), established in 1869 and later disestablished, has been reactivated for pay grades E-6 and E-7, with scope and qualifications adapted to meet modern needs. At the same time, the two emergency service ratings of the *Boilerman* (BT) ratings have been disestablished: Boilerman (Shipboard Boilerman) (BTG) and Boilerman R (Boiler repairman) (BTR).

The following emergency service ratings have been developed and were previously announced by BuPers notice under the Selective Emergency Service Rating Program (SESR) for pay grade E-4:

*Fire Control Technician L* (Integrated Systems) (FTL)
*Fire Control Technician E* (Electromechanical) (FTE)
*Parachute Rigger S* (Survivalman) (PRS)
*Parachute Rigger M* (Maintenance) (PRM)
*Air Controlman W* (Airborne CIC Operator) (ACW)
*Air Controlman R* (Radar) (ACR)
*Air Controlman T* (Tower) (ACT)

Qualifications have also been developed for the exclusive emergency service rating of *Aircraft Carburetor Mechanic* (ESA).

Seven emergency service ratings have been disestablished:

*Tradevman R* (Repairman, Non-aviation) (TDR), *Tradevman L* (Instructor, Nonaviation) (TDI), *Tradevman V* (Repairman, Aviation) (TDV), and *Tradevman U* (Instructor, Aviation) (TDU). (The four above have been combined into two emergency service ratings mentioned above: TDI and TDR). The remaining three are *Boilerman G* (shipboard boilerman) (BTG), *Boilerman R* (Boiler repairman) (BTR), and *Draftsman L* (Lithographic) (DML).

The qualifications contained in Change 8 are based on research conducted under the cognizance of the Chief of Naval Personnel in the implementation of approved recommendations of the Permanent Board for the Review of the Enlisted Rating Structure.

"It's silly to vent one's displeasure on inanimate objects."



"He wants to file a complaint about our last guided missile test."

FW-MCKEON-00013507

## ≡ *THE BULLETIN BOARD* ≡

# Check Your Rate and Estimate Your Chances for Advancement

SPACE LIMITATION in the January issue prevented us from giving you the complete story of your prospects for advancement in the immediate future and for the purposes of long-range planning. Below, you will find a table which shows future requirements and on-board strength of senior petty officers.

Its significance seems pretty clear to us, but to avoid misunderstanding, let's look at a specific rate, Aviation Electronics Technician (AT), as an example.

You'll notice that on-board strength for ATCs, as of 30 Jun 1956, was 1313, and the requirements for 30 Jun 1957 are 2145—an increase of 832 billets. You'll also note that there were 1400 AT1s as of 30 Jun 1956, with requirements for 30 Jun 1957 are 3215—an increase of 1805— twice as many needed in fiscal '57 as in '56.



"The second line, the word BVAXCDM, is spelled wrong!"

This is one of the fields that is expanding at an explosive rate and if you are in any of the top four pay grades, you've got it made.

On the other hand, electronics is

a relatively young field and comparatively few—77 chiefs and only three PO1s—will be in a position to go out on 20 by 30 Jun 1958. You will notice too, that only 117 CPOs and 15 PO1s will reach 20 years before 30 Jun 1960. Obviously, retirement will have relatively little influence for ATs.

The picture is different for Boatswain's Mates. If you look only at the immediate future, the situation is grim. However, probable retirement of BMCs will more than take care of the differences between on-board strength of 30 Jun 1956 and the 30 Jun 1957 requirements. As for BM1s, the future may not look so good at first glance, but because of promotions, retirements and attrition, there will be plenty of room for career men.

Check your own rate and estimate your chances.

## SENIOR PETTY OFFICERS — STATISTICAL INFORMATION CONCERNING

| Rate | On-board strength 30 Jun 1956 | End FY 1957 requirements 30 Jun 1957 | Number completing 20 years' service prior to 30 Jun 1958 | Number completing 20 years' service between 30 Jun 1958 and 20 Jun 1960 | Rate | On-board strength 30 Jun 1956 | End FY 1957 requirements 30 Jun 1957 | Number completing 20 years' service prior to 30 Jun 1958 | Number completing 20 years' service between 30 Jun 1958 and 20 Jun 1960 |
|---|---|---|---|---|---|---|---|---|---|
| BMC | 3359 | 2700 | 955 | 808 | RM1 | 1958 | 3265 | 18 | 30 |
| BM1 | 4562 | 3245 | 197 | 376 | CTC | 868 | 950 | 78 | 85 |
| QMC | 1739 | 1440 | 320 | 398 | CT1 | 655 | 1290 | 2 | 5 |
| (Combined QM/SM) | | | | | YNC | 2070 | 2195 | 160 | 311 |
| QM1 | 2121 | 2165 | 26 | 52 | YN1 | 3478 | 3230 | 11 | 30 |
| (Combined QM/SM) | | | | | PNC | 725 | 790 | 81 | 94 |
| RDC | 331 | 800 | 8 | 20 | PN1 | 1064 | 1170 | 3 | 15 |
| RD1 | 939 | 1650 | 1 | 3 | MAC | 99 | 115 | 7 | 5 |
| SOC | 268 | 495 | 16 | 18 | MA1 | 223 | 180 | 3 | 2 |
| SO1 | 622 | 765 | 3 | 4 | SKC | 1305 | 1350 | 157 | 198 |
| TMC | 810 | 660 | 231 | 215 | SK1 | 2061 | 2095 | 12 | 26 |
| TM1 | 982 | 940 | 27 | 93 | DKC | 368 | 340 | 40 | 49 |
| GMC | 1840 | 1610 | 471 | 498 | DK1 | 557 | 510 | 2 | 3 |
| GM1 | 2675 | 2260 | 59 | 169 | CSC | 1384 | 1490 | 319 | 299 |
| FTC | 912 | 980 | 149 | 170 | CS1 | 3306 | 2790 | 70 | 145 |
| FT1 | 1201 | 1470 | 9 | 20 | SHC | 295 | 425 | 32 | 28 |
| GSC | 108 | 110 | 9 | 21 | SH1 | 1409 | 1160 | 19 | 25 |
| GS1 | 109 | 165 | 1 | 1 | JOC | 64 | 65 | 14 | 9 |
| MNC | 98 | 107 | 11 | 19 | JO1 | 78 | 100 | 0 | 0 |
| MN1 | 186 | 160 | 0 | 6 | PIC | 19 | 0 | 0 | 5 |
| ETC | 1245 | 1320 | 80 | 87 | PI1 | 26 | 0 | 0 | 0 |
| ET1 | 1571 | 1980 | 6 | 12 | LIC | 47 | 80 | 5 | 4 |
| IMC | 48 | 48 | 12 | 8 | LI1 | 115 | 115 | 0 | 1 |
| IM1 | 81 | 72 | 0 | 2 | DMC | 26 | 65 | 4 | 4 |
| OMC | 92 | 58 | 20 | 20 | DM1 | 82 | 110 | 0 | 1 |
| OM1 | 72 | 70 | 1 | 2 | MUC | 168 | 225 | 30 | 27 |
| TEC | 423 | 420 | 40 | 60 | MU1 | 300 | 325 | 20 | 24 |
| TE1 | 862 | 945 | 3 | 12 | MMC | 2540 | 2670 | 565 | 617 |
| TE rating disestablished; requirement for TE is included in YN and RM, and is shown here for comparison only. | | | | | MM1 | 2955 | 4100 | 58 | 96 |
| | | | | | ENC | 1881 | 2075 | 479 | 435 |
| RMC | 1397 | 2140 | 161 | 209 | EN1 | 3536 | 3015 | 55 | 121 |

FW-MCKEON-00013508

| Rate | On-board strength 30 Jun 1956 | End FY 1957 requirements 30 Jun 1957 | Number completing 20 years' service prior to 30 Jun 1958 | Number completing 20 years' service between 30 Jun 1958 and 20 Jun 1960 | Rate | On-board strength 30 Jun 1956 | End FY 1957 requirements 30 Jun 1957 | Number completing 20 years' service prior to 30 Jun 1958 | Number completing 20 years' service between 30 Jun 1958 and 20 Jun 1960 |
|---|---|---|---|---|---|---|---|---|---|
| MRC | 257 | 350 | 35 | 34 | ATC | 1313 | 2145 | 77 | 117 |
| MR1 | 369 | 495 | 0 | 2 | AT1 | 1410 | 3215 | 3 | 15 |
| BTC | 1419 | 1865 | 384 | 328 | ALC | 581 | — | 100 | 97 |
| BT1 | 2231 | 2800 | 28 | 68 | AL1 | 604 | — | 7 | 13 |
| (BT includes new BR rating) | | | | | AOC | 1200 | 860 | 197 | 264 |
| EMC | 1753 | 2055 | 206 | 239 | AO1 | 1493 | 1285 | 19 | 45 |
| EM1 | 2248 | 3080 | 13 | 42 | GFC | 154 | 102 | 9 | 20 |
| ICC | 387 | 545 | 68 | 58 | GF1 | 191 | 152 | 1 | 1 |
| IC1 | 333 | 890 | 0 | 8 | AQC | 83 | 245 | 5 | 11 |
| MEC | 689 | 700 | 151 | 202 | AQ1 | 139 | 365 | 1 | 2 |
| ME1 | 1267 | 1045 | 24 | 53 | ACC | 289 | 530 | 18 | 24 |
| FPC | 442 | 505 | 70 | 91 | AC1 | 565 | 790 | 0 | 4 |
| FP1 | 791 | 755 | 3 | 21 | ABC | 355 | 425 | 30 | 47 |
| DCC | 581 | 585 | 114 | 122 | AB1 | 782 | 640 | 1 | 6 |
| DC1 | 1153 | 875 | 10 | 21 | AEC | 654 | 990 | 49 | 78 |
| PMC | 28 | 23 | 6 | 6 | AE1 | 997 | 1485 | 3 | 19 |
| PM1 | 19 | 35 | 0 | 0 | AMC | 1507 | 1615 | 265 | 362 |
| MLC | 49 | 38 | 9 | 12 | AM1 | 2330 | 2420 | 24 | 82 |
| ML1 | 46 | 46 | 1 | 1 | PRC | 176 | 235 | 21 | 40 |
| SVC | 16 | 25 | 2 | 1 | PR1 | 404 | 350 | 5 | 11 |
| SV1 | 15 | 38 | 0 | 0 | AGC | 244 | 275 | 23 | 35 |
| CEC | 70 | 125 | 4 | 5 | AG1 | 331 | 415 | 1 | 4 |
| CE1 | 135 | 185 | 0 | 1 | TDC | 215 | 240 | 20 | 24 |
| CDC | 164 | 235 | 13 | 16 | TD1 | 369 | 360 | 1 | 4 |
| CD1 | 453 | 380 | 2 | 2 | AKC | 385 | 410 | 26 | 56 |
| CMC | 165 | 165 | 26 | 21 | AK1 | 677 | 615 | 2 | 4 |
| CM1 | 308 | 250 | 2 | 6 | PHC | 329 | 370 | 36 | 56 |
| BUC | 195 | 295 | 11 | 5 | PH1 | 606 | 555 | 2 | 10 |
| BU1 | 294 | 415 | 0 | 3 | HMC | 3599 | 2705 | 460 | 1026 |
| SWC | 81 | 90 | 8 | 7 | HM1 | 4319 | 3595 | 15 | 68 |
| SW1 | 156 | 140 | 1 | 1 | DTC | 351 | 320 | 28 | 43 |
| UTC | 90 | 105 | 9 | 13 | DT1 | 543 | 475 | 0 | 7 |
| UT1 | 125 | 140 | 0 | 2 | SDC | 794 | 710 | 118 | 136 |
| ADC | 5239 | 3435 | 723 | 1263 | SD1 | 2184 | 1140 | 180 | 427 |
| AD1 | 6293 | 5150 | 117 | 307 | | | | | |

## Training in Deep Sea Diving Is Open to USN, USNR Officers, Three Courses Are Available

Applications are wanted for USN and USNR unrestricted line or limited duty officers (other than aviators) for assignment to a course of instruction at the Naval School, Deep Sea Diving, Naval Gun Factory, Washington 25, D. C. Three courses are offered.

Successful completion of the school will normally lead to tours of duty in ASR-type ships and in the deep sea diving program of the Navy. Classes for the 21-week Diving Officer Course convene on the first Monday of February, April, August, and October of each year. The longer 26-week Diving Officer Course and the 10-week Prospective Commanding Officers Course convene 5 weeks before the above dates.

Here's a summary of the courses: The 21-week course provides training in all phases of deep sea diving, with particular emphasis on submarine rescue operations and diving to maximum depths using helium-oxygen as a breathing me-



Look! It's a flying saw, sir!

dium. Instruction leading to qualification in the use of SCUBA equipment is also provided. Qualifications as a Salvage Officer or Diver Second Class is a prerequisite.

The 26-week course provides five weeks of training for qualification as Diver Second Class, followed by 21 weeks of instruction as described above. No previous diving training required.

The prospective commanding officers' course provides an overview of the longer Diving Officer Course and is designed primarily for prospective commanding officers of submarine rescue vessels. Applications for this course are not desired. Officers of appropriate rank who are prospective commanding or executive officers of ASR-type ships will be ordered to take this course by the Chief of Naval Personnel as the need arises.

Applications are desired from the

FW-MCKEON-00013509

## ≣ THE BULLETIN BOARD ≣

officers listed above, including temporary officers, in the grades of ensign and lieutenant (junior grade), and warrant officers in the categories of boatswain and machinist. Reserve officers and temporary officers must agree in their applications to remain on active duty for one year after completion of the course.

You must meet the following requirements before you submit a request for training:

• Complete a physical examination to determine fitness for training in diving. A statement by a medical officer certifying your physical fitness for deep sea diving training must accompany each application.

• Be interviewed by a qualified diving officer to ascertain, in so far as possible, your aptitude and motivation as regards diving duty. You must be a volunteer.

• Complete recompression chamber pressure test, including oxygen tolerance test.

• Perform an indoctrination dive, in a diving suit, under the supervision of a qualified diving officer.

• You must not have reached your 31st birthday before commencement of *initial* diving training. Applicants with previous qualification as Salvage Officer or Diver Second Class, or officers ordered as Commanding Officer or Executive Officer of diving-type ships, must not have reached their 40th birthday before training.

• Your commanding officer's endorsement is required.

Authorization may be found in BuPers Inst. 1520.43.

This instruction gives information on the general subject of diving for officers as well as application procedures.



"Now don't be a reluctant dragon."

**32**



"Just think! . . . Each day we're getting two feet closer to the mainland!"

## List of Latest Motion Pictures Available for Distribution To Ships and Overseas Bases

The latest list of 16-mm. feature movies available from the Navy Motion Picture Service, Bldg. 311, Naval Base, Brooklyn 1, N. Y., is published here for the convenience of ships and overseas bases. The title of each picture is followed by the program number.

Those in color are designated by (C) and those in wide-screen processes by (WS). Distributions began in January.

These films are leased from the movie industry and distributed free to ships and most overseas activities under the Fleet Motion Picture Plan.

*The Great Locomotive Chase* (694)(C)(WS): Adventure Drama; Fess Parker, Jeff Hunter.

*High Society* (695)(C): Musical; Bing Crosby, Grace Kelly.

*A Life At Stake* (696): Drama; Angela Lansbury, Keith Andes.

*Chain Of Evidence* (697): Melodrama; Bill Elliott, Claudia Barrett.

*The Eddy Duchin Story* (698)(C): Drama; Tyrone Power, Kim Novak.

*Storm Over The Nile* (699)(C)(WS): Drama; Lawrence Harvey, Anthony Steel.

*The Swan* (700)(C): Comedy; Grace Kelly, Alec Guinness.

*Flight To Hong Kong* (701): Drama; Rory Calhoun, Dolores Donlon.

*Fighting Trouble* (702): Comedy; Huntz Hall, Stanley Clements.

*Johnny Concho* (703): Western; Frank Sinatra, Phyllis Kirk.

*The Man Who Never Was* (704)(C)(WS): Drama; Clifton Webb, Gloria Grahame.

*The Search For Bridey Murphy*

(705): Drama; Teresa Wright, Louis Hayward.

*Showdown At Abilene* (706)(C): Western; Jack Mahoney, Martha Hyer.

*Finger Of Guilt* (707): Drama; Richard Basehart, Mary Murphy.

*Attack* (708): Drama; Jack Palance, Eddie Albert.

*Ambassador's Daughter* (709)(C)(WS): Comedy; Olivia DeHavilland, John Forsythe.

*Cha Cha Cha-Boom* (710): Musical; Stephen Dunne, Alix Talton.

*Hot Cars* (711): Adventure Drama; John Bromfield, Joi Lansing.

*The Mole People* (712): Science-Fiction; John Agar, Cynthia Patrick.

*Bhowani Junction* (713)(C): Drama; Ava Gardner, Stewart Granger.

*On The Threshold Of Space* (714)(C)(WS): Science-Fiction; Guy Madison, Virginia Leith.

*Dakota Incident* (715)(C): Western; Linda Darnell, Dale Robertson.

*Beyond A Reasonable Doubt* (716): Drama; Dana Andrews, Joan Fontaine.

*The Cruel Tower* (717): Drama; John Ericson, Mari Blanchard.

*Back From Eternity* (718): Drama; Robert Ryan, Anita Ekberg.

*The Power And The Prize* (719): Drama; Robert Taylor, Elizabeth Mueller.

*The White Squaw* (720): Western; David Brian, May Wynn.

*Tension At Table Rock* (721)(C): Western; Richard Egan, Dorothy Malone.

*A Strange Adventure* (722): Drama; Joan Evans, Ben Cooper.

*The Unguarded Moment* (723)(C): Drama; Esther Williams, George Nader.

*D-day The 6th of June* (724)(C)(WS): Drama; Robert Taylor, Richard Todd.



"Poor form."

*Rock Pretty Baby* (725): Drama; John Saxon, Sal Mineo.

*Death Of A Scoundrel* (726): Drama; George Saunders, Yvonne DeCarlo.

*Huk* (727) (C): Drama; George Montgomery, Mona Freeman.

*The Solid Gold Cadillac* (728): Comedy; Judy Holliday, Paul Douglas.

*The Revolt Of Mamie Stover* (729) (C) (WS): Drama; Jane Russell, Richard Egan.

*You Can't Run Away From It* (730) (C) (WS): Drama; June Allyson, Jack Lemmon.

*Reprisal* (731) (C): Adventure Drama; Guy Madison, Felicia Farr.

*Hold That Hypnotist* (732): Comedy; Huntz Hall, Stanley Clements.

*Port Afrique* (733) (C): Drama; Pier Angeli, Phil Carey.

*Hot Shots* (734): Comedy; Huntz Hall, Stanley Clements.

*The Boss* (735): Drama; John Payne, William Bishop.

*Man From Del Rio* (736): Drama; Anthony Quinn, Katy Jurado.

*Gun The Man Down* (737): Drama; James Arness, Angie Dickinson.

*The Great Man* (738): Drama; Jose Ferrer, Jeanne Gilbert.

*The Man In The Grey Flannel Suit* (739) (C) (WS): Drama; Gregory Peck, Jennifer Jones.

*Stagecoach To Fury* (740) (WS): Western; Forest Tucker, Mari Blanchard.

## DIRECTIVES IN BRIEF

This listing is intended to serve only for general information and as an index of current Alnavs and NavActs as well as current BuPers Instructions, BuPers Notices, and Sec-Nav Instructions that apply to most ships and stations. Many instructions and notices are not of general interest and hence will not be carried in this section. Since BuPers Notices are arranged according to their group number and have no consecutive number within the group, their date of issue is included also for identification purposes. Personnel interested in specific directives should consult Alnavs, NavActs, Instructions and Notices for complete details before taking action.

Alnavs apply to all Navy and Marine Corps commands; NavActs apply to all Navy commands; BuPers Instructions and Notices apply to all ships and stations.

### Alnavs

No. 6—Announced the convening of the annual TAR Review Board to recommend: 1.) Transfer from the TAR program of certain officers and;

2.) Selection of officers considered qualified for transfer to the TAR program for whom vacancies exist.

### Instructions

1120-3E—Outlines the requirements and method of application for appointment of Naval Reserve medical and dental officers in the Medical Corps or Dental Corps, USN.

1611.10 — Provides information concerning assignment to duty with Joint, Combined, Allied and Office of Secretary of Defense Staffs, and sets forth implementing procedures relative to fitness reports and Flag selection board recommendations.

1540.2C — Contains information regarding the assignment of enlisted personnel to initial submarine training and duty and the return of personnel qualified in submarines to the submarine service.

### Notices

No. 1440 (6 February)—Established procedures for effecting those changes in rating of personnel required in implementing changes in the Enlisted Rating Structure affecting personnel in the Boilerman (BT) rating who are on active duty.

No. 1534 (6 February) — Provided information to naval enlisted personnel who may be nominated to the U. S. Merchant Marine Academy by members of Congress, and as to the disposition of personnel who qualify and are accepted for appointment.

No. 1700 (8 February) — Announced the Fourth All-Navy Talent Contest and provided details concerning the competition.

No. 1710 (8 February)—Established procedures for the conduct of District, Fleet and U. S. Navy Rifle and Pistol Championships for 1957.

No. 1750 (11 February) — Announced Change No. 1 to BuPers Inst. 1750.1B, which *is* concerned with the Uniformed Services Contingency Act of 1953.

No. 1320 (12 February) — Announced Change No. 1 to BuPers Inst. 1320.4B, which is concerned with the assembly and training of crews for new construction or conversion ships other than submarines.

No. 1418 (12 February) — Provided information concerning the administration of Signalman and Quartermaster performance tests before receipt of new QM and SM performance test booklets.

Although known only by a symbol and number among the Navy's many service craft, YFP 10 has a claim to fame which cannot be equalled by any ship afloat.

Not only is YFP 10 the Navy's newest floating power plant, but she's the world's largest. Her turbo-electric generating plant is capable of delivering 34,000 KW at 13,800 V, enough to supply the electric service needs of all but the largest port cities, industrial plants and Navy Yards.

Officially designated as a floating power barge, YFP 10 is the former



5032-ton freighter *Coastal Racer* which was obtained by the Bureau of Yards and Docks from the National Shipping Authority of the Maritime Administration. What were once the No. 1 and 2 cargo holds are now being used for fuel oil storage, switch gear and compartments for three 11,500 KW turbines and direct-connected generators. A third hold houses three top-fired boilers—among the first of this type ever designed. They are equipped with economizers and steam air heaters. Boiler make-up is produced by evaporators with a capacity of 20,000 gallons daily.

When the 38-foot barge is in operation, a crew of 35 or 40 can live



aboard in rehabilitated crew's quarters and galley, made out of the former aft refrigerated cargo hold.

The Navy has two of these floating power barges. YFP 10 is currently leased to a civilian power producing plant in Florida. YFP 1 is loaned to the Army and operating in the Far East. (Other YFPs are in the process of redesignation, since they are designed only to service ships while in port.)

These YFPs stand ready to deliver emergency power wherever and whenever required.

### ▰ *THE BULLETIN BOARD* ▰

# Here's Latest Roundup for Navymen on State Tax Regulations

**T**AX TIME IS HERE AGAIN and your problems are our problems. In regard to your federal income tax we suggest you refer to the pamphlet published and distributed by the Bureau of Supplies and Accounts. This pamphlet is designed primarily for the use of Navymen on active duty and describes their rights and liabilities under federal income tax laws.

However, certain states, territories and possessions of the United States also have their own income tax laws under which you may have liabilities, in addition to the federal income tax. Below, you will find a summary of the requirements of the local income tax laws, as prepared by BuSandA.

You should note that, unless your State makes a special exception, members of the armed forces are not excused from state and local income taxes merely because they are on active duty.

Generally speaking, if you are a legal resident or domiciled in a state on the last day of a taxable year, you are liable to the income tax laws of that state, even though you did not actually live there during the entire year. Furthermore, you are usually liable for income taxes to the state

in which you live or earn your income, as well as the state in which you are a legal resident. However, Section 514 of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, provides that a member of the armed forces who is a legal resident of one state but lives in another state only because of his military orders, is not liable to the state in which he is living for income taxes on his service pay. This does NOT apply to retired or retainer pay, or the separate income of any member of your family, or any of your income derived from other sources.

Let's say, for example, that your legal residence is Ohio, but you received orders to Washington, D. C. and have moved to Arlington, Virginia, with your family. You have no income other than your service pay. Since Ohio has no income tax laws, you are not required to file a return to the state of Ohio and, under the Soldiers' and Sailors' Civil Relief Act, you are not liable for filing a Virginia return. You have no problems —state income tax problems, that is.

Let's assume, however, that your pal came from Vermont and is on active duty in California. He pays income taxes in Vermont. He buys

a house in California, not for the purpose of changing his legal residence, but only for a place to live while on duty in California. He intends to return to Vermont after his tour of active duty. He will be required to continue to file his state return to Vermont and under Section 514, California will not be able to impose an income tax on his service pay, even though he owns real estate in that state. However, if he is transferred from California and decides to rent his house as investment property, he would be liable to file a California return to report the rental income. If he decides to change his legal residence to California he will, then, of course, be subject to California state income tax laws.

Below, you will find a table which shows features of the income tax laws of the state, territorial and insular possessions of the United States. It primarily indicates the income requirements for the filing of returns by residents of states having income tax laws, the personal exemptions allowed, due dates for filing returns and paying taxes, the state office from which further details may be obtained, and special provisions applicable to service personnel.

## SUMMARY OF INCOME-TAX LAWS OF STATES, TERRITORIES, AND POSSESSIONS

NOTE: 1.  "Married couple" or "married" as used in this summary means husband and wife living together.
2.  A married service man or woman is considered to be living with his or her spouse when separated only by reason of military orders.

| Amount of income which requires residents to file returns | Personal exemptions | Due date for return and payments | Title and address of taxing authority | Special provisions applicable to armed services personnel |
|---|---|---|---|---|
| **ALABAMA:** Net income of: $1,500 or more if single; $3,000 if married or head of family. Declaration of estimated tax required if net income other than wages exceeds $1,500 for an individual and $3,000 for married couples. | $1,500 if single; $3,000 if married or head of family; $300 for each dependent. | Return due 15 April. Payment with return or in installments. Declaration due 15 April. Payment of estimated tax with declaration or in installments. | State Department of Revenue, Income Tax Division, Montgomery 2, Alabama | None. Members of Armed Forces outside continental United States may defer filing until 30 days after return to United States. |
| **ALASKA:** Over $600 income from source within the Territory. | $600 for taxpayer; $600 for spouse; $600 for each dependent. $600 additional for taxpayer and spouse for blindness and being 65 or over. | Return due 15 April. Payment with return. | Department of Taxation, Territory of Alaska, Alaska Office Building, Juneau, Alaska. | All active-service pay is exempt beginning 1 Jan. 1951. Members of Armed Forces may defer paying until 6 months after discharge if ability to pay is impaired by reason of military or naval service. |

FW-MCKEON-00013512

| Amount of income which requires residents to file returns | Personal exemptions | Due date for return and payments | Title and address of taxing authority | Special provisions applicable to armed services personnel |
|---|---|---|---|---|
| **ARIZONA:** Net income of: $1,000 or more if single; $2,000 or more if married; $5,000 or more gross income. | $1,000 if single; $2,000 if married or head of household; $600 for each dependent. $500 additional for taxpayer and spouse for blindness. | Return due 15 April. Payment with return or in installments. | Arizona State Tax Commission, Income Tax Division, Phoenix, Arizona. | $1,000 active service pay is exempt. Members of Armed Forces outside Continental United States may defer filing returns and payment of tax, without interest or penalty, until 180 days after release or termination of present emergency, whichever is earlier. |
| **ARKANSAS:** Gross income of: $2,500 or more if single or separated from spouse; $3,500 or more if married. | $2,500 if single; $3,500 if married or head of family; $600 for each dependent. | Return due 15 May. Payment with return or in installments. | State of Arkansas, Department of Revenue, Little Rock, Arkansas. | All active-service pay is excluded from gross income. |
| **CALIFORNIA:** Net income of: $2,000 or more if single or head of household; $3,500 or more if married. Gross income of $5,000 or more. | $2,000 if single; $3,500 if married or head of household; $600 for each dependent. $500 additional for taxpayer and spouse for blindness. | Return due 15 April. Payment with return or in installments. | State of California, Franchise Tax Board, 1020 N Street, Sacramento 14, Calif. | $1,000 active-service pay received after 30 Jun 1952, is exempt. Members of Armed Forces outside continental United States on or after 8 Apr 1953 granted automatic extension for filing returns and payment of tax, without penalty or interest, until 180 days after return to United States, or 6 Jun 1955, whichever is later, if released after 8 Dec 1954. |
| **COLORADO:** Gross income of $600 or more. | $600 for taxpayer; $600 for spouse on joint return. $600 for each dependent. $600 additional for taxpayer and spouse for blindness and being 65 or over. | Return due 15 April. Payment with return or in installments. | State of Colorado, Department of Revenue, State Capitol Annex, Denver 2, Colorado. | $2,000 of active or reserve service pay is excluded from gross income during a time of war or national emergency; $1,000 may be excluded during any year that the United States is not in a state of war or national emergency. (The $2,000 exclusion will apply to 1956.) Members of Armed Forces may defer filing returns and payment of tax without penalty or interest until one year after separation. |
| **CONNECTICUT: None.** | | | | |
| **DELAWARE:** Gross income of: $600 or more if single or separated from spouse; $1,200 combined gross income of married couple. | $600 for taxpayer; $600 for spouse; $600 for each dependent; $600 additional for taxpayer and spouse for blindness and being 65 or over. | Return due 30 April. Payment with return or in installments. | State of Delaware, State Tax Department, 843 King Street, Wilmington 99, Delaware. | None. Members of Armed Forces may, upon written application be granted deferment for filing and paying until 6 months after discharge. |

FW-MCKEON-00013513

# THE BULLETIN BOARD

| Amount of income which requires residents to file returns | Personal exemptions | Due date for return and payments | Title and address of taxing authority | Special provisions applicable to armed services personnel |
|---|---|---|---|---|
| **DISTRICT OF COLUMBIA:** Gross income: More than $1,000 if single, or separated from spouse; more than $2,000 of combined income of married couple or gross receipts of more than $5,000. Declaration of estimated tax required if gross income from wages subject to D. C. withholding plus $1,000 or less from other sources exceeds personal exemptions plus $5,000; or if gross income includes more than $1,000 not subject to D. C. withholding and exceeds personal exemptions plus $500. | $1,000 if single or separated from spouse; $2,000 if married or head of family; $500 for each dependent. | Return due 15 April. Payment with return. Declaration due 15 April. Payment of estimated tax due with declaration or in installments. | District of Columbia, Income and Franchise Tax Division, Room 2033, Municipal Center, 300 Indiana Ave., N.W. Washington 1, D. C. | None. Deferment for filing returns or paying taxes granted members of Armed Forces outside the United States until 6 months after return. |
| **FLORIDA:** None. | | | | |
| **GEORGIA:** Gross income of: $1,500 or more if single or separated from spouse; $3,000 combined gross income of married couple. | $1,500 if single; $3,000 if married or head of family; $600 for each dependent. $600 additional for taxpayer and spouse for blindness and being 65 or over. | Return due 15 April. Payment with return or in installments. | Department of Revenue, Income Tax Unit, 502 State Office Building, Atlanta 3, Georgia. | $1,500 active-service pay is excluded from gross income from 1 January 1950 until termination of the Korean conflict. (This exclusion will apply for 1956.) Deferment for filing returns or paying taxes granted members of the Armed Forces outside continental United States until the 15th day of the fourth month after return to the United States. |
| **GUAM:** Gross income of: $600 or more. | $600 for taxpayer; $600 for spouse; $600 for each dependent. $600 additional for taxpayer and spouse for blindness and being 65 or over. | Return due 15 April. Payment due with return. | Division of Revenue and Taxation, Commissioner's Office, Department of Finance, Government of Guam, P.O. Box 1086, Agana, Guam. | Income of members of Armed Forces subject to same computations as for Federal returns. |
| **HAWAII:** Any amount from rents or a profession. Other income from within or without the Territory — $1,100 if single, $2,200 if married, or gross income from compensation and/or dividends taxable under Compensation or Dividends Tax Law, with exception of $50 or less interest, etc., $2,850 if single, $5,900 if married. | $1,000 if single; $2,000 if married or head of family; $200 for each dependent. $5,000 exemption in lieu of normal exemption for taxpayer if blind. | Net income tax: Return due 20 April. Payment with return or in installments. Compensation and dividends tax: Return and payment due on or before 20th day of each month. | Bureau of Income and Miscellaneous Taxes, Territory of Hawaii, Department of the Tax Commissioner, P.O. Box 259, Honolulu 9, Hawaii. | Compensation received from the United States for service in the Armed Forces is excluded from gross income. Members of Armed Forces may defer paying not later 6 months after discharge if ability to pay is impaired by reason of such service. |

FW-MCKEON-00013514

| Amount of income which requires residents to file returns | Personal exemptions | Due date for return and payments | Title and address of taxing authority | Special provisions applicable to armed services personnel |
|---|---|---|---|---|
| **IDAHO:** Net income of: $700 if single or separated from spouse; $1,500 combined income of married couple. Gross income of $5,000, regardless of net income. | $700 if single; $1,500 if married; $200 for each dependent. $5 credit from tax for each dependent in addition to exemption. | Return due 15 April. Payment with return or in installments. | State of Idaho, Office of Tax Collector, Income Tax Division, P.O. Box 1399, Boise, Idaho. | Idaho servicemen exempt if serving outside the State. Members of Armed Forces outside continental limits of United States may defer filing returns and paying taxes until 6 months after discharge. |
| **ILLINOIS:** None. | | | | |
| **INDIANA:** Gross income over $1,000. Joint returns not permitted. | $1,000 for each tax-payer. | Quarterly returns required when tax for any quarter exceeds $25) due by 30 April, 31 July, and 31 October. Annual return due 31 January. Payment with return. | Indiana Department of State Revenue, Gross Income Tax Division, 141 South Meridian Street, Indianapolis 13, Indiana. | All active-service pay is exempt. Members of Armed Forces may defer filing returns and paying tax until 6 months after discharge. |
| **IOWA:** Net income of: $1,125 or over if single; $1,750 or over if married. | Credit from tax: $12 if single; $24 if married or head of family; $12 for each dependent. | Return due 30 April. Payment due with return or in installments. | State Tax Commission, Income Tax Division, State Office Building, Des Moines 19, Iowa. | None. |
| **KANSAS:** Net income of: $600 or more if single or separated from spouse; $1,200 or more if married. Gross income of: $4,000 or more. | $600 for taxpayer; $600 for spouse; $600 for each dependent. $600 additional for taxpayer and spouse for blindness and being 65 or over. | Return due 15 April. Payment with return or in installments. | State Commission of Revenue and Taxation, Income Tax Division, Statehouse, Topeka, Kansas. | $1,500 active-service pay excluded from gross income until the termination of the present world crisis as determined by the Executive Council of the State. Deferment granted members of Armed Forces for filing returns and paying taxes until 1 year after discharge or 1 year after termination of present world crisis, whichever is earlier. |
| **KENTUCKY:** Gross income of: $600 or more; $1,200 if individual is 65 years of age. Declaration of estimated tax required if gross income will be $600 or more, and if gross income from sources other than wages will be $100 or more. | Credit from tax: $12 for taxpayer; $12 for spouse; $12 for each dependent. $12 additional for taxpayer and spouse 65 or over, or blind. | Return due 15 April. Payment with return. Declaration due 15 April. Payment of estimated tax with declaration or in installments. | Commonwealth of Kentucky, Department of Revenue, Frankfort, Kentucky. | None. Members of the Armed Forces may defer filing returns and paying taxes until 12 months after termination of the national emergency, or termination of military service, whichever is earlier. |
| **LOUISIANA:** Net income of: $2,500 or more if single or separated from spouse; $5,000 or more if married. Gross income of: $6,000 or more. | $2,500 if single; $5,000 if married or head of family; $400 for each dependent. | Return due 15 May. Payment with return or in installments. | State of Louisiana, Department of Revenue, Baton Rouge 1, Louisiana. | None. Members of Armed Forces on sea or foreign service duty, and prisoners of war, on due date of return have deferment until 15th day of 5th month following return to continental United States. |
| **MAINE:** None. | | | | |

FW-MCKEON-00013515

# THE BULLETIN BOARD

| Amount of income which requires residents to file returns | Personal exemptions | Due date for return and payments | Title and address of taxing authority | Special provisions applicable to armed services personnel |
|---|---|---|---|---|
| **MARYLAND:** Gross income in excess of:$800 if single; $1,600 if married or head of family. Declaration of estimated tax required if income will be $500 or more not subject to withholding, and total gross income will be $1,500 or more if single and $2,500 or more if married. | $800 if single; $1,600 if married; $800 for each dependent. $800 additional for taxpayer and spouse if over 65 or blind, and for dependents over 65. | Return due 15 April. Payment with return. Declaration due 15 April. Payments of estimated tax with declaration or in installments. | State of Maryland, Comptroller of the Treasury, Income Tax Division, Annapolis, Maryland. | $1,500 of active-service pay excluded from gross income beginning calendar year 1951. Members of Armed Forces outside continental United States may defer filing until 3 months after return. |
| **MASSACHUSETTS:** Earned income of $2,000 or more; other taxable income in any amount. | $2,000 for taxpayer against earned income; $500 for spouse; $400 for each dependent. $2,000 additional for blindness. | Return due 15 April. Payment with return. | The Commonwealth of Massachusetts, Department of Corporations and Taxation, Income Tax Division, 40 Court Street, Boston, Massachusetts. | None. |
| **MICHIGAN: None.** | | | | |
| **MINNESOTA:** Gross income in excess of: $1,000 if single; $2,000 if married or head of household, or if combined income of married couple exceeds $2,000. | Credit from tax: $10 if single; $30 if married or head of household; $10 for each dependent. Additional credits for taxpayers for blindness and being 65 or over. | Return due 15 April. Payment with return or in installments. | State of Minnesota, Department of Taxation, Income Tax Division, 6th Street at Jackson, St. Paul 1, Minnesota. | $3,000 active-service pay excluded from gross income. Members of Armed Forces outside continental United States continuously for more than 90 days granted extension of time until 6 months after return. |
| **MISSISSIPPI:** Net income in excess of personal exemptions. Gross income over $6,000. | $4,000 if single; $6,000 if married. No personal exemption for dependents. | Return due 15 April. Payment with return or in installments. | State Tax Commission, Income Tax Division, Jackson, Mississippi. | None. |
| **MISSOURI:** Gross income of: $1,200 or more if single; $2,400 or more if married or head of family. | $1,200 if single; $2,400 if married or head of family; $400 for each dependent. | Return due 15 April. Payment with return. | State of Missouri, Department of Revenue, Division of Tax Collection (Income Tax), P. O. Box 629, Jefferson City, Missouri. | $3,000 active-service pay exempt beginning with calendar year 1951. |
| **MONTANA:** Net income of: $1,000 or over if single; $2,000 or more if married or head of family. Declaration of estimated tax required where income not subject to withholding can be expected to equal or exceed income subject to withholding. | $1,000 if single; $2,000 if married or head of family; $300 for each dependent. | Return due 15 April. Payment with return or in installments. Declaration due 15 April. Payment of estimated tax with declaration or in installments. | State of Montana, Board of Equalization, State Capitol Building, Helena, Montana. | None. Members of Armed Forces may defer filing returns and paying taxes until 6 months after discharge in cases of undue hardship caused by military service. |
| **NEBRASKA: None.** | | | | |
| **NEVADA: None.** | | | | |

*ALL HANDS*

FW-MCKEON-00013516

| Amount of income which requires residents to file returns | Personal exemptions | Due date for return and payments | Title and address of taxing authority | Special provisions applicable to armed services personnel |
|---|---|---|---|---|
| **NEW HAMPSHIRE:.** Any amount of taxable income from interest or dividends. Joint returns not permitted. | $600 for each taxpayer. | Return due 1 May. Payment with return. | State Tax Commission, Division of Interest and Dividends, Concord, New Hampshire. | None. |
| **NEW JERSEY: None.** | | | | |
| **NEW MEXICO:** Gross income of: $1,500 or more if single; $2,500 or more if married. | $1,500 if single; $2,500 if married; $200 for each dependent. | Return due 15 April. Payment with return or in installments. | State of New Mexico, Income Tax Division, Bureau of Revenue, P. O. Box 451, Santa Fe, New Mexico. | None. |
| **NEW YORK:** Combined net income and capital gain of: $1,000 or more if single or separated from spouse; $2,500 or more if married or head of family. (Note: Net income is computed without deduction of capital losses.) Combined gross income and capital gain of $5,000 or more. | $1,000 if single; $2,500 if married or head of family; $400 for each dependent, $400 additional for taxpayer and spouse for blindness and being 65 or over (reduced by gross income over $6,000). | Return due 15 April. Payment with return or in installments. | State of New York, Department of Taxation and Finance, Income Tax Bureau, Albany 1, New York. | None. |
| **NORTH CAROLINA:** Net income of: More than $1,000 if single or separated from spouse or if married woman with separate income; $2,000 if a married man living with his wife, or head of a household; $2,000 if widow or widower having minor child. Gross income of more than $5,000 from a business or profession. Joint return not permitted unless the income is from jointly owned property. | $1,000 if single or a married woman having separate income; $2,000 if married man living with his wife, or head of a household; $2,000 if widow or widower with minor child; $300 for each dependent. $1,000 additional if blind. | Return due on or before 15 April. Payment due with return or in installments. | State of North Carolina, Department of Revenue, Individual Income Tax Division, Raleigh, North Carolina. | None. |
| **NORTH DAKOTA:** Net income of: $600 or more if single or separated from spouse; $1,500 or more if married or head of household. Gross income of: $5,000 or more. | $600 if single; $1,500 if married or head of household; $600 for each dependent. $600 additional for taxpayer and spouse 65 or over. | Return due 15 April. Payment with return or in installments. | State of North Dakota, Office of Tax Commissioner, State Capitol Building, Bismarck, North Dakota. | All active-service pay is exempt. Deferment granted to members of armed forces until the 15th day of 6th month following discharge. |
| **OHIO:** No personal income tax, but residents of some Ohio cities and municipalities may be liable for income taxes. | | | | |
| **OKLAHOMA:** Gross income of: $1,000 or more if single; $2,000 or more if married. | $1,000 if single; $2,000 if married or head of family; $500 for each dependent. | Return due 15 April. Payment with return or in installments. | Oklahoma Tax Commission, Income Tax Division, State of Oklahoma, Oklahoma City 5, Oklahoma. | $1,500 of active-service pay excluded from gross income. |

FW-MCKEON-00013517

# ≡ THE BULLETIN BOARD ≡

| Amount of income which requires residents to file returns | Personal exemptions | Due date for return and payments | Title and address of taxing authority | Special provisions applicable to armed services personnel |
|---|---|---|---|---|
| **OREGON:** Net income in excess of personal exemptions. Gross income of: $4,000 or more. | $500 if single, or separated from spouse; $1,000 if married or head of family; $500 for each dependent. $500 additional for taxpayer or spouse if blind. $6 credit from tax for each taxpayer 65 or over. Additional "Hardship" exemption on incomes under $1,000 if single, and $1,500 if married. | Return due 15 April. Payment with return or in installments. | State Tax Commission, Income Tax Office Building, Salem, Oregon; or State Tax Commission, 1400 S.W. 5th Avenue, Portland, Oregon. | $3,000 active-service pay is excluded from gross income. Members of Armed Forces have extension of time for filing returns and paying taxes by disregarding period of active duty outside the United States, subject to minimum of 90 days. |

**PENNSYLVANIA:** No personal income tax, but residents of some Pennsylvania cities and municipalities may be liable for local income taxes.

| | | | | |
|---|---|---|---|---|
| **PUERTO RICO** Net income of: $800 or over if single or separated from spouse; or if head of family; $2,000 or over if married. Gross income of: $5,000 or more. | $800 if single or separated from spouse; $2,000 if married or head of family; $400 for each dependent. | Return due 15 April. Payment with return or in installments. | Commonwealth of Puerto Rico, Department of the Treasury, Bureau of Income Tax, San Juan (Santurce), P. O. Box 3517, Santurce, Puerto Rico. | None generally, however a special $500 deduction is allowed to veterans. Members of Armed Forces outside Puerto Rico may defer filing and paying. |

**RHODE ISLAND:** None.

| | | | | |
|---|---|---|---|---|
| **SOUTH CAROLINA:** Net income of: $1.000 or more if single or separated from spouse; $1,800 or more net aggregate income of married couple. | $1,000 if single; $2,000 if married or head of a household; $400 for each dependent. | Return due 15 April. Payment with return or in installments. | South Carolina Tax Commission, Income Tax Division, Drawer 420, Columbia 1, South Carolina. | Income of members of Armed Forces subject to same computations as for Federal returns. |

**SOUTH DAKOTA:** None.

| | | | | |
|---|---|---|---|---|
| **TENNESSEE:** Income of $25 or more from dividends and interest. | None. | Return due 15 April. Payment with return. | State of Tennessee, Department of Finance and Taxation, Income Tax Division, Nashville, Tennessee. | None. |

**TEXAS:** None.

| | | | | |
|---|---|---|---|---|
| **UTAH:** Gross income of: $600 or more if single or separated from spouse; $1,200 or more if married. | $600 if single; $1,200 if married; $600 for each dependent; $600 additional for taxpayer and spouse for blindness. | Return due 15 April. Payment with return. | State Tax Commission, 118 State Capitol, Salt Lake City, Utah. | None. |
| **VERMONT:** Gross income of: $500 or more. Declaration of estimated tax required on income not subject to withholding. | $500 for taxpayer; $500 for spouse; $500 for each dependent. $500 additional for taxpayer and spouse for blindness and being 65 or over. | Short form return due 15 March. Long form return due 15 April. Payment with return. Declaration due 15 April. Payment of estimated tax with declaration, or in installments. | Commissioner of Taxes, Montpelier, Vermont. | Income of members of Armed Forces subject to same computations as for Federal returns. Members of the Armed Forces may defer filing returns and paying taxes no later than 6 months from date of discharge. |

*ALL HANDS*

FW-MCKEON-00013518

| Amount of income which requires residents to file returns | Personal exemptions | Date due for return and payments | Title and address of taxing authority | Special provisions applicable to armed services personnel |
|---|---|---|---|---|
| **VIRGINIA:** | | | | |
| Gross Income of: $1,000 or more. | $1,000 for taxpayer; $1,000 for spouse; $200 for each dependent. $600 additional for taxpayer and spouse for blindness and being 65 or over. $800 additional for dependent mother, father, son, daughter, brother, or sister of unmarried taxpayer. | Return due 1 May. Payment with return or in installments. | Commissioner of Revenue, of the county of which taxpayer is a resident; or Commonwealth of Virginia, Department of Taxation, Richmond 15, Virginia. | None. |
| **WASHINGTON:** None. | | | | |
| **WEST VIRGINIA:** None. | | | | |
| **WISCONSIN:** | | | | |
| Net income of: $1,400 combined net income of married couple. Gross income of: $600 or more. | Credit from tax: $7 if single; $14 if married or head of family; $7 for each dependent. | Return due 15 April. Payment with return or in installments. | State of Wisconsin, Department of Taxation, Room 1000, State Office Building, Madison 2, Wisconsin; or Assessor of income for county in which taxpayer resides. | $1,500 active-service pay is excluded through 1956. Extension of time for filing returns and paying taxes is granted to members of the Armed Forces outside the United States on the date their taxable year ends or the date returns are due, until 6 months after discharge, but in no case after 15 Jun 1957. |
| **WYOMING:** None. | | | | |

## Four New Enlisted Correspondence Courses

Four new Enlisted Correspondence Courses have been made available and four earlier courses have been discontinued.

Enlisted Correspondence Courses will be administered (with certain exceptions) by your local command instead of by the Correspondence Course Center.

If you are on active duty, your division officer will advise you whether or not the course for which you have applied is suitable to your rate and to the training program you are following in your Navy career.

Personnel on inactive duty will have their courses administered by the Correspondence Course Center, just as in the past, using Form NavPers 580.

The new or revised courses are:

Torpedoman's Mate 2, Vol. 1 . . . .91302-1
Construction Electrician's Mate 2 . .91569-1
Driver 1 . . . . . . . . . . . . . . . . . . . .91575-1
Fire Control Technician 3 . . . . . . .91339

Courses which have been discontinued are:

| Course | NavPers No. |
|---|---|
| Aircraft Electrical Systems | . . . . . .91607 |
| Aircraft Munitions | . . . . . . . . . . .91637 |
| Torpedoman's Mate (E) 3 | . . . . . .91301 |
| Torpedoman's Mate (E) 2 | . . . . . .91303 |

## Two New Correspondence Courses Ready for Officers

Two new officer correspondence courses are now available at the Naval Correspondence Course Center.

*Naval Sonar* (NavPers 10928) is a six-assignment course evaluated at 12 points credit for purposes of Naval Reserve promotion and retirement.

*Administration of Officers' Messes* (NavPers 10970-A) is a five-assignment course evaluated at 10 points credit. This course replaces an earlier one of the same title, NavPers 10970.

Personnel who completed the earlier course will receive additional credit for NavPers 10970-A if they are otherwise eligible to receive credit in this subject.

Application for enrollment should be made on form NavPers 992 (Rev 10/54 or Rev 2/56), forwarded via official channels to the Naval Correspondence Course Center, Building RF, U. S. Naval Base, Brooklyn 1, New York.



"What'll the goals be?"



"Should reclassify him . . . possibly Airman!"

FW-MCKEON-00013519

# BOOKS: GOOD NON-FICTION TITLES IN MONTH'S SELECTIONS

YOU'LL FIND NO fiction selected for review this month, but no matter what your tastes you'll find plenty of exciting and interesting reading. You will, of course, be able to select from a wide range of fiction in your ship or station library at any time but this month you'll also find outstanding books on such subjects as the FBI, the war in Korea, the possibilities of flying to the moon, the capabilities of man, meeting the demands of the technological age, and of its leading exponent — ERMA (Electronic Recording Machine — Accounting).

David Woodbury says *Let Erma Do It* and tells why. His highly readable survey of the industrial roles of automation tells of machines that are able not only to perform useful functions, but also to regulate, adapt and reconstruct their own operations as the need arises. Almost every Navyman is concerned in one way or another with automation and many may find the principles that are discussed somewhat elementary, but all hands will find the applications of these principles of great interest. You'll like his discussion of future possibilities.

Still in the Buck Rogers context is *Earth Satellites*, by Patrick Moore, who brings the dreamers down to earth with his clear, specific discussion about man's first step into space. He discusses the satellite project and conveys a sense of reality by discussing its limitations and sheer hard work of a purely mechanical nature. He explains the original forms of rockets, how they were originally conceived and how they were perfected up to their present state. He speculates over the physical laws and natural forces which lie in outer space, the possibility of a landing on the moon or Mars, and what might be found as well as the importance of a real space station for both research purposes and further voyaging.

You may have noticed considerable discussion concerning the vehicles with which we are to achieve interstellar flight, but little about the men who are to control them. This oversight is corrected in *Man Unlimited*, by Heinz Gartmann. He answers a number of questions of immediate concern. Which are the maximum speeds a human body can endure? How does excessive noise affect our nervous system? What happens to a body outside of gravity? How will you respond to lack of oxygen, extremes of heat and cold, or reduced air pressure? Are you sure that radioactive radiations are harmful to human life?

The author also discusses items of wide interest, such as the time rhythm of each person and what happens when it is disturbed; the tortuous experiments of scientists in many fields of science; the sources of fatigue and its result. He also discusses the equipment and training necessary to conquer outer space and, for the relatively lighter touch, automation and the electronic brain.

After being up in the air thus far, a whiff of salt water may be a relief. If so, *Free Diving*, by Dimitri Rebikoff, is for you. Here, an expert and an enthusiast on the subject tells about it. He explains the principles of free diving and discusses the development of equipment, diagrams, diseases, and the dangers of the deep in terms of responses at various levels. He also reports on control of equipment, as well as weather and water. But not all is concerned with danger. He describes diving clubs in the United States, manufacturers, distributors, and best suited areas for diving—all in direct language.

The battle began 16 Apr 1953 and lasted 48 hours. Locale: Korea. The destinies of the men who participated in that engagement is described in *Pork Chop Hill*, by Brigadier General S. L. A. Marshall. He tells of the men rather than the battle. Gen. Marshall builds his book on very limited engagements — a platoon or two, small-gun warfare by individual soldiers with names, wounds, and comments and all treated matter-of-factly. So-and-so fired a burp gun, or played dead to avoid capture; or blinded, sat facing a door, ready to fire at the sound of footsteps. The first two-thirds of the book is concerned entirely with Pork Chop Hill in which Gen. Marshall traces the record of the various companies who were engaged in the defense of the hill, tells what led up to the battle and what came after. A final section is devoted to the action of six night patrols. Combined, it forms a portrait of modern war, and the hero and villain is man himself.

*The FBI Story*, by Don Whitehead, is an adult history of the FBI and, although written with the full cooperation of J. Edgar Hoover, is not an "official" version. It combines the chronological history, the trial and error methods and inadequacies that marked it through World War I, the development of its present high standard of performance and detailed reporting of some of the spectacular cases that the FBI has handled. Since its reorganization began under President Coolidge, the years have witnessed the gangsters' rise to power, the underworld at its peak, Communist penetration, and the response, in each case, of the FBI. During that time, it has succeeded in breaking the power of the leaders of crime, solving major mysteries, destroying conspiracies, securing legislation and, perhaps the most important of all, putting investigation on a high level of trained scientific procedure. The final chapter clarifies what the FBI is, and is not. Good factual reading.



"Don't feel bad, Watson, there'll be other islands."



"We shouldn't have requested any river command."

**ALL HANDS**

FW-MCKEON-00013520



# SALMON:
## THE ONE THAT GOT AWAY

**ALL HANDS BOOK SUPPLEMENT**

In the December issue of ALL HANDS, brief reference was made to the commissioning of a new radar picket sub, USS Salmon (SSR 573). We then stated her ancestor, SS 182, "was a veteran of 11 Pacific patrols during World War II, winning the Presidential Unit Citation for 'extraordinary heroism against enemy surface craft'." This is the story of SS 182 and, in some detail, the story of her 11th, and last, patrol.

*The third vessel in the U. S. Navy to be named Salmon was built in Groton, Conn., and launched on 12 Jun 1937. This vessel was the first of the new "S" class authorized in 1935 and built in accordance with the London Treaty for the limitation of armaments.*

*On 15 Mar 1938 the submarine was placed in full commission as USS Salmon (SS 182) and a routine shakedown training cruise was conducted during the spring and summer of 1938 as the sub ranged from Nova Scotia to the Gulf of Mexico while conducting her training operations.*

*By the time the war started Salmon had been with the Fleet for three years and was then operating out of the Philippines. On the day Manila was attacked, Salmon was underway from Formosa to Manila Bay. On 10 December she had arrived at Manila and commenced preparation for her first war patrol.*

USS *Salmon* was blooded on the first day of her first patrol. Shortly before midnight while en route to her assigned patrol grounds in the Lingayen Gulf—and while surfaced and charging her batteries—the watch

sighted a vessel on the horizon.

Some 30 minutes later the contact was identified as two destroyers about 5000 yards off, closing at low speed and maneuvering to keep their bows headed into the sub's stern.

As the ships closed to 2500 yards, one Japanese destroyer presented a broad beam and *Salmon* fired a brace of torpedoes, which missed. The enemy ships turned toward the sub as their high-speed approach began and, with the leading ship closed to 1000-1500 yards, the sub fired another pair of tin-fish as the target made a turn and presented a good angle for the attack.

After firing, *Salmon* started her dive and two hits were heard and seen. Then the sound operator reported hearing one set of screws astern—running at high speed and then stopping. SS 182's first offensive contact with the enemy had apparently been successful.

One hour of silence passed before the skipper dared bring the sub to the surface. Within minutes after com-

From *History of* USS *Salmon (SS 182)* made available through the courtesy of Office of Naval Records and History, Ships' Histories Section, Navy Department, Washington, D. C.

FW-MCKEON-00013521



SALMON ACCOUNTED for many such sinkings as she wrote her name in the annals of WW II history.

ing up, the sound watch reported screws turning up off the port quarter. After peering into the haze for several more minutes, the lookout sighted a ship on a collision course at 1000 yards and *Salmon* made a quick dive as the enemy passed almost directly above.

Seven separate depth-charge attacks followed and evasive tactics continued throughout the day. Finally, at 1630, all seemed to be serene and clear and *Salmon* broke surface. No ships were in sight and shortly after dark, the sub commenced a needed battery charge.

Less than a week later, while charging batteries on the surface, there suddenly appeared a large number of ships on both bows running a parallel and opposite course. *Salmon* immediately changed to battery power and charged in with decks practically awash. The firing set-up called for a four-shot brace from the bow tube. However, just as she launched the torpedoes, a heavy depth-charge attack came. Two of the charges were very close aboard and caused superficial damage in addition to shaking up all hands. Because of the noise of the depth charges, no hits could be identified as such and *Salmon*, at the moment, was more interested in getting out. Three hours later all was clear and *Salmon* surfaced for another battery charge.

*Salmon's* first patrol, typical of so many, lasted for 57 days. By the time she pulled alongside the tanker USS *Trinity* (AO 13) in Java, she had suffered considerable superficial damage from depth charges at one time or another, and was badly in need of supplies and refitting. It took an effort of memory to recall when the ventilating system had last worked and, perhaps more important, the last days of the patrol were conducted without a drop of coffee on board.

A WEEK LATER she was underway again. After five days at sea she had an inconclusive brush with a group of combatant ships and merchantmen and, although there was an exchange of torpedoes and depth charges, no kills were recorded.

Although three other attacks were made during the second patrol it was not until the third that *Salmon* could irrefutably claim a kill—an 11,000-ton repair ship. After tracking the vessel for an hour, *Salmon* gained her position and fired a spread of four torpedoes. Four hits resulted. The sub went to 200 feet and rigged for depth-charge attack from the two escorting ships. After a brief attack from the destroyers, a muffled explosion was picked up and loud water agitations were heard in the bearing of the target.

Three days later, at about sunset, smoke was sighted on the horizon and the sub commenced tracking at periscope depth. Fifty-five minutes later *Salmon* fired a set of three missiles and two timed hits were observed. The boat stood by for almost three hours before the target slipped under the surface. This vessel was later found to be the 482-ton passenger cargo ship *Ganges Maru*.

*From Balabac Strait and the Southern Palawan Passage, Manila Bay and Luzon Point, Salmon prowled the seas. After a year of active duty she earned an overhaul period at Pearl and, as the war had now progressed considerably, she operated closer and closer to Japan. The following is typical of this period.*

A T THE END of routine refit and training, *Salmon* commenced her Seventh War Patrol on 17 Jul 1943 as she departed Midway en route for her assigned area of patrol in the North Pacific and in the Okhotsk Sea. By 25 July the submarine had reached the area of patrol. The fog was extremely dense, limiting visibility to about 1000 yards.

On 7 August *Salmon* made a contact and was able to



SALMON RUN—Surfaced USS *Salmon* (SS 182) cuts through Pacific waters as she moves out on patrol.

FW-MCKEON-00013522



**AFTER ENEMY ship goes down, crew members bring their sub to the surface to check the sea for survivors.**

turn this one into an attack. Upon gaining her position, she fired four torpedoes from a range of 1700 yards. After firing, the radar operator tried to bring in the target. Just as the pip appeared, three of *Salmon's* torpedoes ripped into the Japanese ship. It sank quickly. *Salmon* could not locate the target 30 minutes after firing.

After a day of "rest" another contact was picked up on the morning of 10 August. Investigation proved it to be a well-deck freighter of about 4000 tons. After closing to a range of 1000 yards *Salmon* fired a spread of three torpedoes. One missed ahead, the second hit amidships and was seen to bounce off (a dud) and the third missile was not observed.

SS 182 fired the fourth bow torpedo, but the ship, upon sighting the wake, swung sharply and caused the shot to miss. This change of course gave the submarine a view from her stern forward and it was observed that the vessel was listing heavily and settling aft. From these appearances, the third torpedo had hit the ship without exploding and ripped through the hull plates.

The crew of the enemy ship was seen to be loading into lifeboats with the davits swung outward and the vessel was being steered on a course for beaching. *Salmon* attempted to prevent the beaching maneuver by firing another spread of torpedoes. All but one missed and a hit was scored just at the bow. The explosion carried a geyser high into the air and part of the forecastle sailed up about 150 feet. The ship sank in 25 minutes.

Two days later, after waiting out a spell of rain and fog, another contact was made. The attack was unsuccessful because of torpedo failure for reasons unknown. At the end of this attack *Salmon* headed for home as she had no more torpedoes.

*Salmon's eleventh war patrol commenced more than a year later when she cleared Pearl as a unit of the wolf pack comprised of submarines* Trigger, Silversides *and* Sterlet.

In the area of Nansei Shoto the pack made contact with a large tanker escorted by four frigate-type ships. During the day the target was lost twice and finally in the late afternoon, when *Salmon* was several miles off, she saw an explosion alongside the tanker. This proved to be a result of *Trigger's* attack which left the victim dead in the water and drifting with the wind.

*APRIL 1957*

Two hours later SS 182 pulled into position and fired a spread of four torpedoes with two hits resulting. (*Sterlet's* torpedo caused the actual sinking and credit was divided equally between the raiders.)

As SS 182 had made her run, the escorting vessels were closing from their position 1000 yards off and by the end of the torpedo run these A/S ships were well into firing position.

The firing lasted 11 minutes and, by this time, the Japanese escort vessels had picked up *Salmon*. Depth charging began. First, there were four depth-charge patterns perfectly laid. *Salmon's* crew were knocked to their knees from the explosions which shook the boat from bow to stern, cutting off the auxiliary power. The ship was without lights. Several more close misses shattered the glass on the clocks, gauges and other fixtures and the flying debris made life hazardous.

Down, down, deeper and deeper—well below 200 feet—went the stricken submarine. The sailors clung to whatever was nearby to keep their balance but again and again the depth charges would batter them against the bulkheads or to their knees again.

During the next 17 minutes, *Salmon* and her crew outlasted 30 depth charges and went to extreme depths—depths earlier considered fatal for a submarine of *Salmon's* type. In those 17 minutes, *Salmon* received

**WEARING OXYGEN GEAR seaman climbs up through escape hatch during practice rescue drill while at sea.**





EARLY SALMON skims through choppy water with crew standing by. *Right:* Sub pulls into port as line is tossed ashore.

possibly the worst beating ever inflicted on an American submarine—which survived—during the entire war.

The skipper finally managed to check his descent by pushing his motors to emergency speed and by using a 20-degree up-angle. Meanwhile, the mangled hull fittings began to leak profusely and water poured in from the gaps. The conning tower bilges were rapidly filling up. The water had already reached the deck plates in most parts of the boat. The compartments were unbearably hot. The escaping fumes from the rapidly weakening batteries were choking the crew, and the stagnant air made breathing difficult. Both diving planes were out of order, which meant that once *Salmon* surfaced, she would no longer be able to dive.

The crew managed to bring the ship up to 150 feet, but when an attempt was made to level off and reduce



'FIRE ONE' — Submarine Skipper bears down on target to determine range before giving order to release 'fish.'

speed, *Salmon* dropped like a rock.

At this point, the skipper faced a vital decision. Should he allow his boat to settle deeper and deeper or, in his crippled condition, should he surface and attempt to fight it out with the four enemy anti-sub craft waiting for him?

There wasn't much choice. He drew a deep breath and at 2030, the captain passed the word for *Salmon* to surface.

SHE WAS REALLY NOT in much shape to be an active combatant. She had a 15-degree list to starboard and her decks were awash. She was crippled, tired and without power. Some of her crew were still unconscious and all were exhausted.

*Salmon's* lookouts sighted the enemy, an escort at an estimated range of 7000 yards but, for the moment, she was in no position to do much about it. Some 30 minutes elapsed before the Japanese PC detected *Salmon* lying helpless on the surface—but it had been time enough to get two engines in operation and the low pressure blowers started. Floods and emergency vents were closed. Then, by the time the enemy spotted *Salmon* in its searchlight, power steering was back in commission, the stern diving planes were fixed sufficiently to get them on zero, the auxiliary gyro compass was running again and bilges were pumped.

At this stage, the situation grew confused to the point of comedy—of sorts. To this day, no one knows whether the enemy's lookout conveniently developed a bad case of eye trouble or whether the commanding officer decided to play safe and wait for reinforcements. The fact remains that, for 30 precious minutes the enemy took no action, and then finally advanced with great caution. While still at a discreet distance, it opened fire with its three-inchers and 37mm. None of his feeble efforts came close to *Salmon*.

No sooner had the escort ship opened fire than her companions, some five miles to the southward, also began firing. There was only one target available—the gun flashes of the first PC. Not to be outdone in ineptness, Skipper No. 1 briefly returned the fire of his companions, then returned to the task for which he obviously had no taste—the conquest of *Salmon*.

He decided to use the cat and mouse technique. The escort would run up on the port quarter and sheer out, bringing her after guns to bear. She would fire a few

***ALL HANDS***

shots before she was out of range, then would pause to see what effect her dating had on *Salmon*. Then the process would be repeated.

Unfortunately, *Salmon* was not in a position to reply effectively. Her telescope sights had been knocked out by the depth charges and, in spite of all the will in the world, her gun crew could do no better than a few close splashes with their open sights.

The enemy continued to force *Salmon* in large circles. Time after time occasional shells would burst close aboard the submarine, often splashing water on the bridge and decks.

By midnight three other escorts had joined the first Japanese ship in a line to the south of *Salmon* at a distance of some 4000 to 8000 yards. The first escort vessel was to the northwest of the sub when it made its belated effort to get close.

WHEN THE ENEMY now moved within firing range, *Salmon* broke all the rules by taking the offensive. Instead of firing her guns from a sitting position she turned directly toward the astonished patrol craft as if to ram and, in doing so, *Salmon* completely reversed the situation. The escort's guns were rendered useless because the gun crews were unable to point their weapons down to the submarine's level. The enemy was caught completely off guard.

Taking best advantage of his opportunity, *Salmon's* skipper had all his guns trained to starboard, ordered hard left rudder, and passed the enemy at about 50 yards on opposite courses. The sub's gun crew raked the patrol craft from one end to the other, killing most of the enemy on deck. One four-inch shell found its way into the bridge structure and the small caliber guns sprayed all areas impartially. The escort opened with all its guns momentarily but was soon silenced. Two more salvos from *Salmon's* large deck gun hit the after part of the escort.

By this time, the second PC crossed astern of the submarine, made several futile passes but became discouraged when a few four-inch shells came close to her stern.

Stubborn *Salmon* was greatly outnumbered and outgunned, but she continued to ward off the anti-submarine unit for the next two hours. The opposition then dropped out of sight in a rain squall. (It was later learned that the escorts picked up contacts on their sound gear—presumably a part of the wolf pack consisting of *Sterlet, Trigger* and *Silversides*—and went away from that dangerous area.)

The battle had resulted in the ultimate sinking of one escort and another seriously damaged, while the two remaining vessels escaped. It took place within less than one hundred miles of the Japanese mainland.

The following day, at her request, the other three members of the pack formed a protective group around the crippled submarine as course was set for a friendly port. The escort was reinforced by aircraft on the second day and on 2 Nov 1944, *Salmon* arrived at Saipan and moored safe alongside USS *Fulton* (PG 49).

ON 26 JAN SS 182 stood out from San Francisco Bay in company with the submarine *Redfish* and an escort. After passing through the Panama Canal from 6-8 February, *Salmon* arrived at Portsmouth, New Hampshire, on 17 February.

Tentative plans for the veteran included a yard period

and then assignment as a training vessel in the Atlantic Fleet. However, the end of the war resulted in the abandonment of all plans and on 24 Sep 1945, the seven year-old submarine USS *Salmon* was decommissioned and turned over to proper authorities for disposal and scrapping.

The Presidential Unit Citation was awarded *Salmon* "for extraordinary heroism against enemy Japanese surface vessels during a war patrol of the underseas craft in restricted waters of the Pacific." The text of the Citation reads:

*"For extraordinary heroism in action against enemy Japanese surface vessels during a war patrol in restricted waters of the Pacific. Covering her assigned area with relentless determination, the USS Salmon contacted a large hostile tanker, boldly made her approach in defiance of four vigilant escort ships cruising within 1000 yards of the target and launched her torpedoes to score direct and damaging hits. Damaged by terrific depth charging, Salmon daringly battle-surfaced to effect emergency repairs and fight it out. Firing only when accurate hits were assured, she succeeded in keeping out of effective range of hostile guns and confused the enemy by her evasive tactics until she closed to ram. In a brilliantly executed surprise attack, she charged her opponent with all available speed and opened fire with every gun aboard to rake the target fore and aft and destroy most of the Japanese topside. Still maintaining her fire, she entered a rain squall to repair her damage before attempting the long run home on the surface. Although crippled and highly vulnerable, Salmon had responded gallantly to the skilled handling of her stouthearted and indomitable officers and men in turning potential defeat into victory."*

OFFICER OF THE DECK scans horizon as daring sub cautiously makes its way through enemy waters.



FW-MCKEON-00013525

### The United States Navy

**Guardian of Our Country**

The United States Navy is responsible for maintaining control of the sea and is a ready force on watch at home and overseas, capable of strong action to preserve the peace or of instant offensive action to win in war.

It is upon the maintenance of this control that our country's glorious future depends. The United States Navy exists to make it so.

**We Serve with Honor**

Tradition, valor and victory are the Navy's heritage from the past. To these may be added dedication, discipline and vigilance as the watchwords of the present and future. At home or on distant stations, we serve with pride, confident in the respect of our country, our shipmates, and our families. Our responsibilities sober us; our adversities strengthen us.

Service to God and Country is our special privilege. We serve with honor.

**The Future of the Navy**

The Navy will always employ new weapons, new techniques and greater power to protect and defend the United States on the sea, under the sea, and in the air.

Now and in the future, control of the sea gives the United States her greatest advantage for the maintenance of peace and for victory in war. Mobility, surprise, dispersal and offensive power are the keynotes of the new Navy. The roots of the Navy lie in a strong belief in the future, in continued dedication to our tasks, and in reflection on our heritage from the past. Never have our opportunities and our responsibilities been greater.

IF YOU ARE included among the acute observers who form a large part of our reading (as distinguished from looking) public, you'll note a few pages are missing. Sixteen, to be exact. No need to hit the panic button. We're hoarding our energies (and paper budget) for the May issue, which will be a whopping 80-pager, describing your current rights and benefits. They make an impressive list.

★   ★   ★

From time to time in these columns we have commented on the ancient and noble art of bottle tossing. Now, we've discovered they do things differently and on a bigger scale in the Canadian Navy. At first, when our observer noted case after case of bottles with the familiar long neck being loaded aboard *HMCS Oshawa*, he came to the conclusion that a party was in the offing. Further investigation, however, revealed that the



bottles—all 4000—were empty. We didn't ask how he learned.

With diminished enthusiasm he found that *Oshawa* had been equipped and assigned by the Navy for oceanographic work. The bottles were to be chucked overboard from time to time to supplement the ship's more expensive instruments in the study of ocean currents.

★   ★   ★

Our Editor-in-Charge-of-Confused-Statistics breathlessly arrived one minute before deadline with the usual priceless announcement. Seems that he had been investigating the preferences of USS *Moale* (DD 693) personnel and discovered that, during their recent Med tour they had:

Drunk 98,840 cups of coffee which, combined with the 34,117 soft drinks and miscellaneous tea and cocoa, constituted enough liquid to float *Moale* and provide plenty of room for a turnaround; smoked 812,400 cigarettes which, says our EICOCS, if laid end to end from Gibraltar, would stretch to Norfolk, curve up to Washington, D. C., with an ash somewhere around Baltimore. If you don't care for the Baltimore, Washington, Norfolk brand, your cigarette would extend approximately 3846.59 miles in whatever direction you prefer. King size, we presume.

At deadline, the EICOCS was heard to mumble something about 3770 bars of soap.

★   ★   ★

Peeking over the shoulder of the Chief of Information, we noted the phrases "high editorial standards and effective layout of recent issues," then discovered he was writing a memo concerning "The Hoist," San Diego, Calif. Naval Training Center newspaper. "The Hoist is considered one of the best of its type reviewed by this Office," says Chinfo.

We think so, too.

*The All Hands Staff*

**ALL HANDS** the Bureau of Naval Personnel Information Bulletin, with approval of the Bureau of the Budget on 23 June 1955, is published monthly by the Bureau of Naval Personnel for the information and interest of the naval service as a whole. Opinions expressed are not necessarily those of the Navy Department. Reference to regulations, orders and directives is for information only and does not by publication herein constitute authority for action. All original material may be reprinted as desired if proper credit is given ALL HANDS. Original articles of general interest may be forwarded to the Editor.

DISTRIBUTION: By Section B-3203 of the Bureau of Naval Personnel Manual, the Navy directs that appropriate steps be taken to insure that all hands have quick and convenient access to this magazine, and indicates that distribution should be effected on the basis of one copy for each 10 officers and enlisted personnel to accomplish the purpose of the magazine. ..

The Bureau invites requests for additional copies as necessary to comply with the basic directive. This magazine is intended for all hands and commanding officers should take necessary steps to make it available accordingly.

The Bureau should be kept informed of changes in the number of copies required.

The Bureau should also be advised if the full number of copies is not received regularly.

Normally copies for Navy activities are distributed only to those on the Standard Navy Distribution List in the expectation that such activities will make further distribution as necessary; where special circumstances warrant sending direct to sub-activities the Bureau should be informed.

Distribution to Marine Corps personnel is effected by the Commandant U. S. Marine Corps. Requests from Marine Activities should be addressed to the Commandant.

PERSONAL COPIES: This magazine is for sale by Superintendent of Documents, U. S. Government Printing Office, Washington 25, D. C. 20 cents per copy; subscription price $2.25 a year, domestic (including FPO and APO addresses for overseas mail); $3.00, foreign. Remittances should be made direct to the Superintendent of Documents. Subscriptions are accepted for one year only.

● AT RIGHT: LOOKING UP — USS Hamul (AD 20) rides the tide secured to mooring buoy in Long Beach harbor while keeping her brood of DDs shipshape.

FW-MCKEON-00013526



FW-MCKEON-00013527



FW-MCKEON-00013528

Exhibit 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO<br>AND PHYLLIS GITTO,<br><br>          Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON CO., INC.,<br>*et al.*,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 07 CV 4771 (DC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ROGER B. HORNE, JR.

I, Roger B. Horne, Jr., declare the following:

1.     I am a retired Rear Admiral of the United States Navy, for which I served between 1956 and 1991.

2.     I began my Navy career in 1956, immediately after receiving a Bachelor of Science degree in Naval Engineering from the United States Naval Academy in Annapolis, Maryland.

3.     Throughout my Navy career, I concentrated in ship design, engineering, construction, overhaul and inspection, and ultimately achieved the rank of Chief Engineer and Deputy Commander, Naval Sea Systems Command ("NAVSEA") for Ship Design and Engineering.  Prior to that, I served as Deputy Commander, NAVSEA for Facilities and Industrial Management; Commander, Puget Sound Naval Shipyard; Commander, Engineering Duty Officer School; Production and Repair Officer, Mare Island Naval Shipyard; and Nuclear Submarine Inspection Officer, Supervisor of Shipbuilding Office, Ingalls Shipyard.

4.     Additionally, I served as a Visiting Professor in Naval Engineering at the University of Michigan.  I also have received extensive post-graduate education in Naval

Engineering, including a Master of Science Degree in Mechanical Engineering from the U.S. Naval Postgraduate School.

5.      In addition, I received recognition for achievements in the fields of Marine Machinery and Engineering.  Specifically, I received three Navy Legion of Merit Awards and three Meritorious Service Awards for Engineering and Industrial Achievement, as well as an award from the Marine Machinery Association.

6.      A true and correct copy of my current Curriculum Vitae is attached as Exhibit 1.

7.      I am aware that a lawsuit has been filed against several Defendant corporations, including Eaton Hydraulics Inc., formerly known as Vickers, Incorporated ("EHI"), by Plaintiffs who allegedly were injured by Plaintiff Salvatore Gitto's exposure to asbestos and asbestos-containing products aboard certain Navy vessels at the Brooklyn Navy Yard from 1951 to 1952 and from 1954 to 1966.  I understand that Plaintiff alleges exposure to and subsequent injuries from certain EHI pumps and valves aboard these Navy vessels.  It is my understanding that Plaintiff also alleges that Defendant corporations, including EHI, failed to warn Plaintiff of the alleged hazards related to asbestos in such products.

8.      Based on my thirty-five years of service in the U.S. Navy, as discussed above, I can attest to the level of direction, supervision, and control exercised by the Navy over all aspects of products installed on Navy vessels in the 1950s and 1960s, particularly the provision of warnings, labels, and other caution statements accompanying such equipment.

9.      Specifically, through my various positions in the Navy, I have personal knowledge of the design, manufacture, and maintenance of products installed on U.S. Navy vessels.  All products supplied for these Navy vessels, including pumps and valves manufactured by EHI, were manufactured in accordance with reasonably precise Navy specifications, and were reviewed and approved by the Navy at the vendor's plant and at the shipbuilding yards.  In addition, any EHI products used on these Navy vessels conformed to the Navy specifications.

10.     Having served as Chief Engineer and Deputy Commander for NAVSEA's Ship Design and Engineering Division, I was responsible to the Commander of NAVSEA for

- 2 -

developing ship designs and for overall technical support to the operating fleet, maintenance of ships, and ships under construction. Additionally, I was responsible for the maintenance of Navy ship military specifications and for monitoring compliance with the specifications by all vendors and contractors of Navy equipment.

11.     With regard to any EHI pumps or valves installed aboard U.S. Navy vessels in the 1950s and 1960s, all aspects of the design performance requirements and materials for construction, including thermal insulation, were specified by the Secretary of the Navy or his delegees. Such Navy specifications prescribed the use of asbestos-containing insulation for products. In other words, if asbestos was in any pumps or valves supplied by EHI, it was prescribed explicitly by the Navy through such Navy specifications, and EHI could not unilaterally change or omit asbestos.

12.     With respect to all warnings, including any asbestos warnings, the U.S. Navy had precise specifications as to the nature of any communications affixed to equipment supplied by EHI to the Navy. EHI would not have been permitted, under the detailed Navy specifications, associated regulations, and procedures, to affix any type of warning or caution statement regarding asbestos to the equipment intended for installation onto a Navy vessel, beyond those required by the Navy.

13.     Attached as Exhibit 2 is an example of the Navy's detailed control and direction over the content of technical manuals for electrical and mechanical equipment, such as pumps or valves supplied by EHI and installed on Navy vessels. Exhibit 1 is a military specification, MIL-T-15071B (SHIPS), dated 18 Aug. 1954, detailing the Navy's explicit requirements regarding the contents of all technical manuals for electrical and mechanical equipment. This specification demonstrates that the Navy had final approval over all such technical manuals and that any warnings affixed to or accompanying equipment installed on Navy vessels were prescribed or proscribed by the Navy through, among other things, its review and approval of all technical manuals. For example, Section 3.4.7.1 mandates that "[p]rior to the printing of the final

- 3 -

manuals, a preliminary manual shall be prepared and submitted in duplicate to the bureau or agency concerned via the Government inspector for approval and assignment of a Navy NAVSHIPS identification number." In short, the Navy was intimately involved with and had final approval over all technical manuals, safety or hazard information, and all other written information that accompanied equipment installed on Navy vessels in the 1950s and 1960s. Any warnings regarding the dangers of asbestos were prescribed and proscribed by the U.S. Navy. Contractors such as EHI could not deviate with Navy-dictated warnings to comply with any state-law imposed warnings. In the 1950s and 1960s, the Navy knew there were no warnings regarding asbestos hazards accompanying products installed on Navy vessels, and had a contractor such as EHI unilaterally attempted to add such warnings, it would have been prohibited and proscribed from doing so.

I declare under penalty of perjury that the foregoing is true and correct.

Roger B. Horne, Jr.

# EXHIBIT 1

**Roger B. Horne, Jr.**
**Rear Admiral, USN (Ret.)**

**Professional Competence**

Design engineering, construction and operation of ships and ship systems. Shipyard operations including contract administration and major ship construction, overhaul and inspection. Industrial processes and inspection techniques related to shipyard and other major industrial work. Nuclear power plant design, construction, refueling, maintenance, and quality control. Development and interpretation of industrial specifications contract administration and financial management of large industrial projects.

**Background and Professional Honors**

B.S. (Naval Engineering), U.S. Naval Academy
M.S. (Mechanical Engineering), U.S. Naval Postgraduate School
M.B.A. (Executive), Golden Gate University
Shipyard Nuclear Shift Test Engineering School
Ship Construction School, Portsmouth Naval Shipyard
Dynamic Shock Analysis Course, Princeton
Navy Destroyer Engineering Course, Damage Control Course, and Fire Fighting Course
Qualified Naval Surface Ships and Submarines (Engineering Duty)
Recipient, Institute of Industrial Engineering Outstanding Achievement in Industrial
    Management Award
Recipient, Jack Flannigan award for Contributions to the Quality of Marine Machinery
    given by the Marine Machinery Association
Three Navy Legion of Merit awards and three Meritorious Service Awards for
    Engineering and Industrial Achievements
Patent for Timber Sterilization

**Professional Profile**

Principal Engineer and Head of the Marine and Aviation Practice Area.
    Exponent, Failure Analysis Associates, Inc.
Visiting Professor,
    Ship Construction, University of Michigan
Chief Engineer and Deputy Commander
    Naval Sea Systems Command for Ship Design and Engineering
Deputy Commander
    Naval Sea Systems Command for Facilities and Industrial Management
Commander,
    Puget Sound Naval Shipyard
Commander,
    Engineering Duty Officer's School
Production and Repair Officer,
    Mare Island Naval Shipyard
Nuclear Engineering Manager,
    Puget Sound Naval Shipyard
Nuclear Submarine Inspection Officer, Supervisor of Shipbuilding Office,
    Ingalls Shipbuilding
Chief Engineer
    USS OZBOURN DD 846
Past Member of the American Bureau of Shipping Technical Committee
Member, Society of Naval Engineers

Past Member Society of Naval Architects and Marine Engineers
Past member Society of Industrial Engineers
Past member American Bureau of Shipping

# EXHIBIT 2

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)
18 August 1954
SUPERSEDING
MIL-T-15071A(SHIPS)
20 October 1952

## MILITARY SPECIFICATION

## TECHNICAL MANUALS FOR MECHANICAL,

## AND ELECTRICAL EQUIPMENT

### 1. SCOPE

1.1 Scope. - This specification covers technical manual requirements for electrical and mechanical equipment.

1.2 Classification. - Technical manuals shall be of the following types as specified (see 6.1):

Type A - (Type A manuals may be required where the system or equipment to be described is of a highly specialized or extremely complex nature, and where the importance of the equipment justifies unusual effort in the preparation of the manual.) (See 3.3.)

Type B - (Type B manuals are required where the equipment or system to be described has no direct commercial counterpart or which is sufficiently complex that a detailed description, and maintenance instructions are required and must be supplemented by sufficient photographs, drawings, parts lists, etc.) (See 3.5.)

Type C - (Type C manuals are required where the equipment or system to be described is an adaptation or variation of conventional commercial equipment, where with certain modifications and additional data, the type of instructional matter normally furnished will serve the purpose.) (See 3.6.)

Type D - (Type D manuals are required where the equipment or system to be described is generally the same as equivalent commercial equipment, or is sufficiently simple that standard manufacturer's instruction pamphlets and service data are adequate.) (See 3.7.)

### 2. APPLICABLE DOCUMENTS

2.1 The following specifications and drawings, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

MILITARY
MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).

NAVY DEPARTMENT
General Specifications for Inspection of Material.

DO NOT REMOVE

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071a(SHIPS)

DRAWINGS

BUREAU OF SHIPS

S0103-73729 - Standard Drawing Format for Production Drawings Prepared by Contractor or Manufacturer for Approval by Government Agency.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

3. REQUIREMENTS

3.1 Material. - The minimum material requirements are as specified hereinafter. A good grade material shall be used when a definite material is not specified.

3.2 Distribution required. - Distribution shall be as follows except when identical manuals have been previously distributed to all the addressees:

(a) Two copies packed with each unit of equipment (for ultimate placement onboard ship) (see 3.4.5).
(b) Four copies to the Bureau of Ships.
(c) Two copies to the cognizant Supervisor of Shipbuilding.
(d) One copy to the cognizant Inspector of Naval Material.
(e) One copy to the Director, Naval Engineering Experiment Station, Annapolis, Maryland (propulsion machinery and major auxiliary equipment only).
(f) One copy to the Superintendent, U.S. Naval Academy, Postgraduate School, Monterey, California, (propulsion units and major auxiliary equipment only).
(g) Two copies to each U.S. Naval Shipyard (except Portsmouth, N.H. - for Military equipment only).
(h) Two copies to each U.S. Naval Shipyard concerned (for non-Military equipment only).
(i) Two copies to Portsmouth Naval Shipyard (Submarine equipment only).
(j) One copy to the Submarine Supply Office, Philadelphia, Pa. (Submarine equipment only).
(k) Two copies to all Submarine Tenders (Submarine equipment only).
(l) Six copies to the Commander, Submarine Base, New London, Conn. (Submarine equipment only).
(m) Manuals for stock shall be specified generally in the following quantities:

| Number of equipments | Number of copies |
| --- | --- |
| 1 to 25 | 10 plus 2 per equipment |
| 26 to 950 | 50 plus 2 per equipment |
| Over 950 | 100 plus 2 per equipment |

Bulk copies of manuals furnished for stock shall be shipped to:

Commanding Officer
Naval Supply Depot
Mechanicsburg, Pennsylvania
"For SPCC stock"

(n) In addition to (a) through (m) above, the shipbuilder shall provide technical manuals for selected components and systems in the following minimum quantities to the Fitting Out Activity for placement onboard the ship:

| | Heavy cruisers and larger type ships | Smaller ships | Small craft and submarines |
| --- | --- | --- | --- |
| Engineering piping systems | 50 | 25 | 5 |
| Propulsion prime movers | 10 | 5 | 1 |
| Propulsion reduction gears | 10 | 5 | 1 |
| Boilers, main | 10 | 5 | 1 |

2

2

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

| | Heavy cruisers and larger type ships | Smaller ships | Small craft and submarines |
|---|---|---|---|
| Diesel generator sets | 10 | 5 | 1 |
| Distilling plants | 10 | 5 | 1 |
| Refrigeration plants | 10 | 5 | 1 |
| Gasoline handling systems | 10 | 5 | 1 |
| Submarine electrical propulsion equipment | -- | -- | 1 |
| Ships service switchboards and motor generator sets | -- | -- | 1 |
| Main storage batteries | -- | -- | 1 |

3.2.1 For ships constructed under the Mutual Defense Assistance Program only, the requirements of 3.2 (a) through (m) do not apply. Manuals for equipment and systems peculiar to ships constructed under the Mutual Defense Assistance Program shall be distributed as follows:

    (a) Six copies to the Military Assistance Advisory Group of each foreign Government assigned a ship of the class.
    (b) One copy to the Washington, D. C. Naval Attache of the recipient Government.
    (c) Four copies to the Bureau of Ships.
    (d) One copy to the cognizant Supervisor of Shipbuilding.
    (e) Two copies with each unit of equipment for placement onboard ship (see 3.4.6).
    (f) One copy to the cognizant Inspector of Naval Material.
    (g) Twelve copies to the Naval Supply Depot, Mechanicsburg, Pennsylvania.

    Note.- Military equipment is defined as the auxiliary machinery necessary for the operation, maneuverability and combatant efficiency of the vessel. Nonmilitary equipment is defined as ranges, coffee making apparatus, food mixing machines, sterilizers, laundry machines, sewing machines, refrigerators.

3.3 Type A manuals. - Type A manuals shall be as specified in the individual contract or order.

3.4 General requirements for types B, C, and D manuals. -

    3.4.1 Identification. - All manuals shall be identified by a Navy identification number of the form "NAVSHIPS 000-0000" (see figures 1 and 2). This number will be assigned by the bureau or agency concerned upon a receipt of a preliminary copy submitted for bureau or agency approval. In urgent cases, this number may be obtained by a written request, containing complete descriptive data of the equipment. This number shall be imprinted on the upper left-hand corner of the cover, and the upper right-hand corner of the fly-leaf of all manuals prior to distribution.

    3.4.2 Reproduction copy. - If offset negatives are used in the publication of the technical manuals, a complete set of such negatives shall, after completion of the manuals, be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals. Regardless of the method of printing used, one glossy print or negative of each half-tone illustration included in the manuals, shall be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania, and shall remain the property of the Government for use in subsequent reproduction of the manuals. This requirement does not apply to type D manuals (3.7) nor to manuals for which reproduction copy has been previously furnished.

    3.4.3 Copyright. - Technical manuals shall not be copyrighted. The bureau or agency concerned reserves the right to reproduce or have reproduced in part or in entirety all manuals procured under this specification.

3

3

REPRODUCED AT THE NATIONAL ARCHIVES

i

MIL-T-15071B(SHIPS)

3.4.4 Security classification. - Unless otherwise specified in the contract or order, manuals shall be unclassified. If classified, notification of the classification shall appear on the front and back covers and each page of the manuals as shown on figures 1 to 5, inclusive. In addition, classified manuals shall have the following paragraph printed on the title page as shown on figure 2:

> "WARNING: This document contains information affecting the national defense
> of the United States within the meaning of the Espionage Laws, Title 18, U.S.C.,
> Sections 793 and 794. The transmission or the revelation of its contents in
> any manner to an unauthorized person is prohibited by law."

Classified manuals shall be marked with consecutive serial numbers beginning with number 1. Receipt cards shall be provided in all classified manuals. Each card shall contain the serial number of the manual in which it is included.

3.4.5 Revision to incorporate changes. - New, revised, or supplementary pages shall be furnished until the guarantee period expires. The quantity of pages furnished and the distribution shall be the same as for the manual provided in the original contract or order.

3.4.5.1 New pages. - When it is found necessary to include new information to augment the manual data, new pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "New" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. New pages shall bear the same number as the manual page they follow with the addition of a letter; for example, original page 69, new pages 69a and 69b. A reproduction copy of each new page shall be provided.

3.4.5.2 Revised pages. - If it is determined that information originally furnished in manuals must be changed for clarification, correction, or because every equipment covered by the manual has been uniformly modified, revised pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "Revised" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. Revised pages shall bear the same number as the page they replace. A reproduction copy of each revised page shall be provided.

3.4.5.3 Supplementary pages. - In instances where modifications are made only to a certain number of the total number of equipments covered by the manual, resulting in the need for alternate instructions to cover those items modified, this information shall be issued in the form of supplementary pages. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "Supplementary" followed by the NAVSHIPS identification number on succeeding lines the hull numbers of the specific ships to which the page applies, and on the last line the month and year of issue. Supplementary pages shall bear the same number as the manual page they follow with the addition of a letter; for example, original page 69, supplementary pages 69a, 69b. A reproduction of each supplementary copy shall be provided.

3.4.6 Time of delivery. - Two copies of the manuals shall be delivered with the first unit and each succeeding unit of equipment shipped except that no more than ten manuals for heavy cruisers and larger and no more than six manuals for smaller ships shall be considered necessary to fulfill this requirement when it is known the equipment is destined for a particular ship (see 3.2 for specific exceptions). If final manuals are not available at the time of delivery of the equipment, two copies of an adequate preliminary manual (see 3.4.7) shall be furnished to the Government inspector to fulfill the above requirements for shipment of manuals for each unit.

NOTE: The importance of delivering these manuals shall be delivered with each unit of equipment cannot be too strongly emphasized, since they are of great value in the installation of the equipment and in training and indoctrinating the ship's crew.

4

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071D(SHIPS)

3.4.7 Preliminary manuals. -

3.4.7.1 Method of approval. - Prior to the printing of the final manuals, a preliminary manual shall be prepared and submitted in duplicate to the bureau or agency concerned via the Government inspector for approval and assignment of a Navy NAVSHIPS identification number. Every effort shall be made to submit the preliminary manual in ample time to permit approval and final printing prior to the delivery date of the equipment. Preliminary manuals shall be furnished in instances where final manuals are not available for delivery with the equipment. In all instances where preliminary manuals are furnished in lieu of final manuals, they shall be replaced with final manuals within 60 days (see 3.4.6 and 3.4.7.2.3).

3.4.7.2 Contents. -

3.4.7.2.1 Text. - Preliminary manuals shall consist of a complete text of the instructions required for the type of manual to be furnished.

3.4.7.2.2 Illustrations. - Preliminary manuals shall contain a list of all illustrations, (photographs, exploded views, drawings, and sketches) and sample art work (less photos and drawings but including all exploded views and sketches) which will appear in the final manuals. If the final manual is to include test data, or a table of weights, for example, and if any or all of the items are not available when the preliminary manual is issued, then a foreword shall list all items which have been omitted and which will appear in the final manual.

3.4.7.2.3 Manual identification. - In all instances where preliminary manuals are furnished in lieu of final manuals, the NAVSHIPS identification number shall be stamped on all copies of the preliminary manuals prior to distribution (see 3.4.1).

3.4.7.2.4 Covers. - Covers for preliminary manuals shall be at least 20 by 26-65/500-basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover. This information shall be identical with that which will appear on the final manual except that the word "preliminary" shall appear directly in front of the identification number (see 3.4.1).

3.4.7.2.5 Printing. - The text may be printed by any quick, economical method, such as multigraph, mimeograph or similar method.

3.5 Type B manuals. -

3.5.1 Contents. - Type B manuals shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

(a) Title page (see figure 2).
(b) General data (see 3.5.1.1).
(c) Table of contents, listing all divisions and primary and secondary subdivisions
    (such as chapters, sections) with the corresponding page numbers.
(d) List of illustrations and drawings, specifying titles, figure numbers and pages
    on which such illustrations appear.
(e) Introduction (see 3.5.1.2).
(f) Detailed description (see 3.5.1.3).
(g) Installation instructions (see 3.5.1.4).
(h) Adjustments and tests (see 3.5.1.5).
(i) Principles of operations (see 3.5.1.6).
(j) Operating instructions (see 3.5.1.7).
(k) Maintenance (see 3.5.1.8).

5

5

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

    (l) Parts identification (see 3.5.1.9).
    (m) Drawings (see 3.5.1.10 and 3.5.2.4.5.4).
    (n) Memorandum pages (see 3.5.1.11).

    Note. - Although these requirements are directly applicable to manuals covering specific
equipment, they shall be followed as closely as possible for manuals covering.
systems, such as engineering piping systems. When a manual covers a system
or an equipment composed of several distinct units (for example, a generating
set consisting of a Diesel engine, a generator, a voltage regulator, and a
controller), it may be desirable to arrange the manual in major divisions,
each covering one unit. If so, the major divisions may be arranged by sub-
divisions, each corresponding to the requirements herein.

   3.5.1.1 General data. - This division shall contain data such as the following:

    (a) Safety notice (where high voltages or special hazards are involved) (see figure 9).
    (b) Component list containing:
        Description of item.
        Navy type designation.
        Standard Navy stock number.
        Dimensions.
        Weight (with or without packing).
    (c) Input power requirements and heat dissipation.
    (d) Salient design characteristics.
    (e) Electron tube complement.
    (f) Serial number (if appropriate).

   3.5.1.2 Introduction. - This division shall include a general description of the equipment; explain
briefly what it is, where it is used, and what it will do, also all information of a general character
applicable to the complete equipment. When the text contains technical terms or terms not commonly
used, definitions shall be included.

   3.5.1.3 Detail description. - This division shall contain a complete detailed description of component
assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's
service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator.
Allowable clearances, temperatures or tolerances shall be shown in tabular form.

   3.5.1.4 Installation instructions. - This division shall contain methods of installation, alignment,
precautions, mounting instructions, recommendations regarding shielding, grounding or bonding.

   3.5.1.5 Adjustment and tests. - This division shall contain instructions for the adjustment and test
of the system and its major components upon initial installation or under other conditions such as after
major overhaul where complete system readjustment may be required.

   3.5.1.6 Principles of operation. - This division shall contain a brief resume of the principles of
operation together with such illustrations, sketches, schematic piping diagrams and schematic wiring
diagrams to convey an understanding of the function and operation of the equipment. Descriptions of
components and assemblies using electron tubes should provide an explanation of the electronic circuits.
A preferred method of describing electronic circuits is to present the description in sections, such as
amplifier features, power circuits, main audio transmission path and mechanical arrangements. Theory
of operation should be included where unusual or unconventional circuits or techniques are involved.

   3.5.1.7 Operating instructions. - This division shall contain simple, brief and effective instructions,
including normal routine and precautions such as maximum and minimum loads, normal temperature
or pressure limits, to be observed in starting, operating and shutting-down the equipment. Where opera-
tions are to be performed in specific sequence, step-by-step procedures shall be used. Operations shall
be numbered in the order in which they are to be performed. Operating data which is frequently referred
to in operating the equipment shall be included in this division. Tables and charts shall be used for the
presentation of these instructions where varying operating conditions are encountered.

6

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

3.5.1.8. Maintenance instructions. -

3.5.1.8.1 Preventative maintenance. - This division shall cover all maintenance procedures, inspection and routine adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of equipment. Included in this division shall be routine maintenance check charts containing the following:

(a) A tabulation of periodic routine mechanical and electrical tests and checks which should be accomplished regularly to insure continuity of service at peak performance.
(b) Arrangement of the table shall be such as to indicate what is to be done, when it is to be done and how to do it.
(c) Emphasis shall be placed upon the test facilities which may be incorporated in the various components.
(d) Instructions shall be provided for the care, inspection and cleaning of all pertinent parts.
(e) Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Military specification numbers where applicable and by commercial designations.
(f) Instructions shall be included stressing the importance of properly maintaining any safety devices, interlocks, provided to prevent damage to equipment or injury to personnel.

3.5.1.8.2 Corrective maintenance. - This division shall cover all information necessary to permit a technician to locate trouble and to make repairs or adjustments to each component, assembly or sub-assembly of the equipment. Included in this division shall be the following:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.
(b) Complete instructions on signal tracing for electric and electronic circuits, use of test instruments and other common servicing techniques.
(c) Ample illustrations, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagram of the electric circuits. Illustrations contained in other divisions may be used and referred to under this division without duplicating them.
(d) Voltage and resistance diagrams or tables for each electronic assembly showing normal voltages (with and without audio signal) and resistances as measured at the terminals of each tube socket and at other significant points in the circuit.

3.5.1.9 Parts identification. - This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes. This data shall be presented in one of the three following alternate arrangements:

(a) Parts list and illustrations. - Where the manual does not include reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, listing all repair parts, the parts identification shall be in the form of a parts list with illustrations, arranged as specified in 3.5.1.9.1 and 3.5.1.9.2.
(b) Drawings and illustrations. - Where the manual includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729 (see figure 5) listing all repair parts, and where only mechanical parts are involved, the parts identification shall be in the form of illustrations to supplement the lists of material on the drawings. Illustrations shall be prepared for each assembly, subassembly and their component repair parts in accordance with 3.5.1.9.2 except that the index numbers shall be identical with the piece numbers assigned on the above drawings. Appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

7

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

(c) Drawings, illustrations and functional listing. - Where the manual includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, and which list all repair parts, and where electrical or electronic parts are involved, the parts identification shall be in the form of a functional listing of electrical and electronic parts with illustrations to supplement both the functional listing and the list of materials on the drawings. The functional listing of all electrical and electronic parts shall be prepared in accordance with 3.5.1.9.1.3.2. Illustrations shall be prepared for each assembly, subassembly and the component repair parts thereof in accordance with 3.6.1.9.2, except that the index numbers shall be identical with the piece numbers assigned on the above drawings (for mechanical parts) and with the reference designation assigned on the schematic wiring diagram (for electrical or electronic parts) appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

3.5.1.9.1 Parts list. -

3.5.1.9.1.1 Contents. - The parts list shall contain the following information:

(a) List of illustrations by figure and page number.
(b) Introduction.
(c) Parts tabulation.
(d) Special tools.
(e) Numerical index of part numbers.

3.5.1.9.1.2 Introduction. - This division shall contain sufficient instructions to explain the following:

(a) Any symbols used therein.
(b) The general system of group assemblies in relation to the complete article.
(c) All cross-index systems employed.
(d) Titles or other markings intended to segregate different models.
(e) Other information as may be required to facilitate rapid and accurate use of the parts list.

3.5.1.9.1.3 Parts tabulation. - The parts tabulation shall contain the following information:

3.5.1.9.1.3.1 Tabulation for mechanical parts. -

(a) Figure number. This shall denote the illustration number wherein the part has been shown.
(b) Index number. This shall denote the index number covering the complete main or subassembly as listed in the catalog.
(c) Name of part and brief description.
(d) Number required.
(e) Unit of issue.
(f) Contractor's service part number.
(g) Actual manufacturer's name.
(h) Actual manufacturer's service part number.
(i) Standard Navy stock number assigned in accordance with Specification MIL-R-15137.

8

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

**3.5.1.9.1.3.2** Tabulation for electrical and electronic parts. -

(a) Figure number.  This shall denote the illustration number wherein the part
    has been shown.
(b) Reference designation assigned in the schematic wiring diagram.
(c) Name of part and brief description (including electrical ratings).
(d) Function.  The function shall consist of a brief statement of use, purpose or
    the function of the part in the component.
(e) Military type number (where applicable).
(f) Actual manufacturer's name.
(g) Actual manufacturer's service part number.
(h) Standard Navy Stock Number assigned in accordance with Specifica-
    tion MIL-R-15137.

**3.5.1.9.1.4** Special tools. - This division shall contain a list of all special tools supplied with the
equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identi-
fication number.

**3.5.1.9.1.5** Numerical index of part numbers. - This index shall list all items contained in the parts
tabulation, arranged in a logical numerical sequence.  These items shall be so arranged that column 1
of the index will give the manufacturer's part number and column 2 will give the illustration index number
or numbers in which the part appears.

**3.5.1.9.2** Illustrations. - A view of each assembly, subassembly and the component parts thereof
shall be shown.  Identification of illustrated parts with the listed parts shall be facilitated by the use of
key or index numbers which will identify all the parts in the group assembly listing.

**3.5.1.9.2.1** Illustrations of the exploded type may be used.  When the use of exploded views is not
practical, simple cross-sectional views may be used.  The cross-sectional drawings when used for this
purpose preferably shall be approved drawings or excerpts from approved drawings, and shall show both
the manufacturer's drawing number and the drawing number of the bureau or agency concerned.  In case
no applicable approved drawing is available, cross-sectional views from manufacturer's drawings may be
used.

**3.5.1.9.2.2** A figure number and proper identifying caption shall appear with each illustration.  In
the case of subassemblies or sub-assemblies, the caption shall also identify and give the index number
of the complete assembly as it appears in the parts tabulation.

**3.5.1.9.2.3** An index number with an arrow to the item, part, or tool to which it pertains shall
be used in illustrations.  In cases where an assembly is exploded into its component parts, one or more
of which require further explosion, the primary explosion shall be referenced by the use of numerals
only.  The subassembly shall be referenced by the basic number of the part as it appears in the primary
assembly but each exploded part shall have an alphabetical designation, suffixed to the number of the
primary part.  The sequence of numerical and alphabetical designations shall correspond to the order of
removal upon disassembly, wherever practicable.

**3.5.1.9.2.4** Index numbers and arrows shall be used on each illustration to identify repair parts
only.

**3.5.1.10** Drawings. - This division shall contain reproductions of approved drawings, additional
block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive
matter contained in the text.  Wherever feasible, such diagrams, exploded views and sketches should be
inserted in the text as close as possible to that portion of the text to which they apply.  Diagrams of
switches and relays used in the system, showing the terminal numbering shall be inserted as additional
drawings.  The standard color codes for resistors and capacitors shall be stated, where applicable.

9

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

3.5.1.11 Memorandum pages. - Five blank pages shall be inserted at the end of the manual for memorandum purposes.

3.5.2 Format. -

3.5.2.1 Divisions (chapters or sections). - Divisions of manuals shall be by chapters or sections, numbered or lettered consecutively. In general, chapters shall be the main divisions of larger manuals and sections shall be the main division of smaller manuals. Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter. Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.5.2.2 Page identification and numbering. -

3.5.2.2.1 At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the manual. At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section number followed by its title. In some cases, it may be necessary to brief the title.

3.5.2.2.2 With the exception of fold-over pages and as otherwise specified herein, pages of the manuals shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals. The first page of chapter 1 or section 1 shall be page 1. All odd-numbered pages shall appear as right-hand pages. Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet. Fold-over pages shall be arranged so that page numbers are visible without unfolding. Fold-over arrangements are shown on figure 5.

3.5.2.2.3 In manuals arranged for a system or equipment composed of several distinct units (see note under 3.5.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1. In this case, the page number shall also include the chapter number. The chapter number shall appear first.

3.5.2.3 Layout treatment. - The layout of the manuals shall be such as to conserve space without detracting from the usability or clarity of material presented. Blank pages and spaces shall be avoided wherever possible except as specified in 3.5.1.11.. Textual material shall be printed on both sides of the page. Illustrations serving no instructional function or to which no reference is made in the text shall not be used. Partial page illustrations within the text are highly desirable. Several small illustrations may be grouped to form a single page layout. Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page. Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility. Fold-over pages shall be used primarily in the back of the manual for the purpose of reproducing the drawings. Whenever it is desirable to include fold-over pages with the text in the front of the manual, such fold-over pages shall not be backed up with text or illustrations. All drawings which will be used for reference purposes while reading the text shall be provided with a blank section of the same size as a page at the left hand edge of the drawing (see figure 5). This will permit the drawing to be withdrawn clear of the manual while the text is being studied. Drawings shall be reproduced on a page the same height as other pages in the manual, in order that all folds will be parallel to the bound edge of the manual.

3.5.2.4 Text. -

3.5.2.4.1 Tables and charts. - The use of tables and charts is desirable. Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3.5.2.4.2 Reference to figures. - Where reference is made to figures, the reference shall be to the figure number. The page number shall not be used except when the illustration is located more than three pages away from the reference. When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: ''Remote nut (7) and drive cut bolt (6) (see figure 2o).

10

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

3.5.2.4.3 <u>Numbers</u>. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out. All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3.5.2.4.4 <u>Reference to materials</u>. - All materials required for maintenance referred to in the manual, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3.5.2.4.5 <u>Illustrations</u>. - Illustrations (including photographs, exploded views, drawings and sketches) shall be well planned and executed. They shall enable immediate and thorough comprehension of the subject.

3.5.2.4.5.1 <u>Illustration identification</u>. - Illustrations shall be identified by figure number and a title. Identifying figure numbers and titles shall be positioned immediately beneath the illustration. Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3.5.2.4.5.2 <u>Photographs</u>. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3.5.2.4.5.3 <u>Exploded views</u>. - Exploded views may be used for showing the component parts of a subject. Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose. It is preferable that all parts be exploded on their functional axis.

3.5.2.4.5.4 <u>Drawings</u>. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. Drawings shall be bound into the manual as shown on figure 5 (see also 3.5.2.3). Drawings shall normally be placed in the back of the manual but they must be inserted close to the references when practicable. Care shall be taken in the preparation of drawings for reproduction in the manual to insure that when the drawings are reduced in size they shall be clear and legible.

3.5.2.4.5.5 <u>Sketches (see figure 6)</u>. - (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions of these drawings which may be extracted and used as illustrations in a manual.)

3.5.2.4.5.5.1 The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.5.2.4.5.5.2 Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.5.2.4.5.5.3 Except for diagrams, schematics, orthographic projections, reproduction of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross-section views.

3.5.2.4.5.6 <u>Color</u>. - Color shall be used functionally where necessary to show electric circuits, the flow of materials, schematic diagrams or operational diagrams. Unessential color shall not be used. Backgrounds of color tints may be used to clarify outline sketches, but color for decoration is not desired.

11

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

3.5.2.4.6  Indexing and referencing of illustrations. -

3.5.2.4.6.1  Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows.  Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.5.2.4.6.2  In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white.  The arrowhead, however, shall be completely outlined in white.  The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.5.2.4.6.3  Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type.  Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1, except as specified in 3.5.1.9 (b), (c) and 3.5.1.9.2.3.

3.5.2.4.7  Printing. -  Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work.  Copy may be type-set, varityped, or type-written with a standard typewriter.  In general, type-set copy is preferred with varityped or type copy as second choice.  The style of composition to be used, however, shall be governed by the quantity of manuals to be produced, the relative costs of the several methods and the availability of material prepared for earlier manuals.  The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval.  The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

3.5.2.4.7.1  Arrangement. -  The text may be arranged in the form of either two vertical columns or a single wide column.  The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8.  Right-hand margins shall not necessarily have flush at right, but care shall be taken, to prepare a generally uniform margin.  The size of the page shall be 8-1/2 by 11 inches.  Text shall be reproduced on both sides of pages.

3.5.2.5  Paper. -  The paper for photolithographic reproduction shall be preferably 25 by 38-50/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3.5.2.6  Covers. -  Covers for manuals less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material.  Covers for manuals over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth).  The covers shall be imprinted in gold, silver or aluminum color with the information shown on figure 1.  Backbones of manuals over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3.3.1) and title in brief.  Covers shall overlap the top, bottom, and right-hand edges of the manual by 3/16 inch.  Outside corners of the covers shall be slightly rounded.

3.5.2.7  Binding. -  The binding shall be looseleaf using three 3/16-inch metal posts and screws, spaced on 4-1/4 inch centers.  Covers for manuals 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid.  On manuals containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used.  All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion.  Should the addition of the parts list (see 3.5.1.9.1) to the manuals result in the final manual containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

12

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

### 3.6  Type C manuals. -

3.6.1  Contents. -  Type C manuals shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

(a) Title page (see figure 2).
(b) General data (see 3.6.1.1).
(c) Table of contents, listing all divisions and primary and secondary subdivisions (such as chapters or sections) with the corresponding page numbers.
(d) List of illustrations and drawings, specifying titles, figure numbers and pages on which such illustrations appear.
(e) Detailed description (see 3.6.1.2).
(f) Installation instructions (see 3.6.1.3).
(g) Adjustments and tests (see 3.6.1.4).
(h) Operating instructions (see 3.6.1.5).
(i) Maintenance (see 3.6.1.6).
(j) Parts identification (see 3.6.1.7).
(k) Drawings (see 3.6.1.8).

Note. - Although these requirements are directly applicable to manuals covering specific equipment, they shall be followed as closely as possible for manuals covering systems, such as engineering piping systems.  When a manual covers a system or an equipment composed of several distinct units (for example, a generating set consisting of a Diesel engine, a generator, a voltage regulator, and a controller), it may be desirable to arrange the manual in major divisions, each covering one unit.  If so, the major divisions may be arranged by subdivisions, each corresponding to the requirements herein.

3.6.1.1  General data. -  This division shall contain data such as the following:

(a) Safety notice (where high voltages or special hazards are involved) (see figure 9).
(b) Component list containing:
    Description of item.
    Navy type designation.
    Standard Navy stock number.
    Dimensions.
    Weight (with or without packing).
(c) Input power requirements and heat dissipation.
(d) Salient design characteristics.
(e) Electron tube complement.
(f) Serial number (if appropriate).

3.6.1.2  Detailed description. - . This division shall contain a complete detailed description of component assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator.  Allowable clearances, temperatures or tolerances, shall be shown in tacular form.

3.6.1.3  Installation instructions. -  This division shall contain methods of installation, alignment, precautions, mounting instructions, recommendations, regarding shielding, grounding or bonding.

3.6.1.4  Adjustment and tests. -  This division shall contain instructions for the adjustment and test of the system and its major components upon initial installation or under other conditions such as after major overhaul where complete system readjustment may be required.

3.6.1.5  Operating instructions. -  This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment.  Where operations are to be performed in specified sequence, step-by-step procedure shall be used.  Operations shall be numbered in the order in which they are to be performed.  Operating data which is frequently referred to in operating the equipment shall be included in this division.  Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

13

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

3.6.1.6 Maintenance. - This division shall cover all maintenance procedures and routine adjustments which should be performed periodically, as well as instructions for disassembly and replacement of worn or damaged parts. Instructions on lubrication shall be provided as applicable, preferably in chart form, and shall include the type of lubrication recommended by the manufacturer, together with specific time periods. Lubricants shall be described by Military specification numbers, where applicable and by commercial designations. Maintenance instructions shall cover the use of special tools.

3.6.1.7 Parts identification. - This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes.

3.6.1.7.1 Parts list. - Parts shall be listed as follows:

    (a) Name of part.
    (b) Number required.
    (c) Actual manufacturer's name and service part number.
    (d) Standard Navy Stock Number assigned in accordance with Specification MIL-R-15137.

3.6.1.7.2 Parts illustrations. - A view of each assembly or subassembly or component parts shall be shown. Identification of illustrated parts shall be facilitated by the use of numbers which will identify all the parts in the parts list. Illustrations of the exploded type are preferable. When the use of exploded views is not practical, simple cross-sectional views may be used. The cross-sectional drawings when used for this purpose preferably shall be approved drawings or excerpts from approved drawings, and shall show both the manufacturer's drawing number and the drawing number of the bureau or agency concerned. In case no applicable approved drawing is available, cross-sectional views from manufacturer's drawings may be used.

3.6.1.8 Drawings. - This division shall contain reproductions of approved drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Wherever feasible, such diagrams, exploded views and sketches should be inserted in the text as close as possible to that portion of the text to which they apply. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable.

3.6.2 Format. -

3.6.2.1 Divisions (chapters or sections). - Division of manuals shall be chapters or sections, numbered or lettered consecutively. In general, chapters shall be the main divisions of larger manuals and sections shall be the main division of smaller manuals. Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter. Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.6.2.2 Page identification and numbering. -

3.6.2.2.1 At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the manual. At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section, number followed by its title. In some cases, it may be necessary to brief the title.

3.6.2.2.2 With the exception of fold-over pages and as otherwise specified herein, pages of the manuals shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals. The first page of chapter 1 or section 1 shall be page 1. All odd-numbered pages shall appear as right-hand pages. Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet. Fold-over pages shall be arranged so that the page numbers are visible without unfolding. Fold-over arrangements are shown on figure 5.

14

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

3.6.2.2.3 In manuals arranged for a system or equipment composed of several distinct units (see note under 3.6.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1. In this case, the page number shall also include the chapter number. The chapter number shall appear first.

3.6.2.3 Layout treatment. - The layout of the manuals shall be such as to conserve space without detracting from the usability or clarity of material presented. Blank pages and spaces shall be avoided wherever possible. Textual material shall be printed on both sides of the page. Illustrations serving no instructional function or to which no reference is made in the text shall not be used. Partial page illustrations within the text are highly desirable. Several small illustrations may be grouped to form a single page layout. Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page. Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility. Fold-over pages shall be used primarily in the back of the manual for the purpose of reproducing the drawings. Whenever it is desirable to include fold-over pages with the text in the front of the manual, such fold-over pages shall not be backed up with text or illustrations. All drawings which will be used for reference purposes while reading the text shall be provided with a blank section of the same size as a page at the left-hand edge of the drawing (see figure 6). This will permit the drawing to be withdrawn clear of the manual while the text is being studied. Drawings shall be reproduced on a page the same height as other pages in the manual, in order that all folds will be parallel to the bound edge of the manual.

3.6.2.4 Text. -

3.6.2.4.1 Tables and charts. - The use of tables and charts is desirable. Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3.6.2.4.2 Reference to figures. - Where reference is made to figures, the reference shall be to the figure number. The page number shall not be used except when the illustration is located more than three pages away from the reference. When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: "Remove nut (7) and drive out bolt (8) (see figure 26).

3.6.2.4.3 Numbers. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out. All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3.6.2.4.4 Reference to materials. - All materials required for maintenance referred to in the manual, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3.6.2.4.5 Illustrations. - Illustrations (including photographs, exploded views, drawings and sketches) shall be well planned and executed. They shall enable immediate and thorough comprehension of the subject.

3.6.2.4.5.1 Illustration identification. - Illustrations shall be identified by figure number and a title. Identifying figure numbers and titles shall be positioned immediately beneath the illustration. Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3.6.2.4.5.2 Photographs. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3.6.2.4.5.3 Exploded views. - Exploded views may be used for showing the component parts of a subject. Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose. It is preferable that all parts be exploded on their functional axis.

15

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

3.6.2.4.5.4 Drawings. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. Drawings shall be bound into the manual as shown on figure 5 (see also 3.6.2.3). Drawings shall normally be placed in the back of the manual but they may be inserted close to the references when practicable. Care shall be taken in the preparation of drawings for reproduction in the manual to insure that when the drawings are reduced in size they shall be clear and legible.

3.6.2.4.5.5 Sketches (see figure 6). - (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions to these drawings which may be extracted and used as illustrations in a manual.)

3.6.2.4.5.5.1 The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.6.2.4.5.5.2 Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.6.2.4.5.5.3 Except for diagrams, schematics, orthographic projections, reproductions of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross-section views.

3.6.2.4.6 Indexing and referencing of illustrations. -

3.6.2.4.6.1 Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.6.2.4.6.2 In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrowhead, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.6.2.4.6.3 Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type. Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1.

3.6.2.4.7 Printing. - Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work. Copy may be type-set, varityped, or typewritten with a standard typewriter. In general, type-set copy is preferred with varityped or type copy as second choice. The style of composition to be used, however, shall be governed by the quantity of manuals to be produced, the relative costs of the several methods, the availability of material prepared for earlier manuals. The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

3.6.2.4.7.1 Arrangement. - The text may be arranged in the form of either two vertical columns or a single wide column. The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8. Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin. The size of the page shall be 8-1/2 by 11 inches. Text shall be reproduced on both sides of pages.

16

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071B(SHIPS)

3.6.2.5 Paper. - The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3.6.2.6 Covers. - Covers for manuals less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material. Covers for manuals over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth). The covers shall be imprinted in gold, silver or aluminum color with the information shown on figure 1. Backbones of manuals over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3.3.1) and title in brief. Covers shall overlap the top, bottom, and right-hand edges of the manual by 3/16 inch. Outside corners of covers shall be slightly rounded.

3.6.2.7 Binding. - The binding shall be looseleaf using three 3/16-inch metal posts and screws spaced on 4-1/4 inch centers. Covers for manuals 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid. On manuals containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion. Should the addition of the parts list (see 3.6.1.7.1) to the manual result in the final manual containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

3.7 Type D manuals. -

3.7.1 Contents. - Type D manuals shall consist of manufacturer's standard commercial instructions and parts lists bound together.

3.7.2 Format. -

3.7.2.1 Covers. - Covers shall be of a dark color fabrikoid material. The cover shall show name and model of the equipment, manufacturer's name and address, Navy contract or order number and Navy NAVSHIPS identification number. Printing shall be of a light contrasting color. Covers shall be 8-1/2 by 11 inches for all manuals of that size or smaller (see figure 1).

3.7.2.2 Binding. - The manuals and covers shall be bound either by stapling, stitching or by use of metal binding posts.

3.8 Workmanship. - The workmanship shall be of high quality comparable in text compilation, arrangement, and accuracy to high-grade commercial manuals and parts catalogs. Copy which has filled letters or is blurred will not be acceptable. The workmanship shall be satisfactory to the bureau or agency concerned.

4. QUALITY ASSURANCE PROVISIONS

4.1 The methods of approval are specified in section 3.

4.2 Inspection procedures. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

5. PREPARATION FOR DELIVERY

5.1 Packaging for domestic and overseas shipment. -

5.1.1 All manuals shall be packaged individually consistent with good commercial practice so as to ensure that they are kept dry and clean.

17

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-T-15071D(SHIPS)

5.2  Packing. -

5.2.1  Equipment manuals for domestic and overseas shipment. -  Two copies of the manual shall be packed within the shipping container holding the main unit of equipment.

5.2.2  Bulk manuals. -

5.2.2.1  For domestic shipment. -  Manuals packaged as specified in 5.1.1 shall be packed in shipping containers suitable to method of shipment used and in conformance with good commercial practice.  The gross weight of the container shall not exceed 200 pounds.

5.2.2.2  For overseas shipment. -  Manuals packaged as specified in 5.1.1 shall be packed in shipping containers which are so lined as to preserve the manuals from water damage and dampness in conformance with good commercial practice.  The shipping containers shall be so closed or strapped as to give additional strength necessary to prevent collapsing during shipment.  The gross weight of wood boxes shall not exceed 150 pounds; of fiberboard boxes, 70 pounds.

6.  NOTES

6.1  Ordering data. -

6.1.1  Procurement documents should specify the following:

    (a) Title, number, and date of this specification.
    (b) Type required (see 1.2).
    (c) Quantity of manuals required (see 3.2).
    (d) Requirements for type A (see 3.3).
    (e) Details of special requirements for drawings, charts and illustrations, pertinent to the particular equipment, if not covered by the equipment specification.
    (f) Security classification, if required (see 3.4.4).
    (g) Whether the manuals are to be packed and marked for domestic or overseas shipment (see 5.1 and 5.2).

6.2  Figures 1 through 5b inclusive have been marked "CONFIDENTIAL" for demonstration purposes only.

Patent notice. -  When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
    Bureau of Ships

18

REPRODUCED AT THE NATIONAL ARCHIVES

NAVSHIPS 000-0000

CONFIDENTIAL

TECHNICAL MANUAL

450-KW AC/DC

GENERATOR SET

STEAM-TURBINE

MANUFACTURER'S NAME, AND
ADDRESS

Contract NObs-0000

MANUFACTURER'S BOOK NUMBER

BUREAU OF SHIPS - NAVY DEPARTMENT - WASHINGTON, D.C.

CONFIDENTIAL

FIGURE 1 - TYPICAL COVER.

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF MANUAL appears in upper left-hand corner, set in 18 pt. Stymie light caps with Stymie bold numerals.

SECURITY CLASSIFICATION (see 3.3.4) appears in upper left-hand corner, set in 18 pt. Stymie light caps. (Security Classification in this case is "Confidential".)

TYPE OF MANUAL set in 24 pt. Stymie extra bold upper and lower case.

SPECIFIC TITLE OF MANUAL set in 30 pt. Stymie extra bold caps.

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER TO be set under Manufacturer's name as shown, in 18 pt. Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D.C., to be set at bottom page in 12 pt. Stymie light caps, letter spaced and separated as shown.

SECURITY CLASSIFICATION (see 3.3.4) appears in lower right-hand corner, set in 18 pt. Stymie light caps. (Security Classification in this case is "Confidential".)

NOTE - If Stymie is not available, the following faces may be substituted in this order: Beton, Girder, Future and Kabel. Weights shown shall be maintained.

(This figure is marked Confidential for demonstration purposes only.)

15

REPRODUCED AT THE NATIONAL ARCHIVES



FIGURE 2 - TYPICAL TITLE PAGE.

SECURITY CLASSIFICATION (see 3.3.4) appears in upper right-hand corner set in 18 pt. Stymie light caps. (Security classification in this case is "Confidential".)

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF MANUAL appears in upper right corner, set in 18 pt. Stymie light caps with Stymie bold numerals.

TYPE OF MANUAL set in 24 pt. Stymie extra bold upper and lower case.

SPECIFIC TITLE OF MANUAL set in 30 pt. Stymie extra bold caps.

APPLICABLE VESSELS (when appropriate) to be set under title of manual, as shown, in 18 pt. Stymie light, upper and lower case. "WARNING" paragraph shall be set 8 pt. Stymie bold, upper and lower case (see 3.3.4).

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER to be set under Manufacturer's Name and address as shown in 18 pt. Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

DATE OF MANUAL to be included at the lower right of page.

SECURITY CLASSIFICATION (see 3.3.4) appears in lower right-hand corner, set in 18 pt. Stymie light caps with Stymie bold numerals.

(This figure is marked Confidential for demonstration purposes only.)

---

CONFIDENTIAL
NAVSHIPS 000-0000

TECHNICAL MANUAL

450-KW AC/DC
GENERATOR SET
STEAM-TURBINE

CL-55 CLASS

WARNING: This document contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794. The transmission or the revelation of its contents in any manner to an unauthorized person is prohibited by law.

MANUFACTURER'S NAME, AND ADDRESS

Contract NObs-0000

MANUFACTURER'S BOOK NUMBER

BUREAU OF SHIPS - NAVY DEPARTMENT - NOVEMBER 1952

CONFIDENTIAL

20

REPRODUCED AT THE NATIONAL ARCHIVES

FIGURE 3 - TYPICAL CONTENTS PAGE

SECURITY CLASSIFICATION (see 3.3.4) appears in
upper right-hand corner set in 12 pt. Future bold
caps. (Security Classification in this case is
"Confidential".)

CHAPTER TITLE to appear in upper right-hand corner
set in 18 pt. Future bold caps.

CHAPTER AND NUMBER to be set in 30 pt. Stymie light,
upper and lower case.

"DETAILED DESCRIPTION" to be set in 14 pt. Stymie
light caps.

"LIST OF SECTIONS" and "PAGE NO." to be set in
10 pt. Stymie light caps.

THE LISTING OF SECTIONS (number, name, and page) to
be set in 14 pt. Future bold, upper and lower case.
All of the above materials is to be set as close as
possible in style to that shown with sufficient
leading and with the whole text block centered
between the rules.

FOLIO NUMBER to appear on trim edge and bottom and
to be set in 12 pt. Future bold.

SECURITY CLASSIFICATION to appear on right-hand side
at the bottom and to be set in 12 pt. Future bold caps.

NOTE.- Girder or Beton light or medium may be
substituted for Stymie. Any other Sans Serif type of
same weight may be substituted for Future.

(This figure is scaled Confidential for demonstration purposes only.)

CONFIDENTIAL
DETAILED DESCRIPTION

Chapter 2
DETAILED DESCRIPTION

| LIST OF SECTIONS | PAGE NO. |
|---|---|
| 1 Turbine | 22 |
| 2 Speed Reducing Gear | 23 |
| 3 Oil System | 24 |
| 4 AC Generator | 26 |
| 5 DC Generator | 29 |
| 6 Voltage Regulator Equipment | 32 |
| 7 Air Circuit Breaker | 40 |

CONFIDENTIAL

21

REPRODUCED AT THE NATIONAL ARCHIVES

CONFIDENTIAL

Chapter Heading--upper right-hand corner of right-hand page, 14 pt. Future medium caps.

1 pt. rule

## DETAILED DESCRIPTION
2 pica

A lateral bend of corrosion-resisting steel extends completely around the outer circumference of the bucket at each wheel. This band clamps and dampens the buckets and, by preventing slightly on each side of the bucket, tends to prevent steam leakage over the tops of the buckets.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a governor for balancing the top and bottom weights. A wrench for this purpose is furnished with the unit.

**NOZZLE PLATE**

The 1st and 2nd stage nozzles (plate (1), Fig. 1, is bolted to and located at the upper half of the high-pressure head. The nozzle plate contains a series of...

## Manide Diaphragms

The 1st stage diaphragms are made of steel and are welded circumferentially into the upper and lower secondary bulkhead.

Because of the high steam temperature the diaphragms of the casing, the second-stage diaphragm is supported at Intermediate Diaphragms. The lower half of the second-stage diaphragm is bolted to the second half and (1) at the bottom of the casing. Each half (4) secured the periphery of the diaphragm and it is holding both halves securely in place.

## SECTION 2
2 pica

## Description of Speed Reducing Gear
2 pica

**PINION**

The reducing gear is the single-reduction, single-helical type. Coarse...

**GEAR WHEEL**

The gear wheel is a steel forging and is pressed and keyed to a forged steel shaft.

**GEAR CASING**

The gear casing consists of two halves which are joined at the horizontal center line of the axises.



Fig. 5.--Two of the pinions showing left of the upper coupling, which is bolted to the turbine rotor

Fig. 6.--Reducing gear with upper half casing removed showing the pinion and gear wheel installed in the lower half of the casing.

Follow--Enter bottom corner, 12 pt.

CONFIDENTIAL

(This figure is coded Confidential for demonstration purposes only.)

---

CONFIDENTIAL

Title of Manual - upper corner left-hand page 14 pt. Future medium caps.

## 450 - KW AC/DC GENERATOR SET, STEAM-TURBINE

## SECTION 1
1 pica

## Description of Turbine
(Give complete name plate data as part of the title of description of turbine.)

**ROTOR**

The general arrangement of the...



## FIGURE 4. TYPICAL TEXT PAGE

A typical text page spread is shown here with type and spacing specifications noted. New sections may be started near the bottom of the page if the space allows a minimum of three lines of type in each column; tabulated matter may be run two columns or one column.

Fig. 4.-- Turbo-generator set as seen from turbine end, throttle-valve side

Classification--inner bottom corner, 12 pt.
Future bold caps.

CONFIDENTIAL

REPRODUCED AT THE NATIONAL ARCHIVES

CONFIDENTIAL

MODEL GSB-8 DIESEL ENGINE

FIGURE 5. TYPICAL GATEFOLD OR FOLD-IN PAGES

The following two pages illustrate correct style that may be followed in gatefold pages where oversize illustrations are to be used. Fold-over pages, Prints are to be used. Fold-over pages, double, or triple pages will be permitted only for illustrations where essential to insure legibility.

## ENGINE THROTTLE CONTROL

### DESCRIPTION

The engine throttle control system is made up of a series of linkages which, in direct connection with a hydraulic system, enable the operator to start and operate the engine at any required speed. (Fig. 3.) For complete understanding the following description is essential:

1. A mechanical linkage sets the limit to which fuel can be injected.
2. The engine throttle control sets the operating fuel pressure of the fuel pump.
3. A mechanical linkage from the control governor operates the control shaft which is coupled to the fuel injectors.
4. The hydraulic system, in conjunction with the linkage system, operates the control governor regulator shaft.
5. The throttle control operates the limit switch which controls the electrical circuit of the brake on the propeller shaft, just aft of the reduction gear.

The engine throttle control system is actuated by the movement of the throttle lever, or handle, of the hydraulic transmitter, which is located on the after side of the engine control box. (Fig. 1.) When the throttle lever is in the extreme out position, the hydraulic transmitter and receiver units are synchronized. (This function will be explained in detail later in this section.)

As the throttle handle is moved inward, beyond the synchronizing stage, it reaches the point where, for a few degrees of travel, it operates the air starting system (Section 20). When the air starting system is functioning, no fuel is admitted into the cylinders; however, at the instant when the throttle handle is moved farther inward and the air starting valve is released, fuel oil is then injected into the cylinders, and the engine begins to operate under its own power. Continuing the inward movement of the throttle handle increases the amount of fuel oil which is injected into the cylinders, and thereby increases the speed and power of the engine (Section 4).

The serrated shaft of the transmitter is linked with the throttle shaft which, in turn, is directly linked with the throttle lever tube. The throttle shaft is supported in two bronze bearings which are bolted to pads on the cylinder block, just below the camshaft trough. (Fig. 3.) The throttle lever tube floats on the control shaft, and a lever attached to it is connected with the regulating adjusting lever of the fuel oil pump. A spring loaded piston and cylinder assembly is built into the regulating adjusting lever, and its function is to permit the throttle shaft to pass through the synchronizing and air starting stages without moving the fuel pump pressure regulating lever. This permits the regulating lever to be moved from its idling position to maximum engine load position. A pin lever, welded to the throttle lever tube, sets a position beyond which the control lever on the control shaft cannot advance. Therefore, the control lever cannot be advanced beyond the throttle setting, and no additional fuel oil will be injected into the cylinders until the throttle is advanced farther. The control lever rides on the pin lever of the throttle lever tube, unless the automatic function of the governor tends to hold it away from the pin lever.

The two fuel injectors are synchronized and are coupled by the intermediate control shaft. The after fuel injector is coupled to the control shaft, which is supported at the opposite end by a ball bearing in a bracket attached to the camshaft gear cover.

CONFIDENTIAL

*(This figure is marked Confidential for demonstration purposes only.)*

23

REPRODUCED AT THE NATIONAL ARCHIVES



Figure 54

REPRODUCED AT THE NATIONAL ARCHIVES



REPRODUCED AT THE NATIONAL ARCHIVES



CONFIDENTIAL

Figure 5b. – Engine Control System.

(This figure is marked confidential for demonstration purposes only.)

REPRODUCED AT THE NATIONAL ARCHIVES

## ART TREATMENT FOR EXPLODED VIEWS



NOTE.—Where letterpress or offset reproduction is to be employed, well-retouched photographs, exploded as per drawing shown above will also be acceptable.

Figure 6.

26

REPRODUCED AT THE NATIONAL ARCHIVES

## FIGURES 7 AND 8

These figures show approved style to be
followed on manuals which are to be type-
written, varityped, or set with the elec-
tromatic typewriter. All copy should be
prepared to allow for a 15- or 20-percent
reduction in size.

27

REPRODUCED AT THE NATIONAL ARCHIVES

TITLE OF MANUAL                                    MFR'S NUMBER

# PART I

## DESCRIPTION OF TURBINE AND GEAR

### GENERAL ARRANGEMENT

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

### SECTION I

### DESCRIPTION OF TURBINE

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### ROTOR AND BUCKETS

The turbine rotor (1), Fig. 2, consisting of shaft, bucket wheels, and coupling, is machined from a solid steel forging. The coupling flange of the rotor is tapped around its outer periphery for balancing plugs.

The throttle valve is provided with a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### Buckets

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by shrouds at the dovetails. The shrouds form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

#### NOZZLE PLATE

The cast steel first-stage nozzle plate (3),

Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of formed nozzles opening into ports on the high-pressure side.

#### NOZZLE DIAPHRAGMS

The nozzle diaphragms are made of steel corrosion-resisting steel nozzle partitions. the diagram five nozzle diaphragms made of steel with welded corrosion resisting steel nozzle partitions.

#### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

SECOND STAGE DIAPHRAGM  The lower half of the second stage diaphragm is further positioned by the centering dowel (7) in the bottom of the casing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

LOCATION OF DIAPHRAGMS  The other four diaphragms, which are located in the exhaust casing are mounted as shown in Fig. 3b. The cast steel first-stage nozzle plate (3), Fig. 2 is bolted to and caulked in the upper half of the high pressure head.

The first stage is drained through a valve at the bottom of the casing.

#### TURBINE CASING

The turbine casing consists of a steel high-pressure head (4), Fig. 2, and a steel exhaust casing.

Figure 7.

28

REPRODUCED AT THE NATIONAL ARCHIVES

MFR'S NUMBER                                    TITLE OF MANUAL

## PART 1

### DESCRIPTION OF TURBINE AND GEAR

**GENERAL ARRANGEMENT**

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

### SECTION 1

### DESCRIPTION OF TURBINE

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

**Rotor and Buckets**

The turbine rotor (1), Fig. 2, consisting of ———————— els, and coupling, is machined from a solid steel forging. The coupli————————— is tapped around its outer periphery for balancing plugs.

The throttle valve is provide————————————————— ol for manual control and an emergency tripping device. The throttle ————————————— ed closed automatically by an emergency governor.

**Buckets**

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

**Nozzle Plate**

The cast steel first-stage nozzle plate (3), Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of reamed nozzle opening into ports on the high-pressure side.

**Nozzle Diaphragms**

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions. All of the diaphrams five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

**Mounting**

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

**Figure 2.**

29

REPRODUCED AT THE NATIONAL ARCHIVES

## FIGURE 9 - WARNING

Voltages over 300 volts shall be measured as follows:

(1) Deenergize the equipment. Ground terminals to be measured to discharge any capacitors connected to these terminals. (see Note F).

(2) Connect meter to terminals to be measured using a range higher than the expected voltage.

(3) WITHOUT TOUCHING METER OR TEST LEADS, energize the equipment and read the meter.

(4) Deenergize the equipment. Ground the terminals connected to the meter before disconnecting meter.

NOTES:
(A) MAKE SURE YOU ARE NOT GROUNDED whenever you are adjusting equipment or using measuring equipment.

(B) In general, USE ONE HAND ONLY when servicing live equipment.

(C) If test meter must be held or adjusted while voltage is applied, GROUND the case of the meter before starting measurement and DO NOT touch the live equipment or personnel working on live equipment while you are holding the meter. Some moving vane type meters should not be grounded. These should not be held during measurements.

(D) DO NOT FORGET that high voltages MAY BE PRESENT across terminals that are normally low voltage, due to equipment breakdown. Be careful even when measuring low voltages.

(E) DO NOT use test equipment known to be in poor condition.

(F) High voltage high capacity capacitors should be discharged with a grounding stick with approximately 10 ohms in series with the grounded line. Where neither terminal of a capacitor is grounded. Short capacitor is grounded, short capacitor terminals to each other.

3ə

Exhibit 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVATORE GITTO
AND PHYLLIS GITTO,                    )
                                      )
                Plaintiffs,           )
                                      )        Civil Action No. _____
vs.                                   )
                                      )
A.W. CHESTERTON CO., INC.,            )
et al.,                               )
                                      )
                Defendants.           )
_____      )

### DECLARATION OF ARTHUR F. WARDWELL IN SUPPORT OF DEFENDANT EATON HYDRAULICS INC.'S NOTICE OF REMOVAL

I, Arthur F. Wardwell, declare the following:

1.      I am a retired Captain of the United States Navy, for which I served between 1958 and 1982.

2.      I began my Navy career in 1958, immediately after receiving a Bachelor of Science degree from Maine Maritime Academy. Throughout my Navy career, I concentrated in ship design, engineering, construction, overhaul, operation, and inspection.

3.      Specifically, I served as Assistant Repair Officer at Long Beach Naval Shipyard; Force Material Officer, U.S. Navy Cruiser/Destroyer Force, U.S. Pacific Fleet; Senior Lieutenant Commander, Planning and Design Office, Bath Iron Works Shipyard; Special Navy Project Officer, Triple A Shipyard, San Francisco; Chief Engineer and Manager of the Fleet Rehabilitation and Modernization ("FRAM") Program for the DD-886; and Assistant Engineer on the U.S.S. General William Mitchell (AP-114).

4.      In 1978, I was promoted to Captain and assigned as the Commanding Officer of the Office of Supervisor of Shipbuilding, Conversion, and Repair, San Francisco. Subsequently, in 1981, I was assigned as the Commanding Officer of the Navy's Engineering Duty Officer School at the Mare Island Naval Shipyard ("Mare Island"). Finally, in August 1982, I retired from the Navy with the rank of Captain after twenty-seven years of service.

5.   · Following my Navy retirement, I entered the private sector shipyard business as the first General Manager of a new shipyard in San Diego, which subsequently became Continental Maritime of San Diego.

6.   In addition to my training and experience in Navy ship construction, as outlined above, I served as a Director of the Shipbuilding Council of America from 1986 through 1994 and a Director of the San Diego Repair Association from its inception in 1982 through 1994.

7.   I am aware that a lawsuit has been filed against several Defendant corporations, including Eaton Hydraulics Inc., formerly known as Vickers, Incorporated ("Eaton"), by an individual Plaintiff and his spouse claiming injuries allegedly resulting from exposure to asbestos and asbestos-containing products. I understand that Plaintiff Salvatore Gitto alleges he was exposed to asbestos and asbestos-containing products aboard several Navy ships at the Brooklyn Navy Yard while employed by the U.S. Navy. I also am aware that Plaintiff alleges exposure to and subsequent injuries from certain Eaton products aboard these Navy ships. It is my understanding that Plaintiff also alleges that Defendant corporations, including Eaton, failed to warn Plaintiff of the alleged hazards related to asbestos in such products.

8.   Based on my twenty-seven years of service in the U.S. Navy, as discussed above, I can attest to the level of direction, supervision, and control exercised by the Navy over the design, manufacture, and maintenance of equipment aboard Navy vessels.

9.   Through my various positions in the Navy, I have personal knowledge of the design, manufacture, and maintenance of products installed on U.S. Navy vessels. All products supplied for Navy vessels, including equipment manufactured by Eaton, were manufactured in accordance with reasonably precise Navy specifications and were reviewed and approved by the Navy at the vendor's plant and at the shipbuilding yards. In addition, any Eaton products used on a Navy vessel conformed to the Navy specifications.

10.   Moreover, the Secretary of the Navy, or his delegees, including Naval Sea Systems Command ("NAVSEA") and the specific Contracting Officers, exclusively developed the ship designs and plans, as well as comprehensive and detailed regulations and specifications

for all shipboard equipment, and such Navy officers supervised, enforced, and approved compliance with these Navy plans, regulations, and specifications by contractors such as Eaton. In addition, all contracts for products installed on Navy vessels were "rated" contracts entered into pursuant to 50 U.S.C. §§ 2061-2171.

11.     With regard to any products supplied by Eaton to the Navy for use aboard any Navy vessels, all aspects of the design performance requirements and materials for construction were specified by the Secretary of the Navy or his delegees. Such Navy specifications and standards prescribed the use of asbestos-containing insulation for products. In other words, if asbestos was in any steering gear pumps supplied by Eaton, it was prescribed explicitly by the Navy through such Navy specifications and standards, and Eaton could not unilaterally change or omit asbestos. Furthermore, to my knowledge, at all times, Eaton apprised the military of any concerns of which it had actual knowledge relating to asbestos.

12.     In addition to prescribing the use of asbestos, with respect to asbestos warnings, the U.S. Navy had precise specifications as to the nature of any communications affixed to equipment supplied by Eaton to the Navy. Eaton would not have been permitted, under the detailed Navy specifications, associated regulations, and procedures, to affix any type of warning or caution statement regarding asbestos to the equipment intended for installation onto a Navy vessel, other than those required by the Navy. In other words, Eaton could not unilaterally change any asbestos warnings, markings, or labels required by the Navy for any such equipment.

I declare under penalty of perjury that the foregoing is true and correct.

_Arthur F. Wardwell_

Dated: June 4, 2007

- 3 -

Exhibit 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO AND PHYLLIS GITTO, <br><br> Plaintiffs, <br><br> vs. <br><br> A.W. CHESTERTON CO., INC., *et al.*, <br><br> Defendants. | Civil Action No. 07 CV 4771 (DC) |

## SUPPLEMENTAL DECLARATION OF ARTHUR F. WARDWELL

I, Arthur F. Wardwell, declare the following:

1.      This declaration supplements my previous declaration in the above litigation, dated June 4, 2007, and is made in support of the Opposition to Plaintiffs' Motion to Remand by Eaton Hydraulic Inc., formerly known as Vickers, Incorporated ("EHI"). Also attached as Exhibit 1 is a true and correct copy of my Curriculum Vitae ("CV").

2.      As mentioned in my earlier declaration, I understand that Plaintiff Salvatore Gitto alleges injury as a result of exposure to asbestos and asbestos-containing products aboard certain Naval vessels at the Brooklyn Navy Yard in the 1950s and 1960s. Based on my twenty-four years of service in the U.S. Navy,[1] as outlined in my previous declaration and provided in my attached CV, I can attest to the level of direction, supervision, and control exercised by the Navy over the design, manufacture, and maintenance of equipment aboard Navy vessels, as well as the

---

[1] In my previous declaration, I explained that I served in the Navy between 1958 and 1982, but incorrectly noted that this was a twenty-seven year period. As noted above, my Navy service was over a twenty-four year period.

provision of any warnings, labels, or caution statements for equipment installed aboard such Navy vessels.

3.      Specifically, through my various positions in the Navy, I have personal knowledge of all aspects of products installed on Navy vessels in the 1950s and 1960s, particularly warnings for such products. All products supplied for these Navy vessels, including pumps and valves manufactured by EHI, were manufactured in accordance with reasonably precise Navy specifications, and were reviewed and approved by the Navy at EHI's plant and at the shipbuilding yards. In addition, any EHI products used on these Navy vessels conformed to the Navy specifications.

4.      As discussed in my previous declaration, the Secretary of the Navy, or his delegees, including Naval Sea Systems Command ("NAVSEA") and the specific Contracting Officers, exclusively developed the ship designs and plans, as well as comprehensive and detailed regulations and specifications for all shipboard equipment, and such Navy officers supervised, enforced, and approved compliance with these Navy plans, regulations, and specifications by contractors such as EHI. All contracts for products installed on Navy vessels were "rated" contracts entered into pursuant to 50 U.S.C. § 2061-2171.

5.      All aspects of the design performance requirements and materials for construction, including thermal insulation, of any pumps or valves supplied by EHI to the Navy for installation on U.S. Navy vessels in the 1950s and 1960s were specified by the Secretary of the Navy or his delegees. Such Navy specifications prescribed the use of asbestos-containing insulation for products. If asbestos was in any EHI pumps or valves during this time, it was prescribed explicitly by the Navy through such Navy specifications, and EHI could not unilaterally change or omit asbestos. Furthermore, to my knowledge, at all times, EHI apprised the military of any concerns of which it had actual knowledge relating to such pumps and valves.

6.      Attached as Exhibit 2 is an example of a military specification requiring the use of asbestos products as thermal insulation material. *See* Ex. 2 (MIL-STD-769B (SHIPS), *Thermal Insulation Requirements for Machinery and Piping*, dated 3 January 1966).

- 2 -

7.      The U.S. Navy had precise specifications as to the nature of any communications affixed to equipment supplied by EHI to the Navy.  EHI would not have been permitted, under the detailed Navy specifications, associated regulations, and procedures in the 1950s and 1960s, to affix any type of warnings, including any warnings regarding asbestos hazards, to EHI pumps or valves installed on U.S. Navy vessels, other than those required by the Navy.  EHI could not unilaterally change any warnings, markings, or labels, including those regarding asbestos hazards, affixed to or accompanying EHI pumps or valves, required by the Navy for any such equipment.  *See* Ex. 3 (MIL-STD-755, *Labels Containing Symbols for Packages and Containers for Hazardous Industrial Chemicals and Materials*, dated 31 August 1961).

8.      Also attached as Exhibit 4 is military standard, MIL-M-15071D (SHIPS), dated 6 June 1961, governing the Navy's requirements for all technical manuals for shipboard electrical and mechanical equipment, including any pumps or valves installed on Navy vessels.  This specification demonstrates that the Navy had final approval over all such technical manuals and that any warning, label, or other caution statement on equipment installed on Navy vessels was explicitly prescribed or proscribed by the Navy through, among other things, its review and approval of these technical manuals.

9.      Specifically, MIL-M-15071D, paragraphs 3.1.1, 3.1.2, and 3.5.2, all prescribe the Navy's approval of such manuals, both Class A and Class B manuals.  Paragraph 3.1.1 states that "[a]pproval of a class A manual will be by the Bureau of Ships only and, once approved, the basic manual shall not be modified without the approval of the Bureau of Ships."  Similarly, paragraph 3.1.2 requires that "[o]nce a class B manual has been approved by the Bureau or its field representative, the manual shall not be modified without approval of the Bureau of Ships." Paragraph 3.5.2 also mandates that "[f]our copies of each revision shall be submitted to the Bureau for approval and assignment of a change number."  As such, any suggestion that EHI could deviate in any way from the warnings, labels, or caution statements prescribed and proscribed by the Navy is incorrect.  Contractors such as EHI could not place any warnings in

- 3 -

such technical manuals unless they were explicitly reviewed and approved by the U.S. Navy, nor could they make any modifications to such manuals without the Navy's explicit direction.

10.     Attached as Exhibit 5 is an EHI technical manual for a variable delivery piston pump, Model No. PVV-5020-FC-1-20-B, dated April 1963. This technical manual was approved by the Chief, U.S. Bureau of Ships, and was supplied by EHI to the U.S. Navy in accordance with Contract No. 86916, dated July 6, 1962. This exemplar technical manual shows that any pumps or valves supplied by EHI for installation on any Navy ships were in accordance with specific contracts between EHI and the Navy. Through such contracts, the U.S. Navy directed contractors such as EHI to include specific warnings on any of their products installed on such Navy ships, and prevented them from including any warnings beyond those required by the Navy.

11.     In short, the Navy was intimately involved with and had final approval over all technical manuals, safety or hazard information, and all other written information that accompanied equipment installed on Navy vessels in the 1950s and 1960s, including any EHI pumps and valves. The Navy dictated all aspects of the warnings associated with equipment installed on its ships and did not permit any deviation in those warnings from contractors such as EHI. As such, any warnings regarding asbestos hazards were explicitly prescribed and proscribed by the U.S. Navy and manufacturers such as EHI could not deviate to comply with any state-law imposed warnings. The Navy knew in the 1950s and 1960s that there were no warnings regarding asbestos hazards accompanying products installed on Navy vessels. If a contractor such as EHI had unilaterally attempted to add such warnings, it would have been prohibited and proscribed from doing so.

I declare under penalty of perjury that the foregoing is true and correct.

*Arthur F. Wardwell*

Dated: July **3**, 2007

# EXHIBIT 1

# ARTHUR F. WARDWELL

## EXPERIENCE AND QUALIFICATIONS:

1995- 1999. Mr. Wardwell joined American Management Systems Corporation August 1995. He was immediately assigned to the Avondale Shipyard LPD-17 Shipbuilding Proposal team as lead project Engineer for the Production, Scheduling and Quality Assurance portions of the proposal. He remained full time at the Avondale site for the entire project development, submittal and best and final support, August 1995 through November 1996, and on an call/technical support basis until contract award.

1997 until present Mr. Wardwell remained a part time employee of American Management Systems and a self-employed private consultant providing marketing and support services to numerous start-up and small businesses, including Mexican Maquiladora firms.

1982-1994. Mr. Wardwell joined Continental Maritime Inc. (CMI) in 1982 as General Manager of Continental Maritime of San Diego Inc (CMSD).

In 1984 he was promoted to CMI Vice President of Operations, with oversight responsibility at both Continental Maritime of San Francisco, Inc. (CMSF) and CMSD. Following Service Engineering Industries (SEI) purchase of CMI in 1990, he assumed the position of SEI Vice President of Operations. Mr. Wardwell has been a Director and officer of the San Diego Ship Repair Association (SDSRA) since its inception in 1982. He served as Vice President from 1982 to 1990, and as President from 1990 to 1993. He served as a member of the Board of Directors for the National Shipbuilding Council of America (SCA) from 1986 to 1994. As an active Director he served on the SCA Technical Repair Committee and was Vice Chairman 1983-1990 and Chairman 1990-1993.

Prior to joining CMI, Mr. Wardwell served as an Engineering Duty Officer in the U.S. Navy. In August 1982, he retired with the rank of Captain after 27 years of service, his last position was Commanding officer, U.S. Navy Engineering Duty Officer School, Mare Island. In this position, he trained Navy Engineering Duty Officers at their entrance into the field and again at mid-career.

Previously, Mr. Wardwell served as Commanding Officer, Supervisor of Shipbuilding San Francisco (1978-1981). He was in charge of 300 Government employees and administered a $120 million annual budget for ship repairs in the private sector. In addition, Mr. Wardwell served as Special Project Officer NAVSEA 07 for the first private sector overhauls of FF-1052 Class ships in San Francisco. As Assistant Repair Officer for all cruiser destroyer and as Planning and Estimating officer, Long Beach Naval Shipyard (1974-1977), Mr. Wardwell was responsible for all aspects of planning, estimating, and fiscal management at the shipyard. While serving as the Force Material Officer for Commander, Cruiser Destroyer Force, U.S. Pacific Fleet (1970-1974), Mr. Wardwell was responsible for the repair, overhaul, maintenance, and engineering operation of the 125 cruisers and destroyers of the Pacific Fleet. He also managed the repair budget for this fleet, working directly for the Two-Star Flag Officer Force Commander. Other positions included Planning and Design Officer, Supervisor of Shipbuilding, Bath, Maine, and three tours as Chief Engineer aboard DD and DDG Class ships.

Education: B.S., Maine Maritime Academy, 1958. Graduate study, Naval Postgraduate School, 1965. Senior Business Management, USC, Los Angeles, 1975. Accounting, Long Beach City College, 1977.

## EXPERIENCE INCLUDING SHIP DESIGN AND
## CONSTRUCTION/RENOVATION/CONVERSION

Mr. Wardwell has extensive experience in this area both in the Navy and as a senior private shipyard manager. Specifics:

1963 I was a Navy Lt. assigned as Chief Engineer and Manager of the Fleet Rehabilitation and Modernization (FRAM) program for a DD-710 class destroyer. Project required 10 months and several million dollars to totally renovate the ship.

1968-1970 as a Senior Lt. Commander I was the Planning and Design Officer at Bath Iron Works shipyard. During this period I was responsible for the planning and design function of the Navy for construction of three guided missile destroyers built and delivered to the German Navy. Concurrently, we planned and converted five guided missile cruisers in the Navy AAW Modernization program. This project took 13 months per ship and placed all new electronics and weapons systems on board the ship requiring extensive structural changes.

1970-1974  Assigned as Force Material Officer U.S. Navy Cruiser/Destroyer Force, U.S. Pacific Fleet,125 Combatant Ships. I managed the repair,overhaul,maintenance and engineering operation of the Force. This included planning,budgeting,scheduling and overseeing the work at both Public and Private shipyards. I managed a staff of 50 highly technical senior enlisted men and Officers overseeing the work. I was a Commander U.S Navy during this period.

1974-1977  Assigned to Long Beach Navel  Shipyard employing 7200 personnel performing overhaul and major repairs on navy ships. The first years assignment was production ssupervisor for the work on 8 combatant ships with one year production periods. The following two years I served as the planning and estimating officer for all shipyard assigned work including Air Craft Carriers.

1977-78 I was assigned as a special Navy Project Officer to assist Triple A, a shipyard in San Francisco in planning and production work associated with the first private sector FF-1052 renovations of three ships. Each project was approximately twenty (20) million dollars and 15 months in duration.

1978-81 I was promoted to Captain, U.S. Navy, and assigned as the Commanding Officer of the Office of Supervisor of Shipbuilding, Conversion and Repair, San Francisco. As such I managed a staff of 250 civilian engineers and technicians. We managed approximately 130 million dollars of annual overhaul and modernization ship work and ammunition and tanker type ships.

1981-82 I was assigned as the Commanding Officer of the Navy's Engineering Duty Officer's School. All new Engineering Duty Officers and all mid-grade Engineering Officers attended this school. I should point out that I was an Engineering Duty Officer from 1967 until my retirement in 1982.

In 1982 I entered the private sector shipyard business as the first General Manager of a new shipyard in San Diego which subsequently became Continental Maritime of San Diego. In 1984 I was promoted to Corporate V.P. for Operations and later became concurrently the General Manager of the San Francisco shipyard. In 1987 I returned to the San Diego shipyard and undertook expanded Service Engineering Industries corporate duties. I left Service Engineering in January 1994.

In 1995 I joined American Management Systems Corporation and worked daily for 15 months with the Avondale Shipyard and Bath Iron Works Shipyard Production, Planning and Scheduling personnel in developing and documenting the building plans for the LPD-17 construction program.

## NATIONALLY ACKNOWLEDGED PROFFESSIONAL REPUTATION
## IN THE FIELD OF MARINE DESIGN AND
## CONSTRUCTION/RENOVATION

I served as a Director of the Shipbuilding Council of America (SCA) from 1986 through 1994. I served on the Technical Repair Committee during this period and was Committee Co-chairman 1988-1990 and Chairman 1991-1993.

I served as a Director of the San Diego Ship Repair Association from its inception in 1982 through 1994. I was Vice President of the Association from 1982-1990, then President 1990 to 1993. San Diego was the first of what is now five local associations around the country in major ports. I assisted three of the organizations in getting set up with bylaws, etc., They now meet in Washington D.C. twice a year and join ranks with the Shipbuilding Council of America to provide a stronger unified position on Industry needs.

# EXHIBIT 2

MIL-STD-769B ■ 9999911 0339650 406 ■

9-29-01

**MIL-STD-769B(SHIPS)**
**3 January 1966**
—————————————
**SUPERSEDING**
**MIL-STD-769A(SHIPS)**
**23 April 1963**

## MILITARY STANDARD

# THERMAL INSULATION REQUIREMENTS
# FOR
# MACHINERY AND PIPING



852

FSC 5640

Information Handling Services, 2000

MIL-STD-769B ■ 9999911 0339651 342 ■

MIL-STD-769B(SHIPS)
3 January 1966

### DEPARTMENT OF THE NAVY

### BUREAU OF SHIPS

### WASHINGTON, D. C. 20360

Thermal Insulation Requirements for Machinery and Piping
MIL-STD-769B(SHIPS)

1. This standard has been approved by the Bureau of Ships, and is published to establish the requirements for thermal insulation for machinery and piping on Naval ships.

2. Use of this standard by activities under the cognizance of the Bureau of Ships shall be mandatory effective on the date of issue.

3. Recommended corrections, additions, or deletions including improvements in the procedures described herein, and changes in this standard which can result in less costly installations without sacrificing the level of quality desired should be addressed to the Chief, Bureau of Ships, Department of the Navy, Washington, D. C. 20360.

Information Handling Services, 2000

MIL-STD-769B ■ 9999911 0339652 289 ■

MIL-STD-769B(SHIPS)
3 January 1966

## CONTENTS

| | | Page |
|---|---|---|
| 1. | SCOPE | 1 |
| 2. | REFERENCED DOCUMENTS | 1 |
| 2.1 | Specifications and drawing | 1 |
| 2.2 | Other publications | 2 |
| 3. | GENERAL REQUIREMENTS | 2 |
| 4. | MATERIALS AND THICKNESSES | 2 |
| 4.1 | Minimum thicknesses | 2 |
| 4.2 | Special conditions | 2 |
| 4.3 | Adhesives | 3 |
| 4.4 | Finishing cements | 3 |
| 4.5 | Metal lagging | 3 |
| 5. | RE-USABLE COVERS | 4 |
| 5.1 | Hot-surface insulation covers | 4 |
| 5.2 | Construction | 4 |
| 5.3 | Fabrication, piping components | 4 |
| 5.4 | Fabrication, machinery and equipment | 10 |
| 6. | INSTALLATION | 10 |
| 6.1 | Hot-surface insulation | 10 |
| 6.1.1 | Pipe and tubing | 10 |
| 6.1.2 | Piping components | 10 |
| 6.1.3 | Machinery and equipment | 11 |
| 6.1.4 | Boiler uptakes | 11 |
| 6.2 | Antisweat insulation | 11 |
| 6.3 | Refrigerant insulation | 11 |
| 6.4 | Weather deck hot piping insulation | 12 |
| 6.5 | Metal lagging | 13 |
| 6.6 | Painting | 13 |
| 7. | NOTES | 13 |

854        iii

Information Handling Services, 2000

MIL-STD-769B ■■ 9999911 0339653 115 ■■

MIL-STD-769B(SHIPS)
3 January 1966

TABLES

| | | | Page |
|---|---|---|---|
| Table | I. | Schedule of approved insulation and lagging materials . . . . . . . . . . . . . . . . | 5 |
| Table | II. | Insulation thicknesses for hot piping, compounded or fibrous, conforming to MIL-I-2781 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| Table | III. | Thickness of insulation conforming to MIL-P-15280 and MIL-I-22344 for hot piping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| Table | IV. | Thickness of insulating tape conforming to MIL-I-15349, for 1/4 to 3/4 inch size hot piping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| Table | V. | Thickness of insulating materials for hot surfaces of machinery and equipment up to 850°F . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| Table | VI. | Thickness of insulating materials for hot surfaces of machinery and equipment over 850°F . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| Table | VII. | Thickness of refrigerant insulation for piping . . . . . . . . . . . . . . . . . . . . | 8 |
| Table | VIII. | Thickness of refrigerant insulation for machinery and equipment (exclusive of vapor barrier) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| Table | IX. | Thickness of antisweat insulation (exclusive of vapor barrier) . . . . . . . . . . . . | 9 |
| Table | X. | Nominal thicknesses of insulation for weather deck hot piping . . . . . . . . . . . . | 9 |

855                              iv

MIL-STD-769B ■ 9999911 0339654 051 ■

MIL-STD-769B(SHIPS)
3 January 1966

## 1. SCOPE

1.1  The purpose of this standard is to amplify the general requirements for insulation of piping, machinery, uptakes, and mechanical equipment covered in the General Specifications for Ships of the U. S. Navy or in ships specifications.

## 2. REFERENCED DOCUMENTS

2.1  The issues of the following documents in effect on the date of invitation for bids or request for proposal, form a part of this standard to the extent specified herein:

SPECIFICATIONS

FEDERAL --

| | |
|---|---|
| T-T-931 | - Twine, Cotton, Mattress. |
| HH-C-466 | - Cloth, Glass, Coated (for Membrane Waterproofing and Built-Up Roofing). |
| HH-I-551 | - Insulation Block, Pipe Covering and Boards, Thermal (Cellular Glass). |
| QQ-S-775 | - Steel Sheets, Zinc-Coated. |
| QQ-W-343 | - Wire - Electrical And Non-Electrical, Copper (Uninsulated). |
| QQ-W-390 | - Wire, Nickel-Chromium-Iron Alloy. |
| SS-C-192 | - Cement, Portland. |
| SS-C-466 | - Cloth, Thread, and Tape, Asbestos. |
| TT-P-26 | - Paint, Interior, White and Tints, Fire-Retardant. |
| TT-P-320 | - Pigment, Aluminum; Powder and Paste, for Paint. |
| UU-T-106 | - Tape, Pressure-Sensitive Adhesive, Masking, Paper. |

MILITARY

| | |
|---|---|
| MIL-C-788 | - Cloth, Brattice, Cotton, Fire-Resistant. |
| MIL-I-2781 | - Insulation, Pipe, Thermal. |
| MIL-I-2818 | - Insulation Blanket, Thermal, Fibrous Mineral. |
| MIL-I-2819 | - Insulation Block, Thermal. |
| MIL-C-2861 | - Cement, Insulation, High-Temperature. |
| MIL-C-2908 | - Cements, Finishing, Insulation. |
| MIL-A-3316 | - Adhesives, Fire-Resistant, Thermal Insulation. |
| MIL-P-15006 | - Paper, Sheathing, Fire-Resistant and Water-Repellent. |
| MIL-I-15091 | - Insulation Felt, Thermal, Asbestos Fiber. |
| MIL-A-15199 | - Adhesive, Asbestos Cloth to Pipe, Insulation. |
| MIL-P-15280 | - Plastic Foam, Unicellular, Sheet and Tubular Form, Elastomeric. |
| MIL-P-15328 | - Primer, Pretreatment (Formula No. 117 for Metals). |
| MIL-I-15349 | - Insulation Tape, Thermal. |
| MIL-I-15475 | - Insulation Felt, Thermal, Fibrous Glass, Semirigid. |
| MIL-I-16411 | - Insulation Felt, Thermal, Glass Fiber (for Temperatures Up To 1200 Degrees F.) |
| MIL-A-18065 | - Adhesives, High Initial Bond. |
| MIL-B-19564 | - Bedding Compound, Thermal Insulation Pipe Covering. |
| MIL-C-19565 | - Coating Compounds, Thermal Insulation Pipe Covering - Fire-, and Water-Resistant, Vapor-Barrier and Weather-Resistant. |
| MIL-F-20077 | - Felt, Asbestos, Roll. |
| MIL-C-20079 | - Cloth, Glass, Tape, Textile, Glass: and Thread, Glass. |
| MIL-I-22023 | - Insulation Felt, Thermal and Sound Absorbing Felt, Fibrous Glass, Flexible. |
| MIL-I-22344 | - Insulation, Pipe, Thermal, Fibrous Glass. |
| MIL-C-22395 | - Compound, End Sealing, Thermal Insulation Pipe Covering - Fire-, Water-, And Weather-Resistant. |
| MIL-I-23128 | - Insulation Blanket, Thermal, Refractory Fiber, Flexible. |

BUREAU OF SHIPS

General Specifications for Ships of the U. S. Navy.

856          1

Information Handling Services, 2000

MIL-STD-769B ■ 9999911 0339655 T98 ■

MIL-STD-769B(SHIPS)
3 January 1966

DRAWINGS

BUREAU OF SHIPS
5000-S5103-841336 – Piping, Boiler Soot Blower, Typical Installation.

(Copies of specifications, standards, drawings, and publications required by suppliers in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications. – The following document forms a part of this specification to the extent specified herein. Unless otherwise indicated the issue in effect on date of invitation for bids shall apply.

AMERICAN SOCIETY FOR TESTING AND MATERIALS
ASTM – A167 – Specification for Corrosion-Resisting Chromium-Nickel Steel Plate, Sheet and Strip.
ASTM –  209 – Specification for Seamless Carbon-Molybdenum Alloy-Steel Boiler and Superheater tubes.

(Application for copies should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia 3, Penn.)

(Technical society and technical association specifications and standards are generally available for reference from libraries. They are also distributed among technical groups and using Federal agencies.)

3. GENERAL REQUIREMENTS

3.1 General requirements such as definitions, basic applications, and reasons for insulating are covered in the General Specifications for Ships of the U.S. Navy or in ships specifications, Section 9390-2. Thermal insulation and acoustic absorptive treatment of compartments, ventilating ducts and trunks are covered in the appropriate sections of the above specifications.

3.2 Minor deviations in installation which meet the intent of the requirements specified herein may be approved by the cognizant Supervisor of Shipbuilding, U.S. Naval shipyard, or the Bureau of Ships. (A copy of all such changes shall be forwarded to the Bureau of Ships, Code 648).

4. MATERIALS AND THICKNESSES

4.1 Minimum thicknesses. – Tables 1 to 10, inclusive specify materials for insulation and lagging and the minimum acceptable thicknesses for the temperature ranges listed.

4.2 Special conditions. – The following special conditions supplement or modify the selection of materials or thicknesses specified, when applicable:

(a) The insulation thickness on soot blower piping between the root valve and the soot blower heads shall be reduced from that indicated for a system normally operating at the same temperature as follows:

(1) Where double layer insulation is used, only the inner (high temperature) insulation thickness layer need be installed.
(2) Where the insulation consists of a single uniform thickness layer, only one-half the total specified thickness need be installed.

(b) The insulation thickness for hot water systems operating at a normal maximum temperature of 150°F. may be 1/2 inch thick for pipe sizes up to 3/4 inch i.p.s., in accordance with MIL-I-2781.

(c) Where double layer construction consisting of two classes of insulation is specified in table II, the higher temperature class insulation may be furnished in a uniform single thickness equal to the total thickness specified, if single layer construction is considered desirable. Where single layer construction is used in lieu of double layer construction, suitable expansion joints to permit thermal movement of the piping, without opening of insulation joints, must be provided.

2

Information Handling Services, 2000

MIL-STD-769B ■ 9999911 0339656 924 ■

(d) Where considered desirable, higher temperature classes of insulation may be used where lower temperature classes are specified provided they are satisfactory in all other respects (e. g. where class b of MIL-I-2781 is specified, class d or e may be used or where class c is specified, class f may be used).

(e) Compounded type insulation conforming to MIL-I-2781, grade I, (calcium silicate only) or cellular glass insulation conforming to HH-I-551 shall be used on hot piping requiring insulation that will be exposed to the weather, and shall conform to the thicknesses specified in table 10.

(f) Elastomeric foamed plastic insulation, MIL-P-15280, may be used for machinery and equipment applications up to 180°F; 1/2 inch minimum thickness.

(g) Where HOT SURFACE insulation thicknesses are not specified, such as for refractory fiber insulation felt, MIL-I-23128, and special applications, the following shall be used as a guide in determining acceptable thicknesses.

Insulation thickness shall be sufficient to:

(1) Reduce the insulation surface temperature to 150°F or below, where personnel can normally contact these surfaces.

(2) Prevent the transfer of heat to surrounding areas which would be objectionable to personnel or adversely affect other components.

(3) Prevent transfer of heat which would otherwise reduce the efficiency or effectiveness of the system or component.

(h) Where operating temperatures are normally between 125°F. and 150°F. and the omission of insulation will not adversely affect operating efficiency, non-metallic lagging only may be applied where necessary, to protect personnel from contact with hot metal surfaces.

4.3 Adhesives. - The following adhesives shall be used for fastening cloth and tape lagging:

| Type of lagging | Specification |
| --- | --- |
| Asbestos | MIL-A-15199[1]/ or MIL-A-3316, type II |
| Fibrous glass | MIL-A-3316, type I or type II |

[1]/ Not applicable for cementing to fibrous-glass insulation.

4.4 Finishing cements. - Where finishing cement is specified any of the following materials are acceptable subject to any material limitations for the proposed application:

(a) Finishing cement, MIL-C-2908, type II.

(b) High-temperature insulating cement, MIL-C-2861, when used under asbestos cloth.

(c) A mixture of 80 percent high-temperature insulating cement, MIL-C-2861, and 20 percent portland cement, SS-C-192.

4.5 Metal lagging. - Where metal lagging is required, any of the following materials are acceptable, except for uptake applications (see 6.1.4):

| Sheet material | Specification | Nominal thickness Inch |
| --- | --- | --- |
| Hot-dipped galvanized steel | QQ-S-775 | 0.014 |
| Aluminum | ASTM 209, Alloy 6061 | .030 |
| Corrosion-resistant steel (CRES) | ASTM A167, AISI type 304 | .014 |

858

3

MIL-STD-769B ■ 9999911 0339657 860 ■

MIL-STD-769B(SHIPS)
3 January 1966

## 5.  RE-USABLE COVERS

5.1 Hot-surface insulation covers. - In order to insure that the pipe covering will not interfere with the servicing of a takedown joint where a re-usable cover is installed, the permanent insulation shall stop short of the takedown joint and a short removable and re-usable section of insulation shall be installed between the permanent insulation and the takedown joint.  The insulation joint formed by the permanent and re-usable sections may be square, or at an angle of 45 degrees; the joint, however, shall be tight, without any gaps between the two sections and shall incorporate means to prevent dislodging the insulation sections.  Re-usable covers are not required on systems insulated with elastomeric foamed plastic insulation (MIL-P-15280).

5.2 Construction. - For sizes larger then 2 inches i.p.s., valve bonnets and valves having takedown joints at the ends shall be fitted with re-usable covers such that the bonnet joint may be removed independently of the valve covering.  Valves 2 inches i.p.s. and under shall be fitted with separate covers as indicated above, or covers of a one-piece design such that they may be wrapped around the entire valve body and clipped or otherwise secured just below the handwheel.

5.3 Fabrication, piping components. - For piping components except as otherwise specified, any one of the following methods of fabrication is acceptable:

5.3.1 Covers may be made in two halves of thermal insulating felt enclosed in asbestos cloth.  Each half cover shall be sewn and quilted with wire-inserted asbestos yarn conforming to SS-C-466, form II, (for machine sewing, if desired, this yarn may be constructed with the three monel wires twisted together first, and the three asbestos threads twisted around the outside of the wire) or fastened with mechanical stapling in a manner to provide a uniform thickness, strength and rigidity.

5.3.1.1 Covers for use at temperatures of 850°F. and below shall be filled with insulation felt (see table I).  Wire-inserted asbestos cloth, SS-C-466, grade AAA-M, shall be used on the inside surface of covers for valves larger than 2 inches i.p.s.  For valves 2 inches i.p.s. and smaller, grade AAA shall be used on inside surface of covers.  For 500°F. and below, asbestos cloth, SS-C-466, grade AA, shall be used on outside surface of covers; grade AAA cloth shall be used above 500°F.

859

4

MIL-STD-769B ■■ 9999911 0339658 777 ■

MIL-STD-769B(SHIPS)
3 January 1966

Table I - Schedule of approved insulation and lagging materials. 1/

| Service | Temperature Range (°F.) | Pipe and Tubing Insulation | Pipe and Tubing Lagging | Valves and Fittings Insulation | Valves and Fittings Lagging | Flange Joints Insulation | Flange Joints Lagging | Machinery Insulation | Machinery Lagging |
|---|---|---|---|---|---|---|---|---|---|
| Gases Steam Hot water Oil | 125 to 1200 | MIL-I-2781 MIL-I-15949 (750°F. Max.) MIL-I-22344 MIL-P-15280 (370°F. Max.) HH-I-551 (180°F. Max.) | SS-C-466 MIL-C-20079 | MIL-I-2781 MIL-I-2819 MIL-I-15091, type A MIL-C-2861 MIL-I-22344 (370°F. Max.) MIL-P-15280 (180°F. Max.) MIL-I-23128 | SS-C-466 MIL-C-20079 | MIL-I-2781 MIL-I-2819 MIL-I-15091, Type A MIL-C-2861 MIL-I-22344 (370°F. Max.) MIL-P-15280 (180°F. Max.) MIL-I-23128 | SS-C-466 MIL-C-20079 | MIL-I-2819 MIL-I-16411 MIL-I-15091, type A MIL-I-2818 MIL-C-2861 MIL-I-22023 (370°F. Max.) MIL-I-23128 MIL-P-15280 (180°F. Max.) | SS-C-466 MIL-C-20079 |
| Cold water Chilled Water | 28 to 99 | MIL-I-15091 MIL-I-2781 MIL-I-22344 MIL-P-15280 HH-I-551 | SS-C-466 MIL-C-20079 MIL-P-15006 MIL-C-788 | MIL-I-15091 MIL-I-2781 MIL-I-22344 MIL-I-2819 MIL-P-15280 HH-I-551 | SS-C-466 MIL-C-20079 MIL-P-15006 MIL-C-788 | MIL-I-15091 MIL-I-2781 MIL-I-22344 MIL-I-2819 HH-I-551 | SS-C-466 MIL-C-20079 MIL-C-788 | MIL-I-15091 MIL-I-22023 MIL-I-2819 MIL-P-15280 HH-I-551 | SS-C-466 MIL-C-20079 MIL-P-15006 MIL-C-788 |
| Refrigerant | -20 to 60 | HH-I-551 MIL-P-15280 | SS-C-466 MIL-C-20079 MIL-C-788 | HH-I-551 MIL-P-15280 | SS-C-466 MIL-C-20079 MIL-C-788 | HH-I-551 MIL-P-15280 | SS-C-466 MIL-C-20079 MIL-C-788 | HH-I-551 MIL-P-15280 | SS-C-466 MIL-C-20079 MIL-C-788 |

1/ Additional materials are covered in 4.5 (metal lagging); 6.1.4 (boiler uptakes); 6.2 (securing antisweat insulation); 6.4.1 (weather deck hot piping).

860

6

MIL-STD-769B ■■ 9999911 0339659 633 ■

MIL-STD-769B(SHIPS)
3 January 1966

Table II - Insulation thicknesses for hot piping, compounded and
fibrous conforming to MIL-I-2781

| Pipe size (inches i.p.s.) | Temperature range (degrees F.) | Class [1] | | Nominal thickness (inches) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 1/2, 1-1/2 | 125-388 | b, c | -- | 1 | -- | 1 |
| | 389-500 | b, c | -- | 2 | -- | 2 |
| | 501-760 | c, d | -- | 2 | -- | 2 |
| | 751-950 | e, f | -- | 2 | -- | 2 |
| | 951-1050 | e, f | b, c | 2 | 1-1/2 | 3-1/2 |
| 2, 2-1/2 | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2 | -- | 2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | -- | 3 | -- | 3 |
| | | c, d | b, c | 1-1/2 | 1-1/2 | 3 |
| | 751-900 | e, f | b, c | 1-1/2 | 1-1/2 | 3 |
| | 901-1050 | e, f | b, c | 2 | 1-1/2 | 3-1/2 |
| 3 through 4-/12 | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2 | -- | 2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | -- | 3 | -- | 3 |
| | | c, d | b, c | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | e, f | b, c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e, f | b, c | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | e, f | b, c | 2-1/2 | 1-1/2 | 4 |
| 5, 6 | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2 | -- | 2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | -- | 3 | -- | 3 |
| | | c, d | b, c | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | e, f | b, c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e, f | b, c | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | e, f | b, c | 3 | 2 | 5 |
| 7 | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2-1/2 | -- | 2-1/2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | -- | 4 | -- | 4 |
| | | c, d | b, c | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | e, f | b, c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e, f | b, c | 2 | 2 | 4 |
| | 951-1050 | e, f | b, c | 3 | 2 | 5 |
| 8 and larger | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2-1/2 | -- | 2-1/2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | -- | 4 | -- | 4 |
| | | c, d | b, c | 2 | 2 | 4 |
| | 751-900 | e, f | b, c | 2 | 2 | 4 |
| | 901-950 | e, f | b, c | 2-1/2 | 2 | 4-1/2 |
| | 951-1050 | e, f | b, c | 3 | 2 | 5 |

[1] Does not include finishing cement.

6

861

MIL-STD-769B ▆▆ 9999911 0339660 355 ▆▆

MIL-STD-769B(SHIPS)
3 January 1966

Table III – Thickness of insulation conforming to
MIL-P-15280 and MIL-I-22344, for hot piping.

| Temperature range (°F.) | Specification | Thickness |
|---|---|---|
| 125 to 180 | MIL-P-15280 or MIL-I-22344 | Inch 1/2 |
| 181 to 250 | MIL-I-22344 | 1/2 |
| 251 to 300 | MIL-I-22344 | 3/4 |
| 301 to 370 | MIL-I-22344 | 1 |

Table IV – Thickness of insulating tape conforming to
MIL-I-15349, for 1/4 to 3/4 inch size hot piping.

| Temperature range (°F.) | Pipe size | Nominal thickness |
|---|---|---|
| 125 to 250 | 1/4, 3/8 | inch 3/8 |
| 251 to 750 | 1/4, 3/8 | 7/8 |
| 125 to 250 | 1/2, 3/4 | 3/4 |
| 251 to 388 | 1/2, 3/4 | 1 |

Table V – Thickness[1] of insulating materials for hot surfaces of machinery
and equipment up to 850°F.

| Temperature range (°F.) | Nominal Thickness (inches) | | |
|---|---|---|---|
| | Glass fiber felt MIL-I-16411, Type II Refractory Fiber Blanket MIL-I-23128 Grade A | Asbestos felt MIL-I-15091 Insulation Block MIL-I-2818 Mineral Fiber Blanket MIL-I-2818 Glass Fiber Felt MIL-I-16411 Type I | Insulating cement MIL-C-2861 |
| 125 – 338 | 1 | 1 1/2 | 1 1/2 |
| 339 – 388 | 1 1/2 | 2 1/2 | 2 1/2 |
| 389 – 500 | 2 | 3 | 3 |
| 501 – 750 | 2 1/2 | 3 1/2 | 4 |
| 751 – 850 | 3 | 4 1/2 | 5 |

[1] Does not include finishing cement.

AFS
862                        7

Information Handling Services, 2000

MIL-STD-769B ■ 9999911 0339661 291 ■

MIL-STD-769B(SHIPS)
3 January 1966

Table VI - Thickness[1] of insulating materials for hot surfaces of machinery
and equipment over 850°F.

| Temperature range (°F.) | Thickness (inches) | | | | |
|---|---|---|---|---|---|
| | Single felt material | Combination of two felt materials | | | Block |
| | MIL-I-16411 Type II MIL-I-23128 Grade A | Inner layer MIL-I-16411 Type I or II | Outer layer MIL-I-15091 Type A | Total | MIL-I-2819 |
| 851-900 | 4 | 2 | 3 | 5 | 4 1/2 |
| 951-1050 | 4 | 2 | 3 | 5 | 5 |
| 1051-1200 | | | | | |

[1] Does not include finishing cement.

Table VII - Thickness of refrigerant insulation for piping.

| Pipe size (inches) | Temperature range (°F.) | Cellular glass HH-I-551 Nominal[1] thickness (inches) | | Plastic foam, MIL-P-15280 thickness, (inches) | |
|---|---|---|---|---|---|
| Up to 1-1/4 | -20 to -1 | 2-1/4 | 1-1/2* | 1-1/2 | 1* |
| | 0 to 40 | 2 | 1-1/4* | 1 | 3/4* |
| 1-1/2 to 2-1/2 | -20 to -1 | 2-1/2 | 1-3/4* | 1-1/2 | 1 |
| | 0 to 40 | 2-1/4 | 1-1/2* | 1 | 3/4* |
| 3 to 6 | -20 to -1 | 3 | 2* | 1-1/2 | 1* |
| | 0 to 40 | 2-3/4 | 1-3/4* | 1 | 3/4* |

[1] By nominal thickness is meant a thickness which is approximate and should
only be used as a guide in determining actual thickness requirements.
* Thickness for application in air-conditioned spaces only.

Table VIII - Thickness of refrigerant insulation for machinery and equipment
(exclusive of vapor barrier).

| Temperature range (°F.) | Thickness (inches) | | | |
|---|---|---|---|---|
| | Foam plastic MIL-P-15280 | | Cellular glass, HH-I-551 | |
| 0 to 35 | 3 | 1* | 5 | 1-1/2* |

*Thickness for application in air conditioned spaces only.

863

8

Information Handling Services, 2000

MIL-STD-769B ■■ 9999911 0339662 128 ■■

MIL-STD-769B(SHIPS)
3 January 1966

Table IX - Thickness of antisweat insulation (exclusive of vapor barrier).

| Temperature range (°F.) | Machinery and equipment | | | Piping | | |
|---|---|---|---|---|---|---|
| | Material specification | Thickness (inches) | | Material specification | Thickness (inches) | |
| 28 to 99 | MIL-I-15091 MIL-I-2819 HH-I-551 MIL-I-22023 MIL-P-15280 | 1-1/2 1 3/4 | 3/4* 1/2* 1/2* | MIL-I-15091 MIL-I-2781 MIL-I-2819 HH-I-551 MIL-P-15280 MIL-I-22344 | 1 3/4 | 1/2* 1/2* |

* Thickness for application in air-conditioned spaces only.

Table X - Nominal thicknesses of insulation for weather deck hot piping.

| Pipe size (inches i. p. s.) | Calcium silicate, MIL-I-2781 Cellular glass, HH-I-551 |
|---|---|
| | Inches |
| 1/4 to 3 | 1-1/2 |
| 3-1/2 to 6 | 2 |
| Over 6 | 2-1/2 |

5.3.1.2  Covers for use at temperatures above 850°F. shall have filling consisting of inner layers of fiber-glass felt, MIL-I-16411, or refractory fiber felt, MIL-I-23128, and outer layers of asbestos felt, and shall be covered on the inside surface and on the ends with nickel-chromium alloy wire mesh, QQ-W-390 (or wire-inserted asbestos cloth, SS-C-466, grade AAA-M, for services up to 950°F.) and on the outside surface with grade AAA asbestos cloth. Asbestos roll felt, MIL-F-20077 1/8 inch thick, may be inserted between the asbestos felt and the asbestos cloth if considered necessary to retain the cylindrical shape of the cover.

5.3.1.3  Hard asbestos millboard, 1/4 inch thick, enclosed in asbestos cloth of the type used on the out-side cover, shall be sewn on ends of covers for strength and rigidity. When a more flexible cover is desired, such as when space limitation would not permit installation of the more rigid type, the millboard will not be required. When the flange diameter is larger than the outside diameter of the adjacent pipe covering, build-up pieces made of asbestos felt encased in asbestos cloth, SS-C-466, grade AAA shall be stitched to inside of cover. Halves of covers shall be fastened together by 1/16-inch diameter galvanized, or other corrosion resistant, wire rope laced through brass or galvanized steel hooks or rings, or fastened by brass snap fasteners. Fastenings shall be securely attached to cloth lagging.

5.3.1.4  Preformed fibrous glass valve or fitting covers may be used when temperatures are in the 125-370°F. range. These shall be of the same thickness as the adjacent pipe covering. Such covers, when used, shall be lagged independently of the pipe covering and in a manner which will facilitate removal and replacement.

5.3.2  Covers may be made of segments of block insulation or preformed pipe insulation, having the same thickness as that on the adjacent piping. Blocks shall be securely wired to frames of 1/2 inch square mesh, Number 18 gage (0.049-inch diameter) galvanized steel wire. Wire mesh frames inside and outside of blocks shall have ends bent over and joints secured with Number 18 gage black annealed iron wire woven through the mesh. Insulating cement compatible with the material of the blocks shall be troweled smoothly over all surfaces of the wire mesh. Asbestos roll felt may be used to build up covers when the flange diameter is larger than the outside diameter of the adjacent pipe covering. Cover shall be tightly and smoothly lagged to envelop the outside and ends. For temperatures of 500°F. and below asbestos cloth lagging conforming to SS-C-466, grade AA, shall be used; grade AAA cloth shall be used above 500°F. Lagging may

864                              9

Information Handling Services, 2000

MIL-STD-769B ■■ 9999911 0339663 064 ■■

MIL-STD-769B(SHIPS)
3 January 1966

be cemented or sewn on, except ends of covers shall always be sewn. Where double layer insulation is used the two sections of the cover shall be fitted together with a scarfed joint. Such joints shall be straight and true to reduce heat loss. Bands, eyelets, or locks of galvanized steel, or lacing with hooks, rings, washers, and wire shall be used to secure the covers.

5.3.3 When installing the above covers, spaces between inner surfaces of covers for flanges and other irregular surfaces shall be filled with pieces of insulation felt. Asbestos felt may be used when temperatures are 850°F. or less. Fibrous glass felt in accordance with MIL-I-16411 or MIL-I-23128, grade A may be used when temperatures are 1200°F. or less. Felt shall be packed loosely enough to preserve air cell structure and tightly enough to prevent air circulation.

5.4 Fabrication, machinery and equipment. - For re-usable covers for machinery and equipment, either of the following methods of fabrication is acceptable.

5.4.1 Covers may be similar to the flexible asbestos felt or fiber-glass felt type described for piping components.

5.4.2 Covers may be made in sections formed of insulating block held together with wire and adhesive cement, covered with 1/2-inch thickness of finishing cement, and lagged. Lacing with hooks, rings, washers, and wire, or brass snap fasteners shall be used to secure the covers.

5.4.3 Semi-removable turbine casing flange covers may be installed as an alternate for removable covers specified above. The permanent insulation shall be run to the casing flange allowing bolt removal space. The flange and bolts are then covered with asbestos cloth, wire inserted asbestos cloth or incolen wire mesh, as required by operating temperature, which shall be secured to the bolts with wire. The flange may now be insulated with fibrous glass felt MIL-I-16411, asbestos felt MIL-I-15091, mineral wool felt MIL-I-2818 or insulation block MIL-I-2819 to the required thickness and shape; the insulation is then lagged with asbestos cloth. This cloth shall be carried over the outer edge of the permanent insulation and secured with adhesive. The semi-removable cover shall then be sealed and painted.

6. INSTALLATION

6.1 Hot surface insulation. -

6.1.1 Pipe and tubing. - Each layer of molded insulation shall be installed with joints butted together. Where two layers are used all joints shall be staggered. Not less than three fastenings shall be used for securing each 3-foot section of insulation. Fastening shall be Number 18 gage minimum (0.049-inch diameter) annealed black or hot-dipped galvanized iron wire or flat steel bands. Except as otherwise specified, lagging shall be installed over the insulation.

6.1.1.1 The installation of soot blower piping insulation shall be in accordance with drawing 5000-S6103-841336.

6.1.2 Piping components. - For valves, fittings, and accessories, welded and brazed fittings including unions may be insulated and lagged similarly to adjacent piping.

6.1.2.1 Block, felt, blanket insulating materials, or molded pipe insulation secured with hot-dipped galvanized iron wire, may be used. When insulating felts are used above 850°F. the inner layer shall be fiber-glass felt conforming to MIL-I-16411 or refractory fiber felt, MIL-I-23128. Galvanized iron wire netting, Number 18 gage minimum (0.049-inch diameter), shall be spread over the insulating material and secured with wire. Insulating cement shall be used to fill all crevices, smooth all surfaces, and completely cover the wire netting. A 1/2-inch thickness of finishing cement shall then be applied. Insulating material shall be the same thickness as that on adjacent piping.

6.1.2.2 For components 3-1/2 inch i.p.s. and smaller, insulating cement only conforming to MIL-C-2861, may be applied to a thickness 1/2 inch less than the adjacent pipe insulation. A 1/2 inch thickness of finishing cement shall be applied over the insulating cement.

6.1.2.3 Re-usable covers shall be fitted where required.

10

865

MIL-STD-769B ■ 9999911 0339664 TT0 ■

MIL-STD-769B(SHIPS)
3 January 1966

6.1.3  **Machinery and equipment.** - For machinery and equipment, block, felt, or blanket insulating materials of the required thickness shall be secured with hot-dipped galvanized iron wire. Galvanized iron wire netting 1-inch mesh and Number 18 gage minimum (0.049-inch diameter) shall be spread over the surface and secured by wire. Insulating cement shall be used to fill all crevices, smooth all surfaces, and completely cover the wire netting.

6.1.3.1  When no insulating cement has been specified, a 1/2-inch thickness of finishing cement shall be applied.

6.1.3.2  When an insulating cement has been specified it shall be applied in successive layers, 1/2 inch to 1 inch in thickness, until the total thickness specified has been reached. Wire netting, similar to that used for covering the insulating materials, shall be installed between layers. A 1/2-inch thickness of finishing cement shall be applied over the last layer of insulating cement.

6.1.3.3  Lagging shall be installed over finishing cement. Re-usable covers shall be installed where required.

6.1.3.4  Clips, hooks, or other fastenings for securing insulation or lagging shall not be brazed or welded to nonferrous parts of distilling plants or deaerating feed tanks.

6.1.4  **Boiler uptakes.** - For boiler uptakes the thermal insulation shall be 2 inches thick. Either mineral wool felt, MIL-I-2818, or fibrous glass sheet, MIL-I-15475, may be used. If acoustic absorptive treatment is found to be necessary to decrease the noise level the insulation thickness shall be increased accordingly.

6.1.4.1  Metal lagging for uptakes shall be galvanized sheet steel conforming to QQ-S-775, not less than 1/32 inch thick.

6.1.4.2  Insulation and lagging is not required on uptakes above the weather deck, except where the transfer of heat, to spaces adjacent to the uptake area, would be objectional.

6.2  **Antisweat insulation (cold and chilled water service).** -

6.2.1  Molded pipe covering, cellular glass, water repellent asbestos felt, or fibrous glass insulation shall be secured with Number 18 gage minimum (0.049 inch diameter) hot-dipped galvanized iron wire, soft annealed copper wire, QQ-W-343, wire inserted asbestos yarn, or glass thread, MIL-C-20079, spirally wound on 1-inch centers. One layer of water repellent and flameproof sheathing paper, MIL-P-15006, shall be wrapped tightly around the insulation and secured with cotton twine, T-T-931, glass thread, MIL-C-20079, or 1-inch wide tape, UU-T-106. All joints of the paper shall be lapped and sealed with adhesive cement, MIL-A-3316, type II. The compatible lagging shall then be installed and completely covered with vapor barrier compound, MIL-C-19565, type II. The water repellent paper may be eliminated on cellular glass where the insulation surface is suitable for the effective application of vapor barrier compound MIL-C-19565.

6.2.2  Application of a vapor barrier is not required on elastomeric foamed plastic insulation, MIL-P-15280, nor is lagging required except in areas where such insulation would be subject to damage.

6.3  **Refrigerant insulation.** -

6.3.1  Cellular glass insulation shall be coated on all surfaces with vapor barrier compound, MIL-C-19565, type II at the time of installation. Insulation shall be installed with staggered end joints. On horizontal pipes the longitudinal joints shall be at the top and bottom. Insulation shall be secured with number 18 gage minimum (0.049 inch diameter) copper-covered steel wire or 1 inch wide tape, UU-T-106, on 9 inch centers. The compatible lagging shall then be installed and completely covered with vapor barrier compound, MIL-C-19565, type II.

6.3.2  Elastomeric foamed plastic, MIL-P-15280 may be applied in 1/4 inch minimum thickness layers as necessary to build up the required thickness (type II, form 1 or 2). All longitudinal and butt joints shall be staggered. All joints and lagging, if required (see 6.2.2), shall be secured with adhesive cement in accordance with paragraph 3.7 of MIL-P-15280.



866

11

MIL-STD-769B ■■ 9999911 0339665 937 ■■

MIL-STD-769B(SHIPS)
3 January 1966

### 6.4 Weather deck hot piping insulation. –

6.4.1 Calcium silicate or cellular glass insulation for piping exposed to the weather shall be installed as follows:

(a) Preliminary preparation of piping.

(1) All surfaces to be clean, dry, and free of scale and grease.
(2) Fittings, valves, flanges, pipe supporting clamp, and at least 3 inches of adjacent pipe shall be painted as follows: Apply one coat pretreatment formula 117, MIL-C-15328. After this coat dries, apply two coats of aluminum paint made by mixing two pounds of aluminum paste, TT-P-320, type II, class B, with each gallon of phenolic varnish.

(b) Installation on pipes.

(1) The bore, butt ends, and longitudinal joint surfaces of cellular glass insulating material shall be coated not more than 1/16 inch thick with commercial bedding compound, in accordance with MIL-B-19564, at time of installation. Bedding compound is not required with calcium silicate pipe covering.
(2) Longitudinal joints on horizontal piping shall be on top and bottom of pipe.
(3) Insulation shall be secured tightly to pipe with 1/2-inch wide U.S. Standard 22 gage galvanized steel bands on 9-inch centers. Steel bands shall be placed over a layer of fibrous glass tape, MIL-C-20079, class c, which has been dipped in the commercial finishing compound in accordance with MIL-C-19565 type I. Steel bands shall be wrapped with a layer of masking tape, UU-T-106, type II.
(4) Completely coat insulation with commercial finishing compound, in accordance with MIL-C-19565, using about 2 gallons per 100 square feet. Wrap on tightly one layer of open weave fibrous glass cloth, HH-C-466, or knitted fibrous glass tape, MIL-C-20079, and then apply another coating of above-specified finishing compound, using about 4 gallons per 100 square feet. After this coat has set apply a second coat of finishing compound using the same quantities.
(5) Where insulation is stopped off on the piping, sufficient mineral wool, MIL-I-2818, shall be tightly tied in place with galvanized iron wire over a heavy coating of the above-specified commercial bedding compound, to provide a tapered portion from insulation surface to pipe surface. The ends of the insulation shall be tapered at a 30-degree angle with the pipe. The tapered ends of the insulation shall be smoothed with insulation cement in accordance with MIL-C-2861. The cement covered tapered ends, after drying thoroughly, shall be coated with approximately a 1/8 inch thick tack coat of end sealing compound in accordance with MIL-C-22395. The sealer compound shall extend onto the pipe for at least 3 inches. A single layer of grade D, class 2 asbestos cloth lagging, in accordance with SS-C-466, shall be applied over the insulation and secured at longitudinal lap joint with type II adhesive cement in accordance with MIL-C-3316. The asbestos lagging cloth shall be tailored to fit the contour of the ends of the insulation by cutting and removing wedge-shaped sections of the cloth. The remaining ends of the cloth shall be embedded in the tack coating of sealer compound and shall be attached to the pipe with a single 1/2 inch wide galvanized steel band. A 3/16 inch layer (approximately) of sealer compound shall be troweled to a smooth finish over the cloth covered ends of the assembly. A smooth finish may be obtained by brush coating or hand rubbing the sealer compound with a suitable solvent. After 72 hours of drying at ambient temperature, the asbestos cloth of the assembly shall be given two brush coats of water- and weather-resistant coating compound in accordance with MIL-C-19565. The waterproofing compound shall extend halfway down the tapered ends of the assembly. The waterproofing compound shall be air dried 24 hours between applications.

(c) Installation on fittings, flanges, and valves.

(1) Before applying flange insulation weather deck piping shall be tested and secured in the following manner: After specified tests are completed, weather deck piping shall be subjected to alternate periods of full operating pressure, allowing pipe to come to maximum temperature; and then to zero gage pressure allowing pipe to cool to ambient temperature.

867

12

MIL-STD-769B ■■ 9999911 0339666 873 ■

MIL-STD-769B(SHIPS)
3 January 1966

These cycles shall be repeated a sufficient number of times, tightening and adjusting flanges where necessary until no leaks can be detected.

(2) Fittings, flanges, and valve covers shall be ship-fabricated from sections of molded pipe covering or cellular glass block cemented together with adhesive cement, MIL-A-18066, class 1.

(3) Permanent covers for fittings and valves shall be fitted snugly to fittings and adjacent pipe covering using the same materials and methods as outlined for pipe covering. Voids between insulation and fitting shall be filled with tightly packed mineral wool, MIL-I-2818.

(4) Where specified, rigid-type portable flange covers shall extend over the adjacent pipe covering 1-1/2 times the thickness of the insulation. The two halves of the cover should be coated and lagged separately, using the same materials and procedure as outlined for pipe covering. The galvanized steel bands used to secure the two halves together and to the adjacent pipe covering shall be applied over the lagging and then coated with the above-specified finishing compound.

(d) Installation around supports and hangers.

(1) Remove only enough insulation from butt edges to provide a snug fit around support brackets or hanger rods. Fill all voids between insulation and support with tightly packed mineral wool, MIL-I-2818, to within 1/4 inch from insulation surface. Fill remainder of space with end sealing compound in accordance with MIL-C-22395 overlapping generously both the support member and the adjacent insulation. Lag and coat with same method and materials as adjacent piping.

6.5 Metal lagging. - Metal lagging shall be installed with lap joints, secured with hardened self-tapping screws or metal bands. Joints shall be arranged in a manner which will facilitate run-off of impinging liquids.

6.6 Painting. - All cloth and tape laggings shall be painted after installation with one coat of fire-retardant white paint, TT-P-26, if necessary for appearance. Elastomeric foamed plastic insulation MIL-P-15280 shall not be painted except where necessary for appearance. (For material and application requirements, see Section 9190-1 of the General Specifications for Ships of the U.S. Navy or ships specifications.)

7. NOTES

(Copies of this standard for military use may be obtained as indicated in the foreword to, or the general provisions of, the Index of Military Specifications and Standards.)

Both the title and the identifying number should be stipulated when requesting copies of Military Standards.

Preparing activity:
Navy - SH
(Project 5640-N031S)

868

13

# EXHIBIT 3

**MIL-STD-755**
31 August 1961

JAN 1 2 1962

# MILITARY STANDARD

# LABELS CONTAINING SYMBOLS FOR PACKAGES AND CONTAINERS FOR HAZARDOUS INDUSTRIAL CHEMICALS AND MATERIALS



FSC 7690

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Manne Consulting Inc. 388559
Not for Resale,06/26/2007 07:26:50 MDT

MIL–STD–755
31 August 1961

ARMED FORCES SUPPLY SUPPORT CENTER

WASHINGTON 25, D. C.

Labels Containing Symbols for Packages and Containers
For Hazardous Industrial Chemicals and Materials

MIL–STD–755

1. This standard has been approved by the Department of Defense and is mandatory for use by the Departments of the Army, the Navy, and the Air Force, effective 31 August 1961.

2. Recommended corrections, additions, or deletions should be addressed to the Standardization Division, Armed Forces Supply Support Center, Washington 25, D. C.

ii

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc. 388559
Not for Resale,06/26/2007 07:26:50 MDT

MIL-STD-755
31 August 1961

# FOREWORD

The purpose of this standard is to establish a uniform design for symbols to warn users of the potential dangers involved with the use of the material in containers.

*Exceptions.* The symbols of this standard are not intended to cover or conflict with the following conditions, regulations or categories of material:

1. Materials being held in store for reshipment. (Unless the Commanding Officer of the activity directs labeling of such material.)

2. Chemicals or drugs used or dispensed by medical department pharmacies.

3. Chemicals used by clinical or chemical laboratories. (The exempted laboratories will be those designated by the departments, bureaus, offices and the Marine Corps.)

4. It has been determined that there are adequate regulations governing the marking of containers for explosives, gasoline, fuels and compressed gases.

iii

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc. 288553
Not for Resale,06/26/2007 07:26:50 MDT

**MIL-STD-755**
**31 August 1961**

# CONTENTS

| PARAGRAPH | | PAGE |
|---|---|---|
| 1. | SCOPE | 1 |
| 1.1 | Scope | 1 |
| 1.2 | Classification | 1 |
| 2. | REFERENCED DOCUMENTS | 1 |
| 3. | DEFINITIONS (Not Applicable) | 1 |
| 4. | GENERAL REQUIREMENTS | 1 |
| 4.1 | Labels | 1 |
| 4.2 | Utilization of symbols | 2 |
| 5. | DETAILED REQUIREMENTS | 2 |
| 5.1 | Size of symbols | 2 |
| 5.2 | Color | 3 |
| 5.3 | Marking and design | 3 |

# FIGURES

| FIGURE | | |
|---|---|---|
| 1. | Fire Hazard Symbol | 4 |
| 2. | Toxic and Fire Hazard Symbol | 5 |
| 3. | Toxic Symbol | 6 |
| 4. | Poisonous Symbol | 7 |
| 5. | Corrosive Symbol | 8 |
| 6. | Radiation Hazard Symbol | 9 |
| 7. | Fire Hazard — Oxidizer Symbol | 10 |

iv

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Manne Consulting Inc.,386559
Not for Resale,06/26/2007 07:26:50 MDT

MIL–STD–755
31 August 1961

# 1. SCOPE

1.1 **Scope.** This standard covers design, colors, stocked sizes and requirements for danger symbols to be affixed to packages and containers containing hazardous industrial chemicals and materials.

1.2 **Classification.** Symbols for indicating hazardous materials are placed into the following seven (7) general classifications:

Class 1 — Fire Hazard.

Class 2 — Toxic and Fire Hazard.

Class 3 — Toxic.

Class 4 — Poisonous.

Class 5 — Corrosive.

Class 6 — Radiation Hazard.

Class 7 — Fire Hazard — Oxidizer.

# 2. REFERENCED DOCUMENTS

2.1 The issues of the following documents in effect on date of invitations for bids form a part of this standard:

**STANDARDS**

FED. STD. No. 595 — Colors.

**SPECIFICATIONS**

MIL–L–19868 — Labels, Paper, Pressure-Sensitive Adhesive (For Hazardous Industrial Chemicals and Materials).

(Copies of specifications and standards required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

# 3. DEFINITIONS

(Not Applicable)

# 4. GENERAL REQUIREMENTS

4.1 Labels with the symbols covered by this standard are considered to be the best method for marking containers of hazardous industrial chemicals and materials. It is recommended that military activities use Specification MIL–L–19868 for the procurement of labels.

1

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc, 388559
Not for Resale,06/20/2007 07:26:50 MDT

MIL-STD-755
31 August 1961

4.2 Utilization of symbols. The following is a guide to the type of materials and conditions that would govern the use of the symbols covered by this standard.

4.2.1 *Class 1 — Fire Hazard (Flammable)*. Any material known as flammable or combustible.

4.2.2 *Class 2 — Toxic and Fire Hazard*. Any material which presents a combined hazard due to its flammability (Class 1) and its toxicity (Class 3).

4.2.3 *Class 3 — Toxic*. Any material which may be harmful to persons coming in contact with the material or vapor, dust, fume or mist given off from the material during utilization or processing. The injurious effects may arise from one exposure (acute) or from repeated exposures over a long period of time (chronic). The mode of entry into the body may be either through the respiratory tract or the skin. The oral route

of entry is an uncommon route in the usual environmental exposure.

4.2.4 *Class 4 — Poisonous*. A poison is commonly understood to be a material which will be harmful or fatal when taken into the body through the oral route in relatively small amounts.

4.2.5 *Class 5 — Corrosive*. Agents which upon contact with tissues of the body surface will cause injury or destruction of those tissues.

4.2.6 *Class 6 — Radioactive Hazard*. Hazardous materials or chemicals which emit alpha, beta, gamma or neutron radiation or which may give off dust, fumes, gases or vapors emitting these radiations.

4.2.7 *Class 7 — Fire Hazard — Oxidizer*. Any material which readily furnishes oxygen for combustion and fire producers which react explosively or with evolution of heat in contact with many other materials.

## 5. DETAILED REQUIREMENTS

5.1 Size of symbols. Symbols shall be the following sizes as specified:

2½ inches by 2½ inches.
4 inches by 4 inches.

5.1.1 *Tolerance*. A tolerance of plus or minus 1/32 inch will be permitted in the specified size of the symbols.

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc. 388559
Not for Resale,06/26/2007 07:26:50 MDT

5.2 Color. The colors indicated for the symbols in Figures 1 through 7 shall acceptably match in shade the applicable color of Federal Standard No. 595, as follows:

| Color | Class |
|-------|-------|
| Black | 17038 |
| Red | 11105 |
| White | 17875 |
| Yellow | 13538 |
| Magenta | 17142 |
| Green | 14187 |
| Brown | 10080 |

5.3 Marking and design. Each symbol shall conform to the applicable markings and design, as indicated in Figures 1 through 7.

Notice. When Government drawings, specifications, or other data are used for any purpose other than in connection with definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data, is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodians:
    Army—QMC
    Navy—S&A
    Air Force—MOA

Preparing activity:
    Navy—S&A

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc. 398559
Not for Resale,06/26/2007 07 26:50 MDT

**MIL–STD–755**
**31 August 1961**

BLACK ⟶

YELLOW ⟶

YELLOW ⟶



<u>ILLUSTRATION–RED LETTERING – BLACK</u>

FIGURE I.   CLASS I – FIRE HAZARD SYMBOL

4

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc. 388559
Not for Resale,06/28/2007 07:26:50 MDT

MIL–STD–755
31 August 1961



ILLUSTRATION–RED LETTERING – BLACK

FIGURE 2.   CLASS 2  –   TOXIC AND FIRE HAZARD SYMBOL

5

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc, 389559
Not for Resale.06/26/2007 07:26:50 MDT

**MIL–STD–755**
**31 August 1961**



ILLUSTRATION AND LETTERING – WHITE

FIGURE 3.   CLASS 3 – TOXIC SYMBOL

6

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc. 388559
Not for Resale,06/26/2007 07:26:50 MDT

MIL–STD–755
31 August 1961



WHITE

BROWN

**ILLUSTRATION AND LETTERING – WHITE**

**FIGURE 4.   CLASS 4 – POISONOUS SYMBOL**

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc. 388559
Not for Resale,06/26/2007 07 26 50 MDT

MIL-STD-755
31 August 1961



**ILLUSTRATION AND LETTERING - BLACK**

**FIGURE 5.   CLASS 5 - CORROSIVE SYMBOL**

8

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Marine Consulting Inc 386559
Not for Resale,06/26/2007 07:26:50 MDT

MIL-STD-755
31 August 1961



YELLOW

ILLUSTRATION - MAGENTA  EXCEPT THE WORD "DANGER"—WHITE

FIGURE 6.   CLASS 6 - RADIATION HAZARD SYMBOL

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to Manna Consulting Inc. 386859
Not for Resale,06/26/2007 07:26:50 MDT

MIL-STD-755
31 August 1961



ILLUSTRATION-RED LETTERING - BLACK

FIGURE 7.   CLASS 7 - FIRE HAZARD - OXIDIZER

☆U.S. GOVERNMENT PRINTING OFFICE: 611069-1961-(Z-55)

10

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:Marine Consulting Inc, 388559
Not for Resale,06/26/2007 07:28:50 MDT

**Exhibit 16**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO<br>AND PHYLLIS GITTO,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON CO., INC.,<br>*et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)    Civil Action No. 07 CV 4771 (DC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>DECLARATION OF BEN J. LEHMAN</u>

I, Ben J. Lehman, declare the following:

1.     I am a retired Rear Admiral of the United States Navy.  Before joining the Navy in 1942, I received a Bachelor of Science in Mechanical Engineering from the College of the City of New York.  After joining the Navy, I was ordered to study naval architecture and marine engineering at Massachusetts Institute of Technology ("MIT").  Later, I completed the United States Navy's Post-Graduate School program in Naval Engineering Design at the Naval Academy in Annapolis studying electrical and mechanical engineering.  I received a Master of Science in Mechanical Engineering from Harvard University in 1949.  I have also studied Design Philosophy and Advanced Stress Analysis at Stanford University.

2.     I joined the United States Navy in 1942 and remained on active duty until 1946.  While on active duty in the United States Navy, I served as Ship Superintendent and Dry Docking Officer at the Brooklyn Navy Yard between 1942 and 1944.  As a Ship Superintendent I was involved almost every day with the installation and repair of ship's machinery and equipments.

3.     In 1946, I left active duty and joined the Naval Reserve.  In 1950, I returned to active duty and was assigned as a Ship Superintendent at the San Francisco Naval Shipyard from

1950 to 1952. I was then transferred to the Assistant Industrial Manager Office in San Francisco from 1952 to 1954 as a Planning Officer. In 1954, I returned to the Naval Reserve where I was a member and then Commanding Officer of Naval Reserve Engineering Companies. I was promoted to Rear Admiral in 1977 in the Naval Reserve.

4.      I worked as an engineer at General Electric Company between 1946 and 1948. I held the positions of Director of Engineering and Vice-President of Engineering at two major ship building companies between 1969 and 1975. During all these periods, I have maintained close contact with the U.S. Navy, including periods of active duty in the Department of Defense and the Naval Sea Systems Command in Washington, D.C. I have been an independent consultant since 1975 providing engineering consultation services to various industries including the shipbuilding industry.

5.      During my Naval service, I have personally been responsible for the creation of Navy specifications for the procurement of materials and machinery for use on Navy ships. A true, complete, and accurate copy of my Curriculum Vitae is attached as Exhibit 1. I am an adult and have personal knowledge of the facts contained herein.

6.      I am aware that a lawsuit has been filed against several Defendant corporations, including Eaton Hydraulics Inc., formerly known as Vickers, Incorporated ("EHI"), by Plaintiffs who allegedly were injured by Plaintiff Salvatore Gitto's exposure to asbestos and asbestos-containing products aboard certain Navy vessels at the Brooklyn Navy Yard from 1951 to 1952 and from 1954 to 1966. I understand that Plaintiff alleges exposure to and subsequent injuries from certain EHI pumps and valves aboard these Navy vessels. It is my understanding that Plaintiff also alleges that Defendant corporations, including EHI, failed to warn Plaintiff of the alleged hazards related to asbestos in such products.

7.      I submit this Declaration to attest to the level of supervision and control by the United States Navy and its officers over every aspect of the equipment installed on Navy vessels, particularly all warnings, labels, and other caution statements affixed to or accompanying equipment on such vessels.

- 2 -

8.     During my tenure in the Navy and as Ship Superintendent, I was personally involved with the supervision or oversight of ship alterations and machinery and equipment overhauls at the New York Naval Shipyard (formerly the Brooklyn Navy Yard) and at the San Francisco Naval Shipyard (formerly Hunter's Point). This included liaison with the ship's officers to assure them that every aspect of the shipyard's work and of the machinery, equipments, and materials used was in complete accordance with the U.S. Navy's standards, specifications, and approved work practices.

9.     The Navy has had complete control over every aspect of each piece of equipment since the 1930s or before. Military specifications governed every characteristic of the equipment used on Navy Ships, including the instructions and warnings. Drawings for nameplates, texts of instruction manuals, and every other document relating to construction, maintenance, and operation of the vessel were approved by the Navy. The Navy controlled the decision making with respect to instructions and warnings affixed to and accompanying every piece of equipment, including any warnings regarding asbestos hazards.

10.     The Navy had specifications as to the nature and content of all written material that was delivered with each piece of equipment. The Navy was intimately involved with and had final approval of all technical and engineering drawings, operating manuals, safety or hazard information and any other written information that accompanied a piece of equipment. The Navy determined the nature of hazards to be subject to any precautionary labeling and the content of any such labeling, including any asbestos hazards. In the 1950s and 1960s, the Navy dictated every aspect of the design, manufacture, installation, overhaul, written documentation and warnings associated with its ships and did not permit deviation by any of its contractors. Indeed, any warnings such as asbestos hazards were prescribed and proscribed by the U.S. Navy, and contractors such as EHI could not deviate from such warnings to comply with any state-law imposed warnings. Any EHI pumps or valves had to conform with military specifications or the U.S. Navy would not have permitted their installation on any Navy ships. The Navy knew in the 1950s and 1960s that there were no warnings regarding asbestos hazards accompanying products

- 3 -

installed on Navy vessels.  If a contractor such as EHI had unilaterally attempted to add such warnings, it would have been prohibited and proscribed from doing so.

11.    Attached as Exhibit 2 is a military standard, MIL-M-15071D (SHIPS), dated 6 June 1961, governing the Navy's requirements for all technical manuals for shipboard electrical and mechanical equipment, including any pumps or valves installed on Navy vessels.  This specification shows that the Navy had final approval over all such technical manuals and that any warnings, labels, or any other written information that accompanied a piece of equipment installed on Navy vessels, including any warnings such as asbestos hazards, were explicitly prescribed or proscribed by the Navy through, among other things, its review and approval of these technical manuals.

12.    All Navy equipment installed on Navy vessels in the 1950s and 1960s, including pumps and valves supplied by EHI to the Navy, were supplied in accordance with specific rated order contracts between the Navy and contractors such as EHI.  No equipment could have been supplied without such a contract.  Pursuant to these contracts, EHI was required to comply with detailed specifications and directives prescribing and proscribing all aspects of products installed on Navy vessels.

I declare under penalty of perjury that the foregoing is true and correct.

Ben F. Lehman

RAdm USN Ret.

- 4 -

# EXHIBIT 1

# Ben J. Lehman
## Rear Admiral U.S. Navy (Engineering) Retired
### Professional Engineer, Safety Professional   President - Mech Elex Tex, Inc.

**Education:**

| | |
|---|---|
| College of the City of New York [CCNY], Bach. of Mechanical Engineering | (1942) |
| Massachusetts Institute of Tech. [M.I.T.], Naval Architecture {4 months} | **(1942)** |
| U.S. Navy Post-Graduate School, Electrical and Mechanical Engineering | **(1945)** |
| Harvard University, M.S. in Mechanical Engineering | **(1949)** |
| Stanford University, Design Philosophy and Advanced Stress Analysis | (1957-59) |

**Forensic Experience:**

Testified in court over 50 times regarding ;

**Ship Design, Construction and Repair,**

**Safety Engineering including Warnings and Training;**
    **including those relating to asbestos exposure**

Product Defects

Construction Practices and Equipment; Electrical Equipment;

**Professional Recognition:**

**Registered Professional Engineer:** New York (1949), California (1953), [Emeritus:Alabama (1976), Louisiana (1976)]  Florida (1976:lapsed)

**Certified Safety Professional** (1979-2004:discontinued in 2004)

**Career Experience:**

| | |
|---|---|
| Ship superintendent and planning officer, [U.S. Navy- Ensign to LCdr] (1942-46 + 1950-54) | |
| (Promotions in the Naval Reserve: Cdr-1957, Captain-1962, Rear Admiral-1977; retired 1982) | |
| Engineer, General Electric Co. (1946-48) & Bethlehem Steel Shipbuilding Div. | (1949-50) |
| Engineer, Bechtel Corp. (1954-55) & Sylvania Electric Microwave Laboratory | (1955) |
| Project Engineer, Kaiser Aircraft and Electronics (1956-57) & Beckman Instruments | (1957-59) |
| Engineering Manager, Lockheed Missiles and Space Co. | (1959-69) |
| **Director of Engineering, Lockheed Shipbuilding and Construction Co.** | **(1969-72)** |
| **Vice-President Engineering, Litton Industries & Ingalls Shipbuilding** | **(1 972-75)** |
| Independent Consultant | (1975 -present) |

**Affiliations:**

| | |
|---|---|
| **Systems Safety** Society | American Society of **Naval Engineers** |
| American Society of **Safety Engineers** | Society of **Naval Architects & Marine Engineers** |
| Institute of **Electrical & Electronic Engineers  (IEEE)** | **Risk Analysis** Society |
| Society of **Automotive Engineers** | |

P.O. Box 3480, 169 Juniper Drive, Lake Tahoe-Stateline, NV 89449
Phone 775.588.7765   E-mail: mechelex@post.harvard.edu   FAX 775.588.5877

# EXHIBIT 2

MIL-M-15071D(SHIPS)
~~SHIPS~~
SUPERSEDING
MIL-M-15071C(SHIPS)
10 September 1957

ADVANCE COPY

## MILITARY SPECIFICATION

## MANUAL, SERVICE (INSTRUCTION BOOKS) FOR SHIPBOARD ELECTRICAL AND MECHANICAL EQUIPMENT

### 1. SCOPE

1.1 Scope. — This specification sets forth Bureau of Ships requirements for classes and general contents of manuals necessary for the satisfactory operation, maintenance, installation, overhaul and repair, without the services of manufacturer's representative, of electrical, mechanical, hull, interior communication and fire control shipboard equipment. This specification also includes procedures for submission, review, approval and revision of the service manual. The intent is to accept the manufacturer's commercial type of manual or one prepared in accordance with his commercial practice whenever it is equally equivalent to the detail requirements included herein.

1.2 Classification. — Service manuals shall be of the following classes:

Class A manual – A basic manual covering a family of equipment of the same basic design and one which can be made applicable to a specific equipment manufactured to that basic design by completing sheets and blanks.

Class B manual – A manual covering a specific equipment for which a class A approval has not been obtained.

### 2. APPLICABLE DOCUMENTS

2.1 The following documents, of the issue in effect on date of invitation for bids, form a part of this specification to the extent specified herein.

SPECIFICATIONS

MILITARY
MIL-D-963 – Drawing, Electrical, Hull and Mechanical Equipment for Naval Shipboard Use.

FSC 7610

MIL-M-15071D(SHIPS)

PUBLICATIONS

DEPARTMENT OF DEFENSE
DD Form 441 (Attachment) - Industrial Security Manual for
Safe-guarding Classified Information.

(Copies of specifications and publications required by contractors in
connection with specific procurement functions should be obtained from the
procuring activity or as directed by the contracting officer.)

2.2  The following document forms a part of this specification to the
extent specified herein.  Unless otherwise indicated, the issue in effect on
date of invitation for bids shall apply.

OFFICIAL CLASSIFICATION COMMITTEE
Uniform Freight Classification Rules.

(Application for copies should be addressed to the Official Classification
Committee, 1 Park Avenue at 33rd Street, New York 16, N. Y.)

3.  REQUIREMENTS

3.1  Media for final manuals and approval. -

3.1.1  Class A manuals. - Whenever a manufacturer's equipment lends
itself to the preparation of a manual covering a family of equipments of the
same basic design and one which can be made applicable to specific equipments
of that design by completing sheets and blanks,  the manufacturer may submit
to the Bureau of Ships four copies of the basic manual together with examples
of the sheets and blanks which will represent the detailed information to be
provided for a specific equipment.  Approval of a class A manual will be by
the Bureau of Ships only and, once approved, the basic manual shall not be
modified without the approval of the Bureau of Ships.  At the time of class A
manual approval, the Bureau will assign a NAVSHIPS number to the basic
manual and forward one copy to the cognizant inspector for future comparison
inspection with manuals furnished for specific equipments.

2

MIL-M-15071D(SHIPS)

3.1.1.1 Once approval of a class A manual is granted for a particular basic design of equipment (and size-range, if appropriate), the basic manual with the specific detailed information required for the unit of the family being furnished on a contract or order may be supplied by the manufacturer, in the quantities required by that order, without further approval. Copies of the manual prepared for the specific equipments shall be marked by the manufacturer with the NAVSHIPS number of the basic manual followed by "-1", "-2" or higher.  Each dash number shall be assigned numerically by the manufacturer for each specific equipment of that family.

3.1.2 Class B manuals. – Class B manuals cover a specific equipment for which class A approval has not been obtained.  Once a class B manual has been approved by the Bureau or its field representative, the manual shall not be modified without approval of the Bureau of Ships.  (NOTE:  Bureau of Ships field representative – Where the term "field representative" is used in this specification, it is limited to field representative of the Bureau of Ships, i.e. Supervisors of Shipbuilding, USN, U.S. Naval Shipyards and Industrial Manager, USN.)  Whenever a manual for a specific equipment has not been approved previously, for this or a previous issue of this specification, prior to preparing final manuals, the manufacturer shall prepare and submit a sample manual for approval to one of the following activities, as appropriate:

    (a) Manuals procured on Bureau of Ships contracts – Contractor shall forward four sample copies to the Bureau of Ships for approval and assignment of a NAVSHIPS number with a copy of the forwarding document to the cognizant Government inspector.

    (b) Manuals procured on contracts issued by Naval activities other than Bureau of Ships – Contractor shall forward four sample copies to the Naval activity for approval.

    (c) Manuals procured for the Navy by a commercial activity (such as a private shipbuilder) – Contractor shall forward five sample copies to the commercial activity for approval of both the commercial activity and the cognizant Bureau representative.

3.1.2.1 The Bureau will assign a NAVSHIPS number to each different class B manual as follows:

    (a) Manuals procured on contracts issued by the Bureau of Ships – The NAVSHIPS number will be included in the approval letter.

    (b) Manuals procured on contracts issued by other activities.

3

MIL-M-15071D(SHIPS)

The field approving activities may obtain NAVSHIPS numbers from the Bureau of Ships by one of the following methods:

    (a) Submit two copies of the manual prior or subsequent to the review and approval.

    (b) Permit the manufacturer to forward two copies of the manual to the Bureau simultaneously with the copies for approval.

    (c) In urgent cases, submit a letter containing the nameplate data of the equipment, the ship applicability and contract or order number.

3.1.2.2  Regardless of the method used for obtaining NAVSHIPS numbers, the latter request shall state the expected delivery date of the manuals and the quantity of manuals being furnished for stock.

3.1.3  Emphasis. - The Bureau of Ships is mainly interested in the adequacy and completeness of contents and the clarity and readability of the information rather than the format.  The manual shall be oriented toward operation, maintenance and repair of the equipment by the forces afloat, without the services of a manufacturer's representative.  The portions devoted to descriptive matter and theory shall be limited to those which are essential to a proper understanding of the equipment for satisfactory operation, maintenance and repair.  The text need not duplicate information which is adequately shown on the photographs, drawings and illustrations incorporated in the manual. (A class A or B manual may be the manufacturer's commercial manual, or one prepared in accordance with his commercial practice whenever it will be suitable for the service intended as determined by the approving activity.)

3.1.4  Security classification. - The security classification of manuals shall be as designated by the bureau or agency concerned.  If classified, the security guide issued by DD form 254, forming a part of the contract shall be followed.  All pages shall be marked in accordance with the requirements of the Industrial Security Manual for Safeguarding Classified Information (DD 441 (Attachment)).  Where a minor amount of classified information is involved, two volumes - one unclassified and one classified shall be provided.  The word "UNCLASSIFIED" need not appear on each page of unclassified portions of classified manuals.  Revisions shall be classified as required by their subject matter.  Regardless of the overall classification of a classified publication, an unclassified title shall be assigned whenever possible and consistent with security and clarity.  In all cases, however, if a classified manual is involved, the initials of the classification assigned to the title, standing alone, shall be indicated in parentheses immediately following the title, using one of the following notation (U), (C), (S), (TS).  In addition, the covers of classified manuals shall include the markings as indicated on figure 1.

4

MIL-M-15071D(SHIPS)

**3.1.5 Detail requirements.** –

**3.1.5.1 Contents.** – Manuals shall contain the following information, arranged in an order appropriate to provide adequate instruction for operation and maintenance of each unit in the equipment and the complete assembly: No particular arrangement, format or chapter titles are required as long as the information is suitably presented.

> Front Matter
> General Information
> Installation
> Principles of Operation
> Operating Instructions
> Maintenance and Repair
> Parts Lists

**3.1.5.2 Front matter.** – The front matter shall consist of the following:

> (a) Cover
> (b) Title page (for classified manuals only)
> (c) Approval and procurement record page
> (d) List of effective pages
> (e) Table of contents
> (f) List of figures
> (g) List of tables

**3.1.5.2.1 Cover and title page.** – The cover shall contain the information on figure 1. The title page for classified manuals shall conform to figure 2.

**3.1.5.2.2 Approval and procurement record page.** – The approval and procurement record (APR) page shall be the first page of unclassified manuals and shall follow the title page of classified manuals and shall conform to figure 3.

**3.1.5.2.3 List of effective pages.** – A list of effective pages shall be included. In multiple volume manuals, the list of effective pages shall be included in volume 1 only. The list of effective pages shall be modified whenever revisions are incorporated in copies of the manual.

5

MIL-M-15071D(SHIPS).

3.1.5.2.4 Table of contents. - The table of contents shall list all primary divisions and secondary subdivisions such as chapters, sections and pages with their corresponding numbers. Where sub-manufacturers are furnishing associated equipment and a separate manual is not provided, it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents. In multiple volume publications, a table of contents shall be prepared for each volume.

3.1.5.2.5 List of figures. - A list of figures shall be prepared listing all figures, their titles and numbers. In multi-volume publications, a list of figures shall be prepared for each volume.

3.1.5.2.6 List of tables. - A list of tables shall be prepared listing all tables, their titles and numbers. In multi-volume publications, a list of tables shall be prepared for each volume.

3.1.6 General information. - General information shall consist of general data, a general description and detailed descriptions, as necessary to supplement data included in drawings and photographs.

3.1.6.1 General data. - General data shall consist of the following data for each equipment or unit:

(a) Descriptive (name plate) data necessary to identify manufacturer, type, model and performance or design characteristics.
(b) Principal overall dimensions.
(c) Weight.
(d) Allowable capacities, temperatures, pressures, settings, tolerances or other salient features as appropriate to the item shall be shown.

3.1.6.2 General description. - General description shall consist of a short general description of the equipment, explain briefly what it is, what it will do, and the general overall and interrelated operation of the various units. All information of a general character applicable to the complete equipment shall also be given. Where the text contains terms or symbols not commonly used, definitions or explanatory notes shall be included.

3.1.6.3 Detailed description. - Detailed description shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example: ship service turbo generator, the turbine, reduction gear, generator and exciter.

MIL-M-15071D(SHIPS)

3.1.7 Installation. - Instructions, if necessary to supplement the installation drawings supplied (in accordance with Specification MIL-D-963), shall consist of methods of installation; including packing or unpacking, handling, preparation of foundation, alignment, precautions, mounting instructions, bolting diagrams, safety guards, grounding or bonding, clearances for access, ventilation, motion under shock, and methods of testing to assure satisfactory installation.

3.1.8 Principles of operation. - Figures, sketches, performance curves, and schematic wiring diagrams shall be included to the extent necessary to provide satisfactory operation, maintenance and repair. Operating sequences of automatic and semi-automatic equipment shall be indicated.

3.1.9 ~~Operating instructions~~. - Instructions shall include routine and emergency procedures, and shall incorporate maximum and minimum loads, normal temperatures or pressure limits or both, transfer from manual to automatic operation (or the reverse), to be observed in the starting, operating, stopping, and shutting down of the equipment. In addition, action(s) which should be taken in the event of power failure; control air failure; lube-oil failure; partial failure of equipment and similar conditions shall be described. Action(s) described in the event of partial failure shall include, where practicable, those procedures necessary to provide continued service of the equipment until time is available to repair the equipment. Where operating procedures are to be performed in specific sequence, step-by-step procedures shall be given. Operations shall be numbered in the order in which they are performed. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.1.10 Maintenance and repair. -

3.1.10.1 Preventive maintenance. - Instructions shall include all maintenance procedures, inspections, tests, and adjustments which should be performed periodically under shipboard conditions for the purpose of preventing failure or impairment of the equipment. A one page summary and time schedule for maintenance procedures, including a check-off table where appropriate, shall be provided. The summary sheet shall identify any items required by the Navy, as indicated at time of approval action, to be included in the ship's permanent history cards. Where necessary instructions shall include procedures for obtaining access to the sub-components for maintenance. Maintenance instructions shall include, where appropriate, but shall not be limited to the following:

7

MIL-M-15071D(SHIPS)

(a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to show that sub-components are operating properly and to insure continuity of service at optimum performance.

(b) Table or charts, including "wear-limit" charts when appropriate, to indicate what is to be done, when it is to be done based on inspection, and how to do it.

(c) Utilization of the test facilities which may be incorporated in the various components.

(d) Instructions for the care, inspection, and cleaning of all pertinent parts.

(e) Instructions stressing the importance of properly maintaining all safety devices and interlocks provided to prevent damage to equipment or injury to personnel.

(f) Instructions on lubrication at shipboard operating temperatures shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer and the type of lubricant to be used. Lubricants shall be described by symbol number, Federal stock number, Military specification and industry standard numbers where applicable and known.

(g) Instructions on in-place-balancing or other means of reducing noise level if equipment specifications and shipboard application require quiet operation.

3.1.10.2 Trouble shooting, overhaul and repair. - Instructions shall include all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment. The following shall be included:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.

(b) Complete instructions on signal tracing for electric circuits, use of special test instruments and unusual servicing techniques.

(c) Ample figures and sectional views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained elsewhere in the manual may be used and referred to under this heading without duplicating them.

8

MIL-M-15071D(SHIPS)

3.1.11 Parts list. – The parts list shall include identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes. Standard hardware, structural parts, or other parts which have no maintenance significance shall not be listed.

3.1.12 Special tools. – A separate list of "special tools" which are supplied with the equipment shall immediately follow the parts tabulation; this list shall contain only tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identification number. A photograph or sketch showing each special tool as it is being used, shall be included in the manual.

3.1.13 Photographs and drawings. – As the preferred alternate to lengthy, detailed discussions, the manual shall make maximum use of shop photographs, with parts annotated for identification. Photographs may be half-tones or glossy prints. Manuals shall contain reproductions of drawings, additional block diagrams and schematic drawings as necessary to supplement the descriptive matter contained in the text. In every case, a drawing or photograph of the assembly shall be included. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. Photographs and sketches shall be included wherever necessary for identification of the parts in the "parts list". Other figures shall be included to supplement or extend the information contained in the photographs and drawings as required for further identification of parts and explanation of the descriptive information contained in the text.

3.2 Format. –

3.2.1 Volumes. – Manuals shall be divided into volumes and by chapters or sections as necessary to provide ready handling and to present orderly instructions for operation and maintenance of the equipment, depending on the size and complexity of the manual.

3.2.2 Numbering. – Any section, chapter, page and paragraph numbering system which facilitates adequate indexing and rapid location of pertinent information is acceptable.

9

MIL-M-15071D(SHIPS)

3.3  Text

3.3.1  Wording. – The text shall be factual, specific, concise, and clearly worded to be readily understandable by personnel involved in the operation, repair, overhaul and maintenance of the equipment, and to provide sufficient information for technicians to install, operate, service, and maintain the equipment at peak performance without the services of a manufacturer's representative.  Technical phraseology requiring a special-ized knowledge shall be avoided except where no other wording will convey the intended meaning,  in which case the technical term shall be defined.

3.3.2  Level of writing. – As a general guide, the level of writing should be that for a high school graduate having specialized training as a technician through Navy training courses.

3.3.3  Figures. – Sectional views of assemblies, sub-assemblies and the component parts thereof shall be shown as necessary to supplement the text, photographs, and drawings and aid in the identification of parts. Identification of illustrated parts with listed parts shall be facilitated by the use of index (or piece) numbers and arrows which will identify assemblies, sub-assemblies and component parts thereof.

3.3.4  Indexing and referencing of figures. – Significant features or components of figures shall be identified by brief applicable nomenclature with arrows.  Index (or piece) numbers may be used on figures when an extremely large amount of nomenclature is required.

3.3.5  Deleted figures. – When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure _____ deleted" in or near the place of deletion.

3.3.6  Notes, cautions and warnings. – Notes, cautions and warnings [illegible] shall be inserted in accordance with the following definitions:

(a)  NOTE.  – An operating procedure, condition, etc., which it is essential to highlight.

(b)  CAUTION.  – Operating procedures, practices, etc., which if not strictly observed will result in damage or destruction of equipment.

(c)  WARNING.  – Operating procedures, practices, etc., which if not strictly observed will result in injury or loss of life if not correctly followed.

1599

MIL-M-15071D(SHIPS)

### 3.4 Applicability of manuals. -

3.4.1 Identical. - When a class A manual covering a specific equipment or a class B manual which is already available, is applicable in its entirety to the equipment being procured, the applicability is to be extended to include the additional ships by the manufacturer issuing an approval and procurement record page. Copies of the manual required for the ship(s) and local use may be requisitioned from stock by the cognizant Naval supervising activity.

3.4.2 Identical except for minor modifications. - When a class A manual covering a specific equipment or a class B manual is applicable to the equipment being procured except for minor differences, the manufacturer shall modify the manual to cover the differences by the issue of revised or supplementary pages. All revisions to an existing manual shall be approved by the Bureau of Ships, shall require the assignment of a change number, assigned by the Bureau of Ships, and shall be issued by the manufacturer with an approval and procurement record page.

### 3.5 Revisions. - Revisions to manuals which have been previously distributed shall be prepared as follows:

(a) New pages - New pages shall be issued when it is found necessary to include new information to augment the content of the original manual.

(b) Revised pages - Revised pages shall be issued to make changes which apply uniformly to all equipments covered by the manual.

(c) Supplementary pages - Supplementary pages shall be issued when necessary to provide alternate instructions applicable only to a portion of the total equipments covered by the manual because of minor modifications or minor differences in related components.

3.5.1 Legend for revisions. - All new, revised or supplementary pages shall include the words "new", "revised" or "supplementary", the date and a change number.

3.5.2 Submission for approval. - Four copies of each revision shall be submitted to the Bureau for approval and assignment of a change number. The forwarding letter shall include the number of stock copies and the estimated delivery date of the final copies.

11

MIL-M-15071D(SHIPS)

3.6 Production requirements. — Detail materials, printing procedures and assembly for each manual shall be as approved at time of class A or B manual approval. An acceptable arrangement is set forth in the appendix of this specification. Alternate arrangements will be approved if equivalent performance is provided.

3.7 Distribution requirements. — Unless otherwise specified in the contract or order, distribution of all manuals not exactly identical to one previously procured and assigned a NAVSHIPS number shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.

(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(c) Two copies to the Bureau of Ships.

(d) Three copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard. (These copies are in addition to the copies for placement on board the ship.)

(e) Two copies to the Naval shipyard when the equipment is to be installed by that activity. (These copies are in addition to the copies for placement on board the ship.)

(f) One copy to each U.S. Naval Shipyard except Pearl Harbor and Portsmouth Naval Shipyard (total of nine).

(g) Two copies to Pearl Harbor Naval Shipyard (for submarine and surface ship equipment).

(h) Two copies to Portsmouth Naval Shipyard (for submarine equipment only).

(i) One copy to all active submarine tenders (submarine equipment only).

(j) One copy to Submarine Bases, New London, and Pearl Harbor (submarine equipment only).

(k) Two copies to Commanding Officer, Ships Parts Control Center, Mechanicsburg, Penn.

(l) One copy to Naval Supply Centers, Norfolk and Oakland.

(m) One copy to Naval Supply Depot, Clearfield, Odgen, Utah.

(n) One copy to Forms and Publications Supply Office, Byron, Georgia.

12



MIL-M-15071D(SHIPS)

(o) Manuals for stock shall be in the following quantities:

| Number of equipments | Number of copies |
|---|---|
| 1 to 25 | 25 |
| 26 to 99 | 50 |
| 100 and over | 100 |

These manuals shall be shipped to:
Receiving Officer, Naval Supply Depot, Mechanicsburg, Penn. Marked for COG I stock.

(p) Copies of approval and procurement record pages in accordance with paragraph 3.10.

3.8 Unless otherwise specified in the contract or order, (where manuals are not to be drawn from stock, see 3.4.1) distribution of all manuals exactly identical to ones previously approved shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.

(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(c) Copies of approval and procurement record pages in accordance with 3.10.

3.9 Revisions. - Revision pages shall be distributed to all activities receiving the original manual, and in the same quantity.

3.10 Approval and procurement record page. - This page shall be included in all copies of the manuals and additional copies distributed as follows:

(a) Two copies to Bureau of Ships.
(b) One copy to Forms and Publications Supply Office, Byron, Georgia.
(c) One copy to Ships Parts Control Center, Mechanicsburg, Penn.

13

MIL-M-15071D(SHIPS)

3.11 **Military Assistance Program Ships.** - Unless otherwise specified in the contract or order, distribution of all final manuals for ships being constructed, reactivated, converted or otherwise readied for transfer under the Military Assistance Program (MAP) shall be as follows:

(a) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(b) Six copies per equipment for each ship to be transferred under MAP to a foreign government. These copies shall be sent to the Military Assistance Advisory Group (MAAG) of the recipient country for delivery to the foreign government which is to receive the ships.

(c) One copy to the Washington, D. C., Naval Attache of the foreign government to receive the ships.

(d) Two copies to the Bureau of Ships.

(e) One copy to the cognizant Supervisor of Shipbuilding when the equipment is to be installed at a private yard.

(f) One copy to the Commanding Officer, U.S. Navy Forms and Publications Supply Office, Byron, Georgia.

(g) Twelve copies to Receiving Officer, U.S. Naval Supply Depot, Mechanicsburg, Penn., marked for COG I stock.

4. **QUALITY ASSURANCE PROVISIONS**

4.1 **Contractor responsibility.** - The supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own or any other inspection facilities and services acceptable to the Government. Inspection records of the examinations shall be kept complete and available to the Government as specified in the contract or order. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 **Inspection.** - Sample copies shall be inspected to determine compliance with the requirements of this specification and for equivalence with the approved (when applicable) sample or basic manual. (If any subsequent issue of manuals is not equivalent to or better than an approved class A manual, class A approval may be withdrawn.)

14

MIL-M-15071D(SHIPS)

4.3 Content. - The content of the manual shall be checked against the equipment being furnished to assure that it depicts accurately and adequately the equipment and the operating and maintenance procedures required. The NAVSHIPS number on the manual shall be checked for agreement with the NAVSHIPS number on the equipment identification plate where specified.

5. PREPARATION FOR DELIVERY.

5.1 Packaging and packing. -

5.1.1 Individual and multi-volume manuals. - Individual copies and multi-volume manuals shall be packed to preclude damage to material. Multi-volume manuals shall be furnished as complete sets.

5.1.2 Manuals shipped with equipment. - When two copies of the manual are packed with the equipment they shall be packed within the shipping container holding the main unit of equipment. The manual(s) shall be so placed that they are readily accessible prior to removing the equipment and shall not be placed within the vaporproof barrier material used to enclose the equipment. Manuals accompanying equipment shall be packaged in a waterproof container. The invoice packing list or bill of lading shall include the NAVSHIPS number of the manual, the quantity and shall indicate which container includes the manuals.

5.1.3 Bulk shipment. - Manuals shipped in bulk shall not be individually wrapped. Containers shall comply with the Uniform Freight Classification Rules or other carrier regulations as applicable to the mode of transportation.

5.2 Marking. - On bulk shipments, interior packages and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual set of manuals:

Box (number) of (number)  (to be listed on multiple container shipments)
NAVSHIPS number             (manual number)
Quantity                    (in package)

The words "FOR STOCK" shall be endorsed on the package or packages destined for stock, unless otherwise specified. NAVSHIPS numbers shall be indicated on the shipping documents. When a contract or order requires manuals having different NAVSHIPS manual numbers, the stock copies of each manual number shall be shipped separately.

15

MIL-M-15071D(SHIPS)

6. NOTES

6.1 Ordering data. - Equipment specifications and procurement documents shall specify the following:

    (a) Title, number and date of this specification.
    (b) Quantity of manuals or APL pages required, delivery date and delivery destinations (see 3.7 through 3.11 inclusive).

6.2 Classes of manuals. - The class of manual need not be specified in equipment specifications or procurement documents. The intent is that the manufacturer shall supply class A manuals for any equipment for which he has received class A manual approval. He shall supply class B manuals wherever he has not been granted class A approval.

6.3 Use of term "Service Manual". - Manuals to this issue of the specification are identified as "Service Manuals", instead of "Technical Manuals" since past use of the word "Technical" tended to denote a comprehensive, expensive, theoretical and engineering document whereas all that is necessary is a document that provides for satisfactory operation, maintenance and repair.

6.4 Elimination of types. - Previous issues of this specification have established different types for manuals. Types have been eliminated from this issue. The content and make-up of each manual should be tailor-made to delineate the particular operation and maintenance procedures required.

6.5 Rights in data. - Wherever unlimited rights in data are not obtained, the manual should eliminate all proprietary information if operation and maintenance suitability is not thereby reduced. If proprietary information is required to be included and only limited rights in data are obtained, a restrictive clause per ASPR Section 9 should be included on the cover of each manual for ready identification.

16

MIL-M-15071D(SHIPS)

Notice. – When Government drawings, specifications or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever, and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy – Ships
(Project 7010-N0145h)

17

MIL-M-15071D(SHIPS)

APPENDIX

10. SCOPE

10.1 This appendix covers the requirements for the production of service manuals.

20. REQUIREMENTS

20.1 Quality. - All manuals furnished will be subject to 35-mm microfilming. Letters, lines and symbols shall be of a uniform contrast throughout the documents. Blurred or smudged printing or drop out of characters or lines shall be cause for rejection of the publication. Characters shall be no smaller than 8 point type.

20.2 Typography. - Preferred typography is set forth in table I. When revisions are made to the basic manual, the typography shall conform as nearly as possible to the original manual.

Table I - Typography for 8-1/2 by 11-inch manuals.

| Use | Type style and size | Capitalization | Leading | Spacing between units |
|---|---|---|---|---|
| Security classification A condensed | Gothic 14 pt* | Capitals | 6 pt | |
| Chapter or section titles | Same type as text | Capitals | 6 pt | 48 pt. Following marginal copy, text of illustration; 18 pt. Preceding text or illustration |
| Primary side heads | Same type as text | Capitals | 8 pt | 6 pt. Preceding or following text |
| Subordinate side heads | Same type as text | Capitals | 1 pt | 6 pt. Preceding or following text |
| Figure and table titles | Same type as text | Capitals and lower case | 2 pt | 6 pt. Following illustration |

*If 14 pt. is not available, next smaller size shall be permitted.

18

MIL-M-15071D(SHIPS)

Table I - Typography for 8-1/2 by 11-inch manual - (cont'd)

| Use | Type style and size | Capitalization | Leading | Spacing between units |
|---|---|---|---|---|
| Notes and cautions | Same type as text | Capitals centered | --------- | 4 pt. Preceding and following text |
| Warnings | Same type as text | Capitals centered | --------- | 4 pt. Preceding and following text |
| Text, table of contents, list of illustrations etc. | Book face (roman) bold 10 pt. | Capitals and lower case | 1 pt. | 12 pt. Preceding illustration or following figure title |
| | | | | 6 pt Preceding or following notes, cautions, warnings |
| Keys or legends | Book face (roman) italics 8 pt. | Capitals and lower case | 1 pt. | 6 pt. Preceding figure title or following illustration |
| Parts breakdown listings | Book face (roman) 8 pt. | Capitals and lower case | 1 pt. | 12 pt. Preceding text 6 pt. Preceding bottom rule or following headings |
| Footnotes | Book face (roman) bold 8 pt. | Capitals and lower case | 1 pt. | |

NOTES

1.  It is not the intent of this appendix to qualify the methods or composing equipment to be used, but to specify results required.

2.  Leading and spacing may be relaxed where circumstances require such alterations.

3.  The above requirements are for type that will reproduce same size.  When oversize pages are used, type shall reduce to approximately these sizes.

4.  All type specified may be plus or minus 1 point, except that 8 point type shall be the minimum allowable size.

19

MIL-M-15071D(SHIPS)

## NOTES TO TABLE I (cont'd)

6. The type faces listed below are the most preferred. They are available in linotype or can be closely matched on office composing machines.

Book face (Roman)
Garamond
Modern
Bookman
Tribune News
Times Roman
Antique
Baskerville
Century

6. Type sizes as indicated in the requirements were selected for conservation of space and legibility and should not be changed except:

(a) When oversize pages are prepared.
(b) When unusual copy fitting problems arise.

20.3 Layout. -

20.3.1 Text pages. - The preferred layout of 8-1/2 inches by 11 inches text pages is two columns 20 picas wide and 54 picas deep, making an overall page image size of 42 by 60 picas. The text and illustration areas shall conserve space without lessening clarity or legibility. Blanks and spaces shall be avoided, except on fold-ins, and the first major division of the manual (chapter or section) shall be a new odd page.

20.3.2 Fold-ins. - Fold-in pages shall be used only for diagrams, drawings or charts which cannot be reduced for satisfactory presentation on a single page, or when frequent reference is required from other pages of the book. Aprons are required. When fold-in pages are used, they should be held to a two-page fold-in whenever practicable and shall not exceed an overall length of 34 inches from the binding edge including the apron. The apron may contain information pertaining to the diagram, drawing or chart.

20

MIL-M-15071D(SHIPS)

20.4 Form-punching and drilling. - Service manuals shall be prepared in looseleaf form unless otherwise specified or approved. Looseleaf publications and revisions shall be punched for looseleaf binding with three holes one-fourth inch in diameter and four and one-fourth inches center to center (for 8-1/2 by 11 inch pages) or, with such other drilling or punching as specified. Punching of revision pages shall be the same as punching of the original manuals.

20.5 Size. - Suggested sizes for final trim of service manuals follow:

4-3/8 by 6-3/4
8-1/2 by 11

All dimensions are in inches.

20.6 Paper stock. -

20.6.1 Text pages. - Paper stock for text pages shall be as specified in 20.6.1.1 or 20.6.1.2.

20.6.1.1 Lithography. - Paper stock shall be white offset book free from unbleached or ground woodpulp and shall have a substance weight of not less than 100 pounds per 1,000 sheets; basis 17 by 22 inches.

20.6.1.2 Letterpress. - Paper stock shall be equivalent to white super-calendered book containing not to exceed 5 percent unbleached chemical wood or ground woodpulp, the remainder to be bleached chemical woodpulp, and shall have a substance weight of not less than 90 pounds per 1,000 sheets, basis 25 by 38 inches.

20.6.2 Fold-ins. - Paper stock for fold-in pages shall be equivalent to high wet strength lithographic map, free from unbleached or ground woodpulp, and shall have a substance weight of not less than 45 pounds per 1,000 sheets, basis 17 by 22 inches.

20.6.3 Binders. - Binders shall be of plastic or pressboard and shall accommodate looseleaf manuals punched or drilled as specified in 20.4 and shall facilitate insertion of replacement pages. Commercial type fasteners are to be used. Information to be included on the binders shall not be stamped with gold or any other metal foil. Binder colors for unclassified manuals shall be any color except yellow or red. Binders for confidential manuals shall be red. Binders for secret and top secret manuals shall be yellow.

21

MIL-M-15071D(SHIPS)

MARKING GOO-OO
SECURITY CLASSIFICATION

VOLUME I OF III

NAV
SEC

NAV
SEC

NAV

# TITLE OF

# MANUAL

# (U)

GROUP CLASSIFICATION MARKING (for classified manuals, see DD254)

SECURITY CLASSIFICATION

24                    Figure 1 - Cover.

NAVSHIPS 000-000
SECURITY CLASSIFICATION

MIL-M-15071D(SHIPS)
VOLUME I OF III

# TITLE OF
# MANUAL
# (U)

WARNING: This document contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794. The transmission or the revelation of its contents in any manner to an unauthorized person is prohibited by law.

SECURITY CLASSIFICATION

Figure 2 - Title page.

23



SPECIFICATION ANALYSIS SHEET

**Instructions**

This sheet is to be filled out by personnel either Government or contractor, involved in the use of the specification in procurement of products for ultimate use by the Bureau of Ships.

This sheet is provided for obtaining information on the use of this specification which will insure that suitable products can be

procured with a minimum amount of delay and at the least cost.

Comments and the return of this form will be appreciated.

Fold on dotted lines on reverse side, staple in corner, and send to Bureau of Ships, Specifications and Standardization Branch, Washington 25, D.C.

Specification

| Organization | City | State |
|---|---|---|
| | | |

Contract No.

Quantity of Items Procured

Material procured under a direct Government contract ☐   or a subcontract ☐

1. Has any part of the specification created problems or required interpretation in procurement?
   a. Give paragraph number and wording

2. Recommendations for correcting the deficiencies

3. Comment on any specification requirement considered too rigid

4. Is the specification restrictive?       If the answer is "Yes", in what way?
   ☐ Yes   ☐ No

5. Remarks (Attach any pertinent data which may be of use in improving this specification. Place this form and papers in an envelope and send to the Bureau)

| Submitted by (Print name and activity) | Date |
|---|---|
| | |

