JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

AUG - 8 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

## IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-284)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,327 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# OFFICIAL FILE COPY

IMAGED AUG  8 2007

## SCHEDULE CTO-284 - TAG-ALONG ACTIONS
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**CALIFORNIA NORTHERN**
CAN 3  07-3474     Jo Gunter Hewitt, et al. v. Allis Chalmers Corp. Product Liability Trust, et al.

**LOUISIANA EASTERN**
LAE 2  07-2764     Nolan Fontenot v. Chevron USA, Inc., et al.
LAE 2  07-2777     Clyde L. Tyer v. Union Carbide Corp., et al.
LAE 2  07-3621     Betty E. Lerille, et al. v. Monsanto Corp., et al.

**MISSISSIPPI SOUTHERN**
MSS 1  07-926      Rufus Ellis v. Crane Co., et al.
MSS 1  07-927      Willie D. Quinn v. Garlock, Inc., et al.
MSS 1  07-935      Oliver Wendell Gordon v. Durabla Manufacturing Co., et al.

**NORTH CAROLINA WESTERN**
NCW 1  07-235      Nick Alan Boles, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-236      John Edward Tesnear, Jr., et al. v. Aqua-Chem, Inc., et al.

**NEW YORK EASTERN**
NYE 1  07-2544     Charles E. Goodman, Jr., et al. v. A.W. Chesterton Co., et al.
NYE 1  07-2545     Jacqueline H. Foulkrod, etc. v. A.W. Chesterton Co., et al.
NYE 1  07-2562     Leonard Kaye v. A.W. Chesterton Co., et al.

**PENNSYLVANIA WESTERN**
PAW 2  07-934      Lloyd W. Carmichael v. Borg-Warner Corp., et al.
PAW 2  07-935      Lewis W. Headley v. Borg-Warner Corp., et al.
PAW 2  07-936      Carl B. Reynolds v. Borg-Warner Corp., et al.
PAW 2  07-937      Harry C. Nestler, et al. v. Dana Corp., et al.
PAW 2  07-938      Thomas Harbin v. DaimlerChrysler Corp., et al.
PAW 2  07-939      Donald W. McDonough, et al. v. Borg-Warner Corp., et al.
PAW 2  07-940      Thomas J. Davidson, et al. v. Borg-Warner Corp., et al.
PAW 2  07-941      Alex Simon v. Borg-Warner Corp., et al.
PAW 2  07-942      Joseph T. Blaszkowski, et al. v. Borg-Warner Corp., et al.

**SOUTH CAROLINA**
SC 0  07-1788      Donnie Ray Keller, et al. v. Aqua-Chem, Inc., et al.
SC 0  07-1789      Robert Franklin Boone v. Aqua-Chem, Inc., et al.
SC 0  07-1895      Benjamin Franklin Ford, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 0  07-1924      Johnny Lee Chrisley, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-1854      Thomas Phillip Hendrix, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-1857      Marshall Eugene Greene, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-1787      Carroll David Martin, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-1790      Timothy Edward Bagwell, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-1856      Ronald Steven Bryant, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-1912      Billy Harris Hudgens, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-1913      William Michael Jackson, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-1915      Paul Gettys Burnett, Jr., et al. v. Aqua-Chem, Inc., et al.
SC 8  07-1921      Boyce Allen McWhorter, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-1926      Eloise Jane Lusk v. Aqua-Chem, Inc., et al.