**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    CIVIL ACTION NO. MDL-875

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION

WILLIAM MOULDER, et al.                                                PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:05CV39WJG

MONSANTO, et al.                                                      DEFENDANTS

### CERTAIN DEFENDANTS' NOTICE OF OPPOSITION TO REMAND

Pursuant to Rule 7.6(f)(ii), Certain Defendants[1] oppose remand and object to the Conditional Remand Order filed July 26, 2007 in the above-referenced case. Said defendants will file a motion to vacate the conditional remand order and supporting brief within 15 days or as dictated by the Clerk's briefing schedule.

RESPECTFULLY SUBMITTED, this the 10th day of August, 2007.

JAMES G. HOUSE, III (MSB # 9576)
LAURIN D. McGUFFEE (MSB # 102170)

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY, LLP
200 South Lamar Street
City Centre Building, Suite 100
P. O. Box 22608
Jackson, Mississippi 39225-2608
Telephone:    (601) 960-8600
Facsimile:    (601) 960-8613

---

[1] AstenJohnson, Inc., successor-in-interest to Asten, Inc., which was successor-in-interest by way of name change to Asten Group, Inc. (which traded as Asten-Hill Manufacturing Co.), Amsted Industries, Inc., Bondex International, Inc., General Electric Company, Gulf Coast Marine Supply Company, Inc., Industrial Holdings Corporation f/k/a The Carborundum Company, Komp Equipment Co., Inc., Standard Motor Products, Inc., Turner Supply Company, and Zurn Industries, Inc.

**OFFICIAL FILE COPY**
IMAGED AUG 1 4 2007