MDL  875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AUG 1 3 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. IV)

CIVIL ACTION NO: MDL 875

This Documents Pertains to:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

GENE BEAZLEY, ET AL.                          **PLAINTIFFS**

V.                                            CIVIL ACTION NO. 1:05CV38

A.W. CHESTERTON CO., ET AL., ET AL.,          **DEFENDANTS**

<u>NOTICE OF OPPOSITION</u>

**TO: CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

NOTICE IS HEREBY GIVEN that pursuant to Rule 7.6(f) of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Garlock Sealing

Technologies LLC, successor by merger to Garlock Inc; and York International

Corporation (hereinafter "Defendants") do hereby oppose the remand of the above

referenced litigation.

Defendants request that the Clerk of the Panel not transmit the Conditional

Remand Order to the Clerk of the United States District Court for the Southern District of

Mississippi, Southern Division, until further order of the Panel pursuant to Rule 7.6(f)(ii).

Respectfully Submitted:

S. BETH WINDHAM
COUNSEL FOR SAID DEFENDANTS

**OFFICIAL FILE COPY**

IMAGED AUG 1 4 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 3 2007

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I, S. Beth Windham do hereby certify that I have this day sent via facsimile the

above and foregoing to the Clerk of the Panel.  I have also mailed by United States Mail,

postage pre-paid, a true and correct copy of the above and foregoing to Plaintiff's counsel

and sent via electronic transmission to all known counsel of record.

THIS the 10th day of August, 2007.


_____S. Beth Wick_____
COUNSEL FOR SAID DEFENDANTS

THOMAS W. TYNER
Miss. Bar No. 8170
DAPHNE M. LANCASTER
Miss. Bar No. 10336
S. BETH WINDHAM
Miss. Bar No. 100981
AULTMAN, TYNER, RUFFIN, BELL & SWETMAN LTD.
315 Hemphill Street
P.O. Box 750
Hattiesburg, MS 39403-0750
(601) 583-2671
Fax: (601) 583-2677