JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

AUG 13 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          MDL DOCKET NO. 875

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE HAMBERLIN, ET AL. | PLAINTIFFS |
| VS. | CIVIL ACTION NO: 1:05CV41WJG |
| OWENS-ILLINOIS, INC., ET AL. | DEFENDANTS |

CONSOLIDATED WITH

| | |
|---|---|
| RAY ALSWORTH, ET AL. | PLAINTIFFS |
| VS. | |
| SCAPA, ET AL. | DEFENDANTS |

PLEADING NO. 5134

## AMERICAN STANDARD INC.'S NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

COMES NOW, American Standard Inc., pursuant to Rule 7.6 of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation,* and files its Notice of Opposition to the Conditional Remand Order issued by the Judicial Panel on Multidistrict litigation on July 26, 2007.

WHEREFORE, pursuant to Rule 7.6 of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation,* American Standard Inc. respectfully requests that the Clerk of the Panel not transmit the Conditional Remand Order to the clerk of the transferee district court without

**OFFICIAL FILE COPY** IMAGED AUG 1 4 2007

further order of the Panel.

      Respectfully Submitted,

      AMERICAN STANDARD INC.

BY: _____

RONALD G. PERESICH, MSB #4113
MICHAEL WHITEHEAD, MSB#8891
W. MARK EDWARDS, MSB# 8935
MARY VAN SLYKE, MSB #100162
PAGE, MANNINO, PERESICH
& McDERMOTT, P.L.L.C.
759 VIEUX MARCHE` MALL
POST OFFICE DRAWER 289
BILOXI, MISSISSIPPI 39533-0289
(228) 374-2100   FAX (228) 374-3838

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 3 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, **MARY W. VAN SLYKE**, of the law firm of **PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.**, do hereby certify that I have this date mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing **AMERICAN STANDARD INC. 'S NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER** to all counsel of record as per the attached service list.

THIS, the 10TH day of AUGUST, 2007.

*[signature]*

MARY W. VAN SLYKE
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE' MALL
POST OFFICE DRAWER 289
BILOXI, MS 39533
228/374-2100; FAX 228/374-3838

## INVOLVED COUNSEL LIST (CTO-244)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Lawrence E. Abbott
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Laurie K. Anger
Morgenstein & Jubelirer
Spear Street Tower, 32nd Floor
One Market Plaza
San Francisco, CA 94105

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Robert M. Arentson, Jr.
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

L. John Argento
Swartz & Campbell
600 Grant Street
4750 U.S. Steel Building
Pittsburgh, PA 15219

Barbara Lee Arras
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

James W. Backstrom
Denham, Backstrom & Hollingsworth
424 Washington Avenue
P.O. Drawer 580
Ocean Springs, MS 39566-0580

David A. Baker
Forman Perry Watkins Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Christopher E. Bauer
Robin L. Roberts, PLLC
1003 West Pine
Hattiesburg, MS 39401

Bryan D. Belasky
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY 10038

James R. Bell
Murane & Bostwick
201 N. Wolcott
Casper, WY 82601

Jeffrey M. Bell
Bell & Melamed
Spectrum Park I
4901 N.W. 17th Way
Suite 302
Ft. Lauderdale, FL 33309

Yvonne D. Bennett
Bunda Stutz & Dewitt
Suite 650
One Seagate
Toledo, OH 43604

Thomas M. Bergstedt
Bergstedt & Mount
P.O. Drawer 3004
Lake Charles, LA 70602-3004

Gary A. Bezet
Kean, Miller, Hawthorne, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

James P. Bieg
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1357
Santa Fe, NM 87504-1357

David M. Bienvenu, Jr.
P.O. Box 2471
Baton Rouge, LA 70821

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Mary P. Birk
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Marc John Bitner
4110 Fontain Bleau Drive
New Orleans, LA 70125

Roy B. Blackwell
Kaufman & Canoles PC
150 W Main St
Norfolk, VA 23510

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC 29402-0059

Martha G. Brown
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Donald G. Bruckner, Jr.
Guebert, Bruckner & Bootes, PC
P.O. Box 93880
Albuquerque, NM 87199-3880

Rodd R. Buell
Law Office of Rodd R. Buell, P.A.
12773 West Forest Hill Boulevard
Suite 205
Wellington, FL 33414

George F. Burns
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04101-5029

Lisa N. Busch
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Cecelia D. Cameron
Watkins & Eager
The Emporium Building
400 East Capitol Street, Suite 300
P.O. Box 650
Jackson, MS 39205-0650

Ashley E. Cannady
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

## INVOLVED COUNSEL LIST (CTO-244) MDL-875

PAGE 2 OF 6

William H. Carpenter
Carpenter & Stout
1600 University Boulevard, N.E.
Suite A
Albuquerque, NM 87102

Dabney J. Carr, IV
Troutman, Sanders, Mays & Valentine, L.L.P.
1111 East Main Street
P.O. Box 1122
Richmond, VA 23208-1122

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Mark R. Chilson
Young & Alexander
130 West Second Street, Suite 2000
Dayton, OH 45402-9291

Adam M. Chud
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Rhonda K. Cleaves
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Lawrence M. Coco, III
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 14167
Jackson, MS 39236-4167

Susan J. Cole
Bice Cole Law Firm
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134-6920

Edward S. Cook
Cook, Hall & Lampros, LLP
Promenade Two, Suite 3700
1230 Peachtree Street, NE
Atlanta, GA 30309

Kevin Cord Cook
Hirst & Applegate
P.O. Box 1083
Cheyenne, WY 82003-1083

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

John B. David, II
Adams & Reese, LP
450 Laurel Street
Suite 1900
Baton Rouge, LA 70801

Maggie De La Rosa
Provost Umphrey
P.O. Box 4940
Beaumont, TX 77701

Patricia A. Dicke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533

Kathleen F. Drew
Adams & Reese, LP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Walter W. Dukes
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

S. L. Dumville
Norris & St. Clair Pc
2840 S Lynnhaven Rd
Virginia Beach, VA 23452-6715

James J. Fabian
Pfeifer & Fabian
326 Saint Paul Place, Suite 100
Baltimore, MD 21202

Eric K. Falk
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Nora B. Fischer
Pietragallo, Bosick & Gordon
One Oxford Center, 38th Floor
Pittsburgh, PA 15219

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Richard M. Fountain
Law Offices of Richard M. Fountain
P.O. Box 14047
Jackson, MS 39236

S. B. Freeman, III
Bormuth & Freeman
P.O. Box 550
Cody, WY 82414-0550

Karl F. Friedrichs
Law Offices of Gene Locks, LLC
457 Haddonfield Road
Suite 500
Cherry Hill, NJ 08002

David R. Frohn
Frohn & Thibodeaux, LLC
One Lakeshore Drive, Suite 1200
Lake Charles, LA 70629

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Christian H. Gannon
Segal, McCambridge, Singer & Mahoney, Ltd.
805 3rd Avenue
New York, NY 10022

Charles C. Garrison
Caffery, Oubre, et al.
209 West Main Street, Suite 200
P.O. Drawer 12410
New Iberia, LA 70562-2410

William P. Gavin
Gavin Law Firm
17 Park Place Professional Centre
Belleville, IL 62226

Aaryn K. Giblin
Provost Umphrey
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

# INVOLVED COUNSEL LIST (CTO-244) MDL-875

Laura Rehm Giokas
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Thomas M. Goss
Goodell, DeVries, Leech & Dann, LLP
Commerce Place
One South Street, 20th Floor
Baltimore, MD 21202

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

William N. Graham
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
Hattiesburg, MS 39403-0750

Marc C. Greco
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Robin E. Harvey
Baker & Hostetler, LLP
Ste. 3200
312 Walnut Street
Cincinnati, OH 45202

Ronald L. Hellbusch
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Sean M. Higgins
Brown McCarroll
1111 Bagby Street
47th Floor
Houston, TX 77002

Bruce C. Hill
Law Offices of Peter G. Angelos
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Jonathan C. Hollingshead
Fisher, Rushmer, Werrenrath,
Dickson, Talley & Dun
20 N. Orange Avenue, Suite 1500
P.O. Box 712
Orlando, FL 32802-0712

Wendy A. Hollingsworth
Denham, Backstrom & Hollingsworth
424 Washington Avenue
P.O. Drawer 580
Ocean Springs, MS 39566-0580

Laura K. Hong
Squire, Sanders & Dempsey
4900 Society Center
127 Public Square
Cleveland, OH 44114

Steven J. Irwin
Duncan, Courington & Rydberg, Llc
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Erik Jacobs
Weitz & Luxenberg
180 Maiden Lane
17th Floor
New York, NY 10038

Alice S. Johnston
Buchanan Ingersoll, P.C.
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219

Chris D. Jones
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101

Jeanne M. Karaffa
Karaffa & Harvey
806 W Knoll Drive
West Hollywood, CA 90069

Michael A. Karaffa
Marshall, Dennehey, Warner, Coleman
& Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Alan Kellman
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
Detroit, MI 48226

Leland I. Kellner
Lavin, Coleman, Finarelli & Gray
Penn Mutual Tower, 12th Floor
510 Walnut Street
Philadelphia, PA 19106

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines &
Myers
P.O. Box 750
Jackson, MS 39205-0750

Matthew Kennedy
Law Office of Matthew Kennedy
1505 N.E. 4th Avenue
Boca Raton, FL 33432

Stephen H. Kline
Kline Law Office
P.O. Box 1938
Cheyenne, WY 82003-1938

Chris N. Kolos
Holland & Knight, LLP
200 S. Orange Avenue, Suite 2600
P.O. Box 1526
Orlando, FL 32801-1526

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold Street
Detroit, MI 48226

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Arthur H. Leith
McGlinchey Stafford, PLLC
643 Magazine St.
New Orleans, LA 70130-3477

INVOLVED COUNSEL LIST (CTO-244) MDL-875                               PAGE 4 OF 6

David M. Lipman
David P. Lipman, P.A.
5901 S.W. 74th Street, Suite 304
Miami, FL 33143

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

Alice T. Lorenz
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Alwyn H. Luckey
Law Offices of Alwyn Luckey
P.O. Box 724
Ocean Springs, MS 39564

Edward S. MacColl
Thompson, Bull, Furley, Bass & MacColl
120 Exchange Street
P.O. Box 447
Portland, ME 04112-0447

Genevieve MacSteel
McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Thomas R. Mack
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

Patrick C. Malouf
Porter & Malouf
P.O. Box 12768
Jackson, MS 39236

Bruce P. Mandel
Ulmer & Berne
1300 E. Ninth Street
900 Bond Court Building
Cleveland, OH 44114

Kevin E. McDermott
36815 Detroit Road
Avon, OH 44011

John Conrad Metcalf
William & Trine PC
1435 Arapahoe Avenue
Boulder, CO 80302-6390

Joseph J. Morford
Tucker Ellis & West LLP
1100 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Kenneth S. Mroz
Swartz & Campbell
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Alan Muraidekh
Hodgson Russ, LLP
152 West 57th Street
35th Floor
New York, NY 10019

Scott O. Nelson
Maples & Lomax
2502 Market Street
P.O. Drawer 1368
Pascagoula, MS 39568-1368

Robert L. O'Donnell
Vandeventer, Black, Meredith & Martin, LLC
500 World Trade Center
Norfolk, VA 23510

Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10022

Peter T. Paladino, Jr.
Goldberg Persky Jennings & White
Ketchum Center, 3rd Floor
1030 5th Avenue
Pittsburgh, PA 15219

E. Spencer Parris
Jones, Martin, Parris & Tessener
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Jeffrey S. Patterson
Hartline, Dacus, Dreyer & Kern, LLP
6688 N. Central Expressway
Suite 1000
Dallas, TX 75206

Timothy Peck
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

John J. Petry
Morgenstein & Jubelirer
Spear Street Tower
32nd Floor
One Market Plaza
San Francisco, CA 94105

James J. Pettit
Law Offices of Gene Locks, LLC
457 Haddonfield Road
Suite 500
Cherry Hill, NJ 08002

Diane M. Pompei
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12th Floor
Newark, NJ 07102

Albert H. Poole
Huff, Poole & Mahoney, P.C.
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462-1521

George E. Powers, Jr.
Sundahl, Powers, Kapp & Martin
P.O. Box 328
Cheyenne, WY 82003-0328

Feliz A. Rael
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Melissa J. Reeves
Sandenaw, Piazza & Anderson, PC
2951 A Roadrunner Parkway
Las Cruces, NM 88011

Giovanni Regina
Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John Hubbard Rich, III
Perkins, Thompson, Hinckley & Keddy
One Canal Plaza
P.O. Box 426 DTS
Portland, ME 04112

INVOLVED COUNSEL LIST (CTO-244) MDL-875

Robert M. Rolfe
Hunton & Williams
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

Michael C. Ross
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX 77018

Nathan Alan Schachtman
McCarter & English, L.LP
Mellon Bank Center
1735 Market Street
Suite 1700
Philadelphia, PA 19103-7501

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Carl Robert Schwartz
Duane, Hauck & Knapp
10 E. Franklin Street
Richmond, VA 23219-2106

Tom B. Scott, III
Scott & Scott
P.O. Box 2009
Jackson, MS 39215-2009

Beth A. Sebaugh
Bonezzi Switzer Murphy & Polito
1400 Leader Bldg.
526 Superior Avenue
Cleveland, OH 44114-1491

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stephen L. Shackelford
2001 Airport Road
Suite 301
Jackson, MS 39232

Dan Shaked
Shaked & Posner
225 West 34th Street, Suite 705
New York, NY 10122

Patrick M. Shay
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

J. Arthur Smith, III
830 North Street
Baton Rouge, LA 70802

Mark R. Smith
Holcomb Dunbar, P.A.
P.O. Drawer 707
Oxford, MS 38655-0707

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Susan L. Steffey
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Matthew R. Straus
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, NY 11530

Bruce H. Strotz
Fairfield, Garrow & Strotz
P.O. Box 35400
Albuquerque, NM 87176-5400

Minor C. Sumners, Jr.
Minor C. Sumners, Jr., Attorney
1907 Dunbarton Dr., Suite F
Jackson, MS 39216

Robert B. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
12th Floor
Newark, NJ 07102

Robert B. Thackston
Hawkins, Parnell & Thackston
4514 Cole Avenue, Suite 550
Dallas, TX 75202

Michael P. Thornton
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

R. Bart Totten
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903-2443

Virginia Yoder Trainor
Phelps Dunbar, LLP
City Plaza, 445 North Boulevard
Suite 701
P.O. Box 4412
Baton Rouge, LA 70821-4412

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Michael W. Ulmer
Watkins & Eager
300 Emporium Building
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazlehurst, MS 39083

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Philip P. Vogt
Altier & Vogt, LLC
450 Seventh Avenue, 36th Floor
New York, NY 10123

Herbert I. Waldman
Nagel, Rice & Mazie, LLP
301 South Livingston Avenue
Suite 201
Livingston, NJ 07039-3991

Archibald Wallace, III
WallacePledger, LLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226

INVOLVED COUNSEL LIST (CTO-244) MDL-875

PAGE 6 OF 6

Michael N. Watts
Holcomb Dunbar
P.O. Box 707
Oxford, MS 38655

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Stephen R. Whalen
Breazeale, Sachse & Wilson
P.O. Box 3197
One American Place
23rd Floor
Baton Rouge, LA 70821

Forrest R. Wilkes
Forman, Perry, Watkins, Krutz &
Tardy, LLC
1515 Poydras St.
Suite 1300
New Orleans, LA 70112

Dawn M. Wright
Thompson & Knight, LLP
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Robert G. Wright
Richards, Brandt, Miller & Nelson
50 S. Main Street, Suite 700
P.O. Box 2465
Salt Lake City, UT 84110-2465

Peter J. Young
Schwartz Bon Walker & Studer
141 South Center Street
Suite 505
Casper, WY 82601

C. James Zeszutek
Thorp, Reed & Armstrong
One Oxford Centre
301 Grant Street
14th Floor
Pittsburgh, PA 15219-1425