**MDL 875**

# BRASHER LAW FIRM, L.C.

| | | |
|---|---|---|
| WILLIAM A. BRASHER * | SUITE 2300 | THOMAS P. McDERMOTT |
| THOMAS J. PREBIL * | ONE METROPOLITAN SQUARE | TOM L. BELL * |
| RICHARD F. NASH * | 211 NORTH BROADWAY | JAMES A. BAX * |
| PAUL R. FERBER | SAINT LOUIS, MISSOURI 63102 | ZORA MANJENCICH * |
| PATRICIA D. BRASHER | TELEPHONE (314) 621-7700 | DAVID T. DONAHUE * |
| JOHN H. MARSHALL * | FAX (314) 621-1088 | RALPH G. GODSY * |
| PAUL E. LITTLETON | FAX (314) 768-7010 | LINDA R. SELF * |
| CYNTHIA A. MASTERSON * | FIRM E-MAIL: brasher@brasherlaw.com | |
| | SENDER E-MAIL: lself@brasherlaw.com | *LICENSED IN MISSOURI AND ILLINOIS |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 14 2007

FILED
CLERK'S OFFICE

August 13, 2007

Judicial Panel on Multidistrict Litigation
Attn: Jeffrey Luthi
G-255 Thurgood Marshall Federal Judicial Building
1 Columbus Circle NE
Washington, DC 20544-8004

VIA FACSIMILE: (202) 502-2888

> Request of Deft. BNSF Railway Co. for
> Extension of Time to File Response
> in Cruz, WAE 2:06-5066 -- GRANTED TO
> AND INCLUDING AUGUST 20, 2007
> (cdm - 8/14/07)

Re: **Victor Cruz v. BNSF Railway Company**
**MDL 875 – Conditional Transfer Order No. 281**
**U.S.D.C. – E. D. of WA; Cause No. CV-06-5066-FVS**

Dear Sir:

The above captioned asbestos case has been conditionally transferred to MDL 875. Plaintiff has filed a Motion and Brief to Vacate Conditional Transfer Order 281. Our law firm represents the Defendant, BNSF Railway Company in this matter. Defendant's response to Plaintiff's Motion to Vacate Conditional Transfer is due today, August 13, 2007. Defendant requests that it be granted an additional seven (7) days, to and including August, 20, 2007, to file its Response to Plaintiff's Motion to Vacate.

If you need any additional information, please feel free to give me a call or email me at lself@brasherlaw.com. Thank you for your assistance with this matter.

Very truly yours,

Linda R. Self

cc: Clerk of Court
U.S.D.C. – E.D. of WA

U. S. District Judge Fred Van Sickle

W. Ronald Groshong
300 – 110th Avenue NE, Suite 601

PLEADING NO. 5135

**OFFICIAL FILE COPY**

IMAGED AUG 1 4 2007

Called Ms. Self cdm 8/14/07

Bellevue, WA 98004

Russell A. Ingebritson
Ingebritson & Associates, PA
825 Nicollet Mall, Suite 1025
Minneapolis, MN 55402