**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 5137

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | |
| This document relates to: ) ) | |
| SALVATORE GITTO AND PHYLLIS GITTO, ) ) ) | |
| Plaintiffs, ) ) ) | MDL Docket No. 875 |
| vs. ) ) ) | S.D.N.Y. No. 07 CV 4771 (DC) |
| A.W. CHESTERTON CO., INC., *et al.*, ) ) ) ) | |
| Defendants. ) ) | |

### RULE 5.3 CORPORATE DISCLOSURE STATEMENT OF
### DEFENDANT EATON HYDRAULICS INC., F/K/A VICKERS, INCORPORATED

Defendant Eaton Hydraulics Inc., f/k/a Vickers, Incorporated, by and through counsel,

pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,

hereby files this disclosure statement, stating as follows:  Eaton Hydraulics Inc. is an indirect

wholly-owned subsidiary of Eaton Corporation, which is a publicly held corporation.

## OFFICIAL FILE COPY

**IMAGED** AUG 1 6 2007

BIVONA & COHEN, P.C. • *COUNSELORS AT LAW* • WALL STREET PLAZA, 88 PINE STREET • NEW YORK, N.Y. 10005

| Dated:  August 13, 2007 | Respectfully submitted, |
|---|---|
| | _____ |
| | Andrew Sapon |
| | Bivona & Cohen, P.C. |
| | Wall Street Plaza |
| | 88 Pine Street |
| | New York, NY  10005-1886 |
| | (212) 363-3100 (phone) |
| | (212) 363-9824 (fax) |
| | |
| | **Attorney for Defendant** |
| | **Eaton Hydraulics Inc., f/k/a** |
| | **Vickers, Incorporated** |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, copies of the foregoing were served via first class mail upon the parties listed on the attached Panel Service List:

1.     Notice of Appearance of Andrew Sapon

2.     Rule 5.3 Corporate Disclosure Statement of Defendant Eaton Hydraulics Inc., f/k/a Vickers, Incorporated

_____
Andrew Sapon

SERVICE LIST

Jerome Block, Esq.
LEVY PHILLIPS & KONIGSBURG, L.L.P.
800 Third Avenue, 13th Floor
New York, New York 10022
*Attorneys for Plaintiffs*
*Fax 212-605-6290*

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
*Attorneys for A.W. Chesterton, Co., Inc.,*
*Murphy Brother Works*
*Fax 212-490-3038*

Genevieve MacSteel, Esq.
MCGUIRE WOODS
1345 Avenue of rhe Americas, 7thFloor
New York, New York 10105
*Attorneys for American Standard Inc. and the Trane Co.*
*Fax 212-548-2150*

David M. Katzenstein, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
*Attorneys for Aurora Pump Company*
*Fax 212-509-4420*

Edward Wilbraham, Esq.
John Howarth, Esq.
Wilbraham, Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, PA 19103
*Attorneys for Buffalo Pumps, Inc.*
*Fax 215-564-4385*

Frank A. Cecere, Esq.
AHMUTY DEMERS & McMANUS
200 I.U. Willets Road
Albertson, New York 11507
*Attorneys for Carrier Corp.*
*Fax 516-294-5387*

Michael Waller, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
*Attorneys for Crane Co. and Crane Pumps & Systems, Inc.*
*Fax 973-848-4001*

Peter Lagenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, Hew York 10005
*Attorneys for Dunham-Bush, Inc.,*
*n/k/a Fort KentMoldings, Inc.*
*Fax 212-972-8798*

William Mueller, Esq.
CLEMENTE MUELLER & TOBIA, P.A,
P.O. Box 1296
Morristown, New Jersey 07962
*Attorneys for Durabla Manufacturing Co.*
*Fax 973-455-8118*

Donald Fay, Esq.
WATERS McPHERSON McNEIL
233 Broadway, Suite 970
New York, NY 10279
*Attorneys for Elliot Turbomachinery Co.*
*Fax 212-227-6534*

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Fairbanks Morse Pumps*
*Fax 212-651-7499*

Christopher Hannann, Esq..
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
*Attorneys for FMC Corporation*

*Fax 212-344-7402*

Erich Gleber, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD
830 Third Avenue, Suite 400
New York, NY 10022
*Attorneys for Flowerserve Corporation*
*Fax 212-651-7499*

Michael A. Tanenbaum, Esq.
Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12'' Floor
Newark, NJ 07102
*Attorneys for Foster Wheeler Energy Corp,*
*Fax 973-242-8099*

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Garlock Sealing Technologies*
*Fax 212-651-7499*

Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for General Electric Company*
*Fax 973-242-8099*

Suzanne Halbardier, Esq,
BARRY McTIERNAN & MOORE
2 Rector Street, 14''' Floor
New York, New York 10006
*Attorneys for General Refractories*
*Fax 212-608-8901*

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Goulds Pumps Inc.,*
*Leslie Controls, Inc., Howden Buffalo, Inc.*
*Fax 718-935-1509*

Jeff Kluger, Esq./ Joan Gaisor, Esq.
McGIVNEY & KLUGER , P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Hercules Chemical Co, Inc.*
*Fax 212-509-4420*

Jennifer Darger, Esq.
DARGER & ERRANTE, LLP
116 E.27th Street, 12lh Floor
New York, NY 10016
*Attorneys for Hopeman*
*Fax 212-452-5301*

Lawrence G, Cetrulo, Esq./
Christopher A. D. Hunt, Esq.
CETRULO & CAPONE LLP
20 Exchange Place
New York, NY 10005
*Attorneys for Howden Buffalo, Inc.*
*Fax 212-635-2239*

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17ʲⁱ Floor
New York, New York 10017
*Attorneys for IMO, and Warren Pumps, Inc.*
*Fax 212-486-3099*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
*Attorneys for Ingersoll-Rand Company*
*Fax 732-528-4445*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
115 Broadway, 19th Floor
New York, New York 10006
*Attorneys for Ingersoll-Rand Company*
*732-528-4445*

Robert C. Malaby, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 1003 8
*Attorneys for JH France Refractories Co.*
*Fax 212-791-0286*

Mark S. Gaffrey, Esq.
HOAGLAND LONGO MORAN
DUNST & DOUKAS
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*Attorneys for Johnston Boilers Co.*
*Fax 732-545-4579*

Elisa Gilbert, Esq.
GILBERT & GILBERT LLC
350 Fifth Avenue, Suite 5615
New York, New York 10018-5615
*Attorneys for Northrop Gromman*
Fax 212-286-8522

Timothy J. McHugh, Esq.
LAVIN, O'NEIL, RICCI,
CEDRONE & DISIPIO
420 Lexington Ave, Suite 2900
Graybar Building
New York, NY 10170
*Attorneys for Otis Elevator Co.*
Fax 212-319-6932

Arthur D. Bromberg, Esq.
WEINER LESNIAK, LLP
629 Parsippany Road
PO Box 0438
Parsippany, NJ 70754-0438
*Attorneys for Peerless Industries, Inc.*
*Fax 973-403-0010*

Stephen A. Manuele, Esq.
FELDMAN KIEFFER & HERMAN, LLP
The Dunn Building
110 Pearl Street, Suite 400
Buffalo, New York 14202
*Attorneys for Quaker Chemical Corporation,*
*Selby Battersby & Company*
*Fax 716-852-4253*

Linda Yassky, Esq.
SONNENSCHEIN NATH
&ROSENTHAL LLP
1221 Avenue of the Americas
23rd Floor
New York, New York 10020
*Attorneys for Rapid-American Corp.*
*Fax 212-768-6800*

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
*Attorneys for Sterling Fluid Systems*
*Fax 212-344-7402*

Joan Gaisor, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for TACO, Inc.*
*Fax 212-509-4420*

Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, Suite 2300
New York, New York 10004
*Attorneys for Tote Andale, Inc.*
*Fax 212-509-4420*

Dave Weinberg, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for The Anchor Packing Co.*
*Fax 212-651-7499*

Chuck McGivney, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for The Nash Engineering Co.*
*Fax 212-509-4420*

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Tyco Flow Control Inc.*
*Fax 215-925-0307*

Stephen S. Davie, Esq.
MACKENZIE HUGHES, LLP
101 South Salina Street
P.O. Box 4967
Syracuse, NY 13221-4967
*Attorneys for Tyco Flow Control Inc.*
*Fax 315-233-8235*

Judith Yavitz, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
*Attorneys for Union Carbide*
*Fax 212-278-1733*

Norman Senior, Esq.
GREENFIELD STEIN & SENIOR
600 Third Avenue
New York, New York 10016
*Attorneys for Uniroyal, Inc.*
*Fax 212-818-1264*

William .&. Bradley, III, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
*Attorneys for Viacom, Inc.*
*Fax 212-791-0286*

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Yarway Corp*
*Fax 215-925-0307*

Robert J. Kenney, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Gardner Denver*
*Fax 212-651-7499*

Diane Pompei, Esq.
SEGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for Gardner Denver*
*Fax 973-242-8099*

Counsel Unknown for the following Defendants:
BLACKMER PUMP
GRISHAM RUSSELL
WALTER H. EAGAN CO, INC.
WEIL PUMP CO.