JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

AUG 21 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Lorena Belsome Lajaunie, et al. v. CSR Ltd., et al.,  )
        E.D. Louisiana, C.A. No. 2:07-3626        )      MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Lajuanie*) on August 15, 2007. The Panel has now been advised that *Lajuanie* was remanded to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, by the Honorable Eldon E. Fallon in an order filed on August 20, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-285" filed on August 15, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 21 2007