**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 3 2007

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES OF AMERICA

JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **BETTY E. LERILLE,** *et al.* | * | |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | MDL DOCKET NO. 875 |
| | * | (CTO-284) |
| **MONSANTO CORP.,** *et al.* | * | |
| Defendants. | * | |
| | * | |
| United States District Court, | * | |
| Eastern District of Louisiana | * | |
| Civil Action No. 2:07-cv-3621-LMA-SS | * | |

* * * * * * * * * * * * * *

**OPPOSITION TO CONDITIONAL TRANSFER ORDER**

**MAY IT PLEASE THE COURT:**

Peter R. Territo, American Motorists Insurance Company, OneBeacon Insurance Group, LLC, individually and as successor-by-merger to Commercial Union Insurance Company, Highlands Insurance Company, and Travelers Indemnity Company, incorrectly identified as "The Travelers Insurance Company," in their capacities as the alleged insurers of John Chantrey, James O'Donnell, George Kelmell, Edward Hartzman, Steven Kennedy, Henry "Zac" Carter, and Hettie Margaret Dawes-Eaves, deceased Executive Officers of Avondale Industries, Inc. (collectively the "Avondale Interests"), oppose the conditional transfer order upon showing that they intend to file a Motion for Summary Judgment with the conditional transferor court raising a very important issue of first impression about federal pre-emption and their immunity under the Longshore and Harbor Worker's Compensation Act ("LHWCA"). Due to the fact that their status as defendants establishes federal subject matter jurisdiction in this case, the Avondale Interests can have their LHWCA immunities recognized and be fully and finally dismissed from the litigation if their Motion for Summary Judgment is successful. If they are, the original basis

PLEADING NO. 5146

**OFFICIAL FILE COPY**

IMAGED AUG 2 3 2007

for federal subject matter jurisdiction will then be absent from the case and it can be remanded to state court where it originated and re-consolidated with its companion lawsuit in the interests of judicial economy.

The Avondale Interests anticipate a quick decision from the conditional transferor court and request that the Panel forebear to transfer this case until the underlying Motion for Summary Judgment is resolved.

                                    Respectfully Submitted,

                                    *[signature]*

Gary A. Lee, La. Bar No. 08265
Richard M. Perles, La. Bar No. 01534
A. Ann Cates, La. Bar No. 24769
**Patricia C. Penton, La. Bar No. 1120**
**Steven E. Lacoste, La. Bar No. 23512**
**Lee, Futrell & Perles, L.L.P.**
201 St. Charles Avenue, Suite 4120
New Orleans, LA 70170
Telephone:    (504) 569-1725
Facsimile:    (504) 569-1726
e-mail:    glee@leefutrell.com
          reperles@leefutrell.com
          acates@leefutrell.com
          ppenton@leefutrell.com
          slacoste@leefutrell.com
**Attorneys for Peter Territo**

                      *and*

*[signature]*

Brian C. Bossier, La. Bar No. 16818
Edwin A. Ellinghausen, III, La. Bar No. 1347
Christopher T. Grace, III, La. Bar No. 26901
Blue Williams, L.L.P.
3421 North Causeway Boulevard, 9th Floor
Metairie, LA 70002
Telephone:   (504) 831-4090
Facsimile:   (504) 849-4091
e-mail:      bbossier@bluewilliams.com
             ellinghausen@bluewilliams.com
             cgrace@bluewilliams.com

**Attorneys for American Motorists Insurance Company, Highlands Insurance Company, in their capacities as the alleged insurers of John Chantrey, James O'Donnell, George Kelmell, Edward Hartzman, Steven Kennedy, Henry "Zac" Carter, and Hettie Margaret Dawes-Eaves, deceased Executive Officers of Avondale Industries, Inc.**

*and*

*[signature]*

Samuel M. Rosamond, III, La. Bar No. 17122
Adam D. deMahy, La. Bar No. 29826
Crawford Lewis
400 Poydras Street, Suite 2100
New Orleans, LA 70130
Telephone:   (504) 568-1933
Facsimile:   (504) 568-9699
e-mail:      srosamond@crawford-lewis.com
             ademahy@crawford-lewis.com

**Attorneys for OneBeacon Insurance Group, LC, individually and as successor-by-merger to Commercial Union Insurance Company, in its capacity as the alleged insurer of John Chantrey, James O'Donnell, George Kelmell, Edward Hartzman, Steven Kennedy, Henry "Zac" Carter, and Hettie Margaret Dawes-Eaves,**

deceased Executive Officers of Avondale Industries, Inc.

*and*

*[signature]*

Gordon P. Wilson, La. Bar No. 20426
F. Lewis Parks, Jr., La. Bar No. 29646
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:         gwilson@lawla.com
                   lparks@lawla.com

**Attorneys for Peter Territo and The Travelers Indemnity Company, incorrectly identified as "The Travelers Insurance Company," in its capacity as the alleged insurer of John Chantrey, James O'Donnell, George Kelmell, Edward Hartzman, Steven Kennedy, Henry "Zac" Carter, and Hettie Margaret Dawes-Eaves, deceased Executive Officers of Avondale Industries, Inc.**

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE UNITED STATES OF AMERICA

AUG 2 3 2007

JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| **BETTY E. LERILLE,** *et al.* | * | |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | MDL DOCKET NO. 875 |
| | * | (CTO-284) |
| **MONSANTO CORP.,** *et al.* | * | |
| Defendants. | * | |
| | * | |
| United States District Court, | * | |
| Eastern District of Louisiana | * | |
| Civil Action No. 2:07-cv-3621-LMA-SS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

I hereby certify that on 22 August 2007 a copy of the foregoing OPPOSITION TO CONDITIONAL TRANSFER ORDER was filed with the Clerk of the Judicial Panel for Multidistrict Litigation. Notice of this filing will be sent to:

| | | |
|---|---|---|
| Lawrence E. Abbott<br>Abbott, Simses & Kuchler<br>5100 Village Walk, Suite 200<br>Covington, LA 70433 | Gary A. Bezet<br>Kean, Miller, Hawthrone,<br>D'Armond, et al.<br>One American Place, 22nd Floor<br>P.O. Box 3513<br>Baton Rouge, LA 70821-3513 | Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square, 3900 Key Center<br>Cleveland, OH 44114 |
| Lisa N. Busch<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038 | Larry G. Canada<br>Galloway, Johnson, Tompkins, Burr<br>& Smith<br>701 Poydras Street, Suite 4040<br>New Orleans, LA 70139 | Edward J. Cass<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, Ohio 44115 |
| Adam N. Chud<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | David A. Damico<br>Burns, White & Hickton, LLC<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | Kathleen F. Drew<br>Adams & Reese, LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139 |
| Brian J. Engeron<br>Abbott, Simses & Kuchler<br>400 Lafayette Street, Suite 200<br>New Orleans, LA 70130 | Eric K. Falk<br>Davies, McFarland & Carroll<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222 | Sheri Sport Faust<br>Frilot, Partridge, Kohnke &<br>Clements, LC<br>1100 Poydras Street, Suite 3600<br>New Orleans, LA 70163-3600 |
| Raymond P. Forceno<br>Forceno & Hannon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106 | Darryl J. Foster<br>Lemle & Kelleher, L.L.P.<br>601 Poydras Street, Suite 2100<br>New Orleans, LA 70130-6097 | Ellen B. Furman, Esq.<br>Goldfein & Hosmer<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 |

Molly Marie Gattuso
Forman, Perry, Watkins, Krutz & Tardy, LLP
1515 Poydras Street, Suite 1300
New Orleans, LA 70112

Susan M. Hansen
Brownson & Ballou
4800 U.S. Bank Place
601 Second Avenue, South
Minneapolis, MN 55402

Margaret M. Joffee
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
1100 Poydras Street, Suite 3000
New Orleans, LA 70163-3000

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Andrew H. Meyers
Breaud & Lemoine
P.O. Box 3448
Lafayette, LA 70502

Kenneth S. Mroz
Swartz & Campbell
4750 U.S. Steel Building
6000 Grant Street
Pittsburgh, PA 15219

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Michael D. Goggans
Page, Mannino, Peresich & McDermott, PLLC
P.O. Box 16450
Jackson, MS 39236-6450

Bradley A. Hays
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Mary S. Johnson
Johnson Gray McNamara, LLC
69150 Hwy. 190 E. Service Road
Covington, LA 70433

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Mickey P. Landry
Landry & Swarr
1010 Common Street, Suite 2050
New Orleans, LA 70112

Pamela J. Lormand
Preston Law Firm, LLP
909 Poydras Street, Suite 2400
New Orleans, LA 70112-4004

Chardwick J. Mollere
Johnson Gray McNamara, LLC
650 Poydras Street, Suite 1905
New Orleans, LA 70130

Thomas M. Nosewicz
Jones, Walker, Waechter, et al.
201 St. Charles Avenue, 49th Floor
New Orleans, La 70170

H. Philip Radecker, Jr.
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras Street, Suite 3200
New Orleans, LA 70163-3200

Samuel M. Rosamond, III
Crawford Lewis, PLLC
400 Poydras Street, Suite 2100
New Orleans, LA 70130

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard. 6th Floor
Los Angeles, CA 90025

Robert J. Grimm
Swartz Campbell, LLC
4750 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

Matthew P. Lachausse
Dogan & Wilkinson, PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Gary Allen Lee
Lee, Futrell & Perles, LLP
201 St. Charles Avenue, Suite 4120
New Orleans, LA 70170-4120

Mark F. McKenna
Mark F. McKenna & Associates
436 Boulevard of the Allies, Suite 500
Pittsburgh, PA 15219

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Boulevard
Mt. Pleasant, SC 29264

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
24110 Eden Street
P.O. Box 71
Plaquemine, LA 70765-0071

Kenan Slade Rand
Plauche, Maselli, Landry & Parkerson, LLP
701 Poydras Street, Suite 3800
New Orleans, LA 70139

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West, Suite 410
Houston, TX 77018

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
645 Griswold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Mona L. Wallace
Wallace & Graham, P.C.
525 North Main Street
Salisbury, NC 28144

George D. Yaron
Yaron & Associates
601 California Street, 21st Floor
San Francisco, CA 94111

Glenn Lyle Maximilian Swetman
Aultman, Tyner & Ruffin, Ltd.
400 Poydras Street, Suite 1900
New Orleans, LA 70130

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Anna Kathryn Breard
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Lawrence G. Pugh, III
Montgomery Barnett
1100 Poydras Street, Suite 3200
New Orleans, LA 70163-3200

_____
Gordon P. Wilson, La. Bar No. 20426
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195
e-mail:        gwilson@lawla.com

**Attorneys for Peter Territo and The Travelers Indemnity Company, incorrectly identified as "The Travelers Insurance Company," in its capacity as the alleged insurer of John Chantrey, James O'Donnell, George Kelmell, Edward Hartzman, Steven Kennedy, Henry "Zac" Carter, and Hettie Margaret Dawes-Eaves, deceased Executive Officers of Avondale Industries, Inc.**

Mr. Jeffery N. Lüthi
Clerk of the Panel
22 August 2007
Page 2

Betty E. Lerille, *et al.* v. Monsanto Corp., *et al.*
MDL Docket No. 875 (CTO-284)
> *This Document relates to:*
> Betty E. Lerille, *et al.* v. Monsanto Corp., *et al.*
> United States District Court, Eastern District of Louisiana
> Civil Action No. 2:07-cv-3621-LMA-SS

| | | |
|---|---|---|
| Lawrence E. Abbott<br>Abbott, Simses & Kuchler<br>5100 Village Walk, Suite 200<br>Covington, LA 70433 | Gary A. Bezet<br>Kean, Miller, Hawthrone,<br>D'Armond, et al.<br>One American Place, 22nd Floor<br>P.O. Box 3513<br>Baton Rouge, LA 70821-3513 | Richard C. Binzley<br>Thompson Hine, LLP<br>127 Public Square, 3900 Key Center<br>Cleveland, OH 44114 |
| Lisa N. Busch<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038 | Larry G. Canada<br>Galloway, Johnson, Tompkins,<br>Burr & Smith<br>701 Poydras Street, Suite 4040<br>New Orleans, LA 70139 | Edward J. Cass<br>Gallagher, Sharp, Fulton &<br>Norman Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, Ohio 44115 |
| Adam N. Chud<br>Shea & Gardner<br>1800 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | David A. Damico<br>Burns, White & Hickton, LLC<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | Kathleen F. Drew<br>Adams & Reese, LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139 |
| Brian J. Engeron<br>Abbott, Simses & Kuchler<br>400 Lafayette Street, Suite 200<br>New Orleans, LA 70130 | Eric K. Falk<br>Davies, McFarland & Carroll<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222 | Sheri Sport Faust<br>Frilot, Partridge, Kohnke & Clements, LC<br>1100 Poydras Street, Suite 3600<br>New Orleans, LA 70163-3600 |
| Raymond P. Forceno<br>Forceno & Hannon<br>111 S. Independence Mall East<br>The Bourse, Suite 1000<br>Philadelphia, PA 19106 | Darryl J. Foster<br>Lemle & Kelleher, L.L.P.<br>601 Poydras Street, Suite 2100<br>New Orleans, LA 70130-6097 | Ellen B. Furman, Esq.<br>Goldfein & Hosmer<br>1600 Market Street, 33rd Floor<br>Philadelphia, PA 19103 |
| Molly Marie Galluso<br>Forman, Perry, Watkins, Krutz & Tardy, LLP<br>1515 Poydras Street, Suite 1300<br>New Orleans, LA 70112 | Michael D. Goggans<br>Page, Mannino, Peresich & McDermott, PLLC<br>P.O. Box 16450<br>Jackson, MS 39236-6450 | Robert J. Grimm<br>Swartz Campbell, LLC<br>4750 U.S. Steel Building<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Susan M. Hansen<br>Brownson & Baltou<br>4800 U.S. Bank Place<br>601 Second Avenue, South<br>Minneapolis, MN 55402 | Bradley A. Hays<br>Aultman, Tyner & Ruffin, Ltd.<br>P.O. Drawer 750<br>315 Hemphill Street<br>Hattiesburg, MS 39403-0750 | Jeffrey P. Hubbard<br>Wells, Moore, Simmons & Hubbard<br>P.O. Box 1970<br>Jackson, MS 39215-1970 |
| Margaret M. Joffee<br>Deutsch, Kerrigan & Stiles<br>755 Magazine Street<br>New Orleans, LA 70130 | Mary S. Johnson<br>Johnson Gray McNamara, LLC<br>69150 Hwy. 190 E. Service Road<br>Covington, LA 70433 | Jeffrey A. Kaiser<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104 |

216847_1

Mr. Jeffery N. Lüthi
Clerk of the Panel
22 August 2007
Page 3

| | | |
|---|---|---|
| Susan B. Kohn<br>Simon, Peragine, Smith & Redfearn<br>1100 Poydras Street, Suite 3000<br>New Orleans, LA 70163-3000 | Reginald S. Kramer<br>Oldham & Dowling<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | Matthew P. Lachausse<br>Dogan & Wilkinson, PLLC<br>P.O. Box 1618<br>Pascagoula, MS 39568-1618 |
| David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Mickey P. Landry<br>Landry & Swarr<br>1010 Common Street, Suite 2050<br>New Orleans, LA 70112 | Gary Allen Lee<br>Lee, Futrell & Perles, LLP<br>201 St. Charles Avenue, Suite 4120<br>New Orleans, LA 70170-4120 |
| Gene Locks<br>Locks Law Firm, LLC<br>1500 Walnut Street<br>Philadelphia, PA 19102 | Pamela J. Lormand<br>Preston Law Firm, LLP<br>909 Poydras Street, Suite 2400<br>New Orleans, LA 70112-4004 | Mark F. McKenna<br>Mark F. McKenna & Associates<br>436 Boulevard of the Allies, Suite 500<br>Pittsburgh, PA 15219 |
| Andrew H. Meyers<br>Breaud & Lemoine<br>P.O. Box 3448<br>Lafayette, LA 70502 | Chardwick J. Mollere<br>Johnson Gray McNamara, LLC<br>650 Poydras Street, Suite 1905<br>New Orleans, LA 70130 | Ronald L. Motley<br>Motley Rice, LLC<br>P.O. Box 1792<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29264 |
| Kenneth S. Mroz<br>Swartz & Campbell<br>4750 U.S. Steel Building<br>6000 Grant Street<br>Pittsburgh, PA 15219 | Thomas M. Nosewicz<br>Jones, Walker, Waechter, et al.<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, La 70170 | Patrick W. Pendley<br>Pendley, Baudin & Coffin, LLP<br>24110 Eden Street<br>P.O. Box 71<br>Plaquemine, LA 70765-0071 |
| Timothy W. Porter<br>Porter & Malouf, P.A.<br>P.O. Box 12768<br>Jackson, MS 39236-2768 | H. Philip Radecker, Jr.<br>Montgomery, Barnett, Brown, Read, et al.<br>1100 Poydras Street, Suite 3200<br>New Orleans, LA 70163-3200 | Kenan Slade Rand<br>Plauche, Maselli, Landry & Parkerson, LLP<br>701 Poydras Street, Suite 3800<br>New Orleans, LA 70139 |
| John J. Repcheck<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Samuel M. Rosamond, III<br>Crawford Lewis, PLLC<br>400 Poydras Street, Suite 2100<br>New Orleans, LA 70130 | John D. Roven<br>Roven, Kaplan & Wells<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 |
| Richard D. Schuster<br>Vorys, Sater, Seymour & Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216-1008 | Neil Selman<br>Selman, Breitman & Burgess<br>11766 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90025 | Robert N. Spinelli<br>Kelley, Jasons, McGuire & Spinelli<br>Centre Square West, 15th Floor<br>Philadelphia, PA 19102 |
| Robert E. Swickle<br>Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>645 Griswold Street<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226 | Andrew J. Trevelise<br>Reed Smith, LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | David L. Trewolla<br>Dogan & Wilkinson, PLLC<br>P.O. Box 23062<br>Jackson, MS 39225-3062 |
| Mona L. Wallace<br>Wallace & Graham, P.C.<br>525 North Main Street<br>Salisbury, NC 28144 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 | Gordon P. Wilson<br>Lugenbuhl, Wheaton, et al.<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130 |

216847_1

Mr. Jeffery N. Lüthi
Clerk of the Panel
22 August 2007
Page 4

| George D. Yaron<br>Yaron & Associates<br>601 California Street, 21st Floor<br>San Francisco, CA  94111 | Anna Kathryn Breard<br>Galloway, Johnson, Tompkins, Burr & Smith<br>701 Poydras Street, Suite 4040<br>New Orleans, LA  70139 | Lawrence G. Pugh, III<br>Montgomery Barnett<br>1100 Poydras Street, Suite 3200<br>New Orleans, LA  70163-3200 |
|---|---|---|
| Glenn Lyle Maximilian Swetman<br>Aultman, Tyner & Ruffin, Ltd.<br>400 Poydras Street, Suite 1900<br>New Orleans, LA  70130 | | . |

216847_1