

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 23 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

James Samuel Warfield, et al. v. Northrop Grumman Ship )
   Systems, Inc., et al., D. Maryland, C.A. No. 1:07-1870 )      MDL No. 875

## ORDER STRIKING PLEADING

The Clerk has filed papers styled as <u>Notice of Opposition</u> in the above-captioned action. The papers are deficient, however, in the area(s) checked below:

\_\_\_ Insufficient number of copies (Rule 5.12(a))

\_\_\_ Incomplete service or notation regarding lack of service on all parties in all actions (Rule 5.2(a))

\_\_\_ Counsel lists do not identify party represented and/or do not include complete names and addresses (Rule 5.2(a))

\_\_\_ Service of motion in affected district courts not complete (Rule 5.12(c) and Rule 5.2(b))

\_\_\_ Supporting brief not included (Rule 7.2(a)(i))

\_\_\_ Schedule incomplete and/or not included (Rule 7.2(a)(ii))

\_\_\_ Schedule lists state court actions (Rule 7.2(a)(ii)(B))

\_\_\_ Papers do not comply regarding format, heading, attorney in charge of case, or brief contains excessive number of pages (Rule 7.1(f))

\_\_\_ Remand motion does not include affidavit complying with requirements of Rule 7.6(d)

**XX** Other -- The Notice of Opposition was filed in a matter not presently pending before the Panel. Due to clerical error, a copy of CTO-284 was inadvertently mailed to counsel in the above-captioned action. This action is not listed on the Schedule of Actions pertaining to CTO-284 and is not pending before the Panel.

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: August 23, 2007

FOR THE PANEL

John G. Heyburn II
Chairman

OFFICIAL FILE COPY     IMAGED AUG 2 3 2007