JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

AUG - 8 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-284)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,327 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED AUG 2 4 2007

## SCHEDULE CTO-284 - TAG-ALONG ACTIONS
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA NORTHERN
CAN  3   07-3474         Jo Gunter Hewitt, et al. v. Allis Chalmers Corp. Product Liability Trust, et al.

LOUISIANA EASTERN
~~LAE  2   07-2764~~       ~~Nolan Fontenot v. Chevron USA, Inc., et al.~~      Opposed 8/22/07
~~LAE  2   07-2777~~       ~~Clyde L. Tyer v. Union Carbide Corp., et al.~~     Opposed 8/22/07
~~LAE  2   07-3621~~       ~~Betty E. Lerille, et al. v. Monsanto Corp., et al.~~   Opposed 8/23/07

MISSISSIPPI SOUTHERN
MSS  1   07-926          Rufus Ellis v. Crane Co., et al.
MSS  1   07-927          Willie D. Quinn v. Garlock, Inc., et al.
MSS  1   07-935          Oliver Wendell Gordon v. Durabla Manufacturing Co., et al.

NORTH CAROLINA WESTERN
NCW  1   07-235          Nick Alan Boles, et al. v. Aqua-Chem, Inc., et al.
NCW  1   07-236          John Edward Tesnear, Jr., et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
NYE  1   07-2544         Charles E. Goodman, Jr., et al. v. A.W. Chesterton Co., et al.
NYE  1   07-2545         Jacqueline H. Foulkrod, etc. v. A.W. Chesterton Co., et al.
NYE  1   07-2562         Leonard Kaye v. A.W. Chesterton Co., et al.

PENNSYLVANIA WESTERN
PAW  2   07-934          Lloyd W. Carmichael v. Borg-Warner Corp., et al.
PAW  2   07-935          Lewis W. Headley v. Borg-Warner Corp., et al.
PAW  2   07-936          Carl B. Reynolds v. Borg-Warner Corp., et al.
PAW  2   07-937          Harry C. Nestler, et al. v. Dana Corp., et al.
PAW  2   07-938          Thomas Harbin v. DaimlerChrysler Corp., et al.
PAW  2   07-939          Donald W. McDonough, et al. v. Borg-Warner Corp., et al.
PAW  2   07-940          Thomas J. Davidson, et al. v. Borg-Warner Corp., et al.
PAW  2   07-941          Alex Simon v. Borg-Warner Corp., et al.
PAW  2   07-942          Joseph T. Blaszkowski, et al. v. Borg-Warner Corp., et al.

SOUTH CAROLINA
SC  0   07-1788          Donnie Ray Keller, et al. v. Aqua-Chem, Inc., et al.
SC  0   07-1789          Robert Franklin Boone v. Aqua-Chem, Inc., et al.
SC  0   07-1895          Benjamin Franklin Ford, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  0   07-1924          Johnny Lee Chrisley, et al. v. Aqua-Chem, Inc., et al.
SC  7   07-1854          Thomas Phillip Hendrix, et al. v. Aqua-Chem, Inc., et al.
SC  7   07-1857          Marshall Eugene Greene, et al. v. Aqua-Chem, Inc., et al.
SC  8   07-1787          Carroll David Martin, et al. v. Aqua-Chem, Inc., et al.
SC  8   07-1790          Timothy Edward Bagwell, et al. v. Aqua-Chem, Inc., et al.
SC  8   07-1856          Ronald Steven Bryant, et al. v. Aqua-Chem, Inc., et al.
SC  8   07-1912          Billy Harris Hudgens, et al. v. Aqua-Chem, Inc., et al.
SC  8   07-1913          William Michael Jackson, et al. v. Aqua-Chem, Inc., et al.
SC  8   07-1915          Paul Gettys Burnett, Jr., et al. v. Aqua-Chem, Inc., et al.
SC  8   07-1921          Boyce Allen McWhorter, et al. v. Aqua-Chem, Inc., et al.
SC  8   07-1926          Eloise Jane Lusk v. Aqua-Chem, Inc., et al.