MDL 875

**FORMAN PERRY WATKINS KRUTZ & TARDY, LLP**

ATTORNEYS AT LAW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 4 2007

FILED
CLERK'S OFFICE

200 South Lamar Street
City Centre Building, Suite 100
Jackson, Mississippi 39201-4099

Post Office Box 22608
Jackson, Mississippi 39225-2608

Telephone: 601-960-8600
Main Facsimile: 601-960-8613
Asbestos Facsimile: 601-960-3241

Laurin McGuffee
Attorney
Mcguffeelc@fpwk.com
Direct Dial: (601) 973-5925

August 24, 2007

*Via Facsimile (202) 502-2888*
Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

> Request of Certain Defendants in Beazley, et al.,
> PAE (MSS 1:05-38); Moulder, et al., PAE (MSS 1:05-39);
> and Hamberlin, et al., PAE (MSS 1:05-41) for Extension
> of Time to File Motion/Brief to Vacate CRO -- GRANTED
> TO AND INCLUDING SEPTEMBER 6, 2007
>                                        (cdm - 8/24/07)

> *Re:*   **Gene Beazley, et al. vs. A. W. Chesterton, et al.;** United States District Court, Southern
> District of Mississippi; Civil Action No. 1:05CV38WJG
> **William Moulder, et al. vs. Monsanto, et al.;** United States District Court, Southern District
> of Mississippi; Civil Action No. 1:05CV39WJG
> **Ray Alsworth, et al. vs. Scapa Waycross, Inc., et al. Consolidated with Willie Hamberlin,
> et al. vs. Owens-Illinois, Inc., et al.;** United States District Court, Southern District of
> Mississippi; Civil Action No. 1:05CV41WJG

Dear Mr. Lüthi:

On August 10, 2007, our firm faxed to your office a copy of Certain Defendants' Notice of
Opposition to Remand in each of the above referenced matters. On August 22, 2007, we received by fax and
certified mail your correspondence confirming receipt of our Notice of Opposition, a copy of the Panel
Service List, and the Briefing Schedule. According to the briefing schedule, we have until August 27, 2007
within which to file our Motion to Vacate and Supporting Brief. Due to our delay in receiving this
correspondence, we respectfully request an additional ten (10) days to file same. We represent the following
defendants in these cases:

1. *Beazley* - AstenJohnson, Inc., successor-in-interest to Asten, Inc., which was successor-in-interest
by way of name change to Asten Group, Inc. (which traded as Asten-Hill Manufacturing Co.), Bondex
International, Inc., General Electric Company, Gulf Coast Marine Supply Company, Inc., Industrial Holdings
Corporation f/k/a The Carborundum Company; Komp Equipment Co., Inc.,  Marine Specialty Co., Inc.,
Standard Motor Products, Inc., Turner Supply Company, and Zurn Industries, Inc.

2. *Moulder* - AstenJohnson, Inc., successor-in-interest to Asten, Inc., which was successor-in-interest
by way of name change to Asten Group, Inc. (which traded as Asten-Hill Manufacturing Co.), Amsted
Industries, Inc., Bondex International, Inc., General Electric Company, Gulf Coast Marine Supply Company,
Inc., Industrial Holdings Corporation f/k/a The Carborundum Company,  Komp Equipment Co., Inc.,
Standard Motor Products, Inc., Turner Supply Company, and Zurn Industries, Inc.

IMAGED AUG 2 7 2007   **OFFICIAL FILE COPY**

PLEADING NO. 5 1 5 4

Jeffery N. Lüthi
August 24, 2007
Page 2

    3. *Hamblin* - AstenJohnson, Inc., successor-in-interest to Asten, Inc., which was successor-in-interest by way of name change to Asten Group, Inc. (which traded as Asten-Hill Manufacturing Co.), Bondex International, Inc., General Electric Company, Gulf Coast Marine Supply Company, Inc., Industrial Holdings Corporation f/k/a The Carborundum Company, Komp Equipment Co., Inc., Marine Specialty Co., Inc., Standard Equipment Co., Inc., Turner Supply Company, and Zurn Industries, Inc.

    Thank you for your consideration in this matter. Should you have any questions or comments in this regard, please do not hesitate to contact me.

        Sincerely,

        FORMAN PERRY WATKINS KRUTZ & TARDY, LLP

        Laurin McGuffee
        Attorney

LDM/hlb
Enclosure