**MBL 875**

DOCKET NO. 875

BEFORE THE UNITED STATES JUDICIAL
ON PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 8 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### NOTICE OF OPPOSITION

COMES NOW, the Plaintiff in *John W. Henry v. Plastics Engineering Co., et al. MSS 1 07-945;* by and through counsel, and files this his Notice of Opposition to the Conditional Transfer Order (CTO-285).

RESPECTFULLY SUBMITTED, this the 27th day of August, 2007.

By: _____
John T. Givens
Attorney for Plaintiff

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

PLEADING NO. 5155

**OFFICIAL FILE COPY**

2007 AUG 28 A 10: 34
RECEIVED
CLERK'S OFFICE

IMAGED AUG 2 8 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 28 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, John T. Givens, the undersigned counsel for Plaintiff, do hereby certify that I have this caused to be served, via U.S. Mail, postage fully prepaid, a true and correct copy of *Plaintiff's Notice of Opposition* to all counsel of record at their usual and regular mailing addresses listed on Exhibit "A".

This, the 27th day of August, 2007.

_____
John T. Givens

2007 AUG 28 A 10: 34
RECEIVED
CLERK'S OFFICE