# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2007

FILED
CLERK'S OFFICE

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

EDWARD S. BOSEK
EDWARD BRANIFF ††
JOHN M. BROADDUS £
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
BRIAN BUTCHER ≠
DAVID A. CHANDLER
VINCENT CHENG
EILEEN CLARKE
THOMAS COMERFORD ††
ADAM R. COOPER
BENJAMIN DARCHE
CHARLES M. FERGUSON

STUART R. FRIEDMAN
STEVEN J. GERMAN ††§
LAWRENCE GOLDHIRSCH °ʳ
ROBIN L. GREENWALD *
EDWARD J. HAHN *
CATHERINE HEACOX ††
RENEE L. HENDERSON ··
MARIE L. IANNIELLO †
ERIK JACOBS
GARY R. KLEIN ††
JERRY KRISTAL ··$
DEBBI LANDAU
ROBERTO LARAGUENTE *
DIANNE LE VERRIER

HANNAH LIM ††
JAMES C. LONG, JR. ··
VICTORIA MANIATIS ††
CURT D. MARSHALL
RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS McNEW *g
WILLIAM J. NUGENT
ANGELA PACHECO ≠
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
ELLEN RELKIN * ×
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
JILLIAN ROSEN
DAVID ROSENBAND
JIM ROSS ≠
SHELDON SILVER*
FRANKLIN P. SOLOMON ¶
SHERI L. TARR *
JAMES S. THOMPSON ††
JOSHUA VITOW
DOUGLAS D. von OISTE ‡
JOSEPH PATRICK WILLIAMS
NICHOLAS WISE
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
° Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
·· Also admitted in NJ and PA
≠ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
× Also admitted in VA and NJ
** Also admitted in DC and TX
£ Also admitted in DC, MD, PA and VA
ʳ Also admitted in DC and VA
g Admitted only in CO
× Admitted only in TX

**BY FAX**

September 4, 2007

Jeffrey N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary
 Building
Room G-255, North Lobby
Washington, D.C. 20002

> Re: Conditional Transfer Order CTO-286, IN RE Asbestos
> Products Liability Litigation (No. VI), MDL No. 875:
> <u>John Alexander et al. v. Amchem Products, Inc., et al.,</u>
> <u>Case No. NYS 1 07-6441 (S.D.N.Y.)</u>

Dear Mr. Luthi:

In accordance with Rule of Judicial Panel 7.4, Plaintiffs John Alexander and Braulia Alexander respectfully file this notice of opposition to the transfer of their above-referenced case, now pending in the U.S. District Court for the Southern District of New York ("S.D.N.Y."), to the Eastern District of Pennsylvania pursuant to CTO-286, filed on August 21, 2007, in the Clerk's Office of the Judicial Panel On Multidistrict Litigation.

This case was removed from New York State Supreme Court by Defendants Ford Motor Company and General Motors Corporation on the ground that two defendants named in the case have been fraudulently joined to prevent removal of the case to federal court on the basis of diversity jurisdiction. On or about July 31, 2007, Plaintiffs filed their motion to remand the case to state court pursuant to 28 U.S.C. §1447, in the S.D.N.Y., contending that one defendant, which is a citizen of New York, has not been fraudulently joined, and that the

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE • ... • FAX 973-763-4020
215 MONARCH ST... • FAX 970-925-6035
100 E. 15TH STREET, ... • FAX 817-882-8585

**OFFICIAL FILE COPY**

IMAGED SEP 6 2007

removal also is defective because another remaining defendant has not consented to the removal. This case subsequently has been twice reassigned, and now is pending before the Hon. George B. Daniels. Judge Daniels has not yet set a briefing schedule and argument date for Plaintiffs' motion to remand.

Plaintiffs oppose the CTO on the ground that Judicial Panel Rule 1.5 states in relevant part that "[t]he pendency of a . . . conditional transfer order . . . does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court." Plaintiffs therefore submit that Judge Daniels should retain jurisdiction to decide Plaintiffs' pending motion to remand.

Very truly yours,

WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiffs John Alexander
and Braulia Alexander

By: _____
Stephen J. Riegel (SR-8832)
(212) 558-5838

cc: Hon. George B. Daniels
Jay A. Rappaport, Esq.
Don Pugliese, Esq.
Judith Yavitz, Esq.
Francis F. Quinn, Esq.
Joseph Churgin, Esq.

2007 SEP -4 P 12:42
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE