# WEITZ & LUXENBERG
## A PROFESSIONAL CORPORATION
### • LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500   FAX 212-344-8461
WWW.WEITZLUX.COM

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2007

FILED
CLERK'S OFFICE

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

EDWARD S. BOSEK
EDWARD BRANIFF ††
JOHN M. BROADDUS £
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
BRIAN BUTCHER ≠
DAVID A. CHANDLER
VINCENT CHENG
EILEEN CLARKE
THOMAS COMERFORD ††
ADAM R. COOPER
BENJAMIN DARCHE
CHARLES M. FERGUSON

STUART R. FRIEDMAN
STEVEN J. GERMAN ††§
LAWRENCE GOLDHIRSCH • •
ROBIN L. GREENWALD *
EDWARD J. HAHN '
CATHERINE HEACOX ††
RENEE L. HENDERSON ••
MARIE L. IANNIELLO †
ERIK JACOBS
GARY R. KLEIN ††
JERRY KRISTAL ••‡
DEBBI LANDAU
ROBERTO LARACUENTE '
DIANNE LE VERRIER

HANNAH LIM ††
JAMES C. LONG, JR. ••
VICTORIA MANIATIS ††
CURT D. MARSHALL
RICHARD S. McGOWAN * ‡‡‡
C. SANDERS McNEW *₪
WILLIAM J. NUGENT
ANGELA PACHECO ⁄
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
ELLEN RELKIN *₶
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
JILLIAN ROSEN
DAVID ROSENBAND
JIM ROSS ⁄
SHELDON SILVER'
FRANKLIN P. SOLOMON ¶
SHERI L. TARR •
JAMES S. THOMPSON ††
JOSHUA VITOW
DOUGLAS D. von OISTE ‡
JOSEPH PATRICK WILLIAMS
NICHOLAS WISE
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

' Of Counsel
‡ Also admitted in CT
* Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
•• Also admitted in NJ and PA
₪ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
₶ Also admitted in VA and NJ
ᵇ Also admitted in DC and TX
₤ Also admitted in DC, MD, PA and VA
ᵃ Also admitted in DC and VA
g Admitted only in CO
⁄ Admitted only in TX

**BY FAX**

MDL 875

September 4, 2007

Jeffrey N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary
   Building
Room G-255, North Lobby
Washington, D.C. 20002

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2007 SEP -4  P 2:26

RECEIVED
CLERK'S OFFICE

PLEADING NO. 5163

Re: Conditional Transfer Order CTO-286, IN RE Asbestos
Products Liability Litigation (No. VI), MDL No. 875:
<u>Moses Sherman et al. v. A.J. Pegno Construction Corp.
et al., Case No. NYS 1 07-6433 (S.D.N.Y.)</u>

Dear Mr. Luthi:

    In accordance with Rule of Judicial Panel 7.4, Plaintiffs Moses Sherman and Leola Sherman respectfully file this notice of opposition to the transfer of their above-referenced case, now pending in the U.S. District Court for the Southern District of New York ("S.D.N.Y."), to the Eastern District of Pennsylvania pursuant to CTO - 286, filed on August 21, 2007, in the Clerk's Office of the Judicial Panel On Multidistrict Litigation.

    This case was removed from New York State Supreme Court by Defendants Ford Motor Company and General Motors Corporation on the ground that a defendant named in the case has been fraudulently joined to prevent removal of the case to federal court on the basis of diversity jurisdiction. By letter dated August 8, 2007, Plaintiffs sent a letter to the Hon. Kenneth M. Karas (before whom the case is pending) in accordance with the Judge's Individual Rules, requesting a pre-motion conference to file a motion to remand the case to

**OFFICIAL FILE COPY**

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585

IMAGED SEP 6 2007

state court pursuant to 28 U.S.C. §1447, contending that the defendant, which is a citizen of New York, has not been fraudulently joined. It is counsel's understanding that Judge Karas will hold this pre-motion conference shortly.

Plaintiffs oppose the CTO on the ground that Judicial Panel Rule 1.5 states in relevant part that "[t]he pendency of a . . . conditional transfer order . . . does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court." Plaintiffs therefore submit that Judge Karas should retain jurisdiction to schedule and decide their motion to remand.

Very truly yours,

WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiffs Moses Sherman
and Leola Sherman

By: _____
Stephen J. Riegel (SR-9832)
(212) 558-5838

cc: Hon. Kenneth M. Karas
    Jay A. Rappaport, Esq.
    Don Pugliese, Esq.
    Judith Yavitz, Esq.