# MARTZELL & BICKFORD

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
REGINA O. MATTHEWS
SPENCER R. DOODY
JEFFREY M. BURG
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH

† also admitted in Texas & Colorado

ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE: (504) 581-7635

JOANNE M. LANAUX*
LITIGATION ADMINISTRATOR

*not licensed to practice law

E-MAIL: MB@MBFIRM.COM

Writer's Direct Email:

MBL 875

September 5, 2007

*Via Facsimile (202) 502-2888 and DHL Delivery*
Hon. Jeff Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re: *Docket No. 875 - Before the Judicial Panel on Multidistrict Litigation*
*Conditional Transfer Order (CTO-286)*
This pleading applies to: LAE 2 07-3777
Vernon Bourgeois, et al., vs. Peter Territo, et al.
Our File #9258-1

Dear Mr. Luthi:

In accordance with Conditional Transfer Order (CTO-286) as it relates to the referenced matter, please file this Notice of Opposition into the record of the court.

Pursuant to JPML Rule 7.4 (c), please note that the plaintiffs in the referenced matter oppose this transfer, and request that the Court issue a briefing schedule regarding their opposition in accordance with this rule.

Thank you for your assistance and cooperation in this matter.

Very truly yours,

MARTZELL & BICKFORD

Scott R. Bickford

SRB/cv

F:\Clients\BOURGEOIS.VERNON\CORRESP\Clerk, JPML re CTO Opposition.wpd

**OFFICIAL FILE COPY**

IMAGED SEP 6 2007

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SEP - 6 2007
FILED
CLERK'S OFFICE

PLEADING NO. 5164

2007 SEP -5 P 3:51
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION