JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

AUG 21 2007

FILED
CLERK'S OFFICE

# *UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *MDL NO. 875*

### *IN RE Asbestos Products Liability Litigation (No. VI)*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-286)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,366 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED SEP 6 2007

PLEADING NO. 5166

**SCHEDULE CTO-286 - TAG-ALONG ACTIONS**
**MDL NO. 875**
**IN RE Asbestos Products Liability Litigation (No. VI)**

<u>DIST. DIV. C.A. #</u>                 <u>CASE CAPTION</u>

CALIFORNIA CENTRAL
   CAC  2   07-4953          William F. Webber, et al. v. Borg-Warner Inc., et al.

LOUISIANA EASTERN
   ~~LAE  2   07-3777~~          ~~Vernon L. Bourgeois, et al. v. Peter Territo, et al.~~   Opposed 9/5/07

LOUISIANA WESTERN
   ~~LAW  2   07-1200~~          ~~Glenn Albarado, et al. v. Eagle, Inc., et al.~~   Opposed 9/5/07

MISSISSIPPI NORTHERN
   MSN  4   07-122          Anthony Marvelli v. Beazer East, Inc., et al.

MISSISSIPPI SOUTHERN
   MSS  1   07-921          Henry Lee Watson v. Garlock, Inc., et al.
   MSS  1   07-961          Estella Pate v. General Electric Co., et al.
   ~~MSS  1   07-984~~          ~~Bernice H. Allen v. Plactics Engineering Co., et al.~~   Opposed 8/30/07

NORTH CAROLINA MIDDLE
   NCM  1   07-567          Kid Chandrasuwan v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
   NCW  1   07-240          Diane K. Smith, etc. v. Aqua-Chem, Inc., et al.
   NCW  1   07-241          James Edward Grindstaff, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-242          Hubert Boyce Grier, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-243          Rodney Kenneth Cosner, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-244          Terry Lamar Lineberger, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-245          Richard Lee Fraley, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-252          Joel Dean McCurley, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-253          Jimmie Eugene Matthews v. Aqua-Chem, Inc., et al.
   NCW  1   07-254          Ernest Laverne Price, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-255          Jerry Clifford Powers, Sr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-260          Tony Jerome Rivers, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-261          Timothy Lee Stroupe, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-262          Kenneth Dale Brooks, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-263          Richard Franklin Sigmon, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-264          Linda N. Rhodes v. Aqua-Chem, Inc., et al.
   NCW  1   07-265          Robert Wayne Smith, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-266          Wade Russell Saine, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   07-272          Frances Lindley, etc. v. A.W. Chesterton Co., et al.

NEW YORK EASTERN
   NYE  1   07-2832          Gene Calloway, etc. v. A.W. Chesterton Co., et al.

| **DIST. DIV. C.A. #** | **CASE CAPTION** | |
|---|---|---|

**NEW YORK SOUTHERN**

| ~~NYS 1 07-6433~~ | ~~Moses Sherman, et al. v. A.J. Pegno Construction Corp., et al.~~ | Opposed 9/5/2007 |
| ~~NYS 1 07-6441~~ | ~~John Alexander v. Amchem Products, Inc., et al.~~ | Opposed 9/5/2007 |
| NYS 1 07-6692 | John Montgoris, et al. v. General Electric Co., et al. | |

**SOUTH CAROLINA**

| SC 0 07-2649 | Robert J. Briand, Sr., et al. v. Aqua-Chem, Inc., et al. | |
| SC 0 07-2650 | John Dougals Lathan, et al. v. Aqua-Chem, Inc., et al. | |
| ~~SC 2 07-2569~~ | ~~Mary Alford, et al. v. Owens-Illinois, Inc., et al.~~ | Opposed 9/4/07 |
| ~~SC 2 07-2664~~ | ~~Lida M. Muench v. Owens-Illinois, Inc., et al.~~ | Opposed 9/4/07 |
| SC 8 07-2651 | Billy Ray Yates, et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-2693 | Jonathan Worden, et al. v. Aqua-Chem, Inc., et al. | |