JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

SEP - 6 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-287)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,398 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED SEP 6 2007

# SCHEDULE CTO-287 - TAG-ALONG ACTIONS
# MDL NO. 875
# IN RE Asbestos Products Liability Litigation (No. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-607 | Grady O. Humphreys, et al. v. A.O. Smith Electrical Products Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 4 07-4240 | Robert F. Lyman, et al. v. Union Carbide Corp., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 07-581 | James Weese v. Union Carbide Corp., et al. |
| **MARYLAND** | |
| MD 1 07-1870 | James Samuel Warfield, et al. v. Northrop Grumman Ship Systems, Inc., et al. |
| **MINNESOTA** | |
| MN 0 07-3659 | Raymond C. Allison, et al. v. Alfa Laval, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-911 | Kennedy L. Jackson v. FMC Corp., et al. |
| MSS 1 07-912 | Nepolia M. Myles v. Sears Roebuck & Co., et al. |
| MSS 1 07-944 | Robert Valentine, etc. v. Plastics Engineering Co., et al. |
| MSS 1 07-985 | Elaine H. Collins v. Plastics Engineering Co., et al. |
| MSS 1 07-986 | Annie Pearl Douglas v. Plastics Engineering Co., et al. |
| MSS 1 07-987 | Helen S. Franklin v. Plastics Engineering Co., et al. |
| MSS 1 07-1001 | Catherine J. Conway v. Garlock, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 4 07-80 | Thomas Wiley Lewis, et al. v. Aqua-Chem, Inc., et al. |
| NCE 4 07-98 | Jerry Wayne Edwards, et al. v. Aqua-Chem, Inc., et al. |
| NCE 7 07-105 | John Maurice Freeman, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-619 | Billy Gene Gaskey, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-620 | Carolyn P. Burgess v. Aqua-Chem, Inc., et al. |
| NCM 1 07-625 | Luther Chalmers Upright, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-626 | Jeffrey Lewis Dunovant, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-226 | Max Lamar Jolly, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-233 | Clyde S. Crawford, et al. v. 3M Co., et al. |
| NCW 1 07-274 | Lisa Williams, etc. v. A.W. Chesterton Co., et al. |
| NCW 1 07-279 | Max Long Gilleland, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-280 | Tommy Michael Gilmore, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-281 | Steven Maurice Van Vynckt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-282 | Michael Eason Rankin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-283 | Randall Paul Graver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-284 | Jewell Johnson Brown, etc. v. Anchor Packing Co., et al. |
| NCW 1 07-285 | Brannon Bright, etc. v. CNA Holdings, Inc., et al. |
| NCW 1 07-287 | Randy Lee Banks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-289 | Coyte Reginald Williams, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-291 | Gordon Eugene Gregory, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-292 | Hugh Allen Black, et al. v. Aqua-Chem, Inc., et al. |
| **NEBRASKA** | |
| NE 8 07-320 | Eleanor Sautter, etc. v. BNSF Railway Co. |