JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 7 2007

FILED
CLERK'S OFFICE

MDL 875

BEFORE THE UNITED STATES OF AMERICA

JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| BETTY E. LERILLE, *et al.* | * | |
|       Plaintiff, | * | |
| | * | |
| VERSUS | * | MDL DOCKET NO. 875 |
| | * | (CTO-284) |
| MONSANTO CORP., *et al.* | * | |
|       Defendants. | * | |
| | * | |
| United States District Court, | * | |
| Eastern District of Louisiana | * | |
| Civil Action No. 2:07-cv-3621-LMA-SS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER

**MAY IT PLEASE THE COURT:**

Peter R. Territo, American Motorists Insurance Company, Commercial Union Insurance Company, and Travelers Indemnity Company, incorrectly identified as "The Travelers Insurance Company," in their capacities as the alleged insurers of John Chantrey, James O'Donnell, George Kelmell, Steven Kennedy, and J. D. Roberts, deceased Executive Officers of Avondale Industries, Inc. (collectively the "Avondale Interests"), file this Motion to Vacate the Conditional Transfer Order on the basis that they intend to file a Motion for Summary Judgment with the conditional transferor court raising a very important issue of first impression about federal pre-emption and their immunity under the Longshore and Harbor Worker's Compensation Act ("LHWCA"). Due to the fact that their status as defendants establishes federal subject matter jurisdiction in this case, the Avondale Interests can have their LHWCA immunities recognized and be fully and finally dismissed from the litigation if their Motion for Summary Judgment is successful. If they are, the original basis for federal subject matter jurisdiction will then be absent from the case and it can be remanded to state court where it originated and re-

OFFICIAL FILE COPY

IMAGED SEP 7 2007

1

consolidated with its companion lawsuit in the interests of judicial economy.

The Avondale Interests anticipate a quick decision from the conditional transferor court and request that the Panel vacate the conditional transfer of this case until the underlying Motion for Summary Judgment is resolved.

                        Respectfully Submitted,

                        Gary A. Lee, La. Bar No. 08265
**Richard M. Perles, La. Bar No. 01534**
**A. Ann Cates, La. Bar No. 24769**
**Patricia C. Penton, La. Bar No. 1120**
**Steven E. Lacoste, La. Bar No. 23512**
**Lee, Futrell & Perles, L.L.P.**
201 St. Charles Avenue, Suite 4120
New Orleans, LA  70170
Telephone:    (504) 569-1725
Facsimile:    (504) 569-1726
e-mail:    glee@leefutrell.com
          reperles@leefurtrell.com
          acates@leefutrell.com
          ppenton@leefutrell.com
          slacoste@leefutrell.com
**Attorneys for Peter Territo**

                  *and*

*[signature]*

Brian C. Bossier, La. Bar No. 16818
Edwin A. Ellinghausen, III, La. Bar No. 1347
Christopher T. Grace, III, La. Bar No. 26901
**Blue Williams, L.L.P.**
3421 North Causeway Boulevard, 9th Floor
Metairie, LA 70002
Telephone:    (504) 831-4090
Facsimile:     (504) 849-4091
e-mail:          bbossier@bluewilliams.com
                    ellinghausen@bluewilliams.com
                    cgrace@bluewilliams.com

**Attorneys for American Motorists Insurance Company, in their capacities as the alleged insurers of John Chantrey, James O'Donnell, George Kelmell, Steven Kennedy, and J. D. Roberts, deceased Executive Officers of Avondale Industries, Inc.**

and

*[signature: Samuel Rosamond / gpw]*

Samuel M. Rosamond, III, La. Bar No. 17122
Adam D. deMahy, La. Bar No. 29826
**Crawford Lewis**
400 Poydras Street, Suite 2100
New Orleans, LA 70130
Telephone:    (504) 568-1933
Facsimile:     (504) 568-9699
e-mail:          srosamond@crawford-lewis.com
                    ademahy@crawford-lewis.com

**Attorneys for OneBeacon Insurance Group, LC, individually and as successor-by-merger to Commercial Union Insurance Company, in its capacity as the alleged insurer of John Chantrey, James O'Donnell, George Kelmell, Steven Kennedy, and J.D. Roberts, deceased Executive Officers of Avondale Industries, Inc.**

*and*

_____
**Gordon P. Wilson, La. Bar No. 20426**
**F. Lewis Parks, Jr., La. Bar No. 29646**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195
e-mail:        gwilson@lawla.com
               lparks@lawla.com

**Attorneys for Peter Territo and The Travelers Indemnity Company, incorrectly identified as "The Travelers Insurance Company," in its capacity as the alleged insurer of John Chantrey, James O'Donnell, George Kelmell, Steven Kennedy, and J. D. Roberts, deceased Executive Officers of Avondale Industries, Inc.**

BEFORE THE UNITED STATES OF AMERICA

JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION

| | |
|---|---|
| BETTY E. LERILLE, *et al.*<br>          Plaintiff, | |
| VERSUS | MDL DOCKET NO. 875<br>(CTO-284) |
| MONSANTO CORP., *et al.*<br>          Defendants. | |
| United States District Court,<br>Eastern District of Louisiana<br>Civil Action No. 2:07-cv-3621-LMA-SS | |

## PROOF OF SERVICE

I hereby certify that on 6 September 2007 a copy of the foregoing MOTION TO VACATE CONDITIONAL TRANSFER ORDER was filed with the Clerk of the Judicial Panel for Multidistrict Litigation. Notice of this filing will be sent to counsel as set forth in the attached Panel Service List (Excerpted from CTO-284).

_____
Gordon P. Wilson, La. Bar No. 20426
F. Lewis Parks, Jr., La. Bar No. 29646
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:         gwilson@lawla.com
                   lparks@lawla.com
**Attorneys for Peter Territo and The Travelers Indemnity Company, incorrectly identified as "The Travelers Insurance Company," in its capacity as the alleged insurer of John Chantrey, James O'Donnell, George Kelmell, Steven Kennedy, and J. D. Roberts, deceased Executive Officers of Avondale Industries, Inc.**

# PANEL SERVICE LIST (Excerpted from CTO-284)
# MDL NO. 875
# IN RE Asbestos Products Liability Litigation (No. VI)

*Betty E. Lerille, et al. v. Monsanto Corp., et al.,* E.D. Louisiana, C.A. No. 2:07-3621
(Judge Lance M. Africk)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Edwin A. Ellinghausen, III
Blue Williams, LLP
3421 North Causeway Boulevard
Suite 900
Metairie, Louisiana 70002-3760

Sheri Sport Faust
Frilot, Partridge, Kohnke & Clements, LC
3600 Energy Center
1100 Poydras Street
New Orleans, LA 70163-3600

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Darryl J. Foster
Lemle & Kelleher, L.L.P.
601 Poydras St.
Suite 2100
New Orleans, LA 70130-6097

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Molly Marie Gattuso
Forman, Perry, Watkins, Krutz & Tardy, LLP
1515 Poydras Street
Suite 1300
New Orleans, LA 70112

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Margaret M. Joffe
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Susan B. Kohn
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

PANEL SERVICE LIST (Excerpted from CTO-284)- MDL NO. 875           Page 2 of 2

Mickey P. Landry
Landry & Swarr
1010 Common Street
Suite 2050
New Orleans, LA 70112

Gary Allen Lee
Lee, Futrell & Perles, LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Pamela J. Lormand
Preston Law Firm, LLP
909 Poydras Street
Suite 2400
New Orleans, LA 70112-4004

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Thomas M. Nosewicz
Jones, Walker, Waechter, et al.
Place St. Charles
49th Floor
201 St. Charles Avenue
New Orleans, LA 70170

H. Philip Radecker, Jr.
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras Street
Suite 3200
New Orleans, LA 70163-3200

Kenan Slade Rand
Plauche, Maselli, Landry & Parkerson, LLP
201 St. Charles Avenue
Suite 4240
New Orleans, LA 70170-4240

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Samuel M. Rosamond, III
Crawford Lewis, PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130