JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 2 2007

FILED
CLERK'S OFFICE

MDL 875

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VERNON L. BOURGEOIS and<br>JULIA M. BOURGEOIS | CIVIL ACTION |
| VERSUS | NO. 07-3777 |
| PETER TERRITO, STEVEN KENNEDY, REILLY-BENTON, INC., MCCARTY CORPORATION, TAYLOR-SEIDENBACH, INC., DRESSER INDUSTRIES, INC., A. P. GREEN INDUSTRIES, INC., CROWN, CORK AND SEAL, individually, AND AS SUCCESSOR TO MUNDET CORK COMPANY, HOPEMAN BROS., INC., T & N PLC, individually, AND AS SUCCESSOR TO FLEXITALLIC, INC., ANCHOR PACKING COMPANY, THE FLINTKOTE CO., GARLOCK, INC., UNIROYAL, INC., VIACOM, INC., AS SUCCESSOR TO WESTINGHOUSE ELECTRIC CORPORATION, RAPID AMERICAN CORP., RAPID AMERICAN CORPORATION, AcandS INC., SUCCESSOR TO ARMSTRONG CONTRACTING AND SUPPLY, COMBUSTION ENGINEERING, INC., and FOSTER WHEELER CORPORATION | SECTION: "C" |

### ORDER

Before this Court is plaintiffs' motion to remand this case to the Civil District Court for the Parish of Orleans. (Rec. Doc. 10) Removing defendant Northrop Grumman Ship Systems ("Removing Defendant") has filed a memorandum regarding plaintiffs' motion to remand, in which it states that since removal plaintiffs have made it known that they do not allege that Mr.

MDL-875
RECOMMENDED ACTION

Vac CTO-286- 1 Action
Approved/Date: ✓✗ 11Sep07

OFFICIAL FILE COPY

IMAGED SEP 1 2 2007

Bourgeois was exposed to any asbestos or asbestos-containing products during his brief employment in 1966 at Avondale's main yard. (Rec. Doc. 15)  Because Removing Defendant's basis for removal and for asserting this Court's jurisdiction rested on what it understood to be allegations of exposure at Avondale's main yard, Removing Defendant now has no objection to plaintiff's motion to remand.  In light of this and without reaching the merits of plaintiffs' other legal arguments for remand, and in the absence of timely opposition by any other party,

IT IS ORDERED that plaintiffs' motion to remand is **GRANTED** for lack of jurisdiction under 28 U.S.C. § 1147(c), and this matter is **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.  No costs or attorney fees will be awarded.  Accordingly, oral argument on the matter set for Wednesday, September 12, 2007, at 9:30 a.m. is cancelled.

New Orleans, Louisiana, this 10th day of September, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE