**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 2 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Vernon L. Bourgeois, et al. v. Peter Territo, et al.,  )
        E.D. Louisiana, C.A. No. 2:07-3777        )        MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Bourgeois*) on August 21, 2007. The Panel has now been advised that *Bourgeois* was remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, by the Honorable Helen G. Berrigan, in an order signed on September 10, 2007.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-286" filed on August 21, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5172

OFFICIAL FILE COPY

IMAGED SEP 1 2 2007