MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 12 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5173

BEFORE THE PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LITIGATION (NO. VI)         MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NOLAN FONTENOT | * | |
| | * | CIVIL ACTION NO. 07-2764 |
| | * | |
| VERSUS | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE CHASEZ |
| CHEVRON USA INC., et al. | * | |

------------------------------------------------------------

### HUNT OIL COMPANY'S CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Hunt Oil Company, which, in compliance with Federal Rule of Civil Procedure 7.1 and Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, represents that it is a privately held corporation and that there is no publicly held corporation that owns or holds ten percent or more of its stock.

OFFICIAL FILE COPY

IMAGED SEP 12 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 12 2007

FILED
CLERK'S OFFICE

RESPECTFULLY SUBMITTED,

Mary S. Johnson, T.A. (Bar #17647)
msj@jgmclaw.com
Jill T. Losch (Bar #20664)
jtl@jgmclaw.com
**JOHNSON GRAY MCNAMARA, LLC**
69150 Highway 190 East Service Rd.
Covington, LA 70433
Phone: (985) 246-6544
Fax: (985) 246-6549

_____
Chad J. Mollere (Bar #26427)
cjm@jgmclaw.com
S. Suzanne Mahoney (Bar #24536)
ssm@jgmclaw.com
**JOHNSON GRAY MCNAMARA, LLC**
650 Poydras St.; Suite 1905
New Orleans, Louisiana 70130
Phone: (504) 525-4649
Fax: (504) 525-4653

*Counsel for Hunt Oil Company*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel listed on the attached Panel Service List by placing same in the United States mail, properly addressed and postage prepaid, this 11TH day of September, 2007.

_____

JGM17317

2007 SEP 12 A 10:30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

PANEL SEVICE LIST
MDL 875
IN RE Asbestos Products Liability Litigation (No. VI)

*Nolan Fontenot v. Chevron USA, Inc., et al*, EDLA, CA No. 2:07-2764 (Judge Eldon E. Fallon)

Lawrence E. Abbot
Abbott, Simses & Kuchler
5100 Village Walk
Suite 200
Covington, LA 70433

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond, etc.
One American Place
22nd Floor
P. O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Churd
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Mary S. Johnson
Johnson Gray McNamara, LLC
69150 Highway 190 East Service Road
Covington, LA 70433

Reginald S. Kramer
Oldham & Dowling
195 South Main street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Brian J. Engeron
Abbot, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Ronald L. Motley
Montly Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
24110 Eden Street
P. O. Box 71
Plaquemine, LA 70765-0071

John J. Repcheck
Marks, O'Neill, O'Brian & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplin, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gray Street
P. O. Box 1008
Columbus, OH 43216-1008

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Chad J. Mollere
Johnson Gray McNamara, LLC
650 Poydras Street
Suite 1905
New Orleans, LA 70130

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P. O. Box 998
Cedar Rapids, IA 52406

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Barrye Miyagi
Kean, Miller, Hawthorne, D'Armond, etc.
One American Place
22nd Floor
P. O. Box 3513
Baton Rouge, LA 70821-3513

Ernest Foundas
Abbot, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Rober N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Barbara Ormsby
Foreman Perry Watkins, et al
1515 Poydras St.
Suite 1300
New Orleans, LA 70112