JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

SEP 13 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    John W. Henry v. Plastics Engineering Co., et al.,    )
        S.D. Mississippi, C.A. No. 1:07-945        )        MDL No. 875

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Henry*) on August 15, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Henry* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-285" filed on August 15, 2007, is LIFTED. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5174

**OFFICIAL FILE COPY**

IMAGED SEP 13 2007