

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP 1 4 2007

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. 2 MDL 875 |

**This Document Relates to:**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| GENE BEAZLEY, ET AL. | PLAINTIFFS |
| V. | CIVIL ACTION NO.: 1:05CV38WJG |
| A. W. CHESTERTON, ET AL. | DEFENDANTS |

**MOTION REQUESTING COURT TO REASSERT
JURISDICTION OVER PLAINTIFF'S CAUSE OF ACTION**

COME NOW, Garlock Sealing Technologies, LLC, successor by merger to Garlock Inc and York International Corporation (hereinafter "Moving Defendants"), Defendants in the above-styled and numbered cause, by and through counsel of record, and pray that this court will consider this their Motion Requesting Court to Reassert Jurisdiction over Plaintiff's Cause of Action. This Motion is based on the proposition that there has been a substantial change in circumstances since this Court proposed to remand this matter back to the United States District Court for the Southern District of Mississippi. In support of their Motion, Moving Defendants would state unto the Court as follows, to-wit:

1. This action was filed on or about December 30, 2002 in the Circuit Court of Copiah County, Mississippi. On January 25, 2005, the action was removed to federal court and was subsequently transferred to the MDL on or about April 26, 2005. Thereafter, on July 27,

OFFICIAL FILE COPY
IMAGED SEP 1 4 2007

2005, Defendant 3M Company f/k/a Minnesota Mining and Manufacturing Company (hereinafter "3M") filed a Motion to Remand the action to the Circuit Court.

2. On July 26, 2007, the Judicial Panel on Multidistrict Litigation produced its Conditional Order of Remand and provided defendants the opportunity to file a Notice of Opposition on or before August 10, 2007. Pursuant to Rule 7.6(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the opposing defendants Motions to Vacate and accompanying Briefs were due at the latest by August 25, 2007.

3. During the time allowed for Moving Defendants to oppose the Conditional Transfer Order pursuant to Rule 7.6(f), Moving Defendants were unable to assemble sufficient evidence to present a viable opposition to the Motion to Remand.

4. However, on August 29, 2007, the Defendant 3M withdrew the Motion to Remand which they had previously filed in this matter.

5. Upon the withdrawal of the Motion to Remand by 3M, an unforeseen **substantial change in circumstances has occurred.** Due to this significant change, Moving Defendants respectfully submit this Motion Requesting Court to Reassert Jurisdiction Over Plaintiff's Cause of Action and Supporting Brief.

6. Moving Defendants submit that the withdrawal of the Motion to Remand by 3M is timely as the Conditional Order has not yet become effective. See Rule 7.6(f)(iv) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

7. The effect of withdrawal is to leave the record as though no filing had ever been made. See *Caldwell-Baker Co. v. Southern Illinois Railcar Co.*, 225 F.Supp.2d 1243 (D. Kan. 2002) citing *Remley v. Lockheed Martin Corp.*, 2001 WL 681257 (N.D. Cal 2001).

8. Based upon the foregoing, Moving Defendants request this Court to vacate its Conditional Order of Remand and, further request that this Court reassert jurisdiction over the claims of the Plaintiffs by reinstatement of this action to the docket of MDL No. 875 until full compliance with Administrative Order No. 12.

WHEREFORE, PREMISES CONSIDERED, Defendants, Garlock Sealing Technologies, LLC, successor by merger to Garlock Inc and York International Corporation respectfully request this Honorable Court to vacate its Conditional Order of Transfer and reassert jurisdiction over the action. Moving Defendants pray for such other and further relief as the Court may deem appropriate in the premises.

Respectfully submitted,

**GARLOCK SEALING TECHNOLOGIES, LLC, SUCCESSOR BY MERGER TO GARLOCK INC and YORK INTERNATIONAL CORPORATION, Defendants**

_____
COUNSEL FOR SAID DEFENDANTS

Of Counsel:

THOMAS W. TYNER, Miss. Bar No. 8170
DAWN E. FULCE, Miss. Bar No. 9355
JULIE A. HAWKINS, Miss. Bar No. 101922
AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
P.O. Drawer 750
Hattiesburg, MS 39401
Telephone: (601) 583-2671
Fax: (601) 583-2677

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

SEP 14 2007

FILED
CLERK'S OFFICE

I, undersigned counsel for said defendant, do hereby certify that I have this day mailed via United States mail, postage prepaid a true and correct copy of the above and foregoing to Plaintiff's Counsel. I further certify that I have provided a true and correct copy of the above and forgoing to all counsel included on the attached Panel Service List.

This, the 10th day of September, 2007.

_[signature]_
COUNSEL FOR SAID DEFENDANTS

## PANEL SERVICE LIST (CRO)
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

*Gene Beazley, et al. v. A.W. Chesterton Co., et al.,* E.D. Pennsylvania,
   (S.D. Mississippi, C.A. No. 1:05-38)
*William Moulder, et al. v. Monsanto Co., et al.,* E.D. Pennsylvania,
   (S.D. Mississippi, C.A. No. 1:05-39)
*Willie Hamberlin, et al. v. Owens-Illinois, Inc., et al.,* E.D. Pennsylvania,
   (S.D. Mississippi, C.A. No. 1:05-41)

Robert M. Arentson, Jr.
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Marcy B. Croft
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Patricia A. Dicke
Page, Mannino, Peresich &
McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533

Stephanie C. Edgar
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William N. Graham
Aultman, Tyner, McNeese &
Ruffin, Ltd.
P. O. Box 750
Hattiesburg, MS 39403-0750

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Jennifer Graham Hall
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

James Gordon House, III
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Steven J. Irwin
Duncan Courington & Rydberg,
LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

PANEL SERVICE LIST - MDL NO. 875    Page 2 of 2

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Ronald G. Peresich
Page, Mannino, Peresich & McDermott, PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stephen Lee Shackleford
2001 Airport Road
Suite 301
Jackson, MS 39232

Mark R. Smith
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Susan Latham Steffey
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Minor C. Sumners, Jr.
Minor C. Sumners, Jr., Attorney
1907 Dunbarton Dr., Suite F
Jackson, MS 39216

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, Ruffin, Bell & Swetman, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Michael W. Ulmer
Watkins & Eager
300 Emporium Building
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazlehurst, MS 39083

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Sarah B. Windham
Aultman, Tyner, McNeese & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 14 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)      CIVIL ACTION NO. 2 MDL 875

This Document Relates to:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GENE BEAZLEY, ET AL.      PLAINTIFFS

V.      CIVIL ACTION NO.: 1:05CV38WJG

A. W. CHESTERTON, ET AL.      DEFENDANTS

---

**BRIEF IN SUPPORT OF MOTION REQUESTING COURT TO
REASSERT JURISDICTION OVER PLAINTIFF'S CAUSE OF ACTION**

---

COME NOW, Garlock Sealing Technologies, LLC, successor by merger to Garlock Inc and York International Corporation (hereinafter "Moving Defendants"), Defendants in the above-styled and numbered cause, by and through counsel of record, and present their Brief in Support of Motion Requesting Court to Reassert Jurisdiction Over Plaintiff's Cause of Action. This Motion is made on the grounds that, due to a recent substantial change in circumstances, the proposed decision to remand was based upon a motion that has now been withdrawn. In support of their Motion, Moving Defendants would state unto the Court as follows, to-wit:

This action was filed on or about December 30, 2002 in the Circuit Court of Copiah County, Mississippi. On January 25, 2005, the action was removed to federal court, and was subsequently transferred to the MDL on or about April 26, 2005. Thereafter, on July 27, 2005, Defendant 3M Company f/k/a Minnesota Mining and Manufacturing Company (hereinafter "3M") filed a Motion to Remand the action to the Circuit Court.

1

On July 26, 2007, the Judicial Panel on Multidistrict Litigation published its Conditional Order of Remand. Subsequently, on August 29, 2007, Counsel for 3M filed its Notice of Withdrawal of its Motion to Remand.

Pursuant to Rule 7.6(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, upon the issuance of the Conditional Order of Remand, the opposing defendants were provided the opportunity to file a Notice of Opposition on or before August 10, 2007 with Motions to Vacate and accompanying Briefs due on or before August 25, 2007. Yet, during that time, Moving Defendants were unable to assemble sufficient evidence to present a viable opposition to the Motion to Remand.

However, upon the filing by 3M of its Notice of Withdrawal an unforeseen substantial change in circumstances has occurred and has provided a reasonable basis for opposition to the Conditional Order of Remand.

While it is acknowledged that case law does not provide for the withdrawal of a motion after judgment is rendered, it is Moving Defendants argument that pursuant to Rule 7.6(f)(iv) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that the Conditional Transfer Order has not yet become effective, and thus allows for the appropriate withdrawal of the Motion. More particularly, Rule 7.6(f)(iv) states that "[c]onditional remand orders do not become effective unless and until they are filed with the clerk of the transferee district court." Based upon review of the docket of the United States District Court for the Southern District of Mississippi, no such order has yet been filed.[1] Thus, since the Motion to Remand was withdrawn on August 29, 2007, before the Conditional Remand Order was filed with the United

---

[1] See *Docket* of *Beazley v. A.W. Chesterton, et al.*, Civil Action No. 1:05-CV-00038-WJG, attached hereto as Exhibit "A."

States District Court for the Southern District of Mississippi, Moving Defendants assert that the withdrawal was timely made.

The effect of a withdrawal is to the leave the record as though no filing ever occurred. See *Caldwell-Baker Co. v. Southern Illinois Railcar Co.*, 225 F.Supp.2d 1243 (D. Kan. 2002) ("Withdrawal of a motion has a practical effect as if the party had never brought the motion") citing *Remley v. Lockheed Martin Corp.*, 2001 WL 681257 (N.D. Cal. 2001) ("The withdrawal of motion effectively meant that Lockheed had not made the motion"). Thus, there is no longer a motion to be ruled upon. As such, based upon the foregoing, Moving Defendants respectfully request this Court vacate its Conditional Order of Remand and, further request that this Court reassert jurisdiction over the claims of the Plaintiffs by reinstatement of this action to the docket of MDL No. 875 until full compliance with Administrative Order No. 12.

WHEREFORE, PREMISES CONSIDERED, Defendants, Garlock Sealing Technologies, LLC, successor by merger to Garlock Inc and York International Corporation respectfully request this Honorable Court to vacate its Conditional Order of Transfer and maintain jurisdiction over the action. Moving Defendants pray for such other and further relief as the Court may deem appropriate in the premises.

Respectfully submitted,

**GARLOCK SEALING TECHNOLOGIES, LLC, SUCCESSOR BY MERGER TO GARLOCK INC and YORK INTERNATIONAL CORPORATION, Defendants**

_____
COUNSEL FOR SAID DEFENDANTS

3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 4 2007

FILED
CLERK'S OFFICE

Of Counsel:

THOMAS W. TYNER, Miss. Bar No. 8170
DAWN E. FULCE, Miss. Bar No. 9355
JULIE A. HAWKINS, Miss. Bar No. 101922
AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
P.O. Drawer 750
Hattiesburg, MS 39401
Telephone: (601) 583-2671
Fax: (601) 583-2677

## CERTIFICATE OF SERVICE

I, undersigned counsel for said defendant, do hereby certify that I have this day mailed via United States mail, postage prepaid a true and correct copy of the above and foregoing to Plaintiff's Counsel. I further certify that I have provided a true and correct copy of the above and forgoing to all counsel included on the attached Panel Service List.

This, the 10th day of September, 2007.

_____
COUNSEL FOR SAID DEFENDANTS

4

## PANEL SERVICE LIST (CRO)
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

*Gene Beazley, et al. v. A.W. Chesterton Co., et al.,* E.D. Pennsylvania,
(S.D. Mississippi, C.A. No. 1:05-38)
*William Moulder, et al. v. Monsanto Co., et al.,* E.D. Pennsylvania,
(S.D. Mississippi, C.A. No. 1:05-39)
*Willie Hamberlin, et al. v. Owens-Illinois, Inc., et al.,* E.D. Pennsylvania,
(S.D. Mississippi, C.A. No. 1:05-41)

Robert M. Arentson, Jr.
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Marcy B. Croft
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Patricia A. Dicke
Page, Mannino, Peresich &
McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533

Stephanie C. Edgar
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William N. Graham
Aultman, Tyner, McNeese &
Ruffin, Ltd.
P. O. Box 750
Hattiesburg, MS 39403-0750

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Jennifer Graham Hall
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

James Gordon House, III
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Steven J. Irwin
Duncan Courington & Rydberg,
LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

PANEL SERVICE LIST - MDL NO. 875     Page 2 of 2

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Ronald G. Peresich
Page, Mannino, Peresich & McDermott, PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stephen Lee Shackleford
2001 Airport Road
Suite 301
Jackson, MS 39232

Mark R. Smith
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Susan Latham Steffey
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Minor C. Sumners, Jr.
Minor C. Sumners, Jr., Attorney
1907 Dunbarton Dr., Suite F
Jackson, MS 39216

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, Ruffin, Bell & Swetman, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Michael W. Ulmer
Watkins & Eager
300 Emporium Building
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazlehurst, MS 39083

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Sarah B. Windham
Aultman, Tyner, McNeese & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750