

**DOCKET NO. 875**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP 17 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Mary Alford and Eloise Halbert, as Co-Personal Representatives of the Estate of Sidney G. Johnson, Deceased and Frances W. Johnson v. Owens-Illinois Inc., et al., D. South Carolina, C/A No. 2:07-CV-2569

Lida M. Muench, Individually and as Personal Representative of the Estate of Gerald W. Muench, Dec. v. Owens-Illinois, Inc., et al., D. South Carolina, C/A No. 2:07-CV-2664

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER AND BRIEF IN SUPPORT THEREOF

Pursuant to Rule 12(d) f the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the plaintiffs hereby move to vacate the Conditional Transfer Order entered by the Clerk of the Panel on August 21, 2007, transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875) previously designated as the transferee district court for actions alleging asbestos related personal injury. Plaintiffs aver as follows in support of this motion.

2. The plaintiffs bring claims for asbestos-related injuries against a number of defendants including a South Carolina corporation previously engaged in the distribution of asbestos-containing products.

3. The defendants contend that the U.S. District Court has jurisdiction over these cases pursuant to diversity jurisdiction (28 USC §1332).

4. The plaintiffs have filed a Motion with the U.S. Court for the District of South Carolina to remand the action to State Court based upon the belief that the Motion for Removal is procedurally defective under 28 USC § 1446(a) and (b).

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2007 SEP 17 A 10: 22
RECEIVED CLERK'S OFFICE

IMAGED SEP 17 2007

5. The plaintiffs contend that the U.S. District Court for the District of South Carolina is best suited to decide the Motion to Remand and that, therefore, these cases should remain in South Carolina until such time as the Motion has been resolved.

6. The plaintiffs further submit the accompanying brief in support of this Motion.

THEREFORE, for the foregoing reasons, the plaintiffs respectfully move the Panel to vacate the Conditional Transfer Order previously entered by the Clerk of the Panel on August 21, 2007.

Respectfully submitted,

MOTLEY RICE LLC

By: V. Brian Bevon
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Blvd.
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFF

September 14, 2007
Charleston, South Carolina

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

BRIEF IN SUPPORT OF
MOTION TO VACATE CONDITIONAL TRANSFER ORDER
PURSUANT TO RULE 10 OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Mary Alford and Eloise Halbert, as Co-Personal Representatives of the Estate of Sidney G. Johnson, Deceased and Frances W. Johnson v. Owens-Illinois Inc., et al., D. South Carolina, C/A No. 2:07-CV-2569

Lida M. Muench, Individually and as Personal Representative of the Estate of Gerald W. Muench, Dec. v. Owens-Illinois, Inc., et al., D. South Carolina, C/A No. 2:07-CV-2664

The plaintiff submits the instant brief in support of his Motion to Vacate the Conditional Transfer Order entered by the Clerk on the Panel on August 21, 2007. The Plaintiffs contend that removal is defective because the Defendants failed to comply with the procedural requirements of 28 USC §1446. In particular, not all of the Defendants filed pleadings consenting to the removal within the thirty (30) day period prescribed in 28 USC § 1446(b).

As the Panel is aware, asbestos personal injury actions in Federal Court are automatically transferred to the Eastern District of Pennsylvania, Judge James T. Giles, for proceedings under the Rules of the Judicial Panel on Multidistrict Litigation. (MDL Docket-No.875).

In a previous case against Owens-Corning Fiberglas Corporation, one of the defendants to these actions, the Court held

> The purpose of the MDL Panels' referring of asbestos cases to Judge Giles was not to make one Judge rule on the various difficult issues that might come up on different factual contexts. Rather, cases are supposed to be referred to Judge Giles for determination of issues common to asbestos litigation. To force difficult and fact-sensitive jurisdictional issues from all types of cases onto one Court would impossibly overburden that Court and not serve the goal of efficiency that underlies the MDL Program.

    Thus this Court refuses to defer on this motion to remand and elects to address the merits.

*Viala v. Owens-Corning Fiberglas Corp.*, 1994 WL 139287 (N.D. Cal.) at pp. 1-2.

  Like *Viala*, the transferor court in South Carolina is in the best position to rule on the issue of whether the Defendants complied with the procedural requirements of 28 USC § 1446.

        Respectfully submitted,

        MOTLEY RICE LLC


        By: /s/ V. Brian Bevon
        V. Brian Bevon, Esquire
        Federal Court ID No. 6425
        28 Bridgeside Blvd.
        Post Office Box 1792
        Mt. Pleasant, SC 29465
        (843) 216-9000

        ATTORNEYS FOR PLAINTIFF

September 14, 2007
Charleston, South Carolina

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was sent by Federal Express to Mr. Jeffrey N. Luthi, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002-8004 and mailed to all counsel of record as shown below and on the attached Panel Service List, this ___ day of September, 2007.

**W. Thomas Causby, Esquire**
NELSON, MULLINS, RILEY & SCARBOROUGH
P.O. Box 11070
Columbia, SC 29211
*COUNSEL FOR DEFENDANTS, OWENS-ILLINOIS, INC.
and CRANE CO.*

**James D. Gandy, III, Esquire**
PIERCE, HERNS, SLOAN & McLEOD
P.O. Box 22437
Charleston, SC 29413-2437
*COUNSEL FOR DEFENDANTS, NATIONAL SERVICE INDUSTRIES, INC.
and INDUSTRIAL HOLDINGS CORPORATION f/k/ The Carborundum Company*

**W. David Conner, Esquire**
HAYNSWORTH SINKLER BOYD, P. A.
P. O. Box 2048
Greenville, SC 29602
*COUNSEL FOR THE DEFENDANTS, BAYER CROPSCIENCE, INC.,
as Successor in Interest to Amchem Products, Inc.and UNION CARBIDE CORPORATION*

**Timothy W. Bouch, Esquire**
LEATH, BOUCH & CRAWFORD
P. O. Box 59
Charleston, SC 29402
*COUNSEL FOR DEFENDANT, GARLOCK, INC.*

**Jennifer Techman, Esquire**
EVERT & WEATHERSBY, LLP
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
*COUNSEL FOR DEFENDANT, CBS CORPORATION f/k/a
Viacom Inc., succ. by merger to CBS Corporation f/k/a Westinghouse Corporation*

**Mark T. Wall, Esquire**
ELMORE & WALL, P. A.
P. O. Box 1200
Charleston, SC 29402
*COUNSEL FOR DEFENDANT, METROPOLITAN LIFE INSURANCE COMPANY*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2007 SEP 17 A 10: 22
RECEIVED CLERK'S OFFICE

**H. Michael Bowers, Esquire**
WILKES BOWERS, P. A.
171 Church Street, Suite 210
Charleston, SC  29401
*COUNSEL FOR DEFENDANTS, HOBART BROTHERS COMPANY*
*and LINCOLN ELECTRIC COMPANY*

**Saunders Aldridge, Esquire**
HUNTER McLEAN EXLEY & DUNN, P. C.
P. O. Box 9848
Savannah, GA  31412-0048
*COUNSEL FOR DEFENDANT, INGERSOLL-RAND COMPANY*

**Timothy Peck, Esquire**
SMITH MOORE LLP
PO Box 21927
Greensboro, NC  28420
*COUNSEL FOR DEFENDANT, GENERAL ELECTRIC COMPANY*

Polly McGillivray

# PANEL SERVICE LIST (Excerpted from CTO-286)
# MDL NO. 875
# IN RE Asbestos Products Liability Litigation (No. VI)

*Mary Alford, et al. v. Owens-Illinois, Inc., et al.*, D. South Carolina, C.A. No. 2:07-2569
*Lida M. Muench, etc. v. Owens-Illinois, Inc., et al.*, D. South Carolina, C.A. No. 2:07-2664

F. Saunders Aldridge, III
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
Savannah, GA 31412

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Howard M. Bowers
Wilkes Bowers
171 Church Street
Suite 210
Charleston, SC 29401

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Anthony C. Hayes
Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070
Columbia, SC 29211-1070

George L. Inabinet, Jr.
Pierce, Herns, Sloan & McLeod
P.O. Box 22437
Charleston, SC 29413

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

PANEL SERVICE LIST (Excerpted from CTO-286)- MDL NO. 875          Page 2 of 2

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Moffatt Grier McDonald
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406