**MDL 875**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 18 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI)                   :      MDL Docket No. 875
------------------------------------------------:

*This pleading applies to: LAW 2 07-1200*
*Glenn Albarado, et al. vs. Eagle, Inc., et al.*

# MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Movants Bonnie Leray, Troy Leray and Gina Knight, pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its CTO No. 286, conditionally transferring the above-captioned case to the United States District Court for the Eastern District of Pennsylvania. This motion is based on the attached Memorandum in Support of Motion to Vacate Conditional Transfer Order and such other materials as may be presented to the Panel at the time of the hearing on the motion.

Pursuant to Rule 12(c), Movants request the Clerk to set this motion for hearing at the next session of the Panel.

New Orleans, Louisiana, this 12th day of September, 2007.

Respectfully submitted,

MARTZELL & BICKFORD

_____
SCOTT R. BICKFORD T.A. (1165)
SPENCER R. DOODY (27795)
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 581-7635 Fax
COUNSEL FOR MOVANTS/PLAINTIFFS

PLEADING NO. 5177

OFFICIAL FILE COPY
IMAGED SEP 19 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 18 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI)                : MDL Docket No. 875
----------------------------------- :

*This pleading applies to: LAW 2 07-1200*
*Glenn Albarado, et al., vs. Eagle, Inc., et al.*

# MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiffs Bonnie Leray, Troy Leray and Gina Knight file this Memorandum pursuant to Rule 12©) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, in support of their Motion to Vacate the Conditional Transfer Order of the Panel No. 286 ordering transfer of the captioned case to the Eastern District of Pennsylvania for pre-trial proceedings in accordance with 28 U.S.C.A. § 1407. Notice of Opposition to the Conditional Transfer Order was filed on September 5, 2007. This motion should be granted because the Western District of Louisiana has granted Plaintiffs' request for expedited hearing on their motion to remand and is set to hear the same on September 18, 2007. See Exhibit A.

## I. NATURE OF CASE AND PROCEDURAL HISTORY

Plaintiffs filed this case on March 13, 2003, in the Orleans Parish Civil District Court, against various manufacturers and/or distributors of asbestos-containing products, Benny Leray's former employers, and certain premises owners, alleging damages from his contraction of mesothelioma. The case was transferred to Calcasieu Parish on December 4, 2003. It has been pending there since that time. On June 26, 2007, Peter Territo was named as a third-party defendant by H.B. Zachary and

Georgia Pacific, also defendants in the case. Peter Territo filed his Notice of Removal on July 20, 2007.

Relevant to this motion, Peter Territo ("Defendant" herein) is alleged to have been an executive officer of Avondale Industries, Inc. ("Avondale" herein) who for all pertinent times was personally charged with providing Mr. Leray with a safe workplace. Mr. Leray was employed by Avondale for approximately six months in 1966.

## II. ARGUMENT

The criteria governing the transfer of actions for coordinated pretrial proceedings are set forth in 28 U.S.C.A. § 1407, which provides in pertinent part as follows:

> "When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings. Such transfers shall be made by the judicial panel on multi-district litigation . . . upon its determination that transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C.A. § 1407(a)

It is important to note that the statute requires the Panel to determine the advisability of a transfer before such a transfer. Thus, the Conditional Transfer Order ("CTO") is an administrative device to expedite matters; it is not a decision or judgment by the panel which must be reversed before such order can be vacated. *In re Grain Shipments*, 319 F. Supp. 533 (J.P.M.L. 1970).

### A. Principles Of Comity And Judicial Economy Mandate Vacation Of The Conditional Transfer Order

The purposes of §1407 are to prevent duplicative discovery, avoid the possibility of conflicting rulings, and provide for the convenience of the parties and the court. As noted above, Judge Tucker Melancon currently has under submission Plaintiffs' Motion to Remand, which has been thoroughly briefed and is set for hearing on an expedited hearing basis on September 18, 2007.

A resolution of the motion obviously will have a significant effect on the need for a determination by this Panel, since the motion challenges the jurisdiction of the federal court itself.

Multidistrict panels previously have recognized that, under principles of comity, transfer is inappropriate where the potential transferor court has important motions under consideration. *See, e.g., In re Resource Exploration, Inc., Securities Litigation*, 483 F. Supp. 817 (J.P.M.L. 1980); *In re Air Crash Disaster at Tenerife, Canary Islands on March 27, 1977.*, 435 F. Supp. 927, fn.3 (J.P.M.L. 1977). In *Resource*, the Panel concluded that principles of comity warranted a deferral of transfer when the potential transferor court had a summary judgment motion under consideration. Similarly, in *Tenerife*, the Panel concluded that its ruling on transfer should be deferred to allow the potential transferor judge to rule on a pending motion. *See also In re Professional Hockey Antitrust Litigation*, 352 F. Supp. 1405 (J.P.M.L. 1973).[1]

In this instance, principles of comity are further supported by policies of judicial economy. If the CTO is not vacated, Plaintiffs' remand motion – now ripe for decision – will have to await study and review by the Panel, which may require additional time to become familiar with the civilian doctrine of *garde*, upon which is premised the principal argument in favor of remand to state

---

[1] Significantly, the pending motions in the instant matter do not present any potential for conflicting rulings in lower courts, unlike the pending dispositive motions in *In re Commonwealth Oil/Tesoro Petroleum Securities Litigation*, 458 F. Supp. 225 (J.P.M.L. 1978). In that case, the Panel observed that complex questions of fact shared by other cases involved in the multidistrict litigation would form the underpinnings of a decision on the pending dispositive motions. The Panel therefore determined that the potential transferee court was in the best position to avoid the possibility of conflicting rulings and thus should rule on the pending motions.

The potential transferee court has also been favored when motions are not ripe for decision at the time the Conditional Transfer Order issues. See, e.g., *In re Practice of Naturopathy Litigation*, 434 F. Supp. 1240 (J.P.M.L. 1977). In the present case, however, the Movants' motion to remand to state court was fully submitted to the court <u>prior</u> to the issuance of the CTO.

court. With respect, Movants submit that resolution of their remand motion is better left for disposition by Judge Duval. Additionally, the pending motion to remand does not involve any discovery or related issues relative to MDL 875, nor is there any indication that a ruling on the motion to remand would create any conflicting rulings. Finally, a transfer of this action at the present time runs the risk that the defendants' asserted basis for federal jurisdiction (diversity of citizenship) will be found not to exist. Then, the action would have to transferred back to the local federal court, to be returned to state court. Deferral of a decision on that crucial jurisdiction question until the matter can be heard by the MDL Panel will result in a tremendous inconvenience to the parties who have a trial date set in December of 2007. See Exhibit B. Vacation of the CTO of May 30, 2003, unquestionably will promote principles of comity and judicial economy. Alternatively, the Panel should defer a ruling on transfer until the remand motion has been resolved by Judge Melancon.

### III. CONCLUSION

A transfer pursuant to 28 U.S.C.A. § 1407 requires a Panel to affirmatively determine that transfer (1) will be for the convenience of the parties and witnesses, and (2) will promote the just and efficient conduct of the cases. For the foregoing reasons, Movants submit that neither of the requisite findings can be made and thus respectfully ask that the Panel vacate the Conditional Transfer Order of May 30, 2003. Alternatively, if the CTO is not vacated, Movants *pray* the CTO

be stayed pending a ruling by the potential transferor court on the pending motion to remand to state court for want of federal jurisdiction.

Respectfully submitted,

MARTZELL & BICKFORD

_____
SCOTT R. BICKFORD T.A. (1165)
SPENCER R. DOODY (27795)
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 581-7635 Fax
COUNSEL FOR MOVANTS/PLAINTIFFS

### Certificate of Service

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel to all parties listed on the attached Service List by delivery of same by U.S. Mail, properly addressed and postage prepaid this 12th day of September, 2007.

_____
SPENCER R. DOODY

F:\Clients\LERAY.BENNY\USDC\USDC Pleadings\memo in support of motion to vacate CTO.wpd

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 8 2007

FILED
CLERK'S OFFICE

# PANEL SERVICE LIST (Excerpted from CTO-286)
# MDL NO. 875
# IN RE Asbestos Products Liability Litigation (No. VI)

*Vernon L. Bourgeois, et al. v. Peter Territo, et al.,* E.D. Louisiana, C.A. No. 2:07-3777
*Glenn Albarado, et al. v. Eagle, Inc., et al.,* W.D. Louisiana, C.A. No. 2:07-1200

Lawrence E. Abbott
Abbott, Simses & Kuchler
5100 Village Walk
Suite 200
Covington, LA 70433

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Kay Barnes Baxter
Barfield & Baxter
650 Poydras Street
Suite 2400
New Orleans, LA 70130

Troy N. Bell
Aultman, Tyner & Ruffin, Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Kaye N. Courington
Duncan Courington & Rydberg, LLC
400 Poydras Street
Suite 1200
New Orleans, LA 70130

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Edwin A. Ellinghausen, III
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

PANEL SERVICE LIST (Excerpted from CTO-286)- MDL NO. 875          Page 2 of 3

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Charles V. Giordano
Miranda, Warwick, Milazzo, Giordano & Hebbler
3636 South I-10 Service Road West
Suite 300
Metairie, LA 70001-3607

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Susan B. Kohn
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gary A. Lee
Lee, Futrell & Perles, LLP
Ste. 2409
201 St. Charles Avenue
New Orleans, LA 70170

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

F. Gerald Maples
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA 70113

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Lawrence G. Pugh III
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras Street
Suite 3300
New Orleans, LA 70163-3200

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

PANEL SERVICE LIST (Excerpted from CTO-286)- MDL NO. 875                    Page 3 of 3

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

14th JUDICIAL DISTRICT

FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO.: 2003-1322 c/w
2004-4284

DIVISION "A"

GLENN ALBARADO, ET AL

VERSUS

EAGLE INC., INC., ET AL

THIS PLEADING APPLIES TO BONNIE KEE LERAY, GINA LERAY KNIGHT AND TROY G. LERAY, THE STATUTORY SURVIVORS OF THE DECEASED BENNY JOSEPH LERAY ONLY.

## SCHEDULING ORDER

In order to facilitate the orderly, efficient, and expeditious disposition of the claims of the above-captioned plaintiff(s), it is hereby ordered that these claims be governed by the following scheduling order:

1. All amendments to pleadings shall be filed no later than July 2, 2007.

2. All Third-Party Demands shall be filed no later than July 16, 2007.

3. Plaintiffs shall file a list of preliminary witnesses, including experts, that may be called at the trial of this matter by August 24, 2007.

4. Plaintiffs shall file a list of preliminary exhibits that may be offered into evidence at the trial by August 24, 2007.

5. All motions/exceptions filed on or before June 30, 2007, will be heard by the court on July 12, 2007. A status conference will follow this hearing.

6. All motions/exceptions filed on or before August _15_, 2007, and will be heard by the Court on September _17_, 2007, at 10:00 AM. A status conference will follow this hearing.

7. Defendants shall file a list of preliminary witnesses, including experts, that may be called at the trial of this matter by September 7, 2007.

8. Defendants shall file a list of preliminary exhibits that may be offered into evidence at the trial by September 7, 2007.



PLAINTIFF'S EXHIBIT A

9. Fact discovery must be completed 60 days prior to trial (by October 10, 2007 if the case proceeds to trial on December 10, 2007).

10. Expert discovery must be completed 30 days prior to trial (November 10, 2007 if the case proceeds to trial on December 10, 2007).

11. Plaintiffs and Defendants shall file final/will call witness and exhibit lists 30 days prior to trial.

12. All dispositive motions, including Motions for Summary Judgment, shall be filed no later than November 12, 2007. Dispositive motions and exceptions may be filed at any time prior to and including November 12, 2007.

13. All dispositive motions not previously disposed of will be heard on _November 29, 2007_ at _9:00_ o'clock _A_.m. This hearing will be followed by a status conference.

12. Proposed jury charges shall be submitted seven (7) days prior to trial.

13. Motions in Limine shall be submitted prior to or on November 26, 2007.

14. Motions in Limine will be heard by the Court on _December 10, 2007_ at _9:00_ o'clock _A_.m., prior to trial.

15. Jury Bond shall be posted by requesting counsel not later than the 45 prior to the trial date, in the amount of $3,600.00. If the parties have filed a bond in accordance with a prior scheduling order, the bond does not need to be re-filed.

16. A trial date is set for December 10, 2007, at 9 a.m.

Any of these deadlines may be extended by consent of the parties or by Order of the Court.

** The term "defendants" is intended to include third party defendants. The parties and the Court note that there have been additional third party defendants recently added to this case, some of whom have not yet been served. The Court is aware that Melamine Chemicals and Brown & Root were not present at the May 30, 2007 status conference. The Court will consider motions related to the Scheduling Order and the trial date once all issues have been joined.

THUS DONE AND SIGNED AT _Lake Charles_ LOUISIANA this _28_ day of _June_, 2007.

_____
HONORABLE ROBERT L. WYATT, JUDGE

## Shelly Gagliano

**From:** Receptionist
**Sent:** Tuesday, September 11, 2007 10:33 AM
**To:** Joanne Lanaux
**Cc:** Shelly Gagliano
**Subject:** FW: Activity in Case 2:07-cv-01200-TLM-MEM Albarado et al v. Eagle Inc et al "Order on Motion to Reopen/Reinstate Case"

-----Original Message-----
**From:** Reply@lawd.uscourts.gov [mailto:Reply@lawd.uscourts.gov]
**Sent:** Tuesday, September 11, 2007 10:20 AM
**To:** Clerk@lawd.uscourts.gov
**Subject:** Activity in Case 2:07-cv-01200-TLM-MEM Albarado et al v. Eagle Inc et al "Order on Motion to Reopen/Reinstate Case"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Western District of Louisiana

Notice of Electronic Filing

The following transaction was received from Smith, C entered on 9/11/2007 at 10:19 AM CDT and filed on 9/11/2007
**Case Name:** Albarado et al v. Eagle Inc et al
**Case Number:** 2:07-cv-1200
**Filer:**
**Document Number:** 36

**Docket Text:**
ORDER granting [35] Motion to Reopen/Reinstate Case. The [33] Order administratively terminating case is VACATED. It is further ORDERED that the Plaintiff's [21] Motion for Expedited Hearing of Motion to Remand and the [24] Motion to Waive Presentation of State Court Record are GRANTED. A hearing on the Motions to Remand, docs [18] and [20] will be conducted on Tuesday, September 18, 2007 at 1:30 p.m. The deadline for filing objections is Friday, September 14, 2007 at 12:00 noon. Signed by Judge Tucker L Melancon on 9/10/07. (crt,Smith, C)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045083339 [Date=9/11/2007] [FileNumber=1393282-0
] [296cf41df42680d82ff268f60aa3f2b8c404526c833773c72354c4e3b5a1c8ed537
b65a870e3d8088fef9868c628b98a615d73ff818f8d01f918484a93de1fcc]]


PLAINTIFF'S EXHIBIT "B"

9/12/2007

**2:07-cv-1200 Notice will be electronically mailed to:**

Brian Wade Arabie    barabie@bergstedtandmount.com, smiller@bergstedtandmount.com; suzanne@bergstedtandmount.com

David A Barfield    dbarfield@barfieldlaw.com, tchappell@barfieldlaw.com; trobinson@barfieldlaw.com

Kay B Baxter    kbaxter@barfieldlaw.com, anorman@barfieldlaw.com; lcopeland@barfieldlaw.com

Allison Naquin Benoit    allison.benoit@keanmiller.com, phyllis.dufour@keanmiller.com; ginger.blackledge@keanmiller.com

Gary A Bezet    gary.bezet@keanmiller.com, carolyn.marsh@keanmiller.com

Scott R Bickford    usdcwdla@mbfirm.com

Edwin A Ellinghausen , III    eellinghau sen@bluewilliams.com, ddrake@bluewilliams.com

Douglas R Elliott    delliott@dkslaw.com, mdufrene@dkslaw.com

Sandrea L Everett    sandyeverett@mac.com

Gary A Lee    glee@leefutrell.com

Lynn M Luker    lynn.luker@llalaw.com, Catherine.Hilton@llalaw.com; Lori.Waters@llalaw.com; Stephanie.Beaugh@llalaw.com; Marie.Nelson@llalaw.com; Jackie.Wilmore@llalaw.com

F Gerald Maples    federal@geraldmaples.com

Barrye Panepinto Miyagi    barrye.miyagi@keanmiller.com, gary.bezet@keanmiller.com; greg.anding@keanmiller.com; robert.dille@keanmiller.com; pam.knighten@keanmiller.com; carolyn.marsh@keanmiller.com; shelley.lorren@keanmi ller.com; gayla.moncla@keanmiller.com

Blaine A Moore!    bmoore@duncour.com

Louis O Oubre    loubre@duncour.com, pschwandt@duncour.com; caroberts@duncour.com; cdeshotels@duncour.com; dcrasbestos@duncour.com

Frederick Lewis Parks , Jr    lparks@lawla.com

Richard M Perles    rperles@leefutrell.com, elabouisse@leefutrell.com

Gordon P Wilson    gwilson@lawla.com, ljackson@lawla.com

**2:07-cv-1200 Notice will be delivered by other means to:**

Kaye N Courington
Duncan Courington & Rydberg
400 Poydras St Ste 1200

9/12/2007

New Orleans, LA 70130

SEP.18.2007 1:38PM Martzell & Bickford, APC
Case MDL No. 875 Document 5177 Filed 09/18/07 Page 16 of 19
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
SEP 18 2007
FILED
CLERK'S OFFICE

## MARTZELL & BICKFORD

ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
REGINA O. MATTHEWS
SPENCER R. DOODY
JEFFREY M. BURG
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE: (504) 581-7635

JOANNE M. LANAUX*
LITIGATION ADMINISTRATOR

*not licensed to practice law

E-MAIL: MB@MBFIRM.COM

† also admitted in Texas & Colorado

*Writer's Direct Email:*

September 18, 2007

<u>*Via Fax (202) 502-2888*</u>
April Layne
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re:  *Docket No. 875 - Before the Judicial Panel on Multidistrict Litigation
     Conditional Transfer Order (CTO-286)*
     This pleading applies to: LAW 2 07-1200
     Glenn Albarado, et al., vs. Eagle, Inc., et al.
     Our File #10262

Dear Ms. Layne:

This letter is to clarify that our office only represents Bonnie Kee Leray, Gina Leray Knight and Troy Leray in the Albarado matter. We have filed a Notice of Opposition and a Motion to Vacate in the referenced matter but we have only filed these documents on behalf of the Leray plaintiffs. All other plaintiffs in the Albarado matter are represented by another law firm.

Counsel for all other Albarado plaintiffs have been contacted and they have no opposition to the Motion to Vacate being granted. We believe the Motion to Vacate should apply with equal force to all cumulated plaintiffs.

I hope that this clarifies the role of Matrzell & Bickford as it pertains to Albarado. Should you have any additional questions or concerns, please do not hesitate to contact me.

Very truly yours,

MARTZELL & BICKFORD

Spencer R. Doody

cc: All counsel on attached panel service list via fax

F:\Clients\LERAY.BENNY\Correspondence\JPML re albarado leray.wpd

SEP. 18. 2007 1:38PM Martzell & Bickford APC
Case MDL No. 875   Document 5177   Filed 09/18/07   Page 17 of 19
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 18 2007

FILED
CLERK'S OFFICE
Page 1 of 3

# PANEL SERVICE LIST (Excerpted from CTO-286)
## MDL NO. 875
### IN RE Asbestos Products Liability Litigation (No. VI)

*Vernon L. Bourgeois, et al. v. Peter Territo, et al.*, E.D. Louisiana, C.A. No. 2:07-3777
*Glenn Albarado, et al. v. Eagle, Inc., et al.*, W.D. Louisiana, C.A. No. 2:07-1200

Lawrence E. Abbott
Abbott, Simses & Kuchler
5100 Village Walk
Suite 200
Covington, LA 70433

David A. Barfield
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Kay Barnes Baxter
Barfield & Baxter
650 Poydras Street
Suite 2400
New Orleans, LA 70130

Troy N. Bell
Aultman, Tyner & Ruffin, Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Larry G. Canada
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
Suite 4040
New Orleans, LA 70139

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Kaye N. Courington
Duncan Courington & Rydberg, LLC
400 Poydras Street
Suite 1200
New Orleans, LA 70130

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Edwin A. Ellinghausen, III
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

PANEL SERVICE LIST (Excerpted from CTO-286)- MDL NO. 875

Page 2 of 3

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Charles V. Giordano
Miranda, Warwick, Milazzo, Giordano & Hebbler
3636 South I-10 Service Road West
Suite 300
Metairie, LA 70001-3607

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Susan B. Kohn
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gary A. Lee
Lee, Futrell & Perles, LLP
Ste. 2409
201 St. Charles Avenue
New Orleans, LA 70170

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

F. Gerald Maples
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA 70113

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Lawrence G. Pugh III
Montgomery, Barnett, Brown, Read, et al.
1100 Poydras Street
Suite 3300
New Orleans, LA 70163-3200

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

PANEL SERVICE LIST (Excerpted from CTO-286)- MDL NO. 875

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130