## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 9 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

This Document Relates to:

JAMES WEESE,

v.

UNION CARBIDE CORPORATION, et al.

MDL Docket No. 875

Civil Action No.: 07-cv-0581-GPM

U.S. DISTRICT COURT (S.D. IL)
Honorable G. Patrick Murphy

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-287)

Plaintiff, SimmonsCooper LLC, notify the Panel that Plaintiffs oppose transfer of this action, *James Weese,. v. Union Carbide Corporation, et al.*, Case No. 07-cv-0581-GPM, currently pending in the United States District Court for the Southern District of Illinois before Honorable G. Patrick Murphy, to MDL Docket No. 875 pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable James T. Giles, as the Panel has conditionally ordered in CTO-287, filed September 6, 2007.

Dated: 9-18-07

Respectfully Submitted,

SIMMONSCOOPER, LLC

By: _____
Timothy F. Thompson, Jr., #6227183
707 Berkshire Blvd.
East Alton, IL 62024
Telephone: 618-259-2222
Facsimile: 618-259-2251
tthompson@simmonscooper.com

Attorney for Plaintiff

**OFFICIAL FILE COPY**

IMAGED SEP 1 9 2007