MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2007

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE:   ASBESTOS PRODUCTS LIABILITY        MDL DOCKET NO: 875
         LITIGATION (NO VI)

CONDITIONAL TRANSFER ORDER 284

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOLAN FONTENOT | CIVIL ACTION NO.: 07-2764-L-M5 |
| VERSUS | JUDGE: ELDON E. FALLON |
| CHEVRON USA INC., ET AL | MAG. JUDGE: ALMA L. CHASEZ |

### CHEVRON U.S.A. INC.'S CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Chevron U.S.A. Inc., which, in compliance with Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, files the following Corporate Disclosure Statement. Chevron U.S.A. Inc. is a Pennsylvania corporation having its principal place of business

PLEADING NO. 5180

1234855_1.DOC

OFFICIAL FILE COPY

2007 SEP 14 P 3:24
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IMAGED SEP 20 2007

in the State of California. Chevron U.S.A. Inc. is an indirect wholly owned subsidiary of Chevron Corporation, a publicly held corporation.

Submitted By:

*Allison Benoit* (signature)

Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Allison N. Benoit (#29087)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
    McCOWAN & JARMAN
Post Office Box 3513
One American Place, 22nd Floor
Baton Rouge, Louisiana 70821
Telephone: (225) 387-0999

***Attorneys for Chevron U.S.A. Inc.***

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2007

# CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing was forwarded by U.S. Mail, postage prepaid, to the following:

Lawrence E. Abbott
Abbott, Simses & Kuchier
5100 Village Walk
Suite 200
Covington, LA 70433

Brian J. Engeron
Abbott Simses & Kuchler
400 Lafayette St.
Suite 200 New Orleans, LA 70139

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Buckley Building, 7 Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212



1234855_1.DOC

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139

Brian J. Engeron
Abbott Simses & Kuchier
400 Lafayette St., Ste. 4500
New Orleans, LA 70139

Raymond P. Forceno
Forceno & Harmon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33 Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Mary S. Johnson
Johnson Gray MoNamara, LLC
69150 Highway
190 East Service Road
Covington, LA 70433

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

1234855_1.DOC

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Chardwick Moliere
Johnson Gray McNamara LLC
650 Poydras St.
Suite 1905
New Orleans, LA 70130

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd..
Mt. Pleasant, SC 29464

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
24110 Eden Street
P.O. Box 71
Plaquemine, LA 70765-0071

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater,,Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd.
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West, 15 Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Ernest Foundas
Abbott Simses & Kuchler
400 Lafayette Street, Suite 200
New Orleans, LA 70130

Barbara Ormsby
Fournan Perry Watkins, et al
1515 Poydras Ste 1300
New Orleans, LA 70112

Baton Rouge, Louisiana, on the 14th day of September, 2007

Allison N. Benoit

1234855_1.DOC