**MDL-875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 0 2007

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

MDL NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-287)

| | | |
|---|---|---|
| JAMES SAMUEL WARFIELD, et ux. | * | IN THE |
| Plaintiffs | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR THE DISTRICT OF MARYLAND, |
| OWENS-ILLINOIS GLASS CO, et al. | * | BALTIMORE DIVISION |
| Defendant | * | |
| | * | CIVIL ACTION NO. 107-CV-1870 |
| | * | "TAG-ALONG" ACTION |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF OPPOSITION**

Now come James Warfield and Wife, Plaintiffs in the tag-along action and oppose the Conditional Transfer Order of this Honorable Panel filed on September 6th, 2007, Conditional Transfer Order CTO-287.

Respectfully submitted,

Robert G. Skeen
Federal District Bar No. 08789

Harry Goldman, Jr.
Federal District Bar No. 02613
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
410-837-4222

C:\GSWLaw\C\A\WARFIELD\NOTICE OF OPPOSITION.doc

**OFFICIAL FILE COPY**

IMAGED SEP 2 0 2007

PLEADING NO. 5182