ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiff

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2007

FILED
CLERK'S OFFICE

MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL DOCKET NO. 875 CTO-287 |
| This Document Relates to: ROBERT F. LYMAN vs. UNION CARBIDE CORP. et al. | |

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ROBERT F. LYMAN<br><br>Plaintiff,<br><br>vs.<br><br>UNION CARBIDE CORP, et al.<br><br>Defendant. | No. C0 07-4240-SBA<br><br>PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 287<br><br>Date: October 16, 2007<br>Time: 1:00 pm<br>Court: 3, 3rd Floor - Oakland |

### PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 287

The undersigned is in receipt of the Conditional Transfer Order (CTO-287) filed with the Clerk of the Judicial Panel on Multi-District Litigation on September 6, 2007. Pursuant to

///
///

K:\Injured\107053\USDC-JPML-NtcOfOpp-Cond Trf Order 287.wpd    1
PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 287

**OFFICIAL FILE COPY**

IMAGED SEP 21 2007

1  JPML Rule 7.4(c), the undersigned hereby notifies the Clerk of the Judicial Panel on Multi-
2  District Litigation that Plaintiff is in Opposition to Conditional Transfer Order 287.
3
4  Dated: 9/17/57

BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
State Bar of California #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555; (415) 898-1247 Fax
Attorneys for Plaintiff

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2007

CLERK'S OFFICE

## PROOF OF SERVICE BY E-SERVICE and U.S. MAIL

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On September 20, 2007, I electronically filed and served (E-Service):

**PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 287**
**Robert F. Lyman v. Asbestos Defs (Union Carbide removing def.)**
**MDL Docket No. 875, CTO-287**
**USDC-Northern Dist. of California C07-4240-SBA**

on the interested parties in this action by causing the United States Dist. Court ECF system to transmit a true copy thereof to the following party(ies):

UNION CARBIDE CORPORATION
Catherine N. Krow, Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669

HONEYWELL
Christopher Jhang
Perkins Coie
Four Embarcadero Center, Ste. 1400
San Frnacisco, CA 94111

MONTELLO INC.
Molly Mrowka, Esq.
Dillingham & Murphy
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207

and mailed copies of the above entitled document by U.S. MIAL:

XXX  BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **September 20, 2007** at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

_JANE A. EHNI_

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555