MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

SEP 21 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                MDL NO. 875

This Document Relates to:

*William Moulder, et al. V. Monsanto Co., et al.*, E.D. Pennsylvania
(S.D. Mississippi, Cause No. 1:05-41)

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHESTER BANKS, ET AL.                                          PLAINTIFFS

V.                                                CIVIL ACTION NO. 1:05CV39WJG

OWENS-ILLINOIS, ET AL.                                         DEFENDANTS

*CONSOLIDATED WITH*

WILLIAM MOULDER, ET AL.                                        PLAINTIFFS

V.                                                CIVIL ACTION NO. 1:05CV39WJG

MONSANTO COMPANY, ET AL.                                       DEFENDANTS

---

**DEFENDANTS FORD MOTOR COMPANY AND GENERAL MOTORS
CORPORATION'S JOINDER IN CERTAIN DEFENDANTS' MOTION TO VACATE
CONDITIONAL REMAND ORDER**

---

Defendants Ford Motor Company and General Motors Corporation ("Defendants") file their joinder in Certain Defendants' Motion to Vacate Conditional Remand Order ("Motion"), and adopt the Motion as if fully raised herein.

1

**OFFICIAL FILE COPY**

IMAGED SEP 2 4 2007

For the reasons detailed in Certain Defendants' Motion to Vacate Conditional Remand Order, Defendants respectfully request the Court to vacate its Conditional Order of Remand and maintain jurisdiction over the action. Defendants request any other relief as the Court may deem appropriate.

Respectfully submitted,

FORD MOTOR COMPANY AND
GENERAL MOTORS CORPORATION

_____
JOSEPH G. BALADI

OF COUNSEL:
SUSAN L. STEFFEY (MSB #9038)
WATKINS & EAGER PLLC
400 EAST CAPITOL STREET, SUITE 300
POST OFFICE BOX 650
JACKSON, MISSISSIPPI 39205
TELEPHONE: (601) 965-1900
FACSIMILE: (601) 965-1901

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Joseph G. Baladi, do hereby certify that I have caused to be served via United States Mail, postage prepaid, a true and correct copy of the above and foregoing to Plaintiffs' Counsel and all other known Counsel of Record as set forth in the Panel Service List.

THIS, the 14th day of September, 2007.

_____
JOSEPH G. BALADI

# PANEL SERVICE LIST (CRO)
# MDL NO. 875
# IN RE Asbestos Products Liability Litigation (No. VI)

*Gene Beazley, et al. v. A.W. Chesterton Co., et al.*, E.D. Pennsylvania,
(S.D. Mississippi, C.A. No. 1:05-38)
*William Moulder, et al. v. Monsanto Co., et al.*, E.D. Pennsylvania,
(S.D. Mississippi, C.A. No. 1:05-39)

Robert M. Arentson, Jr.
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Marcy B. Croft
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Patricia A. Dicke
Page, Mannino, Peresich &
McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533

Stephanie C. Edgar
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William N. Graham
Aultman, Tyner, McNeese &
Ruffin, Ltd.
P. O. Box 750
Hattiesburg, MS 39403-0750

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Jennifer Graham Hall
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

James Gordon House, III
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Steven J. Irwin
Duncan Courington & Rydberg,
LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite
200
Birmingham, AL 35223-2484

PANEL SERVICE LIST - MDL NO. 875                                                Page 2 of 2

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Ronald G. Peresich
Page, Mannino, Peresich & McDermott, PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Stephen Lee Shackleford
2001 Airport Road
Suite 301
Jackson, MS 39232

Mark R. Smith
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Susan Latham Steffey
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Minor C. Sumners, Jr.
Minor C. Sumners, Jr., Attorney
1907 Dunbarton Dr., Suite F
Jackson, MS 39216

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

Thomas W. Tyner
Aultman, Tyner, Ruffin, Bell & Swetman, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Michael W. Ulmer
Watkins & Eager
300 Emporium Building
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazlehurst, MS 39083

James K. Weston II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Sarah B. Windham
Aultman, Tyner, McNeese & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750