MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL NO. 875

This Document Relates to:

*Gene Beazley, et al. V. A.W. Chesterton Co., et al.*, E.D. Pennsylvania
(S.D. Mississippi, Cause No. 1:05-38)

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GENE BEAZLEY, ET AL. | PLAINTIFFS |
| V. | CIVIL ACTION NO. 1:05CV38WJG |
| A.W. CHESTERTON CO., ET AL. | DEFENDANTS |

### DEFENDANTS FORD MOTOR COMPANY AND GENERAL MOTORS CORPORATION'S JOINDER IN CERTAIN DEFENDANTS' MOTION TO VACATE CONDITIONAL REMAND ORDER

Defendants Ford Motor Company and General Motors Corporation ("Defendants") file their joinder in Certain Defendants' Motion to Vacate Conditional Remand Order ("Motion"), and adopt the Motion as if fully raised herein.

For the reasons detailed in Certain Defendants' Motion to Vacate Conditional Remand Order, Defendants respectfully request the Court to vacate its Conditional Order of Remand and maintain jurisdiction over the action. Defendants request any other relief as the Court may deem appropriate.

1

OFFICIAL FILE COPY

IMAGED SEP 2 4 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2007

FILED
CLERK'S OFFICE

Respectfully submitted,

FORD MOTOR COMPANY AND
GENERAL MOTORS CORPORATION

_____
JOSEPH G. BALADI

OF COUNSEL:
SUSAN L. STEFFEY (MSB #9038)
WATKINS & EAGER PLLC
400 EAST CAPITOL STREET, SUITE 300
POST OFFICE BOX 650
JACKSON, MISSISSIPPI 39205
TELEPHONE: (601) 965-1900
FACSIMILE: (601) 965-1901

### CERTIFICATE OF SERVICE

I, Joseph G. Baladi, do hereby certify that I have caused to be served via United States Mail, postage prepaid, a true and correct copy of the above and foregoing to Plaintiffs' Counsel and all other known Counsel of Record as set forth in the Panel Service List.

THIS, the 14th day of September, 2007.

_____
JOSEPH G. BALADI

Page 1 of 2

# PANEL SERVICE LIST (CRO)
## MDL NO. 875
### IN RE Asbestos Products Liability Litigation (No. VI)

*Gene Beazley, et al. v. A.W. Chesterton Co., et al.*, E.D. Pennsylvania,
(S.D. Mississippi, C.A. No. 1:05-38)
*William Moulder, et al. v. Monsanto Co., et al.*, E.D. Pennsylvania,
(S.D. Mississippi, C.A. No. 1:05-39)

Robert M. Arentson, Jr.
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Marcy B. Croft
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Patricia A. Dicke
Page, Mannino, Peresich &
McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533

Stephanie C. Edgar
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

William N. Graham
Aultman, Tyner, McNeese &
Ruffin, Ltd.
P. O. Box 750
Hattiesburg, MS 39403-0750

Lucien C. Gwin, Jr.
Gwin, Lewis & Punches
P.O. Box 1344
Natchez, MS 39121-1344

Jennifer Graham Hall
Baker, Donelson, Bearman,
Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

James Gordon House, III
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Steven J. Irwin
Duncan Courington & Rydberg,
LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite
200
Birmingham, AL 35223-2484

PANEL SERVICE LIST - MDL NO. 875          Page 2 of 2

Gene Locks  
Locks Law Firm, LLC  
1500 Walnut Street  
Philadelphia, PA 19102  

Ronald L. Motley  
Motley Rice, LLC  
P.O. Box 1792  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464  

Ronald G. Peresich  
Page, Mannino, Peresich & McDermott, PLLC  
P.O. Drawer 289  
759 Vieux Marche' Mall  
Biloxi, MS 39533-0289  

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney, PC  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  

John D. Roven  
Roven-Kaplan, L.L.P.  
2190 North Loop West  
Suite 410  
Houston, TX 77018  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216-1008  

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Boulevard  
Sixth Floor  
Los Angeles, CA 90025  

Stephen Lee Shackleford  
2001 Airport Road  
Suite 301  
Jackson, MS 39232  

Mark R. Smith  
Holcomb Dunbar, PA  
P.O. Drawer 707  
Oxford, MS 38655-0707  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli, L.L.P.  
Centre Square West  
15th Floor  
Philadelphia, PA 19102  

Susan Latham Steffey  
Watkins & Eager  
P.O. Box 650  
Jackson, MS 39205  

Minor C. Sumners, Jr.  
Minor C. Sumners, Jr., Attorney  
1907 Dunbarton Dr., Suite F  
Jackson, MS 39216  

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1370 Penobscot Building, 645 Griswold St.  
The Maritime Asbestosis Legal Clinic  
Detroit, MI 48226-4192  

Andrew J. Trevelise  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103  

David L. Trewolla  
Dogan & Wilkinson, PLLC  
P.O. Box 23062  
Jackson, MS 39225-3062  

Thomas W. Tyner  
Aultman, Tyner, Ruffin, Bell & Swetman, Ltd.  
P.O. Drawer 750  
Hattiesburg, MS 39403-0750  

Michael W. Ulmer  
Watkins & Eager  
300 Emporium Building  
400 East Capitol Street  
P.O. Box 650  
Jackson, MS 39205-0650  

Jeffrey A. Varas  
Varas & Morgan  
P.O. Box 886  
Hazlehurst, MS 39083  

James K. Weston II  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406  

Sarah B. Windham  
Aultman, Tyner, McNeese & Ruffin, Ltd.  
P. O. Drawer 750  
315 Hemphill Street  
Hattiesburg, MS 39403-0750