JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL #875**

SEP - 6 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

## IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-287)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,398 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED SEP 2 4 2007

# SCHEDULE CTO-287 - TAG-ALONG ACTIONS
# MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

**DIST. DIV. C.A. #**        **CASE CAPTION**

**ALABAMA MIDDLE**
ALM  2  07-607        Grady O. Humphreys, et al. v. A.O. Smith Electrical Products Co., et al.

**CALIFORNIA NORTHERN**
~~CAN  4  07-4240~~        ~~Robert F. Lyman, et al. v. Union Carbide Corp., et al.~~        Opposed 9/21/07

**ILLINOIS SOUTHERN**
~~ILS  3  07-581~~        ~~James Weese v. Union Carbide Corp., et al.~~        Opposed 9/19/07

**MARYLAND**
~~MD  1  07-1870~~        ~~James Samuel Warfield, et al. v. Northrop Grumman Ship Systems, Inc., et al.~~    Opposed 9/20/07

**MINNESOTA**
MN  0  07-3659        Raymond C. Allison, et al. v. Alfa Laval, Inc., et al.

**MISSISSIPPI SOUTHERN**
MSS  1  07-911        Kennedy L. Jackson v. FMC Corp., et al.
MSS  1  07-912        Nepolia M. Myles v. Sears Roebuck & Co., et al.
MSS  1  07-944        Robert Valentine, etc. v. Plastics Engineering Co., et al.
MSS  1  07-985        Elaine H. Collins v. Plastics Engineering Co., et al.
MSS  1  07-986        Annie Pearl Douglas v. Plastics Engineering Co., et al.
MSS  1  07-987        Helen S. Franklin v. Plastics Engineering Co., et al.
MSS  1  07-1001        Catherine J. Conway v. Garlock, Inc., et al.

**NORTH CAROLINA EASTERN**
NCE  4  07-80        Thomas Wiley Lewis, et al. v. Aqua-Chem, Inc., et al.
NCE  4  07-98        Jerry Wayne Edwards, et al. v. Aqua-Chem, Inc., et al.
NCE  7  07-105        John Maurice Freeman, et al. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA MIDDLE**
NCM  1  07-619        Billy Gene Gaskey, et al. v. Aqua-Chem, Inc., et al.
NCM  1  07-620        Carolyn P. Burgess v. Aqua-Chem, Inc., et al.
NCM  1  07-625        Luther Chalmers Upright, et al. v. Aqua-Chem, Inc., et al.
NCM  1  07-626        Jeffrey Lewis Dunovant, et al. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW  1  07-226        Max Lamar Jolly, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-233        Clyde S. Crawford, et al. v. 3M Co., et al.
NCW  1  07-274        Lisa Williams, etc. v. A.W. Chesterton Co., et al.
NCW  1  07-279        Max Long Gilleland, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-280        Tommy Michael Gilmore, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-281        Steven Maurice Van Vynckt, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-282        Michael Eason Rankin, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-283        Randall Paul Graver, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-284        Jewell Johnson Brown, etc. v. Anchor Packing Co., et al.
NCW  1  07-285        Brannon Bright, etc. v. CNA Holdings, Inc., et al.
NCW  1  07-287        Randy Lee Banks, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-289        Coyte Reginald Williams, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-291        Gordon Eugene Gregory, et al. v. Aqua-Chem, Inc., et al.
NCW  1  07-292        Hugh Allen Black, et al. v. Aqua-Chem, Inc., et al.

**NEBRASKA**
NE  8  07-320        Eleanor Sautter, etc. v. BNSF Railway Co.