WILLIAMS MULLEN
☑ 002/011

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 25 2007

FILED
CLERK'S OFFICE

MDL 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Products Liability
Litigation (No. VI)

MDL No. 875

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 288

Defendants Robert L. Schmitt Company, Inc., Sullair Corporation, and Aearo Company, by counsel, hereby give notice pursuant to Rule 7.4 of Opposition to the Transfer of the below- referenced plaintiffs contained in Conditional Transfer Order 288:

VAE 4 07-3222 Otis Bowers v. American Air Liquide Corp., et al.
VAE 4 07-3223 Irias Burnham v. American Air Liquide Corp., et al.
VAE 4 07-3224 Cornell Carrigonton v. American Air Liquide Corp., et al.
VAE 4 07-3225 David Faulk v. American Air Liquide Corp., et al.
VAE 4 07-3226 Euless Henry Hall v. American Air Liquide Corp., et al.
VAE 4 07-3227 Jeffrey Harrison v. American Air Liquide Corp., et al.
VAE 4 07-3228 Jesse Hicks v. American Air Liquide Corp., et al.
VAE 4 07-3229 Percy Hobbs v. American Air Liquide Corp., et al.
VAE 4 07-3230 Eduardo Holland v. American Air Liquide Corp., et al.
VAE 4 07-3231 John F. Kirby v. American Air Liquide Corp., et al.
VAE 4 07-3232 Charles Longnecker v. American Air Liquide Corp., et al.
VAE 4 07-3233 Garry Majette v. American Air Liquide Corp., et al.
VAE 4 07-3234 William M. Mundy v. American Air Liquide Corp., et al.
VAE 4 07-3235 Bonnie Neal, etc. v. American Air Liquide Corp., et al.
VAE 4 07-3236 Jimmy Pate v. American Air Liquide Corp., et al.
VAE 4 07-3237 John Pitt v. American Air Liquide Corp., et al.
VAE 4 07-3238 Arthur Scott v. American Air Liquide Corp., et al.
VAE 4 07-3239 Edward Stacknick v. American Air Liquide Corp., et al.
VAE 4 07-3240 Daniel Dean Terry v. American Air Liquide Corp., et al.
VAE 4 07-3241 James A. Thigpen v. American Air Liquide Corp., et al.
VAE 4 07-3242 Julius Walker v. American Air Liquide Corp., et al.

PLEADING NO. 5190

OFFICIAL FILE COPY

IMAGED SEP 25 2007

RECEIVED
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2007 SEP 24 P 3:51

VAE 4 07-3243 Leroy Waters v. American Air Liquide Corp., et al.
VAE 4 07-3244 Larry Wilkerson v. American Air Liquide Corp., et al.
VAE 4 07-3245 James Winkler v. American Air Liquide Corp., et al.
VAE 4 07-3246 Michael Woodson v. American Air Liquide Corp., et al.

                Respectfully submitted,

                ROBERT L. SCHMITT COMPANY,
                SULLAIR CORPORATION, AND
                AEARO COMPANY

        By: _____

Robert F. Redmond, Jr. (VSB # 32292)
Clement D. Carter (VSB# 46038)
Williams Mullen
P.O. Box 1320
Richmond, Va. 23218-1320
Tel: (804) 643-1991
Fax: (804) 783-6507
**Counsel for Robert L. Schmitt Company**
**Sullair Corporation**
**Aearo Company**

09/24/2007 13:31 FAX 8047836507  WILLIAMS MULLEN  ☒004/011

Case MDL No. 875   Document 5190   Filed 09/25/07   Page 3 of 10

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 25 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of Robert L. Schmitt Company, Inc., Sullair Corporation, and Aearo Company's Notice of Opposition to Conditional Transfer Order 288 was on this the 24th day of September 2007, mailed, postage prepaid, first class mail to plaintiffs' counsel and letter notice to defendants.

Fernando Galindo, Clerk
United States District Court for the
   Eastern District of Virginia
Norfolk Division
Walter E. Hoffman U. S. Courthouse
600 Granby Street
Norfolk, Virginia 23510

Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21202
***Counsel for Plaintiff***

MOLDEX METRIC INC.
Richard H. Ottinger, Esquire
Vandeventer Black LLP
500 World Trade Center
Norfolk, Va. 23510-1779
***Counsel for Moldex – Metric, Inc.***
**With Enclosures**

AMERICAN AIR LIQUIDE CORP.
Joshua Prever, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
Miami, FL 33131-2339
Tel: 305.415.3314
Email: jprever@morganlewis.com
***Counsel for American Air Liquide Corp.***

AMERICAN EAGLE ACCESSORIES GROUP
Paul W. Mengel III, Esquire
Vorys, Sater, Seymour and Pease, LLP
277 South Washington Street

Suite 310
Alexandria, VA 22314
***Counsel for American Eagle Accessories Group***

LOUIS M. GERSON INC.
Cheryl Ragsdale, Esquire
Hunton & Williams LLP
951 East Byrd Street
Richmond, Va. 23219
Tel: 804.788.8601
Email: cragsdale@hunton.com
***Counsel for Louis M. Gerson, Inc.***

LONE STAR INDUSTRIES INC.
McKenry Danciger Dawson & Lake, P.C.
192 Ballard Court
Suite 400
Virginia Beach, Virginia 23462
***Counsel for Lone Star Industries Inc.***

3M COMPANY
f/k/a Minnesota Mining and Manufacturing Company
Clinton R. Shaw, Esq.
Jordan Coyne & Savits, LLP
1100 Connecticut Ave. N.W.
Suite 600
Washington, D.C. 20036
***Counsel for 3M Company***

ILLINOIS TOOL WORKS INC.
Paul W. Mengel III, Esquire
Vorys, Sater, Seymour and Pease, LLP
277 South Washington Street
Suite 310
Alexandria, VA 22314
***Counsel for Illinois Tool Works Inc.***

TYCO INTERNATIONAL INC.
Joshua Prever, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
Miami, FL 33131-2339
Tel: 305.415.3314
Email: jprever@morganlewis.com

*Counsel for Tyco International, Inc.*

HOPEMAN BROTHERS, INC.
Gerald E. W. Voyer, Esquire
Taylor and Walker P.C.
555 Main Street Suite 3490
Norfolk, Va. 23510
Tel: 757.625.7300
Email: gvoyer@taylorwalkerlaw.com
*Counsel for Hopeman Brothers, Inc.*

INTERNATIONAL MINERALS & CHEMICAL CORP.
Joshua Prever, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
Miami, FL 33131-2339
Tel: 305.415.3314
Email: jprever@morganlewis.com
*Counsel for International Minerals & Chemical Corp.*

INTERNATIONAL PAPER CORPORATION
f/k/a Champion International Corporation f/k/a U.S.
Stephen R. Jackson, Esq.
Willcox Savage, P.C.
1800 Bank of America Center
Norfolk, VA 23510
Tel: 757.628.5500
Fax: 757.628.5566
*Counsel for International Paper Corporation*


OWENS – ILLINOIS, INC.
Formerly Owens – Illinois Glass Container Co.
Joshua Prever, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
Miami, FL 33131-2339
Tel: 305.415.3314
Email: jprever@morganlewis.com
*Counsel for Owens – Illinois, Inc.*

**Parties that are named in the Complaint but have not appeared in the action:**

BACOU – DALLOZ USA INC.
910 Douglas Pike
Smithfield, RI 02917

CLEMTEX INCORPORATED
248 McCarty Drive
Houston, TX 77029

CLEMCO INDUSTRIES CORP.
One Cable Car Drive
Washington, MO 63090

E.D. BULLARD COMPANY
1898 Safety Way
Cynthiana, KY 41031

EMPIRE ABRASIVE EQUIPMENT CO.
2101 West Cabot Blvd.
Langhorne, PA 19047-1893

ENCON SAFETY PRODUCTS INC.
6825 West Sam Houston Pkwy. N.
Houston, TX 77041

KELCO SALES & ENGINEERING CO.
11936 Front Street
Norwalk, CA 90650

MOTT CORPORATION
84 Spring Lane
Farmington, CT 06032

NORTHEAST INDUSTRIAL TECHNOLOGIES INC.
1616 Hyde Park Avenue
Hyde Park, MA 02136

FERRO CORPORATION
1001 Underwood Drive
Jackson, MS 39205

HUMBLE SAND & GRAVEL CO.
800 S. College Street
Picher, OK 74360

INDEPENDENT GRAVEL CO.
P.O. Box 1423

Joplin, MO 64801

INGERSOLL RAND COMPANY LIMITED
P.O. Box 0445
155 West Chestnut Ridge Road
Montvale, NJ 07645

INLAND CRAFT PRODUCTS, CO.
32052 Edwards Drive
Madison Heights, MI 48071

NELCO MANUFACTURING COMPANY
800 West Cummings Park #3950
Woburn, MA 01801

OTTAWAY SILICA COMPANY
n/k/a U.S. Silica Company
106 Sand Mine Road
Berkley Springs, WV 25411

PANGBORN CORPORATION
580 Pangborn Boulevard
Hagerstown, MD 21740-0830

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, VA 95688

RUEMELIN MANUFACTURING COMPANY, INC.
204 S. Hancock
Louisville, KY 40202

SOUTHWEST AGGREGATES INC.
16470 Tamiami Trail S.
Punta Gorda, FL 33955

SPECIALTY SAND COMPANY
16601 Garrett Road
Houston, TX 77044

MSA CORPORATION
121 Gamma Drive
Pittsburgh, PA 15238

SAINT GOBAIN ABRASIVES INC.

1 New Bond Street
P.O. Box 15008
Worcester, MA 01615-0008

SELLSTROM MANUFACTURING CO.
1 Sellstrom Drive
Palatine, IL 60067

MESTEK INC.
260 North Elm Street
Westfield, MA 01085

WHEELER PROTECTIVE APPAREL INC.
**(mail has been refused and returned)**
4330 W. Belmont Avenue
Chicago, IL 60641

SLY INCORPORATED
8300 Dow Circle
Strongville, OH 44136

HANSON AGGREGATES NORTH AMERICA INC.
8505 Freeport Parkway
Irving, TX 75063

AMCHEM PRODUCTS, INC.
300 Brookside Avenue
Ambler, PA 19002

DANA CORPORATION
C/o: Allen C. Goolsby, III
   Registered Agent 951 East Byrd Street
   Richmond, Va. 23219

GENERAL REFRACTORIES COMPANY
225 City Avenue, Suite 114
Bala Cynwyd, PA 190004

GEORGIA – PACIFIC CORPORATION
A Georgia Corporation
133 Peachtree Street, NE
Atlanta, GA 30303

RAPID AMERICAN CORPORATION
711 5th Avenue,
New York, NY 10022

SELBY, BATTERSBY & CO.
n/k/a SB Decking, Inc.
Hecker, Brown, Serry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel. 215-665-0400


UNIROYAL HOLDING, INC.,
C/o: President/ CEO
70 Great Hill Road
Naugatuck, CT 06770

VIACOM, Inc. f/k/a CBS CORP.
f/k/a Westinghouse Electric Corporation
C/o: Asbestos Litigation Support Mgr.
    Eckert Seamans Cherin & Mellott LLC
    Case Mgmt & Tech Center
    Gulf Tower, 5th Floor
    707 Grant Street
    Pittsburgh, PA 15219


WACO INSULATION, INC.
n/k/a WACO INC.
5450 Lewis Road
Sandston, VA 23150

GARLOCK SEALING TECHNOLOGIES, INC.
1666 Division Street
Palmyra, NY 14522

GENERAL ELECTRIC CO.
12 Corporate Woods Blvd.
3rd Floor
Albany, NY 12211

METROPOLITAN LIFE INSURANCE CO.
1 Madison Avenue
New York, NY 10010

UNION CARBIDE CORPORATION
A Subsidiary of Dow Chemical Company
P.O. Box 4393

Houston, TX 10017

HONEYWELL, INC. f/k/a Allied Signal, Inc.
(Formerly Allied Corporation)
William D. Bayliss
Williams Mullen
P.O. Box 1320
Richmond, Va. 23218-1320
Tel: (804) 643-1991
Fax: (804) 783-6507
*Counsel for Honeywell, Inc.*

PFIZER, INC.
235 East 42nd Street
New York, New York 10017

_____
Clement D. Carter, Esquire