JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL #875

SEP - 7 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-288)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,403 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED SEP 2 5 2007

# SCHEDULE CTO-288 - TAG-ALONG ACTIONS
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **INDIANA NORTHERN** | | |
| INN 2 06-383 | Mary Alford v. AGA Gas, Inc., et al. | |
| INN 2 07-118 | Joan Frost, etc. v. General Electric Co., et al. | |
| **VIRGINIA EASTERN** | | |
| VAE 2 07-9213 | Russell A. Free v. American Standard, Inc., et al. | |
| VAE 2 07-9214 | Leon K. Lance v. American Standard, Inc., et al. | |
| VAE 2 07-9215 | Gary C. Lovatt v. American Standard, Inc., et al. | |
| VAE 2 07-9216 | Ada Marie Ludwick v. American Standard, Inc., et al. | |
| VAE 2 07-9217 | William H. Monroe, Jr., etc. (Bennett Terry Billingsley) v. American Standard, Inc., et al. | |
| VAE 2 07-9218 | Michael E. Carpenter v. American Standard, Inc., et al. | |
| VAE 2 07-9219 | Lionel F. Collins v. American Standard, Inc., et al. | |
| VAE 2 07-9220 | Walter Hill v. American Standard, Inc., et al. | |
| VAE 2 07-9221 | William H. Monroe, Jr., etc. (John William Jones) v. American Standard, Inc., et al. | |
| VAE 2 07-9222 | David E. McDowell v. American Standard, Inc., et al. | |
| VAE 2 07-9223 | Lawrence E. Miller v. American Standard, Inc., et al. | |
| VAE 2 07-9224 | Farrell L. Nate v. American Standard, Inc., et al. | |
| VAE 2 07-9225 | Joseph H. Parsons v. American Standard, Inc., et al. | |
| VAE 2 07-9226 | John R. Robinson v. American Standard, Inc., et al. | |
| VAE 2 07-9227 | Fred J. Smith, Jr. v. American Standard, Inc., et al. | |
| VAE 2 07-9228 | Roy H. Swinney v. American Standard, Inc., et al. | |
| VAE 2 07-9229 | James N. Toth v. American Standard, Inc., et al. | |
| VAE 2 07-9230 | Richard E. Andrews v. American Standard, Inc., et al. | |
| VAE 2 07-9231 | William H. Monroe, Jr., etc. (Octavis Covington) v. American Standard, Inc., et al. | |
| VAE 2 07-9232 | Kenneth D. Cribbs v. American Standard, Inc., et al. | |
| VAE 2 07-9233 | James R. Cygnor v. American Standard, Inc., et al. | |
| VAE 2 07-9234 | Thomas W. Haney v. American Standard, Inc., et al. | |
| VAE 2 07-9235 | Kenneth R. Jordan v. American Standard, Inc., et al. | |
| VAE 2 07-9236 | Brenda S. Holloway v. American Standard, Inc., et al. | |
| VAE 2 07-9237 | Jerald D. Sikes, Sr. v. American Standard, Inc., et al. | |
| VAE 2 07-9238 | Joe D. Sweeney, Jr. v. American Standard, Inc., et al. | |
| VAE 2 07-9239 | Laddie Von Tillman v. American Standard, Inc., et al. | |
| ~~VAE 4 07-3222~~ | ~~Oris Bowerrs v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3223~~ | ~~Irias Burnham v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3224~~ | ~~Cornell Carrington v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3225~~ | ~~David Faulk v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3226~~ | ~~Euless Henry Hall v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3227~~ | ~~Jeffrey Harrison v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3228~~ | ~~Jesse Hicks v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3229~~ | ~~Percy Hobbs v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3230~~ | ~~Eduardo Holland v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3231~~ | ~~John F. Kirby v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3232~~ | ~~Charles Longnecker v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3233~~ | ~~Garry Majette v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3234~~ | ~~William M. Mundy v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3235~~ | ~~Bonnie Neal, etc. v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3236~~ | ~~Jimmy Pate v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3237~~ | ~~John Pitt v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3238~~ | ~~Arthur Scott v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3239~~ | ~~Edward Stacknik v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3240~~ | ~~Daniel Dean Terry v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3241~~ | ~~James A. Thigpen v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3242~~ | ~~Julius Walker v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3243~~ | ~~Leroy Waters v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3244~~ | ~~Larry Wilkerson v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3245~~ | ~~James Winkler v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |
| ~~VAE 4 07-3246~~ | ~~Michael Woodson v. American Air Liquide Corp., et al.~~ | Opposed 9/25/07 |