**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MARY ALFORD AND ELOISE HALBERT,
CO-PERSONAL REPRESENTATIVES OF THE
ESTATE OF SIDNEY G. JOHNSON, DECEASED,
AND FRANCES W. JOHNSON

    Plaintiffs,

v.

CIVIL ACTION NO. 2:07-2569
MDL DOCKET NO. 875

THE LINCOLN ELECTRIC COMPANY, et al.

    Defendants.

PLEADING NO. 5195

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT THE LINCOLN ELECTRIC COMPANY

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, The Lincoln Electric Company, a defendant in this matter, makes the following disclosure:

    1.    Is the party a non-governmental corporate party?

**RESPONSE:** Yes.

    2.    If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    **RESPONSE:** The Lincoln Electric Company is a wholly owned subsidiary of Lincoln Electric Holdings, Inc., a publicly traded company.

**OFFICIAL FILE COPY**

{D0284407;1}

IMAGED OCT 2 2007

3.   If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**RESPONSE:** No such corporation.

THE LINCOLN ELECTRIC COMPANY

**DAVIES, McFARLAND & CARROLL, P.C.**

By: _____
David E. Lamm, Esquire
One Gateway Center, 10th Floor
Pittsburgh, PA 15222
(412) 281-0737

*Attorney for The Lincoln Electric Company*

{D0284407:1}2