MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE:   ASBESTOS PRODUCTS LIABILITY    MDL DOCKET NO. 875
LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER 284

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOLAN FONTENOT | CIVIL ACTION |
| Plaintiff | |
| VERSUS | CASE NO. 07-cv-02764 |
| CHEVRON USA INC., successor in interest TO Texaco Oil Company and Gulf Oil Corporation, ET AL. | SECTION L (5) |
| | JUDGE ELDON E. FALLON |
| Defendants | |
| C.A. No. LAE 07-2764-I-M5 | MAGISTRATE ALMA L. CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ZAPATA CORPORATION'S JOINDER IN DEFENDANTS'
MEMORANDUM IN OPPOSITION TO MOTION TO
VACATE CONDITIONAL TRANSFER ORDER

NOW INTO COURT, through undersigned counsel, comes Defendant, Zapata Corporation, who requests this Court to allow Zapata Corporation to adopt and join in

PLEADING NO. 5199

OFFICIAL FILE COPY

1

IMAGED OCT 9 2007

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2007 OCT -5  A 8:51
RECEIVED CLERK'S OFFICE

Co-Defendants', Exxon Mobil Corporation and Chevron U.S.A. Inc., Memorandum in Opposition to Motion to Vacate Conditional Transfer Order filed on September 21, 2007. Zapata Corporation hereby adopts, as its own, reasoning and legal argument contained in Exxon Mobil Corporation and Chevron U.S.A. Inc.'s aforementioned Memorandum.

**WHEREFORE**, Zapata Corporation respectfully requests that the Panel deny Plaintiff's Motion to Vacate Conditional Transfer Order 284 and transfer this case to the United States District Court for the Eastern District of Pennsylvania, MDL 875. The Plaintiff's case meets all of the statutory requirements for transfer enumerated in 28 U.S.C. § 1407. Based upon numerous common questions of fact, the convenience to the parties and witnesses involved, and the just and efficient prosecution of this action, transfer to MDL 875 is warranted.

Respectfully submitted,
FORMAN PERRY WATKINS KRUTZ & TARDY LLP

/s/ Barbara Bourgeois Ormsby
FORREST REN WILKES, LA. BAR #22897
BARBARA BOURGEOIS ORMSBY, LA. BAR #27388
1515 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone: (504) 799-4383
Telecopier: (504) 799-4384

**Attorneys for Defendant, Zapata Corporation**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007 a copy of Zapata Corporation's Corporate Disclosure Statement was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 28th day of September, 2007.

/s/ Barbara Bourgeois Ormsby
Barbara Bourgeois Ormsby

2007 OCT -5  A 8:57   RECEIVED CLERK'S OFFICE   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2007

FILED
CLERK'S OFFICE

# AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of Zapata Corporation's Joinder in Defendants' Memorandum in Opposition to Motion to Vacate Conditional Transfer Order was served upon all known counsel of this proceeding by mailing a copy to same via First Class United States Mail, facsimile, electronic mail and/or Federal Express on this 5th day of October, 2007.

Barbara B. Ormsby

Service made upon:

Lawrence E. Abbott
Abbot, Simses & Kuchler
5100 Village Walk
Suite 200
Covington, LA 70433

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armound
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Gallageher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 4415
Fax (216) 241-1608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Brian J. Engeron
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, La 70130

Raymond P. Forceno
Raymond Goggin & Keller
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Adam M. Chud  
Goodwin, Procter, LLP  
901 New York Avenue, N.W.  
Washington, DC 20001  

Susan M. Hansen  
Brownson & Ballou  
225 South Sixth Street  
Suite 4800  
Minneapolis, MN 55402  

Mary S. Johnson  
Johnson Gray McNamara, LLC  
69150 Highway  
190 East Service Road  
Covington, La 70433  

Reginald S. Kramer  
Oldham & Dowling  
195 South Main Street  
Suite 300  
Akron, OH 44308-1314  

David D. Landin  
Hunton & Williams, LLP  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219  

Gene Locks  
Locks Law Firm, LLC  
1500 Walnut Street  
Philadelphia, PA 19102  

Chardwick J. Mollere  
Johnson Gray McNamara, LLC  
650 Poydras Street  
Suite 1905  
New Orleans, LA 70130  

Ronald L. Motley  
Motley Rice, LLC  
P.O. Box 1792  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464  

Ellen B. Furman  
Goldfein & Hosmer  
1600 Market Street, 33rd Floor  
Philadelphia, PA 19103  

John J. Repcheck  
Marks, O'Neill, O'Brien & Courtney, PC  
3200 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  

John D. Roven  
Roven-Kaplan, LLP  
2190 North Loop West  
Suite 410  
Houston, TX 77018  
Fax (713) 465-3658  

Richard D. Schuster  
Vorys, Sater, Seymour & Pease, LLP  
52 East Gay Street  
P.O. Box 1008  
Columbus, OH 43216-1008  

Neil Selman  
Selman, Breitman & Burgess  
11766 Wilshire Blvd.  
Sixth Floor  
Los Angeles, CA 90025  

Robert N. Spinelli  
Kelley, Jasons, McGuire & Spinelli, LLP  
Centre Square West, 15th Floor  
Philadelphia, PA 19102  

Robert E. Swickle  
Jaques Admiralty Law Firm, P.C.  
1370 Penobscot Building, 645 Griswold St.  
The Maritime Asbestosis Legal Clinic  
Detroit, MI 48226-4192  
Fax (313) 961-5275  

Andrew J. Trevlise  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
24100 Eden Street
P.O. Box 71
Plaquemines, LA 70765-0071

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406