**MDL   875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 9 2007

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In Re ASBESTOS PRODUCTS          )
LIABILITY LITIGATION (No. VI)    )          **MDL No. 875**

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER 288

Defendants Robert L. Schmitt Company, Inc. ("Schmitt"), Sullair Corporation

("Sullair"), and Aearo Company ("Aearo") (collectively the "defendants"), by counsel, pursuant

to Panel Rule 7.4(d), R.P.J.P.M.L., 199 F.R.D. 425 (2001), respectfully move this Panel to

vacate its Conditional Transfer Order of September 7, 2007, because transfer is inappropriate in

this case for the reasons set forth in the attached brief.

WHEREFORE, defendants request that the Panel grant their Motion to Vacate the

Conditional Transfer Order and remand these actions to the United States District Court for the

Eastern District of Virginia, Norfolk Division.

PLEADING NO. 5200

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2007 OCT -9   A 11: 59

RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY   IMAGED OCT 1 0 2007

ROBERT L. SCHMITT COMPANY, INC.
SULLAIR CORPORATION
AEARO COMPANY

By:_____

Counsel

Robert F. Redmond, Jr. (Va. Bar #32292)
Clement D. Carter (Va. Bar #46038)
Brendan D. O'Toole (Va. Bar #71329)
Williams Mullen, A Professional Corporation
Two James Center, 1021 East Cary Street (23219)
P.O. Box 1320
Richmond, VA 23218-1320
Tel.: (804) 643-1991
Fax: (804) 783-6507
1511960v1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 9 2007

FILED
CLERK'S OFFICE

## SCHEDULE OF ACTIONS

VAE 4 07-3222 Oris Bowers v. American Air Liquide Corp.
VAE 4 07-3223 Irias Burnham v. American Air Liquide Corp.
VAE 4 07-3224 Cornell Carrington v. American Air Liquide Corp.
VAE 4 07-3225 David Faulk v. American Air Liquide Corp.
VAE 4 07-3226 Euless Henry Hall v. American Air Liquide Corp.
VAE 4 07-3227 Jeffrey Harrison v. American Air Liquide Corp.
VAE 4 07-3228 Jesse Hicks v. American Air Liquide Corp.
VAE 4 07-3229 Percy Hobbs v. American Air Liquide Corp.
VAE 4 07-3230 Eduardo Holland v. American Air Liquide Corp.
VAE 4 07-3231 John F. Kirby v. American Air Liquide Corp.
VAE 4 07-3232 Charles Longnecker v. American Air Liquide Corp.
VAE 4 07-3233 Garry Majette v. American Air Liquide Corp.
VAE 4 07-3234 William M. Mundy v. American Air Liquide Corp.
VAE 4 07-3235 Bonnie Neal, etc. v. American Air Liquide Corp.
VAE 4 07-3236 Jimmy Pate v. American Air Liquide Corp.
VAE 4 07-3237 John Pitt v. American Air Liquide Corp.
VAE 4 07-3238 Arthur Scott v. American Air Liquide Corp.
VAE 4 07-3239 Edward Stacknik v. American Air Liquide Corp.
VAE 4 07-3240 Daniel Dean Terry v. American Air Liquide Corp.
VAE 4 07-3241 James A. Thigpen v. American Air Liquide Corp.
VAE 4 07-3242 Julius Walker v. American Air Liquide Corp.
VAE 4 07-3243 Leroy Waters v. American Air Liquide Corp.
VAE 4 07-3244 Larry Wilkerson v. American Air Liquide Corp.
VAE 4 07-3245 James Winkler v. American Air Liquide Corp.
VAE 4 07-3246 Michael Woodson v. American Air Liquide Corp.

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re ASBESTOS PRODUCTS      )
LIABILITY LITIGATION (No. VI)   )        **MDL Docket No. 875**

## DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER 288

Defendants Robert L. Schmitt Company, Inc. ("Schmitt"), Sullair Corporation

("Sullair"), and Aearo Company ("Aearo") (collectively the "defendants"), by counsel, hereby

submit their Brief in Support of Motion to Vacate Conditional Transfer Order 288 ("CTO-288")

pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

Defendants respectfully request that the Panel vacate its September 7, 2007, CTO and remand

these matters to the United States District Court for the Eastern District of Virginia.  The actions

conditionally transferred involve fundamentally different questions of law and fact than the other

cases in this MDL, so transfer will not conserve the resources of the parties, their counsel, and

the judiciary.

## I.  BACKGROUND

On July 29, 1991, this Panel transferred 21,937 asbestos cases to the United States

District Court for the Eastern District of Pennsylvania.  In re Asbestos Products Liability Litig.,

771 F. Supp. 415 (J.P.M.L. 1991).  On September 7, 2007, and pursuant to Panel Rule 7.4, 199

F.R.D. 425, 435-36 (2001), this Panel conditionally transferred the twenty-five (25) instant "tag-

along actions" because it "appeare[d] that the actions of this conditional transfer order involve questions of fact that are common to the actions previously transferred . . . ." (CTO-288) (**Exhibit A**.)  The circumstances of the present actions do not involve common questions of fact with the other cases in this MDL.  Indeed, the actions in the instant suits involve allegations of exposure to silica, *not* asbestos, and therefore centralization pursuant to 28 U.S.C. § 1407 is improper and CTO-288 should be vacated.

## II.  ARGUMENT

Three statutory requirements must be satisfied for transfer and consolidation of cases pursuant to 28 U.S.C. § 1407(a).  First, the actions to be transferred must involve "common questions of fact."  28 U.S.C. § 1407(a).  Second, consolidation of the actions must benefit "the convenience of [the] parties and witnesses."  Id.  Third, consolidation must "promote the just and efficient conduct of such actions."  Id.

The Panel has the authority to vacate CTO-288 "upon the showing of good cause by any party."  In re Multidistrict Commodity Credit Corp. Litig. Involving Grain Shipments, 319 F. Supp. 533, 534 (J.P.M.L. 1970) (citation omitted).  In determining whether to vacate a conditional transfer order, "the Panel must weigh the interests of all the plaintiffs and of all the defendants, and must consider multiple litigation as a whole in the light of the purposes of the law."  In re Multidistrict Civil Antitrust Litig. Involving Antibiotic Drugs, 303 F. Supp. 1056, 1057 (J.P.M.L. 1969) (citation omitted).  Good cause to vacate a conditional transfer order exists when the case at issue and the other MDL cases do not share sufficient questions of law or fact. See In re Tri-State Water Rights Litig., 481 F. Supp. 2d 1351, 1353 (J.P.M.L. 2007) (claims related to the flow of one river were not sufficiently similar to claims related to the flow of another river); In re Multidistrict Private Civil Treble Damage Antitrust Litig. Involving IBM,

316 F. Supp. 976, 977 (J.P.M.L. 1970) (claims related to magnetic tape equipment were not sufficiently similar to claims related to electronic data processing equipment).

**1.   THERE ARE NO COMMON QUESTIONS OF FACT THAT SUPPORT CONSOLIDATION OF THIS ACTION WITH THE PREVIOUS MDL ACTIONS**

### A.   *All of the Actions Involve Alleged Exposure to Silica*

This Panel's 1991 order transferred a litany of asbestos cases to the Eastern District of Pennsylvania because "the actions in this litigation involve common questions of fact relating to injuries or wrongful death allegedly *caused by exposure to asbestos or asbestos containing products*," and because "centralization under [28 U.S.C.] 1407 . . . will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation." In re Asbestos Products Liability Litig. (No. VI), 771 F. Supp. at 417 (emphasis added). The current actions, however, do not involve questions of fact relating to injuries allegedly caused by exposure to asbestos but, rather, alleged exposure to silica. Accordingly, transfer of these actions to the Eastern District of Pennsylvania is improper.

The twenty-five (25) actions covered by CTO-288 were originally filed in the Circuit Court for the City of Newport News, Virginia, after which the defendants timely removed the matters to the United States District Court for the Eastern District of Virginia. Seventeen (17) of the 25 complaints allege exposure to silica only. By way of example, plaintiff Jeffrey Harrison's complaint alleges "personal injury from exposure to the defendants' *silicosis*-containing products and/or protective devices." See Harrison v. Am. Air Liquide Corp., No. 4:07cv3227 (E.D. Va. 2007) (emphasis added) (complaint attached as **Exhibit B,** ¶ 1). The complainants in these suits contend that all of the named defendants are manufacturers of or otherwise placed in the stream of commerce "*silica* products and/or protective devices" (id. ¶ 2), and that the plaintiffs suffer

from *silicosis* as a result (id. ¶ 6). Nothing in the Harrison complaint (nor any of the other 16 silicosis-only suits) alleges exposure to asbestos. In fact, the 17 silica lawsuits make no mention of the word "asbestos" whatsoever. (Relevant portions of the other plaintiffs' complaints are attached as **Exhibit C**.)

The remaining eight (8) lawsuits subject to CTO-288 involve allegations of exposure to both silica and asbestos. These lawsuits allege personal injury from supposed exposure to the defendants' "silicosis-containing products, asbestos-containing products, and/or protective devices." See, e.g., Hicks v. Am. Air Liquide Corp., No. 4:07cv3228 (E.D. Va. 2007) (complaint attached as **Exhibit D**, ¶ 1). It would be improper to consolidate these "mixed-dust" cases with those currently subject to MDL-875 because the instant actions involve entirely different questions of law and fact. See, e.g., In re Silica Products Liability Litig., 389 F. Supp. 2d 563, 569 (S.D. Tex. 2005) (describing the history and progression of silica and its related disease, silicosis). Whereas juries in the cases grouped into MDL-875 will be asked to evaluate whether only asbestos caused the plaintiff's injuries, juries in the instant actions will be faced with difficult causation analyses and expert evidence issues involving an entirely different substance. Additionally, discovery in the asbestos MDL cases will have little or nothing in common with the relevant discovery in the present silica cases. See 28 U.S.C. § 1407(a) (governing transfer of cases for "coordinated or consolidated *pretrial* proceedings.") (emphasis added). In fact, discovery in MDL-875 would be severely frustrated by additional discovery involving silica and silicosis necessitated by the instant lawsuits.

This Panel's 1991 transfer order was expressly limited to those cases alleging injuries "*caused by exposure to asbestos or asbestos containing products*." In re Asbestos Products Liability Litig. (No. VI), 771 F. Supp. at 417 (emphasis added). CTO-288 should be vacated as

the majority of the twenty-five cases subject to CTO-288 do not allege exposure to asbestos at all, while the remainder alleges exposure to *both* asbestos and silica.  Simply stated, the instant lawsuits are not asbestos-only cases, and there are no common questions of fact with these cases and those contained in MDL-875.  See In re Airline "Age of Employee" Employment Practices Litig., 483 F. Supp. 814, 816-17 (J.P.M.L. 1980) (refusing to transfer where allegations and defenses essentially similar but principal factual issues will be different to each).

2.   **TRANSFER AND CONSOLIDATION WILL PROMOTE NEITHER THE JUST AND EFFICIENT CONDUCT OF THESE ACTIONS NOR THE CONVENIENCE OF THE PARTIES AND WITNESSES**

In addition to the fact that all of the instant cases contain allegations of exposure to silica, the following motions are also currently pending before the United States District Court for the Eastern District of Virginia, all of which weigh against transfer of the current cases to MDL 875:

- **R.L. Schmitt's Unopposed Motion to Dismiss for Lack of Personal Jurisdiction.**

- **Plaintiffs Have Submitted an Unopposed Dismissal Order of R.L. Schmitt;**

- **Sullair's Unopposed Motion to Dismiss for Failure to State a Claim; and**

- **Aearo's Motion to Dismiss for Failure to State a Claim.**

Given the pending nature of these dispositive motions, CTO-288 should be vacated because consolidation of the actions will neither benefit "the convenience of [the] parties and witnesses" nor "promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a).

A.   *R.L. Schmitt's Unopposed Motion to Dismiss for Lack of Personal Jurisdiction*

Schmitt has moved to dismiss the complaints in these actions for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).  (**Exhibit E.**)  Schmitt is a Kentucky corporation that sells industrial safety supplies.  It does not manufacture any products, and does not transact business in Virginia.  (Id. at 1-2.)  Accordingly, Schmitt is not subject to

5

Virginia's long-arm statute and the district court lacks personal jurisdiction over it. Schmitt's motion to dismiss for lack of personal jurisdiction was filed on June 29, 2007, and is currently unopposed by the plaintiffs. Plaintiffs' brief in opposition was due on July 13, 2007, but no response has yet been filed. On July 25, 2007, Schmitt's counsel requested a hearing on the personal jurisdiction issue before the district court. (**Exhibit F.**) Thereafter, on July 27, 2007, plaintiffs filed a Notice of Voluntary Dismissal with the district court with respect to R.L. Schmitt (**Exhibit G**), but the district court has not yet endorsed the dismissal order. All of these pleadings were filed before this Panel's CTO was entered on September 7, 2007. Vacating CTO-288 and remanding these actions back to the district court will promote the just and efficient conduct of these actions as well as the convenience of the parties and witnesses.

**B.** *Sullair's Unopposed Motion to Dismiss for Failure to State a Claim*

Also pending before the district court is Sullair's Motion to Dismiss for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). (**Exhibit H.**) The motion convincingly argues that the plaintiffs have failed to allege that they were ever diagnosed with asbestosis or silicosis, and also that they failed to allege the facts and circumstances surrounding such diagnoses. (Id. at 1-2.) The motion finds it support with the case In re Silica Products Liability Litig., 389 F. Supp. 2d 563 (S.D. Tex. 2005), wherein the court held that to plead a valid diagnosis of asbestosis or silicosis a plaintiff must show: (1) a history of exposure to silica dust; (2) radiographic evidence of silicosis; (3) the "absence of any good reason to believe that the radiographic findings are the result of some other condition"; and (4) the time between exposure and the onset of the disease must be consistent with the latency period typical of the respiratory disease. Id. at 589. Plaintiffs pled none of these facts in their complaints, and Sullair moved to dismiss on these grounds. The motion was filed on August 24,

2007, and is unopposed by the plaintiffs. Remanding these actions to the district court will give the court an opportunity to rule on Sullair's dispositive motion, and will promote the just and efficient conduct of these actions as well as the convenience of the parties and witnesses.

### C.   *Aearo's Motion to Dismiss Has Not Yet Been Heard*

Further, Aearo, though named as a party-defendant in both the silica-only and mixed dust cases, is not alleged to have committed any wrongdoing contributing to the plaintiffs' injuries. (See generally **Exhibit B** (Aearo listed in the style of the complaint, but no allegations are levied against it).) Indeed, Aearo is listed as a party-defendant only in the style of the various complaints, but none of the complaints alleges how Aearo played any role in the plaintiffs' alleged exposure to silica and/or asbestos. Aearo moved to dismiss the plaintiffs' complaints for this very reason on June 28, 2007. (**Exhibit I.**) The issue has been fully briefed and Aearo requested a hearing on the matter on July 24, 2007 (**Exhibit J**), but the district court has not yet had the opportunity to rule on these motions. So with no allegations of participation in the manufacturing or selling of asbestos, the instant lawsuits are not suited for transfer to MDL. Their consolidation with MDL 875 will promote neither the just and efficient conduct of these actions nor the convenience of the parties and witnesses

As is plainly obvious, many issues unique to each of these defendants are currently pending before the Eastern District of Virginia, and thus transfer will not serve the convenience of the parties or promote just and efficient conduct of the litigation. 28 U.S.C. § 1407(a). The Panel has consistently concluded that where an important motion is pending in the transferor court, principles of comity warrant deferral of the transfer order until the potential transferor court has completed consideration of that motion. See In re Res. Exploration, Inc. Sec. Litig., 483 F. Supp. 817, 822 (J.P.M.L. 1980) (on principles of comity, decision regarding transfer

deferred until potential transferor judge considers pending summary judgment motion); In re Multidistrict Patent Litig. Involving the Kaehni Patent, 311 F. Supp. 1342, 1344 (J.P.M.L. 1970) (transfer stayed as to one defendant pending disposition of a motion to dismiss).

## III. **CONCLUSION**

Defendants Schmitt, Sullair and Aearo respectfully submit that there exists sufficient cause for this Panel to vacate CTO-288. The requirements for consolidation under 28 U.S.C. § 1407(a) are not met. These are not asbestos-only cases. There exist no common questions of fact, no joint discoverable issues which would benefit the convenience of the parties or witnesses, and no improvement upon the economy of the judicial system would occur as a result of the consolidation. Moreover, important dispositive motions are currently pending in the Eastern District of Virginia, and the court in that district should be given the opportunity to hear these ripe motions before any transfer decision is made.

WHEREFORE, defendants Schmitt, Sullair and Aearo respectfully pray that this Panel vacate CTO-288 and allow this matter to proceed in the venue where it originated, the United States District Court for the Eastern District of Virginia.

8

ROBERT L. SCHMITT COMPANY, INC.
SULLAIR CORPORATION
AEARO COMPANY

By:_____
                            Counsel


Robert F. Redmond, Jr. (Va. Bar #32292)
Clement D. Carter (Va. Bar #46038)
Brendan D. O'Toole (Va. Bar #71329)
Williams Mullen, A Professional Corporation
Two James Center, 1021 East Cary Street (23219)
P.O. Box 1320
Richmond, VA 23218-1320
Tel.: (804) 643-1991
1511173v2

**PROOF OF SERVICE**

I hereby certify that a true and exact copy of Robert L. Schmitt Company, Aearo

Company, and Sullair Corporation's Motion to Vacate Conditional Transfer Order 288 and Brief

in Support of Motion to Vacate was on this 8th day of October 2007, mailed, postage prepaid,

first class mail to plaintiff's counsel and defendants.

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Clement D. Carter
Williams Mullen, PC
P. O. Box 1320
Richmond, VA  23218-1320

Adam M. Chud
Goodwin Procter, N.W.
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA  15212

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Raymond P. Forceno
Forceno & Hannon

111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA  19106-2574

Richard Hooper Ottinger
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA  23510

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA  19103

Joshua Charles Prever
Morgan Lewis & Bockius
200 S. Biscayne Boulevard
Suite 5300 Wachovia Financial Center
Miami, FL  33131-2339

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN  55402

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH  44308-1314

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX  77018

David C. Landin

Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA  19102

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA  90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA  19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI  48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

Cheryl Ragsdale
Hunton & Williams
951 East Byrd Street
Richmond, Va. 23219

Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane
Suite 2
Hunt Valley, MD  21030

Fernando Galindo, Clerk
United States District Court for the
Eastern District of Virginia
Norfolk Division
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, Virginia 23510


ROBERT L. SCHMITT COMPANY, INC.
SULLAIR CORPORATION
AEARO COMPANY


By:_____
                    Counsel


Robert F. Redmond, Jr. (Va. Bar #32292)
Clement D. Carter (Va. Bar #46038)
Brendan D. O'Toole (Va. Bar #71329)
Williams Mullen, A Professional Corporation
Two James Center, 1021 East Cary Street (23219)
P.O. Box 1320
Richmond, VA 23218-1320
Tel.: (804) 643-1991

# UNITED STATES JUDICIAL PANEL

## on

## MULTIDISTRICT LITIGATION

OCT - 9 2007

FILED
CLERK'S OFFICE

RECEIVE
SEP 11 2007

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

September 7, 2007

TO INVOLVED COUNSEL

Re: MDL-875 - IN RE Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-288)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** <u>September 24, 2007</u> **(4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Thomas Lattimore_
Deputy Clerk

Attachments

**EXHIBIT**

A

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 7 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-288)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,403 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**MDL NO. 875**
**IN RE Asbestos Products Liability Litigation (No. VI)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**INDIANA NORTHERN**

INN 2 06-383      Mary Alford v. AGA Gas, Inc., et al.
INN 2 07-118      Joan Frost, etc. v. General Electric Co., et al.

**VIRGINIA EASTERN**

VAE 2 07-9213      Russell A. Free v. American Standard, Inc., et al.
VAE 2 07-9214      Leon K. Lance v. American Standard, Inc., et al.
VAE 2 07-9215      Gary C. Lovatt v. American Standard, Inc., et al.
VAE 2 07-9216      Ada Marie Ludwick v. American Standard, Inc., et al.
VAE 2 07-9217      William H. Monroe, Jr., etc. (Bennett Terry Billingsley) v. American Standard, Inc., et al.
VAE 2 07-9218      Michael E. Carpenter v. American Standard, Inc., et al.
VAE 2 07-9219      Lionel F. Collins v. American Standard, Inc., et al.
VAE 2 07-9220      Walter Hill v. American Standard, Inc., et al.
VAE 2 07-9221      William H. Monroe, Jr., etc. (John William Jones) v. American Standard, Inc., et al.
VAE 2 07-9222      David E. McDowell v. American Standard, Inc., et al.
VAE 2 07-9223      Lawrence E. Miller v. American Standard, Inc., et al.
VAE 2 07-9224      Farrell L. Nate v. American Standard, Inc., et al.
VAE 2 07-9225      Joseph H. Parsons v. American Standard, Inc., et al.
VAE 2 07-9226      John R. Robinson v. American Standard, Inc., et al.
VAE 2 07-9227      Fred J. Smith, Jr. v. American Standard, Inc., et al.
VAE 2 07-9228      Roy H. Swinney v. American Standard, Inc., et al.
VAE 2 07-9229      James N. Toth v. American Standard, Inc., et al.
VAE 2 07-9230      Richard E. Andrews v. American Standard, Inc., et al.
VAE 2 07-9231      William H. Monroe, Jr., etc. (Octavis Covington) v. American Standard, Inc., et al.
VAE 2 07-9232      Kenneth D. Cribbs v. American Standard, Inc., et al.
VAE 2 07-9233      James R. Cygnor v. American Standard, Inc., et al.
VAE 2 07-9234      Thomas W. Haney v. American Standard, Inc., et al.
VAE 2 07-9235      Kenneth R. Jordan v. American Standard, Inc., et al.
VAE 2 07-9236      Brenda S. Holloway v. American Standard, Inc., et al.
VAE 2 07-9237      Jerald D. Sikes, Sr. v. American Standard, Inc., et al.
VAE 2 07-9238      Joe D. Sweeney, Jr. v. American Standard, Inc., et al.
VAE 2 07-9239      Laddie Von Tillman v. American Standard, Inc., et al.
VAE 4 07-3222      Oris Bowerrs v. American Air Liquide Corp., et al.
VAE 4 07-3223      Irias Burnham v. American Air Liquide Corp., et al.
VAE 4 07-3224      Cornell Carrington v. American Air Liquide Corp., et al.
VAE 4 07-3225      David Faulk v. American Air Liquide Corp., et al.
VAE 4 07-3226      Euless Henry Hall v. American Air Liquide Corp., et al.
VAE 4 07-3227      Jeffrey Harrison v. American Air Liquide Corp., et al.
VAE 4 07-3228      Jesse Hicks v. American Air Liquide Corp., et al.
VAE 4 07-3229      Percy Hobbs v. American Air Liquide Corp., et al.
VAE 4 07-3230      Eduardo Holland v. American Air Liquide Corp., et al.
VAE 4 07-3231      John F. Kirby v. American Air Liquide Corp., et al.
VAE 4 07-3232      Charles Longnecker v. American Air Liquide Corp., et al.
VAE 4 07-3233      Garry Majette v. American Air Liquide Corp., et al.
VAE 4 07-3234      William M. Mundy v. American Air Liquide Corp., et al.
VAE 4 07-3235      Bonnie Neal, etc. v. American Air Liquide Corp., et al.
VAE 4 07-3236      Jimmy Pate v. American Air Liquide Corp., et al.
VAE 4 07-3237      John Pitt v. American Air Liquide Corp., et al.
VAE 4 07-3238      Arthur Scott v. American Air Liquide Corp., et al.
VAE 4 07-3239      Edward Stacknik v. American Air Liquide Corp., et al.
VAE 4 07-3240      Daniel Dean Terry v. American Air Liquide Corp., et al.
VAE 4 07-3241      James A. Thigpen v. American Air Liquide Corp., et al.
VAE 4 07-3242      Julius Walker v. American Air Liquide Corp., et al.
VAE 4 07-3243      Leroy Waters v. American Air Liquide Corp., et al.
VAE 4 07-3244      Larry Wilkerson v. American Air Liquide Corp., et al.
VAE 4 07-3245      James Winkler v. American Air Liquide Corp., et al.
VAE 4 07-3246      Michael Woodson v. American Air Liquide Corp., et al.

**INVOLVED COUNSEL LIST (CTO-288)**
**MDL NO. 875**
**IN RE Asbestos Products Liability Litigation (No. VI)**

Matthew M. Adolay
Wooden & McLaughlin, LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-4208

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Clement D. Carter
Williams Mullen, PC
Two James Center
1021 E Cary Street
Richmond, VA 23218-1320

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Avenue
Chicago, IL 60607-5308

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Richard S. Glasser
Glasser & Glasser PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Bruce B. Marr
McKenna Storer
33 N Lasalle Street
Suite 1400
Chicago, IL 60602-2610

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Richard Hooper Ottinger
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510

Joshua Charles Prever
Morgan Lewis & Bockius
200 S. Biscayne Boulevard
Suite 5300 Wachovia Financial
Center
Miami, FL 33131-2339

Mary K. Reeder
Riley Bennett & Egloff LLP
141 E Washington Street
4th Floor
Indianapolis, IN 46204

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Steven J. Scott
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601-1634

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Jeffrey Harrison        *
PO Box 3332        *
Portsmouth, VA 23701        *
       *
       Plaintiff        *      Case No.:   *O1194-DP*
       *
v.        *
       *
AMERICAN AIR LIQUIDE CORP.        *
2700 Post Oak Boulevard        *
Suite 1800        *
Houston, TX 77056        *
Serve: Capital Corporate Services Inc.        *
       10 S. Jefferson St.        *
       Suite 1400        *
       Roanoke, VA 24011        *
       *
       *
AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.        *
190 State Street        *
Garner, LA 50438        *
Serve: Secretary of the Commonwealth        *
       9th Street Office Building        *
       9th & Grace Streets        *
       Richmond, VA 23201        *
       *
       *
BACOU-DALLOZ USA INC        *
910 Douglas Pike        *
Smithfield, RI 02917        *
Serve: Capital Corporate Services Inc.        *
       10 S. Jefferson St.        *
       Suite 1400        *
       Roanoke, VA 24011        *
       *
CLEMTEX INCORPORATED,        *
248 McCarty Drive        *
Houston, Texas 77029        *
Serve: Secretary of the Commonwealth        *
       9th Street Office Building        *
       9th & Grace Streets        *
       Richmond, VA 23201        *

FILED
06 JUN 12  PM 4: 06
CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

**EXHIBIT**
**B**

CLEMCO INDUSTRIES CORP.                     *
One Cable Car Drive                         *
Washington, MO 63090                        *
Serve: Secretary of the Commonwealth        *
       9th Street Office Building            *
       9th & Grace Streets                   *
       Richmond, VA 23201                    *
                                            *
E.D. BULLARD COMPANY                        *
1898 Safety Way                             *
Cynthiana, KY 41031                         *
Serve: Secretary of the Commonwealth        *
       9th Street Office Building            *
       9th & Grace Streets                   *
       Richmond, VA 23201                    *
                                            *
EMPIRE ABRASIVE EQUIPMENT CO.              *
2101 West Cabot Blvd.                       *
Langhorne, PA 19047-1893                    *
Serve: Secretary of the Commonwealth        *
       9th Street Office Building            *
       9th & Grace Streets                   *
       Richmond, VA 23201                    *
                                            *
ENCON SAFETY PRODUCTS INC.                 *
6825 West Sam Houston Pkwy. N.              *
Houston, TX 77041                           *
Serve: Secretary of the Commonwealth        *
       9th Street Office Building            *
       9th & Grace Streets                   *
       Richmond, VA 23201                    *
                                            *
KELCO SALES & ENGINEERING CO.              *
11936 Front Street                          *
Norwalk, CA 90650                           *
Serve: Secretary of the Commonwealth        *
       9th Street Office Building            *
       9th & Grace Streets                   *
       Richmond, VA 23201                    *
                                            *
LOIS M. GERSON INC.                         *
15 Sproat St.                               *
Middleboro, MA 02346                        *
Serve: Secretary of the Commonwealth        *
       9th Street Office Building            *

```
                 9th & Grace Streets            *
                 Richmond, VA 23201             *
                                                *
                                                *
MOTT CORPORATION                                *
84 Spring Lane                                  *
Farmington, CT 06032                            *
Serve:  William E. Artz                         *
        1700 N. Moore St.                       *
        Suite 1010                              *
        Arlington, VA 22209                     *
                                                *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                           *
Hyde Park, MA 02136                             *
Serve: Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
FERRO CORPORATION                               *
1001 Underwood Dr.                              *
Jackson, Mississippi 39205                      *
Serve: Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
HUMBLE SAND & GRAVEL CO.                        *
800 S. College St.                             *
Picher, Oklahoma 74360                          *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
INDEPENDENT GRAVEL CO.                          *
P.O. Box 1423                                   *
Joplin, MO 64801                                *
Serve: Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                   *
```

155 West Chestnut Ridge Road                      *
Montvale, NJ 07645                                *
Serve:  CT Corporation Systems Corp               *
        4701 Cox Road,  Suite 301                 *
        Glen Allen, VA   23060                    *
                                                  *
                                                  *
INLAND CRAFT PRODUCTS, CO.                        *
32052 Edwards Drive                               *
Madison Heights, MI 48071                         *
Serve:  Secretary of the Commonwealth             *
        9th Street Office Building                *
        9th & Grace Streets                       *
        Richmond, VA 23201                        *
                                                  *
                                                  *
NELCO MANUFACTURING COMPANY                       *
800 West Cummings Park #3950                      *
Woburn, MA 01801                                  *
Serve:  Edward R. Parker                          *
        5511 Staples Mill Road                    *
        Richmond, VA 23228                        *
                                                  *
                                                  *
OTTAWA SILICA COMPANY                             *
n/k/a U.S. Silica Company                         *
106 Sand Mine Rd.                                 *
Berkley Springs, WV 25411                         *
Serve:  CT Corporation Systems Corp               *
        4701 Cox Road,  Suite 301                 *
        Glen Allen, VA   23060                    *
                                                  *
PANGBORN CORPORATION                              *
580 Pangborn Boulevard                            *
Hagerstown, Maryland 21740-0830                   *
Serve:  Secretary of the Commonwealth             *
        9th Street Office Building            *
        9th & Grace Streets                  *
        Richmond, VA 23201                        *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688                               *
                                                  *
LONE STAR INDUSTRIES  INC.                        *
n/k/a Buzzi Unicem USA Inc.                       *

100 Brodhead Road                          *
Bethlehem, PA 18017                        *
Serve:  CT Corporation Systems Corp        *
      4701 Cox Road, Suite 301              *
      Glen Allen, VA   23060               *
                                           *
                                           *

3M COMPANY                                 *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                  *
3M Center                                  *
St. Paul, MN 55144                         *
Serve:  CT Corporation Systems Corp        *
      4701 Cox Road, Suite 301              *
      Glen Allen, VA   23060               *
                                           *

ROBERT L. SCHMIDT COMPANY, INC.            *
204 S. Hancock                             *
Louisville, KY 40202                       *
Serve:  Secretary of the Commonwealth      *
      9th Street Office Building            *
      9th & Grace Streets                   *
      Richmond, VA 23201                    *
                                           *

RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                      *
Milwaukee, WI 53212                        *
Serve:  Secretary of the Commonwealth      *
      9th Street Office Building            *
      9th & Grace Streets                   *
      Richmond, VA 23201                    *
                                           *

SOUTHWEST AGGREGATES INC.                  *
16470 Tamiami Trail S                      *
Punta Gorda, FL 33955                      *
Serve:  Secretary of the Commonwealth      *
      9th Street Office Building            *
      9th & Grace Streets                   *
      Richmond, VA 23201                    *
                                           *
                                           *

SPECIALTY SAND COMPANY                     *
16601 Garrett Road                         *
Houston, Texas 77044.                      *
Serve:  Secretary of the Commonwealth      *

9th Street Office Building                              *
9th & Grace Streets                                     *
Richmond, VA 23201                                        *
                                                          *
SULLAIR CORPORATION                                       *
3700 East Michigan Blvd.                                  *
Michigan City, Indiana 43630                              *
Serve: CT Corporation Systems Corp                        *
       4701 Cox Road, Suite 301                           *
       Glen Allen, VA   23060                             *
                                                          *
                                                          *
MSA CORPORATION                                           *
121 Gamma Dr.                                             *
Pittsburgh, Pa 15238                                      *
Serve:  William C. Cowardin Jr.                           *
        11790 Jefferson Ave.                              *
        Suite 200                                         *
        Newport News, VA 23606                            *
                                                          *
                                                          *
MOLDEX-METRIC INC.                                        *
10111 W. Jefferson Blvd.                                  *
Culver City, CA. 90232                                    *
Serve:  Secretary of the Commonwealth                     *
        9th Street Office Building                        *
        9th & Grace Streets                               *
        Richmond, VA 23201                                *
                                                          *
ILLINOIS  TOOL WORKS Inc.                                 *
195 Internationale Blvd.                                  *
Glendale Heights, IL 60139                                *
Serve: CT Corporation Systems Corp                        *
       4701 Cox Road, Suite 301                           *
       Glen Allen, VA   23060                             *
                                                          *
SAINT GOBAIN ABRASIVES INC.                               *
One New Bond Street                                       *
P.O. Box 15008                                            *
Worcester, MA 01615-0008                                  *
Serve:  Secretary of the Commonwealth                     *
        9th Street Office Building                        *
        9th & Grace Streets                               *
        Richmond, VA 23201                                *
                                                          *
SELLSTROM MANUFACTURING CO.                               *

One Sellstrom Drive                             *
Palatine, IL 60067                              *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
TYCO INTERNATIONAL INC.                         *
9 Roszel Rd.                                    *
Princeton, NJ 08540                             *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road, Suite 301               *
        Glen Allen, VA   23060,                 *
                                                *
MESTEK INC.                                     *
260 North Elm Street                            *
Westfield, MA 01085                             *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                          *
Chicago, IL                                      *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
AEARO COMPANY                                   *
5457 West 79th Street                           *
Indianapolis, Indiana 46268                     *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road, Suite 301               *
        Glen Allen, VA   23060                  *
                                                *
SLY INCORPORATED                                *
8300 Dow Circle                                 *
Strongville, OH 44136                           *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
HANSON AGREGATES NORTH AMERICA INC.*

8505 Freeport Parkway       *
Irving, TX 75063       *
Serve: Secretary of the Commonwealth       *
     9th Street Office Building       *
     9th & Grace Streets       *
     Richmond, VA 23201       *
                                        *
                                        *
                                        *
Defendants       *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>MOTION FOR JUDGMENT</u>

### <u>Jurisdiction & Venue</u>

1. The plaintiff, Jeffrey Harrison is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

     Plaintiff is:

         a.      Plaintiff ("plaintiff-worker")

     Name:      Jeffrey Harrison

     Address:      PO Box 3332 Portsmouth, VA 23701

     Social Security Number: 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

     Date of Birth: 01/31/1953

2.      The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

3.     At all times material hereto, defendants acted through their agents, servants and/or employees who were acting within the scope of their employment in the business of the defendants.

4.     At all times material hereto:

(a)     Defendant, AMERICAN AIR LIQUIDE CORP. is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica-containing products and/or protective devices.

(b)     Defendant, P.K Lindsay Inc., now known as AMERICAN EAGLE ACCESSORIES GROUP, is a Louisiana corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(c)     Defendant, BACOU-DALLOZ USA INC., is a Rhode Island corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(d) Defendant, CLEMTEX INCORPORATED, is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(e)     Defendant, CLEMCO INDUSTRIES CORPORATION, is a Missouri corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(f)     Defendant, E.D. BULLARD COMPANY, is a Kentucky corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(g)     Defendant, EMPIRE ABRASIVE EQUIPMENT CO., is a Pennsylvania corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(h)     Defendant, ENCON SAFETY PRODUCTS INC., is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(i)     Defendant, KELCO SALES & ENGINEERING CO., is a California corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(j)     Defendant, LOIS M. GERSON INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(k)     Defendant, MOTT CORPORATION, is a Connecticut corporation authorized to do business in the Commonwealth of Virginia which manufactured and

sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(l)     Defendant, NORTHEAST INDUSTRIAL TECHNOLOGIES INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(m)     Defendant, FERRO CORPORATION, is a Mississippi corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(n)     Defendant, HUMBLE SAND & GRAVEL CO., is a Oklahoma corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(o)     Defendant, INDEPENDENT GRAVEL CO., is a Missouri corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(p)     Defendant, INGERSOLL RAND COMPANY LIMITED, is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(q)     Defendant, INLAND CRAFT PRODUCTS, CO., is a Michigan corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(r)     Defendant, OTTAWA SILICA COMPANY, now known as, U.S. SILICA COMPANY is a West Virginia corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(s)     Defendant, NELCO MANUFACTURING COMPANY, is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(t)     Defendant, PANGBORN CORPORATION, is a Maryland corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(u)     Defendant, PAULI & GRIFFIN CO. INC., is a California corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(v)     Defendant, LONESTAR INDUSTRIES INC., now known as Buzzi Unicem USA Inc. is a Pennsylvania corporation authorized to do business in the

Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(w)     Defendant, 3M COMPANY, formerly known as Minnesota Mining and Manufacturing Company, is a Minnesota corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(x)     Defendant, ROBERT L. SCHMIDT COMPANY, INC., is a Kentucky corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(y)     Defendant, RUEMELIN MANUFACTURING COMPANY, INC., is a Wisconsin corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(z)     Defendant, SOUTHWEST AGGREGATES INC., is a Florida corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(aa)    Defendant, SPECIALTY SAND COMPANY, is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(bb)   Defendant, SULLAIR CORPORATION, is a Indiana corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(cc)   Defendant, MSA CORPORATION, is a Pennsylvania corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(dd)   Defendant, MOLDEX-METRIC INC., is a California corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ee)   Defendant, ILLINOIS TOOL WORKS INC., is a Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ff)   Defendant, SAINT GOBAIN ABRASIVES INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(gg)   Defendant, SELLSTROM MANUFACTURING CO., is a Illinois corporation authorized to do business in the Commonwealth of Virginia which

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)   Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)   Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)   Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)   Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

## COUNT I

5.   The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.   The plaintiff, Jeffrey Harrison , was employed in the following trade(s) by

the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Hicks and Ingle
sandblaster/concrete
1975 - 1979

Hicks-Ingle
sandblaster/concrete
1980 - 1982

Tidewater Const.
Sandblaster/concrete
1983 - 1983

Hicks Ingle
Sandblaster/concrete
1983 - 1990


Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Jeffrey  Harrison , learned he suffers from silicosis on 8/24/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing

and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

9.   That his contracting said disease was solely and proximately caused by his exposure to and use of silica and silica products manufactured, installed, supplied and/or sold by the defendants individually, concurrently and jointly during the period of time aforesaid.

10.   The defendants and each of them by their agents, servants or employees were negligent in that, each of the defendants, by their agents, servants or employees since the beginning of the 19th century knew or had reason to know that the use of and/or exposure to silica and/or silica products would cause serious injury, including silicosis, and knowing same, did fail to take reasonable precautions to warn the plaintiff of the dangers to which he was exposed when they knew or should have known of the dangers.  The defendants did fail to exercise reasonable care to warn the plaintiff of the dangers to which he was exposed by use of and/or exposure to the product(s); did fail to exercise reasonable care to warn the plaintiff of the dangers to which he was exposed by exposure to the product(s); did fail to inform the plaintiff of what would be safe and sufficient wearing apparel for persons who are exposed to the product(s); did fail to inform the plaintiff of what would be safe and sufficient and proper protective equipment and appliances when using or being exposed to silica products; did fail to inform the plaintiff of what would be safe and proper methods used in order to ascertain the dangers involved; did fail to remove the product or products from the market when the defendants knew or should have known of the hazards of exposure to silica and silica products; did fail to properly and adequately label the product or products; did sell the product or products which were defective and/or inherently dangerous; did supply the product or products which were defective and/or inherently dangerous; did fail to supply accurate

and complete warnings of the known or knowable dangers involved in exposure to the product or products; did fail to use safe, substitute products when such were available; did fail to design a reasonable and safe product for the purpose for which they were intended; and, were otherwise negligent and careless.

11.    That the defendant manufacturers, suppliers, and/or sellers of respiratory safety or protective equipment, did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, supply and/or sell respiratory safety or protective equipment with which the plaintiff came in frequent and regular contact; knew or should have known such products were unreasonably dangerous and highly harmful to plaintiff, did fail to remove the product or products from the market when the defendants knew or should have known of the hazards of exposure to silica and silica products; did fail to properly and adequately label the product or products; did sell the product or products which were defective and/or inherently dangerous; did fail to supply accurate and complete warnings of the known or knowable dangers involved in exposure to the product or products; did fail to use safe, substitute products when such were available; did fail to design a reasonable and safe product for the purpose for which they were intended; did fail to properly manufacture respirators that would filter out silica dust and prevent dust from entering plaintiff's lungs which was inherently dangerous and caused harm; and, were otherwise negligent and careless.

12.    That such actions and failures to act on the part of each defendant were negligent, and, in addition to being negligent, also constitute gross negligence and willful and wanton negligence with conscious disregard for the safety and rights of others, amounting to extraordinary and outrageous conduct especially when the defendants were aware of available scientific data that silica and silica products were harmful to workers who were exposed to such materials.

13.    That, in addition, the defendants were under a duty to exercise ordinary care to design a product that is reasonably safe for the purpose for which it is intended, and they negligently breached this duty when they manufactured silica-containing products that released silica dust into the air when used as intended and sold respirators that did not adequately protected against the inhalation of silica dust.

14.    As a result of the above, the plaintiff did contract the silica-related disease(s) identified in paragraph six (6) above, of which he was not made aware nor had any reason to believe that his condition was caused by exposure to silica or silica products until being so informed. As a result of the aforesaid negligence (as well as gross and willful and wanton negligence) of each of the defendants, and the resultant contracting of an silica-related disease by the plaintiff, with its serious, painful and permanent physical and mental effects (pain and suffering) upon him --plaintiff has been precluded from pursuing his normal employments, activities and pursuits; has incurred medical and other expenses; has been caused to lose time from his employment and causing a wage loss both past and in the future; has caused him to incur economic losses; and, has permanently impaired his earning capacity; these injuries and damages complained of were proximately caused by the negligence (and gross and willful and wanton negligence) of the defendants, their agents, servants or employees, individually, jointly and/or concurrently, without any negligence on the part of the plaintiffs, thereunto contributing.

WHEREFORE, the plaintiff, demands judgment against the defendants, jointly and severally in the amounts of Two Million Dollars ($2,000,000.00) as compensatory, actual and general damages and Two Million Dollars ($2,000,000.00) in punitive damages, plus interest and costs of suit.

<u>COUNT II</u>

15.    Plaintiff hereby incorporates and adopts paragraphs One (1) through Fourteen (14).

16.   Defendants placed silica-containing products and protective respirator devices in the stream of commerce and impliedly warranted that their products were reasonably safe for the ordinary purposes of their intended use:

(a)   That, at the time of the manufacture and placement of their silica-containing products and respirator devices into the stream of commerce and sale to the plaintiff's employer(s), the defendants knew and had reason to know that they would be used by individuals such as the plaintiff; and,

(b)   That, throughout years of the plaintiff's exposure to and use of the products and protective respirator devices, the same products and devices were expected to and/or did reach the user or consumer without substantial change in the condition in which they were sold and supplied; and,

(c)   That the products and protective respirator devices were sold in a defective condition in that they were unreasonably dangerous and incapable of being made safe for their ordinary and intended use, and the defendants failed to give adequate or sufficient warnings or instructions about the unreasonable risks and dangers inherent in the products; and,

(d)   That the products and protective respirator devices were used in the manner intended for their use; and,

(e)   That these silica-containing products and protective respirator devices were unreasonably dangerous for the ordinary purpose of their intended use and were unreasonably dangerous at the time they left the defendants' factories and warehouses.

17.   Defendants breached said warranties to the plaintiff in that their products, including silica containing products and respirator devices, were inherently dangerous, defective, hazardous, unfit for use, not properly merchantable, and not safe for the ordinary purposes of their intended uses. Said breaches proximately resulted in the plaintiff's contracting the silica related disease identified in paragraph six (6) of this motion for judgment.

18.     As a result of the aforesaid breach by each of the defendants, and the resultant contracting of an silica-related disease by the plaintiff, with its serious, painful and permanent physical and mental effects upon him, plaintiff has been precluded from pursuing his normal employments, activities and pursuits; has incurred medical and other expenses, has been caused to lose time from his employment and causing a wage loss both past and in the future; has caused him to incur economic losses; and has permanently impaired his earning capacity. The injuries and damages complained of were proximately caused by the breach of implied warranty of fitness of the silica-containing products and protective respirator devices of the defendants, their agents, servants or employees, individually, jointly and/or concurrently, without any negligence on the part of the plaintiffs, thereunto contributing.

WHEREFORE, the plaintiff, demands judgment against the defendants, jointly and severally in the amounts of Two Million Dollars ($2,000,000.00) as compensatory, actual and general damages and Two Million Dollars ($2,000,000.00) in punitive damages, plus interest and costs of suit.

COUNT III

19.     The plaintiff incorporates and adopts paragraphs One (1) through Eighteen (18).

20.     Defendants knew or had reason to know (since before plaintiff was injuriously exposed to the defendants' silica products) of medical and scientific data which indicated that silica products were, or were likely to become, extremely hazardous to the health and safety of the plaintiff and others similarly situated and employed.

21.     Possessed of knowledge of the hazard to the plaintiff and other workers similarly situated and employed, each of these defendants, prompted by financial concerns, individually and collectively, willfully, wantonly, and with gross disregard for the safety of the plaintiff, ignored, failed and refused to act upon said medical and scientific data, to warn users of their products and in the case of respirators manufactured,

defendants failed to warn of the lack of efficiency of the respirators for preventing the inhalation of Silica dust and those who worked in close proximity to those products or to defendants' activities of the life and health threatening dangers of exposure to and the breathing of silica dust, and to take such other reasonable precautions necessary to lessen the dangers and potentially lethal dangerous characteristics of their silica products and activities.  Defendants, in wanton and reckless disregard for human life and health, deliberately, and in concert with one another, intentionally and purposely withheld and concealed such information from users of their products.

22.    Products marketed or labeled as respiratory or safety equipment, for supposed protection from exposure to dust and silica containing abrasives, were knowingly marketed by Defendants, who knew that such products were being used for silica-related activities.  This provided a profit stream to Defendants but provided the plaintiff  virtually no protection from inhaling dangerous silica containing abrasives. Knowledge of Defendants about the limitations on the effectiveness of such equipment was deliberately concealed or misrepresented in labeling and information provided to purchasers and government agencies, and such devices were aggressively marketed and sold for uses of protecting silica dust which Defendants knew were beyond the capabilities of the products or the uses for which they were designed or certified.

23.    Defendants further conspired together to deceive the plaintiff and the public by suppressing existing information regarding the health and safety interests of those exposed to silica. Such conspiratorial activities deprived those exposed to defendants' silica dust, including the plaintiff, of the opportunity to choose to protect themselves from, or to avoid entirely, the unreasonably dangerous products and activities of defendants.

24.    The plaintiff, unaware of the dangers to life and health resulting from exposure to defendants' silica products and not possessing defendants' degree of technical knowledge and expertise concerning silica and its use, continued to work with

and around defendants' products and activities and was deprived, by the above-described acts and omissions of defendants, of the free and informed opportunity to remove himself from exposure to defendants' silica products and activities and otherwise to protect himself from the harmful and potentially lethal products and activities.

25.   As a direct and proximate result of defendants' conspiracy, plaintiff was prevented from obtaining information to protect himself from harmful silica dust which caused the plaintiff to contract his silica-related disease(s).

26.   As a direct and proximate result of defendants' conspiracy, plaintiff was exposed to silica dust such that plaintiff has suffered and will suffer physical pain and suffering; emotional and mental distress; anxiety; anguish; embarrassment and humiliation; loss in income; economic losses; and loss in the ability to enjoy life as he would if not so afflicted with silica disease.

WHEREFORE, plaintiff requests judgment against each and every defendant, for the acts and omissions of Count Three, in the amount of Two Million Dollars ($2,000,000.00) in compensatory damages and Two Million Dollars ($2,000.000.00) in punitive damages.

Respectfully Submitted,

THE LAW OFFICES OF PAUL A. WEYKAMP

By:_____
Paul A. Weykamp, Esquire
LAW OFFICES OF PAUL A. WEYKAMP
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030
Attorney for Plaintiffs
Virginia Bar No.: 43688

## PRAYER FOR TRIAL BY JURY

Plaintiff prays a trial by jury on all issues presented herein.

Respectfully Submitted,

**THE LAW OFFICES OF PAUL A. WEYKAMP**


By:_____
   Paul A. Weykamp, Esquire
   LAW OFFICES OF PAUL A. WEYKAMP
   16 Stenersen Lane, Suite 2
   Hunt Valley, MD  21030
   Attorney for Plaintiffs
   Virginia Bar No.: 43688

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Leroy Waters
5520 Town Point Road
Suffolk, VA 23434

    Plaintiff

v.

AMERICAN AIR LIQUIDE  CORP.
2700 Post Oak Boulevard
Suite 1800
Houston, TX 77056
Serve: Capital Corporate Services Inc.
    10 S. Jefferson St.
    Suite 1400
    Roanoke, VA 24011


AMERICAN EAGLE ACCESSORIES GROUP
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438
Serve: Secretary of the Commonwealth
    9th Street Office Building
    9th & Grace Streets
    Richmond, VA 23201


BACOU-DALLOZ USA INC
910 Douglas Pike
Smithfield, RI 02917
Serve: Capital Corporate Services Inc.
    10 S. Jefferson St.
    Suite 1400
    Roanoke, VA 24011

CLEMTEX INCORPORATED,
248 McCarty Drive
Houston, Texas 77029
Serve: Secretary of the Commonwealth
    9th Street Office Building
    9th & Grace Streets
    Richmond, VA 23201

Case No.:   01205-UC

FILED
06 JUN 12  PM 4:08
CIRCUIT CLERK OFFICE
CITY OF NEWPORT NEWS, VA
REX A. DAVIS
CLERK



**EXHIBIT**

C

```
CLEMCO INDUSTRIES CORP.              *
One Cable Car Drive                  *
Washington, MO 63090                 *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
E.D. BULLARD COMPANY                 *
1898 Safety Way                      *
Cynthiana, KY 41031                  *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
EMPIRE ABRASIVE EQUIPMENT CO.        *
2101 West Cabot Blvd.                *
Langhorne, PA 19047-1893             *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
ENCON SAFETY PRODUCTS INC.           *
6825 West Sam Houston Pkwy. N.       *
Houston, TX 77041                    *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
KELCO SALES & ENGINEERING CO.        *
11936 Front Street                   *
Norwalk, CA 90650                    *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
LOIS M. GERSON INC.                  *
15 Sproat St.                        *
Middleboro, MA 02346                 *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building   *
```

```
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
                                            *
MOTT CORPORATION                            *
84 Spring Lane                              *
Farmington, CT 06032                        *
Serve:  William E. Artz                     *
            1700 N. Moore St.               *
            Suite 1010                      *
            Arlington, VA 22209             *
                                            *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                       *
Hyde Park, MA 02136                         *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building       *
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
FERRO CORPORATION                           *
1001 Underwood Dr.                          *
Jackson, Mississippi 39205                  *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building       *
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
HUMBLE SAND & GRAVEL CO.                    *
800 S. College St.                          *
Picher, Oklahoma 74360                      *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building       *
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
INDEPENDENT GRAVEL CO.                      *
P.O. Box 1423                               *
Joplin, MO 64801                            *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building       *
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                               *
```

155 West Chestnut Ridge Road                    *
Montvale, NJ 07645                              *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road,  Suite 301               *
        Glen Allen, VA   23060                  *
                                                *
                                                *

INLAND CRAFT PRODUCTS, CO.                      *
32052 Edwards Drive                             *
Madison Heights, MI 48071                       *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
                                                *

NELCO MANUFACTURING COMPANY  *
800 West Cummings Park #3950                     *
Woburn, MA 01801                                *
Serve:  Edward R. Parker                        *
        5511 Staples Mill Road                  *
        Richmond, VA 23228                      *
                                                *
                                                *

OTTAWA SILICA COMPANY                           *
n/k/a U.S. Silica Company                       *
106 Sand Mine Rd.                               *
Berkley Springs, WV 25411                       *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road,  Suite 301               *
        Glen Allen, VA   23060                  *
                                                *

PANGBORN CORPORATION                            *
580 Pangborn Boulevard                          *
Hagerstown, Maryland 21740-0830                 *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688                             *
                                                *

LONE STAR INDUSTRIES  INC.                      *
n/k/a Buzzi Unicem USA Inc.                     *

100 Brodhead Road                                    *
Bethlehem, PA 18017                                  *
Serve: CT Corporation Systems Corp                   *
        4701 Cox Road, Suite 301        *
        Glen Allen, VA   23060         *
                                       *
                                       *

3M COMPANY                                           *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                            *
3M Center                                            *
St. Paul, MN 55144                                   *
Serve: CT Corporation Systems Corp                   *
        4701 Cox Road, Suite 301        *
        Glen Allen, VA   23060         *
                                       *

ROBERT L. SCHMIDT COMPANY, INC.  *
204 S. Hancock                                       *
Louisville, KY 40202                                 *
Serve: Secretary of the Commonwealth                 *
        9th Street Office Building  *
        9th & Grace Streets         *
        Richmond, VA 23201              *
                                       *

RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                                *
Milwaukee, WI 53212                                  *
Serve: Secretary of the Commonwealth                 *
        9th Street Office Building  *
        9th & Grace Streets         *
        Richmond, VA 23201              *
                                       *

SOUTHWEST AGGREGATES INC.                            *
16470 Tamiami Trail S                                *
Punta Gorda, FL 33955                                *
Serve: Secretary of the Commonwealth                 *
        9th Street Office Building  *
        9th & Grace Streets         *
        Richmond, VA 23201              *
                                       *

SPECIALTY SAND COMPANY                               *
16601 Garrett Road                                   *
Houston, Texas 77044.                                *
Serve: Secretary of the Commonwealth                 *

9th Street Office Building                    *
9th & Grace Streets                           *
Richmond, VA 23201                              *
                                                *
SULLAIR CORPORATION                             *
3700 East Michigan Blvd.                        *
Michigan City, Indiana 43630                    *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road, Suite 301                *
        Glen Allen, VA   23060                  *
                                                *
                                                *
MSA CORPORATION                                 *
121 Gamma Dr.                                   *
Pittsburgh, Pa 15238                            *
Serve:  William C. Cowardin Jr.                 *
        11790 Jefferson Ave.                    *
        Suite 200                               *
        Newport News, VA 23606                  *
                                                *
                                                *
MOLDEX-METRIC INC.                              *
10111 W. Jefferson Blvd.                        *
Culver City, CA. 90232                          *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
ILLINOIS  TOOL WORKS Inc.                       *
195 Internationale Blvd.                        *
Glendale Heights, IL 60139                      *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road, Suite 301                *
        Glen Allen, VA   23060                  *
                                                *
SAINT GOBAIN ABRASIVES INC.                     *
One New Bond Street                             *
P.O. Box 15008                                  *
Worcester, MA 01615-0008                        *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
SELLSTROM MANUFACTURING CO.                     *

One Sellstrom Drive                          *
Palatine, IL 60067                           *
Serve:  Secretary of the Commonwealth        *
            9th Street Office Building        *
            9th & Grace Streets               *
            Richmond, VA 23201                *
                                             *
TYCO INTERNATIONAL INC.                      *
9 Roszel Rd.                                 *
Princeton, NJ 08540                          *
Serve:  CT Corporation Systems Corp          *
            4701 Cox Road, Suite 301         *
            Glen Allen, VA   23060.          *
                                             *
MESTEK INC.                                  *
260 North Elm Street                         *
Westfield, MA 01085                          *
Serve:  Secretary of the Commonwealth        *
            9th Street Office Building        *
            9th & Grace Streets               *
            Richmond, VA 23201                *
                                             *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                       *
Chicago, IL                                   *
Serve:  Secretary of the Commonwealth         *
            9th Street Office Building         *
            9th & Grace Streets                *
            Richmond, VA 23201                 *
                                              *
AEARO COMPANY                                 *
5457 West 79th Street                         *
Indianapolis, Indiana 46268                   *
Serve:  CT Corporation Systems Corp           *
            4701 Cox Road, Suite 301          *
            Glen Allen, VA   23060            *
                                              *
SLY INCORPORATED                              *
8300 Dow Circle                               *
Strongville, OH 44136                         *
Serve:  Secretary of the Commonwealth         *
            9th Street Office Building         *
            9th & Grace Streets                *
            Richmond, VA 23201                 *
                                              *
HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway                    *
Irving, TX 75063                         *
Serve:  Secretary of the Commonwealth    *
        9th Street Office Building        *
        9th & Grace Streets               *
        Richmond, VA 23201                *
                                          *
                                          *
                                          *
        Defendants                        *
********************************************************************
```

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1. The plaintiff, Leroy Waters is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

a. Plaintiff ("plaintiff-worker")

Name:         Leroy Waters

Address:      5520 Town Point Road Suffolk, VA 23434

Social Security Number:  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

Date of Birth:  08/13/1943

2. The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)    Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)    Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)    Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)    Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

## COUNT I

5.    The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.    The plaintiff, Leroy Waters , was employed in the following trade(s) by

the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Newport News Shipyard
Shipyard Worker/ Laborer
1964 - 1988

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Leroy  Waters , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

James Winkler
9419 Willow Terrace
Norfolk, VA 23503-3137

     Plaintiff              Case No.:   *01204-DP*

v.

AMERICAN AIR LIQUIDE  CORP.
2700 Post Oak Boulevard
Suite 1800
Houston, TX 77056
Serve:  Capital Corporate Services Inc.
      10 S. Jefferson St.
      Suite 1400
      Roanoke, VA 24011


AMERICAN EAGLE ACCESSORIES GROUP
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438
Serve:  Secretary of the Commonwealth
      9th Street Office Building
      9th & Grace Streets
      Richmond, VA 23201


BACOU-DALLOZ USA INC
910 Douglas Pike
Smithfield, RI 02917
Serve:  Capital Corporate Services Inc.
      10 S. Jefferson St.
      Suite 1400
      Roanoke, VA 24011


CLEMTEX INCORPORATED,
248 McCarty Drive
Houston, Texas 77029
Serve:  Secretary of the Commonwealth
      9th Street Office Building
      9th & Grace Streets
      Richmond, VA 23201

FILED
06 JUN 12  PM 4: 08
CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.                *
One Cable Car Drive                    *
Washington, MO 63090                   *
Serve: Secretary of the Commonwealth   *
     9th Street Office Building       *
     9th & Grace Streets             *
     Richmond, VA 23201              *
                                                                     *

E.D. BULLARD COMPANY                   *
1898 Safety Way                        *
Cynthiana, KY 41031                    *
Serve: Secretary of the Commonwealth   *
     9th Street Office Building       *
     9th & Grace Streets             *
     Richmond, VA 23201              *
                                                                      *

EMPIRE ABRASIVE EQUIPMENT CO.          *
2101 West Cabot Blvd.                  *
Langhorne, PA 19047-1893               *
Serve: Secretary of the Commonwealth   *
     9th Street Office Building       *
     9th & Grace Streets             *
     Richmond, VA 23201              *
                                                                       *

ENCON SAFETY PRODUCTS INC.             *
6825 West Sam Houston Pkwy. N.         *
Houston, TX 77041                      *
Serve: Secretary of the Commonwealth   *
     9th Street Office Building       *
     9th & Grace Streets             *
     Richmond, VA 23201              *
                                                                       *

KELCO SALES & ENGINEERING CO.          *
11936 Front Street                     *
Norwalk, CA 90650                      *
Serve: Secretary of the Commonwealth   *
     9th Street Office Building       *
     9th & Grace Streets             *
     Richmond, VA 23201              *
                                                                       *

LOIS M. GERSON INC.                    *
15 Sproat St.                          *
Middleboro, MA 02346                   *
Serve: Secretary of the Commonwealth   *
     9th Street Office Building       *

```
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
                                            *
MOTT CORPORATION                            *
84 Spring Lane                              *
Farmington, CT 06032                        *
Serve:  William E. Artz                     *
        1700 N. Moore St.                   *
        Suite 1010                          *
        Arlington, VA 22209                 *
                                            *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                       *
Hyde Park, MA 02136                         *
Serve: Secretary of the Commonwealth        *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                            *
FERRO CORPORATION                           *
1001 Underwood Dr.                          *
Jackson, Mississippi 39205                  *
Serve: Secretary of the Commonwealth        *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                            *
HUMBLE SAND & GRAVEL CO.                     *
800 S. College St.                          *
Picher, Oklahoma 74360                      *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                            *
INDEPENDENT GRAVEL CO.                       *
P.O. Box 1423                               *
Joplin, MO 64801                            *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                            *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                               *
```

155 West Chestnut Ridge Road     *
Montvale, NJ 07645     *
Serve:  CT Corporation Systems Corp     *
       4701 Cox Road,  Suite 301     *
       Glen Allen, VA   23060     *
    *
    *

INLAND CRAFT PRODUCTS, CO.     *
32052 Edwards Drive     *
Madison Heights, MI 48071     *
Serve:  Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
    *
    *

NELCO MANUFACTURING COMPANY     *
800 West Cummings Park #3950     *
Woburn, MA 01801     *
Serve:  Edward R. Parker     *
       5511 Staples Mill Road     *
       Richmond, VA 23228     *
    *
    *

OTTAWA SILICA COMPANY     *
n/k/a U.S. Silica Company     *
106 Sand Mine Rd.     *
Berkley Springs, WV 25411     *
Serve:  CT Corporation Systems Corp     *
       4701 Cox Road,  Suite 301     *
       Glen Allen, VA   23060     *
    *

PANGBORN CORPORATION     *
580 Pangborn Boulevard     *
Hagerstown, Maryland 21740-0830     *
Serve:  Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688     *
    *

LONE STAR INDUSTRIES  INC.     *
n/k/a Buzzi Unicem USA Inc.     *

100 Brodhead Road                                        *
Bethlehem, PA 18017                                      *
Serve:  CT Corporation Systems Corp                      *
            4701 Cox Road, Suite 301                     *
            Glen Allen, VA   23060                       *
                                                         *
                                                         *
3M COMPANY                                               *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                                *
3M Center                                                *
St. Paul, MN 55144                                       *
Serve:  CT Corporation Systems Corp                      *
            4701 Cox Road, Suite 301                     *
            Glen Allen, VA   23060                       *
                                                         *
ROBERT L. SCHMIDT COMPANY, INC.  *
204 S. Hancock                                           *
Louisville, KY 40202                                     *
Serve:  Secretary of the Commonwealth                    *
            9th Street Office Building                  *
            9th & Grace Streets                        *
            Richmond, VA 23201                           *
                                                         *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                                    *
Milwaukee, WI 53212                                      *
Serve:  Secretary of the Commonwealth                    *
            9th Street Office Building                  *
            9th & Grace Streets                        *
            Richmond, VA 23201                           *
                                                         *
SOUTHWEST AGGREGATES INC.                                *
16470 Tamiami Trail S                                    *
Punta Gorda, FL 33955                                    *
Serve:  Secretary of the Commonwealth                    *
            9th Street Office Building                  *
            9th & Grace Streets                        *
            Richmond, VA 23201                           *
                                                         *
                                                         *
SPECIALTY SAND COMPANY                                   *
16601 Garrett Road                                       *
Houston, Texas 77044.                                    *
Serve:  Secretary of the Commonwealth                    *

9th Street Office Building                        *
9th & Grace Streets                              *
Richmond, VA 23201                                 *
                                                   *
SULLAIR CORPORATION                                *
3700 East Michigan Blvd.                           *
Michigan City, Indiana 43630                       *
Serve:  CT Corporation Systems Corp                *
        4701 Cox Road, Suite 301                   *
        Glen Allen, VA   23060                     *
                                                   *
                                                   *
MSA CORPORATION                                    *
121 Gamma Dr.                                      *
Pittsburgh, Pa 15238                               *
Serve:  William C. Cowardin Jr.                    *
        11790 Jefferson Ave.                       *
        Suite 200                                  *
        Newport News, VA 23606                     *
                                                   *
                                                   *
MOLDEX-METRIC INC.                                 *
10111 W. Jefferson Blvd.                           *
Culver City, CA. 90232                             *
Serve:  Secretary of the Commonwealth              *
        9th Street Office Building                 *
        9th & Grace Streets                        *
        Richmond, VA 23201                         *
                                                   *
ILLINOIS  TOOL WORKS Inc.                          *
195 Internationale Blvd.                           *
Glendale Heights, IL 60139                         *
Serve:  CT Corporation Systems Corp                *
        4701 Cox Road, Suite 301                   *
        Glen Allen, VA   23060                     *
                                                   *
SAINT GOBAIN ABRASIVES INC.                        *
One New Bond Street                                *
P.O. Box 15008                                     *
Worcester, MA 01615-0008                           *
Serve:  Secretary of the Commonwealth              *
        9th Street Office Building                 *
        9th & Grace Streets                        *
        Richmond, VA 23201                         *
                                                   *
SELLSTROM MANUFACTURING CO.                        *

One Sellstrom Drive                                    *
Palatine, IL 60067                                     *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                              *
                                                       *
TYCO INTERNATIONAL INC.                                *
9 Roszel Rd.                                           *
Princeton, NJ 08540                                    *
Serve:  CT Corporation Systems Corp                    *
        4701 Cox Road, Suite 301                        *
        Glen Allen, VA   23060,                         *
                                                       *
MESTEK INC.                                            *
260 North Elm Street                                   *
Westfield, MA 01085                                    *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                             *
                                                       *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                                *
Chicago, IL                                            *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                             *
                                                       *
AEARO COMPANY                                          *
5457 West 79th Street                                  *
Indianapolis, Indiana 46268                            *
Serve:  CT Corporation Systems Corp                    *
        4701 Cox Road, Suite 301                        *
        Glen Allen, VA   23060                          *
                                                       *
SLY INCORPORATED                                       *
8300 Dow Circle                                        *
Strongville, OH 44136                                  *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                             *
                                                       *
HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway                    *
Irving, TX 75063                         *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building         *
       9th & Grace Streets                *
       Richmond, VA 23201                 *
                                          *
                                          *
                                          *
       Defendants                         *
```
********************************************************************

## **MOTION FOR JUDGMENT**

### Jurisdiction & Venue

1.  The plaintiff, James Winkler is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

> Plaintiff is:

> > a.      Plaintiff ("plaintiff-worker")

> > Name:        James Winkler

> > Address:       9419 Willow Terrace Norfolk, VA 23503-3137

> > Social Security Number:  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

> > Date of Birth:   05/20/1944

2.      The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

6.      The plaintiff, James  Winkler , was employed in the following trade(s) by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
US Navy
sandblasting, paint and corrosion, removal using sand and glass beads
1963 - 1965

US Navy
insulation and corrosion removal/replacement compartment rehab
1968 - 1969

US Navy
insulation and paint removal for compartment rehab.
1971 - 1974

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, James  Winkler , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.      The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.      During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Larry  Wilkerson           *
5712 Colter Ct.           *
Virginia Beach, VA 23462    *

      *

      Plaintiff       *     Case No.:   *O | 203 - AF*

      *

v.                  *

      *

AMERICAN AIR LIQUIDE  CORP.   *
2700 Post Oak Boulevard      *
Suite 1800              *
Houston, TX 77056        *
Serve:  Capital Corporate Services Inc.   *
      10 S. Jefferson St.      *
      Suite 1400           *
      Roanoke, VA 24011     *

      *

      *

AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.       *
190 State Street          *
Garner, LA 50438         *
Serve:  Secretary of the Commonwealth   *
      9th Street Office Building    *
      9th & Grace Streets     *
      Richmond, VA 23201    *

      *

      *

BACOU-DALLOZ USA INC      *
910 Douglas Pike          *
Smithfield, RI 02917        *
Serve:  Capital Corporate Services Inc.   *
      10 S. Jefferson St.      *
      Suite 1400           *
      Roanoke, VA 24011     *

      *

CLEMTEX INCORPORATED,     *
248 McCarty Drive         *
Houston, Texas 77029       *
Serve:  Secretary of the Commonwealth   *
      9th Street Office Building    *
      9th & Grace Streets     *
      Richmond, VA 23201    *

CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

06 JUN 12  PH 4: 08

FILED

CLEMCO INDUSTRIES CORP.    *
One Cable Car Drive    *
Washington, MO 63090    *
Serve:  Secretary of the Commonwealth    *
       9th Street Office Building    *
       9th & Grace Streets    *
       Richmond, VA 23201    *
    *

E.D. BULLARD COMPANY    *
1898 Safety Way    *
Cynthiana, KY 41031    *
Serve:  Secretary of the Commonwealth    *
       9th Street Office Building    *
       9th & Grace Streets    *
       Richmond, VA 23201    *
    *

EMPIRE ABRASIVE EQUIPMENT CO.    *
2101 West Cabot Blvd.    *
Langhorne, PA 19047-1893    *
Serve:  Secretary of the Commonwealth    *
       9th Street Office Building    *
       9th & Grace Streets    *
       Richmond, VA 23201    *
    *

ENCON SAFETY PRODUCTS INC.    *
6825 West Sam Houston Pkwy. N.    *
Houston, TX 77041    *
Serve:  Secretary of the Commonwealth    *
       9th Street Office Building    *
       9th & Grace Streets    *
       Richmond, VA 23201    *
    *

KELCO SALES & ENGINEERING CO.    *
11936 Front Street    *
Norwalk, CA 90650    *
Serve:  Secretary of the Commonwealth    *
       9th Street Office Building    *
       9th & Grace Streets    *
       Richmond, VA 23201    *
    *

LOIS M. GERSON INC.    *
15 Sproat St.    *
Middleboro, MA 02346    *
Serve:  Secretary of the Commonwealth    *
       9th Street Office Building    *

```
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
                                            *
MOTT CORPORATION                            *
84 Spring Lane                              *
Farmington, CT 06032                        *
Serve:  William E. Artz                     *
            1700 N. Moore St.               *
            Suite 1010                      *
            Arlington, VA 22209             *
                                            *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                       *
Hyde Park, MA 02136                         *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building       *
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
FERRO CORPORATION                           *
1001 Underwood Dr.                          *
Jackson, Mississippi 39205                  *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building       *
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
HUMBLE SAND & GRAVEL CO.                     *
800 S. College St.                          *
Picher, Oklahoma 74360                      *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building       *
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
INDEPENDENT GRAVEL CO.                       *
P.O. Box 1423                               *
Joplin, MO 64801                            *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building       *
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                               *
```

155 West Chestnut Ridge Road      *
Montvale, NJ 07645      *
Serve:  CT Corporation Systems Corp      *
       4701 Cox Road,  Suite 301      *
       Glen Allen, VA   23060      *
     *
     *

INLAND CRAFT PRODUCTS, CO.      *
32052 Edwards Drive      *
Madison Heights, MI 48071      *
Serve:  Secretary of the Commonwealth      *
       9th Street Office Building      *
       9th & Grace Streets      *
       Richmond, VA 23201      *
     *
     *

NELCO MANUFACTURING COMPANY      *
800 West Cummings Park #3950      *
Woburn, MA 01801      *
Serve:  Edward R. Parker      *
       5511 Staples Mill Road      *
       Richmond, VA 23228      *
     *
     *

OTTAWA SILICA COMPANY      *
n/k/a U.S. Silica Company      *
106 Sand Mine Rd.      *
Berkley Springs, WV 25411      *
Serve: CT Corporation Systems Corp      *
       4701 Cox Road,  Suite 301      *
       Glen Allen, VA   23060      *
     *

PANGBORN CORPORATION      *
580 Pangborn Boulevard      *
Hagerstown, Maryland 21740-0830      *
Serve: Secretary of the Commonwealth      *
       9th Street Office Building      *
       9th & Grace Streets      *
       Richmond, VA 23201      *
     *

PAULI & GRIFFIN CO. INC.      *
907 Cotting Lane      *
Vacaville, CA 95688      *
     *

LONE STAR INDUSTRIES  INC.      *
n/k/a Buzzi Unicem USA Inc.      *

100 Brodhead Road                              *
Bethlehem, PA 18017                            *
Serve:  CT Corporation Systems Corp            *
       4701 Cox Road, Suite 301        *
       Glen Allen, VA   23060          *
                                      *
                                      *

3M COMPANY                                     *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                      *
3M Center                                      *
St. Paul, MN 55144                             *
Serve:  CT Corporation Systems Corp            *
       4701 Cox Road, Suite 301        *
       Glen Allen, VA   23060          *
                                      *

ROBERT L. SCHMIDT COMPANY, INC.                *
204 S. Hancock                                 *
Louisville, KY 40202                           *
Serve: Secretary of the Commonwealth           *
       9th Street Office Building *
       9th & Grace Streets       *
       Richmond, VA 23201              *
                                      *

RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                          *
Milwaukee, WI 53212                            *
Serve: Secretary of the Commonwealth           *
       9th Street Office Building *
       9th & Grace Streets       *
       Richmond, VA 23201              *
                                      *

SOUTHWEST AGGREGATES INC.                      *
16470 Tamiami Trail S                          *
Punta Gorda, FL 33955                          *
Serve: Secretary of the Commonwealth           *
       9th Street Office Building *
       9th & Grace Streets       *
       Richmond, VA 23201              *
                                      *
                                      *

SPECIALTY SAND COMPANY                         *
16601 Garrett Road                             *
Houston, Texas 77044.                          *
Serve:  Secretary of the Commonwealth          *

9th Street Office Building                     *
9th & Grace Streets                            *
Richmond, VA 23201                               *
                                                 *
SULLAIR CORPORATION                              *
3700 East Michigan Blvd.                         *
Michigan City, Indiana 43630                     *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060                   *
                                                 *
                                                 *
MSA CORPORATION                                  *
121 Gamma Dr.                                    *
Pittsburgh, Pa 15238                             *
Serve:  William C. Cowardin Jr.                  *
        11790 Jefferson Ave.                     *
        Suite 200                                *
        Newport News, VA 23606                   *
                                                 *
                                                 *
MOLDEX-METRIC INC.                               *
10111 W. Jefferson Blvd.                         *
Culver City, CA. 90232                           *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
ILLINOIS  TOOL WORKS Inc.                        *
195 Internationale Blvd.                         *
Glendale Heights, IL 60139                       *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060                   *
                                                 *
SAINT GOBAIN ABRASIVES INC.                      *
One New Bond Street                              *
P.O. Box 15008                                   *
Worcester, MA 01615-0008                         *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
SELLSTROM MANUFACTURING CO.                      *

One Sellstrom Drive                          *
Palatine, IL 60067                           *
Serve:  Secretary of the Commonwealth        *
     9th Street Office Building          *
     9th & Grace Streets                 *
     Richmond, VA 23201                  *
                                             *
TYCO INTERNATIONAL INC.                      *
9 Roszel Rd.                                 *
Princeton, NJ 08540                          *
Serve:  CT Corporation Systems Corp          *
     4701 Cox Road, Suite 301            *
     Glen Allen, VA   23060,             *
                                             *
MESTEK INC.                                  *
260 North Elm Street                         *
Westfield, MA 01085                          *
Serve:  Secretary of the Commonwealth        *
     9th Street Office Building          *
     9th & Grace Streets                 *
     Richmond, VA 23201                  *
                                             *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                       *
Chicago, IL                                  *
Serve:  Secretary of the Commonwealth        *
     9th Street Office Building          *
     9th & Grace Streets                 *
     Richmond, VA 23201                  *
                                             *
AEARO COMPANY                                *
5457 West 79th Street                        *
Indianapolis, Indiana 46268                  *
Serve:  CT Corporation Systems Corp          *
     4701 Cox Road, Suite 301            *
     Glen Allen, VA   23060              *
                                             *
SLY INCORPORATED                             *
8300 Dow Circle                              *
Strongville, OH 44136                        *
Serve:  Secretary of the Commonwealth        *
     9th Street Office Building          *
     9th & Grace Streets                 *
     Richmond, VA 23201                  *
                                             *
HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway              *
Irving, TX 75063                   *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building  *
        9th & Grace Streets        *
        Richmond, VA 23201         *
                                   *
                                   *
                                   *
        Defendants                 *
************************************************************
```

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1. The plaintiff, Larry Wilkerson is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

        a.    Plaintiff ("plaintiff-worker")

        Name:    Larry Wilkerson

        Address:    5712 Colter Ct. Virginia Beach, VA 23462

        Social Security Number: 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

        Date of Birth: 04/19/1958

2.    The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

6.     The plaintiff, Larry  Wilkerson , was employed in the following trade(s) by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Atlantis Coating
sandblaster helper
05/1990 - 09/1998

Skinner Construction
concrete helper
10/1998 - 12/1999

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Larry  Wilkerson , learned he suffers from silicosis on 8/24/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

|  |  |
|---|---|
| Julius  Walker | * |
| 3 Tupelo Cir. | * |
| Hampton, VA 23666 | * |
|  | * |
|  | * |
| Plaintiff | * |
|  | * |
| v. | * |
|  | * |
|  | * |
| AMERICAN AIR LIQUIDE  CORP. | * |
| 2700 Post Oak Boulevard | * |
| Suite 1800 | * |
| Houston, TX 77056 | * |
| Serve:  Capital Corporate Services Inc. | * |
| 10 S. Jefferson St. | * |
| Suite 1400 | * |
| Roanoke, VA 24011 | * |
|  | * |
|  | * |
| AMERICAN EAGLE ACCESSORIES GROUP | * |
| f/k/a P. K. Lindsay Inc. | * |
| 190 State Street | * |
| Garner, LA 50438 | * |
| Serve:  Secretary of the Commonwealth | * |
| 9th Street Office Building | * |
| 9th & Grace Streets | * |
| Richmond, VA 23201 | * |
|  | * |
|  | * |
| BACOU-DALLOZ USA INC | * |
| 910 Douglas Pike | * |
| Smithfield, RI 02917 | * |
| Serve:  Capital Corporate Services Inc. | * |
| 10 S. Jefferson St. | * |
| Suite 1400 | * |
| Roanoke, VA 24011 | * |
|  | * |
| CLEMTEX INCORPORATED, | * |
| 248 McCarty Drive | * |
| Houston, Texas 77029 | * |
| Serve:  Secretary of the Commonwealth | * |
| 9th Street Office Building | * |
| 9th & Grace Streets | * |
| Richmond, VA 23201 | * |

Case No.:   01202-PT

FILED

06 JUN 12  PM 4: 07

CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.   *
One Cable Car Drive     *
Washington, MO 63090    *
Serve:  Secretary of the Commonwealth *
   9th Street Office Building  *
   9th & Grace Streets   *
   Richmond, VA 23201   *
           *

E.D. BULLARD COMPANY   *
1898 Safety Way      *
Cynthiana, KY 41031     *
Serve:  Secretary of the Commonwealth *
   9th Street Office Building  *
   9th & Grace Streets   *
   Richmond, VA 23201   *
           *

EMPIRE ABRASIVE EQUIPMENT CO. *
2101 West Cabot Blvd.    *
Langhorne, PA 19047-1893   *
Serve:  Secretary of the Commonwealth *
   9th Street Office Building  *
   9th & Grace Streets   *
   Richmond, VA 23201   *
           *

ENCON SAFETY PRODUCTS INC. *
6825 West Sam Houston Pkwy. N.  *
Houston, TX 77041     *
Serve:  Secretary of the Commonwealth *
   9th Street Office Building  *
   9th & Grace Streets   *
   Richmond, VA 23201   *
           *

KELCO SALES & ENGINEERING CO. *
11936 Front Street     *
Norwalk, CA 90650     *
Serve:  Secretary of the Commonwealth *
   9th Street Office Building  *
   9th & Grace Streets   *
   Richmond, VA 23201   *
           *

LOIS M. GERSON INC.    *
15 Sproat St.       *
Middleboro, MA 02346    *
Serve:  Secretary of the Commonwealth *
   9th Street Office Building  *

```
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
                                            *
MOTT CORPORATION                            *
84 Spring Lane                              *
Farmington, CT 06032                        *
Serve:  William E. Artz                     *
            1700 N. Moore St.               *
            Suite 1010                      *
            Arlington, VA 22209             *
                                            *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                       *
Hyde Park, MA 02136                         *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building       *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
FERRO CORPORATION                           *
1001 Underwood Dr.                          *
Jackson, Mississippi 39205                  *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building       *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
HUMBLE SAND & GRAVEL CO.                     *
800 S. College St.                          *
Picher, Oklahoma 74360                       *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building       *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
INDEPENDENT GRAVEL CO.                       *
P.O. Box 1423                                *
Joplin, MO 64801                             *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building       *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                *
```

155 West Chestnut Ridge Road      *
Montvale, NJ 07645      *
Serve: CT Corporation Systems Corp      *
       4701 Cox Road,  Suite 301      *
       Glen Allen, VA   23060      *
     *
     *

INLAND CRAFT PRODUCTS, CO.      *
32052 Edwards Drive      *
Madison Heights, MI 48071      *
Serve: Secretary of the Commonwealth      *
       9th Street Office Building      *
       9th & Grace Streets      *
       Richmond, VA 23201      *
     *
     *

NELCO MANUFACTURING COMPANY      *
800 West Cummings Park #3950      *
Woburn, MA 01801      *
Serve:  Edward R. Parker      *
       5511 Staples Mill Road      *
       Richmond, VA 23228      *
     *
     *

OTTAWA SILICA COMPANY      *
n/k/a U.S. Silica Company      *
106 Sand Mine Rd.      *
Berkley Springs, WV 25411      *
Serve: CT Corporation Systems Corp      *
       4701 Cox Road,  Suite 301      *
       Glen Allen, VA   23060      *
     *

PANGBORN CORPORATION      *
580 Pangborn Boulevard      *
Hagerstown, Maryland 21740-0830      *
Serve: Secretary of the Commonwealth      *
       9th Street Office Building      *
       9th & Grace Streets      *
       Richmond, VA 23201      *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688      *
     *

LONE STAR INDUSTRIES  INC.      *
n/k/a Buzzi Unicem USA Inc.      *

100 Brodhead Road                          *
Bethlehem, PA 18017                        *
Serve:  CT Corporation Systems Corp        *
      4701 Cox Road, Suite 301         *
      Glen Allen, VA   23060           *
                                       *
                                       *

3M COMPANY                                 *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                  *
3M Center                                  *
St. Paul, MN 55144                         *
Serve:  CT Corporation Systems Corp        *
      4701 Cox Road, Suite 301         *
      Glen Allen, VA   23060           *
                                       *

ROBERT L. SCHMIDT COMPANY, INC.  *
204 S. Hancock                             *
Louisville, KY 40202                       *
Serve:  Secretary of the Commonwealth      *
      9th Street Office Building       *
      9th & Grace Streets              *
      Richmond, VA 23201               *
                                       *

RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                      *
Milwaukee, WI 53212                        *
Serve:  Secretary of the Commonwealth      *
      9th Street Office Building       *
      9th & Grace Streets              *
      Richmond, VA 23201               *
                                       *

SOUTHWEST AGGREGATES INC.                  *
16470 Tamiami Trail S                      *
Punta Gorda, FL 33955                      *
Serve:  Secretary of the Commonwealth      *
      9th Street Office Building       *
      9th & Grace Streets              *
      Richmond, VA 23201               *
                                       *

SPECIALTY SAND COMPANY                     *
16601 Garrett Road                         *
Houston, Texas 77044.                      *
Serve:  Secretary of the Commonwealth      *

9th Street Office Building   *
9th & Grace Streets   *
Richmond, VA 23201   *
  *
SULLAIR CORPORATION   *
3700 East Michigan Blvd.   *
Michigan City, Indiana 43630   *
Serve:  CT Corporation Systems Corp   *
   4701 Cox Road, Suite 301   *
   Glen Allen, VA   23060   *
  *
  *
MSA CORPORATION   *
121 Gamma Dr.   *
Pittsburgh, Pa 15238   *
Serve:  William C. Cowardin Jr.   *
   11790 Jefferson Ave.   *
   Suite 200   *
   Newport News, VA 23606   *
  *
  *
MOLDEX-METRIC INC.   *
10111 W. Jefferson Blvd.   *
Culver City, CA. 90232   *
Serve:  Secretary of the Commonwealth   *
   9th Street Office Building   *
   9th & Grace Streets   *
   Richmond, VA 23201   *
  *
ILLINOIS  TOOL WORKS Inc.   *
195 Internationale Blvd.   *
Glendale Heights, IL 60139   *
Serve:  CT Corporation Systems Corp   *
   4701 Cox Road, Suite 301   *
   Glen Allen, VA   23060   *
  *
SAINT GOBAIN ABRASIVES INC.   *
One New Bond Street   *
P.O. Box 15008   *
Worcester, MA 01615-0008   *
Serve:  Secretary of the Commonwealth   *
   9th Street Office Building   *
   9th & Grace Streets   *
   Richmond, VA 23201   *
  *
SELLSTROM MANUFACTURING CO.   *

One Sellstrom Drive      *
Palatine, IL 60067      *
Serve:  Secretary of the Commonwealth    *
     9th Street Office Building    *
     9th & Grace Streets    *
     Richmond, VA 23201    *
     *

TYCO INTERNATIONAL INC.    *
9 Roszel Rd.    *
Princeton, NJ 08540    *
Serve:  CT Corporation Systems Corp    *
     4701 Cox Road, Suite 301    *
     Glen Allen, VA   23060,    *
     *

MESTEK INC.    *
260 North Elm Street    *
Westfield, MA 01085    *
Serve:  Secretary of the Commonwealth    *
     9th Street Office Building    *
     9th & Grace Streets.    *
     Richmond, VA 23201    *
     *

WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,    *
Chicago, IL    *
Serve:  Secretary of the Commonwealth    *
     9th Street Office Building    *
     9th & Grace Streets    *
     Richmond, VA 23201    *
     *

AEARO COMPANY    *
5457 West 79th Street    *
Indianapolis, Indiana 46268    *
Serve:  CT Corporation Systems Corp    *
     4701 Cox Road, Suite 301    *
     Glen Allen, VA   23060    *
     *

SLY INCORPORATED    *
8300 Dow Circle    *
Strongville, OH 44136    *
Serve:  Secretary of the Commonwealth    *
     9th Street Office Building    *
     9th & Grace Streets    *
     Richmond, VA 23201    *
     *

HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway                      *
Irving, TX 75063                           *
Serve: Secretary of the Commonwealth       *
        9th Street Office Building          *
        9th & Grace Streets                 *
        Richmond, VA 23201                  *
                                           *
                                           *
                                           *
Defendants                                 *
***********************************************************************
```

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1. The plaintiff, Julius Walker is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

      a.      Plaintiff ("plaintiff-worker")

Name:      Julius Walker

Address:      3 Tupelo Cir. Hampton, VA 23666

Social Security Number:  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

Date of Birth:  12/07/1959

2.     The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)    Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)    Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)    Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)    Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

### COUNT I

5.    The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.    The plaintiff, Julius  Walker , was employed in the following trade(s) by

the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Northrop Grumman
Laborer and Sandblaster
1979 - 2004

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Julius  Walker , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

9.   That his contracting said disease was solely and proximately caused by his exposure to and use of silica and silica products manufactured, installed, supplied and/or

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Edward  Stacknik
3051 Tillman Road
Norfolk, VA 23513

       Plaintiff

v.

AMERICAN AIR LIQUIDE  CORP.
2700 Post Oak Boulevard
Suite 1800
Houston, TX 77056
Serve:  Capital Corporate Services Inc.
       10 S. Jefferson St.
       Suite 1400
       Roanoke, VA 24011

AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438
Serve:  Secretary of the Commonwealth
       9th Street Office Building
       9th & Grace Streets
       Richmond, VA 23201

BACOU-DALLOZ USA INC
910 Douglas Pike
Smithfield, RI 02917
Serve:  Capital Corporate Services Inc.
       10 S. Jefferson St.
       Suite 1400
       Roanoke, VA 24011

CLEMTEX INCORPORATED,
248 McCarty Drive
Houston, Texas 77029
Serve:  Secretary of the Commonwealth
       9th Street Office Building
       9th & Grace Streets
       Richmond, VA 23201

Case No.:   01201-TF

FILED
06 JUN 12  PM 4:07
CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.          *
One Cable Car Drive              *
Washington, MO 63090            *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                        *
E.D. BULLARD COMPANY            *
1898 Safety Way                 *
Cynthiana, KY 41031             *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                        *
EMPIRE ABRASIVE EQUIPMENT CO.   *
2101 West Cabot Blvd.           *
Langhorne, PA 19047-1893        *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                        *
ENCON SAFETY PRODUCTS INC.      *
6825 West Sam Houston Pkwy. N.  *
Houston, TX 77041               *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                        *
KELCO SALES & ENGINEERING CO.   *
11936 Front Street              *
Norwalk, CA 90650               *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                        *
LOIS M. GERSON INC.             *
15 Sproat St.                   *
Middleboro, MA 02346            *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building      *

```
        9th & Grace Streets              *
        Richmond, VA 23201              *
                                        *
                                        *
MOTT CORPORATION                        *
84 Spring Lane                          *
Farmington, CT 06032                    *
Serve:  William E. Artz                 *
        1700 N. Moore St.               *
        Suite 1010                      *
        Arlington, VA 22209             *
                                        *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                   *
Hyde Park, MA 02136                     *
Serve: Secretary of the Commonwealth    *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
FERRO CORPORATION                       *
1001 Underwood Dr.                      *
Jackson, Mississippi 39205             *
Serve: Secretary of the Commonwealth    *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
HUMBLE SAND & GRAVEL CO.               *
800 S. College St.                      *
Picher, Oklahoma 74360                 *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
INDEPENDENT GRAVEL CO.                  *
P.O. Box 1423                           *
Joplin, MO 64801                        *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                           *
```

155 West Chestnut Ridge Road     \*
Montvale, NJ 07645     \*
Serve:  CT Corporation Systems Corp     \*
       4701 Cox Road,  Suite 301     \*
       Glen Allen, VA   23060     \*
    \*
    \*

INLAND CRAFT PRODUCTS, CO.     \*
32052 Edwards Drive     \*
Madison Heights, MI 48071     \*
Serve:  Secretary of the Commonwealth     \*
       9th Street Office Building     \*
       9th & Grace Streets     \*
       Richmond, VA 23201     \*
    \*
    \*

NELCO MANUFACTURING COMPANY     \*
800 West Cummings Park #3950     \*
Woburn, MA 01801     \*
Serve:  Edward R. Parker     \*
       5511 Staples Mill Road     \*
       Richmond, VA 23228     \*
    \*
    \*

OTTAWA SILICA COMPANY     \*
n/k/a U.S. Silica Company     \*
106 Sand Mine Rd.     \*
Berkley Springs, WV 25411     \*
Serve:  CT Corporation Systems Corp     \*
       4701 Cox Road,  Suite 301     \*
       Glen Allen, VA   23060     \*
    \*

PANGBORN CORPORATION     \*
580 Pangborn Boulevard     \*
Hagerstown, Maryland 21740-0830     \*
Serve:  Secretary of the Commonwealth     \*
       9th Street Office Building     \*
       9th & Grace Streets     \*
       Richmond, VA 23201     \*
    \*

PAULI & GRIFFIN CO. INC.     \*
907 Cotting Lane     \*
Vacaville, CA 95688     \*
    \*

LONE STAR INDUSTRIES  INC.     \*
n/k/a Buzzi Unicem USA Inc.     \*

100 Brodhead Road                                    *
Bethlehem, PA 18017                                  *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
                                                     *
3M COMPANY                                           *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                            *
3M Center                                            *
St. Paul, MN 55144                                   *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
ROBERT L. SCHMIDT COMPANY, INC.   *
204 S. Hancock                                       *
Louisville, KY 40202                                 *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                           *
                                                     *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                                *
Milwaukee, WI 53212                                  *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                           *
                                                     *
SOUTHWEST AGGREGATES INC.                            *
16470 Tamiami Trail S                                *
Punta Gorda, FL 33955                                *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                           *
                                                     *
                                                     *
SPECIALTY SAND COMPANY                               *
16601 Garrett Road                                   *
Houston, Texas 77044.                                *
Serve:  Secretary of the Commonwealth                *

9th Street Office Building    *
9th & Grace Streets    *
Richmond, VA 23201    *
   *
SULLAIR CORPORATION    *
3700 East Michigan Blvd.    *
Michigan City, Indiana 43630    *
Serve: CT Corporation Systems Corp    *
       4701 Cox Road, Suite 301    *
       Glen Allen, VA   23060    *
   *
   *
MSA CORPORATION    *
121 Gamma Dr.    *
Pittsburgh, Pa 15238    *
Serve: William C. Cowardin Jr.    *
       11790 Jefferson Ave.    *
       Suite 200    *
       Newport News, VA 23606    *
   *
   *
MOLDEX-METRIC INC.    *
10111 W. Jefferson Blvd.    *
Culver City, CA. 90232    *
Serve: Secretary of the Commonwealth    *
       9th Street Office Building    *
       9th & Grace Streets    *
       Richmond, VA 23201    *
   *
ILLINOIS  TOOL WORKS Inc.    *
195 Internationale Blvd.    *
Glendale Heights, IL 60139    *
Serve: CT Corporation Systems Corp    *
       4701 Cox Road, Suite 301    *
       Glen Allen, VA   23060    *
   *
SAINT GOBAIN ABRASIVES INC.    *
One New Bond Street    *
P.O. Box 15008    *
Worcester, MA 01615-0008    *
Serve: Secretary of the Commonwealth    *
       9th Street Office Building    *
       9th & Grace Streets    *
       Richmond, VA 23201    *
   *
SELLSTROM MANUFACTURING CO.    *

One Sellstrom Drive                  *
Palatine, IL 60067                   *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building        *
        9th & Grace Streets             *
        Richmond, VA 23201          *
                                     *

TYCO INTERNATIONAL INC.       *
9 Roszel Rd.                        *
Princeton, NJ 08540            *
Serve:  CT Corporation Systems Corp    *
        4701 Cox Road, Suite 301       *
        Glen Allen, VA   23060,       *
                                     *

MESTEK INC.                    *
260 North Elm Street           *
Westfield, MA 01085          *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building        *
        9th & Grace Streets             *
        Richmond, VA 23201          *
                                     *

WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,         *
Chicago, IL                      *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building        *
        9th & Grace Streets             *
        Richmond, VA 23201          *
                                     *

AEARO COMPANY             *
5457 West 79th Street         *
Indianapolis, Indiana 46268       *
Serve:  CT Corporation Systems Corp    *
        4701 Cox Road, Suite 301       *
        Glen Allen, VA   23060        *
                                     *

SLY INCORPORATED          *
8300 Dow Circle              *
Strongville, OH 44136         *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building        *
        9th & Grace Streets             *
        Richmond, VA 23201          *
                                     *

HANSON AGREGATES NORTH AMERICA INC.*

8505 Freeport Parkway      *
Irving, TX 75063      *
Serve: Secretary of the Commonwealth      *
       9th Street Office Building      *
       9th & Grace Streets      *
       Richmond, VA 23201      *
       *
       *
       *
Defendants      *

*****************************************************************

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.  The plaintiff, Edward Stacknik is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

       a.      Plaintiff ("plaintiff-worker")

       Name:      Edward Stacknik

       Address:      3051 Tillman Road Norfolk, VA 23513

       Social Security Number: 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

       Date of Birth: 06/22/1952

2.  The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

6.    The plaintiff, Edward  Stacknik , was employed in the following trade(s) by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
MCI
welder
1984 - 1987

John Henry Steel Erect.
boiler welder
1986 - 1988

Jonathon Shipyard
welder
1988 - 1996

Colannas Shipyard
welder
1988 - 1996

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Edward  Stacknik , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.    The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.    During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Arthur Scott  
324 San Antonio Blvd. #D1  
Norfolk, VA 23505  

     Plaintiff          Case No.:  *O1 200-VC*

v.

AMERICAN AIR LIQUIDE  CORP.  
2700 Post Oak Boulevard  
Suite 1800  
Houston, TX 77056  
Serve:  Capital Corporate Services Inc.  
        10 S. Jefferson St.  
        Suite 1400  
        Roanoke, VA 24011  


AMERICAN EAGLE ACCESSORIES GROUP*  
f/k/a P. K. Lindsay Inc.  
190 State Street  
Garner, LA 50438  
Serve:  Secretary of the Commonwealth  
        9th Street Office Building  
        9th & Grace Streets  
        Richmond, VA 23201  


BACOU-DALLOZ USA INC  
910 Douglas Pike  
Smithfield, RI 02917  
Serve:  Capital Corporate Services Inc.  
        10 S. Jefferson St.  
        Suite 1400  
        Roanoke, VA 24011  


CLEMTEX INCORPORATED,  
248 McCarty Drive  
Houston, Texas 77029  
Serve:  Secretary of the Commonwealth  
        9th Street Office Building  
        9th & Grace Streets  
        Richmond, VA 23201  

FILED

06 JUN 12  PM 4:07

CIRCUIT CLERK OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.    \*
One Cable Car Drive    \*
Washington, MO 63090    \*
Serve:  Secretary of the Commonwealth    \*
        9th Street Office Building    \*
        9th & Grace Streets    \*
        Richmond, VA 23201    \*
    \*

E.D. BULLARD COMPANY    \*
1898 Safety Way    \*
Cynthiana, KY 41031    \*
Serve:  Secretary of the Commonwealth    \*
        9th Street Office Building    \*
        9th & Grace Streets    \*
        Richmond, VA 23201    \*
    \*

EMPIRE ABRASIVE EQUIPMENT CO.    \*
2101 West Cabot Blvd.    \*
Langhorne, PA 19047-1893    \*
Serve:  Secretary of the Commonwealth    \*
        9th Street Office Building    \*
        9th & Grace Streets    \*
        Richmond, VA 23201    \*
    \*

ENCON SAFETY PRODUCTS INC.    \*
6825 West Sam Houston Pkwy. N.    \*
Houston, TX 77041    \*
Serve:  Secretary of the Commonwealth    \*
        9th Street Office Building    \*
        9th & Grace Streets    \*
        Richmond, VA 23201    \*
    \*

KELCO SALES & ENGINEERING CO.    \*
11936 Front Street    \*
Norwalk, CA 90650    \*
Serve:  Secretary of the Commonwealth    \*
        9th Street Office Building    \*
        9th & Grace Streets    \*
        Richmond, VA 23201    \*
    \*

LOIS M. GERSON INC.    \*
15 Sproat St.    \*
Middleboro, MA 02346    \*
Serve:  Secretary of the Commonwealth    \*
        9th Street Office Building    \*

```
                    9th & Grace Streets              *
                    Richmond, VA 23201              *
                                                    *
                                                    *
     MOTT CORPORATION                                *
     84 Spring Lane                                  *
     Farmington, CT 06032                            *
     Serve:  William E. Artz                         *
                    1700 N. Moore St.                *
                    Suite 1010                       *
                    Arlington, VA 22209              *
                                                    *
     NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
     1616 Hyde Park Avenue                           *
     Hyde Park, MA 02136                             *
     Serve: Secretary of the Commonwealth           *
                    9th Street Office Building       *
                    9th & Grace Streets              *
                    Richmond, VA 23201              *
                                                    *
     FERRO CORPORATION                               *
     1001 Underwood Dr.                              *
     Jackson, Mississippi 39205                      *
     Serve: Secretary of the Commonwealth           *
                    9th Street Office Building       *
                    9th & Grace Streets              *
                    Richmond, VA 23201              *
                                                    *
     HUMBLE SAND & GRAVEL CO.                        *
     800 S. College St.                              *
     Picher, Oklahoma 74360                          *
     Serve:  Secretary of the Commonwealth          *
                    9th Street Office Building       *
                    9th & Grace Streets              *
                    Richmond, VA 23201              *
                                                    *
     INDEPENDENT GRAVEL CO.                          *
     P.O. Box 1423                                   *
     Joplin, MO 64801                                *
     Serve:  Secretary of the Commonwealth          *
                    9th Street Office Building       *
                    9th & Grace Streets              *
                    Richmond, VA 23201              *
                                                    *
     INGERSOLL RAND COMPANY LIMITED*
     P.O. Box 0445                                   *
```

155 West Chestnut Ridge Road       *
Montvale, NJ 07645       *
Serve: CT Corporation Systems Corp       *
      4701 Cox Road,  Suite 301       *
      Glen Allen, VA   23060       *
      *
      *

INLAND CRAFT PRODUCTS, CO.       *
32052 Edwards Drive       *
Madison Heights, MI 48071       *
Serve: Secretary of the Commonwealth       *
      9th Street Office Building       *
      9th & Grace Streets       *
      Richmond, VA 23201       *
      *
      *

NELCO MANUFACTURING COMPANY       *
800 West Cummings Park #3950       *
Woburn, MA 01801       *
Serve: Edward R. Parker       *
      5511 Staples Mill Road       *
      Richmond, VA 23228       *
      *
      *

OTTAWA SILICA COMPANY       *
n/k/a U.S. Silica Company       *
106 Sand Mine Rd.       *
Berkley Springs, WV 25411       *
Serve: CT Corporation Systems Corp       *
      4701 Cox Road,  Suite 301       *
      Glen Allen, VA   23060       *
      *

PANGBORN CORPORATION       *
580 Pangborn Boulevard       *
Hagerstown, Maryland 21740-0830       *
Serve: Secretary of the Commonwealth       *
      9th Street Office Building       *
      9th & Grace Streets       *
      Richmond, VA 23201       *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688       *
      *

LONE STAR INDUSTRIES  INC.       *
n/k/a Buzzi Unicem USA Inc.       *

100 Brodhead Road       *
Bethlehem, PA 18017       *
Serve:  CT Corporation Systems Corp       *
          4701 Cox Road, Suite 301       *
          Glen Allen, VA   23060       *
      *
      *

3M COMPANY       *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters       *
3M Center       *
St. Paul, MN 55144       *
Serve:  CT Corporation Systems Corp       *
          4701 Cox Road, Suite 301       *
          Glen Allen, VA   23060       *
      *

ROBERT L. SCHMIDT COMPANY, INC.       *
204 S. Hancock       *
Louisville, KY 40202       *
Serve:  Secretary of the Commonwealth       *
          9th Street Office Building       *
          9th & Grace Streets       *
          Richmond, VA 23201       *
      *

RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street       *
Milwaukee, WI 53212       *
Serve:  Secretary of the Commonwealth       *
          9th Street Office Building       *
          9th & Grace Streets       *
          Richmond, VA 23201       *
      *

SOUTHWEST AGGREGATES INC.       *
16470 Tamiami Trail S       *
Punta Gorda, FL 33955       *
Serve:  Secretary of the Commonwealth       *
          9th Street Office Building       *
          9th & Grace Streets       *
          Richmond, VA 23201       *
      *
      *

SPECIALTY SAND COMPANY       *
16601 Garrett Road       *
Houston, Texas 77044.       *
Serve:  Secretary of the Commonwealth       *

9th Street Office Building                  *
9th & Grace Streets                         *
Richmond, VA 23201                            *
                                              *
SULLAIR CORPORATION                           *
3700 East Michigan Blvd.                      *
Michigan City, Indiana 43630                  *
Serve:  CT Corporation Systems Corp           *
        4701 Cox Road, Suite 301              *
        Glen Allen, VA   23060                *
                                              *
                                              *
MSA CORPORATION                               *
121 Gamma Dr.                                 *
Pittsburgh, Pa 15238                          *
Serve:  William C. Cowardin Jr.               *
        11790 Jefferson Ave.                  *
        Suite 200                             *
        Newport News, VA 23606                *
                                              *
                                              *
MOLDEX-METRIC INC.                            *
10111 W. Jefferson Blvd.                      *
Culver City, CA. 90232                        *
Serve:  Secretary of the Commonwealth         *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                    *
                                              *
ILLINOIS  TOOL WORKS Inc.                     *
195 Internationale Blvd.                      *
Glendale Heights, IL 60139                    *
Serve:  CT Corporation Systems Corp           *
        4701 Cox Road, Suite 301              *
        Glen Allen, VA   23060                *
                                              *
SAINT GOBAIN ABRASIVES INC.                   *
One New Bond Street                           *
P.O. Box 15008                                *
Worcester, MA 01615-0008                      *
Serve:  Secretary of the Commonwealth         *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                    *
                                              *
SELLSTROM MANUFACTURING CO.                   *

One Sellstrom Drive
Palatine, IL 60067
Serve: Secretary of the Commonwealth
     9th Street Office Building
     9th & Grace Streets
     Richmond, VA 23201

TYCO INTERNATIONAL INC.
9 Roszel Rd.
Princeton, NJ 08540
Serve: CT Corporation Systems Corp
     4701 Cox Road, Suite 301
     Glen Allen, VA   23060,

MESTEK INC.
260 North Elm Street
Westfield, MA 01085
Serve: Secretary of the Commonwealth
     9th Street Office Building
     9th & Grace Streets
     Richmond, VA 23201

WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,
Chicago, IL
Serve: Secretary of the Commonwealth
     9th Street Office Building
     9th & Grace Streets
     Richmond, VA 23201

AEARO COMPANY
5457 West 79th Street
Indianapolis, Indiana 46268
Serve: CT Corporation Systems Corp
     4701 Cox Road, Suite 301
     Glen Allen, VA   23060

SLY INCORPORATED
8300 Dow Circle
Strongville, OH 44136
Serve: Secretary of the Commonwealth
     9th Street Office Building
     9th & Grace Streets
     Richmond, VA 23201

HANSON AGREGATES NORTH AMERICA INC.*

8505 Freeport Parkway        *
Irving, TX 75063        *
Serve: Secretary of the Commonwealth    *
       9th Street Office Building      *
       9th & Grace Streets       *
       Richmond, VA 23201      *
                            *
                            *
                            *
Defendants               *
*******************************************************************

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1. The plaintiff, Arthur Scott is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants'- silicosis-containing products and/or protective devices.

     Plaintiff is:

         a.      Plaintiff ("plaintiff-worker")

         Name:       Arthur Scott

         Address:      324 San Antonio Blvd. #D1 Norfolk, VA 23505

         Social Security Number: 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

         Date of Birth:   06/05/1948

2. The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

6.     The plaintiff, Arthur  Scott , was employed in the following trade(s) by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Cleveland Aluminum Inc.
sandblaster and foundry
1974 - 1995

Ohio Aluminum Industries Inc.
sandblaster and foundry
1995 - 2001


Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Arthur  Scott , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Jimmy  Pate
2660 Barclay Avenue
Portsmouth, VA 23702

      Plaintiff

v.

AMERICAN AIR LIQUIDE  CORP.
2700 Post Oak Boulevard
Suite 1800
Houston, TX 77056
Serve:  Capital Corporate Services Inc.
      10 S. Jefferson St.
      Suite 1400
      Roanoke, VA 24011


AMERICAN EAGLE ACCESSORIES GROUP
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438
Serve:  Secretary of the Commonwealth
      9th Street Office Building
      9th & Grace Streets
      Richmond, VA 23201


BACOU-DALLOZ USA INC
910 Douglas Pike
Smithfield, RI 02917
Serve:  Capital Corporate Services Inc.
      10 S. Jefferson St.
      Suite 1400
      Roanoke, VA 24011


CLEMTEX INCORPORATED,
248 McCarty Drive
Houston, Texas 77029
Serve:  Secretary of the Commonwealth
      9th Street Office Building
      9th & Grace Streets
      Richmond, VA 23201

Case No.:   *01198-AF*

FILED

06 JUN 12  PM 4: 07

CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.                    *
One Cable Car Drive                         *
Washington, MO 63090                        *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                             *
E.D. BULLARD COMPANY                         *
1898 Safety Way                             *
Cynthiana, KY 41031                          *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                             *
EMPIRE ABRASIVE EQUIPMENT CO.               *
2101 West Cabot Blvd.                        *
Langhorne, PA 19047-1893                     *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                             *
ENCON SAFETY PRODUCTS INC.                  *
6825 West Sam Houston Pkwy. N.               *
Houston, TX 77041                           *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                             *
KELCO SALES & ENGINEERING CO.               *
11936 Front Street                          *
Norwalk, CA 90650                           *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building           *
        9th & Grace Streets                  *
        Richmond, VA 23201                   *
                                             *
LOIS M. GERSON INC.                         *
15 Sproat St.                               *
Middleboro, MA 02346                        *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building           *

```
                9th & Grace Streets              *
                Richmond, VA 23201              *
                                                *
                                                *
                                                *
MOTT CORPORATION                                *
84 Spring Lane                                  *
Farmington, CT 06032                            *
Serve:  William E. Artz                         *
        1700 N. Moore St.                        *
        Suite 1010                              *
        Arlington, VA 22209                     *
                                                *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                           *
Hyde Park, MA 02136                             *
Serve: Secretary of the Commonwealth            *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
FERRO CORPORATION                               *
1001 Underwood Dr.                              *
Jackson, Mississippi 39205                      *
Serve: Secretary of the Commonwealth            *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
HUMBLE SAND & GRAVEL CO.                         *
800 S. College St.                              *
Picher, Oklahoma 74360                          *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
INDEPENDENT GRAVEL CO.                           *
P.O. Box 1423                                   *
Joplin, MO 64801                                *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                   *
```

155 West Chestnut Ridge Road     \*
Montvale, NJ 07645     \*
Serve: CT Corporation Systems Corp     \*
      4701 Cox Road,  Suite 301     \*
      Glen Allen, VA   23060     \*
    \*
    \*

INLAND CRAFT PRODUCTS, CO.     \*
32052 Edwards Drive     \*
Madison Heights, MI 48071     \*
Serve: Secretary of the Commonwealth     \*
      9th Street Office Building     \*
      9th & Grace Streets     \*
      Richmond, VA 23201     \*
    \*
    \*

NELCO MANUFACTURING COMPANY     \*
800 West Cummings Park #3950     \*
Woburn, MA 01801     \*
Serve: Edward R. Parker     \*
      5511 Staples Mill Road     \*
      Richmond, VA 23228     \*
    \*
    \*

OTTAWA SILICA COMPANY     \*
n/k/a U.S. Silica Company     \*
106 Sand Mine Rd.     \*
Berkley Springs, WV 25411     \*
Serve:  CT Corporation Systems Corp     \*
      4701 Cox Road,  Suite 301     \*
      Glen Allen, VA   23060     \*
    \*

PANGBORN CORPORATION     \*
580 Pangborn Boulevard     \*
Hagerstown, Maryland 21740-0830     \*
Serve: Secretary of the Commonwealth     \*
      9th Street Office Building     \*
      9th & Grace Streets     \*
      Richmond, VA 23201     \*

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688     \*
    \*

LONE STAR INDUSTRIES  INC.     \*
n/k/a Buzzi Unicem USA Inc.     \*

100 Brodhead Road        *
Bethlehem, PA 18017      *
Serve:  CT Corporation Systems Corp    *
         4701 Cox Road, Suite 301     *
         Glen Allen, VA   23060      *
       *
       *

3M COMPANY        *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters     *
3M Center        *
St. Paul, MN 55144      *
Serve:  CT Corporation Systems Corp    *
         4701 Cox Road, Suite 301     *
         Glen Allen, VA   23060      *
       *

ROBERT L. SCHMIDT COMPANY, INC.   *
204 S. Hancock        *
Louisville, KY 40202      *
Serve:  Secretary of the Commonwealth   *
         9th Street Office Building     *
         9th & Grace Streets      *
         Richmond, VA 23201      *
       *

RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street      *
Milwaukee, WI 53212      *
Serve:  Secretary of the Commonwealth   *
         9th Street Office Building     *
         9th & Grace Streets      *
         Richmond, VA 23201      *
       *

SOUTHWEST AGGREGATES INC.    *
16470 Tamiami Trail S      *
Punta Gorda, FL 33955      *
Serve:  Secretary of the Commonwealth   *
         9th Street Office Building     *
         9th & Grace Streets      *
         Richmond, VA 23201      *
       *
       *

SPECIALTY SAND COMPANY    *
16601 Garrett Road      *
Houston, Texas 77044.      *
Serve:  Secretary of the Commonwealth   *

9th Street Office Building                          *
9th & Grace Streets                                *
Richmond, VA 23201                                   *
                                                     *
SULLAIR CORPORATION                                  *
3700 East Michigan Blvd.                             *
Michigan City, Indiana 43630                         *
Serve: CT Corporation Systems Corp                   *
       4701 Cox Road, Suite 301                      *
       Glen Allen, VA   23060                        *
                                                     *
                                                     *
MSA CORPORATION                                      *
121 Gamma Dr.                                        *
Pittsburgh, Pa 15238                                 *
Serve:  William C. Cowardin Jr.                      *
        11790 Jefferson Ave.                         *
        Suite 200                                    *
        Newport News, VA 23606                       *
                                                     *
                                                     *
MOLDEX-METRIC INC.                                   *
10111 W. Jefferson Blvd.                             *
Culver City, CA. 90232                               *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                   *
        9th & Grace Streets                          *
        Richmond, VA 23201                           *
                                                     *
ILLINOIS  TOOL WORKS Inc.                            *
195 Internationale Blvd.                             *
Glendale Heights, IL 60139                           *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
SAINT GOBAIN ABRASIVES INC.                          *
One New Bond Street                                  *
P.O. Box 15008                                       *
Worcester, MA 01615-0008                             *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                   *
        9th & Grace Streets                          *
        Richmond, VA 23201                           *
                                                     *
SELLSTROM MANUFACTURING CO.                          *

One Sellstrom Drive                              *
Palatine, IL 60067                               *
Serve: Secretary of the Commonwealth             *
      9th Street Office Building         *
      9th & Grace Streets               *
      Richmond, VA 23201                *
                                             *

TYCO INTERNATIONAL INC.                          *
9 Roszel Rd.                                     *
Princeton, NJ 08540                              *
Serve: CT Corporation Systems Corp               *
      4701 Cox Road, Suite 301          *
      Glen Allen, VA   23060,           *
                                             *

MESTEK INC.                                      *
260 North Elm Street                             *
Westfield, MA 01085                              *
Serve: Secretary of the Commonwealth             *
      9th Street Office Building         *
      9th & Grace Streets               *
      Richmond, VA 23201                *
                                             *

WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                          *
Chicago, IL                                      *
Serve: Secretary of the Commonwealth             *
      9th Street Office Building         *
      9th & Grace Streets               *
      Richmond, VA 23201                *
                                             *

AEARO COMPANY                                    *
5457 West 79th Street                            *
Indianapolis, Indiana 46268                      *
Serve: CT Corporation Systems Corp               *
      4701 Cox Road, Suite 301          *
      Glen Allen, VA   23060            *
                                             *

SLY INCORPORATED                                 *
8300 Dow Circle                                  *
Strongville, OH 44136                            *
Serve: Secretary of the Commonwealth             *
      9th Street Office Building         *
      9th & Grace Streets               *
      Richmond, VA 23201                *
                                             *

HANSON AGREGATES NORTH AMERICA INC.*

8505 Freeport Parkway      *
Irving, TX 75063      *
Serve: Secretary of the Commonwealth      *
       9th Street Office Building      *
       9th & Grace Streets      *
       Richmond, VA 23201      *
     *
     *
     *
Defendants      *

*******************************************************************

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.  The plaintiff, Jimmy Pate  is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

    a.    Plaintiff ("plaintiff-worker")

    Name:    Jimmy Pate

    Address:    2660 Barclay Avenue Portsmouth, VA 23702

    Social Security Number:  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

    Date of Birth:   05/17/1946

2.    The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)    Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)    Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)    Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)    Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

<u>COUNT I</u>

5.    The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.    The plaintiff, Jimmy Pate , was employed in the following trade(s) by the

named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Metro Machine
welder
1964 - 1966

Fruehauf Trailer Co.
mechanic/sandblaster
1966 - 1968

ANA
welder
1968 - 1971

Tidewater Steel
welder
1966 - 1968

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Jimmy Pate , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Bonnie Neal                                           *
343 Hutton Circle                                     *
Virginia Beach, VA 23454, as Executor                 *
and Administrator of the Estate of                    *
Kenneth Neal                                          *
                                                      *
        Plaintiff                                     *     Case No.:  700CLO601262T-01
                                                      *
                                                      *
v.                                                    *
                                                      *
AMERICAN AIR LIQUIDE  CORP.                            *
2700 Post Oak Boulevard                               *
Suite 1800                                            *
Houston, TX 77056                                     *
Serve:  Capital Corporate Services Inc.               *
        10 S. Jefferson St.                           *
        Suite 1400                                    *
        Roanoke, VA 24011                             *
                                                      *
                                                      *
AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.                              *
190 State Street                                      *
Garner, LA 50438                                      *
Serve:  Secretary of the Commonwealth                 *
        9th Street Office Building                    *
        9th & Grace Streets                           *
        Richmond, VA 23201                            *
                                                      *
                                                      *
BACOU-DALLOZ USA INC                                  *
910 Douglas Pike                                      *
Smithfield, RI 02917                                  *
Serve:  Capital Corporate Services Inc.               *
        10 S. Jefferson St.                           *
        Suite 1400                                    *
        Roanoke, VA 24011                             *
                                                      *
CLEMTEX INCORPORATED,                                 *
248 McCarty Drive                                     *
Houston, Texas 77029                                  *
Serve:  Secretary of the Commonwealth                 *
        9th Street Office Building                    *
        9th & Grace Streets                           *

Richmond, VA 23201                    *


CLEMCO INDUSTRIES CORP.              *
One Cable Car Drive                  *
Washington, MO 63090                 *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
E.D. BULLARD COMPANY                 *
1898 Safety Way                      *
Cynthiana, KY 41031                  *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
EMPIRE ABRASIVE EQUIPMENT CO.        *
2101 West Cabot Blvd.                *
Langhorne, PA 19047-1893             *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
ENCON SAFETY PRODUCTS INC.           *
6825 West Sam Houston Pkwy. N.       *
Houston, TX 77041                    *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
KELCO SALES & ENGINEERING CO.        *
11936 Front Street                   *
Norwalk, CA 90650                    *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building   *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
LOIS M. GERSON INC.                  *
15 Sproat St.                        *
Middleboro, MA 02346                 *

Serve:  Secretary of the Commonwealth          *
        9th Street Office Building          *
        9th & Grace Streets          *
        Richmond, VA 23201          *
                  *
                  *

MOTT CORPORATION          *
84 Spring Lane          *
Farmington, CT 06032          *
Serve:  William E. Artz          *
        1700 N. Moore St.          *
        Suite 1010          *
        Arlington, VA 22209          *
                  *

NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue          *
Hyde Park, MA 02136          *
Serve: Secretary of the Commonwealth          *
        9th Street Office Building          *
        9th & Grace Streets          *
        Richmond, VA 23201          *
                  *

FERRO CORPORATION          *
1001 Underwood Dr.          *
Jackson, Mississippi 39205          *
Serve: Secretary of the Commonwealth          *
        9th Street Office Building          *
        9th & Grace Streets          *
        Richmond, VA 23201          *
                  *

HUMBLE SAND & GRAVEL CO.          *
800 S. College St.          *
Picher, Oklahoma 74360          *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building          *
        9th & Grace Streets          *
        Richmond, VA 23201          *
                  *

INDEPENDENT GRAVEL CO.          *
P.O. Box 1423          *
Joplin, MO 64801          *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building          *
        9th & Grace Streets          *
        Richmond, VA 23201          *
                  *

INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                  *
155 West Chestnut Ridge Road                   *
Montvale, NJ 07645                             *
Serve: CT Corporation Systems Corp             *
          4701 Cox Road, Suite 301             *
          Glen Allen, VA   23060               *
                                               *
                                               *
INLAND CRAFT PRODUCTS, CO.                     *
32052 Edwards Drive                            *
Madison Heights, MI 48071                      *
Serve: Secretary of the Commonwealth           *
          9th Street Office Building            *
          9th & Grace Streets                  *
          Richmond, VA 23201                    *
                                               *
                                               *
NELCO MANUFACTURING COMPANY *
800 West Cummings Park #3950                    *
Woburn, MA 01801                               *
Serve: Edward R. Parker                        *
          5511 Staples Mill Road               *
          Richmond, VA 23228                    *
                                               *
                                               *
OTTAWA SILICA COMPANY                          *
n/k/a U.S. Silica Company                      *
106 Sand Mine Rd.                              *
Berkley Springs, WV 25411                      *
Serve: CT Corporation Systems Corp             *
          4701 Cox Road, Suite 301             *
          Glen Allen, VA   23060               *
                                               *
PANGBORN CORPORATION                           *
580 Pangborn Boulevard                         *
Hagerstown, Maryland 21740-0830                *
Serve: Secretary of the Commonwealth           *
          9th Street Office Building            *
          9th & Grace Streets                  *
          Richmond, VA 23201                    *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688                            *
                                               *

LONE STAR INDUSTRIES  INC.          *
n/k/a Buzzi Unicem USA Inc.          *
100 Brodhead Road                    *
Bethlehem, PA 18017                  *
Serve:  CT Corporation Systems Corp  *
      4701 Cox Road, Suite 301     *
      Glen Allen, VA   23060       *
           *
           *

3M COMPANY                           *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters            *
3M Center                            *
St. Paul, MN 55144                   *
Serve:  CT Corporation Systems Corp  *
      4701 Cox Road, Suite 301     *
      Glen Allen, VA   23060       *
           *

ROBERT L. SCHMIDT COMPANY, INC.      *
204 S. Hancock                       *
Louisville, KY 40202                 *
Serve:  Secretary of the Commonwealth *
      9th Street Office Building   *
      9th & Grace Streets          *
      Richmond, VA 23201           *
           *

RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                *
Milwaukee, WI 53212                  *
Serve:  Secretary of the Commonwealth *
      9th Street Office Building   *
      9th & Grace Streets          *
      Richmond, VA 23201           *
           *

SOUTHWEST AGGREGATES INC.            *
16470 Tamiami Trail S                *
Punta Gorda, FL 33955                *
Serve:  Secretary of the Commonwealth *
      9th Street Office Building   *
      9th & Grace Streets          *
      Richmond, VA 23201           *
           *
           *

SPECIALTY SAND COMPANY               *
16601 Garrett Road                   *

Houston, Texas 77044.                                    *
Serve: Secretary of the Commonwealth                     *
      9th Street Office Building              *
      9th & Grace Streets                      *
      Richmond, VA 23201                         *
                                                 *

SULLAIR CORPORATION                                      *
3700 East Michigan Blvd.                                 *
Michigan City, Indiana 43630                             *
Serve: CT Corporation Systems Corp                       *
      4701 Cox Road, Suite 301                   *
      Glen Allen, VA   23060                     *
                                                 *
                                                 *

MSA CORPORATION                                          *
121 Gamma Dr.                                            *
Pittsburgh, Pa 15238                                     *
Serve: William C. Cowardin Jr.                           *
      11790 Jefferson Ave.                       *
      Suite 200                                  *
      Newport News, VA 23606                     *
                                                 *
                                                 *

MOLDEX-METRIC INC.                                       *
10111 W. Jefferson Blvd.                                 *
Culver City, CA. 90232                                   *
Serve: Secretary of the Commonwealth                     *
      9th Street Office Building                 *
      9th & Grace Streets                        *
      Richmond, VA 23201                         *
                                                 *

ILLINOIS  TOOL WORKS Inc.                                *
195 Internationale Blvd.                                 *
Glendale Heights, IL 60139                               *
Serve: CT Corporation Systems Corp                       *
      4701 Cox Road, Suite 301                   *
      Glen Allen, VA   23060                     *
                                                 *

SAINT GOBAIN ABRASIVES INC.                              *
One New Bond Street                                      *
P.O. Box 15008                                           *
Worcester, MA 01615-0008                                 *
Serve: Secretary of the Commonwealth                     *
      9th Street Office Building                 *
      9th & Grace Streets                        *
      Richmond, VA 23201                         *

```
SELLSTROM MANUFACTURING CO.          *
One Sellstrom Drive                  *
Palatine, IL 60067                   *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building    *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
TYCO INTERNATIONAL INC.              *
9 Roszel Rd.                         *
Princeton, NJ 08540                  *
Serve:  CT Corporation Systems Corp  *
        4701 Cox Road, Suite 301     *
        Glen Allen, VA   23060,      *
                                     *
MESTEK INC.                          *
260 North Elm Street                 *
Westfield, MA 01085                  *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building    *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
WHEELER PROTECTIVE APPAREL INC. *
4330 W. Belmont Avenue,              *
Chicago, IL                          *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building    *
        9th & Grace Streets          *
        Richmond, VA 23201           *
                                     *
AEARO COMPANY                        *
5457 West 79th Street                *
Indianapolis, Indiana 46268          *
Serve:  CT Corporation Systems Corp  *
        4701 Cox Road, Suite 301     *
        Glen Allen, VA   23060       *
                                     *
SLY INCORPORATED                     *
8300 Dow Circle                      *
Strongville, OH 44136                *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building    *
        9th & Grace Streets          *
        Richmond, VA 23201           *
```

```
                                              *
HANSON AGREGATES NORTH AMERICA INC.*
8505 Freeport Parkway                         *
Irving, TX 75063                              *
Serve:  Secretary of the Commonwealth         *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                              *
                                              *
                                              *
                                              *
        Defendants                            *
********************************************************************
```

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.  1.  The plaintiff, Bonnie Neal, a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States, and is the Executor and Administrator of the Estate of Kenneth Neal (hereinafter, "the plaintiff's deceased"). The plaintiff alleges that the plaintiff's deceased suffered personal injury from exposure to the defendants' asbestos-containing insulation products.

Plaintiff (executor and administrator) is:

      Name:      Bonnie Neal
      Address:    343 Hutton Circle, Virginia Beach, VA 23454

The plaintiff's deceased is:

      Name:      Kenneth Neal

      Date of Death:  11/14/04

      Date of Birth:   03/29/1947

      Cause of Death:

      SSN:   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

2.     The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

3.     At all times material hereto, defendants acted through their agents, servants and/or employees who were acting within the scope of their employment in the business of the defendants.

4.     At all times material hereto:

(a)     Defendant, AMERICAN AIR LIQUIDE CORP. is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica-containing products and/or protective devices.

(b)     Defendant, P.K Lindsay Inc., now known as AMERICAN EAGLE ACCESSORIES GROUP, is a Louisiana corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(c)     Defendant, BACOU-DALLOZ USA INC., is a Rhode Island corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(d) Defendant, CLEMTEX INCORPORATED, is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either

directly or indirectly, to the plaintiff's deceased's employer(s) various silica products and/or protective devices.

## COUNT I

5.   The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.   The plaintiff's deceased, Kenneth Neal, was employed in the following trade(s) by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Paroline Service Station
mechanic/brake jobs
1963 - 1966

Aid & Maintenance Contract Cleaner
floor cleaning, stripping and waxing
1965 - 1966

Barium Chemicals
mixed and transported chemicals
1965 - 1965

United States Army
auto mechanic/medics helper
1966 - 1968

Plaintiff's deceased was regularly and frequently exposed to asbestos-containing insulation products while working at the above-listed employments. The plaintiff's deceased suffered from a silica-related disease diagnosed in/on 6/22/2004 as Silicosis;. The plaintiff's deceased died of this disease on 11/14/04. Throughout plaintiff's deceased's employment as set forth above, plaintiff's deceased worked with and around silica-containing products. During the performance of these activities, plaintiff's deceased

was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the in the plaintiff's deceased contracting and dying of his silica-related disease described above.

7.     The plaintiff's deceased was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff's deceased came in frequent and regular contact; as a result whereof, he suffered and died from his silicosis-related disease identified above.

9. That plaintiff's deceased's contracting said disease was solely and proximately caused by his exposure to and use of silica and silica products manufactured, installed, supplied and/or sold by the defendants individually, concurrently and jointly during the period of time aforesaid.

10. The defendants and each of them by their agents, servants or employees were negligent in that, each of the defendants, by their agents, servants or employees since the beginning of the 19th century knew or had reason to know that the use of and/or exposure to silica and/or silica products would cause serious injury, including silicosis, and knowing same, did fail to take reasonable precautions to warn the plaintiff's deceased of the dangers to which he was exposed when they knew or should have known of the dangers.  The defendants did fail to exercise reasonable care to warn the plaintiff's deceased of the dangers to which he was exposed by use of and/or exposure to the

**VIRGINIA:    IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Garry Majette
506 Randolph Rd
Newport News, VA 23601

     Plaintiff

v.

AMERICAN AIR LIQUIDE  CORP.
2700 Post Oak Boulevard
Suite 1800
Houston, TX 77056
Serve:  Capital Corporate Services Inc.
       10 S. Jefferson St.
       Suite 1400
       Roanoke, VA 24011


AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438
Serve:  Secretary of the Commonwealth
       9th Street Office Building
       9th & Grace Streets
       Richmond, VA 23201


BACOU-DALLOZ USA INC
910 Douglas Pike
Smithfield, RI 02917
Serve:  Capital Corporate Services Inc.
       10 S. Jefferson St.
       Suite 1400
       Roanoke, VA 24011

CLEMTEX INCORPORATED,
248 McCarty Drive
Houston, Texas 77029
Serve:  Secretary of the Commonwealth
       9th Street Office Building
       9th & Grace Streets
       Richmond, VA 23201

Case No.:  *01197-PT*

FILED
06 JUN 12  PM 4: 07
CIRCUIT CLERK OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.                    *
One Cable Car Drive                        *
Washington, MO 63090                       *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *

E.D. BULLARD COMPANY                       *
1898 Safety Way                            *
Cynthiana, KY 41031                        *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *

EMPIRE ABRASIVE EQUIPMENT CO.              *
2101 West Cabot Blvd.                      *
Langhorne, PA 19047-1893                   *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *

ENCON SAFETY PRODUCTS INC.                 *
6825 West Sam Houston Pkwy. N.             *
Houston, TX 77041                          *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *

KELCO SALES & ENGINEERING CO.              *
11936 Front Street                         *
Norwalk, CA 90650                          *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *

LOIS M. GERSON INC.                        *
15 Sproat St.                              *
Middleboro, MA 02346                       *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *

```
                9th & Grace Streets              *
                Richmond, VA 23201              *
                                                *
                                                *
MOTT CORPORATION                                *
84 Spring Lane                                  *
Farmington, CT 06032                            *
Serve:  William E. Artz                         *
                1700 N. Moore St.               *
                Suite 1010                      *
                Arlington, VA 22209             *
                                                *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                           *
Hyde Park, MA 02136                             *
Serve: Secretary of the Commonwealth            *
                9th Street Office Building       *
                9th & Grace Streets             *
                Richmond, VA 23201              *
                                                *
FERRO CORPORATION                               *
1001 Underwood Dr.                              *
Jackson, Mississippi 39205                      *
Serve: Secretary of the Commonwealth            *
                9th Street Office Building       *
                9th & Grace Streets             *
                Richmond, VA 23201              *
                                                *
HUMBLE SAND & GRAVEL CO.                        *
800 S. College St.                              *
Picher, Oklahoma 74360                          *
Serve:  Secretary of the Commonwealth           *
                9th Street Office Building       *
                9th & Grace Streets             *
                Richmond, VA 23201              *
                                                *
INDEPENDENT GRAVEL CO.                          *
P.O. Box 1423                                   *
Joplin, MO 64801                                *
Serve:  Secretary of the Commonwealth           *
                9th Street Office Building       *
                9th & Grace Streets             *
                Richmond, VA 23201              *
                                                *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                   *
```

155 West Chestnut Ridge Road     *
Montvale, NJ 07645     *
Serve:  CT Corporation Systems Corp     *
       4701 Cox Road,  Suite 301     *
       Glen Allen, VA   23060     *
    *
    *

INLAND CRAFT PRODUCTS, CO.     *
32052 Edwards Drive     *
Madison Heights, MI 48071     *
Serve:  Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
    *
    *

NELCO MANUFACTURING COMPANY     *
800 West Cummings Park #3950     *
Woburn, MA 01801     *
Serve:  Edward R. Parker     *
       5511 Staples Mill Road     *
       Richmond, VA 23228     *
    *
    *

OTTAWA SILICA COMPANY     *
n/k/a U.S. Silica Company     *
106 Sand Mine Rd.     *
Berkley Springs, WV 25411     *
Serve:  CT Corporation Systems Corp     *
       4701 Cox Road,  Suite 301     *
       Glen Allen, VA   23060     *
    *

PANGBORN CORPORATION     *
580 Pangborn Boulevard     *
Hagerstown, Maryland 21740-0830     *
Serve:  Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688     *
    *

LONE STAR INDUSTRIES  INC.     *
n/k/a Buzzi Unicem USA Inc.     *

```
100 Brodhead Road                              *
Bethlehem, PA 18017                            *
Serve:  CT Corporation Systems Corp            *
        4701 Cox Road, Suite 301               *
        Glen Allen, VA   23060                 *
                                               *
                                               *
3M COMPANY                                     *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                      *
3M Center                                      *
St. Paul, MN 55144                             *
Serve:  CT Corporation Systems Corp            *
        4701 Cox Road, Suite 301               *
        Glen Allen, VA   23060                 *
                                               *
ROBERT L. SCHMIDT COMPANY, INC.  *
204 S. Hancock                                 *
Louisville, KY 40202                           *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                          *
Milwaukee, WI 53212                            *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
SOUTHWEST AGGREGATES INC.                      *
16470 Tamiami Trail S                          *
Punta Gorda, FL 33955                          *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
                                               *
SPECIALTY SAND COMPANY                         *
16601 Garrett Road                             *
Houston, Texas 77044.                          *
Serve:  Secretary of the Commonwealth          *
```

9th Street Office Building     *
9th & Grace Streets     *
Richmond, VA 23201     *
    *
SULLAIR CORPORATION     *
3700 East Michigan Blvd.     *
Michigan City, Indiana 43630     *
Serve: CT Corporation Systems Corp     *
      4701 Cox Road, Suite 301     *
      Glen Allen, VA   23060     *
    *
    *
MSA CORPORATION     *
121 Gamma Dr.     *
Pittsburgh, Pa 15238     *
Serve: William C. Cowardin Jr.     *
      11790 Jefferson Ave.     *
      Suite 200     *
      Newport News, VA 23606     *
    *
    *
MOLDEX-METRIC INC.     *
10111 W. Jefferson Blvd.     *
Culver City, CA. 90232     *
Serve: Secretary of the Commonwealth     *
      9th Street Office Building     *
      9th & Grace Streets     *
      Richmond, VA 23201     *
    *
ILLINOIS  TOOL WORKS Inc.     *
195 Internationale Blvd.     *
Glendale Heights, IL 60139     *
Serve: CT Corporation Systems Corp     *
      4701 Cox Road, Suite 301     *
      Glen Allen, VA   23060     *
    *
SAINT GOBAIN ABRASIVES INC.     *
One New Bond Street     *
P.O. Box 15008     *
Worcester, MA 01615-0008     *
Serve: Secretary of the Commonwealth     *
      9th Street Office Building     *
      9th & Grace Streets     *
      Richmond, VA 23201     *
    *
SELLSTROM MANUFACTURING CO.     *

One Sellstrom Drive                              *
Palatine, IL 60067                               *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
TYCO INTERNATIONAL INC.                          *
9 Roszel Rd.                                     *
Princeton, NJ 08540                              *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060,                  *
                                                 *
MESTEK INC.                                      *
260 North Elm Street                             *
Westfield, MA 01085                              *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                          *
Chicago, IL                                      *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
AEARO COMPANY                                    *
5457 West 79th Street                            *
Indianapolis, Indiana 46268                      *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060                   *
                                                 *
SLY INCORPORATED                                 *
8300 Dow Circle                                  *
Strongville, OH 44136                            *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
HANSON AGREGATES NORTH AMERICA INC.*

8505 Freeport Parkway       *
Irving, TX 75063          *
Serve:  Secretary of the Commonwealth  *
       9th Street Office Building   *
       9th & Grace Streets     *
       Richmond, VA 23201     *
                            *
                            *
                            *
Defendants          *
*************************************************************

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.  The plaintiff, Garry Majette is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

      a.     Plaintiff ("plaintiff-worker")

    Name:     Garry Majette

    Address:    506 Randolph Rd Newport News, VA 23601

    Social Security Number:  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

    Date of Birth:  03/05/1960

2.  The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)    Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)    Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)    Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)    Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

<u>COUNT I</u>

5.    The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.    The plaintiff, Garry Majette , was employed in the following trade(s) by

the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Northrop Grumman Shipyard
Sandblaster
1979 - 2005

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Garry  Majette , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Charles  Longnecker
1088 Bland Street
Norfolk, VA 23513

      Plaintiff

v.

AMERICAN AIR LIQUIDE  CORP.
2700 Post Oak Boulevard
Suite 1800
Houston, TX 77056
Serve: Capital Corporate Services Inc.
     10 S. Jefferson St.
     Suite 1400
     Roanoke, VA 24011


AMERICAN EAGLE ACCESSORIES GROUP
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438
Serve:  Secretary of the Commonwealth
     9th Street Office Building
     9th & Grace Streets
     Richmond, VA 23201


BACOU-DALLOZ USA INC
910 Douglas Pike
Smithfield, RI 02917
Serve:  Capital Corporate Services Inc.
     10 S. Jefferson St.
     Suite 1400
     Roanoke, VA 24011

CLEMTEX INCORPORATED,
248 McCarty Drive
Houston, Texas 77029
Serve:  Secretary of the Commonwealth
     9th Street Office Building
     9th & Grace Streets
     Richmond, VA 23201

Case No.:  01196-TF



FILED
06 JUN 12  PM 4:07
CIRCUIT CL. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.                *
One Cable Car Drive                     *
Washington, MO 63090                    *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
E.D. BULLARD COMPANY                     *
1898 Safety Way                         *
Cynthiana, KY 41031                     *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
EMPIRE ABRASIVE EQUIPMENT CO.           *
2101 West Cabot Blvd.                    *
Langhorne, PA 19047-1893                *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
ENCON SAFETY PRODUCTS INC.              *
6825 West Sam Houston Pkwy. N.          *
Houston, TX 77041                       *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
KELCO SALES & ENGINEERING CO.           *
11936 Front Street                      *
Norwalk, CA 90650                       *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
LOIS M. GERSON INC.                     *
15 Sproat St.                           *
Middleboro, MA 02346                    *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *

```
                    9th & Grace Streets              *
                    Richmond, VA 23201              *
                                                     *
                                                     *
     MOTT CORPORATION                                *
     84 Spring Lane                                  *
     Farmington, CT 06032                            *
     Serve:  William E. Artz                         *
             1700 N. Moore St.                        *
             Suite 1010                               *
             Arlington, VA 22209                      *
                                                     *
     NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
     1616 Hyde Park Avenue                           *
     Hyde Park, MA 02136                             *
     Serve: Secretary of the Commonwealth            *
             9th Street Office Building               *
             9th & Grace Streets                      *
             Richmond, VA 23201                       *
                                                     *
     FERRO CORPORATION                               *
     1001 Underwood Dr.                              *
     Jackson, Mississippi 39205                      *
     Serve: Secretary of the Commonwealth            *
             9th Street Office Building               *
             9th & Grace Streets                      *
             Richmond, VA 23201                       *
                                                     *
     HUMBLE SAND & GRAVEL CO.                        *
     800 S. College St.                              *
     Picher, Oklahoma 74360                          *
     Serve:  Secretary of the Commonwealth           *
             9th Street Office Building               *
             9th & Grace Streets                      *
             Richmond, VA 23201                       *
                                                     *
     INDEPENDENT GRAVEL CO.                          *
     P.O. Box 1423                                   *
     Joplin, MO 64801                                *
     Serve:  Secretary of the Commonwealth           *
             9th Street Office Building               *
             9th & Grace Streets                      *
             Richmond, VA 23201                       *
                                                     *
     INGERSOLL RAND COMPANY LIMITED*
     P.O. Box 0445                                   *
```

155 West Chestnut Ridge Road                  *
Montvale, NJ 07645                            *
Serve:  CT Corporation Systems Corp           *
         4701 Cox Road,  Suite 301            *
         Glen Allen, VA   23060               *
                                              *
                                              *
INLAND CRAFT PRODUCTS, CO.                    *
32052 Edwards Drive                           *
Madison Heights, MI 48071                     *
Serve:  Secretary of the Commonwealth         *
         9th Street Office Building           *
         9th & Grace Streets                  *
         Richmond, VA 23201                   *
                                              *
                                              *
NELCO MANUFACTURING COMPANY                   *
800 West Cummings Park #3950                  *
Woburn, MA 01801                              *
Serve:  Edward R. Parker                      *
         5511 Staples Mill Road               *
         Richmond, VA 23228                   *
                                              *
                                              *
OTTAWA SILICA COMPANY                         *
n/k/a U.S. Silica Company                     *
106 Sand Mine Rd.                             *
Berkley Springs, WV 25411                     *
Serve:  CT Corporation Systems Corp           *
         4701 Cox Road,  Suite 301            *
         Glen Allen, VA   23060               *
                                              *
PANGBORN CORPORATION                          *
580 Pangborn Boulevard                        *
Hagerstown, Maryland 21740-0830               *
Serve:  Secretary of the Commonwealth         *
         9th Street Office Building           *
         9th & Grace Streets                  *
         Richmond, VA 23201                   *
                                              *
PAULI & GRIFFIN CO. INC.                      *
907 Cotting Lane                              *
Vacaville, CA 95688                           *
                                              *
LONE STAR INDUSTRIES  INC.                    *
n/k/a Buzzi Unicem USA Inc.                   *

100 Brodhead Road                            *
Bethlehem, PA 18017                          *
Serve:  CT Corporation Systems Corp          *
        4701 Cox Road, Suite 301             *
        Glen Allen, VA   23060               *
                                             *
                                             *
3M COMPANY                                   *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                    *
3M Center                                    *
St. Paul, MN 55144                           *
Serve:  CT Corporation Systems Corp          *
        4701 Cox Road, Suite 301             *
        Glen Allen, VA   23060               *
                                             *
ROBERT L. SCHMIDT COMPANY, INC.              *
204 S. Hancock                               *
Louisville, KY 40202                         *
Serve:  Secretary of the Commonwealth        *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                   *
                                             *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                        *
Milwaukee, WI 53212                          *
Serve:  Secretary of the Commonwealth        *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                   *
                                             *
SOUTHWEST AGGREGATES INC.                    *
16470 Tamiami Trail S                        *
Punta Gorda, FL 33955                        *
Serve:  Secretary of the Commonwealth        *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                   *
                                             *
                                             *
SPECIALTY SAND COMPANY                       *
16601 Garrett Road                           *
Houston, Texas 77044.                        *
Serve:  Secretary of the Commonwealth        *

9th Street Office Building                    *
9th & Grace Streets                           *
Richmond, VA 23201                              *
                                                *
SULLAIR CORPORATION                             *
3700 East Michigan Blvd.                        *
Michigan City, Indiana 43630                    *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road, Suite 301                *
        Glen Allen, VA   23060                  *
                                                *
                                                *
MSA CORPORATION                                 *
121 Gamma Dr.                                   *
Pittsburgh, Pa 15238                            *
Serve:  William C. Cowardin Jr.                 *
        11790 Jefferson Ave.                    *
        Suite 200                               *
        Newport News, VA 23606                  *
                                                *
                                                *
MOLDEX-METRIC INC.                              *
10111 W. Jefferson Blvd.                        *
Culver City, CA. 90232                          *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
ILLINOIS  TOOL WORKS Inc.                       *
195 Internationale Blvd.                        *
Glendale Heights, IL 60139                      *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road, Suite 301                *
        Glen Allen, VA   23060                  *
                                                *
SAINT GOBAIN ABRASIVES INC.                     *
One New Bond Street                             *
P.O. Box 15008                                  *
Worcester, MA 01615-0008                        *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
SELLSTROM MANUFACTURING CO.                     *

One Sellstrom Drive                              *
Palatine, IL 60067                               *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
TYCO INTERNATIONAL INC.                          *
9 Roszel Rd.                                     *
Princeton, NJ 08540                              *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060,                  *
                                                 *
MESTEK INC.                                      *
260 North Elm Street                             *
Westfield, MA 01085                              *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                          *
Chicago, IL                                      *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
AEARO COMPANY                                    *
5457 West 79th Street                            *
Indianapolis, Indiana 46268                      *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060                   *
                                                 *
SLY INCORPORATED                                 *
8300 Dow Circle                                  *
Strongville, OH 44136                            *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
HANSON AGREGATES NORTH AMERICA INC.*

8505 Freeport Parkway                          *
Irving, TX 75063                               *
Serve:  Secretary of the Commonwealth          *
           9th Street Office Building           *
           9th & Grace Streets                  *
           Richmond, VA 23201                    *
                                                *
                                                *
                                                *
Defendants                                      *
*******************************************************************

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.  The plaintiff, Charles Longnecker is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

a.       Plaintiff ("plaintiff-worker")

Name:        Charles Longnecker

Address:     1088 Bland Street Norfolk, VA 23513

Social Security Number:  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

Date of Birth:  12/08/1944

2.       The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)   Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)   Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)   Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)   Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

<u>COUNT I</u>

5.   The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.   The plaintiff, Charles Longnecker , was employed in the following

trade(s) by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Moon Engineering
boiler repair
1963 - 1966

Best Repair Co.
Sandblaster/boiler repair
1966- 1998

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Charles Longnecker , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

**VIRGINIA:    IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Eduardo  Holland            *
1748 Mt. Lebanon Ave.     *
Suffolk, VA 23436         *
                        *
       Plaintiff           *     Case No.:   *O1195-VC*
                        *
v.                          *
                        *
AMERICAN AIR LIQUIDE  CORP.   *
2700 Post Oak Boulevard      *
Suite 1800                 *
Houston, TX 77056         *
Serve:  Capital Corporate Services Inc.   *
       10 S. Jefferson St.      *
       Suite 1400         *
       Roanoke, VA 24011     *
                        *
                        *
AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.       *
190 State Street           *
Garner, LA 50438          *
Serve:  Secretary of the Commonwealth   *
       9th Street Office Building   *
       9th & Grace Streets     *
       Richmond, VA 23201    *
                        *
                        *
BACOU-DALLOZ USA INC     *
910 Douglas Pike          *
Smithfield, RI 02917       *
Serve:  Capital Corporate Services Inc.   *
       10 S. Jefferson St.      *
       Suite 1400         *
       Roanoke, VA 24011     *
                        *
CLEMTEX INCORPORATED,    *
248 McCarty Drive         *
Houston, Texas 77029      *
Serve:  Secretary of the Commonwealth   *
       9th Street Office Building   *
       9th & Grace Streets     *
       Richmond, VA 23201    *

FILED
06 JUN 12  PM 4: 06
CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.                    *
One Cable Car Drive                        *
Washington, MO 63090                       *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building         *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
E.D. BULLARD COMPANY                       *
1898 Safety Way                            *
Cynthiana, KY 41031                        *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building         *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
EMPIRE ABRASIVE EQUIPMENT CO.              *
2101 West Cabot Blvd.                      *
Langhorne, PA 19047-1893                   *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building         *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
ENCON SAFETY PRODUCTS INC.                 *
6825 West Sam Houston Pkwy. N.             *
Houston, TX 77041                          *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building         *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
KELCO SALES & ENGINEERING CO.              *
11936 Front Street                         *
Norwalk, CA 90650                          *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building         *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
LOIS M. GERSON INC.                        *
15 Sproat St.                              *
Middleboro, MA 02346                       *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building         *

```
                    9th & Grace Streets              *
                    Richmond, VA 23201              *
                                                    *
                                                    *
MOTT CORPORATION                                    *
84 Spring Lane                                      *
Farmington, CT 06032                                *
Serve:  William E. Artz                             *
        1700 N. Moore St.                           *
        Suite 1010                                  *
        Arlington, VA 22209                         *
                                                    *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                               *
Hyde Park, MA 02136                                 *
Serve: Secretary of the Commonwealth               *
        9th Street Office Building                  *
        9th & Grace Streets                         *
        Richmond, VA 23201                          *
                                                    *
FERRO CORPORATION                                   *
1001 Underwood Dr.                                  *
Jackson, Mississippi 39205                          *
Serve: Secretary of the Commonwealth               *
        9th Street Office Building                  *
        9th & Grace Streets                         *
        Richmond, VA 23201                          *
                                                    *
HUMBLE SAND & GRAVEL CO.                            *
800 S. College St.                                  *
Picher, Oklahoma 74360                              *
Serve:  Secretary of the Commonwealth              *
        9th Street Office Building                  *
        9th & Grace Streets                         *
        Richmond, VA 23201                          *
                                                    *
INDEPENDENT GRAVEL CO.                              *
P.O. Box 1423                                       *
Joplin, MO 64801                                    *
Serve:  Secretary of the Commonwealth              *
        9th Street Office Building                  *
        9th & Grace Streets                         *
        Richmond, VA 23201                          *
                                                    *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                       *
```

155 West Chestnut Ridge Road     *
Montvale, NJ 07645    *
Serve:  CT Corporation Systems Corp  *
     4701 Cox Road,  Suite 301    *
     Glen Allen, VA   23060    *
                  *

INLAND CRAFT PRODUCTS, CO.   *
32052 Edwards Drive    *
Madison Heights, MI 48071    *
Serve:  Secretary of the Commonwealth  *
     9th Street Office Building   *
     9th & Grace Streets    *
     Richmond, VA 23201    *
                  *

NELCO MANUFACTURING COMPANY *
800 West Cummings Park #3950   *
Woburn, MA 01801    *
Serve:  Edward R. Parker    *
     5511 Staples Mill Road    *
     Richmond, VA 23228    *
                  *

OTTAWA SILICA COMPANY   *
n/k/a U.S. Silica Company    *
106 Sand Mine Rd.    *
Berkley Springs, WV 25411    *
Serve: CT Corporation Systems Corp  *
     4701 Cox Road,  Suite 301    *
     Glen Allen, VA   23060    *
                  *

PANGBORN CORPORATION   *
580 Pangborn Boulevard    *
Hagerstown, Maryland 21740-0830   *
Serve:  Secretary of the Commonwealth  *
     9th Street Office Building   *
     9th & Grace Streets    *
     Richmond, VA 23201    *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688    *

                  *

LONE STAR INDUSTRIES  INC.   *
n/k/a Buzzi Unicem USA Inc.    *

100 Brodhead Road                           *
Bethlehem, PA 18017                          *
Serve:  CT Corporation Systems Corp          *
        4701 Cox Road, Suite 301             *
        Glen Allen, VA   23060               *
                                             *
                                             *
3M COMPANY                                   *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                    *
3M Center                                    *
St. Paul, MN 55144                           *
Serve:  CT Corporation Systems Corp          *
        4701 Cox Road, Suite 301             *
        Glen Allen, VA   23060               *
                                             *
ROBERT L. SCHMIDT COMPANY, INC.              *
204 S. Hancock                               *
Louisville, KY 40202                         *
Serve:  Secretary of the Commonwealth        *
        9th Street Office Building          *
        9th & Grace Streets                 *
        Richmond, VA 23201                   *
                                             *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                        *
Milwaukee, WI 53212                          *
Serve:  Secretary of the Commonwealth        *
        9th Street Office Building          *
        9th & Grace Streets                 *
        Richmond, VA 23201                   *
                                             *
SOUTHWEST AGGREGATES INC.                    *
16470 Tamiami Trail S                        *
Punta Gorda, FL 33955                        *
Serve:  Secretary of the Commonwealth        *
        9th Street Office Building          *
        9th & Grace Streets                 *
        Richmond, VA 23201                   *
                                             *
                                             *
SPECIALTY SAND COMPANY                       *
16601 Garrett Road                           *
Houston, Texas 77044.                        *
Serve:  Secretary of the Commonwealth        *

9th Street Office Building                          *
9th & Grace Streets                                *
Richmond, VA 23201                                   *
                                                     *
SULLAIR CORPORATION                                  *
3700 East Michigan Blvd.                             *
Michigan City, Indiana 43630                         *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
                                                     *
MSA CORPORATION                                      *
121 Gamma Dr.                                        *
Pittsburgh, Pa 15238                                 *
Serve:  William C. Cowardin Jr.                      *
        11790 Jefferson Ave.                         *
        Suite 200                                    *
        Newport News, VA 23606                       *
                                                     *
                                                     *
MOLDEX-METRIC INC.                                   *
10111 W. Jefferson Blvd.                             *
Culver City, CA. 90232                               *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                   *
        9th & Grace Streets                          *
        Richmond, VA 23201                           *
                                                     *
ILLINOIS  TOOL WORKS Inc.                            *
195 Internationale Blvd.                             *
Glendale Heights, IL 60139                           *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
SAINT GOBAIN ABRASIVES INC.                          *
One New Bond Street                                  *
P.O. Box 15008                                       *
Worcester, MA 01615-0008                             *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                   *
        9th & Grace Streets                          *
        Richmond, VA 23201                           *
                                                     *
SELLSTROM MANUFACTURING CO.                          *

One Sellstrom Drive                              *
Palatine, IL 60067                               *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                        *
                                                 *
TYCO INTERNATIONAL INC.                          *
9 Roszel Rd.                                     *
Princeton, NJ 08540                              *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060,                  *
                                                 *
MESTEK INC.                                      *
260 North Elm Street                             *
Westfield, MA 01085                              *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                        *
                                                 *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                          *
Chicago, IL                                      *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                        *
                                                 *
AEARO COMPANY                                    *
5457 West 79th Street                            *
Indianapolis, Indiana 46268                      *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060                   *
                                                 *
SLY INCORPORATED                                 *
8300 Dow Circle                                  *
Strongville, OH 44136                            *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                        *
                                                 *
HANSON AGREGATES NORTH AMERICA INC.*

8505 Freeport Parkway                          *
Irving, TX 75063                               *
Serve:  Secretary of the Commonwealth          *
          9th Street Office Building            *
          9th & Grace Streets                   *
          Richmond, VA 23201                    *
                                                *
                                                *
                                                *
Defendants                                      *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.  The plaintiff, Eduardo Holland is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

a.      Plaintiff ("plaintiff-worker")

Name:       Eduardo Holland

Address:      1748 Mt. Lebanon Ave. Suffolk, VA 23436

Social Security Number:  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

Date of Birth:  02/19/1963

2.      The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)   Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)   Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)   Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)   Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

<u>COUNT I</u>

5.     The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.     The plaintiff, Eduardo  Holland , was employed in the following trade(s)

by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Smithfield Packing Co.
foundry
1982 - 1987

Northrop Grumman
shipfitter/tack welder
1987 - Present

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Eduardo Holland , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.      The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.      During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Jeffrey Harrison        *
PO Box 3332        *
Portsmouth, VA 23701        *
       *
       Plaintiff        *       Case No.:   *O1194-DP*
       *
v.        *
       *
AMERICAN AIR LIQUIDE  CORP.        *
2700 Post Oak Boulevard        *
Suite 1800        *
Houston, TX 77056        *
Serve:  Capital Corporate Services Inc.        *
       10 S. Jefferson St.        *
       Suite 1400        *
       Roanoke, VA 24011        *
       *
       *
AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.        *
190 State Street        *
Garner, LA 50438        *
Serve:  Secretary of the Commonwealth        *
       9th Street Office Building        *
       9th & Grace Streets        *
       Richmond, VA 23201        *
       *
       *
BACOU-DALLOZ USA INC        *
910 Douglas Pike        *
Smithfield, RI 02917        *
Serve:  Capital Corporate Services Inc.        *
       10 S. Jefferson St.        *
       Suite 1400        *
       Roanoke, VA 24011        *
       *
CLEMTEX INCORPORATED,        *
248 McCarty Drive        *
Houston, Texas 77029        *
Serve:  Secretary of the Commonwealth        *
       9th Street Office Building        *
       9th & Grace Streets        *
       Richmond, VA 23201        *



FILED
06 JUN 12  PM 4:06
CIRCUIT COURT OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.                *
One Cable Car Drive                     *
Washington, MO 63090                    *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
E.D. BULLARD COMPANY                    *
1898 Safety Way                         *
Cynthiana, KY 41031                     *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
EMPIRE ABRASIVE EQUIPMENT CO.           *
2101 West Cabot Blvd.                    *
Langhorne, PA 19047-1893                *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
ENCON SAFETY PRODUCTS INC.              *
6825 West Sam Houston Pkwy. N.          *
Houston, TX 77041                       *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
KELCO SALES & ENGINEERING CO.           *
11936 Front Street                      *
Norwalk, CA 90650                       *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
LOIS M. GERSON INC.                     *
15 Sproat St.                           *
Middleboro, MA 02346                    *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *

```
                9th & Grace Streets              *
                Richmond, VA 23201              *
                                                *
                                                *
MOTT CORPORATION                                *
84 Spring Lane                                  *
Farmington, CT 06032                            *
Serve:  William E. Artz                         *
                1700 N. Moore St.               *
                Suite 1010                      *
                Arlington, VA 22209             *
                                                *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                           *
Hyde Park, MA 02136                             *
Serve: Secretary of the Commonwealth           *
                9th Street Office Building      *
                9th & Grace Streets             *
                Richmond, VA 23201              *
                                                *
FERRO CORPORATION                               *
1001 Underwood Dr.                              *
Jackson, Mississippi 39205                      *
Serve: Secretary of the Commonwealth           *
                9th Street Office Building      *
                9th & Grace Streets             *
                Richmond, VA 23201              *
                                                *
HUMBLE SAND & GRAVEL CO.                        *
800 S. College St.                             *
Picher, Oklahoma 74360                          *
Serve:  Secretary of the Commonwealth          *
                9th Street Office Building      *
                9th & Grace Streets             *
                Richmond, VA 23201              *
                                                *
INDEPENDENT GRAVEL CO.                          *
P.O. Box 1423                                   *
Joplin, MO 64801                                *
Serve:  Secretary of the Commonwealth          *
                9th Street Office Building      *
                9th & Grace Streets             *
                Richmond, VA 23201              *
                                                *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                   *
```

155 West Chestnut Ridge Road                    *
Montvale, NJ 07645                              *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road,  Suite 301               *
        Glen Allen, VA   23060                  *
                                                *
                                                *
INLAND CRAFT PRODUCTS, CO.                      *
32052 Edwards Drive                             *
Madison Heights, MI 48071                       *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
                                                *
NELCO MANUFACTURING COMPANY                     *
800 West Cummings Park #3950                    *
Woburn, MA 01801                                *
Serve:  Edward R. Parker                        *
        5511 Staples Mill Road                  *
        Richmond, VA 23228                      *
                                                *
                                                *
OTTAWA SILICA COMPANY                           *
n/k/a U.S. Silica Company                       *
106 Sand Mine Rd.                               *
Berkley Springs, WV 25411                       *
Serve:  CT Corporation Systems Corp             *
        4701 Cox Road,  Suite 301               *
        Glen Allen, VA   23060                  *
                                                *
PANGBORN CORPORATION                            *
580 Pangborn Boulevard                          *
Hagerstown, Maryland 21740-0830                 *
Serve:  Secretary of the Commonwealth           *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688                             *
                                                *
LONE STAR INDUSTRIES  INC.                      *
n/k/a Buzzi Unicem USA Inc.                     *

100 Brodhead Road                              *
Bethlehem, PA 18017                            *
Serve: CT Corporation Systems Corp             *
          4701 Cox Road, Suite 301             *
          Glen Allen, VA   23060               *
                                               *
                                               *
3M COMPANY                                     *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                      *
3M Center                                      *
St. Paul, MN 55144                             *
Serve: CT Corporation Systems Corp             *
          4701 Cox Road, Suite 301             *
          Glen Allen, VA   23060               *
                                               *
ROBERT L. SCHMIDT COMPANY, INC.                *
204 S. Hancock                                 *
Louisville, KY 40202                           *
Serve: Secretary of the Commonwealth           *
          9th Street Office Building           *
          9th & Grace Streets                  *
          Richmond, VA 23201                   *
                                               *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                          *
Milwaukee, WI 53212                            *
Serve: Secretary of the Commonwealth           *
          9th Street Office Building           *
          9th & Grace Streets                  *
          Richmond, VA 23201                   *
                                               *
SOUTHWEST AGGREGATES INC.                      *
16470 Tamiami Trail S                          *
Punta Gorda, FL 33955                          *
Serve: Secretary of the Commonwealth           *
          9th Street Office Building           *
          9th & Grace Streets                  *
          Richmond, VA 23201                   *
                                               *
                                               *
SPECIALTY SAND COMPANY                         *
16601 Garrett Road                             *
Houston, Texas 77044.                          *
Serve: Secretary of the Commonwealth           *

9th Street Office Building                           *
9th & Grace Streets                                  *
Richmond, VA 23201                                     *
                                                       *
SULLAIR CORPORATION                                    *
3700 East Michigan Blvd.                               *
Michigan City, Indiana 43630                           *
Serve:  CT Corporation Systems Corp                    *
        4701 Cox Road, Suite 301                       *
        Glen Allen, VA   23060                         *
                                                       *
                                                       *
MSA CORPORATION                                        *
121 Gamma Dr.                                          *
Pittsburgh, Pa 15238                                   *
Serve:  William C. Cowardin Jr.                        *
        11790 Jefferson Ave.                           *
        Suite 200                                      *
        Newport News, VA 23606                         *
                                                       *
                                                       *
MOLDEX-METRIC INC.                                     *
10111 W. Jefferson Blvd.                               *
Culver City, CA. 90232                                 *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                             *
                                                       *
ILLINOIS  TOOL WORKS Inc.                              *
195 Internationale Blvd.                               *
Glendale Heights, IL 60139                             *
Serve:  CT Corporation Systems Corp                    *
        4701 Cox Road, Suite 301                       *
        Glen Allen, VA   23060                         *
                                                       *
SAINT GOBAIN ABRASIVES INC.                            *
One New Bond Street                                    *
P.O. Box 15008                                         *
Worcester, MA 01615-0008                               *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                             *
                                                       *
SELLSTROM MANUFACTURING CO.                            *

One Sellstrom Drive                              *
Palatine, IL 60067                               *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
TYCO INTERNATIONAL INC.                           *
9 Roszel Rd.                                     *
Princeton, NJ 08540                              *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060,                  *
                                                 *
MESTEK INC.                                       *
260 North Elm Street                             *
Westfield, MA 01085                              *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                          *
Chicago, IL                                      *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
AEARO COMPANY                                     *
5457 West 79th Street                            *
Indianapolis, Indiana 46268                      *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060                   *
                                                 *
SLY INCORPORATED                                  *
8300 Dow Circle                                  *
Strongville, OH 44136                            *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway                    *
Irving, TX 75063                         *
Serve: Secretary of the Commonwealth     *
        9th Street Office Building        *
        9th & Grace Streets               *
        Richmond, VA 23201                *
                                          *
                                          *
                                          *
Defendants                               *
*********************************************************************
```

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.  The plaintiff, Jeffrey Harrison is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

        a.      Plaintiff ("plaintiff-worker")

      Name:     Jeffrey Harrison

      Address:     PO Box 3332 Portsmouth, VA 23701

      Social Security Number:  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

      Date of Birth:  01/31/1953

2.  The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

    (hh)    Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

    (ii)    Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

    (jj)    Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

    (kk)    Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

COUNT I

5.    The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.    The plaintiff, Jeffrey Harrison , was employed in the following trade(s) by

the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Hicks and Ingle
sandblaster/concrete
1975 - 1979

Hicks-Ingle
sandblaster/concrete
1980 - 1982

Tidewater Const.
Sandblaster/concrete
1983 - 1983

Hicks Ingle
Sandblaster/concrete
1983 - 1990


Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Jeffrey Harrison , learned he suffers from silicosis on 8/24/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.      The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.      During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Oris Bowers                              *
211 Washington Street                    *
Franklin, VA 23851                       *
                                         *
          Plaintiff                      *      Case No.:
                                         *
v.                                       *            01192-PT
                                         *
AMERICAN AIR LIQUIDE  CORP.              *
2700 Post Oak Boulevard                  *
Suite 1800                               *
Houston, TX 77056                        *
Serve: Capital Corporate Services Inc.   *
          10 S. Jefferson St.            *
          Suite 1400                     *
          Roanoke, VA 24011              *
                                         *
                                         *
AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.                 *
190 State Street                         *
Garner, LA 50438                         *
Serve: Secretary of the Commonwealth     *
          9th Street Office Building      *
          9th & Grace Streets            *
          Richmond, VA 23201             *
                                         *
                                         *
BACOU-DALLOZ USA INC                     *
910 Douglas Pike                         *
Smithfield, RI 02917                     *
Serve: Capital Corporate Services Inc.   *
          10 S. Jefferson St.            *
          Suite 1400                     *
          Roanoke, VA 24011              *
                                         *
CLEMTEX INCORPORATED,                    *
248 McCarty Drive                        *
Houston, Texas 77029                     *
Serve: Secretary of the Commonwealth     *
          9th Street Office Building      *
          9th & Grace Streets            *
          Richmond, VA 23201             *

FILED
06 JUN 12  PM 4:06
CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.                *
One Cable Car Drive                    *
Washington, MO 63090                   *
Serve:  Secretary of the Commonwealth  *
            9th Street Office Building  *
            9th & Grace Streets         *
            Richmond, VA 23201          *
                                        *
E.D. BULLARD COMPANY                    *
1898 Safety Way                         *
Cynthiana, KY 41031                     *
Serve:  Secretary of the Commonwealth  *
            9th Street Office Building  *
            9th & Grace Streets         *
            Richmond, VA 23201          *
                                        *
EMPIRE ABRASIVE EQUIPMENT CO.          *
2101 West Cabot Blvd.                   *
Langhorne, PA 19047-1893               *
Serve:  Secretary of the Commonwealth  *
            9th Street Office Building  *
            9th & Grace Streets         *
            Richmond, VA 23201          *
                                        *
ENCON SAFETY PRODUCTS INC.             *
6825 West Sam Houston Pkwy. N.         *
Houston, TX 77041                      *
Serve:  Secretary of the Commonwealth  *
            9th Street Office Building  *
            9th & Grace Streets         *
            Richmond, VA 23201          *
                                        *
KELCO SALES & ENGINEERING CO.          *
11936 Front Street                     *
Norwalk, CA 90650                      *
Serve:  Secretary of the Commonwealth  *
            9th Street Office Building  *
            9th & Grace Streets         *
            Richmond, VA 23201          *
                                        *
LOIS M. GERSON INC.                    *
15 Sproat St.                          *
Middleboro, MA 02346                   *
Serve:  Secretary of the Commonwealth  *
            9th Street Office Building  *

```
                9th & Grace Streets           *
                Richmond, VA 23201            *
                                             *
                                             *
MOTT CORPORATION                              *
84 Spring Lane                               *
Farmington, CT 06032                         *
Serve:  William E. Artz                      *
                1700 N. Moore St.            *
                Suite 1010                   *
                Arlington, VA 22209          *
                                             *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                         *
Hyde Park, MA 02136                          *
Serve: Secretary of the Commonwealth         *
                9th Street Office Building   *
                9th & Grace Streets          *
                Richmond, VA 23201           *
                                             *
FERRO CORPORATION                             *
1001 Underwood Dr.                           *
Jackson, Mississippi 39205                   *
Serve: Secretary of the Commonwealth         *
                9th Street Office Building   *
                9th & Grace Streets          *
                Richmond, VA 23201           *
                                             *
HUMBLE SAND & GRAVEL CO.                      *
800 S. College St.                           *
Picher, Oklahoma 74360                       *
Serve:  Secretary of the Commonwealth        *
                9th Street Office Building   *
                9th & Grace Streets          *
                Richmond, VA 23201           *
                                             *
INDEPENDENT GRAVEL CO.                        *
P.O. Box 1423                                *
Joplin, MO 64801                             *
Serve:  Secretary of the Commonwealth        *
                9th Street Office Building   *
                9th & Grace Streets          *
                Richmond, VA 23201           *
                                             *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                 *
```

155 West Chestnut Ridge Road     *
Montvale, NJ 07645     *
Serve: CT Corporation Systems Corp     *
       4701 Cox Road, Suite 301     *
       Glen Allen, VA   23060     *
       *
       *
INLAND CRAFT PRODUCTS, CO.     *
32052 Edwards Drive     *
Madison Heights, MI 48071     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
       *
       *
NELCO MANUFACTURING COMPANY   *
800 West Cummings Park #3950     *
Woburn, MA 01801     *
Serve: Edward R. Parker     *
       5511 Staples Mill Road     *
       Richmond, VA 23228     *
       *
       *
OTTAWA SILICA COMPANY     *
n/k/a U.S. Silica Company     *
106 Sand Mine Rd.     *
Berkley Springs, WV 25411     *
Serve: CT Corporation Systems Corp     *
       4701 Cox Road, Suite 301     *
       Glen Allen, VA   23060     *
       *
PANGBORN CORPORATION     *
580 Pangborn Boulevard     *
Hagerstown, Maryland 21740-0830     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688     *
       *
LONE STAR INDUSTRIES  INC.     *
n/k/a Buzzi Unicem USA Inc.     *

```
100 Brodhead Road                            *
Bethlehem, PA 18017                          *
Serve: CT Corporation Systems Corp           *
       4701 Cox Road, Suite 301              *
       Glen Allen, VA  23060                 *
                                             *
                                             *
3M COMPANY                                   *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                    *
3M Center                                    *
St. Paul, MN 55144                           *
Serve: CT Corporation Systems Corp           *
       4701 Cox Road, Suite 301              *
       Glen Allen, VA  23060                 *
                                             *
ROBERT L. SCHMIDT COMPANY, INC.              *
204 S. Hancock                               *
Louisville, KY 40202                         *
Serve: Secretary of the Commonwealth         *
       9th Street Office Building            *
       9th & Grace Streets                   *
       Richmond, VA 23201                    *
                                             *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                        *
Milwaukee, WI 53212                          *
Serve: Secretary of the Commonwealth         *
       9th Street Office Building            *
       9th & Grace Streets                   *
       Richmond, VA 23201                    *
                                             *
SOUTHWEST AGGREGATES INC.                    *
16470 Tamiami Trail S                        *
Punta Gorda, FL 33955                        *
Serve: Secretary of the Commonwealth         *
       9th Street Office Building            *
       9th & Grace Streets                   *
       Richmond, VA 23201                    *
                                             *
                                             *
SPECIALTY SAND COMPANY                       *
16601 Garrett Road                           *
Houston, Texas 77044.                        *
Serve: Secretary of the Commonwealth         *
```

9th Street Office Building          *
9th & Grace Streets                 *
Richmond, VA 23201                    *
                                      *
SULLAIR CORPORATION                   *
3700 East Michigan Blvd.              *
Michigan City, Indiana 43630          *
Serve:  CT Corporation Systems Corp   *
        4701 Cox Road, Suite 301      *
        Glen Allen, VA   23060        *
                                      *
                                      *
MSA CORPORATION                       *
121 Gamma Dr.                         *
Pittsburgh, Pa 15238                  *
Serve:  William C. Cowardin Jr.       *
        11790 Jefferson Ave.          *
        Suite 200                     *
        Newport News, VA 23606        *
                                      *
                                      *
MOLDEX-METRIC INC.                    *
10111 W. Jefferson Blvd.              *
Culver City, CA. 90232                *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building     *
        9th & Grace Streets            *
        Richmond, VA 23201            *
                                      *
ILLINOIS  TOOL WORKS Inc.             *
195 Internationale Blvd.              *
Glendale Heights, IL 60139            *
Serve:  CT Corporation Systems Corp   *
        4701 Cox Road, Suite 301      *
        Glen Allen, VA   23060        *
                                      *
SAINT GOBAIN ABRASIVES INC.           *
One New Bond Street                   *
P.O. Box 15008                        *
Worcester, MA 01615-0008              *
Serve:  Secretary of the Commonwealth *
        9th Street Office Building     *
        9th & Grace Streets            *
        Richmond, VA 23201            *
                                      *
SELLSTROM MANUFACTURING CO.           *

One Sellstrom Drive                              *
Palatine, IL 60067                               *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
TYCO INTERNATIONAL INC.                          *
9 Roszel Rd.                                     *
Princeton, NJ 08540                              *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060,                  *
                                                 *
MESTEK INC.                                      *
260 North Elm Street                             *
Westfield, MA 01085                              *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                          *
Chicago, IL                                      *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
AEARO COMPANY                                    *
5457 West 79th Street                            *
Indianapolis, Indiana 46268                      *
Serve:  CT Corporation Systems Corp              *
        4701 Cox Road, Suite 301                 *
        Glen Allen, VA   23060                   *
                                                 *
SLY INCORPORATED                                 *
8300 Dow Circle                                  *
Strongville, OH 44136                            *
Serve:  Secretary of the Commonwealth            *
        9th Street Office Building               *
        9th & Grace Streets                      *
        Richmond, VA 23201                       *
                                                 *
HANSON AGREGATES NORTH AMERICA INC.*

8505 Freeport Parkway                     *
Irving, TX 75063                          *
Serve: Secretary of the Commonwealth      *
        9th Street Office Building         *
        9th & Grace Streets               *
        Richmond, VA 23201                *
                                          *
                                          *
                                          *
        Defendants                        *
******************************************************************

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1. The plaintiff, Oris Bowers is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

        a.    Plaintiff ("plaintiff-worker")

        Name:      Oris Bowers

        Address:     211 Washington Street Franklin, VA 23851

        Social Security Number:  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

        Date of Birth:  01/02/1965

2. The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)   Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)   Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)   Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)   Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

COUNT I

5.   The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.   The plaintiff, Oris  Bowers , was employed in the following trade(s) by the

named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
SWB Co.
Sandblaster
1985 - 1987

Spirit Co.
Fiberglass Worker
1988 - 1990

SWB Company
Concrete Worker
1990 - 1995

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Oris  Bowers , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.      The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.      During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Irias Burnham       *
504 Nelson Street     *
Norfolk, VA 23523     *
                 *
      Plaintiff      *     Case No.:  *01191 - TF*
                 *
v.                   *
                 *
AMERICAN AIR LIQUIDE  CORP.   *
2700 Post Oak Boulevard     *
Suite 1800                *
Houston, TX 77056       *
Serve: Capital Corporate Services Inc.   *
        10 S. Jefferson St.     *
        Suite 1400         *
        Roanoke, VA 24011    *
                 *
                 *
AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.      *
190 State Street         *
Garner, LA 50438       *
Serve: Secretary of the Commonwealth   *
        9th Street Office Building   *
        9th & Grace Streets    *
        Richmond, VA 23201   *
                 *
                 *
BACOU-DALLOZ USA INC     *
910 Douglas Pike        *
Smithfield, RI 02917      *
Serve: Capital Corporate Services Inc.   *
        10 S. Jefferson St.     *
        Suite 1400         *
        Roanoke, VA 24011    *
                 *
CLEMTEX INCORPORATED,    *
248 McCarty Drive       *
Houston, Texas 77029     *
Serve: Secretary of the Commonwealth   *
        9th Street Office Building   *
        9th & Grace Streets    *
        Richmond, VA 23201   *

FILED

06 JUN 12  PM 4:06

CIRCUIT CLERK OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.   *
One Cable Car Drive   *
Washington, MO 63090   *
Serve:  Secretary of the Commonwealth   *
       9th Street Office Building   *
       9th & Grace Streets   *
       Richmond, VA 23201   *
   *

E.D. BULLARD COMPANY   *
1898 Safety Way   *
Cynthiana, KY 41031   *
Serve:  Secretary of the Commonwealth   *
       9th Street Office Building   *
       9th & Grace Streets   *
       Richmond, VA 23201   *
   *

EMPIRE ABRASIVE EQUIPMENT CO.   *
2101 West Cabot Blvd.   *
Langhorne, PA 19047-1893   *
Serve:  Secretary of the Commonwealth   *
       9th Street Office Building   *
       9th & Grace Streets   *
       Richmond, VA 23201   *
   *

ENCON SAFETY PRODUCTS INC.   *
6825 West Sam Houston Pkwy. N.   *
Houston, TX 77041   *
Serve:  Secretary of the Commonwealth   *
       9th Street Office Building   *
       9th & Grace Streets   *
       Richmond, VA 23201   *
   *

KELCO SALES & ENGINEERING CO.   *
11936 Front Street   *
Norwalk, CA 90650   *
Serve:  Secretary of the Commonwealth   *
       9th Street Office Building   *
       9th & Grace Streets   *
       Richmond, VA 23201   *
   *

LOIS M. GERSON INC.   *
15 Sproat St.   *
Middleboro, MA 02346   *
Serve:  Secretary of the Commonwealth   *
       9th Street Office Building   *

```
                9th & Grace Streets              *
                Richmond, VA 23201              *
                                                *
                                                *
MOTT CORPORATION                                *
84 Spring Lane                                  *
Farmington, CT 06032                            *
Serve:  William E. Artz                         *
          1700 N. Moore St.                     *
          Suite 1010                            *
          Arlington, VA 22209                   *
                                                *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                           *
Hyde Park, MA 02136                             *
Serve: Secretary of the Commonwealth            *
          9th Street Office Building            *
          9th & Grace Streets                   *
          Richmond, VA 23201                    *
                                                *
FERRO CORPORATION                               *
1001 Underwood Dr.                              *
Jackson, Mississippi 39205                      *
Serve: Secretary of the Commonwealth            *
          9th Street Office Building            *
          9th & Grace Streets                   *
          Richmond, VA 23201                    *
                                                *
HUMBLE SAND & GRAVEL CO.                         *
800 S. College St.                              *
Picher, Oklahoma 74360                          *
Serve:  Secretary of the Commonwealth           *
          9th Street Office Building            *
          9th & Grace Streets                   *
          Richmond, VA 23201                    *
                                                *
INDEPENDENT GRAVEL CO.                           *
P.O. Box 1423                                   *
Joplin, MO 64801                                *
Serve:  Secretary of the Commonwealth           *
          9th Street Office Building            *
          9th & Grace Streets                   *
          Richmond, VA 23201                    *
                                                *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                                   *
```

155 West Chestnut Ridge Road     *
Montvale, NJ 07645     *
Serve: CT Corporation Systems Corp     *
       4701 Cox Road, Suite 301     *
       Glen Allen, VA  23060     *
    *
    *

INLAND CRAFT PRODUCTS, CO.     *
32052 Edwards Drive     *
Madison Heights, MI 48071     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
    *
    *

NELCO MANUFACTURING COMPANY *
800 West Cummings Park #3950     *
Woburn, MA 01801     *
Serve: Edward R. Parker     *
       5511 Staples Mill Road     *
       Richmond, VA 23228     *
    *
    *

OTTAWA SILICA COMPANY     *
n/k/a U.S. Silica Company     *
106 Sand Mine Rd.     *
Berkley Springs, WV 25411     *
Serve: CT Corporation Systems Corp     *
       4701 Cox Road, Suite 301     *
       Glen Allen, VA  23060     *
    *

PANGBORN CORPORATION     *
580 Pangborn Boulevard     *
Hagerstown, Maryland 21740-0830     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688     *
    *

LONE STAR INDUSTRIES  INC.     *
n/k/a Buzzi Unicem USA Inc.     *

100 Brodhead Road                                    *
Bethlehem, PA 18017                                  *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
                                                     *
3M COMPANY                                           *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                            *
3M Center                                            *
St. Paul, MN 55144                                   *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
ROBERT L. SCHMIDT COMPANY, INC.  *
204 S. Hancock                                       *
Louisville, KY 40202                                 *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                 *
        9th & Grace Streets                        *
        Richmond, VA 23201                           *
                                                     *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                                *
Milwaukee, WI 53212                                  *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                 *
        9th & Grace Streets                        *
        Richmond, VA 23201                           *
                                                     *
SOUTHWEST AGGREGATES INC.                            *
16470 Tamiami Trail S                                *
Punta Gorda, FL 33955                                *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                 *
        9th & Grace Streets                        *
        Richmond, VA 23201                           *
                                                     *
                                                     *
SPECIALTY SAND COMPANY                               *
16601 Garrett Road                                   *
Houston, Texas 77044.                                *
Serve:  Secretary of the Commonwealth                *

9th Street Office Building * 
9th & Grace Streets * 
Richmond, VA 23201 * 
* 
SULLAIR CORPORATION * 
3700 East Michigan Blvd. * 
Michigan City, Indiana 43630 * 
Serve:  CT Corporation Systems Corp * 
     4701 Cox Road, Suite 301 * 
     Glen Allen, VA   23060 * 
* 
* 
MSA CORPORATION * 
121 Gamma Dr. * 
Pittsburgh, Pa 15238 * 
Serve:  William C. Cowardin Jr. * 
     11790 Jefferson Ave. * 
     Suite 200 * 
     Newport News, VA 23606 * 
* 
* 
MOLDEX-METRIC INC. * 
10111 W. Jefferson Blvd. * 
Culver City, CA. 90232 * 
Serve:  Secretary of the Commonwealth * 
     9th Street Office Building * 
     9th & Grace Streets * 
     Richmond, VA 23201 * 
* 
ILLINOIS  TOOL WORKS Inc. * 
195 Internationale Blvd. * 
Glendale Heights, IL 60139 * 
Serve:  CT Corporation Systems Corp * 
     4701 Cox Road, Suite 301 * 
     Glen Allen, VA   23060 * 
* 
SAINT GOBAIN ABRASIVES INC. * 
One New Bond Street * 
P.O. Box 15008 * 
Worcester, MA 01615-0008 * 
Serve:  Secretary of the Commonwealth * 
     9th Street Office Building * 
     9th & Grace Streets * 
     Richmond, VA 23201 * 
* 
SELLSTROM MANUFACTURING CO. *

One Sellstrom Drive                            *
Palatine, IL 60067                             *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
TYCO INTERNATIONAL INC.                        *
9 Roszel Rd.                                   *
Princeton, NJ 08540                            *
Serve:  CT Corporation Systems Corp            *
        4701 Cox Road, Suite 301               *
        Glen Allen, VA   23060,                *
                                               *
MESTEK INC.                                    *
260 North Elm Street                           *
Westfield, MA 01085                            *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                        *
Chicago, IL                                    *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
AEARO COMPANY                                  *
5457 West 79th Street                          *
Indianapolis, Indiana 46268                    *
Serve:  CT Corporation Systems Corp            *
        4701 Cox Road, Suite 301               *
        Glen Allen, VA   23060                 *
                                               *
SLY INCORPORATED                               *
8300 Dow Circle                                *
Strongville, OH 44136                          *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway                    *
Irving, TX 75063                         *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building         *
       9th & Grace Streets               *
       Richmond, VA 23201                 *
                                         *
                                         *
                                         *
Defendants                               *
**********************************************************************
```

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.   The plaintiff, Irias  Burnham  is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

    Plaintiff is:

        a.    Plaintiff ("plaintiff-worker")

        Name:    Irias  Burnham

        Address:    504 Nelson Street Norfolk, VA 23523

        Social Security Number:  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

        Date of Birth:  01/26/1942

2.   The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)   Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)   Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)   Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)   Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

<u>COUNT I</u>

5.   The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.   The plaintiff, Irias Burnham , was employed in the following trade(s) by

the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Norfolk Naval Shipyard
Sandblaster Helper
1959 - 1959 (6to8months)

Metro Shipyard
Sandblaster Helper
Throughout the 1960's

Old Dominion Shipyard
Sandblaster Helper
Throughout the 1960's

Norfolk and Southern Railroad
Rock Crushing and Rock Mining
1974 - 2000

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Irias  Burnham , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.     The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.     During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing

**VIRGINIA:    IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Cornell Carrington         *
3777 Starlighter Drive      *
Virginia Beach, VA 23452    *
                           *
       Plaintiff           *      Case No.:   01190-VC
                           *
v.                              *
                           *
AMERICAN AIR LIQUIDE  CORP.   *
2700 Post Oak Boulevard       *
Suite 1800                    *
Houston, TX 77056          *
Serve:  Capital Corporate Services Inc.   *
         10 S. Jefferson St.       *
         Suite 1400            *
         Roanoke, VA 24011      *
                           *
                           *
AMERICAN EAGLE ACCESSORIES GROUP*
f/k/a P. K. Lindsay Inc.        *
190 State Street            *
Garner, LA 50438          *
Serve:  Secretary of the Commonwealth   *
         9th Street Office Building   *
         9th & Grace Streets     *
         Richmond, VA 23201    *
                           *
                           *
BACOU-DALLOZ USA INC      *
910 Douglas Pike           *
Smithfield, RI 02917         *
Serve:  Capital Corporate Services Inc.   *
         10 S. Jefferson St.       *
         Suite 1400            *
         Roanoke, VA 24011      *
                           *
CLEMTEX INCORPORATED,     *
248 McCarty Drive          *
Houston, Texas 77029        *
Serve:  Secretary of the Commonwealth   *
         9th Street Office Building   *
         9th & Grace Streets     *
         Richmond, VA 23201    *

FILED

06 JUN 12  PM 4: 06

CIRCUIT COURT OFFICE
CITY OF NEWPORT NEWS, VA
BY A. LAWS
CLERK

CLEMCO INDUSTRIES CORP.     *
One Cable Car Drive     *
Washington, MO 63090     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
     *

E.D. BULLARD COMPANY     *
1898 Safety Way     *
Cynthiana, KY 41031     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
     *

EMPIRE ABRASIVE EQUIPMENT CO.     *
2101 West Cabot Blvd.     *
Langhorne, PA 19047-1893     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
     *

ENCON SAFETY PRODUCTS INC.     *
6825 West Sam Houston Pkwy. N.     *
Houston, TX 77041     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
     *

KELCO SALES & ENGINEERING CO.     *
11936 Front Street     *
Norwalk, CA 90650     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *
       9th & Grace Streets     *
       Richmond, VA 23201     *
     *

LOIS M. GERSON INC.     *
15 Sproat St.     *
Middleboro, MA 02346     *
Serve: Secretary of the Commonwealth     *
       9th Street Office Building     *

```
            9th & Grace Streets              *
            Richmond, VA 23201              *
                                            *
                                            *
MOTT CORPORATION                            *
84 Spring Lane                              *
Farmington, CT 06032                        *
Serve:  William E. Artz                     *
            1700 N. Moore St.               *
            Suite 1010                      *
            Arlington, VA 22209             *
                                            *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                       *
Hyde Park, MA 02136                         *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building      *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
FERRO CORPORATION                           *
1001 Underwood Dr.                          *
Jackson, Mississippi 39205                  *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building      *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
HUMBLE SAND & GRAVEL CO.                    *
800 S. College St.                          *
Picher, Oklahoma 74360                      *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building      *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
INDEPENDENT GRAVEL CO.                      *
P.O. Box 1423                               *
Joplin, MO 64801                            *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building      *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                               *
```

155 West Chestnut Ridge Road                  *
Montvale, NJ 07645                            *
Serve: CT Corporation Systems Corp            *
       4701 Cox Road,  Suite 301              *
       Glen Allen, VA   23060                 *
                                              *
                                              *
INLAND CRAFT PRODUCTS, CO.                    *
32052 Edwards Drive                           *
Madison Heights, MI 48071                     *
Serve: Secretary of the Commonwealth          *
       9th Street Office Building             *
       9th & Grace Streets                    *
       Richmond, VA 23201                     *
                                              *
                                              *
NELCO MANUFACTURING COMPANY                   *
800 West Cummings Park #3950                  *
Woburn, MA 01801                              *
Serve: Edward R. Parker                       *
       5511 Staples Mill Road                 *
       Richmond, VA 23228                     *
                                              *
                                              *
OTTAWA SILICA COMPANY                         *
n/k/a U.S. Silica Company                     *
106 Sand Mine Rd.                             *
Berkley Springs, WV 25411                     *
Serve: CT Corporation Systems Corp            *
       4701 Cox Road,  Suite 301              *
       Glen Allen, VA   23060                 *
                                              *
PANGBORN CORPORATION                          *
580 Pangborn Boulevard                        *
Hagerstown, Maryland 21740-0830               *
Serve: Secretary of the Commonwealth          *
       9th Street Office Building             *
       9th & Grace Streets                    *
       Richmond, VA 23201                     *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688              *
                                              *
LONE STAR INDUSTRIES  INC.                    *
n/k/a Buzzi Unicem USA Inc.                   *

100 Brodhead Road                                    *
Bethlehem, PA 18017                                  *
Serve: CT Corporation Systems Corp                   *
       4701 Cox Road, Suite 301                      *
       Glen Allen, VA   23060                        *
                                                     *
                                                     *
3M COMPANY                                           *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                            *
3M Center                                            *
St. Paul, MN 55144                                   *
Serve: CT Corporation Systems Corp                   *
       4701 Cox Road, Suite 301                      *
       Glen Allen, VA   23060                        *
                                                     *
ROBERT L. SCHMIDT COMPANY, INC.                      *
204 S. Hancock                                       *
Louisville, KY 40202                                 *
Serve: Secretary of the Commonwealth                 *
       9th Street Office Building                    *
       9th & Grace Streets                           *
       Richmond, VA 23201                            *
                                                     *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                                *
Milwaukee, WI 53212                                  *
Serve: Secretary of the Commonwealth                 *
       9th Street Office Building                    *
       9th & Grace Streets                           *
       Richmond, VA 23201                            *
                                                     *
SOUTHWEST AGGREGATES INC.                            *
16470 Tamiami Trail S                                *
Punta Gorda, FL 33955                                *
Serve: Secretary of the Commonwealth                 *
       9th Street Office Building                    *
       9th & Grace Streets                           *
       Richmond, VA 23201                            *
                                                     *
                                                     *
SPECIALTY SAND COMPANY                               *
16601 Garrett Road                                   *
Houston, Texas 77044.                                *
Serve: Secretary of the Commonwealth                 *

9th Street Office Building                          *
9th & Grace Streets                                *
Richmond, VA 23201                                   *
                                                     *
SULLAIR CORPORATION                                  *
3700 East Michigan Blvd.                             *
Michigan City, Indiana 43630                         *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
                                                     *
MSA CORPORATION                                      *
121 Gamma Dr.                                        *
Pittsburgh, Pa 15238                                 *
Serve:  William C. Cowardin Jr.                      *
        11790 Jefferson Ave.                         *
        Suite 200                                    *
        Newport News, VA 23606                       *
                                                     *
                                                     *
MOLDEX-METRIC INC.                                   *
10111 W. Jefferson Blvd.                             *
Culver City, CA. 90232                               *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                   *
        9th & Grace Streets                          *
        Richmond, VA 23201                           *
                                                     *
ILLINOIS  TOOL WORKS Inc.                            *
195 Internationale Blvd.                             *
Glendale Heights, IL 60139                           *
Serve:  CT Corporation Systems Corp                  *
        4701 Cox Road, Suite 301                     *
        Glen Allen, VA   23060                       *
                                                     *
SAINT GOBAIN ABRASIVES INC.                          *
One New Bond Street                                  *
P.O. Box 15008                                       *
Worcester, MA 01615-0008                             *
Serve:  Secretary of the Commonwealth                *
        9th Street Office Building                   *
        9th & Grace Streets                          *
        Richmond, VA 23201                           *
                                                     *
SELLSTROM MANUFACTURING CO.                          *

One Sellstrom Drive                              *
Palatine, IL 60067                               *
Serve:  Secretary of the Commonwealth            *
            9th Street Office Building            *
            9th & Grace Streets                   *
            Richmond, VA 23201                    *
                                                 *
TYCO INTERNATIONAL INC.                           *
9 Roszel Rd.                                      *
Princeton, NJ 08540                               *
Serve:  CT Corporation Systems Corp               *
            4701 Cox Road, Suite 301             *
            Glen Allen, VA   23060,               *
                                                 *
MESTEK INC.                                       *
260 North Elm Street                             *
Westfield, MA 01085                              *
Serve:  Secretary of the Commonwealth            *
            9th Street Office Building            *
            9th & Grace Streets                   *
            Richmond, VA 23201                    *
                                                 *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                          *
Chicago, IL                                      *
Serve:  Secretary of the Commonwealth            *
            9th Street Office Building            *
            9th & Grace Streets                   *
            Richmond, VA 23201                    *
                                                 *
AEARO COMPANY                                     *
5457 West 79th Street                            *
Indianapolis, Indiana 46268                      *
Serve:  CT Corporation Systems Corp               *
            4701 Cox Road, Suite 301             *
            Glen Allen, VA   23060               *
                                                 *
SLY INCORPORATED                                  *
8300 Dow Circle                                  *
Strongville, OH 44136                            *
Serve:  Secretary of the Commonwealth            *
            9th Street Office Building            *
            9th & Grace Streets                   *
            Richmond, VA 23201                    *
                                                 *
HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway                    *
Irving, TX 75063                         *
Serve: Secretary of the Commonwealth     *
        9th Street Office Building        *
        9th & Grace Streets              *
        Richmond, VA 23201               *
                                         *
                                         *
                                         *
        Defendants                       *
```
********************************************************************

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1. The plaintiff, Cornell Carrington is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

      a.    Plaintiff ("plaintiff-worker")

Name:      Cornell Carrington

Address:      3777 Starlighter Drive Virginia Beach, VA 23452

Social Security Number:  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

Date of Birth:  01/21/1953

2. The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)    Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)    Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)    Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)    Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

COUNT I

5.      The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.      The plaintiff, Cornell  Carrington , was employed in the following trade(s)

by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Norshipco
Laborer
1971 - 1972

Norfolk Naval Shipbuilding and Drydock Company
Welding Apprentice
1972 - 1973

Colonnas Shipyard
Welder
1973 - 1978

Metro Machine
Welder
1973 - 1974


Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, Cornell  Carrington , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.      The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.      During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

John Pitt
211 North Street
Suffolk, VA 23434

      Plaintiff

v.

AMERICAN AIR LIQUIDE  CORP.
2700 Post Oak Boulevard
Suite 1800
Houston, TX 77056
Serve:  Capital Corporate Services Inc.
      10 S. Jefferson St.
      Suite 1400
      Roanoke, VA 24011


AMERICAN EAGLE ACCESSORIES GROUP
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438
Serve:  Secretary of the Commonwealth
      9th Street Office Building
      9th & Grace Streets
      Richmond, VA 23201


BACOU-DALLOZ USA INC
910 Douglas Pike
Smithfield, RI 02917
Serve:  Capital Corporate Services Inc.
      10 S. Jefferson St.
      Suite 1400
      Roanoke, VA 24011


CLEMTEX INCORPORATED,
248 McCarty Drive
Houston, Texas 77029
Serve:  Secretary of the Commonwealth
      9th Street Office Building
      9th & Grace Streets
      Richmond, VA 23201

Case No.:   01199-DP

FILED
06 JUN 12  PM 4:07
CIRCUIT CT. CLK. OFFICE
CITY OF NEWPORT NEWS, VA.
REX A. DAVIS
CLERK

CLEMCO INDUSTRIES CORP.                    *
One Cable Car Drive                        *
Washington, MO 63090                       *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
E.D. BULLARD COMPANY                       *
1898 Safety Way                            *
Cynthiana, KY 41031                        *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
EMPIRE ABRASIVE EQUIPMENT CO.              *
2101 West Cabot Blvd.                      *
Langhorne, PA 19047-1893                   *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
ENCON SAFETY PRODUCTS INC.                 *
6825 West Sam Houston Pkwy. N.             *
Houston, TX 77041                          *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
KELCO SALES & ENGINEERING CO.              *
11936 Front Street                         *
Norwalk, CA 90650                          *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *
        9th & Grace Streets                *
        Richmond, VA 23201                 *
                                           *
LOIS M. GERSON INC.                        *
15 Sproat St.                              *
Middleboro, MA 02346                       *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building          *

```
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                       *
                                       *
MOTT CORPORATION                       *
84 Spring Lane                         *
Farmington, CT 06032                   *
Serve:  William E. Artz                *
        1700 N. Moore St.              *
        Suite 1010                     *
        Arlington, VA 22209            *
                                       *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                  *
Hyde Park, MA 02136                    *
Serve: Secretary of the Commonwealth   *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                       *
FERRO CORPORATION                      *
1001 Underwood Dr.                     *
Jackson, Mississippi 39205             *
Serve: Secretary of the Commonwealth   *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                       *
HUMBLE SAND & GRAVEL CO.               *
800 S. College St.                     *
Picher, Oklahoma 74360                 *
Serve:  Secretary of the Commonwealth  *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                       *
INDEPENDENT GRAVEL CO.                 *
P.O. Box 1423                          *
Joplin, MO 64801                       *
Serve: Secretary of the Commonwealth   *
        9th Street Office Building      *
        9th & Grace Streets            *
        Richmond, VA 23201             *
                                       *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                          *
```

155 West Chestnut Ridge Road     *
Montvale, NJ 07645     *
Serve: CT Corporation Systems Corp     *
        4701 Cox Road, Suite 301     *
        Glen Allen, VA   23060     *
    *
    *

INLAND CRAFT PRODUCTS, CO.     *
32052 Edwards Drive     *
Madison Heights, MI 48071     *
Serve: Secretary of the Commonwealth     *
        9th Street Office Building     *
        9th & Grace Streets     *
        Richmond, VA 23201     *
    *
    *

NELCO MANUFACTURING COMPANY     *
800 West Cummings Park #3950     *
Woburn, MA 01801     *
Serve: Edward R. Parker     *
        5511 Staples Mill Road     *
        Richmond, VA 23228     *
    *
    *

OTTAWA SILICA COMPANY     *
n/k/a U.S. Silica Company     *
106 Sand Mine Rd.     *
Berkley Springs, WV 25411     *
Serve: CT Corporation Systems Corp     *
        4701 Cox Road, Suite 301     *
        Glen Allen, VA   23060     *
    *

PANGBORN CORPORATION     *
580 Pangborn Boulevard     *
Hagerstown, Maryland 21740-0830     *
Serve: Secretary of the Commonwealth     *
        9th Street Office Building     *
        9th & Grace Streets     *
        Richmond, VA 23201     *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688     *
    *

LONE STAR INDUSTRIES  INC.     *
n/k/a Buzzi Unicem USA Inc.     *

```
100 Brodhead Road                              *
Bethlehem, PA 18017                            *
Serve:  CT Corporation Systems Corp            *
        4701 Cox Road, Suite 301               *
        Glen Allen, VA   23060                 *
                                               *
                                               *
3M COMPANY                                     *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                      *
3M Center                                      *
St. Paul, MN 55144                             *
Serve:  CT Corporation Systems Corp            *
        4701 Cox Road, Suite 301               *
        Glen Allen, VA   23060                 *
                                               *
ROBERT L. SCHMIDT COMPANY, INC.  *
204 S. Hancock                                 *
Louisville, KY 40202                           *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                          *
Milwaukee, WI 53212                            *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
SOUTHWEST AGGREGATES INC.                      *
16470 Tamiami Trail S                          *
Punta Gorda, FL 33955                          *
Serve:  Secretary of the Commonwealth          *
        9th Street Office Building             *
        9th & Grace Streets                    *
        Richmond, VA 23201                     *
                                               *
                                               *
SPECIALTY SAND COMPANY                         *
16601 Garrett Road                             *
Houston, Texas 77044.                          *
Serve:  Secretary of the Commonwealth          *
```

9th Street Office Building                    *
9th & Grace Streets                          *
Richmond, VA 23201                                     *
                                                       *
SULLAIR CORPORATION                                    *
3700 East Michigan Blvd.                               *
Michigan City, Indiana 43630                           *
Serve:  CT Corporation Systems Corp                    *
        4701 Cox Road, Suite 301                       *
        Glen Allen, VA   23060                         *
                                                       *
                                                       *
MSA CORPORATION                                        *
121 Gamma Dr.                                          *
Pittsburgh, Pa 15238                                   *
Serve:  William C. Cowardin Jr.                        *
        11790 Jefferson Ave.                           *
        Suite 200                                      *
        Newport News, VA 23606                         *
                                                       *
                                                       *
MOLDEX-METRIC INC.                                     *
10111 W. Jefferson Blvd.                               *
Culver City, CA. 90232                                 *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                     *
        9th & Grace Streets                            *
        Richmond, VA 23201                             *
                                                       *
ILLINOIS  TOOL WORKS Inc.                              *
195 Internationale Blvd.                               *
Glendale Heights, IL 60139                             *
Serve:  CT Corporation Systems Corp                    *
        4701 Cox Road, Suite 301                       *
        Glen Allen, VA   23060                         *
                                                       *
SAINT GOBAIN ABRASIVES INC.                            *
One New Bond Street                                    *
P.O. Box 15008                                         *
Worcester, MA 01615-0008                               *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                     *
        9th & Grace Streets                            *
        Richmond, VA 23201                             *
                                                       *
SELLSTROM MANUFACTURING CO.                            *

One Sellstrom Drive                          *
Palatine, IL 60067                           *
Serve:  Secretary of the Commonwealth        *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                    *
                                             *
TYCO INTERNATIONAL INC.                       *
9 Roszel Rd.                                  *
Princeton, NJ 08540                           *
Serve:  CT Corporation Systems Corp           *
        4701 Cox Road, Suite 301              *
        Glen Allen, VA   23060,               *
                                             *
MESTEK INC.                                   *
260 North Elm Street                          *
Westfield, MA 01085                           *
Serve:  Secretary of the Commonwealth         *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                    *
                                             *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                        *
Chicago, IL                                   *
Serve:  Secretary of the Commonwealth         *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                    *
                                             *
AEARO COMPANY                                 *
5457 West 79th Street                         *
Indianapolis, Indiana 46268                   *
Serve:  CT Corporation Systems Corp           *
        4701 Cox Road, Suite 301              *
        Glen Allen, VA   23060                *
                                             *
SLY INCORPORATED                              *
8300 Dow Circle                               *
Strongville, OH 44136                         *
Serve:  Secretary of the Commonwealth         *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                    *
                                             *
HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway                        *
Irving, TX 75063                             *
Serve: Secretary of the Commonwealth         *
       9th Street Office Building             *
       9th & Grace Streets                    *
       Richmond, VA 23201                     *
                                             *
                                             *
                                             *
       Defendants                            *
****************************************************************
```

## MOTION FOR JUDGMENT

### Jurisdiction & Venue

1.   The plaintiff, John Pitt is a resident of the state of Virginia- citizen of the State of Virginia as well as citizen of the United States. The plaintiff alleges personal injury from exposure to the defendants' silicosis-containing products and/or protective devices.

Plaintiff is:

    a.      Plaintiff ("plaintiff-worker")

    Name:      John Pitt

    Address:      211 North Street Suffolk, VA 23434

    Social Security Number:   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

    Date of Birth:   09/21/1941

2.      The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing, producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)   Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)   Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)   Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)   Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

<u>COUNT I</u>

5.   The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.   The plaintiff, John  Pitt , was employed in the following trade(s) by the

named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Four C
Laborer
1962 - 1964

Plaintiff was regularly and frequently exposed to silica-containing products while working at the above-listed employments. The plaintiff, John  Pitt , learned he suffers from silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust generated from the ordinary and foreseeable use of the defendants' silica products and/or as a consequence of ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of silica products, which proximately resulted in the plaintiff contracting his silica-related disease described above.

7.      The plaintiff was exposed to and worked around silica and silica-containing products during the course of his working years as described in paragraph six above.

8.      During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis-related disease identified above.

**VIRGINIA:   IN THE CIRCUIT COURT FOR NEWPORT NEWS**

Jesse Hicks
328 Cedar Street
Suffolk, VA 23434

      Plaintiff

v.

AMERICAN AIR LIQUIDE  CORP.
2700 Post Oak Boulevard
Suite 1800
Houston, TX 77056
Serve:  Capital Corporate Services Inc.
       10 S. Jefferson St.
       Suite 1400
       Roanoke, VA 24011

AMERICAN EAGLE ACCESSORIES GROUP
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438
Serve:  Secretary of the Commonwealth
       9th Street Office Building
       9th & Grace Streets
       Richmond, VA 23201

BACOU-DALLOZ USA INC
910 Douglas Pike
Smithfield, RI 02917
Serve:  Capital Corporate Services Inc.
       10 S. Jefferson St.
       Suite 1400
       Roanoke, VA 24011

CLEMTEX INCORPORATED,
248 McCarty Drive
Houston, Texas 77029
Serve:  Secretary of the Commonwealth
       9th Street Office Building
       9th & Grace Streets
       Richmond, VA 23201

Case No.: 700CL0601266F-15

EXHIBIT
tabbies
D

CLEMCO INDUSTRIES CORP.                *
One Cable Car Drive                     *
Washington, MO 63090                    *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
E.D. BULLARD COMPANY                    *
1898 Safety Way                         *
Cynthiana, KY 41031                     *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
EMPIRE ABRASIVE EQUIPMENT CO.           *
2101 West Cabot Blvd.                    *
Langhorne, PA 19047-1893                *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
ENCON SAFETY PRODUCTS INC.              *
6825 West Sam Houston Pkwy. N.          *
Houston, TX 77041                       *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
KELCO SALES & ENGINEERING CO.           *
11936 Front Street                      *
Norwalk, CA 90650                       *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *
        9th & Grace Streets             *
        Richmond, VA 23201              *
                                        *
LOIS M. GERSON INC.                     *
15 Sproat St.                           *
Middleboro, MA 02346                    *
Serve:  Secretary of the Commonwealth   *
        9th Street Office Building       *

```
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
                                            *
MOTT CORPORATION                            *
84 Spring Lane                              *
Farmington, CT 06032                        *
Serve:  William E. Artz                     *
            1700 N. Moore St.               *
            Suite 1010                      *
            Arlington, VA 22209             *
                                            *
NORTHEAST INDUSTRIAL TECHNOLOGIES INC.*
1616 Hyde Park Avenue                       *
Hyde Park, MA 02136                         *
Serve: Secretary of the Commonwealth        *
            9th Street Office Building       *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
FERRO CORPORATION                           *
1001 Underwood Dr.                          *
Jackson, Mississippi 39205                  *
Serve: Secretary of the Commonwealth        *
        -  9th Street Office Building        *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
HUMBLE SAND & GRAVEL CO.                     *
800 S. College St.                          *
Picher, Oklahoma 74360                      *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building       *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
INDEPENDENT GRAVEL CO.                       *
P.O. Box 1423                               *
Joplin, MO 64801                            *
Serve:  Secretary of the Commonwealth       *
            9th Street Office Building       *
            9th & Grace Streets             *
            Richmond, VA 23201              *
                                            *
INGERSOLL RAND COMPANY LIMITED*
P.O. Box 0445                               *
```

155 West Chestnut Ridge Road                    *
Montvale, NJ 07645                              *
Serve: CT Corporation Systems Corp              *
        4701 Cox Road,  Suite 301               *
        Glen Allen, VA  23060                   *
                                                *
                                                *
INLAND CRAFT PRODUCTS, CO.                      *
32052 Edwards Drive                             *
Madison Heights, MI 48071                       *
Serve: Secretary of the Commonwealth            *
        9th Street Office Building              *
        9th & Grace Streets                     *
        Richmond, VA 23201                      *
                                                *
                                                *
NELCO MANUFACTURING COMPANY                     *
800 West Cummings Park #3950                     *
Woburn, MA 01801                                *
Serve: Edward R. Parker                         *
        5511 Staples Mill Road                  *
        Richmond, VA 23228                      *
                                                *
                                                *
OTTAWA SILICA COMPANY                           *
n/k/a U.S. Silica Company                       *
106 Sand Mine Rd.                             . *
Berkley Springs, WV 25411                       *
Serve: CT Corporation Systems Corp              *
        4701 Cox Road,  Suite 301               *
        Glen Allen, VA  23060                   *
                                                *
PANGBORN CORPORATION                            *
580 Pangborn Boulevard                          *
Hagerstown, Maryland 21740-0830                 *
Serve: Secretary of the Commonwealth            *
        9th Street Office Building            *
        9th & Grace Streets                   *
        Richmond, VA 23201                      *

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, CA 95688                             *
                                                *
LONE STAR INDUSTRIES  INC.                      *
n/k/a Buzzi Unicem USA Inc.                     *

100 Brodhead Road                          *
Bethlehem, PA 18017                        *
Serve:  CT Corporation Systems Corp        *
          4701 Cox Road, Suite 301         *
          Glen Allen, VA   23060           *
                                           *
                                           *
3M COMPANY                                 *
f/k/a Minnesota Mining and Manufacturing Company*
3M Corporate Headquarters                  *
3M Center                                  *
St. Paul, MN 55144                         *
Serve:  CT Corporation Systems Corp        *
          4701 Cox Road, Suite 301         *
          Glen Allen, VA   23060           *
                                           *
ROBERT L. SCHMIDT COMPANY, INC.  *
204 S. Hancock                             *
Louisville, KY 40202                       *
Serve:  Secretary of the Commonwealth      *
          9th Street Office Building        *
          9th & Grace Streets               *
          Richmond, VA 23201               *
                                           *
RUEMELIN MANUFACTURING COMPANY, INC.*
3860 N. Palmer Street                      *
Milwaukee, WI 53212                        *
Serve:  Secretary of the Commonwealth      *
          9th Street Office Building        *
          9th & Grace Streets               *
          Richmond, VA 23201               *
                                           *
SOUTHWEST AGGREGATES INC.                  *
16470 Tamiami Trail S                      *
Punta Gorda, FL 33955                      *
Serve:  Secretary of the Commonwealth      *
          9th Street Office Building        *
          9th & Grace Streets               *
          Richmond, VA 23201               *
                                           *
                                           *
SPECIALTY SAND COMPANY                     *
16601 Garrett Road                         *
Houston, Texas 77044.                      *
Serve:  Secretary of the Commonwealth      *

9th Street Office Building    *
9th & Grace Streets    *
Richmond, VA 23201    *
   *
SULLAIR CORPORATION    *
3700 East Michigan Blvd.    *
Michigan City, Indiana 43630    *
Serve: CT Corporation Systems Corp    *
      4701 Cox Road, Suite 301    *
      Glen Allen, VA  23060    *
   *
   *
MSA CORPORATION    *
121 Gamma Dr.    *
Pittsburgh, Pa 15238    *
Serve:  William C. Cowardin Jr.    *
      11790 Jefferson Ave.    *
      Suite 200    *
      Newport News, VA 23606    *
   *
   *
MOLDEX-METRIC INC.    *
10111 W. Jefferson Blvd.    *
Culver City, CA. 90232    *
Serve:  Secretary of the Commonwealth    *
      9th Street Office Building    *
      9th & Grace Streets    *
      Richmond, VA 23201    *
   *
ILLINOIS  TOOL WORKS Inc.    *
195 Internationale Blvd.    *
Glendale Heights, IL 60139    *
Serve:  CT Corporation Systems Corp    *
      4701 Cox Road, Suite 301    *
      Glen Allen, VA  23060    *
   *
SAINT GOBAIN ABRASIVES INC.    *
One New Bond Street    *
P.O. Box 15008    *
Worcester, MA 01615-0008    *
Serve:  Secretary of the Commonwealth    *
      9th Street Office Building    *
      9th & Grace Streets    *
      Richmond, VA 23201    *
   *
SELLSTROM MANUFACTURING CO.    *

One Sellstrom Drive                                    *
Palatine, IL 60067                                     *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                              *
                                                       *
TYCO INTERNATIONAL INC.                                *
9 Roszel Rd.                                           *
Princeton, NJ 08540                                    *
Serve:  CT Corporation Systems Corp                    *
        4701 Cox Road, Suite 301                        *
        Glen Allen, VA   23060,                         *
                                                       *
MESTEK INC.                                             *
260 North Elm Street                                   *
Westfield, MA 01085                                    *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                              *
                                                       *
WHEELER PROTECTIVE APPAREL INC.*
4330 W. Belmont Avenue,                                *
Chicago, IL                                            *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                              *
                                                       *
AEARO COMPANY                                          *
5457 West 79th Street                                  *
Indianapolis, Indiana 46268                            *
Serve:  CT Corporation Systems Corp                    *
        4701 Cox Road, Suite 301                        *
        Glen Allen, VA   23060                          *
                                                       *
SLY INCORPORATED                                       *
8300 Dow Circle                                        *
Strongville, OH 44136                                  *
Serve:  Secretary of the Commonwealth                  *
        9th Street Office Building                      *
        9th & Grace Streets                             *
        Richmond, VA 23201                              *
                                                       *
HANSON AGREGATES NORTH AMERICA INC.*

```
8505 Freeport Parkway                       *
Irving, TX 75063                            *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building          *
        9th & Grace Streets                 *
        Richmond, VA 23201                  *
                                            *
                                            *
AMCHEM PRODUCTS, INC.                       *
300 Brookside Avenue                        *
Ambler, PA 19002                            *
Serve:  Edward R. Parker                    *
        Registered Agent                    *
        5511 Staples Mill Road              *
        Richmond, VA 23228                  *
                                            *
DANA CORPORATION,                           *
Serve:  Allen C. Goolsby, III              *
        Registered Agent                    *
        951 East Byrd Street                *
        Richmond, VA 23219                  *
                                            *
GENERAL REFRACTORIES COMPANY  *
225 City Avenue, Suite 114                  *
Bala Cynwyd, Pennsylvania 19004             *
Serve:  Secretary of the Commonwealth       *
        9th Street Office Building          *
        9th & Grace Streets                 *
        Richmond, VA 23201                  *
                                            *
GEORGIA-PACIFIC CORPORATION                 *
A Georgia Corporation                       *
133 Peachtree Street, NE                    *
Atlanta, GA 30303                           *
Serve:  CT Corporation Systems Corp         *
        4701 Cox Road,  Suite 301           *
        Glen Allen, VA  23060               *
                                            *
HOPEMAN BROTHERS, INC.                      *
A Delaware Corporation                      *
435 Essex Avenue/P.O. Box 820               *
Waynesboro, VA 22980                        *
Serve:  CT Corporation Systems Corp         *
        4701 Cox Road,  Suite 301           *
        Glen Allen, VA  23060               *
                                            *
```

INTERNATIONAL MINERALS & CHEMICAL CORP.
n/k/a  Mallinkrodt, Inc.                              *
2315 Sanders Road                                    *
Northbrook, IL 60062                                 *
Serve: CT Corporation Systems Corp.                  *
      4701 Cox Road,  Suite 301                 *
      Glen Allen, VA   23060                     *
                                                 *

INTERNATIONAL PAPER CORPORATION f/k/a *
Champion International Corportion  f/k/a U. S.     *
Plywood Corp. & Champion Papers, Inc.            *
One Champion Plaza                                   *
Stamford, CT 06921                                   *
Serve: CT Corporation Systems Corp                   *
      4701 Cox Road,  Suite 301                 *
      Glen Allen, VA   23060                     *
                                                 *

OWENS-ILLINOIS, INC.                                 *
Formerly Owens-Illinois Glass Container Co*
One SeaGate, Fiberglass Tower                        *
Toledo, OH 43666                                     *
Serve: Secretary of the Commonwealth
      9th Street Office Building              *
      9th & Grace Streets                     *
      Richmond, VA 23201                         *
                                                 *

RAPID AMERICAN CORPORATION                           *
711  5th Avenue, New York, NY 10022                  *
Serve: Secretary of the Commonwealth                 *
      9th Street Office Building              *
      9th & Grace Streets                     *
      Richmond, VA 23201                         *
                                                 *

SELBY, BATTERSBY & CO.                               *
n/k/a SB Decking, Inc.                               *
Hecker, Brown, Serry & Johnson                       *
1700 Two Logan Square                                *
18th & Arch Streets                                *
Philadelphia, PA 19103                               *
Serve: Secretary of the Commonwealth                 *
      9th Street Office Building              *
      9th & Grace Streets                     *
      Richmond, VA 23201                         *
                                                 *

UNIROYAL HOLDING, INC.,                    *
Serve: President/CEO                       *
70 Great Hill Road                         *
Naugatuck, CT  06770                       *
Serve:  Secretary of the Commonwealth      *
        9th Street Office Building        *
        9th & Grace Streets               *
        Richmond, VA 23201                 *
                                           *

VIACOM, Inc. f/k/a CBS CORP.               *
f/k/a Westinghouse Electric Corporation    *
Serve:  Asbestos Litigation Support Mgr    *
        Eckert Seamans Cherin & Mellott LLC*
        Case Mgmt & Tech Center            *
        Gulf Tower, 5th Floor              *
        707 Grant Street                   *
        Pittsburgh, PA  15219              *
                                           *

WACO INSULATION, INC.                      *
n/k/a WACO, INC.                           *
814 Chapman Way                            *
Newport News, VA                           *
Serve:  Daniel M. Walker                   *
        Registered Agent                   *
        5450 Lewis Road                    *
        Sandston, VA 23150                 *
                                           *

GARLOCK SEALING TECHNOLOGIES, Inc.*
1666 Division Street                       *
Palmyra, NY 14522                          *
Serve:  President/CEO                      *
        1666 Division Street               *
        Palmyra, NY   14522-9383           *
                                           *
                                           *

GENERAL ELECTRIC CO.                       *
12 Corporate Woods Blvd.                   *
3rd Floor                                  *
Albany, NY  12211                          *
Serve:  Allan C. Goolsby, III              *
        Riverfront Plaza  East Tower       *
        951 East Byrd Street               *
        Richmond  23219                    *
                                           *

METROPOLITAN LIFE INSURANCE CO.*
1 Madison Avenue                           *

New York, NY 10010                         *
Serve: CT Corporation System Corp          *
       4701 Cox Road,  Suite 301           *
       Glen Allen, VA  23060    .          *
                                           *
UNION CARBIDE CORPORATION                  *
Serve: CT Corporation Systems Corp.        *
4701 Cox Road                              *
Suite 301                                  *
Glen Allen,  VA  23060                     *
Principal Place of Business:  Connecticut  *
                                           *
HONEYWELL, INC. f/k/a Allied-Signal, Inc.*
(Formerly Allied Corporation)              *
Successor-in-Interest to Bendix Corporation *
Columbia Road & Park Avenue                *
Morristown, NJ 07960                       *
Serve:  CT Corporation Systems Corp*
        4701 Cox Road,  Suite 301          *
        Glen Allen, VA  23060,             *
                                           *
PFIZER, INC.                               *
Serve: CT Corporation System               *
       4701 Cox Road, Suite 301            *
       Glen Allen, VA  23060               *
                                           *

Defendants
*************************************************************

## MOTION FOR JUDGMENT

Jurisdiction & Venue

1. The plaintiff, Jesse  Hicks  is a resident of the state of Virginia- citizen of the State of

Virginia as well as citizen of the United States. The plaintiff alleges personal injury from

exposure to the defendants'  silicosis-containing products, asbestos-containing products, and/or

protective devices.

Plaintiff is:

    a.    Plaintiff ("plaintiff-worker")

Name:    Jesse  Hicks

Address:    328 Cedar Street Suffolk, VA 23434

Social Security Number:  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

Date of Birth:   02/17/1942

2.      The defendants are corporations, companies or other business entities which, during all times material hereto, and for a long time prior thereto, have been, and/or are now engaged, in the manufacturing,. producing, selling, installing, merchandising, supplying, applying, distributing, and/or otherwise placing in the stream of commerce, silica products, asbestos products and/or protective devices for industrial and commercial uses. These cases arise under the laws of Virginia as well as under the general admiralty and maritime laws of the United States.

3.      At all times material hereto, defendants acted through their agents, servants and/or employees who were acting within the scope of their employment in the business of the defendants.

4.      At all times material hereto:

(a)      Defendant, AMERICAN AIR LIQUIDE CORP. is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica-containing products and/or protective devices.

(b)      Defendant, P.K Lindsay Inc., now known as AMERICAN EAGLE ACCESSORIES GROUP, is a Louisiana corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(c)   Defendant, BACOU-DALLOZ USA INC., is a Rhode Island corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(d)  Defendant, CLEMTEX INCORPORATED, is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(e)  Defendant, CLEMCO INDUSTRIES CORPORATION, is a Missouri corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(f)  Defendant, E.D. BULLARD COMPANY, is a Kentucky corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(g)  Defendant, EMPIRE ABRASIVE EQUIPMENT CO., is a Pennsylvania corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(h)  Defendant, ENCON SAFETY PRODUCTS INC., is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(i)  Defendant, KELCO SALES & ENGINEERING CO., is a California corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(j)   Defendant, LOIS M. GERSON INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(k)   Defendant, MOTT CORPORATION, is a Connecticut corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(l)   Defendant, NORTHEAST INDUSTRIAL TECHNOLOGIES INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(m)   Defendant, FERRO CORPORATION, is a Mississippi corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(n)   Defendant, HUMBLE SAND & GRAVEL CO., is a Oklahoma corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(o)   Defendant, INDEPENDENT GRAVEL CO., is a Missouri corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(p)   Defendant, INGERSOLL RAND COMPANY LIMITED, is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and

sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(q)     Defendant, INLAND CRAFT PRODUCTS, CO., is a Michigan corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(r)     Defendant, OTTAWA SILICA COMPANY, now known as, U.S. SILICA COMPANY is a West Virginia corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(s)     Defendant, NELCO MANUFACTURING COMPANY, is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(t)     Defendant, PANGBORN CORPORATION, is a Maryland corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(u)     Defendant, PAULI & GRIFFIN CO. INC., is a California corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(v)     Defendant, LONESTAR INDUSTRIES INC., now known as Buzzi Unicem USA Inc. is a Pennsylvania corporation authorized to do business in the Commonwealth of Virginia

which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(w)    Defendant, 3M COMPANY, formerly known as Minnesota Mining and Manufacturing Company, is a Minnesota corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(x)    Defendant, ROBERT L. SCHMIDT COMPANY, INC., is a Kentucky corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(y)    Defendant, RUEMELIN MANUFACTURING COMPANY, INC., is a Wisconsin corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(z)    Defendant, SOUTHWEST AGGREGATES INC., is a Florida corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(aa)    Defendant, SPECIALTY SAND COMPANY, is a Texas corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(bb)    Defendant, SULLAIR CORPORATION, is a Indiana corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(cc)    Defendant, MSA CORPORATION, is a Pennsylvania corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(dd)    Defendant, MOLDEX-METRIC INC., is a California corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ee)    Defendant, ILLINOIS TOOL WORKS INC., is a Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ff)    Defendant, SAINT GOBAIN ABRASIVES INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(gg)    Defendant, SELLSTROM MANUFACTURING CO., is a Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(hh)    Defendant, TYCO INTERNATIONAL INC., is a New Jersey corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either

directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ii)    Defendant, MESTEK INC., is a Massachusetts corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(jj)    Defendant, WHEELER PROTECTIVE APPAREL INC., is an Illinois corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(kk)    Defendant, SLY INCORPORATED, is an Ohio corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices.

(ll)    Defendant, AMCHEM PRODUCTS, INC. is a Pennsylvania corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various asbestos products.

(mm)    Defendant, DANA CORPORATION, is a corporation who manufactured and sold, either directly or indirectly through its predecessor corporation, to the plaintiff's employer(s) various asbestos products including but not limited to asbestos gaskets, packing, sheets, rope, wick and cord.

(nn)    Defendant, GENERAL REFRACTORIES COMPANY, a Pennsylvania Corporation, assembled, distributed and/or sold asbestos containing products to the plaintiff's employer(s) including but not limited to Lite Cast 30 and 30G Asbestos Castable; Steel Klad Dibond Refractory Brick; Fibrous Adhesive; Grefco Insulating Cement; and Grefco Insul-Finish Cement.

(oo)   Defendant, GEORGIA-PACIFIC, a Georgia Corporation manufactured and/or sold various asbestos containing products to the plaintiff's including but not limited to wallboards, millboards and finishing compounds.

(pp)   Defendant, HOPEMAN BROTHERS, a Delaware Corporation manufactured and sold and installed various asbestos containing products to the plaintiff's employer(s) including wall and bulkhead systems, micarta and marinite as well as various plumbing and furniture fixtures.

(qq) Defendant, INTERNATIONAL MINERALS AND CHEMICAL CORPORATION, now known as I.M.C., CORP., a New York Corporation manufactured and/or sold various asbestos containing products to the plaintiff's employer(s).

(rr)   Defendant,   INTERNATIONAL   PAPER,   INC.,   f/k/a   CHAMPION INTERNATIONAL CORPORATION, f/k/a U.S. Plywood Corporation and Champion Papers, Incorporated, a New York corporation manufactured and/or sold various asbestos products to the plaintiff's employer(s).

(ss)   Defendant, OWENS-ILLINOIS, INC., a corporation organized and existing under the laws of the State of Ohio and formerly known as OWENS-ILLINOIS GLASS COMPANY, manufactured, produced, sold and supplied, either directly or indirectly, to the plaintiff's employer(s) various asbestos products including but not limited to Kaylo Pipecovering and Block.

(tt)   Defendant, RAPID AMERICAN CORPORATION, a Delaware corporation is a successor in liability to Philip Carey Corporation, who manufactured and sold,  directly and indirectly through its predecessor corporation to the plaintiff's employer(s) various asbestos products including but not limited to Hitemp, Carytemp, 85% Magnesia Pipecovering & Block, 7M cement, and millboard.

(uu)   Defendant, SELBY, BATTERSBY & COMPANY, now known as S B DECKING, INC., a Delaware Corporation manufactured and/or sold various asbestos containing products to the plaintiff's employer(s).

(vv)   Defendant, UNIROYAL, INC., a New Jersey corporation, manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various asbestos products including but not limited to asbestos cloth, adhesives and finishing products.

(ww)   Defendant, VIACOM, INC., f/k/a WESTINGHOUSE ELECTRIC CORPORATION and CBS CORPORATION, a Pennsylvania Corporation manufactured and/or sold various asbestos containing products, including but not limited to Micarta, to the plaintiff's employer(s).

(xx)   Defendant, WACO, INC., a corporation incorporated under the rules of Virginia having its corporate offices at 814 Chapman Way, Newport News, Virginia, and a successor to WACO INSULATION, INC. supplied to plaintiff's employer(s) a variety of asbestos-containing products manufactured by different companies.

(yy)   Defendant, GARLOCK SEALING TECHNOLOGIES, INC., a corporation organized and existing under the laws of the State of Ohio, manufactured, produced and sold, either directly or indirectly, to the plaintiff's employer(s) various asbestos-containing products including but not limited to sheet packing and gasket material.

(zz) Defendant, GENERAL ELECTRIC is a corporation engaged in interstate commerce and negligently caused the plaintiff to be exposed to asbestos fibers emitted from products manufactured by General Electric, including cables, turbines and other marine equipment and materials.

(ab)   Defendant, METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation did conspire with other defendants as set forth in Count III, preventing plaintiff from being fully and accurately informed concerning the hazards of exposure to asbestos products.

(ac)   Defendant Union Carbide is a corporation engaged in interstate commerce and negligently caused the plaintiff to be exposed to asbestos fibers emitted from products manufactured by Union Carbide.

(ad)   Defendant, HONEYWELL, INC., f/k/a ALLIED-SIGNAL, INC. formerly ALLIED CORPORATION (as successor in interest to BENDIX CORPORATION), a Delaware

corporation, manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various asbestos products including but not limited to brake pads, clutches and friction products.

(ae)  Defendant, PFIZER, INC. (as successor in interest to Quigley CORPORATION), manufactured and sold, either directly or indirectly, to the plaintiff's deceased's employer(s) various asbestos products including asbestos-containing fire-retardants materials.

<u>COUNT I</u>

5.      The plaintiff hereby incorporates and adopts paragraphs 1 through 4.

6.      The plaintiff, Jesse  Hicks , was employed in the following trade(s) by the named employer(s) for the periods of time shown below:

EMPLOYER, TRADE, YEARS:
Newport New Shipbuilding
tack welder/foundry worker/sheetmetal/joinners
1965 - 1971

Norshipco
Shipfitter
1977 - 1979

Norfolk Naval Shipyard
Shipfitter
1979 - 1987

Plaintiff was regularly and frequently exposed to silica-containing and asbestos-containing products while working at the above-listed employments. The plaintiff, Jesse  Hicks , learned he suffers from Asbestosis and Silicosis on 6/22/2004. Throughout plaintiff's employment as set forth above, plaintiff worked with and around asbestos and silica-containing products. During the performance of these activities, plaintiff was frequently and continually exposed to and inhaled silica dust and asbestos fibers generated from the ordinary and foreseeable use of the defendants' asbestos and silica products and/or as a consequence of

ineffective respirator equipment and devices manufactured and/or sold by defendants which require the use of asbestos and silica products, which proximately resulted in the plaintiff contracting his asbestos and silica-related diseases described above.

7.    The plaintiff was exposed to and worked around asbestos, silica and asbestos and silica-containing products during the course of his working years as described in paragraph six above.

8.    During said periods of time and at all times hereinafter mentioned, the defendants and each of them were manufacturers, suppliers, installers and/or sellers of silica and asbestos products, and did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, install, supply and/or sell silica and asbestos products with which the plaintiff came in frequent and regular contact; as a result whereof, he suffered and suffers from his silicosis and asbestos-related disease identified above.

9.    That his contracting said disease was solely and proximately caused by his exposure to and use of asbestos, silica, and asbestos and silica products manufactured, installed, supplied and/or sold by the defendants individually, concurrently and jointly during the period of time aforesaid.

10.    The defendants and each of them by their agents, servants or employees were negligent in that, each of the defendants, by their agents, servants or employees since the beginning of the 19th century knew or had reason to know that the use of and/or exposure to asbestos, silica, and/or asbestos and silica products would cause serious injury, including silicosis and asbestosis, and knowing same, did fail to take reasonable precautions to warn the plaintiff of the dangers to which he was exposed when they knew or should have known of the dangers. The defendants did fail to exercise reasonable care to warn the plaintiff of the dangers to which he was exposed by use of and/or exposure to the product(s); did fail to exercise reasonable care to warn the plaintiff of the dangers to which he was exposed by exposure to the product(s); did fail to inform the plaintiff of what would be safe and sufficient wearing apparel for persons who are exposed to the product(s); did fail to inform the plaintiff of what would be

safe and sufficient and proper protective equipment and appliances when using or being exposed to silica and asbestos products; did fail to inform the plaintiff of what would be safe and proper methods used in order to ascertain the dangers involved; did fail to remove the product or products from the market when the defendants knew or should have known of the hazards of exposure to asbestos, silica and asbestos and silica products; did fail to properly and adequately label the product or products; did sell the product or products which were defective and/or inherently dangerous; did supply the product or products which were defective and/or inherently dangerous; did fail to supply accurate and complete warnings of the known or knowable dangers involved in exposure to the product or products; did fail to use safe, substitute products when such were available; did fail to design a reasonable and safe product for the purpose for which they were intended; and, were otherwise negligent and careless.

11.    That the defendant manufacturers, suppliers, and/or sellers of respiratory safety or protective equipment, did engage in the business of manufacturing, supplying, installing and selling said products; that each of said defendants did manufacture, supply and/or sell respiratory safety or protective equipment with which the plaintiff came in frequent and regular contact; knew or should have known such products were unreasonably dangerous and highly harmful to plaintiff, did fail to remove the product or products from the market when the defendants knew or should have known of the hazards of exposure to asbestos, silica, and asbestos and silica products; did fail to properly and adequately label the product or products; did sell the product or products which were defective and/or inherently dangerous; did fail to supply accurate and complete warnings of the known or knowable dangers involved in exposure to the product or products; did fail to use safe, substitute products when such were available; did fail to design a reasonable and safe product for the purpose for which they were intended; did fail to properly manufacture respirators that would filter out silica dust and prevent dust from entering plaintiff's lungs which was inherently dangerous and caused harm; and, were otherwise negligent and careless.

12.     That such actions and failures to act on the part of each defendant were negligent, and, in addition to being negligent, also constitute gross negligence and willful and wanton negligence with conscious disregard for the safety and rights of others, amounting to extraordinary and outrageous conduct especially when the defendants were aware of available scientific data that asbestos, silica, and asbestos and silica products were harmful to workers who were exposed to such materials.

13.     That, in addition, the defendants were under a duty to exercise ordinary care to design a product that is reasonably safe for the purpose for which it is intended, and they negligently breached this duty when they manufactured asbestos and silica-containing products that released silica dust and asbestos fibers into the air when used as intended and sold respirators that did not adequately protected against the inhalation of silica dust.

14.     As a result of the above, the plaintiff did contract the asbestos and silica-related disease(s) identified in paragraph six (6) above, of which he was not made aware nor had any reason to believe that his condition was caused by exposure to asbestos, silica, or asbestos and silica products until being so informed. As a result of the aforesaid negligence (as well as gross and willful and wanton negligence) of each of the defendants, and the resultant contracting of an silica-related disease by the plaintiff, with its serious, painful and permanent physical and mental effects (pain and suffering) upon him --plaintiff has been precluded from pursuing his normal employments, activities and pursuits; has incurred medical and other expenses; has been caused to lose time from his employment and causing a wage loss both past and in the future; has caused him to incur economic losses; and, has permanently impaired his earning capacity; these injuries and damages complained of were proximately caused by the negligence (and gross and willful and wanton negligence) of the defendants, their agents, servants or employees, individually, jointly and/or concurrently, without any negligence on the part of the plaintiffs, thereunto contributing.

WHEREFORE, the plaintiff, demands judgment against the defendants, jointly and severally in the amounts of Two Million Dollars ($2,000,000.00) as compensatory, actual and

general damages and Two Million Dollars ($2,000,000.00) in punitive damages, plus interest and costs of suit.

COUNT II

15.     Plaintiff hereby incorporates and adopts paragraphs One (1) through Fourteen (14).

16.     Defendants placed asbestos and silica-containing products and protective respirator devices in the stream of commerce and impliedly warranted that their products were reasonably safe for the ordinary purposes of their intended use:

(a)     That, at the time of the manufacture and placement of their asbestos and silica-containing products and respirator devices into the stream of commerce and sale to the plaintiff's employer(s), the defendants knew and had reason to know that they would be used by individuals such as the plaintiff; and,

(b)     That, throughout years of the plaintiff's exposure to and use of the products and protective respirator devices, the same products and devices were expected to and/or did reach the user or consumer without substantial change in the condition in which they were sold and supplied; and,

(c)     That the products and protective respirator devices were sold in a defective condition in that they were unreasonably dangerous and incapable of being made safe for their ordinary and intended use, and the defendants failed to give adequate or sufficient warnings or instructions about the unreasonable risks and dangers inherent in the products; and,

(d)     That the products and protective respirator devices were used in the manner intended for their use; and,

(e)     That these asbestos and silica-containing products and protective respirator devices were unreasonably dangerous for the ordinary purpose of their intended use and were unreasonably dangerous at the time they left the defendants' factories and warehouses.

17.     Defendants breached said warranties to the plaintiff in that their products, including asbestos and silica containing products, and respirator devices, were inherently dangerous,

defective, hazardous, unfit for use, not properly merchantable, and not safe for the ordinary purposes of their intended uses. Said breaches proximately resulted in the plaintiff's contracting the silica related disease identified in paragraph six (6) of this motion for judgment.

18.     As a result of the aforesaid breach by each of the defendants, and the resultant contracting of an asbestos and silica-related disease by the plaintiff, with its serious, painful and permanent physical and mental effects upon him, plaintiff has been precluded from pursuing his normal employments, activities and pursuits; has incurred medical and other expenses, has been caused to lose time from his employment and causing a wage loss both past and in the future; has caused him to incur economic losses; and has permanently impaired his earning capacity. The injuries and damages complained of were proximately caused by the breach of implied warranty of fitness of the asbestos and silica-containing products and protective respirator devices of the defendants, their agents, servants or employees, individually, jointly and/or concurrently, without any negligence on the part of the plaintiffs, thereunto contributing.

WHEREFORE, the plaintiff, demands judgment against the defendants, jointly and severally in the amounts of Two Million Dollars ($2,000,000.00) as compensatory, actual and general damages and Two Million Dollars ($2,000,000.00) in punitive damages, plus interest and costs of suit.

COUNT III

19.     The plaintiff incorporates and adopts paragraphs One (1) through Eighteen (18).

20.     Defendants knew or had reason to know (since before plaintiff was injuriously exposed to the defendants' asbestos and silica products) of medical and scientific data which indicated that asbestos and silica products were, or were likely to become, extremely hazardous to the health and safety of the plaintiff and others similarly situated and employed.

21.     Possessed of knowledge of the hazard to the plaintiff and other workers similarly situated and employed, each of these defendants, prompted by financial concerns, individually and collectively, willfully, wantonly, and with gross disregard for the safety of the plaintiff, ignored, failed and refused to act upon said medical and scientific data, to warn users of their

products and in the case of respirators manufactured, defendants failed to warn of the lack of efficiency of the respirators for preventing the inhalation of asbestos fibers and silica dust and those who worked in close proximity to those products or to defendants' activities of the life and health threatening dangers of exposure to and the breathing of asbestos fibers and silica dust, and to take such other reasonable precautions necessary to lessen the dangers and potentially lethal dangerous characteristics of their asbestos and silica products and activities. Defendants, in wanton and reckless disregard for human life and health, deliberately, and in concert with one another, intentionally and purposely withheld and concealed such information from users of their products.

22.     Products marketed or labeled as respiratory or safety equipment, for supposed protection from exposure to dust and silica containing abrasives, were knowingly marketed by Defendants, who knew that such products were being used for silica-related activities. This provided a profit stream to Defendants but provided the plaintiff virtually no protection from inhaling dangerous silica containing abrasives. Knowledge of Defendants about the limitations on the effectiveness of such equipment was deliberately concealed or misrepresented in labeling and information provided to purchasers and government agencies, and such devices were aggressively marketed and sold for uses of protecting silica dust which Defendants knew were beyond the capabilities of the products or the uses for which they were designed or certified.

23.     Defendants further conspired together to deceive the plaintiff and the public by suppressing existing information regarding the health and safety interests of those exposed to silica. Such conspiratorial activities deprived those exposed to defendants' asbestos fibers and silica dust, including the plaintiff, of the opportunity to choose to protect themselves from, or to avoid entirely, the unreasonably dangerous products and activities of defendants.

24.     The plaintiff, unaware of the dangers to life and health resulting from exposure to defendants' asbestos and silica products and not possessing defendants' degree of technical knowledge and expertise concerning asbestos and silica and its use, continued to work with and around defendants' products and activities and was deprived, by the above-described acts and

omissions of defendants, of the free and informed opportunity to remove himself from exposure to defendants' asbestos and silica products and activities and otherwise to protect himself from the harmful and potentially lethal products and activities.

25.   As a direct and proximate result of defendants' conspiracy, plaintiff was prevented from obtaining information to protect himself from harmful silica dust which caused the plaintiff to contract his asbestos and silica-related disease(s).

26.   As a direct and proximate result of defendants' conspiracy, plaintiff was exposed to silica dust and asbestos fibers such that plaintiff has suffered and will suffer physical pain and suffering; emotional and mental distress; anxiety; anguish; embarrassment and humiliation; loss in income; economic losses; and loss in the ability to enjoy life as he would if not so afflicted with asbestos and silica disease.

WHEREFORE, plaintiff requests judgment against each and every defendant, for the acts and omissions of Count Three, in the amount of Two Million Dollars ($2,000,000.00) in compensatory damages and Two Million Dollars ($2,000.000.00) in punitive damages.

Respectfully Submitted,

**THE LAW OFFICES OF PAUL A. WEYKAMP**

By:_____
Paul A. Weykamp, Esquire
LAW OFFICES OF PAUL A. WEYKAMP
16 Stenersen Lane, Suite 2
Hunt Valley, MD  21030
Attorney for Plaintiffs
Virginia Bar No.: 43688


## PRAYER FOR TRIAL BY JURY

Plaintiff prays a trial by jury on all issues presented herein.

Respectfully Submitted,

**THE LAW OFFICES OF PAUL A. WEYKAMP**

By:_____
Paul A. Weykamp, Esquire
LAW OFFICES OF PAUL A. WEYKAMP
16 Stenersen Lane, Suite 2
Hunt Valley, MD  21030
Attorney for Plaintiffs
Virginia Bar No.: 43688

RECEIVED

IN THE UNITED STATES DISTRICT COURT JUN 29  P 4: 36
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division          CLERK US DISTRICT COURT
                                        NORFOLK, VIRGINIA

BONNIE NEAL, as Executor and            *
Administrator of the Estate of
Kenneth Neal,                           *

      Plaintiff,                        *

v.                                      *        Civil Action No. 407 CV 3235

AMERICAN AIR LIQUIDE CORP.,             *
et al.,
                                        *
      Defendants.
*   *   *   *   *   *   *   *   *   *   *   *

## ROBERT L. SCHMITT COMPANY, INC.'S MOTION TO DISMISS

Defendant Robert L. Schmitt Company, Inc., by counsel, hereby respectfully moves to dismiss the plaintiff's Complaint for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2). The grounds for this Motion, as more fully explained in the attached Memorandum, are as follows:

1.     The plaintiff has sued Robert L. Schmitt Company, Inc. ("Schmitt"), among numerous other corporations and other entities, for negligence, breach of warranty, and conspiracy, seeking to recover for personal injury allegedly caused by exposure to the defendants' silica-containing products and/or protective devices.

2.     All of the plaintiff's claims against Schmitt must be dismissed because this Court lacks personal jurisdiction over Schmitt.

WHEREFORE, for all of the foregoing reasons and the reasons set forth in the attached Memorandum of Law in Support and Affidavit of Cristi Carson in support thereof, Defendant


EXHIBIT
E

Robert L. Schmitt Company, Inc., respectfully requests that this Honorable Court dismiss the plaintiff's claims against it and for all other relief to which it is entitled.

## REQUEST FOR HEARING

Defendant Robert L. Schmitt Company, Inc. hereby respectfully requests a hearing on its Motion to Dismiss.

Respectfully submitted,

_____

Robert F. Redmond, Jr. (VA Bar No. 32293)
Clement D. Carter (VA Bar No. 46038)
Gray B. Broughton (VA Bar 46692)
Williams Mullen
A Professional Corporation
Two James Center
1021 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 783-6439
Facsimile: (804) 783-6456
E-mail: rredmond@williamsmullen.com

Attorneys for Defendant,
ROBERT L. SCHMITT COMPANY, INC.

Susan E. Smith
Crosswhite, Limbrick & Sinclair, LLP
405 Frederick Road, Suite 260
Baltimore, Maryland 21228
Telephone: (410) 747-4174
Facsimile: (410) 747-7177
E-mail: ses@cmllaw.net

Of counsel for Defendant,
ROBERT L. SCHMITT COMPANY, INC.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| BONNIE NEAL, as Executor and Administrator of the Estate of Kenneth Neal, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| AMERICAN AIR LIQUIDE CORP., et al., | * |
| | * |
| Defendants. | * |

Civil Action No. 407 CV 3235

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OF LAW IN SUPPORT OF
## ROBERT L. SCHMITT COMPANY, INC.'S MOTION TO DISMISS

Defendant Robert L. Schmitt Company, Inc., by counsel, hereby respectfully submits this Memorandum of Law in Support of its Motion to Dismiss, and states:

### I.        Statement of Facts

**A.        Background on Robert L. Schmitt Company, Inc.**

Robert L. Schmitt Company, Inc."(Schmitt") is a Kentucky corporation that has existed since 1945. Its current owner, Cristi Carson ("Ms. Carson"), acquired the company in 1984. The company's principal and sole place of business is in Louisville, Kentucky. *Affidavit of Cristi Carson* ("Carson Affidavit") attached as Exhibit 1. It is a six-employee company that is engaged in the business of selling industrial safety supplies such as air monitors and protective clothing and janitorial supplies such as vacuums, pumps, and cleaning products. Its customers are primarily industrial and construction companies in Kentucky. It does not manufacture any products. *See* Carson Affidavit at ¶ 4.

**B.**     **Robert L. Schmitt Company, Inc.'s lack of contact with the Commonwealth of Virginia.**

As set forth in the attached Carson Affidavit, Schmitt does not transact business in Virginia. In particular, since Ms. Carson acquired the company in 1984:

- It is not and has never been registered or otherwise qualified to do business in Virginia;

- It has not appointed an agent for service of process in Virginia;

- It does not, and never has, maintained an office, a bank account, a mailing address, or a telephone number in Virginia;

- It has not owned or leased any real property in Virginia;

- It has not had any employees or agents in Virginia;

- It has not solicited business from residents of Virginia;

- It has not advertised in Virginia;

- It has not paid income, property or use taxes to the Commonwealth of Virginia;

- It has not sold a significant amount of products or generated significant revenue from sales to Virginia residents. The available company records reflect only seventeen transactions that bear any relationship to Virginia, including the following:

  o Thirteen sales of **unrelated products** such as batteries and quick-dry cement to Norfolk Southern (a Virginia corporation) at Schmitt's store **in Louisville, Kentucky** during the period from May 1997 to October 2005. None of these transactions involved the purchase or sale of any silica-containing product or respiratory protective device. The total combined amount of sales to Norfolk Southern was $1,847.44.

  o One shipment to an individual in Chesapeake, Virginia in 2005 and one shipment to an individual in Bedford, Virginia in 2006. It is not known if these shipments involved the sale of goods.

  o Two sales of **unrelated products** to Tyree Corporation, a Virginia corporation, one in 1997 and one in 2000. On each occasion, Tyree ordered a wet vac from Schmitt, and Schmitt arranged to have the goods shipped to Tyree in Sterling, Virginia. The total amount of the combined sales was approximately $4,000.00.

*See* Carson Affidavit at ¶¶ 5-12. The company has no record of any sales to the plaintiff's deceased's employers identified in Paragraph 6 of the Motion for Judgment. *Id.* at ¶ 10.

**C.      The allegations of the plaintiff's Motion for Judgment.**

On or about June 12, 2006, the plaintiff, Bonnie Neal, as the Administrator and Executor of the Estate of Kenneth Neal, filed a Motion for Judgment in the Circuit Court for Newport News, Virginia against multiple defendants, alleging that the plaintiff's deceased, Kenneth Neal, suffered personal injury from exposure to the defendants' asbestos-containing insulation products during his employment at Paroline Service Station (1963-66), Aid & Maintenance Contract Cleaner (1965-66), Barium Chemicals (1965), and the United States Army (1966-68). Motion for Judgment at ¶¶ 1, 6. Schmitt filed a Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446 on or about June 18, 2007.

The plaintiff has failed to allege any facts establishing that Schmitt regularly conducts business in Virginia, has engaged in a course of persistent conduct in Virginia, or has derived any revenue from goods sold or services performed in Virginia. The Motion for Judgment merely alleges that Schmitt is "a Kentucky corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various silica products and/or protective devices." Motion for Judgment at ¶ 4(x).[1] There are no other allegations specific to Schmitt. The Motion for Judgment's conclusory allegations about Schmitt are accompanied by no factual detail. Schmitt is not singled out in any of the plaintiff's description of its three claims. *See* Motion for Judgment at ¶¶ 8-26 (describing claims against "the defendants" generically, but not describing any conduct by

---

[1] These allegations are only partially correct. As indicated in the Carson Affidavit, Schmitt is not registered or otherwise authorized to engage in business in the Commonwealth of Virginia, and it does not manufacture any goods of any kind. It is a distributor only. *See* Carson Affidavit at ¶¶ 4-5.

3

Schmitt). These allegations fail to establish any specific acts by Schmitt that would subject it to personal jurisdiction in Virginia.

## II.   Legal Argument

### A.   The plaintiff has the burden of establishing personal jurisdiction.

The plaintiff has the burden of establishing by a preponderance of the evidence that the Court has personal jurisdiction over the defendant. *Combs v. Bakker*, 886 F.2d 673, 676 (4th Cir. 1989). The Court may consider evidence presented in affidavits. *America Online, Inc. v. Huang*, 106 F.Supp.2d 848, 853 (E.D.Va. 2000). In determining whether the plaintiff has met his burden, the Court is to construe the pleadings, affidavits and documents in the light most favorable to the plaintiff. *Combs,* 886 F.2d at 676.

### B.   Standard for Dismissal for Lack of Personal Jurisdiction

To exercise personal jurisdiction over a nonresident defendant in a federal question case such as this one, the Court must first determine if there is statutory authority for the exercise of jurisdiction under the laws of the Commonwealth of Virginia. It must then determine the exercise of jurisdiction complies with federal constitutional standards. *Alitalia-Linee Aeree Italiane S.p.A. v. Casinoalitalia.Com*, 128 F.Supp.2d 340, 347 (E.D.Va. 2001) (citations omitted). The Court may exercise jurisdiction over a party where doing so comports with the law of the Commonwealth of Virginia and meets the requirements of due process. *Id.*

Virginia's long arm statute, Virginia Code section 8.01-321.1(A), extends the jurisdiction of the state's courts to circumstances consistent with the state and federal constitutions. *Bassett Furniture Industries, Inc. v. Sexton*, 596 F.Supp. 454, 456 (W.D.Va. 1984); *see also Chung v. NANA Development Corp.*, 783 F.2d 1124, 1127, fn. 2 (4th Cir. 1986) (citations omitted) ("the Virginia [long arm] statute has been repeatedly construed to assert jurisdiction to the extent due

4

process permits . . . [t]hus, the state law and due process analyses are identical."); *and see Abel v.*

*Montgomery Ward Co., Inc.* 798 F.Supp. 322, 326 (E.D.Va. 1992), *citing Danville Plywood*

*Corp. v. Plain and Fancy Kitchens, Inc.*, 218 Va. 533, 534-5, 238 S.E.2d 800, 802 (1977)

(Virginia's long arm statute "subjects foreign defendants to the jurisdiction of Virginia Courts to

the full extent permitted by due process.") The issue of personal jurisdiction therefore focuses on

the federal constitutional analysis rather than state law.[2]

### C.   Robert L. Schmitt Company is not subject to Virginia's long arm statute.

This Court must first determine whether it can exercise personal jurisdiction over Schmitt

by virtue of Virginia's long arm statute, Virginia Code section 8.01-328.1(A). *See Bay Tobacco,*

*LLC v. Bell Quality Tobacco Products, LLC*, 261 F.Supp.2d 483-492 (E.D Va. 2003). The long

arm statute provides, in pertinent part:

A court may exercise personal jurisdiction over a person, who acts directly or by an agent, as to a cause of action arising from the person's:

1.   Transacting any business in this Commonwealth;

2.   Contracting to supply services or things in this Commonwealth;

3.   Causing tortious injury by an act or omission in this Commonwealth;

4.   Causing tortious injury in this Commonwealth by an act or omission outside this Commonwealth if he regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered, in this Commonwealth;

5.   Causing injury in this Commonwealth to any person by breach of warranty expressly or impliedly made in the sale of goods outside this Commonwealth when he might reasonably have expected such person to use, consume, or be affected by the goods in this Commonwealth, provided that he also regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth; . . .

---

[2] While only the constitutional analysis requires consideration here, this memorandum demonstrates that the plaintiff cannot establish jurisdiction under either the state law analysis or the federal constitutional analysis.

Virginia Code Ann. §§ 8.01-328.1(A)(1)-(5).

The plaintiff fails to specify which sub-section of the long arm statute it relies upon to establish personal jurisdiction over Schmitt. The plaintiff's Motion for Judgment alleges that Schmitt directly or indirectly transacted business in the Commonwealth of Virginia, and so subsections (A) (1) and (2) potentially apply. The plaintiff alleges tortious injury in Virginia, so subsections (A) (3) and (4) potentially apply. Subsection (A) (5) potentially applies because the plaintiff asserts a cause of action for breach of warranty. (Subsections (A)(7)-(A)(10) plainly do not apply and will not be addressed.) The plaintiff's Motion for Judgment fails to fulfill the requirements of any sub-section of the statute.

Each of these bases for personal jurisdiction under the long arm statute will be addressed below.

### 1.    Schmitt does not transact any business in Virginia.

The exercise of personal jurisdiction under subsection (A) (1) of the long-arm statute is proper only if the plaintiff's cause of action stems from the non-resident defendant's "transacting any business in this Commonwealth." *DeSantis v. Hafner Creations, Inc.*, 949 F.Supp.419, 424 (E.D. Va. 1996), *citing Chedid v. Boardwalk Regency Corp.*, 756 F.Supp.941, 943-44 (E.D. Va. 1991). Although a single act by the nonresident defendant may qualify as "transacting business," the single act must be significant in order to confer jurisdiction. *Id.* at 424.

There is no allegation in the plaintiff's Motion for Judgment that Schmitt engaged in any conduct in the Commonwealth of Virginia. The only allegation specific to Schmitt is that Schmitt is "a Kentucky corporation authorized to do business in the Commonwealth of Virginia which manufactured and sold, either directly or indirectly, to the plaintiff's employer(s) various

silica products and/or protective devices." Motion for Judgment at ¶ 4(x).[3] The plaintiff fails to

identify the location of the plaintiff's deceased's employers, and there is no allegation that any of

the alleged sales took place in Virginia. *See* Motion for Judgment at ¶ 6.

The facts set forth in the Carson Affidavit establish that, during Ms. Carson's twenty-

three year ownership of the company, Schmitt has never transacted any business in Virginia. It

has no employees, offices, agents, or property in Virginia. It does not advertise in Virginia. It has

not regularly sold products to Virginia residents or shipped products to Virginia for sale in

Virginia. It does not pay income, property, or use taxes to the Commonwealth of Virginia. The

company's records reflect only the following transactions that bear any relationship whatsoever

to Virginia:

- Thirteen (13) visits by Norfolk Southern personnel to our store **in Louisville, Kentucky** during the period from May 1997 to October 2005 to purchase **unrelated** products such as batteries and quick dry cement. (On information and belief, Norfolk Southern is a Virginia corporation.) The total amount of the combined sales is $1,847.44.

- One (1) shipment to an individual in Chesapeake, Virginia in 2005, which likely did not involve the sale of any product.

- One (1) shipment to an individual in Bedford, Virginia in 2006,which likely did not involve the sale of any product.

- Two (2) sales of wet vacs to Tyree Corporation, a Virginia corporation, one in 1997 and one in 2000. On each occasion, Tyree ordered the goods from Schmitt and the goods were shipped to Tyree in Sterling, Virginia, at Tyree's request. The total amount of the combined sales was approximately $4,000.00.

*See* Carson Affidavit at ¶ 11.

These transactions are not sufficient to bring Schmitt within the scope of subsection (A)

(1) of the long arm statute.

---

[3] Schmitt is not registered or otherwise authorized to engage in business in the Commonwealth of Virginia, and it does not manufacture any goods of any kind. *See* Carson Affidavit at ¶¶ 4, 5.

The Norfolk Southern sales took place **in Kentucky** and do not involve the purchase or sale of any of the products at issue in this case (e.g., silica-containing products and/or protective devices), and therefore are not relevant for purposes of establishing jurisdiction under subsection (A) (1). The sale of unrelated products to residents of Virginia cannot serve as the basis for personal jurisdiction under subsection (A) (1) because subsection (A) (1) requires a causal link between the acts relied on for personal jurisdiction and the plaintiff's cause(s) of action. *See Verosol B.V. v. Hunter Douglas, Inc.*, 806 F.Supp.582, 589 (E.D. Va. 1992), *Chedid*, 756 F.Supp. at 943; *Eastern Scientific Mktg., Inc. v. Tekna-Seal, Inc.*, 696 F.Supp.173, 176 (E.D.Va. 1988).

The two shipments to Virginia residents also do not support jurisdiction under subsection (A) (1). Assuming for purposes of this motion that these shipments involved the sale of goods, it is well established that a nonresident defendant's occasional shipment of goods into the forum state is not constitute "transacting business" in the forum state for purposes of subsection (A) (1). *See, e.g., Bay Tobacco, LLC*, 261 F.Supp.2d at 494 (finding that a North Carolina corporation's delivery of goods to a common carrier in North Carolina for transport to the forum state, Virginia, does not show that the defendant transacted business in Virginia, and holding that such shipments are not sufficient to support the exercise of jurisdiction); *see also Chung*, 783 F.2d at 1124 (holding that shipment into the forum state did not establish jurisdiction); *and Ajax Realty Corp. v. J.F. Zook, Inc.*, 493 F.2d 818, 821, n. 4 (4th Cir. 1972), *cert. denied.*, 411 U.S. 966 (1973) (manufacturer who shipped goods directly to purchaser did not "transact business" in the purchaser's state). *See also Verosol B.V.*, 806 F.Supp. at 591 ("the mere fact that a defendant ships products into a state is . . . not alone sufficient to establish that the defendant is doing or transacting business in the state.")

For these same reasons, the two sales to Tyree Corporation do not support jurisdiction under subsection (A) (1): the sales did not involve a product at issue in this case, and the mere shipment of goods into the forum state does not constitute "transacting business."

Because Schmitt does not transact business in the Commonwealth of Virginia, subsections (A) (4) and (5) also do not apply. These provisions confer jurisdiction over a nonresident defendant only if the defendant "regularly does or solicits business, engages in a persistent course of conduct, or derives substantial revenue from goods used or services rendered in the Commonwealth." Virginia Code Ann., §§ 8.01-328.1(A) (4) and (5). *See also Gordonsville Industries, Inc. v. American Artos Corp.*, 549 F.Supp.200, 202-205 (W.D. Va., 1982) (holding that both subsections (A) (4) and (5) require evidence the nonresident defendant "regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered" in Virginia.)

As demonstrated above, Schmitt does not regularly transact or solicit business in Virginia. Schmitt also does not "engage in a persistent course of conduct" in Virginia. In *Willis v. Semmes, Bowen & Semmes*, 441 F.Supp. 1235 (E.D.Va. 1977), the court articulated the following standard for determining what constitutes a persistent course of conduct:

> At a minimum the plaintiff must prove that the defendant maintained some sort of *ongoing interactions* with the forum state. It is also important to keep in mind that the tortious injury must be caused by the act or omission outside the state and not by the persistent course of conduct within.

*Id.* at 1242 (emphasis added). *See also DeSantis v. Hafner Creations, Inc.*, 949 F.Supp. 419, 426 (E.D.Va. 1996).

As explained more fully below in the analysis of the "minimum contacts" requirement, the plaintiff has failed to allege that Schmitt has engaged in any "ongoing interactions" with the Commonwealth of Virginia. The facts set forth in the Carson Affidavit establish that no such

interactions have occurred during Ms. Carson's twenty-three year ownership of the company. Thirteen sales *in Kentucky* of unrelated products to a Virginia corporation and four shipments from Kentucky to Virginia, two of which involved unrelated products and two of which likely did not involve the sale of any goods, cannot reasonably be construed as "ongoing interactions" with Virginia.

In *De Santis,* the plaintiff, a Virginia corporation, sought to establish jurisdiction over the defendant, a Florida corporation, under Virginia's long arm statute. The plaintiff relied on (1) the defendant's advertisement of the product at issue in a nationally distributed publication; (2) the sale of one of the products at issue, F.O.B. Florida, to an employee of the plaintiff's Virginia law firm; and (3) the sale of two unrelated products to Virginia purchasers, F.O.B. Florida. *Id.* at 424. The court rejected the plaintiff's argument, finding that these contacts were "sporadic" and did not amount to a "persistent course of conduct" in Virginia. *Id.* at 427. Schmitt's occasional contacts with Virginia, detailed in the Carson Affidavit, similarly do not constitute "ongoing interactions."

Moreover, since the plaintiff has failed to demonstrate that Schmitt has had the necessary "minimum contacts" required to satisfy the federal constitutional requirement of due process (discussed more fully below), it follows that the plaintiff cannot establish the necessary conduct to bring Schmitt within the scope of subsections (A) (4) and (5) of Virginia's long arm statute.

Another prerequisite to the applicability of subsections (A) (4) and (5) is whether the nonresident defendant has derived substantial revenue from goods used or services rendered in the Commonwealth. Factors relevant to the "substantial revenue" test include whether the revenue was substantial and, and if the sale itself did not take place in Virginia, whether the goods were used or consumed in Virginia. *Gordonsville Indus., Inc.,* 549 F.Supp. at 203.

The plaintiff does not allege that Schmitt derived substantial revenue from goods used or services rendered in Virginia, and Schmitt's business records reflect that the company has not in fact derived substantial revenue from its occasional transactions with Virginia residents. *See* Carson Affidavit at ¶ 11.

For purposes of this analysis, only the Tyree Corporation sales are relevant. The Norfolk Southern sales are not relevant because they do not involve the sale of goods in Virginia. The isolated shipments to Virginia residents are not relevant because they did not involve the sale of goods. The total combined amount of the two sales to Tyree Corporation was $4,000.00. *See* Carson Affidavit at ¶ 11. While there is no absolute dollar amount that satisfies the "substantial revenue" test, the $4,000 derived from the Tyree Corporation sales falls far short of "substantial revenue" required to bring Schmitt within the scope of subsections (A) (4) and (5), particularly when taken with the fact that these two sales were isolated and not regular or ongoing. *See, e.g., Bay Tobacco, LLC*, 261 F.Supp.2d at 496 (holding that $301,509 in revenue from sale of cigarettes for distribution and sale in forum state satisfied the "substantial revenue" test); *Ajax Realty*, 493 F.2d at 821-22 (finding that $37,000 constituted substantial revenue for purposes of subsection (A) (5)); *Processing Research, Inc. v. Larson*, 686 F.Supp.119, 122 (E.D. Va. 1988) (holding that $119,850 received by the defendant for the sale of an aircraft satisfied the substantial revenue provision); *Jackson v. National Linen Serv. Corp.*, 248 F.Supp.962, 965 (W.D. Va. 1965) (holding that $25,000 was sufficient to meet the substantial revenue test); *and Gordonsville Industries, Inc.*, 549 F.Supp. at 203 (holding that revenue of $13,955 did not establish the "regularity, persistency, or substantiality of contact sufficient to fulfill the requirements of subsections (A) (4) and (5)).

**2.      Schmitt has not contracted to supply services or things in the Commonwealth of Virginia.**

The exercise of personal jurisdiction under subsection (A) (2) of the long-arm statute is proper only if the asserted cause of action arises from the nonresident defendant's "contracting to supply services or things in this Commonwealth." There is no allegation in the plaintiff's Motion for Judgment that Schmitt contracted to supply services or things in Virginia, and the facts set forth in the Carson Affidavit establish that Schmitt currently has no contracts to supply services or things in Virginia, and it has had no such contracts in the past twenty-three years, under Ms. Carson's ownership. Carson Affidavit at ¶ 9. Accordingly, Schmitt is not subject to section 8.01-328.1(A) (2) of Virginia's long arm statute.

**3.      Schmitt never committed a tort in Virginia.**

Subsection (A) (3) applies only if Schmitt caused tortious injury by an act or omission in Virginia. This subsection requires that the nonresident defendant be physically present in Virginia when committing the act or omission from which the plaintiff's cause of action arises. *DeSantis*, 949 F.Supp. at 425-26 (citations omitted). The plaintiff's Motion for Judgment does not allege that Schmitt has ever been physically present in Virginia. The Motion for Judgment merely alleges that Schmitt made sales, directly or indirectly, to the plaintiff's deceased's employers. The plaintiff does not identify the location of the employers. Moreover, the Carson Affidavit establishes that, in the past twenty-three years, Schmitt has never sent an employee or representative to Virginia for the purpose of selling any product, related or unrelated, to the plaintiff's deceased's employers. Therefore, subsection (A) (3) does not apply to Schmitt.

4.     **Schmitt does not have any interest in real property in the Commonwealth.**

Subsection (A) (6) of the long arm statute authorizes this Court to exercise personal jurisdiction over a defendant who has an interest in, uses, or possesses real property in the Commonwealth of Virginia. Virginia Code Ann., § 8.01-328.1(A) (6).

The plaintiff does not allege that the defendant owns any interest in, or possesses real property located within the Commonwealth of Virginia, and, as indicated in the attached Carson Affidavit, Schmitt does not own, use, or possess real property located within the Commonwealth of Virginia. Therefore, this provision does not apply.

D.     **Robert L. Schmitt Company lacks the "minimum contacts" necessary to create jurisdiction in the Commonwealth of Virginia.**

The Court must also determine if the exercise of jurisdiction over the defendant comports with due process. *See, e.g., Vishay Intertechnology, Inc. v. Delta International Corp.*, 696 F.2d 1062, 1064 (4th Cir. 1982).

Under the due process analysis, the primary issue is whether the defendant purposely established minimum contacts in the forum state such that maintenance of the suit would not offend "traditional notions of fair play and substantial justice." *Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 474 (quoting *International Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945)). In *Heliocopteros Nacionales de Columbia v. Hall*, 66 U.S. 408 (1984), the United States Supreme Court set forth the standards for both general and specific jurisdiction. If a defendant has sufficient "contacts" with the forum, it may be subject to suit there on all claims wherever they arise (general jurisdiction). In other cases, the jurisdictional sufficiency of the defendant's contacts depends on an assessment of the "relationship among the defendant, the forum and the litigation" (specific jurisdiction). *Id* at 414-415 (quoting *Shaffer v. Heitner*, 433 U.S. 186, 204 (1977)). Neither general nor specific jurisdiction over Schmitt exists here.

1.     **The plaintiff cannot establish general jurisdiction over Schmitt.**

"Sufficient minimum contacts for the constitutional exercise of general personal jurisdiction exist where a nonresident corporation has substantial contacts with the forum state that are 'continuous and systematic.'" *Reynolds and Reynolds Holdings, Inc. v. Data Supplies, Inc.*, 301 F.Supp.2d 545, 550 (E.D.Va. 2004) (*citing Heliocopteros*, 466 U.S. at 414-15). The standard for imposing general jurisdiction is high and requires conduct such as deriving a substantial amount of revenue from business transacted in the forum state or the employment of a number of distributors within the forum state, or maintaining a domicile in the forum state. *Reynolds and Reynolds Holdings, Inc..* 301 F.Supp.2d at 550-551; *Corry v. CFM Majestic, Inc.*, 16 F.Supp.2d 660, 663 (E.D.Va.  1998). The plaintiff cannot meet this burden because Schmitt does not engage in any activities that could be construed as "continuous and systematic" contacts with the Commonwealth of Virginia.

The plaintiff has failed to allege any specific activities of Schmitt that took place in the Commonwealth of Virginia. The plaintiff's claims are all based on the mere allegation that Schmitt is authorized to do business in the Commonwealth of Virginia and "manufactured and sold, either directly or indirectly, to the plaintiff's employer(s)" various products and placed such products in the stream of commerce. Motion for Judgment at ¶¶ 2, 4(x), and 16.The plaintiff does not allege that any of the alleged sales took place in Virginia, or that the plaintiff's deceased's employers are located in Virginia

Contrary to the plaintiff's conclusory allegations, Schmitt is not authorized to do business in the Commonwealth of Virginia and it did not manufacture any product or directly sell any product to any of the plaintiff's deceased's employers identified in Paragraph 6 of the Motion for Judgment. *See* Carson Affidavit at ¶ 10. Additionally, as demonstrated in the Carson Affidavit,

Schmitt has never been registered to do business in Virginia or otherwise qualified to do business in Virginia, and it has never appointed an agent for service of process in Virginia. It has no employees or agents in Virginia. It does not hold any interest in any real property located in the Virginia and it has no office, telephone number, bank account, or mailing address in Virginia. Schmitt does not advertise in Virginia or otherwise solicit business from any resident of Virginia. It does not pay income, property or use taxes to the Commonwealth of Virginia. Schmitt has not sold a significant amount of products or generated significant revenue from sales to Virginia residents. The available company records reflect only $5,847.44 in sales from Schmitt's store **in Kentucky** to two Virginia corporations. One customer picked up the goods at Schmitt's store in Kentucky; one customer asked Schmitt to ship the goods to Virginia. *See* Carson Affidavit at ¶¶ 8-11.

These facts demonstrate that Schmitt did not have the *continuous and systematic* contacts with Virginia required to establish general jurisdiction.

In *Reynolds and Reynolds Holding, Inc., supra*, this Court considered whether a nonresident defendant, Data Supplies, Inc. ("DSI") had sufficient contacts with Virginia to justify the exercise of general jurisdiction. DSI offered an affidavit in support of its motion to dismiss, averring that (1) the company did not have any offices, employees, or sales persons in Virginia; (2) did not own any property in Virginia; (3) did not advertise in Virginia; (4) did not contract with any manufacturer or distributor in Virginia; (5) sold $7,152 in products to two customers in Virginia in the two years preceding the suit; and (6) generated total sales in Virginia that constituted approximately 0.4% of its total gross sales. *Reynolds and Reynolds Holding, Inc.*, 301 F.Supp.2d at 548. The Court concluded that such activities, "even when viewed in conjunction with its registration and appointment of an agent for service of process in the

15

Commonwealth, do not rise to a level of 'systematic and continuous' contact sufficient to impose general jurisdiction. . . ." *Id.* at 552.

In *Chung v. NANA Development Corp.*, 783 F.2d 1124 (4th Cir. 1986), *cert. denied*, 479 U.S. 948 (1986), the defendant, an Alaska resident, sold frozen reindeer antlers to the plaintiff, a Virginia resident. The antlers were shipped to Virginia but were damaged and useless upon arrival. *Id.* at 1126. The plaintiff filed suit in the United States District Court for Eastern District of Virginia to recover for its alleged loss. The defendant filed a motion to dismiss for lack of personal jurisdiction on the basis that he had virtually no contacts with the Commonwealth of Virginia. The district court found personal jurisdiction and awarded damages to the plaintiff. *Id.* at 1125. The defendant appealed. The United States Court of Appeals for the Fourth Circuit reversed the lower court, finding that the connection between the defendant and the Commonwealth of Virginia "was not sufficiently substantial to permit the exercise of personal jurisdiction, consistent with the 'traditional conception of fair play and substantial justice' embodied in due process" and thus failed the "minimum contacts" test. *Id.* at 1126, *citing International Shoe*, 326 U.S. at 320. The appellate court was compelled to its decision by the following facts: (1) the contract was finalized in Alaska; (2) the defendant did not initiate any communications to the plaintiff who was located in Virginia; (3) the defendant did not travel to Virginia; (4) the defendant made no purposeful effort of its own to market his product in Virginia, but only responded to the plaintiff's unilateral inquiries; (5) payment was tendered in Alaska at the time of sale; (6) there was no agreement for a continuing business relationship; and (7) the defendant had no other dealings with Virginia. *Id.* at 1128. He only shipped goods to Virginia on this one occasion to the plaintiff, for the convenience of the plaintiff. *Id.*

Schmitt had even fewer contacts with the Commonwealth of Virginia than the defendants in *Reynolds and Reynolds Holding, Inc.* and *Chung*.

While it is possible that a customer purchased products from Schmitt in Louisville, Kentucky and then transported the products to Virginia (although there is no record of any such transactions in recent years) (*see* Carson Affidavit at ¶ 12), "unilateral activity of another party or a third person is not an appropriate consideration" in the minimum contacts analysis. *Helicopteros*, 466 U.S. at 417. *See also Hanson v. Denckla*, 357 U.S. 235, 253 (1958) and *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 298.

Schmitt does not have the sufficient minimum contacts with the Commonwealth of Virginia necessary for general jurisdiction. Schmitt has not engaged in anything approaching continuous and systematic contacts with Virginia so that it could anticipate being held into Court in this forum. The occasional sale *in Kentucky* of unrelated products to a Virginia corporation, and the occasional shipment of unrelated goods to Virginia, do not rise to the level of "continuous and systematic" contacts with Virginia.

### 2.    The plaintiff cannot establish specific jurisdiction over Schmitt.

It is possible to assert jurisdiction over a foreign corporation that does not do business within the forum state if the plaintiff can demonstrate a sufficient nexus between the foreign corporation and the activities within the state that gave rise to the cause of action. *Burger King Corp.*, 471 U.S. at 472. In that case, the Supreme Court stated that the due process clause requires that a foreign corporation have "fair warning" that a particular activity may subject it to the jurisdiction of a foreign sovereign. *Id.* Where a forum state seeks to assert specific jurisdiction over an out-of-state defendant who has not consented to suit, this "fair warning" requirement is met if the defendant has "purposefully directed" its activities at residents of the

forum and the litigation results from alleged injuries that "arise out of or relate to" those activities. *Id.*

The Fourth Circuit has established a three-part test to evaluate the nature and quality of a defendant's contacts so as to determine if the exercise of specific jurisdiction comports with due process:

(1) The nonresident defendant must do some act within the forum by which it has purposefully availed itself of the privilege of conducting activities in the forum state, thereby invoking the benefits and protections of its laws.

(2) The claim must arise out of or result from the defendant's forum-related activities.

(3) The exercise of jurisdiction must be reasonable.

*Reynolds and Reynolds Holdings, Inc.*, 301 F.Supp.2d at 552 (citing *3D Systems, Inc. v. Aarotech Labs., Inc.*, 160 F.3d 1373, 1378 (Fed.Cir.1998)). Each of these factors will be addressed separately below.

   **a.**  **Schmitt did not purposefully avail itself of the privilege of conducting activities in Virginia.**

"The 'purposeful availment' requirement is satisfied when the defendant's contacts with the forum state proximately result from actions by the defendant himself that create a *substantial connection* with the forum State." *Burger King Corp.*, 471 U.S. at 475 (emphasis added). Random, fortuitous or attenuated contacts are not sufficient. *Id.* at 475-476. A nonresident defendant must deliberately engage in significant activities within the forum state or create continuing obligations between itself and residents of the forum state for the forum state's jurisdiction over the defendant to be reasonable. *Id.* at 480-82. Purposeful availment generally "requires . . . affirmative conduct by the defendant which allows or promotes the transaction of business within the forum state." *DeSantis,* 949 F.Supp. at 425, fn. 15.

The facts set forth in the Carson Affidavit demonstrate that Schmitt does not have any substantial connection with Virginia, has not engaged in "significant activities" in Virginia, and has no "continuing obligations" with any Virginia residents. Schmitt is a Kentucky corporation with its principal and only place of business in Louisville, Kentucky. It does not transact business in Virginia. It has no employees, offices, bank accounts, or property in Virginia. It does not advertise in Virginia. It does not sell products in Virginia. It has had only occasional contact with Virginia corporations, none of which involve the products at issue in this case. *See* Carson Affidavit at ¶¶ 5-12.

The plaintiff seeks to invoke the "stream of commerce" theory to establish jurisdiction over Schmitt. *See* Motion for Judgment at ¶¶ 2, 16. The "stream of commerce" theory may confer personal jurisdiction over a nonresident defendant when the defendant places its product into the stream of commerce expecting the product to be purchased by consumers in the forum state and the product causes injury in the forum. *Asahi Metal Industry Co. v. Superior Court of California*, 480 U.S. 102, 108-113 (1987). Although the plaintiff alleges that "the defendants" placed products into the "stream of commerce," there is no allegation that "the defendants" did so knowing, intending, or expecting that the products would eventually reach Virginia. *See* Motion for Judgment at ¶¶ 2, 16.

Moreover, it is well established that the mere placement of a product into the stream of commerce by a nonresident defendant is not sufficient to subject the nonresident defendant to the jurisdiction of the forum state. In *Asahi Metal Industry Co. v. Superior Court of California*, 480 U.S. 102 (1987), the United States Supreme Court analyzed whether the placement of goods in the "stream of commerce" subjects a party to suit in any state where the goods might foreseeably cause injury. In addressing the "minimum contacts" requirement, Justice O'Connor explained:

19

The placement of a product into the stream of commerce, without more, is not an act of the defendant purposefully directed toward the forum State. Additional conduct of the defendant may indicate an intent or purpose to serve the market in the forum State, for example, designing the product for the market in the forum State, advertising in the forum State, establishing channels for providing regular advice to customers in the forum State, or marketing the product through a distributor who has agreed to serve as the sales agent in the forum State. *But a defendant's awareness that the stream of commerce may or will sweep the product into the forum State does not convert the mere act of placing the product into the stream into an act purposefully directed toward the forum State.*

*Id.* at 112, 107 S.Ct at 1032 (O'Connor, J.) (emphasis added); *see also World-Wide Volkswagen Corp.*, 444 U.S. at 297 ("the mere likelihood that a product will find its way into the forum state" will not create personal jurisdiction). Evidence of "purposeful availment" is still required. Jurisdiction over a nonresident defendant on the basis of the placement of a product into the stream of commerce is justified only if there is the expectation that the product will be purchased by consumers in the forum *and* the defendant has engaged in some act of "purposeful availment." *Lake Shore*, 886 F.2d at 658 ("a 'stream of commerce' theory of personal jurisdiction . . . cannot supplant the requirement that a defendant in some way purposefully avails itself of forum law"), *citing World-Wide Volkswagen Corp.*, 444 U.S. at 297-98, and *Hanson*, 357 U.S. at 253.

In *Lake Shore*, the plaintiff argued that the defendants were subject to suit in South Carolina because they placed defective products in the "stream of commerce" which allegedly caused injury in South Carolina. The Court of Appeals for the Fourth Circuit rejected this argument, explaining that if it accepted the plaintiff's argument, "a seller of chattels would in effect appoint the chattel as his agent for service of process" and his "amenability to suit would travel with the chattel," a result plainly inconsistent with constitutional requirement of due process. *Lake Shore*, 886 F.2d at 658, *quoting World-Wide Volkswagen Corp.*, 444 U.S. at 295-6.

Under *Asahi* and its progeny, a nonresident defendant's mere placement of a product into the stream of commerce is not sufficient to confer the forum state's court with *in personam* jurisdiction. There still must be proof of the defendant's "purposeful availment" of the privilege of conducting activities in the forum state. As discussed above, there are no allegations, and no facts to establish, that Schmitt "purposefully availed" itself of the privilege of conducting activities within the Commonwealth of Virginia. Therefore, the plaintiff's "stream of commerce" theory does not support this Court's exercise of personal jurisdiction over Schmitt.

> **b.      The plaintiff's claims do not arise out of or result from Schmitt's forum-related activities.**

The second factor in the due process analysis is whether the plaintiff's claims arise out of or result from the nonresident defendant's forum-related activities. *Reynolds and Reynolds Holdings, Inc.*, 301 F.Supp.2d at 552

The plaintiff's Motion for Judgment contains no specific allegations regarding any forum-related activities on the part of Schmitt from which the plaintiff's claims arise. The only specific allegations regarding Schmitt are that Schmitt is authorized to do business in the Commonwealth of Virginia (which is incorrect) and that it "manufactured and sold, either directly or indirectly, to the plaintiff's employer(s)" various products and placed such products in the stream of commerce. Motion for Judgment at ¶¶ 2, 4(x), and 16. There is no allegation that the alleged sales took place in Virginia, or that the plaintiff's deceased's employers are or were located in Virginia.

The facts set forth in the Carson Affidavit demonstrate that Schmitt is and never has been registered or otherwise authorized to do business in Virginia; that it did not manufacture or sell any products to the plaintiff's deceased's employers, and did not otherwise engage in any significant forum-related activities. *See* Carson Affidavit at ¶¶ 8-11. The Carson Affidavit details

Schmitt's forum-related activities: (1) the sale *in Kentucky* of miscellaneous unrelated products such as batteries and quick dry cement to Norfolk Southern Railway, a Virginia corporation, resulting in total sales of $1,847.44; (2) the shipment of goods to two individual residents of Virginia which apparently did not result in or involve the sale of any goods; and (3) the sale of two wet vacs to Tyree Corporation, a Virginia corporation, with a combined value of approximately $4,000.00. Carson Affidavit at ¶ 11. The plaintiff's claims do not arise from any of these activities. Therefore, these activities are not sufficient to confer this court with jurisdiction over Schmitt. *See, e.g., Reynolds and Reynolds Holdings, Inc.*, 301 F.Supp.2d at 552 (holding that the court did not have specific jurisdiction over the nonresident defendant where none of the plaintiff's claims arose out of the defendant's forum-related activities); *see also, Lake Shore*, 886 F.2d at 659-670 ('stream of commerce' theory not sufficient to confer court with personal jurisdiction over nonresident defendants where plaintiff's alleged injuries did not arise out of the defendants' activities in the forum state, and the defendants did not engage in any significant activities in the forum state).

   c.   **The exercise of *in personam* jurisdiction over Schmitt in this case is not reasonable or fair.**

The final step in this Court's due process analysis is the determination of whether this Court's exercise of *in personam* jurisdiction over Schmitt would be reasonable and fair. The following factors are relevant to this analysis: the burden on the defendant of defending the case in the forum state, the interests of the forum state, and the plaintiff's interest in obtaining relief. *Asahi*, 480 U.S. 102 at 113. The court should also weigh the "interstate judicial system's interest in obtaining the most efficient resolution of controversies; and the shared interest of the several states in furthering fundamental substantive social policies." *Id.*

These factors are to be considered only if the plaintiff has established sufficient minimum contacts to support jurisdiction, which the plaintiff in this case has failed to do. However, it should be noted that the burden on Schmitt in defending this case in Virginia would be severe, particularly because it has not been established that the product causing the plaintiff's alleged injury was manufactured or sold by Schmitt, and the plaintiff has a cause of action against the manufacturer(s). Additionally, Schmitt is a privately owned, six-employee distributorship located in Louisville, Kentucky. Therefore, its witnesses and evidence relevant to the plaintiff's claims would be located in Kentucky, not in Virginia. Schmitt's representatives and witnesses would be required to travel nearly six hundred and fifty miles across state borders to attend and defend proceedings in Newport News, Virginia. *See, e.g., Lake Shore*, 886 F.2d at 661 (burden of requiring a Michigan corporation to defend suit in North Carolina considerable where defendant's witnesses and evidence are located in Michigan).

### E.    Conclusion.

The activities of Robert L. Schmitt Company, Inc. do not subject it to this Court's jurisdiction. For all of the foregoing reasons, defendant Robert L. Schmitt Company, Inc. submits that all of the plaintiff's claims filed against it in this action should be dismissed with prejudice.

Dated June 29, 2007.

Respectfully submitted,

Robert F. Redmond, Jr. (VA Bar No. 32293)
Clement D. Carter (VA Bar No. 46038)
Gray B. Broughton (VA Bar 46692)
Williams Mullen
A Professional Corporation
Two James Center
1021 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 783-6439
Facsimile: (804) 783-6456
E-mail: rredmond@williamsmullen.com
Attorneys for Defendant,
ROBERT L. SCHMITT COMPANY, INC.

Susan E. Smith
Crosswhite, Limbrick & Sinclair, LLP
405 Frederick Road, Suite 260
Baltimore, Maryland 21228
Telephone: (410) 747-4174
Facsimile: (410) 747-7177
E-mail: ses@cmllaw.net

Of counsel for Defendant,
ROBERT L. SCHMITT COMPANY, INC.



## WILLIAMS MULLEN

Direct Dial: 804.783.6931
ccarter@williamsmullen.com

July 25, 2007

Our File No.: 049100.0001

**Via Federal Express**
Fernando Galindo, Clerk
United States District Court for the
    Eastern District of Virginia
Newport News Division
U.S. Postal Office & Courthouse Bldg.
101 25th Street
P.O. Box 494
Newport News, Virginia  23607

Re:     ***Bonnie Neal  v. American Air Liquide Corp., et al.***
        **Case Number 407CV3235**
        **Newport News Division**

Dear Mr. Galindo:

On June 29, 2007, Defendant Robert L. Schmitt Company, Inc. filed its Motion to Dismiss, Memorandum of Law in Support of Robert L. Schmitt Company, Inc.'s Motion to Dismiss, and proposed Order.

Local Rule 7(F)(1) provides that a response to a motion is to be filed within eleven(11) days after service.  As of this date, plaintiff's counsel has not filed a response.

Accordingly, the Motion to Dismiss is ripe for a decision.  Please consider this letter as a request for oral argument pursuant to Local Rule 7(E).  If the Court does not require oral argument, I request you present the attached Order to the Court for entry.

Thank you for your attention to this matter.

Very truly yours,

Clement D. Carter

CDC/djb
Enclosure
cc:     Honorable Jerome Friedman
        Counsel of Record

1479751v1

**EXHIBIT**
tabbies
F

*A Professional Corporation*

NORTH CAROLINA  •  VIRGINIA  •  WASHINGTON, D.C.  •  LONDON
Two James Center  1021 East Cary Street (23219)  P.O. Box 1320  Richmond, VA 23218-1320  Tel: 804.643.1991  Fax: 804.783.6507
www.williamsmullen.com

# U.S. District Court
## Eastern District of Virginia (Newport News)
## CIVIL DOCKET FOR CASE #: 4:07-cv-03232-JBF

Longnecker v. American Air Liquide Corp. et al
Assigned to: District Judge Jerome B. Friedman
Demand: $12,000,000
Lead case: 4:07-cv-00999-JBF
Member case: (View Member Case)
Cause: 28:1441 Notice of Removal-Asbestos Litigation

Date Filed: 06/18/2007
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Charles Longnecker**                    represented by   **Paul A. Weykamp**
                                                           Law Offices of Paul A. Weykamp
                                                           16 Stenersen Lane
                                                           Suite 2
                                                           Hunt Valley, MD 21030
                                                           (410) 539-2214
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**American Air Liquide Corp.**            represented by   **Joshua Charles Prever**
                                                           Morgan Lewis & Bockius LLP
                                                           5300 Wachovia Financial Center
                                                           200 South Biscayne Boulevard
                                                           Miami, FL 33131
                                                           305-415-3314
                                                           Fax: 305-415-3001
                                                           Email: jprever@morganlewis.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**American Eagle Accessories Group**
*f/k/a P. K. Lindsay Inc.*

**Defendant**

**Bacou-Dalloz USA Inc.**

**Defendant**

**Clemtex Incorporated**

**Defendant**

**Clemco Industries Corp.**

**Defendant**

**E.D. Bullard Company**


EXHIBIT
G

**Defendant**

**Empire Abrasive Equipment Co.**

**Defendant**

**Encon Safety Products Inc.**

**Defendant**

**Kelco Sales & Engineering Co.**

**Defendant**

**Lois M. Gerson Inc.**

**Defendant**

**Mott Corporation**

**Defendant**

**Northeast Industrial Technologies Inc.**

**Defendant**

**Ferro Corporation**

**Defendant**

**Humble Sand & Gravel Co.**

**Defendant**

**Independent Gravel Co.**

**Defendant**

**Ingersoll Rand Company Limited**

**Defendant**

**Inland Craft Products, Co.**

**Defendant**

**Nelco Manufacturing Company**

**Defendant**

**Ottawa Silica Company**
*n/k/a U.S. Silica Company*

**Defendant**

**Pangborn Corporation**

**Defendant**

**Pauli & Griffin Co. Inc.**

**Defendant**

**Lone Star Industries Inc.**
*n/k/a Buzzi Unicem USA Inc.*

**Defendant**

**3M Company**
*f/k/a Minnesota Mining and
Manufacturing Company*

**Defendant**

**Robert L. Schmidt Company, Inc.**          represented by    **Clement Dean Carter, III**
Williams Mullen
1021 E Cary St
PO Box 1320
Richmond, VA 23218-1320
(804) 643-1991
Email: ccarter@williamsmullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gray Bolling Broughton**
Williams Mullen
1021 E Cary St
PO Box 1320
Richmond, VA 23218-1320
804-783-6431
Fax: 804-783-6507
Email:
gbroughton@williamsmullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Francis Redmond, Jr.**
Williams Mullen
1021 E Cary St
PO Box 1320
Richmond, VA 23218-1320
(804) 643-1991
Email: rredmond@williamsmullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ruemelin Manufacturing Company,
Inc.**

**Defendant**

**Southwest Aggregates Inc.**

**Defendant**

**Specialty Sand Company**

**Defendant**

**Sullair Corporation**

**Defendant**

**MSA Corporation**

**Defendant**

**Moldex-Metric Inc.**                    represented by   **Richard Hooper Ottinger**
                                                          Vandeventer Black LLP
                                                          500 World Trade Ctr
                                                          Norfolk, VA 23510
                                                          (757) 446-8600
                                                          Fax: 757-446-8670
                                                          Email: rottinger@vanblk.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Illinois Tool Works Inc.**

**Defendant**

**Saint Gobain Abrasives Inc.**

**Defendant**

**Sellstrom Manufacturing Co.**

**Defendant**

**Tyco International Inc.**              represented by   **Joshua Charles Prever**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Mestek Inc.**

**Defendant**

**Wheeler Protective Apparel Inc.**

**Defendant**

**Aearo Company**

**Defendant**

**Sly Incorporated**

**Defendant**

**Hanson Agregates North America
Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2007 | | NOTICE OF REMOVAL from the Circuit Court for Newport News, Virginia, Filing Fee $350; receipt number 200000923, filed by Robert L. Schmidt Company, Inc.(karm, ) Modified on 6/27/2007 to change receipt number (karm, ). (Entered: 06/26/2007) |
| 06/18/2007 | | Demurrer, Answer and Affirmative Defenses by Moldex-Metric Inc. filed in Circuit Court for the City of Newport News, Virginia.(karm, ) (Entered: 06/27/2007) |
| 06/18/2007 | | Notice of Filing the Notice of Removal to the United States District Court for the Eastern District of Virginia by Robert L. Schmidt Company, Inc. filed in the Circuit Court for the City of Newport News, Virginia. (karm, ) (Entered: 06/27/2007) |
| 06/18/2007 | | Financial Interest Disclosure Statement (Local Rule 7.1) by Robert L. Schmidt Company, Inc. (karm, ) (Entered: 06/27/2007) |
| 06/26/2007 | | MOTION and Affidavit in support of motion for admission of Susan E. Smith to appear Pro Hac Vice by defendant Robert L. Schmitt Company, Inc. Filing fee paid in all cases - see Receipts 200001013 through 200001037 in original case files. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF. (lbax, ) (Entered: 07/10/2007) |
| 06/28/2007 | | MOTION and Memorandum of Law in support of Motion to Dismiss by defendant Aearo Company. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF.(lbax, ) (Entered: 07/10/2007) |
| 06/29/2007 | | Application for Susan E. Smith, Esq. to Qualify as Foreign Attorney by defendant Robert L. Schmitt Company, Inc. Filing Fee paid (see motion filed 6/27/07). Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243- |

| | | |
|---|---|---|
| | | JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF(lbax, ) (Entered: 07/10/2007) |
| 06/29/2007 | | Answer to complaint by defendant Aearo Company. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF. (lbax, ) (Entered: 07/10/2007) |
| 06/29/2007 | | MOTION and Memorandum of Law in support of Motion to Dismiss by defendant Robert L. Schmitt Company, Inc. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF. (lbax, ) (Entered: 07/10/2007) |
| 07/06/2007 | 1 | First MOTION for Extension of Time to File Answer *(Unopposed)* by Tyco International Inc.. (Prever, Joshua) (Entered: 07/06/2007) |
| 07/06/2007 | 2 | First MOTION for Extension of Time to File Answer *(Unopposed)* by American Air Liquide Corp.. (Prever, Joshua) (Entered: 07/06/2007) |
| 07/06/2007 | 3 | Memorandum in Support re 1 First MOTION for Extension of Time to File Answer *(Unopposed)* filed by Tyco International Inc.. (Prever, Joshua) (Entered: 07/06/2007) |
| 07/06/2007 | 4 | Memorandum in Support re 2 First MOTION for Extension of Time to File Answer *(Unopposed)* filed by American Air Liquide Corp.. (Prever, Joshua) (Entered: 07/06/2007) |
| 07/06/2007 | | Answer and affirmative defenses of Louis M. Gerson Co., Inc. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF. (lbax, ) (Entered: 07/10/2007) |
| 07/06/2007 | | Financial Interest Disclosure Statement filed by defendant Louis M. Gerson, Co., Inc. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229- |

| | | |
|---|---|---|
| | | JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF. (lbax, ) (Entered: 07/10/2007) |
| 07/09/2007 | | Answer to complaint by Defendant 3M a/k/a Minnesota Mining & Manufacturing Co. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF. (lbax, ) (Entered: 07/11/2007) |
| 07/09/2007 | | Plaintiff's Response in Opposition to defendant Aearo Company's Motion to Dismiss. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF. (lbax, ) (Entered: 07/11/2007) |
| 07/11/2007 | | ORDER, Granting motion of Susan E. Smith to appear pro hac vice, on behalf of Robert L. Schmitt Company, Inc.Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF (rlam) (Entered: 07/18/2007) |
| 07/12/2007 | | Aearo Company's Reply to plaintiff's Response in opposition to Aearo Company's motion to dismiss, Related document: Plaintiff's Response, Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF (rlam) (Entered: 07/20/2007) |
| 07/12/2007 | | Correction of Fact, by Robert L. Schmitt, Inc. Associated Cases: 4:07-cv- |

| | | |
|---|---|---|
| | | 00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF(rlam) (Entered: 07/20/2007) |
| 07/17/2007 | 5 | Financial Interest Disclosure Statement (Local Rule 7.1) by Moldex-Metric Inc.. (Ottinger, Richard) (Entered: 07/17/2007) |
| 07/20/2007 | | Financial Interest Disclosure Statement (Local Rule 7.1) by American Air Liquide Corp. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF(kver, ) (Entered: 07/27/2007) |
| 07/20/2007 | | Financial Interest Disclosure Statement as to Scott Technologies, Inc. filed Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF(jcow, ) (Entered: 07/27/2007) |
| 07/20/2007 | | Answer to complaint by Scott Technologies, Inc.Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03230-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF(jcow, ) (Entered: 07/27/2007) |
| 07/24/2007 | | Financial Interest Disclosure Statement (Local Rule 7.1) by Illinois Tool Works Inc. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF(kver). (Entered: 07/27/2007) |

| | | |
|---|---|---|
| 07/25/2007 | | Notice "Supplementation of the Record" by defendant Aearo Company Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF (rlam) (Entered: 07/31/2007) |
| 07/27/2007 | | Notice of Voluntary Dismissal as to defendant Robert L. Schmitt Co., Inc. only, by counsel for plaintiffs (SIGNED BY PLAINTIFFS' COUNSEL ONLY) Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF (rlam) (Entered: 07/31/2007) |
| 08/03/2007 | | Notice of Voluntary Dismissal as to defendants MSA, Inc. Mastek, Inc., Louis M. Gerson Co., Inc. and Southwest Aggregates, Inc. only (SIGNED BY PLAINTIFFS' COUNSEL ONLY - Order endorsed by all counsel of record required) Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF (rlam) (Entered: 08/03/2007) |
| 08/24/2007 | | MOTION to Dismiss, filed by Sullair Corporation. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07-cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF(kver, ) (Entered: 08/24/2007) |
| 08/24/2007 | | Memorandum in Support re MOTION to Dismiss by Sullair Corporation; received. Associated Cases: 4:07-cv-00999-JBF, 4:07-cv-03222-JBF, 4:07-cv-03223-JBF, 4:07-cv-03224-JBF, 4:07-cv-03225-JBF, 4:07-cv-03226-JBF, 4:07-cv-03227-JBF, 4:07-cv-03228-JBF, 4:07-cv-03229-JBF, 4:07-cv-03230-JBF, 4:07-cv-03231-JBF, 4:07-cv-03232-JBF, 4:07- |

cv-03233-JBF, 4:07-cv-03234-JBF, 4:07-cv-03235-JBF, 4:07-cv-03236-JBF, 4:07-cv-03237-JBF, 4:07-cv-03238-JBF, 4:07-cv-03239-JBF, 4:07-cv-03240-JBF, 4:07-cv-03241-JBF, 4:07-cv-03242-JBF, 4:07-cv-03243-JBF, 4:07-cv-03244-JBF, 4:07-cv-03245-JBF, 4:07-cv-03246-JBF(kver, ) (Entered: 08/24/2007)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/08/2007 12:15:02 | | | |
| **PACER Login:** | wm0027 | **Client Code:** | 049170.0001 |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03232-JBF |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

BONNIE NEAL, as Executor and )
Administrator of the Estate of Kenneth Neal, )
)
       Plaintiff, )
)
v. ) Civil Action No.: 407 CV-3235
)
AMERICAN AIR LIQUIDE CORP., )
et. al. )
)
       Defendants. )

## SULLAIR CORPORATION'S MOTION TO DISMISS

     Defendant, Sullair Corporation, by counsel, for the reasons stated in the

Memorandum of Law filed herewith, herby moves the Court, Pursuant to Fed. R. Civ. P.

12(b)(6) to dismiss, in its entirety, Plaintiff's Complaint as to Sullair Corporation.

     WHEREFOR, SULLAIR CORPORATION respectfully requests that the Court

dismiss Plaintiff's Complaint.

                       Respectfully submitted,

                       SULLAIR CORPORATION

                       By: _____

Robert F. Redmond, Jr. (VSB # 32292)
Clement D. Carter (VSB# 46038)
Gray B. Broughton (VSB # 46692)
Williams Mullen
P.O. Box 1320
Richmond, Va. 23218-1320
Tel: (804) 643-1991
Fax: (804) 783-6507

1490195v1


EXHIBIT
H

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

BONNIE NEAL,                          )
                                      )
                Plaintiff,            )          Civil Action No. 407CV3235
v.                                    )
                                      )
AMERICAN AIR LIQUIDE CORP, ET AL      )
                                      )
                Defendants.           )

## SULLAIR CORPORATION'S
## MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS

Sullair Corporation ("Sullair"), by counsel, submits the following Memorandum of Law

in Support of its Motion to Dismiss.

## I.      FACTS

Bonnie Neal (hereinafter "Plaintiff") has attempted to plead a cause of action alleging

personal injury from exposure to asbestos and silica-containing products.  See Complaint ¶ 1.

However, Plaintiff's Complaint fails to allege that Plaintiff was ever diagnosed with respiratory

disease.

### A.  The Complaint Fails to Allege that Plaintiff was Diagnosed with a Respiratory Disease.

Plaintiff fails to allege that he was ever diagnosed with asbestosis or silicosis.  See

Complaint.  Plaintiff's Complaint only states that the Plaintiff "learned he suffers from silicosis

on 6/22/2004." Complaint ¶ 6.  To properly state a cause of action, a complaint must provide the

grounds for a plaintiff's entitlement to relief, not just a conclusory statement that the plaintiff

suffered harm as a result of exposure to defendant's product.  Bell Atlantic Corp. v. Twombly,

__ S. Ct. __, 2007 WL 1461066 at *2, Record No. 05-1126 (May 21, 2007).

Furthermore, not only does the Complaint in this case fail to allege that the Plaintiff was ever diagnosed with silicosis, it also fails to allege the <u>facts and circumstances surrounding such diagnosis</u>. In fact, the Complaint <u>fails</u> to specifically allege the following: 1) that Plaintiff was examined by a pulmonologist or otherwise qualified physician; 2) that there is radiographic evidence of silicosis and asbestosis; 3) that other conditions that would explain the radiographic findings have been ruled out; and 4) that the time between exposure and the onset of the disease is consistent with the latency period typical of asbestosis and silicosis. <u>See</u> Complaint. Again, the Complaint only states that the Plaintiff "learned he suffers from silicosis on 6/22/2004." Complaint ¶ 6.

By failing to allege that the Plaintiff was <u>ever diagnosed</u> with asbestosis or silicosis, much less provide the diagnosing process to determine whether Plaintiff was properly diagnosed, the Complaint fails to plead with the particularity required to show that Plaintiff is entitled to relief, making this case ripe for dismissal under Rule 12(b)(6).  <u>Id.</u>; <u>Twombly</u> at *2.

**B. <u>A Multi-District Litigation Judge Assigned over 10,000 Claims Similar to Plaintiff's Claim has Established the Acceptable Method for Pleading Respiratory Disease.</u>**

Plaintiff's case falls into a category of cases that were carefully scrutinized by a United States district court judge assigned as the Multi-District Judge in MDL 1553 – Silica Litigation. <u>In re Silica Products Liability Litigation</u>, 389 F.Supp.2d 563 (S.D. Tex. 2005). Judge Janis Jack, United States District Judge for the Southern District of Texas held a three-day <u>Daubert</u> hearing looking into the alleged diagnoses supporting over 10,000 claims like the claim brought by this Plaintiff.

**1. <u>The History and Progression of Silica and Silicosis.</u>**

"Silica, also known as silicon dioxide, is the second most common mineral in the earth's crust and is the primary ingredient of sand and 95 percent of the earth's rocks." <u>In re Silica</u>

<u>Products Liability Litigation</u>, 389 F.Supp.2d at 569.   When sand or rocks are chipped, cut, drilled or ground, respirable-sized particles of silica may be produced, and the mineral becomes potentially dangerous.   Inhaled silica particles may be trapped in the lungs, causing areas of swelling and scarring.   <u>Id.</u> Over time, these swollen areas can grow larger, breathing can become increasingly difficult, and eventually, the lungs may fail completely, resulting in death. This disease is called "silicosis." <u>Id.</u>

Silicosis is classified into three types:  1) chronic/classic, 2) accelerated and 3) acute.   <u>Id.</u> at 569.  Chronic or classic silicosis, the most common form, typically requires at least 15-20 years of moderate to low exposure of respirable silica.  <u>Id.</u>  Accelerated silicosis can occur after 5-10 years of high exposure.  Acute silicosis occurs after a few months or as long as two years of exposure to extremely high concentrations of respirable silica.  <u>Id.</u>  The symptoms associated with silicosis include shortness of breath, fatigue, chest pain, weight loss, fever and/or respiratory failure.  <u>Id.</u> (internal citations omitted).

Silica exposure is most prevalent in occupations such as abrasive blasting (i.e., "sandblasting"), mining, quarrying, and rock drilling.  <u>In re Silica Products Liability Litigation</u>, 389 F.Supp.2d at 570.  Employers and regulators have implemented numerous measures and regulations to reduce workers' exposure to respirable silica.  <u>Id.</u>

The number of U.S. workers exposed to silica dust has declined steadily from 1970 to 2002.  <u>Id.</u> (internal citations omitted).   Correspondingly, silicosis deaths have also steadily declined. <u>Id.</u> at 570-71 (internal citations omitted).  Deaths attributable to silicosis in the U.S. have declined steadily each year from 1,157 deaths in 1968 to 187 deaths in 1999.  <u>Id.</u> at 571 (internal citations omitted). The state with the highest silicosis mortality rate is West Virginia, with an age-adjusted mortality rate of 4.74 deaths per million population over the 10-year period

from 1990-1999. Id. (internal citations omitted). Mississippi, the venue for the overwhelming majority of the claims in the Silica MDL, ranked in the bottom quintile for silicosis mortality rates.

After researching the issue thoroughly, citing sources such as the Center for Disease Control ("CDC"), Judge Jack found that one would anticipate approximately eight new silicosis cases per year in Mississippi and approximately 1,204 new silicosis cases per year throughout the entire United States. In re Silica Products Liability Litigation, 389 F.Supp.2d at 571. From 2002-2004, there were 20,479 new silicosis claims in Mississippi, which is over five times greater than the total number of silicosis cases one would expect over the same period in the entire United States. Id. at 572. This explosion in the number of silicosis claims in Mississippi suggests a silicosis epidemic. Id.

Given the sheer volume of claims filed in Mississippi, one would expect the CDC or NIOSH to be involved, local health departments and physician groups to be mobilized and a flurry of articles and attention from the media. In re Silica Products Liability Litigation, 389 F.Supp.2d at 572. But none of these things ever happened. Id. In short, Judge Jack concluded that this appeared to be a "phantom epidemic, unnoticed by everyone other than those enmeshed in the legal system." Id. Judge Jack further concluded that there were two explanations for the explosion of silica claims in Mississippi: 1) an industrial disaster of unprecedented proportion; or 2) fraud. Id. at 572-73.

## 2. Background on the MDL Plaintiffs and their Claims.

The Judicial Panel on Multidistrict Litigation centralized 111 actions into Multi-District Litigation before Judge Jack for coordinated or consolidated pretrial proceedings. In re Silica Products Liability Litigation, 389 F.Supp.2d at 573. Over the course of almost two years, the

parties conducted extensive discovery and held in-person status conferences every 5-8 weeks. Id. at 576.

Between each status conference, the court ruled on a multitude of motions, conducted a number of phone conferences to resolve discovery disputes, entered protective orders, and otherwise implemented administrative measures designed to move these cases forward. In re Silica Products Liability Litigation, 389 F.Supp.2d at 578. In short, immeasurable judicial resources were spent on the claims before the MDL.

The MDL Court then conducted court depositions of the Plaintiffs' diagnosing experts and the "screening companies" that hired them. In re Silica Products Liability Litigation, 389 F.Supp.2d at 579 (internal citations omitted). As discussed below, screening companies were hired by plaintiffs' law firms to seek out individuals who ever been exposed to silica-containing products, diagnose them with silicosis, and refer them to their law firms.

### 3. The Medically-Accepted Method for Diagnosing Respiratory Disease.

The court established the basis mechanism for diagnosing asbestosis or silicosis: 1) a history of exposure to silica dust; 2) radiographic evidence of silicosis; 3) the "absence of any good reason to believe that the radiographic findings are the result of some other condition"; and 4) the time between exposure and the onset of disease must be consistent with the latency period typical of the respiratory disease. In re Silica Products Liability Litigation, 389 F.Supp.2d at 589.

### i. A Plaintiff Must Have "Sufficient Exposure" to Silica or Asbestos-Containing Products.

Traditionally, the "exposure histories" (or "work histories") were virtually always taken by people with no medical training, who had significant financial incentives to find someone positive for exposure to silica (or asbestos, depending upon which type of suit the employing law

firm was seeking to file). In re Silica Products Liability Litigation, 389 F.Supp.2d at 622; see Allen v. Pennsylvania Eng'g Corp., 102 F.3d 194, 197 n. 3 (5th Cir. 1996) (citing with approval a case affirming the exclusion of an expert in part because "the expert's testimony 'was influenced by litigation-driven financial incentive' "). These "histories" were devoid of meaningful details, such as the duration and intensity of exposure, which are critical to determining whether someone has sufficient exposure, dosage and latency to support a reliable diagnosis. In re Silica Products Liability Litigation, 389 F.Supp.2d at 622.

Experts in the field of occupational medicine do not consider taking an occupational history to be "beneath" a physician. In re Silica Products Liability Litigation, 389 F.Supp.2d at 623. "A 'detailed' occupational history is necessary for diagnosing silicosis and it should 'come from somebody trained medically to take that kind of history.'" Id. (internal citations omitted). As one of the plaintiffs' doctors (Dr. Segara) in the MDL testified, "It is not appropriate for anyone other than the physician or an agent of the physician to take the exposure and past medical history." Id. (internal citations omitted). Dr. Segara also testified that when seeing a suspected silicotic, he devotes approximately thirty minutes to taking the person's occupational and medical histories, smoking history and physical examination. Id. (internal citations omitted).

Having a someone with medical training take the work history is important because a work history can not only help confirm that the shadows on an x-ray are in fact silicosis or asbestosis, but they can also suggest that shadows could very well represent something other than silicosis or asbestosis. In re Silica Products Liability Litigation, 389 F.Supp.2d at 623-24. The proper diagnosis of silicosis or asbestosis "depends critically on a comprehensive and appropriate patient history that adequately explores the relation of the disease to the occupation." Id. at 624. This type of thorough, detailed, physician-guided work/exposure history is the kind

of history that experts in the field of occupational medicine insist upon when diagnosing silicosis or asbestos.  Id.  It is therefore the type of history required by the Federal Rules for these diagnoses to be admissible.  Id. (citing Allen v. Pennsylvania Eng'g Corp., 102 F.3d 194, 198 (5th Cir.1996) ("An additional ground for excluding the opinions lies in Federal Rule of Evidence 703, which requires that the facts on which the expert relies must be reasonably relied on by other experts in the field.").

In the absence of an appropriate work history, there is no way for the diagnosing doctors to have known the potential intensities of respirable silica exposure, the duration of the exposure, information as to dosage (i.e., the types respiratory protection worn by the individual, and/or any engineering controls that were in place by the employer to reduce the amount of exposure), as well as information as to possible alternative causes of the radiographic findings.  In re Silica Products Liability Litigation, 389 F.Supp.2d at 624.  "Scientific knowledge of the harmful level of exposure to a chemical, plus knowledge that the plaintiff was exposed to such quantities, are minimal facts necessary to sustain the plaintiffs' burden in a toxic tort case."  Id. (citing Allen v. Pennsylvania Eng'g Corp., 102 F.3d at 199.)

In this Complaint the alleged "history" is "so deficient as to not even merit the label."  In re Silica Products Liability Litigation, 389 F.Supp.2d at 624; see Complaint.  The Complaint only gives the Plaintiff's names, dates, locations and types of employment without covering any of the details described above.  In this case, there may have been a diagnosing physician who took an appropriate work/exposure history.  The Complaint does not let the Court or the Defendants know.  See Complaint.

Looking no further than the first criterion of a proper diagnosis, Plaintiff's Complaint fails to satisfy the minimum, medically-acceptable criteria for the diagnosis of asbestosis or

silicosis, and therefore, also fails the pleadings standard set for in <u>Twombly</u>. __ S. Ct. __, 2007 WL 1461066 at *2.  Plaintiff's Complaint does not even allege that he was <u>even diagnosed</u> with silicosis, much less that Plaintiff had "sufficient exposure" to silica.

### ii.  There Must be "Radiographic Evidence" of Respiratory Disease, i.e. a Positive "B-Read."

Both asbestosis and silicosis are chronic lung diseases caused by the inhalation of dusts found in a variety of workplaces.  <u>In re Silica Products Liability Litigation</u>, 389 F.Supp.2d at 594.  The diagnostic criteria for both diseases include the examination of chest x-rays.  <u>Id.</u>  On a chest x-ray, silicosis presents with small, rounded opacities, in the upper or mid zones of the lungs.  <u>Id.</u> (internal citations omitted).  By contrast, on a chest x-ray, asbestosis presents with irregular linear opacities, primarily at the bases and periphery of the lungs.  <u>Id.</u> (internal citations omitted).  Also, unlike with silicosis, in cases of asbestosis, "pleural thickening" is common.  <u>Id.</u> (internal citations omitted).

According to generally-accepted medical principles, the best way to evaluate whether there is radiographic evidence of respiratory disease is to have someone qualified do a "B-read," which is a review of an x-ray without a predetermined notion of what the diagnosis is/should be.  But as discussed above and below, "a positive B-read simply does not equal a diagnosis."  <u>In re Silica Products Liability Litigation</u>, 389 F.Supp.2d at 625.   "To reach a medical diagnosis certainly requires more than just shadows on a chest x-ray.  Because those shadows can be caused by any number of disease processes."  <u>Id.</u> (internal citations ommited).  Moreover, even assuming that the B-read itself is performed in an unbiased and reliable manner (a "highly dubious assumption" given the similarities of the complaints filed by Plaintiff's counsel to the cases before the MDL), the history and purpose of the B-reader program exposes a more fundamental problem in the current use of B-reads by plaintiffs claiming respiratory disease.  <u>Id.</u>

(internal citations omitted).

Although work history is important for overall diagnosing purposes, when classifying radiographs for diagnosing purposes, it's <u>essential</u> that the reader does not consider any information about the individuals concerned other than the radiographs themselves.  Awareness of supplementary details specific to the individuals can introduce bias into the results.  <u>In re Silica Products Liability Litigation</u>, 389 F.Supp.2d at 626 (internal citations omitted).  A B-reader is supposed to read the film without any knowledge of the patient or the suspected disease-to be, <u>i.e.</u>, "totally unaware of the suspected occupational or environmental exposure of the person whose film you're classifying." <u>In re Silica Products Liability Litigation</u>, 389 F.Supp.2d at 626-27 (internal citations omitted).  However, in the setting of a mass screening and/or mass B-reading for litigation, the B-reader is acutely aware of the precise disease he is supposed to be finding on the x-rays, which undercuts the whole process.  <u>Id.</u> at 627.  In many cases, the doctors repeatedly testify that they were told to look for silicosis, and the doctors did as they were told – even if it wasn't there.  <u>Id.</u>

In the MDL, Judge Jack noted that the evidence of the unreliability of the B-reads performed for this MDL is matched by evidence of the unreliability of B-reads in asbestos litigation.  <u>In re Silica Products Liability Litigation</u>, 389 F.Supp.2d at 629.

In addition to failing to satisfy the first criterion of alleging a proper diagnosis, Plaintiff's Complaint fails to satisfy the second criterion of alleging a minimum, medically-acceptable diagnosis of asbestosis or silicosis by failing to allege positive radiographic evidence of asbestosis or silicosis.  Plaintiff's Complaint does not even allege that Plaintiff was <u>even diagnosed</u> with silicosis, much less allege that there is positive radiographic evidence of silicosis, which, on its own, is enough for the Complaint to fail the pleadings standard set for in <u>Twombly</u>.

__ S. Ct. __, 2007 WL 1461066 at *2.

### iii. The Diagnosing Physician Must Engage in "Differential Diagnosis," i.e. Eliminating Other Possible Causes for Positive Radiographic Findings.

In the overwhelming majority of the MDL cases, the diagnosing doctors simply ignored this final criterion (i.e., the absence of any good reason to believe that the positive radiographic findings are the result of some other condition) altogether.  In re Silica Products Liability Litigation, 389 F.Supp.2d at 629-30.  One of the reliability factors specifically enunciated in Daubert is whether the expert's technique is generally accepted in the relevant scientific community.  Id. (citing Daubert, 509 U.S. at 593-94, 113 S.Ct. 2786).  For example, in Pipitone v. Biomatrix, Inc., 288 F.3d 239 (5th Cir. 2002), the Fifth Circuit expressly held in the context of a Daubert ruling that a physician's "elimination of various alternative causes ... were based on generally accepted diagnostic principles related to these conditions." Id. at 246.   In the MDL cases before Judge Jack, however, "the doctors' fail[ure] to exclude other alternative causes of the radiographic findings clearly is not generally accepted in the field of occupational medicine." In re Silica Products Liability Litigation, 389 F.Supp.2d at 625-26

As Judge Jack noted, to reach a medical diagnosis certainly requires more than just shadows on a chest x-ray, because those shadows can be caused by any number of disease processes.  In re Silica Products Liability Litigation, 389 F.Supp.2d at 630.  For example, if the shadows were consistent with silicosis, the diagnosing physician would explore the patient's workplace exposures and medical history over the patient's lifetime because the findings could be attributed to something other than silicosis.  Id. at 630-31.  Radiographic findings consistent with silicosis may be caused by the following diseases:  other pneumoconioses, such as coal worker's pneumoconiosis, berylliosis and byssinosis;  infectious diseases, such as tuberculosis;

collagen vascular diseases, such as rheumatoid arthritis and lupus;  fungal diseases, such as histoplasmosis and coccidioidomycosis;  as well as sarcoidosis.  In re Silica Products Liability Litigation, 389 F.Supp.2d at 631 (internal citations omitted).  Radiographic findings consistent with silicosis also may be caused by certain infections, drugs and pharmaceutical preparations, congestive heart failure, obesity or simply inferior quality x-ray equipment or film.  Id. (internal citations omitted).  Given the wide variety of possible causes for x-ray findings consistent with silicosis, the occupational, medical and travel histories must be directed by someone with sufficient medical training and knowledge to guide the questioning through all of the areas necessary to exclude each of the other possible causes for the findings.  Id. at 631.  This is why experts in the field of occupational medicine opine that it is imperative for the diagnosing physician take at least some portion of the histories in order to make a competent differential diagnosis.  Id.

In addition to failing to satisfy the first two criteria of alleging a proper diagnosis, Plaintiff's Complaint fails to satisfy the third criterion of alleging a minimum, medically-acceptable diagnosis of silicosis by failing to allege the diagnosing physician made a competent differential diagnosis.  Plaintiff's Complaint does not even allege that Plaintiff was even diagnosed with asbestosis and silicosis, much less allege that the diagnosing physician made a competent differential diagnosis, which, on its own, is enough for the Complaint to fail the pleadings standard set for in Twombly. __ S. Ct. __, 2007 WL 1461066 at *2.

### 4. Although both are Occupational Respiratory Diseases, a Qualified Physician Can Easily Distinguish Asbestosis and Silicosis when Diagnosing a Patient.

On a chest x-ray, silicosis presents with small, rounded opacities, in the upper or mid zones of the lungs.  In re Silica Products Liability Litigation, 389 F.Supp.2d at 594 (internal citations omitted).  By contrast, on a chest x-ray, asbestosis presents with irregular linear

opacities, primarily at the bases and periphery of the lungs.   Id. (internal citations omitted). Also, unlike with silicosis, in cases of asbestosis, "pleural thickening" is common. Id. (internal citations omitted).  Because asbestosis and silicosis have such different appearances on an x-ray, in a clinical setting, "confusion between silicosis and asbestosis does not occur."   In re Silica Products Liability Litigation, 389 F.Supp.2d at 595.  (citing Dr. David Weill, Senate Judiciary Committee Testimony, Fed. Doc't Clearinghouse at 4 (Feb. 3, 2005)).

While it is theoretically possible for one person to have both silicosis and asbestosis, it would be a clinical rarity.   In re Silica Products Liability Litigation, 389 F.Supp.2d at 595.  "A person could be exposed to both silica and asbestos in sufficient quantities to cause either disease, but it would be extremely unusual for a person in a working lifetime to have sufficient exposure to both types of dust to cause both diseases." Id.  "Stated differently, a golfer is more likely to hit a hole-in-one than an occupational medicine specialist is to find a single case of both silicosis and asbestosis." Id. at 603.

Roughly half of the other complaints filed by this Plaintiff's attorney allege that the plaintiffs "learned he suffers" from both asbestosis and silicosis, the equivalent of claiming to have made a "hole-in-one."  This Plaintiff's Complaint, therefore, demands strict scrutiny under the pleading standards set for in Twombly and should be dismissed for failure to state a claim for which relief could be granted.  Twombly, __ S. Ct. __, 2007 WL 1461066 at *2.

### 5.  Screening Companies are Inherently Unreliable for Diagnosing Respiratory Disease.

The majority of claims in the MDL relied upon diagnoses given by doctors associated with screening companies, companies hired by plaintiffs' law firms to feed them referrals of people "diagnosed" with silicosis. In re Silica Products Liability Litigation, 389 F.Supp.2d at 597. The screening companies were owned and operated by individuals with little to no medical

training and very limited educational backgrounds. Id. (internal citations omitted). The screening companies started out simply providing x-rays to law firms. Id. But the law firms quickly began asking the screening companies to also provide doctors to read the x-rays, perform physical examinations and provide finalized diagnostic reports, ready for litigation. Id. The screening companies paid doctors $125 per potential plaintiff for the "diagnosing" process which included some combination of the following three steps: (1) reading the x-ray, (2) conducting an abbreviated physical exam, and (3) making a diagnosis. Id. (internal citations omitted). Over time, the screening companies sent x-rays to "multitudes of B-readers" who would read the x-ray, while one doctors would perform the physical examinations and make the diagnoses. Id. (internal citations omitted).

Generally, the first stages of the screening process operated as follows: (a) the law firm provided the screening company with a list of people (for instance, existing asbestos plaintiffs or workers at industrial sites); (b) either the law firm or the screening company sent out a mass mailing asking the recipient to call the screening company's toll-free phone number; (c) the staff answering the phone would ask if the caller had been exposed to silica; and, (d) for those who "showed some form of being exposed to silica," the caller would be encouraged to attend a mass screening. In re Silica Products Liability Litigation, 389 F.Supp.2d at 597-98 (internal citations omitted).

On the day of a screening, the screening company parked its van or truck (carrying a mobile x-ray machine) in the parking lot of a hotel or a retail establishment. Id. (internal citations omitted). As each client arrived in front of the van or trailer, a receptionist greeted the client, and using a standard form prepared by the screening company or law firm, verified that the client had an appointment and the information previously given by the client over the telephone. Id.

(internal citations omitted).   The client then underwent a chest x-ray.   Id. (internal citations omitted). [1]

In the MDL cases, after the x-ray was taken, the "diagnosing physician" read the film using a view box, and decided whether the patient should have PFTs, i.e., pulmonary function tests. In re Silica Products Liability Litigation, 389 F.Supp.2d at 599 (internal citations omitted). PFTs are a broad range of tests that measure how well the lungs take in and exhale air and how efficiently they transfer oxygen into the blood.   Id. (internal citations omitted).   While PFTs by themselves cannot determine the cause of any abnormality, they can be used in combination with a chest x-ray and other tests to help determine what type of lung disease a person has.   Id.   In the MDL cases, the screening company personnel were not respiratory therapists and they performed these tests with no training or, at best, after attending a three-day course. Id.

In the MDL cases, when a potential plaintiff's PFT showed an airway obstruction, the screening companies failed (because of ignorance or "efficiency") to use albuterol or a nebulizer to see if the person had reversible airway disease (like asthma) and then repeat the PFT, as was the accepted practice of a respiratory therapists.   Id. (internal citations omitted).

In the MDL cases before Judge Jack, after the PFTs were performed, the "diagnosing physician" performed an abbreviated physical examination (taking about two minutes per client) and completed the the necessary paperwork in front of the patient.   During the physician's sole meeting with the client, the doctor would not ask the client about his or her work history; instead the doctor simply relied upon the information gathered by the screening company.   In re Silica

---

[1] It is important to note that mobile units operating out of a van or trailer must have rigorous medical oversight, to ensure that proper safety standards are observed.   In re Silica Products Liability Litigation, 389 F.Supp.2d at 598 (internal citations omitted). Moreover, mobile x-ray units often are not as heavy as ones in offices and do not always have a consistent power source, which can lead to inferior quality films. Id. (internal citations omitted).   With respect to the units used by the screening companies in the MDL (and potentially in the present case), there is no evidence of medical oversight (rigorous or otherwise), sufficiently heavy x-ray units, or a consistent power source. Id. (internal citations omitted).

Products Liability Litigation, 389 F.Supp.2d at 600 (internal citations omitted).  After completing the paperwork, the physician informed the client of his diagnosis. Id. (internal citations omitted). After a while, the screening companies had a stack of blank forms that had been signed by the "diagnosing physicians." Id. (internal citations omitted).

Screening companies have an enormous incentive to diagnose patients with respiratory disease and refer them to plaintiffs' law firms.  In the MDL cases, if the patient received a diagnosis of silicosis, a receptionist informed the patient that they could choose any lawyer they wanted, but that a lawyer was waiting for them at a nearby offsite location.  In re Silica Products Liability Litigation, 389 F.Supp.2d at 600 (internal citations omitted).  If the patient who was diagnosed with silicosis signed-up with that law firm to be a plaintiff, then the law firm typically paid the screening company $750 for screening that patient. Id. (internal citations omitted).  If the patient was not diagnosed with silicosis or did not sign-up with the law firm, the law firm paid nothing to the screening company.  Id.  The financial incentive for "diagnosing" a patient with silicosis was obvious.

In the present case, Plaintiff's Complaint does not allege that he was ever diagnosed with silicosis, much less allege how the plaintiff "learned he suffers from" silicosis.  He may have been properly diagnosed by a qualified physician or he may have been run through a screening process by a screening process.  Because the Complaint fails to plead with specificity, the Court cannot know.  Plaintiff's Complaint, therefore, fails to satisfy the pleading standards set for in Twombly by not providing the grounds for Plaintiff's alleged entitlement to relief, and should be dismissed for failure to state a claim.  __ S. Ct. __, 2007 WL 1461066 at *2.

### 6.  The Doctors Hired by Screening Companies Are Not Involved in the Process of "Diagnosing" Respiratory Diseases, Making the "Diagnosis" Unreliable.

After reviewing plaintiffs' fact sheets in the MDL, Judge Jack noted twelve doctors

diagnosed all 9,083 Plaintiffs for whom fact sheets had been submitted.  In re Silica Products Liability Litigation, 389 F.Supp.2d at 633.  The likely "explanation is the fact that in every case involving a screening company, the diagnoses were essentially manufactured on an assembly line.  The steps in the diagnosing process were divided among a number of different people, not all of whom were qualified and none of whom assumed overall responsibility and oversight for the entire process." Id.

It is notable that, in the MDL cases, "the diagnosing doctors emphasized that they did not consider the people being screened to be patients."  In re Silica Products Liability Litigation, 389 F.Supp.2d at 634.  It is also readily apparent that the failure of the "diagnosing physicians" to observe the same standards for a "legal diagnosis" as they do for a "medical diagnosis" renders their diagnoses in this litigation inadmissible under F.R.E. 702.

In the end, the diagnoses in the MDL cases "were about litigation rather than health care." In re Silica Products Liability Litigation, 389 F.Supp.2d at 635.

Plaintiff's Complaint in the present case does not discuss how he "learned he suffers" from silicosis.  See Complaint ¶ 6.  Furthermore, as discussed further below, there is evidence replete throughout this Complaint and the complaints filed by Plaintiff's attorney that this is a "screened case."  While Plaintiff may have been properly diagnosed, the Court cannot even make an educated guess by looking at the Complaint.  As such, the Court should dismiss the Complaint for failure to plead with the specificity required to entitle him to relief.  Plaintiff's Complaint, therefore, fails to satisfy the pleading standards set for in Twombly, and should be dismissed for failure to state a claim.  __ S. Ct. __, 2007 WL 1461066 at *2.

## C.  Plaintiff's Complaint Appears to be a Screened Case.

### 1.  The Vast Majority of the Companion Cases to This Case  Allege the Same Diagnosis Date.

Of the total 32 Complaints originally filed by Plaintiff's counsel in the Circuit Court for the City of Newport News, 27 of the plaintiffs "learned [they] suffer[]" from a respiratory disease on 6/22/04. Three of the 32 allegedly "learned they suffer" from a respiratory disease on 8/24/04. This fact indicates that the plaintiffs were processed by a "screening company" through some type of screening system. In re Silica Products Liability Litigation, 389 F.Supp.2d at 599-600. As discussed above, screening systems have been exposed as inherently unreliable and a vehicle for bringing baseless claims. The present Complaint does not mention any physician involvement or a diagnostic process. Plaintiff's Complaint, therefore, fails to satisfy the pleading standards set for in Twombly by not providing the grounds for Plaintiff's alleged entitlement to relief, and should be dismissed for failure to state a claim. __ S. Ct. __, 2007 WL 1461066 at *2.

## 2.  Roughly Half of the Cases Allege the Plaintiffs "Suffer" from Both Asbestosis and Silicosis, a Clinical Rarity.

It is notable that roughly half of the Complaints filed by this Plaintiff's attorney allege that the plaintiff "suffers from" both asbestosis and silicosis, which borders impossibility. "Because asbestosis and silicosis have such different appearance on an x-ray, in a clinical setting, confusion between silicosis and asbestosis does not occur." In re Silica Products Liability Litigation at 595 (internal citation omitted). "A person could be exposed to both silica and asbestos in sufficient quantities to cause either disease, but it would be extremely unusual for a person in a working lifetime to have sufficient exposure to both types of dust to cause both diseases." Id. Furthermore, [w]hile it is theoretically possible for one person to have both silicosis and asbestosis, it is a clinical rarity" that the leading pathologists for respiratory diseases have never seen. Id. "Stated differently, a golfer is more likely to hit a hole-in-one than an occupational medicine specialist is to find a single case of both silicosis and asbestosis." Id. at

603.  Yet, of the 32 companion cases brought by Plaintiff's counsel, <u>fifteen</u> (15) are alleged to "suffer[] from Asbestosis and Silicosis." <u>See</u> Paragraph 6 of complaints brought by Plaintiff's counsel.  This leads to the inescapable conclusion that Plaintiff's case is a "screened case." Plaintiff's Complaint, therefore, fails to satisfy the pleading standards set for in <u>Twombly</u> by not providing the grounds for Plaintiff's alleged entitlement to relief, and <u>should be dismissed for failure to state a claim</u>. __ S. Ct. __, 2007 WL 1461066 at *2.

## II.    <u>STANDARD OF REVIEW</u>

A complaint must "'give the defendant fair notice of what the …claim is and the grounds upon which it rests,'" or else it fails to comply with the pleading requirements of Fed. R. Civ. P. 8. <u>Twombly</u>, __ S.Ct. __, 2007 WL 1461066 at *2 (citing Conley v. Gibson, 355 U. S. 41, 47 (1957)).  "While a complaint attacked by a Rule 12(b)(6) motion to dismiss does not need detailed factual allegations, a plaintiff's obligation to provide the 'grounds' of his 'entitlement to relief' <u>requires more than labels and conclusions</u>, and a formulaic recitation of a cause of action's elements will not do." <u>Id.</u> (internal citations omitted).  Plaintiff's factual allegations that he "suffers from" asbestosis and silicosis "must be enough to raise a right to relief <u>above the speculative level</u> on the assumption that all of the complaint's allegations are true." <u>Id.</u> (emphasis added).

A motion to dismiss under Fed. R. Civ. P. 12(b)(6) should be granted if it appears that plaintiff "can prove no set of facts in support of his or her claim which would entitle the plaintiff to relief." <u>See</u> <u>Adams v. NVR Homes</u>, 193 F.R.D. 243, 249 (D. Md. 2000) (citing <u>Conley v. Gibson</u>, 355 U.S. at 45-6).  In this case, there are no allegations in the Complaint that the Plaintiff was ever medically diagnosed with asbestosis and silicosis.

## III.   <u>ARGUMENT</u>

## A. Plaintiff Fails to Plead with the Particularity Required to Show that Plaintiff is Entitled to Relief.

Fed. R. Civ. P. 8(a) requires that a complaint show "that the pleader is entitled to relief." A complaint must assert "enough facts to state a claim to relief that is plausible on its face." Twombly, __ S.Ct. __, 2007 WL 1461066 at *3.  Furthermore, a complaint must state sufficient facts to enable the defendant to draft a responsive pleading.  Jetform Corp. v. Unisys Corp., 11 F. Supp. 2d 788 (E.D. Va. 1998).  In an effort to reduce the volume of baseless claims and the expense associated in taking such claims through the discovery process, the Supreme Court has made it clear through Twombly, that plaintiffs must strictly adhere to the pleadings rule or else their claims will be dismissed for failure to state a claim.  See Twombly, __ S.Ct. __, 2007 WL 1461066.

It is a matter of simple pleading rules that a complaint alleging injury from exposure to asbestos or silica-containing products must allege 1) the plaintiff was diagnosed with a respiratory disease and 2) the factual basis to support that the diagnosis was done properly.  By failing to allege the factual basis for Plaintiff's alleged diagnosis, the Complaint is fatally deficient.  In re Silica Products Liability Litigation, 389 F.Supp.2d at 589-95; see also Teachers' Retirement System of LA v. Hunter, 477 F.3d 162 (4th Cir. 2007) (affirming dismissal of class action on for failure to "plead facts" sufficient to permit reasonable belief that plaintiff entitled to relief.)[2]

---

[2] Dismissal of Sullair for Plaintiff's failure to plead sufficient facts to establish that Plaintiff has been diagnosed with a respiratory disease is consistent with the Supreme Court of Virginia's recent decision – Ford Motor Company v. Benitez.  In Ford the Supreme Court reiterated that Va. Code § 8.01-271.1 requires an attorney signing a pleading certify that the pleading is well-grounded in fact and complete.  ___ Va. ___, 639 S.E.2d 203, Record No. 051769 (January 12, 2007).  In the present case, Plaintiff's counsel filed the Complaint without alleging the factual basis for Plaintiff's alleged diagnosis.  Instead the Complaint only makes the conclusory statement that Plaintiff "learned he suffers" from his alleged respiratory disease on a specific date.  Therefore, dismissal of Sullair under Virginia procedural law is appropriate.

The factual basis necessary to sufficiently plead Plaintiff's alleged diagnosis of a respiratory disease is well-established:

> The basis mechanism for diagnosing silicosis is not controversial.  [1.] A diagnosis requires a history of exposure to silica dust, [2.] radiographic evidence of silicosis, and [3.] the "absence of any good reason to believe that the radiographic findings are the result of some other condition." [4.] It is also important that the time between exposure and the onset of disease is consistent with the latency period typical of silicosis.

In re Silica Products Liability Litigation, 389 F.Supp.2d 563, 589 (S.D. Tex. 2005). [3]

The Complaint only states that Plaintiff worked "with and around" silica and that the Plaintiff "learned he suffers from" silicosis, which is fatally insufficient.  Not only is Plaintiff's Complaint fatally lacking the facts surrounding Plaintiff's alleged diagnosis, it fails to even allege that Plaintiff was diagnosed at all!

As stated above, Plaintiff fails to allege the following: 1) that Plaintiff was examined by a pulmonologist or otherwise qualified physician; 2) that there is radiographic evidence of silicosis and asbestosis; 3) that other conditions that would explain the radiographic findings have been ruled out; and 4) that the time between exposure and the onset of the disease is consistent with the latency period typical of asbestosis and silicosis.  See Complaint.  The Complaint fails to provide the "grounds" of Plaintiff's "entitlement to relief," but instead just provides the conclusory statement that Plaintiff "learned he suffers" from asbestosis and silicosis, which is insufficient and ripe for dismissal under Rule 12(b)(6).  Twombly at *2; see also In re Silica Products Liability Litigation, 389 F.Supp.2d at 595; see Complaint ¶ 6.

"Complaints should not be filed in matters where plaintiffs intend to find out in discovery whether or not, and against whom, they have a cause of action."  In re Silica Products Liability Litigation, 389 F.Supp.2d at 663.  "Absent exigent circumstances, plaintiffs' counsel should not

---

[3] The facts required to diagnose asbestosis and silicosis are the same, with the addition that in cases of asbestosis "pleural thickening" is common.  Id. at 594.

file a complaint until sufficient information is obtained, and plaintiffs' counsel believes in good faith that *each plaintiff* has an appropriate cause of action to assert against a defendant in the jurisdiction where the complaint is to be filed." Id. (emphasis in original).   "To do otherwise is an abuse of the system." Id.

The consequence of not alleging that the Plaintiff was diagnosed as described above leaves the very real possibility that a baseless claim will be allowed to survive through the discovery process and not be uncovered until summary judgment or trial, wasting judicial and other resources. In re Silica Products Liability Litigation, 389 F.Supp.2d at 636.  The Complaint needs to allege that the diagnosing physician is qualified and reliable, carefully reviewed any x-rays taken of the Plaintiff, and ruled out any other possible diseases or conditions; otherwise, months or years of discovery could pass until the Court learns that the diagnosing physician is refusing to testify and/or isn't qualified to testify as an expert witness because he didn't actually diagnose the Plaintiff.  For example, if the "diagnosing physician" were Dr. Harron, one of the physicians challenged in the MDL cases before Judge Jack, it would instruct the Court that Dr. Harron's testimony would likely not be admissible at trial because he has expressed that he intends to exercise his privilege against self-incrimination. See Arron v. Garlock Sealing Technologies, Law No. 37973, Letter Op. of 12/4/06 at 6 (Va. Cir.) (holding Dr. Harron would not be allowed to testify at trial "unless and until the plaintiff establishes that Dr. Harron's testimony will be free of . . . taint")[4]; see also In re Silica Products Liability Litigation, 389 F.Supp.2d at 608, 680 (holding Dr. Harron's testimony and accompanying diagnoses were inadmissible).  Stated differently, Plaintiff may have been properly diagnosed by a reliable physician.  However, unless he pleads the factual basis supporting the allegation that he was

---

[4] A copy is attached as Ex. 1.

properly diagnosed by a reliable physician, the Complaint is proper for dismissal under Rule 12(b)(6).

**B.**  **The Allegations in Plaintiff's Complaint Lead to the Inescapable Conclusion that Plaintiff's Case is a "Screened Case" Ripe for Dismissal.**

Plaintiff's claim, when viewed in conjunction with the other respiratory disease claims filed by Plaintiff's counsel, suggests that this case is a "screened case." The cases all have the same defendants; the vast majority of the plaintiffs allegedly "learned [they] suffer[]" from a respiratory disease on the same date; and roughly half of the cases allege the plaintiff has asbestosis _and_ silicosis, a clinical rarity. The fact that Plaintiff's own allegations suggest that this is a screened case, illustrate even clearer the need to for this Court to hold Plaintiff's Complaint to the pleading standards set forth by the U.S. Supreme Court in Twombly, described above.

**1.**  **The Vast Majority of the Plaintiffs "Learned" They "Suffer" form a Respiratory Disease on the Exact Same Date.**

Of the total 32 Complaints originally filed by Plaintiff's counsel in the Circuit Court for the City of Newport News, 27 of the plaintiffs were allegedly diagnosed on 6/22/04. Three of the 32 were allegedly diagnosed on 8/24/04. This fact indicates that the plaintiffs were processed through some type of screening system. Screening systems have been exposed as inherently unreliable and a vehicle for bringing baseless claims. "In searching for an explanation in the legal field [for the resurgence of asbestos cases when there has been a steady decline in silicosis rates and mortality], one might focus on . . . the decline in asbestosis lawsuits, leaving . . . screening companies scouting for new means of support." In re Silica Products Liability Litigation, 389 F.Supp.2d 563, 620 (S.D. Tex. 2005). "These diagnoses [by doctors working for screening companies] were about litigation rather than health care. . . . [T]hese diagnoses were

driven by neither health nor justice: they were manufactured for money. The record does not reveal who originally devised this scheme, but it is clear that the lawyers, doctors and screening companies were willing participants." Id. at 635. The present Complaint does not mention any physician or medical procedure.

## 2. Roughly Half of the Cases Allege the Plaintiffs "Suffer" from Both Asbestosis and Silicosis, a Clinical Rarity.

It is notable that roughly half of the cases filed by Plaintiff's attorney allege that the plaintiff "suffers from" both asbestosis and silicosis, which borders impossibility. "Because asbestosis and silicosis have such different appearance on an x-ray, in a clinical setting, confusion between silicosis and asbestosis does not occur." In re Silica Products Liability Litigation at 595 (internal citation omitted). "A person could be exposed to both silica and asbestos in sufficient quantities to cause either disease, but it would be extremely unusual for a person in a working lifetime to have sufficient exposure to both types of dust to cause both diseases." Id. Furthermore, [w]hile it is theoretically possible for one person to have both silicosis and asbestosis, it is a clinical rarity" that the leading pathologists for respiratory diseases have never seen. Id. "Stated differently, a golfer is more likely to hit a hole-in-one than an occupational medicine specialist is to find a single case of both silicosis and asbestosis." Id. at 603. Yet, of the 32 companion cases brought by Plaintiff's counsel, fifteen (15) are alleged to "suffer[] from Asbestosis and Silicosis." See Paragraph 6 of complaints brought by Plaintiff's counsel. This alone illustrates the need for Plaintiff's Complaint to allege more than the conclusory statement that Plaintiff "suffers from Asbestosis and Silicosis." See Complaint ¶ 6.

That the face of the Complaint leads to the inescapable conclusion that Plaintiff's case is a "screened case," Plaintiff further demonstrates that the Complaint fails to plead with the

particularity required to show that Plaintiff is entitled to relief, making this case ripe for dismissal under Rule 12(b)(6).  Id.; Twombly at *2.[5]

## IV.   CONCLUSION

The Plaintiff has not pled any facts showing a diagnosis of silicosis.  By failing to allege any factual basis for Plaintiff's alleged diagnosis of a respiratory disease, Plaintiff's counsel has failed meet the pleading requirements under the U.S. Supreme Court's recent decision in Twombley.  See Bell Atlantic Corp. v. Twombly, __ S.Ct. __, 2007 WL 1461066 at *2, Record No. 05-1126 (May 21, 2007).  Specifically, Plaintiff's Complaint fails to allege the following:

- That Plaintiff was **even diagnosed** with silicosis.

- That Plaintiff had "sufficient exposure" to silica.

- That there is radiographic evidence of silicosis.

- That other possible causes for positive radiographic findings were eliminated by a diagnosing physician.

- That Plaintiff's case is not a "screened" case.

The Complaint is fatally deficient and, in accordance with Rule 12(b)(6), the Court should dismiss Sullair from the present action.  Furthermore, if Plaintiff's case is not dismissed under Rule 12(b)(6), time and judicial resources will be "consumed weeding out meritless claims, costing other litigants whose suits are delayed, and ultimately costing the public, who pays for [the] judicial system."  In re Silica Products Liability Litigation, 389 F.Supp.2d at 636. Furthermore, Sullair will "pay significant costs litigating meritless claims."  Id.  Because

---

[5] Of note, the Complaint does not mention a physician's name.  On the face of the Complaint, therefore, there is no evidence that a physician ever examined Plaintiff, much less that a physician qualified to diagnose him with asbestosis and silicosis.  In fact, on the face of the Complaint, it appears for more likely that a "for hire" screening company processed Plaintiff's examination, possibly using a discredited physician.

Plaintiff's Complaint fails to meet the pleading standards of <u>Twombly</u>, the Court should grant Sullair's Motion to Dismiss.

WHEREFORE, Sullair respectfully requests that the Court grant its Motion to Dismiss and dismiss Plaintiff's Complaint in its entirety with prejudice as it pertains to Sullair.

Respectfully submitted,

SULLAIR CORPORATION

By: _____

Robert F. Redmond, Jr. (VSB # 32292)
Clement D. Carter (VSB# 46038)
Gray B. Broughton (VSB # 46692)
Williams Mullen
P.O. Box 1320
Richmond, Va. 23218-1320
Tel: (804) 643-1991
Fax: (804) 783-6507

1494125v1

RECEIVED

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

2007 JUN 28   A 10: 31

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

JEFFREY HARRISON,               )
                                )
                Plaintiff,       )     Civil Action No. 407CV3227
                                )
v.                               )
                                )
AMERICAN AIR LIQUIDE, CORP., ET AL )
                                )
                Defendants.      )

## AEARO COMPANY'S MOTION TO DISMISS

Defendant, Aearo Company, by counsel, for the reasons stated in the

Memorandum of Law filed herewith, herby moves the Court, Pursuant to Fed. R. Civ. P.

12(b)(6) to dismiss, in its entirety, Plaintiff's Complaint as to Aearo Company.

WHEREFOR, AEARO COMPANY respectfully requests that the Court dismiss

Plaintiff's Complaint.

Respectfully submitted,

AEARO COMPANY

By:_____

Robert F. Redmond, Jr. (VSB # 32292)
Clement D. Carter (VSB# 46038)
Gray B. Broughton (VSB # 46692)
Williams Mullen
P.O. Box 1320
Richmond, Va. 23218-1320
Tel: (804) 643-1991
Fax: (804) 783-6507

**EXHIBIT**
I

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

JEFFREY HARRISON,                    )
                                     )
              Plaintiff,             )        Civil Action No. 407CV3227
                                     )
v.                                   )
                                     )
AMERICAN AIR LIQUIDE, CORP., ET AL   )
                                     )
              Defendants.            )

## AEARO COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS

Aearo Company ("AEARO"), by counsel, submits the following Memorandum of Law in Support of its Motion to Dismiss.

### I.    FACTS

Plaintiff has attempted to plead a cause of action alleging personal injury from exposure to silica and/or asbestos dust. (Complaint ¶ 1.)

With the exception of AEARO, Plaintiff lists the various Defendants named in the Complaint and alleges a causal connection between that particular Defendant and Plaintiff. (See Complaint ¶ 4.) Plaintiff lists AEARO only in the style of the Complaint. (See Complaint.) Despite describing his exposure to silica-containing and asbestos-containing products in detail, Plaintiff does not even name AEARO, much less allege how AEARO played any role in Plaintiff's alleged exposure. (See Complaint.)

### II.    STANDARD OF REVIEW

A motion to dismiss under Fed. R. Civ. P. 12(b)(6) should be granted if it appears that plaintiff "can prove no set of facts in support of his or her claim which would entitle the plaintiff to relief." See Adams v. NVR Homes, 193 F.R.D. 243, 249 (D. Md. 2000)

(citing <u>Conley v. Gibson</u>, 355 U.S. 41, 45-6 (1957)). In this case, there are no allegations in the Complaint against AEARO.

### III.   ARGUMENT

#### A.   <u>Plaintiff Has Failed to Plead with the Particularity Required by Fed. R. Civ. P. 8 to Show that Plaintiff is Entitled to Relief.</u>

Fed. R. Civ. P. 8(a) requires that a complaint show "that the pleader is entitled to relief." A complaint must assert "enough facts to state a claim to relief that is plausible on its face." <u>Bell Atlantic Corp. v. Twombly</u>, __ S.Ct. __, 2007 WL 1461066 at *3, Record No. 05-1126 (May 21, 2007). Furthermore, a complaint must state sufficient facts to enable the defendant to draft a responsive pleading. <u>Jetform Corp. v. Unisys Corp.</u>, 11 F. Supp. 2d 788 (E.D. Va. 1998). By not alleging <u>any</u> facts about AEARO in the body of the Complaint or alleging when, where or how Plaintiff may have come into contact with AEARO's products, the Complaint is fatally deficient. (See <u>Teachers' Retirement System of LA v. Hunter</u>, 477 F.3d 162 (4th Cir. 2007) (affirming dismissal of class action on for failure to "plead facts" sufficient to permit reasonable belief that plaintiff entitled to relief). Furthermore, taking all of the allegations of the Complaint as true, AEARO caused no injury to Plaintiff, and AEARO owed no duty to Plaintiff.[1]

---

[1] Even though the federal rules of civil procedure apply (see <u>Erie Railroad Co. v. Tompkins</u>, 304 U.S. 64 (1938).), this Complaint is also fatally deficient under procedural rules in Virginia state court, where this Complaint was initially filed. The Virginia Supreme Court has expressly held that a defendant must be named in the body of the complaint and a cause of action alleged against that defendant in the body of the complaint. "A person cannot be made a party by simply naming him as a defendant and serving him with process. The [complaint] must contain averments showing some cause for relief against him, else he is no party to the litigation." <u>Jeffries v. Jeffries' Executor</u>, 123 Va. 147, 153, 96 S.E.2d 197, 198 (1918). "The capacity in which named defendants are sued must be determined from the allegations of the [complaint]." <u>Burk v. Porter</u>, 222 Va. 795, 797, 284 S.E.2d 602, 604 (1981).

Dismissal of AEARO for Plaintiff's failure to name AEARO in the Complaint is consistent with the Supreme Court of Virginia's recent decision – <u>Ford Motor Company v. Benitez</u>. In <u>Ford</u> the Supreme Court reiterated that Va. Code § 8.01-271.1 requires that an attorney signing a pleading certify that the pleading is well-grounded in fact and complete. ___ Va. ___, 639 S.E.2d 203, Record No. 051769 (January 12, 2007). In the present case, Plaintiff's counsel filed the Complaint, excluding AEARO from the Complaint. Therefore, dismissal of AEARO under Virginia procedural law is appropriate.

## IV.  <u>CONCLUSION</u>

For the foregoing reasons, the Complaint if fatally deficient and dismissal of

AERO is appropriate.  WHEREFORE, AEARO respectfully requests that the Court grant

its Motion to Dismiss and dismiss Plaintiff's Complaint in its entirety with prejudice as it

pertains to AEARO.

Respectfully submitted,

AEARO COMPANY

By:_____

Robert F. Redmond, Jr. (VSB # 32292)
Clement D. Carter (VSB# 46038)
Gray B. Broughton (VSB # 46692)
Williams Mullen
P.O. Box 1320
Richmond, Va. 23218-1320
Tel: (804) 643-1991
Fax: (804) 783-6507

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of AEARO Company's Motion to Dismiss and the Memorandum in Support was, on this 27th day of June, 2007, mailed, postage prepaid, first class mail to plaintiff's counsel and letter notice of the filing was sent to defense counsel and/or defendants.


Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21202
*Counsel for Plaintiff*


AMERICAN AIR LIQUIDE CORP.
Joshua Prever, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
Miami, FL 33131-2339
Tel: 305.415.3314
Email: jprever@morganlewis.com
*Counsel for American Air Liquide Corp.*


AMERICAN EAGLE ACCESSORIES GROUP
f/k/a P. K. Lindsay Inc.
190 State Street
Garner, LA 50438

BACOU – DALLOZ USA INC.
910 Douglas Pike
Smithfield, RI 02917


CLEMTEX INCORPORATED
248 McCarty Drive
Houston, TX 77029

CLEMCO INDUSTRIES CORP.
One Cable Car Drive
Washington, MO 63090


E.D. BULLARD COMPANY
1898 Safety Way

Cynthiana, KY 41031


EMPIRE ABRASIVE EQUIPMENT CO.
2101 West Cabot Blvd.
Langhorne, PA 19047-1893

ENCON SAFETY PRODUCTS INC.
6825 West Sam Houston Pkwy. N.
Houston, TX 77041

KELCO SALES & ENGINEERING CO.
11936 Front Street
Norwalk, CA 90650

LOUIS M. GERSON INC.
Cheryl Ragsdale, Esquire
Hunton & Williams LLP
951 East Byrd Street
Richmond, Va. 23219
Tel: 804.788.8601
Email: cragsdale@hunton.com
***Counsel for Louis M. Gerson, Inc.***


MOTT CORPORATION
84 Spring Lane
Farmington, CT 06032

NORTHEAST INDUSTRIAL TECHNOLOGIES INC.
1616 Hyde Park Avenue
Hyde Park, MA 02136

FERRO CORPORATION
1001 Underwood Drive
Jackson, MS 39205

HUMBLE SAND & GRAVEL CO.
800 S. College Street
Picher, OK 74360

INDEPENDENT GRAVEL CO.
P.O. Box 1423
Joplin, MO 64801

INGERSOLL RAND COMPANY LIMITED

P.O. Box 0445
155 West Chestnut Ridge Road
Montvale, NJ 07645

INLAND CRAFT PRODUCTS, CO.
32052 Edwards Drive
Madison Heights, MI 48071

NELCO MANUFACTURING COMPANY
800 West Cummings Park #3950
Woburn, MA 01801

OTTAWAY SILICA COMPANY
n/k/a U.S. Silica Company
106 Sand Mine Road
Berkley Springs, WV 25411

PANGBORN CORPORATION
580 Pangborn Boulevard
Hagerstown, MD 21740-0830

PAULI & GRIFFIN CO. INC.
907 Cotting Lane
Vacaville, VA 95688

LONE STAR INDUSTRIES INC.
n/k/a Buzzi Unicem USA Inc.
100 Brodhead Road
Bethlehem, PA 18017

3M COMPANY
f/k/a Minnesota Mining and Manufacturing Company
3M Corporate Headquarters
3M Center
St. Paul, MN 55144

RUEMELIN MANUFACTURING COMPANY, INC.
204 S. Hancock
Louisville, KY 40202

SOUTHWEST AGGREGATES INC.
16470 Tamiami Trail S.
Punta Gorda, FL 33955

SPECIALTY SAND COMPANY

16601 Garrett Road
Houston, TX 77044

SULLAIR CORPORATION
3700 East Michigan Blvd.
Michigan City, Indiana 43630

MSA CORPORATION
121 Gamma Drive
Pittsburgh, PA 15238

MOLDEX METRIC INC.
Richard H. Ottinger, Esquire
Vandeventer Black LLP
500 World Trade Center
Norfolk, Va. 23510-1779
***Counsel for Moldex – Metric, Inc.***

ILLINOIS TOOL WORKS INC.
195 International Boulevard
Glendale Heights, IL 60139

SAINT GOBAIN ABRASIVES INC.
1 New Bond Street
P.O. Box 15008
Worcester, MA 01615-0008

SELLSTROM MANUFACTURING CO.
1 Sellstrom Drive
Palatine, IL 60067

TYCO INTERNATIONAL INC.
Joshua Prever, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
Miami, FL 33131-2339
Tel: 305.415.3314
Email: jprever@morganlewis.com
***Counsel for Tyco International, Inc.***

MESTEK INC.
260 North Elm Street

Westfield, MA 01085

WHEELER PROTECTIVE APPAREL INC.
4330 W. Belmont Avenue
Chicago, IL 60641

AEARO COMPANY
Robert F. Redmond Jr., Esq.
Clement D. Carter, Esq.
Gray B. Broughton, Esq.
Williams Mullen Clark & Dobbins P.C.
1021 East Cary Street
Richmond, Va. 23219
Tel: 804.643.1991
Fax: 804.783.6507
*Counsel for Aearo Company*

SLY INCORPORATED
8300 Dow Circle
Strongville, OH 44136

HANSON AGGREGATES NORTH AMERICA INC.
8505 Freeport Parkway
Irving,TX 75063

AMCHEM PRODUCTS, INC.
300 Brookside Avenue
Ambler, PA 19002

DANA CORPORATION
C/o: Allen C. Goolsby, III
        Registered Agent 951 East Byrd Street
        Richmond, Va. 23219

GENERAL REFRACTORIES COMPANY
225 City Avenue, Suite 114
Bala Cynwyd, PA 190004

GEORGIA – PACIFIC CORPORATION
A Georgia Corporation
133 Peachtree Street, NE
Atlanta, GA 30303

HOPEMAN BROTHERS, INC.
A Delaware Corporation
435 Essex Avenue
P.O. Box 820
Waynesboro, VA 22980

INTERNATIONAL MINERALS & CHEMICAL CORP.
Joshua Prever, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
Miami, FL 33131-2339
Tel: 305.415.3314
Email: jprever@morganlewis.com
*Counsel for International Minerals & Chemical Corp.*

INTERNATIONAL PAPER CORPORATION
f/k/a Champion International Corporation f/k/a U.S.
Stephen R. Jackson, Esq.
Willcox Savage, P.C.
1800 Bank of America Center
Norfolk, VA 23510
Tel: 757.628.5500
Fax: 757.628.5566
*Counsel for International Paper Corporation*

OWENS – ILLINOIS, INC.
Formerly Owens – Illinois Glass Container Co.
Joshua Prever, Esquire
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
Miami, FL 33131-2339
Tel: 305.415.3314
Email: jprever@morganlewis.com
*Counsel for Owens – Illinois, Inc.*

RAPID AMERICAN CORPORATION
711 5th Avenue,
New York, NY 10022

SELBY, BATTERSBY & CO.
n/k/a SB Decking, Inc.

Hecker, Brown, Serry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel. 215-665-0400


UNIROYAL HOLDING, INC.,
C/o: President/ CEO
70 Great Hill Road
Naugatuck, CT 06770

VIACOM, Inc. f/k/a CBS CORP.
f/k/a Westinghouse Electric Corporation
C/o: Asbestos Litigation Support Mgr.
    Eckert Seamans Cherin & Mellott LLC
    Case Mgmt & Tech Center
    Gulf Tower, 5th Floor
    707 Grant Street
    Pittsburgh, PA 15219


WACO INSULATION, INC.
n/k/a WACO INC.
814 Chapman Way
Newport News, VA 23608

GARLOCK SEALING TECHNOLOGIES, INC.
1666 Division Street
Palmyra, NY 14522

GENERAL ELECTRIC CO.
12 Corporate Woods Blvd.
3rd Floor
Albany, NY 12211

METROPOLITAN LIFE INSURANCE CO.
1 Madison Avenue
New York, NY 10010

UNION CARBIDE CORPORATION
A Subsidiary of Dow Chemical Company
P.O. Box 4393
Houston, TX 10017

HONEYWELL, INC. f/k/a Allied Signal, Inc.
(Formerly Allied Corporation)
Successor – in- interest to Bendix Corporation
Columbia Road & Park Avenue
Morristown, NJ 07960


PFIZER, INC.
235 East 42nd Street
New York, New York 10017



_____
                    Clement D. Carter, Esquire


1465119v1



# WILLIAMS MULLEN

Direct Dial: 804.783.6931
ccarter@williamsmullen.com

July 24, 2007

Our File No.: 049170.0001

**Via Federal Express**
The Honorable Jerome Friedman
United States District Court for the
  Eastern District of Virginia
Norfolk Division
Walter E. Hoffman U. S. Courthouse
600 Granby Street
Norfolk, Virginia 23510

Re:   ***William M. Mundy v. American Air Liquide Corp., et al.***
      **Case Number 407CV3234**
      **Newport News Division**

Dear Judge Friedman:

Per Rule 7(E) of the U.S. District Court Rules for the Eastern District of Virginia, I am writing to request a hearing on Aearo Company's Motion to Dismiss in the above referenced case. The matter has been fully briefed by both parties.

After talking today with your law clerk, I understand that after reviewing the pleadings, you will inform the parties whether you will hear oral argument.

Very truly yours,

Clement D. Carter

cc:   Fernando Galindo, Clerk
      Counsel of Record



EXHIBIT

J

*A Professional Corporation*

**NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C. • LONDON**
Two James Center  1021 East Cary Street (23219)  P.O. Box 1320  Richmond, VA 23218-1320  Tel: 804.643.1991  Fax: 804.783.6507
www.williamsmullen.com