JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

OCT 12 2007

FILED
CLERK'S OFFICE

1  Brian P. Barrow (State Bar No. 177906)
   **SIMON, EDDINS & GREENSTONE LLP**
2  301 Ocean Boulevard, Suite 1950
   Long Beach, California 90802
3  Telephone: (562) 590-3400
   Facsimile:  (562) 590-3412
4  E-mail: bbarrow@seglaw.com

5  Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLEADING NO. 5203

LODGED

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. WEBBER and JANICE G. WEBBER,<br><br>Plaintiffs,<br><br>vs.<br><br>BORG WARNER, INC., et al,<br><br>Defendants. | Case No. CV07-4953 JFW (JTLx)<br><br>Hon. John F. Walter<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT** |

I hereby attest and certify on 9/28/07
the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____ Deputy

MDL- 875
RECOMMENDED ACTION

Vacate CTO - final action only

Approved/Date: _____ 10/01/07

DOCKETED ON CM
AUG 28 2007
BY _____ 019

(47)

STIPULATION AND [PROPOSED] ORDER FOR REMAND   Case No CV07-04953 JFW(JTLx)

**OFFICIAL FILE COPY**

IMAGED OCT 12 2007

## STIPULATION

Plaintiffs William and Janice Webber, and defendant The Boeing Company, by and through their respective counsel, hereby stipulate to Boeing's withdrawal of its notice of removal. By such stipulation, plaintiffs and Boeing respectfully request this court to immediately remand this case to state court.

Dated: August 24, 2007        SIMON, EDDINS & GREENSTONE LLP

                              By: _____
                                  Brian P. Barrow
                                  Attorneys for Plaintiffs


Dated: August 24, 2007        PERKINS COIE LLP

                              By: _____
                                  Ronald McIntire
                                  Bo W. Kim
                                  Steven K. Hwang
                                  Attorneys for The Boeing Company

## STIPULATION

Plaintiffs William and Janice Webber, and defendant The Boeing Company, by and through their respective counsel, hereby stipulate to Boeing's withdrawal of its notice of removal. By such stipulation, plaintiffs and Boeing respectfully request this court to immediately remand this case to state court.

Dated: August 24, 2007           SIMON, EDDINS & GREENSTONE LLP

By: _____
Brian P. Barrow
Attorneys for Plaintiffs

Dated: August 24, 2007           PERKINS COIE LLP

By: _____
Ronald McIntire
Bo W. Kim
Steven K. Hwang
Attorneys for The Boeing Company

## [PROPOSED] ORDER

Good cause appearing from Boeing's stipulated withdrawal of its notice of removal, this court hereby orders this case immediately remanded to state court.

Dated: 8/27/07

_____
Judge John F. Walter

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over eighteen years of age and not a party to the within action; my business address is 211 E. Ocean Blvd., Suite 200, Long Beach, California. I am employed in Los Angeles County, California.

On the date set forth below, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT**

On all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

**SEE ATTACHED SERVICE LIST**

[ X ] **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Long Beach, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ X ] **BY FACSIMILE:** I caused a courtesy copy to be transmitted by facsimile to the facsimile number of the offices of the addressee(s) as indicated above and below (see service list).

[ ] **BY FEDERAL EXPRESS:** I caused such envelope to be transmitted by federal express for next day delivery (by 10:30 a.m.) to the offices of the addressee(s).

I declare under penalty of perjury, under the laws of the State of California that the above is true and correct.

Executed this 27TH day of August, 2007 at Long Beach, California

ANNIE GREENFELD

## SERVICE LIST
## WEBBER v. BORG-WARNER, et al.
### LASC CASE NO. BC359535
Updated: 8/27/2007

| | | |
|---|---|---|
| **THE BOEING COMPANY** (sued individually and as successor-by-merger to McDONELL DOUGLAS)<br>Ronald A. McIntire<br>Bo W. Kim<br>PERKINS COIE LLP<br>1620 – 26th Street<br>South Tower, Sixth Floor<br>Santa Monica, CA 90404<br>Telephone   (310) 788-9900<br>Facsimile    (310) 788-3399<br>Speed Dial   019<br><br>Associated In<br>Robert E. Boone III<br>Renee Williams<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Telephone: 310 576 2100<br>Facsimile   310 576 2200 | **BORG-WARNER, INC**<br>Steven M. Mitchel<br>BOOTH, MITCHEL & STRANGE LLP<br>707 Wilshire Blvd., Suite 4450<br>Los Angeles, CA 90017-3617<br>Telephone.   (213) 738-0100<br>Facsimile    (213) 380-3308<br>Speed Dial   005 | **FORD MOTOR COMPANY**<br>Eugene Brown, Jr<br>FILICE BROWN BASSIA & McLEOD, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, 18th Floor<br>Oakland, California 94612<br>Telephone: 510.444 3131<br>Facsimile   510 839.7940<br><br>~~Frank D. Pond~~<br>~~Ann I. Park~~<br>~~Kimberly L. Rivera~~<br>~~POND NORTH LLP~~<br>~~350 South Grand Avenue, Suite 2850~~<br>~~Los Angeles, California 90071~~<br>~~Telephone      213 617-6170~~<br>~~Facsimile      213 623-3594~~<br>~~Speed Dial      016~~ |
| **GARLOCK SEALING TECHNOLOGIES, LLC** (sued individually and as successor-in-interest to GARLOCK, INC.)<br>David M. Glaspy<br>LAW OFFICES OF GLASPY & SLASPY<br>100 Pringle Ave., Suite 750<br>Walnut Creek, CA 94596<br>Telephone   925 947 1300<br>Facsimile    925 947 1594<br><br>~~Robert H. Baronian~~<br>~~BARONIAN LAW FIRM~~<br>~~301 E. Colorado Blvd., Ste. 618~~<br>~~Pasadena, California 91101~~<br>~~Telephone      (626) 568 0834~~<br>~~Facsimile      (626) 449 4568~~<br>~~Speed Dial     015~~ | **GENERAL DYNAMICS CORPORATION** (sued individually and as successor-by-merger to CONSOLIDATED VULTEE AIRCRAFT CORPORATION a/k/a CONVAIR)<br>Gabriel A. Jackson<br>Daniel D. O'Shea<br>JACKSON & WALLACE LLP<br>55 Francisco Street, 6th Floor<br>San Francisco, California 94133<br>Telephone:   415-982-6300<br>Facsimile    415-982-6700<br>Speed Dial   003 | **GENERAL ELECTRIC COMPANY**<br>Charles Sheldon<br>Marc Brainich<br>Derek s. Johnson<br>SEDGWICK, DETERT, MORAN & ARNOLD<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone   415-781-7900<br>Facsimile    415-781-2635<br>Speed Dial:   034 |
| **GENERAL MOTORS CORPORATION**<br>Eugene Brown, Jr<br>FILICE BROWN BASSIA & McLEOD, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, 18th Floor<br>Oakland, California 94612<br>Telephone   510 444 3131<br>Facsimile    510 839 7940<br><br>~~Frank D. Pond~~<br>~~Ann I. Park~~<br>~~Kimberly L. Rivera~~<br>~~POND NORTH LLP~~<br>~~350 South Grand Avenue, Suite 2850~~<br>~~Los Angeles, California 90071~~<br>~~Telephone      (213) 617 6170~~<br>~~Facsimile      (213) 623 3594~~<br>~~Speed Dial      016~~ | ~~**THE HOME DEPOT SUPPLY, INC**~~<br>~~Joshua S. Goodman~~<br>~~Tom Prountzos~~<br>~~JENKINS GOODMAN NEUMAN & HAMILTON LLP~~<br>~~417 Montgomery Street, 10th Floor~~<br>~~San Francisco, CA 94104~~<br>~~Telephone      (415) 705-0400~~<br>~~Facsimile      (415) 705-0411~~<br><br>~~Dan Kim~~<br>~~JENKINS GOODMAN NEUMAN & HAMILTON LLP~~<br>~~400 Oceangate, 7th Floor~~<br>~~Long Beach, CA 90802~~<br>~~Telephone   (562) 216 2952~~<br>~~Facsimile    (562) 216 2953~~ | **HONEYWELL INTERNATIONAL, INC** (sued individually and as successor-in-interest to ALLIED SIGNAL, INC., and BENDIX CORPORATION)<br>David T. Biderman<br>Brien F. McMahon<br>PERKINS COIE LLP<br>1620 26th Street<br>6th Floor, South Tower<br>Santa Monica, CA 90404<br>Telephone   (310) 788-9900<br>Facsimile    (310) 788-3399 |

## SERVICE LIST
## WEBBER v. BORG-WARNER, et al.
## LASC CASE NO. BC359535
### Updated: 8/27/2007

| | | |
|---|---|---|
| ~~LOCKHEED MARTIN CORPORATION~~<br>~~Steven E Knott~~<br>~~Guy P Glazier~~<br>~~KNOTT & GLAZIER LLP~~<br>~~601 S Figueroa Street, Ste 4200~~<br>~~Los Angeles, CA 90017~~<br>~~Telephone (213) 312-9200~~<br>~~Facsimile (213) 312-9201~~<br>~~Speed Dial 024~~ | **PRATT & WHITNEY AUTOMATION, INC**<br>Curtiss L Isler<br>Jean A Hobart<br>Robert M Case<br>TUCKER ELLIS & WEST LLP<br>1000 Wilshire Blvd, Suite 1800<br>Los Angeles, CA 90017<br>Telephone (213) 430-3400<br>Facsimile (213) 430-3409<br>Speed Dial | **ROLLS-ROYCE NORTH AMERICA, INC.**<br>Shawn D Parrish<br>MORGENSTEIN & JUBELIRER<br>One Market<br>Spear Street Tower, 32nd Floor<br>San Francisco California 94105<br>Telephone 415-901-8700<br>Facsimile 415-901-8701<br>Speed Dial 018 |
| **THORPE INSULATION COMPANY**<br>Stephen J Foley<br>Peter B Langbord<br>George Y Chen<br>FOLEY & MANSFIELD<br>150 South Los Robles Ave, Suite 400<br>Pasadena, CA 91101<br>Telephone 626 744 9359<br>Facsimile 626,744 1702<br><br>~~Douglas G Wah~~<br>~~J Scott Wood~~<br>~~Dolores Victor~~<br>~~BISHOP, BARRY, HOWE, HANEY & RYDER~~<br>~~2000 Powell Street, Suite 1425~~<br>~~Emeryville, California 94608~~<br>~~Telephone (510) 596 0888~~<br>~~Facsimile (510) 596 0899~~<br>~~Speed Dial 036~~ | ~~VOLKSWAGEN OF AMERICA, INC.~~<br>~~Gary S Yates~~<br>~~Herzfeld & Rubin LLP~~<br>~~1925 Century Park East, Suite 600~~<br>~~Los Angeles, CA 90067~~<br>~~Telephone 310-553-0451~~<br>~~Facsimile 310-553-0648~~<br>~~310-284-8364~~ | **GENERAL METALS CORPORATION ADELL DIVISION – DOE 1**<br>10777 Van Owen Street<br>Burbank, California |
| **AVIALL** successor-in-interest to Cooper Airmotive – DOE 2<br>Ronald A, McIntire<br>Bo W, Kim<br>PERKINS COIE LLP<br>1620 26th Street<br>Sixth Floor, South Tower<br>Telephone. 310 788 9900<br>Facsimile 310 788 3399 | **SKY STORES – DOE 3**<br>119682 South Prairie Ave.,<br>Hawthorne, California | **COOPER INDUSTRIES for Cooper Airmotive – DOE 4**<br>David A Gifford<br>STEVENS, DRUMMOND & GIFFORD<br>1910 Olympic Boulevard, Suite 250<br>Walnut Creek, CA 94596<br>Telephone 925 944 5550<br>Facsimile 925 256 9669 |
| ~~GOODYEAR TIRE AND RUBBER COMPANY – DOE 5~~<br>~~Michael J Pietrykowski~~<br>~~GORDON & REES LLP~~<br>~~Embarcadero Center West~~<br>~~275 Battery Street, Twentieth Floor~~<br>~~San Francisco, CA 94111~~<br>~~Telephone 415 986 5900~~<br>~~Facsimile 415.262 3789~~ | **ROLLS-ROYCE PLC – DOE 6**<br>Agent for Service of Process<br>Debra Bowen<br>Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814<br>Telephone 916 657 5448<br>Anticipated Counsel<br>Shawn D Parrish<br>MORGENSTEIN & JUBELIRER<br>One Market<br>Spear Street Tower, 32nd Floor<br>San Francisco California 94105<br>Telephone 415-901-8700<br>Facsimile 415-901-8701<br>Speed Dial 018 | |

| | | |
|---|---|---|
| | | OF XIII re MOTION to Remand Case to State Court[16] filed by Defendant The Boeing Company. (rb) (Entered: 08/27/2007) |
| 08/22/2007 | 32 | DEFENDANT THE BOEING COMPANY'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND VOL X OF XIII re MOTION to Remand Case to State Court[16] filed by Defendant The Boeing Company. (rb) (Entered: 08/27/2007) |
| 08/22/2007 | 33 | DEFENDANT THE BOEING COMPANY'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND VOL XI OF XIII re MOTION to Remand Case to State Court[16] filed by Defendant The Boeing Company. (rb) (Entered: 08/27/2007) |
| 08/22/2007 | 34 | DEFENDANT THE BOEING COMPANY'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND VOL XII OF XIII re MOTION to Remand Case to State Court[16] filed by Defendant The Boeing Company. (rb) (Entered: 08/27/2007) |
| 08/22/2007 | 35 | DEFENDANT THE BOEING COMPANY'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND VOL XIII OF XIII re MOTION to Remand Case to State Court[16] filed by Defendant The Boeing Company. (rb) (Entered: 08/27/2007) |
| 08/22/2007 | 36 | DEFENDANT THE BOEING COMPANY'S PROOF OF SERVICE re OPPOSITION TO MOTION TO REMAND Rre MOTION to Remand Case to State Court[16] filed by Defendant The Boeing Company. (rb) (Entered: 08/27/2007) |
| 08/22/2007 | 43 | AMENDED PROOF OF SERVICE filed by Defendant The Boeing Company, re Response in Opposition to Motion[17], Motion Related Document[36] served on 8/22/2007. (rb) (Entered: 08/27/2007) |
| 08/24/2007 | 30 | MINUTES (IN CHAMBERS) ORDER held before Judge John F. Walter re: MOTION to Remand Case to State Court[16]. The Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for 8/27/07 is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision. IT IS SO ORDERED.(rrey) (Entered: 08/27/2007) |
| 08/24/2007 | 50 | REPLY MEMORANDUM in support of MOTION to Remand Case to State Court[16] filed by Plaintiffs William F Webber, Janice G Webber. (rrey) (Entered: 08/28/2007) |
| 08/27/2007 | 47 | STIPULATION AND ORDER by Judge John F. Walter: Good cause appearing from Boeing's stipulated withdrawal of its notice of removal, this court hereby orders this case immediately remanded to state court. Remanding Case to Los Angeles County Superior Court, Case number BC359535.(rrey) Modified on 8/28/2007 (rrey, ). (Entered: 08/28/2007) |
| 08/27/2007 | 48 | MINUTES IN CHAMBERS ORDER held before Judge John F. Walter re: MOTION to Remand Case to State Court[16]. Plaintiff's Motion for Remand of Case to State Court is DENIED as moot. IT IS SO ORDERED.(rrey) (Entered: 08/28/2007) |
| 08/27/2007 | 49 | MINUTES IN CHAMBERS ORDER held before Judge John F. Walter re: MOTION to Dismiss Case[37]: The Court approved the Stipulation and Order remanding case to state court. Therefore, this action was remanded to Los Angeles County Superior Court. Accordingly, Rolls-Royce PLC's Motion to Dismiss is DENIED as moot. IT IS SO ORDERED.(rrey) (Entered: 08/28/2007) |
| 08/27/2007 | 51 | NOTICE of Settlement filed by defendant The Boeing Company. (rrey) (Entered: 08/28/2007) |
| 08/28/2007 | | LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT. Certified copy of Order of Remand and a copy of the docket sheet sent to Los Angeles County Superior Court-Central District. (rrey) (Entered: 08/28/2007) |