MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 12 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

William F. Webber, et al. v. Borg-Warner Inc., et al.,   )
    C.D. California, C.A. No. 2:07-4953                  )           MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Webber*) on August 21, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Webber* on September 6, 2007. The Panel has now been advised that *Webber* was remanded to Los Angeles County Superior Court, State of California, by the Honorable John F. Walter in an order filed on August 27, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-286" filed on August 21, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5204

**OFFICIAL FILE COPY**

IMAGED OCT 1 2 2007