**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 12 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-292)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,494 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5205

**OFFICIAL FILE COPY**

IMAGED OCT 15 2007

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

### SCHEDULE CTO-292 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 07-5718 | Joseph C. Trascher, et al. v. Peter Territo, et al. |
| LAE | 2 | 07-6056 | Doris Buffone Jambon v. Northrop Grumman Ship Systems, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 07-1106 | William T. Martin v. Budd Co., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 07-705 | Gary Winfred Showalter, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 07-309 | Peggy D. Smith, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 07-311 | Albert Andrew Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 07-312 | Willie Aaron Chase, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 07-314 | Evelyn Mattox, etc. v. American Standard, Inc., et al. |
| NCW | 1 | 07-315 | Lois Jean Baldwin v. A.W. Chesterton Co., et al. |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 07-3244 | Jerry Labon Minton, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 07-3251 | Julian A. Wilson, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 07-3252 | William Eugene Patterson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 07-3255 | Joseph Lloyd Downs, et al. v. Aqua-Chem, Inc., et al. |
| SC | 2 | 07-3202 | Richard D. Barnette, et al. v. Owens-Illinois, Inc., et al. |
| SC | 8 | 07-3246 | Patrick L. Mize, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 07-3253 | Roger Dean Callaham, et al. v. Aqua-Chem, Inc., et al. |
| **VIRGINIA WESTERN** | | | |
| VAW | 7 | 07-463 | Douglas A. Honaker v. Pneumo-Abex Corp., et al. |