MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 12 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

PLEADING NO. 5208

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| James Weese v. Union Carbide Corp., et al., ) | |
| S.D. Illinois, C.A. No. 3:07-581 ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE NOVEMBER 29, 2007, HEARING SESSION

A conditional transfer order was filed in this action (*Weese*) on September 9, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Weese* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Weese* was remanded to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, by the Honorable G. Patrick Murphy in an order dated October 3, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-287" filed on September 9, 2007, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED OCT 1 5 2007