MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 12 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) ) ) |
| This Document Relates To: | ) ) ) MDL. 875 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Broward Circuit Court Case No. 07-18864

CASE NO: 07-61264-CIV-Seitz

JACKIE REEVES, Individually and
Personal Representative of the Estate
JOHNIE REEVES

    Plaintiffs,

-vs.-

AMERICAN OPTICAL CORP. et al.,

    Defendants,

PLEADING NO. 5209



RECEIVED
CLERK'S OFFICE
2007 OCT 11 A 10: 41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL ORDER (CTO-290)

TO THE CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-290) entered and mailed by the Multidistrict Litigation Panel September 28, 2007.

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Plaintiffs oppose the transfer of the above styled and numbered action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1407.

Additionally, and pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

**THE FERRARO LAW FIRM, P.A.**
*Attorneys for Plaintiffs*
4000 Ponce De Leon Boulevard, Suite 700
Miami, Florida 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

By: _____
David A. Jagolinzer, Esq.
Florida Bar No. 181153
Email: daj@ferrarolaw.com
**Case A. Dam, Esq.**
Florida Bar No. 756091
Email: cxd@ferrarolaw.com

Mailed to:
    Jeffery N. Luthi
    Clerk of the Panel
    Judicial Panel on Multidistrict Litigation
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E.,
    Room G-255, North Lobby
    Washington, D.C 20002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 12 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing <u>Plaintiffs' Notice of Opposition to Conditional Transfer Order</u> was served on all known counsel of record (service list attached), via first class mail on the ___10th___ day of ___October___, 2007.

By: _____

**THE FERRARO LAW FIRM, P.A.**
*Attorneys for Plaintiffs*
4000 Ponce De Leon Boulevard, Suite 700
Miami, Florida 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

**David A. Jagolinzer, Esq.**
Florida Bar No. 181153
Email: daj@ferrarolaw.com
**Case A. Dam, Esq.**
Florida Bar No. 756091
Email: cxd@ferrarolaw.com

2007 OCT 11 A 10:41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

# CERTIFICATION OF SERVICE

**RUMBERGER, KIRK & CALDWELL, P.A.**
Stuart L. Cohen, Esq.
M. Stephen Smith, Esq.
Brickell Bayview Centre
80 S.W. 8th Street, Suite 3000
Miami, FL 33130-3047
TEL: (305) 358-5577
FAX: (305) 371-7580
For: Coffin Turbo Pumps, Fairbanks Morris Pumps,
Foster Wheeler, Garlock, Green Tweed & Co,
Hercules Chemical, John Crane, Premier Refractories

**EDWARD MCDONOUGH, JR., P.C.**
Eddie McDonough, Esq.
107 St. Francis Street
1800 Amsouth Bank Building
Mobile, AL 36602
TEL: (334) 432-3296
FAX: (334) 432-3300
For: A.W. Chesteron

**NELSON, MULLINS, RILEY, & SCARBOROUGH, L.L.P.**
Tracy E. Tomlin, Esq.
Bank of America Corporate Center, Suite 2400
100 North Tryon Street
Charlotte, NC 28202-4000
TEL: (704) 417-3000
FAX: (704) 377-4814
For: Owens, Illinois, Inc.

**AKERMAN, SENTERFITT**
Hugh Turner, Jr., Esq.
Las Olas Centre, II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301-2229
TEL: (954) 463-2700
FAX: (954) 463-2224
For: American Optical Corporation, Carrier Corporation

**EVERT & WEATHERSBY, LLC**
C. Michael Evert, Jr., Esq.
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
TEL: (404) 233-8718
FAX: (404) 233-8933
For: The Goodyear Tire & Rubber Company

**HAWKINS & PARNELL, LLP**
Albert Parnell, Esq.
J. Bruce Welch, Esq.
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
TEL: (404) 614-7400 / (800) 334-8957
FAX: (404) 614-7500
For: Chicago Pump Company, Union Carbide Corp. General Electric Company, Warren Pumps

**BILZIN SUMBERG DUNN & AXELROD, LLP**
David W. Trench, Esq.
2500 First Union Financial Center
Miami, FL 33131-2336
TEL: (305) 374-7580
FAX: (305) 374-7593
For: Rapid American

**LAW OFFICE OF TIMOTHY CLARK, P.A.**
Timothy Clark, Esq.
Wellesley Corporate Plaza
7951 SW 6 Street, Suite 106
Plantation, Florida 33324
TEL: (954) 475-8803
FAX: (954) 475-9199
For: Cleaver-Brooks

**FOLEY & MANSFIELD, P.L.L.P.**
Virginia E. Johnson, Esq.
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137-3251
Telephone: 305-438-9899
Facsimile: 305-438-9819
For: Chemtura Corporation, Sealing Equipment

**HINSHAW & CULBERTSON, P.A.**
Nickolas Berry, Esq.
One East Broward Boulevard, Suite 1010
Ft. Lauderdale, Florida 33301
Telephone: 954-467-7900
Facsimile: 954-467-1024
For: Flowserve Corporation, Gould Pumps, Inc.

**KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM, L.L.P.**
Daniel A. Casey, Esq.
201 South Biscayne Boulevard, 20th Floor
Miami, Florida 33131-2399
Telephone: 305-539-3300
For: Crane Co.

**FOWLER WHITE BOGGS BANKER**
Mark C. Green, Esq.
501 E. Kennedy Boulevard
Tampa, Florida 33602
Telephone: 813-228-7411
For: Crown, Cork & Seal, Co.

**O'NEILL, LIEBMAN & COOPER, P.A.**
John B. Liebman, Esq.
2699 Lee Road, Suite #320
Winter Park, Florida 32789
Telephone: 407-647-9550
Facsimile: 407-647-9554
For: Bigham Insulation & Supply Co., Inc.

**LAW OFFICES OF STEVEN A. EDELSTEIN**
Steven A. Edelstein, Esq.
Biltmore Hotel Executive Office Center
1200 Anastasia Avenue, Suite 410
Coral Gables, Florida 33134
Telephone: 305-444-5660
Facsimile: 305-444-5646
For: Ingersoll- Rand Company

**CONROY, SIMBERG, GANON, KREVANS,
ABEL, LURVEY, MORROW & SCHEFER, P.A.**
Abigail M. Cohen, Esq.
3440 Hollywood Boulevard
2nd Floor
Hollywood, Florida 33021
Telephone: 305-970-4821
For: Durabla Manufacturing Co.

**BICE COLE LAW FIRM P.A.**
Kathleen M. LaBarge Esq.
Oakburst Professional Park
1333 S.E. 25th Loop
Suite 101
Ocala, Florida 34471
Telephone: 352-732-2255
For: Buffalo Pumps, SPX Corporation,
National Service Industries, Patterson Pump Company
Rockwell Automation, Inc., Velvan Valve Corporation