# MDL 875

# WEITZ & LUXENBERG
### A PROFESSIONAL CORPORATION
### · LAW OFFICES ·

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500          FAX 212-344-5461
WWW.WEITZLUX.COM

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2007

FILED
CLERK'S OFFICE

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

EDWARD S. BOSEK
EDWARD BRANIFF ††
JOHN M. BROADDUS #
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
BRIAN BUTCHER ○
DAVID A. CHANDLER
EILEEN CLARKE
THOMAS COMERFORD ††
ADAM R. COOPER
TERESA A. CURTIN ▲▲
BENJAMIN DARCHE
CHARLES M. FERGUSON
STUART R. FRIEDMAN

STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH **
ROBIN L. GREENWALD * **
EDWARD J. HAHN *
CATHERINE HEACOX ††
RENEÉ L. HENDERSON **
MARIE L. IANNIELLO †*
ERIK JACOBS
GARY R. KLEIN ††
GLENN KRAMER ‡‡
JERRY KRISTAL **§
DEBBI LANDAU
ROBERTO LARACUENTE *
HANNAH LIM +
JAMES C. LONG, JR. **

VICTORIA MANIATIS ††
CURT D. MARSHALL ‡
HADLEY L. MATARAZZO ††
RICHARD S. McGOWAN * ‡‡ ‡
WILLIAM J. NUGENT
ANGELA T. PACHECO ○
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
ELLEN RELKIN *▲
STEPHEN J. RIEGEL ††
MICHAEL R. ROBERTS
CHRIS ROMANELLI ††
JILLIAN ROSEN
DAVID ROSENBAND

JIM R. ROSS ○
SHELDON SILVER *
FRANKLIN P. SOLOMON ¶
LEMUEL M. SROLOVIC
JAMES S. THOMPSON ††
JOSH VITOW
DOUGLAS O. von OISTE ‡
WILLIAM A. WALSH ††
JOSEPH P. WILLIAMS
NICHOLAS WISE
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
* Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
** Also admitted in NJ and PA
▲ Also admitted in NJ and DC
▲▲ Also admitted in NJ and MS
** Also admitted in DC and TX
○ Also admitted in DC, VA
¶ Admitted only in NJ and PA
+ Admitted only in NJ
‡ Admitted only in DC, MD, PA and VA
■ Admitted only in CO
†† Admitted only in IL
○ Admitted only in TX

PLEADING NO. 5210

**BY FAX**

October 12, 2007

Jeffrey N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary
  Building
Room G-255, North Lobby
Washington, D.C. 20002

      Re:  Conditional Transfer Order CTO-290, IN RE Asbestos
Products Liability Litigation (No. VI), MDL No. 875:
<u>Christian Holinka v. Baxter Healthcare Corp., et al.</u>,
Case No. NYS 1 07-8019 (S.D.N.Y.)

Dear Mr. Luthi:

      In accordance with Judicial Panel's Rule 7.4, Plaintiff Christian Holinka respectfully files this Notice of Opposition to the transfer of his above-referenced case, now pending in the U.S. District Court for the Southern District of New York, to the <u>IN RE Asbestos Products Liability Litigation (No. VI)</u>, MDL No. 875 (E.D. Pa.), as provided for in CTO-290, filed on September 28, 2007, in the Clerk's Office of the Judicial Panel On Multidistrict Litigation.

      This asbestos personal injury case, which was originally filed in New York state court, was removed by Defendant Baxter Healthcare Corporation (alleged to be a successor

---

215 South Monarch Street, Suite 202
Aspen, CO 81611
(970) 925-6101

210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
(856) 755-1115

76 South Orange Avenue, Suite 201
South Orange, NJ 07079
(973) 761-8995

100 E. 15th Street, Suite 400
Fort Worth, Texas 76102
(817) 885-7815

 2178-123

IMAGED OCT 15 2007

in interest to American Hospital Supply Corp. and American Scientific Products) ("Baxter") on September 12, 2007, the first day of its trial in New York State Supreme Court. The alleged ground for the removal was that Baxter first discovered then that of the remaining parties to the suit, complete diversity jurisdiction existed.

Plaintiff respectfully opposes CTO-290 because his case is trial-ready, and it would serve no purpose to transfer it for further pre-trial proceedings to the Asbestos MDL pursuant to 28 U.S.C. §1407. Plaintiff seeks a trial of his case in the federal court in which it is now pending.

Very truly yours,

**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiff Christian Holinka

By: _____
Stephen J. Riegel (SR-8832)
(212) 558-5838

cc:
Timothy Fraser, Esq.
Kristy Kulina Lyons, Esq.
Carol M. Tempesta, Esq.