JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



OCT 16 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | § | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | § | |
|---|---|---|
| LEWIS SHIFFLETT, et ux., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO.: 1:07-CV02397-WDQ |
| | § | |
| AC & R INSULATION CO, et al., | § | |
| | § | |
| Defendants. | § | |

PLEADING NO. 5213

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-291)

Plaintiffs, LEWIS SHIFFLETT and MAYBREY SHIFFLETT, by undersigned counsel, hereby file this Opposition to Conditional Transfer Order (CTO-291), pursuant to Rule 7.4 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and state as follows:

1.  On July 19, 2007, Plaintiffs, LEWIS SHIFFLETT et ux., filed this case in the Circuit Court for Baltimore City.

2.  On September 7, 2007, Defendants removed the case to the Unites States District Court for the District of Maryland.

**OFFICIAL FILE COPY**

2007 OCT 15 P 12:24
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

3. On September 14, 2007, Defendants filed a Notice of Tag-Along Action, seeking transfer of this case to the Multi-District Litigation in Philadelphia.

4. On October 1, 2007, a Conditional Transfer Order was entered by the Judicial Panel on Multi-District Litigation provisionally ordering the transfer of this case to this court.

5. On October 4, 2007, Plaintiffs filed a substantial Remand in the United States Court for the District of Maryland.

6. Pursuant to Rule 7.4 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs hereby notify the panel of their Objection to the Conditional Transfer Order.

7. Plaintiffs will file a Motion to Vacate the Conditional Transfer Order within the time permitted.

WHEREFORE, Plaintiffs LEWIS SHIFFLET and MAYBREY SHIFFLETT respectfully file this Notice of Opposition to the Conditional Transfer.

Respectfully submitted,

Jonathan Ruckdeschel
Federal Bar Number: 25015
The Ruckdeschel Law Firm, LLC
5126 Dorsey Hall Drive, Suite 201
Ellicott City, Maryland 21042
Telephone: 410.884.7825
Fascimile: 443.586.0430
ruck@rucklawfirm.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 16 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to Vacate the Conditional Transfer Order has been served by facsimile to the Clerk of this Court pursuant to CTO-291 and upon all counsel of record pursuant to Rule 5 of the Federal Rules of Civil Procedure, via first class mail, postage pre-paid, on this 15th day of October 2007.

Jonathan Ruckdeschel

RECEIVED
CLERK'S OFFICE
2007 OCT 15 P 12: 25
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

LEWIS SHIFFLETT, et ux., v. AC & R INSULATION CO, et al.
CASE NO.: 1:07-CV02397-WDQ
Counsel List

**Plaintiffs** Lewis & Maybrey Shifflett represented by **Jonathan Ruckdeschel**
The Ruckdeschel Law Firm LLC
5126 Dorsey Hall Drive, Ste 201
Ellicott City, MD 21042
14108847825
Fax: 14435830430
Email: ruck@rucklawfirm.com

**Defendant** A.C. & R. Insulation Co., Inc. represented by **Katherine S Duyer**
Gavett and Datt PC
15850 Crabbs Branch Way Ste 180
Rockville, MD 20855
13019481177
Fax: 13019484334
Email: kduyer@gavettdatt.com

**Defendant** A.O. Smith Corporation represented by **Thomas L Doran**
DeCaro Doran Siciliano Gallagher and DeBlasis LLP
4601 Forbes Blvd Ste 200 PO Box 40
Lanham, MD 20703
13013064300
Fax: 13013064988
Email: tdoran@decarodoran.com

**Defendant** Avco Corporation
*(for its Spencer-Lycoming Division)* represented by **Laura A Cellucci**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: lcellucci@milesstockbridge.com
**Vincent J Palmiotto**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14103853858
Fax: 14103853700
Email: vpalmiotto@milesstockbridge.com

**Defendant** American Standard Inc. represented by **Theodore F Roberts**
Venable Baetjer and Howard LLP
210 Allegheny Ave
Towson, MD 21285
14104946200
Fax: 14108210147
Email: tfroberts@venable.com

LEWIS SHIFFLETT, et ux., v. AC & R INSULATION CO, et al.
CASE NO.: 1:07-CV02397-WDQ
Counsel List

**Defendant Aqua-Chem, Inc.** *doing business as* **CLEAVER-BROOKS DIVISION**
represented by **Vincent J Palmiotto** (see above for address)

**Defendant A.W. Chesterton Company** represented by **Keith R Truffer**
Royston Mueller McLean and Reid LLP
102 W Pennsylvania Ave Ste 600
Towson, MD 21204
14108231800
Fax: 14108287859
Email: ktruffer@rmmr.com

**Defendant Boiler and Furnance Cleaners, Inc.**
*as successor to J.E. HURLEY MACHINE AND BOILER WORKS, INC.*
*also known as*
Hurley Co. represented by **William J Hickey**
Law Offices of William J Hickey LLC
33 Wood Ln
Rockville, MD 20850
13014246300
Fax: 13012944568
Email: bill@hickeylegal.com

**Defendant Bondex International, Inc.** represented by **Jeannie Pittillo Kauffman**
Bacon Thornton and Palmer LLP
Capital Office Park
6411 Ivy Ln Ste 706
Greenbelt, MD 20770-1411
13013457001
Fax: 13013457075
Email: Jkauffman@lawbtp.com

**Defendant CertainTeed Corporation** represented by **Vincent J Palmiotto**
(See above for address)

**Defendant CBS Corporation**
*successor by merger to CBS Corporation*
*formerly known as*
Viacom, Inc.
*formerly known as*
Westinghouse Electric Corporation represented by **Philip A Kulinski**
Evert Weathersby Houff
120 E Baltimore St Ste 1300
Baltimore, MD 21201
14435738506
Fax: 14435738501
Email: PAKULINSKI@ewhlaw.com

LEWIS SHIFFLETT, et ux., v. AC & R INSULATION CO, et al.
CASE NO.: 1:07-CV02397-WDQ
Counsel List

**William Thomas Lawrie, Jr**
Evert Weathersby Houff
120 E Baltimore St Ste 1300
Baltimore, MD 21202
14435738500
Fax: 14435738501
Email: wtlawrie@ewhlaw.com

**Defendant** C.J. Coakley, Co., Inc. represented by **Malcolm Sean Brisker**
Goodell DeVries Leech and Dann LLP
One South St 20th Fl
Baltimore, MD 21202
14107834000
Fax: 14107834040
Email: msb@gdldlaw.com

**Defendant** Cleaver-Brooks Corporation represented by **Vincent J Palmiotto**
(See above for address)

**Defendant** Columbia Boiler Company represented by **Joel D Newport**
Moore and Jackson LLC
305 Washington Ave Ste 401
Baltimore, MD 21204
14105835241
Fax: 14105837519
Email: newport@moorejackson.com

**Defendant** Crane Company, Inc.
*(Individually and as successor to National-U.S. Radiator)* represented by **Neil J MacDonald**
Hartel Kane DeSantis MacDonald and Howie LLP
11720 Beltsville Dr Ste 500
Beltsville, MD 20705
13014861200
Fax: 13014860935
Email: nmacdonald@hartelkane.com

**Defendant** Crown Cork & Seal Company, Inc. represented by **Theodore F Roberts**
(See above for address)

**Defendant** Crown Cork & Seal USA, Inc. represented by **Theodore F Roberts**
(See above for address)

**Defendant** Daimler Chrysler Corporation represented by **Deborah K St Lawrence**
Brown and Sheehan LLP
1010 Hull St Ste 300
Baltimore, MD 21230
14102968500
Fax: 14102961559
Email: dstlawrence@brownsheehan.com

LEWIS SHIFFLETT, et ux., v. AC & R INSULATION CO, et al.
CASE NO.: 1:07-CV02397-WDQ
Counsel List

**Defendant Dorr-Oliver Incorporated**
*As Successor to Keeler/Dorr-Oliver Boiler Company* represented by **Katherine S Duyer**
(See above for address)

**Defendant Federated Development Company**
*(as Successor to National-U.S. Radiator)* represented by **Philip A Kulinski**
(See above for address)
**William Thomas Lawrie, Jr**
(See above for address)

**Defendant Ford Motor Company** represented by **Paul Joseph Day**
DLA Piper US LLP
6225 Smith Ave
Baltimore, MD 21209-3600
14105803000
Fax: 14105803001
Email: paul.day@dlapiper.com

**Defendant Foster-Wheeler LLC** represented by **Steven J Parrott**
Dehay and Elliston LLP
36 S Charles St Ste 1300
Baltimore, MD 21201
14107837225
Fax: 14107837221
Email: sjp@dehay.com

**Defendant Foster Wheeler Energy Corp.** represented by **Steven J Parrott**
(See above for address)

**Defendant General Electric Company** represented by **James T Zois**
Meringer, Zois & Quigg, LLC
300 E Lombard St Ste 1440
Baltimore, MD 21202
14435247978
Fax: 14435247982
Email: jzois@meringerlaw.com
**David J Quigg**
Meringer, Zois & Quigg, LLC
300 E Lombard St Ste 1440
Baltimore, MD 21202
14435297978
Fax: 14435297982
Email: dquigg@meringerlaw.com

**Defendant General Motors Corporation** represented by **Paul Joseph Day**
(See above for address)

LEWIS SHIFFLETT, et ux., v. AC & R INSULATION CO, et al.
CASE NO.: 1:07-CV02397-WDQ
Counsel List

**Defendant General Refractories Co.** represented by **Jeremy W North**
North and Cobb PA
7313 York Rd
Towson, MD 21204
14108251472
Fax: 14108217064

**Defendant Georgia-Pacific Corporation** represented by **Laura A Cellucci**
(See above for address)
**Vincent J Palmiotto**
(See above for address)

**Defendant H.B. Smith Company, Inc.**
*also known as*
Smith Cast Iron Boilers represented by **David Foxwell Albright, Sr**
Law Offices of David F Albright
1122 Kenilworth Dr Ste 500
Baltimore, MD 21204
14102440350
Fax: 14108235453
Email: dalbright@verizon.net

**Defendant Honeywell International, Inc.** represented by **George C Doub, III**
George C Doub PC
12 W Madison St
Baltimore, MD 21201-5231
14105470400
Fax: 14108374465
Email: g.doubiii@att.net

**Defendant J.E. Hurley and Boiler Works, Inc.** represented by **William J Hickey**
(See above for address)

**Defendant Hurley Company**
*as successor to J.E. Hurley Machine and Boiler Works, Inc.* represented by **William J Hickey**
(See above for address)

**Defendant Kaiser Gypsum Company, Inc.** represented by **Joel D Newport**
(See above for address)

**Defendant Kelly-Moore Paint Co., Inc.** represented by **Neil J MacDonald**
(See above for address)

**Defendant MCIC, Inc.**
*formerly known as*
McCormick Asbestos Co. represented by **Louis E Grenzer, Jr**
Bodie Nagle Dolina Smith and Hobbs PA
21 W Susquehanna Ave
Towson, MD 21204
14108231250
Fax: 14102960432
Email: lgrenzer@bodienagle.com

LEWIS SHIFFLETT, et ux., v. AC & R INSULATION CO, et al.
CASE NO.: 1:07-CV02397-WDQ
Counsel List

**Defendant Mestek, Inc.**
*Individually As Successor in interest to H.B. SMITH COMPANY, INC.*
*also known as*
Smith Cast Iron Boilers represented by **Elizabeth Johanna Gibbon**
McCarter and English LLP
245 Park Ave 27th Fl
New York, NY 10167
12126096800
Fax: 1216096921
Email: jgibbon@mccarter.com

**Defendant Metropolitan Life Insurance Co.** represented by **Richard Damon Albert**
Steptoe and Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
12024293000
Fax: 12024293902
Email: ralbert@steptoe.com

**Defendant Noland Company** represented by **Scott Hamilton Phillips**
Semmes Bowen and Semmes PC
250 W Pratt St 16th Fl
Baltimore, MD 21201
14105764717
Fax: 14105395223
Email: sphillips@semmes.com

**Defendant Oakfabco, Inc.** *as successor-in-interest by merger to*
*KEWANEE BOILER CORPORATION* represented by **David A Seltzer**
Wilson Elser Moskowitz Edelman and Dicker LLP
1341 G St NW Ste 500
The Colorado Bldg
Washington, DC 20005-3105
12026267660
Fax: 12026283606
Email: David.Seltzer@wilsonelser.com

**Defendant The Okonite Company** represented by **Steven J Parrott**
(See above for address)

**Defendant Owens-Illinois, Inc.** represented by **Steven Andrew Luxton**
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
202.739.3000
Fax: 202.739.3001
Email: sluxton@morganlewis.com

**Defendant Pneumo Abex LLC** represented by **Steven J Parrott**
(See above for address)

LEWIS SHIFFLETT, et ux., v. AC & R INSULATION CO, et al.
CASE NO.: 1:07-CV02397-WDQ
Counsel List

**Defendant** Potomac Electric Power Company represented by **Steven A Allen**
Hodes Pessin and Katz PA
901 Dulaney Valley Rd Ste 400
Towson, MD 21204
14109388800
Fax: 14108325602
Email: sallen@hpklegal.com

**Defendant** Rapid American Corporation represented by **Theodore F Roberts**
(See above for address)

**Defendant** Riley Stoker Corporation
*also known as* Babcock Borsig Power, Inc. represented by **Steven J Parrott**
(See above for address)

**Defendant** The Rockbestos Company represented by **Malcolm Sean Brisker**
(See above for address)

**Defendant** RPM, Inc. *also known as* Republic Powdered Metals, Inc.
*Individually and as successor To, alter ego or, otherwise responsible for The Reardon Company and Bondex International* represented by **Jeannie Pittillo Kauffman**
(See above for address)

**Defendant** RPM, International Inc.
*Individually and as successor to, alter ego or, otherwise responsible for the Reardon Company and Bondex International, Inc.* represented by **Jeannie Pittillo Kauffman**
(See above for address)

**Defendant** Superior Boiler Works, Inc. represented by **Robin Silver**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: rsilver@milesstockbridge.com
**Vincent J Palmiotto**
(See above for address)

**Defendant** T.H. Agriculture & Nutrition, LLC
*Individually and as successor to Thompson Hayward Chemical Company, Inc.* represented by **Vincent J Palmiotto**
(See above for address)

**Defendant** Thos. Somerville Co. represented by **Scott Patrick Burns**
Tydings and Rosenberg LLP
100 E Pratt St 26th Fl
Baltimore, MD 21202
14107529743
Fax: 14107275460
Email: sburns@tydingslaw.com

LEWIS SHIFFLETT, et ux., v. AC & R INSULATION CO, et al.
CASE NO.: 1:07-CV02397-WDQ
Counsel List

**Defendant** Union Carbide Corporation represented by **Steven J Parrott**
(See above for address)

**Defendant** Weil-McLain, Inc. represented by **Thomas Peter Bernier**
Segal McCambridge Singer and Mahoney Ltd
One N Charles St Ste 2500
Baltimore, MD 21201
14107793960
Fax: 14107793967
Email: TBernier@smsm.com
**Robert William Sullivan, IV**
Segal McCambridge Singer and Mahoney Ltd
217 E Redwood St 21st Fl
Baltimore, MD 21202
14107793960
Fax: 14107793967
Email: Rsullivan@smsm.com

**Defendant** The Walter E. Campbell Company, Inc. represented by **Thomas Peter Bernier**
(See above for address)
**Richard Lloyd Flax**
Law Offices of Richard L Flax LLC
29 West Susquehanna Ave Ste 500
Baltimore, MD 21204
14105616451
Fax: 14439278916
Email: richard.flax@zgf-law.com

**Defendant** Zurn Industries, Inc.
*also known as*
(a/k/a and Successor-By-Merger to ERIE CITY IRON WORKS) represented by **Michael A Pichini**
Goodell DeVries Leech and Dann LLP
One South St 20th Fl
Baltimore, MD 21202
14107834000
Fax: 14107834040
Email: map@gdldlaw.com