To: Jeffery N. Luthi, Clerk of the Judicial Panel    From: Lisa Minner    Monday, October 15, 2007 8:50 AM Page: 3 of 6
Subject: Henry Barabin and Geraldine Barabin vs. Albany International Corp., et al. / MDL #875, CTO#291 / Plaintiff's Notice of Opposition to Condit

Case MDL No. 875   Document 5214   Filed 10/16/07   Page 1 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 16 2007

FILED
CLERK'S OFFICE

MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 CTO -291 |
| This Document Relates to: | |
| HENRY BARABIN and GERALDINE BARABIN v. ALBANY INTERNATIONAL CORP., et al., | |

2007 OCT 15 P 12: 04
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN, | No. C07-1454 RSL |
| Plaintiffs, | PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 291 |
| v. | |
| ALBANY INTERNATIONAL CORP., et al., | |
| Defendants. | |

### PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 291

The undersigned is in receipt of the Conditional Transfer Order (CTO-291) filed with the Clerk of the Judicial Panel on Multi-District Litigation on September 6, 2007. Pursuant to

1 - PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 291
MDL DOCKET NO. 875, CTO-291 (Western District of Washington Case No. C07-1454 RSL)

J:\WA\106995\USDC\PLD\ntc-Opp-Cond Trf Order 291.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

PLEADING NO. 5214

**OFFICIAL FILE COPY**

**IMAGED OCT 16 2007**

To: Jeffery N. Luthi, Clerk of the Judicial Panel    From: Lisa Minner    Monday, October 15, 2007 8:50 AM Page: 4 of 6
Subject: Henry Barabin and Geraldine Barabin vs. Albany International Corp., et al. / MDL #875, CTO#291 / Plaintiff's Notice of Opposition to Condit

Case MDL No. 875, Document 5214, Filed 10/16/07, Page 2 of 4

JPML Rule 7.4(c), the undersigned hereby notifies the Clerk of the Judicial Panel on Multi-District Litigation that Plaintiff is in Opposition to Conditional Transfer Order 291.

Dated this 15th day of October, 2007.

BRAYTON ❖ PURCELL, LLP

Zachary B. Herschensohn, WSBA #33568
Brayton Purcell, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
(503) 295-4931 - telephone
(503) 241-2573 - facsimile
Attorneys for Plaintiffs Henry Barabin and
Geraldine Barabin

2 - PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 291
MDL DOCKET NO. 875, CTO-291 (Western District of Washington Case No. C07-1454 RSL)

J:\WA\106995\USDC\PLD\ntc-Opp-Cond Trf Order 291.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

To: Jeffery N. Luthi, Clerk of the Judicial Panel    From: Lisa Minner    Monday, October 15, 2007 8:50 AM Page: 5 of 6
Subject: Henry Barabin and Geraldine Barabin vs. Albany International Corp., et al. / MDL#875, CTO#291 Plaintiff's Notice of Opposition to Condit
Case MDL No. 875 Document 5214 Filed 10/16/07 Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OCT 16 2007**

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL DOCKET NO. 875 CTO-291 |
| This Document Relates to: | |
| HENRY BARABIN and GERALDINE BARABIN v. ALBANY INTERNATIONAL CORP., et al., | |

RECEIVED
CLERK'S OFFICE
2007 OCT 15 P 12:03
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HENRY BARABIN and GERALDINE BARABIN, | No. C07-1454 RSL |
| Plaintiffs, | King County Superior Court Cause No. 06-2-39452-6SEA |
| v. | AFFIDAVIT OF DELIVERY AND/OR MAILING |
| ALBANY INTERNATIONAL CORP., et al., | |
| Defendants. | |

I am employed by the law firm of Brayton ❖ Purcell, LLP in Portland, Oregon. I am over the age of eighteen years and not a party to the within cause. My business address is 621 SW Morrison Street, Suite 950, Portland, Oregon 97205.

On the date below, I caused to be served the within **PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 291** to the parties listed below by transmitting a true copy thereof in the following manner unless otherwise indicated.

1 - AFFIDAVIT OF DELIVERY AND/OR MAILING
MDL DOCKET NO. 875, CTO-291 (Western District of Washington Case No. C07-1454 RSL)

J:\WA\106995\Service\MDL Decmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

Subject: Henry Barabin and Geraldine Barabin vs. Albany International Corp., et al. MDL #875, CTO#291 Plaintiff's Notice of Opposition to Condit

Case MDL No. 875 Document 5214 Filed 10/16/07 Page 4 of 4

1  __XX__ I caused each of the above document(s) to be placed in a sealed envelope, postage thereon prepaid, addressed and served as follows:

2  _____ The above document was transmitted by facsimile transmission to the following:

3  _____ I delivered by hand this date the above listed document(s), in an envelope to the offices of the following:

4  I declare under penalty of perjury and under the laws of the State of Washington (RCW 9A.72.085) that the foregoing is true and correct.

Executed at Portland, Oregon, this 15th day of October, 2007.

_____
Lisa C.D. Minner, Legal Secretary

SUBSCRIBED AND SWORN TO before me this 15th day of October, 2007.

OFFICIAL SEAL
ABIGAIL J E ADAMS
NOTARY PUBLIC-OREGON
COMMISSION NO. 375359
MY COMMISSION EXPIRES DEC 8, 2007

_____
Notary Public in and for the State of Oregon
My commission expires on 12/8/07

| G. WILLIAM SHAW<br>Kirkpatrick & Lockhart Preston Gates & Ellis, LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>**Attorneys for AstenJohnson, Inc.**<br><br>BARRY N. MESHER<br>BRIAN D. ZERINGER<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338<br>**Attorneys for Crane Co.** | CHRISTOPHER S. MARKS<br>GEORGE S. PITCHER<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>**Attorneys for Scapa Dryer Fabrics, Inc.** |

Revised: 9/10/07

2 - AFFIDAVIT OF DELIVERY AND/OR MAILING
   MDL DOCKET NO. 875, CTO-291 (Western District of Washington Case No. C07-1454 RSL)

J:\WA\106995\Service\MDL Decmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573