**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5216

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE:   ASBESTON PRODUCTS LIABILITY            MDL DOCKET NO. 875
         LITIGATION (NO.VI)

CONDITIONAL TRANSFER ORDER 284

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NOLAN FONTENOT | * | CIVIL ACTION |
| | * | |
| | * | CASE NO. NO. 07-cv-02764. |
| | | SECTION L(5) |
| | * | |
| VERSUS | * | JUDGE ELDON E. FALLON |
| | * | |
| CHEVRON USA, INC., ET AL | * | MAG. JUDGE ALMA CHASEZ |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

**CONOCO PHILLIPS COMPANY'S JOINDER IN DEFENDANTS'
MEMORANDUM IN OPPOSITION TO MOTION TO
VACATE CONDITIONAL TRANSFER ORDER**

NOW INTO COURT, through undersigned counsel, comes Defendant, ConocoPhillips Company, successor-in-interest to Phillips Petroleum Company, successor-in-interest and formerly d/b/a Drilling Specialties Company (hereinafter, "Defendant" or "ConocoPhillips"), to adopt and join in Co-Defendants', Exxon Mobil Corporation and Chevron U.S.A. Inc., Memorandum in Opposition to Motion to Vacate Conditional Transfer Order filed on September 21, 2007. ConocoPhillips hereby

**OFFICIAL FILE COPY**

IMAGED OCT 1 8 2007   ✓

adopts, as its own, reasoning and legal argument contained in Exxon Mobile Corporation and Chevron U.S.A. Inc.'s aforementioned Memorandum.

WHEREFORE, ConocoPhillips respectfully requests that the Panel deny Plaintiff's Motion to Vacate Conditional Transfer Order 284 and transfer this case to the United States District Court for the Eastern District of Pennsylvania, MDL 875. The Plaintiff's case meets all of the statutory requirements for transfer enumerated in 28 U.S.C. § 1407. Based upon numerous common questions of fact, the convenience to the parties and witnesses involved, and the just and efficient prosecution of this action, transfer to MDL 875 is warranted.

Respectfully submitted,

**ADAMS AND REESE LLP**

Kathleen F. Drew (#5079)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Fax: (504) 566-0210
**Attorneys for ConocoPhillips Company, successor in interest to Phillips Petroleum Company, successor in interest and formerly d/b/a Drilling Specialties Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of ConocoPhillips Company's Joinder in Defendants' Memorandum in Opposition to Motion to Vacate Conditional Transfer Order was served upon all known counsel of this proceeding by mailing a copy to same via First Class United States Mail, facsimile, electronic mail and/or Federal Express on this 9th day of October 2007.

Service made upon:

Lawrence E. Abbott
Abbott, Simses & Kuchler
5100 Village Walk
Suite 200
Covington, LA 70433

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armound
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 4415
Fax (216) 241-1608

Adam M. Chud
Goodwin, Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh PA 15212

Barbara Bourgeois Ormsby
Forman, Perry, Watkins, Krutz
& Tardy, LLP
1515 Poydras Street, Suite 130
New Orleans, LA 70112

Brian J. Engeron
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Raymond P. Forceno
Rayond Goggin & Keller
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Mary S. Johnson
Johnson Gray McNamara, LLC
69150 Highway
190 East Service Road
Covington, LA 70433

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David D. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Chadwick J. Mollere
Johnson Gray McNamara, LLC
650 Poydras Street
Suite 1905
New Orleans, LA 70130

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018
Fax (713) 465-3658

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Blvd.
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192
Fax (313) 961-5275

Andrew J. Trevlise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

| | |
|---|---|
| Patrick W. Pendley<br>Pendley, Baudin & Coffin, LLP<br>24100 Eden Street<br>P.O. Box 71<br>Plaquemines, LA 70765-0071 | James K. Weston, II<br>Tom Riley Law Firm<br>4040 First Avenue, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |