MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5217

1  DAVID T. BIDERMAN, SBN 101577
   dbiderman@perkinscoie.com
2  BRIEN F. MCMAHON, SBN 66809
   bmcmahon@perkinscoie.com
3  DAVID R. ONGARO, SBN 154698
   dongaro@perkinscoie.com
4  M. CHRISTOPHER JHANG, SBN 211463
   cjhang@perkinscoie.com
5  **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
6  San Francisco, CA 94111
   Tel: (415) 344-7000
7  Fax: (415) 344-7288

8  Attorneys for Defendant
   Honeywell International Inc., f/k/a AlliedSignal,
9  Inc., Successor-in-Interest to The Bendix
   Corporation

10

11              **BEFORE THE JUDICIAL PANEL ON
                    MULTIDISTRICT LITIGATION**
12

13  IN RE: ASBESTOS PRODUCTS              MDL-875
    LIABILITY LITIGATION
14                                         DEFENDANT HONEYWELL
    (NO VI)                                INTERNATIONAL INC.'S CORPORATE
15                                         DISCLOSURE STATEMENT
    This Document Relates To:
16
    ROBERT F. LYMAN and SAMANTHA
17  LYMAN v. ASBESTOS DEFENDANTS

18
                    **UNITED STATES DISTRICT COURT**
19
                    **NORTHERN DISTRICT OF CALIFORNIA**
20
                            **OAKLAND DIVISION**
21

22  ROBERT F. LYMAN and SAMANTHA          No. C 07-04240 SBA
    LYMAN,
23
                Plaintiffs,
24
        v.
25
    ASBESTOS DEFENDANTS (BP),
26
                Defendants.
27

28

RECEIVED CLERK'S OFFICE 2007 OCT 15 A 6:40 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

HONEYWELL'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 07-04240
39812-0003.1753/LEGAL13642190.1

OFFICIAL FILE COPY

IMAGED OCT 22 2007

1   Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict
2   Litigation, Honeywell International Inc., f/k/a AlliedSignal, Inc., Successor-in-Interest to The
3   Bendix Corporation ("Honeywell"), discloses the following:

4   Honeywell has no parent corporation. State Street Bank and Trust Company ("Bank")
5   owns more than ten percent of Honeywell's stock but less than ten percent with sole voting
6   power; the remainder is held by the Bank as trustee for certain Honeywell savings plans. The
7   Bank has shared dispositive power for all of its shares.

10  DATED: October 12, 2007                 **PERKINS COIE** LLP

                                            By: _____
                                                M. Christopher Jhang

                                            Attorneys for Defendant Honeywell
                                            International Inc., f/k/a AlliedSignal, Inc.,
                                            Successor-in-Interest to The Bendix
                                            Corporation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2007

FILED
CLERK'S OFFICE

# PROOF OF SERVICE

1. I, Lisa A. DeCosta, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. On October 12, 2007, I served a copy of the within document(s):

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| X | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below. |

Gary Brayton, Esq.
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6160
Fax: 415-898-1247

Catherin Morris Know
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Francisco, CA 94105-2669
Fax: 415-773-5759

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 12, 2007, at San Francisco, California.

Lisa A. DeCosta

DEFENDANT HONEYWELL INTERNATIONAL INC.'S CORPORATE DISCLOSURE STATEMENT