JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2007

FILED
CLERK'S OFFICE

**MDL   875**

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : | MDL DOCKET NO. 875 |

**This Document Relates To:**

Moses Sherman, et al. v. A.J. Pegno Construction Corp., et al., S.D. New York,
C.A. No. 1:07-6433 (Judge Richard J. Sullivan)

John Alexander, et al. v. Amchem Products, Inc., et al., S.D. New York,
C.A. No. 1:07-6441 (Judge George B. Daniels)

## PLAINTIFFS' BRIEF IN REPLY TO THEIR MOTION
## TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiffs Moses Sherman and Leola Sherman, and John Alexander and Braulia

Alexander, respectfully submit this brief in reply to Defendants' Brief In Opposition Of Motion

To Vacate Conditional Transfer Order ("Defendants' Brief"), in the two above-referenced cases.

First, to update the Court as to further proceedings in these cases in the U.S. District

Court for the Southern District of New York, by a notice dated September 28, 2007, the case,

John Alexander, et al. v. Amchem Products, Inc., et al., Case No. 07 CV 6441, was reassigned

from Judge George B. Daniels to Judge Richard J. Sullivan, before whom the other above-

IMAGED OCT 18 2007   OFFICIAL FILE COPY

referenced case is pending.  Plaintiffs having previously filed their motion to remand this case to state court, Judge Sullivan has entered a schedule for the remaining briefs and papers on Plaintiffs' motion, which requires all papers to be filed and served by November 12, 2007.

Meanwhile, in <u>Moses Sherman, et al. v. A.J. Pegno Construction Corp., et al.</u>, Case No. 07 CV 6433 (RJS), all briefs and papers addressing Plaintiffs' motion to remand the case to state court have been filed and served, and the motion is under submission before Judge Sullivan.

In their brief, Defendants state they "do not disagree" that Plaintiffs' motions to remand in these cases should be decided by Judge Sullivan before Plaintiffs' motion to vacate the Conditional Transfer Order here is considered.  Defendants' Brief at p. 2.  Defendants respectfully suggest that Plaintiffs' current motion to vacate the CTO be held "in abeyance until Judge Sullivan has rendered his decisions on the remand motions."  <u>Id.</u>

If it is acceptable to the Court, Plaintiffs agree with this manner of proceeding.  If Plaintiffs' motions to remand are granted in both cases, as Plaintiffs expect they will be, then as Defendants point out, Plaintiffs' motion to vacate the CTO in this Court would be rendered moot. <u>Id.</u> at pp. 2-3.

Dated:    New York, N.Y.
            October 16, 2007

Respectfully submitted,

By: _____
Stephen J. Riegel
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Fl.
New York, N.Y.  10038
(212) 558-5500
Attorneys for Plaintiffs Moses Sherman and
      Leola Sherman, John Alexander and
      Braulia Alexander

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFICATION OF SERVICE**

OCT 17 2007

FILED
CLERK'S OFFICE

I, Stephen J. Riegel, do hereby certify as follows:

I am an attorney admitted to the practice of law in the Federal and State Courts of the

State of New York and am an associate of the law firm of Weitz & Luxenberg, P.C., counsel for

Plaintiffs in the above-referenced actions.

On October 16, 2007, I caused a copy of the following documents -- **PLAINTIFFS'**

**BRIEF IN REPLY TO THEIR MOTION TO VACATE CONDITIONAL TRANSFER**

**ORDER --** to be served by United States Postal Service, postage-paid first-class mail, on all

counsel listed on the attached Panel Service List (Excerpted from CTO-286), MDL Docket No.

875, IN RE Asbestos Products Liability Litigation (No. VI).

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  October 16, 2007

_____
Stephen J. Riegel

RECEIVED
CLERK'S OFFICE
2007 OCT 17  A 10: 18
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**PANEL SERVICE LIST (Excerpted from CTO-286)**
**MDL NO. 875**
**IN RE Asbestos Products Liability Litigation (No. VI)**

*Moses Sherman, et al. v. A.J. Pegno Construction Corp.', et al.,* S.D. New York, C.A. No. 1:07-6433
*John Alexander v. Amchem Products, Inc., et al.,* S.D. New York, C.A. No. 1:07-6441

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Jay Allen Rappaport
Aaronson Rappaport Feinstein & Deutsch, LLP
757 Third Avenue
New York, NY 10017

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Stephen Jeffrey Riegel
Wietz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038-4925

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

PANEL SERVICE LIST (Excerpted from CTO-286)- MDL NO. 875                    Page 2 of 2

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406