**MDL 875**

# MARTZELL & BICKFORD
ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE: (504) 581-7635

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
REGINA O. MATTHEWS
SPENCER R. DOODY
JEFFREY M. BURG
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH

† also admitted in Texas & Colorado

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OCT 22 2007

FILED
CLERK'S OFFICE

JEANNE M. LANAUX*
LITIGATION ADMINISTRATOR

*not licensed to practice law

E-MAIL: MB@MBFIRM.COM

*Writer's Direct Email:*

October 19, 2007

<u>*Via Facsimile (202) 502-2888 and DHL Delivery*</u>
Hon. Jeff Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:    *Docket No. 875 - Before the Judicial Panel on Multidistrict Litigation
           Conditional Transfer Order (CTO-292)*
           This pleading applies to: LAE 2 07-5718
           Joseph C. Trascher, et al. v. Peter Territo, et al.

Dear Mr. Luthi:

    In accordance with Conditional Transfer Order (CTO-292) as it relates to the referenced matter, please file this Notice of Opposition into the record of the court.

    Pursuant to JPML Rule 7.4 (c), please note that the plaintiffs in the referenced matter oppose this transfer, and request that the Court issue a briefing schedule regarding their opposition in accordance with this rule.

    Thank you for your assistance and cooperation in this matter.

                              Very truly yours,

                              MARTZELL & BICKFORD

                              Spencer R. Doody

SRD

F:\Clients\Trascher, Joseph\Correspondence\Clerk, JPML re CTO Opposition.wpd

PLEADING NO. 5220

RECEIVED CLERK'S OFFICE 2007 OCT 19 P 4:10 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED OCT 2 3 2007