MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 24 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5221

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH C. TRASCHER, et al. | * | CIVIL ACTION NO. 07-5718 |
| VERSUS | * | SECTION A |
| | * | JUDGE JAY C. ZAINEY |
| PETER TERRITO, et al. | * | |
| | * | MAGISTRATE JUDGE_____ |

## ORDER

Considering the Motion to Withdraw Notice of Removal filed on behalf of Northrop Grumman Systems Corp., individually and erroneously alleged as successor to Avondale Shipyards, Inc. and Avondale Industries, Inc., and Peter Territo;

IT IS HEREBY ORDERED that the Notice of Removal filed by Northrop Grumman Systems Corp., individually and erroneously alleged as successor to Avondale Shipyards, Inc. and Avondale Industries, Inc., and Peter Territo is hereby withdrawn. *Case Remanded to State Court.*

New Orleans, Louisiana, this 23RD day of October, 2007.

_____
JUDGE

MDL- 875
RECOMMENDED ACTION

VAC CTO-292 / action
Approved/Date: YX 24 Oct 07

**OFFICIAL FILE COPY**

IMAGED OCT 25 2007