MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 24 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Joseph C. Trascher, et al. v. Peter Territo, et al.,   )
        E.D. Louisiana, C.A. No. 2:07-5718   )   MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Trascher*) on October 12, 2007. The Panel has now been advised that *Trascher* was remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, by the Honorable Jay C. Zainey, in an order dated October 23, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-292" filed on October 12, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

PLEADING NO. 5222

OFFICIAL FILE COPY

IMAGED OCT 2 5 2007