MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
(NO. VI)
    Doris Buffone Jambon v. Northrop Grumman Ship Systems, )
        Inc., et al., E.D. Louisiana, C.A. No. 2:07-6056     )        MDL No. 875

PLEADING NO. 5225

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Jambon*) on October 12, 2007. The Panel has now been advised that *Jambon* was remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, by the Honorable Mary Ann Vial Lemmon in an order filed on October 10, 2007.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-292" filed on October 12, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED OCT 29 2007