MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OCT 29 2007

FILED CLERK'S OFFICE

**DILLINGHAM & MURPHY, LLP**
MOLLY J. MROWKA (SBN 190133)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendant
MONTELLO, INC.

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)<br><br>This Document Relates To:<br>ROBERT F. LYMAN AND SAMANTHA LYMAN v. ASBESTOS DEFENDANTS(B◇P), *et al* | MDL-875<br>CTO- 287<br><br>**MONTELLO, INC.'S JOINDER IN UNION CARBIDE CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 287** |
|---|---|

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| ROBERT F. LYMAN and SAMANTHA LYMAN<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS (B◇P), *et al.*,<br><br>Defendants. | Case No.: C 07 4240 SBA |
|---|---|

PLEADING NO. 5227

2007 OCT 29 A 10: 34

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY



IMAGED OCT 30 2007

Defendant MONTELLO, INC. hereby joins in, adopts, indorses, and incorporates by reference as though fully set forth herein, Union Carbide Corporation's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order 287.

Dated: October 26, 2007

DILLINGHAM & MURPHY, LLP

MOLLY J. MROWKA
Attorney for Defendant
MONTELLO, INC.

RECEIVED
CLERK'S OFFICE
2007 OCT 29 A 10: 34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**DILLINGHAM & MURPHY, LLP**
MOLLY J. MROWKA (SBN 190133)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendant
MONTELLO, INC.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2007

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)<br><br>This Document Relates To:<br>ROBERT F. LYMAN AND SAMANTHA LYMAN v. ASBESTOS DEFENDANTS(B◊P), *et al* | MDL-875<br>CTO- 287<br><br>**PROOF OF SERVICE** |

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS (B◊P), *et al.*,<br><br>Defendants. | Case No.: C 07 4240 SBA |

**PROOF OF SERVICE**

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, 6th Floor, San Francisco, California 94104-4207.

On October 26, 2007, I electronically served the documents via the United States District Court Northern District of California electronic service described as:

1. **MONTELLO, INC.'S JOINDER IN UNION CARBIDE CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 287; and**

2. **PROOF SERVICE.**

on the interested parties in this action located on the United States District Court Northern District of California website and listed below:

Gary Brayton, Esq.
Brayton ◊ Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

Christopher Jhang
Perkins Coie
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111

Catherine Morris Krow
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

On October 26, 2007, I served the above referenced documents on the interested parties in this action as listed on the **ATTACHED** on the attached **"PANEL Service List"**:

**XX** **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2007, at San Francisco, California.

2007 OCT 29 A 10: 34
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Jennifer B. Perez

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-287)**

Robert F. Lyman, et al. v. Union Carbide Corp., et al., N.D. California, C.A. No. 4:07-4240

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

RECEIVED
CLERK'S OFFICE
2007 OCT 29 A 10: 34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**MDL No. 875 - Panel Service List (Excerpted from CTO-287) (Continued)**

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
~~Mt. Pleasant, SC 29464~~

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645 Griswold St.
The Maritime Asbestosis Legal Clinic
~~Detroit, MI 48226-4192~~

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025