**MDL 875**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61264-CIV-SEITZ/MCALILEY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 30 2007

FILED
CLERK'S OFFICE

JACKIE REEVES, Individually and as Personal
Representative of the Estate of JOHNIE REEVES,

    Plaintiff,

v.

AMERICAN OPTICAL CORPORATION, et al.,

    Defendants.
_____/

### ORDER (1) REMANDING CASE TO THE CIRCUIT COURT OF BROWARD COUNTY AND (2) CLOSING CASE

THIS CAUSE is before the Court upon the Stipulated Remand by Plaintiff and Defendant CBS Corporation[1] [DE-50]. Plaintiff and Defendant CBS Corporation have resolved the issues set forth in Plaintiff's Motion to Remand [DE-13] and jointly request that the case be remanded to the 17th Judicial Circuit Court of Broward County, Florida. No other defendant has joined in CBS Corporation's removal or sought removal on an independent basis. Accordingly, it is hereby

ORDERED that:

(1) This case is REMANDED to the 17th Judicial Circuit Court of Broward County, Florida;

(2) As the request is based solely on the stipulation of both parties, rather than on Plaintiff's voluntarily-withdrawn Motion to Remand, no award of costs pursuant to 28 U.S.C. §

---

[1] Defendant CBS Corporation is a Delaware corporation f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation.

PLEADING NO. 5229

OFFICIAL FILE COPY

IMAGED OCT 30 2007

1447(c) is appropriate;

   (3) All motions not otherwise ruled upon by this Order are MOOT; and

   (4) This case is CLOSED for statistical purposes.

   DONE AND ORDERED in Miami, Florida, this 22nd day of October, 2007.

                                         PATRICIA A. SEITZ
                                         UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record
      Jeffery N. Lüthi, Clerk of the United States Judicial Panel on Multidistrict Litigation