

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 30 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
(NO. VI)

Jackie Reeves, etc. v. American Optical Corp., et al., )
S.D. Florida, C.A. No. 0:07-61264                     )                 MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Reeves*) on September 28, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Reeves* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Reeves* was remanded to the 17th Judicial Circuit Court of Broward County, Florida, by the Honorable Patricia A. Seitz in an order filed on October 22, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-290" filed on September 28, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5230

**OFFICIAL FILE COPY**

IMAGED OCT 30 2007