MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES SAMUEL WARFIELD, et al. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. RDB-07-1870 |
| NORTHROP GRUMMAN SHIP SYSTEMS, INC., et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \*

## ORDER

The Plaintiffs have filed a Notice of Dismissal against Newport News Shipbuilding and Drydock Company and Grumman Ship Systems (Paper No. 18), and a Motion to Remand this case to the Circuit Court for Baltimore City (Paper No. 19). No oppositions having been filed to said Motions and Good Cause having been shown.

IT IS HEREBY ORDERED this 23rd day of October 2007 as follows:

The Notice of Dismissal (Paper No. 18) is GRANTED;

The Motion to Remand this case to the Circuit Court for Baltimore City (Paper No. 19) is GRANTED.

IT IS FURTHER HEREBY ORDERED that the Clerk of this Court transmit a certified copy of this Order and the record herein to the Clerk of the Circuit Court for Baltimore City forthwith.

/s/

_____
Richard D. Bennett
United States District Judge

MDL- 875
RECOMMENDED ACTION

OFFICIAL FILE COPY   c CTO-287 & HO   /action
Approved/Date: RN 10/30/07

PLEADING NO. 5234

IMAGED NOV 1 2007