# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Glenn Albarado, et al | Civil Action 07-1200 |
| versus | Judge Tucker L. Melançon |
| Eagle, Inc., et al | Magistrate Judge Methvin |

## ORDER

For the oral reasons assigned during and at the conclusion of the hearing on plaintiffs' Motion To Remand [Rec. Docs. 18; 20], conducted on Tuesday, September 18th, 2007, it is

ORDERED that Plaintiffs' Motions [Rec. Docs. 18; 20] are GRANTED and this matter is REMANDED. It is,

FURTHER ORDERED that the Clerk of this Court mail a certified copy of this Order of Remand to the Clerk of Court for the Fourteenth Judicial District Court, Calcasieu Parish, Louisiana.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 18th day of September, 2007.

Tucker L. Melançon
United States District Judge

MDL-875 RECOMMENDED ACTION
Vae CTO + H50 action
Approved/Date: RV 10/31/07

**OFFICIAL FILE COPY**

IMAGED NOV 1 2007