**MDL 875**

CLOSED

U.S. District Court
District of South Carolina (Charleston)
CIVIL DOCKET FOR CASE #: 2:07-cv-02569-HFF

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2007

FILED
CLERK'S OFFICE

Alford et al v. Owens-Illinois Inc et al
Assigned to: Honorable Henry F. Floyd
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 07/23/2007
Date Terminated: 09/19/2007
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2007 | 42 | ORDER granting 38 Motion to Remand to State Court without opposition. Clerk's Notice: Attorneys are responsible for supplementing the State Record with all documents filed in Federal Court. Signed by Judge Henry F. Floyd on 9-19-07.(hmar) (Entered: 09/19/2007) |

PLEADING NO. 5238

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/01/2007 12:01:32 | | |
| PACER Login: | jp0001 | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:07-cv-02569-HFF Start date: 9/19/2007 End date: 9/19/2007 |
| Billable Pages: | 1 | Cost: | 0.08 |

MDL-875
RECOMMENDED ACTION
Vac CTO-286 + HO 2 actions
Approved/Date: _____

**OFFICIAL FILE COPY**

IMAGED NOV 2 2007

CLOSED

# U.S. District Court
## District of South Carolina (Charleston)
### CIVIL DOCKET FOR CASE #: 2:07-cv-02664-HFF

Muench v. Owens-Illinois Inc et al
Assigned to: Honorable Henry F. Floyd
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 07/30/2007
Date Terminated: 09/19/2007
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2007 | 32 | ORDER granting 28 Motion to Remand to State Court without opposition. Clerk's Notice: Attorneys are responsible for supplementing the State Record with all documents filed in Federal Court. Signed by Judge Henry F. Floyd on 9-19-07.(hmar) (Entered: 09/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2007 12:02:13 | | | |
| PACER Login: | jp0001 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-02664-HFF Start date: 9/19/2007 End date: 9/19/2007 Starting with document: 32 Ending with document: 32 |
| Billable Pages: | 1 | Cost: | 0.08 |