

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Mary Alford, et al. v. Owens-Illinois, Inc., et al.,     )
        D. South Carolina, C.A. No. 2:07-2569     )     MDL No. 875
    Lida M. Muench, etc. v. Owens-Illinois, Inc., et al.,     )
        D. South Carolina, C.A. No. 2:07-2664     )

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE NOVEMBER 29, 2007, HEARING SESSION

    A conditional transfer order was filed in these actions (*Alford* and *Muench*) on August 21, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Alford* and *Muench* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Alford* and *Muench* were remanded to the Court of Common Pleas for Charleston County, Ninth Judicial Circuit, State of South Carolina, by the Honorable Henry F. Floyd on September 19, 2007.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-286" filed on August 21, 2007, is VACATED insofar as it relates to these actions.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2007, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED NOV 2 2007