JL
RN
RH

# WILLIAMS MULLEN

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL 875**

**NOV - 1 2007**

**FILED
CLERK'S OFFICE**

Direct Dial: 804.783.6931
ccarter@williamsmullen.com

October 29, 2007

**Via Facsimile - 202-502-2888**

Jeffrey N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Re:     MDL 875 Asbestos Products Liability Litigation
        Conditional Transfer Order 288

Dear Mr. Lüthi:

Notice is hereby given on behalf of Robert L. Schmitt Company, Inc., Aearo Company and Sullair Corporation of their withdrawal of their Motion to Vacate Conditional Transfer Order 288. Withdrawal is based on the plaintiff's dismissal of Robert L. Schmitt Company, Inc., Aearo Company and Sullair Corporation filed with the Court on October 19, 2007 and attached hereto.

The referenced matter is set before the Judicial Panel on Multidistrict Litigation on November 29, 2007 and can be withdrawn for the docket.

Very truly yours,

Clement D. Carter

CDC/djb
Enclosure
cc:     All Counsel (w/enclosure)

152227tv1

**RECOMMENDED ACTION**

Lift Stay + Vac HSO
+ Vac
Approved/Date: RN 10/31/07

*A Professional Corporation*

**NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C. • LONDON**
Two James Center  1021 East Cary Street (23219)  P.O. Box 1320  Richmond, VA 23218-1320  Tel: 804.643.1991  Fax: 804.783.6507
www.williamsmullen.com

**OFFICIAL FILE COPY**

IMAGED NOV 1 · 2007

PLEADING NO. 5240

# LAW OFFICES OF PAUL A. WEYKAMP

**Attorneys and Counselors-at-Law**
Suite 2
16 Stenersen Lane
Hunt Valley, Maryland 21030

Admitted to Practice in VA, MD & PA
Dundalk Office: 2 Dunmanway

Tel: 1-800-580-5589
Tel: 410-584-0660
Fax: 410-584-1005



October 19, 2007

Mr. Clement D. Carter
Williams Mullen, PC
Two James Center, 1021 East Cary Street
P.O. Box 1320
Richmond, VA 23218-1320

Re: Request to Dismiss

Dear Mr. Carter:

I am enclosing a copy of the Notice of Request to Dismiss Robert L. Schmitt Company, Inc., Aearo Company, and Sullair Corporation that we discussed. The Notice was mailed to the Court on Friday, October 19, 2007. During our discussions, you indicated that you would withdraw your Opposition to the inclusion of these cases in the MDL-875.

Should you have any questions, please do not hesitate to call any time.

Very truly yours,

Paul A. Weykamp

PAW/kr
Enclosure:



# LAW OFFICES OF PAUL A. WEYKAMP

Attorneys and Counselors-at-Law
Suite 2
16 Stenersen Lane
Hunt Valley, Maryland 21030

Admitted to Practice in VA, MD & PA
Dundalk Office: 2 Dunmanway

Tel: 1-800-580-5589
Tel: 410-584-0660
Fax: 410-584-1005

October 19, 2007

~~PER FEDERAL EXPRESS~~

United States District Court
Eastern District of Pennsylvania
Office of the Clerk of the Court
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re: Motion to Dismiss

Dear Clerk:

Enclosed for filing, please find for court action Plaintiffs' Notice of Request to Dismiss Robert L. Schmitt Company, Inc.; Aearo Company; and Sullair Corporation in the following cases:

| | |
|---|---|
| VAE 4 07-3222 Oris Bowers v. American Air Liquide Corporation |
| VAE 4 07-3223 Irias Burnham v. American Air Liquide Corporation |
| VAE 4 07-3224 Cornell Carrington v. American Air Liquide Corporation |
| VAE 4 07-3225 David Faulk v. American Air Liquide Corporation |
| VAE 4 07-3226 Euless Henry Hall v. American Air Liquide Corporation |
| VAE 4 07-3227 Jeffrey Harrison v. American Air Liquide Corporation |
| VAE 4 07-3228 Jesse Hicks v. American Air Liquide Corporation |
| VAE 4 07-3229 Percy Hobbs v. American Air Liquide Corporation |
| VAE 4 07-3230 Eduardo Holland v. American Air Liquide Corporation |
| VAE 4 07-3231 John F. Kirby v. American Air Liquide Corporation |
| VAE 4 07-3232 Charles Longnecker v. American Air Liquide Corporation |
| VAE 4 07-3233 Garry Majette v. American Air Liquide Corporation |
| VAE 4 07-3234 William Mundy v. American Air Liquide Corporation |
| VAE 4 07-3235 Bonnie Neal v. American Air Liquide Corporation |
| VAE 4 07-3236 Jimmy Pate v. American Air Liquide Corporation |
| VAE 4 07-3237 John Pitt v. American Air Liquide Corporation |
| VAE 4 07-3238 Arthur Scott v. American Air Liquide Corporation |
| VAE 4 07-3239 Edward Stacknik v. American Air Liquide Corporation |
| VAE 4 07-3240 Daniel Terry v. American Air Liquide Corporation |
| VAE 4 07-3241 James A. Thigpen v. American Air Liquide Corporation |
| VAE 4 07-3242 Julius Walker v. American Air Liquide Corporation |



| VAE 4 07-3243 Leroy Waters v. American Air Liquide Corporation |
| VAE 4 07-3244 Larry Wilkerson v. American Air Liquide Corporation |
| VAE 4 07-3245 James Winkler v. American Air Liquide Corporation |
| VAE 4 07-3246 Michael Woodson v. American Air Liquide Corporation |

As always, should you have any questions, please feel free to call any time.

Very truly yours,

Paul A. Weykamp

PAW/kr
Enclosure:

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)          :

This Document Relates to:                            Civil Action No.:  MDL 875

VAE 4 07-3222 Oris Bowers v. American Air Liquide Corp.
VAE 4 07-3223 Irias Burnham v. American Air Liquide Corp.
VAE 4 07-3224 Cornell Carrington v. American Air Liquide Corp.
VAE 4 07-3225 David Faulk v. American Air Liquide Corp.
VAE 4 07-3226 Euless Henry Hall v. American Air Liquide Corp.
VAE 4 07-3227 Jeffrey Harrison v. American Air Liquide Corp.
VAE 4 07-3228 Jesse Hicks v. American Air Liquide Corp.
VAE 4 07-3229 Percy Hobbs v. American Air Liquide Corp.
VAE 4 07-3230 Eduardo Holland v. American Air Liquide Corp.
VAE 4 07-3231 John F. Kirby v. American Air Liquide Corp.
VAE 4 07-3232 Charles Longnecker v. American Air Liquide Corp.
VAE 4 07-3233 Garry Majette v. American Air Liquide Corp.
VAE 4 07-3234 William M. Mundy v. American Air Liquide Corp.
VAE 4 07-3235 Bonnie Neal, etc. v. American Air Liquide Corp.
VAE 4 07-3236 Jimmy Pate v. American Air Liquide Corp.
VAE 4 07-3237 John Pitt v. American Air Liquide Corp.
VAE 4 07-3238 Arthur Scott v. American Air Liquide Corp.
VAE 4 07-3239 Edward Stacknik v. American Air Liquide Corp.
VAE 4 07-3240 Daniel Dean Terry v. American Air Liquide Corp.
VAE 4 07-3241 James A. Thigpen v. American Air Liquide Corp.
VAE 4 07-3242 Julius Walker v. American Air Liquide Corp.
VAE 4 07-3243 Leroy Waters v. American Air Liquide Corp.
VAE 4 07-3244 Larry Wilkerson v. American Air Liquide Corp.
VAE 4 07-3245 James Winkler v. American Air Liquide Corp.
VAE 4 07-3246 Michael Woodson v. American Air Liquide Corp.

## NOTICE OF REQUEST TO DISMISS ROBERT L. SCHMITT COMPANY, INC., AEARO COMPANY, AND SULLAIR CORPORATION

Notice is hereby given to all parties pursuant to Administrative Order No. 12 of

the request by Plaintiff's counsel to dismiss Robert L. Schmitt Company, Inc., Aearo



Company, and Sullair Corporation.  Objections to the dismissals must be filed within

thirty (30) days.


_____
Paul A. Weykamp, Esquire


Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030


151746181

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of Plaintiff's Notice of Request to Dismiss Robert L. Schmitt Company, Inc., Aearo Company, and Sullair Corporation, was on this ___19___ day of October 2007, mailed, postage prepaid, first class mail to defendants.

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, N.W.
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574





Richard Hooper Ottinger
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Joshua Prever, Esq.
Morgan, Lewis Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2339

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Reginald S. Kramer
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West, Suite 410
Houston, TX 77018

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

4

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
The Maritime Asbestosis Legal Clinic
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Cheryl Ragsdale
Hunton & Williams
951 East Byrd Street
Richmond, Va. 23219

Robert F. Redmond, Jr.
Clement D. Carter
Brendan D. O'Toole
Williams Mullen, A Professional Corporation
Two James Center, 1021 East Cary Street (23219)
P.O. Box 1320
Richmond, VA 23218-1320

By:_____
        Paul A. Weykamp, Esquire

151746|r1

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)           :

Civil Action No.: MDL 875

This Document Relates to:

VAE 4 07-3222 Oris Bowers v. American Air Liquide Corp.
VAE 4 07-3223 Irias Burnham v. American Air Liquide Corp.
VAE 4 07-3224 Cornell Carrington v. American Air Liquide Corp.
VAE 4 07-3225 David Faulk v. American Air Liquide Corp.
VAE 4 07-3226 Euless Henry Hall v. American Air Liquide Corp.
VAE 4 07-3227 Jeffrey Harrison v. American Air Liquide Corp.
VAE 4 07-3228 Jesse Hicks v. American Air Liquide Corp.
VAE 4 07-3229 Percy Hobbs v. American Air Liquide Corp.
VAE 4 07-3230 Eduardo Holland v. American Air Liquide Corp.
VAE 4 07-3231 John F. Kirby v. American Air Liquide Corp.
VAE 4 07-3232 Charles Longnecker v. American Air Liquide Corp.
VAE 4 07-3233 Garry Majette v. American Air Liquide Corp.
VAE 4 07-3234 William M. Mundy v. American Air Liquide Corp.
VAE 4 07-3235 Bonnie Neal, etc. v. American Air Liquide Corp.
VAE 4 07-3236 Jimmy Pate v. American Air Liquide Corp.
VAE 4 07-3237 John Pitt v. American Air Liquide Corp.
VAE 4 07-3238 Arthur Scott v. American Air Liquide Corp.
VAE 4 07-3239 Edward Stacknik v. American Air Liquide Corp.
VAE 4 07-3240 Daniel Dean Terry v. American Air Liquide Corp.
VAE 4 07-3241 James A. Thigpen v. American Air Liquide Corp.
VAE 4 07-3242 Julius Walker v. American Air Liquide Corp.
VAE 4 07-3243 Leroy Waters v. American Air Liquide Corp.
VAE 4 07-3244 Larry Wilkerson v. American Air Liquide Corp.
VAE 4 07-3245 James Winkler v. American Air Liquide Corp.
VAE 4 07-3246 Michael Woodson v. American Air Liquide Corp.

## DISMISSAL ORDER OF ROBERT L. SCHMITT COMPANY, INC., AEARO COMPANY, AND SULLAIR CORPORATION

COMES NOW, Plaintiff's counsel, Paul A. Weykamp, in the referenced matters and requests dismissal of Robert L. Schmitt Company, Inc., Aearo Company, and Sullair



Corporation under Administrative Order No.12. All parties have been notified of this request.

Upon this motion, and finding after thirty (30) days that no parties have objected to the dismissal of the defendants, the same is hereby GRANTED and Robert L. Schmitt Company, Inc., Aearo Company, and Sullair Corporation are hereby dismissed with prejudice.

IT IS SO ORDERED

___/___/___ ____

_____ _____
Judge

Requested By:

_____
Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

1517084-1

2