JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

NOV - 1 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY CONDITIONAL TRANSFER ORDER
AND VACATING THE NOVEMBER 29, 2007, HEARING SESSION

A conditional transfer order was filed in the 25 Eastern District of Virginia actions listed on the attached Schedule A on September 7, 2007. Prior to expiration of that order's 15-day stay of transmittal, defendants Robert L. Schmitt Co., Aearo Co., and Sullair Corp., filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order with respect to these 25 actions. The Panel has now been advised that defendants wish to withdraw their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-288" filed on September 7, 2007, is LIFTED insofar as it relates to these 25 actions. The actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2007, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5241

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                               MDL No. 875

## SCHEDULE OF ACTIONS

Eastern District of Virginia

Oris Bowerrs v. American Air Liquide Corp., et al., C.A. No. 4:07-3222
Irias Burnham v. American Air Liquide Corp., et al., C.A. No. 4:07-3223
Cornell Carrington v. American Air Liquide Corp., et al., C.A. No. 4:07-3224
David Faulk v. American Air Liquide Corp., et al., C.A. No. 4:07-3225
Euless Henry Hall v. American Air Liquide Corp., et al., C.A. No. 4:07-3226
Jeffrey Harrison v. American Air Liquide Corp., et al., C.A. No. 4:07-3227
Jesse Hicks v. American Air Liquide Corp., et al., C.A. No. 4:07-3228
Percy Hobbs v. American Air Liquide Corp., et al., C.A. No. 4:07-3229
Eduardo Holland v. American Air Liquide Corp., et al., C.A. No. 4:07-3230
John F. Kirby v. American Air Liquide Corp., et al., C.A. No. 4:07-3231
Charles Longnecker v. American Air Liquide Corp., et al., C.A. No. 4:07-3232
Garry Majette v. American Air Liquide Corp., et al., C.A. No. 4:07-3233
William M. Mundy v. American Air Liquide Corp., et al., C.A. No. 4:07-3234
Bonnie Neal, etc. v. American Air Liquide Corp., et al., C.A. No. 4:07-3235
Jimmy Pate v. American Air Liquide Corp., et al., C.A. No. 4:07-3236
John Pitt v. American Air Liquide Corp., et al., C.A. No. 4:07-3237
Arthur Scott v. American Air Liquide Corp., et al., C.A. No. 4:07-3238
Edward Stacknik v. American Air Liquide Corp., et al., C.A. No. 4:07-3239
Daniel Dean Terry v. American Air Liquide Corp., et al., C.A. No. 4:07-3240
James A. Thigpen v. American Air Liquide Corp., et al., C.A. No. 4:07-3241
Julius Walker v. American Air Liquide Corp., et al., C.A. No. 4:07-3242
Leroy Waters v. American Air Liquide Corp., et al., C.A. No. 4:07-3243
Larry Wilkerson v. American Air Liquide Corp., et al., C.A. No. 4:07-3244
James Winkler v. American Air Liquide Corp., et al., C.A. No. 4:07-3245
Michael Woodson v. American Air Liquide Corp., et al., C.A. No. 4:07-3246