10/04/2007 16:15 FAX     DRINKER BIDDLE & REATH                    ☒003/004

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV -7 2007

FILED
CLERK'S OFFICE

Timothy J. Fraser
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932-1047
Tel. (973) 360-1100
Attorneys for Defendant
Baxter Healthcare Corporation

PLEADING NO. 5243

## JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL No. 875 |
| CHRISTIAN HOLINKA, <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, FISHER SCIENTIFIC INTERNATIONAL, INC., VWR INTERNATIONAL, INC., and UNIVAR USA, INC., <br><br> Defendants. | THIS ACTION IS PENDING IN THE SOUTHERN DISTRICT OF NEW YORK <br><br> Civil Action No. 07-8019 (SHS) <br><br> ECF CASE <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 5.3 of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, the undersigned counsel for defendant Baxter Healthcare Corporation (a non-governmental corporate party) certifies that Baxter Healthcare Corporation is a subsidiary of Baxter International Inc., a publicly traded holding company.

DRINKER BIDDLE & REATH LLP
Attorneys for defendant
Baxter Healthcare Corporation

By: _____
Timothy J. Fraser

Dated: October 4, 2007

SFNJ1 1062259v1

**OFFICIAL FILE COPY**

IMAGED NOV 8 2007

## CERTIFICATE OF SERVICE

TIMOTHY J. FRASER, being of full age, declares as follows:

1. I am an attorney at law of the State of New York, admitted to the Southern District of New York, and associated with the law firm of Drinker Biddle & Reath LLP, attorneys for defendant Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products) ("Baxter"). I have personal knowledge of the facts set forth herein.

2. On October 4, 2007, I caused the foregoing Corporate Disclosure Statement to be filed with the Judicial Panel on Multidistrict Litigation and to be served upon the following via facsimile:

> James Long, Esq.
> Weitz & Luxenberg
> 180 Maiden Lane
> New York, New York 10038-4925
>
> Kristy K. Lyons, Esq.
> Hoagland, Longo, Moran, Dunst & Doukas, LLP
> 40 Patterson Street
> P.O. Box 480
> New Brunswick, NJ 08903
>
> Carol M. Tempesta, Esq.
> Marks, O'Neill, O'Brien & Courtney, P.C.
> 530 Saw Mill River Road
> Elmsford, NY 10523

3. The foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I may be subject to punishment.

Timothy J. Fraser

Dated: October 4, 2007

SFNJ1 1193338v1

2