**MDL 875**

Carol M. Tempesta
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
530 Saw Mill River Road
Elmsford, New York 10523
Tel. (914) 345-3701
Attorneys for Defendants
VWR International LLC and
Univar USA Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In Re: NEW YORK CITY ASBESTOS LITIGATION
This Document Relates To:

CHRISTIAN HOLINKA,

   Plaintiff

   -against-

A.W. CHESTERTON COMPANY, et al.,

   Defendants.

MDL No. 875

THIS ACTION IS PENDING IN THE
SOUTHERN DISTRICT OF NEW YORK

Case Action No. 07-8019

**CORPORATE DISCLOSURE STATEMENT**

PLEADING NO. 5244

Pursuant to Rule 5.3 of Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel for defendant Univar USA Inc (a non-governmental corporate party) certifies that Univar USA Inc. is owned by Univar North America Corporation. Univar North America Corporation is owned by Univar Inc. Univar Inc. is owned by Univar NV. Univar NV's common stock is listed on the Euronext stock exchange in Amsterdam the Netherlands.

Date:    October 8, 2007

_____
Signature of Attorney

Attorney Bar Code: CT8514

**OFFICIAL FILE COPY**

IMAGED NOV 8 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2007 OCT -9 A 6:31
RECEIVED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

CAROL M. TEMPESTA, being of full age, declares as follows:

1. I am an attorney at law of the State of New York, admitted to the Southern District of New York, and associated with the law firm of Marks, O'Neill, O'Brien & Courtney, P.C., attorneys for defendant Univar USA Inc. I have personal knowledge of the facts set forth herein.

2. On October 8, 2007, I caused the foregoing Corporate Disclosure Statement to be filed with the Judicial Panel on Multidistrict Litigation via facsimile and to be served upon the following via facsimile and first class mail:

> James C. Long, Esq.
> Weitz & Luxenberg
> 180 Maiden Lane
> New York, New York 10038-4925
>
> Kristina Lyons, Esq.
> HOAGLAND, LONGO MORAN
> DUNST & DOUKAS
> 40 Paterson Street
> New Brunswick, New Jersey 08903
>
> Timothy Fraser, Esq.
> DRINKER BIDDLE & REATH, LLP
> 500 Campus Drive
> Florham Park, New Jersey 07932

3. The foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I may be subject to punishment.

Carol M. Tempesta
Attorney Bar Code: CT8514

Dated: October 8, 2007

RECEIVED CLERK'S OFFICE 2007 OCT -9 A 6: 30 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Carol M. Tempesta
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
530 Saw Mill River Road
Elmsford, New York 10523
Tel. (914) 345-3701
Attorneys for Defendants
VWR International LLC. and
Univar USA Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: NEW YORK CITY ASBESTOS LITIGATION
This Document Relates To:

CHRISTIAN HOLINKA,

    Plaintiff

    -against-

A.W. CHESTERTON COMPANY, et al.,

    Defendants.

MDL No. 875

THIS ACTION IS PENDING IN THE SOUTHERN DISTRICT OF NEW YORK

Case Action No. 07-8019

### CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 5.3 of Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel for defendant VWR International, LLC, formerly known as VWR International, Inc., (a non-governmental corporate party) certifies that VWR International, LLC is wholly owned by VWR Funding, Inc. (formerly CDRV Investors, Inc.), a Delaware corporation. VWR Funding, Inc. is wholly owned by VWR Investors, Inc., a Delaware corporation. No publicly held corporation owns ten percent (10%) or more of VWR's stock.

Date: October 8, 2007

Signature of Attorney

Attorney Bar Code: CT8614

2007 OCT -9 A 6:30
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

CAROL M. TEMPESTA, being of full age, declares as follows:

1. I am an attorney at law of the State of New York, admitted to the Southern District of New York, and associated with the law firm of Marks, O'Neill, O'Brien & Courtney, P.C., attorneys for defendant VWR International, LLC. I have personal knowledge of the facts set forth herein.

2. On October 8, 2007, I caused the foregoing Corporate Disclosure Statement to be filed with the Judicial Panel on Multidistrict Litigation via facsimile and to be served upon the following via facsimile and first class mail:

> James C. Long, Esq.
> Weitz & Luxenberg
> 180 Maiden Lane
> New York, New York 10038-4925
>
> Kristina Lyons, Esq.
> HOAGLAND, LONGO MORAN
> DUNST & DOUKAS
> 40 Paterson Street
> New Brunswick, New Jersey 08903
>
> Timothy Fraser, Esq.
> DRINKER BIDDLE & REATH, LLP
> 500 Campus Drive
> Florham Park, New Jersey 07932

3. The foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I may be subject to punishment.

Carol M. Tempesta
Attorney Bar Code: CT_____

Dated: October 8, 2007