**MDL 875**

Marc S. Gaffrey
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
Tel. (732) 545-4717
Attorneys for Defendant
Fisher Scientific International Inc.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV - 7 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

PLEADING NO. 5245

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MLD No. 875 |
| CHRISTIAN HOLINKA, Plaintiff, | THIS ACTION IS PENDING IN THE SOUTHERN DISTRICT OF NEW YORK<br>Civil Action No. 07-8019 (SHS)<br>ECF CASE |
| -v- | |
| BAXTER HEALTHCARE CORPORATION, et al. Defendant | **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 5.3 of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation,* the undersigned counsel for Fisher Scientific International, Inc., certifies that Thermo Fisher Scientific, Inc., is the parent company of Fisher Scientific International Inc. Fisher Scientific International Inc., is a wholly owned subsidiary of Thermo Fisher Scientific, Inc., a publically traded company, with ticker symbol "TMO".

HOAGLAND, LONGO, MORAN,
DUNST & DOUKAS, LLP

By: _____
Marc S. Gaffrey

Dated: October 9, 2007

**OFFICIAL FILE COPY**

IMAGED NOV 8 2007

RECEIVED CLERK'S OFFICE
2007 OCT -9 A 6:32
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

MARC S. GAFFREY, being of full age, declares as follows:

1. I am attorney at law of the State of New Jersey, admitted to the United States District Court for the District of New Jersey, and associated with the law firm of Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for defendant Fisher Scientific International Inc. I have personal knowledge of the facts set forth herein.

2. On October 8, I caused the foregoing Corporate Disclosure Statement to be filed with the Judicial Panel on Multidistrict Litigation via facsimile and to be served upon the following via facsimile and regular mail:

> James Long, Esq.
> Weitz & Luxenberg
> 180 Maiden Lane
> New York, NY 10038-4925
>
> Timothy Fraser, Esq.
> Drinker Biddle & Reath, LLP
> 500 Campus Drive
> Florham Park, NJ 07932-1047
>
> Carl M. Tempesta, Esq.
> Marks, O'Neill, O'Brien & Courtney, P.C.
> 530 Saw Mill River Road
> Elmsford, NY 10523

3. The foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I may be subject to punishment.

Marc S. Gaffrey

Dated: October 8, 2007