# MDL 875

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 14 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FERNANDO AUGUSTO SILVA<br>Plaintiff | § § § | |
| VS. | § § § | CIVIL ACTION<br>NO.: 07-6259 |
| CERTAINTEED CORPORATION, INC,.<br>ET AL.<br>Defendants | § § § § | |

PLEADING NO. 5246

## NOTICE OF OPPOSITION TO
## CONDITIONAL TRANSFER ORDER NO. 293

COMES NOW Plaintiff in the case identified above, and, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, notifies the Panel that he opposes transfer of this case to the United States District Court for the Eastern District of Pennsylvania. A motion to vacate the conditional transfer order and supporting brief will be filed within the time permitted by Rule 7.4(d).

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2007 NOV 13 A 11:16
RECEIVED
CLERK'S OFFICE

NOTICE OF OPPOSITION -- PAGE 1

**OFFICIAL FILE COPY**

IMAGED NOV 1 4 2007

Respectfully Submitted by:

**LeBLANC & WADDELL, LLP**
Cameron R. Waddell (LA # 24245)
Christopher C. Colley (LA # 30322)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-1181
214/874-7077; Fax: 214/874-7117

**BARON & BUDD, P.C.**
Lisa R. Shirley (LA # 26511)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-1181
214/521-3605; Fax: 214/520-1181

*Attorneys for Plaintiff*

By: _____
CHRISTOPHER C. COLLEY

## PROOF OF SERVICE

I HEREBY CERTIFY THAT I have served a true and correct copy of **Plaintiff's Notice of Opposition to Conditional Transfer Order No. 293** upon all Counsel of Record in this matter via facsimile and/or electronic transmission on this 13th day of November, 2007.

_____
CHRISTOPHER C. COLLEY

NOTICE OF OPPOSITION – PAGE 2

## PANEL SERVICE LIST OF DEFENDANTS

Matter Number:    07 6259                    Lead Plaintiff: Fernando Augusto Silva

Ryan A. Beason
Beason Willingham, L.L.P.
Niels Eperson Building
808 Travis Street, Suite 1608
Houston, TX 77002
(713)333-7600 (Phone)
(713)333-7601 (Fax)
    Attorneys for REILLY-BENTON COMPANY, INC.

Robert E. Dille
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.
Twenty-Second Floor, One American Place
301 Main Street, Suite 2200
Baton Rouge, LA 70802
(225)387-0999 (Phone)
(225)388-9133 (Fax)
    Attorneys for GEORGIA-PACIFIC, LLC.

McGready L. Richeson
Abbott, Simses, & Kuchler
400 Lafayette Street, Suite 200
New Orleans, LA 70130
(504)568-9393 (Phone)
(504)524-1933 (Fax)
    Attorneys for UNION CARBIDE CORPORATION

Douglas R. Elliott
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 71030-3672
(504) 581-5141 (Phone)
(504) 566-1201 (Fax)
    Attorneys for CERTAINTEED CORPORATION

**NOTICE OF OPPOSITION – PAGE 3**

Charles R. Lightfoot
Hailey, McNamara, Hall, Larmann & Papale, L.L.P.
One Galleria Blvd., Suite 1400
Metairie, LA 70001
(504) 836-6500 (Phone)
(504) 836-6565 (Fax)
  Attorneys for TAYLOR-SEIDENBACH, INC.

Richard P. Sulzer
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433
(985)898-0608 (Phone)
(985)898-0871 (Fax)
  Attorneys for KELLY-MOORE PAINT COMPANY

**NOTICE OF OPPOSITION -- PAGE 4**