

**MDL 875**

### UNITED STATES JUDICIAL PANEL
on
### MULTIDISCTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 14 2007

FILED
CLERK'S OFFICE

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

|  |  |
|---|---|
| WILLIAM J. HILBERT, Jr. and<br>PAMELA R. HILBERT,  )<br><br>        Plaintiffs,  )<br><br>v.  )<br><br>McDONNELL DOUGLAS CORP., et al.,  )<br><br>        Defendants.  ) | CIVIL ACTION NO.<br>1:07-cv-11900<br><br>From the<br>UNITED STATES<br>DISTRICT COURT<br>FOR THE DISTRICT OF<br>MASSACHUSETTS |

### PLAINTIFFS' NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER

NOW COME PLAINTIFFS, by and through their counsel, and file this Notice of

Opposition to Conditional Transfer Order.  Conditional Transfer Order CTO-293 included the

above-referenced action.  Deadline for Notice of Opposition is November 13, 2007.  Plaintiffs

hereby serve their Notice of Opposition to CTO-293, pursuant to Rule 7.4 of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation.  Plaintiffs will serve their Motion to

Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

PLEADING NO. 5247

2007 NOV 13  A 11: 38
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

## OFFICIAL FILE COPY

1

IMAGED NOV 1 4 2007

Dated: November 13, 2007

Respectfully submitted,
The plaintiffs,
By their attorneys,

Michael C. Shepard, Esq.
BBO #: 567842
The Shepard Law Firm, P.C.
10 High Street
Boston, MA 02110
(617) 451-9191

## PROOF OF SERVICE

I, Michael C. Shepard, hereby certify that I served a copy of Plaintiff's Notice of

Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via

facsimile to (202) 502-2888, and upon all counsel of record via electronic service on this 13th day

of November, 2007.

_____
Michael C. Shepard, Esq.