JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 14 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-294)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,573 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

PLEADING NO. 5249

OFFICIAL FILE COPY IMAGED NOV 14 2007

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                     MDL No. 875

### SCHEDULE CTO-294 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2 03-7480 | Robert W. Rongitsch v. American Standard, Inc., et al. |
| VAE 2 03-7489 | Jerry A. Tyler v. American Standard, Inc., et al. |
| VAE 2 07-9182 | Donald K. Jones v. American Standard, Inc., et al. |
| VAE 2 07-9183 | Perry Plantz v. American Standard, Inc., et al. |
| VAE 2 07-9184 | David T. Simmons v. American Standard, Inc., et al. |
| VAE 2 07-9185 | Charles H. Ward v. American Standard, Inc., et al. |
| VAE 2 07-9201 | John L. Fortney v. American Standard, Inc., et al. |
| VAE 2 07-9202 | Elmer W. Lengyel v. American Standard, Inc., et al. |
| VAE 2 07-9203 | J. J. Lybrand v. American Standard, Inc., et al. |
| VAE 2 07-9204 | John Parker, Jr. v. American Standard, Inc., et al. |
| VAE 2 07-9205 | Richard Thaldorf v. American Standard, Inc., et al. |
| VAE 2 07-9206 | Glen D. Ward v. American Standard, Inc., et al. |
| VAE 2 07-9207 | Joe Samuels v. American Standard, Inc., et al. |
| VAE 2 07-9208 | Richard B. Wright v. American Standard, Inc., et al. |
| VAE 2 07-9209 | Leslie H. Bodkins v. American Standard, Inc., et al. |
| VAE 2 07-9210 | William H. Braughton v. American Standard, Inc., et al. |
| VAE 2 07-9211 | Frederick Hafer v. American Standard, Inc., et al. |
| VAE 2 07-9212 | Gary W. Roye v. American Standard, Inc., et al. |
| VAE 2 07-9251 | James R. Burke v. American Standard, Inc., et al. |
| VAE 2 07-9252 | James E. Dundon v. American Standard, Inc., et al. |
| VAE 2 07-9253 | Joseph Ellis v. American Standard, Inc., et al. |
| VAE 2 07-9254 | John P. Fox v. American Standard, Inc., et al. |
| VAE 2 07-9255 | William D. Hasel v. American Standard, Inc., et al. |
| VAE 2 07-9256 | Lambert F. Pawelek v. American Standard, Inc., et al. |
| VAE 2 07-9257 | David J. Maupin v. American Standard, Inc., et al. |
| VAE 2 07-9258 | Robert G. Meek v. American Standard, Inc., et al. |
| VAE 2 07-9259 | Rodney L. Mummey v. American Standard, Inc., et al. |
| VAE 2 07-9260 | Edward W. Pringle v. American Standard, Inc., et al. |
| VAE 2 07-9261 | Jimmie L. Tompkins v. American Standard, Inc., et al. |
| VAE 2 07-9262 | William C. Finley v. American Standard, Inc., et al. |
| VAE 2 07-9263 | William H. Monroe, Jr., etc. (Arlington Hawley) v. American Standard, Inc., et al. |
| VAE 2 07-9264 | Lyle Johnson v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-294 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VIRGINIA EASTERN | |
| VAE 2 07-9265 | William V. Linville v. American Standard, Inc., et al. |
| VAE 2 07-9266 | William H. Monroe, Jr., etc. (Jack T. Sears) v. American Standard, Inc., et al. |
| VAE 2 07-9267 | William H . Monroe, Jr., etc. (Absolam David Heath) v. American Standard, Inc., et al. |
| VAE 2 07-9268 | Harold E. Kennedy v. American Standard, Inc., et al. |
| VAE 2 07-9269 | Jerry L. Abbott v. American Standard, Inc., et al. |
| VAE 2 07-9270 | Nelson Clark v. American Standard, Inc., et al. |
| VAE 2 07-9271 | Don E. Kunz v. American Standard, Inc., et al. |
| VAE 2 07-9272 | William H. Monroe, Jr., etc. (Walter F. Dietel, Jr.) v. American Standard, Inc., et al. |
| VAE 2 07-9273 | Ralph R. Niehaus v. American Standard, Inc., et al. |
| VAE 2 07-9274 | Charles M. Orlando v. American Standard, Inc., et al. |
| VAE 2 07-9275 | Oliver W. Ratliff, Jr. v. American Standard, Inc., et al. |
| VAE 2 07-9276 | James W. Shelton, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9277 | William R. Whelan v. American Standard, Inc., et al. |