MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 16 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-295)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,584 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED NOV 1 6 2007

PLEADING NO. 5250

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

## SCHEDULE CTO-295 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

ALABAMA MIDDLE
  ALM  2  07-876           Willis Donald Scott, et al. v. Albany International Co., et al.

CONNECTICUT
  CT  3  07-357             Elizabeth Machnik, etc. v. Buffalo Pumps, Inc., et al.

ILLINOIS NORTHERN
  ILN  1  07-6055           Mary Ellen Harris, etc. v. Rapid-American Corp., et al.

ILLINOIS SOUTHERN
  ILS  3  07-666            Sergio Moreno, et al. v. BNSF Railway Co.

MARYLAND
  MD  1  07-2681            Michael J. McCurdy, et al. v. John Crane-Houdaille, Inc., et al.

MINNESOTA
  MN  0  07-4476            Norman E. Dale v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4477            Allan L. Ehrich v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4478            Dennis Estey v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4479            Thomas L. Foster v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4480            Larry E. Francisco v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4483            Orlen Helgerson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4485            Mary E. Honkola v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4486            Dwight E. Husby v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4494            Donald R. Malley v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4495            Dale Edwin Norby v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4496            Lyle F. Olds v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4497            Dale K. Olson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4499            Darwin Allen Salo v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4501            Harold Sharbonda v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI SOUTHERN
  MSS  1  07-1150           Charles Holmes v. FMC Corp., et al.

**MDL No. 875 - Schedule CTO-295 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**       **CASE CAPTION**

NORTH CAROLINA MIDDLE
  NCM 1 07-814         Thomas Lee Lambeth, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 07-815         James Michael Snead v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1 07-324         John Michael Finger, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-331         Larry D. Ingle, et al. v. A.W. Chesterton Co., et al.
  NCW 1 07-347         Gary Steven Hoffman, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-348         Harvey Edward Cherry, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-349         John Marion Hovis, et al. v. Aqua-Chem, Inc., et al.

NEW JERSEY
  NJ 2 07-4185         Ruth Shamir, etc. v. Agilent Technologies, Inc., et al.

NEW YORK SOUTHERN
  NYS 1 07-9493        Angelo Demeri, et al. v. Foster Wheeler, LLC, et al.

OREGON
  OR 3 07-1533         Claude E. Newman v. Crown Cork & Seal Co., Inc., et al.
  OR 3 07-1544         Eugene F. Booth v. ArvinMeritor, Inc., et al.

SOUTH CAROLINA
  SC 0 07-3454         Troy Frank McDaniel, et al. v. Aqua-Chem, Inc., et al.
  SC 2 07-3467         Thomas H. Dukes, III, et al. v. Bayer CropScience, Inc., et al.
  SC 8 07-3451         Franklin Roosevelt Evans, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-3452         George Prince Brown v. Aqua-Chem, Inc., et al.
  SC 8 07-3453         Ray Douglas Hamby, et al. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS 4 07-3452        Morgan Buckley, et al. v. Able Supply Co., et al.

WASHINGTON WESTERN
  WAW 2 07-1656        James Kenneth Morgan, et al. v. AGCO Corp., et al.