MDL 875   FILED NOV - 9 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2007

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | |
| This Document Relates to: | : | CIVIL ACTION NO. 2 MDL 875 |
| United States District Court Southern District of Mississippi | : | |
| Gene BEAZLEY, No. 1:05 CV 38 WJG | : | |

## WITHDRAWAL OF SUGGESTION OF REMAND

On June 22, 2007, the Court issued a Suggestion of Remand with respect to the above-captioned action, on the ground that the issues involved in Defendant 3M Company's pending Motion to Remand to the Circuit Court of Copiah County, Mississippi, would be more appropriately addressed by the United States District Court for the Southern District of Mississippi. In light of 3M Company's dismissal from this action, the Court hereby withdraws its Suggestion of Remand.

Date: 11/7/2007

BY THE COURT:

James T. Giles

MDL-875
RECOMMENDED ACTION
Vac CRO + HSO 3 actions
Approved/Date: RN 11/16/07 per cdr
J.

OFFICIAL FILE COPY

ENTERED NOV 13 2007

IMAGED NOV 20 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
_____x

FILED NOV - 9 2007

This Document Relates to: : CIVIL ACTION NO. 2 MDL 875

United States District Court :
Southern District of Mississippi :
  :
William MOULDER, No. 1:05 CV 39 WJG :
_____x

## WITHDRAWAL OF SUGGESTION OF REMAND

On June 22, 2007, the Court issued a Suggestion of Remand with respect to the above-captioned action, on the ground that the issues involved in Defendant 3M Company's pending Motion to Remand to the Circuit Court of Copiah County, Mississippi, would be more appropriately addressed by the United States District Court for the Southern District of Mississippi. In light of 3M Company's dismissal from this action, the Court hereby withdraws its Suggestion of Remand.

BY THE COURT:

Date: 11/7/2007

_____
James T. Giles

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) : 
  : 
  x

FILED NOV - 9 2007

This Document Relates to: : CIVIL ACTION NO. 2 MDL 875

United States District Court
Southern District of Mississippi

Willie HAMBERLIN, No. 1:05 CV 41 WJG

## WITHDRAWAL OF SUGGESTION OF REMAND

On June 22, 2007, the Court issued a Suggestion of Remand with respect to the above-captioned action, on the ground that the issues involved in Defendant 3M Company's pending Motion to Remand to the Circuit Court of Copiah County, Mississippi, would be more appropriately addressed by the United States District Court for the Southern District of Mississippi. In light of 3M Company's dismissal from this action, the Court hereby withdraws its Suggestion of Remand.

BY THE COURT:

Date: 11/7/2007

_____
James T. Giles

**OFFICIAL FILE COPY**