JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

| | |
|---|---|
| Gene Beazley, et al. v. A.W. Chesterton Co., et al., <br>     E.D. Pennsylvania, (S.D. Mississippi, C.A. No. 1:05-38) <br> William Moulder, et al. v. Monsanto Co., et al. <br>     E.D. Pennsylvania, (S.D. Mississippi, C.A. No. 1:05-39) <br> Willie Hamberlin, et al. v. Owens-Illinois, Inc., et al. <br>     E.D. Pennsylvania, (S.D. Mississippi, C.A. No. 1:05-41) | MDL No. 875 |

## ORDER VACATING CONDITIONAL REMAND ORDER
## AND VACATING THE NOVEMBER 29, 2007, HEARING SESSION

On July 26, 2007, the Panel, acting upon Suggestions of Remand from the transferee court, issued a conditional remand order with respect to these three actions. Prior to the expiration of that order's 15-day stay of transmittal, certain defendants filed notices of opposition to the proposed remand, and thereafter submitted motions and briefs advocating that the conditional remand order be vacated. On November 9, 2007, the transferee court withdrew its Suggestions of Remand as to all three actions.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on July 26, 2007, is VACATED in its entirety.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2007, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffrey N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED NOV 2 0 2007