875

JNL
ABN
Prep CRO

FILED   OCT 31 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY        :
LITIGATION (NO. VI)                                        :
                                                                    :
                                                                    :
——————————————————————x

This Document Relates to:                               :        CIVIL ACTION NO.  MDL 875

United States District Court                             :
Eastern District of California                          :
                                                                    :
MORGEN, No. 2:05 CV 01751                       :
                                                                    :
[In the event the above-listed case is a multiple  :
plaintiff (victim) action, this transfer is for the    :
above-named party only, or said parties repre-    :
sentative, and any spousal or dependent actions.]:
——————————————————————x

**PLEADING NO. 5258**

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon the parties' joint request to remand to

the United States District Court for the Eastern District of California, and the Court having reviewed this

case, and now believing that such motion is appropriate since few defendants remain for trial and

dispositive motions may be pending;

THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION
CRO- 3 actions
Approved/Date: RN 11/12/07

**OFFICIAL FILE COPY**

IMAGED NOV 27 2007

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Eastern District of California for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/30/2007

James T. Giles                                    J.

ENTERED

NOV – 1 2007

CLERK OF COURT

FILED   OCT 31 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOV 27 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY      :
LITIGATION (NO. VI)                                         :
                                                                       :
                                                                       :
_____x

This Document Relates to:                              :        CIVIL ACTION NO.  MDL 875

United States District Court                            :
Eastern District of Louisiana                          :
                                                                       :
CHIASSON., No. 2:05 CV 5221                    :
                                                                       :
[In the event the above-listed case is a multiple  :
plaintiff (victim) action, this transfer is for the   :
above-named party only, or said parties repre-    :
sentative, and any spousal or dependent actions.]:
_____x

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2007 NOV 13   A 10: 35

SUGGESTION OF REMAND


THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the

United States District Court for the Eastern District of Louisiana, and the Court having reviewed this

case and having had settlement conferences with the parties, and now believing that such motion is

appropriate since few defendants remain for trial;


THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Eastern District of Louisiana for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 10/24/2007

James T. Giles                                    J.

ENTERED

NOV - 1 2007

CLERK OF COURT

2

## ATTACHED  LIST  OF  CASES

| Case Name | Case No. | Jurisdiction |
|---|---|---|
| 1.    CHIASSON | 2:05 CV 5221 | ED-LA |

Plaintiff's Counsel

Robert Paul, Esq.

      Paul, Reich & Myers

      suite 500

      1608 Walnut Street

      Philadelphia, PA 19103

      215-735-9200

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY      :
LITIGATION (NO. VI)                     :
                                    :
_____x

This Document Relates to:               :           CIVIL ACTION NO.  MDL 875

United States District Court            :
Southern District of Mississippi        :
                                    :
DuFOUR., No. 1:05 CV 00169 WJG          :
                                    :
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre-  :
sentative, and any spousal or dependent actions.]:
_____x

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2007 NOV 14  A 11: 40

RECEIVED
CLERK'S OFFICE

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the

United States District Court for the Southern District of Mississippi, and the Court having reviewed this

case and having had settlement conferences with the parties, and now believing that such motion is

appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of Mississippi for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 11/7/2007

James T. Giles                          J.

2