Case MDL No. 875   Document 5260   Filed 11/28/07   Page 1 of 1
Case 4:07-cv-03452   Document 8   Filed 11/21/2007   Page 1 of 1
Case 4:07-cv-03452   Document 5-2   Filed 11/16/2007   Page 1 of 1

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 28 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Morgan Buckley, Individually; § | |
| Heather Buckley Krause, Individually; § | |
| Martha Lewis, Individually, and as § | |
| Independent Administrator and Personal § | |
| Representative of the Heirs and Estate of § | |
| James W. Buckley, Deceased, § | CIVIL ACTION NO. 07-CV-3452 |
| § | |
| vs. § | |
| § | |
| Able Supply Company, et al. § | |
| Defendants. § | |

## UNOPPOSED ORDER OF JOINT REMAND

On this date, the Court considered the Unopposed Joint Motion for Remand filed by Plaintiffs Morgan Buckley, Individually, Heather Buckley, Individually, and Martha Lewis, Individually, and as Independent Administrator and Personal Representative of the Heirs and Estate of James W. Buckley, Deceased, and Defendants Northrop Grumman Corporation and Newport News Shipbuilding Inc., now known as Newport News Shipbuilding and Dry Dock Company. After considering the Motion and noting the agreement of the parties thereto, and having also ordered the dismissal with prejudice of all claims against Defendants Northrop Grumman Corporation and Newport News Shipbuilding Inc., now known as Newport News Shipbuilding and Dry Dock Company, the Court GRANTS the Motion. It is therefore

ORDERED that the above-titled and numbered case is hereby remanded to the 11th Judicial District of Harris County, Texas. All fees and costs of court are hereby taxed against the party incurring same.

Signed this 21st day of Nov., 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

PLEADING NO. 5260

MDL-875 RECOMMENDED ACTION
Vacate (to 295 or action)
JK by colm 11/27/07
Approved/Date:

AUSTIN\190768.4

**OFFICIAL FILE COPY**

IMAGED NOV 28 2007