**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 8 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

Morgan Buckley, et al. v. Able Supply Co., et al.,    )
    S.D. Texas, C.A. No. 4:07-3452        )        MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Buckley*) on November 16, 2007. The Panel has now been advised that *Buckley* was remanded to the 11th Judicial District of Harris County, Texas, by the Honorable Vanessa D. Gilmore in an order filed on November 21, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-295" filed on November 16, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5261

**OFFICIAL FILE COPY**

IMAGED NOV 2 8 2007