MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 28 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    James Kenneth Morgan, et al. v. AGCO Corp., et al., )
        W.D. Washington, C.A. No. 2:07-1656 )     MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Morgan*) on November 16, 2007. The Panel has now been advised that *Morgan* was remanded to King County Superior Court, Washington, by the Honorable Ricardo S. Martinez in an order filed on November 8, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-295" filed on November 16, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5263

**OFFICIAL FILE COPY**

IMAGED NOV 2 8 2007