MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2007

FILED
CLERK'S OFFICE

> Request of Pltfs. in Hilbert, MA 1:07-11900, for Extension of Time to file Motion/Brief to vacate CTO -- **GRANTED TO AND INCLUDING 3 DECEMBER 2007**.
> (jnl - 29 Nov 07)

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS § | | |
| LIABILITY LITIGATION (No. VI) § | | MDL DOCKET NO. 875 |

*****************************

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM J. HILBERT, Jr. and § | | CIVIL ACTION NO. |
| PAMELA R. HILBERT, § | | 1:07-cv-11900 |
| Plaintiffs, § | | |
| § | | |
| v. § | | |
| § | | |
| AEROQUIP, INC., et al., § | | |
| Defendants. § | | |

PLEADING NO. 5266

### PLAINTIFFS' REQUEST FOR ADDITIONAL TIME TO FILE A MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT

Come now plaintiffs and file this Request for Additional Time to File a Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court.

1. Plaintiff respectfully request an additional three business days to file their Motion for

**OFFICIAL FILE COPY**

IMAGED NOV 29 2007

Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court.

2. Plaintiffs' Motion was served via U.S. Mail on November 27, 2007 and has not yet been received by the Panel as of this date. The additional time is requested for the Motion to arrive by mail.

**WHEREFORE**, Plaintiffs request that the Panel GRANT Plaintiff's request for additional time to file their Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court the conditional transfer order.

DATED: November 29, 2007

Respectfully submitted,

By: _____
Michael C. Shepard, MA Bar No. 567842
The Shepard Law Firm, P.C.
10 High Street
Boston, MA 02110
(617) 451-9191

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the court and served on all counsel of record via facsimile.

_____
Michael C. Shepard

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2007

FILED
CLERK'S OFFICE

# PROOF OF SERVICE

COMMONWEALTH OF MASSACHUSETTS §
§
COUNTY OF SUFFOLK §

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 10 High Street, Boston, MA 02110; and that on this date I served a true copy of the document entitled:

### PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT

Service was effectuated by forwarding the above-noted document in the following manner:

**By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of The Shepard Law Firm, P.C. to all counsel named on the Counsel List provided herewith.

**By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of The Shepard Law Firm, P.C.

X     **By Facsimile** to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of The Shepard Law Firm, P.C.

**By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS.) and billed to The Shepard Law Firm, P.C.

On the date executed below, I electronically served the document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Boston, Massachusetts in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2007 at Boston, Massachusetts.

_____
Michael C. Shepard

- 4 -

Defendant Northrop Grumman Corporation represented by Shepard M. Remis
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Phone: (617) 570-1000
Email: sremis@goodwinprocter.com

Defendants McDonnell Douglas Corporation, The Boeing Company and Boeing North American represented by Robert J. Muldoon, Jr.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
Phone: (617) 646-2000
Email: rjmuldoon@sherin.com

Defendant Raytheon Corporation represented by Brian D. Gross
Cooley Manion Jones LLP
21 Custom House St
Boston, MA 02110
Phone: (617) 737-3100
Fax: (617) 737-3113
Email: bgross@cmj-law.com