**MDL 875**

James S. Crane, OSB 901420
Email: jcrane@landye-bennett.com
Robert B. Hopkins, OSB 73143
Email: rhopkins@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
1300 S.W. Fifth Avenue, Suite 3500
Portland, OR 97201
Tel: 503-224-4100
Fax: 503-224-4133

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 3 2007

FILED
CLERK'S OFFICE

Of Attorneys for Plaintiff Eugene F. Booth

PLEADING NO. 5268

BEFORE THE JUDICIAL PANEL

ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br><br>PLAINTIFF EUGENE F. BOOTH'S NOTICE OF OBJECTION TO CONDITIONAL TRANSFER ORDER (CTO-295) |
| EUGENE F. BOOTH,<br><br>            Plaintiff,<br><br>v.<br><br>ARVINMERITOR, INC., et al.,<br><br>           Defendants. | DISTRICT OF OREGON<br>NO. 07-CV-1544-AS |

**OFFICIAL FILE COPY**

2007 DEC -3 A 6: 23
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Page 1 -  PLAINTIFF BOOTH'S NOTICE OF OBJECTION

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

IMAGED DEC 3  2007

## NOTICE OF OBJECTION TO CTO-295

Pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict litigation, 199 F.R.D. 425 (2001) ("R.P. J.P.M.D.L.") 7.4(c), Plaintiff Eugene F. Booth hereby objects to the Conditional Transfer Order that would, if entered, transfer this case to the transferee district assigned for pretrial proceedings by the MDL Panel. Conditional Transfer Order 295 ("CTO-295") should be vacated as to Plaintiff Booth and his matter should proceed where it is pending before the U.S. District Court, District of Oregon, without transfer.

CTO-295 was filed by the Clerk of the Panel on November 16, 2007. This objection is therefore timely and the CTO-295 may not be transmitted to the transferee district court until further order of the Panel. R.P. J.P.M.D.L. 7.4(c).

Plaintiff will timely file a motion to vacate CTO-295. As will be explained in more detail in that motion, plaintiff objects to transmittal of CTO-295 on the grounds that a motion to stay proceedings is pending before the district court in the District of Oregon that could moot the need for any transfer. If granted, the district court will stay this matter pending the outcome of parallel proceedings pending in Oregon Circuit Court for Multnomah County. If the state court determines that plaintiff properly served Maremont and Arvinmeritor in the state matter, this federal action against those parties, which was filed to protect against improper service arguments, will be dismissed.

Plaintiff therefore objects to transmittal of CTO-295, and will file a motion to vacate CTO-295 in due course.

DATED this 29 day of November, 2007.

LANDYE BENNETT BLUMSTEIN LLP

By: _____
James S. Crane, OSB #901420
Robert B. Hopkins, P.C., OSB #73143
Of Attorneys for Plaintiff

Page 2 -   PLAINTIFF BOOTH'S NOTICE OF OBJECTION

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224.4133 (Facsimile)

448434.DOC.12148-002

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I served the foregoing **PLAINTIFF EUGENE F. BOOTH'S NOTICE OF OBJECTION TO CONDITIONAL TRANSFER ORDER** on the following individual(s):

Mr. James H. Gidley
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR  97209-4128

*Of Attorneys for Defendant Allied Signal, Inc. (now Honeywell International, Inc.)*

Ms. Diane J. Kero
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
600 University Place, Suite 2100
Seattle, WA  98101

*Of Attorneys for Defendant ArvinMeritor, Inc.*

by first class mail.

LANDYE BENNETT BLUMSTEIN LLP

_____
Julie Cohrs, Assistant to James S. Crane
Of Attorneys for Plaintiff

2007 DEC -3  A 6:23
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Page 1 -   CERTIFICATE OF SERVICE

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon  97201
503.224.4100
503.224.4133 (facsimile)

449024.12148-003