# MDL 875

BEFORE THE
UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 3 2007

FILED
CLERK'S OFFICE

| | |
|---|---|
| Mary Ellen Harris, Widow and Special Administrator of the Estate of Thomas Harris, deceased<br>　　　　　Plaintiffs<br><br>v.<br><br>Rapid American Corporation, et al<br>　　　　　Defendants | In Re: Asbestos Product Liability Litigation (No. VI)<br><br>MDL Docket No. 875<br><br>Case No. 07 C 6055<br>U.S.D.C. Northern District of Illinois (Eastern Division) |

PLEADING NO. 5269

## NOTICE OF OPPOSITION
## TO CONDITIONAL TRANSFER ORDER (CTO 295)

Now comes the Plaintiff, Mary Ellen Harris, through her attorneys, Cooney and Conway and pursuant to Multi District Litigation Rule 7.4 (c), notifies this Honorable Court, Clerk and Panel of Plaintiff's **Opposition** to the conditional transfer of this cause of action to MDL 875 in the Eastern District of Pennsylvania.

Pursuant to Multi District Litigation Rule 7.4 (c), the filing of this notice of opposition within the fifteen day period after the issuance of a conditional transfer order shall preclude the transmittal of the conditional transfer order to the transferee district court. This notice of opposition is filed within the fifteen day period. Plaintiff will file, in accordance with Multi District Litigation Rule 7.4 (d), a formal motion to vacate and supporting memorandum within 15 days of the filing of this notice of opposition. Among the reasons for opposition are:

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2007 NOV 30 P 3: 43
RECEIVED CLERK'S OFFICE

IMAGED DEC 3 2007

1.      This cause of action was wrongly removed from State Court to the United States District Court for the Northern District of Illinois by the Defendant Viad. Defendant asserted that the Court had jurisdiction pursuant to 28 U.S.C. 1442 (A.). No jurisdiction exists because there is no basis for the assertion of "Federal Officer" jurisdiction in this common law negligence case.

2.      A motion for remand was filed by Plaintiff on November 2, 2007. An expedited briefing schedule was entered by the Honorable James Moran, and the motion was fully briefed as of November 16, 2007. The Court indicated that it understood the time sensitivity of the remand motion and would rule by mail after completion of the briefs. Plaintiff anticipates that the Court will rule in a very short time.

Wherefore, in light of the lack of jurisdiction and the pending ruling by the district court, Plaintiff respectfully submits her **Notice of Opposition to the Conditional Transfer Order.**

Respectfully submitted, this 30th day of November, 2007.

_____
Kathy Byrne on behalf of the Plaintiff

Kathy Byrne
Cooney Conway
120 N. LaSalle St. 30th fl.
Chicago, Il 60602
(312) 236-6166
Representing Mary Ellen Harris, Widow and Special Administrator of Thomas Lee Harris.

2

BEFORE THE
UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 3 2007

FILED
CLERK'S OFFICE

| | |
|---|---|
| Mary Ellen Harris, Widow and Special Administrator of the Estate of Thomas Harris, deceased<br><br>Plaintiffs<br><br>v.<br><br>Rapid American Corporation, et al<br>Defendants | In Re: Asbestos Product Liability Litigation (No. VI)<br><br>MDL Docket No. 875<br><br>Case No. 07 C 6055<br>U.S.D.C. Northern District of Illinois (Eastern Division) |

## NOTICE OF FILING

To:   COUNSEL OF RECORD - See attached Service List

PLEASE TAKE NOTICE that we, this 30 Day of November, 2007 filed with the Clerk of the Circuit Court of Cook County the attached **Plaintiff's Notice of Opposition To Conditional Transfer Order (CTO 295)**

_____
Attorneys for Plaintiff

## PROOF OF SERVICE

The undersigned, being first duly sworn, on oath states that he served a copy of the above and foregoing Notice, together with a copy of the document therein referred to, upon the above-named attorneys by placing a copy of same in a duly addressed and stamped envelope and depositing same in the U.S. mail chute located at 120 North LaSalle, 30th Floor, Chicago, Illinois on this November 30 2007.

_____
Andrea Lipps

SUBSCRIBED AND SWORN to before me, this November 30, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARIA C SWIDEREK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/31/08

2007 NOV 30 P 3: 43
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

NOV.30.2007 13:57 312 456 1885  COONEY AND CONWAY  #5385 P.003 /011
Case MDL No. 875   Document 5269   Filed 12/03/07   Page 4 of 10

Page 1 of 7

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                   MDL No. 875

## INVOLVED COUNSEL LIST (CTO-295)

David Foxwell Albright, Sr.
LAW OFFICES OF DAVID F. ALBRIGHT
1122 Kenilworth Drive
Suite 500
Baltimore, MD 21202

David W. Allen
GOODELL DEVRIES LEECH & DANN LLP
One South Street
Suite 2000
Baltimore, MD 21202

Haley Amanda Andrews
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street, North
Birmingham, AL 35203

Schuyler Allen Baker, Jr.
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, AL 35201

William S. Benesh
BRACEWELL & GIULIANI LLP
111 Congress Avenue
Suite 2300
Austin, TX 78701

R. Dirk Bernhardt
MURRAY DUNHAM & MURRAY
2225 4th Ave., Ste. 200
Seattle, WA 98121

Thomas P. Bernier
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
One North Charles Street, Suite 2500
Baltimore, MD 21201

V. Brian Bevon
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
WARD BLACK P A
208 West Wendover Ave.
Greensboro, NC 27401-1307

Steven William Block
BETTS PATTERSON & MINES
701 Pike Street, Suite 400
Seattle, WA 98101-3927

Brian M. Blythe
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Nathaniel A. Bosio
DOGAN & WILKINSON PLLC
P.O. Box 1618
734 Delmas Ave.
Pascagoula, MS 39568-1618

Timothy W. Bouch
LEATH BOUCH & CRAWFORD
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

John J. Boyd, Jr.
LORD & WHIP P A
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD 21201

Malcolm S. Brisker
GOODELL DEVRIES LEECH & DANN LLP
One South Street
Alex Brown Building, 20th Floor
Baltimore, MD 21202

Robert J. Brummond
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Edward J. Cass
GALLAGHER SHARP FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

James M. Celentano
HALLORAN & SAGE
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Laura A. Cellucci
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202

David A. Chandler
WEITZ & LUXENBERG PC
180 Maiden Lane
40th Floor
New York, NY 10038

David E. Chawes
PREG O'DONNELL & GILLETT
1800 Ninth Ave.
Suite 1500
Seattle, WA 98101-1340

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

Timothy Allen Clarke
VICKERS RIIS MURRAY & CURRAN
P.O. Drawer 2568
Mobile, AL 36652-2568

2007 NOV 30 P 3:43
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

NOV.30.2007 13:57 312 456 1885   COONEY AND CONWAY   #5385 P.004 /011
Case MDL No. 875   Document 5269   Filed 12/03/07   Page 5 of 10

Page 2 of 7

## MDL No. 875 - Involved Counsel List (CTO-295) (Continued)

S. Christopher Collier
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Richard A. Dodd
CAPPOLINO DODD & KREBS
312 South Houston Avenue
Cameron, TX 76520

Thomas L. Doran
DECARO DORAN SICILIANO GALLAGHER ET AL
4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, MD 20703

Helen K. Downs
JOHNSTON BARTON PROCTOR & POWELL
569 Brookwood Center
Birmingham, AL 35209

Katherine S. Duyer
GAVETT & DATT PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Joanne Early
GARDERE WYNNE & SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Rocky W. Eaton
AULTMAN TYNER RUFFIN BELL & SWETMAN LTD
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Michael T. Egan
COONEY & CONWAY
120 North LaSalle Street
30th Floor
Chicago, IL 60602

Gary D. Elliston
DEHAY & ELLISTON LLP
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Stephen A. Fennell
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Paul E. Fogarty
BURKETT BURDETT & FOGARTY
600 Stewart, Suite 305
Seattle, WA 98101-1257

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Carl E. Forsberg
FORSBERG & UMLAUF
900 4th Avenue, Suite 1700
Seattle, WA 98164-1039

Roger C. Foster
LANEY & FOSTER PC
Two Perimeter Park South
Suite 426 East
P.O. Box 43798
Birmingham, AL 35243-0798

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Ronald C. Gardner
GARDNER BOND TRABOLSI
2200 6th Avenue, Suite 600
Seattle, WA 98121

Jennifer L. Gates
LANDYE BENNETT & BLUMSTEIN
3500 Wells Fargo Center
1300 SW Fifth Ave.
Portland, OR 97201

Richard G. Gawlowski
WILSON SMITH COCHRAN & DICKERSON
1215 4th Avenue, Suite 1700
Seattle, WA 98161-1007

E. Pennock Gheen
KARR TUTTLE & CAMPBELL
1201 3rd Avenue, Suite 2900
Seattle, WA 98101

James H. Gidley
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128

Walter T. Gilmer, Jr.
MCDOWELL KNIGHT ROEDDER & SLEDGE LLC
P.O. Box 350
Mobile, AL 36601

Michael D. Goggans
PAGE MANNINO PERESICH & MCDERMOTT PLLC
P.O. Box 16450
Jackson, MS 39236-6450

Arthur Grimaldo, II
COOLEY MANION & JONES
100 E 15th Street, Suite 320
Fort Worth, TX 76102

Paul E. Hamilton
DEHAY & ELLISTON LLP
3500 Nationsbank Plaza
901 Main Street
Dallas, TX 75202

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

NOV.30.2007 13:57  312 456 1885                COONEY AND CONWAY                #5385 P.005 /011
Case MDL No. 875   Document 5269   Filed 12/03/07   Page 6 of 10

Page 3 of 7

## MDL No. 875 - Involved Counsel List (CTO-295) (Continued)

Anthony C. Harlow
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Freddie N. Harrington, Jr.
SCOTT SULLIVAN
STREETMAN & FOX
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

James A. Harris, III
HARRIS & HARRIS LLP
2501 20th Place South
Colonial Bank Building
Suite 450
Birmingham, AL 35223

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Thomas A. Heller
HELLER WIEGENSTEIN PLLC
P.O. Box 2760
Poulsbo, WA 98370

Bruce C. Hill
LAW OFFICES OF PETER G
ANGELOS PC
100 North Charles Street
22nd Floor
Baltimore, MD 21201

M. King Hill, III
VENABLE LLP
210 Allegheny Avenue
Towson, MD 21204

Dana C. Hoerschelmann
THORSRUD CANE &
PAULICH
1325 Fourth Avenue
Suite 1300
Seattle, WA 98101

James E. Horne
KINGMAN PEABODY
FITZHARRIS & RINGER
505 Madison Street, Suite 300
Seattle, WA 98104-1138

David K. Howard, Sr.
CARR ALLISON
212 South Cedar Street
Florence, AL 35630

Jeffrey P. Hubbard
WELLS MOORE SIMMONS &
HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970

Sander M. Hull
JACKSON & WALLACE
509 12th Ave., Suite 6
Olympia, WA 98501

George L. Inabinet, Jr.
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Mick A. Jaeger
WILSON SMITH COCHRAN &
DICKERSON
1215 Fourth Avenue, 17th Floor
Seattle, WA 98161-1007

Clifton Wayne Jefferis
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

Lucy W. Jordan
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Shawn Anton Kachmar
HUNTER MACLEAN EXLEY
& DUNN
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412

Timothy E. Kapshandy
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Jeannie P. Kauffman
BACON THORNTON &
PALMER LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

G. Patterson Keahey, Jr.
G PATTERSON KEAHEY PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

James G. Kennedy
PIERCE HERNS SLOAN &
MCLEOD
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Timothy W. Knight
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street, Suite 300
Akron, OH 44308-1314

Laura E. Kugler
BAILEY CROWE & KUGLER
LLP
Bank of America Plaza
Suite 6550
901 Main Street
Dallas, TX 75202-3736

NOV.30.2007 13:57 312 456 1885    COONEY AND CONWAY    #5385 P.006 /011
Case MDL No. 875   Document 5269   Filed 12/03/07   Page 7 of 10

Page 4 of 7

## MDL No. 875 - Involved Counsel List (CTO-295) (Continued)

Philip A. Kulinski
EVERT WEATHERSBY
HOUFF
120 E. Baltimore Street
Suite 1300
Baltimore, MD 21201

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Wesport, CT 06880

Crystal L. Landes
SEDGWICK DETERT MORAN
& ARNOLD LLP
1717 Main Street
Suite 5400
Dallas, TX 75201

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Jessica Amy Langlois
ROYSTON RAYZOR
VICKERY & WILLIAMS LLP
1001 McKinney Street
Suite 1100
Houston, TX 77002-6418

Frank E. Lankford, Jr.
HUIE FERNAMBUCQ &
STEWART
2801 Highway 280 South
Three Protective Center
Suite 200
Birmingham, AL 35223-2484

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Jeanne F. Loftis
BULLIVANT HOUSER
BAILEY PC
888 SW Fifth Avenue
300 Pioneer Tower
Portland, OR 97204

Neil J. MacDonald
HARTEL KANE DESANTIS
MACDONALD & HOWIE LLP
Calverton Office Park
11720 Beltsville Drive
Suite 500
Beltsville, MD 20705-3166

Karen Kay Maston
JOHNSON SPALDING DOYLE
WEST & TRENT
919 Milam, Suite 1700
Houston, TX 77002-2778

John Michael Mattingly
STEVEN RIZZO PC
Lincoln Place, Suite 350
1620 S.W. Taylor Street
Portland, OR 97205

Alexander J. May
BRASSEL & BALDWIN
112 West Street
Annapolis, MD 21401

Brian P. McCarthy
MCDOWELL KNIGHT
ROEDDER & SLEDGE LLC
63 South Royal Street, Suite 900
P.O. Box 350
Mobile, AL 36602

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

Edward Bailey McDonough, Jr.
EDWARD B MCDONOUGH JR
PC
1800 AmSouth Bank Building
P.O. Box 1943
Mobile, AL 36633

David W. McDowell
BAKER DONELSON
BEARMAN CALDWELL &
BERKOWITZ
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Donald S. Meringer
MERINGER ZOIS & QUIGG
LLC
300 East Lombard Street
Suite 1440
Baltimore, MD 21202

Barry N. Mesher
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101

William T. Mills, II
PORTERFIELD HARPER
MILLS & MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Peter J. Mintzer
COZEN & O'CONNOR
1201 Third Ave., Suite 5200
Seattle, WA 98101-3071

John Mark Mooney
FOLEY & MANSFIELD PLLP
39 South La Salle Street
Suite 1110
Chicago, IL 60603

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Randi Peresich Mueller
PAGE MANNINO PERESICH &
MCDERMOTT PLLC
460 Briarwood Drive
Suite 415
Jackson, MS 39236

NOV.30.2007 13:58 312 456 1885  COONEY AND CONWAY  #5385 P.007 /011
Case MDL No. 875 Document 5269 Filed 12/03/07 Page 8 of 10

Page 5 of 7

## MDL No. 875 - Involved Counsel List (CTO-295) (Continued)

Katrina H. Murphy
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
830 3rd Avenue
Suite 400
New York, NY 10022

John J. Nagle, III
BODIE NAGLE DOLINA
SMITH & HOBBS PA
21 W. Susquehanna Avenue
Towson, MD 21204

Joel D. Newport
MOORE & JACKSON LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Edwin B. Nichols
MAYNARD COOPER & GALE
PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618

Vincent A. Noletto, Jr.
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, AL 36526

Robert L. Norton
JONES & GRANGER
10000 Memorial Drive
Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Michael Ryan O'Clair
SOHA & LANG PS
701 Fifth Ave., Suite 2400
Seattle, WA 98104

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, RI 02903

Thomas J. Owens
1001 4th Ave., Suite 4400
Seattle, WA 98154

Elizabeth B. Padgett
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Steven J. Parrott
DEHAY & ELLISTON LLP
36 S. Charles Street, 13th Floor
Baltimore, MD 21201

Donald C. Partridge
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Kenneth F. Petty
WILLIAMS KASTNER
601 Union Street, Suite 4100
P.O. Box 21926
Seattle, WA 98111

Keith J. Pflaum
PORTERFIELD HARPER
MILLS & MOTLOW P A
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Carl E. Pierce, II
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Russell W. Pike
GORDON & POLSCER LLC
9755 SW Barnes Rd.
Suite 650
Portland, OR 97225

Christopher M. Placitella
COHEN PLACITELLA & ROTH
PC
115 Maple Avenue
Red Bank, NJ 07701

Michael S. Polk
SIEBEN POLK PA
999 Westview Dr.
Hastings, MN 55033

Timothy W. Porter
PORTER & MALOUF P A
P.O. Box 12768
Jackson, MS 39236-2768

Steven J. Pugh
RICHARSON PLOWDEN
CARPENTER & ROBINSON PA
P.O. Drawer 7788
Columbia, SC 29202

R. Thomas Radcliffe, Jr.
DEHAY & ELLISTON LLP
36 S. Charles Street, 13th Floor
Baltimore, MD 21201

F. Grey Redditt, Jr.
VICKERS RIIS MURRAY &
CURRAN
P.O. Drawer 2568
Mobile, AL 36652-2568

Daniel K. Reising
FUCILE & REISING LLP
115 Northwest First Avenue
Suite 410
Portland, OR 97209-4024

John J. Repcheck
MARKS O'NEILL O'BRIEN &
COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

Joseph A. Rhodes, Jr.
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
P.O. Box 2757
Greenville, SC 29602

Devin N. Robinson
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street
Suite 250
Portland, OR 97201

NOV.30.2007 13:58 312 456 1885                COONEY AND CONWAY                    #5385 P.008 /011
Case MDL No. 875   Document 5269   Filed 12/03/07   Page 9 of 10

Page 6 of 7

## MDL No. 875 - Involved Counsel List (CTO-295) (Continued)

Jonathan G. Roquemore
TURNER PADGET GRAHAM & LANEY PA
P.O. Box 1473
Columbia, SC 29202

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Jackson Schmidt
PEPPLE JOHNSON CANTU & SCHMIDT PLLC
1218 3rd Ave., Suite 1900
Seattle, WA 98104

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Linda R. Self
BRASHER LAW FIRM
One Metropolitan Square
Suite 2300
211 North Broadway
St. Louis, MO 63102

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

David A. Seltzer
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1341 G Street N.W.
Suite 500
Washington, DC 20005-3105

G. William Shaw
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Robert N. Spinelli
KELLEY JASONS MCGUIRE & SPINELLI LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Steven A. Stadtmauer
HARRIS BEACH PLLC
One Gateway Center, Suite 2500
Newark, NJ 07102

Katherine M. Steele
STAFFORD FREY & COOPER PC
601 Union Street
3100 Two Union Square
Seattle, WA 98101

Kevin A. Sullivan
SAUTER SULLIVAN ET AL
3415 Hampton Avenue
St. Louis, MO 63139

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
1370 Penobscot Building
645 Griswold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Frank C. Testa
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540

Robert E. Thackston
HAWKINS PARNELL & THACKSTON LLP
4514 Cole Avenue, Suite 550
Dallas, TX 75205

Timothy Kost Thorson
CARNEY BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Keith R. Truffer
ROYSTON MUELLER MCLEAN & REID
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Mark B. Tuvim
CORR CRONIN MICHELSON BAUMGARDNER & PREECE
1001 4th Avenue, Ste. 3900
Seattle, WA 98154-1051

Amanda E. Vedrich
GAITAN GROUP
3131 Elliott Ave.
Suite 700
Seattle, WA 98121

Michael A. Vercher
CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona L. Wallace
WALLACE & GRAHAM P A
525 North Main Street
Salisbury, NC 28144

NOV.30.2007 13:58 312 456 1885　　　　COONEY AND CONWAY　　　　#5385 P.009 /011
Case MDL No. 875　Document 5269　Filed 12/03/07　Page 10 of 10

Page 7 of 7

## MDL No. 875 - Involved Counsel List (CTO-295) (Continued)

William L. Waudby
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

James K. Weston, II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
BURR & FORMAN LLP
Suite 3100, South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Donald A. Windham, Jr.
BALCH & BINGHAM LLP
401 East Capital Street
Suite 200
Jackson, MS 39201

Gordon S. Woodward
SCHNADER HARRISON SEGAL & LEWIS
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-1825

Peter Allan Woolson
ROBINSON WOOLSON PA
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Chris R. Youtz
SIRIANNI YOUTZ MEIER & SPOONEMORE
719 2nd Avenue
Suite 1100
Seattle, WA 98104