**MDL 875**

LAW OFFICES
# COHEN, PLACITELLA & ROTH
A PENNSYLVANIA PROFESSIONAL CORPORATION

115 MAPLE AVENUE

RED BANK, NEW JERSEY 07701

(732) 747-9003
FAX (732) 747-9004

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

PHILADELPHIA, PA
HARRISBURG, PA
BALA CYNWYD, PA

DEC - 4 2007

FILED
CLERK'S OFFICE

CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

CHRIS M. PLACITELLA
cplacitella@cprlaw.com

PLEADING NO. 5272

December 3, 2007

**VIA FACSIMILE**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re:   MDL No. 875 - IN RE: Asbestos Products Liability Litigation
      (No. VI)

Dear Mr. Lüthi:

Pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, Plaintiff, Ruth Shamir, herewith files with the Clerk of the Panel her Notice of Opposition to the Conditional Transfer Order (CTO-295) involving the above-captioned matter. The New Jersey District Court civil action subject to Conditional Transfer Order 295 is captioned <u>Ruth Shamir, etc. v. Agilent Technologies, Inc., et al.</u>, 2:07-cv-04185-JAG-MCA.

Sincerely,

Christopher M. Placitella

CMP/sol

**OFFICIAL FILE COPY**

**IMAGED DEC 4 2007**

2007 DEC -3 P 12: 56
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE