**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 4 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5273

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL DOCKET NO. 875 CTO-295 |
| This Document Relates to: | |
| CLAUDE E. NEWMAN v. CROWN CORK & SEAL COMPANY, INC., et al., | |

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLAUDE E. NEWMAN, | Civil No. CV-07-1533-JO |
| Plaintiff, | PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 295 |
| v. | |
| CROWN CORK & SEAL COMPANY, INC., et al., | |

### PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL

### TRANSFER ORDER 295

The undersigned is in receipt of the Conditional Transfer Order (CTO-295) filed with the Clerk of the Judicial Panel on Multi-District Litigation on November 16, 2007. Pursuant to

///

///

1 - PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 295
MDL DOCKET NO. 875, CTO-295 (For the District of Oregon, Civil Case No. CV-07-1533-JO)
J:\OR\105902\Appeal\Pld\MDL - ntc Opp-Cond Trf Order 295.wpd

BRAYTON ❖ PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

**OFFICIAL FILE COPY**

IMAGED DEC 4 2007

1  JPML Rule 7.4(c), the undersigned hereby notifies the Clerk of the Judicial Panel on Multi-
2  District Litigation that Plaintiff is in Opposition to Conditional Transfer Order 295.
3
4  Dated this ___3rd___ day of December, 2007.
5                                                BRAYTON ❖ PURCELL, LLP
6
7                                                _____
8                                                Patrick D. Angel, Esq., OSB No. 032672
                                                 pangel@braytonlaw.com
                                                 BRAYTON ❖ PURCELL, LLP
9                                                Columbia Square Building
                                                 111 SW Columbia Street, Suite 250
10                                               Portland, Oregon 97201
                                                 Tel: (503) 295-4931
11                                               Fax: (503) 241-2573
                                                 Attorneys for Plaintiff
12
...
28

2 -  PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 295
     MDL DOCKET NO. 875, CTO-295 (For the District of Oregon, Civil Case No. CV-07-1533-JO)
     J:\OR\105902\Appeal\Pld\MDL - ntc Opp-Cond Trf Order 295.wpd        BRAYTON ❖ PURCELL, LLP
                                                                        Columbia Square Building
                                                                        111 SW Columbia Street, Suite 250
                                                                        Portland, Oregon 97201
                                                                        Tel: (503) 295-4931; Fax: (503) 241-2573

## DECLARATION OF SERVICE
### (NEWMAN)

I am a Legal Secretary with Brayton ❖ Purcell, LLP, attorneys for plaintiff in the above-captioned matter. I have personal knowledge of the facts put forth herein and if called upon, I am competent to testify to the truth of the matters herein. Subject to the penalty of perjury, I hereby declare that I served a true copy of the foregoing **Plaintiff's Notice of Opposition to Conditional Transfer Order 295** upon:

| | |
|---|---|
| WILLIAM PATTON<br>Lane Powell, PC<br>601 SW Second Avenue, Suite 2100<br>Portland, OR 97204-3158<br>**Attorneys for Crown Cork & Seal Company, Inc.** | JAMES H. GIDLEY<br>Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>**Attorneys for Honeywell International, Inc.** |
| GEORGE S. PITCHER<br>Williams, Kastner & Gibbs<br>888 SW Fifth Avenue, Suite 600<br>Portland, OR 97204<br>**Attorneys for Curtiss-Wright Corporation** | Uniroyal Holdings Inc.<br>70 Great Hill Road<br>Naugatuck, CT 06770<br>**Agent for Service for Uniroyal Holdings Inc.** |
| MARK J. FUCILE<br>Fucile & Reising, LLP<br>115 NW First Avenue<br>Portland, OR 97209<br>**Attorneys for Ford Motor Company** | NANCY HUDGINS<br>Law Offices of Nancy Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA 94111-3031<br>**Attorneys for Uniroyal Holdings, Inc.** |
| ERIC DAHLIN<br>Davis Wright Tremaine<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201-5682<br>**Attorneys for Foster Wheeler LLC** | JOHN M. SILK<br>Wilson, Smith, Cochran, Dickerson<br>1215 Fourth Avenue, Suite 1700<br>Seattle, WA 98161-1007<br>**Attorneys for United Technologies Corporation** |

by sending via facsimile and by U.S. Mail in Portland, Oregon on December 3, 2007.

BRAYTON ❖ PURCELL, LLP

*[signature]*
Abigail J.E. Adams, Legal Secretary

Revised: 10/10/07

BRAYTON ❖ PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland OR 97201
Tel: (503) 295-4931; Fax: (503) 241-2573