MDL 875

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 16 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-295)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,584 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

PLEADING NO. 5274

OFFICIAL FILE COPY

IMAGED DEC 4 2007

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                   MDL No. 875

## SCHEDULE CTO-295 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-876 | Willis Donald Scott, et al. v. Albany International Co., et al. |
| **CONNECTICUT** | |
| ~~CT 3 07-357~~ | ~~Elizabeth Machnik, etc. v. Buffalo Pumps, Inc., et al.~~ |
| | Opposed 11/28/07 |
| **ILLINOIS NORTHERN** | |
| ~~ILN 1 07-6055~~ | ~~Mary Ellen Harris, etc. v. Rapid-American Corp., et al.~~ |
| | Opposed 12/03/07 |
| **ILLINOIS SOUTHERN** | |
| ILS 3 07-666 | Sergio Moreno, et al. v. BNSF Railway Co. |
| **MARYLAND** | |
| ~~MD 1 07-2681~~ | ~~Michael J. McCurdy, et al. v. John Crane-Houdaille, Inc., et al.~~ |
| | Opposed 12/03/07 |
| **MINNESOTA** | |
| MN 0 07-4476 | Norman E. Dale v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4477 | Allan L. Ehrich v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4478 | Dennis Estey v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4479 | Thomas L. Foster v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4480 | Larry E. Francisco v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4483 | Orlen Helgerson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4485 | Mary E. Honkola v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4486 | Dwight E. Husby v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4494 | Donald R. Malley v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4495 | Dale Edwin Norby v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4496 | Lyle F. Olds v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4497 | Dale K. Olson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4499 | Darwin Allen Salo v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 07-4501 | Harold Sharbonda v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-1150 | Charles Holmes v. FMC Corp., et al. |

**MDL No. 875 - Schedule CTO-295 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**              **CASE CAPTION**

NORTH CAROLINA MIDDLE
   NCM 1 07-814              Thomas Lee Lambeth, et al. v. Aqua-Chem, Inc., et al.
   NCM 1 07-815              James Michael Snead v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
   NCW 1 07-324              John Michael Finger, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 07-331              Larry D. Ingle, et al. v. A.W. Chesterton Co., et al.
   NCW 1 07-347              Gary Steven Hoffman, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 07-348              Harvey Edward Cherry, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 07-349              John Marion Hovis, et al. v. Aqua-Chem, Inc., et al.

NEW JERSEY
   ~~NJ 2 07-4185~~              ~~Ruth Shamir, etc. v. Agilent Technologies, Inc., et al.~~
                                    Opposed 12/04/07

NEW YORK SOUTHERN
   NYS 1 07-9493              Angelo Demeri, et al. v. Foster Wheeler, LLC, et al.

OREGON
   ~~OR 3 07-1533~~              ~~Claude E. Newman v. Crown Cork & Seal Co., Inc., et al.~~
                                    Opposed 12/04/07
   ~~OR 3 07-1544~~              ~~Eugene F. Booth v. ArvinMeritor, Inc., et al.~~ Opposed 12/03/07

SOUTH CAROLINA
   SC 0 07-3454              Troy Frank McDaniel, et al. v. Aqua-Chem, Inc., et al.
   SC 2 07-3467              Thomas H. Dukes, III, et al. v. Bayer CropScience, Inc., et al.
   SC 8 07-3451              Franklin Roosevelt Evans, et al. v. Aqua-Chem, Inc., et al.
   SC 8 07-3452              George Prince Brown v. Aqua-Chem, Inc., et al.
   SC 8 07-3453              Ray Douglas Hamby, et al. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
   ~~TXS 4 07-3452~~              ~~Morgan Buckley, et al. v. Able Supply Co., et al.~~
                                    CTO Vacated 11/28/07

WASHINGTON WESTERN
   ~~WAW 2 07-1656~~              ~~James Kenneth Morgan, et al. v. AGCO Corp., et al.~~
                                    CTO Vacated 11/28/07