MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| FERNANDO AUGUSTO SILVA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:07-6259 (E.D. La.) |
| CERTAINTEED CORP., ET AL., | ) |
| Defendants. | ) |

PLEADING NO. 5277

### OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CTO-293

Defendant CertainTeed Corporation respectfully submits this Opposition to plaintiff's Motion To Vacate Conditional Transfer Order ("CTO") 293, which was filed on November 26, 2007, and docketed as Pleading No. 5256. Plaintiff asks the Panel to vacate CTO-293 as it pertains to the action transferred from the United States District Court for the Eastern District of Louisiana that is listed above.

Defendant opposes plaintiff's motion. As we discuss below, plaintiff's motion contradicts well-settled Panel precedent and is premised on a fundamental misunderstanding of the co-equal competence of federal courts. For these reasons, the Panel should deny plaintiff's motion.

Plaintiff acknowledges that this case falls within the category of cases that should be transferred to MDL-875. See Pl. Br. at 1 (claims arise out of alleged "asbestos exposure"). Plaintiff nonetheless argues (at 2) that the case should not be transferred to MDL-875, but instead that it should be remanded to state court.

OFFICIAL FILE COPY

IMAGED DEC 1 1 2007

The Panel has consistently rejected plaintiff's arguments against transfer, instead finding that arguments that an action should be remanded are no basis to refuse to include an action in MDL-875. In its initial opinion creating MDL-875, the Panel made clear that "distinctions based on such matters as the pendency of motions or other matters before the transferor court" do not present a basis "for carving out exceptions to transfer in this extraordinary docket." *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Oct. 15, 2007) (Transfer Order), at 1-2, citing *In re Asbestos Prods. Liab. Litig. (VI)*, 771 F. Supp. 415 (J.P.M.L. 1991). The Panel has repeatedly reaffirmed this position,[1] and has explicitly held that an action should be transferred even if a party contends that the action should instead be remanded to state court. See, *e.g.*, *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Oct. 15, 2007) (Transfer Order), at 1 n.1 ("Plaintiffs ... argue that transfer of their actions should be denied or deferred in order to permit the resolution of motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest.").[2]

Plaintiff's motion also ignores the legal and functional equivalence of two co-equal federal courts. The transferee court, the United States District Court for the Eastern District of Pennsylvania, is just as competent as the transferor court to decide expeditiously whether removal from the state court was proper. In keeping with Panel precedent, plaintiff should avail himself of Panel Rule 7.6 (remand by the transferee court) rather than seeking relief here.

---

[1]   *E.g.*, *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Aug. 6, 2007) (Transfer Order), at 1; *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. June 13, 2007) (Transfer Order), at 1; *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Apr. 19, 2007) (Transfer Order), at 1.

[2]   The transferor court has sufficient time to rule on a motion to remand prior to final transfer, because "as a practical matter, there is a lag time of at least three to four months from the filing of an action" to final transfer. *In re Asbestos Prods. Liab. Litig. (VI)*, MDL No. 875 (J.P.M.L. Oct. 15, 2007) (Transfer Order), at 1 n.1.

For these reasons, the Panel should deny plaintiff's Motion.

Dated: December 10, 2007

>Respectfully submitted,
>
>*/s/ John D. Aldock*
>
>John D. Aldock
>Elizabeth Runyan Geise
>Adam M. Chud
>Goodwin Procter LLP
>901 New York Avenue, N.W.
>Washington, D.C. 20001
>Tel.: (202) 346-4000
>Fax: (202) 346-4444
>
>Attorneys for defendant CertainTeed Corporation

LIBW/1663707.1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2007

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of December, 2007, I caused an original, four copies, and one computer readable disk copy of the foregoing Opposition of Defendant CertainTeed Corporation to Plaintiff's Motion To Vacate CTO-293 to be served by hand on the Clerk of the Panel:

> Michael J. Beck
> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-225, North Lobby
> Washington, D.C. 20002-8004

I further certify that, on this 10th day of December, 2007, I caused copies of the foregoing Opposition to be served by first-class mail, postage prepaid, on the counsel identified on the attached service list.

I finally certify that, on this 10th day of December, 2007, I caused a copy of the foregoing Opposition to be served by first-class mail, postage prepaid, on the Clerk of the transferee court:

> Jeffrey Lüthi
> Clerk of the Court
> United States District Court for the
> Eastern District of Pennsylvania
> 601 Market Street
> Philadelphia, PA 19106-1797



Adam M. Chud

LIBW/1663707.1

## SERVICE LIST

Lawrence E. Abbott  
Deborah D. Kuchler  
Abbott Simses & Kuchler  
5100 Village Walk  
Suite 200  
Covington, LA 70433

Ryan Andrew Beason  
Beason Willingham LLP  
808 Travis  
Suite 1608  
Houston, TX 77002

Richard C. Binzley  
Thompson Hine, LLP  
127 Public Square  
3900 Key Center  
Cleveland, OH 44114

Edward J. Cass  
Gallagher Sharp Fulton & Norman  
Bulkley Building, 7th Floor  
1501 Euclid Avenue  
Cleveland, OH 44115

Raymond P. Forceno  
Forceno Goggin & Keller  
1528 Walnut Street, Suite 900  
Philadelphia, PA 19102

Reginald S. Kramer  
Oldham & Dowling  
195 South Main Street, Suite 300  
Akron, OH 44308-1314

Robert E. Dille  
Kean Miller Hawthorne et al  
PO Box 3513  
22nd Floor  
Baton Rouge, LA 70821-3513

David A. Damico  
Burns White & Hickton, LLC  
Four Northshore Center  
106 Isabella Street  
Pittsburgh, PA 15212

Ellen B. Furman  
Goldfein & Hosmer  
1600 Market Street, 33rd Floor  
Philadelphia, PA 19103

Susan M. Hansen  
Brownson & Ballou  
225 South Sixth Street, Suite 4800  
Minneapolis, MN 55402

David C. Landin  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219

John J. Repcheck  
Marks O'Neill O'Brien & Courtney  
3200 Gulf Tower  
707 Grant Street  
Pittsburg, PA 15219

LIBW/1663707.1

Gene Locks
Locks Law Firm
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

John D. Roven
Roven-Kaplan LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Neil Selman
Selman Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Lisa R. Shirley
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-1181

Richard D. Schuster
Vorys Sater Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Robert N. Spinelli
Kelley Jasons McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, PC
1370 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, NE
P.O. Box 998
Cedar Rapids, IA 52406

Cameron R. Waddell
Christopher C. Colley
LeBlanc & Waddell, LLP
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-1181

Richard P. Sulzer
Sulzer & Williams, LLC
201 Holiday Boulevard
Suite 335
Covington, LA 70433

Jeanette Seraile-Riggins
Aultman Tyner & Ruffin Ltd.
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Susan B. Kohn
Simon Peragine Smith & Redfearn LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Douglas R. Elliott
Duetsch Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Christopher K. Lightfoot
Hailey McNamara Hall Larmann & Papale
One Galleria Boulevard
Suite 1400
PO Box 8288
Metairie, LA 70011-8288