MDL 875

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2007

IN RE: ASBESTO PRODUCTS
LIABILITY LITIGATION (NO. VI)

CIVIL ACTION NO. MDL-875
FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION

VALERIE DUFOUR, ET AL.                                               PLAINTIFFS

VS.                                    CIVIL ACTION NO. 1:05CV169-WJG

AGCO CORPORATION, ET AL.                                          DEFENDANTS

**CERTAIN DEFENDANTS' REVISED NOTICE OF OPPOSITION TO REMAND**

Pursuant to Rule 7.6(f)(ii), Defendants Standard Motor Products, Inc. and Pneumo-Abex, LLC filed Notice of Opposition to Remand in this matter on December 11, 2007. The Notice filed by these Defendants on December 11, 2007, was incorrectly styled and is now revised to reflect this matter as being before The Judicial Panel on Multi-District Litigation. Said defendants will file a Motion to Vacate the Conditional Remand Order, filed on November 27, 2007, and supporting brief within 15 days or as dictated by the Clerk's briefing schedule.

RESPECTFULLY SUBMITTED, this the 12th day of December, 2007.

_____
JAMES G. HOUSE, III (MSB# 9576)
MARK D. RAY (MSB# 4652)

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY, LLP
200 South Lamar Street
City Centre Building, Suite 100
P.O. Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613

PLEADING NO. 5278

**OFFICIAL FILE COPY**

IMAGED DEC 12 2007