# MDL 875

## HARRISON, KEMP, JONES & COULTHARD
### ATTORNEYS AT LAW

WILL KEMP
J. RANDALL JONES
MARK M. JONES
WILLIAM L. COULTHARD*
RICHARD F. SCOTTI**
JENNIFER COLE DORSEY

P. KYLE SMITH
SHAN D. DAVIS
ZACHARY T. BALL†
SPENCER H. GUNNERSON
MATTHEW S. CARTER**
CAROL L. HARRIS
JAMES T. BURTON††
AMANDA B. WATSON
JORDAN P. SCHNITZER

A LIMITED LIABILITY PARTNERSHIP
WELLS FARGO TOWER
3800 HOWARD HUGHES PARKWAY
SEVENTEENTH FLOOR
LAS VEGAS, NEVADA 89169
hkj@hkj-law.com

KIRK R. HARRISON - Of Counsel

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**DEC 13 2007**

**FILED CLERK'S OFFICE**

TELEPHONE
(702) 385-6000

FACSIMILE
(702) 385-6001
(702) 385-1234

*Also licensed in Idaho
**Also licensed in California
† Also licensed in Utah
†† Also licensed in Virginia

December 12, 2007

Jeffrey N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255-North Lobby
Washington, D.C. 20002

Via Facsimile 202-502-2888

Re:   MDL 875 - CTO-296

Dear Mr. Luthi:

Please be advised that in accordance with Rule 7.4(b), we hereby tender Plaintiffs' Notice of Opposition to CTO 296 transferring the following cases as Tag Along Cases In Re Asbestos Products Liability Litigation (No. VI):

1. **Case No. NV 2 07-1495**
   *Bernard Wojcik, et al v. Graybar Electric Co., Inc. et al*, on behalf of Plaintiffs BERNARD WOJCIK, individually, and CAROLYN WOJCIK, individually; and

PLEADING NO. 5279

**OFFICIAL FILE COPY**

IMAGED DEC 13 2007

December 12, 2007
Page 2

2. **Case No. NV 2 07-1498**
*Oliver Garland, et al v. Goulds Pump, Inc., et al.* on behalf of Plaintiff OLIVER GARLAND, individually and as heir and Special Administrator for the Estate of CAROLYN GARLAND, deceased.

Very truly yours,

HARRISON, KEMP & JONES

Will Kemp

WK/jk