**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 13 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

TRANSFERRED FROM:
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

BEATRICE CHIASSON, et. al.,
Individually and on behalf of
her deceased husband, DONALD J.
CHIASSON                                :   CIVIL ACTION

vs.                                     :   NUMBER: 05-5221

HONEYWELL INTERNATIONAL, INC., ET AL.   :

PLEADING NO. 5284

## OBJECTION TO CONDITIONAL REMAND ORDER

Now through undersigned counsel comes defendant Eaton Corporation, and objects to the conditional remand order in the captioned action, on the following grounds:

-1-

**OFFICIAL FILE COPY**

2007 DEC 13 A 11:25
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

IMAGED DEC 1 3 2007

1. Although there have been several depositions of family members or co-workers in this action on behalf of the surviving spouse and children of a deceased auto mechanic, no witness has identified any product manufactured by Eaton Corporation to which the decedent, Leroy Chiasson, allegedly was exposed.

2. During the course of several settlement conferences in this MDL proceeding, plaintiffs' counsel has represented that plaintiffs would voluntarily dismiss the alleged claims against Eaton Corporation if Eaton was not identified in additional depositions that were then proposed by another defendant.

3. Since that time, no depositions have been taken, and no evidence relating to Eaton Corporation has been produced by any party. However, plaintiffs have refused to dismiss Eaton Corporation despite multiple requests.

4. Because of plaintiffs' refusal to dismiss Eaton as promised, Eaton Corporation intends to file a motion for summary judgment, seeking dismissal of the alleged claims against it.

5. Accordingly, pre-trial proceedings in this matter are not complete, and this matter is not ripe

for remand to the transferor court for trial until Eaton Corporation has had the opportunity to prepare and file its motion for summary judgment.

Respectfully Submitted,

BARKLEY & THOMPSON, L.C.
**ROBERT E. BARKLEY, JR. (#2782)**
**MARK P. SEYLER (#17422)**
**CHARLES M. PISANO (#19107)**
**NICHOLAS D. DOUCET (#18542)**
1515 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 595-3350

By: _____
Charles M. Pisano
**ATTORNEYS FOR DEFENDANT**
**EATON CORPORATION**

## Certificate of Service

I hereby certify that I have, on this _12th_ day of _December_, 2007, served a copy of the above and foregoing on counsel of record for all parties, by United States Mail, first class postage prepaid, or by electronic mail, by agreement.

_____

2007 DEC 13 A 11:25
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE