**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 14 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL No. 875 |
| | December 13, 2007 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA CONTOIS, executrix of the estate of Hugo Mortenson, et al. Plaintiffs, v. ABLE INDUSTRIES, INC., et al. Defendants. | Civil Action No. 3:07-cv-01328-AWT  December 13, 2007 |

PLEADING NO. 5287

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 297

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs in the above-captioned action hereby serve notice of their opposition to Conditional Transfer Order 297, which seeks to transfer this case to the United States District Court for the Eastern District of Pennsylvania. Pursuant to Rule 7.4(d), the plaintiffs will be filing a motion to vacate the conditional transfer order within fifteen (15) days of the filing of this Notice.

**OFFICIAL FILE COPY**

2007 DEC 13 P 2:51
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED CLERK'S OFFICE

IMAGED DEC 1 4 2007

1

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080

Respectfully submitted,
THE PLAINTIFFS

By /s/Christopher Meisenkothen, Esq.
Christopher Meisenkothen, Esq.
cmeisenkothen@elslaw.com
Federal Bar No.: CT 20906
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church St., PO Box 1866
New Haven, CT 06508
203-777-7799 phone
203-785-1671 fax

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 14 2007

FILED
CLERK'S OFFICE

## Certificate of Service

I hereby certify that on December 13, 2007 a copy of foregoing PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 297 was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Christopher Meisenkothen, Esq.
Christopher Meisenkothen, Esq.
Federal Bar No.: CT 20906
Early, Ludwick & Sweeney, LLC
265 Church Street, 11th Floor
New Haven, CT 06510
203-777-7799 phone
203-785-1671 fax
cmeisenkothen@elslaw.com
Counsel for the Plaintiffs

3

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
EARLY, LUDWICK & SWEENEY, L.L.C.
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080