**MDL 875**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITITGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS ) MDL No. 875
LIABILITY LITIGATION (NO. VI) )
)
)
)
)
)
)
)
) December 17, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PLEADING NO. 5294

EDWARD A. MACHNIK and ) Case No. 3:07-CV-00357 (CFD)
ELIZABETH MACHNIK )
)
Plaintiffs )
)
v. )
)
BUFFALO PUMPS, INC. et al. )
)
Defendants )

### DEFENDANT'S COMPLIANCE WITH RULE 5.3
### RE: CORPORATE DISCLOSURE STATEMENT

Viad Corp hereby files its compliance with Rule 5.3 of the Rules for Multidistrict Litigation and states:

1. Viad Corp is a publicly held entity and is not a subsidiary of any parent holding company.

2. No publicly held corporation owns 10% or more of Viad Corp's stock.

**OFFICIAL FILE COPY**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**IMAGED DEC 2 1 2007**

Defendant, VIAD CORP

By _____
James M. Celentano
Federal Bar No. ct 17630
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103-4303
Telephone: (860) 297-4651
Fax: (860) 548-0006
celentano@halloran-sage.com
Its Attorneys

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2007

FILED
CLERK'S OFFICE

## Certificate of Service

I hereby certify that on December 17, 2007, a copy of foregoing Defendant's Compliance with Rule 5.3 RE: Corporate Disclosure Statement was filed and served by mail, postage prepaid, via United States Postal Service to all parties listed on the attached certificate page.

Christopher Meisenkothen, Esq.
Early, Ludwick & Sweeney, LLC
265 Church Street
11th Floor
New Haven, CT  06510

Timothy E. Kapshandy, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

Dan E. LaBelle, Esq.
Halloran & Sage, LLP
315 Post Rd. West
Westport, CT  06880

Geoffrey Lane Squitiero, Esq.
Maher 7 Murtha
528 Clinton Ave.
P.O. Box 901
Bridgeport, CT  06601

James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Citizens Plza
8th Floor
Providence, RI  02903

Ronald L. Motely, Esq.
Motely & Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Sq.
3900 Key Center
Cleveland, OH  44114

Edward J. Cass, Esq.
Gallagher Sharp Fulton
Norman
Bulkley Building, 7th Floor
1501 Euclid Ave.
Cleveland, OH  44115

Adam M. Chud, Esq.
Goodwin Procter, LLP
901 New York Ave.
N.W.
Washington, D.C.  20001

David A. D'Amico, Esq.
Burns White & Hickton
Four Northshore Center
106 Isabella Street
Pittsburgh, PA  15212

Raymond P. Forceno, Esq.
Forceno Goggin & Keller
1528 Walnut Street
Suite 900
Philadelphia, PA  19102

3

One Goodwin Square              HALLORAN            Phone (860) 522-6103
225 Asylum Street               &SAGE LLP           Fax (860) 548-0006
Hartford, CT 06103                                  Juris No. 26105

John J. Repcheck, Esq.
Marks O;Neill O'Brien & Courtney PC
Gulf Tower, Suite 2600
707 Grant Street
Philadelphia, PA 15219

Ellen Be. Furman, Esq.
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen, Esq.
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MA 55402

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin, Esq.
Hunton & Williams, LLP
Riverfront Tower
East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks, Esq.
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

John D. Roven, Esq.
Roven-Kaplan, LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys Sater Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman, Esq.
Selman Breitman & Burgess
11766 Wilshire Blvd.
6th Floor
Los Angeles, CA 90025

Robert E. Swickle, Esq.
Jacques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold Street
Maritime Asb. Legal Clinic
Detroit, MI 48226-4192

Andrew Trevelise, Esq.
Reed Smith, LLP
2500 Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II, Esq.
Tom Riley Law Firm
4040 First Ave. NE
P.O. Box 998
Cedar Rapids, IA 52406

Robert N. Spinelli, Esq.
Kelley Jasons McGuire & Spinelli, LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

James M. Celentano

2

HALLORAN
&SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105