**MDL 875**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-298)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,691 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED DEC 2 6 2007

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

### SCHEDULE CTO-298 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARIZONA** | |
| AZ  2  07-2191 | Stephanie Lynette Montgomery, et al. v. Certainteed Corp., et al. |
| **HAWAII** | |
| HI  1  07-586 | Atsuo Nakayama, et al. v. Mine Safety Appliances Co., et al. |
| **ILLINOIS CENTRAL** | |
| ILC  1  07-1144 | Dora Vandergraft, etc. v. Pneumo-Abex Corp., et al. |
| ILC  2  07-2223 | Carolyn S. Matheney, etc. v. A.W. Chesterton Co., Inc., et al. |
| **INDIANA NORTHERN** | |
| INN  2  07-404 | Dorothy P. Gunn, etc. v. AGA Gas Inc, et al. |
| **KENTUCKY WESTERN** | |
| KYW  3  07-672 | Linda Arington, etc. v. A.W. Chesterton Co., Inc., et al. |
| **MINNESOTA** | |
| MN  0  07-4503 | Phillip A. Tabery v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  07-1254 | Jerry L. Johnson v. Foster Wheeler, Ltd., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE  2  07-40 | Barbara W. Futrell, etc. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  07-925 | Thomas P. Ingalls, et al. v. CBS Corp., et al. |
| NCM  1  07-929 | Leon Livermore Fancher, Jr. v. Aqua-Chem, Inc., et al. |
| NCM  1  07-930 | Bobby Ray Wood, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW  1  07-365 | Keith Norman Bartee v. Aqua-Chem, Inc., et al. |
| NCW  1  07-366 | Harry William Belk v. Aqua-Chem, Inc., et al. |
| NCW  1  07-367 | David Lee Giles, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  07-368 | David Carlton Johnson, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  07-369 | Teresa Lynn Lanier, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  07-370 | Dennis Brooks McAbee, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  07-371 | Tommy Eugene Messick, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-298 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**         **CASE CAPTION**

NORTH CAROLINA WESTERN
  NCW 1 07-372       Don Robert Teal v. Aqua-Chem, Inc., et al.
  NCW 1 07-373       Phillip Steven McLean, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-384       Jerry Warren Mize, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 07-391       Deborah P. Earls, et al. v. A.W. Chesterton Co., et al.
  NCW 1 07-392       Sandra M. Cuzzort, etc. v. A.W. Chesterton Co., et al.

NEW YORK EASTERN
  NYE 1 07-4503      Debra Lavandier, etc. v. A.W. Chesterton Co., Inc., et al.
  NYE 1 07-4916      Dorothy Burrows, etc. v. A.W. Chesterton Co., Inc., et al.

OHIO NORTHERN
  OHN 1 07-10009     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

SOUTH CAROLINA
  SC 0 07-3825        Ronnie Lee Roberts, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-3826        Wesley Leon Wise, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-3918        Patrick Eugene Bolton, et al. v. Aqua-Chem, Inc., et al.
  SC 4 07-3824        Vera Ellen Jackson, etc. v. Aqua-Chem, Inc., et al.
  SC 7 07-3823        Franklin Clay Greer, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-3912        Robert F. Traywick, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-3914        James N. McClure, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-3915        Ted Leonard Storey, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-3920        Donnie Lee Hughes, et al. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS 4 07-2916      Catherine Strey, etc. v. Southwestern Bell Telephone Co., et al.

VIRGINIA EASTERN
  VAE 2 02-6700      Lester F. Macek v. American Standard, Inc., et al.
  VAE 2 02-6754      Dale R. Faiferlick v. American Standard, Inc., et al.
  VAE 2 07-9278      Jerold W. Clark v. American Standard, Inc., et al.
  VAE 2 07-9279      Vaughn E. Coleman v. American Standard, Inc., et al.
  VAE 2 07-9280      Mildred F. Donton v. American Standard, Inc., et al.
  VAE 2 07-9281      Raymond C. Armstrong v. American Standard, Inc., et al.
  VAE 2 07-9282      Paul R. Bland v. American Standard, Inc., et al.
  VAE 2 07-9283      Ernest R. Nunez v. American Standard, Inc., et al.
  VAE 2 07-9284      William H. Monroe, Jr., etc. (John William King) v. American Standard, Inc., et al.