**MDL 875**

ORIGINAL

James S. Crane, OSB 901420
Email: jcrane@landye-bennett.com
Robert B. Hopkins, OSB 73143
Email: rhopkins@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
1300 S.W. Fifth Avenue, Suite 3500
Portland, OR 97201
Tel: 503-224-4100
Fax: 503-224-4133

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**DEC 26 2007**

**FILED
CLERK'S OFFICE**

Of Attorneys for Plaintiff Eugene F. Booth

PLEADING NO. 5298

BEFORE THE JUDICIAL PANEL

ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| | SUPPLEMENTAL DECLARATION OF JAMES S. CRANE IN SUPPORT OF PLAINTIFF EUGENE F. BOOTH'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-295) |
| | NOTICE UNDER PANEL RULE 7.2(F) |
| EUGENE F. BOOTH, <br><br> Plaintiff, <br><br> v. <br><br> ARVINMERITOR, INC., et al., <br><br> Defendants. | DISTRICT OF OREGON NO. 07-CV-1544-AS |



**OFFICIAL FILE COPY**

Page 1 -   SUPPLEMENTAL DECLARATION OF JAMES S. CRANE IN SUPPORT OF
            PLAINTIFF BOOTH'S MOTION TO VACATE

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503-224-4100
503-224-4133 (facsimile)

*450531.DOC.12148-002*

**IMAGED DEC 27 2007**

I, James S. Crane, declare as follows:

1.      I am attorney with Landye Bennett Blumstein LLP, counsel for plaintiff Eugene F. Booth in this action. I make this declaration on personal knowledge, unless otherwise stated.

2.      On December 17, 2007, plaintiff Eugene F. Booth served, and on December 18, 2007 filed his Motion to Vacate Conditional Transfer Order (CTO-295) with this Panel. The legal argument in support of that motion is premised on the expectation that the United States District Court, District of Oregon would enter an order staying all pretrial and trial proceedings in this federal civil action: because the District Court has exercised its jurisdiction to stay the federal civil action until state court proceedings are complete, and has prohibited any pretrial or trial proceedings unless or until the stay is lifted, the panel should respect the stay by vacating the Conditional Transfer Order. Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. 425, 427 (2001).

3.      On December 17, 2007, Judge Donald C. Ashmanskas entered Findings and Recommendations for an Order Granting Plaintiff's Motion to Abate. On December 18, 2007, Judge Anna J. Brown adopted the Findings and Recommendations in their entirety, and ordered the federal civil action abated and stayed, effective one week from the date the order was entered. Thus the order stays this matter in all respects—including any pretrial proceedings—effective December 26, 2007.

4.      Attached hereto is a true and correct copy of the signed and filed Findings and Recommendation for an Order Granting Plaintiff's Motion to Abate, and Order described in paragraph 3, above.

5.      Pursuant to Panel Rule 7.2(f), and as explained in Plaintiff's Brief in Support of Motion to Vacate CTO-295, the entry of the order as expected moots any need for transfer for pretrial proceedings in the federal civil action at this time, because the District Court has ordered a complete stay of the federal civil action, including that "no discovery shall be taken, nor shall pretrial proceedings occur in any respect." The Panel should therefore immediately vacate CTO-

Page 2 -     SUPPLEMENTAL DECLARATION OF JAMES S. CRANE IN SUPPORT OF
PLAINTIFF BOOTH'S MOTION TO VACATE

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503-224-4100
503-224-4133 (facsimile)

450531.DOC.12148-002

295 as to plaintiff Booth, allowing defendants leave to renew a motion to transfer if or when the District Court's stay is lifted.

I declare the foregoing is true under the pains and penalties of perjury.

DATED this 20th day of December, 2007, at Portland, Oregon.

By: _____

James S. Crane, OSB #901420
Of Attorneys for Plaintiff

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

*450531.DOC.12148-002*

**James S. Crane**, OSB 901420
Email: jcrane@landye-bennett.com
**Robert B. Hopkins**, OSB 73143
Email: rhopkins@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
1300 S.W. Fifth Avenue, Suite 3500
Portland, OR 97201
Tel: 503-224-4100
Fax: 503-224-4133

Of Attorneys for Plaintiff Booth

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

EUGENE F. BOOTH,

       Plaintiff,

  v.

ARVINMERITOR, INC., et al.,

       Defendants.

No. 07-CV-1544-AS

**FINDINGS AND RECOMMENDATION
FOR AN ORDER GRANTING
PLAINTIFF'S MOTION TO ABATE
AND ORDER**

### FINDINGS AND RECOMMENDATION

  Before the Court for hearing without oral argument is Plaintiff's Motion to Abate (Ct. Rec. 7). The Court considered the Motion and supporting memoranda and exhibits submitted in support of the motion, and the record as a whole. Defendants did not respond, plaintiff subsequently withdrew his request for oral argument, and plaintiff's counsel certified therein that defendants were not opposing the motion to abate. (Ct. Rec. ___). Plaintiff also requested that the stay be effective one week after the order is signed, to permit the parties to continue negotiations that could resolve the case prior to entry of the stay.

  The Court hereby finds and recommends that this federal civil action should be abated until after the resolution of the issue of whether these defendants are properly named and served

Page 1 - FINDINGS AND RECOMMENDATION FOR AN ORDER GRANTING
     PLAINTIFF'S MOTION TO ABATE

*450045.DOC.12148-002*

defendants in the case of *Eugene F. Booth v. Allied Signal, Inc., et al.*, Multnomah County Circuit Court Case No. 0607-07230, a state court asbestos action filed in July 2006, and set for trial in April, 2007. As explained in plaintiff's Memorandum, this separate action against only Arvinmeritor and Maremont was filed in Multnomah County Circuit Court as a precautionary move in response to defense arguments that Maremont had not been properly named or served as a defendant in Case No. 0607-07230 and that Arvin Industries was not a successor to Maremont, in order to ensure that the statute of limitations against these corporations did not run.

Until it is clear that these claims must be litigated in a forum separate from Multnomah County Circuit Court Case No. 0607-07230, it would be a waste of both the parties' and judicial resources to require this federal civil action to proceed in any respect. Accordingly, this federal civil action is hereby abated and stayed for a period of one year, effective one week from the date of entry the order granting plaintiff's motion to abate.

Following the effective date of the stay, no discovery shall be taken, nor shall pretrial proceedings occur in any respect. Notwithstanding the above, the parties may file any pleading that disposes of this action in its entirety, such as a judgment, or dismissal, or any other stipulated motion and order that would be dispositive of the federal civil action.

For the foregoing reasons, the undersigned finds and recommends that the district court enter an order as follows:

1.    That Plaintiff's Motion to Abate (Ct. Rec.7), which is unopposed, is GRANTED;

2.    All pretrial and trial proceedings are hereby ABATED and STAYED for one year from the effective date of the Order Granting Plaintiff's Motion to Abate;

3.    All pretrial and trial deadlines are hereby STRICKEN;

4.    A party who files a Motion to Lift Abatement may only do so after *Eugene F. Booth v. Allied Signal, Inc., et al.*, Multnomah County Circuit Court Case No. 0607-07230 has been disposed of by trial or otherwise;

5.    Notwithstanding the abatement and stay, the parties may file any pleading that disposes of this action in its entirety, such as an agreed judgment, dismissal, or any other stipulated motion and order that would be dispositive of the federal civil action.

DATED: December _17_, 2007.

_____
Hon. Donald C. Ashmanskas
United States Magistrate Judge


## ORDER

On review of the Findings and Recommendations above, and given that Plaintiff's Motion to Abate is unopposed, the Court hereby adopts Judge Ashmanskas' Findings and Recommendations in their entirety. *The Court also directs the parties to file a joint status report by May 15, 2008, or on the disposition of the state case, whichever occurs first.*

IT IS SO ORDERED.

DATED: December _18_, 2007.

_____
United States District Court Judge


Presented by:

LANDYE BENNETT BLUMSTEIN LLP


/s/ James S. Crane
_____
James S. Crane, OSB #901420
Of Attorneys for Plaintiffs


Page 3 -   FINDINGS AND RECOMMENDATION FOR AN ORDER GRANTING
           PLAINTIFF'S MOTION TO ABATE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 6 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I served the foregoing **SUPPLEMENTAL DECLARATION OF JAMES S. CRANE IN SUPPORT OF PLAINTIFF EUGENE F. BOOTH'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-295)** on the following individuals:

Please see the attached "PANEL SERVICE LIST"

by first class mail.

LANDYE BENNETT BLUMSTEIN LLP



Julie Cohrs, Assistant to James S. Crane
Of Attorneys for Plaintiff Eugene F. Booth

RECEIVED
CLERK'S OFFICE
2007 DEC 26  A 9: 53
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Page 1 -   CERTIFICATE OF SERVICE

449509.DOC.12148-002

**LANDYE BENNETT BLUMSTEIN** LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                        MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-295)

Eugene F. Booth v. ArvinMeritor, Inc., et al., D. Oregon, C.A. No. 3:07-1544

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP
FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

James S. Crane
LANDYE BENNETT
& BLUMSTEIN
1300 S.W. Fifth Avenue
Suite 3500
Portland, OR 97201

David A. Damico
BURNS WHITE & HICKTON
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN
& KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James H. Gidley
PERKINS COIE LLP
1120 N.W. Couch Street
10th Floor
Portland, OR 97209-4128

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Diane J. Kero
GORDON THOMAS
HONEYWELL
MALANCA  ET AL
One Union Square
Suite 2100
600 University
Seattle, WA 98101

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
 & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

MDL No. 875 - Panel Service List (Excerpted from CTO-295) (Continued)

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE & SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael Esler
ESLER STEPHENS & BUCKLEY
888 SW Fifth Avenue, Suite 700
Portland OR 97204

Peter Glade
MARKOWITZ, HERBOLD,
 GLADE & MEHLHAF, P.C.
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730

Jeffrey S. Mutnick
LAW OFFICE OF JEFFREY MUTNICK
1300 SW Fifth Avenue, Suite 2750
Portland OR 97201