**MDL 875**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2007

FILED
CLERK'S OFFICE

HAROLD SHARBONDA,

Plaintiff,

ORDER

v.

Civil No.: 07-4501 (MJD/SRN)

GARLOCK TECHNOLOGIES, L.L.C. ET AL.

Defendants.

---

Plaintiff in this case filed a voluntary stipulation of dismissal [Docket #3] with the Court on November 15, 2007.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's voluntary dismissal is **GRANTED**, without prejudice.

Dated: November 16, 2007

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge

MDL- 875
RECOMMENDED ACTION
VAc CTO-295   1 action
Approved/Date: JF 26 Dec 07

**OFFICIAL FILE COPY**

IMAGED DEC 27 2007