

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Harold Sharbonda v. Garlock Sealing Technologies, LLC, et al., )
    D. Minnesota, C.A. No. 0:07-4501     )     MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Sharbonda*) on November 16, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Sharbonda* on December 4, 2007. The Panel has now been advised that, pursuant to plaintiff's voluntary stipulation of dismissal, *Sharbonda* was dismissed in the District of Minnesota by the Honorable Michael J. Davis in an order filed on November 16, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-295" filed on November 16, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5302

**OFFICIAL FILE COPY**

IMAGED DEC 27 2007