**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 7 2007

FILED
CLERK'S OFFICE

PLEADING NO. 5303

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

TRANSFERRED FROM:
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEATRICE CHIASSON, et. al., Individually and on behalf of her deceased husband, DONALD J. CHIASSON | CIVIL ACTION |
| vs. | NUMBER: 05-5221 |
| HONEYWELL INTERNATIONAL, INC., ET AL. | |

### MOTION TO VACATE CONDITIONAL REMAND ORDER

Now through undersigned counsel comes defendant Eaton Corporation, and respectfully moves to vacate the conditional remand order entered in the captioned action on November 27, 2007, on the grounds that all pre-trial proceedings have not yet been completed, and remand of this action would be premature, all for the reasons more fully stated in the memorandum in support hereof,

-1-

OFFICIAL FILE COPY

IMAGED DEC 2 7 2007

which are adopted, incorporated and reiterated as if copied *in extenso*. In further support of this motion, Eaton Corporation attaches as Exhibit "A" hereto a copy a letter from plaintiffs' counsel regarding a proposed stipulation of dismissal of claims against Eaton Corporation (including the proposed stipulation); and attaches as Exhibit "B" hereto a copy of a letter from counsel for defendant Honeywell International, Inc., concerning that proposed stipulation.

Respectfully Submitted,

BARKLEY & THOMPSON, L.C.
**ROBERT E. BARKLEY, JR. (#2782)**
**MARK P. SEYLER (#17422)**
**CHARLES M. PISANO (#19107)**
**NICHOLAS D. DOUCET (#18542)**
1515 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 595-3350

By: _____
Mark P. Seyler
**ATTORNEYS FOR DEFENDANT**
**EATON CORPORATION**

## Certificate of Service

I hereby certify that I have, on this 26th day of December, 2007, served a copy of the above and foregoing on counsel of record for all parties on the attached service list, by depositing the same in the United States Mail, first class postage prepaid, or by electronic mail, by agreement.

_____

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CRO)

Beatrice M. Chiasson, et al. v. Honeywell International, Inc., et al., E.D. Pennsylvania
(E.D. Louisiana, C.A. No. 2:05-5221)

Lawrence E. Abbott
ABBOTT SIMSES & KUCHLER
5100 Village Walk
Suite 200
Covington, LA 70433

Julie A. Ardoin
JULIE ARDOIN LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA 70065

Scott Cameron Barney
CHAFFE MCCALL LLP
202 Two United Plaza
8550 United Plaza Blvd
Baton Rouge, LA 70809

Troy N. Bell
AULTMAN TYNER & RUFFIN LTD
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Gregory E. Bodin
TAYLOR PORTER BROOKS
 & PHILLIPS LLP
P.O. Box 2471
Baton Rouge, LA 70821

Andre Charles Broussard, Jr.
DEUTSCH KERRIGAN & STILES
P.O. Box 96
Baton Rouge, LA 70884

Pamela W. Carter
BAKER DONELSON BEARMAN
CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Edward J. Cass
GALLAGHER SHARP FULTON
 & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jennifer S. Kilpatrick
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joseph E. Leblanc, Jr.
KING LEBLANC & BLAND LLP
6363 Woodway
Suite 750
Houston, TX 77057

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Stephen B. Murray, Jr.
MURRAY LAW FIRM
Poydras Center
650 Poydras Street
Suite 1100
New Orleans, LA 70130

MDL No. 875 - Panel Service List (Excerpted from CRO) (Continued)

John F. Olinde
CHAFFE MCCALL LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300

Dawn M. Palmisano
PLAUCHE MASELLI LANDRY
& PARKERSON LLP
201 St. Charles Avenue
Suite 4240
New Orleans, LA 70170

Charles M. Pisano
BARKLEY & THOMPSON
1515 Poydras Street
Suite 2350
New Orleans, LA 70112

Janika D. Polk
ABBOTT SIMSES & KUCHLER
400 Lafayette Street
Suite 200
New Orleans, LA 70130

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Eric Shuman
MCGLINCHEY STAFFORD PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Emmett C. Sole
STOCKWELL SIEVERT
VICCELLIO ET AL
First National Bank Building
One Lakeside Plaza, Suite 400
P.O. Box 2900
Lake Charles, LA 70602

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

A. Wendel Stout III
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Elizabeth S. Wheeler
KING LEBLANC & BLAND LLP
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170

# PAUL, REICH & MYERS, P.C.
ATTORNEYS AT LAW
1608 WALNUT STREET, SUITE 500
PHILADELPHIA, PENNSYLVANIA 19103
Tel. (215) 735-9200 Fax (215) 735-3888

ROBERT E. PAUL
ALAN I. REICH
RICHARD P. MYERS
ELIOT PRESENT

December 21, 2007

Mark P. Seyler, Esquire
BARKLEY & THOMPSON
1515 Poydras Street
Suite 2350
New Orleans, LA 70112

Re: Chiasson

Dear Mr. Seyler:

I note that your stipulation does not include the dismissal of all claims by the codefendants against Eaton as well as dismissal of our claims which you told me and Judge Giles would be included in your stipulation.

I have made the appropriate changes on the stipulation and have forwarded it to all codefendants to ascertion if anyone objects to Eaton's dismissal. I cannot have the situation of dismissal of our claims and then have the codefendants insist on Eaton's being on the verdict sheet for a possible reduction in their liability for Eaton's share.

Very truly yours,

PAUL, REICH & MYERS, P.C.

BY: *[signature]*
ROBERT E. PAUL

REP/am

cc: All Counsel in Chiasson
Bruce Lassman
Julie Ardoin

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEATRICE CHIASSON, et al<br>Individually and on behalf of<br>her deceased husband, DONALD J.<br>CHIASSON<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., ET AL | :<br>:<br>:<br>:  MDL 875 DOCKET<br>:<br>:<br>:<br>:<br>: |

TRANSFERRED FROM
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEATRICE CHIASSON, et al<br>Individually and on behalf of<br>her deceased husband, DONALD J.<br>CHIASSON<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., ET AL | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NUMBER: 05-5221<br>:<br>:<br>: |

### ORDER DISMISSING ALL CLAIMS AGAINST EATON

It is hereby stipulated by and among undersigned counsel for all plaintiffs, defendants and counsel for defendant Eaton Corporation that all claims of all plaintiffs against Defendants Eaton Corporation contained in Plaintiff's petition (as amended) and all claims of other defendants in the above-captioned action are hereby dismissed without prejudice.

_/s/ Robert E. Paul_
Robert E. Paul
Paul, Reich & Myers, P.C.
1608 Walnut Street
Suite 500
Philadelphia, PA 19103

BARKLEY & THOMPSON, LC
**ROBERT E. BARKLEY, JR. (#2782)**
**MARK P. SEYLER (#17422)**
**CHARLES M. PISANO (#19107)**
**NICHOLAS D. DOUCET (#18542)**

and
Julie Ardoin
Law Offices of Julie Ardoin, LLC
909 Poydras Street
Suite 2550
New Orleans, LA 70112

**ATTORNEYS FOR PLAINTIFFS**

1515 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 595-3350

By:_____

**ATTORNEYS FOR DEFENDANT
EATON CORPORATION**

Approved by the Court:

DATED:_____    _____
James T. Giles, J.

# McGLINCHEY STAFFORD PLLC

**ERIC SHUMAN**
(504) 596-2773
Facsimile (504) 596-2833
eshuman@mcglinchey.com

ATTORNEYS AT LAW
LOUISIANA    MISSISSIPPI    NEW YORK    OHIO    TEXAS

December 26, 2007

**VIA TELEFAX**
Robert E. Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street, Suite 500
Philadelphia, PA  19103

Re:   Beatrice M. Chiasson, et al v.
      Honeywell International, Inc., et al
      USDC-ED No. 05-5221, Section "C", Mag. 3
      Our Ref.: 000465.0285

Bob:

Sorry to be late in responding concerning your December 21 letter to Eaton's counsel regarding their dismissal, but tis the season.

Your proposed dismissal does not accurately reflect Louisiana law. There are no pending claims by my client against Eaton, or any other defendant's against Eaton that I am aware of. None are deemed filed as a matter of law. Since there are no such claims, your dismissal, which purports to dismiss defendants' claims against Eaton (and at that, not even with prejudice) is a non sequitur. Certainly, as to the wrongful death component of this case, any defendant is entitled to have any verdict reduced by any share of fault which the jury attributes to Eaton, and so yes, remaining defendants could insist on Eaton remaining on a verdict sheet. I have never agreed that all discovery is complete -- zero has been conducted against or by the parties you named by amended petition -- and we cannot at this point know what may turn up. Therefore, I am not going to agree to give up Eaton's name on the verdict form. The correct procedure to resolve this issue is for Eaton to move for summary judgment. If that motion is granted, then their name does not go on the verdict form.


EXHIBIT B

December 26, 2007
Page 2

Very truly yours,

McGlinchey Stafford, PLLC

Eric Shuman

ES/bb
cc: All Counsel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

TRANSFERRED FROM:
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

BEATRICE CHIASSON, et. al.,                :
Individually and on behalf of               :
her deceased husband, DONALD J.             :
CHIASSON                                    :      CIVIL ACTION
                                            :
vs.                                         :      NUMBER: 05-5221
                                            :
HONEYWELL INTERNATIONAL, INC., ET AL.       :

MEMORANDUM IN SUPPORT OF MOTION TO
VACATE CONDITIONAL REMAND ORDER

**MAY IT PLEASE THE PANEL:**

Defendant Eaton Corporation submits this memorandum in support of its motion to vacate the conditional remand order entered in the captioned action on or about November 27, 2007. For the reasons discussed below, it would be premature to remand this action to the transferor court, the United States District Court for the Eastern District of Louisiana, until the transferee court has accepted a proposed stipulation and order of dismissal of claims against Eaton Corporation that

-1-

Eaton Corporation that plaintiffs have transmitted to undersigned counsel, or alternatively, if the proposed stipulation is not accepted, until the transferee court has acted on a motion for summary judgment to be filed by Eaton Corporation.

This action is brought by the surviving spouse and children of a deceased auto mechanic whose death allegedly was caused by workplace exposure to asbestos. Although there have been numerous depositions of family members and co-workers in this action, no witness has identified any product manufactured by Eaton Corporation to which the decedent allegedly was exposed. Accordingly, there is no evidence of any liability of Eaton Corporation to plaintiffs.

During the course of several settlement conferences in the MDL proceeding, plaintiffs' counsel has represented that plaintiffs would voluntarily dismiss the alleged claims against Eaton Corporation if Eaton was not identified in additional depositions that were then proposed by another defendant. Since that time, no evidence relating to Eaton Corporation has been produced by any party. However, despite multiple requests, plaintiffs did not execute a proposed stipulation of dismissal of their claims against Eaton until December 20, 2007, and undersigned counsel did not receive the executed original until December 26, 2007. Further, the plaintiffs modified the proposed stipulation of dismissal before executing it, to apply to any potential claims against Eaton Corporation by defendants, as well as plaintiffs. (A copy of the letter from plaintiffs' counsel explaining plaintiffs' changes to the proposed stipulation, including the revised stipulation, is attached as Exhibit "A" to the motion to vacate.)

Eaton Corporation is unaware of any alleged claims asserted against it by any co-defendants, and certainly does not object to the dismissal of any such alleged claims. However, counsel for defendant Honeywell International, Inc., has transmitted a response to plaintiffs' counsel that

represents either an objection to the proposed stipulation, or a disagreement with plaintiffs' assertions about the effect of the proposed stipulation. (A copy of that letter is attached as Exhibit "B" to the motion to vacate.) Immediately upon receiving the letter from counsel for Honeywell, undersigned counsel attempted to reach him to clarify Honeywell's position. However, as of the transmittal of this pleading, Honeywell's counsel has not responded to those inquiries, and undersigned counsel is not yet able to transmit the proposed stipulation to the transferee court.

Eaton Corporation believes that the proposed stipulation and order of dismissal can and should be accepted by the Court, and is seeking to clarify whether Honeywell or any other party objects to the acceptance of the proposed stipulation and order of dismissal. However, if the transferee court does not accept the voluntary dismissal for any reason, Eaton Corporation would be required to file its motion for summary judgment in the transferee court. In either event, pre-trial proceedings in this matter are not necessarily complete, and this matter is not ripe for remand to the transferor court for trial until the transferee court has either accepted the proposed stipulation of dismissal, or until Eaton Corporation has had the opportunity to prepare and file its motion for summary judgment, and the transferee court has acted upon that motion.

Undersigned counsel will supplement this memorandum to inform the Panel whether the transferee court has accepted the proposed stipulation and order of dismissal (in which case this motion will be withdrawn) and/or to notify the Panel of the filing of Eaton Corporation's motion for summary judgment in the event that the stipulation is not accepted. Until then, remand of this action remains premature, and Eaton Corporation respectfully requests that the Panel vacate the conditional

order of remand that was entered on or about November 27, 2007.

                        Respectfully Submitted,

                        BARKLEY & THOMPSON, L.C.
                        **ROBERT E. BARKLEY, JR. (#2782)**
                        **MARK P. SEYLER (#17422)**
                        **CHARLES M. PISANO (#19107)**
                        **NICHOLAS D. DOUCET (#18542)**
                        1515 Poydras Street, Suite 2350
                        New Orleans, Louisiana 70112
                        Telephone: (504) 595-3350

                        By: _/s/ Mark P. Seyler_
                              Mark P. Seyler
                        **ATTORNEYS FOR DEFENDANT**
                        **EATON CORPORATION**

## Certificate of Service

     I hereby certify that I have, on this 26th day of December, 2007, served a copy of the above and foregoing on counsel of record for all parties on the attached service list, by depositing the same in the United States Mail, first class postage prepaid, or by electronic mail, by agreement.

_/s/ Mark P. Seyler_

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                              MDL No. 875

**PANEL SERVICE LIST (Excerpted from CRO)**

Beatrice M. Chiasson, et al. v. Honeywell International, Inc., et al., E.D. Pennsylvania
(E.D. Louisiana, C.A. No. 2:05-5221)

| | | |
|---|---|---|
| Lawrence E. Abbott<br>ABBOTT SIMSES & KUCHLER<br>5100 Village Walk<br>Suite 200<br>Covington, LA 70433 | Pamela W. Carter<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWTIZ<br>201 St. Charles Avenue<br>Suite 3600<br>New Orleans, LA 70170 | Jennifer S. Kilpatrick<br>DEUTSCH KERRIGAN & STILES<br>755 Magazine Street<br>New Orleans, LA 70130-3672 |
| Julie A. Ardoin<br>JULIE ARDOIN LLC<br>2200 Veterans Memorial Boulevard<br>Suite 210<br>Kenner, LA 70065 | Edward J. Cass<br>GALLAGHER SHARP FULTON<br>& NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 | Reginald S. Kramer<br>OLDHAM & DOWLING<br>195 South Main Street<br>Suite 300<br>Akron, OH 44308-1314 |
| Scott Cameron Barney<br>CHAFFE MCCALL LLP<br>202 Two United Plaza<br>8550 United Plaza Blvd<br>Baton Rouge, LA 70809 | Adam M. Chud<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001 | David C. Landin<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Troy N. Bell<br>AULTMAN TYNER & RUFFIN LTD<br>400 Poydras Street<br>Suite 1900<br>New Orleans, LA 70130 | David A. Damico<br>BURNS WHITE & HICKTON LLC<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | Joseph E. Leblanc, Jr.<br>KING LEBLANC & BLAND LLP<br>6363 Woodway<br>Suite 750<br>Houston, TX 77057 |
| Richard C. Binzley<br>THOMPSON HINE LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Raymond P. Forceno<br>FORCENO GOGGIN & KELLER<br>1528 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Gene Locks<br>LOCKS LAW FIRM LLC<br>1500 Walnut Street<br>Philadelphia, PA 19102 |
| Gregory E. Bodin<br>TAYLOR PORTER BROOKS<br>& PHILLIPS LLP<br>P.O. Box 2471<br>Baton Rouge, LA 70821 | Ellen B. Furman<br>GOLDFEIN & HOSMER<br>1600 Market Street<br>33rd Floor<br>Philadelphia, PA 19103 | Ronald L. Motley<br>MOTLEY RICE LLC<br>P.O. Box 1792<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 |
| Andre Charles Broussard, Jr.<br>DEUTSCH KERRIGAN & STILES<br>P.O. Box 96<br>Baton Rouge, LA 70884 | Susan M. Hansen<br>BROWNSON & BALLOU<br>225 South Sixth Street<br>Suite 4800<br>Minneapolis, MN 55402 | Stephen B. Murray, Jr.<br>MURRAY LAW FIRM<br>Poydras Center<br>650 Poydras Street<br>Suite 1100<br>New Orleans, LA 70130 |

MDL No. 875 - Panel Service List (Excerpted from CRO) (Continued)

John F. Olinde
CHAFFE MCCALL LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300

Dawn M. Palmisano
PLAUCHE MASELLI LANDRY
& PARKERSON LLP
201 St. Charles Avenue
Suite 4240
New Orleans, LA 70170

Charles M. Pisano
BARKLEY & THOMPSON
1515 Poydras Street
Suite 2350
New Orleans, LA 70112

Janika D. Polk
ABBOTT SIMSES & KUCHLER
400 Lafayette Street
Suite 200
New Orleans, LA 70130

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Eric Shuman
MCGLINCHEY STAFFORD PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Emmett C. Sole
STOCKWELL SIEVERT
VICCELLIO ET AL
First National Bank Building
One Lakeside Plaza, Suite 400
P.O. Box 2900
Lake Charles, LA 70602

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

A. Wendel Stout III
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Elizabeth S. Wheeler
KING LEBLANC & BLAND LLP
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170