MDL 875 1

*RN*

*PrepCRO*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 8 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY          :
LITIGATION (NO. VI)                          :
                                             :
_____ :
                                             x

This Document Relates to:                    :          CIVIL ACTION NO.  MDL 875

United States District Court                 :
Central District of California               :
                                             :          FILED   DEC - 6 2007
McCARTHY, No. 03 CV 3046                      :
                                             :
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]: :
_____ x

PLEADING NO. 5304

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the

United States District Court for the Central District of California, and the Court having reviewed this

case, and now believing that such motion is appropriate since this matter has been previously tried and

only the issue of damages remains to be resolved;

THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875

RECOMMENDED ACTION

OFFICIAL FILE COPY ~~tion~~ CRO-Two Actions

Approved/Date: _RN  12/18/07_

IMAGED DEC 2 8 2007

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Central District of California for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 12/5/2007

James T. Giles                          J.

R N

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 8 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY　　:
LITIGATION (NO. VI)　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
_____x

This Document Relates to:　　　　　　　　:　　　CIVIL ACTION NO.  MDL 875

United States District Court　　　　　　　:
Middle District of Florida　　　　　　　　:
　　　　　　ℰ'.　　　　　　　　　　　　:
POWELL., No. 06 CV 2115　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre-　:
sentative, and any spousal or dependent actions.]:
_____x

MDL- ℰ 7 5

RECOMMENDED ACTION

Approved/Date: _____

ORDER OF REINSTATEMENT AND
SUGGESTION OF REMAND


THIS MATTER being reviewed this date upon the request of the defendants to review

this Court's prior order of dismissal and the Plaintiff's Motion To Remand to the United States District

Court for the Middle District of Florida, and the Court having reviewed this case and having had

telephone conferences with the parties, and now believing that such motions are appropriate and that

further proceedings should be held before the United States District Court for the Middle District of

Florida;

AND FURTHER, since the plaintiff is a living mesothelioma victim who should have

this matter expedited for hearing:

THE COURT ORDERS that the previously ordered dismissal of this action is hereby set aside and the matter is hereby reinstated; and

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Middle District of Florida for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 12/7/2007

James T. Giles                    J.

RECEIVED
CLERK'S OFFICE
2007 DEC 20  A 8: 36
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION