

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Bernard Wojcik, et al. v. Graybar Electric Co., Inc., et al., ) | |
|     D. Nevada, C.A. No. 2:07-1495 ) | MDL No. 875 |
| Oliver Garland, etc. v. Goulds Pumps, Inc., et al., ) | |
|     D. Nevada, C.A. No. 2:07-1498 ) | |

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in these actions (*Wojcik* and *Garland*) on November 27, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Wojcik* and *Garland* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-296" filed on November 27, 2007, is LIFTED. The actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5306

OFFICIAL FILE COPY  IMAGED JAN 2  2008