**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 2 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Valerie Dufour, etc. v. AGCO Corp., et al., | ) | |
| E.D. Pennsylvania | ) | MDL No. 875 |
| (S.D. Mississippi, C.A. No. 1:05-169) | ) | |

### ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

A conditional remand order was filed in this action (*Dufour*) on November 27, 2007. Prior to expiration of that order's 15-day stay of transmittal, defendants in *Dufour* filed a notice of opposition to the proposed remand. Defendants subsequently failed to file the required motion and brief to vacate the conditional remand order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on November 27, 2007, is LIFTED. The action is remanded to the Southern District of Mississippi.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

**IMAGED** JAN 2   2008

PLEADING NO. 5307