MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    William J. Hilbert, Jr., et al. v. McDonnell Douglas Corp., et al.,   )
        D. Massachusetts, C.A. No. 1:07-11900                          )       MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JANUARY 30, 2008, HEARING SESSION

    A conditional transfer order was filed in this action (*Hilbert*) on October 26, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Hilbert* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Hilbert* was remanded to Massachusetts state court by the Honorable Nancy Gertner in an order filed on January 3, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-293" filed on October 26, 2007, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED JAN 8 2008