MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

**Mark J. Fucile, OSB No. 82262**
mark@frllp.com
**Daniel K. Reising, OSB No. 96410**
dan@frllp.com
FUCILE & REISING LLP
115 NW First Ave., Suite 401
Portland OR 97209-4024
Tel. 503.224.4892
Fax 503.224.4332
Attorneys for Defendant
Ford Motor Company

UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL DOCKET NO. 875 CTO-295 |

This Document Relates to:

CLAUDE E. NEWMAN v. CROWN
CORK & SEAL COMPANY, INC., et al.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CLAUDE E. NEWMAN, | Civil No. CV-07-1533-JO |
| Plaintiff, | |
| v. | **DEFENDANT FORD MOTOR COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CTO-295** |
| CROWN CORK & SEAL COMPANY, INC., a Pennsylvania corporation, et al., | |
| Defendants. | |

## I. **INTRODUCTION**

Plaintiff asserts that his case is in some way different than the many

asbestos cases that have gone before it under this Panel's order creating MDL

875. Respectfully, it is not.

1 - DEFENDANT FORD MOTOR COMPANY'S
RESPONSE TO PLAINTIFF'S MOTION
TO VACATE CTO-295

fucile & reising LLP
115 nw 1st ave, ste. 401
portland or 97209
.224.4892

IMAGED JAN 8 - 2008

PLEADING NO. 5315

OFFICIAL FILE COPY

## II. __ANALYSIS__

Plaintiff's motion to vacate should be denied for four primary reasons.

*First*, this is *not* a malignancy case.  (*See* Excerpt from Plaintiff's First Amended Complaint at 3, ¶ 1, attached as Ex. 1 to the accompanying Declaration of Mark J. Fucile.)  Rather, it is by plaintiff's *own admission* in his pleadings a *disputed asbestosis* case:  "Plaintiff Claude E. Newman has contracted permanent asbestos-related injury and/or disease, including sub-clinical biologic response scarring and injury from asbestos exposure, clinically evident asbestosis, and asbestos-related pleural disease."  (*Id.*)  Indeed, there is *no* contention *whatsoever* in his pleadings that plaintiff has a fatal asbestos-related condition.  (*Id.* at 3-4, ¶¶ 5-7.)

*Second*, this case does not involve unique facts that distinguish it from other asbestos cases handled in MDL 875.  In the present Oregon case alone, plaintiff has pursued over 100 defendants and "alternate entities" to which he attributes fault.  (*Id.* at 9-11.)  They include insulation makers, manufacturers of a wide variety of industrial products, aircraft manufacturers and automotive companies.  (*Id.*)  Plaintiff's current Oregon complaint follows an earlier one involving still other defendants.  (Excerpt from Plaintiff's Complaint at 1[Fucile Dec., Ex. 2].)  Plaintiff's Oregon case, in turn, followed an earlier one in California naming still other defendants.  (Excerpt from Plaintiff's California Complaint [Fucile Dec., Ex. 3].)  Plaintiff's California case, in turn, followed still earlier bankruptcy claims against a variety of shipyard insulation and wallboard companies.  (Excerpt from Plaintiff's Bankruptcy Claim Summary [Fucile Dec.,

2 - DEFENDANT FORD MOTOR COMPANY'S
     RESPONSE TO PLAINTIFF'S MOTION
     TO VACATE CTO-295

fucile & reising LLP
115 nw 1st ave, ste. 401
portland or 97209
503.224.4892

Ex. 4].)  These, in turn, followed a still earlier administrative claim against the United States Government for alleged Naval asbestos exposure.  (Excerpt from Plaintiff's Claim against the United States Government [Fucile Dec., Ex. 5].)  Although plaintiff has resolved some of his 100+ claims, all of the settling parties remain relevant to this case for purposes of allocating both causation and fault under, respectively, ORS 30.900 (Oregon product liability statute) and ORS 31.600 (Oregon comparative fault statute).

*Third*, contrary to plaintiff's assertion in his motion, he does *not* seek a federal trial.  Although plaintiff did not object to removal, he subsequently sought to amend his complaint further to destroy diversity jurisdiction and, if allowed, has sought remand.  The United States District Court for the District of Oregon has scheduled a hearing on plaintiff's motions for January 17, 2008.  (Scheduling Notice [Fucile Dec., Ex. 6].)  Ford opposes plaintiff's motion both because the defendant it seeks to add is also diverse, and, therefore, federal jurisdiction will remain even if the motion is allowed and also because the statute of limitation (ORS 30.907) has now run as to the proposed additional defendant.  (*Id.*)  For present purposes, however, the point to be underscored is that in Oregon plaintiff has taken a position completely contrary to the one he advances before this Panel.

*Fourth*, again contrary to plaintiff's assertion in his motion, this case was not about to begin trial when removed.  Plaintiff added *all* of the present defendants with his First Amended Complaint *only five months* before they removed the case to federal court after the dismissal of the remaining non-

3 - DEFENDANT FORD MOTOR COMPANY'S
    RESPONSE TO PLAINTIFF'S MOTION
    TO VACATE CTO-295

fucile & reising LLP
115 nw 1st ave, ste. 401
portland or 97209
503.224.4892

diverse defendant.  (*Compare* Complaint with First Amended Complaint.)  These new defendants had not yet taken plaintiff's deposition in the Oregon case, the summary judgment deadline had not yet arrived and medical discovery, such as an independent medical evaluation, had yet been completed.  (Fucile Dec., ¶ 3.)  No trial judge had been assigned.  (*Id.*)  Indeed, at the point Ford removed this case, plaintiff had other Oregon counsel who subsequently withdrew and the attorney declarant supporting plaintiff's assertions only appeared *after* this case was removed.  (Notice of Attorney Substitution [Fucile Dec., Ex. 7].)

### III.  **CONCLUSION**

This case fully meets the criteria set out for MDL 875 (at 771 F. Supp. 415 (1991)) and MDL Rule 7.4.  Plaintiff concedes present federal jurisdiction and did not object to removal.  This Panel's Conditional Transfer Order 295 should be made final.

Dated:  January 4 , 2008.                                       FUCILE & REISING LLP

Mark J. Fucile, OSB No. 82262
mark@frllp.com
Daniel K. Reising, OSB No. 96410
dan@frllp.com
115 NW First Ave, Suite 401
Portland, Oregon 97209
Ph.  503.224.4892
Fax  503.224.4332

Attorneys for Defendant
Ford Motor Company

4 -  DEFENDANT FORD MOTOR COMPANY'S
RESPONSE TO PLAINTIFF'S MOTION
TO VACATE CTO-295

fucile & reising LLP
115 nw 1st ave, ste. 401
portland or 97209
503.224.4892

1                              **Certificate of Service**

2                      *Claude Newman v. Crown Cork and Seal et al.*

3            I hereby certify that today I served the attached **DEFENDANT FORD MOTOR**

4    **COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CTO-295** on the

5    attached **CTO-295 Panel Service List** by U.S. Mail.

6    Dated: January ⁴ˡ, 2008.

7

8                                        Mark J. Fucile, OSB No. 82262
                                         Mark@frllp.com
9                                        Daniel K. Reising, OSB No. 96410
                                         Dan@frllp.com
10                                       Trial Attorneys for Defendant
                                         Ford Motor Company
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page    1    -    CERTIFICATE OF SERVICE

fucile & reising LLP
115 nw 1ˢᵗ ave, ste 401
portland or 97209
p 503.224.4892 f 503.224.4332

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-295)

Claude E. Newman v. Crown Cork & Seal Co., Inc., et al., D. Oregon,
C.A. No. 3:07-1533

Patrick D. Angel
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street
Suite 250
Portland, OR 97201

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP
FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN
& KELLER
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Michael A. Jaeger
WILSON SMITH COCHRAN
DICKERSON
1215 Fourth Avenue
Suite 1700
Seattle, WA 98161

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Daniel K. Reising
FUCILE & REISING LLP
115 Northwest First Avenue
Suite 410
Portland, OR 97209-4024

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

MDL No. 875 - Panel Service List (Excerpted from CTO-295) (Continued)


Neil Selman
SELMAN BREITMAN
& BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE & SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY
 LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis
Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

**Mark J. Fucile, OSB No. 82262**
mark@frllp.com
**Daniel K. Reising, OSB No. 96410**
dan@frllp.com
FUCILE & REISING LLP
115 NW First Ave., Suite 401
Portland OR 97209-4024
Tel. 503.224.4892
Fax 503.224.4332
Attorneys for Defendant
Ford Motor Company

UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL DOCKET NO. 875 CTO-295 |

This Document Relates to:

CLAUDE E. NEWMAN v. CROWN
CORK & SEAL COMPANY, INC., et al.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CLAUDE E. NEWMAN, | Civil No.  CV-07-1533-JO |
| Plaintiff, | |
| v. | **DECLARATION OF MARK J. FUCILE SUPPORTING DEFENDANT FORD MOTOR COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CTO-295** |
| CROWN CORK & SEAL COMPANY, INC., a Pennsylvania corporation, et al., | |
| Defendants. | |

I, Mark J. Fucile, state the following under penalty of perjury:

1 - DECLARTION OF MARK J. FUCILE SUPPORTING
DEFENDANT FORD MOTOR COMPANY'S
RESPONSE TO PLAINTIFF'S MOTION
TO VACATE CTO-295

fucile & reising LLP
115 nw 1st ave, ste. 401
portland or 97209
503.224.4892

1.     I am one of the attorneys for defendant Ford Motor Company in this case.  I am making this declaration in support of Ford's Response to Plaintiff's Motion to Vacate CTO-295.

2.     I have attached the following:

- **Exhibit 1**: Excerpt from Plaintiff's First Amended Complaint.

- **Exhibit 2**: Excerpt from Plaintiff's Complaint.

- **Exhibit 3**: Excerpt from Plaintiff's California Complaint.

- **Exhibit 4**: Excerpt regarding Plaintiff's bankruptcy claims.

- **Exhibit 5**: Excerpt from Plaintiff's claim against the United States Government.

- **Exhibit 6**: Docket notice from the United States District Court for the District of Oregon.

- **Exhibit 7**: Notice of Attorney Substitution.

3.     Ford removed this case from the Circuit Court of the State of Oregon to the United States District Court for the District of Oregon on October 12, 2007.  That was the first day plaintiff's Oregon case became removable and was only five months after Ford had been served in the Oregon case.  At the point Ford removed this case, the case was *not* about to begin trial.  At that point, the new defendants added by way of plaintiff's First Amended Complaint had not yet taken plaintiff's deposition in the Oregon case, the summary judgment deadline had not yet arrived and medical discovery, such as an independent medical evaluation, had not yet been completed.  No trial judge had been assigned.  In fact, at that time, plaintiff was represented by other Oregon counsel

2 - DECLARTION OF MARK J. FUCILE SUPPORTING
    DEFENDANT FORD MOTOR COMPANY'S
    RESPONSE TO PLAINTIFF'S MOTION
    TO VACATE CTO-295

fucile & reising LLP
115 nw 1st ave, ste. 401
portland or 97209
503.224.4892

who subsequently withdrew and was later replaced *after removal* by plaintiff's present Oregon counsel.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  28 USC § 1746.

Dated:  January 4 , 2008.                    FUCILE & REISING LLP



Mark J. Fucile, OSB No. 82262
mark@frllp.com
115 NW First Ave, Suite 401
Portland, Oregon 97209
Ph.  503.224.4892
Fax  503.224.4332

Attorneys for Defendant
Ford Motor Company

3 -  DECLARTION OF MARK J. FUCILE SUPPORTING
     DEFENDANT FORD MOTOR COMPANY'S
     RESPONSE TO PLAINTIFF'S MOTION
     TO VACATE CTO-295

fucile & reising LLP
115 nw 1st ave, ste. 401
portland or 97209
503.224.4892

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

1      **Certificate of Service**

2      ***Claude Newman v. Crown Cork and Seal et al.***

3      I hereby certify that today I served the attached **DECLARATION OF MARK J.**

4      **FUCILE SUPPORTING DEFENDANT FORD MOTOR COMPANY'S RESPONSE TO**

5      **PLAINTIFF'S MOTION TO VACATE CTO-295** on the attached **CTO-295 Panel**

6      **Service List** by U.S. Mail.

7      Dated:  January 4 , 2008.

8

9      Mark J. Fucile, OSB No. 82262
       Mark@frllp.com

10     Daniel K. Reising, OSB No. 96410
       Dan@frllp.com

11     Trial Attorneys for Defendant
       Ford Motor Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page    1   -   CERTIFICATE OF SERVICE

fucile & reising LLP
115 nw 1st ave, ste 401
portland or 97209
p 503.224.4892 f 503.224.4332

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-295)

Claude E. Newman v. Crown Cork & Seal Co., Inc., et al., D. Oregon,
C.A. No. 3:07-1533

Patrick D. Angel
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street
Suite 250
Portland, OR 97201

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP
FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN
& KELLER
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Michael A. Jaeger
WILSON SMITH COCHRAN
DICKERSON
1215 Fourth Avenue
Suite 1700
Seattle, WA 98161

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Daniel K. Reising
FUCILE & REISING LLP
115 Northwest First Avenue
Suite 410
Portland, OR 97209-4024

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

MDL No. 875 - Panel Service List (Excerpted from CTO-295) (Continued)

Neil Selman
SELMAN BREITMAN
& BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE & SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY
LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis
Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

# EXHIBIT 1
## TO
## DECLARATION OF MARK J. FUCILE
## SUPPORTING DEFENDANT FORD MOTOR COMPANY'S
## RESPONSE TO PLAINTIFF'S MOTION TO VACATE
## CTO-295

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
05/07/2007
Log Number 512197822

**TO:**    Chris Dzbanski
Ford Motor Company
Three Parklane Blvd., Ste.1400 West
Dearborn, MI, 48126-

**RE:**    **Process Served in Oregon**

**FOR:**    Ford Motor Company (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Claude E. Newman, Pltf. vs. Gatke Corporation, etc, and Oregon Airgas, Inc., etc., Dfts. // To: Ford Motor Company |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, First Amended Complaint, Exhibit(s), Letter, Notice, Order, CD |
| **COURT/AGENCY:** | Multnomah County Circuit Court, OR Case # 061010758 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Salem, OR |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/07/2007 postmarked on 05/04/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days |
| **ATTORNEY(S) / SENDER(S):** | James E. Shadduck Brayton & Purcell, LLP 621 SW Morrison St. Portland, OR, 97205 503-295-4931 |
| **REMARKS:** | Disk attachment may contain additional information on case. Disk was not viewed by CT for content. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 798168617271 Image SOP - Page(s): 104 Email Notification, Chris Dzbanski CDZBANSK@FORD.COM |
| **SIGNED:** **PER:** **ADDRESS:** | C T Corporation System Patricia McGriff CT Corporation System 388 State Street, Suite 420 Salem, OR, 97301 |
| **TELEPHONE:** | 503-566-6883 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**Exh. 1
Page 1 of 12**

1

2

3

4 IN THE CIRCUIT COURT FOR THE STATE OF OREGON

5 IN THE COUNTY OF MULTNOMAH

6 CLAUDE E. NEWMAN,                                                      ) Case No. 0610-10758

7            Plaintiff,                                                            ) FIRST AMENDED COMPLAINT
                                                                                ) (Product Liability; Negligence)
8      v.                                                                      )
                                                                                ) DEMAND FOR JURY TRIAL
9 CROWN CORK & SEAL COMPANY, INC.,                  )
   a Pennsylvania corporation, individually and             ) CLAIM OVER $50,000.00
10 as successor-in-interest to Mundet Cork                    )
   Corporation; CURTISS-WRIGHT                                ) CLAIM NOT SUBJECT TO
11 CORPORATION, a Delaware                                        ) MANDATORY ARBITRATION
   corporation;FORD MOTOR COMPANY, a                    )
12 Delaware corporation, individually and as               ) COMPLEX ASBESTOS LITIGATION
   successor-in-interest to British Leyland                    ) SUBJECT TO GENERAL ORDERS
13 Motors, Inc., British Motor Corporation,                  )
   Jaguar Cars, Inc., Triumph, Lincoln                         )
14 Continental, and Austin Healey; FOSTER            )
   WHEELER LLC, a New York corporation                   )
15 formerly known as Foster Wheeler                            )
   Corporation; GARLOCK SEALING                            )
16 TECHNOLOGIES, LLC, a Delaware                            )
   corporation, fka Garlock, Inc., individually             )
17 and as successor-in-interest to Coltec                      )
   Industries, Inc., Fairbanks-Morse, Fairbanks         )
18 Morse Engines, Belmont Packing & Rubber          )
   Co., Garlock Packing Co.; U.S. Gasket Co.,            )
19 Goodrich Corporation, and Enpro Industries,       )
   Inc.; GATKE CORPORATION, an Illinois                 )
20 corporation, individually and as successor-in-      )
   interest to Asbestos Textile Company, Inc.;          )
21 GENERAL ELECTRIC COMPANY, a New                 )
   York corporation, individually and as                      )
22 successor-in-interest to Mattern X-ray,                   )
   Hotpoint Electric Appliance Company                      )
23 Limited, Trumbull Electric Manufacturing           )
   Company, G E Industrial Systems, Curtis             )
24 Turbines, Parsons Turbines, and General             )
   Electric Jet Engines; HONEYWELL                        )
25 INTERNATIONAL, INC., a Delaware                     )
   corporation, formerly known as AlliedSignal        )
26 Inc. and as Allied-Signal Inc., individually and  )
   as successor-in-interest to The Bendix                  )

Page 1 -   FIRST AMENDED COMPLAINT
           J:\OR\105902\Pld\Cmp1stamd.wpd

BRAYTON❖PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR  97205
Telephone (503) 295-4931; Fax (503) 241-2573

| | |
|---|---|
| 1 | Corporation, Bendix Products Automotive |
| | Division, Bendix Products Division - Bendix |
| 2 | Aviation Corp., Bendix Home Systems, Allied |
| | Corporation, Allied Chemical Corporation, |
| 3 | Honeywell, Inc., Honeywell Controls, General |
| | Chemical Corporation, FRAM, Friction |
| 4 | Materials of Los Angeles, EM Sector |
| | Holdings Inc., Universal Oil Products |
| 5 | Company Boylston Corporation, Ehrhart & |
| | Associates Inc., Ehrhart & Arthur Inc., and |
| 6 | Garrett Air Research Corp.; INGERSOLL- |
| | RAND COMPANY, a New Jersey |
| 7 | corporation, individually and as successor-in- |
| | interest to Ingersoll-Dresser Pump, Dresser- |
| 8 | Rand Co., Pacific Pump Works, Flowserve |
| | Corporation, Ingersoll Rock Drill Company, |
| 9 | Terry Steam Turbine Co., Rand Drill |
| | Company, Rand & Waring Drill and |
| 10 | Compressor Company, Ingersoll-Sergeant, |
| | Schlage Lock Company, Von Duprin, and The |
| 11 | Torrington Company; NEW YORK AIR |
| | BRAKE CORPORATION, a Delaware |
| 12 | corporation; OREGON AIRGAS, INC., an |
| | Oregon corporation, individually and as |
| 13 | successor-in-interest to Littrell Welding |
| | Supply, Inc.; PNEUMO ABEX LLC, a |
| 14 | Delaware corporation, individually and as |
| | successor-in-interest to Abex Corporation, |
| 15 | Eaton Brake Shoes, Eaton Manufacturing Co., |
| | American Brake Shoe and Foundry Company, |
| 16 | American Brakeblok, Division of American |
| | Brake Shoe and Foundry Co., American Brake |
| 17 | Materials Corporation, American Brake Shoe |
| | and Foundry (De), and American Brakeblok |
| 18 | Corporation; THE LAND COMPANY AND |
| | STUFF, INC., an Oregon corporation, |
| 19 | individually and as successor-in-interest to |
| | Littrell Parts; THORPE INSULATION |
| 20 | COMPANY, a California corporation, |
| | individually and as successor-in-interest to |
| 21 | J.T. Thorpe & Son, The Thorpe Company, |
| | Asbestos Products Corporation, Asbestos |
| 22 | Products Company of San Diego, Plant |
| | Insulation Co, Plant Manufacturing Co., and |
| 23 | Thorpe Products Co; UNIROYAL |
| | HOLDING, INC., a New Jersey corporation, |
| 24 | individually and as successor-in-interest to |
| | Uniroyal, Inc., and United States Rubber |
| 25 | Company; UNITED TECHNOLOGIES |
| | CORPORATION, a Delaware corporation, |
| 26 | individually and as successor-in-interest to |
| | United Aircraft Corporation, United Aircraft & |

Page 2 -   FIRST AMENDED COMPLAINT
J:\OR\105902\Pld\Cmp1stamd.wpd

BRAYTON❖PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR  97205
Telephone (503) 295-4931; Fax (503) 241-2573

1  Transport Corporation, Pratt & Whitney, Hamilton  )
   Standard Co. and Sikorsky Aircraft Corp. ;       )
2                                                   )
                     Defendants.                    )
3  ─────────────────────────────────────────────   )

4

5  Plaintiff Claude E. Newman alleges:

6  <u>**FACTUAL ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF**</u>

7                                  1.

8       Plaintiff Claude E. Newman has contracted permanent asbestos-related injury and/or

9  disease, including sub-clinical biologic response scarring and injury from asbestos exposure,

10 clinically evident asbestosis, and asbestos-related pleural disease.

11                                 2.

12      Plaintiff has sustained asbestos-related injuries and/or disease as a result of his inhalation

13 or ingestion of asbestos fibers through his exposure to asbestos.

14                                 3.

15      Plaintiff's asbestos-related disease was diagnosed no earlier than April 8, 2006.

16                                 4.

17      Plaintiff has been exposed to asbestos fibers in his work, home, and/or other

18 environments when he used and/or disturbed asbestos and asbestos-containing products of the

19 defendants and conspirators, and/or when he otherwise contacted asbestos and asbestos-

20 containing products of the defendants and conspirators which had been used and/or disturbed by

21 other individuals.  That use and/or disturbance released respirable asbestos fibers that are capable

22 of causing physical damage, injury, or disease and/or cancer if inhaled or ingested by individuals,

23 including plaintiff, and which, upon indiscriminate workplace release, contaminated work sites,

24 clothes, equipment, and other aspects of plaintiff's work, travel, home, and other environments.

25                                 5.

26      As a direct and proximate result of defendants' and conspirators' tortious conduct and

Page 3 -  FIRST AMENDED COMPLAINT
        J:\OR\105902\Pldn\Cmp1stamd.wpd

BRAYTON❖PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR  97205
Telephone (503) 295-4931; Fax (503) 241-2573

1   plaintiff's exposure to the unreasonably dangerous and defective asbestos-containing products

2   manufactured, distributed, sold, installed, and/or applied by defendants and conspirators or

3   containing the defendants' and conspirators' asbestos fiber, plaintiff contracted asbestos-related

4   injury and/or disease as set forth herein, and has incurred and/or will incur doctor, hospital,

5   custodial and medical expenses in an amount, according to proof at trial, of $125,000.00.

6                                          6.

7          As a further direct and proximate result of defendants' and conspirators' tortious conduct

8   and plaintiff's exposure to the unreasonably dangerous and defective asbestos-containing

9   products manufactured, distributed, sold, installed, and/or applied by defendants and conspirators

10  and/or containing the defendants' and conspirators' asbestos fiber, plaintiff has incurred and/or

11  will incur loss of past and future wages and/or pension and/or past and future impairment of

12  wage-earning capacity and loss of home services, all to his economic damage, according to law

13  and proof at trial, of $1,275,000.00.

14                                         7.

15         As a further direct and proximate result of defendants' and conspirators' tortious conduct

16  and plaintiff's exposure to the unreasonably dangerous and defective asbestos-containing

17  products manufactured, distributed, sold, installed, and/or applied by defendants and conspirators

18  or containing defendants' and conspirators' asbestos fiber, plaintiff has contracted progressive

19  asbestos-related injury and/or disease, from which he has suffered, and continues to suffer, pain,

20  discomfort, fear, and interference with his daily activities and enjoyment of life, and has endured

21  mental and emotional pain and suffering, all of which is permanent, all to his non-economic

22  damage in an amount, according to law and proof at trial, of $4,500,000.00.

23                               **THE PARTIES**

24                                         8.

25         At all times material herein, plaintiff has been a resident of the state of Oregon.

26  ///

Page 4 -   FIRST AMENDED COMPLAINT
           J:\OR\105902\Pld\Cmp1stamd.wpd

                                          BRAYTON✤PURCELL, LLP
                                          American Bank Building
                                          621 S.W. Morrison Street, Suite 950
                                          Portland OR  97205
                                          Telephone (503) 295-4931; Fax (503) 241-2573

9.

At all times material herein, plaintiff was exposed to airborne asbestos fibers in the course and scope of his work or in his home or other environments.  Attached hereto as Exhibit 1 is plaintiff's work history and exposure, which is incorporated herein by reference.  Attached hereto as Exhibit 2 is a Ship List for vessels that plaintiff worked on or around or was otherwise exposed to, which is incorporated herein by reference.

10.

a.    At all times material herein, defendant Crown Cork & Seal Company, Inc., a Pennsylvania corporation, and its "alternate entities," identified *infra*, was engaged in the supply, distribution and sale of hazardous asbestos-containing products, including pipecovering and block insulation, cements, and cork products.

b.    At all times material herein, defendant Curtiss-Wright Corporation, a Delaware corporation, and its "alternate entities," identified *infra*, was engaged in the manufacture, distribution, supply and sale of hazardous asbestos-containing friction products, including, aircraft brake linings, shoes, assemblies and systems and hazardous asbestos-containing engine parts.

c.    At all times material herein, defendant Ford Motor Company a Delaware corporation, and its "alternate entities," identified *infra*, was engaged in the design, manufacture, distribution, supply and sale of hazardous asbestos-containing friction products, including: brake linings, parts, and assemblies; clutch facings, parts and assemblies; exhaust systems; and gaskets.

d.    At all times material herein, defendant Foster Wheeler LLC, a New York corporation, and its "alternate entities," identified *infra*, was engaged in the manufacture, distribution, sale, installation, and maintenance of hazardous asbestos-containing products, including: chemical and industrial apparatus, boilers and other equipment, cements, and adhesives.

e.    At all times material herein, defendant Garlock Sealing Technologies, LLC, fka

Page 5 -   FIRST AMENDED COMPLAINT

J:\OR\105902\Pld\Cmp1stamd.wpd

BRAYTON✜PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR  97205
Telephone (503) 295-4931; Fax (503) 241-2573

1    Garlock, Inc., a Delaware corporation, and its "alternate entities," identified *infra*, was engaged

2    in the manufacture, distribution and sale of hazardous asbestos-containing products, including

3    gaskets, sheet gasket material, packing, tape, valve rings, rope, and engines, pumps, industrial

4    brake linings; the sale and supply of raw asbestos fiber used in the manufacture of various

5    hazardous asbestos-containing products; and the conspiratorial activities as described within this

6    Complaint.

7         f.    At all times material herein, defendant Gatke Corporation, an Illinois corporation,

8    and its "alternate entities," identified *infra*, was engaged in the conspiratorial activities as

9    described within this Complaint.

10        g.    At all times material herein, defendant General Electric Company, a New York

11   corporation, and its "alternate entities," identified *infra*, was engaged in the design, manufacture,

12   distribution, supply, and sale of hazardous asbestos-containing products, including switch boards,

13   switch gears, circuit breakers, electrical panels, cable and related equipment.

14        h.    At all times material herein, defendant Honeywell International, Inc., a Delaware

15   corporation, and its "alternate entities," identified *infra*, was engaged in the manufacture,

16   distribution and sale of hazardous asbestos-containing products, including: refractory materials;

17   industrial controls and instrumentation; gaskets; brake linings, parts, and assemblies; clutch

18   facings, parts and assemblies; exhaust systems; and additionally engaged in the sale and supply

19   of raw asbestos fiber used in the manufacture of various hazardous asbestos-containing products.

20        i.    At all times material herein, defendant Ingersoll-Rand Company, a New Jersey

21   corporation, and its "alternate entities," identified *infra*, was engaged in the manufacture,

22   distribution, installation and maintenance of hazardous asbestos-containing products and

23   equipment, including compressors, pumps, turbines, packing and gaskets.

24        j.    At all times material herein, defendant New York Air Brake Corporation, a

25   Delaware corporation, was engaged in the manufacture, distribution, supply and sale of

26   hazardous asbestos-containing friction products, including, aircraft brake linings, shoes,

Page 6 -   FIRST AMENDED COMPLAINT
       J:\OR\105902\Pld\Cmp1stamd.wpd

BRAYTON✦PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR   97205
Telephone (503) 295-4931; Fax (503) 241-2573

1   assemblies, rotor type brakes and braking systems.

2        k.     At all times material herein, defendant Oregon Airgas, Inc., an Oregon

3   corporation, and its "alternate entities," identified *infra,* was engaged in the supply, distribution

4   and sale of hazardous asbestos-containing protective apparel products, including gloves and

5   mittens.

6        l.     At all times material herein, defendant Pneumo Abex LLC, a Delaware

7   corporation, and its "alternate entities," identified *infra,* was engaged in the conspiratorial

8   activities as described within this Complaint.

9        m.     At all times material herein, defendant The Land Company and Stuff, Inc., an

10  Oregon corporation,  and its "alternate entities," identified *infra,* was engaged in the supply,

11  distribution and sale of hazardous asbestos-containing friction products, including brakes,

12  clutches and automotive gaskets.

13       n..     At all times materials herein, defendant Thorpe Insulation Company, a California

14  corporation, and its "alternate entities," identified *infra*, was engaged in the sale and distribution

15  of hazardous asbestos-containing products, including industrial insulating materials, pipe

16  covering, block, millboard, paper, tapes, cloths, rope, cement, sealers, and adhesives.

17       o.     At all times material herein, defendant Uniroyal Holding, Inc., a New Jersey

18  corporation, and its "alternate entities," identified *infra*, was engaged in the design, manufacture,

19  distribution and sale of hazardous asbestos-containing products, including: yarns, textiles, tapes,

20  rocket motor shields, and mechanical rubber products.

21       p.     At all times material herein, defendant United Technologies Corporation, a

22  Delaware corporation, and its "alternate entities," identified *infra*, was engaged in the

23  manufacture, distribution and sale of hazardous asbestos-containing products, including: aircraft

24  engines, motors, and related replacement parts, accessories, and gaskets.

25  ///

26  ///

Page 7 -   FIRST AMENDED COMPLAINT
    J:\OR\105902\Pld\Cmp1stamd.wpd

BRAYTON❖PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR   97205
Telephone (503) 295-4931; Fax (50?) ?4? ?57?

Exh. 1
Page 8 of 12

11.

1

2      At all times mentioned herein, each of the defendants listed below was the successor,

3    successor in business, successor in product line or a portion thereof, assign, alter ego, agent,

4    predecessor, predecessor in business, predecessor in product line or a portion thereof, parent,

5    affiliate, subsidiary, wholly or partially owned by, or the whole or partial owner of, or member

6    in, an entity researching, studying, manufacturing, fabricating, designing, modifying, labeling,

7    assembling, distributing, leasing, buying, offering for sale, supplying, selling, inspecting,

8    servicing, installing, contracting for installation, repairing, marketing, warranting, rebranding,

9    manufacturing for others, packaging, advertising, or otherwise involved with a certain product,

10   namely asbestos, and other products containing asbestos.  Said entities shall hereinafter

11   collectively be called "alternate entities."  Each defendant is liable under the law for the tortious

12   conduct of each successor, successor in business, successor in product line or a portion thereof,

13   assign, predecessor in product line or a portion thereof, parent, affiliate, subsidiary, whole or

14   partial owner, or wholly or partially owned entity, or entity that it was a member of, or funded,

15   that researched, studied, manufactured, fabricated, designed, modified, labeled, assembled,

16   distributed, leased, bought, offered for sale, supplied, sold, inspected, serviced, installed,

17   contracted for installation, repaired, marketed, warranted, re-branded, manufactured for others

18   and advertised asbestos, and other products containing asbestos.  The following defendants, and

19   each of them, are liable under the law for the acts of each and every "alternate entity," in that the

20   defendants exercised control over the alternate entities; the defendants expressly or impliedly

21   authorized the alternate entities to act for defendants; the defendants expressly or impliedly

22   agreed to assume the liabilities of the each such "alternate entity;" the transaction between

23   defendants and each such "alternate entity" amounted to a consolidation or merger of the entities;

24   defendants were a mere continuation under the law of each such "alternate entity;" and/or

25   defendants and each such alternate entity entered into the transaction that joined them to escape

26   liability.  In addition, or in the alternative, the following defendants, and each of them, are liable

Page 8 -  FIRST AMENDED COMPLAINT
J:\OR\105902\Pld\Cmp1stamd.wpd

BRAYTON✤PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR  97205
Telephone (503) 295-4931; Fax (503) 241-2573

1    under the law for the acts of each and every "alternate entity," in that there has been a virtual

2    destruction of plaintiff's remedy against each such "alternate entity;" defendants have acquired

3    the assets, product line, or a portion thereof, of each such "alternate entity;" such "alternate

4    entity," defendants, and each of them, caused the destruction of plaintiff's remedy against each

5    such "alternate entity;" each such defendant has the ability to assume the risk-spreading role of

6    each such "alternate entity;" and that each such defendant enjoys the goodwill originally attached

7    to each such "alternate entity."

| DEFENDANT | ALTERNATE ENTITY(IES) (ALTER EGOS) |
|---|---|
| CROWN CORK & SEAL COMPANY, INC. | MUNDET CORK COMPANY |
| FORD MOTOR COMPANY | BRITISH LEYLAND MOTORS, INC. |
|  | BRITISH MOTOR CORPORATION |
|  | JAGUAR CARS, INC. |
|  | TRIUMPH |
|  | LINCOLN CONTINENTAL |
|  | AUSTIN HEALEY |
| FOSTER WHEELER LLC | FOSTER WHEELER CORPORATION |
| GARLOCK SEALING TECHNOLOGIES, LLC | GARLOCK, INC. |
|  | COLTEC INDUSTRIES, INC. |
|  | FAIRBANKS-MORSE |
|  | FAIRBANKS MORSE ENGINES |
|  | BELMONT PACKING & RUBBER CO. |
|  | GARLOCK PACKING CO. |
|  | U.S. GASKET CO. |
|  | GOODRICH CORPORATION |
|  | ENPRO INDUSTRIES, INC. |
| GATKE CORPORATION | ASBESTOS TEXTILE COMPANY, INC. |
| GENERAL ELECTRIC COMPANY | MATTERN X-RAY |
|  | HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED |
|  | TRUMBULL ELECTRIC MANUFACTURING COMPANY |
|  | G E INDUSTRIAL SYSTEMS |
|  | CURTIS TURBINES |
|  | PARSONS TURBINES |
|  | GENERAL ELECTRIC JET ENGINES |
| HONEYWELL INTERNATIONAL, INC. | HONEYWELL, INC. |
|  | HONEYWELL CONTROLS |
|  | ALLIEDSIGNAL, INC. |
|  | ALLIED-SIGNAL, INC. |
|  | THE BENDIX CORPORATION |
|  | BENDIX PRODUCTS AUTOMOTIVE DIVISION |

Page 9 -   FIRST AMENDED COMPLAINT

J:\OR\105902\Pld\Cmp1stamd.wpd

| | | |
|---|---|---|
| 1 | | BENDIX PRODUCTS DIVISION, BENDIX AVIATION CORP. |
| | | BENDIX HOME SYSTEMS |
| 2 | | ALLIED CORPORATION |
| | | ALLIED CHEMICAL CORPORATION |
| 3 | | GENERAL CHEMICAL CORPORATION |
| | | FRAM |
| 4 | | FRICTION MATERIALS OF LOS ANGELES |
| | | NORTH AMERICAN REFRACTORIES COMPANY |
| 5 | | EM SECTOR HOLDINGS INC. |
| | | UNIVERSAL OIL PRODUCTS COMPANY |
| 6 | | BOYLSTON CORPORATION |
| | | EHRHART & ASSOCIATES, INC. |
| 7 | | EHRHART & ARTHUR, INC. |
| | | GARRETT AIR RESEARCH CORP. |
| 8 | | STANLEY G. FLAGG & CO. |
| | | MERGENTHALER LINOTYPE COMPANY |
| 9 | | ELTRA CORPORATION |
| | | BUNKER RAMO-ELTRA CORPORATION |
| 10 | | UNION TEXAS NATURAL GAS CORPORATION |
| | | UNION OIL AND GAS OF LOUISIANA |
| 11 | | UNION SULPHUR AND OIL CORPORATION |
| | | UNION SULPHUR COMPANY, INC., THE |
| 12 | | MINNEAPOLIS-HONEYWELL REGULATOR COMPANY |
| | | |
| 13 | INGERSOLL-RAND COMPANY | INGERSOLL-DRESSER PUMP |
| | | DRESSER-RAND CO. |
| 14 | | PACIFIC PUMP WORKS |
| | | FLOWSERVE CORPORATION |
| 15 | | INGERSOLL ROCK DRILL COMPANY |
| | | TERRY STEAM TURBINE CO. |
| 16 | | RAND DRILL COMPANY |
| | | RAND & WARING DRILL AND COMPRESSOR COMPANY |
| 17 | | INGERSOLL-SERGEANT |
| | | SCHLAGE LOCK COMPANY |
| 18 | | VON DUPRIN |
| | | THE TORRINGTON COMPANY |
| 19 | | BLAW-KNOX COMPANY |
| | | |
| 20 | PNEUMO ABEX, LLC | PNEUMO ABEX CORPORATION |
| | | ABEX CORPORATION |
| 21 | | AMERICAN BRAKE SHOE COMPANY |
| | | EATON BRAKE SHOES |
| 22 | | EATON MANUFACTURING CO. |
| | | AMERICAN BRAKE SHOE AND FOUNDRY COMPANY |
| 23 | | AMERICAN BRAKEBLOK, DIVISION OF AMERICAN |
| | | BRAKE SHOE AND FOUNDRY CO. |
| 24 | | AMERICAN BRAKEBLOK CORPORATION |
| | | AMERICAN BRAKE MATERIALS CORPORATION |
| 25 | | AMERICAN BRAKE SHOE AND FOUNDRY (DE) |
| | | |
| 26 | OREGON AIRGAS, INC. | LITTRELL WELDING SUPPLY, INC. |

Page 10 - FIRST AMENDED COMPLAINT
J:\OR\105902\Pld\Cmp1stamd.wpd

BRAYTON❖PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR  97205
Telephone (503) 295-4931; Fax (50

| | | |
|---|---|---|
| 1 | THE LAND COMPANY AND STUFF, INC. | LITTRELL PARTS |
| 2 | THORPE INSULATION COMPANY | J. T. THORPE & SON |
| | | THE THORPE COMPANY |
| 3 | | ASBESTOS PRODUCTS CORPORATION |
| | | ASBESTOS PRODUCTS COMPANY OF SAN DIEGO |
| 4 | | PLANT INSULATION CO. |
| | | PLANT MANUFACTURING CO. |
| 5 | | THORPE PRODUCTS CO. |
| 6 | UNIROYAL HOLDING, INC. | UNIROYAL, INC. |
| | | UNITED STATES RUBBER COMPANY |
| 7 | | |
| | UNITED TECHNOLOGIES | UNITED AIRCRAFT CORPORATION |
| 8 | CORPORATION | UNITED AIRCRAFT & TRANSPORT CORPORATION |
| | | PRATT & WHITNEY |
| 9 | | HAMILTON STANDARD CO. |
| | | SIKORSKY AIRCRAFT CORP. |

10

11                                                              12.

12          At all times material herein, each of the defendants, with the exception of Metropolitan

13   Life Insurance Company, has been regularly engaged in the business of manufacturing,

14   designing, processing, marketing, distributing, supplying, applying and/or selling asbestos fiber,

15   or other products containing asbestos fiber, for use in construction, insulation, fireproofing, and

16   other uses in the construction, renovation, repair, and/or maintenance of buildings, yards,

17   industrial plants, facilities, equipment and/or vessels.  One or more of the same defendants has

18   engaged in the mining, milling, supply and sale of asbestos fiber.  Defendants designed,

19   manufactured, sold, distributed, applied and/or rebranded for sale asbestos-containing products

20   used in the construction, maintenance, and/or repair of vessels, structures, fixtures, and/or

21   equipment at locations where plaintiff was employed or worked as set forth in the attached

22   Exhibits 1 and 2 or in other locations according to proof at trial.

23                                                              13.

24          At all times material to this action, which includes not only the period of plaintiff's

25   occupational exposure, but also includes a period beginning in approximately 1929 and

26   continuing thereafter, defendant Metropolitan Life Insurance Company, and others, at the request

Page 11 - FIRST AMENDED COMPLAINT
    J:\OR\105902\Pld\Cmp1stamd.wpd

BRAYTON✤PURCELL, LLP
American Bank Building
621 S.W. Morrison Street, Suite 950
Portland OR  97205
Telephone (503) 295-4931; Fax (503) 241-2573

# EXHIBIT 2
## TO
## DECLARATION OF MARK J. FUCILE
## SUPPORTING DEFENDANT FORD MOTOR COMPANY'S
## RESPONSE TO PLAINTIFF'S MOTION TO VACATE
## CTO-295

1

2

3

4              IN THE CIRCUIT COURT FOR THE STATE OF OREGON

5                    IN THE COUNTY OF MULTNOMAH

6   CLAUDE E. NEWMAN,                    )   Case No.   0610-10758
                                         )
7              Plaintiff,                )   COMPLAINT
                                         )   (Product Liability; Negligence)
8         v.                             )
                                         )   DEMAND FOR JURY TRIAL
9   GATKE CORPORATION, an Illinois       )
    corporation, individually and as successor-in- )   CLAIM OVER $50,000.00
10  interest to Asbestos Textile Company, Inc.; )
    OREGON AIRGAS, INC., an Oregon       )   CLAIM NOT SUBJECT TO
11  corporation, individually and as successor-in- )   MANDATORY ARBITRATION
    interest to Littrell Welding Supply, Inc.; )
12   PNEUMO ABEX LLC, a Delaware         )   COMPLEX ASBESTOS LITIGATION
    corporation, individually and as successor-in- )   SUBJECT TO GENERAL ORDERS
13  interest to Abex Corporation, Eaton Brake )
    Shoes, Eaton Manufacturing Co., American )
14  Brake Shoe and Foundry Company, American )
    Brakeblok, Division of American Brake Shoe )
15  and Foundry Co., American Brake Materials )
    Corporation, American Brake Shoe and )
16  Foundry (De), and American Brakeblok )
    Corporation; THE LAND COMPANY AND )
17  STUFF, INC., an Oregon corporation, )
    individually and as successor-in-interest to )
18  Littrell Parts;                      )
                                         )
19             Defendants.               )

20

21  Plaintiff Claude E. Newman alleges:

22        FACTUAL ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

23                                1.

24        Plaintiff Claude E. Newman has contracted permanent asbestos-related injury and/or

25  disease, including sub-clinical biologic response scarring and injury from asbestos exposure,

26  clinically evident asbestosis, and asbestos-related pleural disease.

Page 1 -   COMPLAINT
           J:\OR\105902\Pld\Cmp.wpd

BRAYTON❖PURCELL, LLP
American Bank Building
621 S.W. Morrison Str... ... ...
Portla...
Telephone (503) 295-4931; Fax (

Exh. 2
Page 1 of 1

# EXHIBIT 3
## TO
## DECLARATION OF MARK J. FUCILE
## SUPPORTING DEFENDANT FORD MOTOR COMPANY'S
## RESPONSE TO PLAINTIFF'S MOTION TO VACATE
## CTO-295

1    DAVID R. DONADIO, ESQ., S.B. #154436
LORENA MATEI, ESQ., S.B. #224826
2    BRAYTON✦PURCELL LLP
Attorneys at Law
3    222 Rush Landing Road
P.O. Box 6169
4    Novato, California  94948-6169
(415) 898-1555
5

6    Attorneys for Plaintiff



7

8               SUPERIOR COURT OF CALIFORNIA

9               COUNTY OF SAN FRANCISCO

10

11    FRANK BANDUCCI,           )    No. **CGC**-05-446275

12           Plaintiff,      )

13    vs.                      )    COMPLAINT FOR PERSONAL INJURY - ASBESTOS

14    ASBESTOS DEFENDANTS (B✦P)   )
As Reflected on Exhibits B, B-1, C, H,   )
15    I; and DOES 1-8500.        )

16

17       1.     Plaintiff FRANK BANDUCCI was born August 17, 1952.

18       2.     The ©**Brayton✦Purcell Master Complaint for Personal Injury [and Loss of**

19   **Consortium]- Asbestos** (hereinafter "Master Complaint") was filed January 2, 2003, in San

20   Francisco Superior Court.  A copy of the Master Complaint and General Order No. 55 may be

21   obtained upon request from Brayton✦Purcell, and designated portions of the Master Complaint

22   are incorporated by reference herein pursuant to the authority conferred by General Order No. 55.

23   Plaintiff's claims are as set forth in said Master Complaint against defendants herein as follows:

24   ///

25   ///

26   ///

27

28

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\Injured\26007\cmp-pipf.wpd

1

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

Exh. 3
Page 1 of 4

CASE MANAGEMENT CONFERENCE SET
OCT 1 9 2006  1:30PM
DEPARTMENT 206

**DEFENDANTS* ON EXHIBITS:**

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence) | ☒ | ☒ |  |  |  |  | ☐ |  |  |  | ☐ | ☐ | ☐ |
| Second (Strict Liability) | ☒ | ☒ |  |  |  |  | ☐ |  |  |  | ☐ | ☐ | ☐ |
| Third (False Representation) | ☒ | ☒ |  |  |  |  |  |  |  |  |  |  |  |
| Fourth (Loss of Consortium) | ☐ | ☒ | ☒ | ☐ | ☐ | ☐ | ☐ |  |  |  | ☐ | ☐ | ☐ |
| Fifth (Premises Owner/Contractor Liability) |  | ☒ | ☒ |  |  |  |  |  |  |  |  |  |  |
| Sixth, Seventh, Eighth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) |  |  |  | ☐ |  |  |  |  |  |  |  |  |  |
| Ninth (Longshore and Harbor Workers Compensation Act [LHWCA]) |  |  |  |  | ☐ |  |  |  |  |  |  |  |  |
| Tenth, Eleventh (F.E.L.A.) |  |  |  |  |  | ☐ |  |  |  |  |  |  |  |
| Twelfth, Thirteenth (Respiratory Safety Devices) |  |  |  |  |  |  | ☐ |  |  |  |  |  |  |
| Fourteenth, Fifteenth (... ke Shoe Grinding) |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sixteenth (Concert of Action) |  |  |  |  |  |  |  | ☒ |  |  |  |  |  |
| Seventeenth, Eighteenth (Fraud, Deceit/Negligent Misrepresentation/Concealment) |  |  |  |  |  |  |  |  | ☒ |  |  |  |  |
| Nineteenth (Fraud/Deceit/Intentional Misrepresentation) |  |  |  |  |  |  |  |  |  | ☐ |  |  |  |
| Twentieth (Fraud/Deceit - Kent) |  |  |  |  |  |  |  |  |  |  | ☐ |  |  |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1    3.    Plaintiff's asbestos-related injury, date of diagnosis, employment status, and

2  history of exposure to asbestos are as stated on Exhibit A.

3    4.    Plaintiff's claims against defendant VIACOM, INC. (successor by merger to

4  CBS CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC

5  CORPORATION) exclude military and federal government jobsites.

6  Dated: ___10/3/05___                    BRAYTON❖PURCELL LLP

7

8                                          By: _____

9                                          David R. Donadio
                                           Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT B

DEFENDANTS

| | |
|---|---|
| ATLAS TURNER, INC. | UNIROYAL HOLDING, INC. |
| AQUA-CHEM, INC. | VIACOM, INC. |
| BUCYRUS INTERNATIONAL, INC. | WESTERN MacARTHUR COMPANY |
| BECHTEL CORPORATION (DE) | MacARTHUR COMPANY |
| SEQUOIA VENTURES, INC. | WESTERN ASBESTOS COMPANY |
| CERTAINTEED CORPORATION | HONEYWELL INTERNATIONAL, INC. |
| CRANE CO. | BRIDGESTONE/FIRESTONE NORTH |
| DANA CORPORATION | AMERICAN TIRE, LLC |
| THOMAS DEE ENGINEERING CO., INC. | GENERAL MOTORS CORPORATION |
| DII INDUSTRIES, LLC | STANDARD MOTOR PRODUCTS, INC. |
| GARLOCK SEALING TECHNOLOGIES, LLC | BURNS INTERNATIONAL SERVICES |
| GENERAL REFRACTORIES | CORPORATION |
| OWENS-ILLINOIS, INC. | GRINNELL CORPORATION |
| PARKER-HANNIFIN CORPORATION | AIRGAS - NOR PAC, INC. |
| PLANT INSULATION COMPANY | ADVOCATE MINES, LTD. |
| QUINTEC INDUSTRIES, INC. | CSK AUTO, INC. |
| RAPID-AMERICAN CORPORATION | AUTOZONE WEST, INC. |
| R.F. MACDONALD CO. | S.T.M. AUTOMOTIVE |
| RILEY POWER INC. | TRIMON INC. |
| THORPE INSULATION COMPANY | |

ALTERNATE ENTITY

| | |
|---|---|
| BUCYRUS INTERNATIONAL, INC. | BUCYRUS-ERIE |
| | MARION POWER SHOVEL COMPANY, THE |
| | OSGOOD COMPANY |
| | GENERAL EXCAVATOR COMPANY |
| | |
| CRANE CO. | CRANE COMPANY |
| | CRANE PLUMBING & HEATING |
| | CRANE PUMPS & SYSTEMS, INC. |
| | BURK PUMPS |
| | MIDWEST PIPING CO. |
| | MIDWEST PIPING & SUPPLY CO. |
| | MIDWEST INVESTMENT |
| | PACIFIC STEEL BOILER CORPORATION |
| | PACIFIC VALVES |
| | CRANE VALVE GROUP |
| | DEMING PUMPS |
| | REPCAL BRASS MANUFACTURING CO. |
| | CHAPMAN VALVE COMPANY |
| | |
| RILEY POWER, INC. | BABCOCK BORSIG POWER, INC. |
| | DB RILEY, INC. |
| | RILEY STOKER CORPORATION |
| | BADENHAUSEN |
| | UNION IRON WORKS |
| | UNION IRON WORKS OF SPOKANE, WA |

EXHIBIT B

///

9

Exh. 3
Page 4 of 4

# EXHIBIT 4
## TO
## DECLARATION OF MARK J. FUCILE
## SUPPORTING DEFENDANT FORD MOTOR COMPANY'S
## RESPONSE TO PLAINTIFF'S MOTION TO VACATE
## CTO-295

1

2

3

4                      IN THE CIRCUIT COURT FOR THE STATE OF OREGON

5                            IN THE COUNTY OF MULTNOMAH

6    CLAUDE E. NEWMAN,                     )      No. 0610-10758
                                           )
7                Plaintiff,                )      PLAINTIFF'S RESPONSE TO
                                           )      DEFENDANT FORD MOTOR
8        v.                                )      COMPANY'S MASTER DOCUMENT
                                           )      PRODUCTION REQUEST TO
9    GATKE CORPORATION, et al.,            )      PLAINTIFF
                                           )
10               Defendants.               )
                                           )
11   _____      )

12        Plaintiff responds to defendant's Request for Production as follows:

13                             **GENERAL OBJECTION**

14        Plaintiff objects to defendant's Request for Production in its entirety on the grounds that

15   the requests violate the ORCP and each request is <u>inter alia</u>, overbroad, ambiguous in its use of

16   undefined terms, continuing, seeks work product, argumentative, unintelligible, compound and

17   unduly burdensome.  Plaintiff will make all responsive, non-privileged documents available to

18   defendant, at defendant's expense, at a time mutually agreeable to counsel for plaintiff and

19   counsel for defendant at the law office of Brayton❖Purcell, LLP, 621 SW Morrison, Suite 950,

20   Portland, Oregon, 97205.   To the extent that plaintiff locates documents responsive to these

21   requests after their response, plaintiff reserves the right to assert any privilege or objection with

22   respect to the production of the particular documents at that time.  Subject to the foregoing

23   objections and without waiver thereof, plaintiff responds as follows:

24   <u>REQUEST NO. 1:</u> All documents constituting, reflecting or relating to any claims submitted to

25   bankruptcy trusts concerning the alleged injuries for which plaintiff seeks recover for alleged

26   exposure to asbestos.

Page 1 -   PLAINTIFF'S RESPONSE TO DEFENDANT FORD MOTOR COMPANY'S MASTER DOCUMENT
           PRODUCTION REQUEST TO PLAINTIFF
           J:\OR\105902\Pld\RRP-FORD.wpd

                                                  **BRAYTON ❖PURCELL, LLP**
                                                        American Bank Building
                                                     621 SW Morrison Street, Suite 950
ORIGINAL                                                      Portla
                                                  Tel: (503) 295-4931;Fax: ( **Exh. 4**
                                                                           **Page 1 of 3**

RESPONSE: Plaintiff objects to this request on the grounds it is overbroad, vague and

ambiguous, as to "constituting, reflecting or relating," and seeks work product and/or privileged

3   and/or confidential documents. Plaintiff further objects to the use of the term "alleged" as

4   argumentative. Subject to the foregoing objections, and without waiver thereof,  Plaintiff

5   submitted claims to the Babcock & Wilcox Trust, Celotex Claims Asbestos Settlement Trust,

6   Bartell's Asbestos Settlement Trust, Eagle Picher (Claims Processing Facility, Inc.), H.K. Porter

7   and United States Gypsum Company Trust.  Plaintiff is in the process of obtaining the documents

8   submitted to these trusts, and will provide counsel with a copy of these documents when they

9   become available.

10

11   REQUEST NO. 2: All documents constituting, reflecting or relating to any claims submitted to

12   workers compensation insurers concerning the alleged injuries for which plaintiff seeks recovery

13   for alleged exposure to asbestos.

14   RESPONSE:  Plaintiff objects to this request on the grounds it is overbroad, vague and

15   ambiguous, as to "constituting, reflecting or relating," and seeks work product and/or privileged

16   and/or confidential documents.  Plaintiff further objects to the use of the term "alleged" as

17   argumentative. Subject to the foregoing objections, and without waiver thereof, After reasonable

18   and diligent inquiry, plaintiff currently has no documents responsive to this request within their

19   possession, custody or control.  As investigation and discovery are continuing, plaintiff reserves

20   the right to supplement this response.

21

22   REQUEST NO. 3: All documents constituting, reflecting or relating to any demands for payment

23   of damages to any persons or entities (whether named as a defendant or not in an individual case)

24   concerning any alleged injury related to alleged exposure to asbestos.

25   RESPONSE:  Plaintiff objects to this request on the grounds set forth above, which are

26   incorporated herein by reference.  Plaintiff also objects to this request to the extent that it seeks to

Page 2 -   PLAINTIFF'S RESPONSE TO DEFENDANT FORD MOTOR COMPANY'S MASTER DOCUMENT
PRODUCTION REQUEST TO PLAINTIFF
J:\OR\105902\Pld\RRP-FORD.wpd

BRAYTON ❖PURCELL, LLP
American Bank Building
621 SW Morrison Street, Suite 950
Portland C
Tel: (503) 295-4931;Fax: (503)

Exh. 4
Page 2 of 3

sold by Ford Motor Company.

RESPONSE:  Plaintiff objects to this request on the grounds set forth above, which are

3    incorporated herein by reference.  Subject to the foregoing objections, and without waiver

4    thereof, After reasonable and diligent inquiry, plaintiff currently has no documents responsive to

5    this request within their possession, custody or control.  As investigation and discovery are

6    continuing, plaintiff reserves the right to supplement this response.

7

8          Dated this _____ 27 _____ day of July, 2007.

9                              BRAYTON❖PURCELL, LLP

10

11                             _____
                              James E. Shadduck, OSB No. 87083
12                             jshadduck@braytonlaw.com
                              Devin Robinson, OSB No. 06487
13                             drobinson@braytonlaw.com
                              Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

age 4 -    PLAINTIFF'S RESPONSE TO DEFENDANT FORD MOTOR COMPANY'S MASTER DOCUMENT
          PRODUCTION REQUEST TO PLAINTIFF
          J:\OR\105902\Pld\RRP-FORD.wpd

                              BRAYTON ❖PURCELL, LLP
                              American Bank Building
                              621 SW Morrison Street, Suite 950
                              Portland OR
                              Tel: (503) 295-4931;Fax: (503) 2     Exh. 4
                                                                  Page 3 of 3

# EXHIBIT 5

## TO

## DECLARATION OF MARK J. FUCILE
## SUPPORTING DEFENDANT FORD MOTOR COMPANY'S
## RESPONSE TO PLAINTIFF'S MOTION TO VACATE
## CTO-295

1

2

3

4       IN THE CIRCUIT COURT FOR THE STATE OF OREGON

5       IN THE COUNTY OF MULTNOMAH

6   CLAUDE E. NEWMAN,                    )        No. 0610-10758
                                         )
7              Plaintiff,                )        PLAINTIFF'S RESPONSE TO
                                         )        DEFENDANT FORD MOTOR
8       v.                               )        COMPANY'S SECOND SET OF
                                         )        REQUESTS FOR PRODUCTION TO
9   GATKE CORPORATION, et al.,           )        PLAINTIFF
                                         )
10             Defendants.               )
                                         )
11  ─────────────────────────────       )

12         Plaintiff responds to defendant's Request for Production as follows:

13                         **GENERAL OBJECTION**

14         Plaintiff objects to defendant's Request for Production in its entirety on the grounds that

15  the requests violate the ORCP and each request is <u>inter alia</u>, overbroad, ambiguous in its use of

16  undefined terms, continuing, seeks work product, argumentative, unintelligible, compound and

17  unduly burdensome.  Plaintiff will make all responsive, non-privileged documents available to

18  defendant, at defendant's expense, at a time mutually agreeable to counsel for plaintiff and

19  counsel for defendant at the law office of Brayton❖Purcell, LLP, 621 SW Morrison, Suite 950,

20  Portland, Oregon, 97205.   To the extent that plaintiff locates documents responsive to these

21  requests after their response, plaintiff reserves the right to assert any privilege or objection with

22  respect to the production of the particular documents at that time.  Subject to the foregoing

23  objections and without waiver thereof, plaintiff responds as follows:

24  **REQUEST NO. 1:**  All documents constituting or relating in any way to the claim plaintiff filed

25  with the United States Government seeking compensation for alleged asbestos-related disease

26  that plaintiff described during deposition testimony plaintiff gave in his California Case (as that

Page 1 -   PLAINTIFF'S RESPONSE TO DEFENDANT FORD MOTOR COMPANY'S SECOND SET OF
           FOR PRODUCTION TO PLAINTIFF
           J:\OR\105902\Pld\RRP-FORD-02.wpd

                                              **BRAYTON ❖PURCELL, LLP**
                                                    American Bank Building
                                                   621 SW Morrison S
                                                         Portl**Exh. 5**
                                            Tel: (503) 295-4931;Fax: (**Page 1 of 4**

ORIGINAL

1    term was admitted in response to Request No. 1 in Ford's First Set of Requests for Admission)

2    on December 1, 2006 (at pages 873/22 - 874/10).

3    **RESPONSE:**  Plaintiff refers to the attached Department of Veterans Affairs Rating Letter,

4    Bates numbered BPNEW00001 - BPNEW00011.  Medical and disability records may be

5    obtained through T-SCAN CORP., 4200 23rd Avenue West, Suite 200, Seattle, WA 98199.

6    Plaintiff's counsel will seek to obtain further responsive documents.

7

8           Dated this ___10th___ day of October, 2007.

9                      BRAYTON❖PURCELL, LLP

10

11                    Devin Robinson, OSB No. 06487

12                    drobinson@braytonlaw.com
                        Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -   PLAINTIFF'S RESPONSE TO DEFENDANT FORD MOTOR COMPANY'S SECOND SET OF REQUESTS
          FOR PRODUCTION TO PLAINTIFF
          J:\OR\105902\Pld\RRP-FORD-02.wpd

                           **BRAYTON ❖PURCELL, LLP**
                                 American Bank Building
                        621 SW Morrison Stre
                           Portlanc**Exh. 5**
                 Tel: (503) 295-4931;Fax: (5C**Page 2 of 4**



DEPARTMENT OF VETERANS AFFAIRS
Regional Office
1220 SW Third Avenue
Portland OR 97204

APR 0 6 2005

CLAUDE EDWARD NEWMAN
202 N FRONT #101
MEDFORD OR 97501

In Reply Refer To: 348/216/SMC
CSS 540 42 9161
NEWMAN, Claude E

Dear Mr. Newman:

We made a partial decision on your claim for service connected compensation received on July 6, 2005.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What Is Your Entitlement Amount And Payment Start Date?

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason For Change |
|---|---|---|
| $2,299.00 | Aug 1, 2005 | entitlement to compensation established by rating decision dated March 15, 2005 |
| 2,393.00 | Dec 1, 2005 | cost of living adjustment (COLA) |

We are paying you as a single veteran with no dependents.

## When Can You Expect Payment?

Your payment begins the first day of the month following your effective date. You will receive a payment covering the initial amount due under this award, minus any withholdings, in approximately 15 days. Payment will then be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

Exh. 5
Page 3 of 4

2

CSS 540 42 9161
Newman, Claude E

## What Did We Decide?

We determined that the following condition was related to your military service, so service
connection has been granted:

| Medical Description | Percent (%) Assigned | Effective Date |
|---|---|---|
| asbestosis | 100% | Jul 6, 2005 |

We assigned a permanent 100% disability evaluation for your service connected
disability/disabilities.

Basic entitlement to Dependents' Educational Assistance is established from February 13,
2006.

Entitlement to non-service connected pension with housebound benefits is established
effective July 6, 2005. Entitlement to special monthly pension based on the need for aid and
attendance is denied.

We determined that you are entitled to both disability pension and service connected
compensation. Under VA law you can't receive both benefits at the same time. We have
granted service connected compensation as the greater benefit. However, you may choose (or
'elect') to receive either benefit program at any time.

No examination will be scheduled in the future for your permanent and total
disability/disabilities.

We determined that the following conditions were not related to your military service, so
service connection couldn't be granted:

| Medical Description |
|---|
| type II diabetes mellitus |
| prostate cancer |
| hyperparathryoidism secondary to exposure to herbicides |

Exh. 5
Page 4 of 4

BPNEW00002

# EXHIBIT 6
## TO
## DECLARATION OF MARK J. FUCILE
## SUPPORTING DEFENDANT FORD MOTOR COMPANY'S
## RESPONSE TO PLAINTIFF'S MOTION TO VACATE
## CTO-295

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Civil Case No.: 07-1533-JO                          Date of Proceeding: 12/18/07

Case Title: Newman v. Crown Cork & Seal Company, Inc., et al.

Presiding Judge: **Robert E. Jones**          Courtroom Deputy: **Cindy Schultz, telephone 503-326-8340**

Reporter: None                                                          Tape No: _____

**DOCKET ENTRY:**

RECORD OF ORDER:

Plaintiff's request to restore to calendar plaintiff's motions to amend and remand is granted as follows:

Plaintiff's motions (##5, 6) to amend and remand are set for hearing on 1/17/08, at 9:30 a.m. in Courtroom 10A.

**PLAINTIFF'S COUNSEL**          **DEFENDANT'S COUNSEL**

_____          _____

_____          _____

_____          _____

cc:      { } All counsel                          DOCUMENT NO: _____
                                                  **CIVIL MINUTES**

**Civil Minutes**                          Honorable Robert E. Jones
**Revised 4/23/91**
                                                  Exh. 6
                                                  Page 1 of 1

# EXHIBIT 7
## TO
## DECLARATION OF MARK J. FUCILE
## SUPPORTING DEFENDANT FORD MOTOR COMPANY'S
## RESPONSE TO PLAINTIFF'S MOTION TO VACATE
## CTO-295

PATRICK D. ANGEL, Esq., OSB No. 032672
Email: pagnel@braytonlaw.com
BRAYTON❖PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone: (503) 295-4931
Facsimile: (503) 241-2573

Attorneys for Plaintiff

DEVIN N. ROBINSON, Esq., OSB No. 064879
Email: devinrobinsonattorney@hotmail.com
2359 SW Cedar Street, #5
Portland, OR 97205
Telephone: (503) 724-2760
Facsimile: None

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLAUDE E. NEWMAN, | Civil No. CV-07-1533-JO |
| Plaintiff, | NOTICE OF WITHDRAWAL OF ATTORNEY |
| v. | |
| CROWN CORK & SEAL COMPANY, INC., et al., | |
| Defendants. | |

Pursuant to LR 83.11(b), plaintiff's counsel hereby provides notice of the withdrawal of attorney Devin N. Robinson from the above-named case. BRAYTON ❖ PURCELL, LLP remains as counsel for plaintiff with attorney Patrick D. Angel as counsel of record. Attorney Devin N. Robinson also provides notice of a change of mailing and/or business email address. Mr. Robinson's new contact information is as follows:

DEVIN N. ROBINSON, Esq., OSB No. 064879
Email: devinrobinsonattorney@hotmail.com
2359 SW Cedar Street, #5
Portland, OR 97205
Telephone: (503) 724-2760
Facsimile: None

Exh. 7
Page 1 of 2

Mr. Robinson's CM/ECF User Accounts has been updated accordingly.

Dated this _13_ day of November, 2007.

BRAYTON ❖ PURCELL, LLP

By: _____
DEVIN N. ROBINSON, OSB No. 064879

By: _____
PATRICK D. ANGEL, OSB No. 032672
Attorneys for Plaintiff

Exh. 7
Page 2 of 2