MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5316

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : : : : : : : | MDL 875 |
| | : | DECEMBER 21, 2007 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD MACHNIK, ET AL<br>Plaintiffs | : : : : : | CIVIL ACTION<br>NO. 3:07CV00357 (CFD) |
| v. | : : : | |
| BUFFALO PUMPS, INC., ET AL | : : | |
| Defendants | : | |

## CORPORATE DISCLOSURE STATEMENT OF BUFFALO PUMPS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Buffalo Pumps, Inc. hereby states the following:



**OFFICIAL FILE COPY**

IMAGED JAN 1 0 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

1.  The parent company of Buffalo Pumps, Inc. is Ampco-Pittsburgh Corporation.

2.  Ampco-Pittsburgh is a publicly held company and is the only publicly held company that owns 10% or more of the stock of Buffalo Pumps, Inc.

THE DEFENDANT,

Buffalo Pumps, Inc.

Geoffrey L. Squitiero, Fed. Bar No.: ct03105
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601
Phone (203) 367-2700
Fax (203) 335-0589
gsquitiero@maherandmurtha.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Corporate Disclosure has been sent to each party on the attached Panel Service List (CTO-295) by regular mail this 21st day of December, 2007.

Geoffrey L. Squitiero

RECEIVED CLERK'S OFFICE 2007 DEC 26 P 4:41 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)    MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-295)

Elizabeth Machnik, etc. v. Buffalo Pumps, Inc., et al., D. Connecticut, C.A. No. 3:07-357

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP
FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

James M. Celentano
HALLORAN & SAGE
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN &
KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Timothy E. Kapshandy
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY L L C
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
2300 Bank Boston Plaza
Providence, RI 02903

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE & SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406