

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br><br>*Ruth Shamir, et al. v. Agilent Technologies, Inc., et al.*, Civil Action No. 2:07-cv-04185 (DNJ) |

### DEFENDANT AGILENT TECHNOLOGIES, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the General Rules for Multidistrict Litigation, Defendant Agilent Technologies, Inc. states that it has no parent corporation, and that no publicly held entities own 10 percent or more of its stock.

PLEADING NO. 5317

Respectfully Submitted,
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
609.919.6621

Attorneys for Defendants
Agilent Technologies, Inc. and
Hewlett-Packard Co.

_____
Frank C. Testa
Christopher Iannicelli

Dated: January 4, 2007

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 *Ruth Shamir, et al. v. Agilent Technologies, Inc., et al.*, Civil Action No. 2:07-cv-04185 (DNJ) |
|---|---|

## DEFENDANT HEWLETT-PACKARD COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the General Rules for Multidistrict Litigation, Defendant Hewlett-Packard Co. states that it has no parent corporation, and that no publicly held entities own 10 percent or more of its stock.

Respectfully Submitted,
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
609.919.6621

Attorneys for Defendants
Agilent Technologies, Inc. and
Hewlett-Packard Co.

_____
Frank C. Testa
Christopher Iannicelli

Dated: January 4, 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2008

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br><br>*Ruth Shamir, et al. v. Agilent Technologies, Inc., et al.*, Civil Action No. 2:07-cv-04185 (DNJ) |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on this day the original plus four copies of Defendants Agilent Technologies, Inc. and Hewlett-Packard Co.'s Memorandum of Law in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 295; Defendants' Reasons Why Oral Argument Need Not Be Heard on Plaintiff's Motion to Vacate Conditional Transfer Order 295; Agilent Technologies, Inc.'s Corporate Disclosure Statement and Hewlett-Packard Co.'s Corporate Disclosure Statement along with a disk containing the Memorandum of Law were filed via Federal Express with the Clerk of the United States Judicial Panel on Multidistrict Litigation. In addition, a true and correct copy of Defendants' Memorandum of Law; Defendants' Reasons Why Oral Argument Need Not Be Heard on Plaintiff's Motion to Vacate Conditional Transfer Order 295; Agilent Technologies, Inc.'s Corporate Disclosure Statement and Hewlett-Packard Co.'s Corporate Disclosure Statement were served via Federal Express upon Plaintiff's counsel Christopher M. Placitella, Esq., Cohen, Placitella & Roth, PC, 115 Maple Avenue, Red Bank, NJ 07701, and via regular mail upon all counsel on the attached Panel Service List.

Frank C. Testa

Dated: January 4, 2007

1-PR/1365215.1

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-295)

Ruth Shamir, etc. v. Agilent Technologies, Inc., et al., D. New Jersey, C.A. No. 2:07-4185

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Christopher M. Placitella
COHEN PLACITELLA & ROTH PC
115 Maple Avenue
Red Bank, NJ 07701

John J. Repcheck
MARKS O'NEILL O'BRIEN & COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE & SPINELLI LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Frank C. Testa
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406