MDL 875

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2007

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-298)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,691 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED JAN 1 1 2008

PLEADING NO. 5319

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                  MDL No. 875

## SCHEDULE CTO-298 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARIZONA** | |
| AZ  2  07-2191 | Stephanie Lynette Montgomery, et al. v. Certainteed Corp., et al. |
| **HAWAII** | |
| HI  1  07-586 | Atsuo Nakayama, et al. v. Mine Safety Appliances Co., et al. |
| **ILLINOIS CENTRAL** | |
| ILC  1  07-1144 | Dora Vandergraft, etc. v. Pneumo-Abex Corp., et al. |
| ILC  2  07-2223 | Carolyn S. Matheney, etc. v. A.W. Chesterton Co., Inc., et al. |
| **INDIANA NORTHERN** | |
| INN  2  07-404 | Dorothy P. Gunn, etc. v. AGA Gas Inc, et al. |
| **KENTUCKY WESTERN** | |
| KYW  3  07-672 | Linda Arington, etc. v. A.W. Chesterton Co., Inc., et al. |
| **MINNESOTA** | |
| MN  0  07-4503 | Phillip A. Tabery v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  07-1254 | Jerry L. Johnson v. Foster Wheeler, Ltd., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE  2  07-40 | Barbara W. Futrell, etc. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  07-925 | Thomas P. Ingalls, et al. v. CBS Corp., et al. |
| NCM  1  07-929 | Leon Livermore Fancher, Jr. v. Aqua-Chem, Inc., et al. |
| NCM  1  07-930 | Bobby Ray Wood, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW  1  07-365 | Keith Norman Bartee v. Aqua-Chem, Inc., et al. |
| NCW  1  07-366 | Harry William Belk v. Aqua-Chem, Inc., et al. |
| NCW  1  07-367 | David Lee Giles, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  07-368 | David Carlton Johnson, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  07-369 | Teresa Lynn Lanier, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  07-370 | Dennis Brooks McAbee, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  07-371 | Tommy Eugene Messick, et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-298 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**      **CASE CAPTION**

NORTH CAROLINA WESTERN
- NCW 1 07-372 — Don Robert Teal v. Aqua-Chem, Inc., et al.
- NCW 1 07-373 — Phillip Steven McLean, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 07-384 — Jerry Warren Mize, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 07-391 — Deborah P. Earls, et al. v. A.W. Chesterton Co., et al.
- NCW 1 07-392 — Sandra M. Cuzzort, etc. v. A.W. Chesterton Co., et al.

NEW YORK EASTERN
- NYE 1 07-4503 — Debra Lavandier, etc. v. A.W. Chesterton Co., Inc., et al.
- NYE 1 07-4916 — Dorothy Burrows, etc. v. A.W. Chesterton Co., Inc., et al.

OHIO NORTHERN
- OHN 1 07-10009 — Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

SOUTH CAROLINA
- SC 0 07-3825 — Ronnie Lee Roberts, et al. v. Aqua-Chem, Inc., et al.
- SC 0 07-3826 — Wesley Leon Wise, et al. v. Aqua-Chem, Inc., et al.
- SC 0 07-3918 — Patrick Eugene Bolton, et al. v. Aqua-Chem, Inc., et al.
- SC 4 07-3824 — Vera Ellen Jackson, etc. v. Aqua-Chem, Inc., et al.
- SC 7 07-3823 — Franklin Clay Greer, et al. v. Aqua-Chem, Inc., et al.
- SC 8 07-3912 — Robert F. Traywick, Jr., et al. v. Aqua-Chem, Inc., et al.
- SC 8 07-3914 — James N. McClure, et al. v. Aqua-Chem, Inc., et al.
- SC 8 07-3915 — Ted Leonard Storey, et al. v. Aqua-Chem, Inc., et al.
- SC 8 07-3920 — Donnie Lee Hughes, et al. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
- TXS 4 07-2916 — Catherine Strey, etc. v. Southwestern Bell Telephone Co., et al.

VIRGINIA EASTERN
- VAE 2 02-6700 — Lester F. Macek v. American Standard, Inc., et al.
- VAE 2 02-6754 — Dale R. Faiferlick v. American Standard, Inc., et al.
- VAE 2 07-9278 — Jerold W. Clark v. American Standard, Inc., et al.
- VAE 2 07-9279 — Vaughn E. Coleman v. American Standard, Inc., et al.
- VAE 2 07-9280 — Mildred F. Donton v. American Standard, Inc., et al.
- VAE 2 07-9281 — Raymond C. Armstrong v. American Standard, Inc., et al.
- VAE 2 07-9282 — Paul R. Bland v. American Standard, Inc., et al.
- VAE 2 07-9283 — Ernest R. Nunez v. American Standard, Inc., et al.
- VAE 2 07-9284 — William H. Monroe, Jr., etc. (John William King) v. American Standard, Inc., et al.