**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 15 2008

BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

**This Document Relates To:**
DIANA WHEELER MCCARTHY, ET AL.
vs. ASTEN JOHNSON, INC., ET AL.
United States District Court
Central District of California
Civil Action No.: 2:03CV3046

PLEADING NO. 5322

## ASTENJOHNSON, INC.'S NOTICE OF OPPOSITION TO REMAND

Pursuant to Rule 7.6(f)(ii), Defendant AstenJohnson, Inc. hereby opposes remand and objects to the Conditional Remand Order entered December 28, 2007, in the above-referenced case. Said defendant will file a Motion to Vacate the Conditional Remand Order and supporting brief within 15 days or as dictated by the Clerk's briefing schedule.

RESPECTFULLY SUBMITTED, this the 14th day of January, 2008.

*Nancy E. Lucas with permission*
Nancy E. Lucas (California State Bar No. 126854)
On behalf of Defendant
ASTENJOHNSON. INC.

RECEIVED CLERK'S OFFICE
2008 JAN 15 A 10: 37
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Of Counsel:
HAIGHT, BROWN & BONESTEEL, LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045
Telephone: 310.215.7100
Facsimile:  310.215.7300

**OFFICIAL FILE COPY**
IMAGED JAN 15 2008