**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL 875**

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN 24 2008

FILED
CLERK'S OFFICE

MDL NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-299)

| | | |
|---|---|---|
| DOROTHY BOYD, AS SURVIVING WIDOW AND PERSONAL REPRESENTATIVE FOR THE ESTATE OF WILLIE BOYD, DECEASED | * | IN THE |
| | * | UNITED STATES DISTRICT COURT |
| | * | FOR THE DISTRICT OF MARYLAND, |
| Plaintiff | * | BALTIMORE DIVISION |
| MCIC, INC., et al. | * | |
| Defendant | * | CIVIL ACTION NO. 1:07-cv-0311 RDB (U.S. D.C. D MD) |
| | * | MD 1 07-3311 |
| | * | "TAG-ALONG" ACTION |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF OPPOSITION

Now comes Plaintiff Dorothy Boyd, as Surviving Widow and Personal Representative of the Estate of Willie Boyd, her Husband, Deceased, by her attorneys Robert G. Skeen and Harry Goldman, Jr., of Skeen, Goldman, L.L.P., in the tag-along action and opposes the Conditional Transfer Order of this Honorable Panel filed on January 11, 2008, Conditional Transfer Order CTO-299.

Respectfully submitted,

/s/ Robert G. Skeen
Robert G. Skeen
Federal District Bar No. 08789

PLEADING NO. 5326

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 JAN 23 P 1:18
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**
IMAGED JAN 2 4 2008

/s/ Harry Goldman, Jr.
Harry Goldman, Jr.
Federal District Bar No. 02613
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
410-837-4222

C:\GSWLaw\C\A\BOYD.WILLIE\NOTICE OF OPPOSITION.doc

RECEIVED
CLERK'S OFFICE
2008 JAN 23 P 1:18
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION