MDL 875

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 24 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Dora Vandegraft, etc. v. Pneumo Abex Corp., et al. )
C.D. Illinois, C.A. No. 1:07-1144                  )     MDL No. 875

## ORDER STRIKING PLEADING

The Clerk has filed the pleading styled as "Objection to Transfer." It is, however, deficient in the area(s) checked below:

____ Insufficient number of copies (Rule 5.12(a))

____ Incomplete service or notation regarding lack of service on all parties in all actions (Rule 5.2(a))

____ Counsel lists do not identify party represented and/or do not include complete names and addresses (Rule 5.2(a))

____ Service of motion in affected district courts not complete (Rule 5.12(c) and Rule 5.2(b))

____ Supporting brief not included (Rule 7.2(a)(i))

____ Schedule incomplete and/or not included (Rule 7.2(a)(ii))

____ Schedule lists state court actions (Rule 7.2(a)(ii)(B))

____ Papers do not comply regarding format, heading, attorney in charge of case, or brief contains excessive number of pages (Rule 7.1(f))

____ Remand motion does not include affidavit complying with requirements of Rule 7.6(d)

__X__ Other -- The Notice of Opposition was out of time. The opposition was due on or before January 10, 2008. The Conditional Transfer Order (CTO-298) went final on January 11, 2008. The Notice of Opposition was not received until January 18, 2008.

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: January 24, 2008

FOR THE PANEL:

John G. Heyburn II
Chairman

PLEADING NO. 5328

**OFFICIAL FILE COPY**   IMAGED JAN 2 5 2008