MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 25 2008

FILED
CLERK'S OFFICE

IN THE JUDICIAL PANEL
ON
MULTI DISTRICT LITIGATION

In Re:   Asbestos Products Liability
Litigation (NO. VI)                              MDL No. 875

Re:   Beatrice Chiasson v. Honeywell USDCEDLA CA 05-5221

## ANSWER TO MOTION TO VACATE CONDITIONAL REMAND ORDER

The motion to vacate the conditional remand order should be denied as the Eastern District of Louisiana can afford the relief sought by Eaton.

BY: /s/ Robert E. Paul
ROBERT E. PAUL
PAUL, REICH & MYERS, P.C.
1608 Walnut St., #500
Philadelphia, PA 19103
(215) 735-9200

BY: /s/ Julie Ardoin
JULIE ARDOIN
Law Offices of Julie Ardoin
2200 Veterans Blvd., #210
Kenner, LA 70065
(504) 305-2375

PLEADING NO. 5329

**OFFICIAL FILE COPY**



IMAGED JAN 25 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN THE JUDICIAL PANEL
ON
MULTI DISTRICT LITIGATION

JAN 25 2008

FILED
CLERK'S OFFICE

In Re:   Asbestos Products Liability
Litigation (NO. VI)          MDL No. 875

Re: Beatrice Chiasson v. Honeywell USDCEDLA CA 05-5221

## MEMORANDUM IN OPPOSITION TO MOTION
## TO VACATE CONDITIONAL REMAND ORDER

This motion is filed solely for the purpose of harassment of plaintiff's counsel and the court. Throughout the proceedings plaintiff has expressed the willingness to agree to dismissal of Eaton. However, she insists that any claims that the other defendants have against Eaton including arguing Eaton's presence on the verdict sheet to reduce the liability to plaintiffs of the others should be dismissed as well. Eaton failed to file a motion or produce or provide an Order to Judge Giles despite its promises to do so. Its failure to act should not be yet a further excuse for delay in return of the matter to the Eastern District of Louisiana.

Upon its return to Louisiana Eaton can file its motion and the matter can be quickly resolved in its favor there. One final note, there are non-diverse defendants in this matter depriving the Federal Courts of subject matter jurisdiction. While Judge Giles refused to consider these issue the panel should do so and remand the matter for lack of jurisdiction to the Jefferson Parish Court on that basis regardless of the merits of Eaton's arguments.

BY: /s/ Robert E. Paul
ROBERT E. PAUL
PAUL, REICH & MYERS, P.C.
1608 Walnut St., #500
Philadelphia, PA 19103
(215) 735-9200

BY: /s/ Julie Ardoin
JULIE ARDOIN
Law Offices of Julie Ardoin
2200 Veterans Blvd., #210
Kenner, LA 70065
(504) 305-2375

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Certificate of Service

JAN 25 2008

FILED
CLERK'S OFFICE

I Robert E. Paul, hereby certify that on January 11, 2008, a true and correct copy of Plaintiff's Answer to Motion to Vacate Conditional Record Order were served upon the following:

BY: *Robert E. Paul* (signature)
Robert E. Paul
PAUL, REICH & MYERS, P.C.
1608 Walnut St., #500
Philadelphia, PA 19103
(215) 735-9200

Lawrence E. Abbott
ABBOTT SIMSES & KUCHLER
5100 Village Walk
Suite 200
Covington, LA 70433

Julie A. Ardoin
JULIE ARDOIN LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA 7006

Scott Cameron Barney
CHAFFE MCCALL LLP
202 Two United Plaza
8550 United Plaza Blvd.
Baton Rouge, LA 70809

Troy N. Bell
AULTMAN TYNER & RUFFIN LTD
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Gregory E. Bodin
TAYLOR PORTER BROOKS

Jennifer S. Kilpatrick
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landlin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joseph E. Leblanc, Jr.
KING LEBLANC & BLAND LLP
6363 wOODWAY
Suite 750
Houston, TX 77057

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.

& PHILLIPS LLP  
P.O. Box 2471  
Baton Rouge, LA 70821

Andre Charles Broussard, Jr.  
DEUTSCH KERRIGAN & STILES  
P.O. Box 96  
Baton Rouge, LA 70884

Pamela W. Carter  
BAKER DONELSON BEARMAN  
CALDWELL & BERKOWITZ  
201 St. Charles Avenue  
Suite 3600  
New Orleans, LA 70170

Adam M. Chud  
GOODWIN PROCTER LLP  
901 New York Avenue, N.W.  
Washington, DC 20001

David A. Damico  
BURNS WHITE & HICKTON LLC  
Four Northshore Center  
106 Isabella Street  
Pittsburgh, PA 15212

Raymond P. Forceno  
FORCENO GOGGIN & KELLER  
1528 Walnut Street  
Suite 900  
Philadelphia, PA 19102

Ellen B. Furman  
GOLDFEIN & HOSMER  
1600 Market Street  
33rd Floor  
Philadelphia, PA 19103

Susan M. Hansen  
BROWNSON & BALLOU  
225 South Sixth Street  
Suite 4800  
Minneapolis, MN 55402

Richard D. Schuster  
VORYS SATER SEYMOUR  
&PEASE LLP

Mt. Pleasant, SC 29464

Stephen B. Murray, Jr.  
MURRAY LAW FIRM  
Poydras Center  
650 Poydras Street  
Suite 1100  
New Orleans, LA 70130

John F. Olinde  
CHAFFEE MCCALL LLP  
2300 Energy Centre  
1100 Poydras Street  
New Orleans, LA 70163-2300

Dawn M. Palmisano  
PLAUCHE MASELLI LANDRY  
& PARKERSON LLP  
201 St. Charles Avenue  
Suite 4240  
New Orleans, LA 70170

Charles M. Pisano  
BARKLEY & THOMPSON  
1515 Poydras Street  
Suite 2350  
New Orleans, LA 70112

Janika D. Polk  
ABBOTT SIMSES & KUCHLER  
400 Lafayette Street  
Suite 200  
New Orleans, LA 70130

John J. Repcheck  
MARKS O'NEILL O'BRIEN  
& COURTNEY PC  
Gulf Tower, Suite 2600  
707 Grant Street  
Pittsburgh, PA 15219

John D. Roven  
ROVEN-KAPLAN LLP  
2190 North Loop West  
Suite 410  
Houston, TX 77018

Neil Selman  
SELMAN BREITMAN & BURGESS  
11766 Wilshire Boulevard

52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Eric Shuman
MCGLINCHEY STAFFORD PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Elizabeth S. Wheeler
KING LEBLANC & BLAND LLP
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170

Sixth Floor
Los Angeles, CA 90025

Emmett C. Sole
STOCKWELL SIEVERT
VICCELLIO, ET AL.
First National Bank Building
One Lakeside Plaza, Suite 400
Lake Charles, LA 70602

A. Wendel Stout III
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, LA 52406