**MDL 875**

**Saville, Evola & Flint** L.L.C.
ATTORNEYS AT LAW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 28 2008

FILED
CLERK'S OFFICE

January 25, 2008

VIA FAX TO (202) 502-2888

Hon. Jeffrey N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

PLEADING NO. 5332

RE:   MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)
      KYW 5 07-208     Harold Hendley, et al. v. American Standard, Inc., et al.
      CTO - 299

Dear Mr. Lüthi:

We are in receipt of the Panel's Conditional Transfer Order entered January 11, 2008 and your related correspondence of the same date. Please be advised that we intend to oppose the Conditional Transfer Order on behalf of the Hendleys and, further, please consider this correspondence to be our Notice of Opposition to that order pursuant to Local Rule 7.4(c). Our Motion to Vacate the Conditional Transfer Order will follow this notice within the time permitted by your rules.

Thank you for your attention to this matter. If you require any further information, please do not hesitate to contact me.

Very truly yours,

Robert J. Evola

**OFFICIAL FILE COPY**

IMAGED JAN 2 8 2008

322 East Broadway  P.O. Box 602  Alton, Illinois 62002  866.461.3220  618.465.3220  Fax: 618.465.3240  www.ToVerdict.com