**MDL  875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

JAN 11 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-299)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,701 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**  IMAGED JAN 2 9 2008

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                                    MDL No. 875


### SCHEDULE CTO-299 - TAG-ALONG ACTIONS


**DIST.  DIV.  C.A. #**          **CASE CAPTION**

ALABAMA MIDDLE
  ALM  2  07-1064          Martha Adams, et al. v. Albany International Co., et al.

ILLINOIS SOUTHERN
  ~~ILS  3  07-809~~          ~~Warren W. Sether, et al. v. AGCO Corp., et al.~~ Opposed 1/28/08

KENTUCKY WESTERN
  ~~KYW  5  07-208~~          ~~Harold Hendley, et al. v. American Standard, Inc., et al.~~ Opposed 1/28/08

MARYLAND
  ~~MD  1  07-3311~~          ~~Dorothy Boyd, etc. v. MCIC, Inc., et al.~~ Opposed 1/24/08

MISSISSIPPI SOUTHERN
  MSS  1  07-1275          Michael Otis Collier v. ITT Industrial, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  07-401          Lois Jean Baldwin, etc. v. A.W. Chesterton Co., et al.

TEXAS SOUTHERN
  TXS  3  07-573          Jessie M. Albrecht, et al. v. American Oil Co., et al.