**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
(NO. VI) )
)
)
)
This Document Relates To: )
_____ ) MDL. 875

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Hillsborough County Circuit Court Case No. 07-11911

Case No. 8:07-cv-1954-T-17TGW

PHYLLIS KRAUSE, Individually and
as Personal Representative of the Estate of
FREDERICK J. KRAUSE, deceased,

   Plaintiff(s),

-vs.-

BONDEX INTERNATIONAL, INC., et al.,

   Defendants.

PLEADING NO. 5335

RECEIVED
CLERK'S OFFICE
2008 FEB -6 P 5:16

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL ORDER (CTO-300)

TO THE CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-300) entered and mailed by the Multidistrict Litigation Panel January 22, 2008.

**OFFICIAL FILE COPY**

IMAGED FEB 8 2008

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs oppose the transfer of the above styled and numbered action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1407.

Additionally, and pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

**THE FERRARO LAW FIRM, P.A.**
*Attorneys for Plaintiffs*
4000 Ponce De Leon Boulevard, Suite 700
Miami, Florida 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

By: _____
David A. Jagolinzer, Esq.
Florida Bar No. 181153
Email: daj@ferrarolaw.com
**Case A. Dam, Esq.**
Florida Bar No. 756091
Email: cxd@ferrarolaw.com

Mailed to:
    Jeffery N. Luthi
    Clerk of the Panel
    Judicial Panel on Multidistrict Litigation
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E.,
    Room G-255, North Lobby
    Washington, D.C 20002

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing <u>Plaintiffs' Notice of Opposition to Conditional Transfer Order</u> was served on all known counsel of record (service list attached), via first class mail on the ___6th___ day of ___February___, 2008.

                                                  **THE FERRARO LAW FIRM, P.A.**
                                                *Attorneys for Plaintiffs*
                                                4000 Ponce De Leon Boulevard, Suite 700
                                                Miami, Florida 33146
                                                Telephone (305) 375-0111
                                                Facsimile (305) 379-6222

By: _____
                                                **David A. Jagolinzer, Esq.**
                                                Florida Bar No. 181153
                                                Email: daj@ferrarolaw.com
                                                **Case A. Dam, Esq.**
                                                Florida Bar No. 756091
                                                Email: cxd@ferrarolaw.com

2008 FEB -6 P 5: 16 RECEIVED CLERK'S OFFICE