MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-299)

| | | |
|---|---|---|
| DOROTHY BOYD, AS SURVIVING WIDOW AND PERSONAL REPRESENTATIVE FOR THE ESTATE OF WILLIE BOYD, DECEASED | * * | IN THE UNITED STATES DISTRICT COURT |
| Plaintiff | * | FOR THE DISTRICT OF MARYLAND, |
| MCIC, INC., et al. | * | BALTIMORE DIVISION |
| Defendant | * | |
| | * | CIVIL ACTION NO. 1:07-cv-0311 RDB (U.S. D.C. D MD) |
| | * | MD 1 07-3311 |
| | * | "TAG-ALONG" ACTION |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Now comes Dorothy Boyd, by her attorneys Robert G. Skeen and Harry Goldman, Jr., of Skeen, Goldman, L.L.P., and moves the Multidistrict Litigation Panel to vacate its conditional transfer order for the reasons set forth in the accompanying Memorandum which is incorporated by reference herein and made a part hereof.

PLEADING NO. 5339

OFFICIAL FILE COPY

IMAGED FEB 1 1 2008

Respectfully submitted.

*[signature]*

Harry Goldman, Jr.
Federal Bar No. 02613
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
410-837-4222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2008, I served a copy of this Motion and the accompanying Memorandum upon the persons in the Service List attached to the Memorandum.

*[signature]*

Harry Goldman, Jr.

C:\GSWLaw\C\A\BOYD.WILLIE\MOTION TO VACATE CONDITIONAL TRANSFER ORDER.doc

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-299)

| | | |
|---|---|---|
| DOROTHY BOYD, AS SURVIVING WIDOW AND PERSONAL REPRESENTATIVE FOR THE ESTATE OF WILLIE BOYD, DECEASED | * | IN THE |
| | * | UNITED STATES DISTRICT COURT |
| Plaintiff | * | FOR THE DISTRICT OF MARYLAND, |
| | * | BALTIMORE DIVISION |
| MCIC, INC., et al. | * | |
| Defendant | * | |
| | * | CIVIL ACTION NO. 1:07-cv-0311 RDB (U.S. D.C. D MD) |
| | * | MD 1 07-3311 |
| | * | "TAG-ALONG" ACTION |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITON TO CONDITIONAL TRANSFER ORDER

In support of Plaintiff Dorothy Boyd's Opposition to Conditional Transfer Order, notice thereof having been filed on January 23, 2008, for Plaintiff's Memorandum the following is submitted:

### STATEMENT OF THE CASE

After this case was removed from the State Court, the Circuit Court for Baltimore City, Plaintiff filed her Motion to Remand and Memorandum of Law on January 14, 2008.

No opposition was filed thereto and on January 14, 2008 the United States District Judge, the Honorable Richard D. Bennett, ordered that this action be administratively closed subject to

being reopened in the event that any party files an opposition with the MDL Panel in accordance with the Panel's Rule 714.

As noted, such opposition has been filed and this required Memorandum is now filed.

### **FURTHER STATEMENT OF THE CASE**

Immediately prior to Plaintiff's Motion to Remand, Plaintiff dismissed with prejudice her action against the two removing parties, Hopeman Brothers, Inc. and Wayne Manufacturing Company.

By precedent, this should result in the grant of Plaintiff's Motion to Remand presently pending in the United States District Court, albeit administratively closed. This was the course of action taken by the same District Judge before whom this action is presently pending in a prior case entitled James Samuel Warfield, et al., Plaintiffs v. Northrop Shipbuilding Systems, Inc., et al., Defendants, United States District Court for the District of Maryland, Civil Action No. RDB 07-1870.

Following the Order granting Motion to Remand in that case, the District Court Judge's Order was brought to the Multidistrict Litigation Panel's attention, whereupon that Panel vacated It's Conditional Transfer Order. Saving and without prejudice to Plaintiff's other legal objections to the Removal and consequent absence of the MDL Panel's Federal jurisdiction, including without limitation, Plaintiff's contention that the removal was invalid in any case because neither removing Defendants, Hopeman Brothers, Inc. nor Wayne Manufacturing Company had a colorable defense case under the "Federal Officer" or "Military Contractor" grounds, Movant respectfully prays the Conditional Transfer Order be vacated.

And for other such further reassons as may be shown, if need be, at the Hearing hereof.

Respectfully submitted.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2008

FILED
CLERK'S OFFICE

Harry Goldman, Jr.
Federal Bar No. 02613

Robert G. Skeen
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
410-837-4222
Federal Bar No. 08789

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __7th__ day of February, 2008, a full true and correct copy of the foregoing Memorandum in Support of Plaintiffs Opposition to Conditional Transfer Order was mailed U.S. Mail, first class, postage prepaid, to the following:

The Honorable Richard D. Bennett, Judge
United States District Court
of the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

David W. Allen, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Richard C. Binzley, Esq.
Thompson Hine LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass, Esq.
Gallagher Sharp Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

3

Adam M. Chud, Esq.
Goodwin Proctor LLP
901 New York Avenue, N.W.
Washington, DC 20001

John Stewart Cobb, Esq.
North & Cobb PA
7313 York Road
Towson, MD 21204

David A. Damico, Esq.
Burns White & Hickton
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno, Esq.
Forceno Goggin & Keller
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen, Esq.
Brownson & Ballou
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

M. King Hill, III, Esq.
Venable LLP
210 Allegheny Avenue
Towson, MD 21204

Russell D. Karpook, Esq.
Francomano & Karpook PA
Sun Life Building
20 South Charles Street
Baltimore, MD 21201

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks, Esq.
Locks Law Firm LLC
1500 Walnut Street
Philadelphia, PA 19102

Donald S. Meringer, Esq.
Meringer Zois & Quigg
300 East Lombard Street, Suit 1440
Baltimore, MD 21202

Ronald L. Motley, Esq.
Motley Rice LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck, Esq.
Marks O'Neill O'Brien & Courtney PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven, Esq.
Roven-Kaplan LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster, Esq.
Vorys Sater Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman, Esq.
Selman Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli, Esq.
Kelley Jasons McGuire & Spinelli
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm
1370 Penobscot Building
645 Griswold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise, Esq.
Reed Smith, LLP
2500 One Liberty Place
250 Market Street
Philadelphia, PA 19103

James K. Weston, II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

_____
Harry Goldman, Jr.

C:\GSWLaw\C\A\BOYD.WILLIE\MEMORANDUM IN SUPPORT OF PLAINTIFFS OPPOSITION.doc

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CONDITIONAL TRANSFER ORDER (CTO-299)

| | | |
|---|---|---|
| DOROTHY BOYD, AS SURVIVING WIDOW AND PERSONAL REPRESENTATIVE FOR THE ESTATE OF WILLIE BOYD, DECEASED | * | IN THE |
| | * | UNITED STATES DISTRICT COURT |
| Plaintiff | * | FOR THE DISTRICT OF MARYLAND, |
| | * | BALTIMORE DIVISION |
| MCIC, INC., et al. | * | |
| Defendant | * | CIVIL ACTION NO. 1:07-cv-0311 RDB (U.S. D.C. D MD) |
| | * | MD 1 07-3311 |
| | * | "TAG-ALONG" ACTION |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REQUEST FOR HEARING**

Dear Clerk:

Plaintiff requests a hearing on her Memorandum in Support of her Opposition to Conditional Transfer Order.

Harry Goldman, Jr.
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
410-837-4222
Federal Bar No. 02613