JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 14 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLAUDE E. NEWMAN, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-1533-JO |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| CROWN CORK & SEAL COMPANY, INC., ) | |
| a Pennsylvania corporation, individually and as ) | |
| successor-in-interest to Mundet Cork Corporation; ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED this case is remanded to Multnomah County Circuit Court for all further proceedings. This action is dismissed.

DATED this 11th day of February, 2008.

MDL- 875
RECOMMENDED ACTION

Vac CTO-295 + HS - one action

Approved/Date: RN 2/13/08

/s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge

**OFFICIAL FILE COPY**

IMAGED FEB 14 2008