

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 14 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Claude E. Newman v. Crown Cork & Seal Co., Inc., et al.,   )
   D. Oregon, C.A. No. 3:07-1533                                              )          MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE MARCH 27, 2008, HEARING SESSION

A conditional transfer order was filed in this action (*Newman*) on November 16, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Newman* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Newman* was remanded to Multnomah County Circuit Court, Oregon, by the Honorable Robert E. Jones in an order filed on February 11, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-295" filed on November 16, 2007, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED FEB 1 4 2008