MDL 875

JNL
RBN
Prep CRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 14 2008

FILED
CLERK'S OFFICE

IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

-----------------------------------x

This Document Relates to:

United States District Court
Eastern District of Virginia

Harriet KING, No. 4:05-29251 2951

[In the event the above-listed case is a multiple
plaintiff (victim) action, this transfer is for the
above-named party only, or said parties repre-
sentative, and any spousal or dependent actions.]:

-----------------------------------x

CIVIL ACTION NO. MDL 875

2008 FEB -5 A 9:49
RECEIVED CLERK'S OFFICE

PLEADING NO. 5346

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Southern District of Mississippi, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial and the parties have been unable to resolve their differences despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

875
RECOMMENDED ACTION
CRO-1 Action
Approved/Date: RN 2/6/08

OFFICIAL FILE COPY
IMAGED FEB 14 2008

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Eastern District of Virginia for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 1/29/2008

_____
James T. Giles                J.