**MDL 875**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| (NO. VI) ) | |
| ) | |
| ) | |
| This Document Relates To: ) | |
| ) | MDL-875 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Broward Circuit Court Case No. 07-27036

CASE NO: 07-61827-CIV-ALTONAGA/Turnoff

CHARLES G. PAPP, and
CATHARINE PAPP, his wife

    Plaintiffs,

-vs.-

ALFA LAVAL, INC., et al.,

    Defendants.

PLEADING NO. 5348

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL ORDER (CTO-302)

TO THE CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

Comes now Plaintiffs and files this Notice of Opposition to the Conditional Transfer Order (CTO-302) entered and mailed by the Multidistrict Litigation Panel February 8, 2008.

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on

**OFFICIAL FILE COPY**

1

IMAGED FEB 1 5 2008

Multidistrict Litigation, Plaintiffs oppose the transfer of the above styled and numbered action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1407.

Additionally, and pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

**THE FERRARO LAW FIRM, P.A.**
*Attorneys for Plaintiffs*
4000 Ponce De Leon Boulevard, Suite 700
Miami, Florida 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

By: _____

**David A. Jagolinzer, Esq.**
Florida Bar No. 181153
Email: daj@ferrarolaw.com
**Case A. Dam, Esq.**
Florida Bar No. 756091
Email: cxd@ferrarolaw.com

Mailed to:

    Jeffery N. Luthi
    Clerk of the Panel
    Judicial Panel on Multidistrict Litigation
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E.,
    Room G-255, North Lobby
    Washington, D.C 20002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiffs' <u>Notice of Opposition to Conditional Transfer Order</u> was served on all counsel for those interested parties (service list attached), via first class mail on the ___13th___ day of ___February___, 2008.

By: _____

**THE FERRARO LAW FIRM, P.A.**
*Attorneys for Plaintiffs*
4000 Ponce De Leon Boulevard, Suite 700
Miami, Florida 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

**David A. Jagolinzer, Esq.**
Florida Bar No. 181153
Email: daj@ferrarolaw.com
**Case A. Dam, Esq.**
Florida Bar No. 756091
Email: cxd@ferrarolaw.com

# SERVICE LIST
Charles G. Papp vs. Alfa Laval, Inc.
Case No. 07-61827

**FOWLER WHITE BURNETT**
Edward Joy Briscoe
1395 Brickell Avenue
14th Floor
Miami, Fl 33131
**ALFA LAVAL, INC.**

**FOLEY & MANSFIELD, P.L.L.P.**
Virginia E. Johnson, Esq.
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137-3251
**A.W. CHESTERON COMPANY, BENJAMIN-MOORE & CO.**

**BICE COLE LAW FIRM, PL**
Susan J. Cole, Esq.
999 Ponce De Leon Blvd., Suite 710
Coral Gables, Florida 33134
**BUFFALO PUMPS, INC. VELAN VALVE CORPORATION**

**AKERMAN SENTERFITT & EIDSON**
David M. Hawthorne
Hugh J. Turner, Jr.
Las Olas Centre
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301
**CARRIER CORPORATION**

**KIRKPATRICK & LOCKHART PRESTON GATES**
Daniel Arthur Casey
Rebecca Carrie Kibbie
Wachovia Financial Center
200 South Biscayne Boulevard
20th Floor
Miami, FL 33131
**CRANE CO.**

**RUMBERGER KIRK & CALDWELL**
Marty Fulgueira Elfenbein
Brickell Bayview Centre
80 SW 8th Street
Suite 3000
Miami, Fl 33130
**FAIRBANKS MORSE PUMPS, FOSTER WHEELER, GARLOCK SEALING TECHNOLOGY, JOHN CRANE**

# SERVICE LIST PG 2

Charles G. Papp vs. Alfa Laval, Inc.
<u>Case No. 07-61827</u>

**HAWKINS & PARNELL, LLP**
Evelyn Fletcher, Esq.
Brenda Godfrey, Esq.
Frances Spinthourakis, Esq.
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**GENERAL ELECTRIC COMPANY, GOULD PUMPS, SHERWIN-WILLIAMS COMPANY, WARREN PUMPS, LLC,**

**COLE, SCOTT & KISSANE P.A.**
Henry Salas
6301 Sunset Drive
South Miami, FL 33143
**GENERAL MOTORS CORPORATION**

**ALSTON & BIRD LLP**
Trenton A. Hamilton
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
**UNION CARBIDE CORPORATION, TYCO INTERNATIONAL**

**STEVEN A. EDELSTEIN**
1200 Anastasia Avenue
The Biltmore Hotel
Coral Gables, FL 33134
**INGERSOLL- RAND COMPANY**

**MORGAN, LEWIS & BOCKIUS, LLP**
Christopher M. Collings
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
**TH AGRICULTURE & NUTRITION, TYCO INTERNATIONAL, YARWAY CORPORATION**

**CONROY SIMBERG GANON KREVANS & ABEL**
3440 Hollywood Boulevard
2nd Floor
Hollywood, Florida 33021
**VIAD CORPORATION**