MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
(NO. VI) )
                              )
                              )
This Document Relates To:    )
                              )   MDL-875

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami-Dade Circuit Court Case No. 07-36063

CASE NO: 07-23042-CIV-Jordan/Torres

DAVID A. MARLEY, and
PAULINE E. MARLEY, his wife

    Plaintiffs,

-vs.-

ELLIOTT TURBOMACHINERY
CO., INC, et al.,

    Defendants,

PLEADING NO. 5349

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL ORDER (CTO-302)

TO THE CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

Comes now Plaintiffs and files this Notice of Opposition to the Conditional Transfer Order (CTO-302) entered and mailed by the Multidistrict Litigation Panel February 8, 2008.

In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Plaintiffs oppose the transfer of the above styled and numbered action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1407.

Additionally, and pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

**THE FERRARO LAW FIRM, P.A.**
*Attorneys for Plaintiffs*
4000 Ponce De Leon Boulevard, Suite 700
Miami, Florida 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

By: _____
**David A. Jagolinzer, Esq.**
Florida Bar No. 181153
Email: daj@ferrarolaw.com
**Case A. Dam, Esq.**
Florida Bar No. 756091
Email: cxd@ferrarolaw.com

Mailed to:
  Jeffery N. Luthi
  Clerk of the Panel
  Judicial Panel on Multidistrict Litigation
  Thurgood Marshall Federal Judiciary Building
  One Columbus Circle, N.E.,
  Room G-255, North Lobby
  Washington, D.C 20002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiffs' Notice of Opposition to Conditional Transfer Order was served on all counsel for those interested parties (service list attached), via first class mail on the _13th_ day of _February_, 2008.

By: _____

**THE FERRARO LAW FIRM, P.A.**
*Attorneys for Plaintiffs*
4000 Ponce De Leon Boulevard, Suite 700
Miami, Florida 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

**David A. Jagolinzer, Esq.**
Florida Bar No. 181153
Email: daj@ferrarolaw.com
**Case A. Dam, Esq.**
Florida Bar No. 756091
Email: cxd@ferrarolaw.com

# SERVICE LIST
## David A. Marley vs. Elliot Turbomachinery
### Case No. 07-23042

**FOWLER WHITE BURNETT**
Edward Joy Briscoe
1395 Brickell Avenue
14th Floor
Miami, Fl 33131
**ELLIOT TURBOMACHINERARY CO., INC.**

**CONROY SIMBERG GANON KREVANS & ABEL**
Abigail Cohen
3440 Hollywood Boulevard
2nd Floor
Hollywood, Florida 33021
**VIAD CORPORATION**

**TIMOTHY CLARK**
Timothy Clark
7951 SW 6th Street
Suite 106
Plantation, FL 33324
**CLEAVER BROOKS**

**BICE COLE LAW FIRM, PL**
Kathleen LaBarge
Susan J. Cole, Esq.
999 Ponce De Leon Blvd., Suite 710
Coral Gables, Florida 33134
**BUFFALO PUMPS, INC., GOODYEAR TIRE & RUBBER COMPANY, VELVAN VALVE CORP.,**

**FOLEY & MANSFIELD, P.L.L.P.**
Virginia E. Johnson, Esq.
Lori Anne M. Rovner
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137-3251
**A.W. CHESTERON COMPANY, BENJAMIN-MOORE & CO., KENTILE FLOORS, INC.**

**BICE COLE LAW FIRM, PL**
Kathleen LaBarge
999 Ponce De Leon Blvd., Suite 710
Coral Gables, Florida 33134
**BUFFALO PUMPS, INC. VELAN VALVE CORPORATION**

**HAWKINS & PARNELL, LLP**
Evelyn Fletcher, Esq.
Brenda Godfrey, Esq.
Frances Spinthourakis, Esq.
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**WARREN PUMPS, GENERAL ELECTRIC COMPANY, CARRIER CORPORATION**

1

**KIRKPATRICK & LOCKHART PRESTON GATES**
Daniel Arthur Casey
Rebecca Carrie Kibbie
Wachovia Financial Center
200 South Biscayne Boulevard
20th Floor
Miami, FL 33131
**CRANE CO.**

**AKERMAN SENTERFITT & EIDSON**
David M. Hawthorne
Hugh J. Turner, Jr.
Las Olas Centre
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301
**AMERICAN OPTICAL CORPORATION, CARRIER CORPORATION**

**RUMBERGER KIRK & CALDWELL**
Marty Fulgueira Elfenbein
Brickell Bayview Centre
80 SW 8th Street
Suite 3000
Miami, Fl 33130
**FAIRBANKS MORSE PUMPS, FOSTER WHEELER, GARLOCK SEALING TECHNOLOGY, JOHN CRANE, GREEN, TWEED & COMPANY, INC.**

**STEVEN A. EDELSTEIN**
1200 Anastasia Avenue
The Biltmore Hotel
Coral Gables, FL 33134
**INGERSOLL-RAND COMPANY**


**BROWN SIMS, P.C.**
Frank Joseph Sioli, Jr.
9100 S. Dadeland Boulevard
Suite 908
Miami, Fl 33156
**ALFA LAVAL INC.**