MDL 875

RN
cM

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAROLD EUGENE STROUD<br>Plaintiff<br><br>VS.<br><br>A.W. CHESTERTON, ET AL.,<br>Defendants. | §<br>§<br>§  CIVIL ACTION NO.: 4:08-CV-00208<br>§<br>§<br>§<br>§ |

PLEADING NO. 5353

### ORDER ON MOTION TO REMAND

On this day, the court reviewed Plaintiff's, Foster Wheeler Energy Corporation's and Defendant Buffalo Pumps, Inc.'s Agreed Motion to Remand to State Court, and the Court having considered same, is of the opinion that the motion should be GRANTED.

It is therefore, ORDERED, ADJUDGED and DECREED that pursuant to 28 U.S.C. 1447(c), this matter is hereby remanded to the 11th Judicial District Court of Harris County, Texas, Cause No. 2006-51134.

_[signature]_

Judge of the U.S. District Court
Southern District of Texas

Signed Feb. 21, 2008

MDL- 875
RECOMMENDED ACTION
Vacate (TO-30) one action
Approved/Date: RN 2/26/08

**OFFICIAL FILE COPY**

2008 FEB 25 P 5:24
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

IMAGED FEB 26 2008