

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
  Harold Eugene Stroud v. Foster Wheeler Energy Corp., et al., )
    S.D. Texas, C.A. No. 4:08-208           )    MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER

  A conditional transfer order was filed in this action (*Stroud*) on February 8, 2008. The Panel has now been advised that *Stroud* was remanded to the 11th Judicial District Court of Harris County, Texas, by the Honorable Vanessa D. Gilmore in an order filed on February 21, 2008.

  IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-302" filed on February 8, 2008, is VACATED insofar as it relates to this action.

                FOR THE PANEL:

                Jeffery N. Lüthi
                Clerk of the Panel

PLEADING NO. 5354

**OFFICIAL FILE COPY**

IMAGED FEB 2 6 2008