**MDL 875**

# ELLIS, CARSTARPHEN, DOUGHERTY & GOLDENTHAL P.C.
A PROFESSIONAL CORPORATION

5847 SAN FELIPE, SUITE 1900
HOUSTON, TEXAS 77057
PHONE: 713.647.6800
FAX: 713.647.6884

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2008

FILED
CLERK'S OFFICE

*Douglas B Dougherty*                                                                                     dbd@ecdglaw.com

February 26, 2008

Via Facsimile (202) 502.2888

Clerk of the Panel
Judicial Panel on Multidistrict Litigation, MDL-875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002

**Attn: Theresa Bishop**

Re:  Civil Action No. 3:07-cv-580; *Patricia A. Clark, Individually and as the Representative of the Estate of William R. Johnson, Deceased, and Mary G. Johnson, Individually v. Pharmacia Corporation, formerly known as Monsanto Company*; In the United States District Court for the Southern District of Texas-Galveston Division

To the Clerk:

On behalf of Pharmacia Corporation, formerly known as Monsanto Company, Defendant in the above referenced case, this will notify you that the above referenced case has been fully and finally settled between parties. As such, Defendant opposes the conditional transfer order.

If you have any questions or comments, please do not hesitate to call.

Very truly yours,

Douglas B. Dougherty
Attorney for Defendant
Pharmacia Corporation, formerly
known as Monsanto Company

PLEADING NO. 5355

OFFICIAL FILE COPY
IMAGED FEB 2 6 2008
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 FEB 26 A 11: 01
RECEIVED CLERK'S OFFICE

cc:    Ian P. Cloud
Heard, Robins, Cloud & Lubel, L.L.P.
3800 Buffalo Speedway, 5th Floor
Houston, Texas 77098

RECEIVED CLERK'S OFFICE 2008 FEB 26 A 11: 04 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# ELLIS, CARSTARPHEN, DOUGHERTY & GOLDENTHAL P.C.
### A PROFESSIONAL CORPORATION

5847 SAN FELIPE, SUITE 1900
HOUSTON, TEXAS 77057
PHONE: 713.647.6800
FAX: 713.647.6884

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2008

FILED
CLERK'S OFFICE

*Douglas B. Dougherty*                                                                 *dbd@ecdglaw.com*

February 18, 2008

Clerk of the Panel
Judicial Panel on Multidistrict Litigation, MDL-875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002

    Re:    Civil Action No. 3:07-cv-580; *Patricia A. Clark, Individually and as the Representative of the Estate of William R. Johnson, Deceased, and Mary G. Johnson, Individually v. Pharmacia Corporation, formerly known as Monsanto Company*; In the United States District Court for the Southern District of Texas-Galveston Division

To the Clerk:

Please be advised that the parties have amicably resolved the above referenced case.

Thank you for your attention to this matter.

Very truly yours,

Douglas B. Dougherty
Attorney for Defendant
Pharmacia Corporation, formerly
known as Monsanto Company

DBD:mcl

cc:    Ian P. Cloud
       Heard, Robins, Cloud & Lubel, L.L.P.
       3800 Buffalo Speedway, 5th Floor
       Houston, Texas  77098

RECEIVED CLERK'S OFFICE 2008 FEB 21 P 1:51 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION