**MDL 875**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 5 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5364

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION
IN RE MDL DOCKET NO. 875-ASBESTOS PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| HAROLD HENDLEY and LINDA HENDLEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | CAUSE NO. 5:07-cv-00208-TBR |
| ) | |
| AMERICAN STANDARD, INC. d/b/a ) | |
| AMERICAN STANDARD PRODUCTS, INC., ) | |
| WARREN PUMPS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT WARREN PUMPS, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Warren Pumps, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby notifies the Court that Warren Pumps, LLC is a limited liability company whose only member is Imo Industries. No publicly held company owns 10% or more of Warren Pumps, LLC's stock.

Dated this 25th day of February, 2008.



OFFICIAL FILE COPY

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2008 FEB 28  P 2:39
RECEIVED
CLERK'S OFFICE

IMAGED MAR 5 2008

Respectfully submitted,

*Blaire M Henley*

Douglas B. King, Indiana Atty. # 5199-49
dking@woodmclaw.com
Blaire M. Henley, Indiana Atty. # 25629-53
bhenley@woodmclaw.com

J. David Boswell
Van F. Sims
Boswell, Sims, & Vasseur PLLC
425 South Sixth Street
Paducah, KY 42003

## CERTIFICATE OF SERVICE

I hereby certify that and original and four (4) copies of the foregoing document, along with a computer-generated disk, were filed with the Clerk of the Panel and that a copy was also served on the attached panel service list by depositing a copy of the same in the United States Mail, post-prepaid, on the 25th day of February, 2008.

*Blaire M Henley*
Blaire M. Henley



70615-1 (9000-3305)                                     2

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
PANEL SERVICE LIST (Excerpted from CTO-299)
MDL No. 875
*Harold Hendley, et al. v. American Standard, Inc., et al.*
W.D. Kentucky, C.A. No. 5:07-208

Jeffrey T. Bash
HEYL ROYSTER VOELKER
 & ALLEN
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025

Brenda G. Baum
HEPLER BROOM
Mark Twain Plaza
P.O. Box 510
Edwardsville, IL 62025-0510

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Melissa N. Bork
GREENEBAUM DOLL
 & MCDONALD PLLC
101 S. Fifth Street
3300 National City Tower
Louisville, KY 40202-3197

J. David Boswell
BOSWELL SIMS & VASSEUR
P.O. Box 1265
Paducah, KY 42002-1265

Edward K. Box
GAULT MARSHALL
 & MILLER
P.O. Box 30
Paducah, KY 42002-0030

Robert J. Brummond
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Dr. W.
Suite 400
St. Louis, MO 63110

Kymala B. Carrier
MCAFEE & TAFT
2 Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102

Edward J. Cass
GALLAGHER SHARP
FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jeffery G. Chrones
JOHNSON & BELL LTD
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

Thomas Bennet Clark
851 Corporate Drive, Suite 310
Lexington, KY 40503

Edward M. Crane
SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Steven M. Crawford
FROST BROWN TODD LLC
400 West Market Street
32nd Floor
Louisville, KY 40202-3363

Donald J. Dahlmann
WALKER & WILLIAMS
4343 West Main Street
Belleville, IL 62223

David A. Damico
BURNS WHITE
 & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Scott Allen Davidson
BOEHL STOPHER
 & GRAVES
400 W. Market Street
2300 Aegon Center
Louisville, KY 40202

Scott T. Dickens
FULTZ MADDOX HOVIOUS
 & DICKENS PLC
101 South Fifth Street
2700 National City Tower
Louisville, KY 40202-3116

Daniel G. Donahue
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Dr. W.
Suite 400
St. Louis, MO 63110

Robert J. Evola
SAVILLE EVOLA & FLINT
P.O. Box 602
Alton, IL 62002

Raymond P. Forceno
FORCENO GOGGIN
 & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Raymond R. Fournie
ARMSTRONG TEASDALE
One Metropolitan Square
211 North Broadway]
Suite 2600
St. Louis, MO 63102-2740

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

John K. Gordinier
PEDLEY ZIELKE
GORDINIER &PENCE
462 South Fourth Avenue
2000 Meidinger Tower
Louisville, KY 40202

Albert F. Grasch, Jr.
GRASCH & COWEN
302 West High Street
Lexington, KY 40507

Susan Gunty
GUNTY & MCCARTHY
150 South Wacker Drive
Suite 1025
Chicago, IL 60606

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Max S. Hartz
MCCARROLL NUNLEY
 &HARTZ
P.O. Box 925
Owensboro, KY 42302-0925

Mary Ann Hatch
HERZOG CREBS LLP
One City Centre
515 North Sixth Street
24th Floor
St. Louis, MO 6310 I

Harry K. Herren, Jr.
WOODWARD HOBSON
 & FULTON
2500 National City Tower
101 S. Fifth Street
Louisville, KY 40202

William A. Hoback, II
MIDDLETON REUTLINGER
2500 Brown & Williamson
Tower
Louisville, KY 40202-3410

Stefan Richard Hughes
COLE & MOORE, PSC
P.O. Box 10240
Bowling Green, KY 42102

Rebecca R. Jackson
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2750

Joseph J. Janatka
ROSS & HARDIES
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601

Charles L. Joley
DONOVAN ROSE NESTER
 & JOLEY
8 East Washington Street
Belleville, IL 62220

A. Timothy Jones
HAWKINS & PARNELL LLP
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Walter M. Jones
WYATT TARRANT
 & COMBS
500 W. Jefferson Street
Suite 2800
Louisville, KY 40202

Rebecca K. Jude
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburgh, MS 39402

Mark A. Kinzie
STINSON MORRISON
 HECKER
100 South Fourth Street
Suite 700
St. Louis, MO 63102

William M. Koziol
Law Offices of William M.
Koziol
1 Kemper Drive
Long Grove, IL 60049

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street Suite 300
Akron, OH 44308-1314

Thomas Ksobiech
RASMUSSEN WILLIS
DICKEY & MOORE LLC
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

Kimberly K. Kuhlengel-Jones
255 East St. Louis Street
Nashville, IL 62263

John J. Kurowski
KUROWSKI BAILEY
 & SHULTZ
24 Bronze Pointe
Swansea, IL 62226

Candice C. Kusmer
KUROWSKI BAILEY
 & SHULTZ
24 Bronze Pointe
Swansea, IL 62226

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David E. Larson
LARSON & LARSON
11150 OverBrook Road
Suite 350
Leewood, KS 66211

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Stephen J. Maassen
HOAGLAND FITZGERALD
P.O. Box 130
Alton, IL 62002

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Ryan J. McQueeney
SANCHEZ DANIELS
   & HOFFMAN
333 West Wacker Drive
Suite 500
Chicago, IL 60606

Robert J. Meyer
SWANSON MARTIN
   & BELL LLP
330 North Wabash, Suite 3300
Chicago, IL 60611

John B. Moore
PHILLIPS PARKER
ORBERSON & MOORE PLC
716 West Main Street, Suite 300
Louisville, KY 40202

H. Patrick Morris
JOHNSON & BELL LTD
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
Mt. Pleasant, SC 29464

James W. Owens
P.O. Box 2757
Paducah, KY 42002-2757

John J. Repcheck
MARKS O'NEILL O'BRIEN
   & COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

Karen M. Rheingans
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
330 North Wabash Avenue
Suite 200
Chicago, IL 60611-3514

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Rebecca F. Schupbach
WYATT TARRANT
   & COMBS
500 W. Jefferson Street
Suite 2800
Louisville, KY 40202

Richard D. Schuster
VORYS SATER SEYMOUR
   & PEASE LLP
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN
   & BURGESS
11766 Wilshire Blvd., 6th Fl.
Los Angeles, CA 90025

Adam B. Shadburne
THOMPSON MILLER
   & SIMPSON
600 W. Main Street
Suite 500
Louisville, KY 40202

Robert H. Shultz, Jr.
HEYL ROYSTER VOELKER
   & ALLEN
P.O. Box 467
Edwardsville, IL 62025

Stephen E. Smith, Jr.
MCMURRY & LIVINGSTON
P.O. Box 1700
Paducah, KY 42002-1700

Milton C. Spaulding
SPENCER FANE BRITT
   & BROWNE LLP
1 N. Brentwood Boulevard
Suite 1000
St. Louis, MO 63105

Robert N. Spinelli
KELLEY JASONS MCGUIRE
   & SPINELLI LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM
1370 Penobscot Building
645 Griswold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

James K. Toohey
JOHNSON & BELL LTD
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Palmer G. Vance II
STOLL KEENON & OGDEN
300 W. Vine Street, Suite 2100
Lexington, KY 40507-1380

James K. Weston II
TOM RILEY LAW FIRM
P.O. Box 998
Cedar Rapids, IA 52406

Gary E. Wiseman
NOONAN & WISEMAN PC
701 Market, Suite 650
St. Louis, MO 63101