**MDL 875**

Prep CRO - TB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 7 2008

FILED
CLERK'S OFFICE

IN RE: ASPESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI) :
 :
——————————————————x

This Document Relates to: : CIVIL ACTION NO. MDL 875

United States District Court
Western District of Kentucky

MOELLER., No. 3:07 CV 65

[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]:
——————————————————x

PLEADING NO. 5365

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Kentucky, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since only two defendants remain for trial and the plaintiff is a living mesothelioma victim;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION

CRO-1action
Approved/Date: RN/2/25/08

**OFFICIAL FILE COPY**

2008 FEB 20 P 2:49
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IMAGED MAR 7 2008

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Kentucky for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 12/10/2007

_____
James T. Giles             J.

3:07 cv 65

FILED (SG)
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

07 DEC 26 PM 12:31

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

**MICHAEL E. KUNZ**
**CLERK OF COURT**

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION   (VI)   MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

2008 FEB 20 P 2:50
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE
TW

enclosure:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

———————————————————x

This Document Relates to:                      :   CIVIL ACTION NO.  MDL 875

United States District Court                   :   ED-PA No. 07 CV 63079
Western District of Pennsylvania               :

<u>Vincent KUMMER, dec.</u>, No. 05 CV 1569    :

[In the event the above-listed case is a multiple
plaintiff (victim) action, this transfer is for the
above-named party only, or said parties repre-
sentative, and any spousal or dependent actions.]:
———————————————————x



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -7 2008

FILED
CLERK'S OFFICE

FILED   FEB 1 4 2008

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Pennsylvania, and the Court having reviewed this case and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial and the parties have been unable to resolve their differences despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION

CRO-1 action
Approved/Date: 2/25/08  RN

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Pennsylvania for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 2/14/2008

_____
James T. Giles                J.