**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 11 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Todd Kortekamp, et al. v. 3M Co., et al.*, D.R.I., C.A. No. 1:08-43

PLEADING NO. 5367

## NOTICE OF OPPOSITION TO CTO-303

I represent Plaintiffs Todd Kortekamp, et al. in the above captioned action which is included on the conditional transfer order (CTO-303). Plaintiffs Todd Kortekamp, et al. submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

*[signature]*

John E. Deaton, Esq. (R.I. Bar No. 6537)
jdeaton@deatonlawfirm.com
The Deaton Law Firm
One Richmond Square, Suite 163W
Providence, Rhode Island 02906
(401) 351-6400   Tel.
(401) 351-6401   Fax
Counsel for Plaintiffs Todd Kortekamp, et al.

*Sent to Clerk of the Panel via facsimile
(202) 502-2888 on **March 10, 2008***

**OFFICIAL FILE COPY**

IMAGED MAR 11 2008

RECEIVED CLERK'S OFFICE 2008 MAR 10 A 11:37 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION