RN
CM

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 11 2008

FILED
CLERK'S OFFICE

Stephen M. Fishback (State Bar No. 191646)
sfishback@kfjlegal.com
Daniel L. Keller (State Bar No. 191738)
dkeller@kfjlegal.com
**KELLER, FISHBACK & JACKSON LLP**
28720 Roadside Drive, Suite 201
Agoura Hills, CA 91301
Telephone: 818.879.8033
Facsimile: 818.292.8891
Attorneys for Plaintiffs: Albert Wright, Jr. and
Marva Wright

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT WRIGHT, JR. AND MARVA JOE GREEN WRIGHT

Plaintiffs,

vs.

A. W. CHESTERTON, COMPANY, et al.,

Defendants.

Case No. C-07-5403(MJJ)

**STIPULATION AND PETITION FOR AN ORDER DISMISSING LESLIE CONTROLS, INC. WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT**

Judge: Hon. Martin Jenkins
Courtroom: 11

AND ORDER

PLEADING NO. 5368

WHEREAS, Defendant, Foster Wheeler LLC, removed this case to federal court from the Superior Court of California, City and County of San Francisco pursuant to 28 U.S.C. § 1442(a)(1). Plaintiffs timely sought the immediate remand of this action to Superior Court of California, City and County of San Francisco. Defendant Leslie Controls, Inc. filed a joinder in Foster Wheeler LLC's removal petition and opposition to plaintiffs' motion to remand the case to state court. Said remand motion was denied on or about February 25, 2008.

Plaintiffs and removing party, Foster Wheeler LLC, have stipulated to Foster Wheeler

STIPULATION AND PETITION FOR AN ORDER DISMISSING LESLIE CONTROLS, INC. WITH
PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT          PAGE 1

**OFFICIAL FILE COPY**

MDL- 875
RECOMMENDED ACTION
Vacate CTO-303- only action
Approved/Date: RN 3/10/08

IMAGED MAR 11 2008

1  LLC's dismissal with prejudice and consented to and requested remand of this action to Superior
2  Court of California, City and County of San Francisco.
3      Plaintiffs and Leslie Controls, Inc., the only party to join in the removal petition and
4  opposition to remand, have considered the matter further and hereby stipulate and agree as
5  follows: Plaintiffs and Leslie Controls, Inc. do and hereby stipulate that Leslie Controls, Inc.
6  should be dismissed from this action with prejudice pursuant to FRCP 41(a)(2); the parties will
7  bear their own costs; and Plaintiffs and Leslie Controls, Inc. consent to and request the immediate
8  remand of this action to Superior Court of California, City and County of San Francisco under
9  these terms.
10     Accordingly, Plaintiffs and Leslie Controls, Inc. petition this Court for an order dismissing
11 Leslie Controls, Inc. with prejudice, from this personal injury or any subsequent wrongful death
12 action in this federal court case no. C-07-5403(MJJ) and any subsequent state court action with the
13 parties bearing their own costs, and remanding this case to Superior Court of California, City and
14 County of San Francisco pursuant to this stipulation.

IT IS SO STIPULATED.

Dated: 3/5/08

KELLER, FISHBACK & JACKSON LLP

Stephen Fishback
Attorneys for Plaintiffs

Dated: 3/3/08

GORDON & REES, LLP

Glen Powell
Attorneys for Leslie Controls, Inc.

IT IS SO ORDERED:

Dated: 3/6/2008

Judge of the United States District Court

STIPULATION AND PETITION FOR AN ORDER DISMISSING LESLIE CONTROLS, INC. WITH
PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT          PAGE 2