MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5372

# BEFORE THE JUDICIAL PANEL

## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Asbestos Products Liability Litigation (No. VI) | MDL Docket No. 875 |

## NOTICE OF OPPOSITION

## TO CONDITIONAL TRANSFER ORDER

| | |
|---|---|
| RODNEY C. BALL, individually and as Special Administrator of the Estate of ALFRED C. BALL; and REGINALD K. BALL, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>UNION CARBIDE CORPORATION, a corporation; FOSTER WHEELER ENERGY CORPORATION, a corporation, formerly known as FOSTER WHEELER CORPORATION, a corporation; GARLOCK, INC., a corporation; OWENS ILLINOIS, INC., a corporation; RAPID AMERICAN CORPORATION, a corporation; and DOES 1 through 150, inclusive,<br><br>Defendants. | U.S.D.C. 07CV2392WPOR<br><br>San Diego Superior court Case No. 37-2007-00081444-CU-PO-CTL<br><br>**United States District Court for the Southern District of California**<br><br>Judge: The Honorable Thomas J. Whelan |

**OFFICIAL FILE COPY**

**IMAGED** MAR 1 3 2008

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

Cases\Plaintiffs' Notice of Opposition to Conditional Transfer Order.wpd

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Case No. 37-2007-00081444-CU-PO-CTL

Page 1

Plaintiffs oppose the transfer of the above-captioned case to the United States District Court for the District for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1407 as conditionally ordered by the Judicial Panel on Multidistrict Litigation on February 26, 2008.

Pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, a Motion to Vacate the Conditional Transfer Order and a supporting brief will be timely filed.

DATED: 3/11/08

CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD LLP

By: FREDERICK SCHENK
Bar No. 086392

**CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Plaintiffs
RODNEY C. BALL
REGINALD K. BALL