**MDL 875**

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*MAR 13 2008*

*FILED CLERK'S OFFICE*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL No. 875 – In re: Asbestos Product Liability Litigation

*Jerry Dyer et al. v. Alfa Laval, Inc., et al.*, C.D. California, C.A. No. 07-7959
*Ted Munn, et al. v. Cla-Val Co., et al.*, C.D. California, C.A. No. 08-248

### NOTICE OF OPPOSITION TO CTO-303

I represent the plaintiffs in the above-captioned actions that are included on the conditional transfer order (CTO-303). Plaintiffs hereby submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

Brian P. Barrow
SIMON, EDDINS & GREENSTONE LLP
301 East Ocean Boulevard, Suite 1950
Long Beach, California 90815
(562) 590-3400
bbarrow@seglaw.com

Attorneys for Plaintiffs

PLEADING NO. 5373

**OFFICIAL FILE COPY**

**IMAGED MAR 1 3 2008**