# MDL 875

Brian P. Barrow (State Bar No. 177906)
**SIMON, EDDINS & GREENSTONE LLP**
301 Ocean Boulevard, Suite 1950
Long Beach, California 90802
Telephone: (562) 590-3400
Facsimile: (562) 590-3412
E-mail: bbarrow@seglaw.com

Attorneys for Plaintiffs

JS-6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5374

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NELSON and HILARIA NELSON, <br><br> Plaintiffs, <br><br> vs. <br><br> ALFA LAVAL, INC., et al, <br><br> Defendants. | Case No. CV07-08338-VBF-(DCx) <br><br> Judge Valerie Baker Fairbank <br><br> **ORDER OF DISMISSAL** |

**IT IS ORDERED THAT** this entire case is hereby dismissed without prejudice pursuant to FRCP 41(a)(1) and in accordance with a Stipulation of Dismissal executed by and between the parties that have appeared in this action through their designated counsel.

Dated: _02-22-08_

*Valerie Baker Fairbank*

Valerie Baker Fairbank
United States District Judge

MDL- 875
RECOMMENDED ACTION
VAC CTO-303 /acker
Approved/Date: VF 13Mar08

**OFFICIAL FILE COPY**

RECEIVED
CLERK'S OFFICE
2008 MAR 13 A 6:11
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

[PROPOSED] ORDER OF DISMISSAL   Case No. CV07-08338-VBF-(RCx)

**IMAGED MAR 13 2008**