MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Donald Nelson, et al. v. Alfa-Laval, Inc., et al., )
        C.D. California, C.A. No. 2:07-8338    )    MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Nelson*) on February 26, 2008. The Panel has now been advised that, pursuant to the parties' stipulation of dismissal, *Nelson* was dismissed in the Central District of California by the Honorable Valerie Baker Fairbank in an order filed on February 22, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-303" filed on February 26, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5375

**OFFICIAL FILE COPY**

IMAGED MAR 1 3 2008