**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FEB 26 2008

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-303)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,782 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

**IMAGED** MAR 1 3 2008

PLEADING NO. 5376

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                   MDL No. 875

## SCHEDULE CTO-303 - TAG-ALONG ACTIONS

<u>**DIST. DIV. C.A. #**</u>                    <u>**CASE CAPTION**</u>

CALIFORNIA CENTRAL
~~CAC 2 07-7959~~          ~~Jerry Dyer, et al. v. Alfa-Laval, Inc., et al.~~ **Opposed 3/13/08**
~~CAC 2 07-8338~~          ~~Donald Nelson, et al. v. Alfa-Laval, Inc., et al.~~ **Vacated 3/13/08**
~~CAC 2 08-248~~           ~~Ted Munn, et al. v. CLA-VAL Co., et al.~~ **Opposed 3/13/08**

CALIFORNIA NORTHERN
~~CAN 3 07-5403~~          ~~Albert Wright, Jr., et al. v. A.W. Chesterton Co., Inc., et al.~~
                          **Vacated 3/11/08**

CALIFORNIA SOUTHERN
~~CAS 3 07-2392~~          ~~Rodney C. Ball, et al. v. Union Carbide Corp., et al.~~ **Opposed 3/13/08**

GEORGIA SOUTHERN
GAS 5 08-10             Dorsey L. Bohannon v. CSX Transportation, Inc., et al.

LOUISIANA EASTERN
LAE 2 08-713           Leo Ferguson v. ConocoPhillips Co., et al.

MISSISSIPPI SOUTHERN
MSS 1 08-35            Charles R. Hall v. Alfa Laval Flow/Tri-Clover Inc., et al.

NORTH CAROLINA MIDDLE
NCM 1 08-75            Jerrell Gene Lowder v. Aqua-Chem, Inc., et al.
NCM 1 08-76            Ralph W. Pavero, et al. v. Aqua-Chem, Inc., et al.
NCM 1 08-78            George Bradford Noles, et al. v. Aqua-Chem, Inc., et al.
NCM 1 08-79            Gary Wayne Mills v. Aqua-Chem, Inc., et al.
NCM 1 08-84            James Aaron Dain, et al. v. Aqua-Chem, Inc., et al.
NCM 1 08-85            Kenneth P. Krug, et al. v. Aqua-Chem, Inc., et al.

RHODE ISLAND
~~RI 1 08-43~~            ~~Todd Kortekamp, et al. v. 3M Co., et al.~~ **Opposed 3/11/08**

VIRGINIA EASTERN
VAE 2 08-9292          Dale E. Buckley v. American Standard, Inc., et al.
VAE 2 08-9293          Glenn D. Burris v. American Standard, Inc., et al.
VAE 2 08-9294          William H. Monroe, Jr., etc. (James H. Cranston) v.
                       American Standard, Inc., et al.
VAE 2 08-9295          Richard G. Yunt v. American Standard, Inc., et al.
VAE 2 08-9296          Billy G. Cordell v. Norfolk Southern Railway Co.
VAE 2 08-9297          Ralph Bowden v. American Standard, Inc., et al.
VAE 2 08-9298          Glen Donmyer v. American Standard, Inc., et al.
VAE 2 08-9299          Antonio D. Garcia v. American Standard, Inc., et al.
VAE 2 08-9300          Lester N. Johnson v. American Standard, Inc., et al.