**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 14 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Patricia Clark, et al. v. Pharmacia Corp., S.D. Texas,     )
        C.A. No. 3:07-580     )     MDL No. 875

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Clark*) on February 8, 2008. Prior to expiration of that order's 15-day stay of transmittal, defendant Pharmacia Corp. filed a notice of opposition to the proposed transfer of *Clark*. Defendant Pharmacia Corp. subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-302" filed on February 8, 2008, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

PLEADING NO. 5377

**OFFICIAL FILE COPY**

IMAGED MAR 1 4 2008