**MDL 875**

RN
JL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5379

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE F. BOOTH                                    07-CV-1544-AC

           Plaintiff,                          ORDER OF REMAND

    v.

ARVINMERITOR, INC., an Indiana
corporation, individually and as successor-
in-interest to ARVIN INDUSTRIES, INC.,
an Indiana corporation, successor-in-interest
to Maremont, Corp., successor-in-interest to
Grizzly Manufacturing Co.; MAREMOUNT
CORP., successor-in-interest to Grizzly
Manufacturing Co.,

           Defendants.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 MAR 18 P 1:51

RECEIVED
CLERK'S OFFICE

ACOSTA, Magistrate Judge:

    Before the Court for hearing without oral argument is Plaintiff's Motion to Remand. Plaintiff has certified that defendants do not oppose the motion and that the motion results from agreement between the parties. Plaintiff has also filed with the Court a First Amended Complaint in which the amount in controversy is less than the jurisdictional amount of $75,000 provided in 28 U.S.C. § 1332(a). Accordingly,

MDL- 875
RECOMMENDED ACTION
Vac CTO-295 + H50- one action
Approved/Date: RN 3/19/08

Page 1 - ORDER OF REMAND

**OFFICIAL FILE COPY**

IMAGED MAR 21 2008

✓

IT IS ORDERED and ADJUDGED that this matter is REMANDED to the Multnomah County Circuit Court for lack of jurisdiction.

DATED this 13th day of March, 2008.

/s/ John V. Acosta
JOHN V. ACOSTA
United States Magistrate Judge

RECEIVED CLERK'S OFFICE 2008 MAR 18 P 1:52 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION