**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| Eugene F. Booth v. ArvinMeritor, Inc., et al.,<br>D. Oregon, C.A. No. 3:07-1544 | )<br>)   MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE MARCH 27, 2008, HEARING SESSION

A conditional transfer order was filed in this action (*Booth*) on November 16, 2007. The Panel has now been advised that *Booth* was remanded to the Multnomah County Circuit Court, Oregon, by the Honorable John V. Acosta in an order signed on March 13, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-295" filed on November 16, 2007, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2008, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAR 2 1 2008