MDL 875

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-304)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,800 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5381

**OFFICIAL FILE COPY**

IMAGED MAR 21 2008

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE CTO-304 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  08-46 | Daniel R. Brown, et al. v. Albany International, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  08-118 | Robert Oberstar, et al. v. CBS Corp., et al. |
| CAC  2  08-282 | Ted Munn, et al. v. CLA-VAL Co., et al. |
| CAC  2  08-712 | David Kelemen, et al. v. Buffalo Pumps, Inc., et al. |
| CAC  2  08-873 | Larry Lindquist, et al. v. Alfa Laval, Inc., et al. |
| CAC  2  08-1123 | John H. Prince v. CBS Corp., et al. |
| CAC  2  08-1296 | Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  08-228 | John L. Davis, et al. v. General Electric Co., et al. |
| CAN  3  08-229 | Betty Rabener, etc. v. General Electric Co., et al. |
| CAN  3  08-230 | Naomi Beaurman-White, et al. v. General Electric Co., et al. |
| **GEORGIA MIDDLE** | |
| GAM  5  08-53 | Jake Bradshaw v. Aventis CropScience USA, Inc., et al. |
| **LOUISIANA MIDDLE** | |
| LAM  3  08-43 | Michael T. Hackler v. P&O Ports Louisiana, Inc., et al. |
| LAM  3  08-81 | George Landess v. Baton Rouge Marine Contractors, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE  2  07-63 | Tom Wallace, et al. v. A.W. Chesterton Co., et al. |
| NCE  4  08-2 | Dolcy Lee Hicks, et al. v. Aqua-Chem, Inc., et al. |
| NCE  7  07-188 | Patricia A. Holt, et al. v. The Anchor Packing Co., et al. |
| NCE  7  07-191 | Mary E. Flowers v. The Anchor Packing Co., et al. |
| NCE  7  07-197 | Lynn Reynolds Smythe, et al. v. The Anchor Packing Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  04-1166 | Sallie Mae Hines, etc. v. Anchor Packing Co., et al. |
| NCM  1  08-120 | Larry D. Clark, et al. v. American Investors, LLC, et al. |
| NCM  1  08-146 | Harold D. Pritchard, et al. v. A.W. Chesterton Co., et al. |

## MDL No. 875 - Schedule CTO-304 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**

NORTH CAROLINA WESTERN
  NCW  1  08-35          Ray Michael Lyle, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-36          Thomas Ray Withers, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-37          Charles Lloyd Bennett, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-45          Gladys Elizabeth Gill v. Aqua-Chem, Inc., et al.
  NCW  1  08-46          Edward Wayne Brock, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-48          Robert David Cody, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-49          Ripon W. Lowrance, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-52          Dan W. Phillips v. A.W. Chesterton Co., et al.
  NCW  1  08-56          Joseph L. Green, et al. v. A.W. Chesterton Co., et al.
  NCW  1  08-59          Bruce Alan Lail, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-60          George A. Harkey, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-62          James Franklin Bumgarner, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-63          William F. Landis, et al. v. A.W. Chesterton Co., et al.
  NCW  1  08-66          Florian Malcolm Johnson, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-67          Earl Brown v. Aqua-Chem, Inc., et al.
  NCW  1  08-68          Michael Edward Collins, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
  NYE  1  05-3166        Ralph Aldarelli, etc. v. A.W. Chesterton Co., et al.
  NYE  1  08-5           James Russell Holter v. A.W. Chesterton Co., et al.
  NYE  1  08-468         Michael Ross, et al. v. A.W. Chesterton Co., et al.
  NYE  1  08-863         Charles Callahan, etc. v. A.W. Chesterton Co., et al.

PENNSYLVANIA WESTERN
  PAW  2  08-291         Richard Vallecorsa, et al. v. Premier Refractories, Inc., et al.

SOUTH CAROLINA
  SC  0  08-482           John Warren Blackwelder, et al. v. Aqua-Chem, Inc., et al.
  SC  2  08-459           Richard G. Krauk, et al. v. Owens-Illinois, Inc., et al.
  SC  2  08-588           Susan Maria Welch-Pierce, et al. v. Owens Illinois, Inc., et al.
  SC  6  08-473           Tyrone Perry Edwards, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC  7  08-377           Roger Dale Thomason, et al. v. Aqua-Chem, Inc., et al.
  SC  7  08-378           Charles C. Hamrick, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-468           Franklin Terry Tippett v. Aqua-Chem, Inc., et al.
  SC  8  08-471           Larry Dale Reams v. Aqua-Chem, Inc., et al.
  SC  8  08-484           Julius A. McCoy, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-485           Carl S. Bagwell, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-584           Daniel Gordon Lowie v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
  TXN  3  07-1976        Shanda Kozak, et al. v. Guard-Line, Inc., et al.

TEXAS SOUTHERN
  TXS  3  08-26          June Thomas, et al. v. BP Amoco Chemical Co.