MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2008

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. KYW 3:07-CV-65-H

ROBERT L. MOELLER and
OLWEN MOELLER

v.

GARLOCK SEALING TECHNOLOGIES, LLC
THE ANCHOR PACKING COMPANY
and
JOHN CRANE, INC.

## NOTICE OF OPPOSITION TO CRO

I represent John Crane, Inc. in the above-captioned action which is included on the conditional remand order. John Crane, Inc. submits this opposition to the conditional remand order. I understand that the motion and brief to vacate are due in 15 days.

Respectfully submitted,

McCARROLL, NUNLEY & HARTZ

By: _____
Max S. Hartz
111 East Third Street
P. O. Box 925
Owensboro, KY 42302-0925
Telephone: (270) 683-3535
Telefax:   (270) 926-6056
Email: mshartzlaw@aol.com
COUNSEL FOR DEFENDANT
JOHN CRANE, INC.

PLEADING NO. 5382

OFFICIAL FILE COPY

2008 MAR 21 P 12:05
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IMAGED MAR 24 2008

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed the foregoing NOTICE to the following on this March 21, 2008.

John R. Shelton, Esq.
Joseph Satterley, Esq.
SALES, TILLMAN WALLBAUM
CATLETT & SATTERLEY
1900 Waterfront Plaza
325 West Main Street
Louisville, Kentucky 40202

Eric J. Jacobi, Esq.
Clay, Kenealy, Wagner & Adams
462 South Fourth Ave., Suite 1730
Louisville, KY 40202
Counsel for Plaintiffs

John K. Gordinier, Esquire
Pedley & Gordinier
1150 Starks Building
455 South Fourth St.
Louisville, KY 40202
Counsel for Garlock Sealing Technologies, LLC
and The Anchor Packing Company

_____
Max S. Hartz
Counsel for Defendant
John Crane, Inc.

2008 MAR 21 P 12:05
OFFICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE