Case MDL No. 875   Document 5384   Filed 03/26/08   Page 1 of 1
Case 2:08-cv-00291-DWA   Document 35   Filed 03/19/2008   Page 1 of 1
Case 2:08-cv-00291-DWA   Document 33-2   Filed 03/17/2008   Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 26 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD VALLECORSA and MARCIA :
VALLECORSA, his wife, :
    :
    Plaintiffs, :
    :
vs. : Civil Action No. 02: 08-CV-291
    :
ITT INDUSTRIES, INC., et al., :
    :
    Defendants. :

## ORDER OF COURT

AND NOW, to-wit, this 18th day of March, 2008, upon consideration of the foregoing MOTION FOR REMAND AND MOTION TO WITHDRAW MOTION TO VOLUNTARILY DISMISS, it is hereby ORDERED AND DECREED that the plaintiffs are hereby granted leave to withdraw their Motion to Dismiss and said case is hereby remanded to the Court of Common Pleas of Beaver County, Pennsylvania.

By the Court: [signature]

MDL-875
RECOMMENDED ACTION
Vacate CTO-304 - one action
Approved/Date: 26 Mar 08

PLEADING NO. 5384

OFFICIAL FILE COPY

2008 MAR 21 P 3:47
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IMAGED MAR 26 2008