MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 26 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| Richard Vallecorsa, et al. v. Premier Refractories, Inc., et al., W.D. Pennsylvania, C.A. No. 2:08-291 | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Vallecorsa*) on March 20, 2008. The Panel has now been advised that *Vallecorsa* was remanded to the Court of Common Pleas of Beaver County, Pennsylvania, by the Honorable Donetta W. Ambrose in an order filed on March 19, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-304" filed on March 20, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5385

OFFICIAL FILE COPY

IMAGED MAR 26 2008