

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Harold Hendley, et al. v. American Standard, Inc., et al.,  )
        W.D. Kentucky, C.A. No. 5:07-208                )        MDL No. 875

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 27, 2008, HEARING SESSION

    A conditional transfer order was filed in this action (*Hendley*) on January 11, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Hendley* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Hendley* was remanded to Graves County Circuit Court, Kentucky, by the Honorable Thomas B. Russell in an order filed on March 26, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-299" filed on January 11, 2008, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED MAR 28 2008