**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Warren W. Sether, et al. v. AGCO Corp., et al., )
        S.D. Illinois, C.A. No. 3:07-809             )         MDL No. 875

PLEADING NO. 5393

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Sether*) on January 11, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Sether* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Sether* was remanded to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, by the Honorable G. Patrick Murphy in an order filed on March 28, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-299" filed on January 11, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED APR 1 2008