MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Shanda Kozak, et al. v. Guard-Line, Inc., et al.,  )
        N.D. Texas, C.A. No. 3:07-1976  )     MDL No. 875

ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Kozak*) on March 20, 2008. The Panel has now been advised that *Kozak* was remanded to the 116th Judicial District Court of Dallas County, Texas, by the Honorable Sidney A. Fitzwater in an order filed on March 14, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-304" filed on March 20, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5395

OFFICIAL FILE COPY
IMAGED APR 1 2008