

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 3 2008

FILED
CLERK'S OFFICE

Jeffery N. Lüthi
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004
(202) 502-2888 Fax

PLEADING NO. 5397

RE:  MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Todd Kortekamp, et al. v. 3M Co., et al.*, D.R.I., C.A. No. 1:08-43

Mr. Lüthi:

I represent Plaintiffs Todd Kortekamp, et al. in the above referenced action which is included on the Conditional Transfer Order (CTO-303). The Notice of Conditional Transfer Order, dated February 26, 2008, requires counsel to provide notice of any official change in the status of the tag-along action. I hereby provide notice that the Honorable Judge William E. Smith of the U.S. District Court for the District of Rhode Island has held a hearing and taken the question of whether to decide on the Plaintiffs' pending Motion to Remand under advisement. *See Hearing Transcript at p.42 lines 6-17* (relevant pages attached).

Given that there are several legitimate and independently dispositive challenges to federal subject matter jurisdiction raised in the Motion, I respectfully request the Panel to refrain from lifting the stay until Judge Smith has issued his decision.

**OFFICIAL FILE COPY**

One Richmond Square, Suite 163w · Providence, RI 02906
(401) 351-6400    (401) 351-6401 fax
www.deatonlawfirm.com

IMAGED APR 3 2008

Sincerely,

[signature]

John E. Deaton, Esq. (R.I. Bar No. 6537)
jdeaton@deatonlawfirm.com
The Deaton Law Firm
One Richmond Square, Suite 163W
Providence, Rhode Island 02906
(401) 351-6400  Tel.
(401) 351-6401  Fax
Counsel for Plaintiffs Todd Kortekamp, et al.

*Sent to Clerk of the Panel via facsimile
(202) 502-2888 on **March 31, 2008***

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 3 2008

## CERTIFICATION OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that copies of this March 31, 2008 letter have been sent: to the Clerk of the Panel via facsimile on March 31, 2008; to the parties listed on the Panel Service List (Excerpted from CTO-303), attached to this certification, via first class mail on April 2, 2008; to the R.I. Federal District Court and the parties to the action in the Court via the Court's CM/ECF system on March 31, 2008; and to the parties named in the state court action via Rhode Island Asbestos Litigation Electronic Filing Service provided by LexisNexis on March 31, 2008.

John E. Deaton

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-303)

Todd Kortekamp, et al. v. 3M Co., et al., D. Rhode Island, C.A. No. 1:08-43

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jeffrey S. Brenner
NIXON PEABODY LAW FIRM
One Citizens Plaza
Providence, RI 02903

Edward J. Cass
GALLAGHER SHARP FULTON
& NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

John E. Deaton
DEATON LAW FIRM LLC
One Richmond Square
Suite 163W
Providence, RI 02906

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM
1370 Penobscot Building
645 Griswold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

```
* * * * * * * * * * *  CIVIL ACTION
TODD KORTEKAMP, ET AL *  08-43S
                      *
VS.                   *  MARCH 14, 2008
                      *
3M COMPANY, ET AL     *  PROVIDENCE, RI
* * * * * * * * * * *
```

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH

DISTRICT JUDGE

(MOTION FOR RECONSIDERATION OF A MOTION TO STAY THE CONDITIONAL ORDER OF TRANSFER)

**APPEARANCES**:

FOR THE PLAINTIFF:                  JOHN E. DEATON, ESQ.,
                                    and MARK T. BOIVIN, ESQ.
                                    The Deaton Law Firm LLC
                                    One Richmond Square
                                    Suite 134C
                                    Providence, RI   02906
                                    (401) 351-6400

FOR THE DEFENDANT
GENERAL ELECTRIC:                   JEFFREY M. THOMEN, ESQ.
                                    McCarter & English LLP
                                    City Place I
                                    Hartford, CT   06103
                                    (860) 275-6726

Court Reporter:                     Anne M. Clayton, RPR
                                    One Exchange Terrace
                                    Providence, RI   02903

Proceeding reported and produced by computer-aided
stenography

1  I'm going to take this under advisement. I'll get you
2  a decision of some sort. I'll notify you whether I'm
3  going to schedule the motion for remand for argument or
4  not. That's really all I'm deciding is whether to
5  schedule the pending motion or let it go to the MDL.
6      I think it would be appropriate to notify the
7  MDL panel that I have the question of whether to decide
8  this pending motion for remand under advisement and
9  that it would be, in my view, it would be inappropriate
10 for the MDL panel to lift their stay until I can decide
11 whether I'm going to decide that motion or not.
12     So I think you could notify them of that fact.
13 I'm not sure, but I would hope they would respect the
14 fact that I am going to try to make a reasoned decision
15 about that. I do have a trial starting on Monday so it
16 might be a few days before I can really look at all of
17 this material that you've given me.
18     The next question is whether you have served
19 these papers on your motion for remand on all counsel
20 of record, or did you just serve General Electric?
21     MR. DEATON: Your Honor, I can't say one way or
22 the other. I'm going to take Mr. Thomen's word that
23 people haven't. I could actually probably inquire with
24 the panel there that if people did or did not. The
25 reason I can't tell you is because I relied on my staff

1   to, you know, do those things.
2           Now, whether or not -- I did give notice of the
3   hearing because -- to everybody when I got word of it.
4   I sent a fax out and whatnot. Those are what I
5   directed. As far as whether or not the actual
6   parties -- I will say this. I will make sure
7   immediately that every party that's in the case, I'll
8   probably send it, it will probably be over-inclusive
9   and even the people that may have settled or whatnot
10  just to make sure that everyone gets noticed.
11          THE COURT: I don't think you need to tell
12  people who have settled.
13          What I really want to know is anybody out there
14  representing all these other defendants, are you all
15  going to want to have something to say about this
16  motion for remand assuming that I decide to hear it, or
17  are you just going to ride along with whatever General
18  Electric says? Anybody want to say anything?
19          MR. EDWARDS: I have nothing to say.
20          MS. WHELAN: I have nothing to say.
21          THE COURT: Anybody else? Everybody's shaking
22  their head no.
23          Okay. What I'd like you to do is to make sure
24  they have all the papers.
25          MR. DEATON: Absolutely.

44

1  THE COURT: And if anybody wants to say anything
2  about it, GE has already filed their position, I would
3  tell you if you want to take a position, you want to
4  file something, file it quickly because if I do decide
5  to handle this motion I'll put it on a pretty fast
6  track.
7  MR. DEATON: I will, your Honor. I appreciate
8  your time. Thank you.
9  THE COURT: Okay. Very well. Thanks very much.
10  (Ended at 4:10 p.m. )

# CERTIFICATION

I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

_____
Anne M. Clayton, RPR

_March 31, 2008_
Date