JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 2:08-cv-01123-R-JTL Document 16 Filed 03/31/2008 Page 1 of 5

APR - 4 2008

MDL 875

SCAN ENTER FILED CLERK'S OFFICE

1 Brian P. Barrow (State Bar No. 177906)
**SIMON, EDDINS & GREENSTONE LLP**
2 301 Ocean Boulevard, Suite 1950
Long Beach, California 90802
3 Telephone: (562) 590-3400
Facsimile: (562) 590-3412
4 E-mail: bbarrow@seglaw.com

5 Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLEADING NO. 5398

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. PRINCE, <br><br> Plaintiffs, <br><br> vs. <br><br> CBS CORPORATION, et al, <br><br> Defendants. | Case No. CV08-01123 R (JTL) <br><br> Judge Manuel L. Real <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

**IT IS HEREBY ORDERED THAT** this entire case is dismissed without prejudice pursuant to FRCP 41(a)(1) and in accordance with a Stipulation of Dismissal executed by and between the parties that have appeared in this action through their designated counsel.

Dated: March 31, 2008

_____
Judge Manuel L. Real

MDL-875
RECOMMENDED ACTION
VAC CTO-304 - 1 Acfro
Approved/Date: YX 3Apr 08



2008 APR -3 A 11:0
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**

[PROPOSED] ORDER OF DISMISSAL Case No. CV08-01123 R (JTL)

IMAGED APR 4 2008