**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    John H. Prince v. CBS Corp., et al., C.D. California,   )
        C.A. No. 2:08-1123   )   MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Prince*) on March 20, 2008. The Panel has now been advised that, pursuant to the parties' stipulation of dismissal, *Prince* was dismissed in the Central District of California by the Honorable Manuel L. Real in an order filed on March 31, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-304" filed on March 20, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*[signature]*
Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5399

**OFFICIAL FILE COPY**

IMAGED APR 4 2008