**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2008

FILED
CLERK'S OFFICE



MotleyRice

Benjamin D. Cunningham
Licensed in GA, SC
DIRECT DIAL 843.216.9206
DIRECT FAX 843.216.9440
bcunningham@motleyrice.com

April 3, 2008

PLEADING NO. 5400

<u>VIA FASCIMILE AND U.S. MAIL</u>

Mr. Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judicial Building
Room G-225, North Lobby
Washington, DC 20002
Fax: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2008 APR -3 P 2:37
RECEIVED
CLERK'S OFFICE

Re: MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)
Notice of Opposition to Conditional Transfer Order
<u>GAM 5 08-53 Jake Bradshaw v. Aventis CropScience USA, Inc., et al.</u>

Dear Mr. Lüthi:

    Pursuant to my conversation with your office this morning, please accept this letter as Plaintiff's Notice of Opposition to the Conditional Transfer Order dated March 20, 2008 involving <u>Jake Bradshaw v. Aventis CropScience USA, Inc., et al.</u>, 5:08-cv-53 (M.D. Ga.). On April 2, 2008, Plaintiff filed a Motion to Remand this action from the Middle District of Georgia to the Superior Court of Peach County, Georgia, as Defendants removal was untimely under 28 U.S.C. § 1446(b).

    Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff will file his motion to vacate the conditional transfer order and brief in support thereof within 15 days of transmittal of this Notice.

Cordially,

Benjamin D. Cunningham

www.motleyrice.com
Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9...

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX

**OFFICIAL FILE COPY**     IMAGED APR 4 2008