**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR -7 2008

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re: Asbestos Product Liability Litigation

*Robert Oberstar, et al. v. CBS Corporation.*, C.D. California, C.A. No. 08-118
*Ted Munn, et al. v. Cla-Val Co., et al.*, C.D. California, C.A. No. 08-282
*David Kelemen, et al v. Cla-Val Co., et al.*, C.D. California, C.A. No. 08-712
*Larry Lindquist, et al. v. Alfa Laval, Inc., et al.*, C.D. California, C.A. No. 08-873
*Robert Reaser, et al. v. Allis-Chalmers Corp. etc.,, et al.*, C.D. California, C.A. No. 08-1296

## NOTICE OF OPPOSITION TO CTO-304

I represent the plaintiffs, all of whom are suffering from malignant mesothelioma, in the above-captioned actions that are included on the conditional transfer order (CTO-304). Plaintiffs hereby submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

Brian P. Barrow
SIMON, EDDINS & GREENSTONE LLP
301 East Ocean Boulevard, Suite 1950
Long Beach, California 90815
(562) 590-3400
(562) 590-3412 (fax)
bbarrow@seglaw.com

Attorneys for Plaintiffs

PLEADING NO. 5401

OFFICIAL FILE COPY   IMAGED APR 7 2008