**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 7 2008

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)   MDL DOCKET NO. 875
*June Thomas, et al vs. BP Amoco Chemical Co., et al,* TXS 3 08-26

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 257 304

Please take notice that Plaintiffs, *Jacqueline D. Skinner, et al*, through the undersigned counsel and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation hereby file their Notice of Opposition to Conditional Transfer Order 304 ("CTO 304") transferring the following case:

*June Thomas, et al vs. B.P. Amoco Chemical Co., et al,* TXS 3 08-26.

to the Multidistrict Litigation now pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable Judge James T. Giles, *In Re: Asbestos Products Liability Litigation (No. VI).* Therefore, Plaintiffs oppose transfer to the Eastern District of Pennsylvania.

Respectfully submitted,

PROVOST & UMPHREY LAW FIRM L.L.P.

BY: _____
D'Juana Parks
TBA No. 15519395
490 Park Street
P. O. Box 4905
Beaumont, TX 77704
(409) 835-6000
FAX: (409) 813-8647

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that pursuant to the Texas Rules of Civil Procedure, a true and correct copy of the foregoing instrument has been forwarded to all involved counsel of record on this the **4th day of APRIL, 2008.**

_____
D'Juana Parks

**OFFICIAL FILE COPY**

PLEADING NO. 5402

IMAGED APR 7 2008

## INVOLVED COUNSEL LIST (CTO-257)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Tom Taylor
Andrews & Kurth
600 Travis, Suite 4200
Houston, Texas 77002