**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

APR - 7 2008

FILED
CLERK'S OFFICE
MDL NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO CTO-304 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA:

DANIEL R. BROWN, ET AL.                                                PLAINTIFFS,

v.                                                          CASE NO. 2:08-CV-46

ALBANY INTERNATIONAL, ET AL.,                                     DEFENDANTS.

## NOTICE OF OPPOSITION

PLEADING NO. 5403

Come the Defendants, National Service Industries, Inc. ("NSI") and Owens-Illinois, Inc. ("O-I"), by and through counsel, and hereby oppose this Panel's Conditional Transfer Order (CTO-304) dated March 20, 2008. Defendants oppose transfer to the Panel because numerous Defendants, including NSI and O-I, have filed motions to dismiss based upon a number of grounds, including lack of subject matter jurisdiction and expiration of the statute of limitations. Transferring this action to the MDL without considering the pleading deficiencies which are clearly shown on the face of the Complaint would serve to clutter the court system and require both the Courts and all parties to waste valuable time and resources. The basis for Defendants' opposition will be more fully discussed in their motion to vacate the Conditional Transfer Order and brief in support thereof.

For these reasons, Defendants respectfully request that the transmittal of the Panel's Conditional Transfer Order be stayed until further Order of the Panel.

(B0832812)

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2008 APR -4 P 12:07

RECEIVED
CLERK'S OFFICE

IMAGED APR 7 2008

Respectfully submitted this 4th day of April, 2008.

By: _____
Anthony C. Harlow
Bar Number: ASB-5692-W474
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000

*Attorneys for National Service Industries, Inc. and Owens-Illinois, Inc.*