**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 7 2008

FILED
CLERK'S OFFICE

UNITED STATE JUDICIAL PANEL
on MULTIDISTRICT LITIGATION

IN RE: Asbestos Production Liability Litigation          MDL No. 875

CTO-304
LAM 3:08-81   Landess v. Baton Rouge Marine Contractors, Inc., et al

## NOTICE OF OBJECTION TO CONDITIONAL TRANSFER ORDER

NOW INTO COURT, through undersigned counsel, comes plaintiff, George Landess, who, without in any manner waiving any objection to federal jurisdiction, respectfully advises the court that plaintiff objects to Conditional Transfer Order 304 to the extent that it seeks to transfer Civil Action LAM 3:08-81.

Pursuant to Rule 7.4 (d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff shall file within 15 days of the filing of this Notice of Opposition, plaintiff's Motion to Vacate Conditional Transfer Order-304, relating to Civil Action LAM 3:08-81, and plaintiff's brief in support thereof.

By attorneys:

Edward J. Walters, Jr. (#13214)
Darrel J. Papillion (#23243)
Julie J. Baxter (#29756)
**MOORE, WALTERS, THOMPSON,
THOMAS, PAPILLION & CULLENS**
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 766-1100
Fax: (225) 766-1142

PLEADING NO. 5405

RECEIVED CLERK'S OFFICE
2008 APR -7 P 3:38
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED APR 8 2008

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed, postage prepaid, this date to all known counsel of record:

Stephen W. Glusman
**GLUSMAN, BROYLES & GLUSMAN**
Post Office Box 2711
Baton Rouge, LA 70821
sglusman@bellsouth.net

Richard P. Sulzer
**SULZER & WILLIAMS**
201 Holiday Boulevard, Suite 335
Covington, LA 70433
rsulzer@sulzerandwilliams.com

Norman C. Sullivan, Jr.
Philip C. Brickman
**FOWLER RODRIGUEZ**
400 Poydras Street, 30th Floor
New Orleans, LA 70130
nsullivan@frc-law.com
prickman@frc-law.com

George J. Nalley, Jr.
**NALLEY & DEW**
2121 Ridgelake Drive, Suite 200
Metairie, LA 70001
george@gnalley.com

Margaret M. Joffee
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans, LA 70130
mjoffee@dkslaw.com

Patrick E. Costello
**MOULEDOUX, BLAND, LEGRAND & BRACKETT**
Suite 4250, 701 Poydras Street
New Orleans, LA 70139
pcostello@mblb.com

David M. Bienvenu, Jr.
**TAYLOR, PORTER, BROOKS & PHILLIPS**
Post Office Box 2471
Baton Rouge, LA 70821
david.bienvenu@taylorporter.com

Charles Schmidt
**CHRISTOVICH & KEARNEY**
601 Poydras Street, Suite 2300
New Orleans, LA 70130
cwschmidt@christovich.com

Jennifer M. Morris
**DUPLASS ZWAIN BOURGEOIS MORTON PFISTER & WEINSTOCK**
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, LA 70002
jmorris@duplass.com

Baton Rouge, Louisiana this ___ day of April, 2008.

_____
Darrel J. Papillion

*[Stamp: RECEIVED CLERK'S OFFICE 2008 APR -7 P 3:38 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION]*