

Inasmuch as no objection is pending at this time, the stay is lifted.

APR - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-304)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,800 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

PLEADING NO. 5406

**OFFICIAL FILE COPY**

IMAGED APR 7 2008

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

SCHEDULE CTO-304 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

ALABAMA MIDDLE
  ~~ALM 2 08-46~~              ~~Daniel R. Brown, et al. v. Albany International, et al.~~ **Opposed 4/7/08**

CALIFORNIA CENTRAL
  ~~CAC 2 08-118~~             ~~Robert Oberstar, et al. v. CBS Corp., et al.~~ **Opposed 4/7/08**
  ~~CAC 2 08-282~~             ~~Ted Munn, et al. v. CLA-VAL Co., et al.~~ **Opposed 4/7/08**
  ~~CAC 2 08-712~~             ~~David Kelemen, et al. v. Buffalo Pumps, Inc., et al.~~ **Opposed 4/7/08**
  ~~CAC 2 08-873~~             ~~Larry Lindquist, et al. v. Alfa Laval, Inc., et al.~~ **Opposed 4/7/08**
  ~~CAC 2 08-1123~~            ~~John H. Prince v. CBS Corp., et al.~~ **Vacated 4/4/08**
  ~~CAC 2 08-1296~~            ~~Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
                                **Opposed 4/7/08**

CALIFORNIA NORTHERN
  CAN 3 08-228                 John L. Davis, et al. v. General Electric Co., et al.
  CAN 3 08-229                 Betty Rabener, etc. v. General Electric Co., et al.
  CAN 3 08-230                 Naomi Beaurman-White, et al. v. General Electric Co., et al.

GEORGIA MIDDLE
  ~~GAM 5 08-53~~              ~~Jake Bradshaw v. Aventis CropScience USA, Inc., et al.~~ **Opposed 4/4/08**

LOUISIANA MIDDLE
  ~~LAM 3 08-43~~              ~~Michael T. Hackler v. P&O Ports Louisiana, Inc., et al.~~ **Opposed 4/7/08**
  ~~LAM 3 08-81~~              ~~George Landess v. Baton Rouge Marine Contractors, Inc., et al.~~
                                **Opposed 4/7/08**

NORTH CAROLINA EASTERN
  NCE 2 07-63                  Tom Wallace, et al. v. A.W. Chesterton Co., et al.
  NCE 4 08-2                   Dolcy Lee Hicks, et al. v. Aqua-Chem, Inc., et al.
  NCE 7 07-188                 Patricia A. Holt, et al. v. The Anchor Packing Co., et al.
  NCE 7 07-191                 Mary E. Flowers v. The Anchor Packing Co., et al.
  NCE 7 07-197                 Lynn Reynolds Smythe, et al. v. The Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
  NCM 1 04-1166                Sallie Mae Hines, etc. v. Anchor Packing Co., et al.
  NCM 1 08-120                 Larry D. Clark, et al. v. American Investors, LLC, et al.
  NCM 1 08-146                 Harold D. Pritchard, et al. v. A.W. Chesterton Co., et al.

## MDL No. 875 - Schedule CTO-304 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**       **CASE CAPTION**

NORTH CAROLINA WESTERN
- NCW 1 08-35    Ray Michael Lyle, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-36    Thomas Ray Withers, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-37    Charles Lloyd Bennett, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-45    Gladys Elizabeth Gill v. Aqua-Chem, Inc., et al.
- NCW 1 08-46    Edward Wayne Brock, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-48    Robert David Cody, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-49    Ripon W. Lowrance, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-52    Dan W. Phillips v. A.W. Chesterton Co., et al.
- NCW 1 08-56    Joseph L. Green, et al. v. A.W. Chesterton Co., et al.
- NCW 1 08-59    Bruce Alan Lail, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-60    George A. Harkey, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-62    James Franklin Bumgarner, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-63    William F. Landis, et al. v. A.W. Chesterton Co., et al.
- NCW 1 08-66    Florian Malcolm Johnson, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-67    Earl Brown v. Aqua-Chem, Inc., et al.
- NCW 1 08-68    Michael Edward Collins, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
- NYE 1 05-3166    Ralph Aldarelli, etc. v. A.W. Chesterton Co., et al.
- NYE 1 08-5       James Russell Holter v. A.W. Chesterton Co., et al.
- NYE 1 08-468     Michael Ross, et al. v. A.W. Chesterton Co., et al.
- NYE 1 08-863     Charles Callahan, etc. v. A.W. Chesterton Co., et al.

PENNSYLVANIA WESTERN
- ~~PAW 2 08-291~~      ~~Richard Vallecorsa, et al. v. Premier Refractories, Inc., et al.~~ **Vacated 3/26/08**

SOUTH CAROLINA
- SC 0 08-482    John Warren Blackwelder, et al. v. Aqua-Chem, Inc., et al.
- SC 2 08-459    Richard G. Krauk, et al. v. Owens-Illinois, Inc., et al.
- SC 2 08-588    Susan Maria Welch-Pierce, et al. v. Owens Illinois, Inc., et al.
- SC 6 08-473    Tyrone Perry Edwards, Sr., et al. v. Aqua-Chem, Inc., et al.
- SC 7 08-377    Roger Dale Thomason, et al. v. Aqua-Chem, Inc., et al.
- SC 7 08-378    Charles C. Hamrick, et al. v. Aqua-Chem, Inc., et al.
- SC 8 08-468    Franklin Terry Tippett v. Aqua-Chem, Inc., et al.
- SC 8 08-471    Larry Dale Reams v. Aqua-Chem, Inc., et al.
- SC 8 08-484    Julius A. McCoy, Jr., et al. v. Aqua-Chem, Inc., et al.
- SC 8 08-485    Carl S. Bagwell, et al. v. Aqua-Chem, Inc., et al.
- SC 8 08-584    Daniel Gordon Lowie v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
- ~~TXN 3 07-1976~~       ~~Shanda Kozak, et al. v. Guard-Line, Inc., et al.~~ **Vacated 4/1/08**

TEXAS SOUTHERN
- ~~TXS 3 08-26~~         ~~June Thomas, et al. v. BP Amoco Chemical Co.~~ **Opposed 4/7/08**