**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2008

FILED
CLERK'S OFFICE

## UNITED STATE JUDICIAL PANEL
## on MULTIDISTRICT LITIGATION

IN RE: Asbestos Production Liability Litigation             MDL No. 875

CTO-305
LAM 3:08-82 Hackler v. Greater Baton Rouge Port Commission, et al

### NOTICE OF OBJECTION TO CONDITIONAL TRANSFER ORDER

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael T. Hackler, M.D., who, without in any manner waiving any objection to federal jurisdiction, respectfully advises the court that plaintiff objects to the Conditional Transfer Orders 304 and 305 insofar as those orders seek to transfer civil actions LAM 3:08-82 and LAM 3:08-43.

Pursuant to Rule 7.4 (d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff shall file within 15 days of the filing of this Notice of Opposition, plaintiff's Motion to Vacate Conditional Transfer Order-304 and 305, and plaintiff's brief in support thereof.

By attorneys:

_____
Edward J. Walters, Jr. (#13214)
Darrel J. Papillion (#23243)
Julie J. Baxter (#29756)
**MOORE, WALTERS, THOMPSON,
THOMAS, PAPILLION & CULLENS**
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 766-1100/Fax: (225) 766-1172

PLEADING NO. 5411

**OFFICIAL FILE COPY**
IMAGED APR 9 2008

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2008 APR -8 P 3:04
RECEIVED
CLERK'S OFFICE

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed, postage prepaid, this date to all known counsel of record:

Stephen W. Glusman
**GLUSMAN, BROYLES & GLUSMAN**
Post Office Box 2711
Baton Rouge, LA 70821
sglusman@bellsouth.com

Richard P. Sulzer
**SULZER & WILLIAMS**
201 Holiday Boulevard, Suite 335
Covington, LA 70433
rsulzer@sulzerandwilliams.com

Norman C. Sullivan, Jr.
**FOWLER RODRIGUEZ**
400 Poydras Street
30th Floor
New Orleans, LA 70130
nsullivan@frc-law.com

George J. Nalley, Jr.
**NALLEY & DEW**
2121 Ridgelake Drive, Suite 200
Metairie, LA 70001
george@gnalley.com

Patrick E. Costello
**MOULEDOUX, BLAND, LEGRAND & BRACKETT**
Suite 4250, 701 Poydras Street
New Orleans, LA 70139
pcostello@mblb.com

David M. Bienvenu, Jr.
**TAYLOR, PORTER, BROOKS & PHILLIPS**
Post Office Box 2471
Baton Rouge, LA 70821
david.bienvenu@taylorporter.com

Charles Schmidt
**CHRISTOVICH & KEARNEY**
601 Poydras Street
Suite 2300
New Orleans, LA 70130
cwschmidt@christovich.com

Baton Rouge, Louisiana this 8th day of April, 2008.

Darrel J. Papillion

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 APR -8 P 3:04
RECEIVED CLERK'S OFFICE