**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5 4 1 2

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 875
IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. W.D. KENTUCKY 3:07-CV-65-H**

ROBERT L. MOELLER
and OLWEN MOELLER

v.

GARLOCK SEALING TECHNOLOGIES, LLC
THE ANCHOR PACKING COMPANY
and
JOHN CRANE, INC.

**GARLOCK SEALING TECHNOLOGIES, LLC AND THE ANCHOR PACKING
COMPANY'S MOTION TO VACATE THE CONDITIONAL REMAND ORDER**

* * * * * * * *

Come now Garlock Sealing Technologies, LLC and The Anchor Packing

Company, by counsel, and move the Judicial Panel on Multi-District Litigation to vacate

the conditional remand order filed on March 7, 2008 because common discovery has not

yet been taken pursuant to 28 USCS § 1407.  In support of said motion Garlock and

Anchor submit the attached brief.  Also attached is the schedule required by Rule 7.2 of

the Rules of Procedure of the Judicial Panel on Multi-District Litigation.

**OFFICIAL FILE COPY**  IMAGED APR   9 2008

WHEREFORE, Garlock Sealing Technologies, LLC and The Anchor Packing Company, by counsel, respectfully request an order vacating the conditional remand order filed on March 7, 2008, and that this action remain before the United States Judicial Panel on Multi-District Litigation.

Respectfully Submitted,

John Gordinier, Esq.
Berlin Tsai, Esq.
PEDLEY & GORDINIER, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 214-3120
Facsimile: (502) 214-3121
Email: jgordinier@pedley.com
        btsai@pedleylaw.com
*Counsel for Garlock Sealing Technologies, LLC and The Anchor Packing Company*

## CERTIFICATE OF SERVICE

It is hereby certified that the original and four copies of the foregoing document along with a computer generated disk were filed with the Clerk of the Panel and that the copy was also served on the attached panel list by depositing copy of the same in the United States Mail on the 7th day of April, 2008.

Berlin Tsai
*Counsel for Garlock Sealing Technologies, LLC and The Anchor Packing Company*

RECEIVED
CLERK'S OFFICE
2008 APR -8 A 9: 52
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2008

FILED
CLERK'S OFFICE

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION
## MDL NO. 875
## IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
## CASE NO. W.D. KENTUCKY 3:07-CV-65-H
### Robert Moeller, et al vs. Garlock Sealing Technologies, LLC, et al E.D.Pennsylvania

### PANEL SERVICE LIST (Excerpted from CRO)

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Richard D. Schuster, Esq.
Vorys Sater Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH  44308-1314

Adam M. Chud, Esq.
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC  20001

Robert N. Spinelli
Kelley Jasons McGuire & Spinelli, LLP
Centre Square West, 15 Floor
Philadelphia, PA  19102

Gene Locks, Esq.
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA  19102

Eric J. Jacobi, Esq.
Clay Kenealy Wagner & Adams, PLLC
1730 Meidinger Tower
462 South Fourth Avenue
Louisville, KY  40202

Edward J. Cass, Esq.
Gallagher Sharp Fulton & Norman
Bulkely Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Neil Selman, Esq.
Selman Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025

David C. Landin, Esq.
Hunton & Williams, LLP
Riverfront Plaza East Tower
951 Byrd Street
Richmond, VA  23219

David A. Damico, Esq.
Burns White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA  15212

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI  48226-4192

Raymond P. Forceno, Esq.
Forceno Goggin & Keller
1528 Walnut Street, Suite 900
Philadelphia, PA  19102

Andrew J. Trevelise, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

John J. Repcheck, Esq.
Marks O'Neill O'Brien & Courtney, PC
Gulf Tower, Suite 2600
107 Grant Street
Pittsburgh, PA  15219

Max S. Hartz, Esq.
McCarroll Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY  42302

John D. Roven, Esq.
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX  77018

Joseph D. Satterley, Esq.
Sales Tillman Wallbaum Catlett &
Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

Ronald L. Motely, Esq.
Motely Rice, LLC
P.O. Box 1792, 28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

John K. Gordinier, Esq.
Berlin Tsai, Esq.
Pedley & Gordinier, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, KY  40202

Susan M. Hansen, Esq.
Brownson & Ballou
222 South Sixth Street, Suite 4800
Minneapolis, MN  55402

James K. Weston II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR -- 9 2008

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 875
IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. W.D. KENTUCKY 3:07-CV-65-H

ROBERT L. MOELLER
and OLWEN MOELLER

v.

GARLOCK SEALING TECHNOLOGIES, LLC
THE ANCHOR PACKING COMPANY
and
JOHN CRANE, INC.

### DEFENDANTS GARLOCK SEALING TECHNOLOGIES, LLC AND THE ANCHOR PACKING COMPANY'S BRIEF IN SUPPORT OF THEIR MOTION TO VACATE CONDITIONAL REMAND ORDER

* * * * * * * *

Come Garlock Sealing Technologies, LLC ("Garlock") and The Anchor Packing Company ("Anchor"), by counsel, and in support of their motion to vacate the Conditional Remand Order state as follows:

### INTRODUCTION

This is a product liability case in which Plaintiff has alleged exposure to asbestos-containing products manufactured and/or distributed by a number of Defendants

1

including these moving Defendants Garlock and Anchor.   Garlock and Anchor filed a motion to vacate the Conditional Remand Order of March 7, 2008 by reason that common discovery pertaining to this case had not been completed defeating the purpose of 28 USCS § 1407.

## LITIGATION BACKGROUND

This case was originally filed in Jefferson Circuit Court in Louisville, Kentucky, on March 22, 2006.  With the consent of John Crane, Garlock moved this case to United States District Court for the Western District of Kentucky on January 9, 2007.  At the state level, only Robert Moeller and two co-workers were deposed.  None of the expert witnesses listed by Plaintiff, John Crane, Garlock, or the other Defendants were deposed.  No discovery has taken place since this case was transferred on March 8, 2007.

Additionally, on November 21, 2006, Garlock timely filed a motion for leave to file a third party complaint against various third party defendants for apportionment purposes, but the matter was removed to the United States District Court for the Western District of Kentucky before the state court can make a ruling on Garlock's motion.  So far, there is no ruling on Defendant's motion.  After the Court makes its ruling, it is anticipated that additional discovery will be required.

This case was transferred to the United States District Court for the Eastern District of Pennsylvania for coordination for consolidated pre-trial proceedings pursuant to 28 USC § 1407.  The conditional transfer order was filed on March 8, 2007 and assigned as MDL 875.  The Plaintiffs did not oppose the conditional transfer order.

On June 6, 2007, Plaintiffs' counsel wrote requesting a settlement conference or if the case cannot be resolved, then immediate transfer to the Western District of Kentucky

to proceed with a trial. (Exhibit A). Thereafter a settlement conference was scheduled for July 30, 2007, and counsel for Garlock, Anchor, and John Crane, Inc. appeared. Plaintiffs' attorney was unable to attend due to the cancellation of his flight. The matter was adjourned to be rescheduled at a later date. The settlement conference took place on December 10, 2007. Local counsel was retained to attend on behalf of Garlock and Anchor and advised Mr. Lassman that Garlock and Anchor would not oppose a remand since he believed that discovery would continue after the remand. However, the local counsel was not aware that no common discovery had been done at all.

Suggestion of remand was entered by Judge James T. Gilles on December 10, 2007, for all claims except for punitive or exemplary damages. A conditional remand order was filed on March 7, 2008. A timely notice of opposition to the conditional remand order was filed by Garlock Sealing Technologies, LLC, Anchor Packing Company and John Crane, Inc.

## FACTUAL CONTENTION

Depositions of the numerous expert witnesses in this case have not been taken. Plaintiffs have identified national expert witnesses such as Dr. Victor Roggli, Dr. Douglas Pohl, Dr. Arthur Frank, Dr. Ronald Dodson, Dr. Richard Lemen, Mr. William Longo and Mr. Richard Hatfield. (Exhibit B) Additionally, Plaintiffs have stated that they intend to retain and disclose rebuttal witnesses who then will also need to be deposed. Lastly, depositions of the treating physicians and discovery of the third party defendants will also be required.

## LEGAL CONTENTION

This case was transferred in 2007 by the Panel's own motion because: there were

common questions of fact with other cases before the Panel and coordinated or consolidated pretrial proceedings would serve the convenience of the parties and witnesses and would promote just and efficient conduct of litigation. The Plaintiffs who did not oppose the transfer now seek to have the matter conditionally remanded before the common discovery of the national asbestos experts have been taken thereby defeating the goal and purpose behind 28 USCS §1407.

Specifically, Plaintiffs have listed several national expert witnesses such as Mr. William Longo, Mr. Richard Hatfield, Dr. Victor Roggli, Dr. Douglas Pohl, Dr. Arthur Frank, Dr. Richard Lemen, Dr. Ronald Dodson, who will/may testify in trial, and none of them has been deposed. Many of these national expert witnesses have been designated to testify regarding the relationship between certain asbestos products and the development of asbestos disease. Furthermore, some of these national expert witnesses are expected to testify concerning their opinions from their own experiments and studies. The deposition testimonies of these witnesses are relevant and common to other cases before the Panel. This case should only be remanded after the common discovery is complete. *In re National Student Marketing Litigation (1973, Jud Pan Mult Lit) 358 F. Supp1303, 1973.*

Cases are transferred pursuant to 28 USCS §1407 to benefit not only the parties, but it is done for the benefit of the Court and the witnesses. The goals of the transfer is to serve the convenience of the parties and witnesses and to promote just and efficient conduct of litigation so that inconsistent pretrial rulings on common issues can be avoided. *In re 7-Eleven Franchise Antitrust Litigation (1973, Jud Pan Mult Lit) 358 F. Supp 286, 1973-1* and *In re Mutual Fund Sales Antitrust Litigation (1973, Jud Pan Mult Lit) 361 F. Supp 638, 1973-2.* Therefore, even though Garlock consented to the remand,

4

consideration needs to be made so that inconsistent rulings on common issues can be avoided and the witnesses will not be overburdened because they are undoubtedly listed on other parties expert witness lists.  In balance of all the considerations, the Order of Remand should be vacated.

### CONCLUSION

Common discovery and pretrial proceedings have not been accomplished, and this matter is not ready to be conditionally remanded to the Transferor Court for trial.  To remand this matter at this stage would thwart the goal and purpose of the transfer in the first place.  Garlock Sealing Technologies LLC and the Anchor Packing Company respectfully request that the conditional remand order of March 7, 2008 be vacated and the case remain with the Transferee Court so that common discovery and pretrial proceedings may be accomplished in a timely manner.

Respectfully Submitted,

John Gordinier, Esq.
Berlin Tsai, Esq.
PEDLEY & GORDINIER, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, Kentucky 40202
Telephone:  (502) 214-3120
Facsimile:  (502) 214-3121
Email:  jgordinier@pedley.com
        btsai@pedleylaw.com
***Counsel for Garlock Sealing Technologies, LLC
and The Anchor Packing Company***



5

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR ~ 9 2008

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

It is hereby certified that the original and four copies of the foregoing document along with a computer generated disk were filed with the Clerk of the Panel and that the copy was also served on the attached panel list by depositing copy of the same in the United States Mail on the 7th of April, 2008.

Berlin Tsai
*Counsel for Garlock Sealing Technologies, LLC*
*and The Anchor Packing Company*

RECEIVED
CLERK'S OFFICE
2008 APR -8  A 9: 53
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**
**MDL NO. 875**
**IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**
**CASE NO. W.D. KENTUCKY 3:07-CV-65-H**

**Robert Moeller, et al vs. Garlock Sealing Technologies, LLC, et al E.D.Pennsylvania**

**PANEL SERVICE LIST (Excerpted from CRO)**

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Richard D. Schuster, Esq.
Vorys Sater Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH  44308-1314

Adam M. Chud, Esq.
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC  20001

Robert N. Spinelli
Kelley Jasons McGuire & Spinelli, LLP
Centre Square West, 15 Floor
Philadelphia, PA  19102

Gene Locks, Esq.
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA  19102

Eric J. Jacobi, Esq.
Clay Kenealy Wagner & Adams, PLLC
1730 Meidinger Tower
462 South Fourth Avenue
Louisville, KY  40202

Edward J. Cass, Esq.
Gallagher Sharp Fulton & Norman
Bulkely Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Neil Selman, Esq.
Selman Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025

David C. Landin, Esq.
Hunton & Williams, LLP
Riverfront Plaza East Tower
951 Byrd Street
Richmond, VA  23219

David A. Damico, Esq.
Burns White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA  15212

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI  48226-4192

Raymond P. Forceno, Esq.
Forceno Goggin & Keller
1528 Walnut Street, Suite 900
Philadelphia, PA  19102

Andrew J. Trevelise, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

John J. Repcheck, Esq.
Marks O'Neill O'Brien & Courtney, PC
Gulf Tower, Suite 2600
107 Grant Street
Pittsburgh, PA  15219

Max S. Hartz, Esq.
McCarroll Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY  42302

John D. Roven, Esq.
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX  77018

Joseph D. Satterley, Esq.
Sales Tillman Wallbaum Catlett &
Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

Ronald L. Motely, Esq.
Motely Rice, LLC
P.O. Box 1792, 28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

John K. Gordinier, Esq.
Berlin Tsai, Esq.
Pedley & Gordinier, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, KY  40202

Susan M. Hansen, Esq.
Brownson & Ballou
222 South Sixth Street, Suite 4800
Minneapolis, MN  55402

James K. Weston II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

# KENEALY | JACOBI

KENEALY & JACOBI PLLC
462 South Fourth Avenue, Suite 1730, Louisville, Kentucky 40202
Phone: (502) 561-2005 | Fax: (502) 589-5500 | Web: www.kandjlaw.com

Writer's email:
ejacobi@kandjlaw.com

June 6, 2007

Mr. Bruce Lassman
Asbestos MDL 875 Law Clerk
U.S. Courthouse
601 Market Street, Room 17614
Philadelphia, PA 19106

**Re:** **MDL 875 – In Re: Asbestos Products Liability Litigation (No. VI)**
*Robert Moeller et al. v. Garlock Sealing Technologies LLC et al.*
**Kentucky Western District, KYW 3 07-65**

Dear Mr. Lassman:

As counsel for the plaintiff in *Robert Moeller v. Garlock Sealing Technologies LLC et al.*, No. 03:07-CV-00065 (W.D.K.Y.), I am writing to respectfully request a status/settlement conference in the case.

Mr. Moeller is a 63 year-old retired pipefitter <u>living</u> with mesothelioma. He and his doctors are cognizant of the fatal nature of his disease and shortened life expectancy.

Mr. Moeller originally filed suit in Jefferson Circuit in Louisville, Kentucky on March 22, 2006. The plaintiff sought and was provided an expedited trial setting for February 26, 2007. All defendants except Garlock and John Crane settled before trial. Counsel for Garlock and John Crane removed the case the Western District of Kentucky immediately prior to trial. Transfer to MDL 875 followed.

Mr. Moeller is anxious to proceed with his case in hopes he can participate in his trial. His health raises substantial doubt that he will be able to assist with the prosecution of his case. For this reason, Mr. Moeller desires an expedited status/settlement conference at the MDL. If the case cannot be resolved at the MDL, Mr. Moeller desires immediate transfer to the Western District of Kentucky to proceed with a trial.

Thank you for your consideration. If you have any questions, please do not hesitate to call me. With best personal regards,

Sincerely,

Eric J. Jacobi

EJJ/es
cc: All counsel of record

RECEIVED JUN 0 7



No. 06-CI-02564

**JEFFERSON CIRCUIT COURT**
**DIVISION FOUR (4)**
**JUDGE DENISE G. CLAYTON**

ROBERT L. MOELLER                                                           PLAINTIFFS
and
OLWEN MOELLER

v.

GARLOCK SEALING TECHNOLOGIES LLC                              DEFENDANTS

---

### PLAINTIFFS' DESIGNATION OF EXPERT AND MEDICAL WITNESSES

---

Comes the Plaintiffs, by and through their attorneys, and hereby designate the following

expert and medical witnesses:

### EXPERT & MEDICAL WITNESSES

**DR. VICTOR L. ROGGLI**
Duke University Medical Center
Room 263 M, Davidson Building
Ervin Road
Durham, North Carolina 27710

Dr. Roggli will testify concerning the diagnosis of Mr. Moeller's malignant mesothelioma. He will testify concerning his review of Mr. Moeller's lung tissue and pathology material.

Dr. Roggli may also testify concerning the prognosis of malignant mesothelioma. He will testify concerning the relationship between asbestos exposure and development of asbestos diseases, including mesothelioma. He will testify concerning the historical knowledge of asbestos diseases (including mesothelioma) based on his review of the medical and scientific literature. He will explain when the medical and scientific community knew of the health hazards related to asbestos exposure including development of malignant mesothelioma. He may also be asked to provide testimony concerning issues of asbestos exposure and development of disease, including issues related to causation and asbestos fiber type.

Dr. Roggli is a board-certified pathologist and professor of pathology at Duke University. He has been a member of the U.S.-Canadian Mesothelioma Panel since 1987. He has written a pathology textbook devoted exclusively to diseases associated with exposure to asbestos and has published numerous articles in the peer-reviewed medical literature.



EXHIBIT
**B**

**DR. DOUGLAS A. POHL**
18701 SE Crosswinds Lane
Jupiter, Florida 33478

Dr. Pohl's will testify concerning his diagnosis of Mr. Moeller's malignant mesothelioma. He may testify concerning his review of Mr. Moeller's lung tissue and pathology material. Dr. Pohl will also testify concerning the prognosis of malignant mesothelioma, the progression of the disease, the cost in treating the disease and the pain and suffering associates with the disease.

Dr. Pohl will also testify concerning the relationship between asbestos exposure and development of asbestos diseases, including mesothelioma.  Dr. Pohl will testify concerning the historical knowledge of asbestos diseases (including mesothelioma) based on his review of the medical and scientific literature. He will explain when the medical and scientific community knew of the health hazards related to asbestos exposure including development of malignant mesothelioma.

**DR. ARTHUR FRANK**
Drexel U. School of Public Health
Mail Stop 660
245 North 15th Street
Philadelphia, PA 19102

Dr. Frank may be called to testify concerning the diagnosis of Mr. Moeller's asbestos-related diseases, including malignant mesothelioma. He will also testify concerning the prognosis of malignant mesothelioma, the progression of the disease, the cost in treating the disease and the pain and suffering associates with the disease. He will provide testimony concerning the association between asbestos exposure and development of malignant mesothelioma. Dr. Frank will testify concerning the historical knowledge of asbestos diseases including mesothelioma based on his review of the medical and scientific literature.

Dr. Frank serves as Professor of Public Health and Chair of the Department of Environmental and Occupational Medicine at the Drexel University School of Public Health in Philadelphia.

**DR. ROY G. BOWLING**
Jewish Hospital
Louisville, Kentucky

Dr. Hymes may testify concerning his treatment of Mr. Moeller, including surgeries he performed. He will testify concerning the diagnosis of malignant mesothelioma. He will testify concerning his medical knowledge of the causal relationship between asbestos exposure and malignant mesothelioma. He may testify concerning his review of the medical literature concerning asbestos diseases, including mesothelioma.  He may be asked to testify concerning the prognosis of malignant mesothelioma, the progression of the disease, the cost in treating the disease and the pain and suffering associates with the disease.

**DR. CAROLYN BURNS**
Jewish Hospital
Louisville, Kentucky

Dr. Burns is a pathologist at Jewish Hospital. She may be called to testify regarding Mr. Moeller's malignant mesothelioma. She may be asked to testify regarding her review of the pathology material and the diagnosis of malignant mesothelioma. She may explain the cause and effect relationship between exposure to asbestos and development of malignant mesothelioma.

**DR. JOSEPH TISONE**
Jewish Hospital
Louisville, Kentucky

Dr. Tisone is a pathologist at Jewish Hospital. He may be called to testify regarding Mr. Moeller's malignant mesothelioma. He may be asked to testify regarding his review of the pathology material and the diagnosis of malignant mesothelioma. He may explain the cause and effect relationship between exposure to asbestos and development of malignant mesothelioma.

**RONALD F. DODSON**, **PHD, FCCP**
ERI Consulting Inc.
2024 Republic Drive
Tyler, Texas 75701

Dr. Dodson has conducted significant research in the area of asbestos diseases. He will provide testimony concerning the inhalation of respirable asbestos fibers in the lung and the potential resulting health effects, such as mesothelioma and asbestosis. He will discuss the size diameter of asbestos fibers that reach the alveolar region of the lung and remain there for a sufficient time to cause asbestos related disease.

Dr. Dodson will testify concerning his review of lung tissue from asbestos disease patients. He will testify concerning the presence of asbestos fibers in diseased lung tissue, including testimony concerning fiber type, length, size and dimension. He will specifically provide an analysis of asbestos fiber burden in lung tissue from mesothelioma patients.

Dr. Dodson may testify concerning his review of Mr. Moeller's lung tissue and pathology.

**FRANK SLESNICK**

910 Villeroy Greens Drive

Sun City Center, Florida 33573


Frank Slesnick may be called to testify concerning his evaluation of economic losses associated with Mr. Moeller' s development of malignant mesothelioma, including loss of earning capacity, lost wages, loss of pension and fringe benefits, and homemaker losses.


**RICHARD A. LEMEN, PhD**

3495 Hillgate Hills Drive

Duluth, Georgia 30097


Dr. Lemen may be called to testify concerning the asbestos exposure and disease. Dr. Lemen is former Assistant Surgeon General of the United States and Director of NIOSH. He has participated in several epidemiologic studies of asbestos disease and is familiar with medical and scientific literature pertaining to asbestos exposure and asbestos disease. He may provide testimony concerning the medical and scientific literature related to asbestos, asbestos exposure and asbestos disease.


Dr. Lemen will provide a historical perspective related to asbestos. Dr. Lemen's "Asbestos Timetables" has been previously provided during the course of asbestos litigation. Dr. Lemen may also be asked to provide testimony concerning issues of asbestos exposure and development of disease, including issues related to causation and asbestos fiber type.


**WILLIAM LONGO, PhD**

**RICHARD HATFIELD, PhD**

3945 Lakefield Court

Suwanee, Georgia 30024


Dr. Longo is a material scientist and Dr. Hatfield is an industrial hygienist. Each may be called to testify concerning general issues regarding asbestos and exposure to asbestos. Each may provide testimony regarding bulk sampling, analysis of airborne dust levels and fiber content of specific asbestos materials. Each may testify regarding tissue analysis and examination for asbestos fibers. Each may testify and give opinions concerning principles, techniques and methodologies used to determine exposure to asbestos. Each may testify regarding experiments and studies on asbestos products, including but not limited to pipe covering, block insulation, gaskets, packing materials, and cements. Each may provide testimony regarding  tests and studies conducted concerning specific asbestos products, fiber content and occupational exposure. Plaintiff may introduce videotaped experiments conducted by regarding the defendant's asbestos-containing products. Dr. Longo and

Dr. Hatfield have been deposed on numerous occasions in the course of asbestos litigation, including cases in Kentucky.

Plaintiffs reserve the right to call any witness disclosed or identified by any other party during the course of this litigation. Plaintiffs also reserve the right to supplement this request as discovery is ongoing.

Respectfully submitted,

Eric J. Jacobi, Esq.

William R. Kenealy, Esq.

Clay, Kenealy, Wagner & Adams PLLC

1730 Meidinger Tower

462 South Fourth Avenue

Louisville, KY 40202

Phone: (502) 561-2005

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was this 3rd day of _October_, 2006, mailed all parties identified on the attached service list.

_____
Eric J. Jacobi, Esq.

## SERVICE LIST - ROBERT MOELLER

Max S. Hartz, Esq.
MCCARROLL NUNLEY & HARTZ
111 East Third Street
PO Box 925
Owensboro, Kentucky 42302
*Counsel for John Crane, Inc.*

Armer Mahan, Jr., Esq.
Joseph P. Hummel
LYNCH COX GILMAN & MAHAN PSC
500 West Jefferson, Suite 2100
Louisville, Kentucky 40202
*Counsel for Cardinal Industrial Insulation*

John K. Gordinier, Esq.
PEDLEY, ZIELKE, GORDINIER & PENCE
462 South Fourth Avenue, Suite 2000
Louisville, Kentucky 40202
*Counsel for Garlock Sealing Technologies*
*& The Anchor Packing Company*

Robin E. Harvey, Esq.
BAKER & HOSSTETLER
312 Walnut Street, Suite 2650
Cincinnati, Ohio 45202-4038
*Counsel for Uniroyal, Inc.*

Doug W. Langdon, Esq.
FROST, BROWN, TODD
400 West Market Street, Suite 3200
Louisville, Kentucky 40202
*Counsel for Melrath Gasket, Inc.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR -- 9 2008

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 875
IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. W.D. KENTUCKY 3:07-CV-65-H

ROBERT L. MOELLER
and OLWEN MOELLER

v.

GARLOCK SEALING TECHNOLOGIES, LLC
THE ANCHOR PACKING COMPANY
and
JOHN CRANE, INC.

### SCHEDULE PURSUANT TO RULE 7.2 OF THE RULES OF PROCEDURE
### OF JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

* * * * * * * *

Come Garlock Sealing Technologies, LLC and The Anchor Packing Company,

pursuant to Rule 7.2 (a) (ii) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, and give notice of the following schedule.

(A)    The name of the action is Robert L. Moeller and Olwen Moeller vs.

Garlock Sealing Technologies, LLC, The Anchor Packing Company and John Crane, Inc.

(B)    United States District Court, Western District of Kentucky at Lousiville,

Kentucky.

(C)     Civil Action No. 3:07-65-H

(D)     Judge John G. Heyburn, II.

Respectfully Submitted,

John Gordinier, Esq.
Berlin Tsai, Esq.
PEDLEY & GORDINIER, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 214-3120
Facsimile: (502) 214-3121
Email: jgordinier@pedley.com
        btsai@pedleylaw.com
***Counsel for Garlock Sealing Technologies, LLC
and The Anchor Packing Company***

## CERTIFICATE OF SERVICE

It is hereby certified that the original and four copies of the foregoing document along with a computer generated disk were filed with the Clerk of the Panel and that the copy was also served on the attached panel list by depositing copy of the same in the United States Mail on the 7[h] day of April, 2008.

Berlin Tsai
***Counsel for Garlock Sealing Technologies, LLC
and The Anchor Packing Company***

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 APR -8  A  9: 54

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR ~ 9 2008

FILED
CLERK'S OFFICE

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 875
IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. W.D. KENTUCKY 3:07-CV-65-H**

**Robert Moeller, et al vs. Garlock Sealing Technologies, LLC, et al E.D.Pennsylvania**

### PANEL SERVICE LIST (Excerpted from CRO)

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Richard D. Schuster, Esq.
Vorys Sater Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH  44308-1314

Adam M. Chud, Esq.
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC  20001

Robert N. Spinelli
Kelley Jasons McGuire & Spinelli, LLP
Centre Square West, 15 Floor
Philadelphia, PA  19102

Gene Locks, Esq.
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA  19102

Eric J. Jacobi, Esq.
Clay Kenealy Wagner & Adams, PLLC
1730 Meidinger Tower
462 South Fourth Avenue
Louisville, KY  40202

Edward J. Cass, Esq.
Gallagher Sharp Fulton & Norman
Bulkely Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Neil Selman, Esq.
Selman Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025

David C. Landin, Esq.
Hunton & Williams, LLP
Riverfront Plaza East Tower
951 Byrd Street
Richmond, VA  23219

David A. Damico, Esq.
Burns White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA  15212

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI  48226-4192

Raymond P. Forceno, Esq.
Forceno Goggin & Keller
1528 Walnut Street, Suite 900
Philadelphia, PA  19102

Andrew J. Trevelise, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

John J. Repcheck, Esq.
Marks O'Neill O'Brien & Courtney, PC
Gulf Tower, Suite 2600
107 Grant Street
Pittsburgh, PA  15219

Max S. Hartz, Esq.
McCarroll Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY  42302

John D. Roven, Esq.
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX  77018

Joseph D. Satterley, Esq.
Sales Tillman Wallbaum Catlett &
Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

Ronald L. Motely, Esq.
Motely Rice, LLC
P.O. Box 1792, 28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA  19103

John K. Gordinier, Esq.
Berlin Tsai, Esq.
Pedley & Gordinier, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, KY  40202

Susan M. Hansen, Esq.
Brownson & Ballou
222 South Sixth Street, Suite 4800
Minneapolis, MN  55402

James K. Weston II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA  52406

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2008

FILED
CLERK'S OFFICE

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 875
IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. W.D. KENTUCKY 3:07-CV-65-H**

ROBERT L. MOELLER
and OLWEN MOELLER

v.

GARLOCK SEALING TECHNOLOGIES, LLC
THE ANCHOR PACKING COMPANY
and
JOHN CRANE, INC.

**GARLOCK SEALING TECHNOLOGIES, LLC AND THE ANCHOR PACKING
COMPANY'S NOTICE OF ATTORNEY DESIGNATED TO RECEIVE SERVICE
OF ALL PLEADINGS, NOTICES, ORDERS AND OTHER PAPERS**

\* \* \* \* \* \* \* \*

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multi-

District Litigation, Garlock Sealing Technologies, LLC and The Anchor Packing

Company, by counsel hereby notify the Court that Garlock Sealing Technologies, LLC

and The Anchor Packing Company will be represented by John K. Gordinier, Pedley &

Gordinier, PLLC, 1150 Starks Building, 455 South Fourth Street, Louisville, KY  40202.

Respectfully Submitted,


John Gordinier, Esq.
Berlin Tsai, Esq.
PEDLEY & GORDINIER, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, Kentucky 40202
Telephone:  (502) 214-3120
Facsimile:  (502) 214-3121
Email:  jgordinier@pedley.com
        btsai@pedleylaw.com
*Counsel for Garlock Sealing Technologies, LLC
and The Anchor Packing Company*

## CERTIFICATE OF SERVICE

It is hereby certified that the original and four copies of the foregoing document along with a computer generated disk were filed with the Clerk of the Panel and that the copy was also served on the attached panel list by depositing copy of the same in the United States Mail on the 7[h] day of April, 2008.


Berlin Tsai
*Counsel for Garlock Sealing Technologies, LLC
and The Anchor Packing Company*

RECEIVED
CLERK'S OFFICE
2008 APR -8  A 9: 54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

APR - 9 2008

**MDL NO. 875**

FILED
CLERK'S OFFICE

**IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. W.D. KENTUCKY 3:07-CV-65-H**

**Robert Moeller, et al vs. Garlock Sealing Technologies, LLC, et al E.D.Pennsylvania**

**PANEL SERVICE LIST (Excerpted from CRO)**

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH  44114

Richard D. Schuster, Esq.
Vorys Sater Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH  44308-1314

Adam M. Chud, Esq.
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC  20001

Robert N. Spinelli
Kelley Jasons McGuire & Spinelli, LLP
Centre Square West, 15 Floor
Philadelphia, PA  19102

Gene Locks, Esq.
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA  19102

Eric J. Jacobi, Esq.
Clay Kenealy Wagner & Adams, PLLC
1730 Meidinger Tower
462 South Fourth Avenue
Louisville, KY  40202

Edward J. Cass, Esq.
Gallagher Sharp Fulton & Norman
Bulkely Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH  44115

Neil Selman, Esq.
Selman Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025

David C. Landin, Esq.
Hunton & Williams, LLP
Riverfront Plaza East Tower
951 Byrd Street
Richmond, VA  23219

David A. Damico, Esq.
Burns White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA  15212

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI  48226-4192

Raymond P. Forceno, Esq.
Forceno Goggin & Keller
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Andrew J. Trevelise, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John J. Repcheck, Esq.
Marks O'Neill O'Brien & Courtney, PC
Gulf Tower, Suite 2600
107 Grant Street
Pittsburgh, PA 15219

Max S. Hartz, Esq.
McCarroll Nunley & Hartz
111 East Third Street
P.O. Box 925
Owensboro, KY 42302

John D. Roven, Esq.
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Joseph D. Satterley, Esq.
Sales Tillman Wallbaum Catlett &
Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202

Ronald L. Motely, Esq.
Motely Rice, LLC
P.O. Box 1792, 28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

John K. Gordinier, Esq.
Berlin Tsai, Esq.
Pedley & Gordinier, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, KY 40202

Susan M. Hansen, Esq.
Brownson & Ballou
222 South Sixth Street, Suite 4800
Minneapolis, MN 55402

James K. Weston II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406



# PEDLEY & GORDINIER, PLLC
### ATTORNEYS AT LAW

April 8, 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2008

FILED
CLERK'S OFFICE

DAVID M. PEDLEY†
JOHN K. GORDINIER
MARINA FINEGOLD
C. DODD HARRIS IV
KENNETH J. HENRY, ED., D
MICHAEL A. KHOURI
J. HAYS LAWSON
ILAM E. SMITH
BERLIN TSAI
STANLEY W. WHETZEL, JR.

OF COUNSEL
KAREN M. CUTLER††

LAW OFFICES OF
JERRY N. HIGGINS, PLLC.*

*ALSO ADMITTED INDIANA
†ALSO ADMITTED CONNECTICUT,
GEORGIA, NEW HAMPSHIRE
& NEW YORK
††ADMITTED GEORGIA

**_VIA FACSIMILE (202) 502-2888_**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judicial Building
Room G-255, North Lobby
Washington, D.C. 20002

RE:   ***Robert L. Moeller and Olwen Moeller vs. Garlock Sealing***
      ***Technologies, LLC, The Anchor Packing Company and***
      ***John Crane, Inc.***
      **Case No. W.D. Kentucky 3:07-CV-65-H**
      **Asbestos Product Liability Litigation (Volume 6)**
      **MDL No. 875**

Dear Mr. Beck:

Please accept Garlock Sealing Technologies, LLC and Anchor Packing Company's Motion and Brief to Vacate the Conditional Remand Order as a response to co-defendant John Crane, Inc.'s Motion and Brief to Vacate the Conditional Remand Order filed on April 4, 2008.

Attached please find the certification that a copy of this letter was mailed to the attached panel list.

Sincerely yours,

Berlin Tsai

Berlin Tsai

TYM
cc:  Counsel on attached panel list
Attachment

2008 APR -8 P 3: 18
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2008

FILED
CLERK'S OFFICE

# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION
### MDL NO. 875
### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
### CASE NO. W.D. KENTUCKY 3:07-CV-65-H
**Robert Moeller, et al vs. Garlock Sealing Technologies, LLC, et al E.D.Pennsylvania**

## PANEL SERVICE LIST (Excerpted from CRO)

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Richard D. Schuster, Esq.
Vorys Sater Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Adam M. Chud, Esq.
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Robert N. Spinelli
Kelley Jasons McGuire & Spinelli, LLP
Centre Square West, 15 Floor
Philadelphia, PA 19102

Gene Locks, Esq.
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Eric J. Jacobi, Esq.
Clay Kenealy Wagner & Adams, PLLC
1730 Meidinger Tower
462 South Fourth Avenue
Louisville, KY 40202

Edward J. Cass, Esq.
Gallagher Sharp Fulton & Norman
Bulkely Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Neil Selman, Esq.
Selman Breitman & Burgess
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025

David C. Landin, Esq.
Hunton & Williams, LLP
Riverfront Plaza East Tower
951 Byrd Street
Richmond, VA 23219

David A. Damico, Esq.
Burns White & Hickton, LLP
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 APR -8 P 3: 18

RECEIVED
CLERK'S OFFICE

Raymond P. Forceno, Esq.  
Forceno Goggin & Keller  
1528 Walnut Street, Suite 900  
Philadelphia, PA 19102  

Andrew J. Trevelise, Esq.  
Reed Smith, LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103  

John J. Repcheck, Esq.  
Marks O'Neill O'Brien & Courtney, PC  
Gulf Tower, Suite 2600  
107 Grant Street  
Pittsburgh, PA 15219  

Max S. Hartz, Esq.  
McCarroll Nunley & Hartz  
111 East Third Street  
P.O. Box 925  
Owensboro, KY 42302  

John D. Roven, Esq.  
Roven-Kaplan, LLP  
2190 North Loop West, Suite 410  
Houston, TX 77018  

Joseph D. Satterley, Esq.  
Sales Tillman Wallbaum Catlett &  
Satterley  
1900 Waterfront Plaza  
325 West Main Street  
Louisville, KY 40202  

Ronald L. Motely, Esq.  
Motely Rice, LLC  
P.O. Box 1792, 28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464  

Ellen B. Furman, Esq.  
Goldfein & Hosmer  
1600 Market Street, 33rd Floor  
Philadelphia, PA 19103  

John K. Gordinier, Esq.  
Berlin Tsai, Esq.  
Pedley & Gordinier, PLLC  
1150 Starks Building  
455 South Fourth Street  
Louisville, KY 40202  

Susan M. Hansen, Esq.  
Brownson & Ballou  
222 South Sixth Street, Suite 4800  
Minneapolis, MN 55402  

James K. Weston II, Esq.  
Tom Riley Law Firm  
4040 First Avenue, N.E.  
P.O. Box 998  
Cedar Rapids, IA 52406