# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 14 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5414

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

MDL NO. 875- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)

*Lorene Barton vs. Kelly-Springfield Tire Corp.*, E. D. Texas C. A. No. 6:08-00039

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 305

Please take notice that Plaintiff, *Lorene Barton*, through the undersigned counsel and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation hereby files her Notice of Opposition to Conditional Transfer Order 305 ("CTO 305") transferring the following case:

*Lorene Barton vs. Kelly-Springfield Tire Corp.*, E. D. Texas C. A. No. 6:08-00039

to the Multidistrict Litigation now pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable Judge James T. Giles, *In Re: Asbestos Products Liability Litigation (No. VI)*. Therefore, Plaintiff submits this opposition to the conditional transfer order.

Respectfully Submitted,

PROVOST UMPHREY LAW FIRM, L.L.P.
P. O. Box 4905
490 Park Street
Beaumont, Texas 77704
(409) 835-6000/ (409) 838-8888 FAX

_____
Aaryn K. Giblin
TBA No. 00784382

ATTORNEY FOR PLAINTIFF

**OFFICIAL FILE COPY**

IMAGED APR 1 4 2008

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that pursuant to the Texas Rules of Civil Procedure, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on this the 11th day of April 2008.

_____
Aaryn K. Giblin

**INVOLVED COUNSEL LIST (CTO-305)**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Russell C. Brown
Law Offices of Russell C. Brown PC
300 West Main Street
P. O. Box 1780
Henderson, TX 75653-1780

David A. Oliver
Porter & Hedges LLP
1000 Main Street
36th Floor
Houston, TX 77002-6336