**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 15 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION

MDL No. 875

DUANE LANHAM, et al.           )
                               )  CIVIL ACTION NO.
        Plaintiffs,            )  1:08-cv-10000
                               )
   v.                          )  From the UNITED STATES DISTRICT
                               )  COURT, NORTHERN DISTRICT OF
                               )  OHIO
EATON CORPORATION, et al.      )
                               )
        Defendants.            )

PLEADING NO. 5415

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW COME PLAINTIFFS, by and through their counsel, and file this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-305 included this above-referenced action. Deadline for Notice of Opposition is April 14, 2008. Plaintiffs hereby serve their Notice of Opposition to CTO-305, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiffs will serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

**OFFICIAL FILE COPY**



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2008 APR 14 P 3:38
RECEIVED
CLERK'S OFFICE

IMAGED APR 15 2008

Dated: April 14, 2008                Respectfully submitted,

/s/ Christopher J. Hickey
CHRISTOPHER J. HICKEY (0065416)
SANDRA BECHER SOMMERS (0029180)
Brent Coon & Associates
1220 West Sixth Street, Suite 303
Cleveland, Ohio 44113
Telephone: (216) 241-1872
Facsimile: (216) 241-1873
Email: chip@bcoonlaw.com
       Sandra.Sommers@bcoonlaw.com

Attorneys for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 APR 14  P 3:38

RECEIVED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

A copy of the foregoing Plaintiffs' Notice of Opposition to Conditional Transfer Order has been filed this 14th day of April 2008 upon the Judicial Panel for Multidistrict Litigation via facsimile transmission to (202) 502-2888, and upon all counsel of records via electronic service.

/s/ Christopher J. Hickey
CHRISTOPHER J. HICKEY (0065416)

Attorney for Plaintiff

2008 APR 14 P 3:38
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE