MDL 875

BEFORE THE JUDICIAL PANEL ON MULIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 16 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) MDL DOCKET NO. 875 ) ) ) ) |

PLEADING NO. 5419

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED MUNN and DONNA MUNN, <br><br> Plaintiffs, <br><br> vs. <br><br> CLA-VAL CO., et al., <br><br> Defendants. | ) Case No. CV-08-00248 R (JTLx) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANT VIAD CORP'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Viad Corp submits this memorandum of law in opposition to Plaintiffs' motion to vacate the conditional transfer order (CTO-303).

I. **ARGUMENT.**

   A. **Plaintiffs' Motion to Vacate The Conditional Transfer Order is Moot Because The United States District Court Has Denied Plaintiff's Motion to Remand**

OFFICIAL FILE COPY   IMAGED APR 17 2008

Plaintiffs filed a motion to vacate the conditional transfer order, arguing this case should not be transferred until there has been a ruling by the United States District Court for the Central District of California on Plaintiffs' motion to remand this case to state court. On April 14, 2008, the district court denied Plaintiffs' motion to remand. *See* Civil Minutes – General, Hon. Manuel L. Real, dated April 14, 2008 (attached as Exhibit A)[1]. Plaintiffs' motion to vacate is therefore moot and must be denied. This case should be transferred to the Eastern District of Pennsylvania.

### B. The Issue of Federal Jurisdiction Pursuant to 28 U.S.C. § 1442(a)(1) Should Not Be Relitigated

Plaintiffs argue there is no underlying federal jurisdiction upon which to base a transfer of this case to the Eastern District of Pennsylvania. On the contrary, the district court has already denied Plaintiffs' remand motion, where Plaintiffs argued Viad Corp had no basis to remove this case pursuant to 28 U.S.C. § 1442(a)(1), governing federal officer removals. The Panel should not second-guess the district court's denial of Plaintiffs' motion to remand.

//

//

---

[1] CV-08-00282 R is the same case as CV-08-00248 R. Viad and Foster Wheeler filed separate removals of the same state court case.

## II. CONCLUSION.

Plaintiffs' motion to vacate the conditional transfer order should be denied. The district court has denied Plaintiffs' motion to remand, validating Viad Corp's removal of this case to federal court pursuant to 28 U.S.C. § 1442(a)(1). This case should be transferred to the Eastern District of Pennsylvania.

DATED: April 15, 2008

FOLEY & MANSFIELD, PLLP

By: _____
Peter B. Langbord (CA. SBN #144319)
150 S. Los Robles Ave., Suite 400
Pasadena, California 91101
Telephone: (626) 744-9359
Facsimile: (626) 744-9359
**Attorneys for Defendant
VIAD CORP**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   2008 APR 16  A 11:25   RECEIVED CLERK'S OFFICE

Exhibit A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV 08-282-R**                                    Date: **April 14, 2008**

**TITLE: TED MUNN and DONNA MUNN V. CLA-VAL CO., et al.**

================================================================

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

Brian Barrow                                                            Thomas Moses
                                                                        John Lister
                                                                        Peter langbord
                                                                        Brian Davis

**PROCEEDINGS:**   Plaintiff's Motion for Remand to State Court

The Court hears arguments of counsel.

The Court DENIES the motion.

*[Stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION 2008 APR 16 A 11: 26 RECEIVED CLERK'S OFFICE]*

5 min

**MINUTES FORM 90**                                    Initials of Deputy Clerk   WH
**CIVIL -- GEN**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 16 2008

FILED
CLERK'S OFFICE

# PROOF OF SERVICE
[CCP, 1013A(3) CRC Rule 2006(d) - Revised 3/1/92]

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 S. Los Robles Avenue, Suite 400, Pasadena, California 91101.

On **April 15, 2008**, I served the foregoing document described as: **DEFENDANT VIAD CORP'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

*See Attached Service List*

☒ ***(BY MAIL)*** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ ***(BY PERSONAL DELIVERY)*** I caused each such envelope to be delivered to a courier with whom we have a direct billing account, who personally delivered each such envelope to the office of the addressee on the date last written below.

☐ ***(BY FACSIMILE TRANSMISSION)*** I caused such document to be transmitted to the addressee(s) facsimile number noted above. The facsimile machine I used complied with Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the facsimile transmission, a copy of which is attached to this declaration.

☐ ***(BY OVERNIGHT DELIVERY)*** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the Federal Express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service.

Executed on **April 15, 2008**, Pasadena, California.

☒ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct and, that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Leo Valente

**PANEL SERVICE LIST (Excerpted from CTO-303)**
**DYER vs. ALFA LAVAL, INC., et al., C.D. California, C.A. No. 2:07-7959**
**MUNN vs. CLA-VAL CO., ET AL., C.D. California, C.A. No. 2:08-248**
**MDL NO. 875**
Updated as of 4/11/08

| | | |
|---|---|---|
| Harris Webster Trey Jones<br>SIMON EDDINS & GREENSTONE<br>301 E. Ocean Blvd., Suite 1950<br>Long Beach, Ca 90802 | Reginald S. Kramer<br>OLDHAM & DOWLING<br>195 South Main Street, Suite 300<br>Akron, OH 44308-1314 | Neil Selman<br>SELMAN BREITMAN & BURGESS<br>11766 Wilshire Blvd., Sixth Fl.<br>Los Angeles, CA 90025 |
| Edward J. Cass<br>GALLAGHER SHARP FULTON & NORMAN<br>Bulkley Building, 7th Floor<br>1501 Euclid Ave.,<br>Cleveland, OH 44115 | David C. Landin<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Robert N. Spinelli<br>KELLEY JASONS MCGUIRE & SPINELLI<br>Center Square West, 15th Floor<br>Philadelphia, PA 19102 |
| Adam M. Chud<br>GOODWIN PROCTER LLP<br>901 New York Ave., N.W.<br>Washington, DC 20001 | Ryan S. Landis<br>McKENNA LONG & ALDRIDGE LLP<br>444 South Flower Street, 4th Floor<br>Los Angeles, CA 90071 | Robert E. Swickle<br>JAQUES ADMIRALTY LAW FIRM PC<br>1370 Panobscot Building<br>645 Griwsold Street<br>The Maritime Asbestosis Legal Clinic<br>Detroit, MI 48226-4192 |
| David A. Damico<br>BURNS WHITE & HICKTON<br>Fourth Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 | Richard C. Binzley<br>THOMPSON HINE LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114 | Andrew J. Trevelise<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 |
| Raymond P. Forceno<br>FORCENO GOGGIN & KELLER<br>1528 Walnut Street<br>Pittsburgh, PA 19102 | Gene Locks<br>LOCKS LAW FIRM LLC<br>1500 Walnut Street<br>Ohiladelphia, PA 19102 | James K. Wilson II<br>TOM RILEY LAW FIRM<br>4040 First Ave, N.E.<br>P.O. Box 998<br>Cedar Rapids, IA 52406 |
| Ellen B. Furman<br>GOLDFEIN & HOSMER<br>1600 Market Street, 33rd floor<br>Philadelphia, PA 19103 | Ronald L. Motley<br>MOTLEY RICE LLC<br>P.O. Box 1792<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |
| Julia a. Gowin<br>PALMIERI, TYLER, WIENER, WILHEIM & WADRON LLP<br>2603 Main Street, East Tower-Suite 1300<br>Irvine, CA 92614-4281 | John J. Repcheck<br>MARKS O'NEILL O'BRIEN & COURTNEY PC<br>Gulf Tower, Suite 2600<br>707 Grant Street<br>Pittsburgh, PA 15219 | |
| Susan M. Hansen<br>BROWNSON & BALLOU<br>225 South Sixth Street, Suite 4800<br>Minneapolis, N 55402 | John D. Roven<br>ROVEN-KAPLAN LLP<br>2190 North Loop West, Suite 410<br>Houston, TX 77018 | |
| Edward R. Hugo<br>BRYDON HUGO & PARKER<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105 | Richard D. Schuster<br>VORYS SATER SEYMOUR 7 PEASE<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216-1008 | |

1

**PROOF OF SERVICE- SERVICE LIST**