JNL
Roland
Pop CRO

**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 21 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI)                 :
                                    :
_____x

FILED MAR 1 1 2008

This Document Relates to:           :    CIVIL ACTION NO. MDL 875

United States District Court        :    ED-PA No. 07 CV ~~63079~~ 74195
Eastern District of Louisiana       :

Leigh COLE, Sr., No. 2:07-CV-03049-EEF-SS :

[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]: 
_____x

PLEADING NO. 5424

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Eastern District of Louisiana, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for the determination of certain issues as the parties have been unable to resolve these matters despite reasonable efforts being made;

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Eastern District of Louisiana for resolution of all outstanding motions relating to the jurisdiction of this matter in federal court. In the event plaintiff prevails on these

MDL- 875
RECOMMENDED ACTION

**OFFICIAL FILE COPY**

CRO-1 action
Approved/Date: YX 26Mar08

IMAGED APR 2 1 2008

issues, the case should be returned to state court for further resolution. However, if the Transferor Court determines that jurisdiction is proper in the federal court, this case should then be transferred back to the MDL 875 Transferee Court for further action.

BY THE COURT:

Date: 3/6/2008

James T. Giles, J.

RECEIVED CLERK'S OFFICE 2008 MAR 24 P 2:05 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION