JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

## FIRST AMENDMENT TO THE HEARING SESSION ORDER AND ATTACHED SCHEDULE FILED APRIL 24, 2008

IT IS ORDERED that the Hearing Session Order and attached Schedule filed by the Judicial Panel on Multidistrict Litigation on April 24, 2008, are amended to include the following matter on Section B of the Schedule for the hearing session on May 29, 2008, in Asheville, North Carolina:

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Opposition of plaintiffs Ted Munn, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Ted Munn, et al. v. CLA-VAL Co., et al., C.A. No. 2:08-282

PANEL ON MULTIDISTRICT LITIGATION:

_____
John G. Heyburn II
Chairman

D. Lowell Jensen         J. Frederick Motz
Robert L. Miller, Jr.    Kathryn H. Vratil
David R. Hansen          Anthony J. Scirica

IMAGED APR 2 4 2008