JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2008

FILED
CLERK'S OFFICE

MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JUNE THOMAS, SURVIVING SPOUSE OF PAUL C. THOMAS, DECEASED AND KERI COOK, KEITH THOMAS AND KEVIN THOMAS, THE SURVIVING CHILDREN OF PAUL C. THOMAS, DECEASED<br><br>VS.<br><br>BP AMOCO CHEMICAL COMPANY | CIVIL ACTION NO. 3:08-0026 |

PLEADING NO. 5434

## CORPORATE DISCLOSURE STATEMENT

Defendant BP Amoco Chemical Company ("Defendant") and pursuant to the Court's Rule 5.3 file this Defendant's Corporate Disclosure Statement.

Defendant certifies that listed below is its parent corporation.

1) Defendant:      BP Amoco Chemical Company

2) Parent Company:   BP Corporation North America Inc.

**OFFICIAL FILE COPY**

IMAGED APR 29 2008

2008 APR 25 A 9:54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

HOU:2797062.1

Respectfully submitted,

ANDREWS KURTH LLP

By: _____
Thomas W. Taylor
State Bar No. 19723875
Southern District No. 3906
Raymond G. Randle, Jr.
State Bar No. 24004873
Southern District No. 23155
4200 Chase Tower
600 Travis Street
Houston, Texas  77002
(713) 220-4200
(713) 220-4285 (facsimile)

ATTORNEYS-IN-CHARGE FOR
DEFENDANT BP AMOCO CHEMICAL
COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2008

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record on to the attached Panel Service List and pursuant to the Federal Rules of Civil Procedure on this the 24th day of April, 2008.

_____
Raymond G. Randle, Jr.

2008 APR 25 A 9:54
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

HOU:2797062.1

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                         MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-304)

June Thomas, et al. v. BP Amoco Chemical Co., S.D. Texas, C.A. No. 3:08-26

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP FULTON
& NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212
dadamico@bwhite.com

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

D'Juana B. Parks
PROVOST & UMPHREY
 LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Thomas W. Taylor
ANDREWS & KURTH
600 Travis
Suite 4200
Houston, TX 77002-2778

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406