MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2008

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. KYW 3:07-CV-65-H

**ROBERT MOELLER
and OLWEN MOELLER**

**VS.**

**GARLOCK SEALING TECHNOLOGIES, LLC
THE ANCHOR PACKING COMPANY
and
JOHN CRANE, INC.**

\* \* \* \* \* \* \* \*

**PLAINTIFFS MOELLER'S JOINT RESPONSE
TO DEFENDANTS GARLOCK, ANCHOR PACKING AND JOHN CRANE'S
MOTIONS TO VACATE THE CONDITIONAL REMAND ORDER**

Come the Plaintiffs Robert Moeller and Olwen Moeller, by counsel, and in response to Defendants Garlock Sealing Technologies, LLC, Anchor Packing Company and John Crane, Inc.'s Motions to Vacate the Conditional Remand Order entered on March 7, 2008, hereby request this Panel to deny these Motions because (1) the Defendants have had more than adequate time to complete any necessary discovery in this case and Plaintiffs are currently prepared to try this case, and (2) all of these Defendants consented to transferring this matter for trial at the settlement conference on December 10, 2007. In further response thereto, Plaintiffs state as follows:

1. **Defendants have had more than adequate time to complete common discovery in this action.**

In their Motions, Defendants' contend the Conditional Transfer Order should be vacated as there is still common discovery to be completed in this action. The Defendants cite a motion filed by

PLEADING NO. 5435

OFFICIAL FILE COPY
IMAGED APR 29 2008

Plaintiffs' **previous counsel** years ago requesting a trial continuance in order to depose Defendants' expert witnesses and to perhaps thereafter disclose rebuttal expert witness. In December of 2007, Plaintiffs' current counsel assumed representation in this action. Plaintiffs' new counsel have no intention or desire to retain any rebuttal expert witnesses. Plaintiffs do not intend to despose any experts disclosed by Defendant John Crane. Plaintiffs' counsel was/is interested in deposing Defendants Garlock/Anchor Packing's expert witnesses. As evidenced by Plaintiffs' counsel's letter to Garlock/Anchor's counsel dated January 25, 2008 (attached as Exhibit A hereto), Plaintiff requested these Defendants to advise them of the expert witnesses they intended to call at trial and dates of their availability to be deposed. Shortly thereafter, counsel for these Defendants verbally advised Plaintiffs' counsel it was highly unlikely these Defendants would call any experts to testify at trial. As of that date of the filing of this Response, no such names or dates have been provided to Plaintiffs' counsel. Therefore, Plaintiffs' failure to depose Defendants' expert witnesses is no basis upon which to vacate the Conditional Transfer Order.

Defendants have not deposed any of Plaintiffs' expert witnesses because Defendants have made no effort to do so. Plaintiffs' expert witnesses and treating physicians were disclosed eighteen (18) months ago, in October of 2006. No Defendant has asked for dates to depose these experts. Defendants are asking this Court to reward them for their own inaction in this case by vacating the Conditional Transfer Order.

2. **The Defendants consented to the transfer of this action at the December 10, 2007 settlement conference.**

A settlement conference was held in this matter in Philadelphia, Pennsylvania on December 10, 2007. Counsel for John Crane and counsel for Garlock and Anchor Packing attended the settlement conference. Neither of the attorneys who signed the Defendants' Motions to Vacate

attended this settlement conference. Garlock/Anchor Packing's national counsel attended and he was advised by Plaintiffs' counsel (the undersigned) that none of Plaintiffs' expert witnesses had been deposed by Defendants yet and that Plaintiff still needed to depose one or two of his client's experts. John Crane's counsel was similarly advised. It was thereafter agreed that the case could be immediately transferred, but the matter would not be set for trial any sooner than March 2008 in order to accommodate the taking of these depositions. Defendants' statements in their Motion to Vacate to the effect that their counsel who attended the settlement conference were unaware that expert witness discovery depositions had not yet been completed, is absolutely false.

For the same Defendants to now object to the Conditional Transfer Order, after advising Mr. Lassman on December 10, 2007 that they had no objection to this case being transferred so long as an adequate amount of time would be provided to depose two or three experts before the case was tried, is quite troublesome to Plaintiffs and hopefully, to this Court. It seems the Defendants are intent upon depriving Plaintiffs their day in court for as long as possible. In light of all the above, Plaintiffs respectfully request this Court deny the Defendants' Motions to Vacate the Conditional Transfer Order.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2008

FILED
CLERK'S OFFICE

Respectfully submitted,

SALES, TILLMAN, WALLBAUM,
CATLETT & SATTERLEY

_____
Joseph D. Satterley
John R. Shelton
1900 Waterfront Plaza
325 W. Main Street
Louisville, KY 40202
(502) 589-5600
fax: (502) 814-5500
e-mail: jsatterley@stwlaw.com
        rshelton@stwlaw.com
*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

It is hereby certified that the original and four copies of the foregoing document were filed with the Clerk of the Panel and that a copy was also served on the attached panel list by depositing same in the United States Mail on the 23rd day of April, 2008.

_____
Joseph D. Satterley
John R. Shelton
*Counsel for Plaintiffs*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2008 APR 23 P 3:21

RECEIVED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
CASE NO. W.D. KENTUCKY 3:07-CV-65-H
Robert Moeller, et al vs. Garlock Sealing Technologies, LLC, et al E.D. Pennsylvania

**PANEL SERVICE LIST (Excerpted from CRO)**

Richard C. Binzley, Esq.
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Richard D. Schuster, Esq.
Vorys Sater Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Reginald S. Kramer, Esq.
Oldham & Dowling
195 South Main Street, Suite 300
Akron, OH 44308-1314

Adam M. Chud, Esq.
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Robert N. Spinelli
Kelley Jasons McGuire &
  Spinelli, LLP
Centre Square West, 15 Floor
Philadelphia, PA 17102

Gene Locks, Esq.
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Eric J. Jacobi, Esq.
Clay Kenealy Wagner & Adams, PLLC
1730 Meidinger Tower
462 South Fourth Avenue
Louisville, KY 40202

Edward J. Cass, Esq.
Gallagher Sharp Fulton & Norman
Bulkely Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Neil Selman, Esq.
Selman Breitman & Burgess
11766 Wilshire Boulevard, Sixth Fl.
Los Angeles, CA 90025

David C. Landin, Esq.
Hunton & Williams, LLP
Riverfront Plaza East Tower
951 Byrd Street
Richmond, VA 23219

David A. Damico, Esq.
Burns White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Robert E. Swickle, Esq.
Jaques Admiralty Law Firm
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Raymond P. Forceno, Esq.
Forceno Goggin & Keller
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Andrew J. Trevelise, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

John J. Repcheck, Esq.
Marks O'Neill O'Brien &
   Courtney, PC
Gulf Tower, Suite 2600
107 Grant Street
Pittsburgh, PA 15219

John D. Roven, Esq.
Roven-Kaplan, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Ronald L. Motely, Esq.
Motely Rice, LLC
P.O. Box 1792, 28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Ellen B. Furman, Esq.
Goldfein & Hosmer
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen, Esq.
Brownson & Ballou
222 South Sixth Street, Suite 4800
Minneapolis, MN 55402

James K. Weston, II, Esq.
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Max S. Hartz, Esq.
111 East Third Street
P.O. Box 925
Owensboro, KY 42302-0925

John K. Gordinier, Esq.
Berlin Tsai, Esq.
Pedley & Gordinier, PLLC
1150 Starks Building
455 South Fourth Street
Louisville, KY 40202

# EXHIBIT

# A

Kenneth L. Sales *#
Stephen J. Tillman
Linda J. Wallbaum
Robert L. Catlett, Jr.
Joseph D. Satterley #
Philip Harrison Cade*
J. Key Schoen
Rex Dunn
J. Robert Shelton□
Paul J. Kelley
Allison B. Grant
Corey L. Finn



SALES TILLMAN WALLBAUM CATLETT & SATTERLEY, PLLC
LAW OFFICES

1900 Waterfront Plaza
325 West Main Street
Louisville, Kentucky 40202
(502) 589-5600 • (502) 814-5500 Fax
www.STWLaw.com

*Of Counsel:*
Raymond L. Sales
L. Kent Robinson, PSC

*Paralegals:*
Angie Jeffries
Dana French
Tammy J. Owens

January 25, 2008

John Gordinier, Esq.
PEDLEY & GORDINIER PLLC
1150 Starks Building
455 South Fourth Street
Louisville, KY 40202

    RE:    <u>Robert Moeller *v. Garlock, Inc.*, et al.</u>

Dear John:

    This will confirm that on January 15, 2008, you agreed, on behalf of Garlock Technologies, Inc., to provide the undersigned with the names of the expert witnesses Garlock intends to utilize at the trial of this action. As of the date of this letter, I have yet to be provided with this information. Your prompt attention to this matter would be greatly appreciated.

    We should be receiving an order remanding this case for trial within 30 days of the date of the Order of Suggestion of Remand. The remand order is automatically generated if no objections are filed to the Suggestion of Remand within 30 days thereof. I learned this directly from Judge Heyburn. If you have any questions, please do not hesitate to contact me.

                      Sincerely,

                        John R. Shelton

JDS/sah
cc:    Joseph D. Satterley, Esq.
        Robert Moeller

9411 Smyrna Parkway • Okolona, KY 40229 • (502) 968-7554    5300 Bardstown Road • Louisville, KY 40291
10400 Dixie Highway • Valley Station, KY 40272 • (502) 935-5656
115 East Spring Street • Suite 301, Elsby Building • New Albany, IN 47150 • (812) 944-2428
* Also licensed in Indiana    # Also licensed in Pennsylvania    □ Also Licensed in Tennessee