**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 30 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL No. 875 |
| DUANE LANHAM, et al._____)<br>_____)<br>      Plaintiffs,_____)<br>_____)<br>v._____)<br>_____)<br>_____)<br>_____)<br>EATON CORPORATION, et al._____)<br>_____)<br>      Defendants._____) | CIVIL ACTION NO.<br>1:08-cv-10000<br><br>From the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO |

PLEADING NO. 5436

**PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

NOW COME PLAINTIFFS and file this Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court, and would respectfully show as follows:

1. This case was filed in state court but removed to federal court. On March 28, 2008, the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. Currently, Plaintiffs' motion for remand to state court has been fully briefed and argued, and is awaiting ruling by the District Court.

**OFFICIAL FILE COPY**

IMAGED MAY 1 2008

2. Plaintiffs respectfully request that the panel vacate the Conditional Transfer Order so that the transferor court may have time to rule on Plaintiffs' Motion for Remand to State Court. The Panel has the power to vacate the Conditional Transfer Order and has done so in the past so that transferor courts may rule on threshold motions for remand.

3. The Panel is respectfully referred to Plaintiffs' Brief in Support of this Motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

**WHEREFORE**, Plaintiffs request that the Panel VACATE the Conditional Transfer Order, pending decision by the United States District Court for the Northern District of Ohio on Plaintiffs' Motion to Remand.

Dated: April 29, 2008

Respectfully submitted,

_____
CHRISTOPHER J. HICKEY (0065416)
SANDRA BECHER SOMMERS (0029180)
Brent Coon & Associates
1220 West Sixth Street, Suite 303
Cleveland, Ohio 44113
Telephone: (216) 241-1872
Facsimile: (216) 241-1873
Email: chip@bcoonlaw.com
          Sandra.Sommers@bcoonlaw.com

Attorneys for Plaintiffs

2008 APR 30 P 2: 17
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 30 2008

# CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

A copy of the foregoing Plaintiffs' Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court has been filed this 29th day of April 2008 upon the Judicial Panel for Multidistrict Litigation via overnight mail and upon the following via electronic mail.

Ruth A. Antinone
WILLMAN & ARNOLD
rantinone@willmanlaw.com

Susan M. Hansen
BROWNSON & BALLOU
shansen@brownsonballou.com

John D. Roven
ROVEN-KAPLAN LLP
jroven@rovenlaw.com

Richard C. Binzley
THOMPSON HINE LLP
dick.binzley@thompsonhine.com

Richard D. Schuster
VORYS SATER SEYMOUR
rdschuster@vssp.com

Christopher J. Caryl
TUCKER ELLIS & WEST
christopher.caryl@tuckerellis.com

Reginald S. Kramer
OLDHAM & DOWLING
rkramer@oldham-dowling.com

Neil Selman
SELMAN BREITMAN
nselman@selmanbreitman.com

Kevin Alexandersen
GALLAGHER SHARP FULTON & NORMAN
kalexandersen@gallaghersharp.com

David C. Landin
HUNTON & WILLIAMS LLP
dlandin@hunton.com

Robert N. Spinelli
KELLEY JASONS MCGUIRE & SPINELLI LLP
rspinelli@kjmsh.com

Adam M. Chud
GOODWIN PROCTER LLP
achud@goodwinprocter.com

Gene Locks
LOCKS LAW FIRM LLC
glocks@lockslawpa.com

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
rswickle@jaquesadmiralty.com

David A. Damico
BURNS WHITE & HICKTON
dadamico@bwhllc.com

Bruce P. Mandel
ULMER & BERNE LLP
bmandel@ulmer.com

Andrew J. Trevelise
REED SMITH LLP
atrevelise@reedsmith.com

Raymond P. Forceno
FORCENO GOGGIN & KELLER
rforceno@railrights.com

Ronald L. Motley
MOTLEY RICE LLC
rmotley@motleyrice.com

James K. Weston, II
TOM RILEY LAW FIRM
jimw@trlf.com

GOLDFEIN & JOSEPH
cgrady@goldfeinlaw.com

John J. Repcheck
MARKS O'NEILL O'BRIEN & COURTNEY PC
jrepcheck@mooclaw.com

_____
SANDRA BECHER SOMMERS (0029180)

Attorney for Plaintiff

## PROOF OF SERVICE

STATE OF OHIO           :
                                    :
COUNTY OF CUYAHOGA :

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 1220 W. 6th Street, Suite 303, Cleveland, Ohio 44113; and that on this date I served a true copy of the document entitled:

**PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

Service was effectuated by forwarding the above-noted document in the following manner:

**By Electronic Mail** to the e-mail addresses to all counsel named on the Proof of Service provided herewith and following the ordinary business practices of Brent Coon & Associates.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Cleveland, Ohio in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2008 at Cleveland, Ohio.

_____
Sandra Becher Sommers

RECEIVED CLERK'S OFFICE 2008 APR 30 P 2:18 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 30 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION

MDL No. 875

DUANE LANHAM, et al.          )
                              )   CIVIL ACTION NO.
        Plaintiffs,           )   1:08-cv-10000
                              )
    v.                        )   From the UNITED STATES DISTRICT
                              )   COURT, NORTHERN DISTRICT OF
                              )   OHIO
EATON CORPORATION, et al.     )
                              )
        Defendants.           )

**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

NOW COME PLAINTIFFS and file this brief in support of their Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court, and would respectfully show as follows:

2008 APR 30 P 2:18
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

## INTRODUCTION

1. Plaintiffs, Duane Lanham and Linda Lanham, filed this asbestos personal-injury case in the Cuyahoga County Court of Common Pleas on January 25, 2008. The case was filed against several defendants, alleging that the plaintiff, Duane Lanham, was exposed to asbestos, and, as a result, contracted an asbestos-related disease.

## PROCEDURAL HISTORY

2. Defendant Honeywell, successor by merger to Honeywell, Allied Signal Inc. and Bendix Corp. (hereinafter "Honeywell"), was a named party Defendant in the Ohio State Court Complaint.

3. In the Ohio State Court Complaint, Plaintiffs alleged state-law negligence and breach of warranties claims against the Defendants, based on their failure to warn of the health hazards associated with asbestos exposure. No claim arising under federal law was alleged in the Complaint. No federal questions was raised, and no federal issue needs to be decided to establish Defendants' liability under the causes of action in the Plaintiffs' Complaint.

4. On February 19, 2008, Defendant Honeywell removed the above-captioned case to federal court based on diversity.

5. At the time of removal, no Defendant had yet made an appearance in the case or filed an Answer to the Ohio State Court Complaint.

6. Plaintiffs filed their Motion to Remand Case Back to State Court, which is now fully briefed by the parties and ready to be heard by the District Court.

## ARGUMENT

### Mr. Lanham will be Substantially Prejudiced if the Motion to Vacate the Conditional Transfer Order is not Granted.

7. If the Conditional Transfer Order is vacated, there is a chance that Mr. Lanham will be able to have his case heard against all of the Defendants in state court.

8. Nowhere are the famous words of Gladstone that "justice delayed is justice denied" more fitting than when used in connection with a lawsuit brought by a terminally ill individual seeking justice regarding their disease. It is undisputed that MDL 875 will not provide a speedy, or even timely, forum for the Plaintiffs' claims to be heard.

### The Panel May Vacate Conditional Transfer Orders for this Purpose.

9. The Panel has vacated conditional transfer orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court. In Vasura v. AcandS, Inc., 84 F.Supp.2d 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand." Id. At 533.

10. Plaintiffs seek only a timely ruling on their motion for remand, so that Mr. Lanham can have his day in court.

### It Would be a Waste of Judicial Resources to Transfer the Case to the MDL Without First Determining Whether Federal Jurisdiction is Appropriate

11. The Conditional Transfer Order should be vacated to allow the District Court Judge to rule on the Motion for Remand. It would make most sense, from a judicial resource standpoint, to allow Judge Gwin the additional time needed to make a decision as to remand of the case.

12. The purpose of a Motion for Remand is to determine if a valid basis for federal jurisdiction exists. If there is no valid basis for federal jurisdiction, the case does not belong in MDL 875. It makes abundant sense, from a judicial resource standpoint, to allow the remand motion process, which is substantially completed, to fully run its course before burdening the MDL with another asbestos case.

13. Vacating the Conditional Transfer Order in the case until the United States District Court for the Northern District of Ohio rules upon the Motion to Remand will cause no prejudice to any party and will further the interests of judicial economy – the entire point of the MDL process. If jurisdiction is rejected, the case leaves federal court. If jurisdiction is confirmed, the Conditional Transfer Order process can run its course at that point.

14. In contrast, finalizing the Conditional Transfer Order prior to the ruling on jurisdiction will add yet another substantial case to the already crowded docket of MDL-875, further increasing the burden on Judge Giles and his staff despite the fact that federal jurisdiction has already been found lacking once. Administrative costs will be incurred and all parties will be forced to expend valuable time and resources participating in MDL-875 procedures despite the lack of confirmation of jurisdiction. Upon completion of those procedures, the case will be sent back to the transferor court – incurring yet more administrative costs and burdens – only to return to the same question pending today – whether the federal courts have jurisdiction over this matter.

## CONCLUSION

**WHEREFORE**, Plaintiffs request that the Panel VACATE the Conditional Transfer Order, pending decision by the United States District Court for the Northern District of Ohio on Plaintiffs' Motion to Remand.

Dated:  April 29, 2008

Respectfully submitted,

_____
CHRISTOPHER J. HICKEY (0065416)
SANDRA BECHER SOMMERS (0029180)
Brent Coon & Associates
1220 West Sixth Street, Suite 303
Cleveland, Ohio 44113
Telephone: (216) 241-1872
Facsimile: (216) 241-1873
Email:  chip@bcoonlaw.com
          Sandra.Sommers@bcoonlaw.com

Attorneys for Plaintiffs

RECEIVED CLERK'S OFFICE 2008 APR 30 P 2:18 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Case MDL No. 875   Document 5436   Filed 04/30/08   Page 10 of 12

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 30 2008

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

A copy of the foregoing Brief in Support of Plaintiffs' Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court has been filed this 29th day of April 2008 upon the Judicial Panel for Multidistrict Litigation via overnight mail and upon the following via electronic mail.

| | | |
|---|---|---|
| Ruth A. Antinone<br>WILLMAN & ARNOLD<br>rantinone@willmanlaw.com | Susan M. Hansen<br>BROWNSON & BALLOU<br>shansen@brownsonballou.com | John D. Roven<br>ROVEN-KAPLAN LLP<br>jroven@rovenlaw.com |
| Richard C. Binzley<br>THOMPSON HINE LLP<br>dick.binzley@thompsonhine.com | Richard D. Schuster<br>VORYS SATER SEYMOUR<br>rdschuster@vssp.com | Christopher J. Caryl<br>TUCKER ELLIS & WEST<br>christopher.caryl@tuckerellis.com |
| Reginald S. Kramer<br>OLDHAM & DOWLING<br>rkramer@oldham-dowling.com | Neil Selman<br>SELMAN BREITMAN<br>nselman@selmanbreitman.com | Kevin Alexandersen<br>GALLAGHER SHARP FULTON & NORMAN<br>kalexandersen@gallaghersharp.com |
| David C. Landin<br>HUNTON & WILLIAMS LLP<br>dlandin@hunton.com | Robert N. Spinelli<br>KELLEY JASONS MCGUIRE & SPINELLI LLP<br>rspinelli@kjmsh.com | Adam M. Chud<br>GOODWIN PROCTER LLP<br>achud@goodwinprocter.com |
| Gene Locks<br>LOCKS LAW FIRM LLC<br>glocks@lockslawpa.com | Robert E. Swickle<br>JAQUES ADMIRALTY LAW FIRM PC<br>rswickle@jaquesadmiralty.com | David A. Damico<br>BURNS WHITE & HICKTON<br>dadamico@bwhllc.com |
| Bruce P. Mandel<br>ULMER & BERNE LLP<br>bmandel@ulmer.com | Andrew J. Trevelise<br>REED SMITH LLP<br>atrevelise@reedsmith.com | Raymond P. Forceno<br>FORCENO GOGGIN & KELLER<br>rforceno@railrights.com |
| Ronald L. Motley<br>MOTLEY RICE LLC<br>rmotley@motleyrice.com | James K. Weston, II<br>TOM RILEY LAW FIRM<br>jimw@trlf.com | GOLDFEIN & JOSEPH<br>cgrady@goldfeinlaw.com |
| John J. Repcheck<br>MARKS O'NEILL O'BRIEN & COURTNEY PC<br>jrepcheck@mooclaw.com | | |

_____
SANDRA BECHER SOMMERS (0029180)

Attorney for Plaintiff

## PROOF OF SERVICE

STATE OF OHIO           :
                        :
COUNTY OF CUYAHOGA :

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 1220 W. 6th Street, Suite 303, Cleveland, Ohio 44113; and that on this date I served a true copy of the document entitled:

### BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT

Service was effectuated by forwarding the above-noted document in the following manner:

**By Electronic Mail** to the e-mail addresses to all counsel named on the Proof of Service provided herewith and following the ordinary business practices of Brent Coon & Associates.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Cleveland, Ohio in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2008 at Cleveland, Ohio.

_____
Sandra Becher Sommers

RECEIVED CLERK'S OFFICE 2008 APR 30 P 2: 18 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# BRENT COON & ASSOCIATES

1220 W. Sixth Street, Suite 303 • Cleveland, OH 44113 • 216.241.1872 • 216.241.1873 Facsimile

April 29, 2008

> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION
> APR 30 2008
> FILED
> CLERK'S OFFICE

*Via Overnight Mail*

Jeffrey N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

> Request of Pltf. in Lanham, OHN 1:08-10000, for Extension of Time to file Motion/Brief to vacate CTO. -- **GRANTED**.
> RECEIVED WITH PLEADING.
> (jnl - 30 Apr 08)

Re: *MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)*
*Duane Lanham, et al. v. Eaton Corporation, et al.*
*US District Court, Northern District of Ohio, Case No. 1:08-10000*

Dear Mr. Luthi:

Plaintiff respectfully requests one (1) additional day in order to file the enclosed Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court and the corresponding Brief in Support. An original and four (4) copies of the pleadings are enclosed, as well as a disk containing the pleading in PDF Format.

Feel free to contact me personally should you need any additional information.

Very truly yours,

Sandra Becher Sommers

Enclosures

cc: Panel Service List (via electronic mail only)