Fax sent by : 2147404242  SMITH MOORE  05-01-08 16:36  Pg: 5/5
Case MDL No. 875   Document 5437   Filed 05/02/08   Page 1 of 1
Case 3:08-cv-00549   Document 9   Filed 04/24/2008   Page 1 of 1

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MAY - 2 2008

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| DZINTA BAILEY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF THEODORE BAILEY, JR. | § § § § | CIVIL ACTION NO. 3:08-CV-0549-D |
| Plaintiff, | § | |
| VS. | § § | |
| FOSTER WHEELER ENERGY CORP., et al. | § § § § | |
| Defendants. | § | |

PLEADING NO. 5437

### ORDER ON MOTION TO REMAND

The April 24, 2008 unopposed motion to remand of defendant Lycoming Engines, a Division of AVCO Corporation, improperly named as Lycoming Machine and Engine, and plaintiff Dzinta Bailey is granted, and this action is remanded pursuant to 28 U.S.C. § 1447(c) to the 14th Judicial District Court of Dallas County, Texas.

**SO ORDERED.**

April 24, 2008.

SIDNEY A. FITZWATER
CHIEF JUDGE

MDL- 875
RECOMMENDED ACTION

VAc CTO-307   / action
Approved/Date: ye 2 my 08

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2008 MAY -2 A 6:22
RECEIVED
CLERK'S OFFICE

IMAGED MAY. 2 2008