**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -2 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Dzinta Bailey, etc. v. A.W. Chesterton Co., et al.,  )
        N.D. Texas, C.A. No. 3:08-549              )          MDL No. 875

PLEADING NO. 5438

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Bailey*) on April, 25, 2008. The Panel has now been advised that *Bailey* was remanded to the 14th Judicial District Court of Dallas County, State of Texas, by the Honorable Sidney A. Fitzwater, in an order filed on April 24, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-307" filed on April 25, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY. 2 2008