**MDL 875**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -2 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (No. VI) ) <br> ) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TODD KORTEKAMP, et al. ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> 3M CO., et al., ) <br>     Defendants. ) | CASE NO. 1: RI 08-43 |

PLEADING NO. 5439

## REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

**1.)** Plaintiffs respectfully request oral argument to address reasons, not adequately presented in the briefs and record, why this case should not be transferred to MDL No. 875.

**2.)** GE removed this case to Federal Court solely on the basis that the Plaintiff was exposed to asbestos at the Knolls Atomic Power Laboratory, a GE facility that GE designed, constructed and operated under government contract. This case primarily involves premises liability – a claim distinctly different from the product liability matters commonly transferred to MDL No. 875. The cases pending in MDL No. 875 against GE and other defendants relate to the manufacture, installation and/or sale of products containing asbestos aboard Navy ships. The primary issue in this case (Kortekamp) involves an entirely different theory unique to GE and this one facility. Thus, both Plaintiffs' Motion to Remand to State Court and the substantive issues of this case are not similar or identical to other cases in MDL No. 875. Given the many unique considerations required to adjudicate this case, it will not be properly grouped with common product liability cases. As an outlier, this case will not benefit from the uniformity, consistency, and predictability of the MDL system.

OFFICIAL FILE COPY      IMAGED MAY 2 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2008

FILED
CLERK'S OFFICE

Respectfully Submitted,
The Plaintiffs,

By: _____
John E. Deaton, Esq. (#6537)
jdeaton@deatonlawfirm.com
The Deaton Law Firm
One Richmond Square, Suite 163W
Providence, Rhode Island 02906
(401) 351-6400   Tel.
(401) 351-6401   Fax

## CERTIFICATION OF SERVICE

I hereby certify that on this 29th day of April 2008, a copy of the foregoing was: filed with the Clerk of the Panel via certified first class mail; sent to the attached Panel Service List via first class mail; filed with the Federal Court's CM/ECF system; and sent electronically to the state court defendants via Rhode Island Asbestos Litigation Electronic Filing Service provided by LexisNexis.

_____
John E. Deaton

RECEIVED CLERK'S OFFICE
2008 MAY -1  P 4: 10
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-303)

Todd Kortekamp, et al. v. 3M Co., et al., D. Rhode Island, C.A. No. 1:08-43

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Jeffrey S. Brenner
NIXON PEABODY LAW FIRM
One Citizens Plaza
Providence, RI 02903

Edward J. Cass
GALLAGHER SHARP FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

John E. Deaton
DEATON LAW FIRM LLC
One Richmond Square
Suite 163W
Providence, RI 02906

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
MARKS O'NEILL O'BRIEN & COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE & SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406