MDL **875**

MAY - 5 2008

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION IN RE:
## ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

*Regarding*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| LORENE BARTON | § | |
| | § | |
| V. | § | Civil Action No. 6:08-cv-39 |
| | § | |
| KELLY-SPRINGFIELD TIRE | § | |
| CORPORATION | § | |

PLEADING NO. 5440

## DEFENDANT THE KELLY-SPRINGFIELD TIRE CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure MDL Rule 5.3, Defendant Kelly-Springfield Tire Corporation ("Kelly-Springfield") provides the following information:

1.      For non-governmental corporate parties, the name(s) of any parent corporations and any publically held corporation that owns 10% of more of its stock, which are known to Kelly-Springfield at this time are:

   a.   Defendant Kelly-Springfield Tire Corporation is a wholly-owned subsidiary of The Goodyear Tire & Rubber Company; 1144 East Market Street; Akron, OH  44316

1325941v1

**OFFICIAL FILE COPY**

**IMAGED MAY 5  2008**

Respectfully submitted,

**PORTER & HEDGES, L.L.P.**

David A. Oliver
State Bar No. 15257510
Tiffany S. Bingham
State Bar No. 24012287
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331

ATTORNEY-IN-CHARGE FOR DEFENDANT
KELLY-SPRINGFIELD TIRE CORPORATION

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **Defendant Kelly-Springfield Tire Corporation's Corporate Disclosure Statement** was served on all known counsel of record on this 29th day of April 2008.

David A. Oliver

RECEIVED
CLERK'S OFFICE
2008 MAY -1 P 4: 11
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2

1325941v1