JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

MAY - 6 2008

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE ASBESTOS PRODUCTS LIABILITY　　　　:
LITIGATION (No. VI)　　　　　　　　　　　　:　　MDL DOCKET NO. 875

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

JAKE BRADSHAW,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　Plaintiff,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　:　　5:08-CV-00053 (CAR)
AVENTIS CROPSCIENCE USA, INC,  et. al.,　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　Defendants.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:

<u>**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR
ORDER VACATING THE CONDITIONAL TRANSFER ORDER**</u>

Defendants Aventis Cropscience USA, Inc., f/k/a Bayer Crop Science, f/k/a AmChem

Products; A.W. Chesterton Company; Borg-Warner Corporation By Its Successor In Interest,

BorgWarner Morse TEC Inc.; CBS Corporation, a Delaware Corporation, f/k/a Viacom, Inc.,

successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse

Electric Corporation; Certainteed Corporation; Chrysler LLC; CNA Holdings, Inc., Individually,

and as Successor in Interest to Celanese Corporation; Crane Co.; Crown, Cork & Seal Company,

Inc.; Durabla Manufacturing Co.; ExxonMobil Corporation, f/k/a Mobil Oil; Ford Motor

Company; Garlock Sealing Technologies, LLC, f/k/a Garlock, Inc.; General Electric Company;

Georgia-Pacific LLC (sued as Georgia Pacific Corporation); General Motors Corporation; John

Crane, Inc.; Maremont Corporation; Metropolitan Life Insurance Co.; National Automotive Parts

Association; National Service Industries, Inc., successor in interest to North Brothers, Inc.;

Nissan North America, Inc.; SEPCO Corporation; Toyota Motor North America, Inc.; Union

**OFFICIAL FILE COPY** IMAGED MAY 7  2008

PLEADING NO. 5442

Carbide Corporation; Uniroyal Holding, Inc., f/k/a Uniroyal, Inc. and United States Rubber

Company; Vimasco Corporation; Volkswagen Group of America, Inc.; and Yarway Corporation

file this Response Brief in Opposition to Plaintiff's Motion for Order Vacating the Conditional

Transfer Order, pursuant to Fed. R. Civ. P. 9 and J.P.M.L. R. 1.5, 7.4, respectfully showing the

Panel as follows:

## INTRODUCTION

On March 6, 2008, after having properly removed this action from the Superior Court of

Peach County, Georgia to the United States District Court for the Middle District of Georgia,

Defendants filed their Motion to Transfer this action.[1]   This Panel entered an order conditionally

transferring this case to MDL 875 on March 20, 2008.   Thereafter, on April 2, 2008, Plaintiff

filed his Motion to Remand in the Middle District of Georgia.  Plaintiff provided this Panel with

a notice of intent to oppose transfer on April 3, 2008; and filed the instant Motion on April 10,

2008.   Defendants timely responded to Plaintiff's Motion to Remand on April 22, 2008.[2]

## ARGUMENT AND CITATION OF AUTHORITY

Plaintiff has failed to show adequate cause for vacating this Panel's Conditional Transfer

Order.

**I.      The pendency of a motion to remand is not a legitimate basis for opposing transfer
to the MDL Panel.**

The crux of Plaintiff's motion is that this case should not be transferred because it should

be remanded.  See Motion to Vacate at Parts II, IV.  This is not a legitimate basis for opposing

transfer of this case to the MDL.  See In re Ivy, 901 F.2d 7, 9 (2d Cir. 1990), citing In re Air

---

[1]      Defendants refer the Panel to its timely filed Notice of Removal and its timely filed Response Brief to Plaintiff's Motion to Remand, attached hereto as Exhibits A and B respectively, for further development on the merits of Defendants' Notice of Removal.

[2]      Plaintiffs' Motion for Remand was filed on April 2, 2008.  Defendants filed their Response to the same twenty (20) days thereafter on April 22, 2008, within the time frame prescribed by the local rules in the Middle District of Georgia.  See M.D. Ga. R. 7.2.

Crash Disaster at Florida Everglades on December 29, 1972, 368 F. Supp. 812, 813 n.1

(J.P.M.D.L. 1973) ("Section 1407 does not empower the MDL Panel to decide questions going

to the jurisdiction or the merits of a case, including issues relating to a motion to remand.");

accord In re Massachusetts Diet Drug Litig., 338 F. Supp. 2d 198, 201 (D. Mass. 2004) (denying

an order to stay transfer to the MDL upon finding that a motion to remand does not implicate

issues within the exclusive jurisdiction of the MDL); see also J.P.M.L. R. 15 ("the pendency of

a…conditional transfer order…before the panel…does not affect or suspend orders and pretrial

proceedings in the district court in which the action is pending, and does not in any way limit the

pretrial jurisdiction of that court); Barragan v. Warner-Lambert Co., 216 F. Supp. 2d 627,

630 (W.D. Tex. 2002) (finding that a district court has authority to rule on a motion to remand

after the matter had been referred to a MDL panel).

II.     **The cases Plaintiff cites in support of his Motion are inapposite to the procedural
        posture of this case.**

        Aside from inappropriately arguing the propriety of Defendants' removal, Plaintiff cites

Vasura v. AC & S, Inc., 84 F. Supp. 2d 531, 533 (S.D.N.Y. 2000) and In re Richardson-Merrell,

Inc. Bendectin Prods. Liab. Litig. (No. II), 606 F. Supp. 715, 717 (J.P.M.L. 1985) as supportive

of an order to vacate. See Motion to Vacate at ¶¶ 13-15.  Both cases are inapposite to the issue

before the panel.   Neither demonstrates why an order to vacate is necessary here.

        In Richardson-Merrell, the Panel vacated conditional transfer orders after the transferee

judge to which these cases would have transferred advised that a verdict had recently been

reached in a consolidated trial on causation, that his task as a transferee judge was at that point

complete, and that the cases then at issue were not included in the consolidated trial.

Richardson-Merrell, 606 F. Supp. at 717.   In that case, the Panel was greatly influenced by the

transferee judge's suggestion that remand was appropriate.  Id.   Here, neither has there been a trial in this case nor has the transferee judge advised that remand is appropriate.

In Vasura, the Panel had entered a final transfer order before the district court could rule on a pending motion to remand.   There, the MDL vacated its final transfer order as a courtesy to the district judge after he conferred with the transferee judge and expressed his uncertainty on whether the district court maintained jurisdiction after entry of a final transfer order.  Vasura, 84 F. Supp. 2d at 533.   The situation at bar is inapposite to Vasura.   Unlike in Vasura, there is no final transfer order.   Indeed, the conditional transfer order has yet to appear on the docket.  See generally Docket.   Furthermore, as shown above, there is no uncertainty -- the district court retains jurisdiction over motions to remand. See Barragan, 216 F. Supp. 2d at 630.

Neither Vasura nor Richardson-Merrell are persuasive in this case.  Neither support a causal showing for an order vacating the subject conditional transfer order.

III.    **Plaintiff makes no further showing of cause in support of an order vacating the conditional transfer order.**

Plaintiff avers that the Panel should grant this Motion because his health condition requires expeditious resolution of this matter, which Plaintiff maintains cannot be obtained through transfer to the MDL.  See Motion to Vacate at ¶¶ 10, 12.   While Defendants are sympathetic to Plaintiff's health condition, the assertion of the same does not serve as a valid reason to vacate the conditional transfer order.   Plaintiff does not show that proceeding in the MDL somehow delays proper or expedient resolution of this case.  In fact, the particular history of *this* MDL No. 875 shows otherwise:

> [u]nder the stewardship of the transferee court, as of March 31, 2008, (1) over 76,450 actions have been closed in the transferee district, and (2) over 1,370 actions or claims therein have been returned to their originating transferor districts.
>
> In re Asbestos Prods. Liab. Litig., 2008 U.S. Dist. LEXIS 30443, at *4-5.  (J.P.M.L. April 8, 2008).

As was the case with the five motions then-before it, it is the case here for Plaintiff, should he "believe the uniqueness of [his] particular situation renders continued inclusion of th[is] action in MDL No. 875 unnecessary or inadvisable, [that] whenever the transferee court deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. Id. citing J.P.M.L. R. 7.6.   Consistent with the Panel's earlier ruling, this Plaintiff's Motion to Vacate should be denied.

## CONCLUSION

For the foregoing reasons, Defendants request that the Panel deny Plaintiff's Motion to Vacate.

Respectfully submitted, this 2nd day of May, 2008.

| | |
|---|---|
| /s/ E. Elaine Shofner | /s/ Lacey Ourso |
| E. Elaine Shofner, Esq. | Lacey Ourso, Esq. |
| HAWKINS & PARNELL LLP | CARLOCK, COPELAND, SEMLER & STAIR, LLP |
| 4000 Suntrust Plaza | 2600 Marquis Two Tower |
| 303 Peachtree Street, N.E. | 285 Peachtree Center Ave. |
| Atlanta, Georgia 30308-3243 | Atlanta, Georgia 30303 |
| (404) 614-7400 | (404) 221-2305 |
| | |
| Attorneys for Defendants Aventis Cropscience USA, Inc., f/k/a Bayer Crop Science, f/k/a AmChem Products; Certainteed Corporation; Union Carbide Corporation | Attorney for Defendant Borg Warner Corporation by Its Successor In Interest BorgWarner Morse TEC Inc. |
| | |
| /s/ Jennifer M. Techman | /s/ Mike Hutchins |
| Jennifer M. Techman, Esq. | Mike Hutchins, Esq. |
| EVERT WEATHERSBY HOUFF | KASOWITZ BENSON, TORRES & FRIEDMAN |
| LLP3405 Piedmont Road, Ste 200 | One Midtown Plaza, Suite 1150 |
| Atlanta, Georgia 30305 | 1360 Peachtree Street, NE |
| (678) 651-1200 | Atlanta, GA 30309 |
| | (404) 260-6080 |
| Attorneys for A.W. Chesterton Company; CBS Corporation, a Delaware Corporation, | Attorneys for CNA Holdings, Inc., |

f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

Individually and as Successor in Interest to Celanese Corporation; Maremont Corporation

_____/s/ LeeAnn Anand_____
LeeAnn Anand, Esq.
Tom Wamsley, Esq.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, Suite 1700
Atlanta, GA  30363
(404) 322-6000

Attorneys for Crane Co.; Georgia-Pacific LLC (sued as Georgia-Pacific Corporation); Yarway Corporation

_____/s/ Marc Barre_____
Marc Barre, Esq.
SWIFT, CURRIE, MCGHEE & HIERS, LLP
The Peachtree, Suite 300
1355 Peachtree Street, NE
Atlanta, GA  30309-3238
(404) 874-8800

Attorneys for Crown, Cork & Seal Company, Inc.

_____/s/ Roger S. Sumrall_____
Roger S. Sumrall, Esq.
Heather L. Saum, Esq.
Anna E. Mackowiak, Esq.
HALL, BOOTH, SMITH & SLOVER, P.C.
1180 West Peachtree Street, NW, Suite 900
Atlantic Center Plaza
Atlanta, GA  30309-3479
(404) 954-5000

Attorneys for Durabla Manufacturing Co.

_____/s/ Ollie Harton_____
Ollie Harton, Esq.
Todd Schwartz, Esq.
Dennis Manganiello, Esq.
Sally Evans, Esq.
HAWKINS & PARNELL LLP
400 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
(404) 614-7400

Attorneys for Chrysler LLC; Exxon Mobil Corporation, f/k/a Mobil Oil; John Crane, Inc.; SEPCO Corporation; Volkswagen Group of America, Inc.

_____/s/ Robert A. Barnaby_____
Robert A. Barnaby, II, Esq.
DONAHUE, HOEY, NELSON & COHEN LLP
1050 Crown Pointe Parkway
Suite 1600
Atlanta, GA  30338
(770) 391-1300

Attorneys for Defendant Garlock Sealing Technologies, LLC, f/k/a Garlock, Inc.

_____/s/ J.D. Dalbey_____
J.D. "Randy" Dalbey, Esq.
CHILIVIS, COCHRAN, LARKINS & BEVER LLP
3127 Maple Drive, N.E.
Atlanta, GA 30305
(404) 233-4171

Attorneys for Defendant General Electric Company

_____/s/ F. Saunders Aldridge, III_____
F. Saunders Aldridge, III, Esq.
Bates Lovett, Esq.
HUNTER MACLEAN EXLEY & DUNN P.C.

_____/s/ David Hughes_____
David Hughes, Esq.
Shera Varnau, Esq.
OGLETREE, DEAKINS, NASH, SMOAK &

P.O. Box 9848
Savannah, GA  31412-0048
(912) 236-0261

Attorneys for  Toyota Motor North America,
Inc.

STEWART P.C.
600 Peachtree Street
Suite 2100
Atlanta, GA 30308
(404) 881-1300

Attorneys for Defendant Metropolitan
Life Insurance Co.

_____ /s/ Clay Massey _____
Clay Massey, Esq.
ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

Attorneys for National Automotive Parts
Association

_____ /s/ David Marshall _____
David Marshall, Esq.
HAWKINS & PARNELL LLP
4000 Suntrust Plaza
P.O. Box 9848
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243

Attorneys for National Service Industries,
Inc., successor in interest to North Brothers,
Inc.

_____ /s/ Craid E. Brasfield _____
Craig E. Brasfield, Esq.
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1200 One Jackson Place
188 East Capitol Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

Attorneys for Uniroyal Holdings, Inc., f/k/a
Uniroyal, Inc. and United States Rubber
Company

_____ /s/ S. Christopher Collier _____
S. Christopher Collier, Esq.
HAWKINS & PARNELL LLP
4000 Suntrust Plaza
3003 Peachtree Street, N.E.
Atlanta, GA  30308-3243
(404) 614-7400

Attorneys for Vimasco Corporation

_____ /s/ S. Samuel Griffin _____
S. Samuel Griffin, Esq.
Franklin P. Brannen, Jr., Esq.
Rahmah A. Abdulaleem, Esq.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
(404)-572-4600

Attorneys for Defendants Ford Motor Company
and General Motors Corporation

_____ /s/ Andrew T. Bayman _____
Andrew T. Bayman, Esq.
Jameson B. Carroll, Esq.
S. Samuel Griffin, Esq.
Brandy Owens Domengeaux, Esq.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
(404)-572-4600

Attorneys for Defendants Nissan North
America, Inc.

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2008

IN RE ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (No. VI)    :    MDL DOCKET NO. 875

FILED
CLERK'S OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

JAKE BRADSHAW,    :
         :
    Plaintiff,   :
v.       :    5:08-CV-00053 (CAR)
AVENTIS CROPSCIENCE USA, INC,  et. al.,  :
         :
    Defendants.   :

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Court and

on all counsel of record listed on the attached Panel Service List via regular mail.

Dated this 2nd day of May, 2008

Franklin P. Brannen, Jr.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
 (404)-572-4600

Attorney for Defendants Ford Motor Company
and General Motors Corporation

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 MAY -5  A 11: 13

RECEIVED
CLERK'S OFFICE

## INVOLVED COUNSEL LIST (CTO-304)

F. Saunders Aldridge III
HUNTER MACLEAN EXLEY &
DUNN
P.O. Box 9848
Savannah, GA 31412

Haley Amanda Andrews
LIGHTFOOT FRANKLIN & WHITE
400 20th Street, North
Birmingham, AL 35203

Cynthia W. Antonucci
HARRIS BEACH LLP
100 Wall Street
New York, NY 10005

Michael J. Athans
FIELDS HOWELL ATHANS
& MCLAUGHLIN
1360 Peachtree Street, N.E.
One Midtown Plaza, Suite 800
Atlanta, GA 30309

John A. Baden, IV
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Cyrus C. Barger III
JUDE & JUDE PLLC
P. O. Box 17468
Hattiesburg, MS 39404-7468

Robert A. Barnaby, II
DONAGHUE HOEY NELSON &
COHEN LLC
1050 Crown Pointe Parkway
Suite 1600
Atlanta, GA 30338

Brian P. Barrow
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Andrew Thomas Bayman
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

Edwin H. Beachler
CAROSELLI BEACHLER
MCTIERNAN & CONBOY
312 Boulevard of the Allies Eighth
Floor
Pittsburgh, PA 15222

Joshua H. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Richard V. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Marion J. Bergeron
664 Belle River Road
Pierre Part, LA 70339

V. Brian Bevon
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

David M. Bienvenu, Jr.
TAYLOR PORTER BROOKS &
PHILLIPS
P. O. Box 2471
451 Florida Street, 8th Floor
Baton Rouge, LA 70820

Charles W. Billingsley, Jr.
SWIFT CURRIE MCGHEE &
HARRIS
300 The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Wilton Ellwood Bland, III
MOULEDOUX BLAND LEGRAND
& BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250

Brian M. Blythe
BRADLEY ARANT ROSE & WHITE
LLP
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Joel M. Bondurant, Jr.
HAYNSWORTH SINKLER BOYD
P.O. Box 2048
Greenville, SC 29602-2048

Nathaniel A. Bosio
DOGAN WILKINSON KINARD
SMITH & EDWARDS PLLC
P.O. Box 1618
734 Delmas Avenue
Pascagoula, MS 39567

Timothy W. Bouch
LEATH BOUCH & CRAWFORD
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Harold Bourque
209 Palm Street
Port Allen, LA 70767

Franklin P. Brannen, Jr. KING &
SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

Bryan C. Brantley
MCGUIRE WOODS LLP
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh. PA 15222-3142

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

Edward Kenneth Brooks
PATTERSON DILTHEY LLP
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

A. Todd Brown
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 Sout Tryon Street
Suite 3500
Charlotte, NC 28280

Phillip S. Brown
LAW OFFICE OF PHIL BROWN
1807 W. Park Row
Suite A
Arlington, TX 76013

Stephen K. Brunk
LAW OFFICES OF STEPHEN K
BRUNK
6098 La Jolla Mesa
La Jolla, CA 92037

Thomas More Buckley
HEDRICK GARDNER KINCHELOE
& GAROFALO LLP
4011 Westchase Blvd.
Suite 300
Raleigh, NC 27607

Lisa N. Busch
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

John M. Caron
LAW OFFICE OF
ROGER G WORTHINGTON PC
273 West 7th Street
San Pedro, CA 90731

Edward J. Cass
GALLAGHER SHARP FULTON &
NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

S. Christopher Collier
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Keith E. Coltrain
ELMORE & WALL PA 1001 Wade
Avenue
Suite 423
P.O. Box 10937
Raleigh, NC 27605

John D. Dalbey
CHILIVIS COCHRAN LARKINS &
BEVER
3127 Maple Drive, N.E.
Atlanta, GA 30305

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Andrew Alan Davenport
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA 30309

William S. Davies, Jr.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1330 Lady Street
Keenan Building, 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street
Suite 240
Sacramento, CA 95814

William Pearce Davis
BAKER RAVENEL & BENDER
P.O. Box 8057
Columbia, SC 29202

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

William J. Donovan
BURNS WHITE & HICKTON LLC
Four Northsore Center
106 Isabella Street
Pittsburgh, PA 15212

Helen K. Downs
JOHNSTON BARTON PROCTOR &
POWELL
569 Brookwood Villate
Suite 901
Birmingham, AL 35209

Jenelle R. Evans
BALCH & BINGHAM LLP
1901 6th avenue N
Suite 2700
Birmingham, AL 35203-0306

Eric K. Falk
DAVIES MCFARLAND &
CARROLL
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Roger C. Foster
LANEY & FOSTER PC
Two Perimeter Park South
Suite 426 East
P.O. Box 43798
Birmingham, AL 35243-0798

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Christian H. Gannon
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
830 Third Avenue
Suite 400
New York, NY 10022

Katherine Paige Gardiner
SEDGWICK DETERT MORAN &
ARNOLD LLP
One Market Plaza Steuart Tower
8th Floor
San Francisco, CA 94105

John A. Gardner, III
HEDRICK EATMAN GARDNER
KINCHELOE & GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230

William David Geiger
DAVIES MCFARLAND &
CARROLL
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Dennis J. Geis, Jr.
MARGOLIS EDELSTEIN
Grant Building
310 Grant Street
Suite 1500
Pittsburgh, PA 15219

Walter T. Gilmer, Jr.
MCDOWELL KNIGHT ROEDDER
& SLEDGE LLC
P.O. Box 350
Mobile, AL 36601

Stephen W. Glusman
GLUSMAN BROYLES &
GLUSMAN
P.O. Box 2711
Baton Rouge, LA 70821

Laura DeVaughn Goodson
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Julia A. Gowin
PALMIERI TYLER WIENER
WILHELM & WALDRON
East Tower, Suite 1300
2603 Main Street
Irvine, CA 92614

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Anthony C. Harlow
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Anne D. Harman
BAILEY RILEY BUCH & HARMAN
900 Riley Building
P.O. Box 631
Wheeling, WV 26003

Freddie N. Harrington, Jr.
SCOTT SULLIVAN STREETMAN &
FOX
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

James A. Harris, III
HARRIS & HARRIS LLP
2501 20th Place South
Colonial Bank Building, Suite 450
Birmingham, AL 35223

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Josephine H. Hicks
PARKER POE ADAMS &
BERNSTEIN
Three Wachovia Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

Ethan A. Horn
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

David Andrew Hughes
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
600 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30308

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

George L. Inabinet, Jr.
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Clifton Wayne Jefferis
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza Steuart Tower, 8th
Floor
San Francisco, CA 94105

Arthur Timothy Jones
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
300 Peachtree Street, N.E.
Atlanta, GA 30308-3243

H.W. Trey Jones
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Lucy W. Jordan
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Shawn Anton Kachmar
HUNTER MACLEAN EXLEY &
DUNN
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412

Charles H. Kanter
PALMIERI TYLER WIENER
WILHELM & WALDRON
East Tower, Suite 1300
2603 Main Street
Irvine, CA 92614-4281

Michael Alan Katz
WILLMAN & ARNOLD
705 Mcknight Park Drive
Pittsburgh, PA 15237

G. Patterson Keahey, Jr.
G PATTERSON KEAHEY PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

James G. Kennedy
PIERCE HERNS SLOAN &
MCLEOD
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Timothy W. Knight
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

Kenneth K. Kyre, Jr.
PINTO COATES KYRE & BROWN
P.O. Box 4848
Greensboro, NC 27404-4848

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David E. Lamm
DAVIES MCFARLAND &
CARROLL
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222-1416

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasadena, CA 91101

Frank E. Lankford, Jr.
HUIE FERNAMBUCQ & STEWART
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Teresa Fizardi Lazzaroni
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard Eric Leff
MCGIVNEY & KLUGER PC
80 Broad Street
23rd Floor
New York, NY 10004

Malcolm G. Lindley
LINDLEY POWELL & RUMPH
4601 Arkwright Road
Macon, GA 31210-1303

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Bates Lovett
HUNTER MACLEAN EXLEY &
DUNN
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412

Gary D. Lykins
BELLINGER & DEWOLF
10,000 N. Central Expressway
Suite 900
Dallas, TX 75231

Genevieve MacSteel
MCGUIREWOODS LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Michael Magee
PIETRAGALLO GORDON ALFANO
ET AL
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

Dennis Manganiello
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

David C. Marshall
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
40th Floor
Atlanta, GA 30308-3243

Clay Massey
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Brian P. McCarthy
MCDOWELL KNIGHT ROEDDER
& SLEDGE LLC
63 South Royal Street
Suite 900
P.O. Box 350
Mobile, AL 36602

Moffatt Grier McDonald
HAYNSWORTH SINKLER BOYD
P.O. Box 2048
Greenville, SC 29602

Edward Bailey McDonough, Jr.
EDWARD B MCDONOUGH JR PC
1800 AmSouth Bank Building
P.O. Box 1943
Mobile, AL 36633

David W. McDowell
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202

Robert O. Meriwether
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

William T. Mills, II
PORTERFIELD HARPER MILLS &
MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Randi Peresich Mueller
PAGE MANNINO PERESICH &
MCDERMOTT PLLC
460 Briarwood Drive
Suite 415
Jackson, MS 39236

George J. Nalley, Jr.
NALLEY & DEW
2121 Ridgelake Drive
Suite 200
Metairie, LA 70001

Bryan S. Neft
PIETRAGALLO GORDON ALFANO
ET AL
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Edwin B. Nichols
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618

Kevin A. Noland
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Vincent A. Noletto, Jr.
CARR ALLISON
6251 Monroe Street
Suite 200
Daphne, AL 36526

Richard P. O'Leary
MCCARTER & ENGLISH LLP
245 Park Avenue
27th Floor
New York, NY 10022

David Arthur Oliver, Jr.
PORTER & HEDGES LLP
1000 Main Street
36th Floor
Houston, TX 77002-6336

Joseph L. Orszulak
MARKS O'NEILL O'BRIEN &
COURTNEY PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Lacey J. Ourso
CLARK COPELAND SEMLER
& STAIR LLP
2600 Marquis II Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1235

Elizabeth B. Padgett
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Darrel James Papillion
MOORE WALTERS THOMPSON
THOMAS PAPILLION & CULLEN
6513 Perkins Road
Baton Rouge, LA 70808-4259

D'Juana B. Parks
PROVOST & UMPHREY LAW
FIRM
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Donald C. Partridge
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Timothy Peck
SMITH MOORE LLP
P.O. Box 21927
Greensboro, NC 27420

Keith J. Haunt
PORTERFIELD HARPER MILLS &
MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Carl E. Pierce, II
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston. SC 29413

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Steven J. Pugh
RICHARSON PLOWDEN
CARPENTER & ROBINSON PA
P.O. Drawer 7788
Columbia, SC 29202

Brian S. Quinn
WILLMAN & ARNOLD
705 Mcknight Park Drive
Pittsburgh, PA 15237

F. Grey Redditt, Jr.
VICKERS RIIS MURRAY &
CURRAN
P.O. Drawer 2568
Mobile, AL 36652-2568

Giovanni Regina
WATERS MCPHERSON MCNEILL
300 Lighting Way
7th Floor
Secaucus, NJ 07096

John J. Repcheck
MARKS O'NEILL O'BRIEN &
COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

Joseph A. Rhodes, Jr.
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
P.O. Box 2757
Greenville, SC 29602

Antonio J. Rodriguez
FOWLER RODRIGUEZ CHALOS
400 Poyodras Street
30th Floor
New Orleans, LA 70130

Robert M. Rolfe
HUNTON & WILLIAMS LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

Jonathan G. Roquemore
TURNER PADGET GRAHAM
& LANEY PA
P.O. Box 1473
Columbia, SC 29202

David J. Rosenberg
WEBER GALLAGHER SIMPSON
STAPLETON FIRES NEWBY LLP
603 Stanwix Street
Suite 1450, 14th Floor
Pittsburgh, PA 15222

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Charles W. Schmidt, III
CHRISTOVICH & KEARNEY LLP
Pan American Life Center, Suite 2300
601 Poydras Street
New Orleans, LA 70130-6078

E. Elaine Schofner
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard D. Schuster
VORYS SATER SEYMOUR &
PEASE
52 East Gay Street
P.O. Box I008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Charles T. Sheldon
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER BOYD
PA
P.O. Box 2048
Greenville, SC 29602-2048

Connie Ray Stockham
STOCKHAM CARROLL & SMITH
PC
2204 Lakeshore Drive
Suite 114
Birmingham, AL 35209

Matthew R. Straus
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Richard P. Sulzer
SULZER & WILLIAMS LLC
201 Holiday Boulevard
Suite 335
Covington, LA 70433

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Michael A. Tanenbaum
SEDGWICK DETERT MORAN
& ARNOLD LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Thomas W. Taylor
ANDREWS & KURTH
600 Travis
Suite 4200
Houston, TX 77002-2778

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN MAUPIN
TAYLOR
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Tracy E Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Robert H. Urann
ROBEIN URANN & LURYE
2540 Severn Avenue
Suite 400
P.O. Box 6768
Metairie, LA 70009-6768

James Valbrun
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Atlantic Station
201 17th Street NW
Suite 1700
Atlanta, GA 30363

Michael A. Vercher
CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Paul K. Vey
PIETRAGALLO GORDON ALFANO
FT Al.
3800 One Oxford Centre
Pittsburgh, PA 15219

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Michael Waller
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center
10th Floor
Newark, NJ 07102

Edward J. Walters, Jr.
MOORE WALTERS THOMPSON
THOMAS PAPILLION & CULLEN
6513 Perkins Road
Baton Rouge, LA 70808-4259

Thomas F. Wamsley
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Atlantic Station, Suite 1700
201 17th Street, N.W.
Atlanta, GA 30363

Kirk G. Warner
SMITH ANDERSON BLOUNT
DORSETT ET AL
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Jacob H. Wellman
TEAGUE CAMPBELL DENNIS &
GORHAM
4800 Six Forks Road
Suite 300
P.O. Box 19207
Raleigh, NC 27619-9207

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
BURR & FORMAN LLP
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Daniel Bowman White
GALLIVAN WHITE & BOYD
P.O. Box 10589
Greenville, SC 29603

James C. White
MOORE & VAN ALLEN
P.O. Box 13706, NC 27709

Stephen B. Williamson
VAN WINKLE BUCK WALL
STARNES & DAVIS
11 North Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Matthew R. Wiener
WIMER LAW OFFICES PC
655 Allegheny Avenue
Oakmont, PA 15139

Donald A. Windham, Jr.
BALCH & BINGHAM LLP
401 East Capital Street
Suite 200
Jackson, MS 39201

Angela R. Winslow
DICKIE MCCAMEY & CHILCOTE
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Dennis F. Wolford
REED LUCE TOSH WOLFORD &
DOUGLAS
804 Turnpike Street
Beaver, PA 15009

George D. Yaron
YARON & ASSOCIATES
601 California Street
21st Floor
San Francisco, CA 94111

Christopher T. Yoskosky
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh. PA 15219

H. Lane Young, II
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308

Jeffrey M. Young
MOORE & VAN ALLEN
P.O. Box 13706, NC 27709

I. Timothy Zarsadias
DEAN & GIBSON LLP
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204-2686

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** MAY 6 2008

IN RE ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (No. VI)  :                    MDL DOCKET NO. 875

FILED
CLERK'S OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

JAKE BRADSHAW,                           :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :        5:08-CV-00053 (CAR)
AVENTIS CROPSCIENCE USA, INC, et. al.,   :
                                         :
        Defendants.                      :

**REVISED CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendants' Response in Opposition to Plaintiff's Motion for Order Vacating the Conditional Transfer Order, which was filed on May 5, 2008 with the Court and on all counsel of record listed on the Panel Service List attached thereto, has been served via electronic mail on the following counsel of record:

> Benjamin D. Cunninham
> MOTLEY RICE LLC
> 28 Bridgeside Boulevard
> P.O. Box 1792
> Mount Pleasant, SC 29465
> bcunningham@motleyrice.com

Dated this 6th day of May, 2008

_____
Franklin P. Brannen, Jr.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
(404)-572-4600

Attorney for Defendants Ford Motor Company
and General Motors Corporation

RECEIVED
CLERK'S OFFICE

2008 MAY -6 P 12: 20

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION