**MDL 875**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-308)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,910 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY 9 2008

PLEADING NO. 5444

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**
                                                        MDL No. 875

## SCHEDULE CTO-308 - TAG-ALONG ACTIONS

| DIST. DIV. | C.A. # | CASE CAPTION |
|---|---|---|

**CALIFORNIA CENTRAL**
CAC 2  08-2505    William  Love, et al. v. Crane Co., et al.

**MARYLAND**
MD  1  08-968    Joseph D. Beam, Sr. v. John Crane-Houdaille, Inc., et al.

**NORTH CAROLINA MIDDLE**
NCM 1  08-259    Reginald A. Dent v. CBS Corp., et al.

**NORTH CAROLINA WESTERN**
NCW 1  08-146    Kenneth S. Crouse, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-150    Michael R. Gantt, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-162    Paul Dennis Wright, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-171    Carl Edgar Isenhour, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-172    Daniel O. Long, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-173    Bentha Turner Barrett v. Aqua-Chem, Inc., et al.
NCW 1  08-176    Charles L. Grier, Sr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-178    Wendy S. Cosner, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-180    John C. Cowan, et al. v. Aqua-Chem, Inc., et al.

**NEBRASKA**
NE  8  08-181    George Finley v. Burlington Northern & Santa Fe Railway Co.

**SOUTH CAROLINA**
SC  0  08-1156    Charles Otis Latta, et al. v. Aqua-Chem, Inc., et al.
SC  0  08-1595    James H. Millwood, Jr., et al. v. Aqua-Chem, Inc., et al.
SC  0  08-1629    John Daniel Sipe, et al. v. Aqua-Chem, Inc., et al.
SC  6  08-1633    Tobe Sizemore, Jr., et al. v. Aqua-Chem, Inc., et al.
SC  7  08-1138    Joseph D. Chasteen, et al. v. Aqua-Chem, Inc., et al.
SC  7  08-1148    Terry W. Huffstickler, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-1136    Thomas M. Anders, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-1157    Mark D. Shepherd, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-1625    Robert Lee Locklair, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-1635    Stephen M. Thompson, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-1637    Kendrick Ray Nix v. Aqua-Chem, Inc., et al.

**TEXAS SOUTHERN**
TXS 4  08-464    Charles William Horner, et al. v. Lockheed Martin Corp., et al.

**WASHINGTON WESTERN**
WAW 2  08-441    John Donovan, etc. v. C.H. Murphy/Clark-Ullman, Inc., et al.