**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5450

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | )<br>) | MDL NO. 875 |

THIS DOCUMENT RELATES TO CTO-307 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA: (TRANSFERROR JUDGE WILLIAM KEITH WATKINS)

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al., | )<br>) | |
| PLAINTIFFS, | )<br>)<br>) | Middle District of Alabama |
| v. | )<br>) | CIVIL ACTION NO. 2:08-cv-150 |
| ASBESTOS DEFENDANTS: ALBANY<br>INTERNATIONAL, et al., | )<br>)<br>) | |
| DEFENDANTS. | ) | |

**NOTICE OF OPPOSITION**

2008 MAY 12
JUDICIAL PANEL MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

COMES NOW the Defendant, Trane US, Inc. f/k/a American Standard, Inc. ("Trane"), by and through counsel, and hereby oppose this Panel's Conditional Transfer Order (CTO-307) dated April 25, 2008. Defendants oppose transfer to the Panel because numerous Defendants, including Trane, have filed motions to dismiss based upon a number of grounds, including lack of subject matter jurisdiction and expiration of the statute of limitations. Transferring this action to the MDL without considering the

**OFFICIAL FILE COPY**

IMAGED MAY 13 2008

pleading deficiencies which are clearly shown on the face of the Complaint would serve to clutter the court system and require both the Courts and all parties to waste valuable time and resources. The basis for Defendants' opposition will be more fully discussed in their motion to vacate the Conditional Transfer Order and brief in support thereof.

For these reasons, Defendants respectfully request that the transmittal of the Panel's Conditional Transfer Order be stayed until further Order of the Panel.

Respectfully submitted this 12th day of May, 2008.

_____
Timothy Wade Knight (ASB5824170T)

_____
Lucy Westover Jordan (ASB4426U69J)

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

Attorneys for Defendant Trane US, Inc., *f/k/a American Standard, Inc.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2008

FILED
CLERK'S OFFICE

### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | MDL NO. 875 |
| LIABILITY LITIGATION (NO. VI) | ) | |

THIS DOCUMENT RELATES TO CTO-307 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA: (TRANSFERROR JUDGE WILLIAM KEITH WATKINS)

| | |
|---|---|
| OTHRE E. BURNETT, et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | **Middle District of Alabama** |
| v. ) | **CIVIL ACTION NO. 2:08-cv-150** |
| ) | |
| ASBESTOS DEFENDANTS: ALBANY ) | |
| INTERNATIONAL, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

### NOTICE OF OPPOSITION

Come the Defendants, ITT Corporation, f/k/a ITT Industries, Inc., and Bell & Gossett, a subsidiary of ITT Corporation, f/k/a ITT Industries, Inc.("ITT and B&G"), by and through counsel, and hereby oppose this Panel's Conditional Transfer Order (CTO-307) dated April 25, 2008. Defendants oppose transfer to the Panel because numerous Defendants, including ITT and B&G, have filed motions to dismiss based upon a number of grounds, including lack of subject matter jurisdiction and expiration of the statute of

limitations. Transferring this action to the MDL without considering the pleading deficiencies which are clearly shown on the face of the Complaint would serve to clutter the court system and require both the Courts and all parties to waste valuable time and resources. The basis for Defendants' opposition will be more fully discussed in their motion to vacate the Conditional Transfer Order and brief in support thereof.

For these reasons, Defendants respectfully request that the transmittal of the Panel's Conditional Transfer Order be stayed until further Order of the Panel.

Respectfully submitted this 12th day of May, 2008.

_____
Timothy Wade Knight (ASB5824170T)

_____
Lucy Westover Jordan (ASB4426U69J)

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

Attorneys for Defendants ITT Corporation, f/k/a ITT Industries, Inc., and Bell & Gossett, a subsidiary of ITT Corporation, f/k/a ITT Industries, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 3 2008

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | MDL NO. 875 |
| LIABILITY LITIGATION (NO. VI) | ) | |

THIS DOCUMENT RELATES TO CTO-307 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA: (TRANSFERROR JUDGE WILLIAM KEITH WATKINS)

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al., | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | **Middle District of Alabama** |
| v. | ) | **CIVIL ACTION NO. 2:08-cv-150** |
| | ) | |
| ASBESTOS DEFENDANTS: ALBANY | ) | |
| INTERNATIONAL, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF OPPOSITION

COME NOW the Defendants, The Lincoln Electric Company and Hobart Brothers Company ("Lincoln" and "Hobart"), by and through counsel, and hereby oppose this Panel's Conditional Transfer Order (CTO-307) dated April 25, 2008. Defendants oppose transfer to the Panel because numerous Defendants, including Lincoln and Hobart, have filed motions to dismiss based upon a number of grounds, including lack of subject matter jurisdiction and expiration of the statute of limitations. Transferring this

action to the MDL without considering the pleading deficiencies which are clearly shown on the face of the Complaint would serve to clutter the court system and require both the Courts and all parties to waste valuable time and resources. The basis for Defendants' opposition will be more fully discussed in their motion to vacate the Conditional Transfer Order and brief in support thereof.

For these reasons, Defendants respectfully request that the transmittal of the Panel's Conditional Transfer Order be stayed until further Order of the Panel.

Respectfully submitted this 12th day of May, 2008.

_____
Timothy Wade Knight (ASB5824170T)

_____
Lucy Westover Jordan (ASB4426U69J)

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

Attorneys for Defendants The Lincoln Electric Company and Hobart Brothers Company.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2008

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) | MDL NO. 875 |

THIS DOCUMENT RELATES TO CTO-307 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA: (TRANSFERROR JUDGE WILLIAM KEITH WATKINS)

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al., | ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | **Middle District of Alabama**<br>**CIVIL ACTION NO. 2:08-cv-150** |
| ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL, et al., | ) ) ) | |
| DEFENDANTS. | ) | |

## PROOF OF SERVICE

I certify that I have served a copy of the following documents, along with this proof of service, upon counsel of record and pro-se litigants via U.S. Mail:

Notice of Opposition of Defendant Trane US, Inc. f/k/a American Standard, Inc.

Notice of Opposition of Defendant ITT Corporation f/k/a ITT Industries, Inc. and Bell & Gossett, a subsidiary of ITT Corporation f/k/a ITT Industries, Inc.

Notice of Opposition of Defendant The Lincoln Electric Company and Hobart Brothers Company.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 MAY 12 P 3: 32
RECEIVED CLERK'S OFFICE

### Addresses, and parties represented:

**Grover Patterson Keahey, Jr.**
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209
Email: info@mesohelp.com
Representing:
> **Plaintiff** Othre E. Burnett
> **Plaintiff** Emma Jean Barton
> **Plaintiff** Joel Gray
> **Plaintiff** Donna Hayes
> **Plaintiff** Jeff F. Marona
> **Plaintiff** Rayford Allen McKinley
> **Plaintiff** Russell Mashburn
> **Plaintiff** Roy Rembert, Jr.
> **Plaintiff** Alan D. Vincent

**Keith James Pflaum**
Porterfield Harper Mills & Motlow PA
PO Box 530790
Birmingham, AL 35253-0790
Email: cec@phm-law.com
Representing:
> **Defendant** Albany International

**William T. Mills, II**
Porterfield Harper & Mills PA
PO Box 530790
Birmingham, AL 35253-0790
Email: mrs@phm-law.com
Representing:
> **Defendant** Kelly-Moore Paint Company, Inc.
> **Defendant** P&H Cranes
> **Defendant** Warren Pumps, Inc.

**William Larkin Radney, IV**
**Haley Amanda Andrews**
Lightfoot, Franklin & White LLC
400 20th Street North
Birmingham, AL 35203
Email: lradney@lightfootlaw.com
Email: handrews@lfwlaw.com

Representing:
    **Defendant** Allis-Chalmers Corporation Product Liability Trust
    **Defendant** Rockbestos-Surprenant Cable Corporation *formerly known as*
The Rockbestos Company

**William Larkin Radney, IV**
**Melody Hurdle Eagan**
**Haley Amanda Andrews**
Lightfoot Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
Email: lradney@lightfootlaw.com
Email: handrews@lfwlaw.com
Email: meagan@lightfootlaw.com
Representing:
    **Defendant** Emerson Electric Co

**Freddie Neal Harrington, Jr**
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Email: fharrington@sssandf.com
Representing:
    **Defendant** American Optical Corporation

**Edward Bailey McDonough, Jr.**
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633
Email: ebm@emcdonoughlaw.com
Representing:
    **Defendant** The Anchor Packing Company
    **Defendant** Garlock Sealing Technologies L.L.C.

**Edward Bailey McDonough, Jr.**
**Gary W. Fillingim**
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633
Email: ebm@emcdonoughlaw.com
Email: gwf@emcdonoughlaw.com
Representing
    **Defendant** Buffalo Pumps, Inc.
    **Defendant** Schneider Electric Industries, S.A.S., North American Division
    **Defendant** Square D Company

**Evelyn M. Fletcher**
**Elizabeth B Padgett**
Hawkins & Parnell LLP
303 Peachtree Street NE
Suite 4000
Atlanta, GA 30308
Email: efletcher@hplegal.com
Email: cpadgett@hplegal.com
Representing:
>  **Defendant** Arvinmeritor Corporation
>  **Defendant** Bayer Cropscience, Inc., *a successor to Benjamin Foster Co.*

*formerly known as* Aventis Cropscience USA, Inc. *formerly known as* Rhone-Poulence AG Co. *formerly known as* Union Carbide Agricultural Products, Inc. *formerly known as* Amchem, Products, Inc.
> **Defendant** Certainteed Corporation
> **Defendant** Foseco, Inc.
> **Defendant** Maremount Corporation
> **Defendant** Union Carbide Corporation

**James G House, III**
**Clifton W. Jefferis**
Forman Perry Watkins Krutz & Tardy LLP
200 South Lamar Street, Suite 100
Post Office Box 22608
Jackson, MS 39201
Email: housejg@fpwk.com
Email: jefferiscw@fpwk.com
Representing:
> **Defendant** Asten Johnson, Inc.

*individually and as successor-in-interest to Asten, Inc., successor-in-interest by way of name change to Asten Group, Inc., formerly trading as Asten-Hills Manufacturing Co.*

**Donald C. Partridge**
**James G House, III**
**Laura DeVaughn Goodson**
**Richard M. Crump**
Forman Perry Watkins Krutz & Tardy LLP
P. O. Box 22608
Jackson, MS 39225
Email: partridgedc@fpwk.com
Email: housejg@fpwk.com
Email: goodsonld@fpwk.com
Email: crumprm@fpwk.com

Representing:
  **Defendant** BP America, *as successor in interest to Amoco Chemical Company, Amoco Chemicals Company, Plaskon Electronic Minerals, Avisuncorp, Carborundum, Atlantic Richfield Company/Arco Metals, as successor in interest to Anaconda American Brass Company, etc.*
  **Defendant** BP Amoco Chemical Company
  **Defendant** Industrial Holdings Corporation, *formerly known as* The Carborundum Company
  **Defendant** Ingersoll-Rand Company

**Laura DeVaughn Goodson**
Forman Perry Watkins Krutz & Tardy LLP
P. O. Box 22608
Jackson, MS 39225
Email: goodsonld@fpwk.com
Representing:
  **Defendant** Uniroyal Fiber & Textile Division of Uniroyal, Inc.

**James Addison Harris, III**
**Nicole Mapp Hardee**
Harris & Harris, LLP
2100-A SouthBridge Parkway
Suite 570
Birmingham, AL 35209
Email: jamey@harris-harris.com
Email: nicole@harris-harris.com
Representing:
  **Defendant** Bechtel Construction Company

**Bondex International Inc.**
50 W. Broad Street
Columbus, OH 43215
  PRO SE **Defendant** Bondex International Inc.


**CBS Corporation**
Westinghouse Building, Gateway Center
11 Stanwix Street
Pittsburgh, PA 15222
  PRO SE **Defendant** CBS Corporation
*successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation formerly known as* Viacom Inc. represented b

**Connie Ray Stockham**
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive
Suite 114
Birmingham, AL 35209
Email: crs@stockhampc.com
Representing:
    **Defendant Clark-Reliance Corporation**

**Stephen Christopher Collier**
Hawkins & Parnell, LLP
303 Peachtree St. NE 4000
Atlanta, GA 30308
Email: ccollier@hplegal.com
Representing:
    **Defendant Cleaver Brooks**, *a division of Aqua-Chem Inc.*
    **Defendant Cooper Industries, LLC**, *individually and as successor-in-interest to Crouse-Hinds formerly known as* Cooper Industries, Inc.

**Nathaniel Austin Bosio**
Dogan Wilkinson Kinard Smith & Edwards PLLC
734 Delmas Avenue
Pascagoula, MS 39567
Email: nbosio@doganwilkinson.com
Representing:
    **Defendant Conwed Corporation**
    **Defendant Guard-Line, Inc.**

Crane, Co.
1201 Peachtree Street
Atlanta, GA 30361
    **PRO SE Defendant Crane, Co.** *individually and as successor in interest to Deming Pump, Cyclotherm, Hydro-Aire, Lear Romec, Resistoflex, Swartwout Co., Stockham Valve Company, Weinman Pump Company, Chempump, and Burks Pump*

**F. Grey Redditt, Jr.**
**Timothy Allen Clarke**
Vickers, Riis, Murray and Curran, LLC
Eleventh Floor, Regions Bank Building
106 Saint Francis Street
Post Office Drawer 2568
Mobile, AL 36652-2568
Email: gredditt@vickersriis.com
Email: tclarke@vickersriis.com

Representing:
    **Defendant** Crane Pumps Systems
*individually and as successor in interest to all pump companies acquired by Crane*
    **Defendant** Foster-Wheeler Corporation
    **Defendant** Goulds Pumps Inc.

**Emit L. Mccafferty, III**
Vickers Riis Murray and Curran
106 St. Francis Street
Suite 1100
Mobile, AL 36602
Email: elm@vickersriis.com
Representing:
    **Defendant** Rapid American Corporation

**Walter Thompson Gilmer, Jr.**
McDowell, Knight, Roedder & Sledge, L.L.C.
PO Box 350
Mobile, AL 36601-0350
Email: wgilmer@mcdowellknight.com
Representing:
    **Defendant** Crown, Cork, & Seal Company, Inc.
    **Defendant** Crown Holdings, Inc. *successor-in-interest to Mundet Cork Corp.*

**John Albert Smyth, III**
**Edwin Bryan Nichols**
**Thomas Gerald Delawrence**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35203
Email: jsmyth@maynardcooper.com
Email: bnichols@maynardcooper.com
Email: tdelawrence@maynardcooper.com
Representing:
    **Defendant** Cutler Hammer *currently referred to as Eaton Electrical, Inc.*
    **Defendant** Eaton Corporation

**Donald Alan Windham, Jr.**
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
Email: awindham@balch.com

Representing:
>    **Defendant** D.B. Riley, Incorporate
>    **Defendant** Riley Inc. *also known as* Riley Stoker Corporation *formerly known as* Babcock Borsig Power Inc.

**Jenelle Rae Evans**
**Schuyler Allen Baker, Jr.**
Balch & Bingham, LLP
1901 6th Ave N, suite 2700
Birmingham, AL 35203
Email: jevans@balch.com
Email: abaker@balch.com
Representing:
>    **Defendant** General Electric Company

**C. Paul Cavender**
**Allan Rexford Wheeler**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Email: pcavende@burr.com
Email: awheeler@burr.com
Representing:
>    **Defendant** FMC Corporation *individually and on behalf of its former construction Equipment Group, and former Peerless Pump Division, Coffin Turbo Pumps, and Chicago Pump, business*
>    **Defendant** Georgia-Pacific Corporation
>    **Defendant** Koppers Industries
>    **Defendant** Thiem Corporation *Successor by merger ti Universal Refractories Corp.*
>    **Defendant** United States Steel Corporation
>    **Defendant** USX Corporation *as successor in interest to United States Steel, LLC, formerly known as Tennessee Coal and Iron*

**The Goodyear Tire and Rubber Co.**
2711 Centerville Road, Suite 400
Wilmington, DE 19808
>    **PRO SE Defendant** The Goodyear Tire and Rubber Co.

**Frank Edward Lankford, Jr.**
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Email: fel@hfsllp.com

Representing:
> **Defendant** Honeywell, Inc. *specifically excluding liability for NARCO, individually and as successor to Allied Signal, Bendix, Wheelabrator, Rust Engineering, and Allied Chemical*
> **Defendant** John Crane, Inc.
> **Defendant** Sepco Corporation

**Brian P. McCarthy**
**Frederick George Helmsing, Jr.**
McDowell, Knight, Roedder & Sledge, L.L.C.
PO Box 350
Mobile, AL 36601-0350
Email: bmccarthy@mcdowellknight.com
Email: fhelmsing@mcdowellknight.com
Representing:
> **Defendant** Imo Industries, Inc. *formerly Imo de Laval, formerly Transamerica de Laval Turbine*

**Vincent A. Noletto, Jr.**
Carr Allison
6251 Monroe Street
Suite 200
Daphne, AL 36526
Email: vnoletto@carrallison.com
Representing:
> **Defendant** Kaiser Gypsum Company, Inc.

**Michael Anthony Vercher**
Christian & Small, LLP
505 20th Street North
Suite 1800
Birmingham, AL 35203
Email: mavercher@csattorneys.com
Representing:
> **Defendant** Metropolitan Life Insurance Company

**Cyrus C Barger, III**
Jude & Jude, PLLC
6424 US Hwy 98 W
Ste. 50
Hattiesburg, MS 39402
Email: tresbarger@judelawfirm.com
Representing:
> **Defendant** Oglebay Norton Company

**Owens-Illinois, Inc.**
The Corporation Company
1209 Orange Street
Wilmington, DE 19801
 PRO SE <u>Defendant</u> **Owens-Illinois, Inc.**

**Brian Mitchell Blythe**
**Joel M Kuehnert**
**Terrance Michael Brown**
Bradley Arant Rose & White
1819 Fifth Avenue North
Birmingham, AL 35203
Email: bblythe@bradleyarant.com
Email: jkuehnert@bradleyarant.com
Email: mbrown@bradleyarant.com
Representing:
 <u>Defendant</u> **Pneumo Abex LLC** *succesor in interest to Abex Corporation*

**Helen Kathryn Downs**
**Shayana Boyd Davis**
**William Donald Jones, III**
Johnston, Barton, Proctor & Rose LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Email: hkd@johnstonbarton.com
Email: sdavis@johnstonbarton.com
Email: wjones@johnstonbarton.com
Representing:
 <u>Defendant</u> **Rockwell Automation** *successor by merger to Allen-Bradley Co., LLC*

**Randi Peresich Mueller**
Page, Mannino, Peresich & McDermott, PLLC
460 Briarwood Drive, Suite 415
Post Office Box 16450
Jackson, MS 39236
Email: rmueller@pmp.org
Representing:
 <u>Defendant</u> **Sunbeam Products Incorporated** *formerly known as* Sunbeam Corporation

**David Whittington McDowell**
Baker Donelson Bearman Caldwell & Berkowitz PC
1600 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203-5202
Email: dmcdowell@bakerdonelson.com
Representing:
    **Defendant Surface Combustion**

**Roger Charles Foster**
Laney & Foster, P.C.
P O Box 43798
Birmingham, AL 35243-0798
Email: rcfoster@laneyfoster.com
Representing:
    **Defendant T H Agriculture & Nutrition, LLC**

**Zurn Industries, Inc**
350 N. St. Paul Street
Dallas, TX 75201
    **PRO SE Defendant Zurn Industries, Inc.**

I further certify that I have not served the following Defendant due to service being returned with notation that it cannot be delivered to the service address:

**Defendant** National Service Industries, Inc., *formerly known as* North Bothers, Inc.

This the 12th day of May, 2008.

_____
Timothy Wade Knight (ASB5824170T)
Lucy Westover Jordan (ASB4426U69J)

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

Representing:
  **Defendant** Bell & Gossett, *a subsidiary of ITT Corporation, f/k/a ITT Industries, Inc.*
  **Defendant** Hobart Brothers Company
  **Defendant** ITT Corporation, *f/k/a ITT Industries, Inc.*
  **Defendant** The Lincoln Electric Company
  **Defendant** Trane US, Inc., *f/k/a American Standard, Inc.*