MDL 875

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 25 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-307)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,878 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5451

**OFFICIAL FILE COPY**

IMAGED MAY 1 3 2008

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                            MDL No. 875

## SCHEDULE CTO-307 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA MIDDLE
  ALM 2 08-150          ~~Othre E. Burnett, et al. v. Albany International Co., et al.~~
                             **Opposed 5/13/08**

CALIFORNIA CENTRAL
  CAC 2 08-2172         ~~Louis Ted Kovary, et al. v. Honeywell International, Inc., et al.~~
                             **Opposed 5/12/08**

CALIFORNIA NORTHERN
  CAN 3 08-231          James Farris v. Warren Pumps, LLC
  CAN 3 08-980          Rudolph Hanna v. General Electric Co., et al.
  CAN 3 08-981          Thomas Taylor v. General Electric Co., et al.
  CAN 3 08-982          Donald Cantlin, Jr. v. General Electric Co., et al.
  CAN 3 08-983          Betty Utterback, et al. v. Hexion Specialty Chemicals, Inc.
  CAN 4 08-969          Anna Price, et al. v. General Electric Co., et al.

INDIANA NORTHERN
  INN 2 08-33           Raymond C. Dix, et al. v. General Electric Co., et al.

LOUISIANA MIDDLE
  LAM 3 08-182          Charles Dickson v. Noble Drilling Corp., et al.

MARYLAND
  MD 1 08-798           William J. Lee, Sr., et al. v. John Crane-Houdaille, Inc., et al.

MISSISSIPPI NORTHERN
  MSN 1 06-64           William Kenneth Strachan v. Garlock, Inc., et al.

MISSISSIPPI SOUTHERN
  MSS 1 07-1237         Aletha Mims v. American Standard, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM 1 02-456          Ricky Lee Crabtree, et al. v. ACandS, Inc., et al.
  NCM 1 08-204          Jeanette S. Allison, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-205          John F. Upright, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-215          George Wayne Scott, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-216          Jack Anderson Lawson, Sr. v. Aqua-Chem, Inc., et al.
  NCM 1 08-217          Herbert C. Gray, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-242          Lemmie E. Joyce, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-307 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

NORTH CAROLINA WESTERN
| | | | |
|---|---|---|---|
| NCW | 1 | 07-307 | Margie J. Putnam, et al. v. AESYS Technologies, LLC, et al. |
| NCW | 1 | 08-61 | Larry Wayne Autry, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-81 | Jeremiah B. Stearns, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-99 | James J. Widener, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-100 | Ricky Dale Morrow, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-101 | David Lee Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-102 | Tony Jerod Martin, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-103 | John Wesley Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-104 | James Ray Blackwelder, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-105 | James Alan Palmer, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-110 | Harold Dean Kirby, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-111 | Jack H. Farris, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-112 | Larry E. Gragg, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-113 | James Albert Brown, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-119 | Stoney W. Thompson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-120 | Frederick L. Downing, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-121 | Jerry Hugh Daves v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-123 | Anthony Earl Edwards v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-127 | Steven W. Houser, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-128 | Mark Wilson Furr, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-129 | Hildred Lee Miller, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-130 | Leonard E. Tate, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-134 | Denny Ray Woodward, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-135 | Terri Linnette Pulliam, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-136 | James Donald Parton, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-137 | Steven Mitchell Pate v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-138 | George M. Rumfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-139 | Richard H. Sloan, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-143 | Bryan M. Bean, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-144 | Jerry Allen Canipe v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-145 | Rodney Paul Beam v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-147 | Dennis L. Gallion, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-149 | Tommy D. Gamble, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-151 | Randy Joe Graham, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-157 | Michael Dale Greene, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-159 | Lanny Jack Hope, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-161 | Marvin W. Huskins, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-307 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **SOUTH CAROLINA** | | | |
| SC | 0 | 08-901 | George Thomas Toole v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-911 | Claudie C. Cooper, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-912 | William R. Hozey, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-927 | Robert Davenport, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-967 | James Burton Beard, et al. v. Aqua-Chem, Inc., et al. |
| SC | 2 | 08-965 | James Howell Buddin, Jr. v. Aqua-Chem, Inc., et al. |
| SC | 6 | 08-929 | Alfonzo Daniel, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-899 | Ronnie Wayne Upchurch, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-900 | P. Samuel Webber, III, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-902 | Susan Marie Bell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-913 | Tommy A. Jones, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-933 | Blaine E. Quinton, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-969 | Monty Albert Smith, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-904 | Jerry Daniel South v. Aqua-Chem, Inc., et al. |
| **TEXAS NORTHERN** | | | |
| TXN | 3 | 08-549 | ~~Dzinta Bailey, etc. v. A.W. Chesterton Co., et al.~~ **Vacated 5/2/08** |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 08-846 | Eldon W. White v. Burlington Northern & Santa Fe Railway Co. |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 06-8897 | Robert P. Loss v. American Standard, Inc., et al. |
| VAE | 2 | 07-9290 | Robert E. Butikofer v. American Standard, Inc., et al. |
| VAE | 2 | 07-9291 | Edward C. Hofrock v. American Standard, Inc., et al. |
| VAE | 2 | 08-9321 | Leo Wahl v. American Standard, Inc., et al. |
| VAE | 2 | 08-9322 | Robert J. Siple v. American Standard, Inc., et al. |
| VAE | 2 | 08-9323 | Guiseppe Cintorino v. American Standard, Inc., et al. |
| VAE | 2 | 08-9324 | Sellar B. Nugent v. American Standard, Inc., et al. |
| VAE | 2 | 08-9325 | Jerry E. Surbaugh, Sr. v. American Standard, Inc., et al. |
| VAE | 2 | 08-9326 | Venancio C. Baca v. American Standard, Inc., et al. |
| VAE | 2 | 08-9327 | Joseph F. Brown v. American Standard, Inc., et al. |
| VAE | 2 | 08-9328 | Rodney E. Keyes v. American Standard, Inc., et al. |
| VAE | 2 | 08-9329 | Irvin D. Lisec v. American Standard, Inc., et al. |