MDL 875 -

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MAY 14 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JUNE THOMAS, SURVIVING SPOUSE OF PAUL C. THOMAS, DECEASED AND KERI COOK, KEVIN THOMAS AND KEITH THOMAS THE SURVIVING CHILDREN OF PAUL C. THOMAS, DECEASED<br><br>VS.<br><br>BP AMOCO CHEMICAL COMPANY f/k/a AMOCO CHEMICAL COMPANY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>CIVIL ACTION NO. 3:08-0026 |

PLEADING NO. 5453

**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO
PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 304**

COME NOW June Thomas, et al., Plaintiffs herein, and file this their Reply to Defendant BP Amoco Chemical Company's Response to Plaintiffs' Motion to Vacate Conditional Transfer Order, and would show the panel as follows:

1. Plaintiffs have requested that the Panel vacate the Conditional Transfer Order (CTO) because Judge Weiner, the MDL 875 transferee judge, has determined that gross negligence cases brought pursuant to § 411.003 of the Texas Labor Code and art. XVI § 26 of the Texas Constitution are not suitable for coordinated and consolidated treatment in MDL 875.

2. BP Amoco Chemical Company argues that these cases should be included in MDL 875 because certain other cases allegedly involving similar claims have been

OFFICIAL FILE COPY

IMAGED MAY 1 5 2008

transferred to MDL 875. In each of the transfer orders appended to Unocal's response, the Panel has observed that:

> [I]n the Panel's original decision, distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the presence of unique claims or additional claims not relating to injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket.

However, the transfer orders entered in those cases do not reflect that the Panel had been appraised of Judge Weiner's prior determination that this specific type of case is not suitable for coordinated and consolidated treatment in MDL 875.

3. The statute authorizing transfer of cases to multidistrict litigation provides that: Such transfers shall be made by the judicial panel on multidistrict litigation authorized by this section upon its determination that transfers for such proceedings will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions.

28 U.S.C. § 1407(a). Transferring these cases to MDL 875 after the transferee judge has already determined that they do not belong in MDL 875 merely adds unnecessary expense, delay, and inconvenience, in contravention of the statutory purpose of multidistrict litigation.

3. WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Panel vacate the Conditional Transfer Order entered in this case. on of March 20, 2008.

Respectfully submitted,

BY: _____
D'Juana Parks
STATE BAR NO. 15519395

PROVOST & UMPHREY
LAW FIRM, L.L.P.
490 PARK STREET
P. O. BOX 4905
(409) 835-6000
(409) 838-8888 (Fax)

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*
*MAY 14 2008*
*FILED*
*CLERK'S OFFICE*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was sent regular U.S. Mail on <u>May 13, 2008</u>, to the attached Panel Service List.

*[signature]*

*2008 MAY 14 A 11:09*
*RECEIVED CLERK'S OFFICE*
*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-304)

June Thomas, et al. v. BP Amoco Chemical Co., S.D. Texas, C.A. No. 3:08-26

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP FULTON
& NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212
dadamico@bwhite.com

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

D'Juana B. Parks
PROVOST & UMPHREY
 LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Thomas W. Taylor
ANDREWS & KURTH
600 Travis
Suite 4200
Houston, TX 77002-2778

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406