MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2008

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL NO. 875

THIS DOCUMENT RELATES TO CTO-304 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA (TRANSFEROR JUDGE: MYRON H. THOMPSON):

**DANIEL R. BROWN, ET AL.,**                                                              **PLAINTIFFS,**

v.                                                                                                              **CASE NO. 2:08-CV-46**

**ALBANY INTERNATIONAL, ET AL.,**                                                   **DEFENDANTS.**

### NOTICE OF JOINDER IN AND ADOPTION OF MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-304) AND BRIEF IN SUPPORT THEREOF

COMES NOW, Defendant Kaiser Gypsum Company, Inc. ("Kaiser"), by and through counsel, and hereby give this Notice of Joinder in and Adoption of the Motion to Vacate the Conditional Transfer Order, and Brief in Support Thereof, filed by National Service Industries, Inc. ("NSI") and Owens-Illinois, Inc. ("O-I").

Respectfully submitted,

_/s/ Vincent A. Noletto, Jr._
VINCENT A. NOLETTO, JR. (NOLEV3868)
Attorney for Defendant
Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
vnoletto@carrallison.com

PLEADING NO. 5454

2008 MAY 13 P 2:41
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED MAY 16 2008

**CERTIFICATE OF SERVICE**

I certify that I have on this the 5th day of May, 2008, served a copy of the foregoing pleading upon counsel of record identified on the attached Panel Service List via U.S. Mail, as well as electronically with the Clerk of the United States District Court for the Middle District of Alabama.

/s/ Vincent A. Noletto, Jr.
OF COUNSEL

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                             **MDL No. 875**

**PANEL SERVICE LIST (Excerpted from CTO-304)**

Daniel R. Brown, et al. v. Albany International, et al., M.D. Alabama, C.A. No. 2:08-46

Haley Amanda Andrews
LIGHTFOOT FRANKLIN & WHITE
400 20th Street, North
Birmingham, AL 35203

Cyrus C. Barger, III
JUDE & JUDE PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Brian M. Blythe
BRADLEY ARANT ROSE & WHITE
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Nathaniel A. Bosio
DOGAN WILKINSON KINARD SMITH & EDWARDS PLLC
P.O. Box 1618
734 Delmas Avenue
Pascagoula, MS 39567

Edward J. Cass
GALLAGHER SHARP FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

S. Christopher Collier
HAWKINS & PARNELL LLP
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Helen K. Downs
JOHNSTON BARTON PROCTOR & POWELL
569 Brookwood Villate, Suite 901
Birmingham, AL 35209

Jenelle R. Evans
BALCH & BINGHAM LLP
1901 6th Avenue N, Suite 2700
Birmingham, AL 35203-0306

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Roger C. Foster
LANEY & FOSTER PC
Two Perimeter Park South
Suite 426 East
P.O. Box 43798
Birmingham, AL 35243-0798

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Walter T. Gilmer, Jr.
McDOWELL KNIGHT ROEDDER & SLEDGE LLC
P.O. Box 350
Mobile, AL 36601

Laura DeVaughn Goodson
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth St., Suite 4800
Minneapolis, MN 55402

Anthony C. Harlow
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Freddie N. Harrington, Jr.
SCOTT SULLIVAN STREETMAN & FOX
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

James A. Harris, III
HARRIS & HARRIS LLP
2501 20th Place South
Colonial Bank Building, Suite 450
Birmingham, AL 35223

Clifton Wayne Jefferis
FORMAN PERRY WATKING KRUTZ & TARDY PLLC
200 South Lamar Street
City Center, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

Lucy W. Jordan
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Timothy W. Knight
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landlin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

**MDL No. 875 - Panel Service List (Excerpted from CTO-304) (Continued)**

Frank E. Lankford, Jr.
HUIE FERNAMBUCO & STEWART
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

J. Ford Little
WOOLF McCLANE BRIGHT ALLEN
& CARPENTER LLC
Post Office Box 900
Knoxville, TN 37901-0900

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Brian P. McCarthy
McDOWELL KNIGHT ROEDDER &
SLEDGE, LLC
63 South Royal Street, Suite 900
P.O. Box 350
Mobile, Alabama 36602

Edward Bailey McDonough, Jr.
EDWARD B. McDONOUGH, JR PC
1800 AmSouth Bank Building
P.O. Box 1943
Mobile, AL 36633

David W. McDowell
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202

William T. Mills, II
PORTERFIELD HARPER MILLS &
MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Randi Peresich Mueller
PAGE MANNINO PERESICH &
McdERMOTT PLLC
460 Briarwood Drive, Suite 415
Jackson, MS 39236

Edwin B. Nichols
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618

Elizabeth B. Padgett
HAWKINS & PARNELL LLP
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Donald C. Partridge
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Keith J. Pflaum
PORTERFIELD HARPER MILLS
& MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

F. Grey Redditt, Jr.
VICKERS RIIS MURRAY &
CURRAN
11th Floor, Regions Bank Building
106 St. Francis Street
Post Office Drawer 2568
Mobile, AL 36652-2568

John J. Repcheck
MARKS O'NEILL O'BRIEN &
COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR &
PEASE
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN &
BURGESS
11766 Wilshire Blvd, Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS McGUIRE &
SPINELLI LLP
Center Square West, 15th Floor
Philadelphia, PA 19102

Connie Ray Stockham
STOCKHAM CARROLL & SMITH
PC
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Michael A. Vercher
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696

James K. Weston, II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
BURR & FORMAN LLP
South Trust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203

Donald A. Windham, Jr.
BALCH & BINGHAM LLP
401 East Capital St., Suite 200
Jackson, MS 39201