**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| WILLIAM J. LEE, SR., et al., Plaintiffs | * |
| v. | * CIVIL ACTION NO. AMD 08-798 |
| JOHN CRANE-HOUDAILLE, INC., et al., Defendants | * |

***

# ORDER

In accordance with the request of the parties, and for good and sufficient reasons evident in the record, it is this 15th day of May, 2008, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The motion to remand (Paper No. 16) is GRANTED and this case is hereby REMANDED TO THE CIRCUIT COURT FOR BALTIMORE CITY; and

2. The Clerk SHALL CLOSE this case.

/s/
Andre M. Davis
United States District Judge

MDL- 875
RECOMMENDED ACTION

VAC CTO- 307 (final) / action
Approved/Date: JX 16 May 08

PLEADING NO. 5455

OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE
2008 MAY 16 A 9:53
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IMAGED MAY 19 2008