**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    William J. Lee, Sr., et al. v. John Crane-Houdaille, Inc., et al.,    )
        D. Maryland, C.A. No. 1:08-798                     )        MDL No. 875

PLEADING NO. 5456

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Lee*) on April 25, 2008. In the absence of any opposition, the conditional transfer order was finalized with respect to *Lee* on May 13, 2008. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on May 15, 2008, and entered on May 16, 2008. The Panel has now been advised that *Lee* was remanded to the Circuit Court for Baltimore City, Maryland, by the Honorable Andre M. Davis in an order filed on May 15, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-307" filed on April 25, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY 19 2008