MDL 875-

Prep CRD (TB)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : 
LITIGATION (NO. VI) :
 :
_____ x

This Document Relates to: : CIVIL ACTION NO. MDL 875

United States District Court : ED-PA No. 07 CV 63079 74172
Middle District of Louisiana :

Michael CATANIA, No. 05-CV-1418 :
 :
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]: :
_____ x

PLEADING NO. 5457

RECEIVED CLERK'S OFFICE 2008 MAY -6 A 9:51 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Eastern District of Louisiana, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for the determination of certain issues as the parties have been unable to resolve these matters despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION

OFFICIAL FILE COPY

CRO-1 action
Approved/Date: JX 6May08
RN 5/6/08

IMAGED MAY 20 2008

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Middle District of Louisiana for resolution of all outstanding motions and such further action as deemed appropriate.

BY THE COURT:

Date: 4/15/2008

_____
James T. Giles                    J.