MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 21 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5460

## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**Regarding:** Lorene Barton v. Kelly-Springfield Tire Corp., E.D. Texas, C.A. No. 6:08 00039

### PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

COMES NOW Lorene Barton, Plaintiff herein, and file this her Reply to Defendant Kelly-Springfield Tire Corporation's Response to Plaintiff's Motion to Vacate Conditional Transfer Order, and would show the panel as follows:

1. Plaintiff has requested that the Panel vacate the Conditional Transfer Order (CTO) because Judge Weiner, the previous MDL 875 transferee judge, has determined that gross negligence cases brought pursuant to § 408.001 of the Texas Labor Code and art. XVI § 26 of the Texas Constitution are not suitable for coordinated and consolidated treatment in MDL 875.

2. The Texas Labor Code encompasses the "worker's compensation laws" of the State of Texas as that term is defined by 28 USC §1445(c). As such, this cause of action may not be removed to any district court of the United States. For this reason, Plaintiff filed a Motion to Remand in the transferor court that is still pending a decision.

OFFICIAL FILE COPY

IMAGED MAY 21 2008

3. Defendant argues that these type of cases should be included in MDL 875 because it has one other case allegedly involving similar claims that has been transferred to MDL 875. However, Defendant did not include the Panel's transfer order entered in that case and does not state if the Defendant appraised the Panel of Judge Weiner's prior determinations that this specific type of case is not suitable for coordinated and consolidated treatment in MDL 875.

4. The statute authorizing transfer of cases to multidistrict litigation provides that:

> Such transfers shall be made by the judicial panel on multidistrict litigation authorized by this section upon its determination that transfers for such proceedings will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions.

28 U.S.C. § 1407(a). Transferring this case to MDL 875 after the previous transferee judge has already determined that it does not belong in MDL 875 merely adds unnecessary expense, delay, and inconvenience, in contravention of the statutory purpose of multidistrict litigation.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Panel vacate the Conditional Transfer Order entered in this case.

Respectfully Submitted,

PROVOST UMPHREY LAW FIRM, L.L.P.
P. O. Box 4905
490 Park Street
Beaumont, Texas 77704
(409) 835-6000/ (409) 838-8888 FAX

_Aaryn K. Giblin_
Aaryn K. Giblin
TBA No. 00784382

ATTORNEY FOR PLAINTIFF

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2008 MAY 20 A 10:38

CLERK'S OFFICE
RECEIVED

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 21 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was sent regular U.S. Mail on <u>May 19, 2008</u>, to the attached Panel Service List.

*Aaryn K. Giblin*
Aaryn K. Giblin

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 MAY 20 A 10: 38
RECEIVED CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-305)

Lorene Barton v. Kelly-Springfield Tire Corp., E.D. Texas, C.A. No. 6:08-39

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Russell C. Brown
LAW OFFICES OF
RUSSELL C BROWN PC
300 West Main Street
P.O. Box 1780
Henderson, TX 75653-1780

Edward J. Cass
GALLAGHER SHARP
FULTON & NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN
& KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Aaryn K. Giblin
PROVOST & UMPHREY
LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

David Arthur Oliver, Jr.
PORTER & HEDGES LLP
1000 Main Street
36th Floor
Houston, TX 77002-6336

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

**MDL No. 875 - Panel Service List (Excerpted from CTO-305)(Continued)**

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406