**MDL 875**



Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2008

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-308)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,910 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5466

**OFFICIAL FILE COPY**

IMAGED MAY 2 8 2008

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

## SCHEDULE CTO-308 - TAG-ALONG ACTIONS

**DIST. DIV.   C.A. #**        **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  08-2505        William Love, et al. v. Crane Co., et al.

MARYLAND
  MD  1  08-968          Joseph D. Beam, Sr. v. John Crane-Houdaille, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM  1  08-259          Reginald A. Dent v. CBS Corp., et al.

NORTH CAROLINA WESTERN
  NCW  1  08-146          Kenneth S. Crouse, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-150          Michael R. Gantt, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-162          Paul Dennis Wright, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-171          Carl Edgar Isenhour, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-172          Daniel O. Long, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-173          Bentha Turner Barrett v. Aqua-Chem, Inc., et al.
  NCW  1  08-176          Charles L. Grier, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-178          Wendy S. Cosner, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-180          John C. Cowan, et al. v. Aqua-Chem, Inc., et al.

NEBRASKA
  NE  8  08-181           George Finley v. Burlington Northern & Santa Fe Railway Co.

SOUTH CAROLINA
  SC  0  08-1156          Charles Otis Latta, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1595          James H. Millwood, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1629          John Daniel Sipe, et al. v. Aqua-Chem, Inc., et al.
  SC  6  08-1633          Tobe Sizemore, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC  7  08-1138          Joseph D. Chasteen, et al. v. Aqua-Chem, Inc., et al.
  SC  7  08-1148          Terry W. Huffstickler, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1136          Thomas M. Anders, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1157          Mark D. Shepherd, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1625          Robert Lee Locklair, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1635          Stephen M. Thompson, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1637          Kendrick Ray Nix v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS  4  08-464          Charles William Horner, et al. v. Lockheed Martin Corp., et al.

WASHINGTON WESTERN
  WAW  2  08-441          John Donovan, etc. v. C.H. Murphy/Clark-Ullman, Inc., et al.