**MDL 875**



PLEADING NO. 5468

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) | MDL NO. 875 |

THIS DOCUMENT RELATES TO CTO-307 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA: (TRANSFERROR JUDGE WILLIAM KEITH WATKINS)

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al., | ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | **Middle District of Alabama** <br> **CIVIL ACTION NO. 2:08-cv-150** |
| ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL, et al., | ) ) ) | |
| DEFENDANTS. | ) | |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

COMES NOW the Defendant, Trane US, Inc. f/k/a American Standard, Inc., and in accordance with Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, respectfully advises the panel that **Trane US, Inc.** f/k/a American Standard, Inc. is a wholly owned subsidiary of Trane, Inc. f/k/a American Standard Companies, Inc., which is a publicly traded company.

**OFFICIAL FILE COPY**

IMAGED MAY 3 0 2008

_____
Timothy W. Knight (ASB5824170T)
Lucy W. Jordan (ASB4426U69J)

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

       Attorneys for Defendant Trane US, Inc. f/k/a American Standard, Inc..

## CERTIFICATE OF SERVICE

       I certify that I have this date served a copy of the foregoing pleading upon counsel of record identified on the Proof of Service (which is being simultaneously filed with the Judicial Panel on Multi-District Litigation) via U.S. Mail.

       Dated this 23 day of May, 2008.

_____
Timothy W. Knight

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

2