**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 28 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5469

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) | MDL NO. 875 |

THIS DOCUMENT RELATES TO CTO-307 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA: (TRANSFERROR JUDGE WILLIAM KEITH WATKINS)

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al., | ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) ) | Middle District of Alabama CIVIL ACTION NO. 2:08-cv-150 |
| ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL, et al., | ) ) ) | |
| DEFENDANTS. | ) | |

### CORPORATE DISCLOSURE STATEMENT

COME NOW the Defendants, ITT Corporation f/k/a ITT Industries, Inc., and Bell and Gossett, a wholly owned subsidiary of ITT Corporation, f/k/a ITT Industries, Inc., and in accordance with Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, respectfully advises the panel as follows:

**ITT Corporation** is a publicly traded corporation. It does not have a parent company, and no publicly-held corporation owns ten per cent or more of its stock.

**OFFICIAL FILE COPY**   IMAGED MAY 30 2008

**Bell & Gossett** is a wholly owned subsidiary of ITT Corporation, f/k/a ITT Industries, Inc.

Timothy W. Knight (ASB5824170T)
Lucy W. Jordan (ASB4426U69J)

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

Attorneys for Defendants, ITT Corporation f/k/a ITT Industries, Inc., and Bell and Gossett, a wholly owned subsidiary of ITT Corporation, f/k/a ITT Industries, Inc.

## CERTIFICATE OF SERVICE

I certify that I have this date served a copy of the foregoing pleading upon counsel of record identified on the Proof of Service (which is being simultaneously filed with the Judicial Panel on Multi-District Litigation) via U.S. Mail.

Dated this **23** day of May, 2008.

Timothy W. Knight

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

2