**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 29 2008

FILED
CLERK'S OFFICE

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

**MDL NO. 875**

THIS DOCUMENT RELATES TO CTO-304 AS IT PERTAINS TO THE FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA (TRANSFEROR JUDGE: MYRON H. THOMPSON):

**DANIEL R. BROWN, ET AL.,**                                          **PLAINTIFFS,**

**v.**                                                                          **CASE NO. 2:08-CV-46**

**ALBANY INTERNATIONAL, ET AL.,**                            **DEFENDANTS.**

### DEFENDANTS' NATIONAL SERVICE INDUSTRIES, INC. AND OWENS-ILLINOIS, INC. MOTION TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-304)[1]

Come the defendants, National Service Industries, Inc. ("NSI") and Owens-Illinois, Inc. ("O-I"), by and through counsel, and respectfully submit this Motion to Strike Plaintiffs' Response to Defendants' Motion to Vacate the Panel's Conditional Transfer Order (CTO-304). As grounds for this Motion, defendants would respectfully show the Multidistrict Panel that the plaintiffs have failed to comply with the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, including the fact that plaintiffs did not timely file their Response in accordance with Rule 7.2(c).

WHEREFORE, for the reasons more particularly set forth in the Brief filed in support of this Motion, defendants NSI and O-I respectfully request that the Multidistrict Panel strike Plaintiffs' Response and grant the relief sought in Defendants' Motion to Vacate the Conditional Transfer Order (CTO-304).

---

[1] Defendants' Brief in Support of Motion to Vacate the Conditional Transfer Order (CTO-034) and all attached exhibits are expressly incorporated herein by reference.

**OFFICIAL FILE COPY**

1

**IMAGED MAY 2 9 2008**

PLEADING NO. 5470



Respectfully submitted this 22nd day of May, 2008.

By: /s/ Anthony C. Harlow
Anthony C. Harlow
Bar Number: ASB-5692-W474
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000

*Attorneys for National Service Industries, Inc. and*
*Owens-Illinois, Inc.*

## CERTIFICATE OF SERVICE

I certify that I have this date served a copy of the foregoing pleading upon counsel of record identified on the attached Panel Service List via U.S. Mail and/or electronically with the Clerk of the United States District Court for the Middle District of Alabama.

Dated this 22nd day of May, 2008.

/s/ Anthony C. Harlow
Counsel

591138.1

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-304)

Daniel R. Brown, et al. v. Albany International, et al., M.D. Alabama, C.A. No. 2:08-46

Haley Amanda Andrews
LIGHTFOOT FRANKLIN & WHITE
400 20th Street, North
Birmingham, AL 35203

Cyrus C. Barger, III
JUDE & JUDE PLLC
P. O. Box 17468
Hattiesburg, MS 39404-7468

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Brian M. Blythe
BRADLEY ARANT ROSE & WHITE
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Nathaniel A. Bosio
DOGAN WILKINSON KINARD
SMITH & EDWARDS PLLC
P.O. Box 1618
734 Delmas Avenue
Pascagoula, MS 39567

Edward J. Cass
GALLAGHER SHARP FULTON
& NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

S. Christopher Collier
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Helen K. Downs
JOHNSTON BARTON PROCTOR
& POWELL
569 Brookwood Villate
Suite 901
Birmingham, AL 35209

Jenelle R. Evans
BALCH & BINGHAM LLP
1901 6th avenue N
Suite 2700
Birmingham, AL 35203-0306

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Roger C. Foster
LANEY & FOSTER PC
Two Perimeter Park South
Suite 426 East
P.O. Box 43798
Birmingham, AL 35243-0798

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Walter T. Gilmer, Jr.
MCDOWELL KNIGHT ROEDDER
& SLEDGE LLC
P.O. Box 350
Mobile, AL 36601

Laura DeVaughn Goodson
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Anthony C. Harlow
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Freddie N. Harrington, Jr.
SCOTT SULLIVAN STREETMAN
& FOX
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

James A. Harris, III
HARRIS & HARRIS LLP
2501 20th Place South
Colonial Bank Building, Suite 450
Birmingham, AL 35223

Clifton Wayne Jefferis
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

## MDL No. 875 - Panel Service List (Excerpted from CTO-304)(Continued)

Lucy W. Jordan
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

G. Patterson Keahey Jr
G PATTERSON KEAHEY PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Timothy W. Knight
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
HUIE FERNAMBUCQ & STEWART
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Brian P. McCarthy
MCDOWELL KNIGHT ROEDDER
& SLEDGE LLC
63 South Royal Street
Suite 900
P.O. Box 350
Mobile, AL 36602

Edward Bailey McDonough, Jr.
EDWARD B MCDONOUGH JR PC
1800 AmSouth Bank Building
P.O. Box 1943
Mobile, AL 36633

David W. McDowell
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202

William T. Mills, II
PORTERFIELD HARPER MILLS
& MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Randi Peresich Mueller
PAGE MANNINO PERESICH
& MCDERMOTT PLLC
460 Briarwood Drive
Suite 415
Jackson, MS 39236

Edwin B. Nichols
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618

Vincent A. Noletto, Jr.
CARR ALLISON
6251 Monroe Street
Suite 200
Daphne, AL 36526

Elizabeth B. Padgett
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Donald C. Partridge
FORMAN PERRY WATKINS
KRUTZ
& TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Keith J. Pflaum
PORTERFIELD HARPER MILLS
& MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

F. Grey Redditt, Jr.
VICKERS RIIS MURRAY & CURRAN
Eleventh Floor, Regions Bank Building
106 Saint Francis Street
Post Office Drawer 2568
Mobile, AL 36652-2568

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Connie Ray Stockham
STOCKHAM CARROLL & SMITH PC
2204 Lakeshore Drive
Suite 114
Birmingham, AL 35209

## MDL No. 875 - Panel Service List (Excerpted from CTO-304)(Continued)

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Michael A. Vercher
CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
BURR & FORMAN LLP
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Donald A. Windham, Jr.
BALCH & BINGHAM LLP
401 East Capital Street
Suite 200
Jackson, MS 39201



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 9 2008

FILED
CLERK'S OFFICE

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY**        **MDL NO. 875**
**LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO CTO-304 AS IT PERTAINS TO THE FOLLOWING
ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL
DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA (TRANSFEROR JUDGE:
MYRON H. THOMPSON):

**DANIEL R. BROWN, ET AL.,**        **PLAINTIFFS,**

**v.**        **CASE NO. 2:08-CV-46**

**ALBANY INTERNATIONAL, ET AL.,**        **DEFENDANTS.**

## DEFENDANTS' NATIONAL SERVICE INDUSTRIES, INC. AND OWENS-ILLINOIS, INC. BRIEF IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-304)[1]

Come the defendants, National Service Industries, Inc. ("NSI") and Owens-Illinois, Inc.

("O-I"), by and through counsel, and respectfully submit this Brief in Support of Defendants'

Motion to Strike Plaintiffs' Response in Opposition to Defendants' Motion to Vacate the Panel's

Conditional Transfer Order (CTO-304).

      As grounds for the Motion, defendants would respectfully show the Panel as follows:

      1.      Defendants' Motion and Brief to Vacate the Panel's Conditional Transfer Order

(CTO-304) was due to be filed on April 21, 2008. See April 7, 2008 Letter United States

Judicial Panel on Multidistrict Litigation from Clerk of the Panel, Jeffery N. Luthi attached

hereto as Exhibit A.

---

[1] Defendants' Brief in Support of Motion to Vacate the Conditional Transfer Order (CTO-034) and all attached
exhibits are expressly incorporated into the Motion by reference.

2.      Defendants timely filed their Motion to Vacate the Conditional Transfer Order (CTO-304) on April 21, 2008.  See copy of Motion attached hereto as Exhibit B.

3.      Rule 7.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation provides that "[w]ithin twenty days after filing of a motion, all other parties shall file a response thereto.  Failure of a party to respond to a motion shall be treated as that party's acquiescence to the action requested in the motion."  Moreover, Rule 7.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation states that "responses . . . shall also be governed by Rules 5.12, 5.2 and 7.1 of these Rules."

4.      Plaintiffs did not comply with the governing Rules of Procedure of the Judicial Panel on Multidistrict Litigation. In fact, plaintiffs' Response was not filed until May 16, 2008, well after the deadline imposed by this Court.  See Plaintiffs' Response (excerpt) attached hereto as Exhibit C.

5.      Accordingly, plaintiff's Response is due to be stricken for violation of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and the Multidistrict Panel should treat defendants' Motion as though the plaintiffs have acquiesced to the action requested in the Motion thereby vacating the Conditional Transfer Order (CTO-304) and granting the relief sought therein.

6.      Pursuant to Rule 7.2(a)(ii)(A) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, attached hereto is a Schedule. See Exhibit D.

WHEREFORE, for these reasons, defendants NSI and O-I respectfully request that the Multidistrict Panel strike the Plaintiffs' Response and grant the relief sought in Defendants' Motion to Vacate the Conditional Transfer Order (CTO-304).

591127.1

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 9 2008

FILED
CLERK'S OFFICE

Respectfully submitted this 22nd day of May, 2008.

By: /s/ Anthony C. Harlow_____
Anthony C. Harlow
Bar Number: ASB-5692-W474
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000

*Attorneys for National Service Industries, Inc. and
Owens-Illinois, Inc.*

## CERTIFICATE OF SERVICE

I certify that I have this date served a copy of the foregoing pleading upon counsel of record identified on the attached Panel Service List via U.S. Mail and/or electronically with the Clerk of the United States District Court for the Middle District of Alabama.

Dated this 22nd day of May, 2008.

/s/ Anthony C. Harlow_____
Counsel



2008 MAY 23  A 10: 0 I

RECEIVED
CLERK'S OFFICE

591127.1

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                   MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-304)

Daniel R. Brown, et al. v. Albany International, et al., M.D. Alabama, C.A. No. 2:08-46

Haley Amanda Andrews
LIGHTFOOT FRANKLIN & WHITE
400 20th Street, North
Birmingham, AL 35203

Cyrus C. Barger, III
JUDE & JUDE PLLC
P. O. Box 17468
Hattiesburg, MS 39404-7468

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Brian M. Blythe
BRADLEY ARANT ROSE & WHITE
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Nathaniel A. Bosio
DOGAN WILKINSON KINARD
SMITH & EDWARDS PLLC
P.O. Box 1618
734 Delmas Avenue
Pascagoula, MS 39567

Edward J. Cass
GALLAGHER SHARP FULTON
& NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

S. Christopher Collier
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Helen K. Downs
JOHNSTON BARTON PROCTOR
& POWELL
569 Brookwood Villate
Suite 901
Birmingham, AL 35209

Jenelle R. Evans
BALCH & BINGHAM LLP
1901 6th avenue N
Suite 2700
Birmingham, AL 35203-0306

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Roger C. Foster
LANEY & FOSTER PC
Two Perimeter Park South
Suite 426 East
P.O. Box 43798
Birmingham, AL 35243-0798

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Walter T. Gilmer, Jr.
MCDOWELL KNIGHT ROEDDER
& SLEDGE LLC
P.O. Box 350
Mobile, AL 36601

Laura DeVaughn Goodson
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Anthony C. Harlow
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Freddie N. Harrington, Jr.
SCOTT SULLIVAN STREETMAN
& FOX
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

James A. Harris, III
HARRIS & HARRIS LLP
2501 20th Place South
Colonial Bank Building, Suite 450
Birmingham, AL 35223

Clifton Wayne Jefferis
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

## MDL No. 875 - Panel Service List (Excerpted from CTO-304)(Continued)

Lucy W. Jordan
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

G. Patterson Keahey Jr
G PATTERSON KEAHEY PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Timothy W. Knight
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
HUIE FERNAMBUCQ & STEWART
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Brian P. McCarthy
MCDOWELL KNIGHT ROEDDER
& SLEDGE LLC
63 South Royal Street
Suite 900
P.O. Box 350
Mobile, AL 36602

Edward Bailey McDonough, Jr.
EDWARD B MCDONOUGH JR PC
1800 AmSouth Bank Building
P.O. Box 1943
Mobile, AL 36633

David W. McDowell
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202

William T. Mills, II
PORTERFIELD HARPER MILLS
& MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Randi Peresich Mueller
PAGE MANNINO PERESICH
& MCDERMOTT PLLC
460 Briarwood Drive
Suite 415
Jackson, MS 39236

Edwin B. Nichols
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618

Vincent A. Noletto, Jr.
CARR ALLISON
6251 Monroe Street
Suite 200
Daphne, AL 36526

Elizabeth B. Padgett
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Donald C. Partridge
FORMAN PERRY WATKINS
KRUTZ
& TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Keith J. Pflaum
PORTERFIELD HARPER MILLS
& MOTLOW PA
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

F. Grey Redditt, Jr.
VICKERS RIIS MURRAY & CURRAN
Eleventh Floor, Regions Bank Building
106 Saint Francis Street
Post Office Drawer 2568
Mobile, AL 36652-2568

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Connie Ray Stockham
STOCKHAM CARROLL & SMITH PC
2204 Lakeshore Drive
Suite 114
Birmingham, AL 35209

## MDL No. 875 - Panel Service List (Excerpted from CTO-304)(Continued)

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Michael A. Vercher
CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
BURR & FORMAN LLP
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Donald A. Windham, Jr.
BALCH & BINGHAM LLP
401 East Capital Street
Suite 200
Jackson, MS 39201

EXHIBIT

A

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:             [202] 502-2888
http://www.jpml.uscourts.gov

April 7, 2008

Anthony C. Harlow, Esq.
STARNES & ATCHINSON, LLP
100 Brookwood Place, Seventh Floor
P.O. Box 598512
Birmingham, AL  35259-8512

Re:  MDL No. 875 -- IN RE:  Asbestos Products Liability Litigation (No. VI)

> Daniel R. Brown, et al. v. Albany International, et al., M.D. Alabama, C.A. No. 2:08-46
> (Judge Myron H. Thompson)

**Motion and Brief Due on or before:  April 21, 2008**

Dear Mr. Harlow:

We have received and filed your Notice of Opposition to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings.  In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.  You must adhere to the following filing requirements:

1)    **Your Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed above. An ORIGINAL and FOUR** copies of all pleadings, as well as a **COMPUTER GENERATED DISK** of the pleading in Adobe Acrobat (PDF) format, are currently required for filing.  **Fax transmission of your motion and brief will not be accepted.**  *See* Panel Rule 5.12(d).  **Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.**

2)    **Papers must be served on the enclosed Panel Service List.  Please attach a copy of this list to your certificate of service.**  (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3)    **Rule 5.3 corporate disclosure statements are due within 11 days of the filing of the motion to vacate.**

4)    **Failure to file and serve the required motion and brief within the allotted 15 days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

- 2 -

Any recent official change in the status of a referenced matter should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888.  Your cooperation would be appreciated.

Very truly,

Jeffery N. Lüthi.
Clerk of the Panel

By *Teresa Bishop*
Deputy Clerk

Enclosure

cc:    Panel Service List
       Transferee Judge: Judge James T. Giles
       Transferor Judge: Judge Myron H. Thompson

JPML Form 37



**EXHIBIT**

$\mathcal{B}$

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS LIABILITY                         MDL NO. 875
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO CTO-304 AS IT PERTAINS TO THE FOLLOWING
ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL
DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA (TRANSFEROR JUDGE:
MYRON H. THOMPSON):

**DANIEL R. BROWN, ET AL.,**                                   **PLAINTIFFS,**

**v.**                                                    **CASE NO. 2:08-CV-46**

**ALBANY INTERNATIONAL, ET AL.,**                           **DEFENDANTS.**

### DEFENDANTS' NATIONAL SERVICE INDUSTRIES, INC. AND OWENS-ILLINOIS, INC. MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-304)[1]

Come the defendants, National Service Industries, Inc. ("NSI") and Owens-Illinois, Inc.

("O-I"), by and through counsel, and respectfully submit this Motion to Vacate the Panel's

Conditional Transfer Order (CTO-304).

As grounds for this Motion, defendants would respectfully show the Panel that it is clear

on the face of the Complaint that the federal courts lack subject matter jurisdiction of this case.

See Complaint [Doc #1].[2]  Accordingly, consistent with Rule 12 of the Federal Rules of Civil

Procedure and case law relating thereto, "[i]f the court determines at any time that it lacks

subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12 (h)(3); see also

Morrison v. Allstate Indemnity Co., 228 F.3d 1255, 1261 (11th Cir. 2000).  Moreover, "[a]

federal court not only has the power but also the obligation at any time to inquire into

---

[1] Defendants' Brief in Support of Motion to Vacate the Conditional Transfer Order (CTO-034) and all attached exhibits are expressly incorporated herein by reference.

[2] Defendants, including NSI and O-I, have filed motions to dismiss based upon a number of grounds, including lack of subject matter jurisdiction.

1

jurisdiction whenever the possibility that jurisdiction does not exist arises." Johansen v. Combustion Engineering, Inc., 170 F.3d 1320, 1328 n.4 (11th Cir. 1999).

WHEREFORE, for the reasons more particularly set forth in the brief filed in support of this Motion, defendants NSI and O-I respectfully request that the Multidistrict Panel vacate the Conditional Transfer Order (CTO-304) and if the Panel determines it appropriate, dismiss this case based upon the lack of subject matter jurisdiction and transfer the case to the United States District Court for the Middle District of Alabama for further proceedings consistent therewith.

Respectfully submitted this 18th day of April, 2008.

By: /s/ Anthony C. Harlow
Anthony C. Harlow
Bar Number: ASB-5692-W474
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Email: ach@starneslaw.com
(205) 868-6000

Attorneys for National Service Industries, Inc. and Owens-Illinois, Inc.

### CERTIFICATE OF SERVICE

I certify that I have this date served a copy of the foregoing pleading upon counsel of record identified on the attached Panel Service List via U.S. Mail, as well as electronically with the Clerk of the United States District Court for the Middle District of Alabama.

Dated this 18th day of April, 2008.

/s/ Anthony C. Harlow
Counsel

2

587101.1

EXHIBIT

_C_

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY**    **MDL NO. 875**
**LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO CTO-304 AS IT PERTAINS TO THE
FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED
FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA
(TRANSFEROR JUDGE: MYRON H. THOMPSON):

|  |  |  |
|---|---|---|
| **DANIEL R. BROWN, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:08-CV-46** |
| | ) | |
| **ALBANY INTERNATIONAL, ET AL,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## PLAINTIFFS' RESPONSE IN OPPOSITION OF DEFENDANTS' MOTION TO
## VACATE THE CONDITIONAL TRANSFER ORDER (CTO-304)

COMES NOW the Plaintiffs, by and through their attorney of record, and files

this Brief in Support of Plaintiffs' Response in Opposition to Defendants National

Service Industries, Inc. ("NSI") and Owens-Illinois, Inc. ("O-I") Motion to Vacate the

Conditional Transfer Order.  Plaintiffs' are opposed to the Defendant's Motion because

Plaintiffs have sufficiently established that subject matter jurisdiction exists in this case:

Plaintiffs have shown diversity of citizenship between the parties, as well as a satisfaction

of the requirements of amount in controversy.  Plaintiffs state before this Honorable

Court as follows:

## Ford Little

**From:** efile_notice@almd.uscourts.gov
**Sent:** Friday, May 16, 2008 8:22 PM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 2:08-cv-00046-MHT-CSC Brown et al v. Albany International et al Response in Opposition to Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Alabama Middle District

## Notice of Electronic Filing

The following transaction was entered by Keahey, Grover on 5/16/2008 at 7:21 PM CDT and filed on 5/16/2008
**Case Name:**          Brown et al v. Albany International et al
**Case Number:**     2:08-cv-46
**Filer:**                  All Plaintiffs
**Document Number:** 247

**Docket Text:**
**RESPONSE in Opposition re [238] MOTION to Vacate filed by All Plaintiffs. (Attachments: # (1) Exhibit A)(Keahey, Grover)**

**2:08-cv-46 Notice has been electronically mailed to:**

Haley Amanda Andrews     handrews@lfwlaw.com, dmoore@lfwlaw.com

Schuyler Allen Baker , Jr     abaker@balch.com

Cyrus C Barger , III     tresbarger@judelawfirm.com, amyers@judelawfirm.com

Brian Mitchell Blythe     bblythe@bradleyarant.com, ecather@bradleyarant.com, tewhite@bradleyarant.com

Nathaniel Austin Bosio     nbosio@doganwilkinson.com, smason@doganwilkinson.com

Terrance Michael Brown     mbrown@bradleyarant.com, jcooper@bradleyarant.com



## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS LIABILITY                    MDL NO. 875
LITIGATION (NO. VI)(TRANSFEREE JUDGE JAMES T. GILES)

THIS DOCUMENT RELATES TO CTO-304 AS IT PERTAINS TO THE FOLLOWING
ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED FROM THE FEDERAL
DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA: (TRANSFEROR JUDGE MYRON
H. THOMPSON)

**DANIEL R. BROWN, ET AL.**                                    **PLAINTIFFS,**

**v.**                                                    **CASE NO. 2:08-CV-46**

**ALBANY INTERNATIONAL, ET AL.,**                              **DEFENDANTS.**

## SCHEDULE

### NAMES OF PLAINTIFFS:

DANIEL R. BROWN

DENNIS E. BUTLER

WILLIAM CADLE

REBECCA DODD, spouse & pers. rep. for the ESTATE OF CARLON RODGER DODD, dec.

HOSEA HARRY

JOE HENSON

WILLIAM C. JENKINS

ARTHUR MARBRY

LINDA MCALLISTER, spouse & pers. rep for ESTATE OF JEREMIAH MCALLISTER, dec.

DON McANNALLEY

CATHERINE MEEKS, spouse & personal rep. for the ESTATE OF LEE P. MEEKS, deceased

MOODY RAY NOBLE

HAROLD G. PHILLIPS

JAMES A. ROUSE

RICHARD D. SAXON

BARBARA SPENCER, spouse & personal rep. for ESTATE OF JIMMIE WAYNE SPENCER

JAMES L. TAYLOR

CLYDE TAYLOR

ROBERT E. TURNER

WILLIAM ESTES WHITE

## **NAMES OF DEFENDANTS:**

ALBANY INTERNATIONAL

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST

AMERICAN OPTICAL CORPORATION

ANCHOR PACKING COMPANY

ARVINMERITOR, INC.

ASTEN JOHNSON, INC., individually and as successor-in-interest to ASTEN, INC., successor-in-interest by way of name change to ASTEN GROUP, INC., formerly trading as ASTEN-HILLS MANUFACTURING CO

BAYER CROPSCIENCE, INC., individual and as successor to AVENTIS CROPSCIENCE USA, INC., f/k/a RHONE-POULENE AG CO., f/k/a AMCHEM PRODUCTS, INC., BENJAMIN FOSTER CO.

BECHTEL CONSTRUCTION COMPANY

BELL & GOSSETT, a subsidiary of ITT INDUSTRIES

BONDEX INTERNATIONAL, INC.

BP AMERICA, as successor in interest to AMOCO CHEMICAL COMPANY, AMOCO CHEMICALS COMPANY, PLASKON ELECTRONIC MINERALS, AVISUNCORP., CARBORUNDUM, ATLANTIC RICHFIELD COMPANY/ ARCO METALS, as successor in interest to ANACONDA AMERICAN BRASS COMPANY, AMERICAN BRASS COMPANY, and ANACONDA CO.

BP AMOCO CHEMICAL COMPANY

BUFFALO PUMPS, INC.,

CBS CORPORATION, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC COROPORATION

CERTAINTEED CORPORATION

CLARK-RELIANCE CORPORATION

CLEAVER BROOKS, a division of AQUA-CHEM, INC.

CONWED CORPORATION

COOPER INDUSTRIES, LLC, f/n/a COOPER INDUSTRIES, INC., individually and as successor-in interest to CROUSE-HINDS

CRANE CO., individually and as successor in interest to DEMING PUMP, CYCLOTHERM, HYDROAIRE, LEAR ROMEC, RESISTOFLEX, SWARTWOUT CO., STOCKHAM VALVE COMPANY, WEINMAN PUMP COMPANY, CHEMPUMP, AND BURKS PUMPS

2

CRANE PUMPS SYSTEMS, individually and as successor to all pump companies acquired by CRANE

CROWN, CORK & SEAL COMPANY, INC.

CROWN HOLDINGS, INC., successor-in-interest to MUNDET CORK CORP.

CUTLER HAMMER, currently referred to as EATON ELECTRICAL, INC.

D. B. RILEY, INCORPORATE

EATON CORPORATION

EMERSON ELECTRIC CO.

FMC CORPORATION, individually and on behalf of its former CONSTRUCTION EQUIPMENT GROUP, and former PEERLESS PUMP DIVISION, COFFIN TURBO PUMPS, and CHICAGO PUMP, business

FOSECO, INC.

FOSTER-WHEELER CORPORATION

GARLOCK SEALING TECHNOLOGIES, LLC

GEORGIA-PACIFIC CORPORATION

GENERAL ELECTRIC COMPANY

THE GOODYEAR TIRE AND RUBBER CO.

GOULDS PUMPS INC.

GUARD-LINE, INC.

HOBART BROTHERS COMPANY

HONEYWELL, INC., specifically excluding liability for NARCO, individually and as successor to ALLIED SIGNAL, BENEDIX, WHEELABRATOR, RUST ENGINEERING, AND ALLIED CHEMICAL

IMO INDUSTRIES, INC., formerly IMO DE LAVAL, formerly TRANSAMERICA DE LAVAL TURBINE

INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM COMPANY

INGERSOLL-RAND COMPANY

ITT INDUSTRIES INC.

JOHN CRANE, INC., f/k/a JOHN CRANE PACKING COMPANY

KAISER-GYPSUM COMPANY, INC.

KELLY-MOORE PAINT COMPANY, INC.

THE LINCOLN ELECTRIC COMPANY

KOPPERS INDUSTRIES

MAREMOUNT CORPORATION

3

METROPOLITAN LIFE INSURANCE COMPANY

NATIONAL SERVICE INDUSTRIES, INC., f/k/a NORTH BROTHERS, INC.

OGLEBAY NORTON COMPANY

OWENS-ILLINOIS, INC.

P&H CRANES

PNEUMO ABEX LLC, successor in interest to ABEX CORPORATION

RAPID AMERICAN CORPORATION

RILEY INC., f/k/a/ BABCOCK BORSIG POWER INC., a/k/a RILEY STOKER CORP.

ROCKBESTOS-SURPRENANT CABLE CORPORATION, f/k/a THE ROCKBESTOS CO.

ROCKWELL AUTOMATION, successor by merger to ALLEN-BRADLEY CO., LLC

SCHNEIDER ELECTRIC INDUSTRIES, S.A.S., NORTH AMERICAN DIVISION

SEPCO CORPORATION

SQUARE D COMPANY

SUNBEAM PRODUCTS INCORPORATION, f/k/a SUNBEAM CORPORATION

SURFACE COMBUSTION

T H AGRICULTURE & NUTRITION, LLC

THIEM CORPORATION, successor by merger to UNIVERSAL REFRACTORIES CORP.

TRANE US, INC., formerly known as AMERICAN STANDARD, INC.

USX CORPORATION as successor in interest to UNITED STATES STEEL, LLC.,
    formerly known as TENNESSEE COAL AND IRON

UNION CARBIDE CORPORATION

UNIROYAL FIBER AND TEXTILE DIVISION OF UNIROYAL, INC.

UNITED STATES STEEL CORPORATION

WARREN PUMPS, INC.

ZURN INDUSTRIES, INC.

4