**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5476

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

RE: MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
(No. VI)

NOTICE OF OPPOSITION TO CTO-309

I represent plaintiff in the <u>Gail Garner v. DII Industries, LLC, et al. NYW 6 No: 08-6191,</u> which is included on the conditional transfer order CTO-309. Plaintiff submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

*Gail Garner*    June 11, 2008

| | |
|---|---|
| Name | Gail Garner |
| Address | 983 Brown Road, Rochester, NY 14622 |
| Phone number | (585) 544-8678    Cell: (585) 572-8678 |
| Email address | gg_garner@yahoo.com |
| Counsel | Pro Se |

**OFFICIAL FILE COPY**

IMAGED JUN 1 3 2008

MDL No. 875 - Schedule CTO-309 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 08-1649 | Thomas D. Strickland, et al. v. A.W. Chesterton Co., et al. |
| **NEW YORK WESTERN** | |
| NYW 6 08-6191 | Gail Garner, etc. v. DII Industries, LLC, et al. |
| **SOUTH CAROLINA** | |
| SC 0 08-1699 | David E. Youmans, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-1701 | Karl M. Johnson, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-1793 | Lloyd George Taylor v. Aqua-Chem, Inc., et al. |
| SC 7 08-1794 | Willard Dean Hall v. Aqua-Chem, Inc., et al. |
| SC 7 08-1796 | Elizabeth P. Delashmen, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1693 | Lucy Marion Brandt, etc. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1694 | Steve Ray Clark v. Aqua-Chem, Inc., et al. |
| SC 8 08-1695 | Samuel D. McDonald, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1696 | Jonathan Allen Vaughn, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1698 | Harvey Lee Wilson, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1703 | Larry Gene Martin, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1795 | Douglas McArthur Fields v. Aqua-Chem, Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 08-1140 | Kirston May Martin-Stroder v. AstenJohnson, Inc., et al. |
| **UTAH** | |
| UT 2 08-333 | Dianna K. Larson, et al. v. Bondex International, Inc., et al. |