**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2008

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re: Asbestos Product Liability Litigation

*Walter MacDonald et al. v. CBS Corp., et al.*, C.D. California, C.A. No. 08-2211

## NOTICE OF OPPOSITION TO CTO-309

I represent the plaintiffs in the above-captioned action that is included on the conditional transfer order dated May 29, 2008 (CTO-309). Plaintiffs hereby submit this notice of opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

Brian P. Barrow
SIMON, EDDINS & GREENSTONE LLP
301 East Ocean Boulevard, Suite 1950
Long Beach, California 90815
(562) 590-3400
bbarrow@seglaw.com

Attorneys for Plaintiffs

PLEADING NO. 5477

**OFFICIAL FILE COPY**

IMAGED JUN 13 2008