

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 1 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875●

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 9 2008

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-309)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,991 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**   IMAGED JUN 1 6 2008

PLEADING NO. 5479

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                   MDL No. 875

## SCHEDULE CTO-309 - TAG-ALONG ACTIONS

**DIST.   DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC  2   08-2211~~                   ~~Walter MacDonald, et al. v. CBS Corp., et al.~~ Opposed 6/13/08

LOUISIANA MIDDLE
   LAM  3   08-289          Ernest D. Beall v. Conoco Phillips Co., et al.

MARYLAND
   MD  1   08-1225          Kevin D. Hood, etc. v. Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
   NCM  1   08-292          Willie L. Meadows, et al. v. Aqua-Chem, Inc., et al.
   NCM  1   08-293          John Winford Browning v. Aqua-Chem, Inc., et al.
   NCM  1   08-314          Walter D. Goodman, et al. v. Aqua-Chem, Inc., et al.
   NCM  1   08-315          Donnie A. Bailey, et al. v. Aqua-Chem, Inc., et al.
   NCM  1   08-316          Donald Ray Gobble, et al. v. Aqua-Chem, Inc., et al.
   NCM  1   08-317          Nannie K. Branch, etc. v. Aqua-Chem, Inc., et al.
   NCM  1   08-330          Randall Franklin Smith, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
   NCW  1   08-158          David Lee Harrison, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-174          Martha Reynolds Cherry, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-175          Judith W. Homesley, et al v. Aqua-Chem, Inc., et al.
   NCW  1   08-179          James R. Ferguson, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-181          George Stanley Cox v. Aqua-Chem, Inc., et al.
   NCW  1   08-183          Timothy R. Lawing, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-184          Daniel M. Russ, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-185          Steven C. Wooten, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-186          Samuel L. White, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-202          Larry G. Cagle, Sr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-203          Purvis W. Simpson, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-204          George Taylor McGinnis v. Aqua-Chem, Inc., et al.
   NCW  1   08-205          Deloris Miller, etc. v. Aqua-Chem, Inc., et al.
   NCW  1   08-206          Timothy T. Clippard v. Aqua-Chem, Inc., et al.
   NCW  1   08-207          Wade S. Lamberth, et al. v. Aqua-Chem, Inc., et al.
   NCW  1   08-212          Lucy Maxine Burdette, et al. v. Aqua-Chem, Inc. et al.
   NCW  1   08-213          Curtis E. Johnson, Sr., et al. v. Aqua-Chem, Inc., et al

**MDL No. 875 - Schedule CTO-309 Tag-Along Actions (Continued)**

| DIST. | DIV. C.A. # | CASE CAPTION |
|-------|-------------|--------------|

NEW YORK EASTERN
  NYE  1  08-1649          Thomas D. Strickland, et al. v. A.W. Chesterton Co., et al.

NEW YORK WESTERN
  ~~NYW  6  08-6191          Gail Garner, etc. v. DII Industries, LLC, et al.~~ Opposed 6/13/08

SOUTH CAROLINA
  SC  0  08-1699          David E. Youmans, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1701          Karl M. Johnson, et al. v. Aqua-Chem, Inc., et al.
  SC  7  08-1793          Lloyd George Taylor v. Aqua-Chem, Inc., et al.
  SC  7  08-1794          Willard Dean Hall v. Aqua-Chem, Inc., et al.
  SC  7  08-1796          Elizabeth P. Delashmen, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1693          Lucy Marion Brandt, etc. v. Aqua-Chem, Inc., et al.
  SC  8  08-1694          Steve Ray Clark v. Aqua-Chem, Inc., et al.
  SC  8  08-1695          Samuel D. McDonald, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1696          Jonathan Allen Vaughn, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1698          Harvey Lee Wilson, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1703          Larry Gene Martin, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1795          Douglas McArthur Fields v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS  4  08-1140          Kirston May Martin-Stroder v. AstenJohnson, Inc., et al.

UTAH
  UT  2  08-333          Dianna K. Larson, et al. v. Bondex International, Inc.,et al.