**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUN 17 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-310)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,026 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5480

**OFFICIAL FILE COPY**

IMAGED JUN 1 7 2008

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                          MDL No. 875

### SCHEDULE CTO-310 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 08-363 | Elizabeth Frierson, etc. v. American Optical Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-3133 | Allen Christiansen, et al. v. CBS Corp., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 08-315 | Gail Becnel, et al. v. Anco Insulations, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 2 08-10 | Ron Scott Hall, etc. v. A.W. Chesterton Co., et al. |
| NCE 2 08-19 | Donald Carter Phillips, et al. v. Anchor Packing Co., et al. |
| NCE 4 08-40 | Sankey Edd Lancaster, et al. v. Anchor Packing Co., et al. |
| NCE 4 08-58 | Marvin Horace Gray, et al. v. Anchor Packing Co., et al. |
| NCE 4 08-64 | Charles C. Wallace, et al. v. Albany International Corp., et al. |
| NCE 5 08-182 | Corena C. Smith, et al. v. Anchor Packing Co., et al. |
| NCE 5 08-187 | Ernest J. New, et al. v. Anchor Packing Co., et al. |
| NCE 7 08-35 | Allen W. Johnson, et al. v. 3M Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 08-350 | Anderson Wise, Jr. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-352 | Debra Drane Albright, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 08-217 | Harold Dean Harrison, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-218 | Barbara Campbell Johnson v. Aqua-Chem, Inc., et al. |
| NCW 1 08-219 | Donald Wayne Goodman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-220 | Randy David Mason v. Aqua-Chem, Inc., et al. |
| NCW 1 08-221 | Danny A. Strader, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-223 | Samuel S. Butler, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-224 | Joe Franklin Hensley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-227 | Alan Lester Hall v. Aqua-Chem, Inc., et al. |
| NCW 1 08-228 | Ronald Coyt Burleson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-229 | Ladd Herman Cloninger, et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-310 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**

NEW YORK EASTERN
  NYE 1  08-1776     Allen R. Lundberg, et al. v. A.W. Chesterton Co., et al.
  NYE 1  08-2193     Roxann Goodwin, etc. v. A.W. Chesterton Co., et al.

OHIO NORTHERN
  OHN 1  08-10001    Carlo G. Badamo v. A-C Product Liability Trust, et al.

SOUTH CAROLINA
  SC  0  08-1978     Thomas E. Duncan, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1981     Larry Edward Tidwell, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1982     Robert Scott Vinson, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-2009     Ronald Wayne Parker v. Aqua-Chem Inc., et al.
  SC  0  08-2047     Lawrence L. Byars, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-2048     Willie James Canty, et al. v. Aqua-Chem, Inc., et al.
  SC  4  08-2054     James Randall Cogdill v. Aqua-Chem, Inc., et al.
  SC  4  08-2055     Phillip H. Cline, et al. v. Aqua-Chem, Inc., et al.
  SC  6  08-1983     Stephen P. Waldrop, et al. v. Aqua-Chem, Inc., et al.
  SC  6  08-2060     Lawrence David Weaver v. Owens-Illinois, Inc., et al.
  SC  8  08-2045     Gregory Bryan Baumgarner, et al. v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
  VAE 2  08-9330     Ronald L. Williams v. American Standard, Inc., et al.
  VAE 2  08-9331     Benjamin L. Baca v. American Standard, Inc., et al.
  VAE 2  08-9332     Donald L. Boucher v. American Standard, Inc., et al.
  VAE 2  08-9333     Timothy J. Curry v. American Standard, Inc., et al.
  VAE 2  08-9334     Robert F. Elder v. American Standard, Inc., et al.
  VAE 2  08-9335     Larry D. Gardner v. American Standard, Inc., et al.
  VAE 2  08-9336     Charles L. Glenn v. American Standard, Inc., et al.
  VAE 2  08-9337     Everett D. King v. American Standard, Inc., et al.
  VAE 2  08-9338     David J. Bloch v. Dana Companies, LLC
  VAE 2  08-9339     Ralph E. Bowden v. Dana Companies, LLC
  VAE 2  08-9340     Dale E. Buckley v. Dana Companies, LLC
  VAE 2  08-9341     Glenn D. Burris v. Dana Companies, LLC
  VAE 2  08-9342     Robert E. Butikofer v. Dana Companies, LLC
  VAE 2  08-9343     William H. Monroe, Jr., etc. (James H. Cranston) v. Dana
                               Companies, LLC
  VAE 2  08-9344     Glen Donmyer v. Dana Companies, LLC
  VAE 2  08-9345     Antonio D. Garcia v. Dana Companies, LLC

**MDL No. 875 - Schedule CTO-310 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 2 08-9346 | Edward C. Hofrock v. Dana Companies, LLC |
| VAE 2 08-9347 | Lester N. Johnson v. Dana Companies, LLC |
| VAE 2 08-9348 | Robert P. Loss v. Dana Companies, LLC |
| VAE 2 08-9349 | Richard G. Yunt v. Dana Companies, LLC |
| VAE 2 08-9350 | Gary L. Doyle v. American Standard, Inc., et al. |
| VAE 2 08-9351 | Joseph E. Gellel v. American Standard, Inc., et al. |
| VAE 2 08-9352 | Paul E. Mabrey v. American Standard, Inc., et al. |
| VAE 2 08-9353 | Charles H. Marcum v. American Standard, Inc., et al. |
| VAE 2 08-9354 | Eulalio H. Padilla v. American Standard, Inc., et al. |
| VAE 2 08-9355 | Macario O. Salazar v. American Standard, Inc., et al. |
| VAE 2 08-9356 | Roy H. Storer v. American Standard, Inc., et al. |
| VAE 2 08-9357 | Mary Darlene Ratcliff, etc. v. A.P. Green Industries, Inc., et al. |
| VAE 2 08-9358 | Roy K. Boyce v. American Standard, Inc., et al. |
| VAE 2 08-9359 | Louis E. Ezzo v. American Standard, Inc., et al. |
| VAE 2 08-9360 | Charles G. Detimmerman v. American Standard, Inc., et al. |
| VAE 2 08-9361 | Larry G. Macarty v. American Standard, Inc., et al. |
| VAE 2 08-9362 | Michael A. Walker v. American Standard, Inc., et al. |
| VAE 2 08-9363 | Paul R. Cunningham v. American Standard, Inc., et al. |
| VAE 2 08-9364 | James M. Freitas v. American Standard, Inc., et al. |
| VAE 2 08-9365 | Donald R. Smith v. American Standard, Inc., et al. |
| VAE 2 08-9366 | John H. Touchton v. American Standard, Inc., et al. |
| VAE 2 08-9367 | William W. Bussey v. Buffalo Pumps, Inc., et al. |