MDL 875

ORIGINAL

PLEADING NO. 5481

Craig L. Winterman (Bar No. 75220)
HERZFELD & RUBIN LLP
1925 Century Park East, Suite 600
Los Angeles CA 90067
(310) 553-0451 Fax (310) 553-0648
cwinterman@hrllp-law.com

Attorneys for Defendants,
VOLKSWAGEN GROUP OF AMERICA, INC. f/k/a
VOLKSWAGEN OF AMERICA, INC.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 18 2008

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| LOUIS TED KOVARY and MARIA KOVARY,<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC.; BENDIX; LUCAS INDUSTRIES; VOLKSWAGEN OF AMERICA; BOB SMITH VOLKSWAGEN and DOES 1 to 100,<br><br>Defendants<br><br>BOB SMITH VOLKSWAGEN,<br><br>Cross-claimant,<br><br>vs..<br><br>HONEYWELL INTERNATIONAL INC.; BENDIX; LUCAS INDUSTRIES; VOLKSWAGEN OF AMERICA and ROES 1 THROUGH 100<br><br>Cross-defendant | RE: MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)<br><br>CENTRAL DISTRICT OF CALIFORNIA<br><br>CASE NO. CV08-02172 GW (CWx)<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO F.R.C.P. RULE 7.1 and JP MDL RULE 5.3** |

OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2008 JUN -6 A 10: 41
RECEIVED
CLERK'S OFFICE

IMAGED JUN 1 9 2008

-1-

NOTICE OF INTERESTED PARTIES

## NOTICE OF INTERESTED PARTIES

Pursuant to FRCP Rule 7.1 and Rules of Procedure of the Judicial Panel on Multidistrict Litigation Rule 5.3, defendant Volkswagen Group of America, Inc. ("VWGoA," f/k/a, and erroneously sued as "Volkswagen of America, Inc.") provides the following Notice of Interested Parties.

The undersigned, counsel for VWGoA, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

VOLKSWAGEN GROUP OF AMERICA, INC.

VOLKSWAGEN AG

Pursuant to Federal Rule of Civil Procedure 7.1, defendant VWGoA states that it is a wholly-owned subsidiary of a German corporation known as Volkswagen AG ("VWAG"). All of the issued and outstanding shares of VWGoA's stock are owned by VWAG.

///

///

///

///

///

1  No publicly held corporation owns 10% or more of Volkswagen Group of
2  America, Inc.'s stock.

4  DATED: June 5, 2008          Respectfully Submitted

                                HERZFELD & RUBIN LLP

                                By: _____
                                    Craig L. Winterman
                                    Attorneys for Defendant
                                    Volkswagen Group of America, Inc.

2008 JUN -6 A 10: 41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

# PROOF OF SERVICE
**Louis Ted Kovary, et al. v. Honeywell International, Inc., et al.**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1925 Century Park East, Suite 600, Los Angeles, California 90067. On the date mentioned below, I served the foregoing documents described as **NOTICE OF INTERESTED PARTIES PURSUANT TO F.R.C.P. RULE 7.1 and JP MDL RULE 5.3** on the interested parties in this action by:

/ X / placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list:

/ X / **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/ X / **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

/___/ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/ X / (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 5, 2008**, at Los Angeles, California.

CINDY K. MOON

-4-

**SERVICE LIST RE: KOVARY v HONEYWELL et al**

**ATTORNEYS FOR PLAINTIFFS**
**LOUIS TED KOVARY and MARIA KOVARY**

Roger L. Gordon, Esq.
GORDON, EDELSTEIN, KREPACK, et al.
3580 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90010
Tel: (213) 739-7000 Fax: (213) 386-1671

**CO-COUNSEL FOR PLAINTIFFS**
**LOUIS TED KOVARY and MARIA KOVARY**

John F. Wolcott, Esq.
John F. Wolcott & Associates
205 South Broadway, Suite 905
Los Angeles, CA 90012
Tel: (213) 680-1716 Fax: (213) 680-1905

**ATTORNEYS FOR DEFENDANT and X-DEFENDANT HONEYWELL**
**[formerly known as Allied Signal Inc, Successor in Interest**
**to The Bendix Corporation)**

David Bidennan, Esq
Benjamin E. Soffer, Esq
PERKINS COIE LLP
1620 26th Street, Sixth Floor South
Santa Monica, CA 90404-4013
Tel: (310) 788-9900 Fax: (310) 843-1284

**ATTORNEYS FOR DEFENDANT and X-COMPLAINANT**
**BOB SMITH VOLKSWAGEN**

Robert D. Daniels, Esq
Christian J. Scalli, Esq.
MANNING, LEAVER, BRUDER
& BURBERICH
5750 Wilshire Blvd., Suite 655
Los Angeles, CA 90036-3637
Tel: (323) 937-4730 Fax: (323) 937-6727 (fax)