# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on July 31, 2008, the Panel will convene a hearing session in San Francisco, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

J. Frederick Motz          Robert L. Miller, Jr.
Kathryn H. Vratil          David R. Hansen

IMAGED JUN 1 9 2008

SCHEDULE OF MATTERS FOR HEARING SESSION
July 31, 2008 -- San Francisco, California

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

**MDL No. 1956 -- IN RE: TOSHIBA AMERICA HD DVD MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff Mark Risi for centralization of the following actions in the United States District Court for the District of New Jersey:

Southern District of Illinois

Bradley J. Kreisler v. Toshiba America Consumer Products, LLC, et al.,
    C.A. No. 3:08-260

Eastern District of Michigan

Jack West, et al. v. Toshiba America Consumer Products, LLC, C.A. No. 2:08-10807

District of New Jersey

Mark Risi v. Toshiba America Consumer Products, LLC, et al., C.A. No. 2:08-939
Mitchell Kahl v. Toshiba Corp., et al., C.A. No. 2:08-1505

## MDL No. 1957 -- IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION

Motion of plaintiff Lovett Auto & Tractor Parts, Inc., for centralization of certain of the following actions in the United States District Court for the Northern District of Illinois; motion of plaintiffs S&E Quick Lube Distributors, Inc.; Flash Sales, Inc.; William C. Bruene, etc.; T.D.S. Company, etc.; and Barjan, LLC, for centralization of certain of the following actions in United States District Court for the District of Connecticut; motion of plaintiffs Big T Inc. and Manasek Auto Parts, Inc., for centralization of certain of the following actions in the United States District Court for the Southern District of Illinois; and motion of plaintiffs Worldwide Equipment, Inc., and Central Warehouse Sales Corp. for centralization of the following actions in the United States District Court for the District of New Jersey:

District of Connecticut

S&E Quick Lube Distributors, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 3:08-475
Flash Sales, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-512
William C. Bruene, etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-522
T.D.S. Co., Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-528
Barjan, LLC v. Champion Laboratories, Inc., et al., C.A. No. 3:08-534
Packard Automotive, Inc. v. Honeywell International, Inc., et al., C.A. No. 3:08-600
Parts Plus Group, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-637
Ward's Auto Painting & Body Works, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 3:08-660
Justus Austin, III v. Honeywell International, Inc., et al., C.A. No. 3:08-711
Francis Doll, III, et al. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-718
Gemini of Westmont, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-722
Gasoline & Automotive Service Dealers of America, Inc. v. Champion Laboratories, Inc.,
    et al., C.A. No. 3:08-729

Northern District of Illinois

Lovett Auto & Tractor Parts, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 1:08-2046
Neptune Warehouse Distributors, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 1:08-2317
S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2804
Pawnee/S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 1:08-2806

Schedule of Matters for Hearing Session, Section A                                    p. 3
San Francisco, California

MDL No. 1957 (Continued)

### Southern District of Illinois

Manasek Auto Parts, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-305
Big T, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-331
Cal's Auto Service, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-351
WWD Parts, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-353

### District of New Jersey

Central Warehouse Sales Corp. v. Champion Laboratories, Inc., et al.,
    C.A. No. 2:08-2123
All American Plazas of New Jersey, Inc. v. Honeywell International Inc., et al.,
    C.A. No. 2:08-2302
Worldwide Equipment, Inc. v. Honeywell International, Inc., et al., C.A. No. 2:08-2303

### Eastern District of Tennessee

Randall Bethea, et al. v. Champion Laboratories, Inc., et al., C.A. No. 2:08-126

### Middle District of Tennessee

Werner Aero Services v. Champion Laboratories, Inc., et al., C.A. No. 3:08-474

## MDL No. 1958 -- IN RE: ZURN PEX PLUMBING PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Denise Cox, et al., and Beverly Barnes, et al., for centralization of the
following actions in the United States District Court for the District of Minnesota:

### District of Minnesota

Denise Cox, et al. v. Zurn Pex, Inc., et al., C.A. No. 0:07-3652
Jody Minnerath, et al. v. Zurn Industries, LLC, et al., C.A. No. 0:07-4849

### District of North Dakota

Beverly Barnes, et al. v. Zurn Pex, Inc., et al., C.A. No. 1:07-74

MDL No. 1959 -- **IN RE: PANACRYL SUTURES PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Losanna Truxillo for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

Eastern District of Arkansas

James C. Bishop, et al. v. Johnson & Johnson, et al., C.A. No. 2:07-98

Central District of California

Christine L. Bledy, et al. v. Johnson & Johnson, et al., C.A. No. 2:07-3758

Eastern District of Louisiana

Losanna Truxillo v. Johnson & Johnson, et al., C.A. No. 2:07-2883

District of New Jersey

Alyssa Johnson, et al. v. Johnson & Johnson, et al., C.A. No. 3:08-930
Denise Rondot v. Johnson & Johnson, et al., C.A. No. 3:08-931
Maureen Thompson v. Johnson & Johnson, et al., C.A. No. 3:08-932
Sandra Vermilyea, et al. v. Johnson & Johnson, et al., C.A. No. 3:08-933

Eastern District of North Carolina

Lisa M. Locklear v. Johnson & Johnson, et al., C.A. No. 7:07-101
Perlene Herring v. Johnson & Johnson, et al., C.A. No. 7:08-2

## MDL No. 1960 -- IN RE: PUERTO RICAN CABOTAGE ANTITRUST LITIGATION

Motion of plaintiff BacPlas, Inc., for centralization of certain of the following actions in the United States District Court for the Southern District of Florida and motion of plaintiff Yoly Industrial Supply, Inc., for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Middle District of Florida

Yoly Industrial Supply, Inc. v. Horizon Lines, Inc., et al., C.A. No. 3:08-434

### Southern District of Florida

C C 1, LP v. Horizon Lines, Inc., et al., C.A. No. 1:08-21125
BacPlas, Inc. v. Horizon Lines, LLC, et al., C.A. No. 1:08-21131
Issac Industries, Inc. v. Horizon Lines, Inc., et al., C.A. No. 1:08-21151

### District of Puerto Rico

Century Packing Corp. v. Horizon Lines, Inc., et al., C.A. No. 3:08-1467

## MDL No. 1961 -- IN RE: MUNICIPAL MORTGAGE & EQUITY, LLC, SECURITIES AND DERIVATIVE LITIGATION

Motion of defendant Municipal Mortgage & Equity, LLC, for centralization of the following actions in the United States District Court for the Southern District of New York:

### District of Maryland

F. Richard Manson, et al. v. Municipal Mortgage & Equity, LLC, et al.,
   C.A. No. 1:08-269
Paul Engel, et al. v. Municipal Mortgage & Equity, LLC, et al., C.A. No. 1:08-292
Geeta Shailam, et al. v. Municipal Mortgage & Equity, LLC, et al., C.A. No. 1:08-386
Michael J. Cirrito, et al. v. Municipal Mortgage & Equity, LLC, et al., C.A. No. 1:08-476
John J. Hufnagle, et al. v. Municipal Mortgage & Equity, LLC, et al., C.A. No. 1:08-579
William Johnston, etc. v. Mark K. Joseph, et al., C.A. No. 1:08-670
Robert Staub, etc. v. Mark K. Joseph, et al., C.A. No. 1:08-802
The Mary L. Kieser Trust, etc. v. Richard O. Berndt, et al., C.A. No. 1:08-805

MDL No. 1961 (Continued)

### Southern District of New York

Joseph S. Gelmis, et al. v. Earl W. Cole, III, et al., C.A. No. 1:08-980
Jules Rothas, et al. v. Municipal Mortgage & Equity, LLC, et al., C.A. No. 1:08-1120
Arnold J. Ross, et al. v. Earl W. Cole, III, et al., C.A. No. 1:08-1299
Alex D'Angelo, et al. v. Municipal Mortgage & Equity, LLC, et al., C.A. No. 1:08-1331
Judith Greenberg, et al. v. Michael L. Falcone, et al., C.A. No. 1:08-2005
Naomi Rapahel, et al. v. Municipal Mortgage & Equity, LLC, et al., C.A. No. 1:08-2190

## MDL No. 1962 -- IN RE: AEGON USA, INC., SUPPLEMENTAL CANCER INSURANCE LITIGATION

Motion of defendants Life Investors Insurance Company of America; Transamerica Life Insurance Company; and AEGON USA, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Arkansas:

### Eastern District of Arkansas

Dwight Pipes, et al. v. Life Investors Insurance Co. of America, C.A. No. 1:07-35
Denise J. Adams v. Life Investors Insurance Co. of America, C.A. No. 2:07-154

### Western District of Arkansas

Vicki Mitchell v. Life Investors Insurance Co. of America, C.A. No. 4:07-4084
Edison Runyan v. Transamerica Life Insurance Co., et al., C.A. No. 6:08-6034

### Northern District of Mississippi

Lynwood N. Wright, et al. v. Life Investors Insurance Co. of America, C.A. No. 2:08-3

### Western District of Pennsylvania

William E. Smith, et al. v. Life Investors Insurance Co. of America, C.A. No. 2:07-681

### Middle District of Tennessee

Anthony E. Gooch v. Life Investors Insurance Co. of America, et al., C.A. No. 1:07-16

## MDL No. 1963 -- IN RE: THE BEAR STEARNS COMPANIES INC. SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION

Motion of defendants The Bear Stearns Companies Inc. and Alan D. Schwartz for centralization of the following actions in the United States District Court for the Southern District of New York:

### Eastern District of New York

Carmela Starace v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-1178

### Southern District of New York

Samuel T. Cohen, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:07-10453
Eastside Holding, Inc. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-2793
Aaron Howard, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-2804
Razill C. Becher v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-2866
Estelle Weber, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-2870
Anthony Pisano, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3006
Greek Orthodox Archdiocese Foundation, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3013
Hans Menos, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3035
Ira Gewirtz, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3089
Drew V. Lounsbury, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3326
Shelden Greenberg, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3334
Scott Wettersten v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3351
Rita Rusin v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3441
Lawrence Fink v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3602

## MDL No. 1964 -- IN RE: NUVARING PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs in 62 actions for centralization of the following actions in the United States District Court for the Eastern District of Missouri:

### Northern District of Georgia

Carmita T. Purdiman v. Organon Pharmaceuticals USA, Inc., et al., C.A. No. 2:08-6

Schedule of Matters for Hearing Session, Section A
San Francisco, California

MDL No. 1964 (Continued)

### Eastern District of Missouri

Sarah M. Jenn v. Organon International, Inc., et al., C.A. No. 4:07-1282
Janice Mitchell-McGuire v. Organon USA, Inc., et al., C.A. No. 4:07-1524
Robin L. Smith v. Organon International, Inc., et al., C.A. No. 4:08-292

### District of New Jersey

Brianne Irons, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-2802
Kathi Pieramico v. Organon USA, Inc., et al., C.A. No. 2:07-2803
Alyson L. Savoie v. Organon USA, Inc., et al., C.A. No. 2:07-2835
Tiffany Barrow v. Organon USA, Inc., et al., C.A. No. 2:07-2873
Stephanie Ferrell Merello v. Organon USA, Inc., et al., C.A. No. 2:07-2874
Kristin Smith, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-2876
Rebecca Winder, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-2877
Laurie Scata, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-2965
Sara Brown, et al. v. Organon International, Inc., et al., C.A. No. 2:07-3092
LaSheena Bonnee v. Organon USA, Inc., et al., C.A. No. 2:07-3262
Kristina Michelle Buckner v. Organon USA, Inc., et al., C.A. No. 2:07-3264
Barger P. Byrd, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3265
Miranda Coyle, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3266
Michele Diesselhorst-Reese v. Organon USA, Inc., et al., C.A. No. 2:07-3267
Amanda Ebner v. Organon USA, Inc., et al., C.A. No. 2:07-3268
Cecilia Gambale v. Organon USA, Inc., et al., C.A. No. 2:07-3269
Shakiah Grayned v. Organon USA, Inc., et al., C.A. No. 2:07-3270
Terry Griffith, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3300
Donna Hampton, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3301
Misty Jean Hawes, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3302
Ju'Coby D. Hendricks v. Organon USA, Inc., et al., C.A. No. 2:07-3303
Debra Kippola v. Organon USA, Inc., et al., C.A. No. 2:07-3304
Frank Mariconda, etc. v. Organon USA, Inc., et al., C.A. No. 2:07-3305
Sara McCarthy, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3306
Erika Medina v. Organon USA, Inc., et al., C.A. No. 2:07-3307
Robin C. Moore, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3308
Jackie Nickels v. Organon USA, Inc., et al., C.A. No. 2:07-3328
Jennifer Lynn Nolan v. Organon USA, Inc., et al., C.A. No. 2:07-3329

Schedule of Matters for Hearing Session, Section A                    p. 9
San Francisco, California

MDL No. 1964 (Continued)

### District of New Jersey (Continued)

Pamela Ponce v. Organon USA, Inc., et al., C.A. No. 2:07-3330
Deanna Richardson v. Organon USA, Inc., et al., C.A. No. 2:07-3331
Paula Stamps, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3332
Sarah Townes v. Organon USA, Inc., et al., C.A. No. 2:07-3333
Diana L. Usher, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3334
Lelleth Caroline Vialva v. Organon USA, Inc., et al., C.A. No. 2:07-3336
Dawn Wagner v. Organon USA, Inc., et al., C.A. No. 2:07-3337
Susan Eriksen, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-3456
Katherine Ho v. Organon USA, Inc., et al., C.A. No. 2:07-3457
Keri Marie Wright v. Organon USA, Inc., et al., C.A. No. 2:07-3615
Sharon Dow v. Organon USA, Inc., et al., C.A. No. 2:07-4380
Charrise Bradley v. Organon USA, Inc., et al., C.A. No. 2:07-4787
Maria San Juan v. Organon USA, Inc., et al., C.A. No. 2:07-4821
Dana Namack v. Organon USA, Inc., et al., C.A. No. 2:07-5757
Febbie Ziwange, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-5758
Cynthia Mecca, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-5780
Dawn E. Leach v. Organon USA, Inc., et al., C.A. No. 2:07-5915
Julie-Ann Tremblay, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-5916
Lois Rowe v. Organon USA, Inc., et al., C.A. No. 2:07-5933
Katharine M. Evaul, et al. v. Organon USA, Inc., et al., C.A. No. 2:07-6165
Stephanie Millian v. Organon USA, Inc., et al., C.A. No. 2:08-196
Casi Danielle Vaughn v. Organon USA, Inc., et al., C.A. No. 2:08-260
Julie M. Haupt v. Organon USA, Inc., et al., C.A. No. 2:08-388
Heather Rae Gordon v. Organon USA, Inc., et al., C.A. No. 2:08-571
Cynthia Thomas, et al. v. Organon USA, Inc., et al., C.A. No. 2:08-573
Renae West v. Organon USA, Inc., et al., C.A. No. 2:08-574
Dawn C. Timothy v. Organon USA, Inc., et al., C.A. No. 2:08-575
Sandra L. McCullough v. Organon USA, Inc., et al., C.A. No. 2:08-849
Krysti Michelle Zulpo v. Orgaonon USA, Inc., et al., C.A. No. 2:08-1037
Jamy Joy Bartelmez, et al. v. Organon USA, Inc., et al., C.A. No. 2:08-1656

## MDL No. 1965 -- IN RE: WET SEAL, INC., FAIR AND ACCURATE CREDIT TRANSACTIONS ACT (FACTA) LITIGATION

Motion of defendant The Wet Seal, Inc., for centralization of the following actions in the United States District Court for the Central District of California:

Central District of California

Celine Yalenkatian v. The Wet Seal, Inc., C.A. No. 8:07-80

Western District of Pennsylvania

Alison Lampenfeld v. The Wet Seal, Inc., C.A. No. 2:08-184

## MDL No. 1966 -- IN RE: SHOULDER PAIN PUMP - CHONDROLYSIS PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Jessie M. Ritchie, et al., for centralization of certain of the following actions in the United States District Court for the Eastern District of Kentucky and motion of plaintiffs Donnell Cox, et al., for centralization of the following actions in the United States District Court for the District of Oregon:

Northern District of Alabama

Paul W. Westbrook v. DJO, Inc., et al., C.A. No. 5:08-263

District of Colorado

Stacey Ann Hansen v. DJO, Inc., et al., C.A. No. 1:08-365

Southern District of Indiana

Jensen Meharg, et al. v. I-Flow Corp., et al., C.A. No. 1:08-184

Eastern District of Kentucky

Jessie M. Ritchie, et al. v. SMI Liquidating, Inc., C.A. No. 2:08-19

MDL No. 1966 (Continued)


### District of Minnesota

Sean McDaniel, et al. v. I-Flow Corp., et al., C.A. No. 0:08-399

### Eastern District of New York

Jack Frobes, et al. v. Stryker Corp., et al., C.A. No. 1:08-1897

### District of Oregon

Christina McClellan v. I-Flow Corp., et al., C.A. No. 6:07-1309
Gregory Turner, et al. v. Stryker Corp., et al., C.A. No. 6:07-1310
Gordon J. Addis v. McKinley Medical, LLC, et al., C.A. No. 6:07-1318
Caleb Huggins, et al. v. Stryker Corp., et al., C.A. No. 6:07-1671
Travis L. Quimby v. Johnson & Johnson, et al., C.A. No. 6:08-194
Danny E. Arvidson, et al. v. DJO, LLC, et al., C.A. No. 6:08-478
John Eric Butler v. Stryker Corp., et al., C.A. No. 6:08-588

### District of Utah

Erika Creech, et al. v. Stryker Corp., et al., C.A. No. 2:07-22


## MDL No. 1967 -- IN RE: BISPHENOL-A (BPA) POLYCARBONATE PLASTIC PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Dale L. Raggio, Jr.; Ashley Campbell; Elizabeth Banse; and Sharon Hatter for centralization of the following actions in the United States District Court for the Northern District of Illinois:

### Eastern District of Arkansas

Dale L. Raggio, Jr. v. Gerber Products Co., C.A. No. 4:08-403

Schedule of Matters for Hearing Session, Section A                    p. 12
San Francisco, California


MDL No. 1967 (Continued)


### Central District of California

Naayda Lanza v. Avent America, Inc., C.A. No. 2:08-2960
Paul Rasmussen v. Handi-Craft Co., C.A. No. 2:08-2961
Leeanne Matusek v. Gerber Products Co., C.A. No. 2:08-2962
Kim O'Neill v. Evenflo Co., Inc., C.A. No. 2:08-2963

### Eastern District of California

Lani Felix-Lozano v. Nalge Nunc International Corp., C.A. No. 2:08-854
Judith Thompson-Foster v. Gerber Products Co., et al., C.A. No. 2:08-1073

### District of Connecticut

Ashley Campbell v. Playtex Products, Inc., C.A. No. 3:08-763

### Northern District of Illinois

Elizabeth Banse v. Avent America, Inc., C.A. No. 1:08-2604

### District of Kansas

Zachary Wilson, et al. v. Avent America, Inc., et al., C.A. No. 2:08-2201

### Western District of Missouri

Maria Sullivan, et al. v. Avent America, Inc., et al., C.A. No. 4:08-309
Sharon Hatter v. New Wave Enviro Products, C.A. No. 6:08-3154

### Western District of Washington

Sarah Jaynes, et al. v. Avent America, Inc., et al., C.A. No. 2:08-693
Chloe Gale, et al. v. RC2 Corp., et al., C.A. No. 2:08-702

Schedule of Matters for Hearing Session, Section A                    p. 13
San Francisco, California


MDL No. 1968 -- **IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Kevin Clark, et al., for centralization of certain of the following actions in the United States District Court for the District of New Jersey; motion of plaintiff Ruby I. Thrasher for centralization of certain of the following actions in the United States District Court for the Eastern District of Louisiana; and motion of plaintiff Joseph J. Novak for centralization of the following actions in the United States District Court for the Northern District of Ohio:

> ### Middle District of Florida

Elwood Bull, et al. v. Actavis Group hf, et al., C.A. No. 2:08-396

> ### Eastern District of Louisiana

Ruby I. Thrasher v. Actavis Group hf, et al., C.A. No. 2:08-3167
Robert M. Becnel, et al. v. Actavis Group hf, et al., C.A. No. 2:08-3431

> ### Western District of Missouri

Bobby White v. Actavis Totowa, LLC, et al., C.A. No. 4:08-320

> ### District of New Jersey

Kevin Clark, et al. v. Actavis Group hf, et al., C.A. No. 2:08-2293

> ### Northern District of Ohio

Joseph J. Novak v. Mylan Pharmaceuticals, Inc., et al., C.A. No. 1:08-1119
Lonette Stanley v. Actavis Group hf, et al., C.A. No. 2:08-1321

> ### Southern District of Ohio

James Heinzman v. Actavis Group hf, et al., C.A. No. 2:08-480

MDL No. 1969 -- **IN RE: ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., LITIGATION**

Motion of defendants James M. Fasone, Hal E. Kinsey, and Stephen L. Farr for centralization of the following actions in the United States District Court for the Southern District of Texas:

District of Colorado

Arthur J. Gallagher Risk Management Services, Inc. v. James M. Fasone, C.A. No. 1:08-931

Eastern District of Missouri

Arthur J. Gallagher Risk Management Services, Inc. v. Hal E. Kinsey, C.A. No. 4:08-635

Middle District of Tennessee

Arthur J. Gallagher Risk Management Services, Inc. v. Stephen L. Farr, C.A. No. 3:08-453

MDL No. 1970 -- **IN RE: HAWAIIAN CABOTAGE ANTITRUST LITIGATION**

Motion of plaintiff 50th State Distributors, Inc., for centralization of the following actions in the United States District Court for the Northern District of California:

Northern District of California

Robert H. Steinberg v. Matson Navigation Co., et al., C.A. No. 3:08-2402
Acutron, Inc. v. Matson Navigation Co., Inc., et al., C.A. No. 3:08-2600
50th State Distributors, Inc. v. Matson Navigation Co., Inc., et al., C.A. No. 3:08-2603

District of Oregon

Versa Dock Hawaii, LLC v. Horizon Lines, LLC, et al., C.A. No. 3:08-631

Schedule of Matters for Hearing Session, Section A                    p. 15
San Francisco, California

## MDL No. 1971 -- IN RE: LAWNMOWER ENGINE HORSEPOWER MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiffs Carl Phillips; Ronnie Phillips, et al.; and William Fritz for centralization of the following actions in the United States District Court for the District of New Jersey:

### Northern District of California

Carl Phillips v. Sears, Roebuck & Co., et al., C.A. No. 4:08-2671

### Southern District of Illinois

Ronnie Phillips, et al. v. Sears Roebuck & Co., et al., C.A. No. 3:06-412

### District of New Jersey

William Fritz v. Sears, Roebuck & Co., et al., C.A. No. 3:08-2545

## MDL No. 1972 -- IN RE: PACIFIC OCEAN CABOTAGE ANTITRUST LITIGATION

Motion of plaintiff Taste of Nature, Inc., for centralization of the following actions in the United States District Court for the Northern District of California:

### Central District of California

Taste of Nature, Inc. v. Matson Navigation Co., Inc., et al., C.A. No. 2:08-3073
Taste of Nature, Inc. v. Matson Navigation Co., Inc., et al., C.A. No. 2:08-3650

### Northern District of California

Robert H. Steinberg v. Matson Navigation Co., et al., C.A. No. 3:08-2402
Acutron, Inc. v. Matson Navigation Co., Inc., et al., C.A. No. 3:08-2600
50th State Distributors, Inc. v. Matson Navigation Co., Inc., et al., C.A. No. 3:08-2603

### District of Oregon

Versa Dock Hawaii, LLC v. Horizon Lines, LLC, et al., C.A. No. 3:08-631

## MDL No. 1973 -- IN RE: HIP & KNEE IMPLANT MARKETING LITIGATION

Motion of plaintiff Claire C. Haggarty for centralization of the following actions in the United States District Court for the Northern District of California:

### Northern District of California

Claire C. Haggarty v. Stryker Orthopedics, et al., C.A. No. 3:08-1609
Goldene Somerville v. Stryker Orthopedics, et al., C.A. No. 5:08-2443

### Southern District of New York

Lola B. Thorpe v. Zimmer, Inc., et al., C.A. No. 1:08-3888

## MDL No. 1974 -- IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE LENDING PRACTICES LITIGATION

Motion of plaintiffs Gillian Miller, et al., for centralization of the following actions in the United States District Court for the District of Massachusetts:

### Central District of California

Gabriel Garcia v. Countrywide Financial Corp., et al., C.A. No. 5:07-1161

### Northern District of Illinois

Sonia Jenkins v. Countrywide Home Loans, Inc., C.A. No. 1:08-2935

### District of Massachusetts

Gillian Miller, et al. v. Countrywide Bank, N.A., et al., C.A. No. 1:07-11275

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

### MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Oppositions of certain of the plaintiffs and defendants National Services Industries, Inc.; Owens-Illinois, Inc.; Trane US, Inc.; ITT Corp.; Bell & Gossett; Lincoln Electric Co.; and Hobart Brothers Co. to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Middle District of Alabama

Daniel R. Brown, et al. v. Albany International, et al., C.A. No. 2:08-46
Othre E. Burnett, et al. v. Albany International Co., et al., C.A. No. 2:08-150

Central District of California

Robert Oberstar, et al. v. CBS Corp., et al., C.A. No. 2:08-118
David Kelemen, et al. v. Buffalo Pumps, Inc., et al., C.A. No. 2:08-712
Larry Lindquist, et al. v. Alfa Laval, Inc., et al., C.A. No. 2:08-873
Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.,
    C.A. No. 2:08-1296
Louis Ted Kovary, et al. v. Honeywell International, Inc., et al., C.A. No. 2:08-2172

Middle District of Georgia

Jake Bradshaw v. Aventis CropScience USA, Inc., et al., C.A. No. 5:08-53

Middle District of Louisiana

Michael T. Hackler, M.D. v. P&O Ports Louisiana, Inc., et al., C.A. No. 3:08-43
George Landess v. Baton Rouge Marine Contractors, Inc., et al., C.A. No. 3:08-81
Michael T. Hackler, M.D. v. Greater Baton Rouge Port Commission, et al.,
    C.A. No. 3:08-82

Schedule of Matters for Hearing Session, Section B                          p. 18
San Francisco, California

MDL No. 875 (Continued)


          Northern District of Ohio

     Duane Lanham, et al. v. Eaton Corp., et al., C.A. No. 1:08-10000

          Eastern District of Texas

     Lorene Barton v. Kelly-Springfield Tire Corp., C.A. No. 6:08-39

          Southern District of Texas

     June Thomas, et al. v. BP Amoco Chemical Co., C.A. No. 3:08-26


MDL No. 1203 -- IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/
              DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

     Oppositions of plaintiffs Nancy Knupfer and Gloria Thompson, et al., to transfer of their
respective following actions to the United States District Court for the Eastern District of
Pennsylvania:

          Central District of California

     Nancy Knupfer v. AHP Settlement Trust, Bky. Advy. No. 2:08-1092

          Southern District of Mississippi

     Gloria Thompson, et al. v. Herbert Lee, Jr., C.A. No. 3:08-134

## MDL No. 1578 -- IN RE: UICI "ASSOCIATION-GROUP" INSURANCE LITIGATION

Opposition of plaintiffs Kathleen Ansley, et al., to transfer of the following action to the United States District Court for the Northern District of Texas:

### Eastern District of North Carolina

Kathleen Ansley, et al. v. HealthMarkets, Inc., et al., C.A. No. 5:08-88

## MDL No. 1596 -- IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Derrick Brown, etc., to transfer of the following action to the United States District Court for the Eastern District of New York:

### Southern District of Mississippi

Derrick Brown, etc. v. Noxubee General Hospital, et al., C.A. No. 4:08-6

## MDL No. 1657 -- IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Marianne Raftis; Samuella Cadwell, et al.; Dean Santacrose; Margaret Steinhoff, et al.; Kevin Pitcher; Carolyn S. Croft; Helen Bilik, et al.; and Carol Adelberg, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Southern District of New York

Marianne Raftis v. Merck & Co., Inc., C.A. No. 1:08-3067
Samuella Cadwell, et al. v. Merck & Co., Inc., C.A. No. 1:08-3068
Dean Santacrose v. Merck & Co., Inc., C.A. No. 1:08-3069
Margaret Steinhoff, et al. v. Merck & Co., Inc., C.A. No. 1:08-3074
Kevin Pitcher v. Merck & Co., Inc., C.A. No. 1:08-3075
Carolyn S. Croft v. Merck & Co., Inc., C.A. No. 1:08-3078
Helen Bilik, et al. v. Pfizer Inc., et al., C.A. No. 1:08-3280
Carol Adelberg, et al. v. Pfizer Inc., et al., C.A. No. 1:08-3291

Schedule of Matters for Hearing Session, Section B                               p. 20
San Francisco, California


## MDL No. 1715 -- IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Motion of defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company to transfer the following action to the United States District Court for the Northern District of Illinois:

Eastern District of Pennsylvania

Jeneta B. Wright v. Ameriquest Mortgage Co., et al., Bky. Advy. No. 2:07-372


## MDL No. 1718 -- IN RE: FORD MOTOR CO. SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Laverne Jackson, et al.; ANPAC Louisiana Insurance Company; and Douglas Rule, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Michigan:

Middle District of Georgia

Laverne Jackson, et al. v. Ford Motor Co., C.A. No. 7:08-35

Middle District of Louisiana

Matthew Chapple, et al. v. Ford Motor Co., C.A. No. 3:06-286

Southern District of Mississippi

Douglas Rule, et al. v. Ford Motor Co., C.A. No. 3:08-91

## MDL No. 1721 -- IN RE: CESSNA 208 SERIES AIRCRAFT PRODUCTS LIABILITY LITIGATION

Opposition of defendant Cessna Aircraft Co. to transfer of the following actions to the United States District Court for the District of Kansas:

### Western District of Washington

Julia Schuetze, etc. v. Cessna Aircraft Co., et al., C.A. No. 2:08-330
Heidi Lynn Barker, etc. v. Cessna Aircraft Co., et al., C.A. No. 2:08-344
Cindy L. Atkin, etc. v. Cessna Aircraft Co., et al., C.A. No. 2:08-355
Nadim Abdo, etc. v. Cessna Aircraft Co., et al., C.A. No. 2:08-390

## MDL No. 1726 -- IN RE: MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Opposition of defendant Medtronic, Inc., to transfer of the following action to the United States District Court for the District of Minnesota:

### District of New Jersey

James Schooley v. Medtronic, Inc., C.A. No. 3:08-1860

## MDL No. 1763 -- IN RE: HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Cheryl Bowie and Rosemary Huffman, et al., to transfer of their respective following actions to the United States District Court for the District of New Jersey:

### District of Alaska

Cheryl Bowie v. Medtronic, Inc., et al., C.A. No. 3:08-90

### Southern District of West Virginia

Rosemary Huffman, et al. v. BioMedical Tissue Services, Ltd., et al., C.A. No. 2:08-283

**MDL No. 1770 -- IN RE: WELLS FARGO HOME MORTGAGE OVERTIME PAY
LITIGATION**

Opposition of plaintiff Wade Hanson to transfer of the following action to the United
States District Court for the Northern District of California:

Southern District of Florida

Wade Hanson v. Wells Fargo Bank, N.A., C.A. No. 9:08-80182

**MDL No. 1784 -- IN RE: MCDONALD'S FRENCH FRIES LITIGATION**

Opposition of plaintiffs Larry Cannon, et al., and Dave Havens, et al., to transfer of their
respective following actions to the United States District Court for the Northern District of
Illinois:

District of Maryland

Larry Cannon, et al. v. McDonald's of Salisbury II-4213, LLC, et al., C.A. No. 8:08-659

District of New Jersey

Dave Havens, et al. v. McDonald's Corp., C.A. No. 2:08-760

**MDL No. 1785 -- IN RE: BAUSCH & LOMB INC. CONTACT LENS SOLUTION
PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Christian M. Roberts to transfer of the following action to the
United States District Court for the District of South Carolina:

Eastern District of Virginia

Christian M. Roberts v. Bausch & Lomb, Inc., C.A. No. 2:08-193

Schedule of Matters for Hearing Session, Section B                      p. 23
San Francisco, California

## MDL No. 1789 -- IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Gloria Kopecky, et al., and Zeferina Montelongo to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### District of Arizona

Gloria Kopecky, et al. v. Merck & Co., Inc., et al., C.A. No. 2:08-832

### Northern District of Illinois

Zeferina Montelongo v. Winterset Dental Care, P.C., et al., C.A. No. 1:08-1687

## MDL No. 1842 -- IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiff Homer McDowell and defendant Blount Memorial Hospital, Inc., to transfer of the following action to the United States District Court for the District of Rhode Island:

### Eastern District of Tennessee

Homer McDowell v. Davol, Inc., et al., C.A. No. 3:08-90

## MDL No. 1845 -- IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Clifford Miller; Pamela Short; and Jacob Howes, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Georgia:

### Central District of California

Clifford Miller v. Wal-Mart Stores, Inc., et al., C.A. No. 2:08-2552

### Eastern District of Kentucky

Pamela Short v. ConAgra Foods, Inc., C.A. No. 5:08-112

MDL No. 1845 (Continued)


Northern District of Ohio

Jacob Howes, et al. v. ConAgra Foods, Inc., C.A. No. 5:08-823


## MDL No. 1871 -- IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Christa Cross, et al.; F.C. Mitchell, et al.; and Robert Cox, Sr., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Christa Cross, et al. v. SmithKline Beecham Corp., et al., C.A. No. 2:08-1965

Eastern District of California

F.C. Mitchell, et al. v. SmithKline Beecham Corp., et al., C.A. No. 2:08-542

District of New Jersey

Robert Cox, Sr. v. SmithKline Beecham Corp., C.A. No. 1:08-1699


## MDL No. 1902 -- IN RE: REFCO INC. SECURITIES LITIGATION

Opposition of plaintiffs Kenneth M. Krys, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

District of New Jersey

Kenneth M. Krys, et al. v. Robert Aaron, et al., C.A. No. 1:08-1902

Schedule of Matters for Hearing Session, Section B                          p. 25
San Francisco, California

## MDL No. 1909 -- IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Lamanor Harris, et al.; Carol Moorhouse, et al.; and David L. Bennett, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### Central District of California

Lamanor Harris, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al., C.A. No. 2:08-1896

### Northern District of California

Carol Moorhouse, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al., C.A. No. 4:08-1831

### District of Idaho

David L. Bennett, et al. v. Berlex Laboratories, Inc., et al., C.A. No. 4:08-162

## MDL No. 1938 -- IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Robert S. Levin to transfer of the following action to the United States District Court for the District of New Jersey:

### District of Arizona

Robert S. Levin v. Merck/Schering-Plough Pharmaceuticals, et al., C.A. No. 2:08-360

## PROCEDURES FOR ORAL ARGUMENT BEFORE THE
## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See</u> <u>generally</u> <u>In re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

## RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)       Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)       Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)       No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

  (i)    the dispositive issue(s) have been authoritatively decided; or
  (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)       In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)       Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)       Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)       Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.