

1  Brian P. Barrow (State Bar No. 177906)
   **SIMON, EDDINS & GREENSTONE LLP**
2  301 Ocean Boulevard, Suite 1950
   Long Beach, California 90802
3  Telephone: (562) 590-3400
   Facsimile:  (562) 590-3412
4  E-mail:  bbarrow@seglaw.com

5  Attorneys for Plaintiffs

ENTER JS6
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUN 19 2008

FILED
CLERK'S OFFICE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LINDQUIST and SHERYL LINDQUIST,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>ALFA LAVAL, INC., et al.,<br><br>                    Defendants. | Case No. CV08-00873 R (JTLx)<br><br>Judge Manuel L. Real<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND<br><br>Date: May 5, 2008<br>Time: 10:00 a.m.<br>Dept: 8 |

Plaintiffs' motion for remand of this case to Los Angeles Superior Court came on for hearing before District Judge Manuel L. Real on May 5, 2008, at 10:00 a.m. Brian P. Barrow of Simon, Eddins & Greenstone LLP appeared on behalf of plaintiffs Larry and Sheryl Lindquist, while defendants Foster Wheeler Energy Corporation, Leslie Controls, Inc., and Cla-Val Company appeared by and through their respective counsel of record.

Prior to the hearing, on May 1, 2008, plaintiffs filed a written stipulation indicating that defendant (and only removing party) Foster Wheeler Energy Corporation agreed to remand the case. No other parties to the action asserted any objection to either the stipulation or to remand of this action. Based on the stipulation

---
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND    Case No. CV-08-00873 R JTL

OFFICIAL FILE COPY
IMAGED JUN 1 9 2008

to remand, the court granted plaintiffs' motion and ordered counsel for plaintiff to submit a proposed order.

**THEREFORE, IT IS HEREBY ORDERED THAT** plaintiffs' motion for remand is hereby **GRANTED** based on the parties' stipulation and the case is remanded to Los Angeles Superior Court.

Dated: __MAY 8, 2008_      _____

District Judge Manuel L. Real