MDL ☞ 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 19 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Larry Lindquist, et al. v. Alfa Laval, Inc., et al., | ) | |
| C.D. California, C.A. No. 2:08-873 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JULY 31, 2008, HEARING SESSION

A conditional transfer order was filed in this action (*Lindquist*) on March 20, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Lindquist* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Lindquist* was remanded to Los Angeles Superior Court, California, by the Honorable Manuel L. Real in an order filed on May 8, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-304" filed on March 20, 2008, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 19, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY
IMAGED JUN 19 2008