**MDL 875**

**DOCKET NO. 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 24 2008

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Lawrence David Weaver v. Owens-Illinois, Inc., et al., D. South Carolina, C/A No. 6:08-CV-2060

### NOTICE OF OPPOSITION
### PURSUANT TO RULE 12 OF THE RULES OF PROCEDURE
### OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiffs hereby file Notice of Opposition to the Conditional Transfer Order entered on June 17, 2008, in the above-cited case by the Clerk of the Panel transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the plaintiff, within 15 days of the filing of this Notice of Opposition, will file a motion to vacate the Conditional Transfer Order and brief in support thereof.

PLEADING NO. 5486

Respectfully submitted,

MOTLEY RICE LLC

By: _V. B. B._____
V. Brian Bevon, Esquire
Federal Court ID No. 6425
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

ATTORNEYS FOR PLAINTIFFS

June 23, 2008
Charleston, South Carolina

**OFFICIAL FILE COPY**

IMAGED JUN 2 4 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 24 2008

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I do hereby certify that a copy of the foregoing was sent by facsimile and Federal Express to Mr. Jeffery N. Luthi, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002 and mailed to all counsel of record as shown below and on the attached Panel Service List, this 23nd day of June, 2008.

**W. Thomas Causby, Esquire**
**Robert O. Meriwether, Esquire**
NELSON, MULLINS, RILEY & SCARBOROUGH
P.O. Box 11070
Columbia, SC 29211
*COUNSEL FOR DEFENDANTS, OWENS-ILLINOIS, INC.*
*and CRANE CO.*

**William David Conner, Esquire**
HAYNSWORTH SINKLER BOYD, P. A.
PO Box 2048
Greenville, SC 29602
*COUNSEL FOR DEFENDANTS, BAYER CROPSCIENCE, INC., as*
*Successor in interest to Amchem Products, Inc., CERTAINTEED CORPORATION,*
*UNION CARBIDE CORPORATION and UNIROYAL, INC.*

**James D. Gandy, III Esquire**
PIERCE, HERNS, SLOAN & McLEOD
P. O. Box 22437
Charleston, SC 29413-2437
*COUNSEL FOR DEFENDANT, NATIONAL SERVICE INDUSTRIES, INC.*
*f/k/a North Brothers Company*

**James H. Elliott, Esquire**
PRITCHARD & ELLIOTT LLC
8 Cumberland St., Suite C
Charleston, SC 29401
*COUNSEL FOR DEFENDANT, NOLAND COMPANY, INC.*

**Timothy W. Bouch, Esquire**
LEATH, BOUCH & CRAWFORD
PO Box 59
Charleston, SC 29402
*COUNSEL FOR DEFENDANT, GARLOCK SEALING TECHNOLOGIES LLC*

**Timothy Peck, Esquire**
SMITH MOORE LLP
PO Box 21927
Greensboro, NC 28420
*COUNSEL FOR DEFENDANT, GENERAL ELECTRIC COMPANY*

Jennifer Techman, Esquire
EVERT & WEATHERSBY LLC
3405 Piedmont Road, Suite 225
Atlanta, GA 30305
*COUNSEL FOR DEFENDANTS, A. W. CHESTERTON COMPANY
and CBS CORPORATION f/k/a Viacom, Inc., successor by merger to CBS Corporation
f/k/a Westinghouse Corporation*

Steven J. Pugh, Esquire
RICHARDSON, PLOWDEN, CARPENTER & ROBINSON, P. A.
P. O. Drawer 7788
Columbia, SC 29202 (Richland County)
*COUNSEL FOR DEFENDANT, CLEAVER-BROOKS, INC.*

A. Timothy Jones, Esquire
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
*COUNSEL FOR DEFENDANTS, D. B. RILEY, INC. and
SEALING EQUIPMENT PRODUCTS COMPANY, INC.*

Nancy W. Monts, Esquire
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.
P. O. Box 2757
Greenville, SC 29602-2757
*COUNSEL FOR DEFENDANT, GOULDS PUMPS, INC.*

Daniel B. White, Esquire
Frances G. Zacher, Esquire
GALLIVAN, WHITE & BOYD, P. A.
P. O. Box 10589
Greenville, SC 29603
*COUNSEL FOR DEFENDANT, COVIL CORPORATION*

Polly McGillivray

Charleston, SC

PANEL SERVICE LIST
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
Greitzer & Locks
1500 Walnut Street
Philadelphia, PA 19102

James A. McKowen
James F. Humphreys & Associates
United Center
500 Virginia Street, East
Suite 800
Charleston, WV 25301

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

G. Kenneth Robertson
Farmer, Cline & Arnold
P.O. Box 3842
Charleston, WV 25338

John D. Roven
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406