**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 26 2008

UNITED STATES DISTRICT COURT

FILED CLERK'S OFFICE
U.S. DIST COURT
MIDDLE DIST OF LA

MIDDLE DISTRICT OF LOUISIANA

2008 JUN 16  P 4:00

ERNEST D. BEALL

VERSUS                               CIVIL ACTION NO.: 08-289-JVP-DLD

CONOCO PHILLIPS COMPANY,
ET AL

PLEADING NO. 5487

## ORDER OF REMAND

For written reasons assigned and filed herein June 16, 2008 (doc. 40);

**IT IS ORDERED** that this civil action be, and it is hereby **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, June 16, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

MDL- 875    VACCTOFINAL
RECOMMENDED ACTION

Approved/Date: _____ 6-25-08

19thJDC- cert. copy

**OFFICIAL FILE COPY**

IMAGED JUN 2 6 2008