**MDL 875** ◀

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 26 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Ernest D. Beall v. Conoco Phillips Co., et al., | ) | |
| M.D. Louisiana, C.A. No. 3:08-289 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Beall*) on May 29, 2008. In the absence of any opposition, the conditional transfer order was finalized with respect to *Beall* on June 16, 2008. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on June 18, 2008. The Panel has now been advised that *Beall* was remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, by the Honorable John V. Parker in an order filed on June 16, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-309" filed on May 29, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5488

# OFFICIAL FILE COPY

IMAGED JUN 2 6 2008