**MDL 875**

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 1 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | |
|---|---|
| WILLIAM W. BUSSEY ) | Civil Action No. 2:08-cv-09367-JBF |
| Plaintiff, ) | |
| v. ) | From the |
| ) | UNITED STATES DISTRICT COURT |
| BUFFALO PUMPS, INC., et al., ) | FOR THE EASTERN DISTRICT OF |
| ) | VIRGINIA, NORFOLK DIVISION |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER

NOW COMES PLAINTIFF, by and through his counsel, and files this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-310 included the above-referenced action. Deadline for Notice of Opposition is July 2, 2008. Plaintiff hereby serves this Notice of Opposition to CTO-310, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiff will serve his Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

Dated: June 30, 2008

PLEADING NO. 5491

2008 JUN 30 P 2:01 RECEIVED CLERK'S OFFICE

PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER    Page 1

**OFFICIAL FILE COPY**

IMAGED JUL 3 2008

Respectfully submitted,

Michael G. Phelan, Esquire
Butler Williams & Skilling
100 Shockoe Slip, Fourth Floor
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
VSB No.: 29725

Laura Cabutto, Esquire
Jeffrey B. Simon, Esquire
Ron C. Eddins, Esquire
David C. Greenstone, Esquire
SIMON, EDDINS & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record via facsimile on this 30 day of June, 2008.

Michael G. Phelan, Esquire