# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL -3 2008

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

MDL No. 875 – In re: Asbestos Product Liability Litigation

*Allen Christiansen, et al. v. CBS Corp., et al.,* C.D. California, C.A. No. 08-3133

### NOTICE OF OPPOSITION TO CTO-310

I represent the plaintiffs in the above-captioned action that is included on the conditional transfer order dated June 17, 2008 (CTO-310). Plaintiffs hereby submit this notice of opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Dated: July 2, 2008

Sincerely

Brian P. Barrow
SIMON, EDDINS & GREENSTONE LLP
301 East Ocean Boulevard, Suite 1950
Long Beach, California 90815
(562) 590-3400
bbarrow@seglaw.com

Attorneys for Plaintiffs

PLEADING NO. 5494

**OFFICIAL FILE COPY**

IMAGED JUL 3 2008