Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 17 2008

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-310)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,026 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5495

**OFFICIAL FILE COPY**

IMAGED JUL 3 2008

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE CTO-310 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA MIDDLE
  ALM  2  08-363         Elizabeth Frierson, etc. v. American Optical Corp., et al.

CALIFORNIA CENTRAL
  ~~CAC  2  08-3133~~       ~~Allen Christiansen, et al. v. CBS Corp., et al.~~ **Opposed 7/3/08**

LOUISIANA MIDDLE
  LAM  3  08-315         Gail Becnel, et al. v. Anco Insulations, Inc., et al.

NORTH CAROLINA EASTERN
  NCE  2  08-10          Ron Scott Hall, etc. v. A.W. Chesterton Co., et al.
  NCE  2  08-19          Donald Carter Phillips, et al. v. Anchor Packing Co., et al.
  NCE  4  08-40          Sankey Edd Lancaster, et al. v. Anchor Packing Co., et al.
  NCE  4  08-58          Marvin Horace Gray, et al. v. Anchor Packing Co., et al.
  NCE  4  08-64          Charles C. Wallace, et al. v. Albany International Corp., et al.
  NCE  5  08-182         Corena C. Smith, et al. v. Anchor Packing Co., et al.
  NCE  5  08-187         Ernest J. New, et al. v. Anchor Packing Co., et al.
  NCE  7  08-35          Allen W. Johnson, et al. v. 3M Co., et al.

NORTH CAROLINA MIDDLE
  NCM  1  08-350         Anderson Wise, Jr. v. Aqua-Chem, Inc., et al.
  NCM  1  08-352         Debra Drane Albright, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  08-217         Harold Dean Harrison, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-218         Barbara Campbell Johnson v. Aqua-Chem, Inc., et al.
  NCW  1  08-219         Donald Wayne Goodman, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-220         Randy David Mason v. Aqua-Chem, Inc., et al.
  NCW  1  08-221         Danny A. Strader, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-223         Samuel S. Butler, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-224         Joe Franklin Hensley, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-227         Alan Lester Hall v. Aqua-Chem, Inc., et al.
  NCW  1  08-228         Ronald Coyt Burleson, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-229         Ladd Herman Cloninger, et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-310 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**            **CASE CAPTION**

NEW YORK EASTERN
  NYE  1  08-1776        Allen R. Lundberg, et al. v. A.W. Chesterton Co., et al.
  NYE  1  08-2193        Roxann Goodwin, etc. v. A.W. Chesterton Co., et al.

OHIO NORTHERN
  OHN  1  08-10001       Carlo G. Badamo v. A-C Product Liability Trust, et al.

SOUTH CAROLINA
  SC  0  08-1978         Thomas E. Duncan, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1981         Larry Edward Tidwell, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1982         Robert Scott Vinson, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-2009         Ronald Wayne Parker v. Aqua-Chem Inc., et al.
  SC  0  08-2047         Lawrence L. Byars, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-2048         Willie James Canty, et al. v. Aqua-Chem, Inc., et al.
  SC  4  08-2054         James Randall Cogdill v. Aqua-Chem, Inc., et al.
  SC  4  08-2055         Phillip H. Cline, et al. v. Aqua-Chem, Inc., et al.
  SC  6  08-1983         Stephen P. Waldrop, et al. v. Aqua-Chem, Inc., et al.
  ~~SC  6  08-2060~~         ~~Lawrence David Weaver v. Owens-Illinois, Inc., et al.~~
                         **Opposed 6/24/08**
  SC  8  08-2045         Gregory Bryan Baumgarner, et al. v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
  VAE  2  08-9330        Ronald L. Williams v. American Standard, Inc., et al.
  VAE  2  08-9331        Benjamin L. Baca v. American Standard, Inc., et al.
  VAE  2  08-9332        Donald L. Boucher v. American Standard, Inc., et al.
  VAE  2  08-9333        Timothy J. Curry v. American Standard, Inc., et al.
  VAE  2  08-9334        Robert F. Elder v. American Standard, Inc., et al.
  VAE  2  08-9335        Larry D. Gardner v. American Standard, Inc., et al.
  VAE  2  08-9336        Charles L. Glenn v. American Standard, Inc., et al.
  VAE  2  08-9337        Everett D. King v. American Standard, Inc., et al.
  VAE  2  08-9338        David J. Bloch v. Dana Companies, LLC
  VAE  2  08-9339        Ralph E. Bowden v. Dana Companies, LLC
  VAE  2  08-9340        Dale E. Buckley v. Dana Companies, LLC
  VAE  2  08-9341        Glenn D. Burris v. Dana Companies, LLC
  VAE  2  08-9342        Robert E. Butikofer v. Dana Companies, LLC
  VAE  2  08-9343        William H. Monroe, Jr., etc. (James H. Cranston) v. Dana
                             Companies, LLC
  VAE  2  08-9344        Glen Donmyer v. Dana Companies, LLC
  VAE  2  08-9345        Antonio D. Garcia v. Dana Companies, LLC

## MDL No. 875 - Schedule CTO-310 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 2 08-9346 | Edward C. Hofrock v. Dana Companies, LLC |
| VAE 2 08-9347 | Lester N. Johnson v. Dana Companies, LLC |
| VAE 2 08-9348 | Robert P. Loss v. Dana Companies, LLC |
| VAE 2 08-9349 | Richard G. Yunt v. Dana Companies, LLC |
| VAE 2 08-9350 | Gary L. Doyle v. American Standard, Inc., et al. |
| VAE 2 08-9351 | Joseph E. Gellel v. American Standard, Inc., et al. |
| VAE 2 08-9352 | Paul E. Mabrey v. American Standard, Inc., et al. |
| VAE 2 08-9353 | Charles H. Marcum v. American Standard, Inc., et al. |
| VAE 2 08-9354 | Eulalio H. Padilla v. American Standard, Inc., et al. |
| VAE 2 08-9355 | Macario O. Salazar v. American Standard, Inc., et al. |
| VAE 2 08-9356 | Roy H. Storer v. American Standard, Inc., et al. |
| VAE 2 08-9357 | Mary Darlene Ratcliff, etc. v. A.P. Green Industries, Inc., et al. |
| VAE 2 08-9358 | Roy K. Boyce v. American Standard, Inc., et al. |
| VAE 2 08-9359 | Louis E. Ezzo v. American Standard, Inc., et al. |
| VAE 2 08-9360 | Charles G. Detimmerman v. American Standard, Inc., et al. |
| VAE 2 08-9361 | Larry G. Macarty v. American Standard, Inc., et al. |
| VAE 2 08-9362 | Michael A. Walker v. American Standard, Inc., et al. |
| VAE 2 08-9363 | Paul R. Cunningham v. American Standard, Inc., et al. |
| VAE 2 08-9364 | James M. Freitas v. American Standard, Inc., et al. |
| VAE 2 08-9365 | Donald R. Smith v. American Standard, Inc., et al. |
| VAE 2 08-9366 | John H. Touchton v. American Standard, Inc., et al. |
| ~~VAE 2 08-9367~~ | ~~William W. Bussey v. Buffalo Pumps, Inc., et al.~~ **Opposed 7/1/08** |