JUL. 10. 2008 9:45PM  JAQUES ADMIRALTY  NO. 4826  P. 9
Case MDL No. 875   Document 5498   Filed 07/18/08   Page 1 of 9
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

JUL 18 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

----------x

This Document Relates to:

United States District Court
Northern District of Ohio

ARCHBALD, dec. No. 1:95 CV 10670
SMITH, dec. No. 1:89 CV 15121 & C86-4605
WELCH, dec. No. 1:94 CV 11801

[In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]:

----------x

CIVIL ACTION NO. 2 MDL 875

FILED JUN 22 2007

PLEADING NO. 5498

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Northern District of Ohio, and the Court having reviewed these cases and having had settlement conferences with the parties, and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION
CRO- 4 actions
Approved/Date:

**OFFICIAL FILE COPY**

IMAGED JUL 18 2008

damages are hereby ORDERED severed from these cases and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matters should be REMANDED to the United States District Court for the Northern District of Ohio for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: 6/22/2007

James T. Giles          J.

**COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | FILED MAY 8 1996 |
| This Document Relates To: ALL ACTIONS | CIVIL ACTION NO. 2 MDL 875 (Maritime Actions) |

### ORDER

MAY 13 1996

THE COURT recently entered an Opinion and Order dated May 1, 1996, and filed May 2, 1996 on the 2 MDL 875 docket, no. 113. This order stated that the Court would issue a list of the cases to be dismissed without prejudice in accordance therewith. Attached hereto is a list of Mardoc cases filed in the Northern District of Ohio, this list now being incorporated into this Court's Order of of May 2, 1996, and hereby representing the cases dismissed without prejudice in accordance with the terms thereof.

BY THE COURT

Date: 5/8/96

Charles R. Weiner, Judge

ENTERED: 5/8/96

CLERK OF COURT

| | | | | | |
|---|---|---|---|---|---|
| 875-OHN-1-89-10888; | 875-OHN-1-89-10889; | 875-OHN-1-89-10890; | 875-OHN-1-89-10891; | 875-OHN-1-89-10892; | 875-OHN-1-89-10893; |
| 875-OHN-1-89-10894; | 875-OHN-1-89-10895; | 875-OHN-1-89-10896; | 875-OHN-1-89-10898; | 875-OHN-1-89-10904; | 875-OHN-1-89-10907; |
| 875-OHN-1-89-10915; | 875-OHN-1-89-10916; | 875-OHN-1-89-10921; | 875-OHN-1-89-10922; | 875-OHN-1-89-10923; | 875-OHN-1-89-10924; |
| 875-OHN-1-89-10925; | 875-OHN-1-89-10926; | 875-OHN-1-89-10938; | 875-OHN-1-89-10939; | 875-OHN-1-89-10941; | 875-OHN-1-89-10942; |
| 875-OHN-1-89-10943; | 875-OHN-1-89-10944; | 875-OHN-1-89-10946; | 875-OHN-1-89-10947; | 875-OHN-1-89-10951; | 875-OHN-1-89-10953; |
| 875-OHN-1-89-10954; | 875-OHN-1-89-10955; | 875-OHN-1-89-10956; | 875-OHN-1-89-10957; | 875-OHN-1-89-10958; | 875-OHN-1-89-10959; |
| 875-OHN-1-89-10960; | 875-OHN-1-89-10961; | 875-OHN-1-89-10972; | 875-OHN-1-89-10973; | 875-OHN-1-89-10974; | 875-OHN-1-89-10975; |
| 875-OHN-1-89-10976; | 875-OHN-1-89-10977; | 875-OHN-1-89-10989; | 875-OHN-1-89-10990; | 875-OHN-1-89-10991; | 875-OHN-1-89-10993; |
| 875-OHN-1-89-10994; | 875-OHN-1-89-11001; | 875-OHN-1-89-11002; | 875-OHN-1-89-11005; | 875-OHN-1-89-11006; | 875-OHN-1-89-11007; |
| 875-OHN-1-89-11008; | 875-OHN-1-89-11009; | 875-OHN-1-89-11010; | 875-OHN-1-89-11011; | 875-OHN-1-89-11012; | 875-OHN-1-89-11013; |
| 875-OHN-1-89-11014; | 875-OHN-1-89-11015; | 875-OHN-1-89-11016; | 875-OHN-1-89-11023; | 875-OHN-1-89-11024; | 875-OHN-1-89-11028; |
| 875-OHN-1-89-11029; | 875-OHN-1-89-11030; | 875-OHN-1-89-11031; | 875-OHN-1-89-11032; | 875-OHN-1-89-11033; | 875-OHN-1-89-11039; |
| 875-OHN-1-89-11040; | 875-OHN-1-89-11041; | 875-OHN-1-89-11042; | 875-OHN-1-89-11043; | 875-OHN-1-89-11044; | 875-OHN-1-89-11045; |
| 875-OHN-1-89-11046; | 875-OHN-1-89-11047; | 875-OHN-1-89-11048; | 875-OHN-1-89-11050; | 875-OHN-1-89-11051; | 875-OHN-1-89-11052; |
| 875-OHN-1-89-11053; | 875-OHN-1-89-11061; | 875-OHN-1-89-11062; | 875-OHN-1-89-11063; | 875-OHN-1-89-11064; | 875-OHN-1-89-11065; |
| 875-OHN-1-89-11066; | 875-OHN-1-89-11067; | 875-OHN-1-89-11068; | 875-OHN-1-89-11069; | 875-OHN-1-89-11070; | 875-OHN-1-89-11073; |
| 875-OHN-1-89-11074; | 875-OHN-1-89-11075; | 875-OHN-1-89-11076; | 875-OHN-1-89-11077; | 875-OHN-1-89-11078; | 875-OHN-1-89-11079; |
| 875-OHN-1-89-11080; | 875-OHN-1-89-11081; | 875-OHN-1-89-11082; | 875-OHN-1-89-11084; | 875-OHN-1-89-11086; | 875-OHN-1-89-11087; |
| 875-OHN-1-89-11088; | 875-OHN-1-89-11089; | 875-OHN-1-89-11093; | 875-OHN-1-89-11094; | 875-OHN-1-89-11095; | 875-OHN-1-89-11096; |
| 875-OHN-1-89-11097; | 875-OHN-1-89-11098; | 875-OHN-1-89-11099; | 875-OHN-1-89-11101; | 875-OHN-1-89-11103; | 875-OHN-1-89-11104; |
| 875-OHN-1-89-11106; | 875-OHN-1-89-11107; | 875-OHN-1-89-11108; | 875-OHN-1-89-11109; | 875-OHN-1-89-11115; | 875-OHN-1-89-11117; |
| 875-OHN-1-89-11118; | 875-OHN-1-89-11119; | 875-OHN-1-89-11120; | 875-OHN-1-89-11121; | 875-OHN-1-89-11122; | 875-OHN-1-89-11124; |
| 875-OHN-1-89-11125; | 875-OHN-1-89-11127; | 875-OHN-1-89-11128; | 875-OHN-1-89-11137; | 875-OHN-1-89-11141; | 875-OHN-1-89-11142; |
| 875-OHN-1-89-11143; | 875-OHN-1-89-11144; | 875-OHN-1-89-11145; | 875-OHN-1-89-11146; | 875-OHN-1-89-11155; | 875-OHN-1-89-11156; |
| 875-OHN-1-89-11157; | 875-OHN-1-89-11158; | 875-OHN-1-89-11159; | 875-OHN-1-89-11160; | 875-OHN-1-89-11165; | 875-OHN-1-89-11166; |
| 875-OHN-1-89-11167; | 875-OHN-1-89-11168; | 875-OHN-1-89-11169; | 875-OHN-1-89-11170; | 875-OHN-1-89-11171; | 875-OHN-1-89-11172; |
| 875-OHN-1-89-11173; | 875-OHN-1-89-11174; | 875-OHN-1-89-11175; | 875-OHN-1-89-11176; | 875-OHN-1-89-11177; | 875-OHN-1-89-11173; |
| 875-OHN-1-89-11179; | 875-OHN-1-89-11180; | 875-OHN-1-89-11181; | 875-OHN-1-89-11182; | 875-OHN-1-89-11183; | 875-OHN-1-89-11190; |
| 875-OHN-1-89-11191; | 875-OHN-1-89-13178; | 875-OHN-1-89-13179; | 875-OHN-1-89-13180; | 875-OHN-1-89-13181; | 875-OHN-1-89-13182; |
| 875-OHN-1-89-13183; | 875-OHN-1-89-13184; | 875-OHN-1-89-13185; | 875-OHN-1-89-13186; | 875-OHN-1-89-13189; | 875-OHN-1-89-13190; |
| 875-OHN-1-89-13192; | 875-OHN-1-89-13194; | 875-OHN-1-89-13196; | 875-OHN-1-89-13212; | 875-OHN-1-89-13213; | 875-OHN-1-89-13214; |
| 875-OHN-1-89-13215; | 875-OHN-1-89-14686; | 875-OHN-1-89-14687; | 875-OHN-1-89-14688; | 875-OHN-1-89-14689; | 875-OHN-1-89-14690; |
| 875-OHN-1-89-14691; | 875-OHN-1-89-14692; | 875-OHN-1-89-14693; | 875-OHN-1-89-14694; | 875-OHN-1-89-14695; | 875-OHN-1-89-14696; |
| 875-OHN-1-89-14697; | 875-OHN-1-89-14698; | 875-OHN-1-89-14699; | 875-OHN-1-89-14700; | 875-OHN-1-89-14701; | 875-OHN-1-89-14702; |
| 875-OHN-1-89-14706; | 875-OHN-1-89-14799; | 875-OHN-1-89-14800; | 875-OHN-1-89-14801; | 875-OHN-1-89-14802; | 875-OHN-1-89-14803; |
| 875-OHN-1-89-14804; | 875-OHN-1-89-14805; | 875-OHN-1-89-14806; | 875-OHN-1-89-14807; | 875-OHN-1-89-14808; | 875-OHN-1-89-14809; |
| 875-OHN-1-89-14810; | 875-OHN-1-89-14811; | 875-OHN-1-89-14812; | 875-OHN-1-89-14813; | 875-OHN-1-89-14814; | 875-OHN-1-89-14829; |
| 875-OHN-1-89-14830; | 875-OHN-1-89-14831; | 875-OHN-1-89-14832; | 875-OHN-1-89-14833; | 875-OHN-1-89-14834; | 875-OHN-1-89-14835; |
| 875-OHN-1-89-14836; | 875-OHN-1-89-14837; | 875-OHN-1-89-14838; | 875-OHN-1-89-14839; | 875-OHN-1-89-14840; | 875-OHN-1-89-14841; |
| 875-OHN-1-89-14842; | 875-OHN-1-89-14843; | 875-OHN-1-89-14844; | 875-OHN-1-89-14845; | 875-OHN-1-89-14846; | 875-OHN-1-89-14847; |
| 875-OHN-1-89-14848; | 875-OHN-1-89-14849; | 875-OHN-1-89-14850; | 875-OHN-1-89-14851; | 875-OHN-1-89-14852; | 875-OHN-1-89-14853; |
| 875-OHN-1-89-14854; | 875-OHN-1-89-14856; | 875-OHN-1-89-14857; | 875-OHN-1-89-14858; | 875-OHN-1-89-14859; | 875-OHN-1-89-14860; |
| 875-OHN-1-89-14861; | 875-OHN-1-89-14862; | 875-OHN-1-89-14863; | 875-OHN-1-89-14864; | 875-OHN-1-89-14865; | 875-OHN-1-89-14866; |
| 875-OHN-1-89-14867; | 875-OHN-1-89-14868; | 875-OHN-1-89-14869; | 875-OHN-1-89-14870; | 875-OHN-1-89-14871; | 875-OHN-1-89-14872; |
| 875-OHN-1-89-14873; | 875-OHN-1-89-14874; | 875-OHN-1-89-14875; | 875-OHN-1-89-14876; | 875-OHN-1-89-14877; | 875-OHN-1-89-14878; |
| 875-OHN-1-89-14879; | 875-OHN-1-89-14880; | 875-OHN-1-89-14881; | 875-OHN-1-89-14882; | 875-OHN-1-89-14883; | 875-OHN-1-89-14884; |
| 875-OHN-1-89-14885; | 875-OHN-1-89-14886; | 875-OHN-1-89-14887; | 875-OHN-1-89-14888; | 875-OHN-1-89-14889; | 875-OHN-1-89-14890; |
| 875-OHN-1-89-14891; | 875-OHN-1-89-14892; | 875-OHN-1-89-14894; | 875-OHN-1-89-14895; | 875-OHN-1-89-14896; | 875-OHN-1-89-14897; |
| 875-OHN-1-89-14898; | 875-OHN-1-89-14899; | 875-OHN-1-89-14900; | 875-OHN-1-89-14901; | 875-OHN-1-89-14902; | 875-OHN-1-89-14903; |
| 875-OHN-1-89-14904; | 875-OHN-1-89-14905; | 875-OHN-1-89-14906; | 875-OHN-1-89-14907; | 875-OHN-1-89-14908; | 875-OHN-1-89-14909; |
| 875-OHN-1-89-14910; | 875-OHN-1-89-14911; | 875-OHN-1-89-14912; | 875-OHN-1-89-14913; | 875-OHN-1-89-15019; | 875-OHN-1-89-15020; |
| 875-OHN-1-89-15021; | 875-OHN-1-89-15022; | 875-OHN-1-89-15023; | 875-OHN-1-89-15024; | 875-OHN-1-89-15025; | 875-OHN-1-89-15026; |
| 875-OHN-1-89-15027; | 875-OHN-1-89-15028; | 875-OHN-1-89-15029; | 875-OHN-1-89-15030; | 875-OHN-1-89-15031; | 875-OHN-1-89-15032; |
| 875-OHN-1-89-15033; | 875-OHN-1-89-15034; | 875-OHN-1-89-15035; | 875-OHN-1-89-15036; | 875-OHN-1-89-15037; | 875-OHN-1-89-15038; |
| 875-OHN-1-89-15039; | 875-OHN-1-89-15040; | 875-OHN-1-89-15041; | 875-OHN-1-89-15042; | 875-OHN-1-89-15043; | 875-OHN-1-89-15044; |
| 875-OHN-1-89-15045; | 875-OHN-1-89-15046; | 875-OHN-1-89-15047; | 875-OHN-1-89-15048; | 875-OHN-1-89-15049; | 875-OHN-1-89-15050; |
| 875-OHN-1-89-15051; | 875-OHN-1-89-15052; | 875-OHN-1-89-15053; | 875-OHN-1-89-15054; | 875-OHN-1-89-15055; | 875-OHN-1-89-15056; |
| 875-OHN-1-89-15057; | 875-OHN-1-89-15058; | 875-OHN-1-89-15059; | 875-OHN-1-89-15060; | 875-OHN-1-89-15061; | 875-OHN-1-89-15062; |
| 875-OHN-1-89-15063; | 875-OHN-1-89-15064; | 875-OHN-1-89-15065; | 875-OHN-1-89-15066; | 875-OHN-1-89-15067; | 875-OHN-1-89-15068; |
| 875-OHN-1-89-15069; | 875-OHN-1-89-15070; | 875-OHN-1-89-15071; | 875-OHN-1-89-15072; | 875-OHN-1-89-15073; | 875-OHN-1-89-15074; |
| 875-OHN-1-89-15075; | 875-OHN-1-89-15076; | 875-OHN-1-89-15077; | 875-OHN-1-89-15078; | 875-OHN-1-89-15079; | 875-OHN-1-89-15080; |
| 875-OHN-1-89-15081; | 875-OHN-1-89-15082; | 875-OHN-1-89-15083; | 875-OHN-1-89-15084; | 875-OHN-1-89-15085; | 875-OHN-1-89-15086; |
| 875-OHN-1-89-15087; | 875-OHN-1-89-15088; | 875-OHN-1-89-15089; | 875-OHN-1-89-15090; | 875-OHN-1-89-15091; | 875-OHN-1-89-15092; |
| 875-OHN-1-89-15093; | 875-OHN-1-89-15094; | 875-OHN-1-89-15095; | 875-OHN-1-89-15096; | 875-OHN-1-89-15097; | 875-OHN-1-89-15098; |
| 875-OHN-1-89-15099; | 875-OHN-1-89-15100; | 875-OHN-1-89-15101; | 875-OHN-1-89-15102; | 875-OHN-1-89-15103; | 875-OHN-1-89-15098; |
| 875-OHN-1-89-15106; | 875-OHN-1-89-15107; | 875-OHN-1-89-15108; | 875-OHN-1-89-15109; | 875-OHN-1-89-15104; | 875-OHN-1-89-15105; |
| 875-OHN-1-89-15112; | 875-OHN-1-89-15113; | 875-OHN-1-89-15114; | 875-OHN-1-89-15116; | 875-OHN-1-89-15110; | 875-OHN-1-89-15111; |
| 875-OHN-1-89-15119; | 875-OHN-1-89-15120; | 875-OHN-1-89-15127; | 875-OHN-1-89-15122; | 875-OHN-1-89-15117; | 875-OHN-1-89-15118; |
| 875-OHN-1-89-15125; | 875-OHN-1-89-15126; | 875-OHN-1-89-15127; | 875-OHN-1-89-15128; | 875-OHN-1-89-15123; | 875-OHN-1-89-15124; |
| 875-OHN-1-89-15131; | 875-OHN-1-89-15132; | 875-OHN-1-89-15133; | 875-OHN-1-89-15134; | 875-OHN-1-89-15129; | 875-OHN-1-89-15130; |
| 875-OHN-1-89-15137; | 875-OHN-1-89-15138; | 875-OHN-1-89-15139; | 875-OHN-1-89-15228; | 875-OHN-1-89-15135; | 875-OHN-1-89-15136; |
| 875-OHN-1-89-15231; | 875-OHN-1-89-15232; | 875-OHN-1-89-15233; | 875-OHN-1-89-15234; | 875-OHN-1-89-15229; | 875-OHN-1-89-15230; |
| 875-OHN-1-89-15237; | 875-OHN-1-89-15238; | 875-OHN-1-89-15239; | 875-OHN-1-89-15240; | 875-OHN-1-89-15235; | 875-OHN-1-89-15236; |
| 875-OHN-1-89-15243; | 875-OHN-1-89-15244; | 875-OHN-1-89-15245; | 875-OHN-1-89-15246; | 875-OHN-1-89-15241; | 875-OHN-1-89-15242; |
| 875-OHN-1-89-15249; | 875-OHN-1-89-15250; | 875-OHN-1-89-15251; | 875-OHN-1-89-15252; | 875-OHN-1-89-15247; | 875-OHN-1-89-15248; |
| 875-OHN-1-89-15255; | 875-OHN-1-89-15256; | 875-OHN-1-89-15257; | 875-OHN-1-89-15258; | 875-OHN-1-89-15253; | 875-OHN-1-89-15254; |
| | | | | 875-OHN-1-89-15259; | 875-OHN-1-89-15260; |

| | | | | | |
|---|---|---|---|---|---|
| 875-OHN-1-94-11729; | 875-OHN-1-94-11730; | 875-OHN-1-94-11731; | 875-OHN-1-94-11732; | 875-OHN-1-94-11733; | 875-OHN-1-94-11734; |
| 875-OHN-1-94-11735; | 875-OHN-1-94-11736; | 875-OHN-1-94-11737; | 875-OHN-1-94-11738; | 875-OHN-1-94-11739; | 875-OHN-1-94-11740; |
| 875-OHN-1-94-11741; | 875-OHN-1-94-11742; | 875-OHN-1-94-11743; | 875-OHN-1-94-11744; | 875-OHN-1-94-11745; | 875-OHN-1-94-11746; |
| 875-OHN-1-94-11747; | 875-OHN-1-94-11748; | 875-OHN-1-94-11749; | 875-OHN-1-94-11750; | 875-OHN-1-94-11751; | 875-OHN-1-94-11752; |
| 875-OHN-1-94-11753; | 875-OHN-1-94-11754; | 875-OHN-1-94-11755; | 875-OHN-1-94-11756; | 875-OHN-1-94-11757; | 875-OHN-1-94-11758; |
| 875-OHN-1-94-11759; | 875-OHN-1-94-11760; | 875-OHN-1-94-11761; | 875-OHN-1-94-11762; | 875-OHN-1-94-11763; | 875-OHN-1-94-11764; |
| 875-OHN-1-94-11765; | 875-OHN-1-94-11766; | 875-OHN-1-94-11767; | 875-OHN-1-94-11768; | 875-OHN-1-94-11769; | 875-OHN-1-94-11770; |
| 875-OHN-1-94-11771; | 875-OHN-1-94-11772; | 875-OHN-1-94-11773; | 875-OHN-1-94-11774; | 875-OHN-1-94-11775; | 875-OHN-1-94-11776; |
| 875-OHN-1-94-11777; | 875-OHN-1-94-11778; | 875-OHN-1-94-11779; | 875-OHN-1-94-11780; | 875-OHN-1-94-11781; | 875-OHN-1-94-11782; |
| 875-OHN-1-94-11783; | 875-OHN-1-94-11784; | 875-OHN-1-94-11785; | 875-OHN-1-94-11786; | 875-OHN-1-94-11787; | 875-OHN-1-94-11788; |
| 875-OHN-1-94-11789; | 875-OHN-1-94-11790; | 875-OHN-1-94-11791; | 875-OHN-1-94-11792; | 875-OHN-1-94-11793; | 875-OHN-1-94-11794; |
| 875-OHN-1-94-11795; | 875-OHN-1-94-11796; | 875-OHN-1-94-11797; | 875-OHN-1-94-11798; | 875-OHN-1-94-11799; | |
| 875-OHN-1-94-11802; | 875-OHN-1-94-11803; | 875-OHN-1-94-11804; | 875-OHN-1-94-11805; | 875-OHN-1-94-11806; | 875-OHN-1-94-11807; |
| 875-OHN-1-94-11808; | 875-OHN-1-94-11809; | 875-OHN-1-94-11810; | 875-OHN-1-94-11811; | 875-OHN-1-94-11812; | 875-OHN-1-94-11813; |
| 875-OHN-1-94-11814; | 875-OHN-1-94-11815; | 875-OHN-1-94-11816; | 875-OHN-1-94-11817; | 875-OHN-1-94-11818; | 875-OHN-1-94-11819; |
| 875-OHN-1-94-11820; | 875-OHN-1-94-11821; | 875-OHN-1-94-11822; | 875-OHN-1-94-11823; | 875-OHN-1-94-11824; | 875-OHN-1-94-11825; |
| 875-OHN-1-94-11826; | 875-OHN-1-94-11827; | 875-OHN-1-94-11828; | 875-OHN-1-94-11829; | 875-OHN-1-94-11830; | 875-OHN-1-94-11831; |
| 875-OHN-1-94-11832; | 875-OHN-1-94-11833; | 875-OHN-1-94-11834; | 875-OHN-1-94-11835; | 875-OHN-1-94-11836; | 875-OHN-1-94-11837; |
| 875-OHN-1-94-11838; | 875-OHN-1-94-11840; | 875-OHN-1-94-11841; | 875-OHN-1-94-11842; | 875-OHN-1-94-11843; | 875-OHN-1-94-11844; |
| 875-OHN-1-94-11845; | 875-OHN-1-94-11846; | 875-OHN-1-94-11847; | 875-OHN-1-94-11848; | 875-OHN-1-94-11849; | 875-OHN-1-94-11850; |
| 875-OHN-1-94-11851; | 875-OHN-1-94-11852; | 875-OHN-1-94-11853; | 875-OHN-1-94-11854; | 875-OHN-1-94-11855; | 875-OHN-1-94-11856; |
| 875-OHN-1-94-11857; | 875-OHN-1-94-11858; | 875-OHN-1-94-11859; | 875-OHN-1-94-11860; | 875-OHN-1-94-11861; | 875-OHN-1-94-11862; |
| 875-OHN-1-94-11863; | 875-OHN-1-94-11864; | 875-OHN-1-94-11865; | 875-OHN-1-94-11866; | 875-OHN-1-94-11867; | 875-OHN-1-94-11868; |
| 875-OHN-1-94-11869; | 875-OHN-1-94-11870; | 875-OHN-1-94-11871; | 875-OHN-1-94-11872; | 875-OHN-1-94-11873; | 875-OHN-1-94-11874; |
| 875-OHN-1-94-11875; | 875-OHN-1-94-11876; | 875-OHN-1-94-11877; | 875-OHN-1-94-11878; | 875-OHN-1-94-11879; | 875-OHN-1-94-11880; |
| 875-OHN-1-94-11881; | 875-OHN-1-94-11882; | 875-OHN-1-94-11883; | 875-OHN-1-94-11884; | 875-OHN-1-94-11885; | 875-OHN-1-94-11886; |
| 875-OHN-1-94-11887; | 875-OHN-1-94-11888; | 875-OHN-1-94-11889; | 875-OHN-1-94-11890; | 875-OHN-1-94-11891; | 875-OHN-1-94-11892; |
| 875-OHN-1-94-11893; | 875-OHN-1-94-11894; | 875-OHN-1-94-11895; | 875-OHN-1-94-11896; | 875-OHN-1-94-11897; | 875-OHN-1-94-11898; |
| 875-OHN-1-94-11899; | 875-OHN-1-94-11900; | 875-OHN-1-94-11901; | 875-OHN-1-94-11902; | 875-OHN-1-94-11903; | 875-OHN-1-94-11904; |
| 875-OHN-1-94-11905; | 875-OHN-1-94-11906; | 875-OHN-1-94-11907; | 875-OHN-1-94-11908; | 875-OHN-1-94-11909; | 875-OHN-1-94-11910; |
| 875-OHN-1-94-11911; | 875-OHN-1-94-11912; | 875-OHN-1-94-11913; | 875-OHN-1-94-11914; | 875-OHN-1-94-11915; | 875-OHN-1-94-11916; |
| 875-OHN-1-94-11917; | 875-OHN-1-94-11918; | 875-OHN-1-94-11919; | 875-OHN-1-94-11920; | 875-OHN-1-94-11921; | 875-OHN-1-94-11922; |
| 875-OHN-1-94-11923; | 875-OHN-1-94-11924; | 875-OHN-1-94-11925; | 875-OHN-1-94-11926; | 875-OHN-1-94-11927; | 875-OHN-1-94-11928; |
| 875-OHN-1-94-11929; | 875-OHN-1-94-11930; | 875-OHN-1-94-11931; | 875-OHN-1-94-11932; | 875-OHN-1-94-11933; | 875-OHN-1-94-11934; |
| 875-OHN-1-94-11935; | 875-OHN-1-94-11936; | 875-OHN-1-94-11938; | 875-OHN-1-94-11939; | 875-OHN-1-94-11940; | 875-OHN-1-94-11941; |
| 875-OHN-1-94-11942; | 875-OHN-1-94-11943; | 875-OHN-1-94-11944; | 875-OHN-1-94-11945; | 875-OHN-1-94-11946; | 875-OHN-1-94-11947; |
| 875-OHN-1-94-11948; | 875-OHN-1-94-11949; | 875-OHN-1-94-11950; | 875-OHN-1-94-11951; | 875-OHN-1-94-11952; | 875-OHN-1-94-11953; |
| 875-OHN-1-94-11954; | 875-OHN-1-94-11955; | 875-OHN-1-94-11957; | 875-OHN-1-94-11958; | 875-OHN-1-94-11959; | 875-OHN-1-94-11960; |
| 875-OHN-1-94-11961; | 875-OHN-1-94-11962; | 875-OHN-1-94-11963; | 875-OHN-1-94-11964; | 875-OHN-1-94-11965; | 875-OHN-1-94-11967; |
| 875-OHN-1-94-11968; | 875-OHN-1-94-11969; | 875-OHN-1-94-11970; | 875-OHN-1-94-11971; | 875-OHN-1-94-11972; | 875-OHN-1-94-11973; |
| 875-OHN-1-94-11975; | 875-OHN-1-94-11976; | 875-OHN-1-94-11977; | 875-OHN-1-94-11978; | 875-OHN-1-94-11979; | 875-OHN-1-94-11980; |
| 875-OHN-1-94-11981; | 875-OHN-1-94-11982; | 875-OHN-1-94-11983; | 875-OHN-1-94-11984; | 875-OHN-1-94-11985; | 875-OHN-1-94-11986; |
| 875-OHN-1-94-11987; | 875-OHN-1-94-11988; | 875-OHN-1-94-11989; | 875-OHN-1-94-11990; | 875-OHN-1-94-11991; | 875-OHN-1-94-11992; |
| 875-OHN-1-94-11993; | 875-OHN-1-94-11994; | 875-OHN-1-94-11995; | 875-OHN-1-94-11996; | 875-OHN-1-94-11997; | 875-OHN-1-94-11998; |
| 875-OHN-1-94-11999; | 875-OHN-1-94-12000; | 875-OHN-1-94-12001; | 875-OHN-1-94-12002; | 875-OHN-1-94-12003; | 875-OHN-1-94-12004; |
| 875-OHN-1-94-12005; | 875-OHN-1-94-12006; | 875-OHN-1-94-12007; | 875-OHN-1-94-12008; | 875-OHN-1-94-12009; | 875-OHN-1-94-12010; |
| 875-OHN-1-94-12011; | 875-OHN-1-94-12012; | 875-OHN-1-94-12013; | 875-OHN-1-94-12014; | 875-OHN-1-94-12015; | 875-OHN-1-94-12016; |
| 875-OHN-1-94-12017; | 875-OHN-1-94-12018; | 875-OHN-1-94-12019; | 875-OHN-1-94-12020; | 875-OHN-1-94-12021; | 875-OHN-1-94-12022; |
| 875-OHN-1-94-12023; | 875-OHN-1-94-12024; | 875-OHN-1-94-12025; | 875-OHN-1-94-12026; | 875-OHN-1-94-12027; | 875-OHN-1-94-12028; |
| 875-OHN-1-94-12029; | 875-OHN-1-94-12030; | 875-OHN-1-94-12031; | 875-OHN-1-94-12032; | 875-OHN-1-94-12033; | 875-OHN-1-94-12034; |
| 875-OHN-1-94-12035; | 875-OHN-1-94-12036; | 875-OHN-1-94-12037; | 875-OHN-1-94-12038; | 875-OHN-1-94-12039; | 875-OHN-1-94-12040; |
| 875-OHN-1-94-12041; | 875-OHN-1-94-12042; | 875-OHN-1-94-12043; | 875-OHN-1-94-12044; | 875-OHN-1-94-12045; | 875-OHN-1-94-12046; |
| 875-OHN-1-94-12047; | 875-OHN-1-94-12048; | 875-OHN-1-94-12049; | 875-OHN-1-94-12050; | 875-OHN-1-94-12051; | 875-OHN-1-94-12052; |
| 875-OHN-1-94-12053; | 875-OHN-1-94-12054; | 875-OHN-1-94-12055; | 875-OHN-1-94-12056; | 875-OHN-1-94-12057; | 875-OHN-1-94-12058; |
| 875-OHN-1-94-12059; | 875-OHN-1-94-12060; | 875-OHN-1-94-12061; | 875-OHN-1-94-12062; | 875-OHN-1-94-12063; | 875-OHN-1-94-12064; |
| 875-OHN-1-94-12065; | 875-OHN-1-94-12066; | 875-OHN-1-94-12067; | 875-OHN-1-94-12068; | 875-OHN-1-94-12069; | 875-OHN-1-94-12070; |
| 875-OHN-1-94-12071; | 875-OHN-1-94-12072; | 875-OHN-1-94-12073; | 875-OHN-1-94-12074; | 875-OHN-1-94-12075; | 875-OHN-1-94-12076; |
| 875-OHN-1-94-12077; | 875-OHN-1-94-12078; | 875-OHN-1-94-12079; | 875-OHN-1-94-12080; | 875-OHN-1-94-12081; | 875-OHN-1-94-12082; |
| 875-OHN-1-94-12083; | 875-OHN-1-94-12084; | 875-OHN-1-94-12085; | 875-OHN-1-94-12086; | 875-OHN-1-94-12087; | 875-OHN-1-94-12088; |
| 875-OHN-1-94-12089; | 875-OHN-1-94-12090; | 875-OHN-1-94-12091; | 875-OHN-1-94-12092; | 875-OHN-1-94-12093; | 875-OHN-1-94-12094; |
| 875-OHN-1-94-12095; | 875-OHN-1-94-12096; | 875-OHN-1-94-12097; | 875-OHN-1-94-12098; | 875-OHN-1-94-12099; | 875-OHN-1-94-12100; |
| 875-OHN-1-94-12101; | 875-OHN-1-94-12102; | 875-OHN-1-94-12105; | 875-OHN-1-94-12106; | 875-OHN-1-94-12107; | 875-OHN-1-94-12108; |
| 875-OHN-1-94-12109; | 875-OHN-1-94-12110; | 875-OHN-1-94-12111; | 875-OHN-1-94-12112; | 875-OHN-1-94-12113; | 875-OHN-1-94-12114; |
| 875-OHN-1-94-12115; | 875-OHN-1-94-12116; | 875-OHN-1-94-12117; | 875-OHN-1-94-12118; | 875-OHN-1-94-12119; | 875-OHN-1-94-12120; |
| 875-OHN-1-94-12121; | 875-OHN-1-94-12122; | 875-OHN-1-94-12123; | 875-OHN-1-94-12124; | 875-OHN-1-94-12125; | 875-OHN-1-94-12126; |
| 875-OHN-1-94-12127; | 875-OHN-1-94-12128; | 875-OHN-1-94-12129; | 875-OHN-1-94-12130; | 875-OHN-1-94-12131; | 875-OHN-1-94-12132; |
| 875-OHN-1-94-12133; | 875-OHN-1-94-12134; | 875-OHN-1-94-12135; | 875-OHN-1-94-12136; | 875-OHN-1-94-12137; | 875-OHN-1-94-12138; |
| 875-OHN-1-94-12139; | 875-OHN-1-94-12140; | 875-OHN-1-94-12141; | 875-OHN-1-94-12142; | 875-OHN-1-94-12143; | 875-OHN-1-94-12144; |
| 875-OHN-1-94-12145; | 875-OHN-1-94-12146; | 875-OHN-1-94-12147; | 875-OHN-1-94-12148; | 875-OHN-1-94-12149; | 875-OHN-1-94-12150; |
| 875-OHN-1-94-12151; | 875-OHN-1-94-12152; | 875-OHN-1-94-12153; | 875-OHN-1-94-12154; | 875-OHN-1-94-12155; | 875-OHN-1-94-12157; |
| 875-OHN-1-94-12158; | 875-OHN-1-94-12159; | 875-OHN-1-94-12160; | 875-OHN-1-94-12161; | 875-OHN-1-94-12162; | 875-OHN-1-94-12163; |
| 875-OHN-1-94-12164; | 875-OHN-1-94-12165; | 875-OHN-1-94-12166; | 875-OHN-1-94-12167; | 875-OHN-1-94-12168; | 875-OHN-1-94-12169; |
| 875-OHN-1-94-12170; | 875-OHN-1-94-12171; | 875-OHN-1-94-12172; | 875-OHN-1-94-12173; | 875-OHN-1-94-12174; | 875-OHN-1-94-12175; |
| 875-OHN-1-94-12177; | 875-OHN-1-94-12178; | 875-OHN-1-94-12179; | 875-OHN-1-94-12180; | 875-OHN-1-94-12181; | 875-OHN-1-94-12182; |
| 875-OHN-1-94-12183; | 875-OHN-1-94-12184; | 875-OHN-1-94-12185; | 875-OHN-1-94-12186; | 875-OHN-1-94-12187; | 875-OHN-1-94-12188; |
| 875-OHN-1-94-12189; | 875-OHN-1-94-12190; | 875-OHN-1-94-12191; | 875-OHN-1-94-12192; | 875-OHN-1-94-12193; | 875-OHN-1-94-12194; |

| | | | | | |
|---|---|---|---|---|---|
| 875-OHN-1-95-10444; | 875-OHN-1-95-10445; | 875-OHN-1-95-10448; | 875-OHN-1-95-10449; | 875-OHN-1-95-10450; | 875-OHN-1-95-10451; |
| 875-OHN-1-95-10452; | 875-OHN-1-95-10453; | 875-OHN-1-95-10454; | 875-OHN-1-95-10455; | 875-OHN-1-95-10456; | 875-OHN-1-95-10457; |
| 875-OHN-1-95-10458; | 875-OHN-1-95-10459; | 875-OHN-1-95-10460; | 875-OHN-1-95-10461; | 875-OHN-1-95-10462; | 875-OHN-1-95-10463; |
| 875-OHN-1-95-10464; | 875-OHN-1-95-10465; | 875-OHN-1-95-10466; | 875-OHN-1-95-10467; | 875-OHN-1-95-10468; | 875-OHN-1-95-10469; |
| 875-OHN-1-95-10470; | 875-OHN-1-95-10471; | 875-OHN-1-95-10472; | 875-OHN-1-95-10473; | 875-OHN-1-95-10474; | 875-OHN-1-95-10475; |
| 875-OHN-1-95-10476; | 875-OHN-1-95-10477; | 875-OHN-1-95-10478; | 875-OHN-1-95-10479; | 875-OHN-1-95-10480; | 875-OHN-1-95-10481; |
| 875-OHN-1-95-10482; | 875-OHN-1-95-10483; | 875-OHN-1-95-10484; | 875-OHN-1-95-10485; | 875-OHN-1-95-10486; | 875-OHN-1-95-10487; |
| 875-OHN-1-95-10488; | 875-OHN-1-95-10489; | 875-OHN-1-95-10490; | 875-OHN-1-95-10491; | 875-OHN-1-95-10492; | 875-OHN-1-95-10493; |
| 875-OHN-1-95-10494; | 875-OHN-1-95-10495; | 875-OHN-1-95-10496; | 875-OHN-1-95-10497; | 875-OHN-1-95-10498; | 875-OHN-1-95-10499; |
| 875-OHN-1-95-10500; | 875-OHN-1-95-10501; | 875-OHN-1-95-10502; | 875-OHN-1-95-10503; | 875-OHN-1-95-10504; | 875-OHN-1-95-10505; |
| 875-OHN-1-95-10506; | 875-OHN-1-95-10507; | 875-OHN-1-95-10508; | 875-OHN-1-95-10509; | 875-OHN-1-95-10510; | 875-OHN-1-95-10511; |
| 875-OHN-1-95-10512; | 875-OHN-1-95-10513; | 875-OHN-1-95-10514; | 875-OHN-1-95-10515; | 875-OHN-1-95-10516; | 875-OHN-1-95-10517; |
| 875-OHN-1-95-10518; | 875-OHN-1-95-10519; | 875-OHN-1-95-10520; | 875-OHN-1-95-10521; | 875-OHN-1-95-10522; | 875-OHN-1-95-10523; |
| 875-OHN-1-95-10524; | 875-OHN-1-95-10525; | 875-OHN-1-95-10526; | 875-OHN-1-95-10527; | 875-OHN-1-95-10528; | 875-OHN-1-95-10530; |
| 875-OHN-1-95-10531; | 875-OHN-1-95-10532; | 875-OHN-1-95-10533; | 875-OHN-1-95-10534; | 875-OHN-1-95-10535; | 875-OHN-1-95-10536; |
| 875-OHN-1-95-10537; | 875-OHN-1-95-10538; | 875-OHN-1-95-10539; | 875-OHN-1-95-10540; | 875-OHN-1-95-10541; | 875-OHN-1-95-10542; |
| 875-OHN-1-95-10543; | 875-OHN-1-95-10544; | 875-OHN-1-95-10545; | 875-OHN-1-95-10546; | 875-OHN-1-95-10547; | 875-OHN-1-95-10548; |
| 875-OHN-1-95-10549; | 875-OHN-1-95-10550; | 875-OHN-1-95-10551; | 875-OHN-1-95-10552; | 875-OHN-1-95-10553; | 875-OHN-1-95-10554; |
| 875-OHN-1-95-10555; | 875-OHN-1-95-10556; | 875-OHN-1-95-10557; | 875-OHN-1-95-10558; | 875-OHN-1-95-10559; | 875-OHN-1-95-10560; |
| 875-OHN-1-95-10561; | 875-OHN-1-95-10562; | 875-OHN-1-95-10563; | 875-OHN-1-95-10564; | 875-OHN-1-95-10565; | 875-OHN-1-95-10566; |
| 875-OHN-1-95-10567; | 875-OHN-1-95-10568; | 875-OHN-1-95-10569; | 875-OHN-1-95-10570; | 875-OHN-1-95-10574; | 875-OHN-1-95-10575; |
| 875-OHN-1-95-10576; | 875-OHN-1-95-10577; | 875-OHN-1-95-10578; | 875-OHN-1-95-10579; | 875-OHN-1-95-10580; | 875-OHN-1-95-10581; |
| 875-OHN-1-95-10583; | 875-OHN-1-95-10584; | 875-OHN-1-95-10586; | 875-OHN-1-95-10587; | 875-OHN-1-95-10589; | 875-OHN-1-95-10592; |
| 875-OHN-1-95-10593; | 875-OHN-1-95-10595; | 875-OHN-1-95-10596; | 875-OHN-1-95-10597; | 875-OHN-1-95-10599; | 875-OHN-1-95-10600; |
| 875-OHN-1-95-10601; | 875-OHN-1-95-10602; | 875-OHN-1-95-10603; | 875-OHN-1-95-10607; | 875-OHN-1-95-10621; | 875-OHN-1-95-10625; |
| 875-OHN-1-95-10630; | 875-OHN-1-95-10639; | 875-OHN-1-95-10640; | 875-OHN-1-95-10641; | 875-OHN-1-95-10642; | 875-OHN-1-95-10643; |
| 875-OHN-1-95-10644; | 875-OHN-1-95-10645; | 875-OHN-1-95-10646; | 875-OHN-1-95-10647; | 875-OHN-1-95-10648; | 875-OHN-1-95-10649; |
| 875-OHN-1-95-10650; | 875-OHN-1-95-10651; | 875-OHN-1-95-10652; | 875-OHN-1-95-10653; | 875-OHN-1-95-10654; | 875-OHN-1-95-10655; |
| 875-OHN-1-95-10656; | 875-OHN-1-95-10657; | 875-OHN-1-95-10658; | 875-OHN-1-95-10659; | 875-OHN-1-95-10660; | 875-OHN-1-95-10661; |
| 875-OHN-1-95-10662; | 875-OHN-1-95-10663; | 875-OHN-1-95-10664; | 875-OHN-1-95-10665; | 875-OHN-1-95-10666; | 875-OHN-1-95-10667; |
| 875-OHN-1-95-10668; | 875-OHN-1-95-10669; | | 875-OHN-1-95-10671; | 875-OHN-1-95-10672; | 875-OHN-1-95-10673; |
| 875-OHN-1-95-10674; | 875-OHN-1-95-10675; | 875-OHN-1-95-10676; | 875-OHN-1-95-10677; | 875-OHN-1-95-10678; | 875-OHN-1-95-10679; |
| 875-OHN-1-95-10680; | 875-OHN-1-95-10681; | 875-OHN-1-95-10682; | 875-OHN-1-95-10683; | 875-OHN-1-95-10684; | 875-OHN-1-95-10685; |
| 875-OHN-1-95-10686; | 875-OHN-1-95-10687; | 875-OHN-1-95-10688; | 875-OHN-1-95-10689; | 875-OHN-1-95-10690; | 875-OHN-1-95-10691; |
| 875-OHN-1-95-10692; | 875-OHN-1-95-10693; | 875-OHN-1-95-10694; | 875-OHN-1-95-10695; | 875-OHN-1-95-10696; | 875-OHN-1-95-10697; |
| 875-OHN-1-95-10698; | 875-OHN-1-95-10699; | 875-OHN-1-95-10700; | 875-OHN-1-95-10701; | 875-OHN-1-95-10702; | 875-OHN-1-95-10703; |
| 875-OHN-1-95-10704; | 875-OHN-1-95-10705; | 875-OHN-1-95-10706; | 875-OHN-1-95-10707; | 875-OHN-1-95-10708; | 875-OHN-1-95-10709; |
| 875-OHN-1-95-10710; | 875-OHN-1-95-10711; | 875-OHN-1-95-10712; | 875-OHN-1-95-10713; | 875-OHN-1-95-10714; | 875-OHN-1-95-10715; |
| 875-OHN-1-95-10716; | 875-OHN-1-95-10717; | 875-OHN-1-95-10718; | 875-OHN-1-95-10719; | 875-OHN-1-95-10720; | 875-OHN-1-95-10721; |
| 875-OHN-1-95-10722; | 875-OHN-1-95-10723; | 875-OHN-1-95-10724; | 875-OHN-1-95-10725; | 875-OHN-1-95-10726; | 875-OHN-1-95-10727; |
| 875-OHN-1-95-10728; | 875-OHN-1-95-10729; | 875-OHN-1-95-10730; | 875-OHN-1-95-10731; | 875-OHN-1-95-10732; | 875-OHN-1-95-10733; |
| 875-OHN-1-95-10734; | 875-OHN-1-95-10735; | 875-OHN-1-95-10736; | 875-OHN-1-95-10737; | 875-OHN-1-95-10738; | 875-OHN-1-95-10739; |
| 875-OHN-1-95-10740; | 875-OHN-1-95-10741; | 875-OHN-1-95-10742; | 875-OHN-1-95-10743; | 875-OHN-1-95-10744; | 875-OHN-1-95-10745; |
| 875-OHN-1-95-10746; | 875-OHN-1-95-10747; | 875-OHN-1-95-10748; | 875-OHN-1-95-10749; | 875-OHN-1-95-10750; | 875-OHN-1-95-10751; |
| 875-OHN-1-95-10752; | 875-OHN-1-95-10753; | 875-OHN-1-95-10754; | 875-OHN-1-95-10755; | 875-OHN-1-95-10756; | 875-OHN-1-95-10757; |
| 875-OHN-1-95-10758; | 875-OHN-1-95-10759; | 875-OHN-1-95-10760; | 875-OHN-1-95-10761; | 875-OHN-1-95-10762; | 875-OHN-1-95-10763; |
| 875-OHN-1-95-10764; | 875-OHN-1-95-10765; | 875-OHN-1-95-10766; | 875-OHN-1-95-10767; | 875-OHN-1-95-10768; | 875-OHN-1-95-10769; |
| 875-OHN-1-95-10770; | 875-OHN-1-95-10771; | 875-OHN-1-95-10772; | 875-OHN-1-95-10773; | 875-OHN-1-95-10774; | 875-OHN-1-95-10775; |
| 875-OHN-1-95-10776; | 875-OHN-1-95-10777; | 875-OHN-1-95-10778; | 875-OHN-1-95-10779; | 875-OHN-1-95-10780; | 875-OHN-1-95-10781; |
| 875-OHN-1-95-10782; | 875-OHN-1-95-10783; | 875-OHN-1-95-10784; | 875-OHN-1-95-10785; | 875-OHN-1-95-10786; | 875-OHN-1-95-10787; |
| 875-OHN-1-95-10788; | 875-OHN-1-95-10789; | 875-OHN-1-95-10790; | 875-OHN-1-95-10791; | 875-OHN-1-95-10792; | 875-OHN-1-95-10793; |
| 875-OHN-1-95-10794; | 875-OHN-1-95-10795; | 875-OHN-1-95-10796; | 875-OHN-1-95-10797; | 875-OHN-1-95-10798; | 875-OHN-1-95-10799; |
| 875-OHN-1-95-10800; | 875-OHN-1-95-10801; | 875-OHN-1-95-10802; | 875-OHN-1-95-10803; | 875-OHN-1-95-10804; | 875-OHN-1-95-10805; |
| 875-OHN-1-95-10806; | 875-OHN-1-95-10807; | 875-OHN-1-95-10808; | 875-OHN-1-95-10809; | 875-OHN-1-95-10810; | 875-OHN-1-95-10811; |
| 875-OHN-1-95-10812; | 875-OHN-1-95-10813; | 875-OHN-1-95-10814; | 875-OHN-1-95-10815; | 875-OHN-1-95-10810; | 875-OHN-1-95-10811; |
| 875-OHN-1-95-10818; | 875-OHN-1-95-10819; | 875-OHN-1-95-10820; | 875-OHN-1-95-10821; | 875-OHN-1-95-10816; | 875-OHN-1-95-10817; |
| 875-OHN-1-95-10824; | 875-OHN-1-95-10825; | 875-OHN-1-95-10826; | 875-OHN-1-95-10827; | 875-OHN-1-95-10822; | 875-OHN-1-95-10823; |
| 875-OHN-1-95-10830; | 875-OHN-1-95-10831; | 875-OHN-1-95-10832; | 875-OHN-1-95-10833; | 875-OHN-1-95-10828; | 875-OHN-1-95-10829; |
| 875-OHN-1-95-10836; | 875-OHN-1-95-10837; | 875-OHN-1-95-10838; | 875-OHN-1-95-10839; | 875-OHN-1-95-10834; | 875-OHN-1-95-10835; |
| 875-OHN-1-95-10843; | 875-OHN-1-95-10844; | 875-OHN-1-95-10845; | 875-OHN-1-95-10846; | 875-OHN-1-95-10840; | 875-OHN-1-95-10841; |
| 875-OHN-1-95-10849; | 875-OHN-1-95-10850; | 875-OHN-1-95-10851; | 875-OHN-1-95-10852; | 875-OHN-1-95-10847; | 875-OHN-1-95-10848; |
| 875-OHN-1-95-10855; | 875-OHN-1-95-10856; | 875-OHN-1-95-10857; | 875-OHN-1-95-10858; | 875-OHN-1-95-10853; | 875-OHN-1-95-10854; |
| 875-OHN-1-95-10861; | 875-OHN-1-95-10862; | 875-OHN-1-95-10863; | 875-OHN-1-95-10864; | 875-OHN-1-95-10859; | 875-OHN-1-95-10860; |
| 875-OHN-1-95-10867; | 875-OHN-1-95-10868; | 875-OHN-1-95-10869; | 875-OHN-1-95-10870; | 875-OHN-1-95-10865; | 875-OHN-1-95-10866; |
| 875-OHN-1-95-10873; | 875-OHN-1-95-10874; | 875-OHN-1-95-10875; | 875-OHN-1-95-10876; | 875-OHN-1-95-10871; | 875-OHN-1-95-10872; |
| 875-OHN-1-95-10879; | 875-OHN-1-95-10880; | 875-OHN-1-95-10881; | 875-OHN-1-95-10882; | 875-OHN-1-95-10877; | 875-OHN-1-95-10878; |
| 875-OHN-1-95-10885; | 875-OHN-1-95-10886; | 875-OHN-1-95-10887; | 875-OHN-1-95-10888; | 875-OHN-1-95-10883; | 875-OHN-1-95-10884; |
| 875-OHN-1-95-10891; | 875-OHN-1-95-10892; | 875-OHN-1-95-10893; | 875-OHN-1-95-10894; | 875-OHN-1-95-10889; | 875-OHN-1-95-10890; |
| 875-OHN-1-95-10897; | 875-OHN-1-95-10898; | 875-OHN-1-95-10899; | 875-OHN-1-95-10900; | 875-OHN-1-95-10895; | 875-OHN-1-95-10896; |
| 875-OHN-1-95-10903; | 875-OHN-1-95-10904; | 875-OHN-1-95-10905; | 875-OHN-1-95-10906; | 875-OHN-1-95-10901; | 875-OHN-1-95-10902; |
| 875-OHN-1-95-10909; | 875-OHN-1-95-10910; | 875-OHN-1-95-10911; | 875-OHN-1-95-10912; | 875-OHN-1-95-10907; | 875-OHN-1-95-10908; |
| 875-OHN-1-95-10917; | 875-OHN-1-95-10918; | 875-OHN-1-95-10919; | 875-OHN-1-95-10920; | 875-OHN-1-95-10915; | 875-OHN-1-95-10916; |
| 875-OHN-1-95-10923; | 875-OHN-1-95-10924; | 875-OHN-1-95-10925; | 875-OHN-1-95-10926; | 875-OHN-1-95-10921; | 875-OHN-1-95-10922; |
| 875-OHN-1-95-10929; | 875-OHN-1-95-10930; | 875-OHN-1-95-10931; | 875-OHN-1-95-10932; | 875-OHN-1-95-10927; | 875-OHN-1-95-10928; |
| 875-OHN-1-95-10935; | 875-OHN-1-95-10936; | 875-OHN-1-95-10937; | 875-OHN-1-95-10938; | 875-OHN-1-95-10933; | 875-OHN-1-95-10934; |
| 875-OHN-1-95-10941; | 875-OHN-1-95-10942; | 875-OHN-1-95-10943; | 875-OHN-1-95-10944; | 875-OHN-1-95-10939; | 875-OHN-1-95-10940; |
| | | | | 875-OHN-1-95-10945; | 875-OHN-1-95-10946; |

JUL. 10. 2008 9:42PM JAQUES ADMIRALTY NO. 4926 P. 2
Case MDL No. 875 Document 5498 Filed 07/18/08 Page 7 of 9
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 18 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) :
―――――――――――――――――――――X

This Document Relates To: :   CIVIL ACTION NO. 2 MDL 875
                          :
                          :       (Maritime Actions)
ALL ACTIONS               :
―――――――――――――――――――――X

### Order

THE COURT HEREBY ORDERS that the cases filed in the Northern District of Ohio by the Plaintiffs assigned to the Mardoc portion of MDL 875, ARE ADMINISTRATIVELY DISMISSED WITHOUT PREJUDICE AND WITH ALL STATUTES OF LIMITATION TOLLED. The Court is specifically preserving the rights of the named plaintiffs to maintain an action should their circumstances warrant the furtherance of their case. <u>Counsel is advised that this Court shall maintain jurisdiction, and that these cases may be individually reinstated upon application to the Court with the following showing:</u>

14

1. Each plaintiff requesting reinstatement must provide to this Court satisfactory evidence that the plaintiff has an asbestos-related personal injury compensable under the law.

2. For each defendant which the plaintiff desires to pursue, the plaintiff must provide probative evidence of exposure to products connected to, or supplied, manufactured or installed by said defendant, or, if the defendant is a shipowner, evidence of service upon the defendant's ship(s).

THE COURT FURTHER ORDERS that each case to be reinstated shall be accompanied with the payment of a filing fee, unless such case, both in its present form and in its earlier submissions, contained Jones Act claims ONLY[12]. Counsel shall further be entitled to amend his pleadings as necessary to set forth proper claims, substitute parties and name defendants at the time of reinstatement; PROVIDING HOWEVER, defendants may insert any and all defenses to which they may be entitled. The Court will issue shortly hereafter a list of the affected actions in the Northern

---

12. The Court has examined the prior policy of allowing these cases to be filed en mass without filing fees and finds that it is inappropriate to continue. This policy issue has been assigned by Chief Judge George W. White of the Northern District of Ohio to the MDL. Specifically, the Court notes that 28, U.S.C. §1916 provides that certain seamen's suits may proceed without prepayment of costs, but that common law tort actions are not included therein. Plaintiffs' counsel, without payment of any fees, has filed more than 17,000 cases. The costs applicable to these filings are great and the burden and cost to the court system has been considerable.

District of Ohio. All pending motions in these cases are hereby denied without prejudice and with leave to resubmit with the original filing date remaining in effect should the case be reinstated.

For the purposes of appeal, THIS IS NOT A FINAL ORDER.

BY THE COURT

Date: 5/2/96

*Charles R. Weiner*
Charles R. Weiner, Judge

ENTERED: 5/2/96

CLERK OF COURT

16