**MDL 875 1**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 22 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Josie Legendre Granier, etc. v. )
        Northrop Grumman Ship Systems, Inc., et al., )
        E.D. Pennsylvania C.A. No. 2:07-74050 )    MDL No. 875
        (E.D. Louisiana, C.A. No. 2:06-3738 )

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has, in the action on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed, and that remand of those claims to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action on this conditional remand order except the severed damages claims be remanded to the United States District Court for the Eastern District of Louisiana.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JUL 22 2008

PLEADING NO. 5503