**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 22 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI) :
                                          :
——————————————————x

This Document Relates to:     :     CIVIL ACTION NO. MDL 875

United States District Court
Western District of Washington

BARABIN, No. 07-CV-1454

[In the event the above-listed case is a multiple
plaintiff (victim) action, this transfer is for the
above-named party only, or said parties repre-
sentative, and any spousal or dependent actions.]:
——————————————————x

PLEADING NO. 5504

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Washington, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for the determination of certain issues as the parties have been unable to resolve these matters despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875 (1 ACTION) PREP CRO
RECOMMENDED ACTION

RN 7/14/08
Approved/Date

**OFFICIAL FILE COPY**

IMAGED JUL 22 2008

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Washington for resolution of all outstanding motions and such further action as deemed appropriate.

BY THE COURT:

Date: 7/9/08

James T. Giles    J.

2