# MDL 875

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2008

FILED
CLERK'S OFFICE

IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION

MDL No. 875

| | |
|---|---|
| DUANE LANHAM, et al. | ) CIVIL ACTION NO. |
| Plaintiffs, | ) 1:08-cv-10000 |
| v. | ) From the UNITED STATES DISTRICT |
| | ) COURT, NORTHERN DISTRICT OF |
| | ) OHIO |
| EATON CORPORATION, et al. | ) |
| Defendants. | ) |

PLEADING NO. 5506

## PLAINTIFFS' NOTICE OF WITHDRAWAL

NOW COME PLAINTIFFS, by and through their counsel, and hereby give notice of withdrawal of Plaintiffs' Motion to Remand Case Back to State Court, filed on February 22, 2008; Plaintiffs' Notice of Opposition to Conditional Transfer Order, filed on April 14, 2008; and Plaintiffs' Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court, filed on April 29, 2008.

Dated: July 21, 2008

Respectfully submitted,

/s/Sandra Becher Sommers
CHRISTOPHER J. HICKEY (0065416)
SANDRA BECHER SOMMERS (0029180)
Brent Coon & Associates
1220 West Sixth Street, Suite 303
Cleveland, Ohio 44113
Telephone: (216) 241-1872
Facsimile: (216) 241-1873
Email: chip@bcoonlaw.com
Sandra.Sommers@bcoonlaw.com

Attorneys for Plaintiffs

MDL- 875  LIFT STAY VAC HO
RECOMMENDED ACTION

Approved/Date: _RN 7/23/08_

**OFFICIAL FILE COPY**

IMAGED JUL 23 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2008

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

A copy of the foregoing Plaintiffs' Notice of Withdrawal has been filed this 21st day of July, 2008 upon the Judicial Panel for Multidistrict Litigation via facsimile, via US District Court Northern District of Ohio's electronic CM/ECF system and Lexis Nexis File and Serve and upon the following via electronic mail.

Ruth A. Antinone
WILLMAN & ARNOLD
rantinone@willmanlaw.com

Richard C. Binzley
THOMPSON HINE LLP
dick.binzley@thompsonhine.com

Reginald S. Kramer
OLDHAM & DOWLING
rkramer@oldham-dowling.com

David C. Landin
HUNTON & WILLIAMS LLP
dlandin@hunton.com

Gene Locks
LOCKS LAW FIRM LLC
glocks@lockslawpa.com

Bruce P. Mandel
ULMER & BERNE LLP
bmandel@ulmer.com

Ronald L. Motley
MOTLEY RICE LLC
rmotley@motleyrice.com

John J. Repcheck
MARKS O'NEILL O'BRIEN &
COURTNEY PC
jrepcheck@mooclaw.com

Susan M. Hansen
BROWNSON & BALLOU
shansen@brownsonballou.com

Richard D. Schuster
VORYS SATER SEYMOUR
rdschuster@vssp.com

Neil Selman
SELMAN BREITMAN
nselman@selmanbreitman.com

Robert N. Spinelli
KELLEY JASONS MCGUIRE &
SPINELLI LLP
rspinelli@kjmsh.com

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM PC
rswickle@jaquesadmiralty.com

Andrew J. Trevelise
REED SMITH LLP
atrevelise@reedsmith.com

James K. Weston, II
TOM RILEY LAW FIRM
jimw@trlf.com

John D. Roven
ROVEN-KAPLAN LLP
jroven@rovenlaw.com

Christopher J. Caryl
TUCKER ELLIS & WEST
christopher.caryl@tuckerellis.com

Kevin Alexandersen
GALLAGHER SHARP FULTON &
NORMAN
kalexandersen@gallaghersharp.com

Adam M. Chud
GOODWIN PROCTER LLP
achud@goodwinprocter.com

David A. Damico
BURNS WHITE & HICKTON
dadamico@bwhllc.com

Raymond P. Forceno
FORCENO GOGGIN & KELLER
rforceno@railrights.com

GOLDFEIN & JOSEPH
cgranty@goldfeinlaw.com

_____
SANDRA BECHER SOMMERS (0029180)

Attorney for Plaintiff

JUDICIAL PANEL
MULTIDISTRICT LITIGATION

## PROOF OF SERVICE

JUL 23 2008

FILED
CLERK'S OFFICE

STATE OF OHIO            :
                         :
COUNTY OF CUYAHOGA :

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 1220 W. 6th Street, Suite 303, Cleveland, Ohio 44113, and that on this date I served a true copy of the document entitled:

### PLAINTIFFS' NOTICE OF WITHDRAWAL

Service was effectuated by forwarding the above-noted document in the following manner:

**By Electronic Mail** to the e-mail addresses to all counsel named on the Proof of Service provided herewith and following the ordinary business practices of Brent Coon & Associates.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Cleveland, Ohio in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2008 at Cleveland, Ohio.

Sandra Becher Sommers

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 JUL 21 P 4:38
RECEIVED CLERK'S OFFICE