**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
  Duane Lanham, et al. v. Eaton Corp., et al.,    )
      N.D. Ohio, C.A. No. 1:08-10000              )         MDL No. 875

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE JULY 31, 2008, HEARING SESSION

A conditional transfer order was filed in this action (*Lanham*) on March 28, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Lanham* filed notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs subsequently withdrew their notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-305" filed on March 28, 2008, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 19, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5507

**OFFICIAL FILE COPY**   IMAGED JUL 2 3 2008