MDL 875

JNL
RBN
Prep CRO-TB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 24 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

FILED   JUL 11 2008

This Document Relates to:

United States District Court
District of Maryland

CIVIL ACTION NO. MDL 875

Lewis SHIFFLETT, No. 1:07 CV 02397 WDQ

2:08 CV 70869 JG

[In the event the above-listed case is a multiple
plaintiff (victim) action, this transfer is for the
above-named party only, or said parties repre-
sentative, and any spousal or dependent actions.]:

PLEADING NO. 5508

SUGGESTION OF REMAND

2008 JUL 15 A 11:29
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the District of Maryland, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for the determination of certain issues as the parties have been unable to resolve these matters despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION
CRO-1 Action
Approved/Date: ___ 7/15/08

IMAGED JUL 24 2008
OFFICIAL FILE COPY

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the District of Maryland for resolution of all outstanding motions and such further action as deemed appropriate.

BY THE COURT:

Date: 7/7/2008

James T. Giles        J.