**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 1 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5510

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re ASBESTOS PRODUCTS LIAIBLITY LITIGATION (No. VI) | MDL Docket No. 875 |

| | |
|---|---|
| WILLIAM W. BUSSEY, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:08cv9376 |
| ) | E.D. Va., Norfolk Division |
| BUFFALO PUMPS, INC., et al., ) | |
| Defendants. ) | |

### CORPORATE DISCLOSURE STATEMENT OF VIAD CORP

Defendant Viad Corp, by counsel, pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states as follows for its Corporate Disclosure Statement:

Each of the following entities is believed to be the beneficial owner of more than 10% of Viad Corp's outstanding common stock:

- Marathon Asset Management LLP

- Morgan Stanley & Co. Incorporated



**OFFICIAL FILE COPY**

IMAGED AUG 1 2008

Respectfully submitted,

VIAD CORP

7-25-08
Date

K. Reed Mayo
Virginia State Bar #26601
REED MAYO LAW FIRM, P.C.
484 Viking Drive, Suite 150
Virginia Beach, Virginia 23452
Tel:   (757) 648-1376
Fax:   (757) 648-1379
rmayo@reedmayolaw.com
*Counsel for Viad Corp*

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# CERTIFICATE OF SERVICE

AUG - 1 2008

FILED
CLERK'S OFFICE

I hereby certify that on July 25, 2008, I served a copy of the foregoing upon all counsel of record appearing on the Panel Service List (excerpted from CTO-310) and counsel listed below via U.S. Mail:

Jeffrey S. Poretz, Esq.
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
*Counsel for Buffalo Pumps, Inc.*

George J. Dancigers, Esq.
J. Brian Slaughter, Esq.
McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
*Counsel for Waco, Inc.*

Laura Cabutto, Esq.
SIMON, EDDINS, & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
*Counsel for Plaintiff*

Henry N. Ware, Jr., Esq.
SPOTTS FAIN PC
411 E. Franklin St.
P.O. Box 1555
Richmond, VA 23218
*Counsel for CBS Corporation*

K. Reed Mayo

3

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-310)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9367

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP FULTON
& NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

David A. Damico
BURNS WHITE & HICKTON
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN
& KELLER
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Kenneth Reed Mayo
HUNTON & WILLIAMS LLP
484 Viking Drive, Suite 130
Virginia Beach, VA 23452

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip, 4th Floor
Richmond, VA 23219

John J. Repcheck
MARKS O'NEILL O'BRIEN &
COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
2100 One Cleveland Center
1375 E. Ninth Street
Cleveland, OH 44114

Neil Selman
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, 6th Fl.
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

Anthony Berardo Taddeo Jr.
JUNKER TADDEO & STURM
3 West Cary Street
Richmond, VA 23220

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406