MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 1 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Richard Simpson v. AWC 1997 Corp., et al.,     )
   N.D. New York, C.A. No. 1:08-545            )    MDL No. 875

PLEADING NO. 5512

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Simpson*) on July 21, 2008. The Panel has now been advised that *Simpson* was remanded to the New York State Supreme Court for Schenectady County by the Honorable Thomas J. McAvoy in an order filed on July 23, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-312" filed on July 21, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 1 2008