**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -5 2008

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), <br><br>This Document Relates to:<br><br>HENRY BARABIN and GERALDINE BARABIN v. ALBANY INTERNATIONAL CORP., et al.<br><br>*Western District of Washington, Case No. C07-1454 RSL* | MDL Docket No. 875<br>CTO - 291 |

### NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

In accordance with Rule 7.6(f)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant AstenJohnson, Inc. ("Asten") hereby submits this Notice of Opposition to the Panel's conditional remand order, filed July 22, 2008. Asten shall submit a motion to vacate the conditional remand order and a brief in support thereof.

DATED this 4th day of August, 2008.

K&L GATES LLP

By _____
G. William Shaw, WSBA # 8573
Kevin A. Rosenfield, WSBA # 34972
Attorneys for Defendant
AstenJohnson, Inc.

NOTICE OF OPPOSITION - 1
MDL DOCKET NO. 875, CTO-291
(Western District of Washington Case
No. C07-1454 RSL)

K:\203887\00064\20695_KAR\20695P21K4

**OFFICIAL FILE COPY**

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

IMAGED AUG 5 2008

PLEADING NO. 5514