# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 5 2008

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

-----------------------------------X

In re:  :

**ERNESTO and DIANA MIRANDA,**  :
(Civil action pending in the United States
District Court for the Southern District of  :
New York,
Case No. 08 CV 5491 (SAS)  :

**MDL No.: 875**

**NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER
ORDER (CTO-312)**

:

:

:

-----------------------------------X

PLEADING NO. 5516

PLEASE TAKE NOTICE that, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs hereby oppose the Conditional Transfer Order (CTO-312) issued with respect to the above-captioned case.

Dated: August 4, 2008

Respectfully submitted,
LEVY PHILLIPS & KONIGSBERG, LLP
*Attorneys for Plaintiff*

Patrick Timmins
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 605-6200

00124369.WPD

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, N.Y. 10022

**OFFICIAL FILE COPY**

IMAGED AUG 5  2008

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 AUG -4 A 11:55

RECEIVED
CLERK'S OFFICE