**MDL 875**

BEFORE THE UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 5 2008

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : | MDL NO. 875 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARMANDO A. SAMMARTINO and THERESE SAMMARTINO, his wife, | : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 08 0967 RJL |
| AC&R INSULATION CO., INC., et al., | : : | |
| Defendants. | : | |

PLEADING NO. 5517

## NOTICE OF OPPOSITION TO CTO-312

To the Clerk of this Panel:

I represent Plaintiff Therese Sammartino in the above-captioned action which is included on the conditional transfer order (CTO-312). Plaintiff submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

*[signature]*

Daniel A. Brown
BROWN & GOULD, LLP
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814
Tel: (301) 718-4548
Fax: (301) 718-8037
dbrown@brownandgould.com
Attorney for Plaintiff Therese Sammartino

**OFFICIAL FILE COPY** IMAGED AUG 5 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2008, a true and correct copy of the foregoing Notice of Opposition to CTO-312 was served pursuant to MDL Rule 5.2 to all counsel on the attached Service List by first class mail, postage prepaid.

Daniel A. Brown

THERESE SAMMARTINO vs.AC&R INSULATION CO., INC., et al.
CASE NO.: 1:08-cv-0967-RJL
Counsel List

**Plaintiff** Therese Sammartino represented by **Daniel A. Brown**
Brown & Gould, LLP
7700 Old Georgetown Road, Ste. 500
Bethesda, MD 20814
13017184548
Fax: 13017188037
Email: dbrown@brownandgould.com

**Defendant** AC&R Insulation Co., Inc. represented by **Katherine Duyer**
Gavett & Datt, PC
15850 Crabbs Branch Way, Ste. 180
Rockville, MD 20855
13019481177
Fax: 13019484334
Email: kduyer@gavettdatt.com

**Defendant** Garlock, Inc. represented by **Thomas P. Bernier**
Segal McCambridge Singer & Mahoney Ltd.
One North Charles, Ste. 2500
Baltimore, MD 21201
14107793960
Fax: 14107793967
Email: tbernier@smsm.com

**Defendant** Walter E. Campbell Company, Inc. represented by **Richard L. Flax**
Law Offices of Richard L. Flax, LLC
29 West Susquehanna Ave., Ste. 500
Baltimore, MD 21204
14105616451
Fax: 14439278916
Email: richard.flax@zgf-law.com

**Defendant** Thos. Somerville Co. represented by **Jaime Walker Luse**
Tydings & Rosenberg, LLP
100 East Pratt St., 26th Floor
Baltimore, MD 21202
14107529741
Fax: 14107275460
Email: jluse@tydingslaw.com

**Defendant** Owens-Illinois, Inc. represented by **Steven A. Luxton**
Edwards, Burns & Krider, LLP
201 North Charles St., Ste. 1402
Baltimore, MD 21201
14104540012
Fax: 14104540146
Email: sluxton@ebkllp.com

**Defendants** Krafft-Murphy Company and Baltimore Aircoil Company, Inc. represented by **Neil J. MacDonald**
Hartel, Kane, DeSantis, MacDonald & Howie, LLP
Calverton Office Park
11720 Beltsville Dr., Ste. 500
Beltsville, MD 20705
13014861200
Fax: 13014860935
Email: nmacdonald@hartelkane.com

**Defendant** Rapid American Corp. represented by **John A. McCauley**
Venable LLP
750 East Pratt St., Ste. 900
Baltimore, MD 21202
14102447400
Fax: 14102447742
Email: jamccauley@venable.com

**Defendant** Noland Company represented by **Scott H. Phillips**
Semmes, Bowen & Semmes
25 South Charles St., Ste. 1400
Baltimore, MD 21201
14105764717
Fax: 14105395223
Email: sphillips@semmes.com

**Defendant** Certainteed Corporation represented by **Robin Silver**
Miles & Stockbridge, P.C.
Mass Torts Litigation
10 Light Street, 11th Floor
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: rsilver@milesstockbridge.com

**Defendant** Metropolitan Life Insurance Company represented by **Andrew J. Sloniewsky**
Steptoe & Johnson, L.L.P.
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
12024296759
Fax: 12024293902
Email: asloniew@steptoe.com

**Defendant** A.W. Chesterton represented by **Keith Truffer**
Royston, Mueller, McLean & Reid, LLP
102 West Pennsylvania Ave., Ste. 600
Towson, MD 21204
14108231800
Fax: 14108287859
Email: ktruffer@rmmr.com