MDL 875

JN
RN
(TB) PRepCRO
5251

JG

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -5 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY      :
LITIGATION (NO. VI)                     :
                                        :
_____ x

This Document Relates to:               :      CIVIL ACTION NO. MDL 875 -file

United States District Court            :      ED-PA No. 07 CV 63079
Western District of Louisiana           :               07-74079

Rodney SCHAMERHORN, d/b/a Schamerhorn   :
Backhoe and Trucking, No. 01-CV-0914    :
                                        :      **FILED**
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :   JUL 1 6 2008
above-named party only, or said parties repre-  :
sentative, and any spousal or dependent actions.]: :   MICHAEL E. KUNZ, Clerk
_____ x       By _____ Dep. Clerk

PLEADING NO. 5518

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 JUL 24 A 9 49
RECEIVED CLERK'S OFFICE

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Western District of Louisiana, and the Court having reviewed this case and seeing that no personal injury claims remain pending in this action, and further, noting that the nature of this action is a dispute relating to an alleged contract between the plaintiff and the Department of the Army, and now believing that such motion is appropriate for the final resolution of this case;

MDL- 875
RECOMMENDED ACTION

CBO-1 action
Approved/Date: RN 7/25/08

OFFICIAL FILE COPY
IMAGED AUG 5 2008

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Louisiana for such further action as deemed appropriate.

BY THE COURT:

Date: 7/14/2008

_____
James T. Giles               J.

7/17/08
mailed + distributed:
- liaison
- Panel
- conant
- chambers