# MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---------------------------------------------------------------X

IN RE:

**FREDERICK SEITZ and MARY LOUISE SEITZ** (Civil Action pending in the United States District Court for the District of Delaware, Case No. 08-CV-0351 GMS and 08-CV-0353 GMS)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG - 6 2008

FILED
CLERK'S OFFICE

MDL No. 875

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-312)

---------------------------------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs hereby oppose the Conditional Transfer Order (CTO-312) issued with respect to the above-captioned case.

Dated: August 5, 2008

Respectfully Submitted,

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block
Sharon J. Zinns
800 Third Ave, 13th Floor
New York, New York 10022
(212) 605-6200

and

LAW OFFICE OF JOSEPH J. RHOADES
A. Dale Bowers, Esquire
1225 King Street, 12th Floor
Wilmington, Delaware 19801
(302) 427-9500

*Attorneys for Plaintiffs*

PLEADING NO. 5522

{00124535.DOC}

**OFFICIAL FILE COPY**

IMAGED AUG 6 2008

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 AUG -5 A 9:45
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

AUG - 6 2008

FILED
CLERK'S OFFICE

STATE OF NEW YORK      )
                       )
COUNTY OF NEW YORK     )

    NICOLE ALDRIDGE-HENRY, being duly sworn deposes and states that she is an employee of Levy Phillips & Konigsberg, L.L.P., the attorneys for the plaintiffs herein, that she is over 18 years of age and is not a party to the within action, and that on the 5th day of August, 2008, she caused a copy of the NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-312), to be sent via regular mail to all counsel of record indicated on the attached service list by depositing a true copy of the same securely enclosed in a post-paid envelope in the Post Office regularly maintained by the United States Government in said County of New York directed to said attorneys.

NICOLE ALDRIDGE-HENRY

Sworn to before me this
5th day of August, 2008

NOTARY PUBLIC

CORRINNE DONALDSON
Notary Public, State of New York
No. 01DO6129839
Qualified in Nassau County
Commission Expires July 05, 2009

{00124546.DOC}

## SEITZ v. ADEL WIGGINS GROUP, ET AL

### SERVICE LIST

| DEFENDANT | ADDRESS |
|---|---|
| DELAWARE DEFENSE COORDINATING COUNSEL | Loreto P. Rufo, Esquire<br>Rufo Associates, P.A.<br>7217 Lancaster Pike, Suite 4<br>Hockessin, Delaware 19701 |
| ADEL WIGGINS GROUP | Wade Mitchell<br>Baker & Hostetler LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, Ohio 44114-3485 |
| AEROJET-GENERAL CORPORATION | Neal C. Glenn<br>Daniel P. Daly<br>KELLEY JASONS McGUIRE & SPINELLI, L.L.P.<br>The Webster Building, Ste. 209<br>3411 Silverside Road<br>Wilmington, DE 19810<br>(302) 478-1113 |
| AIR COOLED MOTORS | Air Cooled Motors<br>94 Hale Dr.<br>Walterboro, SC 29488 |
| BELL HELICOPTER TEXTRON INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899 |
| THE BOEING COMPANY | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938 |
| CBS CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801 |

{00124571.DOC}

2008 AUG -5 A [?]: [?]
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

| CESSNA AIRCRAFT RHODE ISLAND INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899 |
|---|---|
| CURTISS-WRIGHT CORPORATION | CURTIS-Wright Corporation<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| FLETCHAIR, INC. | Fletch Air, Inc.<br>118 FM 1621<br>Comfort, TX 78013-3425 |
| FRANKLIN AIRCRAFT ENGINES, INC. | Franklin Aircraft Engines, Inc.<br>136 Racquette Dr.<br>Ft. Collis, CO 80524 |
| GARLOCK SEALING TECHNOLOGIES LLC | Gary H. Kaplan<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br>1220 N. Market Street, 4th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>(302) 552-4321 |
| GENERAL ELECTRIC COMPANY | Lynne M. Parker, Esquire<br>Holstein, Keating, Cattell, Johnson & Goldstein<br>One Commerce Center, Suite 730<br>1201 North Orange Street<br>Wilmington, Delaware 19801 |
| GENERAL MOTORS CORPORATION | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938 |
| GOODRICH CORPORATION | Donald E. Reid<br>Jason A. Cincilla<br>Amaryah K. Bocchino<br>Morris, Nichols, Arsht, & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9219 |

| GOODYEAR TIRE & RUBBER COMPANY | Gary H. Kaplan, Esquire<br>Armand J. Della Porta, Esquire<br>Ana Marina McCann, Esquire<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1220 North Market Street, 5th Floor<br>Post Office Box 8888<br>Wilmington, Delaware 19899-8888 |
|---|---|
| HAWKER BEECHCRAFT, INC. | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899 |
| HONEYWELL | J. Michael Johnson, Esquire<br>Rawle & Henderson LLP<br>300 Delaware Avenue, Suite 1015<br>Post Office Box 588<br>Wilmington, Delaware 19899-0588 |
| IMO INDUSTRIES INC | Jeffrey S. Marlin, Esquire<br>Megan T. Mantzavinos, Esquire<br>Marks O'Neill O'Brien & Courtney, P.C.<br>913 North Market Street, Suite 800<br>Wilmington, Delaware 19801 |
| LYCOMING ENGINES | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899 |
| NORTHROP GRUMMAN CORPORATION | Penelope B. O'Connell, Esquire<br>Elzufon Austin Reardon Tarlov<br>& Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>Post Office Box 1630<br>Wilmington, Delaware 19899-1630 |
| PARKER-HANNIFIN CORPORATION | Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899 |

{00124571.DOC}

| PRATT & WHITNEY | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899 |
|---|---|
| ROCKETDYNE, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899 |
| RAYTHEON COMPANY | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899 |
| ROLLS-ROYCE NORTH AMERICA INC | Rolls Royce North America, Inc.<br>c/o Corporation Service Co.<br>2711 Centerville Rd, Suite 400<br>Wilmington, DE 19808 |
| SIKORSKY AIRCRAFT CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899 |
| TELEDYNE CONTINENTAL MOTORS | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938 |
| TEXTRON INC. | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899 |
| UNION CARBIDE CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801 |

{00124571.DOC}

| UNITED TECHNOLOGIES CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899 |
|---|---|
| VOUGHT AIRCRAFT INDUSTRIES, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899 |

{00124571.DOC}