**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -6 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | |
|---|---|
| SANDRA BRUNSON, *Individually and as the Executor of the Estate of John Brunson, Deceased*<br><br>Plaintiff,<br><br>v.<br><br>ALFA LAVAL, et al.<br><br>Defendants. | Civil Action No. 3:08-cv-00374-JRS<br><br>From the<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION |

PLEADING NO. 5523

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW COMES PLAINTIFF, by and through her counsel, and files this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-312 included the above-referenced action. Deadline for Notice of Opposition is August 5, 2008. Plaintiff hereby serves this Notice of Opposition to CTO-312, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiff will serve his Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

**OFFICIAL FILE COPY**

IMAGED AUG 6 2008

Dated: August 5, 2008	Respectfully submitted,

*[signature]*

Michael G. Phelan, Esquire
Butler Williams & Skilling
100 Shockoe Slip, Fourth Floor
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
VSB No.: 29725

Laura Cabutto, Esquire
Jeffrey B. Simon, Esquire
Ron C. Eddins, Esquire
David C. Greenstone, Esquire
SIMON, EDDINS &
GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record via facsimile on this 5 day of August, 2008.

*[signature]*

Michael G. Phelan, Esquire