**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 6 2008

FILED
CLERK'S OFFICE

## UNITED STATE JUDICIAL PANEL
## on MULTIDISTRICT LITIGATION

IN RE: Asbestos Production Liability Litigation     MDL No. 875
CTO-312
LAM 3:08-74   Michael T. Hackler v. P& O Ports Louisiana, Inc., et al.

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 312

PLEADING NO. 5524

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael T. Hackler, M.D., who respectfully advises the court that plaintiff objects to the Conditional Transfer Order 312 insofar as that order seeks to transfer civil action LAM 3:08-74.

Pursuant to Rule 7.4 (d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff will file his Motion to Vacate Conditional Transfer Order 312, and brief in support thereof, within 15 days of the filing of this Notice of Opposition to Conditional Transfer Order 312.

By attorneys:

_____
Edward J. Walters, Jr. (#13214)
Darrel J. Papillion (#23243)
Julie J. Baxter (#29756)
**MOORE, WALTERS, THOMPSON,
THOMAS, PAPILLION & CULLENS**
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 766-1100/Fax: (225) 766-1142

**OFFICIAL FILE COPY**

IMAGED AUG 6 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -6 2008

FILED
CLERK'S OFFICE

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed, postage prepaid, this date to all known counsel of record:

Stephen W. Glusman
**GLUSMAN, BROYLES & GLUSMAN**
Post Office Box 2711
Baton Rouge, LA 70821
sglusman@bellsouth.com

Richard P. Sulzer
**SULZER & WILLIAMS**
201 Holiday Boulevard, Suite 335
Covington, LA 70433
rsulzer@sulzerandwilliams.com

Norman C. Sullivan, Jr.
**FOWLER RODRIGUEZ**
400 Poydras Street
30th Floor
New Orleans, LA 70130
nsullivan@frc-law.com

George J. Nalley, Jr.
**NALLEY & DEW**
2121 Ridgelake Drive, Suite 200
Metairie, LA 70001
george@gnalley.com

Patrick E. Costello
**MOULEDOUX, BLAND, LEGRAND & BRACKETT**
Suite 4250, 701 Poydras Street
New Orleans, LA 70139
pcostello@mblb.com

David M. Bienvenu, Jr.
**TAYLOR, PORTER, BROOKS & PHILLIPS**
Post Office Box 2471
Baton Rouge, LA 70821
david.bienvenu@taylorporter.com

Charles Schmidt
**CHRISTOVICH & KEARNEY**
601 Poydras Street
Suite 2300
New Orleans, LA 70130
cwschmidt@christovich.com

See Attached Mailing List for
Additional Addressees

Baton Rouge, Louisiana this 5th day of August, 2008.

_____
Darrel J. Papillion

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-312)

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Daniel L. Avant
AVANT & FALCON
429 Government Street
Baton Rouge, LA 70802

Jennifer L. Bartlett
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

James Duane Bashline
MCLEOD ALEXANDER POWEL
& APFFEL
Wedge International Tower
Suite 3600
1415 Louisiana
Houston, TX 77002

Joshua H. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
One North Charles Street
Suite 2500
Baltimore, MD 21201

Robert Karl Beste III
SMITH KATZENSTEIN FURLOW
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Gary A. Bezet
KEAN MILLER
HAWTHORNE ET AL
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

David M. Bienvenu, Jr.
TAYLOR PORTER BROOKS
& PHILLIPS
P. O. Box 2471
Baton Rouge, LA 70821

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Wilton Ellwood Bland III
MOULEDOUX BLAND LEGRAND
& BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Allen Dale Bowers II
LAW OFFICE OF JOSEPH
RHOADES
1225 King Street
Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Paul A. Bradley
MCCARTER & ENGLISH LLP
919 Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899

Daniel A. Brown
BROWN & GOULD LLP
7700 Old Georgetown Road
Suite 500
Bethesda, MD 20814-6204

Robert Dorrance Brown, Jr.
GIBBONS PC
One Gateway Center
Newark, NJ 07102-5310

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Lisa N. Busch
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

Thomas M. Canevari
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, NY 10005

Michael P. Cascino
CASCINO VAUGHAN
LAW OFFICES LTD
220 S. Ashland Avenue
Chicago, IL 60607-5308

John R. Christie
RAWLING RAVENS LLP
55 Public Square
Suite 850
Cleveland, OH 44113

R. Dean Church, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY LLP
1515 Poydras Street
Suite 1300
New Orleans, LA 70112

## MDL No. 875 - Involved Counsel List (Continued)

Linda J. Clark
HISCOCK BARCLAY LLP
50 Beaver Street
Fifth Floor
Albany, NY 12207-2830

Walter L. Comeaux
2051 Silverside Drive
Suite 160
Baton Rouge, LA 70808

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Noriss Ennis Cosgrove
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Patrick E. Costello
MOULEDOUX BLAND LEGRAND
& BRACKETT
4250 One Shell Square
701 Poydras Street
New Orleans, LA 70139

Michele W. Crosby
JONES WALKER
WAECHTER ET AL
8555 United Plaza Blvd., 5th Floor
Four United Plaza
Baton Rouge, LA 70809

John E. Cuttino
TURNER PADGET GRAHAM
& LANEY PA
P.O. Box 1473
Columbia, SC 29202

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

William Pearce Davis
BAKER RAVENEL & BENDER
P.O. Box 8057
Columbia, SC 29202

Adam Devlin Demahy
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

Elia Demetria Diaz-Yaeger
LUGENBUHL WHEATON PECK
RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Anna M. DiLonardo
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Erik C. DiMarco
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
22nd Floor
New York, NY 10017

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

Daniel G. Donahue
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Michael W. Drumke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

Patrick J. Dwyer
SMITH STRATTON WISE HEHER
& BRENNAN
2 Research Way
Princeton, NJ 08540

Edwin A. Ellinghausen, III
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002-3733

John J. Fanning
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, NY 11201-3611

Sheri Sport Faust
FRILOT PARTRIDGE KOHNKE
& CLEMENTS LC
3600 Energy Center
1100 Poydras Street
New Orleans, LA 70163-3600

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Richard L. Flax
LAW OFFICES OF RICHARD L FLAX
29 West Susquehanna Avenue
Suite 500
Baltimore, MD 21204

Abbie Eliasberg Fuchs
HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, NY 10005

Christian H. Gannon
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
830 Third Avenue
Suite 400
New York, NY 10022

Elisa T. Gilbert
GILBERT FIRM LLC
325 East 57th
New York, NY 10022

## MDL No. 875 - Involved Counsel List (Continued)

Neal C. Glenn
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
1500 Market Street
Suite 1500
Philadelphia, PA 19102

Stephen W. Glusman
GLUSMAN BROYLES
& GLUSMAN
P.O. Box 2711
Baton Rouge, LA 70821-2711

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Anthony C. Hayes
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Margaret M. Joffe
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

J. Michael Johnson
RAWLE & HENDERSON LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Zandra Lynn Johnson
LEATHERWOOD WALKER TODD
& MANN PC
300 East McBee Avenue
Suite 500
P.O. Box 87
Greenville, SC 29601

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Gary H. Kaplan
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1220 Market Street, 5th Floor
Wilmington, DE 19801

John Daniel Kassel
JOHN D KASSEL LAW FIRM
1330 Laurel Street
P.O. Box 1476
Columbia, SC 29202

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Daniel J. Kelly
HAIGHT BROWN & BONESTEEL
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

James G. Kennedy
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Scott E. Knox
SCOTT KNOX ATTORNEY AT LAW
13 E. Court Street
Suite 300
Cincinnati, OH 45202-1103

Susan B. Kohn
SIMON PERAGINE SMITH
& REDFEARN LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Matthew P. Lachaussee
DOGAN & WILKINSON PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Mark S. Landman
LANDMAN CORSI BALLAINE
& FORD PC
120 Broadway
27th Floor
New York, NY 10271-0079

## MDL No. 875 - Involved Counsel List (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Joseph P. Lasala
MCELROY DEUTSCH MULVANEY
& CARPENTER LLP
88 Pine Street
24th Floor
New York, NY 10005

Teresa Fizardi Lazzaroni
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Gary Allen Lee
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Lynn Luker
LYNN LUKER & ASSOCIATES
3433 Magazine Street
New Orleans, LA 70115

Jaime Walker Luse
TYDINGS & ROSENBERG LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Stephen A. Manuele
FELDMAN KIEFFER & HERMAN
The Dun Building
110 Pearl Street, Suite 400
Buffalo, NY 14202

Jeffrey S. Marlin
MARKS O'NEILL O'BRIEN
& COURTNEY PC
913 North Market Street
Suite 800
Wilmington, DE 19801

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Dr
Suite 130
Virginia Beach, VA 23452

Moffatt Grier McDonald
HAYNSWORTH SINKLER BOYD
P.O. Box 2048
Greenville, SC 29602

Nancy McDonald
MCELROY DEUTSCH MULVANEY
& CARPENTER
P.O. Box 2075
1300 Mount Kemble Ave.
Morristown, NJ 07962-2075

Neil J. McDonald
HARTEL KANE DESANTIS
MACDONALD & HOWIE LLP
Calverton Office Park, Suite 500
11720 Beltsville Drive
Beltsville, MD 20705-3166

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE
& DISIPIO
420 Lexington Avenue
29th Floor
New York, NY 10170

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Blaine A. Moore
DUNCAN COURINGTON & RYDBERG
400 Poydras Street
Suite 1200
New Orleans, LA 70130

George J. Nalley, Jr.
NALLEY & DEW
2121 Ridgelake Drive
Suite 200
Metairie, LA 70001

Penelope B. O'Connell
ELZUFON AUSTIN REARDON
TARLOV & MONDELL PA
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center
19th Floor
Newark, NJ 07102

Lynne M. Parker
HOLLSTEIN KEATING
CATTELL ET AL
12th & Orange St., Suite 730
One Commerce Center
Wilmington, DE 19801

## MDL No. 875 - Involved Counsel List (Continued)

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Timothy Peck
SMITH MOORE LLP
P.O. Box 21927
Greensboro, NC 27420

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Mark W. Phillips
ROBINS KAPLAN MILLER
& CIRESI LLP
950 East Paces Ferry Road, N.E.
2600 One Atlanta Plaza
Atlanta, GA 30326

Scott Hamilton Phillips
SEMMES BOWEN & SEMMES
25 South Charles Street
Suite 1400
Baltimore, MD 21201

Carl E. Pierce II
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1220 Market Street
5th Floor
Wilmington, DE 19801

Timothy W. Porter
PORTER & MALOUF PA
P.O. Box 12768
Jackson, MS 39236-2768

Steven J. Pugh
RICHARSON PLOWDEN
& ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29201

Giovanni Regina
WATERS MCPHERSON MCNEILL
300 Lighting Way
7th Floor
Secaucus, NJ 07096

Donald E. Reid
MORRIS NICHOLS ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Antonio J. Rodriguez
FOWLER RODRIGUEZ CHALOS
400 Poyodras Street
30th Floor
New Orleans, LA 70130

Robert M. Rolfe
HUNTON & WILLIAMS LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

David A. Root
KERNODLE TAYLOR & ROOT
P.O. Box 12009
Charleston, SC 29422

Hector Lee Sandoval
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

David A. Schaefer
MCCARTHY LEBIT CRYSTAL
& LIFFMAN CO LPA
1800 Midland Building
101 W. Prospect Avenue
Cleveland, OH 44115-1088

Charles W. Schmidt, III
CHRISTOVICH & KEARNEY LLP
Pan American Life Center, Suite 2300
601 Poydras Street
New Orleans, LA 70130-6078

Charles T. Sheldon
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

John P. Sheridan
MARRINAN & MAZZOLA MARDON
26 Broadway
17th Floor
New York, NY 10004

Daniel M. Silver
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Christian J. Singewald
WHITE & WILLIAMS LLP
824 Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Stephanie D. Skinner
FOWLER RODRIGUEZ CHALOS
400 Poydras Street
30th Floor
New Orleans, LA 70130

Carol G. Snider
DAMON & MOREY LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

## MDL No. 875 - Involved Counsel List (Continued)

William Buckley Stewart
COPELAND COOK TAYLOR
& BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Norman Charles Sullivan, Jr.
FOWLER RODRIGUEZ CHALOS
400 Poydras Street
30th Floor
New Orleans, LA 70130

Michael A. Tanenbaum
SEDGWICK DETERT MORAN
& ARNOLD LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS LAW FIRM
800 Third Ave
13th Floor
New York, NY 10022

Brendan J. Tully
LEVY PHILLIPS LAW FIRM
800 Third Avevenue
13th Floor
New York, NY 10022

Robert H. Urann
ROBEIN URANN & LURYE
2540 Severn Avenue
Suite 400
P.O. Box 6768
Metairie, LA 70009-6768

Beth E. Valocchi
SWARTZ & CAMPBELL
300 Delaware Avenue
Suite 1130
Wilmington, DE 19801

Craig L. Vandergrift
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

Cameron Ray Waddell
LEBLANC & WADDELL LLP
6955 Perkins Road
Suite 100
Baton Rouge, LA 70809

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Michael Waller
K&L GATES LLP
One Newark Center
10th Floor
Newark, NJ 07102-5285

Edward J. Walters, Jr.
MOORE WALTERS THOMPSON
THOMAS PAPILLION & CULLEN
6513 Perkins Road
Baton Rouge, LA 70808-4259

Kirk G. Warner
SMITH ANDERSON BLOUNT
DORSETT ET AL
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert Watson
1827 Strand
Galveston, TX 77550

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
MORTON PFISTER ET AL
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Randall Gordon Wells
6541 Sheffield Avenue
Baton Rouge, LA 70806

Theodore L. White
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Stephen B. Williamson
MCGUIREWOODS LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Gordon P. Wilson
LUGENBUHL WHEATON PECK
RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Sarah B. Windham
AULTMAN TYNER RUFFIN
& SWETMAN LTD
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Judith A. Yavitz
REED SMITH LLP
599 Lexington Avenue
29th Floor
New York, NY 10152-1799