**MDL 875**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

AUG - 6 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | |
|---|---|
| JOHN W. VAWTER AND ERNESTINE VAWTER<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO PUMPS, INC., et al.<br><br>Defendants. | Civil Action No. 3:08-cv-2343<br><br>From the<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, COLUMBIA DIVISION |

PLEADING NO. 5525

### PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW COME PLAINTIFFS, by and through their counsel, and file this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-312 included the above-referenced action. Deadline for Notice of Opposition is August 5, 2008. Plaintiffs hereby serve this Notice of Opposition to CTO-312, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiffs will serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

**OFFICIAL FILE COPY**



IMAGED AUG 6 2008

Dated: August 5, 2008

Respectfully submitted,

**JOHN D. KASSEL,
ATTORNEY AT LAW L.L.C.**

By: _____
John D. Kassel, Fed ID 2278
Theile B. McVey, Fed ID 7614
1330 Laurel Street
Post Office Box 1476
Columbia, South Carolina 29202

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Plaintiffs' Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record via US Mail on this 5th day of August, 2008.

_____
Theile B. McVey