MDL 875

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 7 2008

FILED
CLERK'S OFFICE

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

7 August 2008

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                   MDL No. 875

NOTICE TO COUNSEL

Dear Counsel:

On July 17, 2008, the Panel established a new Liaison Counsel Service List for this litigation. A copy of the new Liaison Counsel Service List is attached. It appears that certain recent pleadings were served by various parties using the out-dated service list. The Panel has re-served those pleadings.

All future service of pleadings in this litigation should be made using the new Liaison Counsel Service List, pending further notice.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5531

OFFICIAL FILE COPY   IMAGED AUG 8  2008