JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

AUG 1 1 2008

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: Asbestos Production Liability Litigation          **MDL No. 875**
CTO-312
LAM 3:08-74 Michael T. Hackler v. P& O Ports Louisiana, Inc., et al.

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER 312

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael T. Hackler,

M.D., who respectfully requests that this Panel vacate Conditional Transfer Order 312 insofar as that

order seeks to transfer civil action LAM 3:08-74.

Pursuant to Rule 7.4 (d) of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, plaintiff is filing this Motion to Vacate CTO- 312, as well as plaintiff's brief in support

thereof,  within 15 days of the filing of plaintiff's Notice of Opposition.

By attorneys:

_____

Edward J. Walters, Jr. (#13214)
Darrel J. Papillion (#23243)
Julie J. Baxter (#29756)
**MOORE, WALTERS, THOMPSON,**
**THOMPSON, PAPILLION & CULLENS**
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 766-1100/Fax: (225) 766-1142

**OFFICIAL FILE COPY**   IMAGED AUG 1 1 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 1 2008

FILED
CLERK'S OFFICE

# CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed, postage prepaid, this date to all known counsel of record:

Stephen W. Glusman
**GLUSMAN, BROYLES & GLUSMAN**
Post Office Box 2711
Baton Rouge, LA 70821
sglusman@bellsouth.com

Richard P. Sulzer
**SULZER & WILLIAMS**
201 Holiday Boulevard, Suite 335
Covington, LA 70433
rsulzer@sulzerandwilliams.com

Norman C. Sullivan, Jr.
**FOWLER RODRIGUEZ**
400 Poydras Street
30th Floor
New Orleans, LA 70130
nsullivan@frc-law.com

George J. Nalley, Jr.
**NALLEY & DEW**
2121 Ridgelake Drive, Suite 200
Metairie, LA 70001
george@gnalley.com

Patrick E. Costello
**MOULEDOUX, BLAND, LEGRAND
& BRACKETT**
Suite 4250, 701 Poydras Street
New Orleans, LA 70139
pcostello@mblb.com

David M. Bienvenu, Jr.
**TAYLOR, PORTER, BROOKS & PHILLIPS**
Post Office Box 2471
Baton Rouge, LA 70821
david.bienvenu@taylorporter.com

Charles Schmidt
**CHRISTOVICH & KEARNEY**
601 Poydras Street
Suite 2300
New Orleans, LA 70130
cwschmidt@christovich.com

SEE ATTACHED PANEL SERVICE LIST
FOR ADDITIONAL SERVICE

Baton Rouge, Louisiana this ___5___ day of August, 2008.

_____
Darrel J. Papillion

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-312)

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Daniel L. Avant
AVANT & FALCON
429 Government Street
Baton Rouge, LA 70802

Jennifer L. Bartlett
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

James Duane Bashline
MCLEOD ALEXANDER POWEL
& APFFEL
Wedge International Tower
Suite 3600
1415 Louisiana
Houston, TX 77002

Joshua H. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
One North Charles Street
Suite 2500
Baltimore, MD 21201

Robert Karl Beste III
SMITH KATZENSTEIN FURLOW
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Gary A. Bezet
KEAN MILLER
HAWTHORNE ET AL
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

David M. Bienvenu, Jr.
TAYLOR PORTER BROOKS
& PHILLIPS
P. O. Box 2471
Baton Rouge, LA 70821

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Wilton Ellwood Bland III
MOULEDOUX BLAND LEGRAND
& BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Allen Dale Bowers II
LAW OFFICE OF JOSEPH
RHOADES
1225 King Street
Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Paul A. Bradley
MCCARTER & ENGLISH LLP
919 Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899

Daniel A. Brown
BROWN & GOULD LLP
7700 Old Georgetown Road
Suite 500
Bethesda, MD 20814-6204

Robert Dorrance Brown, Jr.
GIBBONS PC
One Gateway Center
Newark, NJ 07102-5310

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Lisa N. Busch
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

Thomas M. Canevari
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, NY 10005
Michael P. Cascino
CASCINO VAUGHAN
LAW OFFICES LTD
220 S. Ashland Avenue
Chicago, IL 60607-5308

John R. Christie
RAWLING RAVENS LLP
55 Public Square
Suite 850
Cleveland, OH 44113

R. Dean Church, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY LLP
1515 Poydras Street
Suite 1300
New Orleans, LA 70112

## MDL No. 875 - Involved Counsel List (Continued)

Linda J. Clark
HISCOCK BARCLAY LLP
50 Beaver Street
Fifth Floor
Albany, NY 12207-2830

Walter L. Comeaux
2051 Silverside Drive
Suite 160
Baton Rouge, LA 70808

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Noriss Ennis Cosgrove
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Patrick E. Costello
MOULEDOUX BLAND LEGRAND
& BRACKETT
4250 One Shell Square
701 Poydras Street
New Orleans, LA 70139

Michele W. Crosby
JONES WALKER
WAECHTER ET AL
8555 United Plaza Blvd., 5th Floor
Four United Plaza
Baton Rouge, LA 70809

John E. Cuttino
TURNER PADGET GRAHAM
& LANEY PA
P.O. Box 1473
Columbia, SC 29202

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

William Pearce Davis
BAKER RAVENEL & BENDER
P.O. Box 8057
Columbia, SC 29202

Adam Devlin Demahy
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

Elia Demetria Diaz-Yaeger
LUGENBUHL WHEATON PECK
RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Anna M. DiLonardo
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Erik C. DiMarco
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
22nd Floor
New York, NY 10017

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

Daniel G. Donahue
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Michael W. Drumke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

Patrick J. Dwyer
SMITH STRATTON WISE HEHER
& BRENNAN
2 Research Way
Princeton, NJ 08540

Edwin A. Ellinghausen, III
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002-3733

John J. Fanning
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, NY 11201-3611

Sheri Sport Faust
FRILOT PARTRIDGE KOHNKE
& CLEMENTS LC
3600 Energy Center
1100 Poydras Street
New Orleans, LA 70163-3600

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Richard L. Flax
LAW OFFICES OF RICHARD L FLAX
29 West Susquehanna Avenue
Suite 500
Baltimore, MD 21204

Abbie Eliasberg Fuchs
HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, NY 10005

Christian H. Gannon
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
830 Third Avenue
Suite 400
New York, NY 10022

Elisa T. Gilbert
GILBERT FIRM LLC
325 East 57th
New York, NY 10022

## MDL No. 875 - Involved Counsel List (Continued)

Neal C. Glenn
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
1500 Market Street
Suite 1500
Philadelphia, PA 19102

Stephen W. Glusman
GLUSMAN BROYLES
& GLUSMAN
P.O. Box 2711
Baton Rouge, LA 70821-2711

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Anthony C. Hayes
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Margaret M. Joffe
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

J. Michael Johnson
RAWLE & HENDERSON LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Zandra Lynn Johnson
LEATHERWOOD WALKER TODD
& MANN PC
300 East McBee Avenue
Suite 500
P.O. Box 87
Greenville, SC 29601

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Gary H. Kaplan
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1220 Market Street, 5th Floor
Wilmington, DE 19801

John Daniel Kassel
JOHN D KASSEL LAW FIRM
1330 Laurel Street
P.O. Box 1476
Columbia, SC 29202

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Daniel J. Kelly
HAIGHT BROWN & BONESTEEL
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

James G. Kennedy
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Deaborn Street
Chicago, IL 60603

Scott E. Knox
SCOTT KNOX ATTORNEY AT LAW
13 E. Court Street
Suite 300
Cincinnati, OH 45202-1103

Susan B. Kohn
SIMON PERAGINE SMITH
& REDFEARN LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Matthew P. Lachaussee
DOGAN & WILKINSON PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Mark S. Landman
LANDMAN CORSI BALLAINE
& FORD PC
120 Broadway
27th Floor
New York, NY 10271-0079

## MDL No. 875 - Involved Counsel List (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Joseph P. Lasala
MCELROY DEUTSCH MULVANEY
& CARPENTER LLP
88 Pine Street
24th Floor
New York, NY 10005

Teresa Fizardi Lazzaroni
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Gary Allen Lee
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Lynn Luker
LYNN LUKER & ASSOCIATES
3433 Magazine Street
New Orleans, LA 70115

Jaime Walker Luse
TYDINGS & ROSENBERG LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Stephen A. Manuele
FELDMAN KIEFFER & HERMAN
The Dun Building
110 Pearl Street, Suite 400
Buffalo, NY 14202

Jeffrey S. Marlin
MARKS O'NEILL O'BRIEN
& COURTNEY PC
913 North Market Street
Suite 800
Wilmington, DE 19801

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Dr
Suite 130
Virginia Beach, VA 23452

Moffatt Grier McDonald
HAYNSWORTH SINKLER BOYD
P.O. Box 2048
Greenville, SC 29602

Nancy McDonald
MCELROY DEUTSCH MULVANEY
& CARPENTER
P.O. Box 2075
1300 Mount Kemble Ave.
Morristown, NJ 07962-2075

Neil J. McDonald
HARTEL KANE DESANTIS
MACDONALD & HOWIE LLP
Calverton Office Park, Suite 500
11720 Beltsville Drive
Beltsville, MD 20705-3166

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE
& DISIPIO
420 Lexington Avenue
29th Floor
New York, NY 10170

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Blaine A. Moore
DUNCAN COURINGTON & RYDBERG
400 Poydras Street
Suite 1200
New Orleans, LA 70130

George J. Nalley, Jr.
NALLEY & DEW
2121 Ridgelake Drive
Suite 200
Metairie, LA 70001

Penelope B. O'Connell
ELZUFON AUSTIN REARDON
TARLOV & MONDELL PA
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center
19th Floor
Newark, NJ 07102

Lynne M. Parker
HOLLSTEIN KEATING
CATTELL ET AL
12th & Orange St., Suite 730
One Commerce Center
Wilmington, DE 19801

## MDL No. 875 - Involved Counsel List (Continued)

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Timothy Peck
SMITH MOORE LLP
P.O. Box 21927
Greensboro, NC 27420

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Mark W. Phillips
ROBINS KAPLAN MILLER
& CIRESI LLP
950 East Paces Ferry Road, N.E.
2600 One Atlanta Plaza
Atlanta, GA 30326

Scott Hamilton Phillips
SEMMES BOWEN & SEMMES
25 South Charles Street
Suite 1400
Baltimore, MD 21201

Carl E. Pierce II
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1220 Market Street
5th Floor
Wilmington, DE 19801

Timothy W. Porter
PORTER & MALOUF PA
P.O. Box 12768
Jackson, MS 39236-2768

Steven J. Pugh
RICHARSON PLOWDEN
& ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29201

Giovanni Regina
WATERS MCPHERSON MCNEILL
300 Lighting Way
7th Floor
Secaucus, NJ 07096

Donald E. Reid
MORRIS NICHOLS ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Antonio J. Rodriguez
FOWLER RODRIGUEZ CHALOS
400 Poyodras Street
30th Floor
New Orleans, LA 70130

Robert M. Rolfe
HUNTON & WILLIAMS LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

David A. Root
KERNODLE TAYLOR & ROOT
P.O. Box 12009
Charleston, SC 29422

Hector Lee Sandoval
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

David A. Schaefer
MCCARTHY LEBIT CRYSTAL
& LIFFMAN CO LPA
1800 Midland Building
101 W. Prospect Avenue
Cleveland, OH 44115-1088

Charles W. Schmidt, III
CHRISTOVICH & KEARNEY LLP
Pan American Life Center, Suite 2300
601 Poydras Street
New Orleans, LA 70130-6078

Charles T. Sheldon
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

John P. Sheridan
MARRINAN & MAZZOLA MARDON
26 Broadway
17th Floor
New York, NY 10004

Daniel M. Silver
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Christian J. Singewald
WHITE & WILLIAMS LLP
824 Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Stephanie D. Skinner
FOWLER RODRIGUEZ CHALOS
400 Poydras Street
30th Floor
New Orleans, LA 70130

Carol G. Snider
DAMON & MOREY LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

## MDL No. 875 - Involved Counsel List (Continued)

William Buckley Stewart
COPELAND COOK TAYLOR
& BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Norman Charles Sullivan, Jr.
FOWLER RODRIGUEZ CHALOS
400 Poydras Street
30th Floor
New Orleans, LA 70130

Michael A. Tanenbaum
SEDGWICK DETERT MORAN
& ARNOLD LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS LAW FIRM
800 Third Ave
13th Floor
New York, NY 10022

Brendan J. Tully
LEVY PHILLIPS LAW FIRM
800 Third Avevenue
13th Floor
New York, NY 10022

Robert H. Urann
ROBEIN URANN & LURYE
2540 Severn Avenue
Suite 400
P.O. Box 6768
Metairie, LA 70009-6768

Beth E. Valocchi
SWARTZ & CAMPBELL
300 Delaware Avenue
Suite 1130
Wilmington, DE 19801

Craig L. Vandergrift
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

Cameron Ray Waddell
LEBLANC & WADDELL LLP
6955 Perkins Road
Suite 100
Baton Rouge, LA 70809

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Michael Waller
K&L GATES LLP
One Newark Center
10th Floor
Newark, NJ 07102-5285

Edward J. Walters, Jr.
MOORE WALTERS THOMPSON
THOMAS PAPILLION & CULLEN
6513 Perkins Road
Baton Rouge, LA 70808-4259

Kirk G. Warner
SMITH ANDERSON BLOUNT
DORSETT ET AL
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert Watson
1827 Strand
Galveston, TX 77550

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
MORTON PFISTER ET AL
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Randall Gordon Wells
6541 Sheffield Avenue
Baton Rouge, LA 70806

Theodore L. White
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Stephen B. Williamson
MCGUIREWOODS LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Gordon P. Wilson
LUGENBUHL WHEATON PECK
RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Sarah B. Windham
AULTMAN TYNER RUFFIN
& SWETMAN LTD
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Judith A. Yavitz
REED SMITH LLP
599 Lexington Avenue
29th Floor
New York, NY 10152-1799

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 1 2008

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: Asbestos Production Liability Litigation**　　　　　　**MDL No. 875**

　　　　CTO-312
　　　　LAM 3:08-74   Michael T. Hackler v. P& O Ports Louisiana, Inc., et al

### PLAINTIFF DR. MICHAEL HACKLER'S BRIEF IN SUPPORT OF
### MOTION TO VACATE CONDITIONAL TRANSFER ORDER 312

NOW INTO COURT comes Dr. Michael Hackler, plaintiff in civil action LAM 3:08-74, referenced above, and submits this brief in support of his Motion to Vacate Conditional Transfer Order 312.

## I.  PROCEDURAL AND FACTUAL BACKGROUND:

In December 2005, Dr. Michael T. Hackler, a Baton Rouge cardiovascular surgeon, was diagnosed with mesothelioma.  On January 20, 2006, Dr. Hackler filed a lawsuit against a number of defendants in Louisiana's Eighteenth Judicial District Court, alleging that his mesothelioma was caused as a result of his exposure to asbestos while he was working as a longshoreman and warehouseman at the Port of Greater Baton Rouge in the 1960's.   While some of Dr. Hackler's claims may be governed by maritime law, many of Dr. Hackler's claims are governed by Louisiana start tort law because he handled raw asbestos on land, in warehouses, and loaded asbestos onto

1

trucks. He sued a number of defendants including the Greater Baton Rouge Port Commission, Baton Rouge Marine Contractors, various executive officers (who are subject to suit and have no workers' compensation immunity under Louisiana tort law), and others.

On November 29, 2007, defendants Baton Rouge Marine Contractors and P & O Ports, Ltd. filed third party demands against the International Longshoreman's Association, AFL-CIO; South Atlantic and Gulf Coast District, ILA, AFL-CIO; and Local 3033, ILA, AFL-CIO (hereinafter "the union defendants"), and against South African Marine Corporation, Ltd., and the Industrial Development Corporation of South Africa, Ltd., alleging that if defendants Baton Rouge Marine Contractors and P & O Ports Louisiana, Inc. owed duties or are liable to plaintiff, then the third party defendants are liable to Baton Rouge Marine and P & O, under a variety of theories.

On January 22, 2008, third-party defendants International Longshoremen's Association, AFL-CIO; South Atlantic and Gulf Coast District, ILA, AFL-CIO; and Local 3033, ILA, AFL-CIO, removed their third-party action to the United States District Court for the Middle District of Louisiana, alleging that the claims in the third party demand "arise under the laws of the United States and raise issues under the Labor Management Relation Act (LMRA), 29 U.S.C. § 185, *et. seq.*, the National Labor Relations Act (NLRA), 29 U.S.C. § 151, *et. seq.*, and, further, require interpretation of collective bargaining agreements and labor organization constitutions and an analysis of the duty of their representation," such that the third party plaintiffs' claims give rise to federal question jurisdiction.

Removal of the third-party demands caused the technical removal of Dr. Hackler's entire action – *an action replete with Louisiana factual and legal issues and Louisiana witnesses, that had been pending for roughly two years in Louisiana state court* – first removing it to federal court in

the Middle District, and subsequently as a potential tag along action in multidistrict litigation *that is not closely* related to the particular facts of this case (which facts are rooted in various, particular operations at the Port of Baton Rouge) and which multidistrict litigation is *not* related to the witnesses who are needed to the resolution of this Louisiana case.

In the wake of first notice of removal of the third-party demand, two additional defendants filed notices of removal in Dr. Hackler's main action, resulting in three separate Louisiana Middle District federal case numbers being assigned to this same civil action in Louisiana's Middle District federal court, including this above-referenced action LAM 3:08-74, that is the subject of Conditional Transfer Order 312.[1]

On February 4, 2008, South African Marine Corporation, Ltd. removed this specific action, LAM 3:08-74, to the United States District Court for the Middle District of Louisiana on grounds that "SAMC is a political subdivision, agency or instrumentality of a foreign state," and that federal jurisdiction exists pursuant to 28 U.S.C. § 1330.

On February 7, 2008, Industrial Development Corporation of South Africa, Limited filed another notice of removal of Dr. Hackler's state court case on the same grounds as South African Marine.[2]

For the reasons more fully explained below, plaintiff respectfully and simply requests that this Panel recognize that this case does not fit the requirements under 28 U.S.C. § 1407(a) to qualify

---

[1]     This same case, *Hackler v. Greater Baton Rouge Port Commission*, bears civil action numbers 3:08-cv-43, 3:08-cv-74 and 3:08-cv-82 in the United States District Court for the Middle District of Louisiana.

[2]     That removal was assigned civil action number 3:08-82, in Louisiana's Middle District and was part of Conditional Transfer Order 304.

3

for transfer into the multidistrict litigation.[3]

## II. <u>LAW AND ARGUMENT</u>:

**A.**      ***Plaintiff's case does not fit the requirements under 28 U.S.C. § 1407 – the federal statute governing transfers to multidistrict litigation – to qualify as a case eligible for transfer to the MDL.***

28 U.S.C. § 1407 (a) states:

When civil actions involving one or more **common questions of fact** are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings. Such transfers shall be made by the judicial panel on multidistrict litigation authorized by this section upon its determination that **transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions.**

In order to transfer a case to a federal court handling multidistrict litigation – the transfer

must accomplish two things:

a)      it must serve the *convenience* of the parties and the witnesses; and

b)      it must promote the *just and efficient* conduct of the case.

––––––––––––––––––––

[3]      Plaintiff notes here that since the time that plaintiff filed Notices of Opposition, as well as Motions to Vacate Conditional Transfer Orders 304 and 305, relating respectively to civil action numbers 3:08-cv-43 and 3:08-cv-82 in the United States District Court for the Middle District of Louisiana, plaintiff has filed a Motion to Withdraw his Motion to Remand or Sever the entire Hackler action (encompassing civil action numbers 3:08-cv-43, 3:08-cv-74, and 3:08-cv-82) to state court. In his Motion to Withdraw the Motion to Remand or Sever, plaintiff explained that he was withdrawing this motion originally filed with the District Court because of anticipated amendments in the pleadings in the *Hackler* matter, and did not want to unnecessarily occupy the District Court's time.

In response, the District Court denied as moot the Motions to Remand filed in civil action numbers 3:08-cv-43 and 3:08-74, and denied the Motion to Remand in civil action number 3:08-cv-82.  Thus, plaintiff's request now before this Panel remains that the Panel vacate the transfers to the MDL of any of the three district court civil actions encompassed in the *Hackler* matter, particularly here that this Panel vacate Conditional Transfer Order 312.

4

Transfer by the Judicial Panel on Multidistrict Litigation, to a Pennsylvania federal court, for resolution of a case based on a gentleman's exposure to asbestos at the Port of Greater Baton Rouge and involving a number of Louisiana legal issues and concerning facts largely related to West Baton Rouge Parish and the Port of Baton Rouge within the state of Louisiana – is neither convenient for the parties and witnesses involved in this case,  nor does it promote any just or efficient handling of this case, particularly when this case has already proceeded in Louisiana state court for roughly two years, under Louisiana's system which encompasses elements of both common law and the state's own unique Civil Code and related authorities that govern civil actions within Louisiana.  Judicial efficiency and judicial economy are not served by moving the entire case to Pennsylvania to force a court there to digest the factual and legal questions governing this case.

Wright and Miller's *Federal Practice and Procedure* privides:

"Implicit in the common question requirement is the notion that it should be more economical or convenient to conduct pretrial proceedings on the common issues in one forum."

Wright, Miller and Cooper, *Federal Practice and Procedure,* 15 FPP § 3863

This action, involving factual and legal questions surrounding whether Louisiana employer defendants and their successors knowingly exposed and/or failed to protect the plaintiff from an unsafe work environment, exposed him to the asbestos that would eventually lead to the development of mesothelioma,  is not going to be more economical or convenient to advance the discovery process or to hear in Pennsylvania – 1,300 miles away from where the events occurred and from where the plaintiffs and most of the witnesses reside.

Further, Moore's *Federal Practice* advises:

"If the degree of commonality among the actions does not rise to a level such that a

5

transfer would serve the overall convenience of the parties and witnesses and promote the just and efficient conduct of the entire litigation, the transfer will be denied."

*Moore's Federal Practice,* 17 Moore's Federal Practice § 112.05 (3d ed. 1997).

Although plaintiff recognizes the highly discretionary powers vested in this Panel regarding whether to transfer an action to the MDL, nevertheless, a long line of federal and multidistrict litigation jurisprudence holds – that *it is the burden of the party moving for the transfer* to show how the requirements of "common questions of fact," "convenience for the parties and witnesses," and "just and efficient" handling of the case are met by transferring a case to the multidistrict litigation.

Defendants have not met that burden here, nor have they even attempted to meet that burden.

**B.   *It is the burden of the party seeking a transfer to multidistrict litigation to show that the statutory requirements for transfer have been met. Defendants here have not met that burden, and plaintiffs submit this case is not suitable for such transfer.***

*Moore's Federal Practice* provides:

"The party moving for a transfer is required to show that any common questions of fact are so complex, and the accompanying discovery so time-consuming, that the advantages of combining the actions for coordinated or consolidated pretrial proceedings overcomes the inconvenience to some of the litigants and their witnesses in the actions whose transfer is being considered."

*Moore's Federal Practice,* 17 Moore's Federal Practice § 112.05 (3d ed. 1997).

Federal jurisprudence in case after case demonstrates that:

"The moving party as the burden to demonstrate that the transfer of a "tag along" case will further the purposes of Section 1407."

*In re Tobacco/Governmental Health Care Costs Litigation,* 76 F. Supp. 2d 5 (D.C. 1999)

"The moving party is under a heavy burden to show not only that there are common questions of fact, but also that those common questions are sufficiently complex and that the accompanying discovery will be so time-consuming as to justify transfer

6

under Section 1407."

*In Re 21st Century Productions, Inc. "Thrillsphere" Contract Litigation,* Jud. Pan. Mult. Lit 1978, 448 F. Supp. 271, and citing *In Re Raymond Lee Organization, Inc. Secs. Litigation,* Jud. Pan. Mult. Lit. 1978, 446 F. Supp. 1266, stressing that **the burden is strong when a minimal number of actions are under consideration.**

First of all, defendants in their two Notices of Tag Along Actions in Dr. Hackler's case, did not even attempt to meet their burden of showing how Dr. Hackler's Louisiana tort case with related maritime elements would possibly meet the requirements for transfer to the MDL. They merely assert in a short paragraph that this a "potential tag along action," since the 1991 MDL 875 order transferred all asbestos cases then pending in the federal courts to the Eastern District of Pennsylvania.

Plaintiff avers that  28 U.S.C. § 1407 does *not* provide that the mere involvement of "asbestos" in a claim warrants automatic transfer into multidistrict litigation. Rather, 28 USC §1407 provides that the principles of common questions of fact, convenience for the parties and witnesses, and just and efficient handling of the case in the transferee forum.

Secondly, even if defendants were to try to meet their burden, they face an especially stiff burden of proof under the above-cited *In Re Raymond Lee Organization, Inc. Secs. Litigation,* Jud. Pan. Mult. Lit. 1978, 446 F. Supp. 1266, since this case requires that when there are minimal actions involved, the burden on the party moving for the transfer is especially heavy.

In this case, the facts surround one plaintiff and his employers' and others' tortious conduct. This is not a class action suit, as are many of the cases that have been found suitable for transfer to multidistrict litigation. Although plaintiff recognizes that there are many workers in this country who have had to wrestle with the issues of asbestos exposure, nevertheless, Dr. Hackler's situation

7

embedded in facts connected to the Port of Baton Rouge and the surrounding employers does not

present common discovery questions and convenience for Louisiana witnesses, and parties that

would show that judicial efficiency and economy at either the discovery or the trial phases would

not be met by sending this case to Pennsylvania to be joined with a host of other unrelated cases

involving unrelated entities and issues.

**C.      *The common nexus of fact required under 28 U.S.C. 1407 does not exist between the plaintiff's case and cases already in the multidistrict litigation.***

In *In Re Air Crash at Schenley Golf Course*, 509 F. Supp 252 (Jud. Pan.Mult. Lit. 1979) –

a case where the Panel sent several cases to join litigation *at the geographic location where the*

*events took place* (which plaintiff correspondingly in his case urges is *Louisiana*), the Panel also

spelled out why it was not going to transfer one particular Utah action to the Western District of

Pennsylvania, in that case, where the crash had occurred.  The Panel wrote:

> "Discovery in the Utah action will thus likely involve not only questions concerning
> the cause or causes of the crash, but equally important, also **questions concerning**
> **possibly superseding events occurring over a ten-year period that have little in**
> **common with the other actions in this litigation.** Furthermore, Thompson urges
> that **its repair facilities, business records, witnesses and potential expert**
> **witnesses are all located in the Salt Lake City area.** In light of these
> circumstances, we cannot conclude that any benefits that would be derived from
> inclusion of the Utah action in centralized pretrial proceedings in the Western District
> of Pennsylvania would outweigh the inconvenience transfer would cause the
> defendant in the Utah action."

*Id.* at 255.

Therefore, the Panel found that "**[t]he nexus between the Utah action and the other**

**actions in this litigation appears to be too tenuous.**"  *Id.* at 254.

Plaintiff submits that in this case the "nexus" between Dr. Hacker's case against the Port of

Baton Rouge and his employers and others, and the facts surrounding his employment and exposure

8

to asbestos at the port, is likewise "tenuous" at best with the host of unrelated entities and geographically remote and individual questions involved in the cases currently being handled under MDL 875 in the Eastern District of Pennsylvania.  Like the Utah action discussed above, discovery in Dr. Hackler's case (discovery plaintiff might add has continued for more than two years in state court) concerns questions about events that took place over a period of years *in Louisiana* and which concern *facilities, business records, witnesses and potential experts* who are based in or are familiar with Louisiana and the events and business practices there related to Dr. Hackler's injuries for which he has made claims under Louisiana state tort law and maritime law.  As the Panel found in the Utah action, plaintiff urges that the "nexus" of fact simply is not there to connect Dr. Hackler's case to a series of class action asbestos cases that do not concern him or his employers against which he has made claims.

This is most certainly more in harmony with the principles of judicial efficiency, economy and convenience for the parties and witnesses stated in 28 U.S.C. 1407 than removing a two-year-old case away from its true "nexus" to the facts in this case – i.e. greater Baton Rouge, Louisiana – and trying to combine it with scores of other cases which involve completely unrelated and separate questions of fact as well as legal questions that do not at all parallel the pretrial discovery requirements in Dr. Hackler's case.

Plaintiff further reserves the right here, should this Panel decide in its discretion to transfer plaintiff's entire action to the MDL, that indeed, under the discretion granted by this Panel to both the transferor and the transferee court, that plaintiff would again urge remand to state court in a motion before any future transferee court, which motion would be within their purview to grant, based on federal jurisprudence.

9

### III. <u>CONCLUSION</u>:

For the reasons more fully explained above, plaintiff Dr. Michael Hackler respectfully requests that this court vacate Conditional Transfer Order-312 relative to civil action LAM 3:08-74.

By attorneys:

_____

Edward J. Walters, Jr. (#13214)
Darrel J. Papillion (#23243)
Julie J. Baxter (#29756)
**MOORE, WALTERS, THOMPSON,**
**THOMAS, PAPILLION & CULLENS**
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 766-1100/Fax: (225) 766-1142

10

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 11 2008

FILED
CLERK'S OFFICE

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed, postage prepaid, this date to all known counsel of record:

Stephen W. Glusman
**GLUSMAN, BROYLES & GLUSMAN**
Post Office Box 2711
Baton Rouge, LA 70821
sglusman@bellsouth.com

Richard P. Sulzer
**SULZER & WILLIAMS**
201 Holiday Boulevard, Suite 335
Covington, LA 70433
rsulzer@sulzerandwilliams.com

Norman C. Sullivan, Jr.
**FOWLER RODRIGUEZ**
400 Poydras Street
30th Floor
New Orleans, LA 70130
nsullivan@frc-law.com

George J. Nalley, Jr.
**NALLEY & DEW**
2121 Ridgelake Drive, Suite 200
Metairie, LA 70001
george@gnalley.com

Patrick E. Costello
**MOULEDOUX, BLAND, LEGRAND
& BRACKETT**
Suite 4250, 701 Poydras Street
New Orleans, LA 70139
pcostello@mblb.com

David M. Bienvenu, Jr.
**TAYLOR, PORTER, BROOKS & PHILLIPS**
Post Office Box 2471
Baton Rouge, LA 70821
david.bienvenu@taylorporter.com

Charles Schmidt
**CHRISTOVICH & KEARNEY**
601 Poydras Street
Suite 2300
New Orleans, LA 70130
cwschmidt@christovich.com

SEE ATTACHED PANEL SERVICE LIST
FOR ADDITIONAL SERVICE

Baton Rouge, Louisiana this ____ day of August, 2008.

_____
Darrel J. Papillion

11

Page 1 of 6

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-312)

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Daniel L. Avant
AVANT & FALCON
429 Government Street
Baton Rouge, LA 70802

Jennifer L. Bartlett
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

James Duane Bashline
MCLEOD ALEXANDER POWEL
& APFFEL
Wedge International Tower
Suite 3600
1415 Louisiana
Houston, TX 77002

Joshua H. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Thomas P. Bernier
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
One North Charles Street
Suite 2500
Baltimore, MD 21201

Robert Karl Beste III
SMITH KATZENSTEIN FURLOW
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Gary A. Bezet
KEAN MILLER
HAWTHORNE ET AL
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

David M. Bienvenu, Jr.
TAYLOR PORTER BROOKS
& PHILLIPS
P. O. Box 2471
Baton Rouge, LA 70821

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Wilton Ellwood Bland III
MOULEDOUX BLAND LEGRAND
& BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Allen Dale Bowers II
LAW OFFICE OF JOSEPH
RHOADES
1225 King Street
Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Paul A. Bradley
MCCARTER & ENGLISH LLP
919 Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899

Daniel A. Brown
BROWN & GOULD LLP
7700 Old Georgetown Road
Suite 500
Bethesda, MD 20814-6204

Robert Dorrance Brown, Jr.
GIBBONS PC
One Gateway Center
Newark, NJ 07102-5310

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Lisa N. Busch
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

Thomas M. Canevari
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, NY 10005

Michael P. Cascino
CASCINO VAUGHAN
LAW OFFICES LTD
220 S. Ashland Avenue
Chicago, IL 60607-5308

John R. Christie
RAWLING RAVENS LLP
55 Public Square
Suite 850
Cleveland, OH 44113

R. Dean Church, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY LLP
1515 Poydras Street
Suite 1300
New Orleans, LA 70112

## MDL No. 875 - Involved Counsel List (Continued)

Linda J. Clark
HISCOCK BARCLAY LLP
50 Beaver Street
Fifth Floor
Albany, NY 12207-2830

Walter L. Comeaux
2051 Silverside Drive
Suite 160
Baton Rouge, LA 70808

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Noriss Ennis Cosgrove
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Patrick E. Costello
MOULEDOUX BLAND LEGRAND
& BRACKETT
4250 One Shell Square
701 Poydras Street
New Orleans, LA 70139

Michele W. Crosby
JONES WALKER
WAECHTER ET AL
8555 United Plaza Blvd., 5th Floor
Four United Plaza
Baton Rouge, LA 70809

John E. Cuttino
TURNER PADGET GRAHAM
& LANEY PA
P.O. Box 1473
Columbia, SC 29202

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

William Pearce Davis
BAKER RAVENEL & BENDER
P.O. Box 8057
Columbia, SC 29202

Adam Devlin Demahy
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

Elia Demetria Diaz-Yaeger
LUGENBUHL WHEATON PECK
RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Anna M. DiLonardo
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Erik C. DiMarco
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
22nd Floor
New York, NY 10017

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

Daniel G. Donahue
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Michael W. Drumke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

Patrick J. Dwyer
SMITH STRATTON WISE HEHER
& BRENNAN
2 Research Way
Princeton, NJ 08540

Edwin A. Ellinghausen, III
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002-3733

John J. Fanning
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, NY 11201-3611

Sheri Sport Faust
FRILOT PARTRIDGE KOHNKE
& CLEMENTS LC
3600 Energy Center
1100 Poydras Street
New Orleans, LA 70163-3600

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Richard L. Flax
LAW OFFICES OF RICHARD L FLAX
29 West Susquehanna Avenue
Suite 500
Baltimore, MD 21204

Abbie Eliasberg Fuchs
HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, NY 10005

Christian H. Gannon
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
830 Third Avenue
Suite 400
New York, NY 10022

Elisa T. Gilbert
GILBERT FIRM LLC
325 East 57th
New York, NY 10022

**MDL No. 875 - Involved Counsel List (Continued)**

Neal C. Glenn
KELLEY JASONS MCGUIRE
 & SPINELLI LLP
Centre Square West
1500 Market Street
Suite 1500
Philadelphia, PA 19102

Stephen W. Glusman
GLUSMAN BROYLES
& GLUSMAN
P.O. Box 2711
Baton Rouge, LA 70821-2711

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Anthony C. Hayes
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Margaret M. Joffe
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

J. Michael Johnson
RAWLE & HENDERSON LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Zandra Lynn Johnson
LEATHERWOOD WALKER TODD
& MANN PC
300 East McBee Avenue
Suite 500
P.O. Box 87
Greenville, SC 29601

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Gary H. Kaplan
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1220 Market Street, 5th Floor
Wilmington, DE 19801

John Daniel Kassel
JOHN D KASSEL LAW FIRM
1330 Laurel Street
P.O. Box 1476
Columbia, SC 29202

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Daniel J. Kelly
HAIGHT BROWN & BONESTEEL
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

James G. Kennedy
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Deaborn Street
Chicago, IL 60603

Scott E. Knox
SCOTT KNOX ATTORNEY AT LAW
13 E. Court Street
Suite 300
Cincinnati, OH 45202-1103

Susan B. Kohn
SIMON PERAGINE SMITH
& REDFEARN LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Matthew P. Lachaussee
DOGAN & WILKINSON PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Mark S. Landman
LANDMAN CORSI BALLAINE
& FORD PC
120 Broadway
27th Floor
New York, NY 10271-0079

## MDL No. 875 - Involved Counsel List (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Joseph P. Lasala
MCELROY DEUTSCH MULVANEY
& CARPENTER LLP
88 Pine Street
24th Floor
New York, NY 10005

Teresa Fizardi Lazzaroni
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Gary Allen Lee
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Lynn Luker
LYNN LUKER & ASSOCIATES
3433 Magazine Street
New Orleans, LA 70115

Jaime Walker Luse
TYDINGS & ROSENBERG LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Stephen A. Manuele
FELDMAN KIEFFER & HERMAN
The Dun Building
110 Pearl Street, Suite 400
Buffalo, NY 14202

Jeffrey S. Marlin
MARKS O'NEILL O'BRIEN
& COURTNEY PC
913 North Market Street
Suite 800
Wilmington, DE 19801

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Dr
Suite 130
Virginia Beach, VA 23452

Moffatt Grier McDonald
HAYNSWORTH SINKLER BOYD
P.O. Box 2048
Greenville, SC 29602

Nancy McDonald
MCELROY DEUTSCH MULVANEY
& CARPENTER
P.O. Box 2075
1300 Mount Kemble Ave.
Morristown, NJ 07962-2075

Neil J. McDonald
HARTEL KANE DESANTIS
MACDONALD & HOWIE LLP
Calverton Office Park, Suite 500
11720 Beltsville Drive
Beltsville, MD 20705-3166

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE
& DISIPIO
420 Lexington Avenue
29th Floor
New York, NY 10170

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Blaine A. Moore
DUNCAN COURINGTON & RYDBERG
400 Poydras Street
Suite 1200
New Orleans, LA 70130

George J. Nalley, Jr.
NALLEY & DEW
2121 Ridgelake Drive
Suite 200
Metairie, LA 70001

Penelope B. O'Connell
ELZUFON AUSTIN REARDON
TARLOV & MONDELL PA
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center
19th Floor
Newark, NJ 07102

Lynne M. Parker
HOLLSTEIN KEATING
CATTELL ET AL
12th & Orange St., Suite 730
One Commerce Center
Wilmington, DE 19801

## MDL No. 875 - Involved Counsel List (Continued)

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Timothy Peck
SMITH MOORE LLP
P.O. Box 21927
Greensboro, NC 27420

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Mark W. Phillips
ROBINS KAPLAN MILLER
& CIRESI LLP
950 East Paces Ferry Road, N.E.
2600 One Atlanta Plaza
Atlanta, GA 30326

Scott Hamilton Phillips
SEMMES BOWEN & SEMMES
25 South Charles Street
Suite 1400
Baltimore, MD 21201

Carl E. Pierce II
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1220 Market Street
5th Floor
Wilmington, DE 19801

Timothy W. Porter
PORTER & MALOUF PA
P.O. Box 12768
Jackson, MS 39236-2768

Steven J. Pugh
RICHARDSON PLOWDEN
& ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29201

Giovanni Regina
WATERS MCPHERSON MCNEILL
300 Lighting Way
7th Floor
Secaucus, NJ 07096

Donald E. Reid
MORRIS NICHOLS ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Antonio J. Rodriguez
FOWLER RODRIGUEZ CHALOS
400 Poyodras Street
30th Floor
New Orleans, LA 70130

Robert M. Rolfe
HUNTON & WILLIAMS LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

David A. Root
KERNODLE TAYLOR & ROOT
P.O. Box 12009
Charleston, SC 29422

Hector Lee Sandoval
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

David A. Schaefer
MCCARTHY LEBIT CRYSTAL
& LIFFMAN CO LPA
1800 Midland Building
101 W. Prospect Avenue
Cleveland, OH 44115-1088

Charles W. Schmidt, III
CHRISTOVICH & KEARNEY LLP
Pan American Life Center, Suite 2300
601 Poydras Street
New Orleans, LA 70130-6078

Charles T. Sheldon
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

John P. Sheridan
MARRINAN & MAZZOLA MARDON
26 Broadway
17th Floor
New York, NY 10004

Daniel M. Silver
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Christian J. Singewald
WHITE & WILLIAMS LLP
824 Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Stephanie D. Skinner
FOWLER RODRIGUEZ CHALOS
400 Poydras Street
30th Floor
New Orleans, LA 70130

Carol G. Snider
DAMON & MOREY LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

## MDL No. 875 - Involved Counsel List (Continued)

William Buckley Stewart
COPELAND COOK TAYLOR
& BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Norman Charles Sullivan, Jr.
FOWLER RODRIGUEZ CHALOS
400 Poydras Street
30th Floor
New Orleans, LA 70130

Michael A. Tanenbaum
SEDGWICK DETERT MORAN
& ARNOLD LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS LAW FIRM
800 Third Ave
13th Floor
New York, NY 10022

Brendan J. Tully
LEVY PHILLIPS LAW FIRM
800 Third Avevenue
13th Floor
New York, NY 10022

Robert H. Urann
ROBEIN URANN & LURYE
2540 Severn Avenue
Suite 400
P.O. Box 6768
Metairie, LA 70009-6768

Beth E. Valocchi
SWARTZ & CAMPBELL
300 Delaware Avenue
Suite 1130
Wilmington, DE 19801

Craig L. Vandergrift
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

Cameron Ray Waddell
LEBLANC & WADDELL LLP
6955 Perkins Road
Suite 100
Baton Rouge, LA 70809

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Michael Waller
K&L GATES LLP
One Newark Center
10th Floor
Newark, NJ 07102-5285

Edward J. Walters, Jr.
MOORE WALTERS THOMPSON
THOMAS PAPILLION & CULLEN
6513 Perkins Road
Baton Rouge, LA 70808-4259

Kirk G. Warner
SMITH ANDERSON BLOUNT
DORSETT ET AL
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert Watson
1827 Strand
Galveston, TX 77550

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
MORTON PFISTER ET AL
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Randall Gordon Wells
6541 Sheffield Avenue
Baton Rouge, LA 70806

Theodore L. White
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Stephen B. Williamson
MCGUIREWOODS LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Gordon P. Wilson
LUGENBUHL WHEATON PECK
RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Sarah B. Windham
AULTMAN TYNER RUFFIN
& SWETMAN LTD
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Judith A. Yavitz
REED SMITH LLP
599 Lexington Avenue
29th Floor
New York, NY 10152-1799

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: Asbestos Production Liability Litigation**          **MDL No. 875**

CTO-312
LAM 3:08-74 Michael T. Hackler v. P& O Ports Louisiana, Inc., et al.

## ORDER

**IT IS HEREBY ORDERED**  in the above-referenced matter that Conditional Transfer Order 312 is vacated insofar as that order seeks to transfer civil actions LAM 3:08-74.

_____
**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**