MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 11 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-313)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,219 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY    IMAGED AUG 1 2 2008

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

### SCHEDULE CTO-313 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

CALIFORNIA CENTRAL
- CAC 2 08-1441    Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.
- CAC 2 08-4443    Mary T. Meredith, et al. v. Bondex International, Inc., et al.
- CAC 2 08-4500    Margaret Neber, etc. v. SYD Carpenter Marine Contractor, Inc., et al.
- CAC 2 08-4674    Edgardo R. Salamante, et al. v. Quintec Industries, Inc., et al.

CALIFORNIA NORTHERN
- CAN 3 08-3113    Robert Schoelzel v. Allis-Chalmers Corp., et al.
- CAN 3 08-3314    Norman Carveth v. Allis-Chalmers Corp. Product Liability Trust, et al.

CONNECTICUT
- CT 3 08-999    Barbara Culbertson, etc. v. General Electric Co.

DELAWARE
- DE 1 08-351    Frederick Seitz, et al. v. Adel Wiggins Group, et al.

FLORIDA MIDDLE
- FLM 8 08-1295    Darrell Maxey, etc. v. A.W. Chesterton Co., et al.

FLORIDA SOUTHERN
- FLS 9 08-80724    John A. Faddish, et al. v. Buffalo Pumps, Inc., et al.

GEORGIA NORTHERN
- GAN 1 08-2022    Williams S. Breedlove, et al. v. CSX Transportation, Inc.

ILLINOIS NORTHERN
- ILN 1 08-3264    Edward Klobucar v. Allied Crane, Inc., et al.
- ILN 1 08-3971    Eva Mulcahy, etc. v. Buffalo Pumps, Inc., et al.

LOUISIANA EASTERN
- LAE 2 08-1740    Arthur Montegut, Sr. v. Bunge North America, Inc., et al.

MARYLAND
- MD 1 08-1874    Bernard Shorter, et al. v. John Crane-Houdaille, Inc., et al.

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**     **CASE CAPTION**

MISSISSIPPI NORTHERN
  MSN  2  08-166     Patricia Tigner v. Bondex International, Inc., et al.

MISSISSIPPI SOUTHERN
  MSS  1  08-319     Melissa Priester, etc. v. Crane Co., et al.

NORTH CAROLINA MIDDLE
  NCM  1  08-450     Joann Bennett Smith, etc. v. Aqua-Chem, Inc., et al.
  NCM  1  08-451     Michael L. Johnson, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-452     Kevin Fare Martin, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-463     Richard A. Dudley, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-464     Walter W. Fitzpatrick, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-487     Charles R. Hauser, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-490     Donald W. Kimball, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-491     Bruce E. Lee, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-503     Floyd E. Ford, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-504     Leslie E. Kesler, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-505     Gary Lynn Ratliff, Sr. v. Aqua-Chem, Inc., et al.
  NCM  1  08-514     Michael Wayne Brown, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-515     William G. Prevette, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-516     Russ M. Hartsell, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  08-287     Matthew S. Cox, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-288     Randall Lee Adams v. Aqua-Chem, Inc., et al.
  NCW  1  08-289     Jimmy Ray Barnes, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-290     Bobby R. Harris, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-291     Keith A. Martin, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-292     Eddie D. Stephens, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-296     Candis S. McAlister, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-297     Barbara Long Pearson v. Aqua-Chem, Inc., et al.
  NCW  1  08-298     William M. Raney, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-299     Robert C. Thompson, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-300     Thomas L. Titchenal, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-302     Larry W. Abernathy, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-306     Donald P. Anderson, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-307     William L. Duvall, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-308     David Harrison Greer v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| NCW | 1 | 08-309 | James R. Groner, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-310 | Donald D. Herndon, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-311 | Bobby D. Ledford, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-312 | Rodney William Martin v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-313 | Patricia Fisher Moore v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-314 | Calvin E. Ramseur, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-315 | Keith Carl Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-316 | Betty Jean Stephens, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-317 | Harold R. Hunter, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-323 | Michael Worth Hines v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-324 | Joel Ernie Ingle v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-325 | John Thomas Walker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-326 | Robert S. Lockler, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-327 | Boyce E. Easter, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-328 | Roy Lee Hembree, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-329 | Danny Eugene Jones, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-330 | Cynthia D. MacIntosh, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-331 | Jimmy Allen Avery, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-332 | Priscilla A. Curtis, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-333 | Floyd L. Grass, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-334 | Edmonia F. Adams v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-335 | Robert Bryan Bailey v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-336 | Paul F. Campbell, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-337 | David Lee Coffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-338 | Pearl Graham, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-339 | James O. Connor, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-340 | Robert Edmond Ellis v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-341 | Thilbert A. Hager, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-343 | William J. Herndon, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-344 | Steven P. Holbrooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-345 | Jeffrey Wayne Pagan v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-347 | David C. Sherrill, et al. v. Aqua-Chem, Inc., et al. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 08-5509 | Ernesto Miranda, et al. v. Abex Corp., et al. |
| NYS | 1 | 08-6168 | Donald Wolf v. General Motors Corp. |

## MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**     **CASE CAPTION**

SOUTH CAROLINA
- SC  0  08-2361   Jimmy Coleman, et al. v. Aqua-Chem, Inc., et al.
- SC  0  08-2500   Ginnive W. Cook, et al. v. Aqua-Chem, Inc., et al.
- SC  0  08-2529   Dennis Jones, et al. v. Aqua-Chem, Inc., et al.
- SC  0  08-2531   Philip W. Long, et al. v. Aqua-Chem, Inc., et al.
- SC  0  08-2575   Paul Aiken, III, et al. v. Aqua-Chem, Inc., et al.
- SC  0  08-2579   Clifford T. Canty, et al. v. Aqua-Chem, Inc., et al.
- SC  0  08-2581   Steven Maurice Corley v. Aqua-Chem, Inc., et al.
- SC  0  08-2601   James M. Hamilton, Sr., et al. v. Aqua-Chem, Inc., et al.
- SC  0  08-2615   Billy Ray Ramsey, et al. v. Aqua-Chem, Inc., et al.
- SC  4  08-2507   Betty L. Akers, et al. v. Aqua-Chem, Inc., et al.
- SC  4  08-2528   Gary Leon Akers, et al. v. Aqua-Chem, Inc., et al.
- SC  6  08-2362   James B. Vaughn, et al. v. Aqua-Chem, Inc., et al.
- SC  6  08-2582   Raymond B. Howell, et al. v. Aqua-Chem, Inc., et al.
- SC  7  08-2502   Norman R. Lanier, et al. v. Aqua-Chem, Inc., et al.
- SC  7  08-2583   Robert H. Jefferies, Sr., et al. v. Aqua-Chem, Inc., et al.
- SC  7  08-2614   Robert K. Albertson, et al. v. Aqua-Chem, Inc., et al.
- SC  7  08-2623   Joe Dean Byars, et al. v. Aqua-Chem, Inc., et al.
- SC  8  08-2360   John Edward Black v. Aqua-Chem, Inc., et al.
- SC  8  08-2501   Hal Boyd Kelly, et al. v. Aqua-Chem, Inc., et al.
- SC  8  08-2506   Charles B. Matheson, et al. v. Aqua-Chem, Inc., et al.
- SC  8  08-2576   Anthony E. Bagwell, et al. v. Aqua-Chem, Inc., et al.
- SC  8  08-2577   Claude R. Brewer, et al. v. Aqua-Chem, Inc., et al.
- SC  8  08-2584   John L. Kilpatrick, Jr., et al. v. Aqua-Chem, Inc., et al.
- SC  8  08-2586   Rhonda Ellenburg, etc. v. Aqua-Chem, Inc., et al.
- SC  8  08-2587   Kylie Johnson, etc. v. Aqua-Chem, Inc., et al.
- SC  8  08-2618   Morris M. Owens, Jr., et al. v. Aqua-Chem, Inc., et al.
- SC  8  08-2620   Edward L. Huskey, et al. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
- TXS  4  08-2095   Donald A. Young, et al. v. American Standard, Inc. et al.

VIRGINIA EASTERN
- VAE  2  05-8598   William H. Monroe, Jr., etc. (Anthony J. Grasso) v. American Standard, Inc., et al.
- VAE  2  05-8599   William H. Monroe, Jr., etc. (James E. Osting) v. American Standard, Inc., et al.
- VAE  2  05-8600   William H. Monroe, Jr., etc. (Marion H. Williams) v. American Standard, Inc., et al.
- VAE  2  05-8601   Bernard L. Curry v. American Standard, Inc., et al.

## MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**     **CASE CAPTION**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 05-8602 | Ronald Eskridge v. American Standard, Inc., et al. |
| VAE | 2 | 05-8603 | Robert E. Lilley v. American Standard, Inc., et al. |
| VAE | 2 | 05-8604 | Loren K. McCroskey v. American Standard, Inc., et al. |
| VAE | 2 | 05-8605 | Leroy G. Meseke v. American Standard, Inc., et al. |
| VAE | 2 | 05-8606 | John D. Murray v. American Standard, Inc., et al. |
| VAE | 2 | 05-8607 | William W. Powers v. American Standard, Inc., et al. |
| VAE | 2 | 05-8608 | William L. Salter v. American Standard, Inc., et al. |
| VAE | 2 | 05-8609 | Kenneth C. Shuey v. American Standard, Inc., et al. |
| VAE | 2 | 05-8610 | Wilbur E. Still v. American Standard, Inc., et al. |
| VAE | 2 | 05-8611 | Benton F. Williams v. American Standard, Inc., et al. |
| VAE | 2 | 05-8612 | Donald W. Anderson v. American Standard, Inc., et al. |
| VAE | 2 | 05-8613 | Oscar L. Clark v. American Standard, Inc., et al. |
| VAE | 2 | 05-8614 | William H. Monroe, Jr., etc. (Homer Wayne Holland) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8615 | Raymond J. Holley v. American Standard, Inc., et al. |
| VAE | 2 | 05-8616 | William H. Monroe, Jr., etc. (Robert Glen Spencer) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8617 | William H. Monroe, Jr., etc. (Leroy E Varney) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8618 | Eulalio E. Castaneda v. American Standard, Inc., et al. |
| VAE | 2 | 05-8619 | Jerold H. German v. American Standard, Inc., et al. |
| VAE | 2 | 05-8620 | Glenn E. Allen v. American Standard, Inc., et al. |
| VAE | 2 | 05-8621 | George F. Bartlome v. American Standard, Inc., et al. |
| VAE | 2 | 05-8622 | Enrique Castaneda v. American Standard, Inc., et al. |
| VAE | 2 | 05-8623 | Grant Howard v. American Standard, Inc., et al. |
| VAE | 2 | 05-8624 | Frank Rodriguez v. American Standard, Inc., et al. |
| VAE | 2 | 05-8627 | Robert J. Russell v. American Standard, Inc., et al. |
| VAE | 2 | 05-8628 | Gerald C. Wedel v. American Standard, Inc., et al. |
| VAE | 2 | 05-8629 | Earl J. Walker v. American Standard, Inc., et al. |
| VAE | 2 | 05-8630 | Thomas F. O'Neill v. American Standard, Inc., et al. |
| VAE | 2 | 05-8631 | Milton F. Rehlander v. American Standard, Inc., et al. |
| VAE | 2 | 08-9378 | William W. Bussey v. Buffalo Pumps, Inc., et al. |
| VAE | 2 | 08-9379 | William W. Bussey v. Buffalo Pumps, Inc., et al. |
| VAE | 2 | 08-9380 | John Kline v. Alfa Laval, Inc., et al. |
| VAE | 2 | 08-9381 | John Kline v. Alfa Laval, Inc., et al. |
| VAE | 2 | 08-9382 | Henry B. Becerra v. American Standard, Inc., et al. |
| VAE | 2 | 08-9383 | Herbert H. Daniels v. American Standard, Inc., et al. |
| VAE | 2 | 08-9384 | Alvin C. Ford v. American Standard, Inc., et al. |
| VAE | 2 | 08-9385 | Gary Glispie v. American Standard, Inc., et al. |
| VAE | 2 | 08-9386 | James Luwisch, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 08-9387 | Kenneth R. Reeves v. American Standard, Inc., et al. |

# MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 08-9388 | Henry E. Sanchez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9389 | Billy Ray Thornton v. American Standard, Inc., et al. |
| VAE | 2 | 08-9390 | John Kline v. Alfa Laval, Inc., et al. |
| VAE | 2 | 08-9391 | Andrew E. Curtis v. American Standard, Inc., et al. |
| VAE | 2 | 08-9392 | Edward C. Franco v. American Standard, Inc., et al. |
| VAE | 2 | 08-9393 | James M. Sullivan v. American Standard, Inc., et al. |
| VAE | 4 | 08-3248 | Theopolis McMoore, Jr. v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3249 | Stephen Robert Straley v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3250 | Keith B. Keller v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3251 | Clarence Porter Blackley v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3252 | Kenneth Gordon Gibson v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3253 | James Arthur Burwell v. 3m Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3254 | Lynn Edward Hickle, Sr. v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3255 | Eugene Thomas Wagoner v. 3M Business Products Sales, Inc., et al. |