# MDL 875

## LEVY, PHILLIPS & KONIGSBERG, LLP
### ATTORNEYS AT LAW
### 800 THIRD AVENUE
### NEW YORK, N.Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2008

FILED
CLERK'S OFFICE

August 12, 2008

*Request of Pltfs. in Seitz, et al., DE 1: 08-353, for Extension of Time to file Motion/Brief to Vacate CTO --- GRANTED TO AND INCLUDING **September 22, 2008**. (jwn - August 13, 2008)*

**VIA FACSIMILE**
Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
FAX: (202) 502-2888

PLEADING NO. 5535

Re: *Seitz v. Adel Wiggins Group, et al*
U.S. District Court for the District of Delaware Case No. 08-CV-0353 GMS
MDL No.: 875/CTO-312

Dear Mr. Luthi:

We represent the plaintiffs in the above captioned case and write to request an extension of time for the filing of our Motion to Vacate the Conditional Transfer Order and brief in support thereof. These papers are presently due on August 21, 2008. We request that this deadline be extended until October 2, 2008 in light of the fact that Plaintiffs' motion to remand this case to state court is pending before Judge Gregory M. Sleet in the District Court. Assuming the motion to remand is granted, any issue as to whether this case should be transferred will be rendered moot.

This case was removed by Defendant Bell Helicopter on June 11, 2008. Defendant Northrup Grumman also removed this case on June 12, 2008. Plaintiffs filed a Motion to Remand on July 29, 2008. This Court issued a Conditional Transfer Order (CTO-312) on July 21, 2008. Plaintiffs filed their Notice of Opposition to CTO-312 on August 5, 2008. Plaintiffs' motion and Brief to vacate the CTO is currently due on August 21, 2008.

{00125240.DOC}

**OFFICIAL FILE COPY**

IMAGED AUG 13 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 12 P 3:20

RECEIVED
CLERK'S OFFICE

Jeffery M. Luthi
Clerk of the Panel
August 12, 2008
Page 2

Plaintiffs request an extension until October 2, 2008, as this will afford Judge Sleet a reasonable amount of time (6 weeks) to set a briefing schedule and rule on Plaintiffs' motion to remand.

If Judge Sleet grants plaintiffs' motion to remand to state court, then there will be no need to engage in motion practice before MDL-875. Because any motion practice with the MDL court will be rendered moot by an order remanding this case to state court, the extension requested by plaintiffs would serve the interests of judicial economy and preserve the resources of the parties.

Thank you for your consideration of this matter.

                        Sincerely,

                        LEVY PHILLIPS & KONIGSBERG, LLP

                        By: _____
                            Sharon J. Zinns

cc:    All Counsel in the Seitz Case
       By facsimile (See Attached Service List)

{00125246.DOC}

# SEITZ v. ADEL WIGGINS GROUP, ET AL

## SERVICE LIST

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2008

FILED
CLERK'S OFFICE

| DEFENDANT | ADDRESS |
|---|---|
| DELAWARE DEFENSE COORDINATING COUNSEL | Loreto P. Rufo, Esquire<br>Rufo Associates, P.A.<br>7217 Lancaster Pike, Suite 4<br>Hockessin, Delaware 19701<br>*Fax: (302)-234-5905* |
| ADEL WIGGINS GROUP | Wade Mitchell<br>Baker & Hostetler LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, Ohio 44114-3485<br>*Fax: (216)-696-0740* |
| AEROJET-GENERAL CORPORATION | Neal C. Glenn<br>Daniel P. Daly<br>KELLEY JASONS McGUIRE & SPINELLI, L.L.P.<br>The Webster Building, Ste. 209<br>3411 Silverside Road<br>Wilmington, DE 19810<br>*Fax:(302)-478-7113* |
| AIR COOLED MOTORS | Air Cooled Motors<br>94 Hale Dr.<br>Walterboro, SC 29488<br>*Fax Number Unknown – Sent via U.S. Mail* |
| BELL HELICOPTER TEXTRON INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
| THE BOEING COMPANY | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| CBS CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801<br>*Fax: (302)-656-1434* |

{00124571.DOC}

| CESSNA AIRCRAFT RHODE ISLAND INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
|---|---|
| CURTISS-WRIGHT CORPORATION | CURTIS-Wright Corporation<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>*Fax Number Unknown – Sent via U.S. Mail* |
| FLETCHAIR, INC. | Fletch Air, Inc.<br>118 FM 1621<br>Comfort, TX 78013-3425<br>*Fax: (830)-995-5903* |
| FRANKLIN AIRCRAFT ENGINES, INC. | Franklin Aircraft Engines, Inc.<br>136 Racquette Dr.<br>Ft. Collis, CO 80524<br>*Fax: (970)-224-4404* |
| GARLOCK SEALING TECHNOLOGIES LLC | Gary H. Kaplan<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br>1220 N. Market Street, 4th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>*Fax: (302) 651-7905* |
| GENERAL ELECTRIC COMPANY | Lynne M. Parker, Esquire<br>Holstein, Keating, Cattell, Johnson & Goldstein<br>One Commerce Center, Suite 730<br>1201 North Orange Street<br>Wilmington, Delaware 19801<br>*Fax: (302)573-2507* |
| GENERAL MOTORS CORPORATION | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| GOODRICH CORPORATION | Donald E. Reid<br>Jason A. Cincilla<br>Amaryah K. Bocchino<br>Morris, Nichols, Arsht, & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Fax: (302) 658-3989* |

{00124571.DOC}

| GOODYEAR TIRE & RUBBER COMPANY | Gary H. Kaplan, Esquire<br>Armand J. Della Porta, Esquire<br>Ana Marina McCann, Esquire<br>Marshall Dennehey Warner Coleman & Goggin<br>1220 North Market Street, 5th Floor<br>Post Office Box 8888<br>Wilmington, Delaware 19899-8888<br>*Fax: (302) 651-7905* |
|---|---|
| HAWKER BEECHCRAFT, INC. | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |
| HONEYWELL | J. Michael Johnson, Esquire<br>Rawle & Henderson LLP<br>300 Delaware Avenue, Suite 1015<br>Post Office Box 588<br>Wilmington, Delaware 19899-0588<br>*Fax: (302)-778-1400* |
| IMO INDUSTRIES INC | Jeffrey S. Marlin, Esquire<br>Megan T. Mantzavinos, Esquire<br>Marks O'Neill O'Brien & Courtney, P.C.<br>913 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>*Fax: (302)-658-6537* |
| LYCOMING ENGINES | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
| NORTHROP GRUMMAN CORPORATION | Penelope B. O'Connell, Esquire<br>Elzufon Austin Reardon Tarlov & Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>Post Office Box 1630<br>Wilmington, Delaware 19899-1630<br>*Fax: (302)-428-3180* |
| PARKER-HANNIFIN CORPORATION | Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |

| PRATT & WHITNEY | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
|---|---|
| ROCKETDYNE, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
| RAYTHEON COMPANY | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |
| ROLLS-ROYCE NORTH AMERICA INC | Rolls Royce North America, Inc.<br>c/o Corporation Service Co.<br>2711 Centerville Rd., Suite 400<br>Wilmington, DE 19808<br>*Fax: (302)-636-5454* |
| SIKORSKY AIRCRAFT CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
| TELEDYNE CONTINENTAL MOTORS | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| TEXTRON INC. | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
| UNION CARBIDE CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801<br>*Fax: (302)-656-1434* |

{00124571.DOC}

| UNITED TECHNOLOGIES CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
|---|---|
| VOUGHT AIRCRAFT INDUSTRIES, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |