AUG-13-2008 14:53  LAWRENCE MADEKSHO  713 910 0250  P.03
Case 4:08-cv-02095 Case MDL No. 875 Document 5536 Filed 08/14/08 Page 1 of 1
Case 4:08-cv-02095 Document 10-8 Filed in TXSD on 07/29/2008 Page 1 of 1

**MDL 875**

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 14 2008

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| DONALD A. YOUNG, and spouse WANDA YOUNG, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 4:08-cv-02095 |
| AMERICAN STANDARD, ET AL | § § § | |
| Defendants. | § | |

PLEADING NO. 5536

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR REMAND AND MEMORANDUM IN SUPPORT THEREOF

CAME ON FOR CONSIDERATION AND HEARING, plaintiffs' emergency motion for remand and memorandum in support thereof. After reviewing the pleadings and considering arguments of counsel, the Court:

GRANTS plaintiffs' motion for remand.

SIGNED on this the 30th day of July, 2008.

_____
JUDGE PRESIDING

MDL- 875
RECOMMENDED ACTION
VAC CTO-313  1 action
Approved/Date: 13Aug08 -JK

RECEIVED CLERK'S OFFICE
2008 AUG 13 P 3:58
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED AUG 1 4 2008   TOTAL P.03