**MDL 875**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 14 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Donald A. Young, et al. v. American Standard, Inc. et al.,  )
   S.D. Texas, C.A. No. 4:08-2095               )      MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Young*) on August 11, 2008. The Panel has now been advised that *Young* was remanded to the 11th Judicial District Court of Harris County, State of Texas, by the Honorable Vanessa D. Gilmore in an order signed on July 30, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-313" filed on August 11, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5537

**OFFICIAL FILE COPY**

IMAGED AUG 1 4 2008