08/15/2008  08:51  2136277262  LEWIS AND SCHOLNICK  PAGE 02

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 18 2008

FILED
CLERK'S OFFICE

Guy J. Lewis, SBN 90413
Eric N. Scholnick, SBN 98782
LEWIS & SCHOLNICK
660 S. Figueroa Street, Suite 1720
Los Angeles, California 90017-3433
Telephone: (213) 627-0800
Facsimile: (213) 627-7262
Email:     gjl@lewischolaw.com
           eric@lewischolaw.com

Attorneys for Plaintiff

PLEADING NO. 5539

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET NEBER, Individually and as Executrix of the Estate of PHILLIP NEBER,<br><br>Plaintiff,<br><br>vs.<br><br>SYD CARPENTER MARINE CONTRACTOR, INC., et al.<br><br>Defendants. | CASE NO. CV 08-04500-FMC(AGRx)<br><br>Honorable Florence-Marie Cooper<br><br>NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER OF TAG-ALONG ACTION TO MDL No. 875 (CTO-313); DECLARATION OF GUY J. LEWIS |

TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

Plaintiff Margaret Neber Individually, and as Executrix of the Estate of Philip Neber opposes conditional transfer of her "Tag-Along" action to the MDL No. 875, In Re Asbestos Products Liability Litigation.

---

1

PLAINTIFFS' OPPOSITION TO CONDITIONAL TRANSFER OF TAG-ALONG ACTION TO MDL No. 875 (CTO-313)

OFFICIAL FILE COPY  IMAGED AUG 1 8 2008

The basis for this opposition is that Plaintiff has a Motion for Remand to State Court pending before the honorable Florence-Marie Cooper of the United States District Court, Central District of California. The Motion for Remand is scheduled for hearing on September 15, 2008.

Plaintiff submits that this case should be remanded to State Court due to a lack of federal subject matter jurisdiction, and the failure of defendant to seek removal in a timely manner. General Electric Company removed the case, claiming jurisdiction under the federal officer removal statute (28 U.S.C. § 1442(a)(1).

This opposition is based on this notice, the attached Declaration of Guy J. Lewis, the pleadings and papers on file herein, and upon such other matters as may be present to the Panel.

Dated: August 13, 2008

LEWIS & SCHOLNICK

By: _____
GUY J. LEWIS
Attorneys for Plaintiffs

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

On or about August 11, 2008, Plaintiff was served with a Conditional Transfer Order (CTO-313), transferring the above-entitled action to MDL No. 875, In Re: Asbestos Products Liability Litigation.

On August 6, 2008, Plaintiff, Margaret Neber, filed a motion to remand this matter to state court pursuant to 28 U.S.C. § 1447(c). A copy of the court's acknowledgement of electronic filing of the motion is attached. The motion is now set for hearing on September 15, 2008.

The Conditional Transfer Order is premature, since Plaintiff's motion for remand should be considered by the District Court prior to transfer to the MDL.

## II.

## THE ISSUES RAISED BY PLAINTIFF'S MOTION FOR REMAND ARE JURSIDICITIONAL AND SHOULD BE CONSIDERED BY THE DISTRICT COURT BEFORE ANY OTHER ACTION IS TAKEN.

Plaintiff raises two issues in her motion for remand; first, that the court lacks subject matter jurisdiction since defendant has failed to establish federal officer jursidicition, Mesa v. California, 489 U.S. 121, 124-125, 134-135 (1989); see also Durham v. Lockheed Martin Corp., 445 F.3d

1247, 1251 (9th Cir. 2006), and secondly, that remand to state court is mandatory because defendant failed to file their petition for removal in a timely manner. See 28 U.S.C. §1446(b); <u>Murphy Brothers, Inc., v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344, 348-49 (1999). If plaintiff is successful on either issue, the federal court will be divested of jurisdiction.

Hearing in Central District of California is appropriate, rather then the Eastern District of Pennsylvania, because of the delays and expense caused to Plaintiff.

Dated: August 13, 2008                    LEWIS & SCHOLNICK

By: *(signature)*
GUY J. LEWIS
Attorneys for Plaintiffs

---

4

PLAINTIFFS' OPPOSITION TO CONDITIONAL TRANSFER OF TAG-ALONG ACTION TO MDL No. 875 (CTO-313)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 18 2008

FILED
CLERK'S OFFICE

DECLARATION OF GUY J. LEWIS

I, Guy J. Lewis, declare:

1. I am an attorney at law, duly licensed to practice before all courts in the State of California and am admitted to the United States District Court, Central district of California. I am a partner in the law firm of Lewis & Scholnick, attorneys for plaintiff. As such, I have personal knowledge of the facts attested to below.

2. On or about August 11, 2008, Plaintiff was served with a Conditional Transfer Order (CTO-313), transferring the above-entitled action to the MDL No. 875, In Re: Asbestos Products Liability Litigation.

3. On August 6, 2008, Plaintiff, Margaret Neber, filed a motion to remand this matter to state court pursuant to 28 U.S.C. § 1447(c). A copy of the court's acknowledgement of electronic filing of the motion is attached as Exhibit A.

4. The motion to remand is now set for hearing on September 15, 2008 before the Honorable Florence-Marie Cooper.

5. The Conditional Transfer Order is premature, since Plaintiff's motion for remand should be considered by the District Court prior to transfer to the MDL.

6. Hearing in Central District of California is appropriate, rather then the Eastern District of Pennsylvania, because of the delays and expense

caused to Plaintiff if the Central District of California is not given an opportunity to consider and rule on Plaintiff's motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August, 2008, at Los Angeles, California.

*[signature]*

GUY J. LEWIS, Declarant

From: cacd_ecfmail@cacd.uscourts.gov
Subject: Activity in Case 2:08-cv-04500-FMC-AGR Margaret Neber et al v. SYD Carpenter Marine Contractor, Inc. et al Motion to Remand Case to State Court
Date: August 7, 2008 12:54:47 PM PDT
To: ecfnef@cacd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Lewis, Guy on 8/7/2008 at 12:54 PM PDT and filed on 8/7/2008
**Case Name:** Margaret Neber et al v. SYD Carpenter Marine Contractor, Inc. et al
**Case Number:** 2:08-cv-4500
**Filer:** Margaret Neber
**Document Number:** 17

**Docket Text:**
NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by plaintiff Margaret Neber(Individually). Motion set for hearing on 9/15/2008 at 10:00 AM before Judge Florence-Marie Cooper. (Lewis, Guy)

**2:08-cv-4500 Notice has been electronically mailed to:**

Antoinette P Hewitt    antoinette.hewitt@kutakrock.com

Stephanie Achsah Hingle    stephanie.hingle@kutakrock.com, cristina.canez@kutakrock.com, virginia.gomez@kutakrock.com

Guy J Lewis    gjl@lewischolaw.com

Deborah C Prosser    deborah.prosser@kutakrock.com, cristina.canez@kutakrock.com

**2:08-cv-4500 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Eric Nils Scholnick
Lewis and Scholnick
Attorneys at Law
660 South Figueroa Street Suite 1720
Los Angeles, CA 90017-3433

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** /Electronic Case Filing/Neber/Neber Notice, Motion For Remand.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/7/2008] [FileNumber=6294701-0]
[0ca069153b18f82df890b917bee4a6260df96c1da6bed70d855ba8e087305c0fad593
dbedd977d5762dd9e8d0aaae83f76cf3c313ea09ae618206021778db840]]

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## PROOF OF SERVICE

AUG 18 2008

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

FILED
CLERK'S OFFICE

I declare that I am employed in the office of a member of the bar of this Court, at whose direction service was made. I am over the age of 18 and not a party to the within action; my business address is: 660 S. Figueroa Street, Ste. 1720, Los Angeles, California 90017-3433.

On August 14, 2008, I served the foregoing document described as NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER OF TAG-ALONG ACTION TO MDL No. 875 (CTO-313); DECLARATION OF GUY J. LEWIS; on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED

__X__   (By U. S. Mail) I caused such envelope with postage thereon fully prepaid to be sent via U. S. Mail at Los Angeles, California.

_____   (By Facsimile) I transmitted from a facsimile transmission machine whose telephone number is (213) 627-7262 the document described above to the parties listed herein, at the facsimile number listed above. The above-described transmission was reported as complete without error.

_____   (By Personal Service) I delivered such envelope by hand to the offices of McKenna, Long & Aldridge, 444 S. Flower Street, 8th Floor, Los Angeles, California.

_____   (By Overnight Courier) I caused the above-described documents to be delivered to Federal Express in a sealed envelope, addressed as noted above, with the cost of delivery billed to Lewis & Scholnick.

I declare under penalty of perjury that the above is true and correct. Executed on the date of delivery at Los Angeles, California.

Fern Johnson

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2008 AUG 15 P 12:52
RECEIVED
CLERK'S OFFICE

| | |
|---|---|
| Kenneth Prindle<br>PRINDLE, DECKER & AMARO<br>P.O. Box 22711<br>Long Beach, CA 90801-5511<br>Fax No. 562 495-0564 | Triple A<br>Syd Carpenter<br>C.H. Murphy/Clark<br>Campbell<br>American Standard |
| Bruce G. Nye, Esq.<br>ADAMS, NYE, SINUNU, BRUNI, BECHT LLP<br>222 Kearny Street, 7th Floor<br>San Francisco, CA 94108-4521 | Kaman Ind/Winn Supp |
| Frank Pond<br>POND NORTH<br>350 S. Grand Ave. # 2850<br>Los Angeles, CA 90071<br>Fax No. 213 623-3594 | Fraser's Boiler<br>Astra Flooring<br>Viacom/Westinghouse |
| Michael McCall<br>WALSWORTH FRANKLIN BEVINS & MCCALL<br>1 City Boulevard West, 5th Floor<br>Orange, California 92868<br>Fax No. 714 634-0686 | Quintec<br>Thomas Dee |
| William Sayers<br>MCKENNA, LONG & ALDRIDGE<br>444 South Flower Street, 8th Floor<br>Los Angeles, California 90071<br>Fax No. 213 243-6330 | Metalclad<br>Certainteed |
| Deborah Prosser<br>KUTAK ROCK<br>515 S. Figueroa Street, Suite 1240<br>Los Angeles, CA 90071-3329<br>Fax No. 213 312-4001 | General Electric |
| Melanie White<br>FOLEY & MANSFIELD<br>150 Los Robles Avenue, Suite 400<br>Pasadena, CA 91101 | Riley Stoker |

# Notices

2:08-cv-04500-FMC-AGR Margaret Neber et al v. SYD Carpenter Marine Contractor, Inc. et al

(AGRx), DISCOVERY, MANADR

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Lewis, Guy on 8/15/2008 at 9:36 AM PDT and filed on 8/15/2008

**Case Name:**       Margaret Neber et al v. SYD Carpenter Marine Contractor, Inc. et al
**Case Number:**   2:08-cv-4500
**Filer:**                  Margaret Neber
**Document Number:** 23

**Docket Text:**
NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER OF TAG-ALONG ACTION TO MDL No. 875 (CTO-313); DECLARATION OF GUY J. LEWIS filed by plaintiff Margaret Neber(Individually). (Lewis, Guy)

**2:08-cv-4500 Notice has been electronically mailed to:**

Antoinette P Hewitt     antoinette.hewitt@kutakrock.com

Stephanie Achsah Hingle     stephanie.hingle@kutakrock.com, cristina.canez@kutakrock.com, virginia.gomez@kutakrock.com

Guy J Lewis     gjl@lewischolaw.com

Deborah C Prosser     deborah.prosser@kutakrock.com, cristina.canez@kutakrock.com

**2:08-cv-4500 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Eric Nils Scholnick
Lewis and Scholnick
Attorneys at Law
660 South Figueroa Street Suite 1720
Los Angeles, CA 90017-3433

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** /Electronic Case Filing/Neber/Neber Notice Opposition Conditional Transfer.pdf

**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/15/2008] [FileNumber=6337845-0]
[1a81c856195c621f6b51b2cf5305e99cff41fff2a12785fa913cb1dae036e8f8d9d5
5a57e06985edef45a2987755309b8801d375ab8ad48badf2e0d4270a9588]]