JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# MDL 875

AUG 1 8 2008

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)**                   **MDL No. 875**

| | |
|---|---|
| **WILLIAM W. BUSSEY** | : |
| | : |
| **Plaintiff** | : |
| | : |
| **v.** | : **CIVIL ACTION NO. 2:08-cv-09367-MSD** |
| | : **From the United States District Court,** |
| **BUFFALO PUMPS, INC., et al** | : **Eastern District of Virginia** |
| | : |
| **Defendants** | : |

PLEADING NO. 5540

### BUFFALO PUMPS INC.'S NOTICE OF JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 310

Defendant Buffalo Pumps, Inc., ("Buffalo Pumps"), by counsel, hereby files its Notice of

Joinder in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 310 filed by

Plaintiff in the case of *Bussey v. Buffalo Pumps, Inc., et al*, Civil Action Number 2:08-cv-09367-

MSD (EDVa)[1].  In support thereof, Buffalo Pumps states the following:

1.      Buffalo Pumps joins in the Oppositions filed by Viad Corp ("Viad") on or about

August 1, 2008, General Electric Company ("General Electric") on or about August 4, 2008 and

Foster Wheeler Energy Corporation ("Foster Wheeler") on or about August 4, 2008.

2.      In addition, Buffalo Pumps addresses Plaintiff's claim that removals filed by three

defendants on federal officer grounds somehow "create confusion regarding the jurisdictional

capacity of the MDL panel, the transferee court and the transferor court." (*See* Plaintiff's Motion

to Vacate at p. 2, par. #3.)

**OFFICIAL FILE COPY**

---

[1] Civil Action Number 2:08-cv-09367-JBF was reassigned from District Judge Jerome B. Friedman to District Judge
Mark S. Davis, thereby changing the case number to 2:08-cv-09367-MSD.

IMAGED AUG 1 9 2008

3.      As explained below, any "confusion" is merely clerical in nature.  Viad filed its Notice of Removal on May 27, 2008.  Thereafter, General Electric, Foster Wheeler and Buffalo Pumps filed a Notice of Joinder.  Additionally, General Electric and Buffalo Pumps each filed a Notice of Removal stating their own independent grounds for removal.  The Clerk opened new case files when General Electric (2:08-cv-09376-MSD) and Buffalo Pumps (2:08-cv-09378-MSD and 2:08-cv-09379-MSD) filed their removal papers.  Thus, four court files were opened based upon a single case removed from Portsmouth Circuit Court.

4.      The present case was conditionally transferred to the United States Judicial Panel on Multidistrict Litigation by CTO-310 on June 17, 2008.

5.      Recently, on August 11, 2008, CTO-313 conditionally transferred related cases 2:08-cv-09378-MSD and 2:08-cv-09379-MSD to the United States Judicial Panel on Multidistrict Litigation, thereby leaving only 2:08-cv-0936-76-MSD in the U.S. District Court for the Eastern District of Virginia, Norfolk Division. (*See* copy of CTO-313 attached hereto as Exhibit A).

6.      It is reasonable to assume that the one file that remains pending in the U.S. District Court for the Eastern District of Virginia, Norfolk Division, (2:08-cv-0936-76-MSD) will be transferred to the MDL-875 with the next Conditional Transfer Order and that all actions will presumably be consolidated by the Transferee Court once the transfer is complete.  Again, all four files arise out of the same case filed in Portsmouth Circuit Court.

7.      Buffalo Pumps submits that there is no "confusion" but merely a clerical issue which will be remedied when the fourth case is conditionally transferred and presumably consolidated by the MDL.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 18 2008

FILED
CLERK'S OFFICE

Respectfully submitted,

**BUFFALO PUMPS, INC.**
By Counsel

Jeffrey S. Poretz, Esquire (VSB# 38529)
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia  22102-3833
(703) 903-9000
*Counsel for Buffalo Pumps, Inc.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __15__ day of August, 2008, a copy of the foregoing
Buffalo Pumps, Inc.'s Notice of Joinder in Opposition to Plaintiff's Motion to Vacate
Conditional Transfer Order 310 has been served upon the Clerk of the Panel for Multidistrict
Litigation via Federal Express and simultaneous service has been made on all  the Panel Service
List (excerpted from CTO-310) and counsel listed below via First Class Mail, postage prepaid:

> Laura Cabutto, Esq.
> Simon, Eddins, & Greenstone, LLP
> 3232 McKinney Avenue, Suite 610
> Dallas, Texas 75204
> Counsel for Plaintiff

> Michael G. Phelan, Esq.
> Butler Williams & Skilling
> 100 Shockoe Slip, 4th Floor
> Richmond, VA 23219
> Counsel for Plaintiff

> George J. Dancigers, Esq.
> J. Brian Slaughter, Esq.
> McKenry, Dancigers, Dawson & Lake, P.C.
> 192 Ballard court, Suite 400
> Virginia Beach, VA 23462
> Counsel for Waco, Inc.

> Thomas C. Junker, Esquire
> Junker, Taddeo, Sturm, PLC
> 3 West Cary Street
> Richmond, VA 23220
> Counsel for General Electric Corp. and Foster Wheeler Energy Corp.

Henry N. Ware, Jr., Esq.
Spotts Fain PC
411 E. Franklin Street
P. O. Box 1555
Richmond, VA 23218
Counsel for CBS Corporation

K. Reed Mayo, Esq.
Reed Mayo Law Firm, P.C.
484 Viking Drive, Suite 130
Virginia Beach, VA 23452
Counsel for Viad Corp

Jeffrey S. Poretz

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

**CORRECTED**

PANEL SERVICE LIST (Excerpted from CTO-310)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9367
          (Judge Jerome B. Friedman)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
The Bell Atlantic Tower
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Jeffrey Scott Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
17 West Cary Street
Richmond, VA 23220

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 1 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-313)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,219 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

EXHIBIT

A

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

## SCHEDULE CTO-313 - TAG-ALONG ACTIONS

<u>DIST.</u> <u>DIV.</u> <u>C.A. #</u>   <u>CASE CAPTION</u>

CALIFORNIA CENTRAL
CAC 2  08-1441    Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.
CAC 2  08-4443    Mary T. Meredith, et al. v. Bondex International, Inc., et al.
CAC 2  08-4500    Margaret Neber, etc. v. SYD Carpenter Marine Contractor, Inc., et al.
CAC 2  08-4674    Edgardo R. Salamante, et al. v. Quintec Industries, Inc., et al.

CALIFORNIA NORTHERN
CAN 3  08-3113    Robert Schoelzel v. Allis-Chalmers Corp., et al.
CAN 3  08-3314    Norman Carveth v. Allis-Chalmers Corp. Product Liability Trust, et al.

CONNECTICUT
CT   3  08-999    Barbara Culbertson, etc. v. General Electric Co.

DELAWARE
DE  1  08-351     Frederick Seitz, et al. v. Adel Wiggins Group, et al.

FLORIDA MIDDLE
FLM 8  08-1295    Darrell Maxey, etc. v. A.W. Chesterton Co., et al.

FLORIDA SOUTHERN
FLS 9  08-80724   John A. Faddish, et al. v. Buffalo Pumps, Inc., et al.

GEORGIA NORTHERN
GAN 1  08-2022    Williams S. Breedlove, et al. v. CSX Transportation, Inc.

ILLINOIS NORTHERN
ILN 1  08-3264    Edward Klobucar v. Allied Crane, Inc., et al.
ILN 1  08-3971    Eva Mulcahy, etc. v. Buffalo Pumps, Inc., et al.

LOUISIANA EASTERN
LAE 2  08-1740    Arthur Montegut, Sr. v. Bunge North America, Inc., et al.

MARYLAND
MD  1  08-1874    Bernard Shorter, et al. v. John Crane-Houdaille, Inc., et al.

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #    CASE CAPTION**

MISSISSIPPI NORTHERN
  MSN  2  08-166     Patricia Tigner v. Bondex International, Inc., et al.

MISSISSIPPI SOUTHERN
  MSS  1  08-319     Melissa Priester, etc. v. Crane Co., et al.

NORTH CAROLINA MIDDLE
  NCM  1  08-450     Joann Bennett Smith, etc. v. Aqua-Chem, Inc., et al.
  NCM  1  08-451     Michael L. Johnson, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-452     Kevin Fare Martin, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-463     Richard A. Dudley, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-464     Walter W. Fitzpatrick, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-487     Charles R. Hauser, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-490     Donald W. Kimball, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-491     Bruce E. Lee, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-503     Floyd E. Ford, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-504     Leslie E. Kesler, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-505     Gary Lynn Ratliff, Sr. v. Aqua-Chem, Inc., et al.
  NCM  1  08-514     Michael Wayne Brown, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-515     William G. Prevette, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-516     Russ M. Hartsell, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  08-287     Matthew S. Cox, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-288     Randall Lee Adams v. Aqua-Chem, Inc., et al.
  NCW  1  08-289     Jimmy Ray Barnes, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-290     Bobby R. Harris, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-291     Keith A. Martin, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-292     Eddie D. Stephens, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-296     Candis S. McAlister, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-297     Barbara Long Pearson v. Aqua-Chem, Inc., et al.
  NCW  1  08-298     William M. Raney, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-299     Robert C. Thompson, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-300     Thomas L. Titchenal, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-302     Larry W. Abernathy, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-306     Donald P. Anderson, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-307     William L. Duvall, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-308     David Harrison Greer v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|
| NCW | 1 | 08-309 | James R. Groner, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-310 | Donald D. Herndon, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-311 | Bobby D. Ledford, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-312 | Rodney William Martin v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-313 | Patricia Fisher Moore v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-314 | Calvin E. Ramseur, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-315 | Keith Carl Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-316 | Betty Jean Stephens, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-317 | Harold R. Hunter, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-323 | Michael Worth Hines v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-324 | Joel Ernie Ingle v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-325 | John Thomas Walker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-326 | Robert S. Lockler, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-327 | Boyce E. Easter, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-328 | Roy Lee Hembree, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-329 | Danny Eugene Jones, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-330 | Cynthia D. MacIntosh, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-331 | Jimmy Allen Avery, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-332 | Priscilla A. Curtis, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-333 | Floyd L. Grass, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-334 | Edmonia F. Adams v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-335 | Robert Bryan Bailey v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-336 | Paul F. Campbell, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-337 | David Lee Coffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-338 | Pearl Graham, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-339 | James O. Connor, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-340 | Robert Edmond Ellis v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-341 | Thilbert A. Hager, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-343 | William J. Herndon, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-344 | Steven P. Holbrooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-345 | Jeffrey Wayne Pagan v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-347 | David C. Sherrill, et al. v. Aqua-Chem, Inc., et al. |

NEW YORK SOUTHERN

| NYS | 1 | 08-5509 | Ernesto Miranda, et al. v. Abex Corp., et al. |
| NYS | 1 | 08-6168 | Donald Wolf v. General Motors Corp. |

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #     CASE CAPTION**

SOUTH CAROLINA
| SC | 0 | 08-2361 | Jimmy Coleman, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2500 | Ginnive W. Cook, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2529 | Dennis Jones, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2531 | Philip W. Long, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2575 | Paul Aiken, III, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2579 | Clifford T. Canty, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2581 | Steven Maurice Corley v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2601 | James M. Hamilton, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2615 | Billy Ray Ramsey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 4 | 08-2507 | Betty L. Akers, et al. v. Aqua-Chem, Inc., et al. |
| SC | 4 | 08-2528 | Gary Leon Akers, et al. v. Aqua-Chem, Inc., et al. |
| SC | 6 | 08-2362 | James B. Vaughn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 6 | 08-2582 | Raymond B. Howell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2502 | Norman R. Lanier, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2583 | Robert H. Jefferies, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2614 | Robert K. Albertson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2623 | Joe Dean Byars, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2360 | John Edward Black v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2501 | Hal Boyd Kelly, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2506 | Charles B. Matheson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2576 | Anthony E. Bagwell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2577 | Claude R. Brewer, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2584 | John L. Kilpatrick, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2586 | Rhonda Ellenburg, etc. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2587 | Kylie Johnson, etc. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2618 | Morris M. Owens, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2620 | Edward L. Huskey, et al. v. Aqua-Chem, Inc., et al. |

TEXAS SOUTHERN
| TXS | 4 | 08-2095 | Donald A. Young, et al. v. American Standard, Inc. et al. |

VIRGINIA EASTERN
| VAE | 2 | 05-8598 | William H. Monroe, Jr., etc. (Anthony J. Grasso) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8599 | William H. Monroe, Jr., etc. (James E. Osting) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8600 | William H. Monroe, Jr., etc. (Marion H. Williams) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8601 | Bernard L. Curry v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

<u>**DIST.**</u> <u>**DIV.**</u> <u>**C.A. #**</u>    <u>**CASE CAPTION**</u>

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 05-8602 | Ronald Eskridge v. American Standard, Inc., et al. |
| VAE | 2 | 05-8603 | Robert E. Lilley v. American Standard, Inc., et al. |
| VAE | 2 | 05-8604 | Loren K. McCroskey v. American Standard, Inc., et al. |
| VAE | 2 | 05-8605 | Leroy G. Meseke v. American Standard, Inc., et al. |
| VAE | 2 | 05-8606 | John D. Murray v. American Standard, Inc., et al. |
| VAE | 2 | 05-8607 | William W. Powers v. American Standard, Inc., et al. |
| VAE | 2 | 05-8608 | William L. Salter v. American Standard, Inc., et al. |
| VAE | 2 | 05-8609 | Kenneth C. Shuey v. American Standard, Inc., et al. |
| VAE | 2 | 05-8610 | Wilbur E. Still v. American Standard, Inc., et al. |
| VAE | 2 | 05-8611 | Benton F. Williams v. American Standard, Inc., et al. |
| VAE | 2 | 05-8612 | Donald W. Anderson v. American Standard, Inc., et al. |
| VAE | 2 | 05-8613 | Oscar L. Clark v. American Standard, Inc., et al. |
| VAE | 2 | 05-8614 | William H. Monroe, Jr., etc. (Homer Wayne Holland) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8615 | Raymond J. Holley v. American Standard, Inc., et al. |
| VAE | 2 | 05-8616 | William H. Monroe, Jr., etc. (Robert Glen Spencer) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8617 | William H. Monroe, Jr., etc. (Leroy E Varney) v. American Standard, Inc.,  et al. |
| VAE | 2 | 05-8618 | Eulalio E. Castaneda v. American Standard, Inc., et al. |
| VAE | 2 | 05-8619 | Jerold H. German v. American Standard, Inc., et al. |
| VAE | 2 | 05-8620 | Glenn E. Allen v. American Standard, Inc., et al. |
| VAE | 2 | 05-8621 | George F. Bartlome v. American Standard, Inc., et al. |
| VAE | 2 | 05-8622 | Enrique Castaneda v. American Standard, Inc., et al. |
| VAE | 2 | 05-8623 | Grant Howard v. American Standard, Inc., et al. |
| VAE | 2 | 05-8624 | Frank Rodriguez v. American Standard, Inc., et al. |
| VAE | 2 | 05-8627 | Robert J. Russell v. American Standard, Inc., et al. |
| VAE | 2 | 05-8628 | Gerald C. Wedel v. American Standard, Inc., et al. |
| VAE | 2 | 05-8629 | Earl J. Walker v. American Standard, Inc., et al. |
| VAE | 2 | 05-8630 | Thomas F. O'Neill v. American Standard, Inc., et al. |
| VAE | 2 | 05-8631 | Milton F. Rehlander v. American Standard, Inc., et al. |
| VAE | 2 | 08-9378 | William W. Bussey v. Buffalo Pumps, Inc., et al. |
| VAE | 2 | 08-9379 | William W. Bussey v. Buffalo Pumps, Inc., et al. |
| VAE | 2 | 08-9380 | John Kline v. Alfa Laval, Inc., et al. |
| VAE | 2 | 08-9381 | John Kline v. Alfa Laval, Inc., et al. |
| VAE | 2 | 08-9382 | Henry B. Becerra v. American Standard, Inc., et al. |
| VAE | 2 | 08-9383 | Herbert H. Daniels v. American Standard, Inc., et al. |
| VAE | 2 | 08-9384 | Alvin C. Ford v. American Standard, Inc., et al. |
| VAE | 2 | 08-9385 | Gary Glispie v. American Standard, Inc., et al. |
| VAE | 2 | 08-9386 | James Luwisch, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 08-9387 | Kenneth  R. Reeves v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|
| VAE | 2 | 08-9388 | Henry E. Sanchez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9389 | Billy Ray Thornton v. American Standard, Inc., et al. |
| VAE | 2 | 08-9390 | John Kline v. Alfa Laval, Inc., et al. |
| VAE | 2 | 08-9391 | Andrew E. Curtis v. American Standard, Inc., et al. |
| VAE | 2 | 08-9392 | Edward C. Franco v. American Standard, Inc., et al. |
| VAE | 2 | 08-9393 | James M. Sullivan v. American Standard, Inc., et al. |
| VAE | 4 | 08-3248 | Theopolis McMoore, Jr. v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3249 | Stephen Robert Straley v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3250 | Keith B. Keller v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3251 | Clarence Porter Blackley v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3252 | Kenneth Gordon Gibson v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3253 | James Arthur Burwell v. 3m Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3254 | Lynn Edward Hickle, Sr. v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3255 | Eugene Thomas Wagoner v. 3M Business Products Sales, Inc., et al. |

(a)     Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)     Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)     Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)     Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)     Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)     Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:     MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)     Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)     Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)     Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)     A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)     Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

RULE 5.2:        SERVICE OF PAPERS FILED

(a)        All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)        The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)        Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)        In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)        If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

## INVOLVED COUNSEL LIST (CTO-313)

David W. Allen
GOODELL DEVRIES LEECH & DANN
LLP
One South Street
Suite 2000
Baltimore, MD 21202

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY &
NAPOLITAN PLLC
254 Court Avenue
Second Floor
Memphis, TN 38103

Arturo M. Aviles
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
100 Congress Avenue
Suite 800
Austin, TX 78701

Edward E. Bagnell, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Nicholas S. Baldo
STEVENS BALDO FREEMAN &
LIGHTLY LLP
550 Fannin Street
Suite 700
P.O. Box 4950
Beaumont, TX 77701

Brian P. Barrow
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90815

Sabrina M. Berdux
KNOX RICKSEN LLP
1300 Clay Street
Suite 500
Oakland, CA 94612-1427

Nickolas C. Berry
HINSHAW & CULBERTSON LLP
Barnett Bank Building
1 East Broward Blvd.
Suite 1010
Fort Lauderdale, FL 33301

Robert Karl Beste, III
SMITH KATZENSTEIN FURLOW
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Scott R. Bickford
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Wilton E. Bland, III
MOULEDOUX BLAND LEGRAND
& BRACKETT
4250 One Shell Square
701 Poydras Street
New Orleans, LA 70130-4250

John A. Bolles
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Nathaniel A. Bosio
DOGAN & WILKINSON PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39567

Allen Dale Bowers, II
LAW OFFICE OF JOSEPH
RHOADES
1225 King Street
Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Paul A. Bradley
MARON MARVEL BRADLEY &
ANDERSON PA
1201 North Market Street
Suite 900
P.O. Box 288
Wilmington, DE 19801

Robert J. Brummond
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Christian C. Burden
DLA PIPER US LLP
100 North Tampa Street
Suite 2200
Tampa, FL 33602-1447

Wendolyn S. Busch
MECHANIK NUCCIO WILLIAMS ET
AL
18560 North Dale Marbry Highway
Lutz, FL 33548

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75205

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 S. Ashland Avenue
Chicago, IL 60607-5308

William Thomas Causby
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Stuart L. Cohen
RUMBERGER KIRK & CALDWELL
80 S.W. 8th Street
Suite 3000
Miami, FL 33130

William David Conner
HAYNSWORTH SINKLER BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

Timothy Colin Connor
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

Eric David Cook
WILLCOX & SAVAGE PC
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Noriss Ennis Cosgrove
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Case A. Dam
FERRARO LAW FIRM
4000 Ponce de Leon Boulevard
Suite 700
Miami, FL 33146

William Pearce Davis
BAKER RAVENEL & BENDER
P.O. Box 8057
Columbia, SC 29202

Michael D. Dement
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
2001 Bryan Street, Suite 1300
Bryan Tower
Dallas, TX 75201

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

Christina E. Dubis
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Steven A. Edelstein
Biltmore Hotel Executive Office Center
1200 Anastasia Avenue
Suite 410
Coral Gables, FL 33134

C. Michael Evert, Jr.
EVERT WEATHERSBY & HOUFF
LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Julie Feigeles
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134-6012

John R. Felice
PIERCE DAVIS & PERRITANO LLP
Ten Winthrop Square
Boston, MA 02110

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Evelyn M. Fletcher
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Peter Collins Freeman
LAW OFFICES OF PETER C
FREEMAN
16485 Laguna Canyon Road
Suite 230
Irvine, CA 92618-3846

James D. Gandy , III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street, Suite 600
Norfolk, VA 23510

Neal C. Glenn
KELLEY JASONS MCGUIRE &
SPINELLI LLP
Centre Square West
1500 Market Street, Suite 1500
Philadelphia, PA 19102

Brenda Godfrey
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134

Helaine S. Goodner
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302

David M. Governo
GOVERNO LAW FIRM LLC
260 Franklin Street, 15th Floor
Boston, MA 02110

Julia A. Gowin
PALMIERI TYLER WIENER
WILHELM & WALDRON
East Tower, Suite 1300
2603 Main Street
Irvine, CA 92614-4281

Stephen Porter Hall
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Katrina M. Hall-Odom
AULTMAN TYNER & RUFFIN LTD
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Tina Hansard
HAWKINS PARNELL &
THACKSTON LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

David M. Hawthorne
AKERMAN SENTERFITT
Las Olas Centre, II
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-2229

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Peter M. Henk
SHOOK HARDY & BACON LLP
Chase Tower
600 Travis Street
Suite 1600
Houston, TX 77002

Antoinette P. Hewitt
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329

Ethan A. Horn
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard, Suite 1950
Long Beach, CA 90802

H. Forest Horne, Jr.
JONES MARTIN PARRIS &
TESSENER PLLC
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

James Gordon House, III
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jamie W. Howell, Jr.
GILDER HOWELL & ASSOCIATES
PA
P.O. Box 193
Southhaven, MS 38671-0193

Jeffrey P. Hubbard
WELLS MOORE SIMMONS &
HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Lakeysha Greer Isaac
COSMICH SIMMONS & BROWN
PLLC
733 North State Street
Jackson, MS 39202

Curtis L. Isler
TUCKER ELLIS & WEST LLP
515 South Flower Stree
42nd Floor
Los Angeles, CA 90017-2223

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

J. Michael Johnson
RAWLE & HENDERSON LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Christopher R. Jordan
JORDAN FIRM
1804 Frederica Road, Suite C
P.O. Box 20704
St. Simons Island, GA 31522

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Gary H. Kaplan
MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN
1220 North Market Street, 5th Floor
Wilmington, DE 19801

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Leland I. Kellner
LAVIN COLEMAN FINARELLI &
GRAY
Penn Mutual Tower, 10th Floor
510 Walnut Street
Philadelphia, PA 19106

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Deaborn Street
Chicago, IL 60603

Claire Williams Ketner
BRUNINI GRANTHAM GROWER
& HEWES PLLC
P. O. Drawer 119
Jackson, MS 39205-0119

Victoria O. Kieth
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
100 Congress Avenue
Suite 800
Austin, TX 78701

William F. Kiniry, Jr.
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300

John T. Kitchens
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Susan B. Kohn
SIMON PERAGINE SMITH &
REDFEARN LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

John Andrew LaBoon
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
100 Congress Avenue, Suite 800
Austin, TX 78701

Peter Andrew Lampros
COOK HALL & LAMPROS LLP
Promenade Two, Suite 3700
1230 Peachtree Street, NE
Atlanta, GA 30309

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Major A. Langer
PERONA LANGER BECK
LALLANDE & SERBIN
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, CA 90807

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

Christopher L. Madeksho
MADEKSHO LAW FIRM
8866 Gulf Freeway
Suite 440
Houston, TX 77017

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Street, Suite 5500
Chicago, IL 60606

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Jeffrey S. Marlin
MARKS O'NEILL O'BRIEN &
COURTNEY PC
913 North Market Street, Suite 800
Wilmington, DE 19801

Miriam P. Maxwell
VASQUEZ & ESTRADA
Courthouse Square
1000 Fourth Street, Suite 700
San Rafel, CA 94901

James A. Mayfield
NAMAN HOWELL SMITH & LEE
900 Washington Avenue
7th Floor
P.O. Box 1470
Waco, TX 76703-1470

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive, Suite 130
Virginia Beach, VA 23452

John C. McCants
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Moffatt Grier McDonald
HAYNSWORTH SINKLER BOYD PA
P.O. Box 2048
Greenville, SC 29602

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE &
DISIPIO
190 N. Independence Mall West
6th & Race Street
Suite 500
Philadelphia, PA 19106

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Christopher Meisenkothen
EARLY LUDWICK & SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Gustavo Javier Membiela
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136

Karen Barth Menzies
ROBINSON CALCAGNIE &
ROBINSON
620 Newport Center Drive
Seventh Floor
Newport Beach, CA 92660

Julie Lynn Mer
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Donald S. Meringer
MERINGER ZOIS & QUIGG LLC
300 East Lombard Street
Suite 1440
Baltimore, MD 21202

Clinton W. Moody
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Kyle S. Moran
PHELPS DUNBAR LLP
NorthCourt One, Suite 300
2304 19th Street
Gulfport, MS 39501

Stephen W. Mullins
LUCKEY & MULLINS
P.O. Box 724
Ocean Springs, MS 39564

Brendan Murphy
PERKINS COIE LLP
1201 3rd Avenue, Suite 4800
Seattle, WA 98101-3099

John K. Nieset
CHRISTOVICH & KEARNEY LLP
601 Poydras Street
Suite 2300
New Orleans, LA 70130-6078

Penelope B. O'Connell
ELZUFON AUSTIN REARDON
TARLOV & MONDELL PA
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

John Patrick O'Flanagan
FOWLER WHITE BOGGS &
BANKER PA
501 E. Kennedy Boulevard, Suite 1700
P.O. Box 1438
Tampa, FL 33601-1438

Alison E. O'Neal
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

James R. Old, Jr.
GERMER GERTZ LLP
P.O. Box 4915
Beaumont, TX 77704-4915

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

John Francis Parker
MOUND COTTON WOLLAN &
GREENGRASS
One Battery Park Plaza
New York, NY 10004

Lynne M. Parker
HOLLSTEIN KEATING CATTELL ET AL
12th & Orange Street, Suite 730
One Commerce Center
Wilmington, DE 19801

Sara Marie Parker
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st. Floor
San Fransisco, CA 94111

Donald C. Partridge
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Steven R. Penn
PENN RAKAUSKI
927 Main Street
Racine, WI 53403

Ronald G. Peresich
PAGE MANNINO PERESICH &
MCDERMOTT PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Richard M. Perles
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219

Carl E. Pierce, II
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 500
Mclean, VA 22102

Jeffrey Scott Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1220 Market Street
5th Floor
Wilmington, DE 19801

William L. Powers
GLAST PHILLIPS ET AL
219 East Houston Street
Suite 400
San Antonio, TX 78205

Lawrence G. Pugh, III
PUGH ACCARDO HAAS &
RADECKER LLC
1100 Poydras Street
Energy Centre, Suite 2000
New Orleans, LA 70163-2000

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Michael John Ramirez
K&L GATES LLP
2828 N Harwood Street, Suite 1800
Dallas, TX 75201

Robert L. Redfearn
SIMON PERAGINE SMITH &
REDFEARN LLP
1100 Poydras, Suite 3000
New Orleans, LA 70163-3000

Donald E. Reid
MORRIS NICHOLS ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Antonio J. Rodriguez
FOWLER RODRIGUEZ
VALDES-FAULI
400 Poyodras Street, 30th Floor
New Orleans, LA 70130

Chris Romanelli
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

Kenneth Royer
BEASON WILLINGHAM LLP
808 Travis, Suite 1608
Houston, TX 77002

Gregory Scott Savage
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
One North Charles Street
Suite 2500
Baltimore, MD 21201

Eric Nils Scholnick
LEWIS & SCHOLNICK
660 South Figueroa St.,
Suite 1720
Los Angeles, CA 90017-3433

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

David Walter Scopp
MORGAN LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1126

Charles T. Sheldon
SEDGWICK DETERT MORAN &
ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Daniel M. Silver
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Kelly D. Simpkins
WELLS MARBLE & HURST PLLC
Lamar Life Building, Suite 600
317 East Capitol Street
P.O. Box 131
Jackson, MS 39205-0131

Christian J. Singewald
WHITE & WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Clinton W. Sitton
OFFICE OF CLINTON W SITTON
3353 Peachtree Road, N.E.
Suite 510
Atlanta, GA 30326

M. Stephen Smith, III
RUMBERGER KIRK & CALDWELL
Brickell Bayview Centre
80 S.W. 8th Street, Suite 3000
Miami, FL 33130-3047

Mark J. Spansel
ADAMS & REESE LLP
One Shell Square, Suite 4500
701 Poydras Street
New Orleans, LA 70139

Martha B. Stegall
MITCHELL MCNUTT & SAMS PA
P. O. Box 7120
Tupelo, MS 38802-7120

Jennifer M. Studebaker
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Katharine McKee Surkin
PAGE MANNINO PERESICH &
MCDERMOTT PLLC
P.O. Box 16450
Jackson, MS 39236-6450

Brian Thomas Swift
B SWIFT LAW FIRM PC
480 North Sam Houston Parkway East
Suite 232
Houston, TX 77060

Cowles E. Symmes
PAGE MANNINO PERESICH &
MCDERMOTT PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
3 West Cary Street
Richmond, VA 23220

Michael A. Tanenbaum
SEDGWICK DETERT MORAN &
ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE, Suite 200
Atlanta, GA 30305

Eric Thompson
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS & KONIGSBERG
LLP
800 Third Ave
13th Floor
New York, NY 10022

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Julie Ann Torres
JACKSON & WALLACE
55 Francisco Street
6th Floor
San Francisco, CA 94133

Beth E. Valocchi
SWARTZ & CAMPBELL
300 Delaware Avenue
Suite 1130
Wilmington, DE 19801

Carey R. Varnado
MONTAGUE PITTMAN &
VARNADO
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Henry N. Ware Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Jason Douglas Watkins
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Paul A. Weykamp
LAW OFFICES OF PAUL A WEYKAMP
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Beranton James Whisenant, Jr.
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard, Suite 1000
Miami, FL 33137

Clay M. White
SAMMONS & PARKER PC
218 North College Avenue
Tyler, TX 75702

Robert E. Williams, IV
SULZER & WILLIAMS LLC
201 Holiday Boulevard
Suite 335
Covington, LA 70433

Sarah B. Windham
AULTMAN TYNER RUFFIN & SWETMAN LTD
P. O. Drawer 750
Hattiesburg, MS 39403-0750

James Steven Zavakos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, MD 21201-3804

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875


**\*\*CORRECTED\*\***


**PANEL SERVICE LIST (Excerpted from CTO-310)**


William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9367
    (Judge Jerome B. Friedman)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
The Bell Atlantic Tower
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Jeffrey Scott Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
17 West Cary Street
Richmond, VA 23220

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608