# LEVY, PHILLIPS & KONIGSBERG, LLP
### ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 19 2008

FILED
CLERK'S OFFICE

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924

TELEPHONE: (845) 294-2002

August 19, 2008

> Request of Pltfs. Miranda, et al., NYS 1:08-5491, for
> Extension of Time to file Motion/Brief to Vacate CTO ---
> GRANTED TO AND INCLUDING **September 17, 2008**.
> (jwn - August 19, 2008)

**PLEADING NO. 5542**

***VIA FACSIMILE***
Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
FAX: (202) 502-2888

Re:  *Miranda v. Abex Corporation, et al*
     U.S. District Court for the Southern District of New York
     Case No. 08-CIV-5491
     MDL No.: 875/CTO-312

Dear Mr. Luthi:

We represent the plaintiffs in the above captioned case and write to request an extension of time for the filing of our Motion to Vacate the Conditional Transfer Order and brief in support thereof. These papers are presently due on August 20, 2008. We request that this deadline be extended until September 17, 2008 in light of the fact that Plaintiffs and all removing defendants have stipulated to the remand and that Plaintiffs' Proposed Order to Remand this case to state court is pending before Judge Shira Sheindlin in the District Court. Assuming the Proposed Order to remand is signed, any issue as to whether this case should be transferred will be rendered moot.

This Court issued a Conditional Transfer Order (CTO-312) on July 21, 2008. Plaintiffs filed their Notice of Opposition to CTO-312 on August 4, 2008. Plaintiffs' motion and brief to vacate the CTO is currently due on August 20, 2008.

**OFFICIAL FILE COPY**
IMAGED AUG 20 2008

Jeffery M. Luthi
Clerk of the Panel
August 19, 2008
Page 2

This case was removed by four defendants: Lockheed Martin Corporation, The Boeing Company and Boeing Integrated Defense System, Northrup Grumman Systems Corporation, and General Dynamics Corporation. Each of these four defendants has stipulated that the case be remanded to State Court. Plaintiffs have filed a Proposed Order to Remand the case based on these stipulations.

Plaintiffs request an extension until September 17, 2008, as this will afford Judge Sheindlin a reasonable amount of time (4 weeks) to rule on Plaintiffs' and Defendant's Stipulation and Proposed Order to remand.

If Judge Sheindlin signs Plaintiffs' Proposed Order of Remand, then there will be no need to engage in motion practice before MDL-875. Because any motion practice with the MDL court will be rendered moot by an order remanding this case to state court, the extension requested by plaintiffs would serve the interests of judicial economy and preserve the resources of the parties.

Thank you for your consideration of this matter.

Sincerely,

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Sharon J. Zinns

cc:  All Counsel in the Miranda Case
     By facsimile (See Attached Service List)

{00125711.DOC}

## MIRANDA SERVICE LIST
Updated: August 18, 2008

James Walker Smith, Esq.
SMITH ABBOT, L.L.P.
48 Wall Street, Suite 1100
New York, NY 10005
*Attorneys for Abex Corporation f/k/a American Brake Shoe and Pneumo Abex Corporation Individually and as successor in interest to Abex Corporation*
T: 212-981-4501
F: 212-981-4502
jwsmith@smithabbot.com

Suzanne Halbardier, Esq.
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
*Attorneys for American Refractories, Co., Graybar Electric Company, Inc.*
T: (212) 313-3600
F: (212) 608-8902
shalbardier@bmmfirm.com

PEHLIVANIAN, BRAATEN & PASCARELLA, L.L.P.
2430 Route 34
PO BOX 648
Manasquan, NJ 08736
*Attorneys for American Refractories, Inc. and General Cable, Co.*
T: (732)528-8888
lp@pehli.com

Kerryann M. Cook, Esq.
McGIVNEY & KLUGER P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Avocet Enterprises, Inc., Courter & Company and Fay Spoffard & Thorndike of New York, Inc. f/k/a Wolf & Munier, Inc., Hercules chemical Company, Inc., Leslie Controls and Treadwell Corporation*
T: (212) 509-3456
F: (212) 509-4420
kcook@mcgineyandklguer.com

Joe D'Avanzo, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604
*Attorneys for The Boeing Company & Boeing Integrated Defense Systems*
T: (914) 323-7001

Julie Evans, Esq.
Erik DiMarco, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
*Attorneys for A.W. Chesterton Co., Inc., Carrier Corporation, General Dynamics*
T: (212) 490-3000
F: (212) 490-3038
julie.evans@wilsonelser.com
Erik.Dimarco@wilsonelser.com

Andrew M. Warshauer, Esq.
WEINER LESNIAK, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788
**Attorneys for Bondex Incorporated,
Lockheed Martin Corporation and Robert
A. Keasbey Co.**
T: (631) 232-6130
F: (631) 232-6184
awarshauer@weinerlesniak.com

Anna DiLonardo, Esq.
WEINER LESNIAK, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788
**Attorneys for Borg Warner Corporation**
T: (631) 232-6130
4F: (631) 232-6184
adilonardo@weinerlesniak.com

Michael Waller, Esq
KIRKPATRICK & LOCKHART
PRESTON
 GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
**Attorneys for Crane Co.
CRANE RESISTOFLEX AEROSPACE
and Crane Pumps & Systems, Inc. &
CRANE AEROSPACE &
ELECTRONICS**
T: (973) 848-4000
F: (973) 848-4001
Michael.Waller@klgates.com

Deborah L. Slowata, Esq.
Nancy McDonald, Esq.
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
**Attorneys for Cuttler Hammer n/k/a Eaton
Electrical Inc. and Eaton Hydraulic, Inc.
f/k/a Vickers Inc.**
T: (973) 425-8154
F: (973) 425-0161
nmcdonald@mdmc-law.com

Judith Yavitz, Esq.
Gary Casimir, Esq.
REED SMITH, LLP.
599 Lexington Avenue
New York, N.Y. 10022
**Attorneys for Dana Corporation**
T: (212) 205-6093
F: (212) 521-5450
jyavitz@reedsmith.com
gcasimir@reedsmith.com

Andrew P. Fishkin, Esq
EDWARDS & ANGELL, LLP
750 Lexington Avenue
New York, New York 10022
**Attorneys for Dresser Industries, Inc.**
T:    (212) 308-4411
F:    (212) 308-4844

William Mueller, Esq.
CLEMENTE MUELLER
& TOBIA, P.A.
P.O. Box 1296
Morristown, New Jersey 07962
**Attorneys for Durabla Manufacturing
Company**
T:    (973) 455-8008
F:    (973) 455-8118
wmueller@cmt-law.com

Erich Gleber, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD
830 Third Avenue, Suite 400
New York, NY 10022
**Attorneys for Durametalic Corporation and
Garlock Sealing Technologies, LLC
Anchor Packing Co. and Railroad Friction
Products Corp.**
T:    (212) 651-7500
F:    (212) 651-7499

00115288.WPD

Heidi Chang, Esq.
Nicole Wesslemenn, Esq.
McMAHON MARTINE
& GALLAGHER
90 Broad Street, 14th Floor
New York, New York 10004
***Attorneys for Eastern Refractories
Corporation***
T: (212) 747-1230
F: (212) 747-1239
hchang@mmglawyers.com
nwesselmann@mmglawyers.com

Ethan Baumfeld, Esq. /
Nancy L. Pennie, Esq.
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH, LLP
757 Third Avenue
New York, NY 10017
***Attorneys for General Motors Corporation &
International Business Machines Corporation***
T: 212-593-6700
F: 212-593-6970
nlpennie@arfdlaw.com

Suzanne Halbardier, Esq.
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
***Attorneys for General Refractories, Co. and
Atlas Turner, Inc.***
T: (212) 313-3600
F: (212) 608-8902
shalbardier@bmmfirm.com

Scott R. Emery, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40th Street
New York, NY 10018
***Attorneys for Georgia Pacific Corporation,
Individually and as successor in interest to
Consolidated Vultee Aircraft Corporation***
T: (212) 302-2400
F: (212) 302-2210

Michael A. Tanenbaum, Esq.
SEDGWICK, DETERT, MORAN &
ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
***Attorneys for Foster Wheeler Energy
Corp., General Electric Corporation***
T: 973-242-0002
F: 973-242-8099
michael.tanenbaum@sdma.com

emery@lawlynch.com

Patrick J. Dwyer, Esq.
SMITH, STRATTON, WISE,
HEHER & BRENNAN
2 Research Way
Princeton, New Jersey 08540
***Attorneys for Goodrich Corporation f/k/a
B.F. Goodrich Company***
T: 609-924-6000 (main)
T: 609-734-6186 (direct)
F: 609-987-6651
dwyer@smithstratton.com

Scott R. Emery, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40th Street
New York, NY 10018
***Attorneys for Goodyear Tire & Rubber***
T: (212) 302-2400
F: (212) 302-2210
harford@lawlynch.com

00115288.WPD

& EMERY, LLP
340 Madison Ave
New York, NY 10173

*Attorneys for Honeywell International Inc. f/k/a Allied Signal, Inc. successor in interest to Bendix Corporation*

T: (212) 547-5400
D: 212.547.5587
D: (212) 547-5474
F: (212) 547-5444
dpugliese@mwe.com


Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN & PASCARELLA, L.L.C.
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736

*Attorneys for Ingersoll-Rand Company*

T: (732)528-8888
F: (732)528-4445
lp@pehli.com


New York, New York 10006

*Attorneys for John Crane, Inc.*

T: (212) 313-3600
F: (212) 608-8902
shalbardier@bmmfirm.com


Abbie Eliasberg Fuchs, Esq.
Brian A. Bender, Esq.
HARRIS BEACH, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005

*Attorneys for Kentile Floors, Inc. and The Fairchild Corporation*

T: (212) 687-0100
F: (212) 687-0659
afuchs@harrisbeach.com
bbender@harrisbeach.com


Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, Suite 2300
New York, New York 10004

*Co - counsel for Kentile Floors*

T: (212) 509-3456
F: (212) 509-4420
porourke@mcgivneyandkluger.com


00115288.WPD

| | |
|---|---|
| John Fanning, Esq. | Robert C. Malaby, Esq. |
| CULLEN & DYKMAN LLP | MALABY & BRADLEY, LLC |
| 177 Montague Street | 150 Broadway, Suite 600 |
| Brooklyn, New York 11201 | New York, New York 10038 |
| *Attorneys for Gould Pumps, Inc.* | *Attorneys for JH France* |
| T: (718) 855-9000 | T: (212) 791-0285 |
| F: (718) 935-1509 or | F (212) 791-0286 |
| (718)-855-4282 | rcmalaby@mblaw.net |
| jfanning@cullenanddykman.com | |
| | Suzanne Halbardier, Esq. |
| Donald R. Pugliese, Esq. | BARRY McTIERNAN & MOORE |
| McDERMOTT, WILL | 2 Rector Street, 14th Floor |