# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 20 2008

FILED
CLERK'S OFFICE

-------------------------------------------------X

IN RE:

FREDERICK SEITZ and MARY LOUISE
SEITZ (Civil Action pending in the United
States District Court for the District of
Delaware, Case No. 08-CV-0351 GMS)

MDL No. 875

NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER
ORDER (CTO-313)

-------------------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs hereby oppose the Conditional Transfer Order (CTO-313) issued with respect to the above-captioned case.

Dated: August 19, 2008

Respectfully Submitted,

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block
Sharon J. Zinns
800 Third Ave, 13th Floor
New York, New York 10022
(212) 605-6200

and

LAW OFFICE OF JOSEPH J. RHOADES
A. Dale Bowers, Esquire
1225 King Street, 12th Floor
Wilmington, Delaware 19801
(302) 427-9500

*Attorneys for Plaintiffs*

PLEADING NO. 5543

{00125736.DOC}

**OFFICIAL FILE COPY**

IMAGED AUG 20 2008

CERTIFICATE OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2008

FILED
CLERK'S OFFICE

STATE OF NEW YORK      )
                       )
COUNTY OF NEW YORK     )

NICOLE ALDRIDGE-HENRY, being duly sworn deposes and states that she is an employee of Levy Phillips & Konigsberg, L.L.P., the attorneys for the plaintiffs herein, that she is over 18 years of age and is not a party to the within action, and that on the 19th day of August, 2008, she caused a copy of the NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-313), to be sent via facsimile and regular mail to all counsel of record indicated on the attached service list by depositing a true copy of the same securely enclosed in a post-paid envelope in the Post Office regularly maintained by the United States Government in said County of New York directed to said attorneys.

_____
NICOLE ALDRIDGE-HENRY

Sworn to before me this
19th day of August, 2008

_____
NOTARY PUBLIC

CORRINNE DONALDSON
Notary Public, State of New York
No. 01DO6129839
Qualified in Nassau County
Commission Expires July 05, 2009

{00125738.DOC}

# SEITZ v. ADEL WIGGINS GROUP, ET AL

## SERVICE LIST

| DEFENDANT | ADDRESS |
|---|---|
| DELAWARE DEFENSE COORDINATING COUNSEL | Loreto P. Rufo, Esquire<br>Rufo Associates, P.A<br>7217 Lancaster Pike, Suite 4<br>Hockessin, Delaware 19701<br>*Fax: (302)-234-5905* |
| ADEL WIGGINS GROUP | Wade Mitchell<br>Baker & Hostetler LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, Ohio 44114-3485<br>*Fax: (216)-696-0740* |
| AEROJET-GENERAL CORPORATION | Neal C. Glenn<br>Daniel P. Daly<br>KELLEY JASONS McGUIRE & SPINELLI, L.L.P.<br>The Webster Building, Ste. 209<br>3411 Silverside Road<br>Wilmington, DE 19810<br>*Fax:(302)-478-7113* |
| AIR COOLED MOTORS | Air Cooled Motors<br>94 Hale Dr.<br>Walterboro, SC 29488<br>*Fax Number Unknown – Sent via U.S. Mail* |
| BELL HELICOPTER TEXTRON INC | Robert K. Beste, III Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
| THE BOEING COMPANY | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| CBS CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801<br>*Fax: (302)-656-1434* |

{00124571.DOC}

| CESSNA AIRCRAFT RHODE ISLAND INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
|---|---|
| CURTISS-WRIGHT CORPORATION | CURTIS-Wright Corporation<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>*Fax Number Unknown – Sent via U.S. Mail* |
| FLETCHAIR, INC. | Fletch Air, Inc.<br>118 FM 1621<br>Comfort, TX 78013-3425<br>*Fax: (830)-995-5903* |
| FRANKLIN AIRCRAFT ENGINES, INC. | Franklin Aircraft Engines, Inc.<br>136 Racquette Dr.<br>Ft. Collis, CO 80524<br>*Fax: (970)-224-4404* |
| GARLOCK SEALING TECHNOLOGIES LLC | Gary H. Kaplan<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br>1220 N. Market Street, 4th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>*Fax: (302) 651-7905* |
| GENERAL ELECTRIC COMPANY | Lynne M. Parker, Esquire<br>Holistein, Keating, Cattell, Johnson & Goldstein<br>One Commerce Center, Suite 730<br>1201 North Orange Street<br>Wilmington, Delaware 19801<br>*Fax: (302)573-2507* |
| GENERAL MOTORS CORPORATION | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| GOODRICH CORPORATION | Donald E. Reid<br>Jason A. Cincilla<br>Amaryah K. Bocchino<br>Morris, Nichols, Arsht, & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Fax: (302) 658-3989* |

{00124571.DOC}

| GOODYEAR TIRE & RUBBER COMPANY | Gary H. Kaplan, Esquire<br>Armand J. Della Porta, Esquire<br>Ana Marina McCann, Esquire<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1220 North Market Street, 5th Floor<br>Post Office Box 8888<br>Wilmington, Delaware 19899-8888<br>*Fax: (302) 651-7905* |
|---|---|
| HAWKER BEECHCRAFT, INC. | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |
| HONEYWELL | J. Michael Johnson, Esquire<br>Rawle & Henderson LLP<br>300 Delaware Avenue, Suite 1015<br>Post Office Box 588<br>Wilmington, Delaware 19899-0588<br>*Fax: (302)-778-1400* |
| IMO INDUSTRIES INC | Jeffrey S. Marlin, Esquire<br>Megan T. Mantzavinos, Esquire<br>Marks O'Neill O'Brien & Courtney, P.C.<br>913 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>*Fax: (302)-658-6537* |
| LYCOMING ENGINES | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
| NORTHROP GRUMMAN CORPORATION | Penelope B. O'Connell, Esquire<br>Elzufon Austin Reardon Tarlov<br>& Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>Post Office Box 1630<br>Wilmington, Delaware 19899-1630<br>*Fax: (302)-428-3180* |
| PARKER-HANNIFIN CORPORATION | Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |

{00124571.DOC}

| PRATT & WHITNEY | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
|---|---|
| ROCKETDYNE, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
| RAYTHEON COMPANY | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |
| ROLLS-ROYCE NORTH AMERICA INC | Rolls Royce North America, Inc.<br>c/o Corporation Service Co.<br>2711 Centerville Rd., Suite 400<br>Wilmington, DE 19808<br>*Fax: (302)-636-5454* |
| SIKORSKY AIRCRAFT CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
| TELEDYNE CONTINENTAL MOTORS | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| TEXTRON INC. | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
| UNION CARBIDE CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801<br>*Fax: (302)-656-1434* |

{00124571.DOC}

| UNITED TECHNOLOGIES CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
|---|---|
| VOUGHT AIRCRAFT INDUSTRIES, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |

{00124571.DOC}