JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

AUG 20 2008

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL No. 875 – In re: Asbestos Product Liability Litigation

*Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust., et al.*, C.D. California, C.A. No. 08-1441.

*Mary T. Meredith, et al. v. Bondex International, Inc., et.al.*, C.D. California, C.A. No. 08-4443

### NOTICE OF OPPOSITION TO CTO-313

I represent the plaintiffs in the above-captioned actions that are included on the conditional transfer order dated August 11, 2008 (CTO-313). Plaintiffs hereby submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

Brian P. Barrow
SIMON, EDDINS & GREENSTONE LLP
301 East Ocean Boulevard, Suite 1950
Long Beach, California 90815
(562) 590-3400
bbarrow@seglaw.com

Attorneys for Plaintiffs

PLEADING NO. 5545

**OFFICIAL FILE COPY**

IMAGED AUG 20 2008

