MDL 875

3:08-cv-02426-HFF    Date Filed 07/11/2008    Entry Number 6    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CIVIL ACTION NO: 3:08-2426-ASB

AUG 20 2008

FILED
CLERK'S OFFICE

John W. Vawter and Ernestine Vawter, )
                                     )
        Plaintiffs,                  )
vs.                                  )   **STIPULATION AND ORDER FOR**
                                     )   **REMAND OF CASE TO STATE COURT**
ALFA LAVAL, INC., et al.,            )
                                     )
        Defendants.                  )

PLEADING NO. 5546

Plaintiffs John Vawter and Ernestine Vawter and defendant and removing party Viking Pump, Inc., hereby agree to immediate remand of this case to the Court of Common Pleas in the County of Richland.

Dated: July 8, 2008

JOHN D. KASSEL, ATTORNEY AT
LAW, L.L.C.

s/Theile B. McVey
John D. Kassel
jkassell@kassellaw.com
Theile B. McVey
tmcvey@kassellaw.com
1330 Laurel Street
Post Office Box 1476
Columbia, South Carolina 29202
(803) 256-4242
*Attorneys for Plaintiffs*

TURNER, PADGET, GRAHAM & LANEY, P.A.

s/Thomas M. Kennaday

Thomas M. Kennaday
tkennaday@TurnerPadget.com
Steven W. Ouzts
SOuzts@TurnerPadget.com
John E. Cuttino
Jcuttino@TurnerPadget.com
Jonathan G. Roquemore
JRoquemore@TurnerPadget.com
1901 Main Street, 17th Floor
Post Office Box 1473
Columbia, South Carolina 29202
(803) 254-2200
*Attorneys for Defendant Viking Pump, Inc.*

MDL- 875  VAC CTU FINAL
RECOMMENDED ACTION

**OFFICIAL FILE COPY**

IMAGED AUG 20 2008

THEREFORE, IT IS ORDERED THAT this case is remanded to court of Common Pleas in the County of Richland.

Dated: 7/11/08

S/Henry F. Floyd

United States District Judge