**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 0 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    John W. Vawter, et al. v. Alfa Laval, Inc., et al.,     )
        D. South Carolina, C.A. No. 3:08-2426     )     MDL No. 875

PLEADING NO. 5547

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Vawter*) on July 21, 2008. In the absence of any opposition, the conditional transfer order was finalized with respect to *Vawter* on August 6, 2008. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on August 8, 2008. The Panel has now been advised that *Vawter* was remanded to the Court of Common Pleas in the County of Richland, State of South Carolina, by the Honorable Henry F. Floyd in an order filed on July 11, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-312 filed on July 21, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 2 0 2008