**DLA PIPER**

**MDL 875**

DLA Piper US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
www.dlapiper.com

Nancy Shane Rappaport
nancy.rappaport@dlapiper.com
T (215) 656-3357
F (215) 606-3357

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

August 13, 2008

AUG 2 0 2008

FILED
CLERK'S OFFICE

**BY FACSIMILE AND OVERNIGHT DELIVERY**

Mr. Jeffrey N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington D.C. 20002-8004

PLEADING NO. 5549

Re: *Frederick Seitz and Mary Louise Seitz v. Adel Wiggins Group, et al.*
U.S. District Court for the District of Delaware, Case No. 08-CV-0353 GMS
MDL No. 875/CTO-312

Dear Mr. Lüthi:

We represent Northrop Grumman Corporation ("Northrop Grumman") as national counsel in the above captioned case and submit this letter opposing Plaintiffs' request for an extension to file their Motion to Vacate the Conditional Transfer Order and supporting brief. Indeed, it appears as though plaintiffs are attempting to circumvent the procedures established by the MDL and the federal court system without any basis whatsoever.

Northrop Grumman removed this case to the United States District Court for the District of Delaware on June 12, 2008, pursuant to 28 U.S.C. §§ 1331, 1332, 1442(a)(1), and 1446. Removal to Federal Court is appropriate under the federal officer removal statute and on the ground that Plaintiffs' claims present defenses involving a federal question. Northrop Grumman also sought transfer of the case to MDL-875 at that time. On July 21, 2008, this Panel issued a Conditional Transfer Order ("CTO"). One week later, and almost *seven weeks after* Northrop Grumman filed its Notice of Removal and sought transfer of the case to the MDL, Plaintiffs filed a Motion to Remand in the United States District Court for the District of Delaware. Despite having received notice of removal and intent to transfer the case to the MDL seven weeks earlier, Plaintiffs are *now* seeking an extension from this Panel to file their Motion to Vacate the CTO. Plaintiffs fail to provide any reasons why they should receive special treatment in light of circumstances no different than those presented by many plaintiffs. Nor do plaintiffs provide any basis whatsoever as to why their asbestos exposure claim should not be transferred to the MDL, relying only on the hope that the USDC will decide the Motion to Remand soon. Indeed, Plaintiffs are not situated any differently than numerous other plaintiffs who also typically file motions to remand in cases that are pending transfer to MDLs and where the cases are

**OFFICIAL FILE COPY**

IMAGED AUG 2 1 2008



Mr. Jeffrey N. Lüthi
August 13, 2008
Page 2

transferred despite pending motions. The judicial process cannot be halted simply because Plaintiffs wish so.

It is beyond dispute that this Panel has the authority to transfer cases in which motions to remand are pending. Moreover, once transferred, Motions for Remand can be resolved by the MDL panel and often are. Indeed, courts have recognized that motions to remand *should* be decided by the MDL court in order to avoid inconsistent results in similarly situated cases. Plaintiffs have not identified *any* reason why the Eastern District of Pennsylvania is not capable of deciding the jurisdictional issues presented in the pending motion to remand. To the contrary, the MDL judge is certain to be very knowledgeable on issues relating to asbestos exposure and the range of jurisdictional issues raised by Plaintiffs.

Furthermore, Plaintiffs are asking for a six-week extension, which they see as a "reasonable amount of time [for the United States District Court for the District of Delaware] ... to set a briefing schedule and rule on Plaintiffs' motion to remand." However, the Motion for Remand has already been fully briefed by both parties. Moreover, in *Harwood v. Bondex International, Inc., et al*, an asbestos case that was also removed to the USDC for the District of Delaware, plaintiffs filed a motion to vacate the Judicial Panel's conditional transfer order, arguing, just like Plaintiffs here, that a motion to remand was pending before the District Court. Northrop Grumman opposed the motion, and the Judicial Panel scheduled a hearing to decide the issue. The hearing was scheduled for approximately four months (more than 17 weeks) after the plaintiffs had filed the motion to remand. Yet, at the time of the Judicial Panel hearing, the USDC for the District of Delaware had still not decided the remand issue, and the case was transferred. In fact, in this very case, Northrop Grumman filed a motion to stay the proceedings in the USDC for the District of Delaware more than eight weeks ago, on June 13, 2008, and the Court has not, to date, ruled on that motion either. Therefore, there is no reason to believe that the USDC for the District of Delaware will decide the issue of remand within the six weeks requested by Plaintiffs. An extension serves no purpose other than to prolong this matter. Indeed, plaintiffs had every opportunity to file a Motion to Remand earlier than they did, knowing Northrop Grumman and Bell Helicopter had already sought transfer of the matter to the MDL.

Based on the above, Northrop Grumman Corporation respectfully requests that this Panel deny Plaintiffs' request for any extensions and transfer the case to the MDL. I am available at the call of the Judicial Panel to further discuss this matter.

Very truly yours,

DLA Piper US LLP

*Nancy Shane Rappaport*

Nancy Shane Rappaport

NSR/llc
cc: All Counsel in the Seitz Case

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: ASBESTOS LITIGATION: )
)
FREDERICK SEITZ and MARY )
LOUISE SEITZ, his wife )
)
      Plaintiffs )   C.A. No. 08-353
)
      -vs.- )
)
ADEL WIGGINS GROUP, et al., )
)
      Defendants. )

## CERTIFICATE OF SERVICE

I, Susan J. Brown, hereby certify that, on the 13th day of August, 2008, the attached Defendant's Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order was served upon all counsel pursuant to the attached Service List via telefax.

_____  8/20/08
SUSAN J. BROWN

Sworn and subscribed before me, this 20th day of August, 2008.

_____
Penelope B. O'Connell, Esquire
Bar ID #4898

AUG. 20. 2008 4:22PM NO. 4290 P. 3
08/20/2008 12:19 FAX 202 502 2888 JPML ☒002/003
Case MDL No. 875 Document 5549 Filed 08/20/08 Page 4 of 5

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)   MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-312)**

Frederick Seitz, et al. v. Adel Wiggins Group, et al., D. Delaware, C.A. No. 1:08-353

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Robert Karl Beste III
SMITH KATZENSTEIN FURLOW
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Allen Dale Bowers II
LAW OFFICE OF JOSEPH
RHOADES
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Paul A. Bradley
MARON MARVEL BRADLEY
& ANDERSON PA
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Noriss Ennis Cosgrove
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Neal C. Glenn
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
1500 Market Street, Suite 1500
Philadelphia, PA 19102

J. Michael Johnson
RAWLE & HENDERSON LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Gary H. Kaplan
MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN
1220 North Market Street, 5th Floor
Wilmington, DE 19801

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Jeffrey S. Marlin
MARKS O'NEILL O'BRIEN
& COURTNEY PC
913 North Market Street, Suite 800
Wilmington, DE 19801

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

## MDL No. 875 - Panel Service List (Excerpted from CTO-312(Continued)

Penelope B. O'Connell
ELZUFON AUSTIN REARDON TARLOV
& MONDELL PA
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Lynne M. Parker
HOLLSTEIN KEATING CATTELL ET AL
12th & Orange Street, Suite 730
One Commerce Center
Wilmington, DE 19801

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY WARNER COLEMAN
& GOGGIN
1220 Market Street, 5th Floor
Wilmington, DE 19801

Donald E. Reid
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Daniel M. Silver
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Christian J. Singewald
WHITE & WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Beth E. Valocchi
SWARTZ & CAMPBELL
300 Delaware Avenue, Suite 1130
Wilmington, DE 19801

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon J. Zinns
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue
13th Floor
New York, NY 10022