MDL 875

# SEDGWICK
### DETERT, MORAN & ARNOLD LLP

Three Gateway Center, 12th Floor
Newark, New Jersey 07102-4072
Tel: 973.242.0002 Fax: 973.242.8099

www.sdma.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

August 19, 2008

AUG 20 2008

FILED
CLERK'S OFFICE

VIA FACSIMILE (202) 502-2888
Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 5550

Re: **Ernesto Miranda and Diana Miranda v. Abex Corporation, *et al.*, including GE Aviation Systems, LLC**
USDC SDNY Civil Action No.: **08 Civ. 5491** (related case: 08 Civ. 5509[1])
MDL: 875/CTO-312

Dear Mr. Luthi:

     My office represents defendant GE Aviation Systems, LLC ("GE Aviation") in the *Ernesto Miranda* action. Please be advised that GE Aviation opposes any attempt to remand the *Ernesto Miranda* action back to State Court. GE Aviation has an independent basis for federal jurisdiction and does not consent to any stipulation to remand this action to State Court. Despite our correspondence dated August 11, 2008 and August 18, 2008 to plaintiff's counsel documenting our opposition, they repeatedly fail to inform the Court of this crucial fact. Without consent of all parties who could properly avail themselves of federal jurisdiction, plaintiff's application is defective. Accordingly, we oppose any extension of time for plaintiff to file their Motion to Vacate the Conditional Transfer Order and their brief in support.

---

[1] On June 26, 2008, under USDC SDNY civil docket for case 08 Civ. 5509, this case was accepted as related to 08 Civ. 5491 and an association was thereby entered on June 27, 2008.

NJ/221611v1

---

Austin • Bermuda* • Chicago • Dallas • Houston • London • Los Angeles • New York • Newark • Orange County • Paris • San Francisco • Zurich

*Affiliated offices.

**OFFICIAL FILE COPY**



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG 20 A 2:02
RECEIVED

IMAGED AUG 2 1 2008

*Jeffrey M. Luthi*
*Re: Ernesto Miranda and Diana Miranda v. Abex Corporation, et al., including GE*
*Aviation Systems, LLC*
*August 19, 2008*
*Page 2*

GE Aviation received actual service of process in the *Miranda* action on or about June 17, 2008. The next day, June 18, 2008, the *Miranda* action was subsequently removed to Federal Court by two co-defendants: Northrop Grumman Corporation under civil docket 08 Civ. 5491 and Lockheed Martin Corporation under civil docket 08 Civ. 5509. On June 23, 2008, co-defendant General Dynamics filed a Joinder to Removal to Federal Court under docket 08 Civ. 5491. On June 24, 2008 co-defendant Boeing Company filed a Notice of Removal to Federal Court under docket 08 Civ, 5491. Consequently, no less than four co-defendants having already asserted a basis for federal jurisdiction within one week of our receipt of process, GE Aviation never had a meaningful opportunity to remove this action, which we would have, and did not have the need to remove this action since we first filed our answer in Federal Court on July 8, 2008.

Accordingly, without the consent of all parties who could have removed this action to Federal Court, plaintiff's letter application to the Southern District of New York will necessarily fail. This is nothing more than a delay tactic. Further, plaintiff's counsel should not be rewarded for waiting for eve before their deadline to request an extension of time for a letter application that is procedurally and substantively defective and without consent of all parties. GE Aviation Systems, LLC oppose any attempt to remand the *Ernesto Miranda* action back to State Court, and does not consent to any stipulation to remand this action to

Respectfully,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:    Dennis E. Vega, Esq.

*cc:*    Patrick Timmins
        All known defendants

N3/723633V1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 0 2008

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

### CERTIFICATION OF SERVICE

I hereby certify that I have on this 20th day of August 2008, caused to be served a copy of

Defendant, General Electric Company's Notice of Opposition to Plaintiff's Request for an

Extension of time for the filing of their Motion to Vacate the Conditional Transfer Order and

Brief in support theref, letter to MDL filing same and this Certification of Service to all counsel

listed on the attached Panel Service List (Excerpted from CTO-312) by United States mail, first

class postage.

DATED:  August 20, 2008

Respectfully submitted,

Dennis E. Vega, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 242-0002
(973) 242-8099 (Fax)
Counsel for Defendant
General Electric Company

## PANEL SERVICE LIST
## (EXCERPTED FROM CTO-312)

| | |
|---|---|
| Peter G. Angelos, Esq.<br>Law Offices of Peter G. Angelos PC<br>One Charles Center<br>100 North Charles Street, 22nd Floor<br>Baltimore, MD 21201 | Scott Harford<br>Lynch Daskal Emery<br>264 West 40th Street<br>New York, NY 10018 |
| Janet W. Black<br>Ward Black PA<br>208 West Wendover Avenue<br>Greensboro, NC 27401-1307 | Kevin M. Jordan<br>Baker Botts, LLP<br>910 Louisiana<br>One Shell Plaza<br>Houston, TX 77002 |
| Robert Dorrance Brown, Jr.<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310 | Paul Kalish<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington DC 20004 |
| Russell W. Budd<br>Baron & Budd PC<br>3102 Oaklawn Avenue, Suite 1100<br>Dallas, TX 75219 | Steven Kazan<br>Kazan McClain Abrams Fernandez<br>171 Twelfth Street, 3rd Floor<br>Oakland, CA 94607 |
| Samantha M. Burd<br>Landman Corsi Ballaine & Ford PC<br>One Gateway Center<br>Newark, NJ 07102 | Peter A. Kraus<br>Waters & Kraus, LLP<br>3219 McKinneyAvenue, Suite 3000<br>Dallas, TX 75204 |
| John D. Cooney<br>Cooney & Conway<br>120 North LaSalle Street, Suite 3000<br>Chicago, IL 60602 | David C. Landin<br>Hunton & WIlliams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Joseph A. D'Avanzo<br>Wilson Elser Moskowitz Edelman  & Dicker<br>3 Gannett Drive<br>White Plains, NY 10604 | Roger B. Lane<br>Lane & Gossett<br>1601 Reynolds Street<br>Brunswich, GA 31520 |
| Erik C. DiMarco<br>Wilson Elser Moskowitz Edelman & Dicker<br>150 East 42nd Street, 22nd Floor<br>New York, NY 10017 | William F. Mahoney<br>Segal McCambridge Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606 |
| Patrick J. Dwyer<br>Smith Stratton Wise Heher & Brennan<br>2 Research Way<br>Princeton, NJ 08540 | Robert C. Malaby<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 |
| Elisa T. Gilbert<br>Gilbert Firm LLC<br>325 East 57th Street<br>New York, NY 10022 | John P. McShea<br>McShea Tecce PC<br>Mellon Bank Center<br>1717 Arch Street, 28th Floor<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Erich Gleber<br>Segal McCambridge Singer & Mahoney<br>805 Third Avenue, 19th Floor<br>New York, NY 10022 | Philip McWeeny<br>Schiff Hardin, LLP<br>One Market Plaza, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105 |
| Thomas A. Packer<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Michael P. Thornton<br>Thornton & Naumes, LLP<br>100 Summer Street 30th Floor<br>Boston, MA 02110 |
| Thomas Russell Pantino<br>Mendes & Mount LLP<br>One Newark Center, 19th Floor<br>Newark, NJ 07102 | Patrick Timmins<br>Levy Phillips<br>800 Third Avenue, 13th Floor<br>New York, NY 10022 |
| Donald Ricahrd Pugliese, Sr.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, NY 10017 | Walter G. Watkins, Jr.<br>Forman Perry Watkins Krutz & Tardy PLLC<br>P.O. Box 22608<br>Jackson, MS 39225 |
| Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant SC 29464 | Christopher R. Strianese<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |



# SEDGWICK
### DETERT, MORAN & ARNOLD LLP

**Facsimile Transmittal Sheet**

Three Gateway Center, 12th Floor
Newark, New Jersey 07102
tel: 973.242.0002 fax: 973.242.8099

DATE: AUGUST 19, 2008

TIME: 5:17 PM

NUMBER OF PAGES: (including cover page) *5*

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL
OUR FAX CENTER AT (973) 242-0002 AS SOON AS POSSIBLE.

## TO:

| Name | Company | Facsimile |
|------|---------|-----------|
| Jeffrey N. Luthi<br>United States Judicial Panel on<br>Multidistrict Litigation | | 202.502.2888 |
| Robert Komitor, Esq.<br>Patrick Timmins, Esq.<br>Sharon J. Zinns, Esq. | Levy Phillips & Konisberg | 212.605.6290 |
| James Walker Smith, Esq. | Smith Abbot, LLP | 212.981.4502 |
| Suzanne Halbardier, Esq. | Barry McTiernan & Moore | 212.608.8902 |
| Lisa Pascarella, Esq. | Pehlvianian Braaten & Pascarella | 732.528.4445 |
| Bashi Buba, Esq. | Wilbraham Lawler & Buba | 215.564.4385 |
| Kerryann M. Cook, Esq. | McGivney & Kluger P.C. | 212.509.4420 |
| Julie Evans, Esq. | Wilson Elser Moskowitz & Dicker | 212.490.3038 |
| Andrew Warshauer, Esq. | Weiner Lesniak | 631.232.6184 |
| Michael Waller, Esq. | Kirkpatrick Lockhart | 973.848.4001 |
| Nancy McDonald, Esq | McElroy Deutsch Mulvaney &<br>Carpenter | 973.425.0106 |
| Judith Yavitz, Esq. | ReedSmith, LLP | 212.521.5450 |
| William Clemente, Esq. | Clemente Mueller & Tobia | 973.455-8318 |
| Erich Gleber, Esq. | Segal McCambridge Singer & | 212.651.7499 |

### PRIVILEGE AND CONFIDENTIALITY NOTICE

The information contained in this facsimile message is attorney privileged and confidential information intended only for the person or entity named above. If you are not the intended recipient (or someone responsible to deliver to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (973) 242-0002 and return the original message to us at the address above via the U. S. Postal Service. Thank you.

New York ■ London ■ San Francisco ■ Zurich ■ Los Angeles ■ Paris ■ Newark ■ Irving ■ Chicago ■ Dallas

NJ/223631v1

August 19, 2008                                    Facsimile Transmittal Sheet

| | Mahoney | |
|---|---|---|
| Laura Hollman, Esq. | McMahon Martine & Gallagher | 212.747-1239 |
| Andrew Sapon, Esq. | Bivona & Cohen | 212.363.9824 |
| Paul Grant, Esq. | Garrison Litigation | 585-325-7356 |
| Ethan Baumfeld, Esq. | Aaronson Rappaport Feinstein & Deutsch | 212.593-6970 |
| Scott Emery, Esq | Lynch Daskal Emery | 212.302-2210 |
| Patrick Dywer, Esq. | Smith Stratton, Wise Hheher & Brennen | 609-987-6651 |
| John Fanning, Esq. | Cullen Dykman | 718-935-1509 |
| Lisa Linsky, Esq. | McDermon Will & Emery | 212.547-5444 |
| Robert Malaby, Esq. | Malaby Bradley | 212-791-0286 |
| Abbie Elliasberg Fuchs, Esq. | Harris Beach, LLP | 212.687-0659 |
| Christopher Kozak, Esq. | Metropolitan Transit Authority | 973.623.4496 |
| Steve L. Keats, Esq. | Munaco Packing & Rubber Co. | 516.248.4256 |
| Elisa T. Gilbert, Esq. | Gilbert & Gilbert LLC | 212.286.8522 |
| Arthur Bromberg, Esq. | Weiner Lesniak | 973.403.0010 |
| Mark S. Landman, Esq. | Landman Corsi Ballaine & Ford | 212.238-4848 |
| Kenneth J. Kelly, Esq. | Epstein Becker & Green PC | 212.661-0989 |
| Genevieve MacSteel, Esq. | McGuire Woods | 212.715-2303 |
| Timothy J. McHugh, Esq. | Lavin Coleman O'Neil Ricci Finarelli & Gray | 212.319-6932 |
| Dominic P. Bianco, Esq. | Gallagher, Walker Bianco & Plastaras | 516-248-2394 |
| Christopher Garvey, Esq. | Goodwin Procter, LLP | 212.355-3333 |
| Richard O'Leary, Esq. | McCarter & English | 212.935-1008 |
| James M. Almas, Esq. | Bryan Cave LLP | 212.541.1413 |
| Thomas Malmone, Esq. | Malmone & Associates | 516.877-0321 |
| Joseph Colao, Esq. | Leader Berkon | 212.486-3099 |
| Frank Cecere, Esq. | Ahmuty Demers & McManus | 516-294-5387 |