**MDL 875**

# MENDES & MOUNT, LLP

LOS ANGELES OFFICE
445 SOUTH FIGUEROA STREET
THIRTY EIGHTH FLOOR
LOS ANGELES, CA 90071-1601
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

DIRECT PHONE: (212) 261-8039
DIRECT FAX: (212) 261-8750

August 19, 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2008

FILED
CLERK'S OFFICE

**Via Facsimile (202) 502-2888**
Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 5551

Re: **Miranda, et al v. Northrop Gruman Corporation, et al.**
USDC SDNY Civil Action No 08 Civ. 5491
(Related Case: 08 Civ. 5509)
MDL No: 875/CT0-312
Our File: 396,124

Dear Mr. Luthi:

This firm represents defendant The Fairchild Corporation ("Fairchild") in the captioned matter. We are in receipt of the request by counsel for the plaintiffs for an extension of time for the filing of their Motion to Vacate the Conditional Transfer Order and brief in support thereof. We respectfully object to an extension of time.

Counsel for the plaintiffs, while stating that "[p]laintiffs and all removing defendants have stipulated to the remand" of this case to state court, failed to mention that at least two defendants, including The Fairchild Corporation ("Fairchild") and GE Aviation Systems LLC ("GE") have opposed the attempt to remand.

Fairchild has its own independent basis for removal and federal jurisdiction in the case, and had not been served at the time the case was removed. It thus joined GE, who also claims an independent basis for removal and federal jurisdiction, in opposing plaintiffs' attempt to remand this matter to state court. Attached is our letter to the Southern District of New York on this issue dated and sent 18 August 2008.

**OFFICIAL FILE COPY**

IMAGED AUG 2 1 2008

Jeffery M. Luthi                                                           Page 2
Re: Miranda, et al. v. Northrop Gruman, et al.
MDL No: 875/CT0-312

     Absent the consent of Fairchild and GE, there are no grounds for the Southern District of New York Court to grant the plaintiffs' remand request on stipulation, and therefore there is no reason to delay a decision on vacating the Conditional Transfer Order.

Respectfully,

MENDES & MOUNT, LLP

By: *[signature]*

Thomas R. Pantino

CC:  Patrick Timmins, Esq.
     All known counsel for defendants

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2008

FILED
CLERK'S OFFICE

# MENDES & MOUNT, LLP

750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
445 SOUTH FIGUEROA STREET
THIRTY-EIGHTH FLOOR
LOS ANGELES, CA 90071-1601
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

DIRECT DIAL: (212) 261-8039

## FACSIMILE TRANSMITTAL SHEET

**TO:**

| | | |
|---|---|---|
| Jeffery M. Luthi | Clerk of the Panel<br>Judicial Panel on MDL | 202-502-2888 |
| Patrick Timmins, Esq.<br>Sharon Zinns, Esq. | Levy Phillips & Konigsberg, LLP | 212-605-6290 |
| Dennis Vega, Esq. | Sedgwick, Detert, Moran & Arnold LLP | 973-242-8099 |
| Francis Quinn, Esq. | Lavin Coleman O'Neil Ricci & Finarelli | 215-319-6932 |
| Charles McGivney, Esq.<br>Lawrence McGivney, Esq. | McGivney & Kluger, PC | 212-509-4420 |
| Nancy McDonald, Esq.<br>Joseph P. La Sala, Esq. | McElroy Deutsch Mulvany & Carpenter | 973-425-0161 |
| Julie Evans, Esq.<br>Erik Christopher DiMarco | Wilson Elser Moskowitz Edelman et al. | 212-490-3038 |
| Joseph A. D'Avanzo | Wilson Elser Moskowitz Edelman et al. | 914-323-7001 |
| Theodore Eder, Esq.<br>Erich Gleber, Esq. | Segal McCambridge Singer & Mahoney<br>Segal McCambridge Singer & Mahoney | 212-651-7499<br>212-912-3667 |
| Lisa M. Pascarella, Esq. | Pehlivanian & Braaten, LLC | 732-528-4445 |
| William Bradley, Esq.<br>Robert Malaby, Esq. | Malaby & Bradley | 212-791-0286 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 A 9:15

RECEIVED
CLERK'S OFFICE

| | | |
|---|---|---|
| Cynthia Antonucci, Esq.<br>Abbie Fuchs, Esq. | Harris Beach, LLP | 212-687-0659 |
| Anna Dilonardo, Esq. | Weiner Lesniak | 631-232-6184 |
| Suzanne Halbardier, Esq. | Barry McTiernan & Moore | 212-608-8902 |
| Linda Clark, Esq. | Hiscock & Barclay | 518-427-3467 |
| Heidi Chang, Esq. | McMahon Martine & Gallagher | 212-747-1239 |
| Andrew Sapon, Esq. | Bivona & Cohen | 212-363-9824 |
| Daniel S. Moretti, Esq. | Landman Corsi Ballaine & Ford | 212-238-4848 |
| Samantha Maxwell Burd, Esq. | Landman Corsi Ballaine & Ford | 973-379-7734 |
| Kirsten Kneis, Esq.<br>Michael Waller, Esq. | Kirkpatrick & Lockhart Nicholson Graham, LLP | 973-848-4001 |
| Judith Yavitz, Esq. | Reed Smith, LLP | 212-521-5450 |
| William Mueller | Clemente Mueller & Tobia | 973-455-8118 |
| James Walker Smith, Esq. | Smith Abbot, LLP | 212-981-4502 |
| Robert J. Cecala, Esq. | Aaronson Rappaport Feinstein Deutsch | 212-593-6970 |
| Jim Lynch, Esq.<br>Scott A. Harford, Esq. | Lynch Daskal Emery, LLP | 212-302-2210 |
| Patrick Dwyer, Esq. | Smith Stratton Wise Heher & Brennan | 609-987-6651 |
| John Fanning, Esq. | Cullen & Dykman | 718-855-4282 |
| Donald R. Pugliese, Esq. | McDermott Will & Emery | 212-547-5444 |
| Christopher S. Kozak, Esq. | Counsel for Metropolitan Transportation Authority | 973-623-4496 |
| Steven L. Keats | Counsel for Munaco Packing & Rubber Co. | 516-248-4256 |
| Elisa T. Gilbert, Esq. | Gilbert & Gilbert, LLC | 212-286-8522 |
| Genevieve MacSteel, Esq. | McGuire Woods LLP | 212-715-2303 |

| | | |
|---|---|---|
| Frank Cecere, Esq. | Ahmuty Demers & McManus | 516-294-5387 |
| Bashi Buba, Esq. | Wilbraham Lawler & Buba | 215-564-4385 |
| Paul Grant, Esq. | Garrison Litigation | 585-325-7356 |
| Kennth J. Kelly, Esq. | Epstein Becker & Green PC | 212-661-0989 |
| Dominick P. Bianco | Gallagher Walker Bianco & Plastaras | 516-248-2394 |
| Timothy J. McHugh, Esq. | Lavin O'Neil Ricci Cedrone & DiSipio | 212-319-6932 |
| Christopher J. Garvey, Esq. | Goodwin Proctor, LLP | 212-355-3333 |
| Richard O'Leary | McCarter & English, LLP | 212-609-6921 |
| James M. Altman, Esq.<br>David Bloomberg, Esq. | Bryan Cave, LLP | 212-541-1413 |
| Christopher Robert Strianese | Bryan Cave, LLP | 212-541-1492 |
| Thomas J. Maimone, Esq. | Maimone & Associates PLLC | 516-877-0321 |
| Joseph Colao, Esq. | Leader Berkon | 212-486-3099 |
| Daniel Seth Meyers, Esq. | Bracewell & Giuliani, LLP | 212-508-6101 |
| Robert Dorrance Brown, Jr., Esq. | Gibbons P.C. | 973-639-8377 |

**FROM:**

| | | |
|---|---|---|
| Thomas R. Pantino | Mendes & Mount, LLP | 212-261-8772 |

**Our File:** 396,124

**RE:** Ernesto Miranda v. Northrop Gruman, et al.
**DATE:** 8/19/08
**PAGES:** 6 (including 3 cover pages)

AUG-20-2008 13:34    MENDES & MOUNT,LLP                    1 212 261 8750    P.002

Case MDL No. 875   Document 5551   Filed 08/20/08   Page 6 of 8

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, THOMAS R. PANTINO, do hereby certify that on August 19th and August 20th, 2008, I sent a copy of the attached letter addressed to Jeffery M. Luthi dated August 19th, 2008, advising the JPML of The Fairchild Corporation's objection to plaintiffs' request for an extension of time to file their Motion to Vacate the Conditional Transfer Order and brief in support thereof, to the following:

<See attached PANEL SERVICE LIST>

Dated: New York, New York
August 20, 2008

*[signature]*

Thomas R. Pantino

537992.1 CERTIFICATE OF SERVICE for MDL  08/20/2008 01:32 PM

AUG-20-2008 13:35 MENDES & MOUNT,LLP 1 212 261 8750 P.003
AUG-20-2008 11:20 Case MDL No. 875 Document 5551 Filed 08/20/08 Page 7 of 8 P.02/03
08/20/2008 11:20 FAX 202 502 2888 JPML 002/003

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-312)

Ernesto Miranda, et al. v. Northrop Grumman Corp., et al., S.D. New York, C.A. No. 1:08-5491

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert Dorrance Brown, Jr.
GIBBONS PC
One Gateway Center
Newark, NJ 07102-5310

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Samantha M. Burd
LANDMAN CORSI BALLAINE
& FORD PC
One Gateway Center
Newark, NJ 07102

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Erik C. DiMarco
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street, 22nd Floor
New York, NY 10017

Patrick J. Dwyer
SMITH STRATTON WISE
HEHER & BRENNAN
2 Research Way
Princeton, NJ 08540

Elisa T. Gilbert
GILBERT FIRM LLC
325 East 57th
New York, NY 10022

Erich Gleber
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
805 Third Avenue, 19th Floor
New York, NY 10022

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center, 19th Floor
Newark, NJ 07102

**MDL No. 875 - Panel Service List (Excerpted from CTO-312(Continued)**

Donald Richard Pugliese Sr.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Christopher R. Strianese
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS LAW FIRM
800 Third Ave
13th Floor
New York, NY 10022

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608