# MDL 875

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2008

FILED
CLERK'S OFFICE

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

*Edgardo R. Salamante, et al. v. Quintec Industries, Inc., et al.*
Central District California, No. CAC 2:08-04674

## NOTICE OF OPPOSITION TO CTO-313

I represent Plaintiffs, Edgardo R. Salamante and Nola Salamante, in the above captioned action which is included on the conditional transfer order CTO-313. Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

*Mark P. Robinson, Jr.*

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Tele: 949-720-1288
Fax: 949-720-1292
mrobinson@rcrlaw.net

Attorneys for Plaintiffs

PLEADING NO. 5559

**OFFICIAL FILE COPY**