MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 27 2008

FILED
CLERK'S OFFICE

1  ALAN R. BRAYTON, ESQ., S.B. #73685
   LLOYD F. LEROY, ESQ., S.B. #203502
2  RICHARD M. GRANT, ESQ., S.B. #55677
   BRAYTON❖PURCELL LLP
3  222 Rush Landing Road
   PO Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 Fax

6  Attorneys for Plaintiff

7

8  UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

9  IN RE: ASBESTOS PRODUCTS              )   MDL DOCKET NO. 875
   LIABILITY LITIGATION (NO. VI)         )   CTO - 313
10                                       )
   This Document Relates to:             )
11 ROBERT SCHOELZEL v.                   )
   ALLIS-CHALMERS CORP., et al.          )
12                                       )

   UNITED STATES DISTRICT COURT
13
   NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO
14
15 ROBERT SCHOELZEL                      )   No. C 08-03113 JSW
                                         )
16         Plaintiff,                    )   PLAINTIFF'S NOTICE OF
                                         )   OPPOSITION TO CONDITIONAL
17 v.                                    )   TRANSFER ORDER 313
                                         )
18 ASBESTOS DEFENDANTS, et al.,          )
                                         )
19         Defendants.                   )

20

21     The undersigned is in receipt of the Conditional Transfer Order (CTO-313) filed with

22 the Clerk of the Judicial Panel on Multi-District Litigation on August 11, 2008. Pursuant to

23 JPML Rule 7.4(c), the undersigned hereby notifies the Clerk of the Judicial Panel on Multi-

24 District Litigation that Plaintiff is in Opposition to Conditional Transfer Order 313.

25 Dated: August 26, 2008

26                                      BRAYTON ❖ PURCELL LLP

27                                      _____
                                        Richard M. Grant
28                                      Attorneys for Plaintiff, ROBERT SCHOELZEL

K:\Injured\105358\Fed-JPMDL-Nto of Opp to CTO 313.wpd         1
PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 313

**OFFICIAL FILE COPY**

IMAGED AUG 2 7 2008

PLEADING NO. 5561

AUG 27 2008

FILED
CLERK'S OFFICE

## PROOF OF SERVICE BY MAIL

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

On August 26, 2008, I served the following document(s) described as:

**Plaintiff's Notice of Opposition to Conditional Transfer Order 313**

**Robert Schoelzel v. Allis-Chalmers Corp. et al.
MDL # 875, CTO-313
USDC CAN C08-3113 JSW**

on the interested party(ies) in this action as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

**XX    BY OFFICE MAILING**

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed August 26, 2008, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

_Jane Ehni_
Jane Ehni

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

RECEIVED CLERK'S OFFICE
2008 AUG 26 P 12:57
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PROOF OF SERVICE BY MAIL        1

# IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-313)

David W. Allen
GOODELL DEVRIES LEECH & DANN LLP
One South Street
Suite 2000
Baltimore, MD 21202

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN PLLC
254 Court Avenue
Second Floor
Memphis, TN 38103

Arturo M. Aviles
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
100 Congress Avenue
Suite 800
Austin, TX 78701

Edward E. Bagnell, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Nicholas S. Baldo
STEVENS BALDO FREEMAN & LIGHTLY LLP
550 Fannin Street
Suite 700
P.O. Box 4950
Beaumont, TX 77701

Brian P. Barrow
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90815

Sabrina M. Berdux
KNOX RICKSEN LLP
1300 Clay Street
Suite 500
Oakland, CA 94612-1427

Nickolas C. Berry
HINSHAW & CULBERTSON LLP
Barnett Bank Building
1 East Broward Blvd.
Suite 1010
Fort Lauderdale, FL 33301

Robert Karl Beste, III
SMITH KATZENSTEIN FURLOW
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Scott R. Bickford
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Wilton E. Bland, III
MOULEDOUX BLAND LEGRAND & BRACKETT
4250 One Shell Square
701 Poydras Street
New Orleans, LA 70130-4250

John A. Bolles
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Nathaniel A. Bosio
DOGAN & WILKINSON PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39567

Allen Dale Bowers, II
LAW OFFICE OF JOSEPH RHOADES
1225 King Street
Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Paul A. Bradley
MARON MARVEL BRADLEY & ANDERSON PA
1201 North Market Street
Suite 900
P.O. Box 288
Wilmington, DE 19801

Robert J. Brummond
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Christian C. Burden
DLA PIPER US LLP
100 North Tampa Street
Suite 2200
Tampa, FL 33602-1447

Wendolyn S. Busch
MECHANIK NUCCIO WILLIAMS ET AL
18560 North Dale Marbry Highway
Lutz, FL 33548

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75205

Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES LTD
220 S. Ashland Avenue
Chicago, IL 60607-5308

William Thomas Causby
NELSON MULLINS RILEY & SCARBOROUGH LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Stuart L. Cohen
RUMBERGER KIRK & CALDWELL
80 S.W. 8th Street
Suite 3000
Miami, FL 33130

William David Conner
HAYNSWORTH SINKLER BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

Timothy Colin Connor
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

Eric David Cook
WILLCOX & SAVAGE PC
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Noriss Ennis Cosgrove
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Case A. Dam
FERRARO LAW FIRM
4000 Ponce de Leon Boulevard
Suite 700
Miami, FL 33146

William Pearce Davis
BAKER RAVENEL & BENDER
P.O. Box 8057
Columbia, SC 29202

Michael D. Dement
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
2001 Bryan Street, Suite 1300
Bryan Tower
Dallas, TX 75201

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

Christina E. Dubis
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Steven A. Edelstein
Biltmore Hotel Executive Office Center
1200 Anastasia Avenue
Suite 410
Coral Gables, FL 33134

C. Michael Evert, Jr.
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Julie Feigeles
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134-6012

John R. Felice
PIERCE DAVIS & PERRITANO LLP
Ten Winthrop Square
Boston, MA 02110

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Evelyn M. Fletcher
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

# MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Peter Collins Freeman
LAW OFFICES OF PETER C FREEMAN
16485 Laguna Canyon Road
Suite 230
Irvine, CA 92618-3846

James D. Gandy, III
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street, Suite 600
Norfolk, VA 23510

Neal C. Glenn
KELLEY JASONS MCGUIRE & SPINELLI LLP
Centre Square West
1500 Market Street, Suite 1500
Philadelphia, PA 19102

Brenda Godfrey
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134

Helaine S. Goodner
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302

David M. Governo
GOVERNO LAW FIRM LLC
260 Franklin Street, 15th Floor
Boston, MA 02110

Julia A. Gowin
PALMIERI TYLER WIENER WILHELM & WALDRON
East Tower, Suite 1300
2603 Main Street
Irvine, CA 92614-4281

Stephen Porter Hall
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Katrina M. Hall-Odom
AULTMAN TYNER & RUFFIN LTD
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Tina Hansard
HAWKINS PARNELL & THACKSTON LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

David M. Hawthorne
AKERMAN SENTERFITT
Las Olas Centre, II
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-2229

Anthony C. Hayes
NELSON MULLINS RILEY & SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Peter M. Henk
SHOOK HARDY & BACON LLP
Chase Tower
600 Travis Street
Suite 1600
Houston, TX 77002

Antoinette P. Hewitt
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329

Ethan A. Horn
SIMON EDDINS & GREENSTONE
301 East Ocean Boulevard, Suite 1950
Long Beach, CA 90802

H. Forest Horne, Jr.
JONES MARTIN PARRIS & TESSENER PLLC
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

James Gordon House, III
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jamie W. Howell, Jr.
GILDER HOWELL & ASSOCIATES PA
P.O. Box 193
Southhaven, MS 38671-0193

Jeffrey P. Hubbard
WELLS MOORE SIMMONS & HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Lakeysha Greer Isaac
COSMICH SIMMONS & BROWN PLLC
733 North State Street
Jackson, MS 39202

Curtis L. Isler
TUCKER ELLIS & WEST LLP
515 South Flower Stree
42nd Floor
Los Angeles, CA 90017-2223

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

## MDL No. 875 – Involved Counsel List (CTO-313) (Continued)

J. Michael Johnson
RAWLE & HENDERSON LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

Christopher R. Jordan
JORDAN FIRM
1804 Frederica Road, Suite C
P.O. Box 20704
St. Simons Island, GA 31522

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Gary H. Kaplan
MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN
1220 North Market Street, 5th Floor
Wilmington, DE 19801

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Leland I. Kellner
LAVIN COLEMAN FINARELLI &
GRAY
Penn Mutual Tower, 10th Floor
510 Walnut Street
Philadelphia, PA 19106

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Claire Williams Ketner
BRUNINI GRANTHAM GROWER
& HEWES PLLC
P.O. Drawer 119
Jackson, MS 39205-0119

Victoria O. Kieth
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
100 Congress Avenue
Suite 800
Austin, TX 78701

William F. Kiniry, Jr.
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300

John T. Kitchens
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Susan B. Kohn
SIMON PERAGINE SMITH &
REDFEARN LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

John Andrew LaBoon
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
100 Congress Avenue, Suite 800
Austin, TX 78701

Peter Andrew Lampros
COOK HALL & LAMPROS LLP
Promenade Two, Suite 3700
1230 Peachtree Street, NE
Atlanta, GA 30309

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Major A. Langer
PERONA LANGER BECK
LALLANDE & SERBIN
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, CA 90807

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

Christopher L. Madeksho
MADEKSHO LAW FIRM
8866 Gulf Freeway
Suite 440
Houston, TX 77017

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Jeffrey S. Marlin
MARKS O'NEILL O'BRIEN &
COURTNEY PC
913 North Market Street, Suite 800
Wilmington, DE 19801

Miriam P. Maxwell
VASQUEZ & ESTRADA
Courthouse Square
1000 Fourth Street, Suite 700
San Rafel, CA 94901

James A. Mayfield
NAMAN HOWELL SMITH & LEE
900 Washington Avenue
7th Floor
P.O. Box 1470
Waco, TX 76703-1470

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive, Suite 130
Virginia Beach, VA 23452

John C. McCants
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Moffatt Grier McDonald
HAYNSWORTH SINKLER BOYD PA
P.O. Box 2048
Greenville, SC 29602

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE &
DISIPIO
190 N. Independence Mall West
6th & Race Street
Suite 500
Philadelphia, PA 19106

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Christopher Meisenkothen
EARLY LUDWICK & SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Gustavo Javier Membiela
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136

Karen Barth Menzies
ROBINSON CALCAGNIE &
ROBINSON
620 Newport Center Drive
Seventh Floor
Newport Beach, CA 92660

Julie Lynn Mer
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Donald S. Meringer
MERINGER ZOIS & QUIGG LLC
300 East Lombard Street
Suite 1440
Baltimore, MD 21202

Clinton W. Moody
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Kyle S. Moran
PHELPS DUNBAR LLP
NorthCourt One, Suite 300
2304 19th Street
Gulfport, MS 39501

Stephen W. Mullins
LUCKEY & MULLINS
P.O. Box 724
Ocean Springs, MS 39564

Brendan Murphy
PERKINS COIE LLP
1201 3rd Avenue, Suite 4800
Seattle, WA 98101-3099

John K. Nieset
CHRISTOVICH & KEARNEY LLP
601 Poydras Street
Suite 2300
New Orleans, LA 70130-6078

Penelope B. O'Connell
ELZUFON AUSTIN REARDON
TARLOV & MONDELL PA
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

John Patrick O'Flanagan
FOWLER WHITE BOGGS &
BANKER PA
501 E. Kennedy Boulevard, Suite 1700
P.O. Box 1438
Tampa, FL 33601-1438

Alison E. O'Neal
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

James R. Old, Jr.
GERMER GERTZ LLP
P.O. Box 4915
Beaumont, TX 77704-4915

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

John Francis Parker
MOUND COTTON WOLLAN &
GREENGRASS
One Battery Park Plaza
New York, NY 10004

Lynne M. Parker
HOLLSTEIN KEATING CATTELL ET AL
12th & Orange Street, Suite 730
One Commerce Center
Wilmington, DE 19801

Sara Marie Parker
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111

Donald C. Partridge
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Steven R. Penn
PENN RAKAUSKI
927 Main Street
Racine, WI 53403

Ronald G. Peresich
PAGE MANNINO PERESICH &
MCDERMOTT PLLC
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Richard M. Perles
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219

Carl E. Pierce, II
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 500
Mclean, VA 22102

Jeffrey Scott Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1220 Market Street
5th Floor
Wilmington, DE 19801

William L. Powers
GLAST PHILLIPS ET AL
219 East Houston Street
Suite 400
San Antonio, TX 78205

Lawrence G. Pugh, III
PUGH ACCARDO HAAS &
RADECKER LLC
1100 Poydras Street
Energy Centre, Suite 2000
New Orleans, LA 70163-2000

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Michael John Ramirez
K&L GATES LLP
2828 N Harwood Street, Suite 1800
Dallas, TX 75201

Robert L. Redfearn
SIMON PERAGINE SMITH &
REDFEARN LLP
1100 Poydras, Suite 3000
New Orleans, LA 70163-3000

Donald E. Reid
MORRIS NICHOLS ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Antonio J. Rodriguez
FOWLER RODRIGUEZ
VALDES-FAULI
400 Poyodras Street, 30th Floor
New Orleans, LA 70130

Chris Romanelli
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

Kenneth Royer
BEASON WILLINGHAM LLP
808 Travis, Suite 1608
Houston, TX 77002

Gregory Scott Savage
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
One North Charles Street
Suite 2500
Baltimore, MD 21201

Eric Nils Scholnick
LEWIS & SCHOLNICK
660 South Figueroa St.,
Suite 1720
Los Angeles, CA 90017-3433

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

David Walter Scopp
MORGAN LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1126

Charles T. Sheldon
SEDGWICK DETERT MORAN &
ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Daniel M. Silver
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Kelly D. Simpkins
WELLS MARBLE & HURST PLLC
Lamar Life Building, Suite 600
317 East Capitol Street
P.O. Box 131
Jackson, MS 39205-0131

Christian J. Singewald
WHITE & WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Clinton W. Sitton
OFFICE OF CLINTON W SITTON
3353 Peachtree Road, N.E.
Suite 510
Atlanta, GA 30326

M. Stephen Smith, III
RUMBERGER KIRK & CALDWELL
Brickell Bayview Centre
80 S.W. 8th Street, Suite 3000
Miami, FL 33130-3047

Mark J. Spansel
ADAMS & REESE LLP
One Shell Square, Suite 4500
701 Poydras Street
New Orleans, LA 70139

Martha B. Stegall
MITCHELL MCNUTT & SAMS PA
P. O. Box 7120
Tupelo, MS 38802-7120

Jennifer M. Studebaker
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Katharine McKee Surkin
PAGE MANNINO PERESICH &
MCDERMOTT PLLC
P.O. Box 16450
Jackson, MS 39236-6450

Brian Thomas Swift
B SWIFT LAW FIRM PC
480 North Sam Houston Parkway East
Suite 232
Houston, TX 77060

Cowles E. Symmes
PAGE MANNINO PERESICH &
MCDERMOTT PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
3 West Cary Street
Richmond, VA 23220

Michael A. Tanenbaum
SEDGWICK DETERT MORAN &
ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE, Suite 200
Atlanta, GA 30305

Eric Thompson
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS & KONIGSBERG
LLP
800 Third Ave
13th Floor
New York, NY 10022

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Julie Ann Torres
JACKSON & WALLACE
55 Francisco Street
6th Floor
San Francisco, CA 94133

Beth E. Valocchi
SWARTZ & CAMPBELL
300 Delaware Avenue
Suite 1130
Wilmington, DE 19801

Carey R. Varnado
MONTAGUE PITTMAN &
VARNADO
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Henry N. Ware Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

## MDL No. 875 - Involved Counsel List (CTO-313) (Continued)

Jason Douglas Watkins
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Paul A. Weykamp
LAW OFFICES OF PAUL A WEYKAMP
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Beranton James Whisenant, Jr.
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard, Suite 1000
Miami, FL 33137

Clay M. White
SAMMONS & PARKER PC
218 North College Avenue
Tyler, TX 75702

Robert E. Williams, IV
SULZER & WILLIAMS LLC
201 Holiday Boulevard
Suite 335
Covington, LA 70433

Sarah B. Windham
AULTMAN TYNER RUFFIN & SWETMAN LTD
P. O. Drawer 750
Hattiesburg, MS 39403-0750

James Steven Zavakos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, MD 21201-3804

Date Created: 8/26/2008-9:00:27 AM
Created by: LitSupport - ServiceList - Live
Matter Number: 105358.001 - Robert Schoelzel

Run By : Ehni, Jane (JAE)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330    510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Bowman and Brooke LLP**
879 West 190th Street
Suite 700
Gardena, CA 90248-4227
310-768-3068    310-719-1019 (fax)
**Defendants:**
  Ford Motor Company (FORD)
  General Motors Corporation (GM)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300    415-808-0333 (fax)
**Defendants:**
  Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Burnham & Brown**
1901 Harrison Street
11th Floor
Oakland, CA 94612
510-444-6800    510-835-6666 (fax)
**Defendants:**
  Borg-Warner Corporation by its Successor in Interest, BorgWarner Morse TEC Inc. (BWMORS)

**Carroll, Burdick & McDonough**
Asbestos Case Coordinator
44 Montgomery Street, Ste. 400
San Francisco, CA 94104
415-989-5900    415-989-0932 (fax)
**Defendants:**
  Warren Pumps, LLC (WARPUM)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900    415-986-8054 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)
  Leslie Controls, Inc. (LESCON)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715    650-364-5297 (fax)
**Defendants:**
  IMO Industries, Inc. (IMOIND)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300    415-982-6700 (fax)
**Defendants:**
  BW/IP International Inc. (BWIPIN)

**Kirkpatrick & Lockhart Preston Gates Ellis LLP**
55 Second Street
Suite 1700
San Francisco, CA 94105
415-882-8200    415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500    510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300    925-947-1594 (fax)
**Defendants:**
  Steego Corporation (STGCOR)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100    415-979-0747 (fax)
**Defendants:**
  Uniroyal Holding, Inc. (UNIROY)

**Law Offices of Peter C. Freeman**
16485 Laguna Canyon Road, Ste. 230
Irvine, CA 92618
949-341-0500    949-341-0505 (fax)
**Defendants:**
  Barr Lumber Company, Inc. (BARRLU)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000    415-267-4198 (fax)
**Defendants:**
  Certainteed Corporation (CERT)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000    415-442-1001 (fax)
**Defendants:**
  Grinnell Corporation (GRINN)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000    415-344-7288 (fax)
**Defendants:**
  Georgia-Pacific Corporation (GP)
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170    213-623-3594 (fax)
**Defendants:**
  Viacom, Inc. (VIACOM)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900    415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000    415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400    415-617-2409 (fax)
**Defendants:**
  Carrier Corporation (CARRCP)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072    415-391-6258 (fax)
**Defendants:**
  Thomas Dee Engineering Co., Inc. (DEE)

USDC- Northern Calif.
450 Golden Gate Ave
San Francisco, CA 94102