**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 27 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISCTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO.VI)

MDL No. 875

PLEADING NO. 5563

| | |
|---|---|
| PATRICIA TIGNER, | Civil Action No. 2:08CV166-P-A |
| Plaintiff, | |
| v. | |
| BONDEX INTERNATIONAL, INC., et al. | *(Removed on July 15, 2008, from the Circuit Court of Panola County of the State of Mississippi, Case No. 2008-94 MP2)* |
| Defendants. | |

## PLAINTIFF'S NOTICE OF OPPOSITION TO
## CONDITIONAL TRANSFER ORDER

NOW COMES PLAINTIFF, by and through her counsel, and files this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-313 included the above-referenced action. Deadline for Notice of Opposition is August 26, 2008. Plaintiff hereby serves this Notice of Opposition to CTO-310, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiff will serve her Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

Dated: August 26, 2008

# OFFICIAL FILE COPY

IMAGED AUG 27 2008

Respectfully submitted,

**GILDER, HOWELL & ASSOCIATES, P.A.**

Jamie W. Howell, Jr.
Mississippi Bar No. 2735

230 Goodman Road, East
Bldg 2, Suite 100
Southaven, MS  38671
662-349-2092 (office)
662-349-7028 (facsimile)


### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record via facsimile on this 26th day of August, 2008.

Jamie W. Howell, Jr., Esquire


PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER          Page 2