**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

AUG 27 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO.VI)

MDL No. 875

| | |
|---|---|
| EVA MULCAHY, etc., <br><br> Plaintiff, <br><br> v. <br><br> BUFFALO PUMPS, INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-03971 <br><br> From the <br> UNITED STATES DISTRICT COURT <br> FOR THE EASTERN DISTRICT OF <br> VIRGINIA, NORFOLK DIVISION |

PLEADING NO. 5564

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW COMES PLAINTIFFS, by and through their counsel, and file this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-313 included the above-referenced action. Deadline for Notice of Opposition is August 26, 2008. Plaintiffs hereby serve this Notice of Opposition to CTO-313, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiffs will serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

Dated: August 26, 2008

**OFFICIAL FILE COPY**

PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER        Page 1

IMAGED AUG 27 2008

Respectfully submitted,

Laura Cabutto, Esquire
Jeffrey B. Simon, Esquire
SIMON, EDDINS & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

Steven R. Penn, Esquire
PENN RAKAUSKI
927 Main Street
Racine, WI 53403-1524
Telephone: (262) 636-0036
Facsimile: (262) 636-0030

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record via facsimile on this 26th day of August, 2008.

Laura Cabutto, Esquire