**MDL 875**

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 27 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO.VI)

MDL No. 875

| | |
|---|---|
| JOHN KLINE<br><br>Plaintiff,<br><br>v.<br><br>ALFA LAVAL, INC., et al.,<br><br>Defendants. | Civil Action No. 2:08-cv-09380<br><br>From the<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF<br>VIRGINIA, NORFOLK DIVISION |

PLEADING NO. 5565

## PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW COMES PLAINTIFF, by and through his counsel, and files this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-313 included the above-referenced action. Deadline for Notice of Opposition is August 26, 2008. Plaintiff hereby serves this Notice of Opposition to CTO-313, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiff will serve his Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

Dated: August 26, 2008

**OFFICIAL FILE COPY**

PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER        Page 1

IMAGED AUG 2 7 2008

Respectfully submitted,

*[signature]* Michael G. Phelan, Esquire
Butler Williams & Skilling
100 Shockoe Slip, Fourth Floor
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
VSB No.: 29725

Laura Cabutto, Esquire
Jeffrey B. Simon, Esquire
Ron C. Eddins, Esquire
David C. Greenstone, Esquire
SIMON, EDDINS & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record via facsimile on this 26th day of August, 2008.

*[signature]* Michael G. Phelan, Esquire

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 27 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

|  |  |
|---|---|
| JOHN KLINE ) | Civil Action No. 2:08-cv-09381 |
| Plaintiff, ) |  |
| ) | From the |
| v. ) | UNITED STATES DISTRICT COURT |
| ) | FOR THE EASTERN DISTRICT OF |
| ALFA LAVAL, INC., et al., ) | VIRGINIA, NORFOLK DIVISION |
| Defendants. ) |  |

### PLAINTIFF'S NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER

NOW COMES PLAINTIFF, by and through his counsel, and files this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-313 included the above-referenced action. Deadline for Notice of Opposition is August 26, 2008. Plaintiff hereby serves this Notice of Opposition to CTO-313, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiff will serve his Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

Dated: August 26, 2008

Respectfully submitted,

*Michael Phelan* (signature)

Michael G. Phelan, Esquire
Butler Williams & Skilling
100 Shockoe Slip, Fourth Floor
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
VSB No.: 29725

Laura Cabutto, Esquire
Jeffrey B. Simon, Esquire
Ron C. Eddins, Esquire
David C. Greenstone, Esquire
SIMON, EDDINS & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record via facsimile on this 26th day of August, 2008.

*Michael Phelan* (signature)

Michael G. Phelan, Esquire