Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 1 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-313)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,219 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

PLEADING NO. 5567

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 2 7 2008

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE CTO-313 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC 2 08-1441   Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
                  Opposed 8/20/08
~~CAC 2 08-4443   Mary T. Meredith, et al. v. Bondex International, Inc., et al.~~
                  Opposed 8/20/08
~~CAC 2 08-4500   Margaret Neber, etc. v. SYD Carpenter Marine Contractor, Inc., et al.~~
                  Opposed 8/18/08
~~CAC 2 08-4674   Edgardo R. Salamante, et al. v. Quintec Industries, Inc., et al.~~
                  Opposed 8/22/08

CALIFORNIA NORTHERN
~~CAN 3 08-3113   Robert Schoelzel v. Allis-Chalmers Corp., et al.~~ Opposed 8/27/08
~~CAN 3 08-3314   Norman Carveth v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
                  Opposed 8/27/08

CONNECTICUT
  CT   3   08-999    Barbara Culbertson, etc. v. General Electric Co.

DELAWARE
~~DE 1 08-351   Frederick Seitz, et al. v. Adel Wiggins Group, et al.~~ Opposed 8/20/08

FLORIDA MIDDLE
  FLM  8   08-1295   Darrell Maxey, etc. v. A.W. Chesterton Co., et al.

FLORIDA SOUTHERN
  FLS  9   08-80724  John A. Faddish, et al. v. Buffalo Pumps, Inc., et al.

GEORGIA NORTHERN
  GAN  1   08-2022   Williams S. Breedlove, et al. v. CSX Transportation, Inc.

ILLINOIS NORTHERN
  ILN  1   08-3264   Edward Klobucar v. Allied Crane, Inc., et al.
  ~~ILN 1 08-3971   Eva Mulcahy, etc. v. Buffalo Pumps, Inc., et al.~~ Opposed 8/27/08

LOUISIANA EASTERN
  LAE  2   08-1740   Arthur Montegut, Sr. v. Bunge North America, Inc., et al.

MARYLAND
  MD   1   08-1874   Bernard Shorter, et al. v. John Crane-Houdaille, Inc., et al.

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #     CASE CAPTION**

MISSISSIPPI NORTHERN
~~MSN 2 08-166     Patricia Tigner v. Bondex International, Inc., et al.~~ Opposed 8/27/08

MISSISSIPPI SOUTHERN
  MSS 1 08-319     Melissa Priester, etc. v. Crane Co., et al.

NORTH CAROLINA MIDDLE
  NCM 1 08-450    Joann Bennett Smith, etc. v. Aqua-Chem, Inc., et al.
  NCM 1 08-451    Michael L. Johnson, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-452    Kevin Fare Martin, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-463    Richard A. Dudley, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-464    Walter W. Fitzpatrick, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-487    Charles R. Hauser, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-490    Donald W. Kimball, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-491    Bruce E. Lee, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-503    Floyd E. Ford, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-504    Leslie E. Kesler, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-505    Gary Lynn Ratliff, Sr. v. Aqua-Chem, Inc., et al.
  NCM 1 08-514    Michael Wayne Brown, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-515    William G. Prevette, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-516    Russ M. Hartsell, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1 08-287    Matthew S. Cox, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-288    Randall Lee Adams v. Aqua-Chem, Inc., et al.
  NCW 1 08-289    Jimmy Ray Barnes, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-290    Bobby R. Harris, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-291    Keith A. Martin, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-292    Eddie D. Stephens, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-296    Candis S. McAlister, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-297    Barbara Long Pearson v. Aqua-Chem, Inc., et al.
  NCW 1 08-298    William M. Raney, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-299    Robert C. Thompson, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-300    Thomas L. Titchenal, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-302    Larry W. Abernathy, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-306    Donald P. Anderson, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-307    William L. Duvall, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-308    David Harrison Greer v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**     **CASE CAPTION**

| | | | |
|---|---|---|---|
| NCW | 1 | 08-309 | James R. Groner, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-310 | Donald D. Herndon, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-311 | Bobby D. Ledford, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-312 | Rodney William Martin v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-313 | Patricia Fisher Moore v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-314 | Calvin E. Ramseur, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-315 | Keith Carl Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-316 | Betty Jean Stephens, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-317 | Harold R. Hunter, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-323 | Michael Worth Hines v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-324 | Joel Ernie Ingle v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-325 | John Thomas Walker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-326 | Robert S. Lockler, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-327 | Boyce E. Easter, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-328 | Roy Lee Hembree, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-329 | Danny Eugene Jones, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-330 | Cynthia D. MacIntosh, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-331 | Jimmy Allen Avery, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-332 | Priscilla A. Curtis, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-333 | Floyd L. Grass, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-334 | Edmonia F. Adams v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-335 | Robert Bryan Bailey v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-336 | Paul F. Campbell, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-337 | David Lee Coffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-338 | Pearl Graham, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-339 | James O. Connor, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-340 | Robert Edmond Ellis v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-341 | Thilbert A. Hager, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-343 | William J. Herndon, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-344 | Steven P. Holbrooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-345 | Jeffrey Wayne Pagan v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-347 | David C. Sherrill, et al. v. Aqua-Chem, Inc., et al. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| ~~NYS~~ | ~~1~~ | ~~08-5509~~ | ~~Ernesto Miranda, et al. v. Abex Corp., et al.~~ **Opposed 8/20/08** |
| NYS | 1 | 08-6168 | Donald Wolf v. General Motors Corp. |

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #    CASE CAPTION**

SOUTH CAROLINA
| SC | 0 | 08-2361 | Jimmy Coleman, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2500 | Ginnive W. Cook, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2529 | Dennis Jones, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2531 | Philip W. Long, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2575 | Paul Aiken, III, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2579 | Clifford T. Canty, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2581 | Steven Maurice Corley v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2601 | James M. Hamilton, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2615 | Billy Ray Ramsey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 4 | 08-2507 | Betty L. Akers, et al. v. Aqua-Chem, Inc., et al. |
| SC | 4 | 08-2528 | Gary Leon Akers, et al. v. Aqua-Chem, Inc., et al. |
| SC | 6 | 08-2362 | James B. Vaughn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 6 | 08-2582 | Raymond B. Howell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2502 | Norman R. Lanier, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2583 | Robert H. Jefferies, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2614 | Robert K. Albertson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2623 | Joe Dean Byars, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2360 | John Edward Black v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2501 | Hal Boyd Kelly, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2506 | Charles B. Matheson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2576 | Anthony E. Bagwell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2577 | Claude R. Brewer, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2584 | John L. Kilpatrick, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2586 | Rhonda Ellenburg, etc. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2587 | Kylie Johnson, etc. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2618 | Morris M. Owens, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2620 | Edward L. Huskey, et al. v. Aqua-Chem, Inc., et al. |

TEXAS SOUTHERN
| ~~TXS~~ | ~~4~~ | ~~08-2095~~ | ~~Donald A. Young, et al. v. American Standard, Inc. et al.~~ Vacated 8/14/08 |

VIRGINIA EASTERN
| VAE | 2 | 05-8598 | William H. Monroe, Jr., etc. (Anthony J. Grasso) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8599 | William H. Monroe, Jr., etc. (James E. Osting) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8600 | William H. Monroe, Jr., etc. (Marion H. Williams) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8601 | Bernard L. Curry v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-313 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**    **CASE CAPTION**

| | | | |
|---|---|---|---|
| VAE | 2 | 05-8602 | Ronald Eskridge v. American Standard, Inc., et al. |
| VAE | 2 | 05-8603 | Robert E. Lilley v. American Standard, Inc., et al. |
| VAE | 2 | 05-8604 | Loren K. McCroskey v. American Standard, Inc., et al. |
| VAE | 2 | 05-8605 | Leroy G. Meseke v. American Standard, Inc., et al. |
| VAE | 2 | 05-8606 | John D. Murray v. American Standard, Inc., et al. |
| VAE | 2 | 05-8607 | William W. Powers v. American Standard, Inc., et al. |
| VAE | 2 | 05-8608 | William L. Salter v. American Standard, Inc., et al. |
| VAE | 2 | 05-8609 | Kenneth C. Shuey v. American Standard, Inc., et al. |
| VAE | 2 | 05-8610 | Wilbur E. Still v. American Standard, Inc., et al. |
| VAE | 2 | 05-8611 | Benton F. Williams v. American Standard, Inc., et al. |
| VAE | 2 | 05-8612 | Donald W. Anderson v. American Standard, Inc., et al. |
| VAE | 2 | 05-8613 | Oscar L. Clark v. American Standard, Inc., et al. |
| VAE | 2 | 05-8614 | William H. Monroe, Jr., etc. (Homer Wayne Holland) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8615 | Raymond J. Holley v. American Standard, Inc., et al. |
| VAE | 2 | 05-8616 | William H. Monroe, Jr., etc. (Robert Glen Spencer) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8617 | William H. Monroe, Jr., etc. (Leroy E Varney) v. American Standard, Inc., et al. |
| VAE | 2 | 05-8618 | Eulalio E. Castaneda v. American Standard, Inc., et al. |
| VAE | 2 | 05-8619 | Jerold H. German v. American Standard, Inc., et al. |
| VAE | 2 | 05-8620 | Glenn E. Allen v. American Standard, Inc., et al. |
| VAE | 2 | 05-8621 | George F. Bartlome v. American Standard, Inc., et al. |
| VAE | 2 | 05-8622 | Enrique Castaneda v. American Standard, Inc., et al. |
| VAE | 2 | 05-8623 | Grant Howard v. American Standard, Inc., et al. |
| VAE | 2 | 05-8624 | Frank Rodriguez v. American Standard, Inc., et al. |
| VAE | 2 | 05-8627 | Robert J. Russell v. American Standard, Inc., et al. |
| VAE | 2 | 05-8628 | Gerald C. Wedel v. American Standard, Inc., et al. |
| VAE | 2 | 05-8629 | Earl J. Walker v. American Standard, Inc., et al. |
| VAE | 2 | 05-8630 | Thomas F. O'Neill v. American Standard, Inc., et al. |
| VAE | 2 | 05-8631 | Milton F. Rehlander v. American Standard, Inc., et al. |
| ~~VAE~~ | ~~2~~ | ~~08-9378~~ | ~~William W. Bussey v. Buffalo Pumps, Inc., et al.~~ **Opposed 8/27/08** |
| ~~VAE~~ | ~~2~~ | ~~08-9379~~ | ~~William W. Bussey v. Buffalo Pumps, Inc., et al.~~ **Opposed 8/27/08** |
| ~~VAE~~ | ~~2~~ | ~~08-9380~~ | ~~John Kline v. Alfa Laval, Inc., et al.~~ **Opposed 8/27/08** |
| ~~VAE~~ | ~~2~~ | ~~08-9381~~ | ~~John Kline v. Alfa Laval, Inc., et al.~~ **Opposed 8/27/08** |
| VAE | 2 | 08-9382 | Henry B. Becerra v. American Standard, Inc., et al. |
| VAE | 2 | 08-9383 | Herbert H. Daniels v. American Standard, Inc., et al. |
| VAE | 2 | 08-9384 | Alvin C. Ford v. American Standard, Inc., et al. |
| VAE | 2 | 08-9385 | Gary Glispie v. American Standard, Inc., et al. |
| VAE | 2 | 08-9386 | James Luwisch, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 08-9387 | Kenneth R. Reeves v. American Standard, Inc., et al. |