# MDL 875

**LEVY, PHILLIPS & KONIGSBERG, LLP**
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 28 2008

FILED
CLERK'S OFFICE.

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924

TELEPHONE: (845) 294-2002

August 25, 2008

> Request of Pltfs. in Miranda, et al., NYS 1: 08-5509, for Extension of Time to file Motion/Brief to Vacate CTO --- GRANTED TO AND INCLUDING **September 17, 2008**.
> (jwn - August 28, 2008)

**_VIA FACSIMILE_**
Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
FAX: (202) 502-2888

PLEADING NO. 5570

Re:   _Miranda v. Abex Corporation, et al_
U.S. District Court for the Southern District of New York
Case No. 08-CIV-5509
MDL No.: 875/CTO-313

Dear Mr. Luthi:

We represent the plaintiffs in the above captioned case and write to request an extension of time for the filing of our Motion to Vacate the Conditional Transfer Order and brief in support thereof. These papers are presently due on September 22, 2008. We request that this deadline be extended until September 17, 2008 in light of the fact that Plaintiffs and all removing defendants have stipulated to the remand and that Plaintiffs' Proposed Order to Remand this case to state court is pending before Judge Shira Sheindlin in the District Court. Assuming the Proposed Order to remand is signed, any issue as to whether this case should be transferred will be rendered moot.

As you may be aware, this case was removed by four defendants: Lockheed Martin Corporation, The Boeing Company and Boeing Integrated Defense System, Northrup Grumman Systems Corporation, and General Dynamics Corporation. These removals created two open cases in the District Court. The companion case to the one referenced above was listed on CTO-312. The JPML recently granted an extension of time -- up to and including September 17, 2008 -- for Plaintiffs' to file their Motion to Vacate the Conditional Transfer Order in that companion case. Plaintiffs therefore request the same extension in this case.

OFFICIAL FILE COPY   IMAGED AUG 28 2008

Jeffery M. Luthi
Clerk of the Panel
August 25, 2008
Page 2

As explained in our prior letter, Plaintiffs and removing defendants have stipulated that the case be remanded to State Court. Plaintiffs have filed a Proposed Order to Remand the case based on these stipulations. Plaintiffs request an extension until September 17, 2008, as this will afford Judge Sheindlin a reasonable amount of time to rule on Plaintiffs' and Defendant's Stipulation and Proposed Order to remand.

If Judge Sheindlin signs Plaintiffs' Proposed Order of Remand, then there will be no need to engage in motion practice before MDL-875. Because any motion practice with the MDL court will be rendered moot by an order remanding this case to state court, the extension requested by plaintiffs would serve the interests of judicial economy and preserve the resources of the parties.

Thank you for your consideration of this matter.

Sincerely,

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Sharon J. Zinns

cc:     All Counsel in the Miranda Case
        By facsimile (See Attached Service List)

RECEIVED
CLERK'S OFFICE
2008 AUG 25 P 12:12
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# TELECOPIER COVER LETTER

## LEVY PHILLIPS & KONIGSBERG, L.L.P.
800 Third Avenue
New York, New York 10022
Telephone: (212) 605-6200
Facsimile: (212) 605-6290

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**AUG 28 2008**

**FILED**
**CLERK'S OFFICE**

NAME OF SENDER:        Sharon J. Zinns, Esq.

DATE   August 25, 2008            TIME:_____   File No: 08- 0002

PLEASE DELIVER THE FOLLOWING PAGES TO:

TO:   Jeffrey N Luthi                                                     Fax No: (202) 502-2888
      United States Judicial Panel on Multidistrict Litigation
      Clerk of the Panel

CC:   All Counsel of Record

| | |
|---|---|
| James Walker Smith, Esq.<br>SMITH ABBOT, L.L.P.<br>*Attorneys for Abex Corporation f/k/a American Brake Shoe and Pneumo Abex Corporation Individually and as successor in interest to Abex Corporation* | F: 212-981-4502 |
| Suzanne Halbardier, Esq.<br>BARRY McTIERNAN & MOORE<br>*Attorneys for American Refractories, Co., Graybar Electric Co., Inc., General Refractories, Co. and John Crane, Inc.* | F: (212) 608-8902 |
| Lisa M. Pascarella, Esq.<br>PEHLIVANIAN, BRAATEN & PASCARELLA, L.L.P.<br>*Attorneys for American Refractories, Inc. and Ingersoll-Rand Company* | F: (732)528-4445 |
| Bashi Buba, Esq.<br>WILBRAHIM, LAWLER & BUBA<br>*Attorneys for Atlas Turner* | F: (215) 564-4385 |
| Kerryann M. Cook, Esq./Philip J. O'Rourke, Esq.<br>McGIVNEY & KLUGER P.C.<br>*Attorneys for Alcoa, Inc., Avocet Enterprises, Inc., Courter & Company and Fay Spoffard & Thorndike of New York, Inc., f/k/a Wolf & Munier, Inc., Hercules chemical Company, Inc., Leslie Controls, Railroad Friction Products Corp., Treadwell Corporation, Kentile Floors and and Tate Andale Inc, Individually and as Successor -in- interest to CH Wheeler Co.* | F: (212) 509-4420 |

00126182.WPD

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP     F:   (212) 490-3038
*Attorneys for A.W. Chesterton Co., Inc., Carrier Corporation,*
*General Dynamics, Boeing Integrated Defense Systems*

Andrew M. Warshauer, Esq./Anna DiLonardo, Esq.
WEINER LESNIAK, LLP                              F:   (631) 232-6184
*Attorneys for Bondex Incorporated, Lockheed Martin Corp.,*
*Robert A. Keasbey Co. and Borg Warner Corporation*

Michael Waller, Esq
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP   F:   (973) 848-4001
*Attorneys for Crane Co., CRANE RESISTOFLEX AEROSPACE*
*and Crane Pumps & Systems, Inc. & CRANE AEROSPACE*
*& ELECTRONICS*

Deborah L. Slowata, Esq./ Nancy McDonald, Esq.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP      F:   (973) 425-0161
*Attorneys for Cuttler Hammer n/k/a Eaton Electrical Inc.,*
*Eaton Corporation*

Judith Yavitz, Esq.
REED SMITH, LLP                                  F:   (212) 521-5450
*Attorneys for Dana Corporation and Union Carbide*

William Mueller, Esq.
CLEMENTE MUELLER & TOBIA, P.A.                   F:   (973) 455-8118
*Attorneys for Durabla Manufacturing Company*

Erich Gleber, Esq.
SEGAL McCAMBRIDGE SINGER & MAHONEY               F:   (212) 651-7499
*Attorneys for Durametalic Corporation,*
*Garlock Sealing Technologies, LLC*
*Anchor Packing Co. and Flowserve*

Laura B. Hollman, Esq.
McMAHON MARTINE & GALLAGHER                      F:   (212) 747-1239
*Attorneys for Eastern Refractories Corporation*

Andrew Sapon, Esq.
BIVONA & COHEN, P.C.                             F:   (212) 363-9824
*Attorneys for Eaton Hydraulics, Inc.*

Paul Grant, Esq.
GARRISON LITIGATION                              F:   (585) 325-7356
*Attorneys for Enpro Industries*

Michael A. Tanenbaum, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP             F:   (973) 242-8099
*Attorneys for Foster Wheeler Energy Corp., General Electric Corporation*
*and Ge Aviation Systems, LLC*
T: 973-242-0002

00126182.WPD

Ethan Baumfeld, Esq./Nancy L. Pennie, Esq.  
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP     F: (212) 593-6970  
*Attorneys for General Motors Corporation*

Scott R. Emery, Esq./ James R. Lynch, Esq.  
LYNCH DASKAL EMERY, LLP     F: (212) 302-2210  
*Attorneys for Georgia Pacific Corporation,*  
*Individually and as successor in interest to*  
*Consolidated Vultee Aircraft Corporation,*  
*Goodyear Tire & Rubber and and DaimlerChrysler*

Thomas Pantino  
Mendes & Mount LLP  
*Attorney for The Fairchild Corporation and*     F.: 212-261-8750  
*HITCO CARBON & COMPOSITES*  
Individually and as successor in interest to Hitco

Patrick J. Dwyer, Esq.  
SMITH, STRATTON, WISE, HHEHER & BRENNAN     F: (609) 987-6651  
*Attorneys for Goodrich Corporation f/k/a B.F. Goodrich Company*

John Fanning, Esq.  
CULLEN & DYKMAN LLP     F: (718) 935-1509 or  
*Attorneys for Gould Pumps, Inc.*     (718)-855-4282

Lisa A. Linsky, Esq./Donald R. Pugliese, Esq.  
McDERMOTT, WILL & EMERY, LLP     F: (212) 547-5444  
*Attorneys for Honeywell International Inc.*  
*f/k/a Allied Signal, Inc. successor in interest*  
*to Bendix Corporation*

Robert C. Malaby, Esq.  
MALABY & BRADLEY, LLC     F (212) 791-0286  
*Attorneys for JH France*

Abbie Eliasberg Fuchs, Esq.  
HARRIS BEACH, PLLC     F: (212) 687-0659  
*Attorneys for Kentile Floors, Inc.*

Christopher S. Kozak, Esq.     F: (973) 623-4496  
*Attorneys for Metropolitan Transit Authority*

Steven L. Keats     F: (516) 248-4256  
*Attorneys for Munaco Packing & Rubber Co.*

Elisa T. Gilbert, Esq.  
GILBERT & GILBERT, LLC     F: (212) 286-8522  
*Attorneys for Northrup Gruman Corporation*

Arthur Bromberg  
WEINER LESNIAK LLP     F: (973) 403-0010  
*Attorneys for Old Orchard Industrial Corporation,*

00126182.WPD

*Individually and as successor to Vapor Corporation*

| | |
|---|---|
| Mark S. Landman, Esq.<br>LANDMAN CORSI BALLAINE & FORD, P.C.<br>*Attorneys for Sequoia Ventures, Inc. f/k/a as Bechtel Corporation.* | F:   (212) 238-4848 |
| Kenneth J. Kelly<br>EPSTEIN BECKER & GREEN, PC<br>*Attorneys for Wayne Wire Cloth Products, Inc.<br>and Grimes Aerospace Company, Individually<br>and as successor in interest to Midland-Ross Corporation* | F:   (212) 661-0989 |
| Genevieve MacSteel, Esq./Robert Brooks-Rigolosi, Esq.<br>MCGUIREWOODS<br>*Attorneys for Westinghouse Air Brake Co.* | F:   (212) 715-2303 |
| Timothy J. McHugh, Esq.<br>LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY<br>*Attorneys for 3M Company f/k/a Minnesota Mining & Manufacturing* | F:   (212) 319-6932 |
| Dominic P. Bianco<br>GALLAGHER, WALKER, BIANCO & PLASTARAS<br>*Attorneys for Hewlett Packard Company* | F:   (516) 248-2394 |
| Timothy J. McHugh, Esq.<br>LAVIN O'NEIL RICCI CEDRONE & DISIPIO<br>*Attorneys for Pratt & Whitney & United Technologies<br>Corporation, Individually and as Successor in Interest<br>to United Aircraft Corporation United Technologies Building* | Fax: (212) 319-6932 |
| Christopher J. Garvey<br>GOODWIN PROCTER LLP<br>*Attorneys for Henkel Corporation* | F: (212) 355-3333 |
| Richard P. O'Leary<br>MCCARTER & ENGLISH<br>*Attorneys for Parker Hannifin Corporation and Unisys Corporation* | F:   (212) 935-1008 |
| James M. Altmas, Esq./David Bloomberg, Esq./<br>Christopher R. Strianese, Esq.<br>BRYAN CAVE LLP<br>*Attorneys for Nasco Air Brakes, Inc. and The Boeing Company* | F:   (212) 541-1413 |
| Thomas J. Maimone, Esq.<br>MAIMONE & ASSOCIATES PLLC<br>*Attorneys for Mack Trucks, Inc.* | F:   (516) 877-0321 |
| Joseph Colao, Esq.<br>LEADER & BERKON LLP<br>*Attorneys for Warren Pumps<br>and IMO Industries, Inc.* | F:   (212) 486-3099 |

00126182.WPD

Frank Cecere, Esq.                                          F:    (516) 294-5387
AHMUTY DEMERS & McMANUS
*Attorneys for Yuba Heat*
*Transfer, Division of Connell-Limited Partnership*

**COUNSEL UNKNOWN FOR THE FOLLOWING DEFENDANTS:**
CFM INTERNATIONAL, INC.
PARKER AEROSPACE;
RHEACO, INC.
TRIAD INTERNATIONAL MAINTENANCE CORPORATION
Individually and as successor in interest to Aero Corporation
UNISYS CORPORATION
ADEL WIGGINS GROUP
BROTHERS INTERNATIONAL, INC
EATON AEROQUIP INC.
EPSON AMERICA, INC.
INTERNATIONAL BUSINESS MACHINES CORP.
KONICA MINOLTA BUSINESS SOLUTIONS USA, INC.
PARKER HANNIFIN STRATOFLEX PRODUCTS DIVISION
RICOH AMERICAS CORPORATION
THE ZIPPERTUBING CO.
XEROX CORPORATION
NEW YORK CITY TRANSIT AUTHORITY

MESSAGE:

WE ARE TRANSMITTING __7__ PAGES (including this cover page).
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CONTACT THE SENDER
LISTED BELOW AS SOON AS POSSIBLE AT (212) 605-6269.

NAME:    Maria Mastrogiacomo

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR PRIVILEGED INFORMATION FROM THE LAW FIRM LEVY PHILLIPS & KONIGSBERG, L.L.P. AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU.

00126182.WPD