# MARRINAN & MAZZOLA MARDON, P.C.

ATTORNEYS AT LAW
26 BROADWAY, 17TH FLOOR
NEW YORK, NEW YORK 10004

**MDL 875**

JOHN P. SHERIDAN
jsheridan@mmmpc.com

TELEPHONE
(212) 425-3240

FACSIMILE
(212) 943-6649

August 27, 2008

Mr. Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room 6-255, North Lobby
Washington, DC 20002

Re: *Hackler v. P&O Ports, et al.*
MDL 875 - CTO 304; CTO 305 and CTO 312

Dear Mr. Lüthi:

This office represents the International Longshoremen's Association, AFL-CIO ("ILA"), a third-party defendant, in the above-referenced action. By order dated August 19, 2008, this action was transferred to the United States District Court for the Eastern District of Pennsylvania from the United States District Court for the Middle District of Louisiana.

By virtue of an administrative error, when this case was filed in the Middle District of Louisiana it was assigned three separate civil action numbers, 08-CV-00043, 08-CV-00074 and 08-CV-00082. We believe that this was due to the fact that the case was removed from state court by three separate parties and each of those three parties filed a separate notice of removal. The clerk treated the second notice of removal like a new civil action and assigned it case number 08-74. The third was assigned case number 08-82.

As a result of this administrative error, three separate Conditional Transfer Orders were issued. CTOs 304 and 305 were opposed by the plaintiff, but as mentioned above, the transfer order was issued on August 19, 2008. Plaintiffs' motion to vacate CTO 312 is now pending before the MDL, but because CTO 312 involves the exact same action, plaintiff's motion is moot by virtue of the recent transfer order.

Please do not hesitate to contact the undersigned with any questions or comments that you may have.

Very truly yours,

John P. Sheridan

JPS/bs

**OFFICIAL FILE COPY**

IMAGED SEP 3 2008

Mr. Jeffery N. Lüthi
Clerk of the Panel
August 27, 2008
Page - 2 -

cc: Hon. James T. Giles, USDJ
Clerk, U.S. District Court, E.D. Pa.
Clerk, U.S. District Court, M.D. La.
All counsel of record (via email w/o encl.)