MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -3 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Margaret Neber, etc. v. SYD Carpenter Marine Contractor, ) 
Inc., et al., C.D. California, C.A. No. 2:08-4500       )       MDL No. 875

### ORDER REGARDING REQUEST TO STAY
### CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Neber*) on August 11, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Neber* filed a notice of opposition to the proposed transfer. Plaintiff's required motion to vacate the conditional transfer order, and supporting brief, were due on or before September 2, 2008. On September 2, 2008, plaintiff filed a request to stay the conditional transfer of this case pending action on a motion for remand to state court pending in the United States District Court for the Central District of California, and a memorandum in support of that request. Upon consideration of the forgoing,

IT IS ORDERED that the request to stay conditional transfer of this action is granted only to the extent provided under the Rule 7.4(c) of the Panel's Rules of Procedure and the Panel's August 11, 2008, order.

IT IS FURTHER ORDERED that plaintiff's motion to stay and supporting memorandum will be construed as her required motion and brief to vacate the conditional transfer order.

IT IS FURTHER ORDERED any response to plaintiff's construed motion and brief is due on or before September 22, 2008.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED SEP 3 2008

PLEADING NO. 5573