MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 4 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5574

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § | MDL DOCKET NO. 875 |

This document relates to:

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW SCHNABEL and AUDRE SCHNABEL, et al., Plaintiffs, | § § § § | (State Court Case No. BC 392554) |
| v. | § § | CIVIL CASE NO. CV 08-04714 RGK (FFMK) |
| BORG-WARNER MORSE-TEC, et al. Defendants. | § § § | |

## NOTICE OF OPPOSITION TO TRANSFER

Come now plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-314) entered by the Panel on August 20, 2008.

Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer. Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

NOTICE OF OPPOSITION TO TRANSFER

**OFFICIAL FILE COPY**

IMAGED SEP 5 2008



JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2008 SEP -3   P 4: 3

RECEIVED CLERK'S OFFICE

Page 1

DATED: September 3, 2008

Respectfully submitted,

By: _____

MICHAEL L. ARMITAGE, ESQ.
CA Bar No. 152740
JOHN JANOFSKY, ESQ.
CA Bar No. 74568
DIMITRI N. NICHOLS, ESQ.
CA Bar No. 242098
CHARLES S. SIEGEL, ESQ.
TX Bar No. 18341875
WATERS & KRAUS, LLP
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
310-414-8146
310-414-8156 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Notice of Opposition has been served

by facsimile or regular mail on all counsel of record (Schedule CTO-314 / Docket No. 875,

attached herein), on this 3rd day of September 2008.



Charles S. Siegel