**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -5 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY         MDL No. 875
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LINDA RICHARDS, ETC.                    CIVIL NO. 08-302

VERSUS                                  DIVISION "1"

BUFFALO PUMPS, INC., ET AL

### NOTICE OF OPPOSITION TO TRANSFER ORDER

PLEASE TAKE NOTICE, that plaintiff LINDA RICHARDS hereby serves notice of her intent to oppose the conditional transfer order issued on August 20, 2008, on the grounds that there is no federal jurisdiction in this matter and that she is seeking a remand of the action to the Rhode Island Superior Court. In accordance with MDL Rule 7.4, plaintiff will file a motion to vacate and supporting brief in this court within the delays allowed by law.

New Haven, Connecticut, this 4 day of Sept 2008.

RESPECTFULLY SUBMITTED:

THE PLAINTIFFS

**OFFICIAL FILE COPY**

PLEADING NO. 5575

IMAGED SEP 5 2008

EARLY LUDWICK & SWEENY, LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
Telephone (203) 777-7799
Telecopier (203) 785-1671

By: /s/ Robert J. Sweeney
Robert J. Sweeney, Esq.
R.I. Bar Roll No. 5865
Richard P. Bullock, Esq.
Louisiana Bar Roll No. 20733
(Pursuant to Pro Hac Motion)

# CERTIFICATE OF SERVICE

I, Richard P. Bullock, hereby certify that the foregoing Notice of Opposition to Transfer Order was served on all parties to this action on this same date by facsimile transmission and by federal express as noted at the address below:

Defendant VIAD Corp., through
Stephen Adams, Esq.
Taylor, Duane, Barton, & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI  02903

Defendant TACO, INC., through
Thomas W. Lyons, III, Esq.
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903

Defendant GENERAL ELECTRIC CO.
Through Jeffrey M. Thomen, Esq.
McCarter & English
185 Asylum Street
City Place I
Hartford, CT 06103

Defendants PIC CONTRACTORS & PACKINGS
& INSULATIONS CORPORATION
through Paul V. Sullivan, Esq.
Sullivan, Signore, Whitehead & Deluca, LLP
86 Weybosset Street, Suite 400
Providence, RI 02903

Defendant BUFFALO PUMPS, Inc.
was not served as they were dismissed prior to removal

_____
Richard P. Bullock