MDL 875

| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685 |
|   | LLOYD F. LEROY, ESQ., S.B. #203502 |
| 2 | RICHARD M. GRANT, ESQ., S.B. #55677 |
|   | BRAYTON❖PURCELL LLP |
| 3 | 222 Rush Landing Road |
|   | PO Box 6169 |
| 4 | Novato, California 94948-6169 |
|   | (415) 898-1555 |
| 5 | (415) 898-1247 Fax |
| 6 | Attorneys for Plaintiffs |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -5 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5576

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| | CTO - 314 |
| This Document Relates to: | |
| FINAS BELK, et al. v. | |
| BUCYRUS INTERNATIONAL, et al. | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| FINAS BELK, et al., | No. C 08-03317 VRW |
| Plaintiffs, | **PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 314** |
| v. | |
| BUCYRUS INTERNATIONAL, et al. | |
| Defendants. | |

The undersigned is in receipt of the Conditional Transfer Order (CTO-314) filed with the Clerk of the Judicial Panel on Multi-District Litigation on August 20, 2008. Pursuant to JPML Rule 7.4(c), the undersigned hereby notifies the Clerk of the Judicial Panel on Multi-District Litigation that Plaintiff is in Opposition to Conditional Transfer Order 314.

Dated: September 4, 2008

BRAYTON ❖ PURCELL LLP

David W. Fermino
Attorneys for Plaintiff FINAS BELK, et al.

K:\Injured\109534\Fed-JPMDL-Ntc of Opp to CTO 314.wpd                    1
PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 314

OFFICIAL FILE COPY

IMAGED SEP 5 2008

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP - 5 2008

FILED
CLERK'S OFFICE

# PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On September 4, 2008 I served the attached:

**PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 314**
**FINAS BELK, et al. v. BUCYRUS INTERNATIONAL, et al.**
**MDL # 875, CTO 314, USDC CAN 08-3317 VRW**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

   __XXX__   BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **September 4, 2008** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

2008 SEP -5 A 6: 2
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

G:\POS\MULTIP.WPD

1

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                    MDL No. 875

### INVOLVED COUNSEL LIST (CTO-314)

Stephen Adams
TAYLOR DUANE BARTON & GILMAN LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Matthew Kenneth Ashby
MCKENNA LONG ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901

Ramon Bacerdo
DRATH CLIFFORD MURPHY & HAGEN
1999 Harrison Street, Suite 700
Oakland, CA 94612

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert E. Boone, III
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Nairi Chakalian
HAIGHT BROWN & BONESTEEL
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

George J. Dancigers
MCKENRY DANCIGERS WARNER DAWSON
& LAKE
192 Ballard Court, Suite 400
Virginia Beach, VA 23462-6538

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street, Suite 240
P.O. Box 15408
Sacramento, CA 95814

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

Kathleen A. Farinas
GEORGE & SIPES LLP
151 North Delaware Street, Suite 1700
Indianapolis, IN 46204

David M. Governo
GOVERNO LAW FIRM LLC
260 Franklin Street, 15th Floor
Boston, MA 02110

Adam Grable
MENDES & MOUNT
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071

## MDL No. 875 - Involved Counsel List (CTO-314) (Continued)

Jeremy D. Huie
BASSI MARTINI EDLIN & BLUM LLP
351 California Street
Suite 200
SanFrancisco, CA 94101

Curtiss L. Isler
TUCKER ELLIS & WEST LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90017-2223

Derek Spencer Johnson
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Thomas C. Junker
JUNKER TADDEO & STURM PLC
17 West Cary Street
Richmond, VA 23220

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Barry Loftus
STUART & BRANIGIN
The Life Building, Suite 800
300 Main Street
P.O. Box 1010
Lafayette, IN 47902

Thomas W. Lyons, III
STRAUSS FACTOR LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive, Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Grace Chen Mori
PRINDLE DECKER & AMARO
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511

MDL No. 875 - Involved Counsel List (CTO-314) (Continued)

Evan Craig Nelson
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

Dimitri Nichols
WATERS & KRAUS LLP
222 North Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 500
Mclean, VA 22102

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

James G. Scadden
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111

Paul V. Sullivan
SULLIVAN SIGNORE WHITEHEAD & DELUCA LLP
86 Weybosset Street, Suite 400
Providence, RI 02903

Robert J. Sweeney
EARLY LUDWICK & SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE, Suite 200
Atlanta, GA 30305

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Henry N. Ware, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Lance D. Wilson
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

George D. Yaron
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, CA 94108