MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 20 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-314)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,219 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 5578

OFFICIAL FILE COPY

IMAGED SEP 5 2008

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE CTO-314 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

CALIFORNIA CENTRAL
  ~~CAC 2 08-4714~~     ~~Andrew Schnabel, et al. v. Borg-Warner Morse Tec, Inc., et al.~~
                         **Opposed 9/4/08**

CALIFORNIA NORTHERN
  CAN 3 08-3070     Allene McIntyre, et al. v. Northrop Grumman Ship Systems, Inc.
  CAN 3 08-3181     Margaret McCue, et al. v. General Electric Co., et al.
  CAN 3 08-3274     Shirley Cronin, et al. v. Todd Shipyards Corp., et al.
  ~~CAN 3 08-3316~~     ~~Harry Lemaster, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
                         **Opposed 9/5/08**
  ~~CAN 3 08-3317~~     ~~Finas Belk, et al. v. Bucyrus International, Inc., et al.~~ **Opposed 9/5/08**

INDIANA SOUTHERN
  INS 1 08-1000     Walter L. Gassner, Jr. v. Norfolk Southern Railway Co.
  INS 1 08-1001     Kenneth L. Devault v. Norfolk Southern Railway Co.

NORTH CAROLINA MIDDLE
  NCM 1 08-526     Richard W. Minter, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-527     Frank L. Scott, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-530     Charles M. Williams, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 08-531     George A. Cummings, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1 08-346     Raymond S. Perry, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-348     Thomas B. Reid, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-349     Donald L. Sisk, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-350     Lee Allen Turner, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-351     Troy D. Underwood, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-352     Henry T. Westmoreland, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-353     Joe C. Wilson, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-354     Gary Neal Allen, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-355     Garry M. Arnold, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-356     Maven B. Hoyle, etc. v. Aqua-Chem, Inc., et al.
  NCW 1 08-359     Joe Miller Iddings, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-360     Melton G. Johnson, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-361     Glen Lee Kaylor, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-362     Lynda R. Long, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-314 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| NCW | 1 | 08-366 | Harvey W. Gould, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-367 | Reginald L. Parker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-368 | Joseph Barnes, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-369 | William Cloud, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-370 | John B. Drum, et al. v. Aqua-Chem, Inc., et al. |

RHODE ISLAND
  ~~RI   1   08-302       Linda Richards, etc. v. Buffalo Pumps, Inc., et al.~~ **Opposed 9/5/08**

SOUTH CAROLINA

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| SC | 0 | 08-2688 | Sonny Lee Bailey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2690 | Larry G. Nunn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2691 | Grady F. Oliver, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2744 | Terry Coleman v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2692 | Dennis W. Richards, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2743 | Ronald Leo Buysse, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2689 | Thomas B. Grantham, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2740 | Donald Marion Amos v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2741 | Everett C. Baker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2742 | Thurman G. Blackwell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2745 | Bruce G. VanHorn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2746 | Cecil A. Zorn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2747 | Randy G. Gilchrist, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2748 | William Samuel Henry v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2750 | Ernest William Herron v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2752 | Winfred H. Knight, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2754 | Truett A. Pitts, et al. v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN
  VAE 2  08-9376    William W. Bussey v. Buffalo Pumps, Inc., et al.