MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability ) 
Trust, et al., C.D. California, C.A. No. 2:08-1441 )    MDL No. 875

PLEADING NO. 5581

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Reaser*) on August 11, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Reaser* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-313" filed on August 11, 2007, is LIFTED. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED SEP 8 2008