MDL 8751

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

Michael T. Hackler, M.D. v. P & O Ports Louisiana, Inc., et al.,   )
   M.D. Louisiana, C.A. No. 3:08-74                                 )        MDL No. 875

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

PLEADING NO. 5585

A conditional transfer order (CTO-312) was filed with respect to this action (*Hackler III*) on July 21, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Hackler III* filed a notice of opposition to the proposed transfer, and thereafter timely submitted his motion and brief to vacate CTO-312. As the record reflects (and as plaintiff acknowledges in his motion and brief), however, *Hackler III* is identical to two other Middle District of Louisiana actions (*Hackler I* and *Hackler II*).[1] Those two actions (bearing civil action numbers 3:08-43 and 3:08-82) were the subject of two earlier conditional transfer orders (CTO-304 and CTO-305), to which plaintiff also submitted notices of opposition and corresponding motions and briefs. The Panel considered and rejected plaintiff's objections to transfer of *Hackler I* and *Hackler II* at its July 2008 hearing session, and issued an order to that effect on August 19, 2008. Accordingly, plaintiff's objections to transfer of *Hackler III* are moot.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-312" filed on July 21, 2008, is LIFTED. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

---

[1]     The record indicates that three actions were created in the Middle District of Louisiana as a result of three different defendants separately removing the same action from Louisiana state court.

OFFICIAL FILE COPY

IMAGED SEP 11 2008