MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2008

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | |
|---|---|
| EVA MULCAHY and<br>JOHN MULCAHY,<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO PUMPS, INC., et al.<br><br>Defendants. | Civil Action No. 1:08-cv-03971<br><br>From the<br>UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF<br>ILLINOIS, EASTERN DIVISION |

ORIGINAL

PLEADING NO. 5591

### PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Come now Plaintiffs and file this Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court, and would respectfully show as follows:

1. This case was filed in state court but removed to federal court. On August 11, 2008 the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. Currently, Plaintiffs' motion for remand to state court has been fully briefed, and is awaiting ruling by the District Court.

2. Plaintiffs respectfully request that the panel vacate the conditional transfer order so that the transferor court may have time to rule on plaintiffs' motion for remand to state court. The Panel has the power to vacate the conditional transfer order and

OFFICIAL FILE COPY

IMAGED SEP 1 2 2008

has done so in the past so that transferor courts may rule on threshold motions for remand.

3.  The Panel is respectfully referred to Plaintiffs' brief in support of this motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

**WHEREFORE**, Plaintiffs request that the Panel VACATE the conditional transfer order, pending decision by the United States District Court for the Northern District of Illinois on Plaintiffs' Motion to Remand.

By: _____
Steven Penn #28335
PENN RAKAUSKI
927 Main Street
Racine WI 53403
Telephone: (262) 636-0036
Facsimile: 262-686-0030

Laura M. Cabutto, *pro hac vice*
Sean R. Cox, *pro hac vice*
SIMON, EDDINS & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 SEP 11   A 10: 40
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2008

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Motion to Vacate Conditional Transfer Order has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all included on the attached Panel Service List via Federal Express on this 11th day of September, 2008.

_____
Sean R. Cox

2008 SEP 11 A 10:40
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

Eva Mulcahy, etc. v. Buffalo Pumps, Inc., et al., N.D. Illinois, C.A. No. 1:08-3971

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert J. Brummond
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue, Suite 610
Dallas, TX 75205

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Steven R. Penn
PENN RAKAUSKI
927 Main Street
Racine, WI 53403

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

ORIGINAL

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | |
|---|---|
| EVA MULCAHY and <br> JOHN MULCAHY, <br><br> Plaintiff, <br><br> v. <br><br> BUFFALO PUMPS, INC., et al. <br><br> Defendants. | Civil Action No. 1:08-cv-03971 <br><br> From the <br> UNITED STATES DISTRICT COURT <br> FOR THE NORTHERN DISTRICT OF <br> ILLINOIS, EASTERN DIVISION |

### PLAINTIFFS' BRIEF IN SUPPORT OF
### MOTION TO VACATE CONDITIONAL TRANSFER ORDER

NOW COME PLAINTIFFS, by and through their counsel, and files this Brief in Support of Motion to Vacate Conditional Transfer Order, and would respectfully show the Court as follows:

#### INTRODUCTION

1. Plaintiffs, Eva Mulcahy and John Mulcahy, filed this asbestos personal-injury case in the Circuit Court of Cook County, Illinois on May 22, 2008. This case was filed against several defendants alleging that the John Mulcahy was exposed to asbestos through everyday contact with asbestos-containing products. This exposure to asbestos was a proximate cause of his mesothelioma, a terminal, painful cancer that Mr. Mulcahy was diagnosed with in August of 2007.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2008 SEP 11 A 10: 39

RECEIVED
CLERK'S OFFICE

## PROCEDURAL HISTORY

2. Viad Corporation ("Viad") is the removing defendant in this case.[1]

3. Viad was served with summons and the Complaint on June 12, 2008.

4. In the Illinois State Court Complaint, Plaintiffs alleged state-law negligence and breach of warranties claims against the defendants, based on their failure to warn of the health hazards associated with asbestos exposure. No claim arising under federal law was alleged in the Complaint. No federal question was raised and no federal issue needs to be decided to establish defendants' liability under the causes of action in the Plaintiffs' Complaint.

5. On July 14, 2008, Viad removed the case to federal court, under case number - 1:08-cv-03971, based on federal officer removal.

6. Plaintiffs filed a motion to remand on August 12, 2008.

7. This panel issued a conditional transfer order transferring this case on August 11, 2008.

8. Viad filed an opposition to the motion to remand on August 29, 2008.

9. Plaintiffs filed a reply to Viad's oppositions on September 4, 2008.

10. The transferor district court has scheduled a hearing on Plaintiffs' motion for remand for September 18, 2008.

## ARGUMENT

**The Panel may vacate conditional transfer orders for this purpose.**

11. The Panel has vacated conditional transfer orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court. In *Vasura v. ACandS, Inc.*, 84 F.Supp.2d 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand." *Id.* at 533.

**It would be a waste of judicial resources to transfer the case to the MDL without first determining whether federal jurisdiction is appropriate.**

12. The Conditional Transfer Order should be Vacated to allow the district court to rule on the Motion for Remand. The district court is in the best position to rule on

---

[1] CBS Corporation, Henry Technologies, Inc., John Crane, Inc., Buffalo Pumps, Inc., General Electric Company were also named as defendants, however, none of these defendants joined in removing this case to federal court.

whether the case properly belongs in Federal Court. It would make the most sense, from a judicial resource standpoint, to allow the district court the additional time needed to make a decision as to remand of the case.

13. The purpose of a Motion for Remand is to determine if a valid basis for federal jurisdiction exists. If there is no valid basis for federal jurisdiction, the case does not belong in MDL 875. It makes abundant sense, from a judicial resource standpoint, to allow the remand motion process, which is substantially completed, to fully run its course before burdening the MDL with another asbestos case.

14. Vacating the Conditional Transfer Order (CTO) in this case until the United States District Court for the Northern District of Illinois rules upon the Motion to Remand will cause no prejudice to any party and will further the interests of judicial economy – the entire point of the MDL process. If jurisdiction is rejected, the case leaves federal court. If jurisdiction is confirmed, the Conditional Transfer Order process can run its course at that point.

15. In contrast, finalizing the CTO prior to the ruling on jurisdiction will add yet another substantial case to the already crowded docket of MDL-875, further increasing the burden on that court and its staff. Administrative costs will be incurred and all parties will be forced to expend valuable time and resources participating in MDL-875 procedures despite the lack of confirmation of jurisdiction. Upon completion of those procedures, the case will be sent back to the transferor court – incurring yet more administrative costs and burdens – only to return to the same question pending today – whether the federal courts have jurisdiction over this matter.

## CONCLUSION

**WHEREFORE**, Plaintiffs request that the Panel **VACATE** the conditional transfer order, pending decision by the United States District Court for the Northern District of Illinois on Plaintiffs' Motion to Remand.

By: _____
Steven Penn #28335
PENN RAKAUSKI
927 Main Street
Racine WI 53403
Telephone: (262) 636-0036
Facsimile: 262-686-0030

Laura M. Cabutto, *pro hac vice*
Sean R. Cox, *pro hac vice*
SIMON, EDDINS &
GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Brief in Support of Motion to Vacate Conditional Transfer Order has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all included on the attached Panel Service List via Federal Express on this 11th day of September, 2008.

_____
Sean R. Cox

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

Eva Mulcahy, etc. v. Buffalo Pumps, Inc., et al., N.D. Illinois, C.A. No. 1:08-3971

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert J. Brummond
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue, Suite 610
Dallas, TX 75205

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Steven R. Penn
PENN RAKAUSKI
927 Main Street
Racine, WI 53403

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608