MDL 875
SEP 11 2008
FILED
CLERK'S OFFICE
ORIGINAL
PLEADING NO. 5592
IMAGED SEP 1 2 2008
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISCTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                         MDL No. 875

| | |
|---|---|
| PATRICIA TIGNER, | : Civil Action No. 2:08CV166-P-A |
| Plaintiff, | : |
| v. | : From the |
| | : UNITED STATES DISTRICT COURT |
| BONDEX INTERNATIONAL, INC., | : FOR THE NORTHERN DISTRICT OF |
| et al. | : MISSISSIPPI DELTA DIVISION |
| Defendants. | : |

---

## PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

---

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Comes now Plaintiff and files this Motion for Order Vacating Conditional Transfer Order to allow transferor court to rule on Plaintiff's motion for remand to state court, and would respectfully show as follows:

1. This case was filed in state court but removed to federal court. On August 11, 2008 the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. Currently, Plaintiff's motion for remand to state court is awaiting a ruling by the District Court.

2. Plaintiff respectfully requests that the panel vacate the conditional transfer order so that the transferor court may have time to rule on Plaintiff's motion for remand to state court.

Such relief is warranted because Defendants have not satisfied the requirements for removal. The Panel has the power to vacate the conditional transfer order and has done so in the past so that transferor courts may rule on threshold motions for remand.

3. The Panel is respectfully referred to Plaintiff's brief in support of this motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

**WHEREFORE**, Plaintiff requests that the Panel VACATE the conditional transfer order, pending decision by the United States District Court for the District of Mississippi on Plaintiff's Motion to Remand.

Dated: September 11, 2008         Respectfully submitted,

**GILDER, HOWELL & ASSOCIATES, P.A.**

Jamie W. Howell, Jr.
Mississippi Bar No. 2735
230 Goodman Road, East
Bldg 2, Suite 100
Southaven, MS 38671
662-349-2092 (office)
662-349-7028 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all included on the attached Panel Service List via Federal Express on this 11th day of September, 2008.

Jamie W. Howell, Jr.

Case MDL No. 875   Document 5592   Filed 09/11/08   Page 3 of 10

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2008

Page 1 of 2
FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-313)

Patricia Tigner v. Bondex International, Inc., et al., N.D. Mississippi, C.A. No. 2:08-166

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY &
NAPOLITAN PLLC
254 Court Avenue, Second Floor
Memphis, TN 38103

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Jamie W. Howell, Jr.
GILDER HOWELL & ASSOCIATES
P.O. Box 193
Southhaven, MS 38671-0193

Jeffrey P. Hubbard
WELLS MOORE SIMMONS
& HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970

Lakeysha Greer Isaac
COSMICH SIMMONS & BROWN
P.O. Box 22626
Jackson, MS 39225-2626

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

John T. Kitchens
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John C. McCants
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Clinton W. Moody
FORMAN PERRY WATKINS KRUTZ
& TARDY
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Kyle S. Moran
PHELPS DUNBAR LLP
NorthCourt One, Suite 300
2304 19th Street
Gulfport, MS 39501

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

## MDL No. 875 - Panel Service List (Excerpted from CTO-313 (Continued)

Ronald G. Peresich
PAGE MANNINO PERESICH & MCDERMOTT
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Kelly D. Simpkins
WELLS MARBLE & HURST PLLC
Lamar Life Building, Suite 600
317 East Capitol Street
P.O. Box 131
Jackson, MS 39205-0131

Martha B. Stegall
MITCHELL MCNUTT & SAMS PA
P. O. Box 7120
Tupelo, MS 38802-7120

Jennifer M. Studebaker
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

Katharine McKee Surkin
PAGE MANNINO PERESICH & MCDERMOTT
P.O. Box 16450
Jackson, MS 39236-6450

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Jason Douglas Watkins
FORMAN PERRY WATKINS KRUTZ & TARDY
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

Sarah B. Windham
AULTMAN TYNER RUFFIN & SWETMAN LTD
P. O. Drawer 750
Hattiesburg, MS 39403-0750

ORIGINAL

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

| | |
|---|---|
| PATRICIA TIGNER, | Civil Action No. 2:08CV166-P-A |
| Plaintiff, | |
| v. | From the |
| | UNITED STATES DISTRICT COURT |
| BONDEX INTERNATIONAL, INC., | FOR THE NORTHERN DISTRICT OF |
| et al. | MISSISSIPPI DELTA DIVISION |
| Defendants. | |

PLAINTIFF'S BRIEF IN SUPPORT OF
MOTION TO VACATE CONDITIONAL TRANSFER ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES PLAINTIFF, by and through her counsel, and files this Brief in Support of Motion to Vacate Conditional Transfer Order, and would respectfully show the Court as follows:

INTRODUCTION

1. This case was filed against several defendants alleging that Plaintiff, now deceased, was exposed to asbestos through everyday contact with asbestos-containing products. This exposure to asbestos was a proximate cause of her developing mesothelioma, a terminal, painful cancer that Ms. Tigner was diagnosed with in March of 2007.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2008 SEP 11  A 10: 45

RECEIVED
CLERK'S OFFICE

## PROCEDURAL HISTORY

2. Plaintiff, Patricia Tigner, filed this asbestos personal-injury case in the Circuit Court for the Panola County of the State of Mississippi on March 12, 2008.

3. In the Mississippi State Court Complaint, Plaintiff alleged state-law negligence and breach of warranties claims against the Defendants, based on their failure to warn of the health hazards associated with asbestos exposure.

4. Defendants removed the case to federal court on July 15, 2008 based diversity jurisdiction alleging fraudulent joinder.

5. Plaintiff filed her motion to remand on August 6, 2008.

6. This panel issued a conditional transfer order transferring case number this case on August 11, 2008.

7. Defendants have filed oppositions to the motion to remand on August 22, 2008 and August 26, 2008.

## ARGUMENT

**The Panel may vacate conditional transfer orders for this purpose.**

8. The Panel has vacated conditional transfer orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court. In *Vasura v. ACandS, Inc.*, 84 F.Supp.2d 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand." *Id.* at 533.

**It would be a waste of judicial resources to transfer the case to the MDL without first determining whether federal jurisdiction is appropriate.**

9. Defendants failed to file a timely notice of removal in this case. Plaintiff based her motion for remand on the fact that the lack of a timely notice of removal deprives the federal district courts of jurisdiction. The Conditional Transfer Order should be vacated to allow the district court to rule on the Motion for Remand. The district court is in the best position to rule on whether the case properly belongs in Federal Court. It would make the most sense, from a judicial resource standpoint, to allow the district court the additional time needed to make a decision as to remand of the case.

10. The purpose of a Motion for Remand is to determine if a valid basis for federal jurisdiction exists. If there is no valid basis for federal jurisdiction, the case does not belong in MDL 875. It makes abundant sense, from a judicial resource standpoint, to allow the remand motion process, which is substantially completed, to fully run its course before burdening the MDL with another asbestos case.

11. Vacating the Conditional Transfer Order (CTO) in this case until the United States District Court for the Northern District of Mississippi rules upon the Motion to Remand will cause no prejudice to any party and will further the interests of judicial economy – the entire point of the MDL process. If jurisdiction is rejected, the case leaves federal court. If jurisdiction is confirmed, the Conditional Transfer Order process can run its course at that point.

12. In contrast, finalizing the CTO prior to the ruling on jurisdiction will add yet another substantial case to the already crowded docket of MDL-875, further increasing the burden on that court and its staff. Administrative costs will be incurred and all parties will be forced to expend valuable time and resources participating in MDL-875 procedures despite the lack of confirmation of jurisdiction. Upon completion of those procedures, the case will be sent back to the transferor court – incurring yet more administrative costs and burdens – only to return to the same question pending today – whether the federal courts have jurisdiction over this matter.

## CONCLUSION

**WHEREFORE**, Plaintiffs request that the Panel VACATE the conditional transfer order, pending decision by the United States District Court for the Northern District of Mississippi on Plaintiff's Motion to Remand.

Dated: September 11, 2008            Respectfully submitted,

                                              **GILDER, HOWELL & ASSOCIATES, P.A.**

                                              _/s/ Jamie W. Howell, Jr._
                                              Jamie W. Howell, Jr.
                                              Mississippi Bar No. 2735
                                              230 Goodman Road, East
                                              Bldg 2, Suite 100
                                              Southaven, MS 38671
                                              662-349-2092 (office)
                                              662-349-7028 (facsimile)

[Stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION — 2008 SEP 11 A 10: 45 — RECEIVED CLERK'S OFFICE]

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2008

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all included on the attached Panel Service List via Federal Express on this 11th day of September, 2008.

Jamie W. Howell, Jr.

2008 SEP 11 A 10: 45
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                        MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-313)

Patricia Tigner v. Bondex International, Inc., et al., N.D. Mississippi, C.A. No. 2:08-166

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY &
NAPOLITAN PLLC
254 Court Avenue, Second Floor
Memphis, TN 38103

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Jamie W. Howell, Jr.
GILDER HOWELL & ASSOCIATES
P.O. Box 193
Southhaven, MS 38671-0193

Jeffrey P. Hubbard
WELLS MOORE SIMMONS
& HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970

Lakeysha Greer Isaac
COSMICH SIMMONS & BROWN
P.O. Box 22626
Jackson, MS 39225-2626

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

John T. Kitchens
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 S. Lamar Street
City Center Building, Suite 100
Jackson, MS 39201-4099

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John C. McCants
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Clinton W. Moody
FORMAN PERRY WATKINS KRUTZ
& TARDY
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Kyle S. Moran
PHELPS DUNBAR LLP
NorthCourt One, Suite 300
2304 19th Street
Gulfport, MS 39501

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

**MDL No. 875 - Panel Service List (Excerpted from CTO-313 (Continued)**

Ronald G. Peresich
PAGE MANNINO PERESICH & MCDERMOTT
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Kelly D. Simpkins
WELLS MARBLE & HURST PLLC
Lamar Life Building, Suite 600
317 East Capitol Street
P.O. Box 131
Jackson, MS 39205-0131

Martha B. Stegall
MITCHELL MCNUTT & SAMS PA
P. O. Box 7120
Tupelo, MS 38802-7120

Jennifer M. Studebaker
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

Katharine McKee Surkin
PAGE MANNINO PERESICH & MCDERMOTT
P.O. Box 16450
Jackson, MS 39236-6450

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Jason Douglas Watkins
FORMAN PERRY WATKINS KRUTZ & TARDY
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

Sarah B. Windham
AULTMAN TYNER RUFFIN & SWETMAN LTD
P. O. Drawer 750
Hattiesburg, MS 39403-0750