MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 12 2008

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL Docket No. 875 |
| | CTO - 291 |
| This Document Relates to: | |
| HENRY BARABIN and GERALDINE BARABIN v. ALBANY INTERNATIONAL CORP., et al. | ASTENJOHNSON, INC'S CORPORATE DISCLOSURE STATEMENT |
| *Western District of Washington, Case No. CO7-1454 RSL* | |

### ASTENJOHNSON, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant AstenJohnson, Inc. filed a motion on August 20, 2008 to vacate the conditional remand order in this case. Pursuant to JPML Rule 5.3, AstenJohnson, Inc. therefore makes the following corporate disclosure:

- AstenJohnson, Inc. is neither a subsidiary nor an affiliate of a publicly traded company. No publicly held corporation owns ten percent or more of AstenJohnson's stock.

//
//
//



2008 AUG 22 A 10: 22
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

ASTENJOHNSON, INC.'S CORPORATE
DISCLOSURE STATEMENT - 1

MDL Docket No. 875, CTO-291 (Western District of Washington, Case No. C07-1454 RSL)

K:\2038878\00554\20695_KAR\20695P21L2

Original

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

IMAGED SEP 15 2008

PLEADING NO. 5595

The undersigned party understands that it must promptly file a supplemental statement upon any change in the information that the statement requires.

DATED this 20th day of August, 2008.

>K&L GATES LLP
>
>By _[signature]_
>G. William Shaw, WSBA # 8573
>Kevin A. Rosenfield, WSBA # 34972
>925 Fourth Avenue, Suite 2900
>Seattle WA 98104-1158
>Telephone: (206) 623-7580
>Facsimile: (206) 370-6309
>Attorneys for Defendant
>AstenJohnson, Inc.

2008 AUG 22 A 10: 22
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

ASTENJOHNSON, INC.'S CORPORATE
DISCLOSURE STATEMENT - 2

MDL Docket No. 875, CTO-291 (Western District of Washington, Case No. C07-1454 RSL)

K:\2038878\00554\20695_KAR\20695P21L2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 12 2008

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI),<br><br>This Document Relates to:<br><br>HENRY BARABIN and GERALDINE BARABIN v. ALBANY INTERNATIONAL CORP., et al.<br><br>*Western District of Washington, Case No. CO7-1454 RSL* | MDL Docket No. 875<br>CTO - 291 |

## CERTIFICATE OF SERVICE
### Re: Defendant AstenJohnson's Corporate Disclosure Statement

I hereby certify that on August 21, 2008, I sent the following documents (including this Certificate of Service):

- **ASTENJOHNSON, INC.'S CORPORATE DISCLOSURE STATEMENT**

via Fed Ex to the parties listed below:

Jeffrey N. Luthi, Clerk of the Panel
One Columbia Circle NE
Thurgood Marshall Federal Bldg. G 255 North Lobby
Washington DC 20002

and

Delany Miller, Attorney for Plaintiff Henry Barabin, et al.
Brayton Purcell LLP
111 SW Columbia Street Suite 250
Portland, OR 97201

2008 AUG 22 A 10: 22
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

CERTIFICATE OF SERVICE -1
MDL DOCKET NO. 875, CTO-291
(Western District of Washington Case
No. C07-1454 RSL)
K:\2038878\00554\20695_KAR\20695P21L3



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

and the same documents via United States First Class Mail to the following:

**Please see attached Panel Service List.**

DATED this 21st day of August, 2008.

       K&L GATES LLP

       */s/ Kathy Schwarz*
       Kathy Schwarz, Legal Secretary to
       Kevin A. Rosenfield, Attorneys for Defendant
       AstenJohnson, Inc.

*[Stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION — 2008 AUG 22 A 10:22 — RECEIVED CLERK'S OFFICE]*

CERTIFICATE OF SERVICE -2
MDL DOCKET NO. 875, CTO-291
(Western District of Washington Case
No. C07-1454 RSL)
K:\2038878\00554\20695_KAR\20695P21L3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022