**MDL 875**

JL
RBN
Prep CRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 16 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

——————————————————x

This Document Relates to:

United States District Court
Southern District of West Virginia

Charles HAMRICK, dec., No. 05-CV-0286

[In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]:

——————————————————x

CIVIL ACTION NO. MDL 875

ED-PA No. 07 CV 62873

FILED   AUG 1 5 2008

2008 AUG 27 P 4: 01
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

PLEADING NO. 5597

SUGGESTION OF REMAND

The Court's earlier Suggestion of remand in this matter dated August 8, 2008 is hereby withdrawn.

THIS MATTER being reviewed this date upon Plaintiff's request for a suggestion of Remand to the United States District Court for the Southern District of West Virginia, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for the determination of certain issues as the parties have been unable to resolve these matters despite reasonable efforts being made;

MDL- 875
RECOMMENDED ACTION

Prep CRO / action
Approved/Date: JR 25 Aug 08

**OFFICIAL FILE COPY**

IMAGED SEP 1 7 2008

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Southern District of West Virginia for resolution of all outstanding motions and such further action as deemed appropriate.

BY THE COURT:

Date: 8/14/2008

_____
James T. Giles        J.