**MDL 875**

JNL
RBN
Prep-CRO (TB)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 16 2008

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : x | |
| This Document Relates to: | : | CIVIL ACTION NO. MDL 875 |
| United States District Court Western District of Pennsylvania | : : | ED-PA No. 2:07 CV 63071 |
| <u>Charles VICTOR, dec.</u>, No. 2:97-CV-00421 | : : | FILED   AUG 2 8 2008 |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | : : : : x | |

PLEADING NO. 5599

MDL- 875 RECOMMENDED ACTION
Prep CRO RN 9/9/08
Approval/Date:

2008 SEP -3  P 2:35
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's request for a suggestion of Remand to the United States District Court for the Western District of Pennsylvania, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and there now being only one remaining viable, non-bankrupt party; and now believing that such motion is appropriate for the determination of certain issues which the parties have been unable to resolve despite reasonable efforts being made and for final resolution of the case among the remaining parties;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

**OFFICIAL FILE COPY**

IMAGED SEP 1 7 2008

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Pennsylvania for resolution of all outstanding motions and such further action as deemed appropriate.

BY THE COURT:

Date: 8/26/2008

_____
James T. Giles          J.