MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SEP 16 2008
FILED
CLERK'S OFFICE

PLEADING NO. 5601

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS <br> LIABILITY LITIGATION (No. VI) | § <br> § | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW SCHNABEL and <br> AUDRE SCHNABEL, et al., <br>     Plaintiffs, | § <br> § <br> § <br> § | (State Court Case No. BC 392554) |
| v. | § <br> § | CIVIL CASE NO. <br> CV 08-04714 RGK (FFMK) |
| BORG-WARNER MORSE-TEC, et al. <br>     Defendants. | § <br> § | |

### PLAINTIFFS' MOTION FOR ORDER
### VACATING CONDITIONAL TRANSFER ORDER

Come now plaintiffs and file this motion for order vacating conditional transfer order would respectfully show as follows:

This case was filed in state court but removed to federal court. On August 20, 2008 the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. Plaintiffs' motion for remand to state court was not ruled on and remains pending.

MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER    OFFICIAL FILE COPY Page 1

IMAGED SEP 17 2008

Plaintiffs respectfully request that the Panel vacate the conditional transfer order so that the transferor court may promptly rule on plaintiffs' motion for remand to state court. Such relief is warranted because Mr. Schnabel is dying of mesothelioma and will be gravely prejudiced if he dies before trial. The Panel has the power to vacate the conditional transfer order and has done so in the past so that transferor courts may rule on threshold motions for remand.

The Panel is respectfully referred to plaintiffs' brief in support of this motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully pray that the conditional transfer order be vacated.

DATED: September 15, 2008

Respectfully submitted,

By: _____
MICHAEL L. ARMITAGE, ESQ.
CA Bar No. 152740
JOHN JANOFSKY, ESQ.
CA Bar No. 74568
DIMITRI N. NICHOLS, ESQ.
CA Bar No. 242098
CHARLES S. SIEGEL, ESQ.
TX Bar No. 18341875
WATERS & KRAUS, LLP
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
310-414-8146
310-414-8156 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2008 SEP 15 A 10:25

CLERK'S OFFICE
RECEIVED

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 16 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the court and served via regular mail on September 15, 2008 to all counsel of record and involved counsel listed on the CTO-314 Panel List.

_____
CHARLES S. SIEGEL

2008 SEP 15 A 10:25
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                          MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-314)

Andrew Schnabel, et al. v. Borg-Warner Morse Tec, Inc., et al.,
C.D. California, C.A. No. 2:08-4714

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Matthew Kenneth Ashby
MCKENNA LONG & ALDRIDGE
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert E. Boone, III
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Adam A. Grable
MENDES & MOUNT
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Ronald A. McIntire
PERKINS COIE LLP
South Tower
1620 26th Street, 6th Floor
Santa Monica, CA 90404

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Dimitri Nichols
WATERS & KRAUS LLP
222 North Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Charles S. Siegel
WATERS & KRAUS LLP
3219 McKinney Avenue
Dallas, TX 75204

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Los Angeles Superior Court BC392554
W&K File No. 08-0146-
Plaintiff's Service List

**Curtiss-Wright Flow Control Corporation**
Guzik, Alan
----
2950 Birch Street
Brea, CA 92821
Tel:                          Fax:

**Rockwell International Corporation**
Whitfield, David
----
22647 Ventura Blvd., #523
Woodland Hills, CA 91364
Tel:                          Fax:

**Burns International Security Services fka Borg Warner Corp aka Borg Wa**
Bailey, Michael H. (Anticipated Counsel)
BAKER, KEENER & NAHRA LLP
633 W. Fifth Street
Suite 5400
Los Angeles, CA 90071
Tel: 213-241-0900             Fax: 213-241-0990

**Borgwarner Morse Tec, Inc. (ind and sii to Borg-Warner Morse TEC, Inc. and Borg-Warner Corporation)**
Mitchel, Steven M.
BOOTH, MITCHEL & STRANGE LLP
707 Wilshire Blvd
Suite 445
Los Angeles, CA 90017
Tel: 213-738-0100             Fax: 213-380-3308
CA Speed Dial 62

**McDonnell Douglas Corporation (f/k/a Douglas Aircraft Company, Inc.)**
Boone, III, Robert
Johnson, Tyler R.
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
Tel: 310-576-2100             Fax: 310-576-2200

**Honeywell Intern'l, Inc. (sii to Allied Signal, Inc., sii to Bendix Corp)**
CSC - LAWYERS INCORPORATING SERVICE
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833
Tel:                          Fax:

**Parker-Hannifin Corporation**
CT CORPORATION
818 West 7th Street
Los Angeles, CA 90017
Tel:                          Fax:

**Ford Motor Company**
**General Motors Corporation**
**Rolls-Royce North America, Inc. (ind and sii to Rolls-Royce PLC)**
Brown, Jr., Eugene
Mikacich, Amee A.
FILICE BROWN EASSA & MCLEOD
1999 Harrison Street
18th Floor
Oakland, CA 94612-3541
Tel: 510-444-3131             Fax: 510-839-7940
CA Speed Dial 71

**Dexter Hysol Aerospace, LLC (fka Dexter Hysol Aerospace, Inc., suc by merg with Hysol Corp)**
**Henkel Corporation (sii to Dexter Hysol Aerospace, Inc)**
Follis, Samuel O.
Bonesteel, Michael J.
HAIGHT, BROWN & BONESTEEL, LLP
6080 Center Drive
Suite 800
Los Angeles, CA 90045
Tel: 310-215-7100             Fax: 310-215-7300

**IMO Industries, Inc. (ind and sii Delaval Steam Turbine Company, Enterprise Engine & Foundry Company**
Rome, Henry D.
Bailey, Bobbie R.
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715             Fax: 650-364-5297
CA Speed Dial 08

**Crane Co. (ind and sii Hydro-Aire, Inc. and Adel Precision Products Corp)**
Stiefel, Grant
K&L GATES LLP

2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Tel: 214-939-4900        Fax: 214-939-4949

**Square D Company**
Gill, Raymond
K&L GATES LLP

2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Tel: 214-939-4900        Fax: 214-939-4949

**Crane Co. (ind and sii Hydro-Aire, Inc. and Adel Precision Products Corp)**
Farkas, Stephen P.
Primas, Jr., Angelo L.
K&L GATES LLP

10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000        Fax: 310-552-5001
CA Speed Dial 118

**Garlock Sealing Technologies, LLC (sii to Garlock, Inc.)**
Glaspy, David M.
Hartman, James O.
O'Malley, Brian S.
LAW OFFICES OF GLASPY & GLASPY

100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Tel: 925-947-1300        Fax: 925-947-1594
CA Speed Dial 204

**Cirrus Enterprises, LLC (sii to E.V. Roberts & Assoc., Inc. & Evra, Inc)**
Foley, Patrick J.
LEWIS BRISBOIS BISGAARD & SMITH, LLP

221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Tel: 213-250-1800        Fax: 213-250-7900

**Hill Brothers Chemical Company**
Segal, Ruth
LYNBERG & WATKINS

888 S. Figueroa Street
16th Floor
Los Angeles, CA 90017
Tel: 213-624-8700        Fax: 213-892-2763
CA Speed Dial 10

**Dana Corporation, d/b/a Dana Corporation, a Virginia Corporation**
**Union Carbide Corporation**
Sayers, William
Nicol, Farah
Wyles, Kelvin
Arthur, David
MCKENNA, LONG & ALDRIDGE LLP

444 South Flower Street
8th Floor
Los Angeles, CA 90071
Tel: 213-688-1000        Fax: 213-243-6330
CA Speed Dial 52

**The Flamemaster Corporation**
Child, Bradford T.
MILLARD, HOLWEGER, CHILD & MARTON

700 South Flower Street
Suite 3050
Los Angeles, CA 90017
Tel: 213-627-3113        Fax: 213-623-9237

**Burns International Security Services fka Borg Warner Corp aka Borg Wa**
NATIONAL REGISTERED AGENTS, INC.

2030 Main Street
Suite 1030
Irvine, CA 92614
Tel:                     Fax:

**Palmer International, Inc.**
PALMER INTERNATIONAL, INC.

Tel:                     Fax:

**Honeywell Intern'l, Inc. (sii to Allied Signal, Inc., sii to Bendix Corp)**
McMahon, Brien F. (Anticipated Counsel)
PERKINS COIE, LLP
1620 26th Street
6th Floor
Santa Monica, CA 90404
Tel: 310-788-9900        Fax: 310-788-3399
CA Speed Dial 48

**General Electric Company**
Sheldon, Charles T.
Brainich, Marc
SEDGWICK DETERT MORAN & ARNOLD
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900        Fax: 415-781-2635
CA Speed Dial 33

**The Boeing Company (d/b/a Boeing Integrated Defense Systems as sii Rockwell International)**
Kim, Bo W.
McIntire, Ronald A.
PERKINS COIE, LLP
1620 26th Street
6th Floor
Santa Monica, CA 90404
Tel: 310-788-9900        Fax: 310-788-3399
CA Speed Dial 48

**Chrysler LLC (aka Chrysler Corp, DaimlerChrysler Corp)**
Epand, Alexandra
THELEN, LLP
333 S. Hope Street
Suite 2900
Los Angeles, CA 90071
Tel: 213-576-8000        Fax: 213-576-8080

**Rockwell International Corporation**
Thomas, Joseph E. (Anticipated Counsel)
THOMAS WHITELAW & TYLER, LLP
18101 Von Karman Avenue, Suite 230
Irvine, CA 92612-7132
Tel: 949-679-6400        Fax: 949-679-6405

**CBS Corporation f/k/a Viacom, Inc., suc by merg w/ CBS Corp. f/k/a Westinghouse Elec. Corp)**
**Genuine Parts Company (sii to Nat'l Automotive Parts Assoc a/k/a NAPA)**
Pond, Frank
Jamison, Kevin
Graham, Michael A.
POND NORTH LLP
350 S. Grand Avenue
Suite 2850
Los Angeles, CA 90071
Tel: 213-617-6170        Fax: 213-623-3594
CA Speed Dial 146

**Parker-Hannifin Corporation**
Tavera, Leonard (Anticipated Counsel)
TOWLE, DENISON, SMITH & TAVERA
10866 Wilshire Boulevard
Suite 600
Los Angeles, CA 90024
Tel: 310-446-5445        Fax: 310-446-5447
CA Speed Dial 454

**Pneumo Abex Corporation (sii to Abex Corporation)**
Crochet, Carla Lynn
PRINDLE, DECKER & AMARO LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946        Fax: 562-495-0564
CA Speed Dial 29

**Syd Carpenter, Marine Contractor, Inc.**
Prindle, Kenneth B.
PRINDLE, DECKER & AMARO LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946        Fax: 562-495-0564
CA Speed Dial 29

Los Angeles Superior Court BC392554

W&K File No. 08-0146-

Plaintiff's Service List

**United Technologies Corporation (sii Pratt & Whitney Engine Services, Inc.)**
Isler, Curtiss L.
TUCKER ELLIS & WEST LLP

515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Tel: 213-430-3400          Fax: 213-430-3409
CA Speed Dial 317

**Pratt & Whitney Rocketdyne, Inc.**
**United Technologies Corporation (sii Pratt & Whitney Engine Services, Inc.)**
Newman, Nate
TUCKER ELLIS & WEST LLP

515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Tel: 213-430-3400          Fax: 213-430-3409
CA Speed Dial 317

**Pratt & Whitney Rocketdyne, Inc.**
Wilson, Lance D.
TUCKER ELLIS & WEST LLP

135 Main Street
Suite 700
San Francisco, CA 94105
Tel: 415-617-2400          Fax: 415-617-2409
CA Speed Dial 455

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 16 2008

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§ | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW SCHNABEL and<br>AUDRE SCHNABEL, et al.,<br>  Plaintiffs,<br><br>v.<br><br>BORG-WARNER MORSE-TEC, et al.<br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | (State Court Case No. BC 392554)<br><br>CIVIL CASE NO.<br>CV 08-04714 RGK (FFMK) |

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER

Come now plaintiffs and file this brief in support of their motion for order vacating conditional transfer order, and would respectfully show as follows:

This case was filed in state court but removed to federal court. On August 20, 2008 the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. Plaintiffs' motion for remand to state court was not ruled on and remains pending.

Plaintiffs respectfully request that the panel vacate the conditional transfer order so that the transferor court may promptly rule on plaintiffs' motion for remand to state court. Such relief is warranted for the following reasons:

1. **Mr. Schnabel is dying of mesothelioma.**

Mr. Schnabel has terminal mesothelioma, an "invariably fatal cancer... for which asbestos exposure is the only known cause...." In re Patenaude, 210 F.3d 135, 138 (3d Cir.), cert. Denied, 531 U.S. 1011 (2000).

2. **Mr. Schnabel will be substantially prejudiced if he dies before trial.**

If Mr. Schnabel dies before judgment, as will unquestionably will happen if this case is transferred to the MDL, plaintiffs will lose any right to recover under California law for Mr. Schnabel's pain and suffering. Cal. Code Civil Proc. § 377.34. Since mesothelioma is an extremely painful disease, which essentially suffocates its victims to death over time, this is obviously a substantial element of damages.

Conversely, if the case is remanded to state court, Mr. Schnabel will be entitled to an expedited trial pursuant to California's procedure for handling exigent cases. See Cal. Code Civil Proc. §36(d), providing the right to move for preference in trial settings when there is "clear and convincing medical documentation which concludes that one of the parties suffers from an illness or condition raising substantial medical doubt of survival of that party beyond six months."

Since the conditional transfer order in this case was just entered, a formal transfer of this case will not occur until at least December 2008 or January 2009. Thus, the transferor court's motion for remand to state court. This is a terribly prejudicial situation for a party dying of a terminal cancer.

3.  **The Panel may vacate conditional transfer orders for this purpose.**

The Panel has vacated conditional transfer orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court. In <u>Vasura v. ACandS, Inc.</u>, 84 F.Supp.2d 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand." <u>Id.</u> at 533.

Plaintiffs seek only a timely ruling on their motion for remand, so that Mr. Schnabel can have his day in court before he dies.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully pray that the conditional transfer order be vacated.

DATED: September 15, 2008

Respectfully submitted,

By: _____
MICHAEL L. ARMITAGE, ESQ.
CA Bar No. 152740
JOHN JANOFSKY, ESQ.
CA Bar No. 74568
DIMITRI N. NICHOLS, ESQ.
CA Bar No. 242098
CHARLES S. SIEGEL, ESQ.
TX Bar No. 18341875
WATERS & KRAUS, LLP
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
310-414-8146
310-414-8156 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

*[Stamp: RECEIVED CLERK'S OFFICE 2008 SEP 15 A 10:26 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION]*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 16 2008

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court and served via regular mail on September 15, 2008 to all counsel of record and involved counsel listed on the CTO-314 Panel List.

_____
CHARLES S. SIEGEL

2008 SEP 15 A 10: 26
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                   MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-314)

Andrew Schnabel, et al. v. Borg-Warner Morse Tec, Inc., et al.,
C.D. California, C.A. No. 2:08-4714

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Matthew Kenneth Ashby
MCKENNA LONG & ALDRIDGE
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert E. Boone, III
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Adam A. Grable
MENDES & MOUNT
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Ronald A. McIntire
PERKINS COIE LLP
South Tower
1620 26th Street, 6th Floor
Santa Monica, CA 90404

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Dimitri Nichols
WATERS & KRAUS LLP
222 North Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Charles S. Siegel
WATERS & KRAUS LLP
3219 McKinney Avenue
Dallas, TX 75204

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

**Curtiss-Wright Flow Control Corporation**
Guzik, Alan
----
2950 Birch Street
Brea, CA 92821
Tel:                              Fax:

**Rockwell International Corporation**
Whitfield, David
----
22647 Ventura Blvd., #523
Woodland Hills, CA 91364
Tel:                              Fax:

**Burns International Security Services fka Borg Warner Corp aka Borg Wa**
Bailey, Michael H. (Anticipated Counsel)
BAKER, KEENER & NAHRA LLP
633 W. Fifth Street
Suite 5400
Los Angeles, CA 90071
Tel: 213-241-0900                 Fax: 213-241-0990

**Borgwarner Morse Tec, Inc. (ind and sii to Borg-Warner Morse TEC, Inc. and Borg-Warner Corporation)**
Mitchel, Steven M.
BOOTH, MITCHEL & STRANGE LLP
707 Wilshire Blvd
Suite 445
Los Angeles, CA 90017
Tel: 213-738-0100                 Fax: 213-380-3308
CA Speed Dial 62

**McDonnell Douglas Corporation (f/k/a Douglas Aircraft Company, Inc.)**
Boone, III, Robert
Johnson, Tyler R.
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
Tel: 310-576-2100                 Fax: 310-576-2200

**Honeywell Intern'l, Inc. (sii to Allied Signal, Inc., sii to Bendix Corp)**
CSC - LAWYERS INCORPORATING SERVICE
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833
Tel:                              Fax:

**Parker-Hannifin Corporation**
CT CORPORATION
818 West 7th Street
Los Angeles, CA 90017
Tel:                              Fax:

**Ford Motor Company**
**General Motors Corporation**
**Rolls-Royce North America, Inc. (ind and sii to Rolls-Royce PLC)**
Brown, Jr., Eugene
Mikacich, Amee A.
FILICE BROWN EASSA & MCLEOD
1999 Harrison Street
18th Floor
Oakland, CA 94612-3541
Tel: 510-444-3131                 Fax: 510-839-7940
CA Speed Dial 71

**Dexter Hysol Aerospace, LLC (fka Dexter Hysol Aerospace, Inc., suc by merg with Hysol Corp)**
**Henkel Corporation (sii to Dexter Hysol Aerospace, Inc)**
Follis, Samuel O.
Bonesteel, Michael J.
HAIGHT, BROWN & BONESTEEL, LLP
6080 Center Drive
Suite 800
Los Angeles, CA 90045
Tel: 310-215-7100                 Fax: 310-215-7300

**IMO Industries, Inc. (ind and sii Delaval Steam Turbine Company, Enterprise Engine & Foundry Company**
Rome, Henry D.
Bailey, Bobbie R.
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715                 Fax: 650-364-5297
CA Speed Dial 08

**Crane Co. (ind and sii Hydro-Aire, Inc. and Adel Precision Products Corp)**
Stiefel, Grant
K&L GATES LLP
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Tel: 214-939-4900          Fax: 214-939-4949

**Square D Company**
Gill, Raymond
K&L GATES LLP
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Tel: 214-939-4900          Fax: 214-939-4949

**Crane Co. (ind and sii Hydro-Aire, Inc. and Adel Precision Products Corp)**
Farkas, Stephen P.
Primas, Jr., Angelo L.
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000          Fax: 310-552-5001
CA Speed Dial 118

**Garlock Sealing Technologies, LLC (sii to Garlock, Inc.)**
Glaspy, David M.
Hartman, James O.
O'Malley, Brian S.
LAW OFFICES OF GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Tel: 925-947-1300          Fax: 925-947-1594
CA Speed Dial 204

**Cirrus Enterprises, LLC (sii to E.V. Roberts & Assoc., Inc. & Evra, Inc)**
Foley, Patrick J.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Tel: 213-250-1800          Fax: 213-250-7900

**Hill Brothers Chemical Company**
Segal, Ruth
LYNBERG & WATKINS
888 S. Figueroa Street
16th Floor
Los Angeles, CA 90017
Tel: 213-624-8700          Fax: 213-892-2763
CA Speed Dial 10

**Dana Corporation, d/b/a Dana Corporation, a Virginia Corporation**
**Union Carbide Corporation**
Sayers, William
Nicol, Farah
Wyles, Kelvin
Arthur, David
MCKENNA, LONG & ALDRIDGE LLP
444 South Flower Street
8th Floor
Los Angeles, CA 90071
Tel: 213-688-1000          Fax: 213-243-6330
CA Speed Dial 52

**The Flamemaster Corporation**
Child, Bradford T.
MILLARD, HOLWEGER, CHILD & MARTON
700 South Flower Street
Suite 3050
Los Angeles, CA 90017
Tel: 213-627-3113          Fax: 213-623-9237

**Burns International Security Services fka Borg Warner Corp aka Borg Wa**
NATIONAL REGISTERED AGENTS, INC.
2030 Main Street
Suite 1030
Irvine, CA 92614
Tel:                       Fax:

**Palmer International, Inc.**
PALMER INTERNATIONAL, INC.
Tel:                       Fax:

| | |
|---|---|
| **Honeywell Intern'l, Inc. (sii to Allied Signal, Inc., sii to Bendix Corp)**<br>McMahon, Brien F. (Anticipated Counsel)<br>PERKINS COIE, LLP<br>1620 26th Street<br>6th Floor<br>Santa Monica, CA 90404<br>Tel: 310-788-9900     Fax: 310-788-3399<br>CA Speed Dial 48 | **General Electric Company**<br>Sheldon, Charles T.<br>Brainich, Marc<br>SEDGWICK DETERT MORAN & ARNOLD<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel: 415-781-7900     Fax: 415-781-2635<br>CA Speed Dial 33 |
| **The Boeing Company (d/b/a Boeing Integrated Defense Systems as sii Rockwell International)**<br>Kim, Bo W.<br>McIntire, Ronald A.<br>PERKINS COIE, LLP<br>1620 26th Street<br>6th Floor<br>Santa Monica, CA 90404<br>Tel: 310-788-9900     Fax: 310-788-3399<br>CA Speed Dial 48 | **Chrysler LLC (aka Chrysler Corp, DaimlerChrysler Corp)**<br>Epand, Alexandra<br>THELEN, LLP<br>333 S. Hope Street<br>Suite 2900<br>Los Angeles, CA 90071<br>Tel: 213-576-8000     Fax: 213-576-8080 |
| **CBS Corporation f/k/a Viacom, Inc., suc by merg w/ CBS Corp. f/k/a Westinghouse Elec. Corp)**<br>**Genuine Parts Company (sii to Nat'l Automotive Parts Assoc a/k/a NAPA)**<br>Pond, Frank<br>Jamison, Kevin<br>Graham, Michael A.<br>POND NORTH LLP<br>350 S. Grand Avenue<br>Suite 2850<br>Los Angeles, CA 90071<br>Tel: 213-617-6170     Fax: 213-623-3594<br>CA Speed Dial 146 | **Rockwell International Corporation**<br>Thomas, Joseph E. (Anticipated Counsel)<br>THOMAS WHITELAW & TYLER, LLP<br>18101 Von Karman Avenue, Suite 230<br>Irvine, CA 92612-7132<br>Tel: 949-679-6400     Fax: 949-679-6405 |
| | **Parker-Hannifin Corporation**<br>Tavera, Leonard (Anticipated Counsel)<br>TOWLE, DENISON, SMITH & TAVERA<br>10866 Wilshire Boulevard<br>Suite 600<br>Los Angeles, CA 90024<br>Tel: 310-446-5445     Fax: 310-446-5447<br>CA Speed Dial 454 |
| **Pneumo Abex Corporation (sii to Abex Corporation)**<br>Crochet, Carla Lynn<br>PRINDLE, DECKER & AMARO LLP<br>310 Golden Shore, 4th Floor<br>Long Beach, CA 90802<br>Tel: 562-436-3946     Fax: 562-495-0564<br>CA Speed Dial 29 | |
| **Syd Carpenter, Marine Contractor, Inc.**<br>Prindle, Kenneth B.<br>PRINDLE, DECKER & AMARO LLP<br>310 Golden Shore, 4th Floor<br>Long Beach, CA 90802<br>Tel: 562-436-3946     Fax: 562-495-0564<br>CA Speed Dial 29 | |

**United Technologies Corporation (sii Pratt & Whitney Engine Services, Inc.)**
Isler, Curtiss L.
TUCKER ELLIS & WEST LLP

515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Tel: 213-430-3400          Fax: 213-430-3409
CA Speed Dial 317

**Pratt & Whitney Rocketdyne, Inc.**
**United Technologies Corporation (sii Pratt & Whitney Engine Services, Inc.)**
Newman, Nate
TUCKER ELLIS & WEST LLP

515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Tel: 213-430-3400          Fax: 213-430-3409
CA Speed Dial 317

**Pratt & Whitney Rocketdyne, Inc.**
Wilson, Lance D.
TUCKER ELLIS & WEST LLP

135 Main Street
Suite 700
San Francisco, CA 94105
Tel: 415-617-2400          Fax: 415-617-2409
CA Speed Dial 455