# MDL 875

**LEVY, PHILLIPS & KONIGSBERG, L.L.P.**
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924

TELEPHONE: (845) 294-2002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2008

FILED
CLERK'S OFFICE

September 15, 2008

> Request of Pltfs. Miranda, et al., NYS 1:08-5491, for Extension of Time to file Motion/Brief to Vacate CTO --- **DENIED.**
> (jwn - September 16, 2008)

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2008 SEP 16  P 1:56
RECEIVED
CLERK'S OFFICE

PLEADING NO. 5603

**VIA FACSIMILE**
Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
FAX: (202) 502-2888

Re: *Miranda v. Abex Corporation, et al*
U.S. District Court for the Southern District of New York
Case No. 08-0CV-5491 and Case No. 08-CIV-5509
MDL No.: 875/CTO-312 and CTO-313

Dear Mr. Luthi:

We represent the plaintiffs in the above captioned cases and write to request an additional extension of time for the filing of our Motion to Vacate the Conditional Transfer Order and brief in support thereof. These papers are presently due on September 17, 2008.

We request that this deadline be extended until October 17, 2008 in light of the fact that the parties are actively litigating a motion to remand before Judge Shira Sheindlin in the District Court. The details of the motion to remand are set forth in my previous letters of August 19, 2007 and August 25, 2008. Since that time, the parties have held phone conferences with Judge Sheindlin and are moving toward resolution of the motion to remand.

{00127829.DOC}

**OFFICIAL FILE COPY**

IMAGED SEP 17 2008

Luthi, Jeffrey
September 15, 2008
Page 2 of 2

Assuming the remand motion is granted, any issue as to whether this case should be transferred will be rendered moot. Because any motion practice with the MDL court will be rendered moot by an order remanding this case to state court, the extension requested by plaintiffs would serve the interests of judicial economy and preserve the resources of the parties.

Thank you for your consideration of this matter.

                Sincerely,

                LEVY PHILLIPS & KONIGSBERG, LLP

                By: _____
                    Sharon J. Zinns

cc:    All Counsel in the Miranda Case
       By facsimile (See Attached Service List)

{00127829.DOC}

## TELECOPIER COVER LETTER

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**LEVY PHILLIPS & KONIGSBERG, L.L.P.**
800 Third Avenue
New York, New York 10022
Telephone: (212) 605-6200
Facsimile: (212) 605-6290

SEP 17 2008
FILED
CLERK'S OFFICE

**NAME OF SENDER:** Sharon Zinns, Esq.

**DATE** September 15, 2008    **TIME:** _____    **File No: 08- 0002**

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

TO:   All Counsel of Record

James Walker Smith, Esq.
SMITH ABBOT, L.L.P.
*Attorneys for Abex Corporation f/k/a American Brake Shoe and Pneumo Abex Corporation Individually and as successor in interest to Abex Corporation*

F:   212-981-4502

Suzanne Halbardier, Esq.
BARRY McTIERNAN & MOORE
*Attorneys for American Refractories, Co., Graybar Electric Co., Inc., General Refractories, Co. and John Crane, Inc.*

F:   (212) 608-8902

Lisa M. Pascarella, Esq.
PEHLIVANIAN, BRAATEN & PASCARELLA, L.L.P.
*Attorneys for American Refractories, Inc. and Ingersoll-Rand Company*

F:   (732) 528-4445

Bashi Buba, Esq.
WILBRAHIM, LAWLER & BUBA
*Attorneys for Atlas Turner*

F:   (215) 564-4385

Kerryann M. Cook, Esq./Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER P.C.
*Attorneys for Alcoa, Inc., Avocet Enterprises, Inc., Courter & Company and Fay Spoffard & Thorndike of New York, Inc., f/k/a Wolf & Munier, Inc., Hercules chemical Company, Inc., Leslie Controls, Railroad Friction Products Corp., Treadwell Corporation, Kentile Floors and and Tate Andale Inc, Individually and as Successor -in- interest to CH Wheeler Co.*

F:   (212) 509-4420

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
*Attorneys for A.W. Chesterton Co., Inc., Carrier Corporation, General Dynamics, Boeing Integrated Defense Systems*

F:   (212) 490-3038

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 SEP 16  P 1:56
RECEIVED CLERK'S OFFICE

00126419.WPD

Andrew M. Warshauer, Esq./Anna DiLonardo, Esq.  
WEINER LESNIAK, LLP  
*Attorneys for Bondex Incorporated, Lockheed Martin Corp., Robert A. Keasbey Co. and Borg Warner Corporation*   F: (631) 232-6184

Michael Waller, Esq  
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP  
*Attorneys for Crane Co., CRANE RESISTOFLEX AEROSPACE and Crane Pumps & Systems, Inc. & CRANE AEROSPACE & ELECTRONICS*   F: (973) 848-4001

Deborah L. Slowata, Esq./ Nancy McDonald, Esq.  
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP  
*Attorneys for Cuttler Hammer n/k/a Eaton Electrical Inc., Eaton Corporation*   F: (973) 425-0161

Judith Yavitz, Esq.  
REED SMITH, LLP  
*Attorneys for Dana Corporation and Union Carbide*   F: (212) 521-5450

William Mueller, Esq.  
CLEMENTE MUELLER & TOBIA, P.A.  
*Attorneys for Durabla Manufacturing Company*   F: (973) 455-8118

Erich Gleber, Esq.  
SEGAL McCAMBRIDGE SINGER & MAHONEY  
*Attorneys for Durametalic Corporation, Garlock Sealing Technologies, LLC Anchor Packing Co. and Flowserve*   F: (212) 651-7499

Laura B. Hollman, Esq.  
McMAHON MARTINE & GALLAGHER  
*Attorneys for Eastern Refractories Corporation*   F: (212) 747-1239

Andrew Sapon, Esq.  
BIVONA & COHEN, P.C.  
*Attorneys for Eaton Hydraulics, Inc.*   F: (212) 363-9824

Paul Grant, Esq.  
GARRISON LITIGATION  
*Attorneys for Enpro Industries*   F: (585) 325-7356

Michael A. Tanenbaum, Esq.  
SEDGWICK, DETERT, MORAN & ARNOLD LLP  
*Attorneys for Foster Wheeler Energy Corp., General Electric Corporation and Ge Aviation Systems, LLC*  
T: 973-242-0002   F: (973) 242-8099

Ethan Baumfeld, Esq./Nancy L. Pennie, Esq.  
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP  
*Attorneys for General Motors Corporation*   F: (212) 593-6970

00126419.WPD

Scott R. Emery, Esq./ James R. Lynch, Esq.  
LYNCH DASKAL EMERY, LLP  
*Attorneys for Georgia Pacific Corporation,*  
*Individually and as successor in interest to*  
*Consolidated Vultee Aircraft Corporation,*  
*Goodyear Tire & Rubber and and DaimlerChrysler*  
    F:  (212) 302-2210

Thomas Pantino  
Mendes & Mount LLP  
*Attorney for The Fairchild Corporation and*  
*HITCO CARBON & COMPOSITES*  
Individually and as successor in interest to Hitco  
    F.: 212-261-8750

Patrick J. Dwyer, Esq.  
SMITH, STRATTON, WISE, HHEHER & BRENNAN  
*Attorneys for Goodrich Corporation f/k/a B.F. Goodrich Company*  
    F: (609) 987-6651

John Fanning, Esq.  
CULLEN & DYKMAN LLP  
*Attorneys for Gould Pumps, Inc.*  
    F:  (718) 935-1509 or (718)-855-4282

Lisa A. Linsky, Esq./Donald R. Pugliese, Esq.  
McDERMOTT, WILL & EMERY, LLP  
*Attorneys for Honeywell International Inc.*  
*f/k/a Allied Signal, Inc. successor in interest*  
*to Bendix Corporation*  
    F:  (212) 547-5444

Robert C. Malaby, Esq.  
MALABY & BRADLEY, LLC  
*Attorneys for JH France*  
    F  (212) 791-0286

Abbie Eliasberg Fuchs, Esq.  
HARRIS BEACH, PLLC  
*Attorneys for Kentile Floors, Inc.*  
    F:  (212) 687-0659

Christopher S. Kozak, Esq.  
*Attorneys for Metropolitan Transit Authority*  
    F:  (973) 623-4496

Steven L. Keats  
*Attorneys for Munaco Packing & Rubber Co.*  
    F:  (516) 248-4256

Elisa T. Gilbert, Esq.  
GILBERT & GILBERT, LLC  
*Attorneys for Northrup Gruman Corporation*  
    F:  (212) 286-8522

Arthur Bromberg  
WEINER LESNIAK LLP  
*Attorneys for Old Orchard Industrial Corporation,*  
*Individually and as successor to Vapor Corporation*  
    F:  (973) 403-0010

00126419.WPD

| | |
|---|---|
| Mark S. Landman, Esq.<br>LANDMAN CORSI BALLAINE & FORD, P.C.<br>*Attorneys for Sequoia Ventures, Inc. f/k/a as Bechtel Corporation.* | F: (212) 238-4848 |
| Kenneth J. Kelly<br>EPSTEIN BECKER & GREEN, PC<br>*Attorneys for Wayne Wire Cloth Products, Inc.<br>and Grimes Aerospace Company, Individually<br>and as successor in interest to Midland-Ross Corporation* | F: (212) 661-0989 |
| Genevieve MacSteel, Esq./Robert Brooks-Rigolosi, Esq.<br>MCGUIREWOODS<br>*Attorneys for Westinghouse Air Brake Co.* | F: (212) 715-2303 |
| Timothy J. McHugh, Esq.<br>LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY<br>*Attorneys for 3M Company f/k/a Minnesota Mining & Manufacturing* | F: (212) 319-6932 |
| Dominic P. Bianco<br>GALLAGHER, WALKER, BIANCO & PLASTARAS<br>*Attorneys for Hewlett Packard Company* | F: (516) 248-2394 |
| Timothy J. McHugh, Esq.<br>LAVIN O'NEIL RICCI CEDRONE & DISIPIO<br>*Attorneys for Pratt & Whitney & United Technologies<br>Corporation, Individually and as Successor in Interest<br>to United Aircraft Corporation United Technologies Building* | Fax: (212) 319-6932 |
| Christopher J. Garvey<br>GOODWIN PROCTER LLP<br>*Attorneys for Henkel Corporation* | F: (212) 355-3333 |
| Richard P. O'Leary<br>MCCARTER & ENGLISH<br>*Attorneys for Parker Hannifin Corporation and Unisys Corporation* | F: (212) 935-1008 |
| James M. Altmas, Esq./David Bloomberg, Esq./<br>Christopher R. Strianese, Esq.<br>BRYAN CAVE LLP<br>*Attorneys for Nasco Air Brakes, Inc. and The Boeing Company* | F: (212) 541-1413 |
| Thomas J. Maimone, Esq.<br>MAIMONE & ASSOCIATES PLLC<br>*Attorneys for Mack Trucks, Inc.* | F: (516) 877-0321 |
| Joseph Colao, Esq.<br>LEADER & BERKON LLP<br>*Attorneys for Warren Pumps<br>and IMO Industries, Inc.* | F: (212) 486-3099 |
| Frank Cecere, Esq.<br>AHMUTY DEMERS & McMANUS<br>*Attorneys for Yuba Heat<br>Transfer, Division of Connell-Limited Partnership* | F: (516) 294-5387 |

**COUNSEL UNKNOWN FOR THE FOLLOWING DEFENDANTS:**
CFM INTERNATIONAL, INC.
PARKER AEROSPACE;
RHEACO, INC.
TRIAD INTERNATIONAL MAINTENANCE CORPORATION
Individually and as successor in interest to Aero Corporation
UNISYS CORPORATION
ADEL WIGGINS GROUP
BROTHERS INTERNATIONAL, INC
EATON AEROQUIP INC.
EPSON AMERICA, INC.
INTERNATIONAL BUSINESS MACHINES CORP.
KONICA MINOLTA BUSINESS SOLUTIONS USA, INC.
PARKER HANNIFIN STRATOFLEX PRODUCTS DIVISION
RICOH AMERICAS CORPORATION
THE ZIPPERTUBING CO.
XEROX CORPORATION
NEW YORK CITY TRANSIT AUTHORITY

MESSAGE:

WE ARE TRANSMITTING _____ PAGES (including this cover page).
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CONTACT THE SENDER
LISTED BELOW AS SOON AS POSSIBLE AT (212) 605-6269.

NAME:   Sharon Zinns

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR PRIVILEGED INFORMATION FROM THE LAW FIRM LEVY PHILLIPS & KONIGSBERG, L.L.P. AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU.

00126419.WPD