# Sedgwick
DETERT, MORAN & ARNOLD LLP

THREE GATEWAY CENTER, 12TH FLOOR   NEWARK, NEW JERSEY 07102-5311
www.sdma.com   973.242.0002 phone   973.242.8099 fax

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2008

FILED
CLERK'S OFFICE

September 16, 2008

**VIA FACSIMILE (202) 502-2888**
Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 5604

Re:   **Ernesto Miranda and Diana Miranda v. Abex Corporation**, *et al.*, including
      **General Electric Company**
      USDC SDNY Civil Action No.: **08 Civ. 5491** (related case: 08 Civ. 5509[1])
      MDL: 875/CTO-312 & CTO-313

Dear Mr. Luthi:

    My office represents defendant General Electric Company (GE) in the *Ernesto Miranda* action. Please be advised that GE opposes any attempt to remand the *Ernesto Miranda* action back to State Court and opposes plaintiff's request for a second extension of time for plaintiff to file their Motion to Vacate the Conditional Transfer Order and their brief in support.

    The purpose behind Congress' creation of the MDL is to ensure that cases involving common questions of fact are litigated efficiently and uniformly in a consistent manner across the country and to alleviate the dockets of the various district courts throughout the country by centralizing the pretrial process of similar claims. Plaintiff should not be allowed to continue to delay the transfer of this matter to the MDL, which is the place where plaintiff should properly litigate this matter, not in the Southern District of New York. We

---

[1] On June 26, 2008, under USDC SDNY civil docket for case 08 Civ. 5509, this case was accepted as related to 08 Civ. 5491 and an association was thereby entered on June 27, 2008.

NJ/225719v1

**OFFICIAL FILE COPY**

*Celebrating 75 Years of Service 1933-2008*

**IMAGED** SEP 1 7 2008

Jeffrey M. Luthi
Re: Ernesto Miranda and Diana Miranda v. Abex Corporation, et al., including General Electric Company
September 16, 2008
Page 2

respectfully oppose plaintiff's request for a second extension of time to file their Motion to Vacate the Conditional Transfer Order and their brief in support thereof.

Respectfully,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: Afigo I. Okpewho, Esq.

cc: Patrick Timmins (By Fascimile)
All known defendants (By Fascimile)
Panel service list, excerpted from CTO-312 (by first class mail)

NJ/225719v1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2008

FILED
CLERK'S OFFICE

# PANEL SERVICE LIST
## (EXCERPTED FROM CTO-312)

| | |
|---|---|
| Peter G. Angelos, Esq.<br>Law Offices of Peter G. Angelos PC<br>One Charles Center<br>100 North Charles Street, 22nd Floor<br>Baltimore, MD 21201 | Scott Harford<br>Lynch Daskal Emery<br>264 West 40th Street<br>New York, NY 10018 |
| Janet W. Black<br>Ward Black PA<br>208 West Wendover Avenue<br>Greensboro, NC 27401-1307 | Kevin M. Jordan<br>Baker Botts, LLP<br>910 Louisiana<br>One Shell Plaza<br>Houston, TX 77002 |
| Robert Dorrance Brown, Jr.<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102-5310 | Paul Kalish<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington DC 20004 |
| Russell W. Budd<br>Baron & Budd PC<br>3102 Oaklawn Avenue, Suite 1100<br>Dallas, TX 75219 | Steven Kazan<br>Kazan McClain Abrams Fernandez<br>171 Twelfth Street, 3rd Floor<br>Oakland, CA 94607 |
| Samantha M. Burd<br>Landman Corsi Ballaine & Ford PC<br>One Gateway Center<br>Newark, NJ 07102 | Peter A. Kraus<br>Waters & Kraus, LLP<br>3219 McKinney Aveue, Suite 3000<br>Dallas, TX 75204 |
| John D. Cooney<br>Cooney & Conway<br>120 North LaSalle Street, Suite 3000<br>Chicago, IL 60602 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Joseph A. D'Avanzo<br>Wilson Elser Moskowitz Edelman & Dicker<br>3 Gannett Drive<br>White Plains, NY 10604 | Roger B. Lane<br>Lane & Gossett<br>1601 Reynolds Street<br>Brunswich, GA 31520 |
| Erik C. DiMarco<br>Wilson Elser Moskowitz Edelman & Dicker<br>150 East 42nd Street, 22nd Floor<br>New York, NY 10017 | William F. Mahoney<br>Segal McCambridge Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606 |
| Patrick J. Dwyer<br>Smith Stratton Wise Heher & Brennan<br>2 Research Way<br>Princeton, NJ 08540 | Robert C. Malaby<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 |
| Elisa T. Gilbert<br>Gilbert Firm LLC<br>325 East 57th Street<br>New York, NY 10022 | John P. McShea<br>McShea Tecce PC<br>Mellon Bank Center<br>1717 Arch Street, 28th Floor<br>Philadelphia, PA 19103 |

NJ/207388v1

| | |
|---|---|
| Erich Gleber<br>Segal McCambridge Singer & Mahoney<br>805 Third Avenue, 19th Floor<br>New York, NY 10022 | Philip McWeeny<br>Schiff Hardin, LLP<br>One Market Plaza, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105 |
| Thomas A. Packer<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Michael P. Thornton<br>Thornton & Naumes, LLP<br>100 Summer Street 30th Floor<br>Boston, MA 02110 |
| Thomas Russell Pantino<br>Mendes & Mount LLP<br>One Newark Center, 19th Floor<br>Newark, NJ 07102 | Patrick Timmins<br>Levy Phillips<br>800 Third Avenue, 13th Floor<br>New York, NY 10022 |
| Donald Ricahrd Pugliese, Sr.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, NY 10017 | Walter G. Watkins, Jr.<br>Forman Perry Watkins Krutz & Tardy PLLC<br>P.O. Box 22608<br>Jackson, MS 39225 |
| Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant SC 29464 | Christopher R. Strianese<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |

NJ/207388v1



# SEDGWICK
## DETERT, MORAN & ARNOLD LLP

Three Gateway Center, 12th Floor
Newark, New Jersey 07102
tel: 973.242.0002  fax: 973.242.8099

**Facsimile Transmittal Sheet**

DATE: SEptember 16, 2008

TIME: 11:47 PM

NUMBER OF PAGES: (including cover page)

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL
OUR FAX CENTER AT (973) 242-0002 AS SOON AS POSSIBLE.

**TO:**

| Name | Company | Facsimile |
|---|---|---|
| Jeffrey N. Luthi<br>United States Judicial Panel on Multidistrict Litigation | | 202.502.2888 |
| Robert Komitor, Esq.<br>Patrick Timmins, Esq.<br>Sharon J. Zinns, Esq. | Levy Phillips & Konisberg | 212.605.6290 |
| James Walker Smith, Esq. | Smith Abbot, LLP | 212.981.4502 |
| Suzanne Halbardier, Esq. | Barry McTiernan & Moore | 212.608.8902 |
| Lisa Pascarella, Esq. | Pehlvianian Braaten & Pascarella | 732.528.4445 |
| Bashi Buba, Esq. | Wilbraham Lawler & Buba | 215.564.4385 |
| Kerryann M. Cook, Esq. | McGivney & Kluger P.C. | 212.509.4420 |
| Julie Evans, Esq. | Wilson Elser Moskowitz & Dicker | 212.490.3038 |
| Andrew Warshauer, Esq. | Weiner Lesniak | 631.232.6184 |
| Michael Waller, Esq. | Kirkpatrick Lockhart | 973.848-4001 |
| Nancy McDonald, Esq | McElroy Deutsch Mulvaney & Carpenter | 973.425.0106 |
| Judith Yavitz, Esq. | ReedSmith, LLP | 212.521.5450 |
| William Clemente, Esq. | Clemente Mueller & Tobia | 973.455-8118 |
| Erich Gleber, Esq. | Segal McCambridge Singer & | 212.651.7499 |

**PRIVILEGE AND CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the person or entity named above. If you are not the intended recipient (or someone responsible to deliver to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (973) 242-0002 and return the original message to us at the address above via the U. S. Postal Service. Thank you.

New York ▪ London ▪ San Francisco ▪ Zurich ▪ Los Angeles ▪ Paris ▪ Newark ▪ Irvne ▪ Chicago ▪ Dallas

NJ/223631v1

SEptember 16, 2008                                     Facsimile Transmittal Sheet

|  |  |  |  |
|---|---|---|---|
|  | Mahoney |  |  |
| Laura Hollman, Esq. | McMahon Martine & Gallagher | 212.747-1239 |  |
| Andrew Sapon, Esq. | Bivona & Cohen | 212.363.9824 |  |
| Paul Grant, Esq. | Garrison Litigation | 585-325-7356 |  |
| Ethan Baumffeld, Esq. | Aaronson Rappaport Feinstein & Deutsch | 212.593-6970 |  |
| Scott Emery, Esq | Lynch Daskal Emery | 212.302-2210 |  |
| Patrick Dywer, Esq. | Smith Stratton, Wise Hheher & Brennen | 609-987-6651 |  |
| John Fanning, Esq. | Cullen Dykman | 718-935-1509 |  |
| Lisa Linsky, Esq. | McDermott Will & Emery | 212.547-5444 |  |
| Robert Malaby, Esq. | Malaby Bradley | 212-791-0286 |  |
| Abbie Elliasberg Fuchs, Esq. | Harris Beach, LLP | 212.687-0659 |  |
| Christopher Kozak, Esq. | Metropolitan Transit Authority | 973.623.4496 |  |
| Steve L. Keats, Esq. | Munaco Packing & Rubber Co. | 516.248.4256 |  |
| Elisa T. Gilbert, Esq. | Gilbert & Gilbert LLC | 212.286.8522 |  |
| Arthur Bromberg, Esq. | Weiner Lesniak | 973.403.0010 |  |
| Mark S. Landman, Esq. | Landman Corsi Ballaine & Ford | 212.238-4848 |  |
| Kenneth J. Kelly, Esq. | Epstein Becker & Green PC | 212.661-0989 |  |
| Genevieve MacSteel, Esq. | McGuire Woods | 212.715-2303 |  |
| Timothy J. McHugh, Esq. | Lavin Coleman O'Neil Ricci Finarelli & Gray | 212.319-6932 |  |
| Dominic P. Bianco, Esq. | Gallagher, Walker Bianco & Plastaras | 516-248-2394 |  |
| Christopher Garvey, Esq. | Goodwin Procter, LLP | 212.355-3333 |  |
| Richard O'Leary, Esq. | McCarter & English | 212.935-1008 |  |
| James M. Almas, Esq. | Bryan Cave LLP | 212.541.1413 |  |
| Thomas Maimone, Esq. | Maimone & Associates | 516.877-0321 |  |
| Joseph Colao, Esq. | Leader Berkon | 212.486-3099 |  |
| Frank Cecere, Esq. | Ahmuty Demers & McManus | 516-294-5387 |  |

SEptember 16, 2008                                          Facsimile Transmittal Sheet

## FROM:

| | | | |
|---|---|---|---|
| Name: | Dorothy Tam | Fax Back Number: | (973) 242-8099 |
| Office: | Newark | Our File No.: | 0045-2799 |

**RE:** **Ernesto Miranda**
**US District Court for the Southern District of New York**
**MDL No. 875/CTO-312**

## MESSAGE: