**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. VI)

MDL No. 875

WILLIAM W. BUSSEY,

    Plaintiff,

v.

BUFFALO PUMPS, INC., et. al.,

    Defendants.

Request of Deft. General Electric Co., in Bussey, VAE 2:08-9378, to strike Pltf's. Motion/Brief to Vacate CTO-313 -- DENIED (jwn - September 17, 2008)

UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF VIRGINIA,
NORFOLK DIVISION
*(Removed on May 27, 2008, from the Circuit Court for the City of Portsmouth, Case No. CL08-950)*

PLEADING NO. 5605

### DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO STRIKE PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER AND PLAINTIFF'S BRIEF IN SUPPORT THEREOF

Defendant, General Electric Company ("GE"), by counsel, respectfully moves this Honorable Court to strike Plaintiff's Motion to Vacate Conditional Transfer Order ("his Motion") and Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order ("his Brief") for failure to comply with the signature requirement of Rule 11 of the Federal Rules of Civil Procedure ("FRCP"), and for violating the Panel Rules/filing requirements and FRCP 5(a)(1)(D) by failing to serve GE counsel with either his Motion or his Brief, and for the reasons stated in GE's Brief in Support of its Motion to Strike, filed herewith.

OFFICIAL FILE COPY

IMAGED SEP 17 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2008 SEP 16 A 10:42
RECEIVED
CLERK'S OFFICE

Respectfully submitted,

**GENERAL ELECTRIC COMPANY**

By: _____
Of Counsel

Thomas C. Junker, Esquire
Anthony B. Taddeo, Jr., Esquire
David M. Sturm, Esquire
Matthew D. Joss, Esquire
JUNKER, TADDEO & STURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540 (Telephone)
(804) 344-8541 (Facsimile)
*Counsel for Defendant General Electric Company*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 SEP 16 A 10: 42
RECEIVED CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant General Electric Company's Motion to Strike Plaintiff's Motion and Brief to Vacate Conditional Transfer Order has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all counsel of record, including those on the attached Panel Service List via first class mail, postage prepaid on this 15th day of September, 2008.

_____
Matthew D. Joss, Esquire

IN RE: ASBESTOS PRODUCTS LIABILITY  
LITIGATION (NO. VI)

Page 1 of 2  
MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378  
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379

Peter G. Angelos  
LAW OFFICES OF  
PETER G ANGELOS PC  
One Charles Center  
100 North Charles Street, 22nd Floor  
Baltimore, MD 21201

Janet W. Black  
WARD BLACK PA  
208 West Wendover Avenue  
Greensboro, NC 27401-1307

Russell W. Budd  
BARON & BUDD PC  
3102 Oaklawn Avenue  
Suite 1100  
Dallas, TX 75219

Laura Cabutto  
SIMON EDDINS & GREENSTONE  
3232 McKinney Avenue  
Suite 610  
Dallas, TX 75205

John D. Cooney  
COONEY & CONWAY  
120 North LaSalle Street  
Suite 3000  
Chicago, IL 60602-2415

Kevin M. Jordan  
BAKER BOTTS LLP  
910 Louisiana  
One Shell Plaza  
Houston, TX 77002-4995

Paul Kalish  
CROWELL & MORING LLP  
1001 Pennsylvania Avenue, N.W.  
Washington, DC 20004-2595

Steven Kazan  
KAZAN MCCLAIN ABRAMS  
FERNANDEZ ET AL  
171 Twelfth Street  
Third Floor  
Oakland, CA 94607

Peter A. Kraus  
WATERS & KRAUS LLP  
3219 McKinney Avenue  
Suite 3000  
Dallas, TX 75204

David C. Landin  
Hunton & Williams  
Riverfront Plaza  
East Tower  
951 East Byrd Street  
Richmond, VA 23219-4074

Roger B. Lane  
LANE & GOSSETT  
1601 Reynolds Street  
Brunswick, GA 31520

William F. Mahoney  
SEGAL MCCAMBRIDGE SINGER  
& MAHONEY LTD  
233 South Wacker Drive  
Suite 5500  
Chicago, IL 60606

Robert C. Malaby  
MALABY & BRADLEY  
150 Broadway  
Suite 600  
New York, NY 10038

Kenneth Reed Mayo  
REED MAYO LAW FIRM PC  
484 Viking Drive  
Suite 130  
Virginia Beach, VA 23452

John P. McShea  
MCSHEA TECCE PC  
Mellon Bank Center  
1717 Arch Street  
28th Floor  
Philadelphia, PA 19103

Philip McWeeny  
SCHIFF HARDIN LLP  
One Market Plaza, 32nd Floor  
Spear Street Tower  
San Francisco, CA 94105

Thomas A. Packer  
GORDON & REES LLP  
Embarcadero Center West  
275 Battery Street  
Suite 2000  
San Francisco, CA 94111

Michael G. Phelan  
BUTLER WILLIAMS & SKILLING  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219

Joseph F. Rice  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464

Michael P. Thornton  
THORNTON & NAUMES LLP  
100 Summer Street  
30th Floor  
Boston, MA 02110

Walter G. Watkins, Jr.  
FORMAN PERRY WATKINS  
KRUTZ & TARDY PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608

Jeffrey S. Poretz  
MILES & STOCKBRIDGE P.C.  
1751 Pinnacle Drive, Suite 500  
McLean, VA 22102-3833

Edward E. Bagnell, Jr.  
SPOTTS FAIN PC  
411 E. Franklin Street  
P.O. Box 1555  
Richmond, VA 23218-1555

MDL No. 875 – Panel Service List (Excerpted from CTO-313) (Continued)

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Eric David Cook
WILCOX & SAVAGE
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Henry N. Ware, Jr.
SPOTTS FAIN PC
411 E. Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. VI)                                                MDL No. 875

| | | |
|---|---|---|
| WILLIAM W. BUSSEY, | : | Civil Action No. 2:08-cv-09378 |
| Plaintiff, | : | |
| v. | : | From the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION (Removed on May 27, 2008, from the Circuit Court for the City of Portsmouth, Case No. CL08-950) |
| BUFFALO PUMPS, INC., et. al., | : | |
| Defendants. | : | |

### DEFENDANT GENERAL ELECTRIC COMPANY'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER

Defendant, General Electric Company ("GE"), by counsel, hereby submits its Brief in Support of its Motion to Strike Plaintiff's Motion to Vacate Conditional Transfer Order ("his Motion") and Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order ("his Brief") for violating the signature requirement of Rule 11(a) of the Federal Rules of Civil Procedure ("FRCP"), and for violating the Panel Rules and FRCP 5(a)(1)(D) by failing to serve GE counsel with either his Motion or his Brief. In support of its motion, GE states as follows:

#### STATEMENT OF FACTS

This is an asbestos case in which Plaintiff, William W. Bussey ("Plaintiff"), alleges that he developed malignant mesothelioma as a result of exposure to asbestos while Mr. Bussey served in the U.S. Navy from 1960-64.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 SEP 16   A 10:43
RECEIVED CLERK'S OFFICE

Plaintiff commenced this action in the Portsmouth City Circuit Court on April 29, 2008. On May 27, 2008, within thirty days of being served with the Summons and Complaint herein, GE timely filed its Notice of Removal in this Court, setting forth its bases for its removal pursuant to 28 U.S.C. §1442(a)(1) (the "federal officer" removal statute). On August 11, 2008, the United States Judicial Panel on Multidistrict Litigation ("the Panel") entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania ("CTO-312").

On August 26, 2008, Plaintiff faxed Plaintiffs' Notice of Opposition to CTO-313 to the Clerk of the Panel and to all counsel of record, including GE counsel. On September 11, 2008, Plaintiff filed Plaintiff's Motion to Vacate Conditional Transfer Order ("his Motion") and Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order ("his Brief") with the Panel.

Plaintiff's counsel, however, signed his Motion and his Brief as "Michael Phelan By permission Sean Cox" in violation of FRCP 11(a)'s requirement that motions be signed by at least one attorney of record and in that attorney's name.[1]

On September 2, 2008, GE counsel, David Sturm notified Plaintiff's counsel, Laura Cabutto of Simon, Eddins & Greenstone during a telephone conversation that he did not believe Sean Cox' signature of Michael Phelan's name by permission was a valid signature in federal court (while discussing the "Michael Phelan By permission Sean Cox" signature that appeared on a motion filed with this Panel, also in the *Bussey* case, captioned under Action No. 2:08-cv-9376). A week has passed and Plaintiff's counsel still has not cured the invalid signature, despite the issue having been brought to Plaintiff's counsel's attention.

---

[1] It must be noted that Plaintiff's Notice of Opposition to the Conditional Transfer Order was also signed "Michael Phelan By permission Sean Cox", and is invalid for the same reasons as Plaintiff's Motion to Vacate and Brief in Support, for the reasons stated below.

2

## ARGUMENT

### Plaintiff's Motion and Brief Must Be Stricken Pursuant to FRCP 11(a) Because Plaintiff Failed to Promptly Correct His Invalid "By Permission" Signature.

Rule 11(a) of the Federal Rules of Civil Procedure states:

> Every pleading, written motion, and other paper must be signed by at least one **attorney of record in the attorney's name** — or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. **The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention** (emphasis added).

In *Standard Guar. Ins. Co. v. Fidelity & Deposit Co. of Maryland*, 140 F.R.D. 5 (M.D. Fla. 1991), the court considered whether a signature on defendant's "Supplement to Motion to Dismiss" violated FRCP Rule 11(a). The court found that no attorney of record signed the motion because the counsel's partner signed the attorney of record's name to the document. Because no attorney of record signed the paper in his own name, the court held that the signature violated the signature requirement of FRCP Rule 11(a) and struck the motion.[2]

In *Beard v. Lehman Bros. Holdings, Inc.*, 458 F. Supp.2d 1314 (M.D. Ala. 2006), the court found that the signatures of defense counsel, Terry Butts and David Anderson, on a Notice of Removal were not authentic because the signatures were provided by a party identified by the initials "L.F." Defense counsel argued that they expressly authorized those signatures. However, the court found that such authorization did not comply with the Rule 11 signature requirement because the attorneys did not sign the original themselves. The court, therefore,

---

[2] The court's local rule also required personal signatures. Also, the case was reversed in part on appeal, however, the certified question was limited to whether the defendant was entitled to notice and an opportunity to cure the defective signature. In the present case, this is not at issue because Plaintiff's counsel has been provided notice and an opportunity to cure.

3

held that the defective "purported signatures" prevented compliance with the removal statutes and remanded the case to state court.

In the case *sub judice*, the signatures on his Motion and his Brief were signed by Sean Cox, who is not an attorney of record in this case. Therefore, pursuant to the express requirements of FRCP Rule 11(a) and the authority *supra*, those signatures are ineffective. In addition, those signatures were "by permission" and were not in the attorney's own name, and therefore pursuant to FRCP Rule 11(a) and the authority *supra*, those signatures are ineffective.

Pursuant to Rule 11(a), the Panel must strike the unsigned papers unless the defective signatures are "promptly corrected." Merriam-Webster states the definition of prompt as: "performed readily or immediately." In the instant case, Plaintiff's counsel was notified over a week ago (and the clock is still ticking) that "Michael Phelan By permission" was an invalid signature. Yet, Plaintiff's counsel still has not corrected the invalid signature. Taking over seven days to act in this context, certainly, does not meet the definition of prompt or immediate action.

Therefore, because Plaintiff's signatures on his Motion and his Brief were invalid and not promptly corrected, the Panel "must strike" his Motion and his Brief, deem Plaintiff's opposition to CTO-313 withdrawn, and lift the stay on conditional transfer.

THEREFORE, GE respectfully requests this Honorable Court to strike Plaintiff's Motion to Vacate Conditional Transfer Order and Brief in Support thereof and/or deem Plaintiff's opposition to CTO-313 withdrawn, and lift the stay on conditional transfer of this case to MDL-875.

Respectfully submitted,

**GENERAL ELECTRIC COMPANY**

By: _____
Of Counsel

Thomas C. Junker, Esquire (VSB No. 29928)
Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
David M. Sturm, Esquire (VSB No. 44580)
Matthew D. Joss, Esquire (VSB No. 48434)
JUNKER, TADDEO & STURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540 (Telephone)
(804) 344-8541 (Facsimile)
***Counsel for Defendant General Electric Company***

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 SEP 16 A 10: 43
RECEIVED CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant General Electric Company's Brief in Support of its Motion to Strike Plaintiff's Motion and Brief to Vacate Conditional Transfer Order has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all counsel of record, including those on the attached Panel Service List via first class mail, postage prepaid on this 15th day of September, 2008.

_____
Matthew D. Joss, Esquire

IN RE: ASBESTOS PRODUCTS LIABILITY  
LITIGATION (NO. VI)

Page 1 of 2  
MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378  
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379

Peter G. Angelos  
LAW OFFICES OF  
PETER G ANGELOS PC  
One Charles Center  
100 North Charles Street, 22nd Floor  
Baltimore, MD 21201

Janet W. Black  
WARD BLACK PA  
208 West Wendover Avenue  
Greensboro, NC 27401-1307

Russell W. Budd  
BARON & BUDD PC  
3102 Oaklawn Avenue  
Suite 1100  
Dallas, TX 75219

Laura Cabutto  
SIMON EDDINS & GREENSTONE  
3232 McKinney Avenue  
Suite 610  
Dallas, TX 75205

John D. Cooney  
COONEY & CONWAY  
120 North LaSalle Street  
Suite 3000  
Chicago, IL 60602-2415

Kevin M. Jordan  
BAKER BOTTS LLP  
910 Louisiana  
One Shell Plaza  
Houston, TX 77002-4995

Paul Kalish  
CROWELL & MORING LLP  
1001 Pennsylvania Avenue, N.W.  
Washington, DC 20004-2595

Steven Kazan  
KAZAN MCCLAIN ABRAMS  
FERNANDEZ ET AL  
171 Twelfth Street  
Third Floor  
Oakland, CA 94607

Peter A. Kraus  
WATERS & KRAUS LLP  
3219 McKinney Avenue  
Suite 3000  
Dallas, TX 75204

David C. Landin  
Hunton & Williams  
Riverfront Plaza  
East Tower  
951 East Byrd Street  
Richmond, VA 23219-4074

Roger B. Lane  
LANE & GOSSETT  
1601 Reynolds Street  
Brunswick, GA 31520

William F. Mahoney  
SEGAL MCCAMBRIDGE SINGER  
& MAHONEY LTD  
233 South Wacker Drive  
Suite 5500  
Chicago, IL 60606

Robert C. Malaby  
MALABY & BRADLEY  
150 Broadway  
Suite 600  
New York, NY 10038

Kenneth Reed Mayo  
REED MAYO LAW FIRM PC  
484 Viking Drive  
Suite 130  
Virginia Beach, VA 23452

John P. McShea  
MCSHEA TECCE PC  
Mellon Bank Center  
1717 Arch Street  
28th Floor  
Philadelphia, PA 19103

Philip McWeeny  
SCHIFF HARDIN LLP  
One Market Plaza, 32nd Floor  
Spear Street Tower  
San Francisco, CA 94105

Thomas A. Packer  
GORDON & REES LLP  
Embarcadero Center West  
275 Battery Street  
Suite 2000  
San Francisco, CA 94111

Michael G. Phelan  
BUTLER WILLIAMS & SKILLING  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219

Joseph F. Rice  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464

Michael P. Thornton  
THORNTON & NAUMES LLP  
100 Summer Street  
30th Floor  
Boston, MA 02110

Walter G. Watkins, Jr.  
FORMAN PERRY WATKINS  
KRUTZ & TARDY PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608

Jeffrey S. Poretz  
MILES & STOCKBRIDGE P.C.  
1751 Pinnacle Drive, Suite 500  
McLean, VA 22102-3833

Edward E. Bagnell, Jr.  
SPOTTS FAIN PC  
411 E. Franklin Street  
P.O. Box 1555  
Richmond, VA 23218-1555

MDL No. 875 – Panel Service List (Excerpted from CTO-313) (Continued)

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Eric David Cook
WILCOX & SAVAGE
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Henry N. Ware, Jr.
SPOTTS FAIN PC
411 E. Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555