JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

SEP 17 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | | |
|---|---|---|
| WILLIAM W. BUSSEY, | : | Request of Deft. General Electric Co., in Bussey, VAE 2:08-9379, to strike Pltf's. Motion/Brief to Vacate CTO-313 -- DENIED (jwn - September 17, 2008) |
| Plaintiff, | : | |
| v. | : | From the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION (Removed on May 27, 2008, from the Circuit Court for the City of Portsmouth, Case No. CL08-950) |
| BUFFALO PUMPS, INC., et. al., | : | |
| Defendants. | : | |

PLEADING NO. 5606

**DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO
STRIKE PLAINTIFF'S MOTION TO VACATE CONDITIONAL
TRANSFER ORDER AND PLAINTIFF'S BRIEF IN SUPPORT THEREOF**

Defendant, General Electric Company ("GE"), by counsel, respectfully moves this Honorable Court to strike Plaintiff's Motion to Vacate Conditional Transfer Order ("his Motion") and Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order ("his Brief") for failure to comply with the signature requirement of Rule 11 of the Federal Rules of Civil Procedure ("FRCP"), and for violating the Panel Rules/filing requirements and FRCP 5(a)(1)(D) by failing to serve GE counsel with either his Motion or his Brief, and for the reasons stated in GE's Brief in Support of its Motion to Strike, filed herewith.

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2008 SEP 16 A 10: 43
RECEIVED
CLERK'S OFFICE

IMAGED SEP 17 2008

Respectfully submitted,

**GENERAL ELECTRIC COMPANY**

By: _____
                    Of Counsel

Thomas C. Junker, Esquire
Anthony B. Taddeo, Jr., Esquire
David M. Sturm, Esquire
Matthew D. Joss, Esquire
JUNKER, TADDEO & STURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540 (Telephone)
(804) 344-8541 (Facsimile)
*Counsel for Defendant General Electric Company*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 SEP 16 A 10: 43
RECEIVED CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant General Electric Company's Motion to Strike Plaintiff's Motion and Brief to Vacate Conditional Transfer Order has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all counsel of record, including those on the attached Panel Service List via first class mail, postage prepaid on this 15th day of September, 2008.

_____
Matthew D. Joss, Esquire

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Page 1 of 2
MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75205

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey S. Poretz
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

Edward E. Bagnell, Jr.
SPOTTS FAIN PC
411 E. Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

MDL No. 875 – Panel Service List (Excerpted from CTO-313) (Continued)

| | | |
|---|---|---|
| Bruce T. Bishop<br>WILCOX & SAVAGE PC<br>One Commercial Place<br>Suite 1800<br>Norfolk, VA 23510 | Eric David Cook<br>WILCOX & SAVAGE<br>1800 Bank of America Center<br>One Commercial Place<br>Norfolk, VA 23510 | Henry N. Ware, Jr.<br>SPOTTS FAIN PC<br>411 E. Franklin Street<br>P.O. Box 1555<br>Richmond, VA 23218-1555 |

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | |
|---|---|
| WILLIAM W. BUSSEY, | Civil Action No. 2:08-cv-09379 |
| Plaintiff, | |
| v. | From the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION (Removed on May 27, 2008, from the Circuit Court for the City of Portsmouth, Case No. CL08-950) |
| BUFFALO PUMPS, INC., et. al., | |
| Defendants. | |

### DEFENDANT GENERAL ELECTRIC COMPANY'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER

Defendant, General Electric Company ("GE"), by counsel, hereby submits its Brief in Support of its Motion to Strike Plaintiff's Motion to Vacate Conditional Transfer Order ("his Motion") and Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order ("his Brief") for violating the signature requirement of Rule 11(a) of the Federal Rules of Civil Procedure ("FRCP"), and for violating the Panel Rules and FRCP 5(a)(1)(D) by failing to serve GE counsel with either his Motion or his Brief. In support of its motion, GE states as follows:

### STATEMENT OF FACTS

This is an asbestos case in which Plaintiff, William W. Bussey ("Plaintiff"), alleges that he developed malignant mesothelioma as a result of exposure to asbestos while Mr. Bussey served in the U.S. Navy from 1960-64.

Plaintiff commenced this action in the Portsmouth City Circuit Court on April 29, 2008. On May 27, 2008, within thirty days of being served with the Summons and Complaint herein, GE timely filed its Notice of Removal in this Court, setting forth its bases for its removal pursuant to 28 U.S.C. §1442(a)(1) (the "federal officer" removal statute). On August 11, 2008, the United States Judicial Panel on Multidistrict Litigation ("the Panel") entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania ("CTO-312").

On August 26, 2008, Plaintiff faxed Plaintiffs' Notice of Opposition to CTO-313 to the Clerk of the Panel and to all counsel of record, including GE counsel. On September 11, 2008, Plaintiff filed Plaintiff's Motion to Vacate Conditional Transfer Order ("his Motion") and Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order ("his Brief") with the Panel.

Plaintiff's counsel, however, signed his Motion and his Brief as "Michael Phelan By permission Sean Cox" in violation of FRCP 11(a)'s requirement that motions be signed by at least one attorney of record and in that attorney's name.[1]

On September 2, 2008, GE counsel, David Sturm notified Plaintiff's counsel, Laura Cabutto of Simon, Eddins & Greenstone during a telephone conversation that he did not believe Sean Cox' signature of Michael Phelan's name by permission was a valid signature in federal court (while discussing the "Michael Phelan By permission Sean Cox" signature that appeared on a motion filed with this Panel, also in the *Bussey* case, captioned under Action No. 2:08-cv-9376). A week has passed and Plaintiff's counsel still has not cured the invalid signature, despite the issue having been brought to Plaintiff's counsel's attention.

---

[1] It must be noted that Plaintiff's Notice of Opposition to the Conditional Transfer Order was also signed "Michael Phelan By permission Sean Cox", and is invalid for the same reasons as Plaintiff's Motion to Vacate and Brief in Support, for the reasons stated below.

## ARGUMENT

### Plaintiff's Motion and Brief Must Be Stricken Pursuant to FRCP 11(a) Because Plaintiff Failed to Promptly Correct His Invalid "By Permission" Signature.

Rule 11(a) of the Federal Rules of Civil Procedure states:

> Every pleading, written motion, and other paper must be signed by at least one **attorney of record in the attorney's name** — or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. **The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention** (emphasis added).

In *Standard Guar. Ins. Co. v. Fidelity & Deposit Co. of Maryland*, 140 F.R.D. 5 (M.D. Fla. 1991), the court considered whether a signature on defendant's "Supplement to Motion to Dismiss" violated FRCP Rule 11(a). The court found that no attorney of record signed the motion because the counsel's partner signed the attorney of record's name to the document. Because no attorney of record signed the paper in his own name, the court held that the signature violated the signature requirement of FRCP Rule 11(a) and struck the motion.[2]

In *Beard v. Lehman Bros. Holdings, Inc.*, 458 F. Supp.2d 1314 (M.D. Ala. 2006), the court found that the signatures of defense counsel, Terry Butts and David Anderson, on a Notice of Removal were not authentic because the signatures were provided by a party identified by the initials "L.F." Defense counsel argued that they expressly authorized those signatures. However, the court found that such authorization did not comply with the Rule 11 signature requirement because the attorneys did not sign the original themselves. The court, therefore,

---

[2] The court's local rule also required personal signatures. Also, the case was reversed in part on appeal, however, the certified question was limited to whether the defendant was entitled to notice and an opportunity to cure the defective signature. In the present case, this is not at issue because Plaintiff's counsel has been provided notice and an opportunity to cure.

3

held that the defective "purported signatures" prevented compliance with the removal statutes and remanded the case to state court.

In the case *sub judice*, the signatures on his Motion and his Brief were signed by Sean Cox, who is not an attorney of record in this case. Therefore, pursuant to the express requirements of FRCP Rule 11(a) and the authority *supra*, those signatures are ineffective. In addition, those signatures were "by permission" and were not in the attorney's own name, and therefore pursuant to FRCP Rule 11(a) and the authority *supra*, those signatures are ineffective.

Pursuant to Rule 11(a), the Panel must strike the unsigned papers unless the defective signatures are "promptly corrected." Merriam-Webster states the definition of prompt as: "performed readily or immediately." In the instant case, Plaintiff's counsel was notified over a week ago (and the clock is still ticking) that "Michael Phelan By permission" was an invalid signature. Yet, Plaintiff's counsel still has not corrected the invalid signature. Taking over seven days to act in this context, certainly, does not meet the definition of prompt or immediate action.

Therefore, because Plaintiff's signatures on his Motion and his Brief were invalid and not promptly corrected, the Panel "must strike" his Motion and his Brief, deem Plaintiff's opposition to CTO-313 withdrawn, and lift the stay on conditional transfer.

THEREFORE, GE respectfully requests this Honorable Court to strike Plaintiff's Motion to Vacate Conditional Transfer Order and Brief in Support thereof and/or deem Plaintiff's opposition to CTO-313 withdrawn, and lift the stay on conditional transfer of this case to MDL-875.

Respectfully submitted,

**GENERAL ELECTRIC COMPANY**

By: _____
Of Counsel

Thomas C. Junker, Esquire (VSB No. 29928)
Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
David M. Sturm, Esquire (VSB No. 44580)
Matthew D. Joss, Esquire (VSB No. 48434)
JUNKER, TADDEO & STURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540 (Telephone)
(804) 344-8541 (Facsimile)
***Counsel for Defendant General Electric Company***

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 SEP 16   A 10:44
RECEIVED CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant General Electric Company's Brief in Support of its Motion to Strike Plaintiff's Motion and Brief to Vacate Conditional Transfer Order has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all counsel of record, including those on the attached Panel Service List via first class mail, postage prepaid on this 15th day of September, 2008.

_____
Matthew D. Joss, Esquire

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2008 SEP 16 A 10: 44
RECEIVED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY  LITIGATION (NO. VI)

Page 1 of 2
MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-313)**

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75205

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey S. Poretz
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

Edward E. Bagnell, Jr.
SPOTTS FAIN PC
411 E. Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

MDL No. 875 – Panel Service List (Excerpted from CTO-313) (Continued)

| | | |
|---|---|---|
| Bruce T. Bishop<br>WILCOX & SAVAGE PC<br>One Commercial Place<br>Suite 1800<br>Norfolk, VA 23510 | Eric David Cook<br>WILCOX & SAVAGE<br>1800 Bank of America Center<br>One Commercial Place<br>Norfolk, VA 23510 | Henry N. Ware, Jr.<br>SPOTTS FAIN PC<br>411 E. Franklin Street<br>P.O. Box 1555<br>Richmond, VA 23218-1555 |