MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5608

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY<br>LITIGATION (NO. VI) | MDL No. 875 |
| SANDRA BRUNSON, *Individually and*<br>*as the Executor of the Estate of John*<br>*Brunson, Deceased* | : Civil Action No. 3:08-cv-00374-JRS |
| Plaintiff, | : From the<br>: UNITED STATES DISTRICT COURT |
| v. | : FOR THE EASTERN DISTRICT OF<br>: VIRGINIA, RICHMOND DIVISION |
| ALFA LAVAL, et al. | : |
| Defendants. | : |

**PLAINTIFF'S RESPONSE TO GENERAL ELECTRIC'S MOTION TO STRIKE**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Comes now Plaintiff and files this Response to General Electric's Motion to Strike, and would respectfully show as follows:

1. This case was filed in state court but removed to federal court. On July 21, 2008 the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District

**OFFICIAL FILE COPY**

IMAGED SEP 1 7 2008

of Pennsylvania. Plaintiff filed a Motion to Vacate Conditional Transfer Order on August 21, 2008.

2. Plaintiff's counsel, Mike Phelan, gave permission to Plaintiff's co-counsel in this case, Simon, Eddins & Greenstone, L.L.P., to sign the motion by permission. An attorney with Simon, Eddins & Greenstone, L.L.P. signed the motion, indicating that it was by permission of Mike Phelan.

3. Sean Cox, the attorney from Simon, Eddins & Greenstone that signed for Mike Phelan, is a member in good standing of the bar for the United States District Court for the Southern District of Texas.

4. General Electric ("GE"), thru its counsel David Sturm of Junker, Taddeo & Sturm, P.L.C., filed its motion to strike on or about September 10, 2008. GE has moved to strike the motion to vacate on the ground that it was signed by permission for Plaintiff's counsel Mike Phelan, rather than by Mike Phelan. Although GE claims to have given notice and opportunity to cure in this case, examination of the actual facts stated in GE's own motion to strike demonstrate that no such notice was given. GE's alleged notice occurred in an entirely different case – a fact GE glosses over in a brazen attempt to mislead this Panel.

5. Although Plaintiff believes that GE's motion to strike is spurious and a waste of this Panel's time and resources, Plaintiff's counsel has now expressly listed Sean Cox as counsel for Plaintiff in the signature block below. Thus, Sean Cox is an appearing attorney for Plaintiff.

6. The attorney that signed the document meets the requirements listed in MDL Rule 1.4 for practicing before the Panel. Although the attorney's name did not appear on the signature block for the motion to vacate, he is a member of a firm representing Plaintiff. GE's argument

that the Panel should strike Plaintiff's motion on this ground is without merit and should be denied.[1]

7. GE has also complained that it was not properly served. Although it appears that GE was not served with the motion, the reason GE was not served is that GE's counsel does not appear on the Panel Service List. GE never raised any service issue prior to this motion. Although Plaintiff properly served the motion to vacate as required under the August 6, 2008 letter from the Panel (requiring "[p]apers must be served on the enclosed Panel Service List") it appears that GE is not listed on the Panel Service List. GE's motion to strike is the first time that Plaintiff has become aware that GE is missing from the Panel Service List.[2] Although it is regrettable that GE does not appear on the list, it cannot justify striking Plaintiff's motion to vacate, particularly when Plaintiff followed the Panel's instructions to the letter. Moreover, Plaintiffs have now cured any service defect by serving on GE's counsel, concurrently with this response, the original motion to vacate and brief in support of the motion to vacate. Although GE claims it was prejudiced by the fact that it was not served, Plaintiff would not have objected, and does not currently object, to any extension of the deadline to respond.

8. Contrary to GE's request for relief, the Panel should not strike Plaintiff's motion to vacate outright. Under Rule 1.3, should a paper submitted for filing not be in compliance with the provisions of the Panel Rules, the clerk should "advise counsel of the deficiencies and a date for full compliance. If full compliance is not accomplished within the established time, the non-complying paper shall nonetheless be filed by the Clerk of the Panel but it may be stricken by

---

[1] Although counsel for GE did mention in passing to Plaintiff's counsel that there might be an issue with the "by permission" signature on a motion filed in an entirely different case, counsel for GE did not state a basis for the complaint or request that Plaintiff provide a different signature.
[2] It has come to Plaintiff's attention that GE is not listed on the district court Pacer website as being represented by David Sturm or Junker, Taddeo & Sturm, P.L.C. Although GE never corrected the designation on Pacer, Plaintiff has been properly serving GE. It was only when Plaintiff used the Panel Service List, as required by this Panel, that GE was not served.

order of the Chairman of the Panel." Should it ultimately be found that Plaintiff's motion to vacate fails to comply with the Rules regarding signature or service, the Clerk should follow the procedure outlined in Rule 1.3, rather than strike the motion outright.

## CONCLUSION

GE has seized on two debatable deficiencies in Plaintiff's motion to vacate in an attempt to avoid a decision on the merits. The alleged technical errors identified by GE, which have now been cured, should not serve as a basis to strike an otherwise proper motion to vacate.

**WHEREFORE**, Plaintiff requests that the Panel deny General Electric's Motion to Strike.

Dated: September 16, 2008

Respectfully submitted,

Michael G. Phelan, Esquire
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip, Fourth Floor
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
VSB No.: 29725

Laura Cabutto, Esquire
Sean Cox, Esquire
Jeffrey B. Simon, Esquire
Ron C. Eddins, Esquire
David C. Greenstone, Esquire
SIMON, EDDINS & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

COUNSEL FOR SANDRA BRUNSON

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2008 SEP 17 A 10: 28

RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2008

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of Plaintiff's Response to General Electric's Motion to Strike upon the Judicial Panel for Multidistrict Litigation via Federal Express, and upon all counsel of record via Federal Express on this 16th day of September, 2008.

_____
Sean Cox, Esquire

RECEIVED
CLERK'S OFFICE
2008 SEP 17 A 10: 28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-312)

Sandra Brunson, etc. v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 3:08-374

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75205

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

David Sturm
Junker, Taddeo & Sturm
3 West Cary St.
Richmond, VA 23220