Order Form (01/2005)   Case 1:08-cv-03971   Document 28   Filed 09/15/2008   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3971 | DATE | 9/15/2008 |
| CASE TITLE | Mulcahy vs. Buffalo Pumps, Inc. | | |

**DOCKET ENTRY TEXT**

Parties' agreed motion for dismissal with prejudice and to remand [26] is granted. Defendant Viad Corp is dismissed with prejudice. The Clerk of Court is directed to remand this case to the Circuit Court of Cook County, Illinois, County Department, Law Division for all further proceedings as to all remaining defendants. All pending motions are denied as moot. All pending dates and deadlines are stricken.

Docketing to mail notices.

PLEADING NO. 5612

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SEP 19 2008
FILED
CLERK'S OFFICE

MDL- 875 VAC CTO
RECOMMENDED ACTION

Approved/Date: _____

2008 SEP 16 P 2:48
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | Courtroom Deputy Initials: | KF |
|---|---|---|

08C3971 Mulcahy vs. Buffalo Pumps, Inc.   **OFFICIAL FILE COPY**   Page 1 of 1

IMAGED SEP 19 2008