MDL 875

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 19, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Eva Mulcahy, etc. v. Buffalo Pumps, Inc., et al.,    )
        N.D. Illinois, C.A. No. 1:08-3971    )    MDL No. 875

PLEADING NO. 5613

ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action *(Mulcahy)* on August 11, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Mulcahy*, filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Mulcahy* was remanded to the Circuit Court of Cook County, Illinois by the Honorable Amy J. St. Eve on September 15, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-313" filed on August 11, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED SEP 1 9 2008