MDL 875◀

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 2 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION | § | MDL DOCKET NO. 875 |
| | § | CTO-312/CTO-313 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FREDERICK SEITZ and | § | |
| MARY LOUISE SEITZ, | § | |
| | § | CASE NO. 08-CV-0351 GMS |
| Plaintiffs, | § | CASE NO. 08-CV-0353 GMS |
| | § | |
| v. | § | |
| | § | |
| ADEL WIGGINS GROUP, et al. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Come now plaintiffs Frederick and Mary Louise Seitz and file this motion to vacate the

conditional transfer order to allow the transferor court to rule on plaintiffs' motion for remand to

state court, and respectfully show as follows:

This case was filed in state court but removed to federal court.  On July 21, 2008, the Panel

entered an order conditionally transferring this case to MDL-875 in the Eastern District of

**OFFICIAL FILE COPY** IMAGED SEP 2 2 2008

PLEADING NO. 5615

Pennsylvania (CTO-312). The Panel also entered an order conditionally transferring the companion district court case to MDL-875 in the Eastern District of Pennsylvania (CTO-313). Plaintiffs have filed a Motion to Remand in the District Court for the District of Delaware. The Court has not yet ruled on Plaintiffs' motion for remand, and the motion remains pending before Judge Gregory Sleet.

Plaintiffs respectfully request that the panel vacate the conditional transfer order so that the transferor court may promptly rule on plaintiffs' motion for remand to state court. Such relief is warranted because Mr. Seitz is dying of mesothelioma and will be gravely prejudiced if he dies before trial. The Panel has the power to vacate the conditional transfer order and has done so in the past so that transferor courts may rule on threshold motions for remand.

The Panel is respectfully referred to plaintiffs' brief in support of this motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

WHEREFORE, plaintiffs respectfully pray that the conditional transfer orders regarding this case be vacated.

DATED: September 18, 2008

Respectfully submitted,

By:

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block
Sharon J. Zinns
800 Third Ave, 13th Floor
New York, New York 10022
(212) 605-6200

and

LAW OFFICE OF JOSEPH J. RHOADES
A. Dale Bowers, Esquire
1225 King Street, 12th Floor
Wilmington, Delaware 19801
(302) 427-9500

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| STATE OF NEW YORK | § |
| | § |
| COUNTY OF NEW YORK | § |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 800 Third Ave, 13th Floor, New York, NY 10022; and that on this date I served a true copy of the document entitled:

**PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER**

Service was effectuated by forwarding the above-noted document in the following manner:

**By Facsimile** to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of Levy Phillips & Konigsberg.

**By U.S. Mail** to the attached Panel Service List.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2008.

Maria Mastrogiacomo

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 SEP 19 A 10: 19

RECEIVED
CLERK'S OFFICE

## SEITZ v. ADEL WIGGINS GROUP, ET AL

## SERVICE LIST

| DEFENDANT | ADDRESS |
|---|---|
| DELAWARE DEFENSE COORDINATING COUNSEL | Loreto P. Rufo, Esquire<br>Rufo Associates, P.A.<br>7217 Lancaster Pike, Suite 4<br>Hockessin, Delaware 19701<br>*Fax: (302)-234-5905* |
| ADEL WIGGINS GROUP | Wade Mitchell<br>Baker & Hostetler LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, Ohio 44114-3485<br>*Fax: (216)-696-0740* |
| AEROJET-GENERAL CORPORATION | Neal C. Glenn<br>Daniel P. Daly<br>KELLEY JASONS McGUIRE & SPINELLI, L.L.P.<br>The Webster Building, Ste. 209<br>3411 Silverside Road<br>Wilmington, DE 19810<br>*Fax:(302)-478-7113* |
| AIR COOLED MOTORS | Air Cooled Motors<br>94 Hale Dr.<br>Walterboro, SC  29488<br>*Fax Number Unknown – Sent via U.S. Mail* |
| BELL HELICOPTER TEXTRON INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE  19899<br>*Fax: (302)-652-8405* |
| THE BOEING COMPANY | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| CBS CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801<br>*Fax: (302)-656-1434* |

{00124571.DOC}

| | |
|---|---|
| CESSNA AIRCRAFT RHODE ISLAND INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Fax: (302)-652-8405* |
| CURTISS-WRIGHT CORPORATION | CURTIS-Wright Corporation<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>*Fax Number Unknown – Sent via U.S. Mail* |
| FLETCHAIR, INC. | Fletch Air, Inc.<br>118 FM 1621<br>Comfort, TX 78013-3425<br>*Fax: (830)-995-5903* |
| FRANKLIN AIRCRAFT ENGINES, INC. | Franklin Aircraft Engines, Inc.<br>136 Racquette Dr.<br>Ft. Collis, CO 80524<br>*Fax: (970)-224-4404* |
| GARLOCK SEALING TECHNOLOGIES LLC | Gary H. Kaplan<br>MARSHALL, DENNEHEY, WARNER,<br>COLEMAN & GOGGIN<br>1220 N. Market Street, 4th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>*Fax: (302) 651-7905* |
| GENERAL ELECTRIC COMPANY | Lynne M. Parker, Esquire<br>Holistein, Keating, Cattell,<br>Johnson & Goldstein<br>One Commerce Center, Suite 730<br>1201 North Orange Street<br>Wilmington, Delaware 19801<br>*Fax: (302)573-2507* |
| GENERAL MOTORS CORPORATION | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| GOODRICH CORPORATION | Donald E. Reid<br>Jason A. Cincilla<br>Amaryah K. Bocchino<br>Morris, Nichols, Arsht, & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Fax: (302) 658-3989* |

| | |
|---|---|
| GOODYEAR TIRE & RUBBER COMPANY | Gary H. Kaplan, Esquire<br>Armand J. Della Porta, Esquire<br>Ana Marina McCann, Esquire<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1220 North Market Street, 5th Floor<br>Post Office Box 8888<br>Wilmington, Delaware 19899-8888<br>*Fax: (302) 651-7905* |
| HAWKER BEECHCRAFT, INC. | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |
| HONEYWELL | J. Michael Johnson, Esquire<br>Rawle & Henderson LLP<br>300 Delaware Avenue, Suite 1015<br>Post Office Box 588<br>Wilmington, Delaware 19899-0588<br>*Fax: (302)-778-1400* |
| IMO INDUSTRIES INC | Jeffrey S. Marlin, Esquire<br>Megan T. Mantzavinos, Esquire<br>Marks O'Neill O'Brien & Courtney, P.C.<br>913 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>*Fax: (302)-658-6537* |
| LYCOMING ENGINES | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE  19899<br>*Fax: (302)-652-8405* |
| NORTHROP GRUMMAN CORPORATION | Penelope B. O'Connell, Esquire<br>Elzufon Austin Reardon Tarlov<br>& Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>Post Office Box 1630<br>Wilmington, Delaware 19899-1630<br>*Fax: (302)-428-3180* |
| PARKER-HANNIFIN CORPORATION | Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |

| UNITED TECHNOLOGIES CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
|---|---|
| VOUGHT AIRCRAFT INDUSTRIES, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-312)

Ernesto Miranda, et al. v. Northrop Grumman Corp., et al., S.D. New York, C.A. No. 1:08-5491

Peter G. Angelos
LAW OFFICES OF
 PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert Dorrance Brown, Jr.
GIBBONS PC
One Gateway Center
Newark, NJ 07102-5310

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Samantha M. Burd
LANDMAN CORSI BALLAINE
& FORD PC
One Gateway Center
Neward, NJ 07102

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Erik C. DiMarco
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street, 22nd Floor
New York, NY 10017

Patrick J. Dwyer
SMITH STRATTON WISE
HEHER & BRENNAN
2 Research Way
Princeton, NJ 08540

Elisa T. Gilbert
GILBERT FIRM LLC
325 East 57th
New York, NY 10022

Erich Gleber
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
805 Third Avenue, 19th Floor
New York, NY 10022

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center, 19th Floor
Newark, NJ 07102

**MDL No. 875 - Panel Service List (Excerpted from CTO-312(Continued)**

Donald Richard Pugliese Sr.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Christopher R. Strianese
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS LAW FIRM
800 Third Ave
13th Floor
New York, NY 10022

Walter G. Watkins,Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION | §<br>§ | MDL DOCKET NO. 875<br>CTO-312/CTO-313 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FREDERICK SEITZ and<br>MARY LOUISE SEITZ, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | CASE NO. 08-CV-0351 GMS<br>CASE NO. 08-CV-0353 GMS |
| v. | §<br>§ | |
| ADEL WIGGINS GROUP, et al. | §<br>§ | |
| Defendants. | §<br>§ | |

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION
## TO VACATE THE CONDITIONAL TRANSFER ORDER

Come now plaintiffs Frederick and Mary Louise Seitz and file this brief in support of their

motion to vacate the conditional transfer order to allow transferor court to rule on plaintiffs' motion

for remand to state court and respectfully show as follows:

This case was filed in state court but removed to federal court.  On July 21, 2008, the Panel

entered an order conditionally transferring this case to MDL-875 in the Eastern District of

Pennsylvania (CTO-312). The Panel also entered an order conditionally transferring the companion

district court case to MDL-875 in the Eastern District of Pennsylvania (CTO-313).

On July 29, 2008, Plaintiffs filed their Motion to Remand in the United States District Court

for the District of Delaware. Defendants Bell Helicopter Textron, Inc. and Northrup Grumman Corporation filed their Opposition briefs on August 12, 2008. Plaintiff filed their Reply Brief on August 22, 2008. Plaintiffs' Motion to Remand is, therefore, fully briefed and remains pending before Judge Gregory M. Sleet awaiting a ruling.

Plaintiffs respectfully request that the panel vacate the conditional transfer orders so that the transferor court may promptly rule on plaintiffs' motion for remand to state court.  Such relief is warranted for the following reasons:

1. **Mr. Seitz is dying of mesothelioma and will be substantially prejudiced if he dies before trial.**

Mr. Seitz has terminal mesothelioma, an "invariably fatal cancer… for which asbestos exposure is the only known cause…." In re Patenaude, 210 F.3d 135, 138 (3d Cir.), cert. Denied, 531 U.S. 1011 (2000). Mr. Seitz's case is already scheduled for trial in the State Court in Delaware. If the case is remanded to state court, Mr. Seitz may be able to participate in his own trial and have his day in Court. If this case is not transferred, Mr. Seitz will inevitably die before his case is set for trial.

**2.    The Panel may vacate conditional transfer orders for this purpose.**

The Panel has vacated conditional transfer orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court.  In Vasura v. ACandS, Inc., 84 F.Supp.2d 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand." Id. at 533.

Plaintiffs seek only a timely ruling on their motion for remand, so that Mr. Seitz can have his day in court before he dies.

**CONCLUSION**

WHEREFORE, plaintiffs respectfully pray that the conditional transfer orders regarding this case be vacated.

*[Signature on the following page]*

DATED: September 18, 2008

Respectfully submitted,

By:

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block
Sharon J. Zinns
800 Third Ave, 13th Floor
New York, New York 10022
(212) 605-6200

and

LAW OFFICE OF JOSEPH J. RHOADES
A. Dale Bowers, Esquire
1225 King Street, 12th Floor
Wilmington, Delaware 19801
(302) 427-9500

*Attorneys for Plaintiffs*

RECEIVED
CLERK'S OFFICE
2008 SEP 19 A 10: 19
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## CERTIFICATE OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 2 2008

FILED
CLERK'S OFFICE

| STATE OF NEW YORK | § |
| COUNTY OF NEW YORK | § |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 800 Third Ave, 13th Floor, New York, NY 10022; and that on this date I served a true copy of the document entitled:

### BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Service was effectuated by forwarding the above-noted document in the following manner:

**By Facsimile** to the numbers as noted on the attached counsel list by placing it for facsimile transmittal following the ordinary business practices of Levy Phillips & Konigsberg.

**By U.S. Mail** to the attached Panel Service List.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2008.

Maria Mastrogiacomo

RECEIVED
CLERK'S OFFICE
2008 SEP 19 A 10: 19
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## SEITZ v. ADEL WIGGINS GROUP, ET AL

## SERVICE LIST

| DEFENDANT | ADDRESS |
|---|---|
| DELAWARE DEFENSE COORDINATING COUNSEL | Loreto P. Rufo, Esquire<br>Rufo Associates, P.A.<br>7217 Lancaster Pike, Suite 4<br>Hockessin, Delaware 19701<br>***Fax: (302)-234-5905*** |
| ADEL WIGGINS GROUP | Wade Mitchell<br>Baker & Hostetler LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, Ohio 44114-3485<br>***Fax: (216)-696-0740*** |
| AEROJET-GENERAL CORPORATION | Neal C. Glenn<br>Daniel P. Daly<br>KELLEY JASONS McGUIRE & SPINELLI, L.L.P.<br>The Webster Building, Ste. 209<br>3411 Silverside Road<br>Wilmington, DE 19810<br>***Fax:(302)-478-7113*** |
| AIR COOLED MOTORS | Air Cooled Motors<br>94 Hale Dr.<br>Walterboro, SC 29488<br>***Fax Number Unknown – Sent via U.S. Mail*** |
| BELL HELICOPTER TEXTRON INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE 19899<br>***Fax: (302)-652-8405*** |
| THE BOEING COMPANY | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>***Fax: (302)-654-0245*** |
| CBS CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801<br>***Fax: (302)-656-1434*** |

| | |
|---|---|
| CESSNA AIRCRAFT RHODE ISLAND INC | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE  19899<br>*Fax: (302)-652-8405* |
| CURTISS-WRIGHT CORPORATION | CURTIS-Wright Corporation<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, Delaware 19801<br>*Fax Number Unknown – Sent via U.S. Mail* |
| FLETCHAIR, INC. | Fletch Air, Inc.<br>118 FM 1621<br>Comfort, TX  78013-3425<br>*Fax: (830)-995-5903* |
| FRANKLIN AIRCRAFT ENGINES, INC. | Franklin Aircraft Engines, Inc.<br>136 Racquette Dr.<br>Ft. Collis, CO  80524<br>*Fax: (970)-224-4404* |
| GARLOCK SEALING TECHNOLOGIES LLC | Gary H. Kaplan<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br>1220 N. Market Street, 4th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>*Fax: (302) 651-7905* |
| GENERAL ELECTRIC COMPANY | Lynne M. Parker, Esquire<br>Holistein, Keating, Cattell,<br>Johnson & Goldstein<br>One Commerce Center, Suite 730<br>1201 North Orange Street<br>Wilmington, Delaware 19801<br>*Fax: (302)573-2507* |
| GENERAL MOTORS CORPORATION | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| GOODRICH CORPORATION | Donald E. Reid<br>Jason A. Cincilla<br>Amaryah K. Bocchino<br>Morris, Nichols, Arsht, & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Fax: (302) 658-3989* |

| | |
|---|---|
| GOODYEAR TIRE & RUBBER COMPANY | Gary H. Kaplan, Esquire<br>Armand J. Della Porta, Esquire<br>Ana Marina McCann, Esquire<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1220 North Market Street, 5th Floor<br>Post Office Box 8888<br>Wilmington, Delaware 19899-8888<br>***Fax: (302) 651-7905*** |
| HAWKER BEECHCRAFT, INC. | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>***Fax: (302)-984-6399*** |
| HONEYWELL | J. Michael Johnson, Esquire<br>Rawle & Henderson LLP<br>300 Delaware Avenue, Suite 1015<br>Post Office Box 588<br>Wilmington, Delaware 19899-0588<br>***Fax: (302)-778-1400*** |
| IMO INDUSTRIES INC | Jeffrey S. Marlin, Esquire<br>Megan T. Mantzavinos, Esquire<br>Marks O'Neill O'Brien & Courtney, P.C.<br>913 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>***Fax: (302)-658-6537*** |
| LYCOMING ENGINES | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE  19899<br>***Fax: (302)-652-8405*** |
| NORTHROP GRUMMAN CORPORATION | Penelope B. O'Connell, Esquire<br>Elzufon Austin Reardon Tarlov<br>& Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>Post Office Box 1630<br>Wilmington, Delaware 19899-1630<br>***Fax: (302)-428-3180*** |
| PARKER-HANNIFIN CORPORATION | Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>***Fax: (302)-984-6399*** |

{00124571.DOC}

| | |
|---|---|
| PRATT & WHITNEY | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
| ROCKETDYNE, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
| RAYTHEON COMPANY | Daniel M. Silver, Esquire<br>Noriss E. Cosgrove, Esquire<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Post Office Box 111<br>Wilmington, Delaware 19899<br>*Fax: (302)-984-6399* |
| ROLLS-ROYCE NORTH AMERICA INC | Rolls Royce North America, Inc.<br>c/o Corporation Service Co.<br>2711 Centerville Rd., Suite 400<br>Wilmington, DE  19808<br>*Fax: (302)-636-5454* |
| SIKORSKY AIRCRAFT CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
| TELEDYNE CONTINENTAL MOTORS | Christian J. Singewald, Esquire<br>White & Williams<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19801-4938<br>*Fax: (302)-654-0245* |
| TEXTRON INC. | Robert K. Beste, III, Esquire<br>Smith, Katzenstein & Furlow<br>P.O. Box 410<br>Wilmington, DE  19899<br>*Fax: (302)-652-8405* |
| UNION CARBIDE CORPORATION | Beth Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 1130<br>Wilmington, Delaware 19801<br>*Fax: (302)-656-1434* |

| UNITED TECHNOLOGIES CORPORATION | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |
| --- | --- |
| VOUGHT AIRCRAFT INDUSTRIES, INC. | Paul A. Bradley, Esquire<br>Maron Marvel Bradley & Anderson, P.A.<br>1201 North Market Street, Suite 900<br>Post Office Box 288<br>Wilmington, Delaware 19899<br>*Fax: (302) 425-0180* |

{00124571.DOC}

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-312)

Ernesto Miranda, et al. v. Northrop Grumman Corp., et al., S.D. New York, C.A. No. 1:08-5491

Peter G. Angelos
LAW OFFICES OF
 PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert Dorrance Brown, Jr.
GIBBONS PC
One Gateway Center
Newark, NJ 07102-5310

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Samantha M. Burd
LANDMAN CORSI BALLAINE
& FORD PC
One Gateway Center
Neward, NJ 07102

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Erik C. DiMarco
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street, 22nd Floor
New York, NY 10017

Patrick J. Dwyer
SMITH STRATTON WISE
HEHER & BRENNAN
2 Research Way
Princeton, NJ 08540

Elisa T. Gilbert
GILBERT FIRM LLC
325 East 57th
New York, NY 10022

Erich Gleber
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
805 Third Avenue, 19th Floor
New York, NY 10022

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center, 19th Floor
Newark, NJ 07102

**MDL No. 875 - Panel Service List (Excerpted from CTO-312(Continued)**

Donald Richard Pugliese Sr.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Christopher R. Strianese
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS LAW FIRM
800 Third Ave
13th Floor
New York, NY 10022

Walter G. Watkins,Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

## CERTIFICATE OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 2 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| STATE OF NEW YORK | § |
| | § |
| COUNTY OF NEW YORK | § |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 800 Third Ave, 13th Floor, New York, NY 10022; and that on this date I served a true copy of the document entitled:

### PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Service was effectuated by forwarding the above-noted document in the following manner:

**By U.S. Mail** to the defendants indicated below:

Allen Dale Bowers II
Law Office of Joseph Rhoades
1225 King Street, Suite 1200
PO Box 874
Wilmington, DE 19899-0874

Armand J. Della Porta, Jr.
Marshall Dennehey Warner Coleman & Goggin
1220 Market Street, 5th Floor
PO Box 1347
Wilmington, DE 19801

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2008

Maria Mastrogiacomo

2008 SEP 22 A 11: 41
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

{00128361.DOC}

## CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | § |
| | § |
| COUNTY OF NEW YORK | § |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 800 Third Ave, 13th Floor, New York, NY 10022; and that on this date I served a true copy of the document entitled:

### BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Service was effectuated by forwarding the above-noted document in the following manner:

**By U.S. Mail** to the defendants indicated below:

Allen Dale Bowers II
Law Office of Joseph Rhoades
1225 King Street, Suite 1200
PO Box 874
Wilmington, DE 19899-0874

Armand J. Della Porta, Jr.
Marshall Dennehey Warner Coleman & Goggin
120 Market Street, 5th Floor
PO Box 1347
Wilmington, DE 19801

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2008

Maria Mastrogiacomo

RECEIVED CLERK'S OFFICE
2008 SEP 22 A 11:41
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

{00128361.DOC}

Page 1 of 2

# IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-312)

Frederick Seitz, et al. v. Adel Wiggins Group; et al., D. Delaware, C.A. No. 1:08-353

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Robert Karl Beste III
SMITH KATZENSTEIN FURLOW
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Allen Dale Bowers II
LAW OFFICE OF JOSEPH
RHOADES
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874

Paul A. Bradley
MARON MARVEL BRADLEY
& ANDERSON PA
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Noriss Ennis Cosgrove
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Neal C. Glenn
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
1500 Market Street, Suite 1500
Philadelphia, PA 19102

J. Michael Johnson
RAWLE & HENDERSON LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Gary H. Kaplan
MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN
1220 North Market Street, 5th Floor
Wilmington, DE 19801

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Jeffrey S. Marlin
MARKS O'NEILL O'BRIEN
& COURTNEY PC
913 North Market Street, Suite 800
Wilmington, DE 19801

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Page 2 of 2

## MDL No. 875 - Panel Service List (Excerpted from CTO-312(Continued)

Penelope B. O'Connell
ELZUFON AUSTIN REARDON TARLOV
& MONDELL PA
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Lynne M. Parker
HOLLSTEIN KEATING CATTELL ET AL
12th & Orange Street, Suite 730
One Commerce Center
Wilmington, DE 19801

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY WARNER COLEMAN
& GOGGIN
1220 Market Street, 5th Floor
Wilmington, DE 19801

Donald E. Reid
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Daniel M. Silver
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Christian J. Singewald
WHITE & WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Beth E. Valocchi
SWARTZ & CAMPBELL
300 Delaware Avenue, Suite 1130
Wilmington, DE 19801

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon J. Zinns
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue
13th Floor
New York, NY 10022