MDL 8754

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2008

FILED
CLERK'S OFFICE

ORIGINAL

PLEADING NO. 5616

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO.VI)                                          MDL No. 875

| | |
|---|---|
| WILLIAM W. BUSSEY ) | Civil Action No. 2:08-cv-09378 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | From the |
| ) | UNITED STATES DISTRICT COURT |
| BUFFALO PUMPS, INC., et al., ) | FOR THE EASTERN DISTRICT OF |
| ) | VIRGINIA, NORFOLK DIVISION |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE TO GENERAL ELECTRIC'S MOTION TO STRIKE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Comes now Plaintiff and files this Response to General Electric's Motion to Strike, and would respectfully show as follows:

1.   This case was filed in state court but removed to federal court. On August 11, 2008 the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern

OFFICIAL FILE COPY
IMAGED SEP 2 2 2008

District of Pennsylvania. Plaintiff filed a Motion to Vacate Conditional Transfer Order on September 11, 2008.

2. Plaintiff's counsel, Mike Phelan, gave permission to Plaintiff's co-counsel in this case, Simon, Eddins & Greenstone, L.L.P., to sign the motion by permission. An attorney with Simon, Eddins & Greenstone, L.L.P. signed the motion, indicating that it was by permission of Mike Phelan.

3. Sean Cox, the attorney from Simon, Eddins & Greenstone that signed for Mike Phelan, is a member in good standing of the bar for the United States District Court for the Southern District of Texas.

4. General Electric ("GE"), thru its counsel David Sturm of Junker, Taddeo & Sturm, P.L.C., filed its motion to strike on or about September 15, 2008. GE has moved to strike the motion to vacate on the ground that it was signed by permission for Plaintiff's counsel Mike Phelan, rather than by Mike Phelan.

5. Although Plaintiff believes that GE's motion to strike is spurious and a waste of this Panel's time and resources, Plaintiff's counsel has now expressly listed Sean Cox as counsel for Plaintiff in the signature block below. Thus, Sean Cox is an appearing attorney for Plaintiff.

6. The attorney that signed the document meets the requirements listed in MDL Rule 1.4 for practicing before the Panel. Although the attorney's name did not appear on the signature block for the motion to vacate, he is a member of a firm representing Plaintiff. GE's argument that the Panel should strike Plaintiff's motion on this ground is without merit and should be denied.[1]

---

[1] Although counsel for GE did mention in passing to Plaintiff's counsel that there might be an issue with the "by permission" signature on a motion filed under a different cause number and a different conditional transfer order, counsel for GE did not state a basis for the complaint or request that Plaintiff provide a different signature.

7.      GE has also complained that it was not properly served. GE never raised any service issue prior to this motion. GE also does not support the assertion in its brief in support or indicate in any manner how Plaintiff allegedly violated the service rules. GE's motion to strike is the first time that Plaintiff has become aware that GE allegedly was not served. Such an unsupported accusation cannot justify striking Plaintiff's motion to vacate. Moreover, Plaintiff has now cured any service defect by serving on GE's counsel, concurrently with this response, the original motion to vacate and brief in support of the motion to vacate.

8.      Contrary to GE's request for relief, the Panel should not strike Plaintiff's motion to vacate outright. Under Rule 1.3, should a paper submitted for filing not be in compliance with the provisions of the Panel Rules, the clerk should "advise counsel of the deficiencies and a date for full compliance. If full compliance is not accomplished within the established time, the non-complying paper shall nonetheless be filed by the Clerk of the Panel but it may be stricken by order of the Chairman of the Panel." Should it ultimately be found that Plaintiff's motion to vacate fails to comply with the Rules regarding signature or service, the Clerk should follow the procedure outlined in Rule 1.3, rather than strike the motion outright.

9.      It is significant to note that GE filed an almost identical motion to strike in another case which the Panel has denied. *See* Exhibit A. Counsel for Plaintiff has conferred with Counsel for GE, Mathew Joss, regarding the fact that the Panel has already refused to strike a motion to vacate based on the exact same complaints now raised by GE in this case. Counsel for Plaintiff inquired as to whether GE would withdraw the motion to strike. Mr. Joss, in a demonstration of the truly specious and frivolous nature of GE's motion to strike, refused to withdraw the motion. This Panel should discourage the behavior engaged in by GE and its counsel by denying GE's motion to strike.

## CONCLUSION

GE has seized on two debatable deficiencies in Plaintiff's motion to vacate in an attempt to avoid a decision on the merits. The alleged technical errors identified by GE, which have now been cured, should not serve as a basis to strike an otherwise proper motion to vacate.

**WHEREFORE**, Plaintiff requests that the Panel deny General Electric's Motion to Strike.

Dated: September 19, 2008                    Respectfully submitted,

_____
Michael G. Phelan, Esquire
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip, Fourth Floor
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
VSB No.: 29725


Laura Cabutto, Esquire
Sean Cox, Esquire
Jeffrey B. Simon, Esquire
Ron C. Eddins, Esquire
David C. Greenstone, Esquire
SIMON, EDDINS & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699

COUNSEL FOR WILLIAM BUSSEY

2008 SEP 22 A 9: 44
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2008

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of Plaintiff's Response to General Electric's Motion to Strike upon the Judicial Panel for Multidistrict Litigation via Federal Express, and upon all counsel of record via Federal Express on this 19th day of September, 2008.

_____
Sean Cox, Esquire

2008 SEP 22 A 9:44
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9380
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9381

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Edward B. Bagnell, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Eric David Cook
WILLCOX & SAVAGE PC
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

## MDL No. 875 - Panel Service List (Excerpted from CTO-313 (Continued)

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
Mclean, VA 22102

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
3 West Cary Street
Richmond, VA 23220

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Henry N. Ware, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP 15 2008

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. VI)

FILED
MDL No. 875   CLERK'S OFFICE

| | |
|---|---|
| SANDRA BRUNSON, Individually<br>And as Executor of the Estate of JOHN<br>BRUNSON, Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br><br><br><br>ALFA LAVAL, INC., et. al.,<br><br>    Defendants. | Civil Action No. 3:08-cv-00374-JRS<br><br>Request of Defts. General Electric, in Brunson, etc., VAE 3:08-374, to strike Plfts. Motion/Brief -- **DENIED**<br>      (jwn - September 15, 2008)<br><br>From<br>UNITED STATES DISTRICT<br>COURT FOR THE EASTERN<br>DISTRICT OF VIRGINIA,<br>RICHMOND DIVISION<br>*(Removed on June 18, 2008, from the<br>Circuit Court for the City of<br>Richmond, Case No. CL08-2342)* |

### DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO STRIKE PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER AND PLAINTIFF'S BRIEF IN SUPPORT THEREOF

Defendant, General Electric Company ("GE"), by counsel, respectfully moves this Honorable Court to strike Plaintiff's Motion to Vacate Conditional Transfer Order ("her Motion") and Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order ("her Brief") for failure to comply with the signature requirement of Rule 11 of the Federal Rules of Civil Procedure ("FRCP"), and for violating the Panel Rules/filing requirements and FRCP 5(a)(1)(D) by failing to serve GE counsel with either her Motion or her Brief, and for the reasons stated in GE's Brief in Support of its Motion to Strike, filed herewith.

Respectfully submitted,

**GENERAL ELECTRIC COMPANY**

By: _____
   Of Counsel

RECEIVED
CLERK'S OFFICE
2008 SEP 11 A 10: 25
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

PLAINTIFF'S
EXHIBIT
A

Thomas C. Junker, Esquire
Anthony B. Taddeo, Jr., Esquire
David M. Sturm, Esquire
Matthew D. Joss, Esquire
JUNKER, TADDEO & STURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540 (Telephone)
(804) 344-8541 (Facsimile)
**Counsel for Defendant General Electric Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant General Electric Company's Motion to Strike Plaintiff's Motion to Vacate Conditional Transfer Order and Plaintiff's Brief in Support Thereof has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all included on the attached Panel Service List via first class mail, postage prepaid, on this 10th day of September, 2008.

David M. Sturm, Esquire

2008 SEP 11 A 10:26
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)            MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-312)**

Sandra Brunson, etc. v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 3:08-374

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75205

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey S. Poretz
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

Clement D. Carter
Robert F. Redmond, Jr.
WILLIAMS MULLEN, P.C.
Two James Center
1021 East Cary Street
Richmond, VA 23219