MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 30 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS <br> LIABILITY LITIGATION (No. VI) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PLEADING NO. 5621

| | |
|---|---|
| JAMES R. YOUNG, et ux., <br><br> Plaintiffs, <br><br> v. <br><br> AC & R INSULATION CO, et al., <br><br> Defendants. | CASE NO.: 1:08-CV02200-JFM |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-315)

Plaintiffs, JAMES R. YOUNG and NORMA YOUNG, by undersigned counsel, hereby file this Opposition to Conditional Transfer Order (CTO-315), pursuant to Rule 7.4 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and state as follows:

1.   On July 24, 2008, Plaintiffs, JAMES R. YOUNG, et ux., filed this case in the Circuit Court for Baltimore City.

2.   On August 21, 2008, Defendant Garlock Sealing Technologies ("Garlock") removed the case to the Unites States District Court for the District of Maryland.

OFFICIAL FILE COPY

IMAGED SEP 30 2008

RECEIVED CLERK'S OFFICE
2008 SEP 29 P 12:00
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

3.	On August 25, 2008, Defendants filed a Notice of Tag-Along Action, seeking transfer of this case to the Multi-District Litigation in Philadelphia.

4.	On September 19, 2008, Plaintiffs filed a substantial Remand in the United States Court for the District of Maryland based on facial deficiencies to the Notice of Removal, as well as substantive jurisdictional concerns.

5.	On September 19, 2008, a Conditional Transfer Order was entered by the Judicial Panel on Multi-District Litigation provisionally ordering the transfer of this case to this Court.

6.	Pursuant to Rule 7.4 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs hereby notify the panel of their Objection to the Conditional Transfer Order.

7.	Plaintiffs will file a Motion to Vacate the Conditional Transfer Order within the time specified in the Conditional Transfer Order and as set forth in Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

WHEREFORE, Plaintiffs JAMES R. YOUNG and NORMA YOUNG respectfully file this Notice of Opposition to the Conditional Transfer.

Respectfully submitted,

Jonathan Ruckdeschel
Federal Bar Number: 25015
Dawn P. O'Croinin
Federal Bar Number: 26902
The Ruckdeschel Law Firm, LLC
5126 Dorsey Hall Drive, Suite 201
Ellicott City, Maryland 21042
Telephone: 410.884.7825
Fascimile: 443.586.0430
ruck@rucklawfirm.com
dawn@rucklawfirm.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 3 0 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to Vacate the Conditional Transfer Order has been served by facsimile to the Clerk of this Court pursuant to CTO-315 and upon all counsel of record pursuant to FED.R.CIV.P. 5, via first class mail, postage pre-paid, on this 29th day of Sept., 2008.

Dawn P. O'Croinin

**Counsel of Record:**

Jonathan Ruckdeschel, Esq.
Dawn P. O'Croinin, Esq.
The Ruckdeschel Law Firm, LLC
5126 Dorsey Hall Drive, Suite 201
Ellicott City, MD 21042
**Attorneys for the Plaintiffs**

Katherine S. Duyer, Esq.
Laura D. Abenes, Esq.
Gavatt and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855
**Attorneys for Defendant, A.C.&R Insulation Co., Inc.**

Thomas P. Bernier, Esq.
Gregory Savage, Esq.
Segal McCambridge Singer & Mahoney
One North Charles Street, Suite 2500
Baltimore, MD 21201
**Attorneys for Defendants Garlock Sealing Technologies, LLC
and Anchor Packing Company**

Keith R. Truffer, Esq.
Royston, Mueller, McLean & Reid, LLP

2008 SEP 29 P 12: 00
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The Royston Building
102 West Pennsylvania Avenue
Suite 600
Towson, MD 21204
**Attorney for Defendant A.W. Chesterton Company**

Jeannie Pitillo Kauffman, Esq.
Bacon, Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770
**Attorney for Defendant Bondex International, Inc.**

Neil J. MacDonald, Esq.
Hartel, Kane, DeSantis, MacDonald & Howie, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, MD 20705
**Attorney for Defendant Crane Co.**

Theodore F. Roberts, Esq.
Venable LLP
210 Allegheny Avenue
Towson, MD 21204
**Attorney for Defendants Crown Cork & Seal,
Goodyear Tire & Rubber Company & Rapid American Corp.**

Michelle Noorani, Esq.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
**Attorney for Defendant Georgia-Pacific LLC
f/k/a Georgia-Pacific Corporation**

Peter A. Woolson, Esq.
Robinson Woolson, P.A.
217 East Redwood Street
Suite 1500
Baltimore, MD 21202
**Attorney for Defendant John Crane Inc.**

Joel D. Newport, Esq.
Moore & Jackson, LLC
205 Washington Avenue
Suite 401
Towson, MD 21204
**Attorney for Defendant Kaiser Gypsum Co.**

Richard D. Albert, Esq.
Steptoe & Johnson, LLP
1300 Connecticut Avenue, NW
Washington, DC 20036-1795
**Attorney for Defendant Metropolitan Life Insurance Company**

Richard L. Flax, Esq.
Law Offices of Richard L. Flax, LLC
29 West Susquehanna Avenue, Suite 500
Baltimore, MD 21204
**Attorney for Defendant Walter E. Campbell Company, Inc.**

Donna Crowe, Esq.
Douglas Patin, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, DC 20036
**Attorneys for Defendant John J. Kirlin, LLC &**
**JJK Group, Inc.**

David Allen, Esq.
Malcolm S. Brisker, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorney for Defendant, Hampshire Industries, Inc.**