MDL 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | | |
|---|---|---|
| WILLIAM W. BUSSEY, | : | Civil Action No. 2:08-cv-09379 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | From the |
| | : | UNITED STATES DISTRICT |
| | : | COURT FOR THE EASTERN |
| | : | DISTRICT OF VIRGINIA, |
| | : | NORFOLK DIVISION |
| | : | *(Removed on May 27, 2008, from the* |
| BUFFALO PUMPS, INC., et. al., | : | *Circuit Court for the City of* |
| | : | *Portsmouth, Case No. CL08-950)* |
| | : | |
| Defendants. | : | |

**PLEADING NO. 5 6 2 6**

### DEFENDANT GENERAL ELECTRIC COMPANY'S NOTICE OF WITHDRAWAL OF CLAIM RELATED TO PANEL RULES AND FRCP 5(a)(1)(D) CONTAINED IN ITS MOTION TO STRIKE PLAINTIFF'S MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER

Defendant, General Electric Company ("GE"), by counsel, hereby withdraws any allegation that Plaintiff's Motion to Vacate Conditional Transfer Order or Brief in Support thereof violates the Panel Rules and FRCP 5(a)(1)(D) by failing to serve GE counsel with either his Motion or his Brief. GE notes that the inclusion of this allegation in the introductory paragraph of its Motion to Strike was in error, and no argument was made, or will be made, regarding any failure to serve GE or its counsel. GE continues to assert its claims regarding FRCP 11, and all arguments made in its Brief in Support of its Motion to Strike.

**OFFICIAL FILE COPY**



RECEIVED
CLERK'S OFFICE

SEP 2 6 2008

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Respectfully submitted,

**GENERAL ELECTRIC COMPANY**

By: _____
Of Counsel

Thomas C. Junker, Esquire (VSB No. 29928)
Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
David M. Sturm, Esquire (VSB No. 44580)
Matthew D. Joss, Esquire (VSB No. 48434)
JUNKER, TADDEO & STURM, PLC
3 West Cary Street
Richmond, Virginia  23220
(804) 344-8540 (Telephone)
(804) 344-8541 (Facsimile)
***Counsel for Defendant General Electric Company***

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant General Electric Company's Notice of

Withdrawal of Claim Related to Panel Rules and FRCP 5(a)(1)(D) Contained in its Motion to

Strike Plaintiff's Motion and Brief to Vacate Conditional Transfer Order has been served upon

the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service

has been made on all counsel of record, including those on the attached Panel Service List via

first class mail, postage prepaid on this 25th day of September, 2008.

_____

Matthew D. Joss, Esquire

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 SEP 26  A 10: 48

RECEIVED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                    MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378

Richard C. Binzley
THOMPSON HINE LP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Edward J. Cass
GALLAGHER SHARP FULTON
& NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

David A. Damico
BURNS WHITE & HICKTON
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Raymond P. Forceno
FORCENO GOGGIN
& KELLER
1528 Walnut Street, Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street, 33rd Floor
Philadelphia, PA 19103

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75205

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street, Suite 300
Akron, OH 44308-1314

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

Kenneth Reed Mayo
HUNTON & WILLIAMS LLP
484 Viking Drive, Suite 130
Virginia Beach, VA 23452

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip, 4th Floor
Richmond, VA 23219

John J. Repcheck
MARKS O'NEILL O'BRIEN &
COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West, Suite 410
Houston, TX 77018

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
2100 One Cleveland Center
1375 E. Ninth Street
Cleveland, OH 44114

Neil Selman
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, 6th Fl.
Los Angeles, CA 90025

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West, 15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

Anthony Berardo Taddeo Jr.
JUNKER TADDEO & STURM
3 West Cary Street
Richmond, VA 23220

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

James K. Weston II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

**Panel Service List – Continued**

Jeffrey Poretz
Miles & Stockbridge
1751 Pinnacle Drive, Suite 500
McLean, VA 22102

George Dancigers
McKenry, Dancigers, Dawson & Lake
192 Ballard Court, Suite 400
Virginia Beach, VA 23462



# JUNKER, TADDEO & STURM PLC
### ATTORNEYS AT LAW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2008

FILED
CLERK'S OFFICE

MATTHEW D. JOSS
JOSS@JTANDS.COM
DIRECT: 804.344.8545
FAX: 804.344.8541

September 30, 2008

**BY FACSIMILE**
**(202) 502-2888**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

Attn:  Teresa

Re:    *William W. Bussey v. Buffalo Pumps, Inc., et al.*
       MDL No. 875
       Civil Action No. 2:08-cv-09378
       and
       Civil Action No. 2:08-cv-09379

Dear Clerk of the Panel:

Per your request, attached are copies of Defendant General Electric Company's Reply to Plaintiff's Response to Motion to Strike Plaintiff's Motion to Vacate Conditional Transfer Order and Plaintiff's Brief in Support Thereof, and Notice of Withdrawal of Claim Related to Panel Rules and FRCP 5(a)(1)(D) Contained in its Motion to Strike Plaintiff's Motion and Brief to Vacate Conditional Transfer Order, which are being mailed to all counsel on the attached list.

Very truly yours,

Matthew D. Joss

Enclosures

cc:    Panel Service List (by U.S. Mail w/enc.)

RECEIVED
CLERK'S OFFICE
2008 SEP 30  P 2: 44
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

3 WEST CARY STREET
RICHMOND, VIRGINIA 23220
804.344.8540  PHONE
804.344.8541  FAX

IN RE: ASBESTOS PRODUCTS LIABILITY     Page 1 of 2
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9380
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9381

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Edward E. Bagnell, Jr.
SPOTTS FAIN PC
411 E. Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Eric David Cook
WILCOX & SAVAGE
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

MDL No. 875 – Panel Service List (Excerpted from CTO-313) (Continued)

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Jeffrey S. Poretz
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
3 West Cary Street
Richmond, VA 23220

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Henry N. Ware, Jr.
SPOTTS FAIN PC
411 E. Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608