**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)         MDL No. 875

| | |
|---|---|
| WILLEN W. BUSSEY | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 2:08-cv-09379 |
| | : From the United States District Court, |
| BUFFALO PUMPS, INC., et al | : Eastern District of Virginia, Norfolk Division |
| Defendants | : |

### BUFFALO PUMPS INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

In response to Plaintiff's Motion to Vacate Conditional Transfer Order 313, Defendant Buffalo Pumps, Inc., ("Buffalo Pumps"), by counsel, hereby adopts and incorporates by reference its Notice of Joinder in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 310 previously filed in the case of *Bussey v. Buffalo Pumps, Inc., et al*, Civil Action Number 2:08-cv-09367-MSD (A copy is attached as Exhibit A).

Respectfully submitted,

BUFFALO PUMPS, INC.
By Counsel

_____
Jeffrey S. Poretz, Esquire (VSB# 38529)
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
(703) 903-9000
*Counsel for Buffalo Pumps, Inc.*

PLEADING NO. 5628

**OFFICIAL FILE COPY**

IMAGED OCT 2 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 29th day of September, 2008, a copy of the foregoing Buffalo Pumps, Inc.'s Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 310 has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all the Panel Service List (excerpted from CTO-310) and counsel listed below via First Class Mail, postage prepaid:

Laura Cabutto, Esq.
Simon, Eddins, & Greenstone, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Counsel for Plaintiff

Michael G. Phelan, Esq.
Butler Williams & Skilling
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
Counsel for Plaintiff

George J. Dancigers, Esq.
J. Brian Slaughter, Esq.
McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard court, Suite 400
Virginia Beach, VA 23462
Counsel for Waco, Inc.

Henry N. Ware, Jr., Esq.
Spotts Fain PC
411 E. Franklin Street
P. O. Box 1555
Richmond, VA 23218
Counsel for CBS Corporation

Thomas C. Junker, Esq.
Anthony B. Taddeo, Jr., Esq.
David Sturm, Esq.
Junker, Taddeo & Sturm, PLC
3 West Cary Street
Richmond, VA 23220
Counsel for General Electric Company. and Foster Wheeler Energy Corp.

K. Reed Mayo, Esq.
Reed Mayo Law Firm, P.C.
484 Viking Drive, Suite 130
Virginia Beach, VA 23452
Counsel for Viad Corp

_____
Jeffrey S. Poretz

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

OCT - 1 2008

FILED

I HEREBY CERTIFY that on 12th day of September, 2008, a copy of the foregoing Buffalo Pumps, Inc.'s Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 310 has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all the Panel Service List (excerpted from CTO-310) and counsel listed below via First Class Mail, postage prepaid:

Laura Cabutto, Esq.
Simon, Eddins, & Greenstone, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Counsel for Plaintiff

Michael G. Phelan, Esq.
Butler Williams & Skilling
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
Counsel for Plaintiff

George J. Dancigers, Esq.
J. Brian Slaughter, Esq.
McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard court, Suite 400
Virginia Beach, VA 23462
Counsel for Waco, Inc.

Henry N. Ware, Jr., Esq.
Spotts Fain PC
411 E. Franklin Street
P. O. Box 1555
Richmond, VA 23218
Counsel for CBS Corporation

Thomas C. Junker, Esq.
Anthony B. Taddeo, Jr., Esq.
David Sturm, Esq.
Junker, Taddeo & Sturm, PLC
3 West Cary Street
Richmond, VA 23220
Counsel for General Electric Company. and Foster Wheeler Energy Corp.

K. Reed Mayo, Esq.
Reed Mayo Law Firm, P.C.
484 Viking Drive, Suite 130
Virginia Beach, VA 23452
Counsel for Viad Corp

Jeffrey S. Poretz

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                      MDL No. 875

### PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9380
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9381

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Edward E. Bagnell, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Eric David Cook
WILCOX & SAVAGE PC
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

**MDL No. 875 - Panel Service List (Excerpted from CTO-313 (Continued)**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
Mclean, VA 22102

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
3 West Cary Street
Richmond, VA 23220

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Henry N. Ware, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)        MDL No. 875

| | |
|---|---|
| WILLIAM W. BUSSEY | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 2:08-cv-09367-MSD |
| | : From the United States District Court, |
| BUFFALO PUMPS, INC., et al | : Eastern District of Virginia |
| Defendants | : |



## BUFFALO PUMPS INC.'S NOTICE OF JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 310

Defendant Buffalo Pumps, Inc., ("Buffalo Pumps"), by counsel, hereby files its Notice of Joinder in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 310 filed by Plaintiff in the case of *Bussey v. Buffalo Pumps, Inc., et al*, Civil Action Number 2:08-cv-09367-MSD (EDVa)[1]. In support thereof, Buffalo Pumps states the following:

1. Buffalo Pumps joins in the Oppositions filed by Viad Corp ("Viad") on or about August 1, 2008, General Electric Company ("General Electric") on or about August 4, 2008 and Foster Wheeler Energy Corporation ("Foster Wheeler") on or about August 4, 2008.

2. In addition, Buffalo Pumps addresses Plaintiff's claim that removals filed by three defendants on federal officer grounds somehow "create confusion regarding the jurisdictional capacity of the MDL panel, the transferee court and the transferor court." (*See* Plaintiff's Motion to Vacate at p. 2, par. #3.)

---

[1] Civil Action Number 2:08-cv-09367-JBF was reassigned from District Judge Jerome B. Friedman to District Judge Mark S. Davis, thereby changing the case number to 2:08-cv-09367-MSD.

3.  As explained below, any "confusion" is merely clerical in nature. Viad filed its Notice of Removal on May 27, 2008. Thereafter, General Electric, Foster Wheeler and Buffalo Pumps filed a Notice of Joinder. Additionally, General Electric and Buffalo Pumps each filed a Notice of Removal stating their own independent grounds for removal. The Clerk opened new case files when General Electric (2:08-cv-09376-MSD) and Buffalo Pumps (2:08-cv-09378-MSD and 2:08-cv-09379-MSD) filed their removal papers. Thus, four court files were opened based upon a single case removed from Portsmouth Circuit Court.

4.  The present case was conditionally transferred to the United States Judicial Panel on Multidistrict Litigation by CTO-310 on June 17, 2008.

5.  Recently, on August 11, 2008, CTO-313 conditionally transferred related cases 2:08-cv-09378-MSD and 2:08-cv-09379-MSD to the United States Judicial Panel on Multidistrict Litigation, thereby leaving only 2:08-cv-0936-76-MSD in the U.S. District Court for the Eastern District of Virginia, Norfolk Division. (*See* copy of CTO-313 attached hereto as Exhibit A).

6.  It is reasonable to assume that the one file that remains pending in the U.S. District Court for the Eastern District of Virginia, Norfolk Division, (2:08-cv-0936-76-MSD) will be transferred to the MDL-875 with the next Conditional Transfer Order and that all actions will presumably be consolidated by the Transferee Court once the transfer is complete. Again, all four files arise out of the same case filed in Portsmouth Circuit Court.

7.  Buffalo Pumps submits that there is no "confusion" but merely a clerical issue which will be remedied when the fourth case is conditionally transferred and presumably consolidated by the MDL.

Respectfully submitted,

**BUFFALO PUMPS, INC.**
By Counsel

Jeffrey S. Poretz, Esquire (VSB# 38529)
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
(703) 903-9000
*Counsel for Buffalo Pumps, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___15th___ day of August, 2008, a copy of the foregoing Buffalo Pumps, Inc.'s Notice of Joinder in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 310 has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all the Panel Service List (excerpted from CTO-310) and counsel listed below via First Class Mail, postage prepaid:

Laura Cabutto, Esq.
Simon, Eddins, & Greenstone, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Counsel for Plaintiff

Michael G. Phelan, Esq.
Butler Williams & Skilling
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
Counsel for Plaintiff

George J. Dancigers, Esq.
J. Brian Slaughter, Esq.
McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard court, Suite 400
Virginia Beach, VA 23462
Counsel for Waco, Inc.

Thomas C. Junker, Esquire
Junker, Taddeo, Sturm, PLC
3 West Cary Street
Richmond, VA 23220
Counsel for General Electric Corp. and Foster Wheeler Energy Corp.

3

Henry N. Ware, Jr., Esq.
Spotts Fain PC
411 E. Franklin Street
P. O. Box 1555
Richmond, VA 23218
Counsel for CBS Corporation

K. Reed Mayo, Esq.
Reed Mayo Law Firm, P.C.
484 Viking Drive, Suite 130
Virginia Beach, VA 23452
Counsel for Viad Corp

_____
Jeffrey S. Poretz

4