MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 1 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

MDL DOCKET NO. 875

JOHN KLINE,

    Plaintiff,

    v.

ALFA LAVAL, et al.,

    Defendants.

) Civil Action No. 2:08-cv-9380
)
) From the
) UNITED STATES DISTRICT COURT
) FOR THE EASTERN DISTRICT OF
) VIRGINIA, NORFOLK DIVISION

PLEADING NO. 5629

## BUFFALO PUMPS INC.'S NOTICE OF JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 313

Defendant Buffalo Pumps, Inc., ("Buffalo Pumps"), by counsel, hereby files its Notice of Joinder in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 313 in the case of *John Kline v. Alfa Laval, Inc., et al*, Civil Action Number 2:08-cv-09380. Buffalo Pumps joins in the Opposition filed by Viad Corp ("Viad") on or about September 26, 2008.

Respectfully submitted,

BUFFALO PUMPS, INC.
By Counsel

*[signature]* Jeffrey S. Poretz/DMW

Jeffrey S. Poretz, Esquire (VSB# 38529)
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
(703) 903-9000
*Counsel for Buffalo Pumps, Inc.*

**OFFICIAL FILE COPY**

IMAGED OCT 2 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 30th day of September, 2008, a copy of the foregoing Buffalo Pumps, Inc.'s Notice of Joinder in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 313 has been served upon the Clerk of the Panel for Multidistrict Litigation via Federal Express and simultaneous service has been made on all the Panel Service List (excerpted from CTO-313) and counsel listed below via First Class Mail, postage prepaid:

Michael G. Phelan, Esquire
Butler Williams & Skilling
100 Shcokoe Slip, Fourth Floor
Richmond, VA 23219
*Counsel for Plaintiff*

Jonathan George, Esquire.
Laura Cabutto, Esquire
Jeffrey B. Simon, Esquire
Ron C. Eddins, Esquire
David C Greenstone, Esquire
Simon Eddins & Greenstone, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
*Counsel for Plaintiff*

K. Reed Mayo, Esquire
Reed Mayo Law Firm, P.C.
484 Viking Drive, Suite 130
Virginia Beach, VA 23452
*Counsel for Viad Corp.*

Thomas C. Junker, Esquire
Junker, Taddeo, Sturm, PLC
3 West Cary Street
Richmond, VA 23220
*Counsel for General Electric Corp. and Foster Wheeler Energy Corp.*

Joyce Jackson Wood, Esquire
Eric D. Cook, Esquire
Wilcox & Savage
One Commercial Place, Suite 1800
Norfolk, VA 23510
*Counsel for Alfa Laval, Inc.*

Henry N. Ware, Jr., Esquire
Spotts Fain PC
411 E. Franklin St.
P.O. Box 1555
Richmond, VA 23218
*Counsel for CBS Corporation*

Jeffrey S. Poretz

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                              MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9380
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9381

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Edward E. Bagnell, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Eric David Cook
WILCOX & SAVAGE PC
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Case MDL No. 875 Document 5629 Filed 10/01/08 Page 4 of 4

Page 2 of 2

MDL No. 875 - Panel Service List (Excerpted from CTO-313 (Continued)

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
Mclean, VA 22102

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
3 West Cary Street
Richmond, VA 23220

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Henry N. Ware, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608