**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 3 2008

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

### MDL No. 875 – In re: Asbestos Product Liability Litigation

*Mary Lou Vidergar, et al. v. Buffalo Pumps, Inc., et al.,* C.D. California, C.A. No. 08-4735
*James W. Vaught, et al. v. CBS Corp., et al.,* C.D. California, C.A. No. 08-4736
*Martha H. Demko, et al. v. CBS Corp, et al.,* C.D. California, C.A. No. 08-5156
*Robert Reaser, et al. v. A.W. Chesterton Co., et al.,* Fl.M. Florida, FLM No. 08-1323

### NOTICE OF OPPOSITION TO CTO-315

I represent the plaintiffs in the above-captioned actions that are included on the conditional transfer order (CTO-315). Plaintiffs hereby submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

Brian P. Barrow
SIMON, EDDINS & GREENSTONE LLP
301 East Ocean Boulevard, Suite 1950
Long Beach, California 90815
(562) 590-3400
bbarrow@seglaw.com

Attorneys for Plaintiffs

PLEADING NO. 5635

**OFFICIAL FILE COPY**   IMAGED OCT 3 2008