# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 3 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5636

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re ASBESTOS PRODUCTS
LIAIBLITY LITIGATION (No. VI)          MDL Docket No. 875

| | |
|---|---|
| WILLIAM W. BUSSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:08cv9378 and |
| ) | Civil Action No. 2:08cv9379 |
| ) | From the United States District Court, |
| BUFFALO PUMPS, INC., et al., ) | Eastern District of Virginia |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT OF VIAD CORP

Defendant Viad Corp, by counsel, pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states as follows for its Corporate Disclosure Statement:

Each of the following entities is believed to be the beneficial owner of more than 10% of Viad Corp's outstanding common stock:

- Marathon Asset Management LLP

OFFICIAL FILE COPY   IMAGED OCT 6 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 3 2008

FILED
CLERK'S OFFICE

Respectfully submitted,

**VIAD CORP**

<u>9-26-08</u>
Date

_____
K. Reed Mayo
Virginia State Bar #26601
REED MAYO LAW FIRM, P.C.
484 Viking Drive, Suite 130
Virginia Beach, Virginia 23452
Tel:   (757) 648-1376
Fax:   (757) 648-1379
rmayo@reedmayolaw.com
*Counsel for Viad Corp*

2008 SEP 26 P 1:56
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 3 2008

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that on September 26, 2008, I served a copy of the foregoing upon all counsel of record appearing on the Panel Service List (excerpted from CTO-313) and counsel listed below via U.S. Mail:

> George J. Dancigers, Esq.
> J. Brian Slaughter, Esq.
> McKenry, Dancigers, Dawson & Lake, P.C.
> 192 Ballard Court, Suite 400
> Virginia Beach, VA 23462
> *Counsel for Waco, Inc.*
>
> Laura Cabutto, Esq.
> SIMON, EDDINS, & GREENSTONE, LLP
> 3232 McKinney Avenue, Suite 610
> Dallas, Texas 75204
> *Counsel for Plaintiff*

K. Reed Mayo

2008 SEP 26 P 1:57
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-313)

William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9378
William W. Bussey v. Buffalo Pumps, Inc., et al., E.D. Virginia, C.A. No. 2:08-9379
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9380
John Kline v. Alfa Laval, Inc., et al., E.D. Virginia, C.A. No. 2:08-9381

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Edward E. Bagnell, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Bruce T. Bishop
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Eric David Cook
WILLCOX & SAVAGE PC
1800 Bank of America Center
One Commercial Place
Norfolk, VA 23510

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

**MDL No. 875 - Panel Service List (Excerpted from CTO-313 (Continued)**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
Mclean, VA 22102

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
3 West Cary Street
Richmond, VA 23220

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Henry N. Ware, Jr.
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608