Mark P. Robinson, Jr., SBN 054426
Kevin F. Calcagnie, SBN 108994
Lexi W. Myer, SBN 227757
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Seventh floor
Newport Beach, CA 92660
Tele: (949) 720-1288; Fax: (949) 720-1292

Major A. Langer, SBN 041440
**PERONA, LANGER, BECK & SERBIN**
350 E. San Antonio Drive
Long Beach, California 90807
Tele: (800) 333-0000; Fax: (562) 490-9855

Attorneys for Plaintiffs and Petitioners

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| EDGARDO R. SALAMANTE and NOLA SALAMANTE,<br>　　　　　Plaintiffs,<br>v.<br>QUINTEC INDUSTRIES, INC. (sued individually and as successor-in-interest to WESTERN FIBERGLASS PRODUCTS CO., and INSULECTRO), et al. | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CASE NO. CAC 2:08-04674<br><br>**REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER**<br><br>Date:<br>Time:<br>Dept.: |

OFFICIAL FILE COPY

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OCT - 6 2008
FILED
CLERK'S OFFICE

RECEIVED CLERK'S OFFICE 2008 OCT -6 A 10: 45 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 5638

# REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

## I.  INTRODUCTION

A case should be transferred for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.A. § 1407 only when it is determined that its transfer will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. (*See* 28 U.S.C.A. § 1407(a)).  Here, Plaintiff Edgardo Salamante is extremely ill and may not survive beyond six months time.  Therefore, the convenience of the parties and witnesses as well as the policy of promoting just and efficient conduct of this action are not served by transfer.

## II.  LEGAL ARGUMENT

### A. Convenience of the Parties Necessitates Vacation of the Conditional Transfer Order

Plaintiffs contend that, while the MDL may have expertise in the Asbestos litigation, transfer would not serve the convenience of the parties in this particular case where Mr. Salamante has an illness that demands he proceed to trial as soon as possible. Asbestosis is a chronic inflammatory medical condition for which there is no curative treatment.  Mr. Salamante has also been diagnosed with severe sqaumous cell carcinoma of the lung, which experts attribute to his exposure to asbestos.  His treating physician has

confirmed that his life expectancy may not exceed six months. (*See* Pl. Mtn to Vacate CTO 313, Decl. Dr. Krueger.) Therefore, the Plaintiffs cannot afford to have a considerable delay to trial. Transferring the case to the MDL, which has a very large docket, may deprive Mr. Salamante of the opportunity to try his case before his demise, which contravenes the strong public policy in favor of allowing litigants their day in court. In this case, just and efficient conduct of the litigation would be better served if this Panel were to vacate the conditional transfer order.

### B. The California Federal Court is Equipped to Proceed with this Matter

Though Defendants state that consistency and economy are better served if this matter is transferred to the MDL, Plaintiffs believe that Judge Percy Anderson of the United States District Court, Central District of California, is equipped to proceed with this case. This court has had asbestos cases before it in the past. Further, the court has already set a scheduling conference in this case for November 10, 2008, and has asked the parties to submit a joint report regarding issues such as discovery, law and motion matters, and estimated length of trial. Though the Court did not grant Plaintiffs' motion to remand, it did deny Defendant's request for a stay pending the decision of this Panel, indicating the Court's willingness and desire to move the case forward. Because the Court has already begun proceedings, it would be more efficient to keep the case in the Central District rather than transferring it to the MDL, where such proceedings would have to begin anew.

### III. CONCLUSION

For the foregoing reasons, the transfer of this action will not be convenient for the parties and witnesses, nor will it promote the just and efficient conduct of this action. Accordingly, Plaintiffs respectfully request that the Panel vacate the Conditional Transfer Order entered on August 11, 2008.

Dated: October 3, 2008                Respectfully submitted,

*Mark P. Robinson, Jr.* (signature)

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Lexi W. Myer
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Seventh Floor
Newport Beach, CA 92660
(949) 720-1288
Counsel for EDGARDO R. SALAMANTE and NOLA SALAMANTE

Major A. Langer
**PERONA, LANGER, BECK & SERBIN**
350 E. San Antonio Drive
Long Beach, California 90807
Counsel for EDGARDO R. SALAMANTE and NOLA SALAMANTE

REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the above **REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER** has been served upon all parties, as well ass those listed on the attached Panel Service List, by U.S. Mail and that the foregoing was hand delivered to be filed with the United States Judicial Panel on Multidistrict Litigation on this 3rd day of October, 2008.

/s/ Mark P. Robinson, Jr.
MARK P. ROBINSON, JR.



**Salamante v. Quintec Industries, Inc., et al.**
**USDC 08-cv-04674**

SERVICE LIST

Edward R. Hugo.
James C. Parker
Thomas J. Moses
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Phone: (415) 808-0300
Fax: (415) 808-0333
ehugo@bhplaw.com
jparker@bhplaw.com
tmoses@bhplaw.com

Counsel for Defendant:
FOSTER WHEELER ENERGY
CORPORATION


Raul Perez
LINER YANKELEVITZ SUNSHINE &
REGENSTREIF, LLP.
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Phone: (310) 500-3500
Fax: (310) 500-3501
Direct: (310) 500-3627
Rperez@linerlaw.com

Counsel for Defendant:
UNION CARBIDE
CORPORATION


Grant D. Stiefel
Stephen P. Farkas
Angelo L. Primas
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS, LLP
10100 Santa Monica Blvd, 7th Floor
Los Angeles, CA 90067
Phone: (310) 552-5000
Fax: (310) 552-5001
Grant.stiefel@klgates.com
Stephen.farkas@klgates.com
Angelo.primas@klgates.com

Counsel for Defendant:
CRANE CO.


Kathleen A. Waters
Joseph Duffy
Noelle B. McCall
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave, 22nd Floor
Los Angeles, CA 90071-3132
Phone: (213) 612-2500
Fax: (213) 612-2501
kwaters@morganlewis.com
jduffy@morganlewis.com
nmccall@morganlewis.com

Counsel for Defendant:
YARWAY CORPORATION
and
TYCO FLOW CONTROL, INC.

| | |
|---|---|
| Frank D. Pond<br>Kevin D. Jamison<br>POND NORTH, LLP<br>350 South Grand Avenue, Suite 2850<br>Los Angeles, CA 90071<br>Phone: (213) 617-6170<br>Fax: (213) 623-3594<br>fpond@pondnorth.com<br>kjamison@pondnorth.com | Counsel for Defendant:<br>VIACOM, INC. |
| William H. Armstrong<br>Lisa A. Sapcoe<br>ARMSTRONG & ASSOCIATES, LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA 94612<br>Phone: (510) 433-1830<br>Fax: (510) 433-1836<br>Bill.armstrong@armstrongetal.com<br>Lisa.sapcoe@armstrongetal.com | Counsel for Defendant:<br>ELEMENTIS CHEMICALS, INC. |
| William J. Sayers<br>Farah S. Nicol<br>Joseph L. Greenslade<br>MCKENNA LONG & ALDRIDGE LLP<br>444 South Flower Street, 8th Floor<br>Los Angeles, CA 90071-2901<br>Phone: (213) 688-1000<br>Fax: (213) 243-6330<br>bsayers@mckennalong.com<br>fnicol@mckennalong.com<br>jhgreenslade@mckennalong.com | Counsel for Defendant:<br>FMC CORPORATION |
| Deborah C. Prosser<br>Stephanie A. Hingle<br>KUTAK ROCK LLP<br>515 South Figueroa St, Suite 1240<br>Los Angeles, CA 90071-3329<br>Phone: (213) 312-4000<br>Fax: (213) 312-4001<br>Deborah.Prosser@Kutakrock.com<br>Stephanie.hingle@kutakrock.com | Counsel for Defendant:<br>GENERAL ELECTRIC COMPANY |
| A. Scott Goldberg<br>Bruce G. Chusid<br>SELMAN BREITMAN LLP<br>11766 Wilshire Blvd, 6th Floor<br>Los Angeles, CA 90025<br>Phone: (310) 445-0800<br>Fax: (310) 473-2525<br>Sgoldberg@selmanbreitman.com<br>bchusid@selmanbreitman.com | Counsel for Defendant:<br>HENRY TECHNOLOGIES, INC.<br>and<br>CLEAVER-BROOKS, INC.<br>and<br>KINNEY VACUUM COMPANY |

| | |
|---|---|
| Michael J. Pietrykowski<br>GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery St, 20th Floor<br>San Francisco, CA 94111<br>Phone: (415) 986-5900<br>Fax: (415) 986-8054<br>mpietrykowski@gordonrees.com | Counsel for Defendant:<br>INGERSOLL-RAND COMPANY<br>and<br>3M COMPANY<br>and<br>LESLIE CONTROLS, INC.<br>and<br>GOODYEAR TIRE & RUBBER CO. |
| HAWKINS, PARNELL & THACKSTON, LLP<br>444 S. Flower Street, Suite 1100<br>Los Angeles, CA 90071<br>Phone: (213) 486-8000<br>Fax: (213) 486-8080 | Counsel for Defendant:<br>WARREN PUMPS, LLC |
| Steven E. Knott<br>Guy P. Glazier<br>KNOTT & GLAZIER LLP<br>601 S. Figueroa St., Suite 4200<br>Los Angeles, CA 90017<br>Phone: (213) 312-9200<br>Fax: (213) 312-9201<br>knott@knottglazier.com | Counsel for Defendant:<br>T H AGRICULTURE &<br>NUTRITION, LLC<br>and<br>PHILLIPS ELECTRONICS NORTH AMERICA CORPORATION |
| Michael T. McCall<br>Anne C. Gritzer<br>WALSWORTH, FRANKLIN,<br>BEVINS & MCCALL, LLP<br>1 City Boulevard West, 5th Floor<br>Orange, CA 92868-3677<br>Phone: (714) 634-2522<br>Fax: (714) 634-0686<br>mmccall@wfbm.com<br>agritzer@wfbm.com | Counsel for Defendant:<br>THOMAS DEE ENGINEERING COMPANY<br>and<br>ELLIOTT COMPANY<br>and<br>QUINTEC INDUSTRIES, INC.<br>and<br>AMETEK, INC. |
| Ivor E. Samson<br>Sarah Ratcliffe Choi<br>Edward K. Low<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708<br>Phone: (415) 882-5000<br>Fax: (415) 882-0300<br>isamson@sonnenschein.com<br>srchoi@sonnenschein.com<br>eklow@sonnenschein.com | Counsel for Defendant:<br>RAPID-AMERICAN CORPORATION |
| Constance McNeil<br>Roger P. Downes<br>LEWIS BRISBOIS BISGAARD & SMITH LLP | Counsel for Defendant:<br>CAMERON INTERNATIONAL CORPORATION |

One Sansome Street, Suite 1400
San Francisco, CA 94104
Phone: (415) 362-2580
Fax: (415) 434-0882
mcneil@lbbslaw.com
downes@lbbslaw.com

| | |
|---|---|
| David M. Glaspy<br>Brian S. O'Malley<br>James O. Hartman<br>LAW OFFICES OF GLASPY & GLASPY, INC.<br>One Walnut Creek Center<br>100 Pringle Ave, Suite 750<br>Walnut Creek, CA 94596<br>Phone: (925) 947-1300<br>Fax: (925) 947-1594<br>dglaspy@glaspy.com<br>bomalley@glaspy.com<br>jhartman@glaspy.com | Counsel for Defendant:<br>COLTEC INDUSTRIES, INC.<br>and<br>GARLOCK SEALING TECHNOLOGIES |
| Henry D. Rome<br>Bobbie R. Bailey<br>HOWARD ROME MARTIN & RIDLEY, LLP<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061-3436<br>Phone: (650) 365-7715<br>Fax: (650) 364-5297<br>hrome@hrmrlaw.com<br>brbailey@hrmrlaw.com | Counsel for Defendant:<br>IMO INDUSTRIES INC. |
| Kenneth B. Prindle<br>PRINDLE, DECKER & AMARO LLP<br>310 Golden Shore, 4th Floor<br>P.O. Box 22711<br>Long Beach, CA 90801-5511<br>Phone: (562) 436-3946<br>Fax: (562) 495-0564<br>kprindle@pdalaw.com | Counsel for Defendant:<br>TRIPLE A MACHINE SHOP, INC. |
| Kathleen A. Stimeling<br>Alex P. Catalona<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105<br>Phone: (415) 901-8700<br>Fax: (415) 901-8701<br>kstimeling@schiffhardin.com<br>acatalona@schiffhardin.com | Counsel for Defendant:<br>TUTHILL CORPORATION |
| Kenneth B. Prindle<br>Mary Kirk Hillyard | Counsel for Defendant:<br>A.W. CHESTERTON COMPANY |

PRINDLE, DECKER & AMARO LLP
369 Pine Street, Suite 800
San Francisco, CA 94104
Phone: (415) 788-8354
Fax: (415) 788-3625
kprindle@pdalaw.com
mhillyard@pdalaw.com

Ruth D. Kahn
John P. Swenson
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Phone: (213) 439-9400
Fax: (213) 439-9599
rkahn@steptoe.com
jswenson@steptoe.com

Counsel for Defendant:
METROPOLITAN LIFE
INSURANCE COMPANY

PERKINS COIE, LLP
1620 26th Street, 6th Floor
South Tower
Santa Monica, CA 90404-4013
Phone: (310) 788-9900
Fax: (310) 788-3399
WEmer@perkinscoie.com

Counsel for Defendant:
HONEYWELL
INTERNATIONAL, INC.

Julie A. Torres
Joanna L. MacQueen
JACKSON & WALLACE, LLP
14724 Ventura Blvd, Suite 1210
Sherman Oaks, CA 94061-3436
Phone: (818) 379-4700
Fax: (818) 379-4702
jtorres@jacksonwallace.com
jmacqueen@jacksonwallace.com

Counsel for Defendant:
VIKING PUMPS, INC.
and
BUFFALO PUMPS, INC.

Counsel for Defendant:
UNIROYAL, INC.

Counsel for Defendant:
ALLIS-CHALMERS CORPORATION
PRODUCT LIABILITY TRUST

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-313)

Edgardo R. Salamante, et al. v. Quintec Industries, Inc., et al.,
C.D. California, C.A. No. 2:08-4674

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
pangelos@LAWPGA.com

Emily K. Ayers
LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
eayers@linerlaw.com

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
jwblack@wardblacklaw.com

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
rbudd@baronbudd.com

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415
jcooney@cooneyconway.com

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
EHugo@bhplaw.com

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
kjamison@pondnorth

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995
kevin.jordan@bakerbotts.com

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
pkalish@crowell.com

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
skazan@kazanlaw.com

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
kraus@waterskraus.com

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
DLandin@Hunton.com

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520
attylane@bellsouth.net

Major A. Langer
PERONA LANGER BECK
LALLANDE & SERBIN
300 E. San Antonio Drive
P.O. Box 7948
Long Beach, CA 90807

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
wmahoney@smsm.com

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
rcmalaby@mblaw.net

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
jmcshea@mcshea-tecce.com

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
pmcweeney@schiffhardin.com

Noelle B. Mccall
MORGAN LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
nmccall@morganlewis.com

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
tpacker@gordonrees.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

## MDL No. 875 - Panel Service List (Excerpted from CTO-313)(Continued)

Mark P. Robinson, Jr.
ROBINSON CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
mrobinsion@rcrlaw.net

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
mthornton@tenlaw.com

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
wwatkins@fpwk.com

Jessica L. Woelfel
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105-2708
jwoelfel@sonnenschein.com