**MDL 875**

UNITED STATES JUDICIAL PANEL
on
MULTIDISCTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 7 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

| | |
|---|---|
| SANDRA CARKHUFF, Individually and as Special Administrator for the Estate of TERRY CARKHUFF, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>FOSTER WHEELER ENERGY CORPORATION, et al.<br><br>Defendants. | Civil Action No. 1:08-cv-04765<br><br>From the<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |

PLEADING NO. 5640

### PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

NOW COMES PLAINTIFF, by and through counsel, and files this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-315 included the above-referenced action. Deadline for Notice of Opposition is October 6, 2008. Plaintiff hereby serves this Notice of Opposition to CTO-315, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiff will serve his Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d).

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 OCT -6 P 4:24

RECEIVED
CLERK'S OFFICE

IMAGED OCT 7 2008

Dated: October 6, 2008

Respectfully submitted,

*[signature]*

Abrar Azamuddin #6922314
PENN RAKAUSKI
927 Main Street
Racine, WI 53403
Tel: (262) 636-0036
Fax: (262) 686-0030

Laura Cabutto, SBN #00797102
SIMON, EDDINS & GREENSTONE, LLP
3232 McKinney Avenue, Suite 610
Dallas, Texas 75205
Tel: (214) 276-7680

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Multidistrict Litigation Clerk via facsimile to (202) 502-2888, and upon all counsel of record via facsimile on this 6th day of October, 2008.

*[signature]*

Abrar Azamuddin, Esquire

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 OCT -6  P 4:24
RECEIVED CLERK'S OFFICE