UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Sep 19, 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-315)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,427 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 07, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                                                           MDL No. 875

## SCHEDULE CTO-315 - TAG-ALONG ACTIONS

DIST. DIV. C.A. #              CASE CAPTION

CALIFORNIA CENTRAL
~~CAC  2  08-4735~~            ~~Mary Lou Vidergar, et al. v. Buffalo Pumps, Inc., et al.~~ **Opposed 10/3/08**
~~CAC  2  08-4736~~            ~~James W. Vaught, et al. v. CBS Corp., et al.~~ **Opposed 10/3/08**
~~CAC  2  08-5156~~            ~~Martha H. Demko, et al. v. CBS Corp., et al.~~ **Opposed 10/3/08**
 CAC  2  08-5171               Lawrence E. Jean v. General Electric Co., et al.

CALIFORNIA NORTHERN
 CAN  3  08-3841               Monty Zarogoza, et al. v. A.W. Chesterton Co., et al.
 CAN  3  08-4028               Loretta Goodenbour, et al. v. A.W. Chesterton Co., et al.
 CAN  3  08-4070               Carson Priddy, et al. v. A.W. Chesterton Co., et al.

FLORIDA MIDDLE
~~FLM  8  08-1323~~            ~~Robert Reaser, et al. v. A.W. Chesterton Co., et al.~~ **Opposed 10/3/08**

ILLINOIS NORTHERN
~~ILN  1  08-4765~~            ~~Sandra Carkhuff, etc. v. Foster Wheeler Energy Corp., et al.~~ **Opposed 10/7/08**

INDIANA NORTHERN
 INN  2  07-260                Barbara Jones, etc. v. General Electric Co., et al.

LOUISIANA WESTERN
 LAW  2  08-1225               Thomas Stephens v. Union Carbide Corp., et al.

MARYLAND
~~MD   1  08-2200~~            ~~James Rowland Young, et al. v. AC&R Insulation Co., Inc., et al.~~ **Opposed 9/30/08**

MAINE
 ME   2  08-231                Richard O. Anderson, et al. v. Georgia-Pacific LLC

MINNESOTA
 MN   0  08-4893               Richard Knowlen v. Burlington Northern & Santa Fe Railway Co.
 MN   0  08-4987               Joseph Migliaccio v. Soo Line Railroad Co.
 MN   0  08-4997               Robert Boyd, et al. v. Soo Line Railroad Co.

NORTH CAROLINA MIDDLE
 NCM  1  08-538                Donald C. Ludwig, et al. v. Aqua-Chem, Inc., et al.
 NCM  1  08-539                William A. Gaskey, et al. v. Aqua-Chem, Inc., et al.
 NCM  1  08-540                Stanley Lee Myers v. Aqua-Chem, Inc., et al.
 NCM  1  08-549                Max R. Caudill, et al. v. Aqua-Chem, Inc., et al.
 NCM  1  08-550                Lavaughn E. Lowder, et al. v. Aqua-Chem, Inc., et al.
 NCM  1  08-551                James D. Boyte, et al. v. Aqua-Chem, Inc., et al.
 NCM  1  08-555                Jimmy Ray Starling, et al. v. Aqua-Chem, Inc., et al.
 NCM  1  08-556                Dennis W. Strader, et al. v. Aqua-Chem, Inc., et al.
 NCM  1  08-557                Tony Ray Williams, et al. v. Aqua-Chem, Inc., et al.
 NCM  1  08-572                Garland Edward Jones v. Aqua-Chem, Inc., et al.
 NCM  1  08-573                Larry M. Reid, Sr., et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-315 Tag-Along Actions (Continued)

    NCM  1  08-594        Darrell W. Easley, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-596        Steven G. Hatley, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-597        Willie H. Williams, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-609        Randall K. Addis, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-610        Larry W. Bentley, et al. v. Aqua-Chem, Inc., et al.

### NORTH CAROLINA WESTERN
    NCW  1  08-373        Sandra S. Morrow, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-379        Bill Reid Costner, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-380        Johnny Charles Barker v. Aqua-Chem, Inc., et al.
    NCW  1  08-381        Eric Logan Nixon v. Aqua-Chem, Inc., et al.
    NCW  1  08-382        Thomas H. Barker, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-383        Cleophus P. Blanton, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-385        Buddy Ray Branch, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-386        Robert R. Callahan, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-387        Loy W. Cannon, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-391        Sidney A. Chronister, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-392        Timothy M. Daniels, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-393        Ronnie LeeRoy Dixon v. Aqua-Chem, Inc., et al.
    NCW  1  08-394        Charles M. Garrison, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-396        Clarence L. Herron, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-397        Currie T. Johnson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-398        Henry L. McCarson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-399        George S. McEntyre, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-400        Tony R. Reep, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-401        Victor R. Richardson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-402        Jeffery D. Ross, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-403        John G. Burgess, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-407        Sidney L. Davidson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-408        Thomas Lee Mitchell v. Aqua-Chem, Inc., et al.
    NCW  1  08-409        Robert Lee Floyd, etc. v. Anchor Packing Co., et al.

### NEBRASKA
    NE  8  08-349        Wayne Bergmeyer v. BNSF Railway Co.
    NE  8  08-350        Larry Baker v. BNSF Railway Co.
    NE  8  08-351        Charles Fiala v. BNSF Railway Co.
    NE  8  08-352        Donald Kovar v. BNSF Railway Co.
    NE  8  08-353        Edward Shaw v. BNSF Railway Co.

### NEW YORK EASTERN
    NYE  1  08-2621        Helen Minker, etc. v. A.W. Chesterton Co., et al.

### SOUTH CAROLINA
    SC  0  08-2837        Ralph L. Gladden, Jr. v. Aqua-Chem, Inc., et al.
    SC  0  08-2838        Joe Louis Hicks, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2839        Howard G. Davis, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2849        Clyde E. McClellan, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2850        Claude J. Barnett, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2851        Gary Lee Carnes, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2853        Jeffrey B. Mendenhall, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2854        David Alan Thielbar v. Aqua-Chem, Inc., et al.
    SC  6  08-2776        Michael A. Mills, et al. v. Aqua-Chem, Inc., et al.
    SC  6  08-2834        William H. Burr, et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-315 Tag-Along Actions (Continued)

```
SC   7   08-2772        Susan P. McDaniel, etc. v. Aqua-Chem, Inc., et al.
SC   7   08-2852        Edward W. Hyatt v. Aqua-Chem, Inc., et al.
SC   8   08-2769        Arthur Robert Kibler v. Aqua-Chem, Inc., et al.
SC   8   08-2771        Robert William Vissage v. Aqua-Chem, Inc., et al.
SC   8   08-2777        Donald J. Butts, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2779        Joseph H. Campbell, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2781        Larry Eugene Foster v. Aqua-Chem, Inc., et al.
SC   8   08-2786        Johnnie Peterson, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2835        Robert E. Cleveland, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2836        William N. Gardner, Jr., et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2848        Walter Lee Lollis v. Aqua-Chem, Inc., et al.
```

VIRGINIA EASTERN

```
VAE  2   08-9394        Donald D. Butts v. American Standard, Inc., et al.
VAE  2   08-9395        Eugene J. Callahan v. American Standard, Inc., et al.
VAE  2   08-9396        John M. Cartwright v. American Standard, Inc., et al.
VAE  2   08-9397        Walter D. Duffy v. American Standard, Inc., et al.
VAE  2   08-9398        Jerry L. Hammond v. American Standard, Inc., et al.
VAE  2   08-9399        William E. Hinton v. American Standard, Inc., et al.
VAE  2   08-9400        David L. Jennings v. American Standard, Inc., et al.
VAE  2   08-9401        Norman A. Klass v. American Standard, Inc., et al.
VAE  2   08-9402        Edward J. Stangl v. American Standard, Inc., et al.
VAE  2   08-9403        Wilburn D. Stearman v. American Standard, Inc., et al.
VAE  2   08-9404        Russell E. Torgeson v. American Standard, Inc., et al.
VAE  2   08-9405        Fred J. Lucero v. American Standard, Inc., et al.
VAE  2   08-9406        Earnest L. Meador v. American Standard, Inc., et al.
VAE  2   08-9407        John R. Musser v. American Standard, Inc., et al.
VAE  2   08-9408        Robert E. Neff v. American Standard, Inc., et al.
VAE  2   08-9409        Mauricio Pacheco v. American Standard, Inc., et al.
VAE  2   08-9410        John M. Rielly v. American Standard, Inc., et al.
VAE  2   08-9411        Joe R. Romero v. American Standard, Inc., et al.
VAE  2   08-9412        Charles D. Sims v. American Standard, Inc., et al.
VAE  2   08-9413        Jack D. Billings v. American Standard, Inc., et al.
VAE  2   08-9414        Dale W. Erickson v. American Standard, Inc., et al.
VAE  2   08-9415        Don R. Groff v. American Standard, Inc., et al.
VAE  2   08-9416        Darvin L. Hansen v. American Standard, Inc., et al.
VAE  2   08-9417        Leo A. Hernandez v. American Standard, Inc., et al.
VAE  2   08-9418        William P. Marksman v. American Standard, Inc., et al.
VAE  2   08-9419        Bert A. Olson v. American Standard, Inc., et al.
VAE  2   08-9420        Manuel Aguilar v. American Standard, Inc., et al.
VAE  2   08-9421        Russell J. Dahl v. American Standard, Inc., et al.
VAE  2   08-9422        Aaron W. Edlin v. American Standard, Inc., et al.
VAE  2   08-9423        Robert L. Patterson v. American Standard, Inc., et al.
VAE  2   08-9424        John L. Pepin v. American Standard, Inc., et al.
VAE  2   08-9425        Kenneth E. Pikula v. American Standard, Inc., et al.
VAE  2   08-9426        William D. Radmer v. American Standard, Inc., et al.
VAE  2   08-9427        Kenneth A. Russell v. American Standard, Inc., et al.
VAE  2   08-9428        William H. Monroe, Jr., etc. (Lynwood Bell Angle) v. American Standard, Inc., et
                        al.
VAE  2   08-9429        William H. Monroe, Jr., etc. (Robert Coz Robles) v. American Standard, Inc.,
                        et al.
VAE  4   08-3256        Virginia Wine v. 3M Business Products Sales, Inc., et al.
VAE  4   08-3257        Donald R. Oliver v. 3M Business Products Sales, Inc., et al.
VAE  4   08-3258        William Earl Goings v. 3M Business Products Sales, Inc., et al.
```