# MDL 875

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
CLERK'S OFFICE
2008 OCT -8 P 5: 33

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IN RE: : MULTIDISTRICT LITIGATION
ASBESTOS PRODUCTS :
LIABILITY LITIGATION : NO. MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 9 2008

FILED
CLERK'S OFFICE

### ORDER

**AND NOW** this Eighth day of October, 2008, it is hereby

**ORDERED** that this litigation is transferred from the calendar of the Honorable James T. Giles of the United States District Court for the Eastern District of Pennsylvania to the calendar of the Honorable Eduardo C. Robreno of the United States District Court for the Eastern District of Pennsylvania for the purpose of coordinated, or consolidated, pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE COURT:

*/s/ Harvey Bartle*
HARVEY BARTLE III
Chief Judge

PLEADING NO. 5642

**OFFICIAL FILE COPY**

IMAGED OCT 1 0 2008