UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 09, 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)**                                      MDL No. 875

### ORDER REASSIGNING LITIGATION

On October 8, 2008, Chief Judge Harvey Bartle, III, of the Eastern District of Pennsylvania informed the Panel that, in light of the retirement of the Honorable James T. Giles, he has reassigned the actions in this docket to the Honorable Eduardo C. Robreno.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Eduardo C. Robreno for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

John G. Heyburn II
Chairman