UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 10, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

| | | |
|---|---|---|
| Gail Garner, etc. v. DII Industries, LLC, et al., | ) | |
| W.D. New York, C.A. No. 6:08-6191 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiff in an action pending in the Western District of New York has moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the respective portion of our order conditionally transferring the action (*Garner*) to the Eastern District of Pennsylvania for inclusion in MDL No. 875. Responding defendants[1] support the motion to vacate.

After considering all argument of counsel, we find that transfer of *Garner* to the Eastern District of Pennsylvania would not necessarily serve the convenience of the parties and witnesses or promote the just and efficient conduct of this litigation at the present time. In *Garner*, plaintiff is essentially challenging the manner in which her claim for compensation was handled by defendant DII Industries, LLC, Asbestos PI Trust and certain individuals employed by the trust. The issues appear largely case-specific, and we are therefore persuaded that the motion to vacate should be granted.

IT IS THEREFORE ORDERED that our conditional transfer order designated as "CTO-309" is vacated insofar as it relates to this action.

---

[*] Judges Heyburn and Furgeson took no part in the disposition of this matter.

[1] DII Industries, LLC, Asbestos PI Trust; Douglas C. Allen; Mark M. Gleason; and Marcellene Malouf.

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____
J. Frederick Motz
Acting Chairman

John G. Heyburn II, Chairman[*]     Robert L. Miller, Jr.
Kathryn H. Vratil                    David R. Hansen
W. Royal Furgeson, Jr.[*]