Case 1:08-cv-04765 Document 22 Filed 10/06/2008 Page 1 of 2
Case 1:08-cv-04765 Document 20 Filed 09/29/2008 Page 1 of 2

# MDL 875

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 14 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| SANDRA CARKHUFF, Individually and as Special Administrator for the Estate of TERRY CARKHUFF, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER ENERGY CORPORATION, et al.,<br><br>Defendants. | Cause No.: 1:08-cv-4765<br>Judge Robert W. Gettleman<br><br>(Removed from Grundy County, Morris, Illinois, 13th Judicial Circuit Court No. 08-L-0038) |

PLEADING NO. 5649

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE AND TO REMAND

**NOW COME** Plaintiff and Defendant Viad Corp and file this Agreed Motion for Dismissal With Prejudice and To Remand, respectfully state as follows:

1. On August 21, 2008, Viad Corp removed this case to this Court from Grundy County, Morris, Illinois, 13th Judicial Circuit, pursuant to 28 U.S.C. §§ 1441(b) and 1446(a) and (b), and on the federal officer removal provisions of 28 U.S.C. § 1442(a)(1). (Document 1.)

2. Viad Corp is one defendant in Plaintiff's lawsuit, which seeks recovery for injuries allegedly caused by asbestos exposure.

3. Plaintiff filed her motion to remand on September 22, 2008. (Document 14.)

4. Plaintiff and Viad Corp have now agreed to dismiss with prejudice all claims asserted against Viad Corp, which has been sued individually and as alleged successor-in-interest to Griscom-Russell Company.

5. Since Plaintiff and Viad Corp have agreed to the dismissal of Viad Corp any dispute concerning Viad Corp's federal officer removal is no longer relevant in this proceeding.

6. No other defendant had joined in the removal of this action or has opposed

MDL- 875
RECOMMENDED ACTION

VAC CTO-315 /action
Approved/Date: JX 14Oct08

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2008 OCT -9 P 2:15
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED OCT 1 4 2008

1

remand.

**WHEREFORE,** Plaintiff and Viad Corp jointly pray that this Court enter its order dismissing only Defendant Viad Corp from this matter, with prejudice, and subsequently remand this case to Grundy County, Morris, Illinois, 13th Judicial Circuit all further proceedings as to all remaining defendants.

By: /s/ Christina E. Dubis
Robert J. Brummond #06184723
Christina E. Dubis #06242820
FOLEY & MANSFIELD, P.L.L.P.
1001 Highlands Plaza Drive W., Suite 400
St. Louis, MO 63110
314.645.7788
314.645.9945 (fax)
**Attorneys for Defendant Viad Corp**

By: /s/ Steven R. Penn
Steven R. Penn #6206133
PENN RAKAUSKI
927 Main St., Racine
Wisconsin 53403
262.636.0036
262-686-0030 (fax)
and
Laura Cabutto
Sean Cox
SIMON, EDDINS, & GREENSTONE, LLP
3232 McKinny Ave, Suite 610
Dallas, Texas 75204
214.276.7680
214.276-7699 (fax)
**Attorneys for Plaintiff**

**SO ORDERED:**

_____
Judge Robert W. Gettleman

October 6, 2008
Dated

RECEIVED CLERK'S OFFICE 2008 OCT -9 P 2:15 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION