UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 14, 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Sandra Carkhuff, etc. v. Foster Wheeler Energy )
        Corp., et al., N.D. Illinois, C.A. No. 1:08-4765 )     MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action *(Carkhuff)* on September 19, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Carkhuff*, filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Carkhuff* was remanded to the 13th Judicial Circuit Court of Grundy County, Morris, Illinois, by the Honorable Robert W. Gettlemen on October 6, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-315" filed on September 19, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel