UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 15, 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)
  William W. Bussey v. Buffalo Pumps, Inc., et al.,      )
    E.D. Virginia, C.A. No. 2:08-9378                    )       MDL No. 875
  William W. Bussey v. Buffalo Pumps, Inc., et al.,      )
    E.D. Virginia, C.A. No. 2:08-9379                    )

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order (CTO-313) was filed with respect to these actions (*Bussey II* and *Bussey III*) on August 11, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in these actions filed a notice of opposition to the proposed transfer, and thereafter timely submitted his motions and briefs to vacate CTO-313. As the record reflects, however, *Bussey II* and *Bussey III* are identical to another Eastern District of Virginia action (*Bussey I*).[1] That action (bearing civil action number 2:08-9367) was the subject of an earlier conditional transfer order (CTO-310), to which plaintiff also submitted a notice of opposition and corresponding motion and brief. The Panel considered and rejected plaintiff's objections to transfer of *Bussey I* at its September 2008 hearing session, and issued an order to that effect on October 10, 2008. Accordingly, plaintiff's objections to transfer of *Bussey II* and *Bussey III* are moot.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-313" filed on August 11, 2008, is LIFTED insofar as it relates to *Bussey II* and *Bussey III*. The actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

---

[1] The record indicates that three actions were created in the Eastern District of Virginia as a result of the filing of separate notices of removal by various defendants.