UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 16, 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Andrew Schnabel, et al. v. Borg-Warner Morse Tec, )
Inc., et al., C.D. California, C.A. No. 2:08-4714 )   MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action *(Schnabel)* on August 20, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Schnabel* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Schnabel* was remanded to the Superior Court of the State of California for the County of Los Angeles, Central District, by the Honorable Manuel L. Real on October 6, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-314" filed on August 20, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel