

JEFFREY B. SIMON (NY, TX)
RON C. EDDINS (CA, TX)
DAVID C. GREENSTONE (CA, NY, TX)
JENNIFER L. BARTLETT (CA)
CHRISTOPHER J. PANATIER (CA, TX)
ASSOCIATES
LISA M. BARLEY (CA)
BRIAN P. BARROW (CA)
JORDAN BLUMENFELD-JAMES (CA)
BENJAMIN D. BRALY (TX)
LAURA M. CABUTTO (TX)
CLAY B. CARROLL (TX)
SEAN R. COX (TX)
REBECCA A. CUCU (CA)
JESSICA M. DEAN (TX)

SIMON, EDDINS & GREENSTONE, LLP

EVAN B. DELGADO (CA, LA)
JOHN J. FOLEY (CA, IL, MO)
JONATHAN A. GEORGE (VA, TX, CA)
ROBERT A. GREEN (CA)
ETHAN A. HORN (CA)
H.W. TREY JONES (CA, TX)
STUART J. PURDY (CA)
HALEH RASHIDI (CA)
ALEXANDRA SHEF (CA)
LISA WHITE SHIRLEY (FL, LA, TX)
DANA C. SIMON (TX)
J. BRADLEY SMITH (TX)
JAY E. STUEMKE (TX)
OF COUNSEL
JAMIE A. NEWBOLD (CA)

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2008

FILED
CLERK'S OFFICE

PLEADING NO. 5657

October 20, 2008

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

**Via Fax (202) 502-2888 and U.S. Mail**

> Request of Pltfs. in Reaser, et al, FLM 8:08-1323, for Extension of Time to file Motion/Brief to Vacate CTO — GRANTED TO AND INCLUDING **November 21, 2008**.
> (jwn - October 21, 2008)

Re: MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)
*Robert Reaser, et al. v. A.W. Chesterton Co., et al.*
M.D. Florida, C.A. No. 8:08-1323

Dear Mr. Luthi:

This office (along with co-counsel The Lipman Law Firm) represents the plaintiffs in the above-referenced matter, which was identified for potential transfer to the MDL in CTO-315. We write to inform the Panel of a change in the status of this action. Specifically, plaintiffs and the removing party recently stipulated to immediate remand of this action to the Florida state court. The stipulation (a copy of which is attached) was filed in the district court on October 10, 2008. The parties anticipate remand forthwith, thereby obviating any need or basis for transfer to the MDL. In light of the parties' stipulation for immediate remand, plaintiffs respectfully request either vacation of the CTO or extension of the stay so that the district court has time to effectuate the stipulated remand.

Sincerely,

Brian P. Barrow

Enclosure

**OFFICIAL FILE COPY**

RECEIVED CLERK'S OFFICE
2008 OCT 20 P 3:21
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TEXAS OFFICE:
3232 MCKINNEY AVENUE, SUITE 610
DALLAS, TEXAS 75204
TEL: 214.276.7680
FAX: 214.276.7699

ATTORNEYS & COUNSELORS AT LAW
www.seglaw.com

CALIFORNIA OFFICE:
301 E. OCEAN BLVD., SUITE 1950
LONG BEACH, CALIF. 90802
TEL: 562.590.3400
FAX: 562.590.3412

IMAGED OCT 2 3 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 22 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 08-CV-1323-HERNANDEZ-COVINGTON/SCRIVEN

ROBERT REASER and
CYNTHIA REASER, his wife

    Plaintiffs,

               v.

A.W. CHESTERTON COMPANY.,
INC., et al.,

    Defendants.
_____/

## STIPULATION AND ORDER FOR REMAND

Plaintiffs previously moved for remand of this case and their motion is currently pending. Plaintiffs and the removing party, Elliott Turbomachinery Company, hereby stipulate to immediate remand of this case to state court.

Dated: 10/8/08

Edward J. Briscoe
Florida Bar No. 109691
FOWLER WHITE BURNETT P.A.
Espirito Santa Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

**COUNSEL FOR ELLIOTT COMPANY**

///

1

2008 OCT 20 P 3:21
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Dated: __10/9/08__

_[signature]_

Rebecca Shull Vinocur
Florida Bar No. 0529915
THE LIPMAN LAW FIRM
5919 Ponce De Leon Boulevard
Suite 44
Coral Gables, Florida 33146
(305) 662-2600
(305) 667-3361 – facsimile

**ATTORNEYS FOR THE PLAINTIFFS**

## ORDER

GOOD CAUSE APPEARING from the parties' stipulation, this case is ordered remanded to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

Dated: _____    _____

DISTRICT JUDGE

2