UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 22, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| Mary Lou Vidergar, et al. v. Buffalo Pumps, Inc., et al., C.D. California, C.A. No. 2:08-4735 | ) ) |
| James W. Vaught, et al. v. CBS Corp., et al., C.D. California, C.A. No. 2:08-4736 | ) )   MDL No. 875 ) |
| Martha H. Demko, et al. v. CBS Corp., et al., C.D. California, C.A. No. 2:08-5156 | ) ) |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in these actions (*Vidergar, Vaught and Demko*) on September 19, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Vidergar, Vaught and Demko* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-315" filed on September 19, 2008, is LIFTED insofar as it relates to these actions. These actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel