Case MDL No. 875   Document 5660   Filed 10/23/08   Page

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 23, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                      MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-316)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 771 F.Supp. 415 (J.P.M.L. 1991).  Since that time, 83,549 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                                MDL No. 875

## SCHEDULE CTO-316 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 08-839 | Elsie Smith, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-840 | Dimple I. Thompson, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-841 | Betty Sauls, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-842 | Judith Richardson, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-843 | Alice Presley, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-844 | Chrystelle Pevey, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-845 | James R. Garner, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-846 | Patricia Gayle Pitts, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-847 | Betty McNair, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-848 | Annie Brownell, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-849 | Fredna Berry, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-850 | Kelly Brady, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-851 | Lisa Taylor, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-852 | Frances Stewart, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-853 | Stephanie Davis, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-854 | Shirley A. Ezell, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-855 | Krysten Lambert Butler, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-856 | Dodd Mitchell Sykes v. Phillips 66 Co., et al. |
| MSS 1 08-857 | Corbit Sullivan v. Phillips 66 Co., et al. |
| MSS 1 08-858 | Walter E. Stinson v. Phillips 66 Co., et al. |
| MSS 1 08-859 | Timothy L. Stewart v. Phillips 66 Co., et al. |
| MSS 1 08-860 | Joe Stephens v. Phillips 66 Co., et al. |
| MSS 1 08-861 | Joseph Spradley v. Phillips 66 Co., et al. |
| MSS 1 08-862 | Joseph Spiers v. Phillips 66 Co., et al. |
| MSS 1 08-863 | George Ross Spence v. Phillips 66 Co., et al. |
| MSS 1 08-864 | Darrell D. Smith, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-865 | Joe Smith, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-866 | Kelcie Dale Smith v. Phillips 66 Co., et al. |
| MSS 1 08-867 | Charles R. Smith v. Phillips 66 Co., et al. |
| MSS 1 08-868 | Charles C. Smith v. Phillips 66 Co., et al. |
| MSS 1 08-869 | Charles Smith v. Phillips 66 Co., et al. |
| MSS 1 08-870 | Charles R. Sims v. Phillips 66 Co., et al. |
| MSS 1 08-871 | Thomas E. Simmons v. Phillips 66 Co., et al. |
| MSS 1 08-872 | Jesse James Short v. Phillips 66 Co., et al. |
| MSS 1 08-873 | Tom M. Saul, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-874 | James M. Saul v. Phillips 66 Co., et al. |
| MSS 1 08-875 | Aaron Sasser, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-876 | Charles David Sanders v. Phillips 66 Co., et al. |
| MSS 1 08-877 | Ralph Gardner v. Phillips 66 Co., et al. |
| MSS 1 08-878 | Jerrell J. Gunter v. Phillips 66 Co., et al. |
| MSS 1 08-879 | Rudolph Gregory v. Phillips 66 Co., et al. |

## MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-880 | Ted Justin Graves v. Phillips 66 Co., et al. |
| MSS 1 08-881 | David Grantham v. Phillips 66 Co., et al. |
| MSS 1 08-882 | Kenneth Graham v. Phillips 66 Co., et al. |
| MSS 1 08-883 | Grover Audell Goldman v. Phillips 66 Co., et al. |
| MSS 1 08-884 | Melvin R. Glass v. Phillips 66 Co., et al. |
| MSS 1 08-885 | Authur Lee Gilmore v. Phillips 66 Co., et al. |
| MSS 1 08-886 | Bobby L. Gibson v. Phillips 66 Co., et al. |
| MSS 1 08-887 | Charles T. Gardner v. Phillips 66 Co., et al. |
| MSS 1 08-888 | Eddie Lee Gaines, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-889 | Ernest Wayne Hutto v. Phillips 66 Co., et al. |
| MSS 1 08-890 | Randy R. Hunt v. Phillips 66 Co., et al. |
| MSS 1 08-891 | Ompy L. Hudson, III v. Phillips 66 Co., et al. |
| MSS 1 08-892 | Johnny Howard v. Phillips 66 Co., et al. |
| MSS 1 08-893 | Malcolm Paul Howse v. Phillips 66 Co., et al. |
| MSS 1 08-894 | Donald W. Holmes v. Phillips 66 Co., et al. |
| MSS 1 08-895 | William L. Holloway v. Phillips 66 Co., et al. |
| MSS 1 08-896 | Charles Edward Holifield v. Phillips 66 Co., et al. |
| MSS 1 08-897 | Richard Hodges v. Phillips 66 Co., et al. |
| MSS 1 08-898 | John E. Heidel v. Phillips 66 Co., et al. |
| MSS 1 08-899 | Katie Higgenbotham v. Phillips 66 Co., et al. |
| MSS 1 08-900 | Isaac Haynes v. Phillips 66 Co., et al. |
| MSS 1 08-901 | Thad Harvey v. Phillips 66 Co., et al. |
| MSS 1 08-902 | Ex Earl Harrison v. Phillips 66 Co., et al. |
| MSS 1 08-903 | Ricky Wayne Harris v. Phillips 66 Co., et al. |
| MSS 1 08-904 | James E. Harris v. Phillips 66 Co., et al. |
| MSS 1 08-905 | Charles Hamrick, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-906 | Ansler Dale Hall v. Phillips 66 Co., et al. |
| MSS 1 08-907 | Hugh W. Mullins v. Phillips 66 Co., et al. |
| MSS 1 08-908 | Vincent Motley v. Phillips 66 Co., et al. |
| MSS 1 08-909 | Willie E. Moore v. Phillips 66 Co., et al. |
| MSS 1 08-910 | Dennis G. Moak v. Phillips 66 Co., et al. |
| MSS 1 08-911 | Bobby W. Mire, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-912 | Bobby Ray Mills v. Phillips 66 Co., et al. |
| MSS 1 08-913 | Michael D. Miller v. Phillips 66 Co., et al. |
| MSS 1 08-914 | Loranzie Miller v. Phillips 66 Co., et al. |
| MSS 1 08-915 | Robert D. McLain v. Phillips 66 Co., et al. |
| MSS 1 08-916 | Clifford McLain v. Phillips 66 Co., et al. |
| MSS 1 08-917 | Thomas A. McKenzie v. Phillips 66 Co., et al. |
| MSS 1 08-918 | Ronnie McGill v. Phillips 66 Co., et al. |
| MSS 1 08-919 | Mark McFarland v. Phillips 66 Co., et al. |
| MSS 1 08-920 | John W. McFarland v. Phillips 66 Co., et al. |
| MSS 1 08-921 | Ben Franklin McDonald v. Phillips 66 Co., et al. |
| MSS 1 08-922 | Ecclus McAllister v. Phillips 66 Co., et al. |
| MSS 1 08-923 | Kenneth Mayhugh, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-924 | Alton J. Mahaffey, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-925 | Keith R. Mason v. Phillips 66 Co., et al. |
| MSS 1 08-926 | James G. Magee v. Phillips 66 Co., et al. |
| MSS 1 08-927 | Winston Madison v. Phillips 66 Co., et al. |
| MSS 1 08-928 | Mark Price v. Phillips 66 Co., et al. |

## MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-929 | George R. Price v. Phillips 66 Co., et al. |
| MSS 1 08-930 | Albert Preston v. Phillips 66 Co., et al. |
| MSS 1 08-931 | Daniel L. Prather v. Phillips 66 Co., et al. |
| MSS 1 08-932 | William Hinton Powell v. Phillips 66 Co., et al. |
| MSS 1 08-933 | Herbert K. Powell v. Phillips 66 Co., et al. |
| MSS 1 08-934 | Ernest Plumer v. Phillips 66 Co., et al. |
| MSS 1 08-935 | Luther Pitts v. Phillips 66 Co., et al. |
| MSS 1 08-936 | Frazier M. Phillips v. Phillips 66 Co., et al. |
| MSS 1 08-937 | William H. Peak v. Phillips 66 Co., et al. |
| MSS 1 08-938 | J.E. Patton v. Phillips 66 Co., et al. |
| MSS 1 08-939 | Morgan Thomas Palmer v. Phillips 66 Co., et al. |
| MSS 1 08-940 | Joe L. Palmer v. Phillips 66 Co., et al. |
| MSS 1 08-941 | Larry Charles Russell v. Phillips 66 Co., et al. |
| MSS 1 08-942 | James Lowery Russell v. Phillips 66 Co., et al. |
| MSS 1 08-943 | David P. Russell v. Phillips 66 Co., et al. |
| MSS 1 08-944 | Mitchell R. Rushing v. Phillips 66 Co., et al. |
| MSS 1 08-945 | Carl A. Runnels v. Phillips 66 Co., et al. |
| MSS 1 08-946 | Tommy Rollins v. Phillips 66 Co., et al. |
| MSS 1 08-947 | Larry Jessie Rollins v. Phillips 66 Co., et al. |
| MSS 1 08-948 | Pearl Lavern Robbins v. Phillips 66 Co., et al. |
| MSS 1 08-949 | James D. Reid v. Phillips 66 Co., et al. |
| MSS 1 08-950 | Jackie D. Ramage v. Phillips 66 Co., et al. |
| MSS 1 08-951 | Jason C. Ratliff v. Phillips 66 Co., et al. |
| MSS 1 08-952 | Jake W. McLain v. Phillips 66 Co., et al. |
| MSS 1 08-953 | Robert E. Morris v. Phillips 66 Co., et al. |
| MSS 1 08-954 | James M. Turner v. Phillips 66 Co., et al. |
| MSS 1 08-955 | Lester Leroy Toney v. Phillips 66 Co., et al. |
| MSS 1 08-956 | Joe R. Thompson v. Phillips 66 Co., et al. |
| MSS 1 08-957 | Leroy Terrell v. Phillips 66 Co., et al. |
| MSS 1 08-958 | Jerry L. Teachey v. Phillips 66 Co., et al. |
| MSS 1 08-959 | Daryl Tanner v. Phillips 66 Co., et al. |
| MSS 1 08-960 | William A. Tatum v. Phillips 66 Co., et al. |
| MSS 1 08-961 | Mathyngale Williams v. Phillips 66 Co., et al. |
| MSS 1 08-962 | David Griffin Williams v. Phillips 66 Co., et al. |
| MSS 1 08-963 | J.B. White, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-964 | Randy J. White v. Phillips 66 Co., et al. |
| MSS 1 08-965 | Phillip West v. Phillips 66 Co., et al. |
| MSS 1 08-966 | James E. Watts v. Phillips 66 Co., et al. |
| MSS 1 08-967 | Ted Watkins v. Phillips 66 Co., et al. |
| MSS 1 08-968 | Jerry L. Warnock v. Phillips 66 Co., et al. |
| MSS 1 08-969 | James R. Walley v. Phillips 66 Co., et al. |
| MSS 1 08-970 | Henry Ward, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-971 | Pauline Waller v. Phillips 66 Co., et al. |
| MSS 1 08-972 | James C. Wallace v. Phillips 66 Co., et al. |
| MSS 1 08-973 | Larry Collins v. Phillips 66 Co., et al. |
| MSS 1 08-974 | Danny Conn v. Phillips 66 Co., et al. |
| MSS 1 08-975 | Charles T. Cook v. Phillips 66 Co., et al. |
| MSS 1 08-976 | Charles L. Coulter v. Phillips 66 Co., et al. |
| MSS 1 08-977 | Henry S. Cooper, Jr. v. Phillips 66 Co., et al. |

## MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-978 | James Edward Cupit v. Phillips 66 Co., et al. |
| MSS 1 08-979 | Tim Clanan v. Phillips 66 Co., et al. |
| MSS 1 08-980 | Robert L. Cowart v. Phillips 66 Co., et al. |
| MSS 1 08-981 | Concie L. Curtis v. Phillips 66 Co., et al. |
| MSS 1 08-982 | Jerry Walter Cavin v. Phillips 66 Co., et al. |
| MSS 1 08-983 | David Chipmon v. Phillips 66 Co., et al. |
| MSS 1 08-984 | Alford B. Chapman v. Phillips 66 Co., et al. |
| MSS 1 08-985 | Howard M. Case v. Phillips 66 Co., et al. |
| MSS 1 08-986 | Herman Collins v. Phillips 66 Co., et al. |
| MSS 1 08-987 | Paul Carney v. Phillips 66 Co., et al. |
| MSS 1 08-988 | Henry S. Carr v. Phillips 66 Co., et al. |
| MSS 1 08-989 | Jon Campbell v. Phillips 66 Co., et al. |
| MSS 1 08-990 | Sherman Easterling v. Phillips 66 Co., et al. |
| MSS 1 08-991 | Douglas Echols v. Phillips 66 Co., et al. |
| MSS 1 08-992 | Donnie Edward Evans v. Phillips 66 Co., et al. |
| MSS 1 08-993 | Bennie Jake Evans v. Phillips 66 Co., et al. |
| MSS 1 08-994 | Charles Echols v. Phillips 66 Co., et al. |
| MSS 1 08-995 | Jacob Evans v. Phillips 66 Co., et al. |
| MSS 1 08-996 | Bill Fairley v. Phillips 66 Co., et al. |
| MSS 1 08-997 | Kenneth E. Fairchild v. Phillips 66 Co., et al. |
| MSS 1 08-998 | Turner Floyd v. Phillips 66 Co., et al. |
| MSS 1 08-999 | Michael V. Fountain. Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1000 | Miles D. Fountain v. Phillips 66 Co., et al. |
| MSS 1 08-1001 | Leonard W. Foster v. Phillips 66 Co., et al. |
| MSS 1 08-1002 | Willis F. Langley v. Phillips 66 Co., et al. |
| MSS 1 08-1003 | Michael R. Lee v. Phillips 66 Co., et al. |
| MSS 1 08-1004 | Kenneth D. Leggett v. Phillips 66 Co., et al. |
| MSS 1 08-1005 | Colon R. Leonard, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1006 | David W. Lines v. Phillips 66 Co., et al. |
| MSS 1 08-1007 | Robert Junior Lofton v. Phillips 66 Co., et al. |
| MSS 1 08-1008 | Troy Lofton v. Phillips 66 Co., et al. |
| MSS 1 08-1009 | Dale Donaldson v. Phillips 66 Co., et al. |
| MSS 1 08-1010 | David Daley v. Phillips 66 Co., et al. |
| MSS 1 08-1011 | Vandiver Dunn v. Phillips 66 Co., et al. |
| MSS 1 08-1012 | Eugene F. Dvorak v. Phillips 66 Co., et al. |
| MSS 1 08-1013 | Jerry L. Dunigan v. Phillips 66 Co., et al. |
| MSS 1 08-1014 | Ross A. Kennedy v. Phillips 66 Co., et al. |
| MSS 1 08-1015 | Sidney L. Kerben, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1016 | Plummer Kittrell v. Phillips 66 Co., et al. |
| MSS 1 08-1017 | Paul Bedford Johnson v. Phillips 66 Co., et al. |
| MSS 1 08-1018 | Johnny Jordan v. Phillips 66 Co., et al. |
| MSS 1 08-1019 | Robert E. Jordan v. Phillips 66 Co., et al. |
| MSS 1 08-1020 | Jimmy L. Nations v. Phillips 66 Co., et al. |
| MSS 1 08-1021 | James Nelson v. Phillips 66 Co., et al. |
| MSS 1 08-1022 | Isaac Newell v. Phillips 66 Co., et al. |
| MSS 1 08-1023 | Cecil Jerry Nickey v. Phillips 66 Co., et al. |
| MSS 1 08-1024 | Gary L. Odom v. Phillips 66 Co., et al. |
| MSS 1 08-1025 | Randy Byrd v. Phillips 66 Co., et al. |
| MSS 1 08-1026 | Dale Butler v. Phillips 66 Co., et al. |

## MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-1027 | Rex B. Byrd v. Phillips 66 Co., et al. |
| MSS 1 08-1028 | James Johnny Bishop v. Phillips 66 Co., et al. |
| MSS 1 08-1029 | David Boleware v. Phillips 66 Co., et al. |
| MSS 1 08-1030 | Jimmie L. Bevis v. Phillips 66 Co., et al. |
| MSS 1 08-1031 | George Bounds v. Phillips 66 Co., et al. |
| MSS 1 08-1032 | Herbert D. Buckley v. Phillips 66 Co., et al. |
| MSS 1 08-1033 | Terry Lee Biglan v. Phillips 66 Co., et al. |
| MSS 1 08-1034 | John D. Yelverton, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1035 | Kenneth Usry v. Phillips 66 Co., et al. |
| MSS 1 08-1036 | Joel P. Upton v. Phillips 66 Co., et al. |
| MSS 1 08-1037 | Billy Quick v. Phillips 66 Co., et al. |
| MSS 1 08-1038 | Tommy J. Knotts, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1039 | Joe Keyes v. Phillips 66 Co., et al. |
| MSS 1 08-1040 | Lee Owen Bailey, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1041 | Harmon J. Bryant v. Phillips 66 Co., et al. |
| MSS 1 08-1042 | Johnny Clyde Banks v. Phillips 66 Co., et al. |
| MSS 1 08-1043 | Jerry D. Ballard v. Phillips 66 Co., et al. |
| MSS 1 08-1044 | Kenneth M. Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1045 | William M. Beard v. Phillips 66 Co., et al. |
| MSS 1 08-1046 | James Boyte v. Phillips 66 Co., et al. |
| MSS 1 08-1047 | Hiram Jesse Breland v. Phillips 66 Co., et al. |
| MSS 1 08-1048 | James Lavern Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1049 | John Lee Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1050 | Julius R. Beard v. Phillips 66 Co., et al. |
| MSS 1 08-1051 | Cleveland D. Boler, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1052 | Robert E. Aaron v. Phillips 66 Co., et al. |
| MSS 1 08-1053 | David Adcock v. Phillips 66 Co., et al. |
| MSS 1 08-1054 | Donald Allen, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1055 | Wayne H. Allred v. Phillips 66 Co., et al. |
| MSS 1 08-1056 | Robert E. Ard v. Phillips 66 Co., et al. |
| MSS 1 08-1057 | Willie Glean Ard v. Phillips 66 Co., et al. |
| MSS 1 08-1058 | Gene B. Atwood v. Phillips 66 Co., et al. |
| MSS 1 08-1059 | Mozell Aultman, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1060 | Edward Bacon v. Phillips 66 Co., et al. |
| MSS 1 08-1061 | Larry Edward Jackson v. Phillips 66 Co., et al. |
| MSS 1 08-1062 | Leroy Jackson v. Phillips 66 Co., et al. |
| MSS 1 08-1063 | Jackson P. Jefcoat v. Phillips 66 Co., et al. |
| MSS 1 08-1064 | Jimmy D. Jernigan v. Phillips 66 Co., et al. |
| MSS 1 08-1065 | Tony Herrington v. Phillips 66 Co., et al. |
| MSS 1 08-1066 | James V. Herrington v. Phillips 66 Co., et al. |
| MSS 1 08-1067 | Don F. Herrington v. Phillips 66 Co., et al. |
| MSS 1 08-1068 | George Henderson v. Phillips 66 Co., et al. |
| MSS 1 08-1069 | Cecil C. Heathcock v. Phillips 66 Co., et al. |
| MSS 1 08-1070 | Jerry W. Hayles v. Phillips 66 Co., et al. |
| MSS 1 08-1071 | James Jordan v. Phillips 66 Co., et al. |
| MSS 1 08-1072 | James B. Jones v. Phillips 66 Co., et al. |
| MSS 1 08-1073 | Anthony E. Jones v. Phillips 66 Co., et al. |
| MSS 1 08-1074 | Roland Johnson, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1075 | Dan Wilson Johnson v. Phillips 66 Co., et al. |

## MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-1076 | Willie James Harris v. Phillips 66 Co., et al. |
| MSS 1 08-1077 | Curtis Harris v. Phillips 66 Co., et al. |
| MSS 1 08-1078 | James Hargon v. Phillips 66 Co., et al. |
| MSS 1 08-1079 | Quincy Lamar Hall v. Phillips 66 Co., et al. |
| MSS 1 08-1080 | Paul Gregory v. Phillips 66 Co., et al. |
| MSS 1 08-1081 | Stephen C. Greene v. Phillips 66 Co., et al. |
| MSS 1 08-1082 | Robert Edward Green v. Phillips 66 Co., et al. |
| MSS 1 08-1083 | Gregory Green v. Phillips 66 Co., et al. |
| MSS 1 08-1084 | Billy R. Green v. Phillips 66 Co., et al. |
| MSS 1 08-1085 | Stanley L. Goode v. Phillips 66 Co., et al. |
| MSS 1 08-1086 | Richard G. Gatlin v. Phillips 66 Co., et al. |
| MSS 1 08-1087 | Robert Wayne Gardner v. Phillips 66 Co., et al. |
| MSS 1 08-1088 | Larry M. Freeman v. Phillips 66 Co., et al. |
| MSS 1 08-1089 | Sidney R. Foxworth v. Phillips 66 Co., et al. |
| MSS 1 08-1090 | Ernest R. Ford v. Phillips 66 Co., et al. |
| MSS 1 08-1091 | Thomas L. Hutto v. Phillips 66 Co., et al. |
| MSS 1 08-1092 | Thomas E. Hutto v. Phillips 66 Co., et al. |
| MSS 1 08-1093 | Douglas L. Huff v. Phillips 66 Co., et al. |
| MSS 1 08-1094 | Charles R. Hoover v. Phillips 66 Co., et al. |
| MSS 1 08-1095 | George H. Hollomon v. Phillips 66 Co., et al. |
| MSS 1 08-1096 | Melvin Hollingsworth v. Phillips 66 Co., et al. |
| MSS 1 08-1097 | Billy R. Hollingsworth v. Phillips 66 Co., et al. |
| MSS 1 08-1098 | James E. Hollingshead v. Phillips 66 Co., et al. |
| MSS 1 08-1099 | W. C. Hodge v. Phillips 66 Co., et al. |
| MSS 1 08-1100 | Thurman R. Hitson, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1101 | Donald Newt v. Phillips 66 Co., et al. |
| MSS 1 08-1102 | Willard Donald v. Phillips 66 Co., et al. |
| MSS 1 08-1103 | Kenneth A. Dubose v. Phillips 66 Co., et al. |
| MSS 1 08-1104 | Darrus P. Dunigan v. Phillips 66 Co., et al. |
| MSS 1 08-1105 | James Lowrey Dunn v. Phillips 66 Co., et al. |
| MSS 1 08-1106 | Ernie Lee Easterling v. Phillips 66 Co., et al. |
| MSS 1 08-1107 | Rickey W. Ellzey v. Phillips 66 Co., et al. |
| MSS 1 08-1108 | Robert W. Emler v. Phillips 66 Co., et al. |
| MSS 1 08-1109 | John Eubanks v. Phillips 66 Co., et al. |
| MSS 1 08-1110 | Joseph C. Evans, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1111 | Lee Farmer v. Phillips 66 Co., et al. |
| MSS 1 08-1112 | Charles Fedrick, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1113 | Joe D. Feduccia v. Phillips 66 Co., et al. |
| MSS 1 08-1114 | Kendall Floyd v. Phillips 66 Co., et al. |
| MSS 1 08-1115 | George B. Collins v. Phillips 66 Co., et al. |
| MSS 1 08-1116 | Roderick Wayne Collins v. Phillips 66 Co., et al. |
| MSS 1 08-1117 | Thomas Cooley v. Phillips 66 Co., et al. |
| MSS 1 08-1118 | Abby Cothern, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1119 | Larry Crager v. Phillips 66 Co., et al. |
| MSS 1 08-1120 | Henrietta Cummings, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-1121 | Wilmer E. Curtis v. Phillips 66 Co., et al. |
| MSS 1 08-1122 | Terry W. Davis v. Phillips 66 Co., et al. |
| MSS 1 08-1123 | James Dearman v. Phillips 66 Co., et al. |
| MSS 1 08-1124 | Kenneth L. Dearman v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-1125 | Garner L. Delk v. Phillips 66 Co., et al. |
| MSS 1 08-1126 | Willie E. Doggett v. Phillips 66 Co., et al. |
| MSS 1 08-1127 | James H. Donald v. Phillips 66 Co., et al. |
| MSS 1 08-1128 | Issac Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1129 | Randy K. Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1130 | Thomas Brown, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1131 | James Donald Burkhalter v. Phillips 66 Co., et al. |
| MSS 1 08-1132 | Vernon Burrell v. Phillips 66 Co., et al. |
| MSS 1 08-1133 | Daniel G. Burrow v. Phillips 66 Co., et al. |
| MSS 1 08-1134 | Michael Bustin v. Phillips 66 Co., et al. |
| MSS 1 08-1135 | Gary R. Byrd v. Phillips 66 Co., et al. |
| MSS 1 08-1136 | Charles R. Campbell v. Phillips 66 Co., et al. |
| MSS 1 08-1137 | Douglas Elwood Campbell v. Phillips 66 Co., et al. |
| MSS 1 08-1138 | John Howard Carruth v. Phillips 66 Co., et al. |
| MSS 1 08-1139 | Audley Carter v. Phillips 66 Co., et al. |
| MSS 1 08-1140 | Braxton Clark v. Phillips 66 Co., et al. |
| MSS 1 08-1141 | Colin R. Clark v. Phillips 66 Co., et al. |
| MSS 1 08-1142 | Robert W. Clark v. Phillips 66 Co., et al. |
| MSS 1 08-1143 | Thomas A. Clark v. Phillips 66 Co., et al. |
| MSS 1 08-1144 | Winford L. Adcock v. Phillips 66 Co., et al. |
| MSS 1 08-1145 | Lloyd G. Alexander v. Phillips 66 Co., et al. |
| MSS 1 08-1146 | Melvin Anderson v. Phillips 66 Co., et al. |
| MSS 1 08-1147 | Maxie Ray Anding v. Phillips 66 Co., et al. |
| MSS 1 08-1148 | J. C. Arrington v. Phillips 66 Co., et al. |
| MSS 1 08-1149 | Milton L. Arrington v. Phillips 66 Co., et al. |
| MSS 1 08-1150 | Carlton Aultman v. Phillips 66 Co., et al. |
| MSS 1 08-1151 | David Wayne Baggett v. Phillips 66 Co., et al. |
| MSS 1 08-1152 | Daniel M. Banks v. Phillips 66 Co., et al. |
| MSS 1 08-1153 | Tommy E. Barnes, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1154 | Earnest Beasley v. Phillips 66 Co., et al. |
| MSS 1 08-1155 | Louis L. Bond v. Phillips 66 Co., et al. |
| MSS 1 08-1156 | Bobby G. Boykin v. Phillips 66 Co., et al. |
| MSS 1 08-1157 | C.N. Boykin v. Phillips 66 Co., et al. |
| MSS 1 08-1158 | Buren Dale Boyles v. Phillips 66 Co., et al. |
| MSS 1 08-1159 | George W. Boyte v. Phillips 66 Co., et al. |
| MSS 1 08-1160 | Fred Brent v. Phillips 66 Co., et al. |
| MSS 1 08-1161 | Donnie Calvin Brewer v. Phillips 66 Co., et al. |
| MSS 1 08-1162 | David Brister v. Phillips 66 Co., et al. |
| MSS 1 08-1163 | Thomas L. Broadhead v. Phillips 66 Co., et al. |
| MSS 1 08-1164 | Estelle Ruth Brown, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-1165 | Michael Harold Jordan v. Phillips 66 Co., et al. |
| MSS 1 08-1166 | John Edgar Keyes v. Phillips 66 Co., et al. |
| MSS 1 08-1167 | Jerry Kirk v. Phillips 66 Co., et al. |
| MSS 1 08-1168 | Kenneth Kirkendall, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1169 | Dewayne Kirkley v. Phillips 66 Co., et al. |
| MSS 1 08-1170 | Billy Ray Knight v. Phillips 66 Co., et al. |
| MSS 1 08-1171 | Ralph W. Lambert v. Phillips 66 Co., et al. |
| MSS 1 08-1172 | Henry E. Landrum v. Phillips 66 Co., et al. |
| MSS 1 08-1173 | Edward J. Leggett v. Phillips 66 Co., et al. |
| MSS 1 08-1174 | William Lewis, Sr. v. Phillips 66 Co., et al. |

## MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-1175 | Robert Lofton v. Phillips 66 Co., et al. |
| MSS 1 08-1176 | Bobby F. Maples v. Phillips 66 Co., et al. |
| MSS 1 08-1177 | William W. Mashburn, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1178 | Lucious McCaffrey v. Phillips 66 Co., et al. |
| MSS 1 08-1179 | Roger W. McCaffrey v. Phillips 66 Co., et al. |
| MSS 1 08-1180 | Daniel McCarty v. Phillips 66 Co., et al. |
| MSS 1 08-1181 | Alfred McDonald v. Phillips 66 Co., et al. |
| MSS 1 08-1182 | Charles McGee v. Phillips 66 Co., et al. |
| MSS 1 08-1183 | William R. McGraw v. Phillips 66 Co., et al. |
| MSS 1 08-1184 | Delton Alford McKinney v. Phillips 66 Co., et al. |
| MSS 1 08-1185 | Charles Irvin McLain v. Phillips 66 Co., et al. |
| MSS 1 08-1186 | James Ray McManus v. Phillips 66 Co., et al. |
| MSS 1 08-1187 | Owen L. Mills v. Phillips 66 Co., et al. |
| MSS 1 08-1188 | Glen Earl Moak v. Phillips 66 Co., et al. |
| MSS 1 08-1189 | William Leon Moore v. Phillips 66 Co., et al. |
| MSS 1 08-1190 | Otis L. Morgan v. Phillips 66 Co., et al. |
| MSS 1 08-1191 | Bobby Murray, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1192 | Michael K. Neely, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1193 | Billy Dale Nichols v. Phillips 66 Co., et al. |
| MSS 1 08-1194 | Shelby Nugent v. Phillips 66 Co., et al. |
| MSS 1 08-1195 | Rickey L. Oliver v. Phillips 66 Co., et al. |
| MSS 1 08-1196 | Gene William Pacey v. Phillips 66 Co., et al. |
| MSS 1 08-1197 | Jeffrey B. Parker v. Phillips 66 Co., et al. |
| MSS 1 08-1198 | Phillip L. Parnell v. Phillips 66 Co., et al. |
| MSS 1 08-1199 | Clifton A. Perkins v. Phillips 66 Co., et al. |
| MSS 1 08-1200 | Alfred J. Pittman v. Phillips 66 Co., et al. |
| MSS 1 08-1201 | Michael C. Pitts v. Phillips 66 Co., et al. |
| MSS 1 08-1202 | Sam Pitts v. Phillips 66 Co., et al. |
| MSS 1 08-1203 | V.W. Pitts v. Phillips 66 Co., et al. |
| MSS 1 08-1204 | Carl O. Porter v. Phillips 66 Co., et al. |
| MSS 1 08-1205 | Gary L. Price v. Phillips 66 Co., et al. |
| MSS 1 08-1206 | William Steve Reed v. Phillips 66 Co., et al. |
| MSS 1 08-1207 | Harvey Richard Revette, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1208 | Charles L. Rigney, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1209 | Donald Robbins v. Phillips 66 Co., et al. |
| MSS 1 08-1210 | Jimmy Roberts v. Phillips 66 Co., et al. |
| MSS 1 08-1211 | Johnny William Roberts v. Phillips 66 Co., et al. |
| MSS 1 08-1212 | Julius E. Rodgers v. Phillips 66 Co., et al. |
| MSS 1 08-1213 | David Clinton Rollins v. Phillips 66 Co., et al. |
| MSS 1 08-1214 | William H. Russell v. Phillips 66 Co., et al. |
| MSS 1 08-1215 | Billy Joe Rutland v. Phillips 66 Co., et al. |
| MSS 1 08-1216 | Arthur L. Scarbrough v. Phillips 66 Co., et al. |
| MSS 1 08-1217 | Gary B. Sims v. Phillips 66 Co., et al. |
| MSS 1 08-1218 | John W. Sims, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1219 | Ervin Smith v. Phillips 66 Co., et al. |
| MSS 1 08-1220 | Mark Smith v. Phillips 66 Co., et al. |
| MSS 1 08-1221 | Vince Edward Smith v. Phillips 66 Co., et al. |
| MSS 1 08-1222 | Willis T. Smith v. Phillips 66 Co., et al. |
| MSS 1 08-1223 | James C. Speights v. Phillips 66 Co., et al. |
| MSS 1 08-1224 | Bobby Spiars v. Phillips 66 Co., et al. |
| MSS 1 08-1225 | Stephen V. Spradley v. Phillips 66 Co., et al. |

Case MDL No. 875   Document 5660   Filed 10/23/08   Page 10 of 10

Page 9 of 9

## MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**     **CASE CAPTION**

MSS  1  08-1226          Charlie Alford Stampley v. Phillips 66 Co., et al.
MSS  1  08-1227          David Foster Stanley v. Phillips 66 Co., et al.
MSS  1  08-1228          William J. Street v. Phillips 66 Co., et al.
MSS  1  08-1229          Melton L. Strickland v. Phillips 66 Co., et al.
MSS  1  08-1230          Louis Tageant v. Phillips 66 Co., et al.
MSS  1  08-1231          Edward Tanner, Jr. v. Phillips 66 Co., et al.
MSS  1  08-1232          Harold D. Thornton v. Phillips 66 Co., et al.
MSS  1  08-1233          Larry W. Townsend v. Phillips 66 Co., et al.
MSS  1  08-1234          William C. Tucker v. Phillips 66 Co., et al.
MSS  1  08-1235          Dewey Upshaw v. Phillips 66 Co., et al.
MSS  1  08-1236          Jerry Upshaw v. Phillips 66 Co., et al.
MSS  1  08-1237          Robert Earl Wade v. Phillips 66 Co., et al.
MSS  1  08-1238          Billy J. Wagley v. Phillips 66 Co., et al.
MSS  1  08-1239          Johnny R. Weeks v. Phillips 66 Co., et al.
MSS  1  08-1240          Freddie Weir v. Phillips 66 Co., et al.
MSS  1  08-1241          Bobby G. Wells, Sr. v. Phillips 66 Co., et al.
MSS  1  08-1242          Charlie West v. Phillips 66 Co., et al.
MSS  1  08-1243          Dalton L. West v. Phillips 66 Co., et al.
MSS  1  08-1244          Thomas E. West v. Phillips 66 Co., et al.
MSS  1  08-1245          Earl Dean Westerfield v. Phillips 66 Co., et al.
MSS  1  08-1246          Larry J. White v. Phillips 66 Co., et al.
MSS  1  08-1247          James E. White, Jr. v. Phillips 66 Co., et al.
MSS  1  08-1248          Reba N. Wilkinson v. Phillips 66 Co., et al.
MSS  1  08-1249          Versie L. Durr, et al. v. Phillips 66 Co., et al.
MSS  1  08-1250          Patricia Goldman, etc. v. Phillips 66 Co., et al.
MSS  1  08-1251          Wilma Heathcock, et al. v. Phillips 66 Co., et al.
MSS  1  08-1252          Billie Lambert, et al. v. Phillips 66 Co., et al.
MSS  1  08-1253          Teresa Darty v. Phillips 66 Co., et al.
MSS  1  08-1254          Vanessa Lindsey, etc. v. Phillips 66 Co., et al.
MSS  1  08-1255          Neena Mosley v. Phillips 66 Co., et al.
MSS  1  08-1256          Billy G. Brown v. Phillips 66 Co., et al.
MSS  1  08-1257          Ollie Mae Carter, etc. v. Phillips 66 Co., et al.
MSS  1  08-1258          Audrey Nell Ingle v. Phillips 66 Co., et al.
MSS  1  08-1259          Audie Mae Prine, et al. v. Phillips 66 Co., et al.
MSS  1  08-1260          Lyndall Smith, et al. v. Phillips 66 Co., et al.
MSS  1  08-1261          Peter Wise v. Phillips 66 Co., et al.