MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2008

FILED
CLERK'S OFFICE

1  Brian P. Barrow (State Bar No. 177906)
   **SIMON, EDDINS & GREENSTONE LLP**
2  301 Ocean Boulevard, Suite 1950
   Long Beach, California 90802
3  Telephone: (562) 590-3400
   Facsimile:  (562) 590-3412
4  E-mail: bbarrow@seglaw.com

5  Attorneys for Plaintiffs

PLEADING NO. 5661

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY T. MEREDITH, as personal representative etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BONDEX INTERNATIONAL, et al.,<br><br>Defendants. | Case No. CV08-04443 R JTL<br><br>Judge Manuel L. Real<br><br>**STIPULATION AND ORDER FOR IMMEDIATE REMAND OF CASE TO STATE COURT** |

Plaintiffs, along with defendant and removing party General Electric Company ("GE"), previously submitted a stipulation for immediate remand of this case to Los Angeles Superior Court. On September 15, this court declined to issue the proposed order, finding that the parties' mere stipulation was not itself good cause for remand. Plaintiffs and GE now re-submit their stipulation with the following showing of good cause: GE originally removed this action under the federal officer removal statute (28 U.S.C. 1442) on the understanding that plaintiffs asserted claims against it for exposure to products that GE supplied to the United States Navy. Plaintiffs' claims, however, do *not* involve any products supplied by GE to the Navy. To confirm this, plaintiffs and GE executed an underlying stipulation clarifying that plaintiffs do not intend to pursue any causes of action against GE for Navy-based exposures or to seek recovery for any

1  damages for Navy-based exposures for which GE could otherwise be jointly liable. (A
2  copy of the stipulation is attached as Exhibit A.) Based on plaintiffs' indication that
3  they are not suing for any Navy-related exposures, plaintiffs and GE hereby agree that
4  there is no federal subject matter jurisdiction in this case and, therefore, good cause
5  exists for immediate remand of this case to state court.

7  DATED: September 30, 2008    SIMON, EDDINS & GREENSTONE LLP

9                                                  By: _____
10                                                      Brian P. Barrow
                                                        Attorneys for Plaintiffs

13  DATED: September 30, 2008    SEDGWICK DETERT MORAN & ARNOLD

15                                                  By: _____
16                                                      Charles T. Sheldon
                                                        Katherine P. Gardiner
17                                                      Attorneys for General Electric Company

19      **THEREFORE, IT IS ORDERED THAT** this case is remanded to Los Angeles
20  Superior Court.

23
    Dated: October 9, 2008                          _____
24  MDL- 875                                        District Judge Manuel L. Real
25       RECOMMENDED ACTION

26  VAC CTO-313 f/o   /ackson
    Approved/Date: YR  22 oct 08