UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 23, 2008

FILED
CLERK'S OFFICE

### UNITED STATES JUDICIAL PANEL
#### on
### MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Mary T. Meredith, et al. v. Bondex International, Inc., et al., | ) | |
| C.D. California, C.A. No. 2:08-4443 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE NOVEMBER 20, 2008, HEARING SESSION

A conditional transfer order was filed in this action (*Meredith*) on August 11, 2008.  Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Meredith* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order.  The Panel has now been advised that *Meredith* was remanded to Los Angeles Superior Court, California, by the Honorable Manuel L. Real in an order filed on October 9, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-313" filed on August 11, 2008, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 22, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel