MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2008

FILED
CLERK'S OFFICE

# TUCKER ELLIS & WEST LLP
ATTORNEYS AT LAW

1150 Huntington Bldg.  925 Euclid Avenue  Cleveland, Ohio  44115-1414
phone 216.592.5000  facsimile 216.592.5009  tuckerellis.com

CLEVELAND  COLUMBUS  LOS ANGELES  SAN FRANCISCO

Direct Dial: 216.696.3715
Email: susan.audey@tuckerellis.com

October 28, 2008

**VIA FACSIMILE (202) 502-2888**

Jeffery N. Lüthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

> Request of Defts. Reliance Elec Co in LeMaster, et al., CAN 3:08-3316 to File Response - - GRANTED **IN PART** TO AND INCLUDING **October 30, 2008**.
> (jwn - October 29, 2008)

Re:  MDL No. 875, *In re Asbestos Products Liability Litigation* (No. VI)
     CTO 314

Dear Mr. Lüthi:

Defendant Reliance Electric Company respectfully requests an additional five days—until November 3—to respond to Plaintiff Harry LeMaster's Motion to Vacate Conditional Transfer Order 314 and supporting brief.

Sincerely,

TUCKER ELLIS & WEST LLP

Susan Audey on behalf of
Evan Nelson

SMA:sa
Copy to Alan R. Brayton (415) 898-1247

PLEADING NO. 5664

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2008 OCT 28  P 3:57

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

074908.000541.1020903

IMAGED OCT 3 0 2008