**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2008

FILED
CLERK'S OFFICE

# TUCKER ELLIS & WEST LLP
### ATTORNEYS AT LAW

135 Main Street  Suite 700  San Francisco, California  94105
phone 415.617.2400  facsimile 415.617.2409  www.tuckerellis.com

CLEVELAND   COLUMBUS   LOS ANGELES   SAN FRANCISCO

Direct Dial: 415.617.2205
Email: lance.wilson@tuckerellis.com

October 28, 2008

> Request of Defts. United Technologies Corp and Carrier Corp in Belk, et al., CAN 3:08-3317 to File Response - - GRANTED **IN PART** TO AND INCLUDING **October 30, 2008**.
> (jwn - October 29, 2008)

**VIA FACSIMILE 202-502-2888**

Jeffery N. Lüthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

PLEADING NO. 5665

    Re:    MDL No. 875, *In re Asbestos Products Liability Litigation* (No. VI)
             CTO 314

Dear Mr. Lüthi:

    Defendants United Technologies Corporation and Carrier Corporation respectfully request an additional five days—until November 3—to respond to Plaintiff Finas Belk, Norman Carveth, and Robert Schoelzel's Motions to Vacate Conditional Transfer Order 314 and supporting briefs.

             Sincerely,
             Tucker Ellis & West LLP

             Lance Wilson

Copy to Alan R. Brayton

074908.000540.161873

**OFFICIAL FILE COPY**

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 OCT 29 A 6:32

IMAGED OCT 3 0 2008