# Brayton✦Purcell LLP

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2008

FILED
CLERK'S OFFICE

TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
RICHARD R. KUHN
WILLIAM G. McDEVITT
ROBERT M. LEVY
GREG M. SHEFFER

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKRNSTOR
BRONSON D. BILLS*
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
DAVID W. FERMINO
JUSTIN P. FISIT
BRYN C. GALLAGHER
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT

LAUREL HALBANY
CHRIS E. HERSOM
GARY V. JUDD
CLAYTON W. KENT
MATTHEW B. LEE
NANCY LU
MAUREEN C. McGOWAN
JAMES P. NEVIN
JULIET K. NGUYEN
OREN P. NOAH
ERIN A. ORZEL
AMIR S. SARREHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
LISA D. TANDOC
JANE E. VETTO*
NANCY T. WILLIAMS
JAMES ZHU

October 28, 2008

PLEADING NO. 5666

**VIA FACSIMILE (202) 502-2888**

Jeffrey N. Luthi
Clerk of the Judicial Panel on Multi-District Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

    Re:    MDL No. 875, CTO 314;
             *Harry LeMaster, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.*,
             CA N.D. No. 3:08-3316

Dear Mr. Luthi:

    I am in receipt of a copy of a letter, dated today, from counsel for defendant Reliance Electric Company addressed to you requesting "an additional five days" to respond to Plaintiff's Motion to Vacate Conditional Transfer Order 314.

    Please be advised that it is plaintiff's belief and contention that pursuant to MDL Rules 7.4 and 7.2, this brief was due within 20 days after the filing of our motion and that absent a written application for extension of time with service upon plaintiff's counsel, as provided by MDL Rule 6.2, defendant Reliance Electric Company's response was due no later than October 12, 2008, a date which has long since passed. Accordingly, we strenuously object to ANY papers being filed in response to our motion at this time, or any other, as any such responsive pleadings are in contravention of MDL Rule 7.2.

    Moreover, and most importantly, I have learned today that your staff, with no communication or notice to plaintiff's counsel, has unilaterally and ex parte engaged in what amounts to a solicitation of a late responsive pleading by defendant, by telephoning said counsel

K:\Injured\109521\Ped-ltr-luthi.wpd

**OFFICIAL FILE COPY**

IMAGED OCT 3 0 2008

Jeffrey N. Luthi  
October 28, 2008

Page 2

long after the response was due, asking whether they desired to file a response and then informing them they had until October 29, 2008 to file same. This office has received no notifications or communications in this regard from either defendant's counsel or the MDL clerk prior to today.

I call this to your attention because I believe the aforesaid actions are wrongful, biased and prejudicial to a fair resolution of this matter. Again, plaintiffs object to any responsive pleadings being filed on behalf of Reliance Electric Company.

Very truly yours,

Richard M. Grant

RMG:jae

cc: Susan M. Audey (Fax  216-696-2296)

K:\Injured\109521\Fed-ltr-luthi.wpd