UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 30, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
 LITIGATION (NO. VI)  MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-317)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,552 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                                       MDL No. 875

## SCHEDULE CTO-317 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CONNECTICUT** | |
| CT  3  08-731 | William Barlow, et al. v. General Electric Co., et al. |
| **DELAWARE** | |
| DE  1  08-623 | Dee A. Steckler, etc. v. Viad Corp. |
| **FLORIDA SOUTHERN** | |
| FLS  1  08-22522 | Peter Constantinides, et al. v. Alfa Laval, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN  1  08-4237 | Jean M. Jasinski, etc. v. A.W. Chesterton Co., Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  08-578 | Porter Robinson, et al. v. BNSF Railway Co. |
| **LOUISIANA MIDDLE** | |
| LAM  3  08-572 | James W. Gibbens, et al. v. Aqua-Chem, Inc., et al. |
| **MARYLAND** | |
| MD  1  08-2282 | Tyeisha Hansley, etc. v. E.L. Stebbing & Co., Inc., et al. |
| **MICHIGAN EASTERN** | |
| MIE  2  08-13283 | Richard G. Yunt v. Grand Trunk Western Railroad, Inc. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  08-512 | Debra Drane Albright, et al. v. INVISTA S.a.r.l., LLC, et al. |
| NCM  1  08-625 | Dorothy Deloris Hemphill v. Aqua-Chem, Inc., et al. |
| NCM  1  08-626 | Samuel Carroll Bonds v. Aqua-Chem, Inc., et al. |
| NCM  1  08-636 | Oliver T. Love, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-637 | James B. Tucker, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-638 | John A. Frye, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-642 | David W. Henderson, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-643 | James O. Shumate, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-644 | James A. Williams, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-317 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCM 1 08-650 | Valerie V. Ellison, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-653 | John B. Dyer, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-654 | Kenneth R. McDaniel, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-655 | James D. Roach, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-656 | Jeter Wayne Rock v. Aqua-Chem, Inc., et al. |
| NCM 1 08-657 | Trudy W. Rowland, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-685 | Deborah P. Bowman v. Aqua-Chem, Inc., et al. |
| NCM 1 08-686 | Cody Lee Norris, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-687 | Gary D. Scarboro, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-688 | Herbert R. Hale, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-689 | Phillip Eugene Gatton v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCW 1 08-410 | Hansel L. Moore, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-411 | William Bernard Davis v. Aqua-Chem, Inc., et al. |
| NCW 1 08-412 | Wylie G. Horton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-413 | Williard Howard Elkins v. Aqua-Chem, Inc., et al. |
| NCW 1 08-417 | Timothy Joe Hoyle v. Aqua-Chem, Inc., et al. |
| NCW 1 08-418 | Steven M. Vincent, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-421 | Kenneth E. Pope, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-422 | Ricky A. Hawkins, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-423 | David A. Mitchell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-424 | Raymond E. Ross, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-425 | Jackie Kenneth Wilson v. Aqua-Chem, Inc., et al. |
| NCW 1 08-426 | Randy G. Cash, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-427 | William R. York, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-428 | James A. Anderson, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-431 | Richard F. Carpenter, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-432 | David R. Cogdell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-433 | Kenneth L. Griffith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-435 | William Roger Felton v. Aqua-Chem, Inc., et al. |
| NCW 1 08-436 | Jerry Delmus Haney v. Aqua-Chem, Inc., et al. |
| NCW 1 08-437 | Pansy A. Huss, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-438 | Merritta C. Joyner, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-439 | Stephen W. McClure, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-440 | Gary S. McCorkle, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-443 | Terry L. Presswood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-446 | Herbert Wallace, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-447 | Kenneth Warren, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-449 | Fred H. Wilkinson, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-450 | Clarence S. Withrow v. Aqua-Chem, Inc., et al. |
| NCW 1 08-452 | Ernest W. McJunkins, Jr., et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-317 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCW 1 08-453 | Benjamin F. Melton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-454 | John Wesley Peace v. Aqua-Chem, Inc., et al. |
| NCW 1 08-455 | Barry K. Postell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-461 | Robert L. Archie, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-462 | Nellie E. Ryan, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-463 | Lynn Edward Brecht v. Aqua-Chem, Inc., et al. |
| NCW 1 08-466 | Les Boyd Evans, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-467 | James Herbert Lail, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-468 | Jimmy Ray Foxx, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-469 | Richard D. Heffner, et al. v. Aqua-Chem, Inc., et al. |

OHIO NORTHERN

| | |
|---|---|
| OHN 1 08-10003 | Edwin O. Erickson v. A-C Product Liability Trust, et al. |
| OHN 1 08-10004 | Robert J. Mchenry v. A-C Product Liability Trust, et al. |
| OHN 1 08-10005 | James T. Degnan v. A-C Product Liability Trust, et al. |

RHODE ISLAND

| | |
|---|---|
| RI 1 08-175 | Thomas Feeley, et al. v. Buffalo Pumps, Inc., et al. |
| RI 1 08-176 | Thomas Feeley, et al. v. Buffalo Pumps, Inc., et al. |

SOUTH CAROLINA

| | |
|---|---|
| SC 0 08-2985 | Ronald Jacobs, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2999 | Donnie Jean Roof v. Aqua-Chem, Inc., et al. |
| SC 0 08-3030 | Ernest G. Greenwood, II, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3032 | Roger W. Hill, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3100 | Thomas J. Walkowiak, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3102 | James Carson Taylor v. Aqua-Chem, Inc., et al. |
| SC 0 08-3157 | Keith Duane Alexander v. Aqua-Chem, Inc., et al. |
| SC 0 08-3158 | Jesse H. Barfield, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3160 | Ernest G. Huffman, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3161 | Lester Cunningham, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3162 | Vernon C. Godfrey, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3163 | Melvin J. Dean, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3315 | Ronald F. Gregory, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3331 | Thomas C. Sanders, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3334 | Robert E. Pitmon, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 08-3007 | Lois M. Mitchum v. Owens-Illinois, Inc., et al. |
| SC 2 08-3031 | Vernon A. Manus, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 08-3051 | Johnny R. McCullough, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-2997 | William Edward Putman, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-3000 | David A. Wheatley, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-3047 | John H. Valentine, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-317 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**             **CASE CAPTION**

SC   7   08-3271             James M. Mullinax, et al. v. Aqua-Chem, Inc., et al.
SC   7   08-3273             Ann Poole Mullins, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2979             Donny L. Carpenter, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2982             Ruth W. Jennings, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2983             Douglas Allen Crenshaw v. Aqua-Chem, Inc., et al.
SC   8   08-2984             Mark T. Hester, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2986             Delores Yvonne Lamb v. Aqua-Chem, Inc., et al.
SC   8   08-2987             Roger J. Masters, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2988             James V. McCall, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2998             Gregory L. Robinett, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3001             Frank J. Miller, Jr., et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3043             Harry M. Graham, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3046             Edmond Brown, Jr., et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3050             Gary E. Ross, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3052             Ruth Jean Chapman, etc. v. Aqua-Chem, Inc., et al.
SC   8   08-3053             Coy T. Fulghum, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3054             Jerry Joe Lathan v. Aqua-Chem, Inc., et al.
SC   8   08-3056             Lewis J. McWhorter, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3058             Julian Wade Oglesby v. Aqua-Chem, Inc., et al.
SC   8   08-3096             Gettys Wayne Cox, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3098             James Young, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3099             Raymond D. Waterman, Jr., et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3101             Paul Udell Terry, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3103             James R. Price, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3106             Debra Lear King, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3191             Frank L. Bibb v. Aqua-Chem, Inc., et al.
SC   8   08-3193             Larry W. Davenport, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3195             Earle E. Echols, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3199             Phillip Ray Williams v. Aqua-Chem, Inc., et al.
SC   8   08-3267             Robert David Cobb v. Aqua-Chem, Inc., et al.
SC   8   08-3268             Harvey W. Cole, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3274             Phillip M. Richardson, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3312             Aron Lester Collinst, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3317             Grover C. Woodard, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-3337             George B. Moore, et al. v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
  VAE   2   01-5835         Dean E. Bergman v. American Standard, Inc., et al.
  VAE   2   01-5836         Nelson R. Brooks v. American Standard, Inc., et al.
  VAE   2   01-5837         Charles R. Buskill v. American Standard, Inc., et al.
  VAE   2   01-5838         Joseph R. Carollo v. American Standard, Inc., et al.
  VAE   2   01-5839         James B. Conner v. American Standard, Inc., et al.

**MDL No. 875 - Schedule CTO-317 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 2 01-5840 | William H. Monroe, Jr., etc. (James Stanley Donley) v. American Standard, Inc., et al. |
| VAE 2 01-5841 | Willard R. Fox v. American Standard, Inc., et al. |
| VAE 2 01-5842 | Charles E. Fuller v. American Standard, Inc., et al. |
| VAE 2 01-5843 | Franklin F. Fyock v. American Standard, Inc., et al. |
| VAE 2 01-5844 | Lewis E. Gaines v. American Standard, Inc., et al. |
| VAE 2 01-5845 | James C. Harlowe v. American Standard, Inc., et al. |
| VAE 2 01-5846 | Robert E. Hartley v. American Standard, Inc., et al. |
| VAE 2 01-5847 | James E. Hoff v. American Standard, Inc., et al. |
| VAE 2 01-5848 | Patrick J. Howe v. American Standard, Inc., et al. |
| VAE 2 01-5849 | Carl G. Hudson v. American Standard, Inc., et al. |
| VAE 2 01-5850 | Charles H. Jordan v. American Standard, Inc., et al. |
| VAE 2 01-5851 | William H. Monroe, Jr., etc. (Truman Kauffman) v. American Standard, Inc., et al. |
| VAE 2 01-5852 | Joseph K. Murrill, Jr. v. American Standard, Inc., et al. |
| VAE 2 01-5853 | Merle M. Robertson, etc. v. American Standard, Inc., et al. |
| VAE 2 01-5854 | Ronald G. Shaul v. American Standard, Inc., et al. |
| VAE 2 01-5856 | Gene H. Gray v. American Standard, Inc., et al. |
| VAE 2 01-5857 | Walter W. Oldaker v. American Standard, Inc., et al. |
| VAE 3 08-375 | Sandra Brunson, etc. v. Alfa Laval, Inc., et al. |
| VAE 3 08-376 | Sandra Brunson, etc. v. Alfa Laval, Inc., et al. |