UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LIGIATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 31 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL NO. 875 |
| JOHN W. VAWTER AND ERNESTINE VAWTER, <br><br> Plaintiffs, <br><br> vs. <br><br> BUFFALO PUMPS, INC. a Delaware Corporation, et al. <br><br> Defendants. | Civil Action No. 3:08-cv-02343 <br><br><br><br><br> From the United States District Court for the District of South Carolina, Columbia Division |

### VIAD CORP'S MEMORANDUM IN OPPOSITION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant, Viad Corp, by and through the undersigned counsel, files this Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order entered by the Clerk of the Panel on July 21, 2008, transferring this action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875) and more specifically states:

Plaintiffs ask this Panel to vacate the conditional transfer order in this case pending decision on plaintiffs' motion to remand the action to state court. That motion is *sub judice* before the District of South Carolina. Plaintiffs' application for relief from this Panel should be denied.

In several 2008 Transfer Orders, the most recent of which was filed on August 19, the MDL Panel has explicitly reaffirmed the determination in its "original decision" – *In re Asbestos Prods. Liab. Litig. (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991) – to reject

"distinctions based on such matters as the pendency of motions . . . before the transferor court" and "the uniqueness of a party's status" "as grounds for carving out exceptions to transfer."

The Panel has observed in its Transfer Orders that "[t]here is no need to delay transfer . . . to accommodate [plaintiffs'] interest" in denying or deferring transfer "in order to permit the resolution of motions to remand the actions to state court." This is so, among other reasons, because, "as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order (CTO), stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order" and, in the interim, the transferor court continues to have jurisdiction to conduct pre-trial proceedings. "[A]ccordingly," the Panel has stated, "those courts wishing to address such motions have adequate time in which to do so, while those courts concluding that such issues should be addressed by the transferee judge need not rule on them."

Plaintiffs' papers before this Court advise that this action was commenced on May 22; that defendant Viad was served on June 3 and defendant Buffalo Pumps on June 6; that Viad removed the case to the District of South Carolina on June 26, and Buffalo Pumps on July 3; that this Panel issued a conditional transfer order on July 21; that plaintiffs filed a motion to remand on July 28; that defendants filed their oppositions to remand on August 11 and 12; and that plaintiffs replied on August 21, 2008.

Plaintiffs' reply papers in the District of South Carolina, filed on August 21, specifically ask that court to remand the case to the South Carolina state court "before the

"distinctions based on such matters as the pendency of motions . . . before the transferor court" and "the uniqueness of a party's status" "as grounds for carving out exceptions to transfer."

The Panel has observed in its Transfer Orders that "[t]here is no need to delay transfer . . . to accommodate [plaintiffs'] interest" in denying or deferring transfer "in order to permit the resolution of motions to remand the actions to state court." This is so, among other reasons, because, "as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order (CTO), stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order" and, in the interim, the transferor court continues to have jurisdiction to conduct pre-trial proceedings. "[A]ccordingly," the Panel has stated, "those courts wishing to address such motions have adequate time in which to do so, while those courts concluding that such issues should be addressed by the transferee judge need not rule on them."

Plaintiffs' papers before this Court advise that this action was commenced on May 22; that defendant Viad was served on June 3 and defendant Buffalo Pumps on June 6; that Viad removed the case to the District of South Carolina on June 26, and Buffalo Pumps on July 3; that this Panel issued a conditional transfer order on July 21; that plaintiffs filed a motion to remand on July 28; that defendants filed their oppositions to remand on August 11 and 12; and that plaintiffs replied on August 21, 2008.

Plaintiffs' reply papers in the District of South Carolina, filed on August 21, specifically ask that court to remand the case to the South Carolina state court "before the

conditional transfer order robs it of the opportunity to rule" and urge that "it is entirely appropriate for [the District] Court to rule on the motion for remand rather than simply allowing the case to be transferred." The District Court is thus clearly on notice of plaintiffs' request, and has "adequate time" to rule on plaintiffs' remand motion should it choose to do so.

For all of these reasons, plaintiffs' motion to vacate the conditional transfer order "to allow the district court to rule on the Motion for Remand" should be denied.

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: s/ANTHONY HAYES (FED. BAR NO. 7500)
    Anthony C. Hayes
    Federal Bar No. 7500
    E-Mail Address: anthony.hayes@nelsonmullins.com
    Robert O. Meriwether
    Federal Bar No. 1040
    E-Mail Address: robert.meriwether@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

    Counsel for Viad Corp

Columbia, South Carolina

August 25, 2008

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  '08 OCT 31 A 10:51  RECEIVED CLERK'S OFFICE

CERTIFICATE OF SERVICE

I hereby certify on this 25th day of August, 2008, a copy of Viad Corp's Memorandum in Opposition to Vacate Conditional Transfer Order was served by electronic means on parties registered with the United States District Court District of South Carolina's Electronic Case Filing system. I further certified that a copy of the foregoing, together with a copy of the Notice of Electronic Filing, was served on parties who are not registered to receive a Notice of Electronic Filing for this case, by mailing of a copy of same by United States Mail, postage prepaid

          NELSON MULLINS RILEY & SCARBOROUGH, LLP

          By: s/Anthony C. Hayes (Fed Bar No. 7500)
              Anthony C. Hayes
              Federal Bar No. 7500

Columbia, South Carolina
August 25h, 2008

CERTIFICATE OF SERVICE

I, the undersigned, of the law office of Nelson Mullins Riley & Scarborough, LLP, attorneys for VIAD Corp., do hereby certify that I have served counsel of record in this action with a copy of the pleading(s) by electronic means on parties registered with the United States District Court, District of South Carolina's Electronic Case Filing System. I further certify that a copy of the foregoing was served on parties who are not registered to receive a Notice of Electronic Filing for this case, by mailing a copy of same by United States Mail, postage prepaid to the following addresses, as well as those listed on the attached Panel Service List:

Pleading(s):	Viad Corp's Memorandum in Opposition to Vacate Conditional Transfer Order

Counsel Served:	John D. Kassel
Theile B. McVey
John D. Kassel, Attorney at Law, LLC
Post Office Box 1476
Columbia, SC 29202

Jessica Dean
Simon Eddins & Greenstone, LLP
3232 McKinney Avenue, Suite 610
Dallas, TX 75204

Amy Geddes
1441 Main St., Suite 1500
Columbia, SC 29202

Mark Wall
Elmore Wall
P. O. Box 1200
Charleston, SC 29402

Moffatt G. McDonald
W. David Conner
Scott E. Frick
Haynsworth Sinkler Boyd, PA
P. O. Box 2048
Greenville, SC 29602

Ronald B. Cox
Bowers Orr Firm
P. O. Box 25389
Columbia, SC 29224

Jennifer Techman
Evert Weathersby Houff
3405 Piedmont Rd., Suite 200
Atlanta, GA 30305

Steve Pugh
Richardson Plowden
1900 Barnwell St.
Columbia, SC 29201

Stephanie G. Flynn
Daniel White
Galivan Boyd & White
55 Beattie Place, Suite 1200
Greenville, SC

Timothy W. Bouch
Leath, Bouch & Crawford
P.O. Box 59
Charleston, SC  29402

Daniel White
Stephanie Flynn
Galivan Boyd & White
55 Beattie Place, Suite 1200
Greenville, SC

Robert Stepp
Tina Cundari
Sowell Gray
1310 Gadsden St.
Columbia, SC 29211

Zandra Lynn Johnson  
Tim Peck  
Smith & Moore  
PO Box 21927  
Greensboro, NC 27420  

Kelly B. Jones  
Womble Carlisle  
150 Fayetteville St., Suite 2100  
Raleigh, NC 27602  

Joseph A. Rhodes, Jr.  
Ogletree Deakins Nash  Smoak and Stewart  
 P. O. Box 2757  
Greenville, SC 29602  

Albert Parnell  
Hawkins & Parnell  
4000 SunTrust Plaza  
303 Peachtree Street, N.E.  
Atlanta, GA  30308-3243  

David Root  
Christine Companion Varnado  
Kernodle Taylor & Root  
P.O. Box 13897  
James Island, SC  29422-3897  

Saunders Aldridge  
Bates Lovett  
Hunter MacLean Exley & Dunn, PC  
200 E. St. Julian St.  
Savannah, GA 31412  

Robert Stepp  
Tina Cundari  
Sowell Gray  
1310 Gadsden St.  
Columbia, SC 29211  

Angela Spivey  
James H. Elliott, Jr.  
Pritchard & Elliott, PC  
8 Cumberland St., Suite 200  
Charleston,SC 29401

Ron B. Cox
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, SC 29201

Carl Pierce
Beau Inabinet
Pierce Herns Sloan & McLeod
321 East Bay St.
Charleston, SC 29401

Jennifer Techman
Evert Weathersby Houff
3405 Piedmont Rd., Suite 200
Atlanta, GA 30305

Daniel S. Terrell
The Shaw Group
4171 Essen Lane
Baton Rouge, LA 70809

Trent M. Kernodle
Christine Companion Varnado
Kernodle Taylor Root
P.O. Box 13897
James Island, SC 29422

Steven Ouzts
Tom Kennaday
Jonathan Roquemore
John Cuttino
Turner Padget
P.O.Box 1473
Columbia, SC 29202

Robert O. Meriwether
David G. Traylor, Jr.
Nelson Mullins Riley & Scarborough, LLP
1320 Main St., 17th Floor
P. O. Box 11070 (29211)
Columbia, SC 29201

G. Mark Phillips  
Nelson Mullins Riley & Scarborough, LLP  
151 Meeting St., 6th Floor  
P. O. Box 1806 (29402)  
Charleston, SC 29401  

*Joan Kishline*  
Joan Kishline  
Administrative Assistant  

Columbia, South Carolina  

10/30 , 2008

Page 1 of 2

# IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-312)

John W. Vawter, et al. v. Buffalo Pumps, Inc., et al., D. South Carolina, C.A. No. 3:08-2343
Jerry T. Hickman, et al. v. Buffalo Pumps, Inc., et al., D. South Carolina, C.A. No. 3:08-2409

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Anthony C. Hayes
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Zandra Lynn Johnson
LEATHERWOOD WALKER TODD
& MANN PC
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29601

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Theile B. McVey
JOHN D KASSEL LAW FIRM
1330 Laurel Street, P.O. Box 1476
Columbia, SC 29202

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Timothy Peck
SMITH MOORE LLP
P.O. Box 21927
Greensboro, NC 27420

Mark W. Phillips
ROBINS KAPLAN MILLER & CIRESI
950 East Paces Ferry Road, N.E.
2600 One Atlanta Plaza
Atlanta, GA 30326

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

David A. Root
KERNODLE TAYLOR & ROOT
P.O. Box 12009
Charleston, SC 29422

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF
3405 Piedmont Road, NE, Suite 200
Atlanta, GA 30305

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

**MDL No. 875 - Panel Service List (Excerpted from CTO-312(Continued)**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608