**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV - 7 2008

FILED
CLERK'S OFFICE

### MDL NO. 875 – IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION

### RE:    ATTACHED SCHEDULE OF PENDING ACTIONS

### NOTICE OF OPPOSITION TO CTO-316

Please take notice that the undersigned represents the Plaintiffs identified by name and civil action number on the schedule attached hereto as Exhibit "A", which are included on the Conditional Transfer Order-316. Plaintiffs hereby submit this opposition to the Conditional Transfer Order. We understand that the motion and brief to vacate are due fifteen (15) days from the filing of this opposition.

Please be advised that remand to state court has been ordered by the Honorable Walter J. Gex in the following cases: Civil Action No. 1:08-cv-00839, *Elsie Smith* v. Phillips 66, et al; and Civil Action No. 1:08-cv-01008, *Troy Lofton* v. Phillips 66, et al. Copies of the Court's Orders are attached hereto as Exhibit "B".

Respectfully submitted,

PLAINTIFFS

BY: _____
GREGORY N. JONES (MSB #102152)
RANDY BRUCHMILLER (MSB#102094)
ALLEN R. VAUGHT (MSB # 101695)
Franklin, Cardwell & Jones, PC
1001 McKinney, 18th Floor
Houston, Texas 77002
Telephone: 713/222-6025
Facsimile: 713/222-0938

PLEADING NO. 5673

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2008 NOV -7 A 6: 27

RECEIVED
CLERK'S OFFICE

**IMAGED** NOV 7 2008

S. ROBERT HAMMOND, JR.(MSB #3004)
S. Robert Hammond, Jr., PLLC
711 Hardy Street
Post Office Box 471
Hattiesburg, MS 39403-0471
Telephone: 601/450-4499
Facsimile: 601/450-1162

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2008

FILED
CLERK'S OFFICE

# EXHIBIT A

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| STYLE OF CASE | CIVIL ACTION NO. | DISTRICT COURT |
|---|---|---|
| Elsie Smith, Individually and as Representative of the Estate of Larry D. Smith, Deceased v. Phillips 66, et al | 1:08-cv-00839-WJG | Southern District of Mississippi |
| Dimple I.Thompson, Individually and as Representative of the Estate of Marvin Thompson, Deceased v. Phillips 66, et al | 1:08-cv-00840-WJG | Southern District of Mississippi |
| Betty Sauls, Individually and as Representative of the Estate of Kenneth L. Sauls, Deceased v. Phillips 66, et al | 1:08-cv-00841-WJG | Southern District of Mississippi |
| Judith Richardson, Individually and as Representative of the Estate of Troyce Johnson, Deceased v. Phillips 66, et al | 1:08-cv-00842-WJG | Southern District of Mississippi |
| Alice Presley, Individually and as Representative of the Estate of William Pressley, Deceased v. Phillips 66, et al | 1:08-cv-00843-WJG | Southern District of Mississippi |
| Chrystelle Pevey, Individually and as Representative of the Estate of James E. Pevey, Deceased v. Phillips 66, et al | 1:08-cv-00844-WJG | Southern District of Mississippi |
| James R. Garner, Individually and as Representative of the Estate of Hubert Garner, Deceased v. Phillips 66, et al | 1:08-cv-00845-WJG | Southern District of Mississippi |
| Patricia Gayle Pitts, Individually and as Representative of the Estate of Homer Earl Pitts, Deceased | 1:08-cv-00846-WJG | Southern District of Mississippi |
| Betty McNair, Individually and as Representative of the Estate of L.B. McNair, Deceased v. Phillips 66, et al | 1:08-cv-00847-WJG | Southern District of Mississippi |
| Brownell v. Phillips 66, et al | 1:08-cv-00848-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Berry, Individually and as Representative of the Estate of Fred Berry, Deceased v. Phillips 66, et al | 1:08-cv-00849-WJG | Southern District of Mississippi |
| Brady, Individually and as Representative of the Estate of Willie Douglas Hancock, Deceased v. Phillips 66, et al | 1:08-cv-00850-WJG | Southern District of Mississippi |
| Taylor, Individually and as Representative of the Estate of Clarence Kelly, Sr., Deceased v. Phillips 66, et al | 1:08-cv-00851-WJG | Southern District of Mississippi |
| Frances Stewart, Individually and as Representative of the Estate of Floyd L. Nettles, Deceased v. Phillips 66, et al | 1:08-cv-00852-WJG | Southern District of Mississippi |
| Stephanie Davis, Individually and as Representative of the Estate of Don M. Davis, Deceased v. Phillips 66, et al | 1:08-cv-00853-WJG | Southern District of Mississippi |
| Shirley A. Ezell, Individually and as Representative of the Estate of Elbert C. Ezell, Deceased v. Phillips 66, et al | 1:08-cv-00854-WJG | Southern District of Mississippi |
| Krysten Lambert Butler, Individually and as Representative of the Estate of Bennie Floyd, Deceased v. Phillips 66, et al | 1:08-cv-00855-WJG | Southern District of Mississippi |
| Dodd Mitchell Sykes v. Phillips 66, et al | 1:08-cv-00856-WJG | Southern District of Mississippi |
| Corbit Sullivan v. Phillips 66, et al | 1:08-cv-00857-WJG | Southern District of Mississippi |
| Walter E. Stinson v. Phillips 66, et al | 1:08-cv-00858-WJG | Southern District of Mississippi |
| Timothy L. Stewart  v. Phillips 66, et al | 1:08-cv-00859-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Joe Stephens v. Phillips 66, et al | 1:08-cv-00860-WJG | Southern District of Mississippi |
| Joseph Spradley v. Phillips 66, et al | 1:08-cv-00861-WJG | Southern District of Mississippi |
| Joseph Spiers v. Phillips 66, et al | 1:08-cv-00862-WJG | Southern District of Mississippi |
| George Ross Spence v. Phillips 66, et al | 1:08-cv-00863-WJG | Southern District of Mississippi |
| Darrell D. Smith v. Phillips 66, et al | 1:08-cv-00864-WJG | Southern District of Mississippi |
| Joe Smith, Jr. v. Phillips 66, et al | 1:08-cv-00865-WJG | Southern District of Mississippi |
| Kelcie Dale Smith v. Phillips 66, et al | 1:08-cv-00866-WJG | Southern District of Mississippi |
| Charles R. Smith v. Phillips 66, et al | 1:08-cv-00867-WJG | Southern District of Mississippi |
| Charles C. Smith v. Phillips 66, et al | 1:08-cv-00868-WJG | Southern District of Mississippi |
| Charles Smith v. Phillips 66, et al | 1:08-cv-00869-WJG | Southern District of Mississippi |
| Charles R. Sims v. Phillips 66, et al | 1:08-cv-00870-WJG | Southern District of Mississippi |
| Thomas E. Simmons v. Phillips 66, et al | 1:08-cv-00871-WJG | Southern District of Mississippi |
| Jesse James Short v. Phillips 66, et al | 1:08-cv-00872-WJG | Southern District of Mississippi |
| Tom M. Saul, Jr. v. Phillips 66, et al | 1:08-cv-00873-WJG | Southern District of Mississippi |
| J.M. Saul v. Phillips 66, et al | 1:08-cv-00874-WJG | Southern District of Mississippi |
| Aaron Sasser, Jr. v. Phillips 66, et al | 1:08-cv-00875-WJG | Southern District of Mississippi |
| Charles David Sanders v. Phillips 66, et al | 1:08-cv-00876-WJG | Southern District of Mississippi |
| Ralph Gardner v. Phillips 66, et al | 1:08-cv-00877-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Jerrell J. Gunter v. Phillips 66, et al | 1:08-cv-00878-WJG | Southern District of Mississippi |
| Rudolph Gregory v. Phillips 66, et al | 1:08-cv-00879-WJG | Southern District of Mississippi |
| Ted Justin Graves v. Phillips 66, et al | 1:08-cv-00880-WJG | Southern District of Mississippi |
| David Grantham v. Phillips 66, et al | 1:08-cv-00881-WJG | Southern District of Mississippi |
| Kenneth Graham v. Phillips 66, et al | 1:08-cv-00882-WJG | Southern District of Mississippi |
| Grover Audell Goldman v. Phillips 66, et al | 1:08-cv-00883-WJG | Southern District of Mississippi |
| Melvin R. Glass v. Phillips 66, et al | 1:08-cv-00884-WJG | Southern District of Mississippi |
| Authur Gilmore v. Phillips 66, et al | 1:08-cv-00885-WJG | Southern District of Mississippi |
| Bobby L. Gibson v. Phillips 66, et al | 1:08-cv-00886-WJG | Southern District of Mississippi |
| Charles Gardner v. Phillips 66, et al | 1:08-cv-00887-WJG | Southern District of Mississippi |
| Eddie Lee Gaines, Jr. v. Phillips 66, et al | 1:08-cv-00888-WJG | Southern District of Mississippi |
| Ernest Wayne Hutto v. Phillips 66, et al | 1:08-cv-00889-WJG | Southern District of Mississippi |
| Randy R. Hunt v. Phillips 66, et al | 1:08-cv-00890-WJG | Southern District of Mississippi |
| Ompy L. Hudson, III v. Phillips 66, et al | 1:08-cv-00891-WJG | Southern District of Mississippi |
| Johnny Howard v. Phillips 66, et al | 1:08-cv-00892-WJG | Southern District of Mississippi |
| Malcolm Paul Howse v. Phillips 66, et al | 1:08-cv-00893-WJG | Southern District of Mississippi |
| Donald W. Holmes v. Phillips 66, et al | 1:08-cv-00894-WJG | Southern District of Mississippi |
| William L. Holloway v. Phillips 66, et al | 1:08-cv-00895-WJG | Southern District of Mississippi |
| Charles Edward Holifield v. Phillips 66, et al | 1:08-cv-00896-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Richard Hodges  v. Phillips 66, et al | 1:08-cv-00897-WJG | Southern District of Mississippi |
| John Heidel  v. Phillips 66, et al | 1:08-cv-00898-WJG | Southern District of Mississippi |
| Katie Higginbotham v. Phillips 66, et al | 1:08-cv-00899-WJG | Southern District of Mississippi |
| Isaac Haynes v. Phillips 66, et al | 1:08-cv-00900-WJG | Southern District of Mississippi |
| Thad Harvey v. Phillips 66, et al | 1:08-cv-00901-WJG | Southern District of Mississippi |
| Ex Earl Harrison  v. Phillips 66, et al | 1:08-cv-00902-WJG | Southern District of Mississippi |
| Ricky Wayne Harris v. Phillips 66, et al | 1:08-cv-00903-WJG | Southern District of Mississippi |
| James E. Harris v. Phillips 66, et al | 1:08-cv-00904-WJG | Southern District of Mississippi |
| Charles Hamrick, Sr. v. Phillips 66, et al | 1:08-cv-00905-WJG | Southern District of Mississippi |
| Ansler Dale Hall v. Phillips 66, et al | 1:08-cv-00906-WJG | Southern District of Mississippi |
| Hugh W. Mullins  v. Phillips 66, et al | 1:08-cv-00907-WJG | Southern District of Mississippi |
| Vincent Motley v. Phillips 66, et al | 1:08-cv-00908-WJG | Southern District of Mississippi |
| Willie E. Moore  v. Phillips 66, et al | 1:08-cv-00909-WJG | Southern District of Mississippi |
| Dennis G. Moak v. Phillips 66, et al | 1:08-cv-00910-WJG | Southern District of Mississippi |
| Bobby W. Mire, Sr. v. Phillips 66, et al | 1:08-cv-00911-WJG | Southern District of Mississippi |
| Bobby R. Mills  v. Phillips 66, et al | 1:08-cv-00912-WJG | Southern District of Mississippi |
| Michael D. Miller  v. Phillips 66, et al | 1:08-cv-00913-WJG | Southern District of Mississippi |
| Loranzie Miller v. Phillips 66, et al | 1:08-cv-00914-WJG | Southern District of Mississippi |
| Robert D. McLain v. Phillips 66, et al | 1:08-cv-00915-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Clifford McLain v. Phillips 66, et al | 1:08-cv-00916-WJG | Southern District of Mississippi |
| Thomas A. McKenzie v. Phillips 66, et al | 1:08-cv-00917-WJG | Southern District of Mississippi |
| Ronnie McGill v. Phillips 66, et al | 1:08-cv-00918-WJG | Southern District of Mississippi |
| Mark McFarland v. Phillips 66, et al | 1:08-cv-00919-WJG | Southern District of Mississippi |
| John W. McFarland v. Phillips 66, et al | 1:08-cv-00920-WJG | Southern District of Mississippi |
| Ben F. McDonald v. Phillips 66, et al | 1:08-cv-00921-WJG | Southern District of Mississippi |
| Ecclus McAllister v. Phillips 66, et al | 1:08-cv-00922-WJG | Southern District of Mississippi |
| Kenneth Mayhugh, Jr. v. Phillips 66, et al | 1:08-cv-00923-WJG | Southern District of Mississippi |
| Alton J. Mahaffey, Jr. v. Phillips 66, et al | 1:08-cv-00924-WJG | Southern District of Mississippi |
| Keith Mason v. Phillips 66, et al | 1:08-cv-00925-WJG | Southern District of Mississippi |
| James G. Magee v. Phillips 66, et al | 1:08-cv-00926-WJG | Southern District of Mississippi |
| Winston Madison v. Phillips 66, et al | 1:08-cv-00927-WJG | Southern District of Mississippi |
| Mark Price v. Phillips 66, et al | 1:08-cv-00928-WJG | Southern District of Mississippi |
| George R. Price v. Phillips 66, et al | 1:08-cv-00929-WJG | Southern District of Mississippi |
| Albert Preston v. Phillips 66, et al | 1:08-cv-00930-WJG | Southern District of Mississippi |
| Daniel L. Prather v. Phillips 66, et al | 1:08-cv-00931-WJG | Southern District of Mississippi |
| William Hinton Powell v. Phillips 66, et al | 1:08-cv-00932-WJG | Southern District of Mississippi |
| Herbert K. Powell v. Phillips 66, et al | 1:08-cv-00933-WJG | Southern District of Mississippi |
| Ernest Plumer v. Phillips 66, et al | 1:08-cv-00934-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Luther Pitts v. Phillips 66, et al | 1:08-cv-00935-WJG | Southern District of Mississippi |
| Frazier M. Phillips v. Phillips 66, et al | 1:08-cv-00936-WJG | Southern District of Mississippi |
| William H. Peak v. Phillips 66, et al | 1:08-cv-00937-WJG | Southern District of Mississippi |
| J.E. Patton v. Phillips 66, et al | 1:08-cv-00938-WJG | Southern District of Mississippi |
| Morgan T. Palmer v. Phillips 66, et al | 1:08-cv-00939-WJG | Southern District of Mississippi |
| Joe L. Palmer v. Phillips 66, et al | 1:08-cv-00940-WJG | Southern District of Mississippi |
| Larry Russell v. Phillips 66, et al | 1:08-cv-00941-WJG | Southern District of Mississippi |
| James Lowery Russell v. Phillips 66, et al | 1:08-cv-00942-WJG | Southern District of Mississippi |
| David P. Russell v. Phillips 66, et al | 1:08-cv-00943-WJG | Southern District of Mississippi |
| Mitchell R. Rushing v. Phillips 66, et al | 1:08-cv-00944-WJG | Southern District of Mississippi |
| Carl A. Runnels v. Phillips 66, et al | 1:08-cv-00945-WJG | Southern District of Mississippi |
| Tommy Rollins v. Phillips 66, et al | 1:08-cv-00946-WJG | Southern District of Mississippi |
| Larry Jessie Rollins v. Phillips 66, et al | 1:08-cv00947-WJG | Southern District of Mississippi |
| Pearl Lavern Robbins v. Phillips 66, et al | 1:08-cv-00948-WJG | Southern District of Mississippi |
| James D. Reid v. Phillips 66, et al | 1:08-cv-00949-WJG | Southern District of Mississippi |
| Jackie D. Ramage v. Phillips 66, et al | 1:08-cv-00950-WJG | Southern District of Mississippi |
| Jason C. Ratliff v. Phillips 66, et al | 1:08-cv-00951-WJG | Southern District of Mississippi |
| Jake W. McLain v. Phillips 66, et al | 1:08-cv-00952-WJG | Southern District of Mississippi |
| Robert E. Morris v. Phillips 66, et al | 1:08-cv-00953-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| James M. Turner v. Phillips 66, et al | 1:08-cv-00954-WJG | Southern District of Mississippi |
| Lester Leroy Toney v. Phillips 66, et al | 1:08-cv-00955-WJG | Southern District of Mississippi |
| Joe R. Thompson v. Phillips 66, et al | 1:08-cv-00956-WJG | Southern District of Mississippi |
| Leroy Terrell v. Phillips 66, et al | 1:08-cv-00957-WJG | Southern District of Mississippi |
| Jerry L. Teachey v. Phillips 66, et al | 1:08-cv-00958-WJG | Southern District of Mississippi |
| Daryl Ray Tanner v. Phillips 66, et al | 1:08-cv-00959-WJG | Southern District of Mississippi |
| William A. Tatum v. Phillips 66, et al | 1:08-cv-00960-WJG | Southern District of Mississippi |
| Mathyngale "Buck" Williams v. Phillips 66, et al | 1:08-cv-00961-WJG | Southern District of Mississippi |
| David Griffin Williams v. Phillips 66, et al | 1:08-cv-00962-WJG | Southern District of Mississippi |
| J.B. White, Jr. v. Phillips 66, et al | 1:08-cv-00963-WJG | Southern District of Mississippi |
| Randy J. White v. Phillips 66, et al | 1:08-cv-00964-WJG | Southern District of Mississippi |
| Phillip West v. Phillips 66, et al | 1:08-cv-00965-WJG | Southern District of Mississippi |
| James E. Watts v. Phillips 66, et al | 1:08-cv-00966-WJG | Southern District of Mississippi |
| Ted Watkins v. Phillips 66, et al | 1:08-cv-00967-WJG | Southern District of Mississippi |
| Jerry L. Warnock v. Phillips 66, et al | 1:08-cv-00968-WJG | Southern District of Mississippi |
| James R. Walley v. Phillips 66, et al | 1:08-cv-00969-WJG | Southern District of Mississippi |
| Henry Ward, Jr. v. Phillips 66, et al | 1:08-cv-00970-WJG | Southern District of Mississippi |
| Pauline Waller v. Phillips 66, et al | 1:08-cv-00971-WJG | Southern District of Mississippi |
| James C. Wallace v. Phillips 66, et al. | 1:08-cv-00972-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Larry Collins v. Phillips 66, et al | 1:08-cv-00973-WJG | Southern District of Mississippi |
| Danny Conn v. Phillips 66, et al | 1:08-cv-00974-WJG | Southern District of Mississippi |
| Charles T. Cook v. Phillips 66, et al | 1:08-cv-00975-WJG | Southern District of Mississippi |
| Charles L. Coulter v. Phillips 66, et al | 1:08-cv-00976-WJG | Southern District of Mississippi |
| Henry S. Cooper, Jr. v. Phillips 66, et al | 1:08-cv-00977-WJG | Southern District of Mississippi |
| James Edward Cupit v. Phillips 66, et al | 1:08-cv-00978-WJG | Southern District of Mississippi |
| Tim Clanan v. Phillips 66, et al | 1:08-cv-00979-WJG | Southern District of Mississippi |
| Robert L. Cowart v. Phillips 66, et al | 1:08-cv-00980-WJG | Southern District of Mississippi |
| Concie Curtis, III v. Phillips 66, et al | 1:08-cv-00981-WJG | Southern District of Mississippi |
| Jerry W. Cavin v. Phillips 66, et al | 1:08-cv-00982-WJG | Southern District of Mississippi |
| David Chipmon v. Phillips 66, et al | 1:08-cv-00983-WJG | Southern District of Mississippi |
| Alford B. Chapman v. Phillips 66, et al | 1:08-cv-00984-WJG | Southern District of Mississippi |
| Howard M. Case v. Phillips 66, et al | 1:08-cv-00985-WJG | Southern District of Mississippi |
| Herman Collins v. Phillips 66, et al | 1:08-cv-00986-WJG | Southern District of Mississippi |
| Paul Carney v. Phillips 66, et al | 1:08-cv-00987-WJG | Southern District of Mississippi |
| Henry S. Carr v. Phillips 66, et al | 1:08-cv-00988-WJG | Southern District of Mississippi |
| Jon Campbell v. Phillips 66, et al | 1:08-cv-00989-WJG | Southern District of Mississippi |
| Sherman Easterling v. Phillips 66, et al | 1:08-cv-00990-WJG | Southern District of Mississippi |
| Douglas Echols v. Phillips 66, et al | 1:08-cv-00991-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Donnie E. Evans v. Phillips 66, et al | 1:08-cv-00992-WJG | Southern District of Mississippi |
| Bennie Jake Evans v. Phillips 66, et al | 1:08-cv-00993-WJG | Southern District of Mississippi |
| Charles Echols v. Phillips 66, et al | 1:08-cv-00994-WJG | Southern District of Mississippi |
| Jacob Evans v. Phillips 66, et al | 1:08-cv-00995-WJG | Southern District of Mississippi |
| Bill Fairley v. Phillips 66, et al | 1:08-cv-00996-WJG | Southern District of Mississippi |
| Kenneth Fairchild v. Phillips 66, et al | 1:08-cv-00997-WJG | Southern District of Mississippi |
| Turner Floyd v. Phillips 66, et al | 1:08-cv-00998-WJG | Southern District of Mississippi |
| Michael V. Fountain Sr. v. Phillips 66, et al | 1:08-cv-00999-WJG | Southern District of Mississippi |
| Miles D. Fountain v. Phillips 66, et al | 1:08-cv-01000-WJG | Southern District of Mississippi |
| Leonard W. Foster v. Phillips 66, et al | 1:08-cv-01001-WJG | Southern District of Mississippi |
| Willis F. Langley v. Phillips 66, et al | 1:08-cv-01002-WJG | Southern District of Mississippi |
| Michael R. Lee v. Phillips 66, et al | 1:08-cv-01003-WJG | Southern District of Mississippi |
| Kenneth D. Leggett v. Phillips 66, et al | 1:08-cv-01004-WJG | Southern District of Mississippi |
| Colon R. Leonard, Jr. v. Phillips 66, et al | 1:08-cv-01005-WJG | Southern District of Mississippi |
| David W. Lines v. Phillips 66, et al | 1:08-cv-01006-WJG | Southern District of Mississippi |
| Robert Junior Lofton v. Phillips 66, et al | 1:08-cv-01007-WJG | Southern District of Mississippi |
| Troy Lofton v. Phillips 66, et al | 1:08-cv-01008-WJG | Southern District of Mississippi |
| Dale Donaldson v. Phillips 66, et al | 1:08-cv-01009-WJG | Southern District of Mississippi |
| David Daley v. Phillips 66, et al | 1:08-cv-01010-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Vandiver Dunn v. Phillips 66, et al | 1:08-cv-01011-WJG | Southern District of Mississippi |
| Eugene F. Dvorak v. Phillips 66, et al | 1:08-cv-01012-WJG | Southern District of Mississippi |
| Jerry L. Dunigan v. Phillips 66, et al | 1:08-cv-01013-WJG | Southern District of Mississippi |
| Ross A. Kennedy v. Phillips 66, et al | 1:08-cv-01014-WJG | Southern District of Mississippi |
| Sidney L. Kerben, Jr. v. Phillips 66, et al | 1:08-cv-01015-WJG | Southern District of Mississippi |
| Plummer Kittrell v. Phillips 66, et al | 1:08-cv-01016-WJG | Southern District of Mississippi |
| Paul Bedford Johnson v. Phillips 66, et al | 1:08-cv-01017-WJG | Southern District of Mississippi |
| Johnny Jordan v. Phillips 66, et al | 1:08-cv-01018-WJG | Southern District of Mississippi |
| Robert E. Jordan v. Phillips 66, et al | 1:08-cv-01019-WJG | Southern District of Mississippi |
| Jimmy L. Nations v. Phillips 66, et al | 1:08-cv-01020-WJG | Southern District of Mississippi |
| James Nelson v. Phillips 66, et al | 1:08-cv-01021-WJG | Southern District of Mississippi |
| Isaac Newell v. Phillips 66, et al | 1:08-cv-01022-WJG | Southern District of Mississippi |
| Cecil J. Nickey v. Phillips 66, et al | 1:08-cv-01023-WJG | Southern District of Mississippi |
| Gary L. Odom v. Phillips 66, et al | 1:08-cv-01024-WJG | Southern District of Mississippi |
| Randy Byrd v. Phillips 66, et al | 1:08-cv-01025-WJG | Southern District of Mississippi |
| Dale Butler v. Phillips 66, et al | 1:08-cv-01026-WJG | Southern District of Mississippi |
| Rex B. Byrd v. Phillips 66, et al | 1:08-cv-01027-WJG | Southern District of Mississippi |
| James Johnny Bishop v. Phillips 66, et al | 1:08-cv-01028-WJG | Southern District of Mississippi |
| David Boleware v. Phillips 66, et al | 1:08-cv-01029-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Jimmie L. Bevis v. Phillips 66, et al | 1:08-cv-01030-WJG | Southern District of Mississippi |
| George Bounds v. Phillips 66, et al | 1:08-cv-01031-WJG | Southern District of Mississippi |
| Herbert Buckley v. Phillips 66, et al | 1:08-cv-01032-WJG | Southern District of Mississippi |
| Terry Lee Biglan v. Phillips 66, et al | 1:08-cv-01033-WJG | Southern District of Mississippi |
| John D. Yelverton, Jr. v. Phillips 66, et al | 1:08-cv-01034-WJG | Southern District of Mississippi |
| Kenneth Usry v. Phillips 66, et al | 1:08-cv-01035-WJG | Southern District of Mississippi |
| Joel P. Upton v. Phillips 66, et al | 1:08-cv-01036-WJG | Southern District of Mississippi |
| Billy Quick v. Phillips 66, et al | 1:08-cv-01037-WJG | Southern District of Mississippi |
| Tommy J. Knotts, Sr. v. Phillips 66, et al | 1:08-cv-01038-WJG | Southern District of Mississippi |
| Joe Keyes v. Phillips 66, et al | 1:08-cv-01039-WJG | Southern District of Mississippi |
| Lee Owen Bailey, Jr. v. Phillips 66, et al | 1:08-cv-01040-WJG | Southern District of Mississippi |
| Harmon J. Bryant v. Phillips 66, et al | 1:08-cv-01041-WJG | Southern District of Mississippi |
| Johnny C. Banks v. Phillips 66, et al | 1:08-cv-01042-WJG | Southern District of Mississippi |
| Jerry D. Ballard v. Phillips 66, et al | 1:08-cv-01043-WJG | Southern District of Mississippi |
| Kenneth M. Brown v. Phillips 66, et al | 1:08-cv-01044-WJG | Southern District of Mississippi |
| William M. Beard v. Phillips 66, et al | 1:08-cv-01045-WJG | Southern District of Mississippi |
| James Boyte v. Phillips 66, et al | 1:08-cv-01046-WJG | Southern District of Mississippi |
| Hiram Jesse Breland v. Phillips 66, et al | 1:08-cv-01047-WJG | Southern District of Mississippi |
| James Lavern Brown v. Phillips 66, et al | 1:08-cv-01048-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| John Lee Brown v. Phillips 66, et al | 1:08-cv-01049-WJG | Southern District of Mississippi |
| Julius R. Beard v. Phillips 66, et al | 1:08-cv-01050-WJG | Southern District of Mississippi |
| Cleveland D. Boler, Jr. v. Phillips 66, et al | 1:08-cv-01051-WJG | Southern District of Mississippi |
| Robert E. Aaron v. Phillips 66, et al | 1:08-cv-01052-WJG | Southern District of Mississippi |
| David Adcock v. Phillips 66, et al | 1:08-cv-01053-WJG | Southern District of Mississippi |
| Donald Allen, Sr. v. Phillips 66, et al | 1:08-cv-01054-WJG | Southern District of Mississippi |
| Wayne H. Allred v. Phillips 66, et al | 1:08-cv-01055-WJG | Southern District of Mississippi |
| Robert E. Ard v. Phillips 66, et al | 1:08-cv-01056-WJG | Southern District of Mississippi |
| Willie Glean Ard v. Phillips 66, et al | 1:08-cv-01057-WJG | Southern District of Mississippi |
| Gene B. Atwood v. Phillips 66, et al | 1:08-cv-01058-WJG | Southern District of Mississippi |
| Mozell Aultman, Sr. v. Phillips 66, et al | 1:08-cv-01059-WJG | Southern District of Mississippi |
| Edward Bacon v. Phillips 66, et al | 1:08-cv-01060-WJG | Southern District of Mississippi |
| Larry E. Jackson v. Phillips 66, et al | 1:08-cv-01061-WJG | Southern District of Mississippi |
| Leroy Jackson v. Phillips 66, et al | 1:08-cv-01062-WJG | Southern District of Mississippi |
| Jackson P. Jefcoat v. Phillips 66, et al | 1:08-cv-01063-WJG | Southern District of Mississippi |
| Jimmy D. Jernigan v. Phillips 66, et al | 1:08-cv-01064-WJG | Southern District of Mississippi |
| Tonny Herrington v. Phillips 66, et al | 1:08-cv-01065-WJG | Southern District of Mississippi |
| James V. Herrington v. Phillips 66, et al | 1:08-cv-01066-WJG | Southern District of Mississippi |
| Don F. Herrington v. Phillips 66, et al | 1:08-cv-01067-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| George Henderson v. Phillips 66, et al | 1:08-cv-01068-WJG | Southern District of Mississippi |
| Cecil Heathcock v. Phillips 66, et al | 1:08-cv-01069-WJG | Southern District of Mississippi |
| Jerry W. Hayles v. Phillips 66, et al | 1:08-cv-01070-WJG | Southern District of Mississippi |
| James Jordan v. Phillips 66, et al | 1:08-cv-01071-WJG | Southern District of Mississippi |
| James B. Jones v. Phillips 66, et al | 1:08-cv-01072-WJG | Southern District of Mississippi |
| Anthony E. Jones v. Phillips 66, et al | 1:08-cv-01073-WJG | Southern District of Mississippi |
| Roland Johnson, Jr. v. Phillips 66, et al | 1:08-cv-01074-WJG | Southern District of Mississippi |
| Dan Wilson Johnson v. Phillips 66, et al | 1:08-cv-01075-WJG | Southern District of Mississippi |
| Willie James Harris v. Phillips 66, et al | 1:08-cv-01076-WJG | Southern District of Mississippi |
| Curtis Harris v. Phillips 66, et al | 1:08-cv-01077-WJG | Southern District of Mississippi |
| James Hargon v. Phillips 66, et al | 1:08-cv-01078-WJG | Southern District of Mississippi |
| Quincy L. Hall v. Phillips 66, et al | 1:08-cv-01079-WJG | Southern District of Mississippi |
| Paul Gregory v. Phillips 66, et al | 1:08-cv-01080-WJG | Southern District of Mississippi |
| Stephen C. Greene v. Phillips 66, et al | 1:08-cv-01081-WJG | Southern District of Mississippi |
| Robert E. Green v. Phillips 66, et al | 1:08-cv-01082-WJG | Southern District of Mississippi |
| Gregory Green v. Phillips 66, et al | 1:08-cv-01083-WJG | Southern District of Mississippi |
| Billy R. Green v. Phillips 66, et al | 1:08-cv-01084-WJG | Southern District of Mississippi |
| Stanley L. Goode v. Phillips 66, et al | 1:08-cv-01085-WJG | Southern District of Mississippi |
| Richard G. Gatlin v. Phillips 66, et al | 1:08-cv-01086-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Robert Wayne Gardner v. Phillips 66, et al | 1:08-cv-01087-WJG | Southern District of Mississippi |
| Larry M. Freeman v. Phillips 66, et al | 1:08-cv-01088-WJG | Southern District of Mississippi |
| Sidney R. Foxworth v. Phillips 66, et al | 1:08-cv-01089-WJG | Southern District of Mississippi |
| Ernest Ford, Jr. v. Phillips 66, et al | 1:08-cv-01090-WJG | Southern District of Mississippi |
| Thomas Larry Hutto v. Phillips 66, et al | 1:08-cv-01091-WJG | Southern District of Mississippi |
| Thomas E. Hutto v. Phillips 66, et al | 1:08-cv-01092-WJG | Southern District of Mississippi |
| Douglas Huff v. Phillips 66, et al | 1:08-cv-01093-WJG | Southern District of Mississippi |
| Charles Hoover v. Phillips 66, et al | 1:08-cv-01094-WJG | Southern District of Mississippi |
| George H. Hollomon v. Phillips 66, et al | 1:08-cv-01095-WJG | Southern District of Mississippi |
| Melvin Hollingsworth v. Phillips 66, et al | 1:08-cv-01096-WJG | Southern District of Mississippi |
| Billy R. Hollingsworth v. Phillips 66, et al | 1:08-cv-01097-WJG | Southern District of Mississippi |
| James Hollingshead v. Phillips 66, et al | 1:08-cv-01098-WJG | Southern District of Mississippi |
| W.C. Hodge v. Phillips 66, et al | 1:08-cv-01099-WJG | Southern District of Mississippi |
| Thurman R. Hitson v. Phillips 66, et al | 1:08-cv-01100-WJG | Southern District of Mississippi |
| Newt Donald v. Phillips 66, et al | 1:08-cv-01101-WJG | Southern District of Mississippi |
| Willard Donald v. Phillips 66, et al | 1:08-cv-01102-WJG | Southern District of Mississippi |
| Kenneth A. DuBose v. Phillips 66, et al | 1:08-cv-01103-WJG | Southern District of Mississippi |
| Darrius P. Dunigan v. Phillips 66, et al | 1:08-cv-01104-WJG | Southern District of Mississippi |
| James Lowrey Dunn v. Phillips 66, et al | 1:08-cv-01105-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Ernie L. Easterling v. Phillips 66, et al | 1:08-cv-01106-WJG | Southern District of Mississippi |
| Rickey Ellzey v. Phillips 66, et al | 1:08-cv-01107-WJG | Southern District of Mississippi |
| Robert W. Emler, Sr. v. Phillips 66, et al | 1:08-cv-01108-WJG | Southern District of Mississippi |
| John Eubanks v. Phillips 66, et al | 1:08-cv-01109-WJG | Southern District of Mississippi |
| Joseph C. Evans, Jr. v. Phillips 66, et al | 1:08-cv-01110-WJG | Southern District of Mississippi |
| Lee Farmer v. Phillips 66, et al | 1:08-cv-01111-WJG | Southern District of Mississippi |
| Charles Fedrick, Sr. v. Phillips 66, et al | 1:08-cv-01112-WJG | Southern District of Mississippi |
| Joe Feduccia v. Phillips 66, et al | 1:08-cv-01113-WJG | Southern District of Mississippi |
| Kendall Floyd v. Phillips 66, et al | 1:08-cv-01114-WJG | Southern District of Mississippi |
| George B. Collins v. Phillips 66, et al | 1:08-cv-01115-WJG | Southern District of Mississippi |
| Roderick Wayne Collins v. Phillips 66, et al | 1:08-cv-01116-WJG | Southern District of Mississippi |
| Thomas Cooley v. Phillips 66, et al | 1:08-cv-01117-WJG | Southern District of Mississippi |
| Jerry L. Cothern v. Phillips 66, et al | 1:08-cv-01118-WJG | Southern District of Mississippi |
| Larry Crager v. Phillips 66, et al | 1:08-cv-01119-WJG | Southern District of Mississippi |
| Henrietta Cummings, Individually and as Representative of the Estate of John Cummings, Deceased v. Phillips 66, et al | 1:08-cv-01120-WJG | Southern District of Mississippi |
| Wilmer E. Curtis v. Phillips 66, et al | 1:08-cv-01121-WJG | Southern District of Mississippi |
| Terry W. Davis v. Phillips 66, et al | 1:08-cv-01122-WJG | Southern District of Mississippi |
| James Dearman v. Phillips 66, et al | 1:08-cv-01123-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Kenneth L. Dearman v. Phillips 66, et al | 1:08-cv-01124-WJG | Southern District of Mississippi |
| Garner Delk v. Phillips 66, et al | 1:08-cv-01125-WJG | Southern District of Mississippi |
| Willie E. Doggett v. Phillips 66, et al | 1:08-cv-01126-WJG | Southern District of Mississippi |
| James Donald v. Phillips 66, et al | 1:08-cv-01127-WJG | Southern District of Mississippi |
| Isaac Brown v. Phillips 66, et al | 1:08-cv-01128-WJG | Southern District of Mississippi |
| Randy K. Brown v. Phillips 66, et al | 1:08-cv-01129-WJG | Southern District of Mississippi |
| Thomas Brown, Jr. v. Phillips 66, et al | 1:08-cv-01130-WJG | Southern District of Mississippi |
| James Donald Burkhalter v. Phillips 66, et al | 1:08-cv-01131-WJG | Southern District of Mississippi |
| Vernon Burrell v. Phillips 66, et al | 1:08-cv-01132-WJG | Southern District of Mississippi |
| Daniel G. Burrow v. Phillips 66, et al | 1:08-cv-01133-WJG | Southern District of Mississippi |
| Michael Bustin v. Phillips 66, et al | 1:08-cv-01134-WJG | Southern District of Mississippi |
| Gary R. Byrd v. Phillips 66, et al | 1:08-cv-01135-WJG | Southern District of Mississippi |
| Charles R. Campbell v. Phillips 66, et al | 1:08-cv-01136-WJG | Southern District of Mississippi |
| Douglas E. Campbell v. Phillips 66, et al | 1:08-cv-01137-WJG | Southern District of Mississippi |
| John Howard Carruth v. Phillips 66, et al | 1:08-cv-01138-WJG | Southern District of Mississippi |
| Audley Carter v. Phillips 66, et al | 1:08-cv-01139-WJG | Southern District of Mississippi |
| Braxton Clark v. Phillips 66, et al | 1:08-cv-01140-WJG | Southern District of Mississippi |
| Colin R. Clark v. Phillips 66, et al | 1:08-cv-01141-WJG | Southern District of Mississippi |
| Robert W. Clark v. Phillips 66, et al | 1:08-cv-01142-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Thomas A. Clark v. Phillips 66, et al | 1:08-cv-01143-WJG | Southern District of Mississippi |
| Winford L. Adcock v. Phillips 66, et al | 1:08-cv-01144-WJG | Southern District of Mississippi |
| Lloyd G. Alexander v. Phillips 66, et al | 1:08-cv-01145-WJG | Southern District of Mississippi |
| Melvin Anderson v. Phillips 66, et al | 1:08-cv-01146-WJG | Southern District of Mississippi |
| Maxie Ray Anding v. Phillips 66, et al | 1:08-cv-01147-WJG | Southern District of Mississippi |
| J.C. Arrington v. Phillips 66, et al | 1:08-cv-01148-WJG | Southern District of Mississippi |
| Milton L. Arrington v. Phillips 66, et al | 1:08-cv-01149-WJG | Southern District of Mississippi |
| Carlton Aultman v. Phillips 66, et al | 1:08-cv-01150-WJG | Southern District of Mississippi |
| David Wayne Baggett v. Phillips 66, et al | 1:08-cv-01151-WJG | Southern District of Mississippi |
| Daniel M. Banks v. Phillips 66, et al | 1:08-cv-01152-WJG | Southern District of Mississippi |
| Tommy E. Barnes, Jr. v. Phillips 66, et al | 1:08-cv-01153-WJG | Southern District of Mississippi |
| Earnest Beasley v. Phillips 66, et al | 1:08-cv-01154-WJG | Southern District of Mississippi |
| Louis L. Bond v. Phillips 66, et al | 1:08-cv-01155-WJG | Southern District of Mississippi |
| Bobby G. Boykin v. Phillips 66, et al | 1:08-cv-01156-WJG | Southern District of Mississippi |
| C.N. Boykin v. Phillips 66, et al | 1:08-cv-01157-WJG | Southern District of Mississippi |
| Buren Dale Boyles v. Phillips 66, et al | 1:08-cv-01158-WJG | Southern District of Mississippi |
| George W. Boyte v. Phillips 66, et al | 1:08-cv-01159-WJG | Southern District of Mississippi |
| Fred Brent v. Phillips 66, et al | 1:08-cv-01160-WJG | Southern District of Mississippi |
| Donnie C. Brewer v. Phillips 66, et al | 1:08-cv-01161-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| David Brister v. Phillips 66, et al | 1:08-cv-01162-WJG | Southern District of Mississippi |
| Thomas L. Broadhead v. Phillips 66, et al | 1:08-cv-01163-WJG | Southern District of Mississippi |
| Estelle Ruth Brown, Individually and as Representative of the Estate of Claude Brown, Jr., Deceased v. Phillips 66, et al | 1:08-cv-01164-WJG | Southern District of Mississippi |
| Michael H. Jordan v. Phillips 66, et al | 1:08-cv-01165-WJG | Southern District of Mississippi |
| John E. Keyes v. Phillips 66, et al | 1:08-cv-01166-WJG | Southern District of Mississippi |
| Jerry Kirk v. Phillips 66, et al | 1:08-cv-01167-WJG | Southern District of Mississippi |
| Kenneth Kirkendall, Sr. v. Phillips 66, et al | 1:08-cv-01168-WJG | Southern District of Mississippi |
| Dewayne Kirkley v. Phillips 66, et al | 1:08-cv-01169-WJG | Southern District of Mississippi |
| Billy Ray Knight v. Phillips 66, et al | 1:08-cv-01170-WJG | Southern District of Mississippi |
| Ralph W. Lambert v. Phillips 66, et al | 1:08-cv-01171-WJG | Southern District of Mississippi |
| Henry E. Landrum v. Phillips 66, et al | 1:08-cv-01172-WJG | Southern District of Mississippi |
| Edward J. Leggett v. Phillips 66, et al | 1:08-cv-01173-WJG | Southern District of Mississippi |
| William Lewis, Sr. v. Phillips 66, et al | 1:08-cv-01174-WJG | Southern District of Mississippi |
| Robert Lofton v. Phillips 66, et al | 1:08-cv-01175-WJG | Southern District of Mississippi |
| Bobby F. Maples v. Phillips 66, et al | 1:08-cv-01176-WJG | Southern District of Mississippi |
| William W. Mashburn, Jr. v. Phillips 66, et al | 1:08-cv-01177-WJG | Southern District of Mississippi |
| Lucious McCaffrey v. Phillips 66, et al | 1:08-cv-01178-WJG | Southern District of Mississippi |
| Roger W. McCaffrey v. Phillips 66, et al | 1:08-cv-01179-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Daniel McCarty v. Phillips 66, et al | 1:08-cv-01180-WJG | Southern District of Mississippi |
| Alfred McDonald v. Phillips 66, et al | 1:08-cv-01181-WJG | Southern District of Mississippi |
| Charles McGee v. Phillips 66, et al | 1:08-cv-01182-WJG | Southern District of Mississippi |
| William R. McGraw v. Phillips 66, et al | 1:08-cv-01183-WJG | Southern District of Mississippi |
| Delton Alford McKinney v. Phillips 66, et al | 1:08-cv-01184-WJG | Southern District of Mississippi |
| Charles Irvin McLain v. Phillips 66, et al | 1:08-cv-01185-WJG | Southern District of Mississippi |
| James Ray McManus v. Phillips 66, et al | 1:08-cv-01186-WJG | Southern District of Mississippi |
| Owen L. Mills v. Phillips 66, et al | 1:08-cv-01187-WJG | Southern District of Mississippi |
| Glen Moak v. Phillips 66, et al | 1:08-cv-01188-WJG | Southern District of Mississippi |
| William Leon Moore v. Phillips 66, et al | 1:08-cv-01189-WJG | Southern District of Mississippi |
| Otis L. Morgan v. Phillips 66, et al | 1:08-cv-01190-WJG | Southern District of Mississippi |
| Bobby Murray, Sr. v. Phillips 66, et al | 1:08-cv-01191-WJG | Southern District of Mississippi |
| Michael K. Neely, Sr. v. Phillips 66, et al | 1:08-cv-01192-WJG | Southern District of Mississippi |
| Billy D. Nichols v. Phillips 66, et al | 1:08-cv-01193-WJG | Southern District of Mississippi |
| Shelby Nugent v. Phillips 66, et al | 1:08-cv-01194-WJG | Southern District of Mississippi |
| Rickey L. Oliver v. Phillips 66, et al | 1:08-cv-01195-WJG | Southern District of Mississippi |
| Gene W. Pacey v. Phillips 66, et al | 1:08-cv-01196-WJG | Southern District of Mississippi |
| Jeffrey B. Parker v. Phillips 66, et al | 1:08-cv-01197-WJG | Southern District of Mississippi |
| Phillip Lynn Parnell v. Phillips 66, et al | 1:08-cv-01198-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Clifton A. Perkins v. Phillips 66, et al | 1:08-cv-01199-WJG | Southern District of Mississippi |
| Alfred J. Pittman v. Phillips 66, et al | 1:08-cv-01200-WJG | Southern District of Mississippi |
| Michael C. Pitts v. Phillips 66, et al | 1:08-cv-01201-WJG | Southern District of Mississippi |
| Sam Pitts v. Phillips 66, et al | 1:08-cv-01202-WJG | Southern District of Mississippi |
| Vandol Wayne "V.W." Pitts v. Phillips 66, et al | 1:08-cv-01203-WJG | Southern District of Mississippi |
| Carl O. Porter v. Phillips 66, et al | 1:08-cv-01204-WJG | Southern District of Mississippi |
| Gary L. Price v. Phillips 66, et al | 1:08-cv-01205-WJG | Southern District of Mississippi |
| William Steve Reed v. Phillips 66, et al | 1:08-cv-01206-WJG | Southern District of Mississippi |
| Harvey Richard Revette, Jr. v. Phillips 66, et al | 1:08-cv-01207-WJG | Southern District of Mississippi |
| Charles L. Rigney, Jr. v. Phillips 66, et al | 1:08-cv-01208-WJG | Southern District of Mississippi |
| Donald Robbins, Sr. v. Phillips 66, et al | 1:08-cv-01209-WJG | Southern District of Mississippi |
| Jimmy Roberts v. Phillips 66, et al | 1:08-cv-01210-WJG | Southern District of Mississippi |
| Johnny W. Roberts v. Phillips 66, et al | 1:08-cv-01211-WJG | Southern District of Mississippi |
| Julius E. Rodgers v. Phillips 66, et al | 1:08-cv-01212-WJG | Southern District of Mississippi |
| David Clinton Rollins v. Phillips 66, et al | 1:08-cv-01213-WJG | Southern District of Mississippi |
| William H. Russell v. Phillips 66, et al | 1:08-cv-01214-WJG | Southern District of Mississippi |
| Billy Joe Rutland v. Phillips 66, et al | 1:08-cv-01215-WJG | Southern District of Mississippi |
| Arthur L. Scarbrough v. Phillips 66, et al | 1:08-cv-01216-WJG | Southern District of Mississippi |
| Gary B. Sims v. Phillips 66, et al | 1:08-cv-01217-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| John W. Sims, Sr. v. Phillips 66, et al | 1:08-cv-01218-WJG | Southern District of Mississippi |
| Ervin Smith v. Phillips 66, et al | 1:08-cv-01219-WJG | Southern District of Mississippi |
| Mark Smith v. Phillips 66, et al | 1:08-cv-01220-WJG | Southern District of Mississippi |
| Vince Edward Smith v. Phillips 66, et al | 1:08-cv-01221-WJG | Southern District of Mississippi |
| Willis T. Smith v. Phillips 66, et al | 1:08-cv-01222-WJG | Southern District of Mississippi |
| James C. Speights v. Phillips 66, et al | 1:08-cv-01223-WJG | Southern District of Mississippi |
| Bobby Spiars v. Phillips 66, et al | 1:08-cv-01224-WJG | Southern District of Mississippi |
| Stephen V. Spradley v. Phillips 66, et al | 1:08-cv-01225-WJG | Southern District of Mississippi |
| Charlie A. Stampley v. Phillips 66, et al | 1:08-cv-01226-WJG | Southern District of Mississippi |
| David Foster Stanley v. Phillips 66, et al | 1:08-cv-01227-WJG | Southern District of Mississippi |
| William J. Street v. Phillips 66, et al | 1:08-cv-01228-WJG | Southern District of Mississippi |
| Melton L. Strickland v. Phillips 66, et al | 1:08-cv-01229-WJG | Southern District of Mississippi |
| Louis Tageant v. Phillips 66, et al | 1:08-cv-01230-WJG | Southern District of Mississippi |
| Edward Tanner, Jr. v. Phillips 66, et al | 1:08-cv-01231-WJG | Southern District of Mississippi |
| Harold D. Thornton v. Phillips 66, et al | 1:08-cv-01232-WJG | Southern District of Mississippi |
| Larry W. Townsend v. Phillips 66, et al | 1:08-cv-01233-WJG | Southern District of Mississippi |
| William Clyde Tucker v. Phillips 66, et al | 1:08-cv-01234-WJG | Southern District of Mississippi |
| Dewey Wayne Upshaw v. Phillips 66, et al | 1:08-cv-01235-WJG | Southern District of Mississippi |
| Jerry Upshaw v. Phillips 66, et al | 1:08-cv-01236-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Robert Earl Wade v. Phillips 66, et al | 1:08-cv-01237-WJG | Southern District of Mississippi |
| Billy J. Wagley v. Phillips 66, et al | 1:08-cv-01238-WJG | Southern District of Mississippi |
| Johnny R. Weeks v. Phillips 66, et al | 1:08-cv-01239-WJG | Southern District of Mississippi |
| Freddie Weir, Jr. v. Phillips 66, et al | 1:08-cv-01240-WJG | Southern District of Mississippi |
| Bobby G. Wells, Sr. v. Phillips 66, et al | 1:08-cv-01241-WJG | Southern District of Mississippi |
| Charlie E. West v. Phillips 66, et al | 1:08-cv-01242-WJG | Southern District of Mississippi |
| Dalton L. West v. Phillips 66, et al | 1:08-cv-01243-WJG | Southern District of Mississippi |
| Thomas E. West v. Phillips 66, et al | 1:08-cv-01244-WJG | Southern District of Mississippi |
| Earl Westerfield v. Phillips 66, et al | 1:08-cv-01245-WJG | Southern District of Mississippi |
| Larry James White v. Phillips 66, et al | 1:08-cv-01246-WJG | Southern District of Mississippi |
| James E. White, Sr. v. Phillips 66, et al | 1:08-cv-01247-WJG | Southern District of Mississippi |
| Reba N. Wilkinson v. Phillips 66, et al | 1:08-cv-01248-WJG | Southern District of Mississippi |
| Helen Durr v. Phillips 66, et al | 1:08-cv-01249-WJG | Southern District of Mississippi |
| Patricia Goldman, Individually and as Representative of the Estate of William Clarence Goldman, Deceased v. Phillips 66, et al | 1:08-cv-01250-WJG | Southern District of Mississippi |
| Nolan Heathcock v. Phillips 66, et al | 1:08-cv-01251-WJG | Southern District of Mississippi |
| Howard Lambert v. Phillips 66, et al | 1:08-cv-01252-WJG | Southern District of Mississippi |
| Teresa Darty, Individually and as Representative of the Estate of Charles Edward Darty, Deceased v. Phillips 66, et al | 1:08-cv-01253-WJG | Southern District of Mississippi |

## EXHIBIT A TO PLAINTIFFS' NOTICE OF OPPOSITION

| | | |
|---|---|---|
| Vanessa Lindsey, Individually and as Representative of the Estate of Curtis William Lindsey, Deceased v. Phillips 66, et al | 1:08-cv-01254-WJG | Southern District of Mississippi |
| Neena Mosley, Individually and as Representative of Lee George Mosley, Deceased v. Phillips 66, et al | 1:08-cv-01255-WJG | Southern District of Mississippi |
| Billy G. Brown v. Phillips 66, et al | 1:08-cv-01256-WJG | Southern District of Mississippi |
| Ollie Mae Carter, Individually and as Representative of the Estate of Jessie L. Carter, Deceased v. Phillips 66, et al | 1:08-cv-01257-WJG | Southern District of Mississippi |
| Ingle, Individually and as Representative of the Estate of W.C. Ingle, Deceased | 1:08-cv-01258-WJG | Southern District of Mississippi |
| Charlie W. Prine v. Phillips 66, et al | 1:08-cv-01259-WJG | Southern District of Mississippi |
| Elmer H. Smith v. Phillips 66, et al | 1:08-cv-01260-WJG | Southern District of Mississippi |
| Peter Wise v. Phillips 66, et al | 1:08-cv-01261-WJG | Southern District of Mississippi |

RECEIVED CLERK'S OFFICE
2008 NOV -7 A 9: 51
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2008

FILED
CLERK'S OFFICE

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

ELSIE SMITH, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF
LARRY D. SMITH, DECEASED                         PLAINTIFF

VERSUS               CIVIL ACTION NO. 1:08cv839WJG-JMR

PHILLIPS 66 COMPANY, *ET AL.*                    DEFENDANTS

### O R D E R

THIS CAUSE comes before the Court on motion of Plaintiff to remand [5] the above referenced action to the Circuit Court of Smith County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's motion to remand [5] be, and is hereby, granted. The Clerk of this Court is directed finalize the transfer of this record to the Clerk for the Circuit Court of Smith County, Mississippi after the expiration of ten days of the entry date of this judgment or by no earlier than November 6, 2008. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has transferred the case to the Clerk for the Circuit Court of Smith County, Mississippi. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

RECEIVED CLERK'S OFFICE
2008 NOV -7 A 9: 15
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 24th day of October, 2008.

_____
UNITED STATES SENIOR DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROY LOFTON                                                              PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:08cv1008WJG-JMR

PHILLIPS 66 COMPANY, *ET AL.*                                           DEFENDANTS

O R D E R

     THIS CAUSE comes before the Court on motion [7] of the Plaintiff, Troy Lofton, to remand the above referenced action to the Circuit Court of Jones County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

     ORDERED AND ADJUDGED that Plaintiff's motion [7] to remand be, and is hereby, granted. The Clerk of this Court shall transfer this cause to the Clerk for the Circuit Court of Jones County, Mississippi after the expiration of ten days of the entry date of this judgment or by no earlier than November 14, 2008. It is further,

     ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has returned this cause to the Clerk for the Circuit Court of Jones County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

     ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

     ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

     SO ORDERED AND ADJUDGED this the 3rd day of November, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE

JUDICIAL PANEL
MULTIDISTRICT
LITIGATION

2008 NOV -7 A 6:21

RECEIVED
CLERK'S OFFICE