MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 10 2008

FILED
CLERK'S OFFICE

TROY LOFTON                                                                PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:08cv1008WJG-JMR

PHILLIPS 66 COMPANY, *ET AL.*                                              DEFENDANTS

ORDER

THIS CAUSE comes before the Court on motion [7] of the Plaintiff, Troy Lofton, to remand the above referenced action to the Circuit Court of Jones County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's motion [7] to remand be, and is hereby, granted. The Clerk of this Court shall transfer this cause to the Clerk for the Circuit Court of Jones County, Mississippi after the expiration of ten days of the entry date of this judgment or by no earlier than November 14, 2008. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has returned this cause to the Clerk for the Circuit Court of Jones County, Mississippi, and that transfer of this matter shall not be effected until that time. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 3rd day of November, 2008.

_____
UNITED STATES SENIOR DISTRICT JUDGE

PLEADING NO. 5674

2008 NOV -7 A 6:27
JUDICIAL PANEL
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Page 1 of 1
MDL- 875          JAC cTO
RECOMMENDED ACTION

Approved/Date: _____ 11/7/08

**OFFICIAL FILE COPY**

IMAGED NOV 10 2008