**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 10 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| ELSIE SMITH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LARRY D. SMITH, DECEASED | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:08cv839WJG-JMR |
| PHILLIPS 66 COMPANY, *ET AL.* | DEFENDANTS |

## ORDER

THIS CAUSE comes before the Court on motion of Plaintiff to remand [5] the above referenced action to the Circuit Court of Smith County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's motion to remand [5] be, and is hereby, granted. The Clerk of this Court is directed finalize the transfer of this record to the Clerk for the Circuit Court of Smith County, Mississippi after the expiration of ten days of the entry date of this judgment or by no earlier than November 6, 2008. It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has transferred the case to the Clerk for the Circuit Court of Smith County, Mississippi. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

PLEADING NO. 5675

MDL- 875  JAC CTO    Page 1 of 2
RECOMMENDED ACTION

Approved/Date: _____
             11/7/08

OFFICIAL FILE COPY
IMAGED NOV 10 2008

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 NOV -7 A 9:15
RECEIVED CLERK'S OFFICE

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 24th day of October, 2008.

_____
UNITED STATES SENIOR DISTRICT JUDGE