UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 12, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Ernesto Miranda, et al. v. Northrop Grumman Corp., )
et al., S.D. New York, C.A. No. 1:08-5491 )   MDL No. 875
Ernesto Miranda, et al. v. Abex Corp., et al., )
S.D. New York, C.A. No. 1:08-5509 )

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE NOVEMBER 20, 2008, HEARING SESSION

Conditional transfer orders were filed in these actions (*Miranda*) on July 21, 2008, and August 11, 2008, respectively. Prior to expiration of both orders' 15-day stay of transmittal, plaintiffs in *Miranda* filed notices of opposition to the proposed transfers and the subsequent motion and brief to vacate the conditional transfer orders. The Panel has now been advised that both *Miranda* actions were remanded to New York Supreme Court, New York, by the Honorable Shira A. Scheindlin in an order filed on October 31, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer orders designated as "CTO-312" filed on July 21, 2008, and "CTO-313" filed on August 11, 2008, are VACATED insofar as they relate to these actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 22, 2008, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel