# ADAMS AND REESE LLP

®

**Attorneys at Law**
Baton Rouge
Birmingham
Houston
**Jackson**
Mobile
New Orleans
Washington, DC

**J. Jeffrey Trotter**
(601) 292-0711
jeff.trotter@arlaw.com



**MDL 875**

November 11, 2008

*Via Facsimile:  202.502.2888*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**NOV 14 2008**

FILED
CLERK'S OFFICE

Mr. Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C.  20002-8004

PLEADING NO. 5681

> Re:   Order Vacating Conditional Transfer Order, entered in MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI).

Dear Mr. Lüthi,

On behalf of my client, ConocoPhillips Company, I write to object to the Order Vacating Conditional Transfer Order ("Order") issued by the MDL Panel on November 10, 2008, because the cases remain pending before the United States District Court for the Southern District of Mississippi, Southern Division, Hon. Walter T. Gex III presiding. The Order was erroneously premised upon remand orders issued recently by Judge Gex, despite the fact that these remand orders have not become final.

As the Order notes, Judge Gex remanded the case styled *Elsie Smith v. Phillips 66 Co., et al.*, No. 1:08-839, on October 24, 2008. A copy of the remand order is attached as Exhibit A. As you can see from the remand order, however, Judge Gex expressly retained jurisdiction over the case until he rendered a decision on the merits of the anticipated motions for reconsideration. Defendants ConocoPhillips and Union Carbide both filed motions for reconsideration on November 4, 2008, as reflected on the docket report for the *Elsie Smith* case (attached as Exhibit B), Doc. Nos. 18 and 20 respectively. Both defendants have requested a hearing. *See* Doc. Nos. 19 and 20. Judge Gex has not yet ruled on the motions for reconsideration, and no hearing on the motions has been set.

On November 3, 2008, Judge Gex also remanded the case styled *Troy Lofton v. Phillips 66 Co., et al.*, No. 1:08-1008. A copy of the remand order is attached as Exhibit C. As he had in *Elsie Smith*, Judge Gex retained jurisdiction to hear the anticipated motions for reconsideration. Defendants ConocoPhillips and Union Carbide will timely file motions for reconsideration this week. Furthermore, each defendant will again request a hearing before Judge Gex to argue the merits of the various issues presented.

111 E. Capitol Street, Suite 350 (39201) • P.O. Box 24297 • Jackson, Mississippi 39225-4297
(601) 353.3234 • Fax (601) 355.9708 • www.adamsandreese.com

**OFFICIAL FILE COPY**   IMAGED NOV 1 8 2008

Mr. Jeffery N. Lüthi
November 11, 2008
Page 2 of 2

Because the matters remain pending before Judge Gex in the Southern District of Mississippi, they continue to be "tag-along" actions under Rule 7.4 of the *Rules of Procedure of the Judicial Panel on Multidistrict Litigation*, 199 F.R.D. 425, 435-36 (2001), and, therefore, the Order was premature. If Judge Gex, upon hearing or further consideration, determines that the motions to remand were improvidently granted and grants defendants' motions for reconsideration, the *Elsie Smith* and *Troy Lofton* cases will remain in the Southern District of Mississippi, while 421 similarly-situated cases removed concurrently will be transferred to the Eastern District of Pennsylvania once the Panel's Conditional Transfer Order 316 ("CTO-316") becomes final.

Because it was entered prematurely, I respectfully request that the Panel withdraw or stay the effect of the Order pending a decision by Judge Gex on the merits of the motions for reconsideration on file or to be filed in the *Elsie Smith* and *Troy Lofton* cases pending in the Southern District of Mississippi.

Sincerely,

Adams and Reese LLP

w/permission
1 by JBD

J. JEFFREY TROTTER
*One of the attorneys for ConocoPhillips Company*

JJT/jbd
Enclosures

581720-1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 14 2008

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ELSIE SMITH, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF
LARRY D. SMITH, DECEASED                                          PLAINTIFF

VERSUS                                     CIVIL ACTION NO. 1:08cv839WJG-JMR

PHILLIPS 66 COMPANY, *ET AL.*                                     DEFENDANTS

## O R D E R

THIS CAUSE comes before the Court on motion of Plaintiff to remand [5] the above

referenced action to the Circuit Court of Smith County, Mississippi.  Pursuant to the

Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is

hereby,

ORDERED AND ADJUDGED that Plaintiff's motion to remand [5] be, and is hereby,

granted.  The Clerk of this Court is directed finalize the transfer of this record to the Clerk for the

Circuit Court of Smith County, Mississippi after the expiration of ten days of the entry date of

this judgment or by no earlier than November 6, 2008.  It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until

the Clerk has transferred the case to the Clerk for the Circuit Court of Smith County, Mississippi.

It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be

appropriately sanctioned.  It is further,

Page 1 of 2



ORDERED AND ADJUDGED that each party shall bear their respective costs associated

with this motion.

SO ORDERED AND ADJUDGED this the 24th day of October, 2008.


_____
UNITED STATES SENIOR DISTRICT JUDGE

ASBST, CLOSED, JURY

# U.S. District Court
## Southern District of Mississippi (Southern)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00839-WJG

Smith v. Phillips 66 Company et al
Assigned to: District Judge Walter J. Gex, III
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 09/26/2008
Date Terminated: 10/24/2008
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Elsie Smith**
*individually as representative of the*
*Estate of Larry D. Smith, deceased*

represented by **Allen R. Vaught**
FRANKLIN, CARDWELL & JONES -
Dallas
1700 Pacific Avenue, Suite 1610
Dallas , TX 75206
7132226025
Fax: 7132226025
Email: avaught@fcj.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory N. Jones**
FRANKLIN, CARDWELL & JONES
1001 McKinney, 18th Floor
Houston , TX 77002
713/222-6025
Fax: 713/222-0938
Email: jones@fcj.com
*ATTORNEY TO BE NOTICED*

**S. Robert Hammond , Jr.**
S. ROBERT HAMMOND, JR.,
ATTORNEY AT LAW
P. O. Box 471
Hattiesburg , MS 39403-0471
(601) 450-4499
Fax: (601) 450-1162
Email: bh@bobhammondlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**



EXHIBIT
B

**Phillips 66 Company**
*individually*
*doing business as*
Drilling Specialties Company

## Defendant

**Phillips Petroleum Company**
*individually*
*doing business as*
Drilling Specialties Company
*doing business as*
Phillips 66 Company

## Defendant

**Drilling Specialties Company, LLC**
*also known as*
DSC Drilling Specialties Company,
LLC

## Defendant

| | | |
|---|---|---|
| **Conoco Phillips Company**<br>*individually and as successor by merger*<br>*to Phillips 66 Company, Phillips*<br>*Petroleum Company and Drilling*<br>*Specialties Company* | represented by | **John Jeffrey Trotter**<br>ADAMS AND REESE<br>P.O. Box 24297<br>Jackson , MS 39225-4297<br>601/353-3234<br>Fax: 601/355-9708<br>Email: jeff.trotter@arlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

## Defendant

| | | |
|---|---|---|
| **Montello, Inc.** | represented by | **Jeffrey P. Hubbard**<br>WELLS, MOORE, SIMMONS &<br>HUBBARD<br>P. O. Box 1970<br>Jackson , MS 39215-1970<br>(601) 354-5400<br>Email: jphub1@wellsmoore.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

## Defendant

| | | |
|---|---|---|
| **Union Carbide Corporation** | represented by | **Marcy B. Croft**<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY<br>P.O. Box 22608<br>Jackson , MS 39225-2608<br>(601) 960-8600<br>Email: mlbryan@fpwk.com<br>*LEAD ATTORNEY* |

NOV. 11. 2008 9:34AM ADAMS&REESE NO. 6579 P. 8
CM/ECF LIVE - U.S. District Court: Mississippi Southern District Page 7 of 10

Page 3 of 6

*ATTORNEY TO BE NOTICED*

**Defendant**

**Dow Chemical Company**
*individually and as successor by merger
of Union Carbide Corporation*

**Defendant**

**Baker-Hughes Oilfield Operations, Inc.**
*individually and as successor to Baker
Hughes Inteq, Inc. aka Baker Hughes
Inteq Drilling Fluids, Inc., Baker
International, Inc., Baker Oil Tools,
Inc., Milpark, Inc., Newpark Drilling
Fluids, Inc., Laurel Mud and Chemical
Corp., Milchem, Inc. etc.*

represented by **Michael N. Watts**
HOLCOMB DUNBAR, P.A.
P. O. Drawer 707
Oxford , MS 38655-0707
662/234-8775
Fax: 662/238-7552
Email: mwatts@holcombdunbar.com
*LEAD ATTORNEY*

**Jonathan S. Masters**
HOLCOMB DUNBAR, P.A.
P. O. Drawer 707
Oxford , MS 38655-0707
662/234-8775
Fax: 662/238-7552
Email: jmasters@holcombdunbar.com

**Defendant**

**Baker Hughes, Incorporated**

represented by **Michael N. Watts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Masters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oilfield Service and Supply
Company, Inc.**

**Defendant**

**Mississippi Mud, Inc.**

**Defendant**

**John Does**
*1 through 5 and 6 through 15*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2008 | 1 | NOTICE OF REMOVAL by Conoco Phillips Company, Union Carbide |

| | | |
|---|---|---|
| | | Corporation from Smith County Circuit Court, case number 2006-212. (Filing fee $ 350; receipt number B028622) Lower Court jury demand by Plaintiff. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A)(JCH) (Entered: 10/01/2008) |
| 09/26/2008 | 3 | ATTACHMENT re 1 Notice of Removal, by Conoco Phillips Company, Union Carbide Corporation (Attachments: # 1 Exhibit, # 2 Exhibit) (RLW) (Entered: 10/05/2008) |
| 10/01/2008 | 7 | NOTICE of Conventional Filing (Exhibit A-State Court Record) by Conoco Phillips Company, Union Carbide Corporation re 1 Notice of Removal (wld) (Entered: 10/09/2008) |
| 10/02/2008 | 2 | Joinder by Montello, Inc. to 1 Notice of Removal, filed by Union Carbide Corporation, Conoco Phillips Company (Hubbard, Jeffrey) (Entered: 10/02/2008) |
| 10/03/2008 | | DOCKET ANNOTATION to all counsel: to standardize the filing of asbestos pleadings in conformity with all other civil actions, all future pleadings filed are to be drawn up with the court information and case style for each individual case.(avm) (Entered: 10/03/2008) |
| 10/07/2008 | 4 | NOTICE *of Tag-Along Action* by Union Carbide Corporation (Croft, Marcy) (Entered: 10/07/2008) |
| 10/08/2008 | 5 | MOTION to Remand by Elsie Smith (Attachments: # 1 Affidavit Gregory N. Jones, # 2 Exhibit 1 through 5, # 3 Exhibit 6 through 10, # 4 Exhibit 11 through 15, # 5 Exhibit 16 through 20, # 6 Exhibit 21 through 22, # 7 Exhibit 23 through 25, # 8 Exhibit 26 through 30, # 9 Exhibit 31 through 35, # 10 Exhibit 36, # 11 Exhibit 37, # 12 Exhibit 38 through 40, # 13 Order)(Jones, Gregory) (Entered: 10/08/2008) |
| 10/08/2008 | 6 | MEMORANDUM in Support re 5 MOTION to Remand filed by Elsie Smith (Attachments: # 1 Exhibit A through D)(Jones, Gregory) (Entered: 10/08/2008) |
| 10/09/2008 | 8 | NOTICE of Appearance by S. Robert Hammond, Jr on behalf of Elsie Smith (Hammond, S.) (Entered: 10/09/2008) |
| 10/10/2008 | 9 | REDACTION to 1 Notice of Removal, *Redacted Exhibit 3* by Union Carbide Corporation (Croft, Marcy) (Entered: 10/10/2008) |
| 10/14/2008 | | The MDL Panel in Washington, D.C. has on 10/14/2008 retrieved from the CM/ECF system the information required for consideration of inclusion of this case in the jurisdiction of the Multidistrict Litigation Panel regarding Asbestos Product Liability Litigation, MDL 875. (avm) (Entered: 10/21/2008) |
| 10/20/2008 | 10 | RESPONSE in Opposition re 5 MOTION to Remand *& Alternative Motion to Submit Evidence and Alternative Motion to Consent to Removal* filed by Baker-Hughes Oilfield Operations, Inc., Baker Hughes, Incorporated (Masters, Jonathan) (Entered: 10/20/2008) |
| 10/22/2008 | 11 | RESPONSE in Opposition re 5 MOTION to Remand filed by Union Carbide Corporation (Attachments: # 1 Exhibit A - B)(Croft, Marcy) (Entered: 10/22/2008) |

| 10/22/2008 | 12 | RESPONSE in Opposition re 5 MOTION to Remand filed by Conoco Phillips Company (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14) (Booth, Bernard) (Entered: 10/22/2008) |
|---|---|---|
| 10/23/2008 | 13 | Joinder by Montello, Inc. to 11 Response in Opposition to Motion filed by Union Carbide Corporation (Hubbard, Jeffrey) (Entered: 10/23/2008) |
| 10/23/2008 | 14 | NOTICE of Appearance by Jonathan S. Masters on behalf of Baker-Hughes Oilfield Operations, Inc., Baker Hughes, Incorporated (Masters, Jonathan) (Entered: 10/23/2008) |
| 10/23/2008 | 15 | NOTICE of Appearance by Michael N. Watts on behalf of Baker-Hughes Oilfield Operations, Inc., Baker Hughes, Incorporated (Watts, Michael) (Entered: 10/23/2008) |
| 10/24/2008 | 16 | MEMORANDUM OPINION : the court finds that plaintiff's motion to remand should be granted. Signed by District Judge Walter J. Gex, III on 10/24/2008. (avm) (Entered: 10/24/2008) |
| 10/24/2008 | 17 | ORDER granting 5 plaintiff's Motion to Remand ; the Clerk is to finalize transfer of this record to the Clerk for the Circuit Court of Smith County, Mississippi after the expiration of ten days of the entry date of this judgement or by no earlier than November 6, 2008; this Court shall retain jurisdiction until the Clerk has transferred the case to Smith County. Signed by District Judge Walter J. Gex, III on 10/24/2008. (avm) (Entered: 10/24/2008) |
| 11/04/2008 | 18 | MOTION for Reconsideration re 17 Order on Motion to Remand, by Conoco Phillips Company (Attachments: # 1 Exhibit 1)(Trotter, John) (Entered: 11/04/2008) |
| 11/04/2008 | 19 | MOTION for Hearing re 18 MOTION for Reconsideration re 17 Order on Motion to Remand, by Conoco Phillips Company (Trotter, John) (Entered: 11/04/2008) |
| 11/04/2008 | 20 | MOTION for Reconsideration re 17 Order on Motion to Remand, by Union Carbide Corporation (Attachments: # 1 Exhibit A - B)(Croft, Marcy) (Entered: 11/04/2008) |
| 11/05/2008 | 21 | RESPONSE in Opposition re 20 MOTION for Reconsideration re 17 Order on Motion to Remand,, 18 MOTION for Reconsideration re 17 Order on Motion to Remand, filed by Elsie Smith (Jones, Gregory) (Entered: 11/05/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/11/2008 08:17:29 | | |
| **PACER Login:** ar0208 | **Client Code:** | 012019-000181 |
| **Description:** | Docket Report | **Search Criteria:** 1:08-cv-00839-WJG |
| **Billable Pages:** 4 | **Cost:** | 0.32 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROY LOFTON                                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:08cv1008WJG-JMR

PHILLIPS 66 COMPANY, *ET AL.*                                                 DEFENDANTS

## ORDER

THIS CAUSE comes before the Court on motion [7] of the Plaintiff, Troy Lofton,  to remand the above referenced action to the Circuit Court of Jones County, Mississippi.  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's motion [7] to remand be, and is hereby, granted. The Clerk of this Court shall transfer this cause to the Clerk for the Circuit Court of Jones County, Mississippi after the expiration of ten days of the entry date of this judgment or by no earlier than November 14, 2008.  It is further,

ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter until the Clerk has returned this cause to the Clerk for the Circuit Court of Jones County, Mississippi, and that transfer of this matter shall not be effected until that time.  It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 3rd day of November, 2008.

_____
UNITED STATES SENIOR DISTRICT JUDGE

Page 1 of 1

