UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 14, 2008**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Elsie Smith, etc. v. Phillips 66 Co., et al., | ) | |
|     S.D. Mississippi, C.A. No. 1:08-839 | ) | MDL No. 875 |
| Troy Lofton v. Phillips 66 Co., et al., | ) | |
|     S.D. Mississippi, C.A. No. 1:08-1008 | ) | |

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in these actions *(Smith* and *Lofton)* on October 23, 2008.  Plaintiffs notice of opposition was received at the panel on November 7, 2008.  Due to administrative error, the conditional transfer order with regard to *Smith* and *Lofton* was vacated prematurely on November 10, 2008.  These circumstances require reinstatement of the conditional transfer order in order to permit the parties a timely opportunity to filed the required motion and supporting brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the Panel's November 10, 2008, order vacating the conditional transfer order is REVOKED.  The stay of the Panel's conditional transfer order designated as "CTO-316" filed on October 23, 2008, is REINSTATED insofar as it relates to these actions.  Plaintiffs' notice of opposition is deemed filed as of November 7, 2008.  In accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order on or before November 24, 2008.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel