11/10/2008 13:59 415-898-1247 BRAYTON PURCELL LLP PAGE 06/15

Case MDL No. 875   Document 5683   Filed 11/17/08   Page 1 of 3
Case 3:08-cv-03113-JSW   Document 35   Filed 11/06/2008   Page 1 of 3

PLAINTIFF 5683

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2008

FILED
CLERK'S OFFICE

1  TUCKER ELLIS & WEST LLP
   LILLIAN C. MA – STATE BAR NO. 210103
2  LANCE D. WILSON – STATE BAR NO. 183852
   135 Main Street, Suite 700
3  San Francisco, California 94105
   Telephone: (415) 617-2400
4  Facsimile: (415) 617-2409

5  Attorneys for Defendant
   CARRIER CORPORATION
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | ROBERT SCHOELZEL,              | Case No. C 08-03113 JSW
12 |          Plaintiff,            |
                                    | JOINT STIPULATION TO DISMISS
13 |     v.                         | DEFENDANT CARRIER
                                    | CORPORATION AND TO REMAND
14 | ALLIS-CHALMERS CORP., et al,   | ACTION TO STATE COURT
15 |          Defendants.           | [Local Rules 7-1 and 7-12; FRCP 41]

16      Come now Plaintiff ROBERT SCHOELZEL ("Plaintiff") and Defendant CARRIER

17 CORPORATION ("CARRIER"), who file the following joint stipulation pursuant to Local Rules

18 7-1 and 7-12:

19      WHEREAS, Defendant CARRIER removed this case to the United States District Court

20 for the Northern District of California on June 27, 2008, on the ground that the Court has

21 "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on

22 Plaintiff's allegations that his injury was caused by products designed and manufactured by

23 CARRIER under the supervision and control of the United States government;

24      WHEREAS, Defendant CARRIER was the sole removing defendant and no other

25 defendant joined in removal or filed a separate notice of removal;

26      WHEREAS, Plaintiff and Defendant CARRIER, the affected parties, have now reached a

27 resolution of Plaintiff's claims against CARRIER;

28
   MDL 875 VACATED
   RECOMMENDED STIPULATION
   C 08-03113 JSW

SFO:Manage/074908/000541/160213/1
011425.001621.161942.1

Approved/Date: _____

OFFICIAL FILE COPY

2008 NOV 12 P 4:10
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

IMAGED NOV 18 2008

1  WHEREAS, Defendant CARRIER's desire for a federal forum for this action is now
2  moot given the resolution of Plaintiff's claims against it; and
3  WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CARRIER seek
4  to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected
5  parties, Plaintiff and Defendant CARRIER, that all claims against Defendant CARRIER shall be,
6  and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil
7  Procedure and that this action shall be, and hereby is, immediately remanded to the San
8  Francisco County Superior Court, the court in which it was originally filed and from which it
9  was removed.

10  DATED: November 3, 2008                BRAYTON PURCELL

13                                         By: /s/ Richard Grant
                                           Richard Grant
14                                         Attorneys for Plaintiff
                                           ROBERT SCHOELZEL

16  DATED: November ___, 2008              TUCKER ELLIS & WEST LLP

19                                         By: _____
                                           Lance Wilson
20                                         Attorneys for Defendant
                                           CARRIER CORPORATION

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
22  Superior Court of California, County of San Francisco, Case. No. 453669. The Clerk shall send
23  a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
24  County of San Francisco.
25  Dated: November ___, 2008              By: _____
26                                         HONORABLE JEFFREY S. WHITE
27                                         UNITED STATES DISTRICT JUDGE
28

11/10/2008 13:59 415-898-1247 BRAYTON PURCELL LLP PAGE 08/15

Case MDL No. 875   Document 5683   Filed 11/17/08   Page 3 of 3
Case 3:08-cv-03113-JSW   Document 35   Filed 11/06/2008   Page 3 of 3

1  WHEREAS, Defendant CARRIER's desire for a federal forum for this action is now
2  moot given the resolution of Plaintiff's claims against it; and
3  WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CARRIER seek
4  to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected
5  parties, Plaintiff and Defendant CARRIER, that all claims against Defendant CARRIER shall be,
6  and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil
7  Procedure and that this action shall be, and hereby is, immediately remanded to the San
8  Francisco County Superior Court, the court in which it was originally filed and from which it
9  was removed.

10  DATED: October ___, 2008                    BRAYTON PURCELL
11
12
13                                              By: _____
                                                Richard Grant
14                                              Attorneys for Plaintiff
                                                ROBERT SCHOELZEL
15

16  DATED: November 3, 2008                    TUCKER ELLIS & WEST LLP
17
18
19                                              By: _____
                                                Lance Wilson
20                                              Attorneys for Defendant
                                                CARRIER CORPORATION

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
22  Superior Court of California, County of San Francisco, Case. No. 453669. The Clerk shall send
23  a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
24  County of San Francisco.
25  Dated: ~~October ___, 2008~~
26          November 7, 2008                    By: _____
                                                HONORABLE JEFFREY S. WHITE
27                                              UNITED STATES DISTRICT JUDGE
28

---
2
STIPULATION
C 08-03113 JSW

SFO\iManage/074908/000541/160213/1
011425.001621.161942.1