**MDL ▪875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2008

FILED
CLERK'S OFFICE

1  TUCKER ELLIS & WEST LLP
   CURTISS L. ISLER STATE BAR NO. 146903
2  515 South Flower Street
   Forty Second Floor
3  Los Angeles, CA 90071-2223
   Telephone: 213.430.3400
4  Facsimile: 213.430.3409
   Email: curt.isler@tuckerellis.com
5
6  TUCKER ELLIS & WEST LLP
   LANCE D. WILSON STATE BAR NO. 183852
7  135 Main Street, Suite 700
   San Francisco, California 94105
8  Telephone: (415) 617-2400
   Facsimile: (415) 617-2409
9  Email: lance.wilson@tuckerellis.com

10 Attorneys for Defendant
   UNITED TECHNOLOGIES CORPORATION

11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14

15 NORMAN CARVETH,                      Case No. C 08-03314 SI

16           Plaintiff,

17     v.                              JOINT STIPULATION TO DISMISS
                                       DEFENDANT UNITED TECHNOLOGIES
18 ALLIS-CHALMERS CORPORATION          CORPORATION AND TO REMAND
   PRODUCT LIABILITY TRUST, et al,     ACTION TO STATE COURT
19
           Defendants.                 [Local Rules 7-1 and 7-12; FRCP 41]

20     Come now Plaintiff NORMAN CARVETH ("Plaintiff") and Defendant UNITED

21 TECHNOLOGIES CORPORATION ("UTC"), who file the following joint stipulation pursuant

22 to Local Rules 7-1 and 7-12:

23     WHEREAS, Defendant UTC removed this case to the United States District Court for the

24 Northern District of California on July 9, 2008, on the ground that the Court has "federal officer"

25 subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff's allegations

26 that his injury was caused by products designed and manufactured by UTC under the supervision

27 and control of the United States government;

28

MDL-   875  VAC _____
     RECOMMENDED STIPULATION
     CASE NO. C 08-03314 SI

SFO\Manage/074908/000541/160213/1
074908.000540.161940.1

Approved/Date: _____

OFFICIAL FILE COPY

IMAGED NOV 18 2008

1     WHEREAS, Defendant UTC was the sole removing defendant and no other defendant

2 joined in removal or filed a separate notice of removal;

3     WHEREAS, Plaintiff and Defendant UTC, the affected parties, have now reached a

4 resolution of Plaintiff's claims against UTC;

5     WHEREAS, Defendant UTC's desire for a federal forum for this action is now moot

6 given the resolution of Plaintiff's claims against it; and

7     WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant UTC seek to have

8 this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,

9 Plaintiff and Defendant UTC, that all claims against Defendant UTC shall be, and hereby are,

10 dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that

11 this action shall be, and hereby is, immediately remanded to the San Francisco County Superior

12 Court, the court in which it was originally filed and from which it was removed.

13 DATED: October 3  , 2008                 BRAYTON PURCELL

14

15

16                                       By: _____
                                        Richard Grant

17                                         Attorneys for Plaintiff
                                        NORMAN CARVETH

18

19 DATED: October 3  , 2008                 TUCKER ELLIS & WEST LLP

20

21

22                                         By: _____
                                        Lance Wilson

23                                         Attorneys for Defendant
                                        UNITED TECHNOLOGIES
                                        CORPORATION

24

25

26

27

28

SFOiManage/074908/000541/160213/1
074908.000540.161940.1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the

2  Superior Court of California, County of San Francisco, Case. No. 274677.  The Clerk shall send

3  a certified copy of this Order to the Clerk of the Court for the Superior Court of California,

4  County of San Francisco.

5

·6  Dated: October ___, 2008                    . By: _____

7                                                HONORABLE SUSAN ILLSTON

8                                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

·27

28

SFO\Manage/074908/000541/160213/1
074908.000540.161940.1