MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2008

FILED
CLERK'S OFFICE

1  TUCKER ELLIS & WEST LLP
   EVAN C. NELSON – STATE BAR NO. 172957
2  LANCE D. WILSON STATE BAR NO. 183852
   TIMOTHY C. CONNOR - STATE BAR NO. 236529
3  135 Main Street, Suite 700
   San Francisco, California 94105
4  Telephone: (415) 617-2400
   Facsimile: (415) 617-2409
5  Email: evan.nelson@tuckerellis.com
   Email: timothy.connor@tuckerellis.com
6
   Attorneys for Defendant
7  RELIANCE ELECTRIC COMPANY

8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  HARRY LEMASTER and CAROLYN         Case No. C 08 03316 PJH
    LEMASTER,
13
                                       JOINT STIPULATION TO DISMISS
14        Plaintiffs,                  DEFENDANT RELIANCE ELECTRIC
                                       COMPANY AND TO REMAND ACTION
15        v.                           TO STATE COURT AND ORDER

16  ALLIS-CHAMLERS CORPORATION         [Local Rules 7-1 and 7-12; FRCP 41]
    PRODUCT LIABILITY TRUST, et al
17
          Defendants.
18
         Come now Plaintiffs HARRY LEMASTER and CAROLYN LEMASTER ("Plaintiffs")
19
    and Defendant RELIANCE ELECTRIC COMPANY ("RELIANCE"), who file the following
20
    joint stipulation pursuant to Local Rules 7-1 and 7-12:
21
         WHEREAS, Defendant RELIANCE removed this case to the United States District Court
22
    for the Northern District of California on July 9, 2008, on the ground that the Court has "federal
23
    officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff's
24
    allegations that his injury was caused by products designed and manufactured by RELIANCE
25
    under the supervision and control of the United States government;
26
         WHEREAS, Defendant RELIANCE was the sole removing defendant and no other
27
    defendant joined in removal or filed a separate notice of removal;
28

STIPULATION
CASE NO. C 08-03317 PH

SFOiManage/074908/000541/160213/1
011443.000010.161941.1

OFFICIAL FILE COPY

IMAGED NOV 1 8 2008

11/10/2008 13:59 415-898-1247 BRAYTON PURCELL LLP PAGE 13/15

Case MDL No. 875   Document 5685   Filed 11/17/08   Page 2 of 4
Case 3:08-cv-03316-PJH   Document 44   Filed 11/10/2008   Page 2 of 4

1   WHEREAS, Plaintiffs and Defendant RELIANCE, the affected parties, have now
2   reached a resolution of Plaintiffs' claims against RELIANCE;
3   WHEREAS, Defendant RELIANCE's desire for a federal forum for this action is now
4   moot given the resolution of Plaintiffs' claims against it; and
5   WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant RELIANCE
6   seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected
7   parties, Plaintiffs and Defendant RELIANCE, that all claims against Defendant RELIANCE
8   shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of
9   Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San
10  Francisco County Superior Court, the court in which it was originally filed and from which it
11  was removed.
12  DATED: November 3, 2008            BRAYTON PURCELL

                                      By: _____
                                      Richard Grant
                                      Attorneys for Plaintiffs
                                      HARRY AND CAROLYN LEMASTER

18  DATED: November ___, 2008          TUCKER ELLIS & WEST LLP

                                      By: _____
                                      Lance Wilson
                                      Attorneys for Defendant
                                      RELIANCE ELECTRIC COMPANY

2
STIPULATION
CASE NO. C 08-03317 PH

SFOIManage/074908/000541/160213/1
011443.000010.161941.1

11/10/2008  13:59    415-898-1247         BRAYTON PURCELL LLP                    PAGE  14/15

Case MDL No: 875   Document 5685   Filed 11/17/08   Page 3 of 4
Case 3:08-cv-03316-PJH   Document 44   Filed 11/10/2008   Page 3 of 4

1  WHEREAS, Plaintiffs and Defendant RELIANCE, the affected parties, have now
2  reached a resolution of Plaintiffs' claims against RELIANCE;
3  WHEREAS, Defendant RELIANCE's desire for a federal forum for this action is now
4  moot given the resolution of Plaintiffs' claims against it; and
5  WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant RELIANCE
6  seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected
7  parties, Plaintiffs and Defendant RELIANCE, that all claims against Defendant RELIANCE
8  shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of
9  Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San
10 Francisco County Superior Court, the court in which it was originally filed and from which it
11 was removed.

12 DATED: October ___, 2008         BRAYTON PURCELL

15                                  By: _____
                                    Richard Grant
                                    Attorneys for Plaintiffs
16                                  HARRY AND CAROLYN LEMASTER

18 DATED: November 3, 2008          TUCKER ELLIS & WEST LLP

20                                  By: _____
21                                  Lance Wilson
                                    Attorneys for Defendant
22                                  RELIANCE ELECTRIC COMPANY

2
STIPULATION
CASE NO. C 08-03317 PH

SFOiManage/074908/000541/160213/1
01443.00010.161941.1

11/10/2008 13:59 415-898-1247 BRAYTON PURCELL LLP PAGE 15/15

Case MDL No. 875   Document 5685   Filed 11/17/08   Page 4 of 4
Case 3:08-cv-03316-PJH   Document 44   Filed 11/10/2008   Page 4 of 4

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
2  Superior Court of California, County of San Francisco, Case. No. 274669. The Clerk shall send
3  a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
4  County of San Francisco.

6  Dated: November 7, 2008      By: _____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]