JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2008

FILED
CLERK'S OFFICE

1  TUCKER ELLIS & WEST LLP
   CURTISS L. ISLER STATE BAR NO. 146903
2  515 South Flower Street
   Forty Second Floor
3  Los Angeles, CA 90071-2223
   Telephone: 213.430.3400
4  Facsimile: 213.430.3409
   Email: curt.isler@tuckerellis.com
5
   TUCKER ELLIS & WEST LLP
6  LANCE D. WILSON STATE BAR NO. 183852
   135 Main Street, Suite 700
7  San Francisco, California 94105
   Telephone: (415) 617-2400
8  Facsimile: (415) 617-2409
   Email: lance.wilson@tuckerellis.com
9
   Attorneys for Defendant
10 UNITED TECHNOLOGIES CORPORATION
11
12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA
14
15 FINAS BELK and ANNIE BELK,           Case No. C 08-03317 PH
16           Plaintiffs,                JOINT STIPULATION TO DISMISS
                                        DEFENDANT UNITED TECHNOLOGIES
17      v.                              CORPORATION AND TO REMAND
                                        ACTION TO STATE COURT AND ORDER
18 BUCYRUS INTERNATIONAL, INC., et al
                                        [Local Rules 7-1 and 7-12; FRCP 41]
19           Defendants.

20      Come now Plaintiffs FINAS BELK and ANNIE BELK ("Plaintiffs") and Defendant

21 UNITED TECHNOLOGIES CORPORATION ("UTC"), who file the following joint stipulation

22 pursuant to Local Rules 7-1 and 7-12:

23      WHEREAS, Defendant UTC removed this case to the United States District Court for the

24 Northern District of California on July 9, 2008, on the ground that the Court has "federal officer"

25 subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff's allegations

26 that his injury was caused by products designed and manufactured by UTC under the supervision

27 and control of the United States government;

28

                                            1
                                       STIPULATION
                                   CASE NO. C 08-03317 PH

MDL- 875  40
RECOMMENDED ACTION
Approved/Date: _____

PLEADING NO. 5686
SFOiManage/074908/000541/160213/1
074908.000541.161922.1
OFFICIAL FILE COPY
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2008 NOV 12 P 4: 11
RECEIVED CLERK'S OFFICE
IMAGED NOV 18 2008

1 WHEREAS, Defendant UTC was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiffs and Defendant UTC, the affected parties, have now reached a resolution of Plaintiffs' claims against UTC;

WHEREAS, Defendant UTC's desire for a federal forum for this action is now moot given the resolution of Plaintiffs' claims against it; and

WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant UTC seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant UTC, that all claims against Defendant UTC shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

DATED: October 3 o, 2008           BRAYTON PURCELL

                                   By: _____
                                   Richard Grant
                                   Attorneys for Plaintiffs
                                   FINAS BELK and ANNIE BELK

DATED: October 3 ı, 2008           TUCKER ELLIS & WEST LLP

                                   By: _____
                                   Lance Wilson
                                   Attorneys for Defendant
                                   UNITED TECHNOLOGIES
                                   CORPORATION

SFOIManage/074908/000541/160213/1
074908.000541.161922.1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
2  Superior Court of California, County of San Francisco, Case. No. 274686. The Clerk shall send
3  a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
4  County of San Francisco.
5  Dated: October 31, 2008        By: _____
                                        HONORABLE PHYLLIS J. HAMILTON
                                        UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED / Judge Phyllis J. Hamilton"]*

SFOiManage/074908/000541/160213/1
074908.000541.161922.1