UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 17, 2008**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS                                     MDL No. 875
LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL TRANSFER ORDERS**
**AND VACATING THE NOVEMBER 20, 2008, HEARING SESSION**

Conditional transfer orders were filed in these four actions on August 11, 2008, and August 20, 2008, respectively.  Prior to expiration of both orders' 15-day stay of transmittal, plaintiffs in these actions filed notices of opposition to the proposed transfers and the subsequent motion and brief to vacate the conditional transfer orders.  The Panel has now been advised that the four actions were remanded to California state court by various Northern District of California judges pursuant to separate orders entered during the period between October 30, 2008, and November 10, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer orders designated as "CTO-313" filed on August 11, 2008, and "CTO-314" filed on August 20, 2008, are VACATED insofar as they relate to these actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 22, 2008, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**SCHEDULE A**

MDL-875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

<u>Northern District of California</u>

Robert Schoelzel v. Allis-Chalmers Corp., et al., C.A. No. 3:08-3113
Norman Carveth v. Allis-Chalmers Corp. Product Liability Trust, et al., C.A. No. 3:08-3314
Harry Lemaster, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al., C.A. No. 3:08-3316
Finas Belk, et al. v. Bucyrus International, Inc., et al., C.A. No. 3:08-3317