MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTI DISTRICT LITIGATION

MDL No. 875 - - In Re Asbestos Products Liability Litigation (No. VI)

*James W. Gibbens, et al. v. Aqua-Chem, Inc., et al,*
*Louisiana Middle District LAM 3 08-572*

### NOTICE OF OPPOSITION TO CTO - 317

I represent the Plaintiffs in the James W. Gibbens, et al. v. Aqua-Chem, Inc., et al, Louisiana Middle LAM 3 08-572, which is included on the conditional transfer order (CTO-317). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

BRENT COON & ASSOCIATES

LAWRENCE G. GETTYS (LA Bar #23753)
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 751-7277
Facsimile: (225) 753-4503

PLEADING NO. 5688

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Notice of Opposition to CTO-317 has been served upon all counsel of record by Electronic Transmission, this 14th day of November, 2008.

LAWRENCE G. GETTYS

OFFICIAL FILE COPY
IMAGED NOV 17 2008