MDL 875    JUDICIAL PANEL ON
           MULTIDISTRICT LITIGATION

           NOV 17 2008

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL Docket No. 875 |
| TYIESHA HANSLEY, Personal Representative of the Estate of LENORA WILLIAMS-WALKER | |
| Plaintiff | |
| vs. | Civil Action No.: 08-CV-02282-RDB |
| CONWED CORPORATION, et al. | |
| Defendants | |

PLEADING NO. 5689

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiffs, by their undersigned counsel, oppose the transfer of the above-captioned case to the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. § 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on October 30, 2008. A Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed pursuant to MDL Rule 7.4(d).

Respectfully submitted,

Jennifer L. Lilly

Jennifer L. Lilly (Fed. No. 28356)
Law Offices of Peter Angelos
One Charles Center, 22nd Floor
100 N. Charles Street
Baltimore, MD 21201-3812

Attorneys for Plaintiff

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2008 NOV 14 A 11:55

RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED NOV 17 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2008

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TYIESHA HANSLEY, | * |
| Plaintiff | * |
| v. | * Civil No. RDB-08-2282 |
| E.L. Stebbing & Co., Inc., et al. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

It is hereby agreed and stipulated by and between counsel for the Plaintiff, Offices of Peter G. Angelos, and Conwed Corporation, only, that Plaintiff's Complaint and all Amended Complaints against Conwed Corporation are hereby dismissed with prejudice, costs to be born by respective parties.

/s/ Charles A. Candon
Charles A. Candon
Law Offices of Peter G. Angelos
100 N. Charles Street
Suite 2200
Baltimore, MD 21201
(410) 649-2000
Attorneys for Plaintiff

/s/Alexander J. May
Alexander J. May
Federal Bar No. 023997
ajm@bbkmlaw.com
BRASSEL, BALDWIN, KAGAN &
MAY, P.A.
112 West Street
Annapolis, MD 21401
(410) 216-7900
Attorney for Conwed Corporation

APPROVED, this 30 day of Oct., 2008.

Richard D. Bennett
United States District Judge