UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Oct 30, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-317)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,552 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 17, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                            MDL No. 875

## SCHEDULE CTO-317 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CONNECTICUT
  CT  3  08-731                 William Barlow, et al. v. General Electric Co., et al.

DELAWARE
  DE  1  08-623                 Dee A. Steckler, etc. v. Viad Corp.

FLORIDA SOUTHERN
  FLS  1  08-22522              Peter Constantinides, et al. v. Alfa Laval, Inc., et al.

ILLINOIS NORTHERN
  ILN  1  08-4237               Jean M. Jasinski, etc. v. A.W. Chesterton Co., Inc., et al.

ILLINOIS SOUTHERN
  ILS  3  08-578                Porter Robinson, et al. v. BNSF Railway Co.

LOUISIANA MIDDLE
  ~~LAM  3  08-572~~            ~~James W. Gibbens, et al. v. Aqua-Chem, Inc., et al.~~
                                Opposed 11/17/08

MARYLAND
  ~~MD  1  08-2282~~            ~~Tyeisha Hansley, etc. v. E.L. Stebbing & Co., Inc., et al.~~
                                Opposed 11/17/08

MICHIGAN EASTERN
  MIE  2  08-13283              Richard G. Yunt v. Grand Trunk Western Railroad, Inc.

NORTH CAROLINA MIDDLE
  NCM  1  08-512                Debra Drane Albright, et al. v. INVISTA S.a.r.l., LLC, et al.
  NCM  1  08-625                Dorothy Deloris Hemphill v. Aqua-Chem, Inc., et al.
  NCM  1  08-626                Samuel Carroll Bonds v. Aqua-Chem, Inc., et al.
  NCM  1  08-636                Oliver T. Love, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-637                James B. Tucker, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-638                John A. Frye, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-642                David W. Henderson, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-643                James O. Shumate, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-644                James A. Williams, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-317 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**                **CASE CAPTION**

  NCM  1  08-650            Valerie V. Ellison, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-653            John B. Dyer, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-654            Kenneth R. McDaniel, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-655            James D. Roach, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-656            Jeter Wayne Rock v. Aqua-Chem, Inc., et al.
  NCM  1  08-657            Trudy W. Rowland, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-685            Deborah P. Bowman v. Aqua-Chem, Inc., et al.
  NCM  1  08-686            Cody Lee Norris, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-687            Gary D. Scarboro, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-688            Herbert R. Hale, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  08-689            Phillip Eugene Gatton v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  08-410            Hansel L. Moore, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-411            William Bernard Davis v. Aqua-Chem, Inc., et al.
  NCW  1  08-412            Wylie G. Horton, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-413            Williard Howard Elkins v. Aqua-Chem, Inc., et al.
  NCW  1  08-417            Timothy Joe Hoyle v. Aqua-Chem, Inc., et al.
  NCW  1  08-418            Steven M. Vincent, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-421            Kenneth E. Pope, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-422            Ricky A. Hawkins, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-423            David A. Mitchell, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-424            Raymond E. Ross, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-425            Jackie Kenneth Wilson v. Aqua-Chem, Inc., et al.
  NCW  1  08-426            Randy G. Cash, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-427            William R. York, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-428            James A. Anderson, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-431            Richard F. Carpenter, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-432            David R. Cogdell, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-433            Kenneth L. Griffith, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-435            William Roger Felton v. Aqua-Chem, Inc., et al.
  NCW  1  08-436            Jerry Delmus Haney v. Aqua-Chem, Inc., et al.
  NCW  1  08-437            Pansy A. Huss, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-438            Merritta C. Joyner, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-439            Stephen W. McClure, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-440            Gary S. McCorkle, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-443            Terry L. Presswood, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-446            Herbert Wallace, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-447            Kenneth Warren, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-449            Fred H. Wilkinson, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-450            Clarence S. Withrow v. Aqua-Chem, Inc., et al.
  NCW  1  08-452            Ernest W. McJunkins, Jr., et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-317 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCW 1 08-453 | Benjamin F. Melton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-454 | John Wesley Peace v. Aqua-Chem, Inc., et al. |
| NCW 1 08-455 | Barry K. Postell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-461 | Robert L. Archie, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-462 | Nellie E. Ryan, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-463 | Lynn Edward Brecht v. Aqua-Chem, Inc., et al. |
| NCW 1 08-466 | Les Boyd Evans, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-467 | James Herbert Lail, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-468 | Jimmy Ray Foxx, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-469 | Richard D. Heffner, et al. v. Aqua-Chem, Inc., et al. |

OHIO NORTHERN

| OHN 1 08-10003 | Edwin O. Erickson v. A-C Product Liability Trust, et al. |
|---|---|
| OHN 1 08-10004 | Robert J. Mchenry v. A-C Product Liability Trust, et al. |
| OHN 1 08-10005 | James T. Degnan v. A-C Product Liability Trust, et al. |

RHODE ISLAND

| RI 1 08-175 | Thomas Feeley, et al. v. Buffalo Pumps, Inc., et al. |
|---|---|
| RI 1 08-176 | Thomas Feeley, et al. v. Buffalo Pumps, Inc., et al. |

SOUTH CAROLINA

| SC 0 08-2985 | Ronald Jacobs, et al. v. Aqua-Chem, Inc., et al. |
|---|---|
| SC 0 08-2999 | Donnie Jean Roof v. Aqua-Chem, Inc., et al. |
| SC 0 08-3030 | Ernest G. Greenwood, II, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3032 | Roger W. Hill, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3100 | Thomas J. Walkowiak, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3102 | James Carson Taylor v. Aqua-Chem, Inc., et al. |
| SC 0 08-3157 | Keith Duane Alexander v. Aqua-Chem, Inc., et al. |
| SC 0 08-3158 | Jesse H. Barfield, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3160 | Ernest G. Huffman, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3161 | Lester Cunningham, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3162 | Vernon C. Godfrey, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3163 | Melvin J. Dean, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3315 | Ronald F. Gregory, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3331 | Thomas C. Sanders, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-3334 | Robert E. Pitmon, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 08-3007 | Lois M. Mitchum v. Owens-Illinois, Inc., et al. |
| SC 2 08-3031 | Vernon A. Manus, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 08-3051 | Johnny R. McCullough, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-2997 | William Edward Putman, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-3000 | David A. Wheatley, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-3047 | John H. Valentine, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-317 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| SC 7 08-3271 | James M. Mullinax, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-3273 | Ann Poole Mullins, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2979 | Donny L. Carpenter, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2982 | Ruth W. Jennings, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2983 | Douglas Allen Crenshaw v. Aqua-Chem, Inc., et al. |
| SC 8 08-2984 | Mark T. Hester, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2986 | Delores Yvonne Lamb v. Aqua-Chem, Inc., et al. |
| SC 8 08-2987 | Roger J. Masters, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2988 | James V. McCall, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2998 | Gregory L. Robinett, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3001 | Frank J. Miller, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3043 | Harry M. Graham, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3046 | Edmond Brown, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3050 | Gary E. Ross, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3052 | Ruth Jean Chapman, etc. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3053 | Coy T. Fulghum, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3054 | Jerry Joe Lathan v. Aqua-Chem, Inc., et al. |
| SC 8 08-3056 | Lewis J. McWhorter, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3058 | Julian Wade Oglesby v. Aqua-Chem, Inc., et al. |
| SC 8 08-3096 | Gettys Wayne Cox, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3098 | James Young, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3099 | Raymond D. Waterman, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3101 | Paul Udell Terry, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3103 | James R. Price, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3106 | Debra Lear King, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3191 | Frank L. Bibb v. Aqua-Chem, Inc., et al. |
| SC 8 08-3193 | Larry W. Davenport, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3195 | Earle E. Echols, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3199 | Phillip Ray Williams v. Aqua-Chem, Inc., et al. |
| SC 8 08-3267 | Robert David Cobb v. Aqua-Chem, Inc., et al. |
| SC 8 08-3268 | Harvey W. Cole, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3274 | Phillip M. Richardson, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3312 | Aron Lester Collinst, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3317 | Grover C. Woodard, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-3337 | George B. Moore, et al. v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN

| VAE 2 01-5835 | Dean E. Bergman v. American Standard, Inc., et al. |
|---|---|
| VAE 2 01-5836 | Nelson R. Brooks v. American Standard, Inc., et al. |
| VAE 2 01-5837 | Charles R. Buskill v. American Standard, Inc., et al. |
| VAE 2 01-5838 | Joseph R. Carollo v. American Standard, Inc., et al. |
| VAE 2 01-5839 | James B. Conner v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-317 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 2 01-5840 | William H. Monroe, Jr., etc. (James Stanley Donley) v. American Standard, Inc., et al. |
| VAE 2 01-5841 | Willard R. Fox v. American Standard, Inc., et al. |
| VAE 2 01-5842 | Charles E. Fuller v. American Standard, Inc., et al. |
| VAE 2 01-5843 | Franklin F. Fyock v. American Standard, Inc., et al. |
| VAE 2 01-5844 | Lewis E. Gaines v. American Standard, Inc., et al. |
| VAE 2 01-5845 | James C. Harlowe v. American Standard, Inc., et al. |
| VAE 2 01-5846 | Robert E. Hartley v. American Standard, Inc., et al. |
| VAE 2 01-5847 | James E. Hoff v. American Standard, Inc., et al. |
| VAE 2 01-5848 | Patrick J. Howe v. American Standard, Inc., et al. |
| VAE 2 01-5849 | Carl G. Hudson v. American Standard, Inc., et al. |
| VAE 2 01-5850 | Charles H. Jordan v. American Standard, Inc., et al. |
| VAE 2 01-5851 | William H. Monroe, Jr., etc. (Truman Kauffman) v. American Standard, Inc., et al. |
| VAE 2 01-5852 | Joseph K. Murrill, Jr. v. American Standard, Inc., et al. |
| VAE 2 01-5853 | Merle M. Robertson, etc. v. American Standard, Inc., et al. |
| VAE 2 01-5854 | Ronald G. Shaul v. American Standard, Inc., et al. |
| VAE 2 01-5856 | Gene H. Gray v. American Standard, Inc., et al. |
| VAE 2 01-5857 | Walter W. Oldaker v. American Standard, Inc., et al. |
| VAE 3 08-375 | Sandra Brunson, etc. v. Alfa Laval, Inc., et al. |
| VAE 3 08-376 | Sandra Brunson, etc. v. Alfa Laval, Inc., et al. |