MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NOV 2 0 2008

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| TYIESHA HANSLEY,<br>Personal Representative of the Estate of<br>LENORA WILLIAMS-WALKER, *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.  08-2282 |
| E.L. Stebbing & Co. Inc., *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is this 17th day of

November 2008, ORDERED that:

1.   Plaintiff Tyiesha Hansley's Motion to Remand, or in the Alternative, Motion to

Sever and Remand (Paper No. 17) is GRANTED;

2.   All further proceedings in this case are remanded to the Circuit Court for

Baltimore City, Maryland;

3.   Copies of this Order and the accompanying Memorandum Opinion shall be sent

to counsel of record and the Clerk of the Circuit Court for Baltimore City,

Maryland; and that the Clerk of Court forthwith transmit the record herein to the

Clerk of the Circuit Court for Baltimore City; and

4.   The Clerk of Court shall CLOSE this case.

Date: November 17, 2008

MDL- *875 (1 Action) Vacctd*
RECOMMENDED ACTION

/s/
Richard D. Bennett
United States District Judge

Approved/Date: _YR 11/19/08_

OFFICIAL FILE COPY

IMAGED NOV 2 1 2008

RECEIVED
CLERK'S OFFICE

PLEADING NO. 5691

**Jennifer Lilly - Activity in Case 1:08-cv-02282-RDB Hansley v. E. L. Stebbing & Co., Inc. et al Order on Motion to Remand**

---

**From:**
**To:**
**Date:**     11/17/2008 3:13 PM
**Subject:**  Activity in Case 1:08-cv-02282-RDB Hansley v. E. L. Stebbing & Co., Inc. et al Order on Motion to Remand

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Maryland

### Notice of Electronic Filing

The following transaction was entered on 11/17/2008 at 3:10 PM EST and filed on 11/17/2008
**Case Name:**        Hansley v. E. L. Stebbing & Co., Inc. et al
**Case Number:**      1:08-cv-2282
**Filer:**
**Document Number:** 295

**Docket Text:**
**ORDER granting [17] Motion of Hansley to Remand. Signed by Judge Richard D Bennett on 11/17/08. (das, Deputy Clerk)**

**1:08-cv-2282 Notice has been electronically mailed to:**

Edward C Bacon  Ebacon@lawbtp.com

Jon W Brassel  jwb@bbkmlaw.com

Steven Wentzel Smith  Ssmith@lawpga.com

Jonathan P Kagan  jpk@bbkmlaw.com

Alexander J May  ajm@bbkmlaw.com

Jeannie Pittillo Kauffman Jkauffman@lawbtp.com

Jennifer L Lilly jlilly@lawpga.com

**1:08-cv-2282 Notice will not be electronically delivered to:**

Gary J Ignatowski
Law Offices of Peter G Angelos
One Charles Center
100 N Charles St 22nd Fl
Baltimore, MD 21201

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/17/2008] [FileNumber=2035246-
0] [b8d2b5b193c8742268933182ad4b6b73e0c5d4eff65bdb1d5bd98d28d5e73d439c
2d3c7b72f8966ffc1cce1d9b7568956a2fe956cf43768ac73efa2fe4b3e200]]