UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 20, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

    Tyeisha Hansley, etc. v. E.L. Stebbing & )
        Co., Inc., et al., D. Maryland, C.A. No. 1:08-2282 )    MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action *(Hansley)* on October 30, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Hansley*, filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Hansley* was remanded to the Circuit Court of Baltimore City, Maryland, by the Honorable Richard D. Bennett on November 17, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-317" filed on October 30, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel