UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 21, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Elsie Smith, etc. v. Phillips 66 Co., et al., ) | |
|     S.D. Mississippi, C.A. No. 1:08-839 ) | MDL No. 875 |
| Troy Lofton v. Phillips 66 Co., et al., ) | |
|     S.D. Mississippi, C.A. No. 1:08-1008 ) | |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in these actions *(Smith and Lofton)* on October 23, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Smith and Lofton*, filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Smith* was remanded to the Circuit Court of Smith County, Mississippi by the Honorable Walter J. Gex III on October 24, 2008, and *Lofton* was remanded to the Circuit Court of Jones County, Mississippi, by the Honorable Walter J. Gex III on November 3, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-316" filed on October 23, 2008, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel