| | | |
|---|---|---|
| JEFFREY B. SIMON (NY, TX)<br>RON C. EDDINS (CA, TX)<br>DAVID C. GREENSTONE (CA, NY, TX)<br>JENNIFER L. BARTLETT (CA)<br>CHRISTOPHER J. PANATIER (CA, TX)<br>ASSOCIATES<br>LISA M. BARLEY (CA)<br>BRIAN P. BARROW (CA)<br>JORDAN BLUMENFELD-JAMES (CA)<br>BENJAMIN D. BRALY (TX)<br>LAURA M. CABUTTO (TX)<br>CLAY B. CARROLL (TX)<br>SEAN R. COX (TX)<br>REBECCA A. CUCU (CA)<br>JESSICA M. DEAN (TX) | <br>SIMON, EDDINS & GREENSTONE, LLP | EVAN B. DELGADO (CA, LA)<br>JOHN J. FOLEY (CA, IL, MO)<br>JONATHAN A. GEORGE (VA, TX, CA)<br>ROBERT A. GREEN (CA)<br>ETHAN A. HORN (CA)<br>H.W. TREY JONES (CA, TX)<br>STUART J. PURDY (CA)<br>HALEH RASHIDI (CA)<br>ALEXANDRA SHEF (CA)<br>LISA WHITE SHIRLEY (FL, LA, TX)<br>DANA C. SIMON (TX)<br>BRADLEY SMITH (TX)<br>JAY E. STUEMKE (TX)<br>OF COUNSEL<br>JAMIE A. NEWBOLD (CA) |

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV 24 2008
FILED
CLERK'S OFFICE

November 21, 2008

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
  Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Via Fax (202) 502-2888 and U.S. Mail

> Request of Pltfs. in Reaser, et al, FLM 8:08-1323, for Extension of Time to file Motion/Brief to Vacate CTO — GRANTED **IN PART** TO AND INCLUDING December 5, 2008.
> (jwn - November 24, 2008)

Re:   MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)
      *Robert Reaser, et al. v. A.W. Chesterton Co., et al.*
      M.D. Florida, C.A. No. 8:08-1323

Dear Mr. Luthi:

This office (along with co-counsel The Lipman Law Firm) represents the plaintiffs in the above-referenced matter identified for potential transfer to the MDL in CTO-315. We write to update the Panel as to the status of the stipulation for remand to Florida state court previously filed in the district court. A copy of that stipulation, which was filed on October 10, 2008, was attached to the undersigned's prior correspondence of October 20. The district court has not yet taken any action on the stipulation. As such, the stipulating parties still anticipate remand to state court, thereby obviating any need or basis for transfer to the MDL. In light of the parties' stipulation, plaintiffs respectfully request another 30-day extension of the stay so that the district court may take action the stipulated remand.

Sincerely,

Brian P. Barrow

cc: Edward J. Briscoe, Esq. (via fax 305-789-9201)
    (counsel for removing party Elliott Company)

PLEADING NO. 5697

OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
NOV 24 A 6:32

TEXAS OFFICE:
3232 MCKINNEY AVENUE, SUITE 610
DALLAS, TEXAS 75204
TEL: 214.276.7680
FAX: 214.276.7699

ATTORNEYS & COUNSELORS AT LAW
www.seglaw.com

CALIFORNIA OFFICE:
301 E. OCEAN BLVD., SUITE 1950
LONG BEACH, CALIF. 90802
TEL: 562.590.3400
FAX: 562.590.3412

IMAGED NOV 24 2008