Fax sent by : 11-26-08 02:39p Pg: 6/28
Case MDL No. 875 Document 5702 Filed 12/03/08 Page 1 of 2
Case 1:08-cv-00985-WJG Document 15 Filed 11/26/2008 Page 1 of 2

**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 3 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| HOWARD M. CASE | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:08cv985WJG |
| PHILLIPS 66 COMPANY, *ET AL.* | DEFENDANTS |
| | |
| JOHN LEE BROWN | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:08cv1049WJG |
| PHILLIPS 66 COMPANY, *ET AL.* | DEFENDANTS |

PLEADING NO. 5702

## ORDER OF REMAND

THIS CAUSE comes before the Court on motions of the Plaintiffs, Howard M. Case [8], and John Lee Brown [8], to remand the above referenced actions to the Circuit Court of Jones County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Plaintiffs' motions to remand [Case, 8; Jones, 8], filed in their respective cases be, and are hereby, granted. The Clerk of this Court is directed to mail a certified copy of the Memorandum Opinion and this Order to the Clerk for the Circuit Court of Jones County, Mississippi, immediately. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

MDL- 875
RECOMMENDED ACTION

VAC CTO - 316 2 actions
Approved/Date: _____

Page 1 of 2

**OFFICIAL FILE COPY**

IMAGED DEC 3 2008

Fax sent by : 11-26-08 02:39p Pg: 7/28
Case MDL No. 875   Document 5702   Filed 12/03/08   Page 2 of 2
Case 1:08-cv-00985-WJG   Document 15   Filed 11/26/2008   Page 2 of 2

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this civil action.

SO ORDERED AND ADJUDGED, this the 25th day of November, 2008.

_____
UNITED STATES SENIOR DISTRICT JUDGE