UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 03, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Howard M. Case v. Phillips 66 Co., et al., ) | |
|     S.D. Mississippi, C.A. No. 1:08-985 ) | |
| John Lee Brown v. Phillips 66 Co., et al., ) | MDL No. 875 |
|     S.D. Mississippi, C.A. No. 1:08-1049 ) | |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions (*Case* and *Brown*) on October 23, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Case* and *Brown* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Case* and *Brown* were remanded to the Circuit Court of Jones County, Mississippi, by the Honorable Walter J. Gex, III, in an order filed on November 26, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-316" filed on October 23, 2008, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel