MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 8 2008

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCT                    MDL NUMBER: 875
LITIGATION (No. VI)

RE:     PENDING ACTIONS IN THE ATTACHED SCHEDULE[1]

_____

REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-316)

TO THE HONORABLE JUDGES OF THE MULTIDISTRICT PANEL:

PLAINTIFFS file this Reply Brief in Support of their Motion to Vacate Conditional

Transfer Order 316 ("CTO-316"), and respectfully show as follows:

I.
SUMMARY

1.      The Judicial Panel on Multidistrict Litigation (the "Panel") should not transfer

any case subject to CTO-316 to the Eastern District of Pennsylvania for inclusion in MDL

No. 875 because the District Court in Mississippi has continued to enter orders of remand in

the cases.   Defendants claimed in their opposition to Plaintiffs' motion to vacate that only

_____

[1]   *See* the attached Schedule of Actions listing all 423 Plaintiffs and the causes of action subject to this filing.  As
detailed herein, five cases have been recently remanded by the District Court for the Southern District of
Mississippi, Southern District (the "District Court").  After the Panel's issuance of CTO-316, Defendants removed
another case, *Bob Martin v. Phillips 66, et al.,* resulting in a total of 424 cases having been removed by Defendants.
*Bob Martin,* however, has never been subject to CTO-316, but is one the five cases that have been remanded.  The
remaining 419 cases are currently pending in the Southern District of Mississippi, Southern Division.

OFFICIAL FILE COPY

IMAGED DEC 9  2008

two cases had been remanded because they has been set for trial in State court.  In the interim, however, the District Court has remanded additional cases, including cases that were never set for trial in State court.  Plaintiffs request that the Panel provide an adequate opportunity for the District Court to rule on the remaining motions for remand.

2.      Contrary to the usual situation where a small number of cases are removed at one time, the volume of oilfield workers' cases simultaneously removed – a total of 424 – has presented administrative hardship on the District Court and has delayed rulings on the Plaintiffs' motions to remand.  Briefing by the parties recently concluded and the Court continues to rule on motions for remand.  The District Court has already entered rulings that indicate remand is appropriate in all remaining cases subject to CTO-316.  In addition, the requirements of 28 U.S.C. §1407 are not met because all of the cases subject to CTO-316 are pending in the same District Court, as opposed to federal district courts located all over the country.  Moreover, these cases do not involve questions of fact common with cases previously transferred to the MDL.  Transfer will not serve the convenience of the parties and witnesses, nor will it promote the just and efficient conduct of the litigation.

## II.
### ARGUMENT AND AUTHORITIES

**A.**   **Remand orders issued so far indicate the District Court intends to rule on the motions for remand; the District Court, therefore, should be given an adequate opportunity to do so.**

3.      As detailed in Plaintiffs' Motion to Vacate, the Panel has discussed in past opinions that the District Court having an adequate opportunity to make remand rulings is a concern. *See In re: Asbestos Products Liability Litigation (No. VI)*, 560 F. Supp.2d 1367 (J.P.M.L. 2008).  The Panel noted that under usual circumstances, "those courts wishing to address [motions for remand] have adequate time in which to do so, while those courts concluding that such issues should be addressed by the transferee judge need not rule on them." *Id.*  Usually only a few cases are removed at one time, and even then, those few cases are usually spread among several different courts.  Given that 424 cases have been removed to the same District Court in this instance, it can hardly be said that these are usual circumstances.

4.      Originally, 423 cases were subject to CTO-316, which were removed simultaneously to the District Court.  *Bob Martin v. Phillips 66, et al.,* another asbestos drilling mud case, was removed a few weeks after removal of the 423 cases to the same District Court.

5.      When Plaintiffs' motion to vacate CTO-316 was filed, the District Court had remanded two cases to State court – the *Elsie Smith* and *Troy Lofton* cases.   In their opposition to the motion to vacate, Defendants implied that the District Court had remanded only two cases because they were originally set for trial in State court.   Specifically, Defendants told the Panel:

> As reflected in his Memorandum Opinion, what Judge Gex characterized as an "eve of trial" removal expressly weighed in his decision to remand [the *Elsie Smith* case].  On November 4, 2008, Judge Gex issued his second remand order in *Troy Lofton v. Phillips 66, et al. – another trial case.*

The District Court, however, has now remanded three more cases to the State courts, including two cases that have *never* been set for trial. *See* Exhibits A and B, attached hereto and incorporated herein.  Therefore, four of the 423 cases originally subject to CTO-316 have now been remanded to State court, not including the *Bob Martin* case, the one removed case that was never subject to CT0-316 which has now also been remanded.

6.      Based upon the steady flow of cases being remanded by the District Court, the District Court's intention to address the motions for remand is clear.  Simultaneous removal of 423 cases, however, has placed an enormous burden on the District Court and its staff while at the same time the Court's usual docket must be handled.  This process will take time.  Providing an "adequate time in which to [rule]" has in the past been one of the Panel's concerns.  *In re: Asbestos Products Liability Litigation (No. VI), 560 F. Supp.2d at 1369.*   It is requested,

therefore, that the Panel give the District Court an "adequate time in which to [rule]" on all of Plaintiffs' motions for remand.  MDL Panels have, in the past, "delayed ruling on transfer to permit the court in which the case is pending to decide critical, fully briefed and argued motions." *Johnson v. Micron Technology, Inc.,* 354 F.Supp.2d 736, 739 (E.D. Mich. 2005). Plaintiffs respectfully request, therefore, that the Panel defer transfer of the cases subject to CTO-316 in order to provide the District Court an opportunity to rule on Plaintiffs' motions for remand.[2]

**B.**   <u>**These cases should not be transferred because the requirements of 28 U.S.C. §1407 and subsequent case-law have not been met.**</u>

7.      In order to transfer these cases to the Eastern District of Pennsylvania for inclusion in MDL No. 875, the cases at issue must be pending in more than one District Court. *In re Ivy,* 901 F.2d 7 (2nd Cir. 1990).  There must exist common questions of fact with actions in the other cases previously transferred to MDL No. 875.  *See* 28 U.S.C. §1407(a).  In addition, before transfer can occur, the Panel must determine that the transfer of these cases "will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions." *Id.*

---

[2]   If the District Court is not given an opportunity to rule in this unusual circumstance, it will encourage Defendants in the future to remove as many cases as possible at one time, even if without merit, in hopes that it will overwhelm the District Court's ability to make the necessary rulings, thus resulting in cases being pulled into the MDL.

i.    **All cases subject to CTO-316 are pending in the same District Court.**

8.    All of the remaining 419 cases subject to CTO-316 are pending in the District Court for the Southern District of Mississippi, Southern Division.  To qualify for transfer, "they must be pending in more than one [District Court]."  *In re Ivy*, 901 F.2d at 9.  In their opposition to vacate, Defendants mistakenly counter this requirement by asserting that they are defending asbestos drilling mud products cases "throughout the country," followed by a vague reference to eight different states where cases are apparently pending in State courts.  But none of the cases referred to by Defendants are subject to CTO-316 or any other MDL transfer order.  Moreover, suits pending in State courts are irrelevant to the requirement that similar cases be pending in "more than one district."  Obviously, only cases pending in a Federal Court can be transferred to the Federal MDL.  It is misleading to point to cases in other State courts, which are not subject to transfer to the Federal MDL.[3]  Because all of the CTO-316 drilling mud asbestos cases are pending in the same Federal District Court, they should not be transferred to the MDL.

ii.    **The principles of consistency and efficiency indicate CTO-316 should be vacated.**

9.    One statutory requirement for transfer is that it promote the just and efficient conduct of the actions.  28 U.S.C. §1407(a).  The principles of consistency and efficiency are

---

[3]  It should also be noted that Defendants refer to cases filed against them in Oklahoma and Texas.  Nearly 1000 cases have been filed – and resolved – in those states and any new cases will not be removed to federal court since it has been established that Defendants are forum residents which, of course, thereby defeats diversity jurisdiction.

evaluated to determine whether transfer of these cases meets the requirements of Section 1407. *In re Ivy*, 901 F.2d at 9.   Sending these cases to the MDL will not further consistency or efficiency.

10.     Several cases initially subject to CTO-316 have already been remanded to State court in Mississippi pursuant to remand rulings by the District Court.   In order to ensure that future rulings are consistent on the motions to remand in the 419 remaining CTO-316 cases, the remand motions should be ruled on by the District Court.   There is no risk of inconsistent rulings so long as the rulings come from the same District Court.   Moreover, it will also be inefficient to pull the cases from the District Court.   The parties have expended enormous time and financial resources to brief the issues.   Briefing on the remaining 419 cases was recently completed.   The District Court has demonstrated its understanding of the issues presented and has begun to remand cases to State court.   It would be inefficient to disregard the time and resources put forth by the parties and the District Court and forcing the parties – and the Judge – to start over in the remand process.   *See Johnson*, 354 F.Supp.2d at 740.   The principles of consistency and efficiency are better served by vacating CTO-316.

11.     The District Court is the proper forum for the unique jurisdictional issues presented in the CTO-316 cases.   It has been held that if issues presented by pending remand motions are unique and do not involve questions of law and fact common to similar claims

across the country, then the single court handling issues should be permitted to rule on them. *See, e.g., Johnson,* 354 F.Supp.2d at 740. Defendants utterly fail to address this fact and have not demonstrated that the jurisdictional issues present in the CTO-316 cases are the same as cases before other district courts. In fact, no other district court is likely to address whether Mississippi forum Defendants Oilfield Service & Supply or Mississippi Mud were improperly included as parties in asbestos drilling mud additive cases merely to defeat diversity. Simply put, a mere allegation that there are some common fact questions is not enough. *Brock v. Stold-Nielsen SA,* 2004 WL 1837934 (N.D. Cal. 2004). In fact, when determination of the jurisdictional issue presented relies on examination of factual issues and interpretation of state law, a federal district court in the state of the laws at issue "is best-suited for consideration of the matter," as opposed to the MDL. *Greene v. Wyeth,* 344 F.Supp.2d 674 (D. Nev. 2004). Defendants have made a number of arguments in their filings opposing remand that relate to Mississippi law. Therefore, the District Court for the Southern District of Mississippi, Southern Division is best-suited to consider the motions for remand.

12.     There is also no risk of inconsistent rulings once these cases are back in State court, assuming CTO-316 is vacated and the cases are remanded. Defendants' only arguments in response to the consistency and efficiency arguments raised in Plaintiffs' motion to vacate was that Defendants' asbestos drilling mud cases (apparently in various State courts) involve similar

claims, defenses and witnesses.  As detailed in Plaintiffs' motion to vacate CTO-316, the cases subject to CTO-316 are actually part of a larger group of 740 cases commenced in Mississippi that are overseen by a single Special Master.  There is, therefore, no chance of inconsistent rulings.  Defendants have failed to advise the Panel that they are not subject to duplicative discovery requests in these cases.  One set of master discovery is used in all cases.  Defendants also fail to advise the Panel that they have not produced a single own document in the four-plus years this litigation has been pending because the documents were all produced  – once – in earlier litigation filed and resolved in the State courts of Texas.  Defendants further claim they are required to "present for deposition the same fact and expert witnesses,"  citing "Jack Walsh and J.C. Floyd" as examples, when in fact Defendants have never produced any witness for deposition in the Mississippi cases since these cases were commenced over four-plus years ago. Again, the parties have agreed to use prior video testimony of these witnesses taken years ago in the Texas cases, rather than having them sit for another deposition.  No risk of inconsistent rulings or inefficient practices exist if CTO-316 is vacated, the District Court grants the motions for remand, and these cases continue in State court where they have been pending for many years.

### iii.    Oilfield worker cases differ from traditional asbestos cases.

13.    In order to transfer these cases to the Eastern District of Pennsylvania for inclusion in MDL No. 875, there must exist common questions of fact with actions in the other cases previously transferred to MDL No. 875.  28 U.S.C. §1407(a).  As detailed in Plaintiffs' motion to vacate, oilfield workers pursuing asbestos claims are different from the "traditional" asbestos cases previously filed in Mississippi.[4]  Defendants fail to address the differences in means of exposure, the uniqueness of the limited number of defendants, and the claims and defenses involved.  Oilfield workers thus object to the prospect of being thrown among an assortment of unrelated cases simply because the petition filed in their case contains the word "asbestos."  After that word, the similarity ends.

## C.    **Rulings by the District Court indicate that all remaining cases included in CTO-316 are subject to remand.**

14.    The District Court has issued memorandum opinions in the five asbestos drilling mud cases that have so-far been remanded.  Specific holdings in the District Court's rulings indicate that remand is appropriate in all of the remaining CTO-316 cases.

15.    Specifically, the Court has ruled that the alleged "other paper" allegedly relied upon by Defendants for removal of all cases (the motion for summary judgement in the *Elsie*

---

[4]  A court in Texas previously agreed that similar oilfield drilling mud asbestos cases filed in Texas were different than traditional asbestos cases and, accordingly, they were not included in the Texas state asbestos MDL.

*Smith* case) was not "other paper" pursuant to 42 U.S.C. §1446(b).  *See* Exhibits A and B. Because this same document – as alleged "other paper" – was the basis for removal in all of the remaining 419 cases, remand is appropriate in all remaining cases.

16.     In addition, the District Court has ruled that there was no inequitable conduct on the part of Plaintiffs to justify an exception to the one year deadline for removal in 42 U.S.C. §1446(b) for the cases commenced more than a year before removal.  *See* Exhibits A and B. Remand is clearly appropriate – on a basis in addition to no "other paper" – in at least 357 of the remaining 419 cases, all of which were commenced over  four  years ago.

17.     Because the District Court has already made rulings that indicate all remaining cases should be remanded, CTO-316 should be vacated to allow the District Court the opportunity to rule on the remaining motions for remand.  In the alternative, the Panel should give the District Court an adequate opportunity to make a ruling in the remaining 419 cases that were simultaneously removed to the District Court.

**P<span>RAYER</span>**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that (1) the Panel vacate Conditional Transfer Order 316 in order that these cases may be remanded to their respective Mississippi state courts; (2) in the alternative, that the Panel provide the District Court adequate

opportunity to rule on the remaining motions for remand; and (3) Plaintiffs be provided such

other and further relief to which they may be entitled.

Respectfully submitted,

FRANKLIN, CARDWELL & JONES
A Professional Corporation

BY:

Gregory N. Jones
Bar Card No. 102152
Randy Bruchmiller
Bar Card No. 102094
Allen R. Vaught
Bar Card No. 101695
1001 McKinney, 18th Floor
Houston, TX 77002
713-222-6026 - telephone
713-222-0938 – facsimile

**ATTORNEYS FOR PLAINTIFFS**

S. ROBERT HAMMOND, JR. (MSB #3004)
S. Robert Hammond, Jr., P.L.L.C.
711 Hardy Street
P.O. Box 471
Hattiesburg, MS  39403-0471
Telephone: (601) 264-4499
Facsimile:  (601) 264-5588

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 8 2008

FILED
CLERK'S OFFICE

PHILIP E. CARBY (MSB #5862)
Philip E. Carby, P.C.
Post Office Box 1047
513 State Street
Natchez, Mississippi 39121
Telephone: (601) 445-5011
Facsimile: (601) 445-5033

### CERTIFICATE OF SERVICE

On this the 4th day of December, 2008, a true and correct copy of the above and foregoing instrument was duly served upon all parties and/or their counsel of record identified on the attached Panel List by depositing the same in the U.S. Mail, proper postage prepaid.

Gregory N. Jones

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Marcy B. Croft
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

S. Robert Hammond, Jr.
P.O. Box 471
Hattiesburg, MS 39403-0471

Jeffrey P. Hubbard
WELLS MOORE SIMMONS
& HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970

Gregory N. Jones
FRANKLIN CARDWELL & JONES
1001 McKinney
18th Floor
Houston, TX 77002

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995 .

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

John Jeffrey Trotter
ADAMS & REESE LLP
P.O. Box 24297
Jackson, MS 39225-4297

Allen R. Vaught
FRANKLIN CARDWELL & JONES
1001 McKinney
18th Floor
Houston, TX 77002

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

### SCHEDULE OF ACTIONS CTO-316

| STYLE OF CASE | CIVIL ACTION NO. | DISTRICT COURT |
|---|---|---|
| Elsie Smith, Individually and as Representative of the Estate of Larry D. Smith, Deceased v. Phillips 66, et al | 1:08-cv-00839-WJG | Southern District of Mississippi |
| Dimple I.Thompson, Individually and as Representative of the Estate of Marvin Thompson, Deceased v. Phillips 66, et al | 1:08-cv-00840-WJG | Southern District of Mississippi |
| Betty Sauls, Individually and as Representative of the Estate of Kenneth L. Sauls, Deceased v. Phillips 66, et al | 1:08-cv-00841-WJG | Southern District of Mississippi |
| Judith Richardson, Individually and as Representative of the Estate of Troyce Johnson, Deceased v. Phillips 66, et al | 1:08-cv-00842-WJG | Southern District of Mississippi |
| Alice Presley, Individually and as Representative of the Estate of William Pressley, Deceased v. Phillips 66, et al | 1:08-cv-00843-WJG | Southern District of Mississippi |
| Chrystelle Pevey, Individually and as Representative of the Estate of James E. Pevey, Deceased v. Phillips 66, et al | 1:08-cv-00844-WJG | Southern District of Mississippi |
| James R. Garner, Individually and as Representative of the Estate of Hubert Garner, Deceased v. Phillips 66, et al | 1:08-cv-00845-WJG | Southern District of Mississippi |
| Patricia Gayle Pitts, Individually and as Representative of the Estate of Homer Earl Pitts, Deceased | 1:08-cv-00846-WJG | Southern District of Mississippi |
| Betty McNair, Individually and as Representative of the Estate of L.B. McNair, Deceased v. Phillips 66, et al | 1:08-cv-00847-WJG | Southern District of Mississippi |
| Brownell v. Phillips 66, et al | 1:08-cv-00848-WJG | Southern District of Mississippi |

**SCHEDULE OF ACTIONS CTO-316**

| | | |
|---|---|---|
| Berry, Individually and as Representative of the Estate of Fred Berry, Deceased v. Phillips 66, et al | 1:08-cv-00849-WJG | Southern District of Mississippi |
| Brady, Individually and as Representative of the Estate of Willie Douglas Hancock, Deceased v. Phillips 66, et al | 1:08-cv-00850-WJG | Southern District of Mississippi |
| Taylor, Individually and as Representative of the Estate of Clarence Kelly, Sr., Deceased v. Phillips 66, et al | 1:08-cv-00851-WJG | Southern District of Mississippi |
| Frances Stewart, Individually and as Representative of the Estate of Floyd L. Nettles, Deceased v. Phillips 66, et al | 1:08-cv-00852-WJG | Southern District of Mississippi |
| Stephanie Davis, Individually and as Representative of the Estate of Don M. Davis, Deceased v. Phillips 66, et al | 1:08-cv-00853-WJG | Southern District of Mississippi |
| Shirley A. Ezell, Individually and as Representative of the Estate of Elbert C. Ezell, Deceased v. Phillips 66, et al | 1:08-cv-00854-WJG | Southern District of Mississippi |
| Krysten Lambert Butler, Individually and as Representative of the Estate of Bennie Floyd, Deceased v. Phillips 66, et al | 1:08-cv-00855-WJG | Southern District of Mississippi |
| Dodd Mitchell Sykes v. Phillips 66, et al | 1:08-cv-00856-WJG | Southern District of Mississippi |
| Corbit Sullivan v. Phillips 66, et al | 1:08-cv-00857-WJG | Southern District of Mississippi |
| Walter E. Stinson v. Phillips 66, et al | 1:08-cv-00858-WJG | Southern District of Mississippi |
| Timothy L. Stewart  v. Phillips 66, et al | 1:08-cv-00859-WJG | Southern District of Mississippi |

### SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Joe Stephens  v. Phillips 66, et al | 1:08-cv-00860-WJG | Southern District of Mississippi |
| Joseph Spradley v. Phillips 66, et al | 1:08-cv-00861-WJG | Southern District of Mississippi |
| Joseph Spiers  v. Phillips 66, et al | 1:08-cv-00862-WJG | Southern District of Mississippi |
| George Ross Spence v. Phillips 66, et al | 1:08-cv-00863-WJG | Southern District of Mississippi |
| Darrell D. Smith v. Phillips 66, et al | 1:08-cv-00864-WJG | Southern District of Mississippi |
| Joe Smith, Jr. v. Phillips 66, et al | 1:08-cv-00865-WJG | Southern District of Mississippi |
| Kelcie Dale Smith v. Phillips 66, et al | 1:08-cv-00866-WJG | Southern District of Mississippi |
| Charles R. Smith v. Phillips 66, et al | 1:08-cv-00867-WJG | Southern District of Mississippi |
| Charles C. Smith v. Phillips 66, et al | 1:08-cv-00868-WJG | Southern District of Mississippi |
| Charles Smith v. Phillips 66, et al | 1:08-cv-00869-WJG | Southern District of Mississippi |
| Charles R. Sims v. Phillips 66, et al | 1:08-cv-00870-WJG | Southern District of Mississippi |
| Thomas E. Simmons v. Phillips 66, et al | 1:08-cv-00871-WJG | Southern District of Mississippi |
| Jesse James Short v. Phillips 66, et al | 1:08-cv-00872-WJG | Southern District of Mississippi |
| Tom M. Saul, Jr. v. Phillips 66, et al | 1:08-cv-00873-WJG | Southern District of Mississippi |
| J.M. Saul v. Phillips 66, et al | 1:08-cv-00874-WJG | Southern District of Mississippi |
| Aaron Sasser, Jr. v. Phillips 66, et al | 1:08-cv-00875-WJG | Southern District of Mississippi |
| Charles David Sanders v. Phillips 66, et al | 1:08-cv-00876-WJG | Southern District of Mississippi |
| Ralph Gardner v. Phillips 66, et al | 1:08-cv-00877-WJG | Southern District of Mississippi |

**SCHEDULE OF ACTIONS CTO-316**

| | | |
|---|---|---|
| Jerrell J. Gunter v. Phillips 66, et al | 1:08-cv-00878-WJG | Southern District of Mississippi |
| Rudolph Gregory v. Phillips 66, et al | 1:08-cv-00879-WJG | Southern District of Mississippi |
| Ted Justin Graves v. Phillips 66, et al | 1:08-cv-00880-WJG | Southern District of Mississippi |
| David Grantham v. Phillips 66, et al | 1:08-cv-00881-WJG | Southern District of Mississippi |
| Kenneth Graham v. Phillips 66, et al | 1:08-cv-00882-WJG | Southern District of Mississippi |
| Grover Audell Goldman  v. Phillips 66, et al | 1:08-cv-00883-WJG | Southern District of Mississippi |
| Melvin R. Glass  v. Phillips 66, et al | 1:08-cv-00884-WJG | Southern District of Mississippi |
| Authur Gilmore  v. Phillips 66, et al | 1:08-cv-00885-WJG | Southern District of Mississippi |
| Bobby L. Gibson v. Phillips 66, et al | 1:08-cv-00886-WJG | Southern District of Mississippi |
| Charles Gardner v. Phillips 66, et al | 1:08-cv-00887-WJG | Southern District of Mississippi |
| Eddie Lee Gaines, Jr.  v. Phillips 66, et al | 1:08-cv-00888-WJG | Southern District of Mississippi |
| Ernest Wayne Hutto v. Phillips 66, et al | 1:08-cv-00889-WJG | Southern District of Mississippi |
| Randy R. Hunt  v. Phillips 66, et al | 1:08-cv-00890-WJG | Southern District of Mississippi |
| Ompy L. Hudson, III v. Phillips 66, et al | 1:08-cv-00891-WJG | Southern District of Mississippi |
| Johnny Howard  v. Phillips 66, et al | 1:08-cv-00892-WJG | Southern District of Mississippi |
| Malcolm Paul Howse  v. Phillips 66, et al | 1:08-cv-00893-WJG | Southern District of Mississippi |
| Donald W. Holmes  v. Phillips 66, et al | 1:08-cv-00894-WJG | Southern District of Mississippi |
| William L. Holloway  v. Phillips 66, et al | 1:08-cv-00895-WJG | Southern District of Mississippi |
| Charles Edward Holifield  v. Phillips 66, et al | 1:08-cv-00896-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Richard Hodges  v. Phillips 66, et al | 1:08-cv-00897-WJG | Southern District of Mississippi |
| John Heidel  v. Phillips 66, et al | 1:08-cv-00898-WJG | Southern District of Mississippi |
| Katie Higginbotham v. Phillips 66, et al | 1:08-cv-00899-WJG | Southern District of Mississippi |
| Isaac Haynes v. Phillips 66, et al | 1:08-cv-00900-WJG | Southern District of Mississippi |
| Thad Harvey v. Phillips 66, et al | 1:08-cv-00901-WJG | Southern District of Mississippi |
| Ex Earl Harrison  v. Phillips 66, et al | 1:08-cv-00902-WJG | Southern District of Mississippi |
| Ricky Wayne Harris v. Phillips 66, et al | 1:08-cv-00903-WJG | Southern District of Mississippi |
| James E. Harris v. Phillips 66, et al | 1:08-cv-00904-WJG | Southern District of Mississippi |
| Charles Hamrick, Sr. v. Phillips 66, et al | 1:08-cv-00905-WJG | Southern District of Mississippi |
| Ansler Dale Hall v. Phillips 66, et al | 1:08-cv-00906-WJG | Southern District of Mississippi |
| Hugh W. Mullins  v. Phillips 66, et al | 1:08-cv-00907-WJG | Southern District of Mississippi |
| Vincent Motley v. Phillips 66, et al | 1:08-cv-00908-WJG | Southern District of Mississippi |
| Willie E. Moore  v. Phillips 66, et al | 1:08-cv-00909-WJG | Southern District of Mississippi |
| Dennis G. Moak v. Phillips 66, et al | 1:08-cv-00910-WJG | Southern District of Mississippi |
| Bobby W. Mire, Sr. v. Phillips 66, et al | 1:08-cv-00911-WJG | Southern District of Mississippi |
| Bobby R. Mills  v. Phillips 66, et al | 1:08-cv-00912-WJG | Southern District of Mississippi |
| Michael D. Miller  v. Phillips 66, et al | 1:08-cv-00913-WJG | Southern District of Mississippi |
| Loranzie Miller v. Phillips 66, et al | 1:08-cv-00914-WJG | Southern District of Mississippi |
| Robert D. McLain v. Phillips 66, et al | 1:08-cv-00915-WJG | Southern District of Mississippi |

**SCHEDULE OF ACTIONS CTO-316**

| | | |
|---|---|---|
| Clifford McLain v. Phillips 66, et al | 1:08-cv-00916-WJG | Southern District of Mississippi |
| Thomas A. McKenzie v. Phillips 66, et al | 1:08-cv-00917-WJG | Southern District of Mississippi |
| Ronnie McGill v. Phillips 66, et al | 1:08-cv-00918-WJG | Southern District of Mississippi |
| Mark McFarland v. Phillips 66, et al | 1:08-cv-00919-WJG | Southern District of Mississippi |
| John W. McFarland v. Phillips 66, et al | 1:08-cv-00920-WJG | Southern District of Mississippi |
| Ben F. McDonald v. Phillips 66, et al | 1:08-cv-00921-WJG | Southern District of Mississippi |
| Ecclus McAllister v. Phillips 66, et al | 1:08-cv-00922-WJG | Southern District of Mississippi |
| Kenneth Mayhugh, Jr. v. Phillips 66, et al | 1:08-cv-00923-WJG | Southern District of Mississippi |
| Alton J. Mahaffey, Jr. v. Phillips 66, et al | 1:08-cv-00924-WJG | Southern District of Mississippi |
| Keith Mason v. Phillips 66, et al | 1:08-cv-00925-WJG | Southern District of Mississippi |
| James G. Magee v. Phillips 66, et al | 1:08-cv-00926-WJG | Southern District of Mississippi |
| Winston Madison v. Phillips 66, et al | 1:08-cv-00927-WJG | Southern District of Mississippi |
| Mark Price v. Phillips 66, et al | 1:08-cv-00928-WJG | Southern District of Mississippi |
| George R. Price v. Phillips 66, et al | 1:08-cv-00929-WJG | Southern District of Mississippi |
| Albert Preston v. Phillips 66, et al | 1:08-cv-00930-WJG | Southern District of Mississippi |
| Daniel L. Prather v. Phillips 66, et al | 1:08-cv-00931-WJG | Southern District of Mississippi |
| William Hinton Powell v. Phillips 66, et al | 1:08-cv-00932-WJG | Southern District of Mississippi |
| Herbert K. Powell v. Phillips 66, et al | 1:08-cv-00933-WJG | Southern District of Mississippi |
| Ernest Plumer v. Phillips 66, et al | 1:08-cv-00934-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Luther Pitts v. Phillips 66, et al | 1:08-cv-00935-WJG | Southern District of Mississippi |
| Frazier M. Phillips v. Phillips 66, et al | 1:08-cv-00936-WJG | Southern District of Mississippi |
| William H. Peak v. Phillips 66, et al | 1:08-cv-00937-WJG | Southern District of Mississippi |
| J.E. Patton v. Phillips 66, et al | 1:08-cv-00938-WJG | Southern District of Mississippi |
| Morgan T. Palmer v. Phillips 66, et al | 1:08-cv-00939-WJG | Southern District of Mississippi |
| Joe L. Palmer v. Phillips 66, et al | 1:08-cv-00940-WJG | Southern District of Mississippi |
| Larry Russell v. Phillips 66, et al | 1:08-cv-00941-WJG | Southern District of Mississippi |
| James Lowery Russell v. Phillips 66, et al | 1:08-cv-00942-WJG | Southern District of Mississippi |
| David P. Russell v. Phillips 66, et al | 1:08-cv-00943-WJG | Southern District of Mississippi |
| Mitchell R. Rushing v. Phillips 66, et al | 1:08-cv-00944-WJG | Southern District of Mississippi |
| Carl A. Runnels v. Phillips 66, et al | 1:08-cv-00945-WJG | Southern District of Mississippi |
| Tommy Rollins v. Phillips 66, et al | 1:08-cv-00946-WJG | Southern District of Mississippi |
| Larry Jessie Rollins v. Phillips 66, et al | 1:08-cv00947-WJG | Southern District of Mississippi |
| Pearl Lavern Robbins v. Phillips 66, et al | 1:08-cv-00948-WJG | Southern District of Mississippi |
| James D. Reid v. Phillips 66, et al | 1:08-cv-00949-WJG | Southern District of Mississippi |
| Jackie D. Ramage v. Phillips 66, et al | 1:08-cv-00950-WJG | Southern District of Mississippi |
| Jason C. Ratliff v. Phillips 66, et al | 1:08-cv-00951-WJG | Southern District of Mississippi |
| Jake W. McLain v. Phillips 66, et al | 1:08-cv-00952-WJG | Southern District of Mississippi |
| Robert E. Morris v. Phillips 66, et al | 1:08-cv-00953-WJG | Southern District of Mississippi |

**SCHEDULE OF ACTIONS CTO-316**

| | | |
|---|---|---|
| James M. Turner v. Phillips 66, et al | 1:08-cv-00954-WJG | Southern District of Mississippi |
| Lester Leroy Toney v. Phillips 66, et al | 1:08-cv-00955-WJG | Southern District of Mississippi |
| Joe R. Thompson v. Phillips 66, et al | 1:08-cv-00956-WJG | Southern District of Mississippi |
| Leroy Terrell v. Phillips 66, et al | 1:08-cv-00957-WJG | Southern District of Mississippi |
| Jerry L. Teachey v. Phillips 66, et al | 1:08-cv-00958-WJG | Southern District of Mississippi |
| Daryl Ray Tanner v. Phillips 66, et al | 1:08-cv-00959-WJG | Southern District of Mississippi |
| William A. Tatum v. Phillips 66, et al | 1:08-cv-00960-WJG | Southern District of Mississippi |
| Mathyngale "Buck" Williams v. Phillips 66, et al | 1:08-cv-00961-WJG | Southern District of Mississippi |
| David Griffin Williams v. Phillips 66, et al | 1:08-cv-00962-WJG | Southern District of Mississippi |
| J.B. White, Jr. v. Phillips 66, et al | 1:08-cv-00963-WJG | Southern District of Mississippi |
| Randy J. White v. Phillips 66, et al | 1:08-cv-00964-WJG | Southern District of Mississippi |
| Phillip West v. Phillips 66, et al | 1:08-cv-00965-WJG | Southern District of Mississippi |
| James E. Watts v. Phillips 66, et al | 1:08-cv-00966-WJG | Southern District of Mississippi |
| Ted Watkins v. Phillips 66, et al | 1:08-cv-00967-WJG | Southern District of Mississippi |
| Jerry L. Warnock v. Phillips 66, et al | 1:08-cv-00968-WJG | Southern District of Mississippi |
| James R. Walley v. Phillips 66, et al | 1:08-cv-00969-WJG | Southern District of Mississippi |
| Henry Ward, Jr. v. Phillips 66, et al | 1:08-cv-00970-WJG | Southern District of Mississippi |
| Pauline Waller v. Phillips 66, et al | 1:08-cv-00971-WJG | Southern District of Mississippi |
| James C. Wallace v. Phillips 66, et al | 1:08-cv-00972-WJG | Southern District of Mississippi |

### SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Larry Collins v. Phillips 66, et al | 1:08-cv-00973-WJG | Southern District of Mississippi |
| Danny Conn v. Phillips 66, et al | 1:08-cv-00974-WJG | Southern District of Mississippi |
| Charles T. Cook v. Phillips 66, et al | 1:08-cv-00975-WJG | Southern District of Mississippi |
| Charles L. Coulter v. Phillips 66, et al | 1:08-cv-00976-WJG | Southern District of Mississippi |
| Henry S. Cooper, Jr. v. Phillips 66, et al | 1:08-cv-00977-WJG | Southern District of Mississippi |
| James Edward Cupit v. Phillips 66, et al | 1:08-cv-00978-WJG | Southern District of Mississippi |
| Tim Clanan v. Phillips 66, et al | 1:08-cv-00979-WJG | Southern District of Mississippi |
| Robert L. Cowart v. Phillips 66, et al | 1:08-cv-00980-WJG | Southern District of Mississippi |
| Concie Curtis, III v. Phillips 66, et al | 1:08-cv-00981-WJG | Southern District of Mississippi |
| Jerry W. Cavin v. Phillips 66, et al | 1:08-cv-00982-WJG | Southern District of Mississippi |
| David Chipmon v. Phillips 66, et al | 1:08-cv-00983-WJG | Southern District of Mississippi |
| Alford B. Chapman v. Phillips 66, et al | 1:08-cv-00984-WJG | Southern District of Mississippi |
| Howard M. Case v. Phillips 66, et al | 1:08-cv-00985-WJG | Southern District of Mississippi |
| Herman Collins v. Phillips 66, et al | 1:08-cv-00986-WJG | Southern District of Mississippi |
| Paul Carney v. Phillips 66, et al | 1:08-cv-00987-WJG | Southern District of Mississippi |
| Henry S. Carr v. Phillips 66, et al | 1:08-cv-00988-WJG | Southern District of Mississippi |
| Jon Campbell v. Phillips 66, et al | 1:08-cv-00989-WJG | Southern District of Mississippi |
| Sherman Easterling v. Phillips 66, et al | 1:08-cv-00990-WJG | Southern District of Mississippi |
| Douglas Echols v. Phillips 66, et al | 1:08-cv-00991-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Donnie E. Evans v. Phillips 66, et al | 1:08-cv-00992-WJG | Southern District of Mississippi |
| Bennie Jake Evans v. Phillips 66, et al | 1:08-cv-00993-WJG | Southern District of Mississippi |
| Charles Echols v. Phillips 66, et al | 1:08-cv-00994-WJG | Southern District of Mississippi |
| Jacob Evans v. Phillips 66, et al | 1:08-cv-00995-WJG | Southern District of Mississippi |
| Bill Fairley v. Phillips 66, et al | 1:08-cv-00996-WJG | Southern District of Mississippi |
| Kenneth Fairchild v. Phillips 66, et al | 1:08-cv-00997-WJG | Southern District of Mississippi |
| Turner Floyd v. Phillips 66, et al | 1:08-cv-00998-WJG | Southern District of Mississippi |
| Michael V. Fountain Sr. v. Phillips 66, et al | 1:08-cv-00999-WJG | Southern District of Mississippi |
| Miles D. Fountain v. Phillips 66, et al | 1:08-cv-01000-WJG | Southern District of Mississippi |
| Leonard W. Foster v. Phillips 66, et al | 1:08-cv-01001-WJG | Southern District of Mississippi |
| Willis F. Langley v. Phillips 66, et al | 1:08-cv-01002-WJG | Southern District of Mississippi |
| Michael R. Lee v. Phillips 66, et al | 1:08-cv-01003-WJG | Southern District of Mississippi |
| Kenneth D. Leggett v. Phillips 66, et al | 1:08-cv-01004-WJG | Southern District of Mississippi |
| Colon R. Leonard, Jr. v. Phillips 66, et al | 1:08-cv-01005-WJG | Southern District of Mississippi |
| David W. Lines v. Phillips 66, et al | 1:08-cv-01006-WJG | Southern District of Mississippi |
| Robert Junior Lofton v. Phillips 66, et al | 1:08-cv-01007-WJG | Southern District of Mississippi |
| Troy Lofton v. Phillips 66, et al | 1:08-cv-01008-WJG | Southern District of Mississippi |
| Dale Donaldson v. Phillips 66, et al | 1:08-cv-01009-WJG | Southern District of Mississippi |
| David Daley v. Phillips 66, et al | 1:08-cv-01010-WJG | Southern District of Mississippi |

**SCHEDULE OF ACTIONS CTO-316**

| | | |
|---|---|---|
| Vandiver Dunn v. Phillips 66, et al | 1:08-cv-01011-WJG | Southern District of Mississippi |
| Eugene F. Dvorak v. Phillips 66, et al | 1:08-cv-01012-WJG | Southern District of Mississippi |
| Jerry L. Dunigan v. Phillips 66, et al | 1:08-cv-01013-WJG | Southern District of Mississippi |
| Ross A. Kennedy v. Phillips 66, et al | 1:08-cv-01014-WJG | Southern District of Mississippi |
| Sidney L. Kerben, Jr. v. Phillips 66, et al | 1:08-cv-01015-WJG | Southern District of Mississippi |
| Plummer Kittrell v. Phillips 66, et al | 1:08-cv-01016-WJG | Southern District of Mississippi |
| Paul Bedford Johnson v. Phillips 66, et al | 1:08-cv-01017-WJG | Southern District of Mississippi |
| Johnny Jordan v. Phillips 66, et al | 1:08-cv-01018-WJG | Southern District of Mississippi |
| Robert E. Jordan v. Phillips 66, et al | 1:08-cv-01019-WJG | Southern District of Mississippi |
| Jimmy L. Nations v. Phillips 66, et al | 1:08-cv-01020-WJG | Southern District of Mississippi |
| James Nelson v. Phillips 66, et al | 1:08-cv-01021-WJG | Southern District of Mississippi |
| Isaac Newell v. Phillips 66, et al | 1:08-cv-01022-WJG | Southern District of Mississippi |
| Cecil J. Nickey v. Phillips 66, et al | 1:08-cv-01023-WJG | Southern District of Mississippi |
| Gary L. Odom v. Phillips 66, et al | 1:08-cv-01024-WJG | Southern District of Mississippi |
| Randy Byrd v. Phillips 66, et al | 1:08-cv-01025-WJG | Southern District of Mississippi |
| Dale Butler v. Phillips 66, et al | 1:08-cv-01026-WJG | Southern District of Mississippi |
| Rex B. Byrd v. Phillips 66, et al | 1:08-cv-01027-WJG | Southern District of Mississippi |
| James Johnny Bishop v. Phillips 66, et al | 1:08-cv-01028-WJG | Southern District of Mississippi |
| David Boleware v. Phillips 66, et al | 1:08-cv-01029-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Jimmie L. Bevis v. Phillips 66, et al | 1:08-cv-01030-WJG | Southern District of Mississippi |
| George Bounds v. Phillips 66, et al | 1:08-cv-01031-WJG | Southern District of Mississippi |
| Herbert Buckley v. Phillips 66, et al | 1:08-cv-01032-WJG | Southern District of Mississippi |
| Terry Lee Biglan v. Phillips 66, et al | 1:08-cv-01033-WJG | Southern District of Mississippi |
| John D. Yelverton, Jr. v. Phillips 66, et al | 1:08-cv-01034-WJG | Southern District of Mississippi |
| Kenneth Usry v. Phillips 66, et al | 1:08-cv-01035-WJG | Southern District of Mississippi |
| Joel P. Upton v. Phillips 66, et al | 1:08-cv-01036-WJG | Southern District of Mississippi |
| Billy Quick v. Phillips 66, et al | 1:08-cv-01037-WJG | Southern District of Mississippi |
| Tommy J. Knotts, Sr. v. Phillips 66, et al | 1:08-cv-01038-WJG | Southern District of Mississippi |
| Joe Keyes v. Phillips 66, et al | 1:08-cv-01039-WJG | Southern District of Mississippi |
| Lee Owen Bailey, Jr. v. Phillips 66, et al | 1:08-cv-01040-WJG | Southern District of Mississippi |
| Harmon J. Bryant v. Phillips 66, et al | 1:08-cv-01041-WJG | Southern District of Mississippi |
| Johnny C. Banks v. Phillips 66, et al | 1:08-cv-01042-WJG | Southern District of Mississippi |
| Jerry D. Ballard v. Phillips 66, et al | 1:08-cv-01043-WJG | Southern District of Mississippi |
| Kenneth M. Brown v. Phillips 66, et al | 1:08-cv-01044-WJG | Southern District of Mississippi |
| William M. Beard v. Phillips 66, et al | 1:08-cv-01045-WJG | Southern District of Mississippi |
| James Boyte v. Phillips 66, et al | 1:08-cv-01046-WJG | Southern District of Mississippi |
| Hiram Jesse Breland v. Phillips 66, et al | 1:08-cv-01047-WJG | Southern District of Mississippi |
| James Lavern Brown v. Phillips 66, et al | 1:08-cv-01048-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| John Lee Brown v. Phillips 66, et al | 1:08-cv-01049-WJG | Southern District of Mississippi |
| Julius R. Beard v. Phillips 66, et al | 1:08-cv-01050-WJG | Southern District of Mississippi |
| Cleveland D. Boler, Jr. v. Phillips 66, et al | 1:08-cv-01051-WJG | Southern District of Mississippi |
| Robert E. Aaron v. Phillips 66, et al | 1:08-cv-01052-WJG | Southern District of Mississippi |
| David Adcock v. Phillips 66, et al | 1:08-cv-01053-WJG | Southern District of Mississippi |
| Donald Allen, Sr. v. Phillips 66, et al | 1:08-cv-01054-WJG | Southern District of Mississippi |
| Wayne H. Allred v. Phillips 66, et al | 1:08-cv-01055-WJG | Southern District of Mississippi |
| Robert E. Ard v. Phillips 66, et al | 1:08-cv-01056-WJG | Southern District of Mississippi |
| Willie Glean Ard v. Phillips 66, et al | 1:08-cv-01057-WJG | Southern District of Mississippi |
| Gene B. Atwood v. Phillips 66, et al | 1:08-cv-01058-WJG | Southern District of Mississippi |
| Mozell Aultman, Sr. v. Phillips 66, et al | 1:08-cv-01059-WJG | Southern District of Mississippi |
| Edward Bacon v. Phillips 66, et al | 1:08-cv-01060-WJG | Southern District of Mississippi |
| Larry E. Jackson v. Phillips 66, et al | 1:08-cv-01061-WJG | Southern District of Mississippi |
| Leroy Jackson v. Phillips 66, et al | 1:08-cv-01062-WJG | Southern District of Mississippi |
| Jackson P. Jefcoat v. Phillips 66, et al | 1:08-cv-01063-WJG | Southern District of Mississippi |
| Jimmy D. Jernigan v. Phillips 66, et al | 1:08-cv-01064-WJG | Southern District of Mississippi |
| Tonny Herrington v. Phillips 66, et al | 1:08-cv-01065-WJG | Southern District of Mississippi |
| James V. Herrington v. Phillips 66, et al | 1:08-cv-01066-WJG | Southern District of Mississippi |
| Don F. Herrington v. Phillips 66, et al | 1:08-cv-01067-WJG | Southern District of Mississippi |

**SCHEDULE OF ACTIONS CTO-316**

| | | |
|---|---|---|
| George Henderson v. Phillips 66, et al | 1:08-cv-01068-WJG | Southern District of Mississippi |
| Cecil Heathcock v. Phillips 66, et al | 1:08-cv-01069-WJG | Southern District of Mississippi |
| Jerry W. Hayles v. Phillips 66, et al | 1:08-cv-01070-WJG | Southern District of Mississippi |
| James Jordan v. Phillips 66, et al | 1:08-cv-01071-WJG | Southern District of Mississippi |
| James B. Jones v. Phillips 66, et al | 1:08-cv-01072-WJG | Southern District of Mississippi |
| Anthony E. Jones v. Phillips 66, et al | 1:08-cv-01073-WJG | Southern District of Mississippi |
| Roland Johnson, Jr. v. Phillips 66, et al | 1:08-cv-01074-WJG | Southern District of Mississippi |
| Dan Wilson Johnson v. Phillips 66, et al | 1:08-cv-01075-WJG | Southern District of Mississippi |
| Willie James Harris v. Phillips 66, et al | 1:08-cv-01076-WJG | Southern District of Mississippi |
| Curtis Harris v. Phillips 66, et al | 1:08-cv-01077-WJG | Southern District of Mississippi |
| James Hargon v. Phillips 66, et al | 1:08-cv-01078-WJG | Southern District of Mississippi |
| Quincy L. Hall v. Phillips 66, et al | 1:08-cv-01079-WJG | Southern District of Mississippi |
| Paul Gregory v. Phillips 66, et al | 1:08-cv-01080-WJG | Southern District of Mississippi |
| Stephen C. Greene v. Phillips 66, et al | 1:08-cv-01081-WJG | Southern District of Mississippi |
| Robert E. Green v. Phillips 66, et al | 1:08-cv-01082-WJG | Southern District of Mississippi |
| Gregory Green v. Phillips 66, et al | 1:08-cv-01083-WJG | Southern District of Mississippi |
| Billy R. Green v. Phillips 66, et al | 1:08-cv-01084-WJG | Southern District of Mississippi |
| Stanley L. Goode v. Phillips 66, et al | 1:08-cv-01085-WJG | Southern District of Mississippi |
| Richard G. Gatlin v. Phillips 66, et al | 1:08-cv-01086-WJG | Southern District of Mississippi |

### SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Robert Wayne Gardner v. Phillips 66, et al | 1:08-cv-01087-WJG | Southern District of Mississippi |
| Larry M. Freeman v. Phillips 66, et al | 1:08-cv-01088-WJG | Southern District of Mississippi |
| Sidney R, Foxworth v. Phillips 66, et al | 1:08-cv-01089-WJG | Southern District of Mississippi |
| Ernest Ford, Jr. v. Phillips 66, et al | 1:08-cv-01090-WJG | Southern District of Mississippi |
| Thomas Larry Hutto v. Phillips 66, et al | 1:08-cv-01091-WJG | Southern District of Mississippi |
| Thomas E. Hutto v. Phillips 66, et al | 1:08-cv-01092-WJG | Southern District of Mississippi |
| Douglas Huff v. Phillips 66, et al | 1:08-cv-01093-WJG | Southern District of Mississippi |
| Charles Hoover v. Phillips 66, et al | 1:08-cv-01094-WJG | Southern District of Mississippi |
| George H. Hollomon v. Phillips 66, et al | 1:08-cv-01095-WJG | Southern District of Mississippi |
| Melvin Hollingsworth v. Phillips 66, et al | 1:08-cv-01096-WJG | Southern District of Mississippi |
| Billy R. Hollingsworth v. Phillips 66, et al | 1:08-cv-01097-WJG | Southern District of Mississippi |
| James Hollingshead v. Phillips 66, et al | 1:08-cv-01098-WJG | Southern District of Mississippi |
| W.C. Hodge v. Phillips 66, et al | 1:08-cv-01099-WJG | Southern District of Mississippi |
| Thurman R. Hitson v. Phillips 66, et al | 1:08-cv-01100-WJG | Southern District of Mississippi |
| Newt Donald v. Phillips 66, et al | 1:08-cv-01101-WJG | Southern District of Mississippi |
| Willard Donald v. Phillips 66, et al | 1:08-cv-01102-WJG | Southern District of Mississippi |
| Kenneth A. DuBose v. Phillips 66, et al | 1:08-cv-01103-WJG | Southern District of Mississippi |
| Darrius P. Dunigan v. Phillips 66, et al | 1:08-cv-01104-WJG | Southern District of Mississippi |
| James Lowrey Dunn v. Phillips 66, et al | 1:08-cv-01105-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Ernie L. Easterling v. Phillips 66, et al | 1:08-cv-01106-WJG | Southern District of Mississippi |
| Rickey Ellzey v. Phillips 66, et al | 1:08-cv-01107-WJG | Southern District of Mississippi |
| Robert W. Emler, Sr. v. Phillips 66, et al | 1:08-cv-01108-WJG | Southern District of Mississippi |
| John Eubanks v. Phillips 66, et al | 1:08-cv-01109-WJG | Southern District of Mississippi |
| Joseph C. Evans, Jr. v. Phillips 66, et al | 1:08-cv-01110-WJG | Southern District of Mississippi |
| Lee Farmer v. Phillips 66, et al | 1:08-cv-01111-WJG | Southern District of Mississippi |
| Charles Fedrick, Sr. v. Phillips 66, et al | 1:08-cv-01112-WJG | Southern District of Mississippi |
| Joe Feduccia v. Phillips 66, et al | 1:08-cv-01113-WJG | Southern District of Mississippi |
| Kendall Floyd v. Phillips 66, et al | 1:08-cv-01114-WJG | Southern District of Mississippi |
| George B. Collins v. Phillips 66, et al | 1:08-cv-01115-WJG | Southern District of Mississippi |
| Roderick Wayne Collins v. Phillips 66, et al | 1:08-cv-01116-WJG | Southern District of Mississippi |
| Thomas Cooley v. Phillips 66, et al | 1:08-cv-01117-WJG | Southern District of Mississippi |
| Jerry L. Cothern v. Phillips 66, et al | 1:08-cv-01118-WJG | Southern District of Mississippi |
| Larry Crager v. Phillips 66, et al | 1:08-cv-01119-WJG | Southern District of Mississippi |
| Henrietta Cummings, Individually and as Representative of the Estate of John Cummings, Deceased v. Phillips 66, et al | 1:08-cv-01120-WJG | Southern District of Mississippi |
| Wilmer E. Curtis v. Phillips 66, et al | 1:08-cv-01121-WJG | Southern District of Mississippi |
| Terry W. Davis v. Phillips 66, et al | 1:08-cv-01122-WJG | Southern District of Mississippi |
| James Dearman v. Phillips 66, et al | 1:08-cv-01123-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Kenneth L. Dearman v. Phillips 66, et al | 1:08-cv-01124-WJG | Southern District of Mississippi |
| Garner Delk v. Phillips 66, et al | 1:08-cv-01125-WJG | Southern District of Mississippi |
| Willie E. Doggett v. Phillips 66, et al | 1:08-cv-01126-WJG | Southern District of Mississippi |
| James Donald v. Phillips 66, et al | 1:08-cv-01127-WJG | Southern District of Mississippi |
| Isaac Brown v. Phillips 66, et al | 1:08-cv-01128-WJG | Southern District of Mississippi |
| Randy K. Brown v. Phillips 66, et al | 1:08-cv-01129-WJG | Southern District of Mississippi |
| Thomas Brown, Jr. v. Phillips 66, et al | 1:08-cv-01130-WJG | Southern District of Mississippi |
| James Donald Burkhalter v. Phillips 66, et al | 1:08-cv-01131-WJG | Southern District of Mississippi |
| Vernon Burrell v. Phillips 66, et al | 1:08-cv-01132-WJG | Southern District of Mississippi |
| Daniel G. Burrow v. Phillips 66, et al | 1:08-cv-01133-WJG | Southern District of Mississippi |
| Michael Bustin v. Phillips 66, et al | 1:08-cv-01134-WJG | Southern District of Mississippi |
| Gary R. Byrd v. Phillips 66, et al | 1:08-cv-01135-WJG | Southern District of Mississippi |
| Charles R. Campbell v. Phillips 66, et al | 1:08-cv-01136-WJG | Southern District of Mississippi |
| Douglas E. Campbell v. Phillips 66, et al | 1:08-cv-01137-WJG | Southern District of Mississippi |
| John Howard Carruth v. Phillips 66, et al | 1:08-cv-01138-WJG | Southern District of Mississippi |
| Audley Carter v. Phillips 66, et al | 1:08-cv-01139-WJG | Southern District of Mississippi |
| Braxton Clark v. Phillips 66, et al | 1:08-cv-01140-WJG | Southern District of Mississippi |
| Colin R. Clark v. Phillips 66, et al | 1:08-cv-01141-WJG | Southern District of Mississippi |
| Robert W. Clark v. Phillips 66, et al | 1:08-cv-01142-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Thomas A. Clark v. Phillips 66, et al | 1:08-cv-01143-WJG | Southern District of Mississippi |
| Winford L. Adcock v. Phillips 66, et al | 1:08-cv-01144-WJG | Southern District of Mississippi |
| Lloyd G. Alexander v. Phillips 66, et al | 1:08-cv-01145-WJG | Southern District of Mississippi |
| Melvin Anderson v. Phillips 66, et al | 1:08-cv-01146-WJG | Southern District of Mississippi |
| Maxie Ray Anding v. Phillips 66, et al | 1:08-cv-01147-WJG | Southern District of Mississippi |
| J.C. Arrington v. Phillips 66, et al | 1:08-cv-01148-WJG | Southern District of Mississippi |
| Milton L. Arrington v. Phillips 66, et al | 1:08-cv-01149-WJG | Southern District of Mississippi |
| Carlton Aultman v. Phillips 66, et al | 1:08-cv-01150-WJG | Southern District of Mississippi |
| David Wayne Baggett v. Phillips 66, et al | 1:08-cv-01151-WJG | Southern District of Mississippi |
| Daniel M. Banks v. Phillips 66, et al | 1:08-cv-01152-WJG | Southern District of Mississippi |
| Tommy E. Barnes, Jr. v. Phillips 66, et al | 1:08-cv-01153-WJG | Southern District of Mississippi |
| Earnest Beasley v. Phillips 66, et al | 1:08-cv-01154-WJG | Southern District of Mississippi |
| Louis L. Bond v. Phillips 66, et al | 1:08-cv-01155-WJG | Southern District of Mississippi |
| Bobby G. Boykin v. Phillips 66, et al | 1:08-cv-01156-WJG | Southern District of Mississippi |
| C.N. Boykin v. Phillips 66, et al | 1:08-cv-01157-WJG | Southern District of Mississippi |
| Buren Dale Boyles v. Phillips 66, et al | 1:08-cv-01158-WJG | Southern District of Mississippi |
| George W. Boyte v. Phillips 66, et al | 1:08-cv-01159-WJG | Southern District of Mississippi |
| Fred Brent v. Phillips 66, et al | 1:08-cv-01160-WJG | Southern District of Mississippi |
| Donnie C. Brewer v. Phillips 66, et al | 1:08-cv-01161-WJG | Southern District of Mississippi |

SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| David Brister v. Phillips 66, et al | 1:08-cv-01162-WJG | Southern District of Mississippi |
| Thomas L. Broadhead v. Phillips 66, et al | 1:08-cv-01163-WJG | Southern District of Mississippi |
| Estelle Ruth Brown, Individually and as Representative of the Estate of Claude Brown, Jr., Deceased v. Phillips 66, et al | 1:08-cv-01164-WJG | Southern District of Mississippi |
| Michael H. Jordan v. Phillips 66, et al | 1:08-cv-01165-WJG | Southern District of Mississippi |
| John E. Keyes v. Phillips 66, et al | 1:08-cv-01166-WJG | Southern District of Mississippi |
| Jerry Kirk v. Phillips 66, et al | 1:08-cv-01167-WJG | Southern District of Mississippi |
| Kenneth Kirkendall, Sr. v. Phillips 66, et al | 1:08-cv-01168-WJG | Southern District of Mississippi |
| Dewayne Kirkley v. Phillips 66, et al | 1:08-cv-01169-WJG | Southern District of Mississippi |
| Billy Ray Knight v. Phillips 66, et al | 1:08-cv-01170-WJG | Southern District of Mississippi |
| Ralph W. Lambert v. Phillips 66, et al | 1:08-cv-01171-WJG | Southern District of Mississippi |
| Henry E. Landrum v. Phillips 66, et al | 1:08-cv-01172-WJG | Southern District of Mississippi |
| Edward J. Leggett v. Phillips 66, et al | 1:08-cv-01173-WJG | Southern District of Mississippi |
| William Lewis, Sr. v. Phillips 66, et al | 1:08-cv-01174-WJG | Southern District of Mississippi |
| Robert Lofton v. Phillips 66, et al | 1:08-cv-01175-WJG | Southern District of Mississippi |
| Bobby F. Maples v. Phillips 66, et al | 1:08-cv-01176-WJG | Southern District of Mississippi |
| William W. Mashburn, Jr. v. Phillips 66, et al | 1:08-cv-01177-WJG | Southern District of Mississippi |
| Lucious McCaffrey v. Phillips 66, et al | 1:08-cv-01178-WJG | Southern District of Mississippi |
| Roger W. McCaffrey v. Phillips 66, et al | 1:08-cv-01179-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Daniel McCarty v. Phillips 66, et al | 1:08-cv-01180-WJG | Southern District of Mississippi |
| Alfred McDonald v. Phillips 66, et al | 1:08-cv-01181-WJG | Southern District of Mississippi |
| Charles McGee v. Phillips 66, et al | 1:08-cv-01182-WJG | Southern District of Mississippi |
| William R. McGraw v. Phillips 66, et al | 1:08-cv-01183-WJG | Southern District of Mississippi |
| Delton Alford McKinney v. Phillips 66, et al | 1:08-cv-01184-WJG | Southern District of Mississippi |
| Charles Irvin McLain v. Phillips 66, et al | 1:08-cv-01185-WJG | Southern District of Mississippi |
| James Ray McManus v. Phillips 66, et al | 1:08-cv-01186-WJG | Southern District of Mississippi |
| Owen L. Mills v. Phillips 66, et al | 1:08-cv-01187-WJG | Southern District of Mississippi |
| Glen Moak v. Phillips 66, et al | 1:08-cv-01188-WJG | Southern District of Mississippi |
| William Leon Moore v. Phillips 66, et al | 1:08-cv-01189-WJG | Southern District of Mississippi |
| Otis L. Morgan v. Phillips 66, et al | 1:08-cv-01190-WJG | Southern District of Mississippi |
| Bobby Murray, Sr. v. Phillips 66, et al | 1:08-cv-01191-WJG | Southern District of Mississippi |
| Michael K. Neely, Sr. v. Phillips 66, et al | 1:08-cv-01192-WJG | Southern District of Mississippi |
| Billy D. Nichols v. Phillips 66, et al | 1:08-cv-01193-WJG | Southern District of Mississippi |
| Shelby Nugent v. Phillips 66, et al | 1:08-cv-01194-WJG | Southern District of Mississippi |
| Rickey L. Oliver v. Phillips 66, et al | 1:08-cv-01195-WJG | Southern District of Mississippi |
| Gene W. Pacey v. Phillips 66, et al | 1:08-cv-01196-WJG | Southern District of Mississippi |
| Jeffrey B. Parker v. Phillips 66, et al | 1:08-cv-01197-WJG | Southern District of Mississippi |
| Phillip Lynn Parnell v. Phillips 66, et al | 1:08-cv-01198-WJG | Southern District of Mississippi |

SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Clifton A. Perkins v. Phillips 66, et al | 1:08-cv-01199-WJG | Southern District of Mississippi |
| Alfred J. Pittman v. Phillips 66, et al | 1:08-cv-01200-WJG | Southern District of Mississippi |
| Michael C. Pitts v. Phillips 66, et al | 1:08-cv-01201-WJG | Southern District of Mississippi |
| Sam Pitts v. Phillips 66, et al | 1:08-cv-01202-WJG | Southern District of Mississippi |
| Vandol Wayne "V.W." Pitts v. Phillips 66, et al | 1:08-cv-01203-WJG | Southern District of Mississippi |
| Carl O. Porter v. Phillips 66, et al | 1:08-cv-01204-WJG | Southern District of Mississippi |
| Gary L. Price v. Phillips 66, et al | 1:08-cv-01205-WJG | Southern District of Mississippi |
| William Steve Reed v. Phillips 66, et al | 1:08-cv-01206-WJG | Southern District of Mississippi |
| Harvey Richard Revette, Jr. v. Phillips 66, et al | 1:08-cv-01207-WJG | Southern District of Mississippi |
| Charles L. Rigney, Jr. v. Phillips 66, et al | 1:08-cv-01208-WJG | Southern District of Mississippi |
| Donald Robbins, Sr. v. Phillips 66, et al | 1:08-cv-01209-WJG | Southern District of Mississippi |
| Jimmy Roberts v. Phillips 66, et al | 1:08-cv-01210-WJG | Southern District of Mississippi |
| Johnny W. Roberts v. Phillips 66, et al | 1:08-cv-01211-WJG | Southern District of Mississippi |
| Julius E. Rodgers v. Phillips 66, et al | 1:08-cv-01212-WJG | Southern District of Mississippi |
| David Clinton Rollins v. Phillips 66, et al | 1:08-cv-01213-WJG | Southern District of Mississippi |
| William H. Russell v. Phillips 66, et al | 1:08-cv-01214-WJG | Southern District of Mississippi |
| Billy Joe Rutland v. Phillips 66, et al | 1:08-cv-01215-WJG | Southern District of Mississippi |
| Arthur L. Scarbrough v. Phillips 66, et al | 1:08-cv-01216-WJG | Southern District of Mississippi |
| Gary B. Sims v. Phillips 66, et al | 1:08-cv-01217-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| John W. Sims, Sr. v. Phillips 66, et al | 1:08-cv-01218-WJG | Southern District of Mississippi |
| Ervin Smith v. Phillips 66, et al | 1:08-cv-01219-WJG | Southern District of Mississippi |
| Mark Smith v. Phillips 66, et al | 1:08-cv-01220-WJG | Southern District of Mississippi |
| Vince Edward Smith v. Phillips 66, et al | 1:08-cv-01221-WJG | Southern District of Mississippi |
| Willis T. Smith v. Phillips 66, et al | 1:08-cv-01222-WJG | Southern District of Mississippi |
| James C. Speights v. Phillips 66, et al | 1:08-cv-01223-WJG | Southern District of Mississippi |
| Bobby Spiars v. Phillips 66, et al | 1:08-cv-01224-WJG | Southern District of Mississippi |
| Stephen V. Spradley v. Phillips 66, et al | 1:08-cv-01225-WJG | Southern District of Mississippi |
| Charlie A. Stampley v. Phillips 66, et al | 1:08-cv-01226-WJG | Southern District of Mississippi |
| David Foster Stanley v. Phillips 66, et al | 1:08-cv-01227-WJG | Southern District of Mississippi |
| William J. Street v. Phillips 66, et al | 1:08-cv-01228-WJG | Southern District of Mississippi |
| Melton L. Strickland v. Phillips 66, et al | 1:08-cv-01229-WJG | Southern District of Mississippi |
| Louis Tageant v. Phillips 66, et al | 1:08-cv-01230-WJG | Southern District of Mississippi |
| Edward Tanner, Jr. v. Phillips 66, et al | 1:08-cv-01231-WJG | Southern District of Mississippi |
| Harold D. Thornton v. Phillips 66, et al | 1:08-cv-01232-WJG | Southern District of Mississippi |
| Larry W. Townsend v. Phillips 66, et al | 1:08-cv-01233-WJG | Southern District of Mississippi |
| William Clyde Tucker v. Phillips 66, et al | 1:08-cv-01234-WJG | Southern District of Mississippi |
| Dewey Wayne Upshaw v. Phillips 66, et al | 1:08-cv-01235-WJG | Southern District of Mississippi |
| Jerry Upshaw v. Phillips 66, et al | 1:08-cv-01236-WJG | Southern District of Mississippi |

## SCHEDULE OF ACTIONS CTO-316

| | | |
|---|---|---|
| Robert Earl Wade v. Phillips 66, et al | 1:08-cv-01237-WJG | Southern District of Mississippi |
| Billy J. Wagley v. Phillips 66, et al | 1:08-cv-01238-WJG | Southern District of Mississippi |
| Johnny R. Weeks v. Phillips 66, et al | 1:08-cv-01239-WJG | Southern District of Mississippi |
| Freddie Weir, Jr. v. Phillips 66, et al | 1:08-cv-01240-WJG | Southern District of Mississippi |
| Bobby G. Wells, Sr. v. Phillips 66, et al | 1:08-cv-01241-WJG | Southern District of Mississippi |
| Charlie E. West v. Phillips 66, et al | 1:08-cv-01242-WJG | Southern District of Mississippi |
| Dalton L. West v. Phillips 66, et al | 1:08-cv-01243-WJG | Southern District of Mississippi |
| Thomas E. West v. Phillips 66, et al | 1:08-cv-01244-WJG | Southern District of Mississippi |
| Earl Westerfield v. Phillips 66, et al | 1:08-cv-01245-WJG | Southern District of Mississippi |
| Larry James White v. Phillips 66, et al | 1:08-cv-01246-WJG | Southern District of Mississippi |
| James E. White, Sr. v. Phillips 66, et al | 1:08-cv-01247-WJG | Southern District of Mississippi |
| Reba N. Wilkinson v. Phillips 66, et al | 1:08-cv-01248-WJG | Southern District of Mississippi |
| Helen Durr v. Phillips 66, et al | 1:08-cv-01249-WJG | Southern District of Mississippi |
| Patricia Goldman, Individually and as Representative of the Estate of William Clarence Goldman, Deceased v. Phillips 66, et al | 1:08-cv-01250-WJG | Southern District of Mississippi |
| Nolan Heathcock v. Phillips 66, et al | 1:08-cv-01251-WJG | Southern District of Mississippi |
| Howard Lambert v. Phillips 66, et al | 1:08-cv-01252-WJG | Southern District of Mississippi |
| Teresa Darty, Individually and as Representative of the Estate of Charles Edward Darty, Deceased v. Phillips 66, et al | 1:08-cv-01253-WJG | Southern District of Mississippi |

**SCHEDULE OF ACTIONS CTO-316**

| | | |
|---|---|---|
| Vanessa Lindsey, Individually and as Representative of the Estate of Curtis William Lindsey, Deceased v. Phillips 66, et al | 1:08-cv-01254-WJG | Southern District of Mississippi |
| Neena Mosley, Individually and as Representative of Lee George Mosley, Deceased v. Phillips 66, et al | 1:08-cv-01255-WJG | Southern District of Mississippi |
| Billy G. Brown v. Phillips 66, et al | 1:08-cv-01256-WJG | Southern District of Mississippi |
| Ollie Mae Carter, Individually and as Representative of the Estate of Jessie L. Carter, Deceased v. Phillips 66, et al | 1:08-cv-01257-WJG | Southern District of Mississippi |
| Ingle, Individually and as Representative of the Estate of W.C. Ingle, Deceased | 1:08-cv-01258-WJG | Southern District of Mississippi |
| Charlie W. Prine v. Phillips 66, et al | 1:08-cv-01259-WJG | Southern District of Mississippi |
| Elmer H. Smith v. Phillips 66, et al | 1:08-cv-01260-WJG | Southern District of Mississippi |
| Peter Wise v. Phillips 66, et al | 1:08-cv-01261-WJG | Southern District of Mississippi |

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HOWARD M. CASE                                                              PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:08cv985WJG

PHILLIPS 66 COMPANY, *ET AL.*                                          DEFENDANTS


JOHN LEE BROWN                                                           PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:08cv1049WJG

PHILLIPS 66 COMPANY, *ET AL.*                                          DEFENDANTS


<u>MEMORANDUM OPINION</u>

THIS CAUSE comes before the Court on motions of the Plaintiffs, Howard M. Case [8],

and John Lee Brown [8],  in their respective cases to remand the above referenced action to the

Circuit Court of Jones County, Mississippi.  Because the cases are so similar factually, the Court

will treat these cases as a group to expedite consideration of the remand motions[1].  The Court has

duly considered the record in this action in addition to the briefs of counsel and being fully

advised in the premises, concludes that the motions are well taken and should be granted.

The second amended complaint in these suits were filed on or about March 14, 2006,

seeking damages for alleged injuries caused by exposure to asbestos containing products.  (Ct.

---

[1]The docket references specified herein apply to the Case lawsuit; however, each of these cases contain the
same allegations and arguments in documents filed by the parties in their respective cases, and the docket numbers in
the Brown case are nearly identical to those cited for the Case civil action..



R., Doc. 1-2.)  Plaintiffs' claims are based on Mississippi common law causes of action including

negligence; willful and/or negligent infliction of emotional distress; strict liability in tort; and

product liability, which includes a claim for failure to warn.  (Ct. R., Doc. 1-2, pp. 5-8.)  The

cases were originally filed on or about May 19, 2004, and were part of multi-plaintiff litigation

which were severed, transferred or dismissed without prejudice in Mississippi state court actions.

(Ct. R., Doc. 8, p. 19.)

        According to the Defendants, the only "proper" defendants remaining in these cases are

Union Carbide Corporation [Union Carbide], ConocoPhillips Company [ConocoPhillips], and

Montello, Inc. [Montello].  (Ct. R., Doc. 10, pp. 17-18.)  Defendants claim that Mississippi Mud,

Inc., [Mississippi Mud] and Oilfield Service and Supply Company, Inc., [Oilfield Service] were

added as defendants to defeat jurisdiction in these cases.  (Ct. R., Doc. 1, pp. 7-11; Doc. 10, pp.

17-18.)  Defendants argue that because Mississippi Mud was a sham defendant, Plaintiffs

deprived Defendants of their right to removal, and should provide for the waiver of the one-year

limit of 28 U.S.C. § 1446(b) on removals.  (Ct. R., Doc. 10, pp. 8, 10.)

        Defendants maintain that the removal was timely, because Oilfield Service filed a motion

for summary judgment which establishes, according to the removing defendants, that Oilfield

Service was not a mud company and never supplied asbestos-drilling mud additives to drilling

rig operations.  (Ct. R., Doc. 1, pp. 10-11.)  Defendants claim that the one-year limitation on

removals should be tolled because of Plaintiffs' conduct.  (*Id.*, p. 14.)  Defendants contend that

Plaintiffs had no intention of pursuing claims against either Mississippi Mud or Oilfield Service

as evidenced by the fact that no effort was made to serve process on Mississippi Mud and

Plaintiffs' failure to amend to add the proper party to the suit instead of Mississippi Mud.  (*Id.*,

pp. 14-15.)  They contend that Plaintiffs failed to prosecute their respective case against Oilfield Service by not requiring that entity to respond to written discovery requests, or requests for the production of documents.  (*Id.*)   Defendants also contend that Plaintiffs never took the deposition of Oilfield Service, nor did they develop testimony from any witnesses who were deposed regarding Oilfield Service.  (*Id.*)

Defendants allege that no recovery against Mississippi Mud can be had because Mississippi Mud never supplied asbestos in any form for use as an additive for the drilling industry.  As a result, Mississippi Mud was dismissed as a defendant in these cases on March 13, 2008.  (Ct. R., Doc. 3-3, pp. 40, 44.)  Defendants further assert that Oilfield Service filed a motion for summary judgment in this case in which it contends that it never delivered asbestos to drilling rigs.  (Ct. R., Doc. 1, p. 10.)  Defendants state that Oilfield Service was improperly joined in this case and its citizenship should be disregarded for jurisdictional purposes.  (*Id.*, p. 11.)

Defendants claim that the other paper allowing the removal of this case was the motion for summary judgment.  (*Id.*)  The 30-day limit on removal was met, according to Defendants, because the summary judgment motion was filed September 4, 2008, and the removal notice was filed on September 25, 2008.  (*Id.*)  These Plaintiffs identified Oilfield Service as a distributor of asbestos drilling mud additives in their respective depositions dated December 7, 2007, or in their responses to interrogatories.  (Ct. R., Doc. 7, p. 12, Doc. 7-8, p. 41; 1:08cv1049, Doc. 8-6, pp. 41-60.)  Plaintiffs contends that this evidences that they did develop testimony concerning Oilfield Service's potential liability in this case.  (Ct. R., Doc. 7, p. 13.)

Plaintiffs state that no manipulative action was taken to ensure that Defendants could not remove the case until beyond the one-year limitation period under the statute.  (Ct. R., Doc. 7, p. 1.)  Plaintiffs argue that the fraudulent and manipulative conduct must have occurred during the first year of removability to allow for the removal of a case beyond the one-year time limitation.  (*Id.*, p. 6.)  Plaintiffs further argue that there was no "other paper" creating the removability of this case filed within 30 days of the removal in this case.  (*Id.*, p. 11.)

## Discussion

Under 28 U.S.C. § 1441(a) "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the . . . defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  Defendants assert that the Mississippi defendants in this case were fraudulently joined to defeat diversity jurisdiction and in an attempt to manipulate the forum in this case.  (Ct. R., Doc. 1, pp. 1, 6-11.)  To establish that non-diverse defendants were fraudulently joined to defeat diversity, the removing party must demonstrate either:  "(1) actual fraud in the pleading of jurisdictional facts, or (2) inability of the plaintiff to establish a cause of action against the non-diverse party in state court." *Travis v. Irby,* 326 F.3d 644, 647 (5th Cir. 2003).

A removing defendant bears a heavy burden of proving fraudulent joinder by clear and convincing evidence.  *Blackwell v. Metropolitan Life Ins. Co.*, 190 F. Supp. 2d 911, 914 (S.D. Miss. 2001).  To successfully prove a non-diverse defendant has been fraudulently joined, the removing party must demonstrate that there is no reasonable possibility that the plaintiff will be able to establish a cause of action against the in-state defendant in state court. *Great Plains Trust*

*Co. v. Morgan Stanley Dean Witter & Co.,* 313 F.3d 305, 312 (5th Cir. 2002).  In conducting this

inquiry, the district court "must also take into account all unchallenged factual allegations,

including those alleged in the complaint, in the light most favorable to the plaintiff".  *Travis,* 326

F.3d at 649; *Culpepper v. Double R, Inc.*, 269 F. Supp.2d 739, 741 (S.D. Miss. 2003).  In

addition, the court must resolve all ambiguities of state law in favor of remand.  *See Acuna v.*

*Brown & Root, Inc.*, 200 F.3d 335, 339 (5th Cir. 2000).

     The timeliness of removal in a civil case is governed by section 1446(b), which provides

as follows:

> The notice of removal of a civil action or proceeding shall be filed within thirty
> days after the receipt by the defendant, through service or otherwise, of a copy of
> the initial pleading setting forth the claim for relief upon which such action or
> proceeding is based, or within thirty days after the service of summons upon the
> defendant if such initial pleading has then been filed in court and is not required to
> be served on the defendant, whichever period is shorter.

> If the case stated by the initial pleading is not removable, a notice of removal may
> be filed within thirty days after receipt by the defendant, through service or
> otherwise, of a copy of an amended pleading, motion, order or other paper from
> which it may first be ascertained that the case is one which is or has become
> removable, except that a case may not be removed on the basis of jurisdiction
> conferred by section 1332 of this title more than 1 year after commencement of
> the action.

28 U.S.C. § 1446(b).

     This case was removed on the basis of diversity on September 26, 2008.  (Ct. R., Doc. 1,

p. 1.)  As previously stated, this case was originally filed on March 6, 2006, following the

severance of the case from the case filed in 2004.   (Ct. R., Doc. 3-3, p. 49.)   Thus, the one-year

limit mentioned above applies in this case.  The case was removed well beyond one year

following the filing of the case.

The Court is aware that this time requirement is subject to equitable tolling.  Tolling would come into play when the plaintiff acts in such a manner that the defendants' rights to removal are frustrated.  *See Tedford v. Warner-Lambert Co.*, 327 F.3d 423, 427 n.10 (5th Cir. 2003).  (Ct. R., Doc. 1, p. 5.)  The cases proceeded through state court and in March 2008, one of the non-diverse defendants, Mississippi Mud, was dismissed from the case. Clearly at that time if Defendants thought that the remaining in-state defendant was a "sham" defendant, removal would be warranted based on Defendants' current arguments that joinder of the in-state defendants was a act of forum manipulation on the part of the Plaintiffs.

Oilfield Service's motion for summary judgment certainly was not a voluntary act by the Plaintiffs, as required to trigger the "other paper" basis for removal, in dismissing the non-diverse defendant.  In fact, it remains to be determine whether the motion for summary judgment will be decided favorably to Oilfield Service.  *See Addo v. Globe Life and Acc. Ins. Co.,* 230 F.3d 759, 762 (5th Cir. 2000).  The state court is capable of determining the outcome of the motion for summary judgment in this case.

Further, the Court finds no evidence that Plaintiffs joined the resident defendants without intending to prosecute claims against those defendants, or solely for the purpose of defeating federal jurisdiction.  *See Davis v. Merck & Co.*, 357 F. Supp. 2d 974 (E.D. Tex. 2005).  Plaintiffs engaged in discovery and attempted to prosecute their case against the resident defendant up until the time of removal of this case.  Accordingly, in the absence of any inequitable conduct on the part of Plaintiffs in this case, the Court finds that the motion to remand should be granted. Finally, the Court finds nothing within the motion to merit an award of fees to either party as a result of the removal.  *Valdes v. Wal-Mart Stores, Inc.*, 199 F.3d 290, 292 (5th Cir. 2000).

Conclusion

For the aforementioned reasons, the Court finds that the motions of Plaintiffs, Howard M.

Case [8], and John Lee Brown [8], to remand these cases to the Circuit Court of Jones County,

Mississippi, should be granted.  A separate Order in conformity with and incorporating by

reference the foregoing Memorandum Opinion shall issue this date.  Each party shall bear its

respective costs in connection with these motions.

THIS the 25th day of November, 2008.


_____

*Walter J. Gex III*

UNITED STATES SENIOR DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HOWARD M. CASE                                                                    PLAINTIFF

VERSUS                                               CIVIL ACTION NO. 1:08cv985WJG

PHILLIPS 66 COMPANY, *ET AL.*                                      DEFENDANTS

JOHN LEE BROWN                                                                 PLAINTIFF

VERSUS                                               CIVIL ACTION NO. 1:08cv1049WJG

PHILLIPS 66 COMPANY, *ET AL.*                                      DEFENDANTS

<u>ORDER OF REMAND</u>

THIS CAUSE comes before the Court on motions of the Plaintiffs, Howard M. Case [8],

and John Lee Brown [8],  to remand the above referenced actions to the Circuit Court of Jones

County, Mississippi.  Pursuant to the Memorandum Opinion entered in this cause, this date,

incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Plaintiffs' motions to remand [Case, 8; Jones, 8],

filed in their respective cases be, and are hereby, granted.  The Clerk of this Court is directed to

mail a certified copy of the Memorandum Opinion and this Order to the Clerk for the Circuit

Court of Jones County, Mississippi, immediately.  It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be

appropriately sanctioned.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this civil action.

SO ORDERED AND ADJUDGED, this the 25th day of November, 2008.

_Walter J. Gex III_
UNITED STATES SENIOR DISTRICT JUDGE

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BOB K. MARTIN                                                                        PLAINTIFF

VERSUS                                               CIVIL ACTION NO. 1:08cv1336WJG

PHILLIPS 66 COMPANY, *ET AL*.                                          DEFENDANTS

<u>MEMORANDUM OPINION AND
ORDER OF REMAND</u>

THIS MATTER is before the Court on motion [7] of the Plaintiff, Bob K. Martin, to

remand  the above referenced action to the Circuit Court of Jones County, Mississippi.  The

Court has duly considered the record in this action in addition to the briefs of counsel and being

fully advised in the premises, concludes that Plaintiff's motion is well-taken and should be

granted.

This suit was originally filed in 2004, seeking damages for alleged injuries caused by

exposure to asbestos containing products.  (Ct. R., Doc. 1, p. 5.)  Plaintiff advances claims based

on Mississippi common law causes of action, in addition to claims brought under general

maritime law and the Jones Act[1].  (Ct. R., Doc. 1-2, p. 5.)  Plaintiff's second amended complaint

includes claims against manufacturers and distributors of products allegedly containing asbestos,

and includes negligence, strict liability in tort, and a claim under the Jones Act.  (*Id.*)  Plaintiff

---

[1]46 U.S.C.A. App. § 688.

asserts no claims under federal law other than claims subject to the Savings to Suitors clause[2]. (*Id.*, p. 8.)  Plaintiff contends that he used asbestos drilling mud additives during his employment with CRC Mallard, the Defendant listed as Plaintiff's Jones Act employer, and Defendants have produced no evidence to the contrary.  (Ct. R., Doc. 7, p. 2.)

Suits brought pursuant to the Jones Act in a state court are not removable to the federal court.  28 U.S.C.A. § 1445(a); *Lirette v. N.L. Sperry Sun, Inc.* 810 F.2d 533 (5th Cir. 1987).  In addition, district courts should not "pretry" substantive factual issues in order to make a preliminary determination of the existence of subject matter jurisdiction on removal.  *See Green v. Amerada Hess Corp.*, 707 F.2d 201, 204-205 (5th Cir. 1983).

Accordingly, because the complaint in this case asserts a claim under the Jones Act, the Court finds that the case was improvidently removed[3] and that the motion to remand should be granted.  Finally, the Court finds nothing within the motion to merit an award of fees to either party as a result of the removal.  *Valdes v. Wal-Mart Stores, Inc.*, 199 F.3d 290, 292 (5th Cir. 2000).  It is therefore,

ORDERED AND ADJUDGED that Plaintiff's motion to remand [7] be, and is hereby, granted.  The Clerk of this Court is directed to forward a certified copy of this order to the Clerk for the Circuit Court of Jones County, Mississippi immediately.  It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned.  It is further,

---

[2]28 U.S.C.A. § 1333(1).

[3]The Court admonishes the parties regarding factual assertions made concerning the propriety of removal of this block of cases from state court.  Briefs in other cases filed by Defendants claim that this particular case was not removed because of its Jones Act claim, when in fact, the case was found in searching Plaintiffs' counsel's claims that Jones Act cases had been included in the mass removal.

ORDERED AND ADJUDGED that each party shall bear their respective costs relative to this civil action.

SO ORDERED AND ADJUDGED this the 24th day of November, 2008.


_Walter J. Gex III_
UNITED STATES SENIOR DISTRICT JUDGE

RECEIVED
CLERK'S OFFICE

2008 DEC -5   A 10: 11

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION