UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 10, 2008**

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)**

Robert Reaser, et al. v. A.W. Chesterton Co., et al., )
    M.D. Florida, C.A. No. 8:08-1323          )     MDL No. 875

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Reaser*) on September 19, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Reaser* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-315" filed on September 19, 2008, is LIFTED insofar as it relates to *Reaser*. This action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel