**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2008

FILED
CLERK'S OFFICE

**PLEADING NO. 5706**

# BEFORE THE JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                     **MDL Docket No. 875**

(SEE ATTACHED SCHEDULE)

## DEFENDANTS' SUPPLEMENTAL INFORMATION IN OPPOSITION TO
## MOTION TO VACATE CONDITIONAL TRANSFER ORDER-316

Defendants, Union Carbide Corporation ("Union Carbide") and ConocoPhillips

Company ("ConocoPhillips"), oppose Plaintiffs' motion to vacate Conditional Transfer Order

316 ("CTO-316") and, accordingly, file this supplemental information. The Panel consistently

has rejected Plaintiffs' arguments to vacate or postpone as insufficient as a matter of law,

including, most recently, December 2, 2008. Transfer to MDL No. 875 is appropriate.

### SUMMARY

1.      Plaintiffs' reply brief reiterates the original arguments, but also includes a new

argument not previously directed to the Panel. Plaintiffs again argue the transferor court has

been unable to rule on the pending motions for remand due to the "administrative hardship"[1] and

"enormous burden"[2] resulting from the pendency of the 423 removed cases, and, consequently,

---

[1]     Plaintiffs' Reply Brief in Support of Motion to Vacate ("Reply") at 2.

[2]     *Id.* at 4

HOU02:1157192.3

**OFFICIAL FILE COPY**

**IMAGED** DEC 1 6 2008

the Panel should "defer transfer of the cases subject to CTO-316 in order to provide the [transferor court] an opportunity to rule on Plaintiffs' motions for remand.[3]  Again Plaintiffs argue their asbestos cases differ from what they characterize as "traditional asbestos cases"[4] and, consequently, "do not involve questions of fact common with cases previously transferred to" MDL No. 875.[5]  The new argument is that 28 U.S.C. § 1407 precludes transfer because each of the cases covered by CTO-316 is pending in a single court—*the Southern District of Mississippi.*

2.      The Panel previously has rejected each of Plaintiffs' arguments.  Transfer is not precluded by the pending motions for remand. Nor do these motions provide a basis for postponing transfer.  Furthermore, Plaintiffs' asbestos cases are not fundamentally different from other asbestos cases, as drilling mud cases very similar to those covered by CTO-316 previously have been transferred to MDL No. 875.[6]  Additionally, although the transferor court has remanded four cases, as well as the Jones Act claim in *Bob Martin,* what Plaintiffs characterize as "the steady flow of cases being remanded"[7] appears more like a trickle, contradicting Plaintiffs' prediction that the transferor court "intends to rule on the [pending] motions for remand."[8]

---

[3]      *Id.* at 5.

[4]      *Id.* at 10.

[5]      *Id.* at 2.

[6]      *See e.g., Robert F. Lyman v. Asbestos Defendants* transferred from the U.S. District Court for the Northern District of California, Oakland Division, to MDL-875 pursuant to CTO-287.

[7]      Reply at 4.

[8]      *Id.* at 3.

### LAW AND ARGUMENT

***Pending Motions for Remand Neither Preclude Nor Provide a Basis for Postponing Transfer.***

3.      Contrary to Plaintiffs' argument, transfer is not precluded by their pending motions for remand.  *In re Asbestos Prods. Liab. Litig. (No. VI)*, 560 F. Supp. 2d 1367 (J.P.M.L. 2008).

4.      Nor do Plaintiffs' motions for remand provide a basis for postponement of transfer. *In re Air Crash Disaster at Florida Everglades on December 29, 1972*, 368 F. Supp 812, 813 (J.P.M.L. 1973) (per curiam) ("We see no reason for delaying our decision. . . . [T]ransfer is necessary in order to eliminate the possibility of duplicative discovery and conflicting pretrial rulings.  Furthermore, the transferee judge certainly has the power to determine the question of remand.").[9]

5.      The Panel's view of the significance of pending motions for remand was most recently reiterated on December 2, 2008.  On that date, the Panel transferred twelve (12) actions to MDL No. 875 (a copy of the Panel's Transfer Order is attached as Exhibit 1).  Explicitly addressing the pendency of the claimants' motions for remand and their requests for postponement, the Panel transferred the cases, noting: "There is no need to delay transfer in order to accommodate such an interest."  Ex. 1, at 2 n.2.

***Remand Is Not Prevented by "Administrative Hardship" or "Enormous Burden."***

6.      Plaintiffs argue the transferor court has been unable to rule on the pending motions for remand due to the "administrative hardship" and "enormous burden" resulting from the pendency of the removed cases.  The transferor court, the Hon. Walter Gex III presiding, has

---

[9]      *See also In re Asbestos Prods. Liab. Litig. (No. VI)*, 560 F. Supp. 2d 1367, 1369 n.2 (J.P.M.L. 2008) ("There is no need to delay transfer in order to accommodate [pending motions to remand]"); *Ivy v. Diamond Shamrock Chem. Co.*, 901 F.2d 7 (2nd Cir. 1990) ("Once transferred, the jurisdictional objections can be heard and resolved by a single court and reviewed at the appellate level in due course. Consistency as well as economy is thus served.").

elected to remand four cases, as well as the Jones Act claim in *Bob Martin*. Plaintiffs speculate, without submitting evidence, "administrative" difficulties have prevented Judge Gex from remanding the balance of the removed cases. Apart from their lack of supporting evidence, Plaintiffs' speculation the transferor court "intends to rule on the [pending] motions for remand"[10] is further drawn into question because these cases were removed more than two and one-half months ago. In the event Judge Gex, in fact, intended to remand these cases, he could enter an omnibus remand order expressly made applicable to each remaining case, much the same way Plaintiffs collectively filed a single motion to vacate.

***Plaintiffs' Asbestos Cases Present Issues of Fact Common to Those Pending in MDL No. 875.***

7.      Plaintiffs also argue that their asbestos cases differ from what they characterize as "traditional asbestos cases"[11] to persuade the Panel the cases covered by CTO-316 present questions of fact different than those cases previously transferred to MDL No. 875. There is nothing unique or different about Plaintiffs' asbestos cases. These cases present factual issues common to all asbestos cases. While they necessarily involve discrete, *product*-specific issues, any such unique issues are insufficient to prevent transfer.[12]

***Plaintiffs' Misinterpret Section 1407.***

8.      Citing *In re Ivy*,[13] Plaintiffs argue "for inclusion in MDL No. 875, the cases at issue must be pending in more than one District Court."[14] This is almost a correct statement of

---

10      Reply at 3.

11      *Id.* at 10.

12      *See In re Asbestos Prods. Liab. Litig.* (No. VI), 560 F. Supp. 2d 1367, 1369 (J.P.M.L. 2008) ("[S]uch matters as . . . the uniqueness of a party's status, the type of defendant, . . . the presence of unique claims or additional claims not relating to asbestos injury or death" are legally insufficient grounds for carving out exceptions to transfer.).

13      901 F.2d 7 (2nd Cir. 1990).

the law.[15]  This statement, however, refers to the factual basis *ab initio* for the establishment of

an MDL proceeding, not the basis for transfer of "tag-along" actions pursuant to MDL Panel

Rule 7.4.  Based on its Section 1407 authority, the Panel determined in 1991 that due to the

pendency of asbestos cases in "different districts," a single district court should be invested with

MDL responsibility, and the Panel, accordingly, established MDL No. 875.  Plaintiffs' asbestos

cases, like the tens of thousands that have passed before the district courts, should be transferred

to MDL No. 875.

CONCLUSION

9.     The arguments asserted in Plaintiff's reply brief in support of their motion to

vacate CTO-316 have been rejected by the Panel in other cases and are insufficient as a matter of

law to preclude or delay transfer.  The Panel should deny Plaintiffs' motion to vacate the

Conditional Transfer Order and finalize transfer to the Eastern District of Pennsylvania.

Respectfully submitted December 9, 2008.

**UNION CARBIDE CORPORATION:**          **CONOCOPHILLIPS COMPANY:**





---

[14]     Reply at 5.  Plaintiffs continue: "All of the remaining 419 cases subject to CTO-316 are pending in the District Court for the Southern District of Mississippi, Southern Division."  *Id.*

[15]     Section 1407 specifies in relevant part:

> When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings. Such transfers shall be made by the judicial panel on multidistrict litigation authorized by this section upon its determination that transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions.

28 U.S.C. § 1407 (2008).

KEVIN M. JORDAN
TX Bar No. 11014800
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
Telephone:    (713) 229-1234
Facsimile:    (713) 229-1522
kevin.jordan@bakerbotts.com


Marcy B. Croft, *Lead Local Counsel*
MS Bar No. 10864
Ashley E. Calhoun
MS Bar No. 101303
Forman Perry Watkins Krutz & Tardy
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201-4099
Telephone:     (601) 690-8630
Facsimile:     (601) 960-8613
mlbryan@fpwk.com
calhounae@fpwk.com

**ATTORNEYS FOR DEFENDANT**
**UNION CARBIDE CORPORATION**

ALEX E. COSCULLUELA
TX Bar No. 00788982
ADAMS AND REESE LLP
One Houston Center
1221 McKinney, Suite 4400
Houston, TX 77010
Telephone:     (713) 652-5151
Facsimile:     (713) 652-5152
aec@arlaw.com


J. Jeffrey Trotter, *Lead Local Counsel*
MS Bar No. 9670
Bernard H. Booth
MS Bar No. 100068
ADAMS AND REESE LLP
P.O. Box 24297
Jackson, Mississippi 39225-4297
Telephone:     (601) 353-3242
Facsimile:     (601) 355-9708
jeff.trotter@arlaw.com
bernard.booth@arlaw.com

**ATTORNEYS FOR DEFENDANT**
**CONOCOPHILLIPS COMPANY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2008

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing instrument was served on all counsel of record and all counsel identified within the attached Involved Counsel List CTO-316 December 11, 2008.

ALEX E. COSCULLUELA

RECEIVED
CLERK'S OFFICE

2008 DEC 12  A 10: 17

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Marcy B. Croft
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

S. Robert Hammond, Jr.
P.O. Box 471
Hattiesburg, MS 39403-0471

Jeffrey P. Hubbard
WELLS MOORE SIMMONS
 & HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970

Gregory N. Jones
FRANKLIN CARDWELL & JONES
1001 McKinney
18th Floor
Houston, TX 77002

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995 .

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

John Jeffrey Trotter
ADAMS & REESE LLP
P.O. Box 24297
Jackson, MS 39225-4297

Allen R. Vaught
FRANKLIN CARDWELL & JONES
1001 McKinney
18th Floor
Houston, TX 77002

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# Dec 02, 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)**

MDL No. 875

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in actions pending in the Central District of California (two actions), the District of Delaware (two actions), the District of District of Columbia, the District of Maryland, the Northern District of Mississippi, the District of South Carolina (two actions), and the Eastern District of Virginia (three actions), respectively, as listed on Schedule A, have moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the respective portions of our orders conditionally transferring the actions to the Eastern District of Pennsylvania for inclusion in MDL No. 875.  Responding defendants[1] oppose the motions to vacate.

After considering all argument of counsel, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of these actions to the Eastern District of Pennsylvania for inclusion in MDL No. 875 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  We further find that transfer of these actions is appropriate for reasons that we set out in our original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products.  *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991).  Particularly, in our original decision distinctions based

---

[*]   Judge Heyburn took no part in the disposition of this matter.  Judge Motz took no part in the disposition of this matter except with respect to the District of District of Columbia action.

[1]   Foster Wheeler Energy Corp. (as to Central District of California *Salamante*); Bell Helicopter Textron, Inc., and Northrop Grumman Corp. (as to District of Delaware *Seitz*); Krafft-Murphy Co. (as to District of District of Columbia *Sammartino*); Garlock Sealing Technologies, LLC (as to District of Maryland *Young*); Bondex International, Inc., Kaiser Gypsum Co., Inc., RPM, Inc., RPM International, Inc., R.T. Vanderbilt Co., Inc., T.H. Agriculture Nutrition, LLC, Georgia-Pacific LLC f/k/a Georgia-Pacific Corp., Union Carbide Corp., Jarden Corp., and Sunbeam Products Inc. (as to Northern District of Mississippi *Tigner*); General Electric Co. (as to Northern District of Mississippi *Tigner* and Eastern District of Virginia *Brunson* and *Kline*); Buffalo Pumps, Inc. (as to Eastern District of Virginia *Brunson* and *Kline*); and Viad Corp. (as to District of South Carolina *Vawter* and E.D. Virginia *Brunson* and *Kline*).

- 2 -

on such matters as the pendency of motions or other matters before the transferor court,[2] the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by us as grounds for carving out exceptions to transfer in this extraordinary docket.  We are not persuaded to depart from this approach in dealing with the question of transfer of the present actions.

Under the stewardship of the transferee court, as of November 21, 2008, (1) 77,200 actions have been closed in the transferee district, and (2) over 1,385 actions or claims therein have been returned to their originating transferor districts.  To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL No. 875 unnecessary or inadvisable, whenever the transferee court deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay.[3]  *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.  We are confident that the transferee court will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever it is convinced that retention in MDL No. 875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these twelve actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to

---

[2]    Moving plaintiffs argue, *inter alia*, that transfer of their actions should be denied or deferred in order to permit the resolution of motions to remand the actions to state court.  There is no need to delay transfer in order to accommodate such an interest.  We make the following observations: (1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order (CTO), stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; (2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a CTO does not in any way (a) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the CTO is pending, or (b) limit the pretrial jurisdiction of that court; and (3) accordingly, those courts wishing to address such motions have adequate time in which to do so, while those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of Section 1407 transfer in MDL No. 875 can continue without any unnecessary interruption or delay.

[3]    We note, for example, that in July 2008, the transferee court suggested remand of a Western District of Washington action that had been transferred to the MDL – over the plaintiffs' objection – less than six months earlier.  *See Henry Barabin, et al. v. Albany International Corp., et al.*, W.D. Washington, C.A. No. 2:07-1454.  (The Panel's ruling on defendant AstenJohnson, Inc.'s motion to vacate the order conditionally remanding *Barabin* to the Western District of Washington is the subject of a separate order in this docket.)  Although the number of Section 1407 remands in MDL No. 875 is proportionately small, this is only because under the transferee court's stewardship, the vast majority of transferred actions have been able to be concluded in the transferee district during the course of pretrial proceedings.  *See In re Asbestos Products Liability Litigation (No. VI)*, 170 F.Supp.2d 1348, 1349-50 (J.P.M.L. 2001).

- 3 -

the Honorable Eduardo C. Robreno for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
Robert L. Miller, Jr.
Acting Chairman

John G. Heyburn II, Chairman     J. Frederick Motz*
Kathryn H. Vratil                David R. Hansen
W. Royal Furgeson, Jr.

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)**                                    MDL No. 875

## SCHEDULE A

<u>Central District of California</u>

Margaret Neber, etc. v. SYD Carpenter Marine Contractor, Inc., et al., C.A. No. 2:08-4500
Edgardo R. Salamante, et al. v. Quintec Industries, Inc., et al., C.A. No. 2:08-4674

<u>District of Delaware</u>

Frederick Seitz, et al. v. Adel Wiggins Group, et al., C.A. No. 1:08-351
Frederick Seitz, et al. v. Adel Wiggins Group, et al., C.A. No. 1:08-353

<u>District of District of Columbia</u>

Armando A. Sammartino, et al. v. AC& R Insulation Co., Inc., et al., C.A. No. 1:08-967

<u>District of Maryland</u>

James Rowland Young, et al. v. AC&R Insulation Co., Inc., et al., C.A. No. 1:08-2200

<u>Northern District of Mississippi</u>

Patricia Tigner v. Bondex International, Inc., et al., C.A. No. 2:08-166

<u>District of South Carolina</u>

John W. Vawter, et al. v. Buffalo Pumps, Inc., et al., C.A. No. 3:08-2343
Jerry T. Hickman, et al. v. Buffalo Pumps, Inc., et al., C.A. No. 3:08-2409

<u>Eastern District of Virginia</u>

John Kline v. Alfa Laval, Inc., et al., C.A. No. 2:08-9380
John Kline v. Alfa Laval, Inc., et al., C.A. No. 2:08-9381
Sandra Brunson, etc. v. Alfa Laval, Inc., et al., C.A. No. 3:08-374

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## SCHEDULE CTO-316 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 08-839 | ~~Elsie Smith, etc. v. Phillips 66 Co., et al.~~ REMANDED |
| MSS 1 08-840 | Dimple I. Thompson, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-841 | Betty Sauls, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-842 | Judith Richardson, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-843 | Alice Presley, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-844 | Chrystelle Pevey, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-845 | James R. Garner, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-846 | Patricia Gayle Pitts, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-847 | Betty McNair, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-848 | Annie Brownell, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-849 | Fredna Berry, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-850 | Kelly Brady, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-851 | Lisa Taylor, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-852 | Frances Stewart, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-853 | Stephanie Davis, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-854 | Shirley A. Ezell, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-855 | Krysten Lambert Butler, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-856 | Dodd Mitchell Sykes v. Phillips 66 Co., et al. |
| MSS 1 08-857 | Corbit Sullivan v. Phillips 66 Co., et al. |
| MSS 1 08-858 | Walter E. Stinson v. Phillips 66 Co., et al. |
| MSS 1 08-859 | Timothy L. Stewart v. Phillips 66 Co., et al. |
| MSS 1 08-860 | Joe Stephens v. Phillips 66 Co., et al. |
| MSS 1 08-861 | Joseph Spradley v. Phillips 66 Co., et al. |
| MSS 1 08-862 | Joseph Spiers v. Phillips 66 Co., et al. |
| MSS 1 08-863 | George Ross Spence v. Phillips 66 Co., et al. |
| MSS 1 08-864 | Darrell D. Smith, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-865 | Joe Smith, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-866 | Kelcie Dale Smith v. Phillips 66 Co., et al. |
| MSS 1 08-867 | Charles R. Smith v. Phillips 66 Co., et al. |
| MSS 1 08-868 | Charles C. Smith v. Phillips 66 Co., et al. |
| MSS 1 08-869 | Charles Smith v. Phillips 66 Co., et al. |
| MSS 1 08-870 | Charles R. Sims v. Phillips 66 Co., et al. |
| MSS 1 08-871 | Thomas E. Simmons v. Phillips 66 Co., et al. |
| MSS 1 08-872 | Jesse James Short v. Phillips 66 Co., et al. |
| MSS 1 08-873 | Tom M. Saul, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-874 | James M. Saul v. Phillips 66 Co., et al. |
| MSS 1 08-875 | Aaron Sasser, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-876 | Charles David Sanders v. Phillips 66 Co., et al. |
| MSS 1 08-877 | Ralph Gardner v. Phillips 66 Co., et al. |
| MSS 1 08-878 | Jerrell J. Gunter v. Phillips 66 Co., et al. |
| MSS 1 08-879 | Rudolph Gregory v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-880 | Ted Justin Graves v. Phillips 66 Co., et al. |
| MSS 1 08-881 | David Grantham v. Phillips 66 Co., et al. |
| MSS 1 08-882 | Kenneth Graham v. Phillips 66 Co., et al. |
| MSS 1 08-883 | Grover Audell Goldman v. Phillips 66 Co., et al. |
| MSS 1 08-884 | Melvin R. Glass v. Phillips 66 Co., et al. |
| MSS 1 08-885 | Authur Lee Gilmore v. Phillips 66 Co., et al. |
| MSS 1 08-886 | Bobby L. Gibson v. Phillips 66 Co., et al. |
| MSS 1 08-887 | Charles T. Gardner v. Phillips 66 Co., et al. |
| MSS 1 08-888 | Eddie Lee Gaines, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-889 | Ernest Wayne Hutto v. Phillips 66 Co., et al. |
| MSS 1 08-890 | Randy R. Hunt v. Phillips 66 Co., et al. |
| MSS 1 08-891 | Ompy L. Hudson, III v. Phillips 66 Co., et al. |
| MSS 1 08-892 | Johnny Howard v. Phillips 66 Co., et al. |
| MSS 1 08-893 | Malcolm Paul Howse v. Phillips 66 Co., et al. |
| MSS 1 08-894 | Donald W. Holmes v. Phillips 66 Co., et al. |
| MSS 1 08-895 | William L. Holloway v. Phillips 66 Co., et al. |
| MSS 1 08-896 | Charles Edward Holifield v. Phillips 66 Co., et al. |
| MSS 1 08-897 | Richard Hodges v. Phillips 66 Co., et al. |
| MSS 1 08-898 | John E. Heidel v. Phillips 66 Co., et al. |
| MSS 1 08-899 | Katie Higgenbotham v. Phillips 66 Co., et al. |
| MSS 1 08-900 | Isaac Haynes v. Phillips 66 Co., et al. |
| MSS 1 08-901 | Thad Harvey v. Phillips 66 Co., et al. |
| MSS 1 08-902 | Ex Earl Harrison v. Phillips 66 Co., et al. |
| MSS 1 08-903 | Ricky Wayne Harris v. Phillips 66 Co., et al. |
| MSS 1 08-904 | James E. Harris v. Phillips 66 Co., et al. |
| MSS 1 08-905 | Charles Hamrick, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-906 | Ansler Dale Hall v. Phillips 66 Co., et al. |
| MSS 1 08-907 | Hugh W. Mullins v. Phillips 66 Co., et al. |
| MSS 1 08-908 | Vincent Motley v. Phillips 66 Co., et al. |
| MSS 1 08-909 | Willie E. Moore v. Phillips 66 Co., et al. |
| MSS 1 08-910 | Dennis G. Moak v. Phillips 66 Co., et al. |
| MSS 1 08-911 | Bobby W. Mire, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-912 | Bobby Ray Mills v. Phillips 66 Co., et al. |
| MSS 1 08-913 | Michael D. Miller v. Phillips 66 Co., et al. |
| MSS 1 08-914 | Loranzie Miller v. Phillips 66 Co., et al. |
| MSS 1 08-915 | Robert D. McLain v. Phillips 66 Co., et al. |
| MSS 1 08-916 | Clifford McLain v. Phillips 66 Co., et al. |
| MSS 1 08-917 | Thomas A. McKenzie v. Phillips 66 Co., et al. |
| MSS 1 08-918 | Ronnie McGill v. Phillips 66 Co., et al. |
| MSS 1 08-919 | Mark McFarland v. Phillips 66 Co., et al. |
| MSS 1 08-920 | John W. McFarland v. Phillips 66 Co., et al. |
| MSS 1 08-921 | Ben Franklin McDonald v. Phillips 66 Co., et al. |
| MSS 1 08-922 | Ecclus McAllister v. Phillips 66 Co., et al. |
| MSS 1 08-923 | Kenneth Mayhugh, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-924 | Alton J. Mahaffey, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-925 | Keith R. Mason v. Phillips 66 Co., et al. |
| MSS 1 08-926 | James G. Magee v. Phillips 66 Co., et al. |
| MSS 1 08-927 | Winston Madison v. Phillips 66 Co., et al. |
| MSS 1 08-928 | Mark Price v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-929 | George R. Price v. Phillips 66 Co., et al. |
| MSS 1 08-930 | Albert Preston v. Phillips 66 Co., et al. |
| MSS 1 08-931 | Daniel L. Prather v. Phillips 66 Co., et al. |
| MSS 1 08-932 | William Hinton Powell v. Phillips 66 Co., et al. |
| MSS 1 08-933 | Herbert K. Powell v. Phillips 66 Co., et al. |
| MSS 1 08-934 | Ernest Plumer v. Phillips 66 Co., et al. |
| MSS 1 08-935 | Luther Pitts v. Phillips 66 Co., et al. |
| MSS 1 08-936 | Frazier M. Phillips v. Phillips 66 Co., et al. |
| MSS 1 08-937 | William H. Peak v. Phillips 66 Co., et al. |
| MSS 1 08-938 | J.E. Patton v. Phillips 66 Co., et al. |
| MSS 1 08-939 | Morgan Thomas Palmer v. Phillips 66 Co., et al. |
| MSS 1 08-940 | Joe L. Palmer v. Phillips 66 Co., et al. |
| MSS 1 08-941 | Larry Charles Russell v. Phillips 66 Co., et al. |
| MSS 1 08-942 | James Lowery Russell v. Phillips 66 Co., et al. |
| MSS 1 08-943 | David P. Russell v. Phillips 66 Co., et al. |
| MSS 1 08-944 | Mitchell R. Rushing v. Phillips 66 Co., et al. |
| MSS 1 08-945 | Carl A. Runnels v. Phillips 66 Co., et al. |
| MSS 1 08-946 | Tommy Rollins v. Phillips 66 Co., et al. |
| MSS 1 08-947 | Larry Jessie Rollins v. Phillips 66 Co., et al. |
| MSS 1 08-948 | Pearl Lavern Robbins v. Phillips 66 Co., et al. |
| MSS 1 08-949 | James D. Reid v. Phillips 66 Co., et al. |
| MSS 1 08-950 | Jackie D. Ramage v. Phillips 66 Co., et al. |
| MSS 1 08-951 | Jason C. Ratliff v. Phillips 66 Co., et al. |
| MSS 1 08-952 | Jake W. McLain v. Phillips 66 Co., et al. |
| MSS 1 08-953 | Robert E. Morris v. Phillips 66 Co., et al. |
| MSS 1 08-954 | James M. Turner v. Phillips 66 Co., et al. |
| MSS 1 08-955 | Lester Leroy Toney v. Phillips 66 Co., et al. |
| MSS 1 08-956 | Joe R. Thompson v. Phillips 66 Co., et al. |
| MSS 1 08-957 | Leroy Terrell v. Phillips 66 Co., et al. |
| MSS 1 08-958 | Jerry L. Teachey v. Phillips 66 Co., et al. |
| MSS 1 08-959 | Daryl Tanner v. Phillips 66 Co., et al. |
| MSS 1 08-960 | William A. Tatum v. Phillips 66 Co., et al. |
| MSS 1 08-961 | Mathyngale Williams v. Phillips 66 Co., et al. |
| MSS 1 08-962 | David Griffin Williams v. Phillips 66 Co., et al. |
| MSS 1 08-963 | J.B. White, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-964 | Randy J. White v. Phillips 66 Co., et al. |
| MSS 1 08-965 | Phillip West v. Phillips 66 Co., et al. |
| MSS 1 08-966 | James E. Watts v. Phillips 66 Co., et al. |
| MSS 1 08-967 | Ted Watkins v. Phillips 66 Co., et al. |
| MSS 1 08-968 | Jerry L. Warnock v. Phillips 66 Co., et al. |
| MSS 1 08-969 | James R. Walley v. Phillips 66 Co., et al. |
| MSS 1 08-970 | Henry Ward, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-971 | Pauline Waller v. Phillips 66 Co., et al. |
| MSS 1 08-972 | James C. Wallace v. Phillips 66 Co., et al. |
| MSS 1 08-973 | Larry Collins v. Phillips 66 Co., et al. |
| MSS 1 08-974 | Danny Conn v. Phillips 66 Co., et al. |
| MSS 1 08-975 | Charles T. Cook v. Phillips 66 Co., et al. |
| MSS 1 08-976 | Charles L. Coulter v. Phillips 66 Co., et al. |
| MSS 1 08-977 | Henry S. Cooper, Jr. v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-978 | James Edward Cupit v. Phillips 66 Co., et al. |
| MSS 1 08-979 | Tim Clanan v. Phillips 66 Co., et al. |
| MSS 1 08-980 | Robert L. Cowart v. Phillips 66 Co., et al. |
| MSS 1 08-981 | Concie L. Curtis v. Phillips 66 Co., et al. |
| MSS 1 08-982 | Jerry Walter Cavin v. Phillips 66 Co., et al. |
| MSS 1 08-983 | David Chipman v. Phillips 66 Co., et al. |
| MSS 1 08-984 | Alford B. Chapman v. Phillips 66 Co., et al. |
| MSS 1 08-985 | Howard M. Case v. Phillips 66 Co., et al. — REMANDED |
| MSS 1 08-986 | Herman Collins v. Phillips 66 Co., et al. |
| MSS 1 08-987 | Paul Carney v. Phillips 66 Co., et al. |
| MSS 1 08-988 | Henry S. Carr v. Phillips 66 Co., et al. |
| MSS 1 08-989 | Jon Campbell v. Phillips 66 Co., et al. |
| MSS 1 08-990 | Sherman Easterling v. Phillips 66 Co., et al. |
| MSS 1 08-991 | Douglas Echols v. Phillips 66 Co., et al. |
| MSS 1 08-992 | Donnie Edward Evans v. Phillips 66 Co., et al. |
| MSS 1 08-993 | Bennie Jake Evans v. Phillips 66 Co., et al. |
| MSS 1 08-994 | Charles Echols v. Phillips 66 Co., et al. |
| MSS 1 08-995 | Jacob Evans v. Phillips 66 Co., et al. |
| MSS 1 08-996 | Bill Fairley v. Phillips 66 Co., et al. |
| MSS 1 08-997 | Kenneth E. Fairchild v. Phillips 66 Co., et al. |
| MSS 1 08-998 | Turner Floyd v. Phillips 66 Co., et al. |
| MSS 1 08-999 | Michael V. Fountain. Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1000 | Miles D. Fountain v. Phillips 66 Co., et al. |
| MSS 1 08-1001 | Leonard W. Foster v. Phillips 66 Co., et al. |
| MSS 1 08-1002 | Willis F. Langley v. Phillips 66 Co., et al. |
| MSS 1 08-1003 | Michael R. Lee v. Phillips 66 Co., et al. |
| MSS 1 08-1004 | Kenneth D. Leggett v. Phillips 66 Co., et al. |
| MSS 1 08-1005 | Colon R. Leonard, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1006 | David W. Lines v. Phillips 66 Co., et al. |
| MSS 1 08-1007 | Robert Junior Lofton v. Phillips 66 Co., et al. |
| MSS 1 08-1008 | Troy Lofton v. Phillips 66 Co., et al. — REMANDED |
| MSS 1 08-1009 | Dale Donaldson v. Phillips 66 Co., et al. |
| MSS 1 08-1010 | David Daley v. Phillips 66 Co., et al. |
| MSS 1 08-1011 | Vandiver Dunn v. Phillips 66 Co., et al. |
| MSS 1 08-1012 | Eugene F. Dvorak v. Phillips 66 Co., et al. |
| MSS 1 08-1013 | Jerry L. Dunigan v. Phillips 66 Co., et al. |
| MSS 1 08-1014 | Ross A. Kennedy v. Phillips 66 Co., et al. |
| MSS 1 08-1015 | Sidney L. Kerben, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1016 | Plummer Kittrell v. Phillips 66 Co., et al. |
| MSS 1 08-1017 | Paul Bedford Johnson v. Phillips 66 Co., et al. |
| MSS 1 08-1018 | Johnny Jordan v. Phillips 66 Co., et al. |
| MSS 1 08-1019 | Robert E. Jordan v. Phillips 66 Co., et al. |
| MSS 1 08-1020 | Jimmy L. Nations v. Phillips 66 Co., et al. |
| MSS 1 08-1021 | James Nelson v. Phillips 66 Co., et al. |
| MSS 1 08-1022 | Isaac Newell v. Phillips 66 Co., et al. |
| MSS 1 08-1023 | Cecil Jerry Nickey v. Phillips 66 Co., et al. |
| MSS 1 08-1024 | Gary L. Odom v. Phillips 66 Co., et al. |
| MSS 1 08-1025 | Randy Byrd v. Phillips 66 Co., et al. |
| MSS 1 08-1026 | Dale Butler v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-1027 | Rex B. Byrd v. Phillips 66 Co., et al. |
| MSS 1 08-1028 | James Johnny Bishop v. Phillips 66 Co., et al. |
| MSS 1 08-1029 | David Boleware v. Phillips 66 Co., et al. |
| MSS 1 08-1030 | Jimmie L. Bevis v. Phillips 66 Co., et al. |
| MSS 1 08-1031 | George Bounds v. Phillips 66 Co., et al. |
| MSS 1 08-1032 | Herbert D. Buckley v. Phillips 66 Co., et al. |
| MSS 1 08-1033 | Terry Lee Biglan v. Phillips 66 Co., et al. |
| MSS 1 08-1034 | John D. Yelverton, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1035 | Kenneth Usry v. Phillips 66 Co., et al. |
| MSS 1 08-1036 | Joel P. Upton v. Phillips 66 Co., et al. |
| MSS 1 08-1037 | Billy Quick v. Phillips 66 Co., et al. |
| MSS 1 08-1038 | Tommy J. Knotts, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1039 | Joe Keyes v. Phillips 66 Co., et al. |
| MSS 1 08-1040 | Lee Owen Bailey, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1041 | Harmon J. Bryant v. Phillips 66 Co., et al. |
| MSS 1 08-1042 | Johnny Clyde Banks v. Phillips 66 Co., et al. |
| MSS 1 08-1043 | Jerry D. Ballard v. Phillips 66 Co., et al. |
| MSS 1 08-1044 | Kenneth M. Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1045 | William M. Beard v. Phillips 66 Co., et al. |
| MSS 1 08-1046 | James Boyte v. Phillips 66 Co., et al. |
| MSS 1 08-1047 | Hiram Jesse Breland v. Phillips 66 Co., et al. |
| MSS 1 08-1048 | James Lavern Brown v. Phillips 66 Co., et al. |
| ~~MSS 1 08-1049~~ | ~~John Lee Brown v. Phillips 66 Co., et al.~~  REMANDED |
| MSS 1 08-1050 | Julius R. Beard v. Phillips 66 Co., et al. |
| MSS 1 08-1051 | Cleveland D. Boler, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1052 | Robert E. Aaron v. Phillips 66 Co., et al. |
| MSS 1 08-1053 | David Adcock v. Phillips 66 Co., et al. |
| MSS 1 08-1054 | Donald Allen, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1055 | Wayne H. Allred v. Phillips 66 Co., et al. |
| MSS 1 08-1056 | Robert E. Ard v. Phillips 66 Co., et al. |
| MSS 1 08-1057 | Willie Glean Ard v. Phillips 66 Co., et al. |
| MSS 1 08-1058 | Gene B. Atwood v. Phillips 66 Co., et al. |
| MSS 1 08-1059 | Mozell Aultman, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1060 | Edward Bacon v. Phillips 66 Co., et al. |
| MSS 1 08-1061 | Larry Edward Jackson v. Phillips 66 Co., et al. |
| MSS 1 08-1062 | Leroy Jackson v. Phillips 66 Co., et al. |
| MSS 1 08-1063 | Jackson P. Jefcoat v. Phillips 66 Co., et al. |
| MSS 1 08-1064 | Jimmy D. Jernigan v. Phillips 66 Co., et al. |
| MSS 1 08-1065 | Tony Herrington v. Phillips 66 Co., et al. |
| MSS 1 08-1066 | James V. Herrington v. Phillips 66 Co., et al. |
| MSS 1 08-1067 | Don F. Herrington v. Phillips 66 Co., et al. |
| MSS 1 08-1068 | George Henderson v. Phillips 66 Co., et al. |
| MSS 1 08-1069 | Cecil C. Heathcock v. Phillips 66 Co., et al. |
| MSS 1 08-1070 | Jerry W. Hayles v. Phillips 66 Co., et al. |
| MSS 1 08-1071 | James Jordan v. Phillips 66 Co., et al. |
| MSS 1 08-1072 | James B. Jones v. Phillips 66 Co., et al. |
| MSS 1 08-1073 | Anthony E. Jones v. Phillips 66 Co., et al. |
| MSS 1 08-1074 | Roland Johnson, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1075 | Dan Wilson Johnson v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
| --- | --- |
| MSS 1 08-1076 | Willie James Harris v. Phillips 66 Co., et al. |
| MSS 1 08-1077 | Curtis Harris v. Phillips 66 Co., et al. |
| MSS 1 08-1078 | James Hargon v. Phillips 66 Co., et al. |
| MSS 1 08-1079 | Quincy Lamar Hall v. Phillips 66 Co., et al. |
| MSS 1 08-1080 | Paul Gregory v. Phillips 66 Co., et al. |
| MSS 1 08-1081 | Stephen C. Greene v. Phillips 66 Co., et al. |
| MSS 1 08-1082 | Robert Edward Green v. Phillips 66 Co., et al. |
| MSS 1 08-1083 | Gregory Green v. Phillips 66 Co., et al. |
| MSS 1 08-1084 | Billy R. Green v. Phillips 66 Co., et al. |
| MSS 1 08-1085 | Stanley L. Goode v. Phillips 66 Co., et al. |
| MSS 1 08-1086 | Richard G. Gatlin v. Phillips 66 Co., et al. |
| MSS 1 08-1087 | Robert Wayne Gardner v. Phillips 66 Co., et al. |
| MSS 1 08-1088 | Larry M. Freeman v. Phillips 66 Co., et al. |
| MSS 1 08-1089 | Sidney R. Foxworth v. Phillips 66 Co., et al. |
| MSS 1 08-1090 | Ernest R. Ford v. Phillips 66 Co., et al. |
| MSS 1 08-1091 | Thomas L. Hutto v. Phillips 66 Co., et al. |
| MSS 1 08-1092 | Thomas E. Hutto v. Phillips 66 Co., et al. |
| MSS 1 08-1093 | Douglas L. Huff v. Phillips 66 Co., et al. |
| MSS 1 08-1094 | Charles R. Hoover v. Phillips 66 Co., et al. |
| MSS 1 08-1095 | George H. Hollomon v. Phillips 66 Co., et al. |
| MSS 1 08-1096 | Melvin Hollingsworth v. Phillips 66 Co., et al. |
| MSS 1 08-1097 | Billy R. Hollingsworth v. Phillips 66 Co., et al. |
| MSS 1 08-1098 | James E. Hollingshead v. Phillips 66 Co., et al. |
| MSS 1 08-1099 | W. C. Hodge v. Phillips 66 Co., et al. |
| MSS 1 08-1100 | Thurman R. Hitson, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1101 | Donald Newt v. Phillips 66 Co., et al. |
| MSS 1 08-1102 | Willard Donald v. Phillips 66 Co., et al. |
| MSS 1 08-1103 | Kenneth A. Dubose v. Phillips 66 Co., et al. |
| MSS 1 08-1104 | Darrus P. Dunigan v. Phillips 66 Co., et al. |
| MSS 1 08-1105 | James Lowrey Dunn v. Phillips 66 Co., et al. |
| MSS 1 08-1106 | Ernie Lee Easterling v. Phillips 66 Co., et al. |
| MSS 1 08-1107 | Rickey W. Ellzey v. Phillips 66 Co., et al. |
| MSS 1 08-1108 | Robert W. Emler v. Phillips 66 Co., et al. |
| MSS 1 08-1109 | John Eubanks v. Phillips 66 Co., et al. |
| MSS 1 08-1110 | Joseph C. Evans, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1111 | Lee Farmer v. Phillips 66 Co., et al. |
| MSS 1 08-1112 | Charles Fedrick, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1113 | Joe D. Feduccia v. Phillips 66 Co., et al. |
| MSS 1 08-1114 | Kendall Floyd v. Phillips 66 Co., et al. |
| MSS 1 08-1115 | George B. Collins v. Phillips 66 Co., et al. |
| MSS 1 08-1116 | Roderick Wayne Collins v. Phillips 66 Co., et al. |
| MSS 1 08-1117 | Thomas Cooley v. Phillips 66 Co., et al. |
| MSS 1 08-1118 | Abby Cothern, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1119 | Larry Crager v. Phillips 66 Co., et al. |
| MSS 1 08-1120 | Henrietta Cummings, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-1121 | Wilmer E. Curtis v. Phillips 66 Co., et al. |
| MSS 1 08-1122 | Terry W. Davis v. Phillips 66 Co., et al. |
| MSS 1 08-1123 | James Dearman v. Phillips 66 Co., et al. |
| MSS 1 08-1124 | Kenneth L. Dearman v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-1125 | Garner L. Delk v. Phillips 66 Co., et al. |
| MSS 1 08-1126 | Willie E. Doggett v. Phillips 66 Co., et al. |
| MSS 1 08-1127 | James H. Donald v. Phillips 66 Co., et al. |
| MSS 1 08-1128 | Issac Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1129 | Randy K. Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1130 | Thomas Brown, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1131 | James Donald Burkhalter v. Phillips 66 Co., et al. |
| MSS 1 08-1132 | Vernon Burrell v. Phillips 66 Co., et al. |
| MSS 1 08-1133 | Daniel G. Burrow v. Phillips 66 Co., et al. |
| MSS 1 08-1134 | Michael Bustin v. Phillips 66 Co., et al. |
| MSS 1 08-1135 | Gary R. Byrd v. Phillips 66 Co., et al. |
| MSS 1 08-1136 | Charles R. Campbell v. Phillips 66 Co., et al. |
| MSS 1 08-1137 | Douglas Elwood Campbell v. Phillips 66 Co., et al. |
| MSS 1 08-1138 | John Howard Carruth v. Phillips 66 Co., et al. |
| MSS 1 08-1139 | Audley Carter v. Phillips 66 Co., et al. |
| MSS 1 08-1140 | Braxton Clark v. Phillips 66 Co., et al. |
| MSS 1 08-1141 | Colin R. Clark v. Phillips 66 Co., et al. |
| MSS 1 08-1142 | Robert W. Clark v. Phillips 66 Co., et al. |
| MSS 1 08-1143 | Thomas A. Clark v. Phillips 66 Co., et al. |
| MSS 1 08-1144 | Winford L. Adcock v. Phillips 66 Co., et al. |
| MSS 1 08-1145 | Lloyd G. Alexander v. Phillips 66 Co., et al. |
| MSS 1 08-1146 | Melvin Anderson v. Phillips 66 Co., et al. |
| MSS 1 08-1147 | Maxie Ray Anding v. Phillips 66 Co., et al. |
| MSS 1 08-1148 | J. C. Arrington v. Phillips 66 Co., et al. |
| MSS 1 08-1149 | Milton L. Arrington v. Phillips 66 Co., et al. |
| MSS 1 08-1150 | Carlton Aultman v. Phillips 66 Co., et al. |
| MSS 1 08-1151 | David Wayne Baggett v. Phillips 66 Co., et al. |
| MSS 1 08-1152 | Daniel M. Banks v. Phillips 66 Co., et al. |
| MSS 1 08-1153 | Tommy E. Barnes, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1154 | Earnest Beasley v. Phillips 66 Co., et al. |
| MSS 1 08-1155 | Louis L. Bond v. Phillips 66 Co., et al. |
| MSS 1 08-1156 | Bobby G. Boykin v. Phillips 66 Co., et al. |
| MSS 1 08-1157 | C.N. Boykin v. Phillips 66 Co., et al. |
| MSS 1 08-1158 | Buren Dale Boyles v. Phillips 66 Co., et al. |
| MSS 1 08-1159 | George W. Boyte v. Phillips 66 Co., et al. |
| MSS 1 08-1160 | Fred Brent v. Phillips 66 Co., et al. |
| MSS 1 08-1161 | Donnie Calvin Brewer v. Phillips 66 Co., et al. |
| MSS 1 08-1162 | David Brister v. Phillips 66 Co., et al. |
| MSS 1 08-1163 | Thomas L. Broadhead v. Phillips 66 Co., et al. |
| MSS 1 08-1164 | Estelle Ruth Brown, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-1165 | Michael Harold Jordan v. Phillips 66 Co., et al. |
| MSS 1 08-1166 | John Edgar Keyes v. Phillips 66 Co., et al. |
| MSS 1 08-1167 | Jerry Kirk v. Phillips 66 Co., et al. |
| MSS 1 08-1168 | Kenneth Kirkendall, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1169 | Dewayne Kirkley v. Phillips 66 Co., et al. |
| MSS 1 08-1170 | Billy Ray Knight v. Phillips 66 Co., et al. |
| MSS 1 08-1171 | Ralph W. Lambert v. Phillips 66 Co., et al. |
| MSS 1 08-1172 | Henry E. Landrum v. Phillips 66 Co., et al. |
| MSS 1 08-1173 | Edward J. Leggett v. Phillips 66 Co., et al. |
| MSS 1 08-1174 | William Lewis, Sr. v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-1175 | Robert Lofton v. Phillips 66 Co., et al. |
| MSS 1 08-1176 | Bobby F. Maples v. Phillips 66 Co., et al. |
| MSS 1 08-1177 | William W. Mashburn, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1178 | Lucious McCaffrey v. Phillips 66 Co., et al. |
| MSS 1 08-1179 | Roger W. McCaffrey v. Phillips 66 Co., et al. |
| MSS 1 08-1180 | Daniel McCarty v. Phillips 66 Co., et al. |
| MSS 1 08-1181 | Alfred McDonald v. Phillips 66 Co., et al. |
| MSS 1 08-1182 | Charles McGee v. Phillips 66 Co., et al. |
| MSS 1 08-1183 | William R. McGraw v. Phillips 66 Co., et al. |
| MSS 1 08-1184 | Delton Alford McKinney v. Phillips 66 Co., et al. |
| MSS 1 08-1185 | Charles Irvin McLain v. Phillips 66 Co., et al. |
| MSS 1 08-1186 | James Ray McManus v. Phillips 66 Co., et al. |
| MSS 1 08-1187 | Owen L. Mills v. Phillips 66 Co., et al. |
| MSS 1 08-1188 | Glen Earl Moak v. Phillips 66 Co., et al. |
| MSS 1 08-1189 | William Leon Moore v. Phillips 66 Co., et al. |
| MSS 1 08-1190 | Otis L. Morgan v. Phillips 66 Co., et al. |
| MSS 1 08-1191 | Bobby Murray, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1192 | Michael K. Neely, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1193 | Billy Dale Nichols v. Phillips 66 Co., et al. |
| MSS 1 08-1194 | Shelby Nugent v. Phillips 66 Co., et al. |
| MSS 1 08-1195 | Rickey L. Oliver v. Phillips 66 Co., et al. |
| MSS 1 08-1196 | Gene William Pacey v. Phillips 66 Co., et al. |
| MSS 1 08-1197 | Jeffrey B. Parker v. Phillips 66 Co., et al. |
| MSS 1 08-1198 | Phillip L. Parnell v. Phillips 66 Co., et al. |
| MSS 1 08-1199 | Clifton A. Perkins v. Phillips 66 Co., et al. |
| MSS 1 08-1200 | Alfred J. Pittman v. Phillips 66 Co., et al. |
| MSS 1 08-1201 | Michael C. Pitts v. Phillips 66 Co., et al. |
| MSS 1 08-1202 | Sam Pitts v. Phillips 66 Co., et al. |
| MSS 1 08-1203 | V.W. Pitts v. Phillips 66 Co., et al. |
| MSS 1 08-1204 | Carl O. Porter v. Phillips 66 Co., et al. |
| MSS 1 08-1205 | Gary L. Price v. Phillips 66 Co., et al. |
| MSS 1 08-1206 | William Steve Reed v. Phillips 66 Co., et al. |
| MSS 1 08-1207 | Harvey Richard Revette, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1208 | Charles L. Rigney, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1209 | Donald Robbins v. Phillips 66 Co., et al. |
| MSS 1 08-1210 | Jimmy Roberts v. Phillips 66 Co., et al. |
| MSS 1 08-1211 | Johnny William Roberts v. Phillips 66 Co., et al. |
| MSS 1 08-1212 | Julius E. Rodgers v. Phillips 66 Co., et al. |
| MSS 1 08-1213 | David Clinton Rollins v. Phillips 66 Co., et al. |
| MSS 1 08-1214 | William H. Russell v. Phillips 66 Co., et al. |
| MSS 1 08-1215 | Billy Joe Rutland v. Phillips 66 Co., et al. |
| MSS 1 08-1216 | Arthur L. Scarbrough v. Phillips 66 Co., et al. |
| MSS 1 08-1217 | Gary B. Sims v. Phillips 66 Co., et al. |
| MSS 1 08-1218 | John W. Sims, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1219 | Ervin Smith v. Phillips 66 Co., et al. |
| MSS 1 08-1220 | Mark Smith v. Phillips 66 Co., et al. |
| MSS 1 08-1221 | Vince Edward Smith v. Phillips 66 Co., et al. |
| MSS 1 08-1222 | Willis T. Smith v. Phillips 66 Co., et al. |
| MSS 1 08-1223 | James C. Speights v. Phillips 66 Co., et al. |
| MSS 1 08-1224 | Bobby Spiars v. Phillips 66 Co., et al. |
| MSS 1 08-1225 | Stephen V. Spradley v. Phillips 66 Co., et al. |

**MDL No. 875 - Schedule CTO-316 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSS 1 08-1226 | Charlie Alford Stampley v. Phillips 66 Co., et al. |
| MSS 1 08-1227 | David Foster Stanley v. Phillips 66 Co., et al. |
| MSS 1 08-1228 | William J. Street v. Phillips 66 Co., et al. |
| MSS 1 08-1229 | Melton L. Strickland v. Phillips 66 Co., et al. |
| MSS 1 08-1230 | Louis Tageant v. Phillips 66 Co., et al. |
| MSS 1 08-1231 | Edward Tanner, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1232 | Harold D. Thornton v. Phillips 66 Co., et al. |
| MSS 1 08-1233 | Larry W. Townsend v. Phillips 66 Co., et al. |
| MSS 1 08-1234 | William C. Tucker v. Phillips 66 Co., et al. |
| MSS 1 08-1235 | Dewey Upshaw v. Phillips 66 Co., et al. |
| MSS 1 08-1236 | Jerry Upshaw v. Phillips 66 Co., et al. |
| MSS 1 08-1237 | Robert Earl Wade v. Phillips 66 Co., et al. |
| MSS 1 08-1238 | Billy J. Wagley v. Phillips 66 Co., et al. |
| MSS 1 08-1239 | Johnny R. Weeks v. Phillips 66 Co., et al. |
| MSS 1 08-1240 | Freddie Weir v. Phillips 66 Co., et al. |
| MSS 1 08-1241 | Bobby G. Wells, Sr. v. Phillips 66 Co., et al. |
| MSS 1 08-1242 | Charlie West v. Phillips 66 Co., et al. |
| MSS 1 08-1243 | Dalton L. West v. Phillips 66 Co., et al. |
| MSS 1 08-1244 | Thomas E. West v. Phillips 66 Co., et al. |
| MSS 1 08-1245 | Earl Dean Westerfield v. Phillips 66 Co., et al. |
| MSS 1 08-1246 | Larry J. White v. Phillips 66 Co., et al. |
| MSS 1 08-1247 | James E. White, Jr. v. Phillips 66 Co., et al. |
| MSS 1 08-1248 | Reba N. Wilkinson v. Phillips 66 Co., et al. |
| MSS 1 08-1249 | Versie L. Durr, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1250 | Patricia Goldman, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-1251 | Wilma Heathcock, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1252 | Billie Lambert, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1253 | Teresa Darty v. Phillips 66 Co., et al. |
| MSS 1 08-1254 | Vanessa Lindsey, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-1255 | Neena Mosley v. Phillips 66 Co., et al. |
| MSS 1 08-1256 | Billy G. Brown v. Phillips 66 Co., et al. |
| MSS 1 08-1257 | Ollie Mae Carter, etc. v. Phillips 66 Co., et al. |
| MSS 1 08-1258 | Audrey Nell Ingle v. Phillips 66 Co., et al. |
| MSS 1 08-1259 | Audie Mae Prine, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1260 | Lyndall Smith, et al. v. Phillips 66 Co., et al. |
| MSS 1 08-1261 | Peter Wise v. Phillips 66 Co., et al. |