JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 8 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on January 29, 2009, the Panel will convene a hearing session in Fort Myers, Florida, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

J. Frederick Motz            David R. Hansen
Robert L. Miller, Jr.        W. Royal Furgeson, Jr.
Kathryn H. Vratil            Frank C. Damrell, Jr.

IMAGED DEC 1 8 2008

SCHEDULE OF MATTERS FOR HEARING SESSION
January 29, 2009 -- Fort Myers, Florida


## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT


**MDL No. 2005 -- IN RE: AIR CRASH AT TEGUCIGALPA, HONDURAS, ON MAY 30, 2008**

Motion of defendant TACA International Airlines, S.A., for centralization of the following actions in the United States District Court for the Central District of California:

Central District of California

Rubenia Bonilla-Maldonado, et al. v. TACA International Airlines, S.A., et al., C.A. No. 2:08-4216

Southern District of Florida

Dora Vila Paz Rosales, et al. v. Taca International Airlines, S.A., et al., C.A. No. 1:08-22591


**MDL No. 2006 -- IN RE: CHRYSLER LLC 2.7 LITER V-6 ENGINE OIL SLUDGE PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Torrance Greene for centralization of the following actions in the United States District Court for the District of New Jersey:

Eastern District of California

Lisa Stuart, et al. v. DaimlerChrysler Corp., C.A. No. 1:08-632

Middle District of Florida

Joan Capobianco v. DaimlerChrysler Corp., et al., C.A. No. 2:08-329

Northern District of Illinois

Don Harris v. DaimlerChrysler Corp., et al., C.A. No. 1:08-2638

Schedule of Matters for Hearing Session, Section A                    p. 2
Fort Myers, Florida


MDL No. 2006 (Continued)


      District of New Jersey

Torrance Greene v. DaimlerChrysler Corp., et al., C.A. No. 2:07-1740

      Southern District of New York

Stephanie Newman Durst v. Chrysler LLC, et al., C.A. No. 1:08-6180


MDL No. 2007 -- **IN RE: AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION**

      Motion of plaintiff Dynacorn Autobody Parts, Inc., for centralization of the following actions in the United States District Court for the Central District of California:

      Central District of California

Sabry Lee, Inc. v. Genera Corp., et al., C.A. No. 2:08-5758
Dynacorn Autobody Parts, Inc. v. Genera Corp., et al., C.A. No. 8:08-1158

      Southern District of California

California Customs, Inc. v. Genera Corp., et al., C.A. No. 3:08-1900


MDL No. 2008 -- **IN RE: LAND ROVER LR3 TIRE WEAR PRODUCTS LIABILITY LITIGATION**

      Motion of defendant Jaguar Land Rover North America, LLC, for centralization of the following actions in the United States District Court for the Central District of California:

      Central District of California

Kenneth Gable v. Jaguar Land Rover North America, LLC, C.A. No. 8:07-376
Brian J. Wolin v. Jaguar Land Rover North America, LLC, C.A. No. 8:07-627
Kimberly S. Gomcsak v. Jaguar Land Rover North America, LLC, C.A. No. 8:07-1200

Schedule of Matters for Hearing Session, Section A                    p. 3
Fort Myers, Florida


MDL No. 2008 (Continued)


### District of Colorado

Thomas Leif Counter v. Jaguar Land Rover North America, LLC, C.A. No. 1:08-2198

### District of Maryland

Mary Siemer Valliant v. Jaguar Land Rover North America, LLC, C.A. No. 1:08-2761

### District of New Jersey

Joseph J. Estes, et al. v. Jaguar Land Rover North America, LLC, C.A. No. 2:08-4408

### Western District of Washington

Murray W. Greenwood, et al. v. Jaguar Land Rover North America, LLC,
   C.A. No. 2:08-1449

### Eastern District of Wisconsin

Steven G. Lewinsky, et al. v. Jaguar Land Rover North America, LLC, C.A. No. 2:08-790


## MDL No. 2009 -- IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION

Motion of defendants Morgan Asset Management, Inc.; MK Holding, Inc.; Morgan Keegan & Co., Inc.; Morgan Keegan Select Fund, Inc.; RMK Multi-Sector High Income Fund, Inc.; RMK Advantage Income Fund, Inc.; RMK Strategic Income Fund, Inc.; RMK High Income Fund, Inc.; Albert C. Johnson; James Stillman R. McFadden; W. Randall Pittman; Mary S. Stone; William Jeffries Mann; James D. Witherington, Jr.; Jack R. Blair; Archie W. Willis, III; Regions Bank; and Regions Financial Corp. for centralization of the following actions in the United States District Court for the Western District of Tennessee:

### Northern District of Alabama

Larry Bentley, et al. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:08-1909

Schedule of Matters for Hearing Session, Section A                    p. 4
Fort Myers, Florida

MDL No. 2009 (Continued)


Southern District of Indiana

Stephen A. Eilenberg, etc. v. Morgan Keegan & Co., Inc., C.A. No. 1:08-1333

Middle District of Tennessee

Mariam E. Woods, et al. v. Morgan Asset Management, Inc., et al., C.A. No. 3:08-816

Western District of Tennessee

In Re Morgan Keegan Open-End Mutual Fund Litigation, C.A. No. 2:07-2784
Elizabeth P. Willis, et al. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:07-2830
Larry F. Hartman, et al. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:08-2071
James L. Gregory, et al. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:08-2078
Rebecca Ryan v. Morgan Asset Management, Inc., et al., C.A. No. 2:08-2162
Terry Hamby v. Morgan Asset Management, Inc, et al., C.A. No. 2:08-2192
William J. DeJoseph v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:08-2212
Nancy Jackson v. Morgan Asset Management, Inc., et al., C.A. No. 2:08-2231
Garry Shamblin v. Regions Financial Corp., et al., C.A. No. 2:08-2259
H. Austin Landers, et al. v. Morgan Asset Management, Inc., et al., C.A. No. 2:08-2260
Claudette S. Kaplan, etc. v. Regions Bank, C.A. No. 2:08-2422
C. Fred Daniels, etc. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:08-2452
C. Fred Daniels, etc. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:08-2453
C. Fred Daniels, etc. v. Morgan Asset Management, Inc., et al., C.A. No. 2:08-2454
C. Fred Daniels, etc. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:08-2455
C. Fred Daniels, etc. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:08-2456
Marilyn B. Thompson, et al. v. Regions Bank, et al., C.A. No. 2:08-2533
Barbara Williams v. Regions Financial Corp., et al., C.A. No. 2:08-2608
Andrew M. Stein, et al. v. PricewaterhouseCoopers LLP, et al., C.A. No. 2:08-2623
Richard A. Atkinson, M.D., et al. v. Morgan Asset Management, Inc., et al.,
    C.A. No. 2:08-2694

MDL No. 2011 -- IN RE: THE RESERVE FUND SECURITIES AND DERIVATIVE
                LITIGATION

       Motion of defendants The Reserve; The Reserve Fund; Reserve Management Company,
Inc.; Reserve Partners, Inc.; Primary Fund; U.S. Government Fund; Bruce R. Bent; Bruce R.
Bent II; Arthur T. Bent III; Patrick J. Farrell; Santa Albicocco; Ronald J. Artinian; Joseph D.
Donnelly; Edwin Ehlert Jr.; William J. Montgoris; Frank J. Stalzer; William E. Viklund; and
Stephen P. Zieniewicz  for centralization of the following actions in the United States District
Court for the Southern District of New York:

              <u>Central District of California</u>

    Michael J.G. Gleissner v. The Reserve Fund, et al., C.A. No. 2:08-7387

              <u>District of Massachusetts</u>

    Safeco Insurance Co. of America v. The Reserve Fund, et al., C.A. No. 1:08-11885

              <u>District of Minnesota</u>

    Ameriprise Financial Services, Inc., et al. v. The Reserve Fund, et al., C.A. No. 0:08-5219

              <u>Southern District of New York</u>

    Jay Pomeranz v. The Primary Fund, et al., C.A. No. 1:08-8060
    Ralph F. Miller v. The Reserve Fund, et al., C.A. No. 1:08-8098
    Third Avenue Institutional International Value Fund, LP v. The Reserve Fund, et al.,
       C.A. No. 1:08-8103
    Sandra Lifschitz v. Reserve Management Co., Inc., et al., C.A. No. 1:08-8137
    George C. Dyer v. The Reserve Fund, et al., C.A. No. 1:08-8139
    M.D.C. Holdings, Inc. v. The Primary Fund, et al., C.A. No. 1:08-8141
    Stuart M. Kurtzer, PA Profit Sharing Plan, et al. v. The Reserve Fund, et al.,
       C.A. No. 1:08-8292
    Michael Goodman v. Reserve Management Co., Inc., et al., C.A. No. 1:08-8593
    Daniel Shabel v. Bruce R. Bent, et al., C.A. No. 1:08-8946
    Univision Communications, Inc. v. The Reserve Fund, et al., C.A. No. 1:08-9335
    Clark Enterprises, Inc., et al. v. The Reserve, et al., C.A. No. 1:08-9387
    Richard I. Wolgin v. The Reserve Fund, et al., C.A. No. 1:08-9525
    Mark D. Pogozelski, etc. v. The Reserve Fund, et al., C.A. No. 1:08-9604

## MDL No. 2012 -- IN RE: DANNON CO., INC., PROBIOTIC YOGURT PRODUCTS MARKETING AND SALES PRACTICES LITIGATION

Motion of defendant The Dannon Company, Inc., for centralization of the following actions in a single United States district court:

Central District of California

Patricia Wiener v. The Dannon Co., Inc., C.A. No. 2:08-415

Southern District of Florida

Sean Park, et al. v. The Dannon Co., Inc., C.A. No. 9:08-81147

Northern District of Ohio

James Gemelas v. The Dannon Co., Inc., C.A. No. 1:08-236

## MDL No. 2013 -- IN RE: FANNIE MAE SECURITIES AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION

Motion of defendants Fannie Mae, et al., for centralization of the following actions in the United States District Court for the Southern District of New York:

District of District of Columbia

Mary P. Moore v. Federal National Mortgage Association Compensation Committee, et al., C.A. No. 1:08-1825

Southern District of Florida

Hilda Gordon v. Stephen B. Ashley, et al., C.A. No. 9:08-81007

District of New Jersey

Daniel Kramer v. Federal National Mortgage Association, et al., C.A. No. 2:08-5287

Schedule of Matters for Hearing Session, Section A                    p. 7
Fort Myers, Florida


MDL No. 2013 (Continued)


### Southern District of New York

John A. Genovese v. Stephen B. Ashley, et al., C.A. No. 1:08-7831
Robert M. Rollins v. Lehman Brothers, Inc., et al., C.A. No. 1:08-7938
Nicholas Crisafi, et al. v. Merrill Lynch Fenner Pierce & Smith, Inc., et al.,
    C.A. No. 1:08-8008
Fogel Capital Management, Inc. v. Federal National Home Mortgage Association, et al.,
    C.A. No. 1:08-8096
Dennis Sandman v. J.P. Morgan Securities, Inc. et al., C.A. No. 1:08-8353
Karen Orkin, et al. v. Merrill Lynch Pierce Fenner & Smith, Inc., et al.,
    C.A. No. 1:08-8488
Brian Jarmain v. Merrill Lynch Pierce Fenner & Smith, Inc., et al., C.A. No. 1:08-8491
Malka Krausz v. Federal National Mortgage Association, et al., C.A. No. 1:08-8519
Donald W. McCauley v. Merrill Lynch Pierce Fenner & Smith, Inc., et al.,
    C.A. No. 1:08-8520
David L. Frankfurt, et al. v. Lehman Brothers, Inc., et al., C.A. No. 1:08-8547
Cheryl Strong, et al. v. Wachovia Capital Markets, LLC, et al., C.A. No. 1:08-8551
Stephen H. Schweitzer, et al. v. Merrill Lynch Pierce Fenner & Smith, Inc., et al.,
    C.A. No. 1:08-8609
Lynn Williams, et al. v. Stephen B. Ashley, et al., C.A. No. 1:08-8676
Susan Kraus v. Citigroup Global Markets, Inc., C.A. No. 1:08-9649
Phillip Melton v. E*Trade Securities, LLC, C.A. No. 1:08-9650

### Western District of Pennsylvania

Leonard Jesteadt, et al. v. Stephen B. Ashley, et al., C.A. No. 2:08-1335

Schedule of Matters for Hearing Session, Section A                     p. 8
Fort Myers, Florida


MDL No. 2014 -- **IN RE: BANK OF AMERICA CORP. AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION**

Motion of defendants Bank of America Corp.; Banc of America Investment Services, Inc.; and Banc of America Securities LLC for centralization of the following actions in the United States District Court for the Southern District of New York:

Northern District of California

Richard S. Bondar, et al. v. Bank of America Corp., et al., C.A. No. 3:08-2599

Northern District of Illinois

Independence Tube Corp. v. Bank of America Corp., et al., C.A. No. 1:08-6023

Southern District of New York

Twin Lane Inc. v. Banc of America Securities, LLC, et al., C.A. No. 1:08-9115


MDL No. 2015 -- **IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Bonnie Mincey, et al., for centralization of the following actions in the United States District Court for the District of South Carolina:

Northern District of California

Dolores Mandrigues, et al. v. World Savings, Inc., et al., C.A. No. 5:07-4497

Northern District of Florida

Chad R. Whatley, et al. v. World Savings Bank, FSB, et al., C.A. No. 4:08-380

District of Maryland

Judith M. Holley, et al. v. World Savings Bank, FSB, et al., C.A. No. 1:08-2307

District of South Carolina

Bonnie Mincey, et al. v. World Savings Bank, FSB, et al., C.A. No. 2:07-3762

MDL No. 2016 -- **IN RE: YAMAHA MOTOR CORP. RHINO ATV PRODUCTS
                       LIABILITY LITIGATION**

    Motion of plaintiffs Larry Anderson; Bruce Kehr, et al.; Richard A. McCurdy; Margaret
Ashley Ford; Julie Wright; Brian Q. Giannoni; Anthony C. Ritchie; Donna L. Adorno, etc.; Karl
Hartig; Andrew J. Holley; Angelo M. Zolna, et al.; Darla O'Neal, etc.; Greg Mitchell, et al.; Billy
J. Akins; Sandra Dougan, et al.; and Virginia Curtis for centralization of the following actions in
an appropriate transferee district.

<u>Northern District of Alabama</u>

Richard A. McCurdy v. Yamaha Motor Co., Ltd., et al., C.A. No. 2:07-2096
Margaret Ashley Ford v. Yamaha Motor Co., Ltd., et al., C.A. No. 2:08-782
Paul Clark, et al. v. Yamaha Motor Co., Ltd., et al., C.A. No. 5:07-1200

<u>Southern District of Alabama</u>

Robert Harrell, et al. v. Yamaha Motor Co., Ltd., et al., C.A. No. 1:08-507

<u>District of Arizona</u>

Myron Jones, et al. v. Yamaha Motor Co., Ltd., et al., C.A. No. 2:07-1718
Brandon Boyd v. Yamaha Motor Co., Ltd., et al., C.A. No. 2:08-220
Daniel Widney v. Yamaha Motor Co., Ltd., et al., C.A. No. 2:08-812
Alexandria daCosta, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-1583

<u>Eastern District of Arkansas</u>

Colton Grabher v. Yamaha Motor Corp., USA, et al., C.A. No. 4:08-285

<u>Central District of California</u>

Larry Anderson v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-6312
Julie Wright v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-6438

<u>District of Colorado</u>

Alejandro Sosa v. Yamaha Motor Corp., USA, et al., C.A. No. 1:07-2721

Schedule of Matters for Hearing Session, Section A                         p. 10
Fort Myers, Florida


MDL No. 2016 (Continued)


      Southern District of Florida

Evan R. Acevedo, et al. v. Yamaha Motor Corp., USA, C.A. No. 0:08-61602

      Northern District of Georgia

Brian Q. Giannoni v. Yamaha Motor Corp., USA, et al., C.A. No. 1:08-3346

      Eastern District of Kentucky

Clark Watterson, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 5:08-329
Donna L. Adorno, etc. v. Yamaha Motor Corp., USA, et al., C.A. No. 6:08-205
Anthony C. Ritchie v. Yamaha Motor Corp., USA, et al., C.A. No. 6:08-285
Kristy Holliday, et al. v. Yamaha Motor Co., Ltd., et al., C.A. No. 7:08-107
Jennifer Ousley v. Yamaha Motor Co., Ltd., et al., C.A. No. 7:08-143

      Eastern District of Louisiana

Chastity Gerald, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-1660

      Western District of Louisiana

Anthony Chamblee v. Yamaha Motor Co., Ltd., et al., C.A. No. 5:08-1351

      District of Maryland

Karl Hartig v. Yamaha Motor Corp., USA, et al., C.A. No. 1:08-858
William E. Berry, Jr., et al. v. Yamaha Motor Manufacturing Corp. of America, et al.,
   C.A. No. 1:08-2938

      Western District of Michigan

Jeremy Tohtz v. Yamaha Motor Corp., USA, et al., C.A. No. 1:07-992

      Northern District of Mississippi

Bettina Lynn Tucker, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 3:07-143

Schedule of Matters for Hearing Session, Section A                    p. 11
Fort Myers, Florida


MDL No. 2016 (Continued)


    <u>Southern District of Mississippi</u>

Andrew J. Holley v. Yamaha Motor Corp., USA, et al., C.A. No. 1:08-223
Danny Ray Roberts, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 3:08-544

    <u>Eastern District of Missouri</u>

Dixie Farris, et al. v. Yamaha Corp. of America, et al., C.A. No. 1:08-135
William Gannon, etc. v. Yamaha Motor Corp., USA, et al., C.A. No. 4:07-1845

    <u>Western District of Missouri</u>

Zachary Murray v. Yamaha Motor Corp., USA, et al., C.A. No. 4:07-785

    <u>District of Montana</u>

James H. Shaw, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 9:08-102

    <u>District of Nebraska</u>

Edwin Hartley, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 8:08-183

    <u>District of Nevada</u>

Lela Whitlock, etc. v. Yamaha Motor Corp., USA, et al., C.A. No. 2:07-632
Joseph Monaco v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-675

    <u>Southern District of New York</u>

Bruce Kehr, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 1:08-7379

    <u>Northern District of Ohio</u>

Christopher Smith v. Yamaha Motor Corp., USA, et al., C.A. No. 3:08-1863
Angelo M. Zolna, et al. v. Yamaha Motor Co., Ltd., et al., C.A. No. 4:08-882

Schedule of Matters for Hearing Session, Section A                    p. 12
Fort Myers, Florida


MDL No. 2016 (Continued)


### Eastern District of Oklahoma

Bobby Williams v. Yamaha Motor Co., Ltd., et al., C.A. No. 6:08-392

### Northern District of Oklahoma

Roger Ayers, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 4:07-434

### Eastern District of Pennsylvania

Ryan Emery v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-3153

### District of South Carolina

Kenneth Daugherty v. Yamaha Motor Corp., USA, et al., C.A. No. 8:08-3130

### Eastern District of Tennessee

Yoe Lopez, Jr. v. Yamaha Motor Corp., USA, et al., C.A. No. 3:08-244

### Middle District of Tennessee

Darla O'Neal, etc. v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-63
Edwin R. Rutherford v. Yamaha Motor Corp., USA, et al., C.A. No. 3:07-1259
Michael Wilhite, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 3:08-622
Greg Mitchell, et al. v. Yamaha Motor Co., Ltd., et al., C.A. No. 3:08-1077

### Western District of Tennessee

Grant Pesgrove, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 2:07-2727

Schedule of Matters for Hearing Session, Section A                                   p. 13
Fort Myers, Florida


MDL No. 2016 (Continued)


    Eastern District of Texas

      Christopher McKee, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 1:08-227
      Ryan Rogers, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-219
      Billy J. Akins v. Yamaha Motor Co., Ltd., et al., C.A. No. 5:08-62
      Levi McDermott v. Yamaha Motor Co., Ltd., et al., C.A. No. 5:08-148
      Sandra Dougan, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 5:08-154

    Northern District of Texas

    Tony White v. Yamaha Motor Corp., USA, et al., C.A. No. 2:08-66

    Southern District of Texas

    Virginia Curtis v. Yamaha Motor Corp., USA, et al., C.A. No. 4:08-1998

    Eastern District of Washington

    Sally Ann Osburn v. Yamaha Motor Corp., USA, et al., C.A. No. 2:07-5052

    Western District of Washington

    David William Bednarik v. Yamaha Motor Corp., USA, et al., C.A. No. 3:07-5651


**MDL No. 2017 -- IN RE: LEHMAN BROTHERS HOLDINGS, INC., SECURITIES &
          EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)
          LITIGATION**

    Motion, as amended, of defendants Michael L. Ainslie, John F. Akers, Roger S. Berlind,
Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez,
Henry Kaufman, John D. Macomber, and Christopher O'Meara for centralization of the following
actions in the United States District Court for the Southern District of New York:

    Eastern District of Arkansas

    Glen Deathrow, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 4:08-4149

Schedule of Matters for Hearing Session, Section A                               p. 14
Fort Myers, Florida

MDL No. 2017 (Continued)


### Western District of Arkansas

Cecil Mease, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2123
Cecil Mease v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2124
Michael Shipley v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2125
Guy S. Warden, Jr. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2126
Henry Napierala, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2127

### Northern District of California

Zenith Insurance Co. v. Richard S. Fuld, Jr., et al., C.A. No. 3:08-5352
The San Mateo County Investment Pool v. Richard S. Fuld, Jr., et al., C.A. No. 3:08-5353

### Eastern District of New York

Michael Swiskay, et al. v. Citigroup Global Markets, Inc., et al., C.A. No. 2:08-4600

### Southern District of New York

Operative Plasterers & Cement Masons International Association Local 262 Annuity
    Fund v. Lehman Brothers Holdings, Inc., et al., C.A. No. 1:08-5523
Alex E. Rinehart, et al. v. Lehman Brothers Holdings, Inc., et al., C.A. No. 1:08-5598
Fogel Capital Management, Inc. v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-8225
Anthony Peyser v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-9404
Stephen P. Gott v. UBS Financial Services, Inc., et al., C.A. No. 1:08-9578
Jeffrey Stark, et al. v. Erin Callan, et al., C.A. No. 1:08-9793
Stanley Tolin v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-10008
Enrique Azpiazu v. UBS Financial Services, Inc., et al., C.A. No. 1:08-10058

## MDL No. 2018 -- IN RE: CHASE INVESTMENT SERVICES CORP. FINANCIAL ADVISOR OVERTIME PAY LITIGATION

Motion of defendants Chase Investment Services Corp. and J.P. Morgan Chase & Co. for centralization of the following actions in the United States District Court for the District of New Jersey:

Northern District of Illinois

Amiri Curry v. J.P. Morgan Chase & Co., et al., C.A. No. 1:07-6149

District of New Jersey

David Bachrach v. Chase Investment Services Corp., C.A. No. 2:06-2785

Southern District of New York

Gary Simel v. J.P. Morgan Chase, et al., C.A. No. 1:05-9750
Alan B. Krichman, et al. v. J.P. Morgan Chase & Co., et al., C.A. No. 1:06-15305

## MDL No. 2019 -- IN RE: DOREL JUVENILE GROUP, INC., STROLLER (MODEL 834) PRODUCTS LIABILITY LITIGATION

Motion of plaintiff Elizabeth Sanchez for centralization of the following actions in the United States District Court for the Eastern District of California:

Eastern District of California

Elizabeth Sanchez v. Wal-Mart Stores, Inc., et al., C.A. No. 2:06-2573

Northern District of Florida

Samantha Burson v. Dorel Juvenile Group, Inc., C.A. No. 3:08-533

District of Massachusetts

Michael Merrill, et al. v. Dorel Juvenile Group, Inc., C.A. No. 1:08-11693

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

### MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Oppositions of plaintiffs to transfer of their respective following actions listed on Attachment A to the United States District Court for the Eastern District of Pennsylvania.

### MDL No. 1203 -- IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Janie Justice to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

#### Eastern District of Kentucky

Janie Justice v. Wyeth, C.A. No. 7:08-170

### MDL No. 1507 -- IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Dorothy Allen, et al., and defendants Wyeth; Wyeth Pharmaceuticals, Inc.; Pfizer Inc.; Pharmacia Corp.; Pharmacia & Upjohn Company, LLC; and Greenstone Ltd., to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:

#### District of Minnesota

Natalie Beylin, et al. v. Wyeth, et al., C.A. No. 0:06-3112
Dorothy Allen, et al. v. Wyeth, et al., C.A. No. 0:08-4827

Schedule of Matters for Hearing Session, Section B                    p. 17
Fort Myers, Florida


MDL No. 1657 -- **IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Louisiana:

Middle District of Florida

Lester John Anderson v. Merck & Co., Inc., et al., C.A. No. 2:08-746
Laura M. Lundberg v. Merck & Co., Inc., et al., C.A. No. 2:08-747
Osvaldo Lopez v. Merck & Co., Inc., et al., C.A. No. 2:08-748
Kurt Jung v. Merck & Co., Inc., et al., C.A. No. 2:08-749
George Audette v. Merck & Co., Inc., et al., C.A. No. 2:08-750
Michael Cohen v. Merck & Co., Inc., et al., C.A. No. 2:08-752
Roland Fick v. Merck & Co., Inc., et al., C.A. No. 2:08-753
Thelma Greaves v. Merck & Co., Inc., et al., C.A. No. 2:08-754
Verne Gavitt v. Merck & Co., Inc., et al., C.A. No. 2:08-755
Charles Johnson v. Merck & Co., Inc., et al., C.A. No. 2:08-756
Dorothy Miller v. Merck & Co., Inc., et al., C.A. No. 2:08-757
Marcia Ross v. Merck & Co., Inc., et al., C.A. No. 2:08-758
Marjorie Sarvis v. Merck & Co., Inc., et al., C.A. No. 2:08-759
Patricia Schweitzer v. Merck & Co., Inc., et al., C.A. No. 2:08-760
Marie Stevens v. Merck & Co., Inc., et al., C.A. No. 2:08-761
Wendy Walters v. Merck & Co., Inc., et al., C.A. No. 2:08-762
Winston Wood v. Merck & Co., Inc., et al., C.A. No. 2:08-763
William P. Yeary v. Merck & Co., Inc., et al., C.A. No. 2:08-764


Western District of Michigan

Michael A. Cox ex rel. The State of Michigan & The Michigan Department of
Community Health v. Merck & Co., Inc., C.A. No. 1:08-918

Southern District of Mississippi

Catherine Holt Singleton, et al. v. Merck & Co., Inc., C.A. No. 4:08-98

Schedule of Matters for Hearing Session, Section B                    p. 18
Fort Myers, Florida


## MDL No. 1663 -- IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION

Motion of defendant The Prudential Insurance Company of America to transfer the following actions to the United States District Court for the District of New Jersey:

### Southern District of Ohio

Havensure, L.L.C. v. Prudential Insurance Co. of America, C.A. No. 1:06-721
Havensure, L.L.C. v. Prudential Insurance Co. of America, C.A. No. 1:08-435


## MDL No. 1700 -- IN RE: FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION (NO. II)

Opposition of plaintiff Kenneth Rascon to transfer of the following action to the United States District Court for the Northern District of Indiana:

### District of Colorado

Kenneth Rascon v. FedEx Ground Package System, Inc., et al., C.A. No. 1:08-2101


## MDL No. 1715 -- IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Motions of defendants Ameriquest Mortgage Company; Citi Residential Lending, Inc.; ACC Capital Holdings Corp.; CitiFinancial Services, Inc.; and AMC Mortgage Services, Inc., to transfer the following actions to the United States District Court for the Northern District of Illinois:

### Southern District of Illinois

Robert M. Delaney, et al. v. AMC Mortgage Services, Inc., et al., C.A. No. 3:08-365

### Northern District of Ohio

Richard Meek, et al. v. Ameriquest Mortgage Corp., et al., C.A. No. 3:07-3781

Schedule of Matters for Hearing Session, Section B                    p. 19
Fort Myers, Florida


MDL No. 1715 (Continued)


Western District of Pennsylvania

Danete M. Lewark v. AMC Mortgage Services, Inc., et al., C.A. No. 2:08-210


MDL No. 1718 -- **IN RE: FORD MOTOR CO. SPEED CONTROL DEACTIVATION
SWITCH PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff State Farm Fire & Casualty Company, etc., to transfer of the
following action to the United States District Court for the Eastern District of Michigan:

Central District of Illinois

State Farm Fire & Casualty Co., etc. v. Ford Motor Co., C.A. No. 3:08-3188


MDL No. 1736 -- **IN RE: CELEXA AND LEXAPRO PRODUCTS LIABILITY
LITIGATION**

Motion of defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., to
transfer the following actions to the United States District Court for the Eastern District of
Missouri:

Northern District of Alabama

Daphne Hall, et al. v. Forest Laboratories, Inc., et al., C.A. No. 7:08-1236

Eastern District of New York

Charlene H. Folse, etc. v. Eli Lilly & Co., C.A. No. 1:04-1612

Schedule of Matters for Hearing Session, Section B                              p. 20
Fort Myers, Florida


MDL No. 1769 -- **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Pennsylvania Employees Benefit Trust Fund to transfer of the following action to the United States District Court for the Middle District of Florida:

Eastern District of Pennsylvania

Pennsylvania Employees Benefit Trust Fund v. AstraZeneca Pharmaceuticals, LP, C.A. No. 2:08-4787


MDL No. 1871 -- **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Dwight David Birchfield, et al.; Helene Kril, et al.; and Howard A. Simpson, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Dwight David Birchfield, et al. v. GlaxoSmithKline, et al., C.A. No. 2:08-6048
Helene Kril, et al. v. SmithKline Beecham Corp., et al., C.A. No. 2:08-6137

Southern District of California

Howard A. Simpson, et al. v. SmithKline Beecham Corp., et al., C.A. No. 3:08-1699


MDL No. 1909 -- **IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Beatrice Adamo and Marie Jones, etc., to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Southern District of New York

Beatrice Adamo v. General Electric Co., et al., C.A. No. 1:08-8264

Eastern District of Pennsylvania

Marie Jones, etc. v. General Electric Co., et al., C.A. No. 2:08-4603

Schedule of Matters for Hearing Session, Section B                                    p. 21
Fort Myers, Florida


MDL No. 1928 -- **IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs to transfer of their respective following actions to the United
States District Court for the Southern District of Florida:

<u>District of Delaware</u>

Eileen Hutchins, etc. v. Bayer Corp., et al., C.A. No. 1:08-640
Richard Hickmott, etc. v. Bayer Corp., et al., C.A. No. 1:08-641
Lee Koester, etc. v. Bayer Corp., et al., C.A. No. 1:08-642
Robert Jones, etc. v. Bayer Corp., et al., C.A. No. 1:08-643
Maria Gonzalez, etc. v. Bayer Corp., et al., C.A. No. 1:08-644
Roy Lee Good, et al. v. Bayer Corp., et al., C.A. No. 1:08-645
Stan Simpson, etc. v. Bayer Corp., et al., C.A. No. 1:08-646
Janice P. Keisler, etc. v. Bayer Corp., et al., C.A. No. 1:08-647
Saundra G. Hodges, etc. v. Bayer Corp., et al., C.A. No. 1:08-648
Dorothy Jenkins, etc. v. Bayer Corp., et al., C.A. No. 1:08-649
Derek Hughes v. Bayer Corp., et al., C.A. No. 1:08-650
Carter L. Hooker, III v. Bayer Corp., et al., C.A. No. 1:08-651
Lorma Hladky, et al. v. Bayer Corp., et al., C.A. No. 1:08-652
Lois W. Chase, etc. v. Bayer Corp., et al., C.A. No. 1:08-653
Harvey Keith v. Bayer Corp., et al., C.A. No. 1:08-654
Ruth Laitman, etc. v. Bayer Corp., et al., C.A. No. 1:08-655
Ratesh Kumar v. Bayer Corp., et al., C.A. No. 1:08-656
Robert Kucenski, et al. v. Bayer Corp., et al., C.A. No. 1:08-657
Audrey J. King v. Bayer Corp., et al., C.A. No. 1:08-658
Morris L. Goff, et al. v. Bayer Corp., et al., C.A. No. 1:08-659
Eddie Lee Johnson v. Bayer Corp., et al., C.A. No. 1:08-660
Mary E. Gruendyke, etc. v. Bayer Corp., et al., C.A. No. 1:08-661
Knute Heinz, et al. v. Bayer Corp., et al., C.A. No. 1:08-662
Carla Davis, etc. v. Bayer Corp., et al., C.A. No. 1:08-663
George Hilton v. Bayer Corp., et al., C.A. No. 1:08-664
Melody Jean Church, etc. v. Bayer Corp., et al., C.A. No. 1:08-665
Harry J. Barnes, et al. v. Bayer Corp., et al., C.A. No. 1:08-666
Sharon F. Fulkerson, et al. v. Bayer Corp., et al., C.A. No. 1:08-667
Deborah Gallier Fontenot, etc. v. Bayer Corp., et al., C.A. No. 1:08-668
Jerome Baumgarter, et al. v. Bayer Corp., et al., C.A. No. 1:08-669
Jackie Wilson Hardy, etc. v. Bayer Corp., et al., C.A. No. 1:08-670
Elizabeth Ferrentino, et al. v. Bayer Corp., et al., C.A. No. 1:08-671

Schedule of Matters for Hearing Session, Section B                               p. 22
Fort Myers, Florida

MDL No. 1928 (Continued)


District of Delaware (Continued)

Elizabeth Cross, et al. v. Bayer Corp., et al., C.A. No. 1:08-672
Van S. Ferguson v. Bayer Corp., et al., C.A. No. 1:08-673
Virginia Ann Fabbro v. Bayer Corp., et al., C.A. No. 1:08-674
Eddie Dickerson, et al. v. Bayer Corp., et al., C.A. No. 1:08-675
Laura A. Lawton, et al. v. Bayer Corp., et al., C.A. No. 1:08-676
Albert Warnement v. Bayer Corp., et al., C.A. No. 1:08-677
James S. Michelucci, et al. v. Bayer Corp., et al., C.A. No. 1:08-678
Ramona Martinez v. Bayer Corp., et al., C.A. No. 1:08-679
Kathy J. Burton, etc. v. Bayer Corp., et al., C.A. No. 1:08-680
Michael Frank Barker, et al. v. Bayer Corp., et al., C.A. No. 1:08-681
Carol L. Slocum v. Bayer Corp., et al., C.A. No. 1:08-682
Reverend Earl Carlberg, etc. v. Bayer Corp., et al., C.A. No. 1:08-683
Darrell Lynn Burcham, et al. v. Bayer Corp., et al., C.A. No. 1:08-684
Henry Veasley, Jr. v. Bayer Corp., et al., C.A. No. 1:08-685
Edward A. Brunner v. Bayer Corp., et al., C.A. No. 1:08-686
Thomas Lewis, et al. v. Bayer Corp., et al., C.A. No. 1:08-687
Nancy A. Cox v. Bayer Corp., et al., C.A. No. 1:08-688
John Wayne Truxal v. Bayer Corp., et al., C.A. No. 1:08-689
Roger Harmon, et al. v. Bayer Corp., et al., C.A. No. 1:08-690
J. Shane Taylor, et al. v. Bayer Corp., et al., C.A. No. 1:08-691
Regina H. McCaskill, etc. v. Bayer Corp., et al., C.A. No. 1:08-692
Allan R. Friedman, II, et al. v. Bayer Corp., et al., C.A. No. 1:08-693
Ann Watson, etc. v. Bayer Corp., et al., C.A. No. 1:08-694
Lilia Bell, et al. v. Bayer Corp., et al., C.A. No. 1:08-695
Deete Jean Pletscher, etc. v. Bayer Corp., et al., C.A. No. 1:08-696
Alice Davis v. Bayer Corp., et al., C.A. No. 1:08-697
Jessia Hammond, et al. v. Bayer Corp., et al., C.A. No. 1:08-698
Lettitia Millican v. Bayer Corp., et al., C.A. No. 1:08-699
Aq Norsworthy v. Bayer Corp., et al., C.A. No. 1:08-700
Beverly J. Murray v. Bayer Corp., et al., C.A. No. 1:08-701
David J. Larsen, et al. v. Bayer Corp., et al., C.A. No. 1:08-702
Karin Martin, et al. v. Bayer Corp., et al., C.A. No. 1:08-703
John D. Haddenham, et al. v. Bayer Corp., et al., C.A. No. 1:08-704

Schedule of Matters for Hearing Session, Section B                              p. 23
Fort Myers, Florida


MDL No. 1928 (Continued)


            District of Delaware (Continued)

    Willie May Haselden, etc. v. Bayer Corp., et al., C.A. No. 1:08-705
    Jack B. Nightingale, et al. v. Bayer Corp., et al., C.A. No. 1:08-706
    Claude D. Jones, etc. v. Bayer Corp., et al., C.A. No. 1:08-707
    Barbara Daniels v. Bayer Corp., et al., C.A. No. 1:08-708
    James M. Harris, et al. v. Bayer Corp., et al., C.A. No. 1:08-709
    Louise Davenport v. Bayer Corp., et al., C.A. No. 1:08-710
    William A. Smakal, et al. v. Bayer Corp., et al., C.A. No. 1:08-711
    Anthony J. Miller v. Bayer Corp., et al., C.A. No. 1:08-712
    Paul E. Potter, et al. v. Bayer Corp., et al., C.A. No. 1:08-713
    Peter P. Spawn v. Bayer Corp., et al., C.A. No. 1:08-714
    Joann Clarke, et al. v. Bayer Corp., et al., C.A. No. 1:08-715
    Rosie M. Pryne v. Bayer Corp., et al., C.A. No. 1:08-716
    Thomas J. Reilly v. Bayer Corp., et al., C.A. No. 1:08-717
    Jennifer Worthy, etc. v. Bayer Corp., et al., C.A. No. 1:08-718
    Ted Mummery, etc. v. Bayer Corp., et al., C.A. No. 1:08-719
    Marie Moore, etc. v. Bayer Corp., et al., C.A. No. 1:08-720
    Max Gravette, et al. v. Bayer Corp., et al., C.A. No. 1:08-721
    Joseph M. Gores, et al. v. Bayer Corp., et al., C.A. No. 1:08-722
    Joanne Mitchel, etc. v. Bayer Corp., et al., C.A. No. 1:08-723
    Alan D. Schwartz, et al. v. Bayer Corp., et al., C.A. No. 1:08-724
    Harold A. Weiss, et al. v. Bayer Corp., et al., C.A. No. 1:08-725
    Michelle Frank, etc. v. Bayer Corp., et al., C.A. No. 1:08-726
    Thadeus Waiters, et al. v. Bayer Corp., et al., C.A. No. 1:08-727
    Delores I. DeLuca, etc. v. Bayer Corp., et al., C.A. No. 1:08-728
    Dennis L. Croasmun, et al. v. Bayer Corp., et al., C.A. No. 1:08-729
    Debra L. Davis, etc. v. Bayer Corp., et al., C.A. No. 1:08-730
    Joyce Coogan, et al. v. Bayer Corp., et al., C.A. No. 1:08-731
    Lorraine E. Woodhead v. Bayer Corp., et al., C.A. No. 1:08-732
    Judy Russ Ware, etc. v. Bayer Corp., et al., C.A. No. 1:08-733
    Cheryl Collins v. Bayer Corp., et al., C.A. No. 1:08-734
    Norlin E. Yatckoski, et al. v. Bayer Corp., et al., C.A. No. 1:08-735
    Sharon A. Burge, etc. v. Bayer Corp. et al., C.A. No. 1:08-736
    Burleigh A. Rideau, et al. v. Bayer Corp., et al., C.A. No. 1:08-737

Schedule of Matters for Hearing Session, Section B                    p. 24
Fort Myers, Florida


MDL No. 1928 (Continued)


District of Delaware (Continued)

James Harold Orr, et al. v. Bayer Corp., et al., C.A. No. 1:08-738
Marylyn E. Shoemaker, etc. v. Bayer Corp., et al., C.A. No. 1:08-739
Paul Potesta, etc. v. Bayer Corp., et al., C.A. No. 1:08-740
Harriet Sykes, etc. v. Bayer Corp., et al., C.A. No. 1:08-741
Kim Randall Simons, etc. v. Bayer Corp., et al., C.A. No. 1:08-742
Peggy Vickery, etc. v. Bayer Corp., et al., C.A. No. 1:08-743


MDL No. 1943 -- IN RE: LEVAQUIN PRODUCTS LIABILITY LITIGATION

Opposition of defendants Johnson & Johnson; Ortho-McNeil Pharmaceuticals, Inc.; and Johnson & Johnson Pharmaceutical Research & Development, LLC to transfer of the following action to the United States District Court for the District of Minnesota:

District of Maryland

Raymond L. Weiland, III, et al. v. Johnson & Johnson, et al., C.A. No. 1:08-2478


MDL No. 1945 -- IN RE: STATE STREET BANK AND TRUST CO. FIXED INCOME
                          FUNDS INVESTMENT LITIGATION

Oppositions of plaintiffs F.W. Webb Co., et al., and defendant ING Institutional Plan Services LLC f/k/a CitiStreet, LLC to transfer of the following action to the United States District Court for the Southern District of New York:

District of Massachusetts

F.W. Webb Co., et al. v. State Street Bank & Trust Co., et al., C.A. No. 1:08-11422

Schedule of Matters for Hearing Session, Section B                          p. 25
Fort Myers, Florida


MDL No. 1950 -- **IN RE: MUNICIPAL DERIVATIVES ANTITRUST LITIGATION**

Oppositions of plaintiffs County of San Diego, County of San Mateo, and County of Contra Costa to transfer of their respective following actions to the United States District Court for the Southern District of New York:

<u>Central District of California</u>

County of San Diego v. Bank of America, N.A., et al,, C.A. No. 2:08-6283

<u>Northern District of California</u>

County of San Mateo v. Bank of America, N.A., et al., C.A. No. 3:08-4751
County of Contra Costa v. Bank of America, N.A., et al., C.A. No. 4:08-4752


MDL No. 1953 -- **IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs David G. Lucas, et al.; Lorinza Ash, et al.; Leontine Thornton, etc.; and David L. Stone and defendants Cardiology Associates of Mobile, Inc.; Cardio-Thoracic & Vascular Surgical Associates, P.C.; Terry Chris Stelly, M.D.; John E. Stone, Jr., M.D.; Springhill Hospital; and John William Boyer, M.D. to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

<u>Southern District of Alabama</u>

David G. Lucas, et al. v. Springhill Hospitals, Inc. et al., C.A. No. 1:08-520
Lorinza Ash, et al. v. Providence Hospital, et al., C.A. No. 1:08-525

<u>Northern District of California</u>

Leontine Thornton, etc. v. Kaiser Foundation Hospitals, Inc., et al., C.A. No. 3:08-4638

<u>District of Nebraska</u>

David L. Stone v. Baxter International, Inc., et al., C.A. No. 4:08-3201

Schedule of Matters for Hearing Session, Section B                    p. 26
Fort Myers, Florida

MDL No. 1963 -- **IN RE: THE BEAR STEARNS COMPANIES INC. SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Opposition of plaintiff H. Roger Wang to transfer of the following action to the United States District Court for the Southern District of New York:

Central District of California

H. Roger Wang v. The Bear Stearns Companies, Inc., et al., C.A. No. 2:08-5523

MDL No. 1968 -- **IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Bobby R. Milligan, et al., to transfer of the following action to the United States District Court for the Southern District of West Virginia:

Eastern District of Missouri

Bobby R. Milligan, et al. v. Actavis Group hf, et al., C.A. No. 4:08-1514

MDL No. 1985 -- **IN RE: TOTAL BODY FORMULA PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Mark Peragallo, et al., to transfer of the following action to the United States District Court for the Northern District of Alabama:

Northern District of Georgia

Mark Peragallo, et al. v. Wright Pharma, Inc., et al., C.A. No. 1:08-3044

MDL No. 1988 -- **IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE
MARKETING AND SALES PRACTICES LITIGATION**

Oppositions of plaintiffs Office of the Attorney General, Department of Legal Affairs,
State of Florida; State of Indiana; and State of West Virginia ex rel. Darrell V. McGraw, Jr., to
transfer of their respective following actions to the United States District Court for the Southern
District of California:

<u>Southern District of Florida</u>

Office of the Attorney General, Department of Legal Affairs, State of Florida v.
Countrywide Financial Corp., et al., C.A. No. 0:08-61511

<u>Northern District of Indiana</u>

State of Indiana v. Countrywide Financial Corp., et al., C.A. No. 1:08-226

<u>Southern District of West Virginia</u>

State of West Virginia ex rel. Darrell V. McGraw, Jr. v. Countrywide Financial Corp.,
et al., C.A. No. 3:08-1093

ATTACHMENT A TO THE JANUARY 29, 2009
SCHEDULE OF MATTERS FOR HEARING SESSION, SECTION B

MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Middle District of Louisiana

James W. Gibbens, et al. v. Aqua-Chem, Inc., et al., C.A. No. 3:08-572

Southern District of Mississippi

Dimple I. Thompson, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-840
Betty Sauls, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-841
Judith Richardson, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-842
Alice Presley, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-843
Chrystelle Pevey, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-844
James R. Garner, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-845
Patricia Gayle Pitts, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-846
Betty McNair, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-847
Annie Brownell, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-848
Fredna Berry, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-849
Kelly Brady, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-850
Lisa Taylor, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-851
Frances Stewart, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-852
Stephanie Davis, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-853
Shirley A. Ezell, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-854
Krysten Lambert Butler, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-855
Dodd Mitchell Sykes v. Phillips 66 Co., et al., C.A. No. 1:08-856
Corbit Sullivan v. Phillips 66 Co., et al., C.A. No. 1:08-857
Walter E. Stinson v. Phillips 66 Co., et al., C.A. No. 1:08-858
Timothy L. Stewart v. Phillips 66 Co., et al., C.A. No. 1:08-859
Joe Stephens v. Phillips 66 Co., et al., C.A. No. 1:08-860
Joseph Spradley v. Phillips 66 Co., et al., C.A. No. 1:08-861
Joseph Spiers v. Phillips 66 Co., et al., C.A. No. 1:08-862
George Ross Spence v. Phillips 66 Co., et al., C.A. No. 1:08-863
Darrell D. Smith, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-864
Joe Smith, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-865
Kelcie Dale Smith v. Phillips 66 Co., et al., C.A. No. 1:08-866
Charles R. Smith v. Phillips 66 Co., et al., C.A. No. 1:08-867
Charles C. Smith v. Phillips 66 Co., et al., C.A. No. 1:08-868

Scheduled of Matters for Hearing Session, Section B                    p. 2
Fort Myers, Florida

**MDL No. 875 Attachment A (Continued)**

Southern District of Mississippi (Continued)

Charles Smith v. Phillips 66 Co., et al., C.A. No. 1:08-869
Charles R. Sims v. Phillips 66 Co., et al., C.A. No. 1:08-870
Thomas E. Simmons v. Phillips 66 Co., et al., C.A. No. 1:08-871
Jesse James Short v. Phillips 66 Co., et al., C.A. No. 1:08-872
Tom M. Saul, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-873
James M. Saul v. Phillips 66 Co., et al., C.A. No. 1:08-874
Aaron Sasser, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-875
Charles David Sanders v. Phillips 66 Co., et al., C.A. No. 1:08-876
Ralph Gardner v. Phillips 66 Co., et al., C.A. No. 1:08-877
Jerrell J. Gunter v. Phillips 66 Co., et al., C.A. No. 1:08-878
Rudolph Gregory v. Phillips 66 Co., et al., C.A. No. 1:08-879
Ted Justin Graves v. Phillips 66 Co., et al., C.A. No. 1:08-880
David Grantham v. Phillips 66 Co., et al., C.A. No. 1:08-881
Kenneth Graham v. Phillips 66 Co., et al., C.A. No. 1:08-882
Grover Audell Goldman v. Phillips 66 Co., et al., C.A. No. 1:08-883
Melvin R. Glass v. Phillips 66 Co., et al., C.A. No. 1:08-884
Authur Lee Gilmore v. Phillips 66 Co., et al., C.A. No. 1:08-885
Bobby L. Gibson v. Phillips 66 Co., et al., C.A. No. 1:08-886
Charles T. Gardner v. Phillips 66 Co., et al., C.A. No. 1:08-887
Eddie Lee Gaines, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-888
Ernest Wayne Hutto v. Phillips 66 Co., et al., C.A. No. 1:08-889
Randy R. Hunt v. Phillips 66 Co., et al., C.A. No. 1:08-890
Ompy L. Hudson, III v. Phillips 66 Co., et al., C.A. No. 1:08-891
Johnny Howard v. Phillips 66 Co., et al., C.A. No. 1:08-892
Malcolm Paul Howse v. Phillips 66 Co., et al., C.A. No. 1:08-893
Donald W. Holmes v. Phillips 66 Co., et al., C.A. No. 1:08-894
William L. Holloway v. Phillips 66 Co., et al., C.A. No. 1:08-895
Charles Edward Holifield v. Phillips 66 Co., et al., C.A. No. 1:08-896
Richard Hodges v. Phillips 66 Co., et al., C.A. No. 1:08-897
John E. Heidel v. Phillips 66 Co., et al., C.A. No. 1:08-898
Katie Higgenbotham v. Phillips 66 Co., et al., C.A. No. 1:08-899
Isaac Haynes v. Phillips 66 Co., et al., C.A. No. 1:08-900

Scheduled of Matters for Hearing Session, Section B                    p. 3
Fort Myers, Florida

**MDL No. 875 Attachment A (Continued)**

Southern District of Mississippi (Continued)

Thad Harvey v. Phillips 66 Co., et al., C.A. No. 1:08-901
Ex Earl Harrison v. Phillips 66 Co., et al., C.A. No. 1:08-902
Ricky Wayne Harris v. Phillips 66 Co., et al., C.A. No. 1:08-903
James E. Harris v. Phillips 66 Co., et al., C.A. No. 1:08-904
Charles Hamrick, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-905
Ansler Dale Hall v. Phillips 66 Co., et al., C.A. No. 1:08-906
Hugh W. Mullins v. Phillips 66 Co., et al., C.A. No. 1:08-907
Vincent Motley v. Phillips 66 Co., et al., C.A. No. 1:08-908
Willie E. Moore v. Phillips 66 Co., et al., C.A. No. 1:08-909
Dennis G. Moak v. Phillips 66 Co., et al., C.A. No. 1:08-910
Bobby W. Mire, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-911
Bobby Ray Mills v. Phillips 66 Co., et al., C.A. No. 1:08-912
Michael D. Miller v. Phillips 66 Co., et al., C.A. No. 1:08-913
Loranzie Miller v. Phillips 66 Co., et al., C.A. No. 1:08-914
Robert D. McLain v. Phillips 66 Co., et al., C.A. No. 1:08-915
Clifford McLain v. Phillips 66 Co., et al., C.A. No. 1:08-916
Thomas A. McKenzie v. Phillips 66 Co., et al., C.A. No. 1:08-917
Ronnie McGill v. Phillips 66 Co., et al., C.A. No. 1:08-918
Mark McFarland v. Phillips 66 Co., et al., C.A. No. 1:08-919
John W. McFarland v. Phillips 66 Co., et al., C.A. No. 1:08-920
Ben Franklin McDonald v. Phillips 66 Co., et al., C.A. No. 1:08-921
Ecclus McAllister v. Phillips 66 Co., et al., C.A. No. 1:08-922
Kenneth Mayhugh, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-923
Alton J. Mahaffey, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-924
Keith R. Mason v. Phillips 66 Co., et al., C.A. No. 1:08-925
James G. Magee v. Phillips 66 Co., et al., C.A. No. 1:08-926
Winston Madison v. Phillips 66 Co., et al., C.A. No. 1:08-927
Mark Price v. Phillips 66 Co., et al., C.A. No. 1:08-928
George R. Price v. Phillips 66 Co., et al., C.A. No. 1:08-929
Albert Preston v. Phillips 66 Co., et al., C.A. No. 1:08-930
Daniel L. Prather v. Phillips 66 Co., et al., C.A. No. 1:08-931
William Hinton Powell v. Phillips 66 Co., et al., C.A. No. 1:08-932

Scheduled of Matters for Hearing Session, Section B                    p. 4
Fort Myers, Florida


**MDL No. 875 Attachment A (Continued)**


<u>Southern District of Mississippi</u> (Continued)

Herbert K. Powell v. Phillips 66 Co., et al., C.A. No. 1:08-933
Ernest Plumer v. Phillips 66 Co., et al., C.A. No. 1:08-934
Luther Pitts v. Phillips 66 Co., et al., C.A. No. 1:08-935
Frazier M. Phillips v. Phillips 66 Co., et al., C.A. No. 1:08-936
William H. Peak v. Phillips 66 Co., et al., C.A. No. 1:08-937
J.E. Patton v. Phillips 66 Co., et al., C.A. No. 1:08-938
Morgan Thomas Palmer v. Phillips 66 Co., et al., C.A. No. 1:08-939
Joe L. Palmer v. Phillips 66 Co., et al., C.A. No. 1:08-940
Larry Charles Russell v. Phillips 66 Co., et al., C.A. No. 1:08-941
James Lowery Russell v. Phillips 66 Co., et al., C.A. No. 1:08-942
David P. Russell v. Phillips 66 Co., et al., C.A. No. 1:08-943
Mitchell R. Rushing v. Phillips 66 Co., et al., C.A. No. 1:08-944
Carl A. Runnels v. Phillips 66 Co., et al., C.A. No. 1:08-945
Tommy Rollins v. Phillips 66 Co., et al., C.A. No. 1:08-946
Larry Jessie Rollins v. Phillips 66 Co., et al., C.A. No. 1:08-947
Pearl Lavern Robbins v. Phillips 66 Co., et al., C.A. No. 1:08-948
James D. Reid v. Phillips 66 Co., et al., C.A. No. 1:08-949
Jackie D. Ramage v. Phillips 66 Co., et al., C.A. No. 1:08-950
Jason C. Ratliff v. Phillips 66 Co., et al., C.A. No. 1:08-951
Jake W. McLain v. Phillips 66 Co., et al., C.A. No. 1:08-952
Robert E. Morris v. Phillips 66 Co., et al., C.A. No. 1:08-953
James M. Turner v. Phillips 66 Co., et al., C.A. No. 1:08-954
Lester Leroy Toney v. Phillips 66 Co., et al., C.A. No. 1:08-955
Joe R. Thompson v. Phillips 66 Co., et al., C.A. No. 1:08-956
Leroy Terrell v. Phillips 66 Co., et al., C.A. No. 1:08-957
Jerry L. Teachey v. Phillips 66 Co., et al., C.A. No. 1:08-958
Daryl Tanner v. Phillips 66 Co., et al., C.A. No. 1:08-959
William A. Tatum v. Phillips 66 Co., et al., C.A. No. 1:08-960
Mathyngale Williams v. Phillips 66 Co., et al., C.A. No. 1:08-961
David Griffin Williams v. Phillips 66 Co., et al., C.A. No. 1:08-962
J.B. White, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-963
Randy J. White v. Phillips 66 Co., et al., C.A. No. 1:08-964

Scheduled of Matters for Hearing Session, Section B                      p. 5
Fort Myers, Florida


**MDL No. 875 Attachment A (Continued)**


Southern District of Mississippi (Continued)

Phillip West v. Phillips 66 Co., et al., C.A. No. 1:08-965
James E. Watts v. Phillips 66 Co., et al., C.A. No. 1:08-966
Ted Watkins v. Phillips 66 Co., et al., C.A. No. 1:08-967
Jerry L. Warnock v. Phillips 66 Co., et al., C.A. No. 1:08-968
James R. Walley v. Phillips 66 Co., et al., C.A. No. 1:08-969
Henry Ward, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-970
Pauline Waller v. Phillips 66 Co., et al., C.A. No. 1:08-971
James C. Wallace v. Phillips 66 Co., et al., C.A. No. 1:08-972
Larry Collins v. Phillips 66 Co., et al., C.A. No. 1:08-973
Danny Conn v. Phillips 66 Co., et al., C.A. No. 1:08-974
Charles T. Cook v. Phillips 66 Co., et al., C.A. No. 1:08-975
Charles L. Coulter v. Phillips 66 Co., et al., C.A. No. 1:08-976
Henry S. Cooper, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-977
James Edward Cupit v. Phillips 66 Co., et al., C.A. No. 1:08-978
Tim Clanan v. Phillips 66 Co., et al., C.A. No. 1:08-979
Robert L. Cowart v. Phillips 66 Co., et al., C.A. No. 1:08-980
Concie L. Curtis v. Phillips 66 Co., et al., C.A. No. 1:08-981
Jerry Walter Cavin v. Phillips 66 Co., et al., C.A. No. 1:08-982
David Chipmon v. Phillips 66 Co., et al., C.A. No. 1:08-983
Alford B. Chapman v. Phillips 66 Co., et al., C.A. No. 1:08-984
Herman Collins v. Phillips 66 Co., et al., C.A. No. 1:08-986
Paul Carney v. Phillips 66 Co., et al., C.A. No. 1:08-987
Henry S. Carr v. Phillips 66 Co., et al., C.A. No. 1:08-988
Jon Campbell v. Phillips 66 Co., et al., C.A. No. 1:08-989
Sherman Easterling v. Phillips 66 Co., et al., C.A. No. 1:08-990
Douglas Echols v. Phillips 66 Co., et al., C.A. No. 1:08-991
Donnie Edward Evans v. Phillips 66 Co., et al., C.A. No. 1:08-992
Bennie Jake Evans v. Phillips 66 Co., et al., C.A. No. 1:08-993
Charles Echols v. Phillips 66 Co., et al., C.A. No. 1:08-994
Jacob Evans v. Phillips 66 Co., et al., C.A. No. 1:08-995
Bill Fairley v. Phillips 66 Co., et al., C.A. No. 1:08-996
Kenneth E. Fairchild v. Phillips 66 Co., et al., C.A. No. 1:08-997

Scheduled of Matters for Hearing Session, Section B                          p. 6
Fort Myers, Florida

**MDL No. 875 Attachment A (Continued)**

Southern District of Mississippi (Continued)

Turner Floyd v. Phillips 66 Co., et al., C.A. No. 1:08-998
Michael V. Fountain. Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-999
Miles D. Fountain v. Phillips 66 Co., et al., C.A. No. 1:08-1000
Leonard W. Foster v. Phillips 66 Co., et al., C.A. No. 1:08-1001
Willis F. Langley v. Phillips 66 Co., et al., C.A. No. 1:08-1002
Michael R. Lee v. Phillips 66 Co., et al., C.A. No. 1:08-1003
Kenneth D. Leggett v. Phillips 66 Co., et al., C.A. No. 1:08-1004
Colon R. Leonard, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1005
David W. Lines v. Phillips 66 Co., et al., C.A. No. 1:08-1006
Robert Junior Lofton v. Phillips 66 Co., et al., C.A. No. 1:08-1007
Dale Donaldson v. Phillips 66 Co., et al., C.A. No. 1:08-1009
David Daley v. Phillips 66 Co., et al., C.A. No. 1:08-1010
Vandiver Dunn v. Phillips 66 Co., et al., C.A. No. 1:08-1011
Eugene F. Dvorak v. Phillips 66 Co., et al., C.A. No. 1:08-1012
Jerry L. Dunigan v. Phillips 66 Co., et al., C.A. No. 1:08-1013
Ross A. Kennedy v. Phillips 66 Co., et al., C.A. No. 1:08-1014
Sidney L. Kerben, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1015
Plummer Kittrell v. Phillips 66 Co., et al., C.A. No. 1:08-1016
Paul Bedford Johnson v. Phillips 66 Co., et al., C.A. No. 1:08-1017
Johnny Jordan v. Phillips 66 Co., et al., C.A. No. 1:08-1018
Robert E. Jordan v. Phillips 66 Co., et al., C.A. No. 1:08-1019
Jimmy L. Nations v. Phillips 66 Co., et al., C.A. No. 1:08-1020
James Nelson v. Phillips 66 Co., et al., C.A. No. 1:08-1021
Isaac Newell v. Phillips 66 Co., et al., C.A. No. 1:08-1022
Cecil Jerry Nickey v. Phillips 66 Co., et al., C.A. No. 1:08-1023
Gary L. Odom v. Phillips 66 Co., et al., C.A. No. 1:08-1024
Randy Byrd v. Phillips 66 Co., et al., C.A. No. 1:08-1025
Dale Butler v. Phillips 66 Co., et al., C.A. No. 1:08-1026
Rex B. Byrd v. Phillips 66 Co., et al., C.A. No. 1:08-1027
James Johnny Bishop v. Phillips 66 Co., et al., C.A. No. 1:08-1028
David Boleware v. Phillips 66 Co., et al., C.A. No. 1:08-1029

**MDL No. 875 Attachment A (Continued)**

<u>Southern District of Mississippi</u> (Continued)

Jimmie L. Bevis v. Phillips 66 Co., et al., C.A. No. 1:08-1030
George Bounds v. Phillips 66 Co., et al., C.A. No. 1:08-1031
Herbert D. Buckley v. Phillips 66 Co., et al., C.A. No. 1:08-1032
Terry Lee Biglan v. Phillips 66 Co., et al., C.A. No. 1:08-1033
John D. Yelverton, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1034
Kenneth Usry v. Phillips 66 Co., et al., C.A. No. 1:08-1035
Joel P. Upton v. Phillips 66 Co., et al., C.A. No. 1:08-1036
Billy Quick v. Phillips 66 Co., et al., C.A. No. 1:08-1037
Tommy J. Knotts, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1038
Joe Keyes v. Phillips 66 Co., et al., C.A. No. 1:08-1039
Lee Owen Bailey, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1040
Harmon J. Bryant v. Phillips 66 Co., et al., C.A. No. 1:08-1041
Johnny Clyde Banks v. Phillips 66 Co., et al., C.A. No. 1:08-1042
Jerry D. Ballard v. Phillips 66 Co., et al., C.A. No. 1:08-1043
Kenneth M. Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1044
William M. Beard v. Phillips 66 Co., et al., C.A. No. 1:08-1045
James Boyte v. Phillips 66 Co., et al., C.A. No. 1:08-1046
Hiram Jesse Breland v. Phillips 66 Co., et al., C.A. No. 1:08-1047
James Lavern Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1048
Julius R. Beard v. Phillips 66 Co., et al., C.A. No. 1:08-1050
Cleveland D. Boler, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1051
Robert E. Aaron v. Phillips 66 Co., et al., C.A. No. 1:08-1052
David Adcock v. Phillips 66 Co., et al., C.A. No. 1:08-1053
Donald Allen, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1054
Wayne H. Allred v. Phillips 66 Co., et al., C.A. No. 1:08-1055
Robert E. Ard v. Phillips 66 Co., et al., C.A. No. 1:08-1056
Willie Glean Ard v. Phillips 66 Co., et al., C.A. No. 1:08-1057
Gene B. Atwood v. Phillips 66 Co., et al., C.A. No. 1:08-1058
Mozell Aultman, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1059
Edward Bacon v. Phillips 66 Co., et al., C.A. No. 1:08-1060
Larry Edward Jackson v. Phillips 66 Co., et al., C.A. No. 1:08-1061

Scheduled of Matters for Hearing Session, Section B                              p. 8
Fort Myers, Florida

**MDL No. 875 Attachment A (Continued)**

<u>Southern District of Mississippi</u> (Continued)

Leroy Jackson v. Phillips 66 Co., et al., C.A. No. 1:08-1062
Jackson P. Jefcoat v. Phillips 66 Co., et al., C.A. No. 1:08-1063
Jimmy D. Jernigan v. Phillips 66 Co., et al., C.A. No. 1:08-1064
Tony Herrington v. Phillips 66 Co., et al., C.A. No. 1:08-1065
James V. Herrington v. Phillips 66 Co., et al., C.A. No. 1:08-1066
Don F. Herrington v. Phillips 66 Co., et al., C.A. No. 1:08-1067
George Henderson v. Phillips 66 Co., et al., C.A. No. 1:08-1068
Cecil C. Heathcock v. Phillips 66 Co., et al., C.A. No. 1:08-1069
Jerry W. Hayles v. Phillips 66 Co., et al., C.A. No. 1:08-1070
James Jordan v. Phillips 66 Co., et al., C.A. No. 1:08-1071
James B. Jones v. Phillips 66 Co., et al., C.A. No. 1:08-1072
Anthony E. Jones v. Phillips 66 Co., et al., C.A. No. 1:08-1073
Roland Johnson, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1074
Dan Wilson Johnson v. Phillips 66 Co., et al., C.A. No. 1:08-1075
Willie James Harris v. Phillips 66 Co., et al., C.A. No. 1:08-1076
Curtis Harris v. Phillips 66 Co., et al., C.A. No. 1:08-1077
James Hargon v. Phillips 66 Co., et al., C.A. No. 1:08-1078
Quincy Lamar Hall v. Phillips 66 Co., et al., C.A. No. 1:08-1079
Paul Gregory v. Phillips 66 Co., et al., C.A. No. 1:08-1080
Stephen C. Greene v. Phillips 66 Co., et al., C.A. No. 1:08-1081
Robert Edward Green v. Phillips 66 Co., et al., C.A. No. 1:08-1082
Gregory Green v. Phillips 66 Co., et al., C.A. No. 1:08-1083
Billy R. Green v. Phillips 66 Co., et al., C.A. No. 1:08-1084
Stanley L. Goode v. Phillips 66 Co., et al., C.A. No. 1:08-1085
Richard G. Gatlin v. Phillips 66 Co., et al., C.A. No. 1:08-1086
Robert Wayne Gardner v. Phillips 66 Co., et al., C.A. No. 1:08-1087
Larry M. Freeman v. Phillips 66 Co., et al., C.A. No. 1:08-1088
Sidney R. Foxworth v. Phillips 66 Co., et al., C.A. No. 1:08-1089
Ernest R. Ford v. Phillips 66 Co., et al., C.A. No. 1:08-1090
Thomas L. Hutto v. Phillips 66 Co., et al., C.A. No. 1:08-1091
Thomas E. Hutto v. Phillips 66 Co., et al., C.A. No. 1:08-1092
Douglas L. Huff v. Phillips 66 Co., et al., C.A. No. 1:08-1093

Scheduled of Matters for Hearing Session, Section B                                    p. 9
Fort Myers, Florida


**MDL No. 875 Attachment A (Continued)**


<u>Southern District of Mississippi</u> (Continued)

Charles R. Hoover v. Phillips 66 Co., et al., C.A. No. 1:08-1094
George H. Hollomon v. Phillips 66 Co., et al., C.A. No. 1:08-1095
Melvin Hollingsworth v. Phillips 66 Co., et al., C.A. No. 1:08-1096
Billy R. Hollingsworth v. Phillips 66 Co., et al., C.A. No. 1:08-1097
James E. Hollingshead v. Phillips 66 Co., et al., C.A. No. 1:08-1098
W. C. Hodge v. Phillips 66 Co., et al., C.A. No. 1:08-1099
Thurman R. Hitson, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1100
Donald Newt v. Phillips 66 Co., et al., C.A. No. 1:08-1101
Willard Donald v. Phillips 66 Co., et al., C.A. No. 1:08-1102
Kenneth A. Dubose v. Phillips 66 Co., et al., C.A. No. 1:08-1103
Darrus P. Dunigan v. Phillips 66 Co., et al., C.A. No. 1:08-1104
James Lowrey Dunn v. Phillips 66 Co., et al., C.A. No. 1:08-1105
Ernie Lee Easterling v. Phillips 66 Co., et al., C.A. No. 1:08-1106
Rickey W. Ellzey v. Phillips 66 Co., et al., C.A. No. 1:08-1107
Robert W. Emler v. Phillips 66 Co., et al., C.A. No. 1:08-1108
John Eubanks v. Phillips 66 Co., et al., C.A. No. 1:08-1109
Joseph C. Evans, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1110
Lee Farmer v. Phillips 66 Co., et al., C.A. No. 1:08-1111
Charles Fedrick, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1112
Joe D. Feduccia v. Phillips 66 Co., et al., C.A. No. 1:08-1113
Kendall Floyd v. Phillips 66 Co., et al., C.A. No. 1:08-1114
George B. Collins v. Phillips 66 Co., et al., C.A. No. 1:08-1115
Roderick Wayne Collins v. Phillips 66 Co., et al., C.A. No. 1:08-1116
Thomas Cooley v. Phillips 66 Co., et al., C.A. No. 1:08-1117
Abby Cothern, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1118
Larry Crager v. Phillips 66 Co., et al., C.A. No. 1:08-1119
Henrietta Cummings, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1120
Wilmer E. Curtis v. Phillips 66 Co., et al., C.A. No. 1:08-1121
Terry W. Davis v. Phillips 66 Co., et al., C.A. No. 1:08-1122
James Dearman v. Phillips 66 Co., et al., C.A. No. 1:08-1123
Kenneth L. Dearman v. Phillips 66 Co., et al., C.A. No. 1:08-1124
Garner L. Delk v. Phillips 66 Co., et al., C.A. No. 1:08-1125

Scheduled of Matters for Hearing Session, Section B                    p. 10
Fort Myers, Florida

**MDL No. 875 Attachment A (Continued)**

Southern District of Mississippi (Continued)

Willie E. Doggett v. Phillips 66 Co., et al., C.A. No. 1:08-1126
James H. Donald v. Phillips 66 Co., et al., C.A. No. 1:08-1127
Issac Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1128
Randy K. Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1129
Thomas Brown , Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1130
James Donald Burkhalter v. Phillips 66 Co., et al., C.A. No. 1:08-1131
Vernon Burrell v. Phillips 66 Co., et al., C.A. No. 1:08-1132
Daniel G. Burrow v. Phillips 66 Co., et al., C.A. No. 1:08-1133
Michael Bustin v. Phillips 66 Co., et al., C.A. No. 1:08-1134
Gary R. Byrd v. Phillips 66 Co., et al., C.A. No. 1:08-1135
Charles R. Campbell v. Phillips 66 Co., et al., C.A. No. 1:08-1136
Douglas Elwood Campbell v. Phillips 66 Co., et al., C.A. No. 1:08-1137
John Howard Carruth v. Phillips 66 Co., et al., C.A. No. 1:08-1138
Audley Carter v. Phillips 66 Co., et al., C.A. No. 1:08-1139
Braxton Clark v. Phillips 66 Co., et al., C.A. No. 1:08-1140
Colin R. Clark v. Phillips 66 Co., et al., C.A. No. 1:08-1141
Robert W. Clark v. Phillips 66 Co., et al., C.A. No. 1:08-1142
Thomas A. Clark v. Phillips 66 Co., et al., C.A. No. 1:08-1143
Winford L. Adcock v. Phillips 66 Co., et al., C.A. No. 1:08-1144
Lloyd G. Alexander v. Phillips 66 Co., et al., C.A. No. 1:08-1145
Melvin Anderson v. Phillips 66 Co., et al., C.A. No. 1:08-1146
Maxie Ray Anding v. Phillips 66 Co., et al., C.A. No. 1:08-1147
J. C. Arrington v. Phillips 66 Co., et al., C.A. No. 1:08-1148
Milton L. Arrington v. Phillips 66 Co., et al., C.A. No. 1:08-1149
Carlton Aultman v. Phillips 66 Co., et al., C.A. No. 1:08-1150
David Wayne Baggett v. Phillips 66 Co., et al., C.A. No. 1:08-1151
Daniel M. Banks v. Phillips 66 Co., et al., C.A. No. 1:08-1152
Tommy E. Barnes, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1153
Earnest Beasley v. Phillips 66 Co., et al., C.A. No. 1:08-1154
Louis L. Bond v. Phillips 66 Co., et al., C.A. No. 1:08-1155
Bobby G. Boykin v. Phillips 66 Co., et al., C.A. No. 1:08-1156
C.N. Boykin v. Phillips 66 Co., et al., C.A. No. 1:08-1157

Scheduled of Matters for Hearing Session, Section B                    p. 11
Fort Myers, Florida


**MDL No. 875 Attachment A (Continued)**


<u>Southern District of Mississippi</u> (Continued)

Buren Dale Boyles v. Phillips 66 Co., et al., C.A. No. 1:08-1158
George W. Boyte v. Phillips 66 Co., et al., C.A. No. 1:08-1159
Fred Brent v. Phillips 66 Co., et al., C.A. No. 1:08-1160
Donnie Calvin Brewer v. Phillips 66 Co., et al., C.A. No. 1:08-1161
David Brister v. Phillips 66 Co., et al., C.A. No. 1:08-1162
Thomas L. Broadhead v. Phillips 66 Co., et al., C.A. No. 1:08-1163
Estelle Ruth Brown, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1164
Michael Harold Jordan v. Phillips 66 Co., et al., C.A. No. 1:08-1165
John Edgar Keyes v. Phillips 66 Co., et al., C.A. No. 1:08-1166
Jerry Kirk v. Phillips 66 Co., et al., C.A. No. 1:08-1167
Kenneth Kirkendall, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1168
Dewayne Kirkley v. Phillips 66 Co., et al., C.A. No. 1:08-1169
Billy Ray Knight v. Phillips 66 Co., et al., C.A. No. 1:08-1170
Ralph W. Lambert v. Phillips 66 Co., et al., C.A. No. 1:08-1171
Henry E. Landrum v. Phillips 66 Co., et al., C.A. No. 1:08-1172
Edward J. Leggett v. Phillips 66 Co., et al., C.A. No. 1:08-1173
William Lewis, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1174
Robert Lofton v. Phillips 66 Co., et al., C.A. No. 1:08-1175
Bobby F. Maples v. Phillips 66 Co., et al., C.A. No. 1:08-1176
William W. Mashburn, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1177
Lucious Mccaffrey v. Phillips 66 Co., et al., C.A. No. 1:08-1178
Roger W. McCaffrey v. Phillips 66 Co., et al., C.A. No. 1:08-1179
Daniel McCarty v. Phillips 66 Co., et al., C.A. No. 1:08-1180
Alfred Mcdonald v. Phillips 66 Co., et al., C.A. No. 1:08-1181
Charles Mcgee v. Phillips 66 Co., et al., C.A. No. 1:08-1182
William R. Mcgraw v. Phillips 66 Co., et al., C.A. No. 1:08-1183
Delton Alford McKinney v. Phillips 66 Co., et al., C.A. No. 1:08-1184
Charles Irvin McLain v. Phillips 66 Co., et al., C.A. No. 1:08-1185
James Ray McManus v. Phillips 66 Co., et al., C.A. No. 1:08-1186
Owen L. Mills v. Phillips 66 Co., et al., C.A. No. 1:08-1187
Glen Earl Moak v. Phillips 66 Co., et al., C.A. No. 1:08-1188
William Leon Moore v. Phillips 66 Co., et al., C.A. No. 1:08-1189

Scheduled of Matters for Hearing Session, Section B                          p. 12
Fort Myers, Florida

**MDL No. 875 Attachment A (Continued)**

Southern District of Mississippi (Continued)

Otis L. Morgan v. Phillips 66 Co., et al., C.A. No. 1:08-1190
Bobby Murray, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1191
Michael K. Neely, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1192
Billy Dale Nichols v. Phillips 66 Co., et al., C.A. No. 1:08-1193
Shelby Nugent v. Phillips 66 Co., et al., C.A. No. 1:08-1194
Rickey L. Oliver v. Phillips 66 Co., et al., C.A. No. 1:08-1195
Gene William Pacey v. Phillips 66 Co., et al., C.A. No. 1:08-1196
Jeffrey B. Parker v. Phillips 66 Co., et al., C.A. No. 1:08-1197
Phillip L. Parnell v. Phillips 66 Co., et al., C.A. No. 1:08-1198
Clifton A. Perkins v. Phillips 66 Co., et al., C.A. No. 1:08-1199
Alfred J. Pittman v. Phillips 66 Co., et al., C.A. No. 1:08-1200
Michael C. Pitts v. Phillips 66 Co., et al., C.A. No. 1:08-1201
Sam Pitts v. Phillips 66 Co., et al., C.A. No. 1:08-1202
V.W. Pitts v. Phillips 66 Co., et al., C.A. No. 1:08-1203
Carl O. Porter v. Phillips 66 Co., et al., C.A. No. 1:08-1204
Gary L. Price v. Phillips 66 Co., et al., C.A. No. 1:08-1205
William Steve Reed v. Phillips 66 Co., et al., C.A. No. 1:08-1206
Harvey Richard Revette, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1207
Charles L. Rigney, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1208
Donald Robbins v. Phillips 66 Co., et al., C.A. No. 1:08-1209
Jimmy Roberts v. Phillips 66 Co., et al., C.A. No. 1:08-1210
Johnny William Roberts v. Phillips 66 Co., et al., C.A. No. 1:08-1211
Julius E. Rodgers v. Phillips 66 Co., et al., C.A. No. 1:08-1212
David Clinton Rollins v. Phillips 66 Co., et al., C.A. No. 1:08-1213
William H. Russell v. Phillips 66 Co., et al., C.A. No. 1:08-1214
Billy Joe Rutland v. Phillips 66 Co., et al., C.A. No. 1:08-1215
Arthur L. Scarbrough v. Phillips 66 Co., et al., C.A. No. 1:08-1216
Gary B. Sims v. Phillips 66 Co., et al., C.A. No. 1:08-1217
John W. Sims, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1218
Ervin Smith v. Phillips 66 Co., et al., C.A. No. 1:08-1219
Mark Smith v. Phillips 66 Co., et al., C.A. No. 1:08-1220
Vince Edward Smith v. Phillips 66 Co., et al., C.A. No. 1:08-1221

Scheduled of Matters for Hearing Session, Section B                     p. 13
Fort Myers, Florida


**MDL No. 875 Attachment A (Continued)**


Southern District of Mississippi (Continued)

Willis T. Smith v. Phillips 66 Co., et al., C.A. No. 1:08-1222
James C. Speights v. Phillips 66 Co., et al., C.A. No. 1:08-1223
Bobby Spiars v. Phillips 66 Co., et al., C.A. No. 1:08-1224
Stephen V. Spradley v. Phillips 66 Co., et al., C.A. No. 1:08-1225
Charlie Alford Stampley v. Phillips 66 Co., et al., C.A. No. 1:08-1226
David Foster Stanley v. Phillips 66 Co., et al., C.A. No. 1:08-1227
William J. Street v. Phillips 66 Co., et al., C.A. No. 1:08-1228
Melton L. Strickland v. Phillips 66 Co., et al., C.A. No. 1:08-1229
Louis Tageant v. Phillips 66 Co., et al., C.A. No. 1:08-1230
Edward Tanner, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1231
Harold D. Thornton v. Phillips 66 Co., et al., C.A. No. 1:08-1232
Larry W. Townsend v. Phillips 66 Co., et al., C.A. No. 1:08-1233
William C. Tucker v. Phillips 66 Co., et al., C.A. No. 1:08-1234
Dewey Upshaw v. Phillips 66 Co., et al., C.A. No. 1:08-1235
Jerry Upshaw v. Phillips 66 Co., et al., C.A. No. 1:08-1236
Robert Earl Wade v. Phillips 66 Co., et al., C.A. No. 1:08-1237
Billy J. Wagley v. Phillips 66 Co., et al., C.A. No. 1:08-1238
Johnny R. Weeks v. Phillips 66 Co., et al., C.A. No. 1:08-1239
Freddie Weir v. Phillips 66 Co., et al., C.A. No. 1:08-1240
Bobby G. Wells, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1241
Charlie West v. Phillips 66 Co., et al., C.A. No. 1:08-1242
Dalton L. West v. Phillips 66 Co., et al., C.A. No. 1:08-1243
Thomas E. West v. Phillips 66 Co., et al., C.A. No. 1:08-1244
Earl Dean Westerfield v. Phillips 66 Co., et al., C.A. No. 1:08-1245
Larry J. White v. Phillips 66 Co., et al., C.A. No. 1:08-1246
James E. White, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1247
Reba N. Wilkinson v. Phillips 66 Co., et al., C.A. No. 1:08-1248
Versie L. Durr, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1249
Patricia Goldman, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1250
Wilma Heathcock, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1251
Billie Lambert, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1252
Teresa Darty v. Phillips 66 Co., et al., C.A. No. 1:08-1253

Scheduled of Matters for Hearing Session, Section B                               p. 14
Fort Myers, Florida

**MDL No. 875 Attachment A (Continued)**

<u>Southern District of Mississippi</u> (Continued)

Vanessa Lindsey, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1254
Neena Mosley v. Phillips 66 Co., et al., C.A. No. 1:08-1255
Billy G. Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1256
Ollie Mae Carter, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1257
Audrey Nell Ingle v. Phillips 66 Co., et al., C.A. No. 1:08-1258
Audie Mae Prine, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1259
Lyndall Smith, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1260
Peter Wise v. Phillips 66 Co., et al., C.A. No. 1:08-1261

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel.  Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See generally</u> <u>In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

     (a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

     (b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

     (c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

          (i)    the dispositive issue(s) have been authoritatively decided; or
          (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

     (d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

     (e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

     (f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

     (g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

     (h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

     (i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.