UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 22, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| Allen Christiansen, et al. v. CBS Corp., et al.,<br>C.D. California, C.A. No. 2:08-3133 | ) )  | MDL No. 875 |

### ORDER VACATING TRANSFER ORDER

On October 10, 2008, the Panel filed an order transferring this action (*Christiansen*) to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings before the Honorable Eduardo C. Robreno. The Panel has now been advised that *Christiansen* was dismissed with prejudice in the Central District Court of California by the Honorable Manuel L. Real, in an order filed on October 1, 2008.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket is VACATED insofar as it relates to this action.

PANEL ON MULTIDISTRICT LITIGATION

Robert L. Miller, Jr.
Acting Chairman

| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |