# MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

------------------------------------------------------------X

IN RE:

MICHAEL CURRY v. AMERICAN
STANDARD, INC., ET AL (Civil Action pending
in the United States District Court for the Southern
District of New York, Case No. 08-cv-10228

------------------------------------------------------------X

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 14 2008

FILED
CLERK'S OFFICE

MDL No. 875

NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER
ORDER (CTO-318)

PLEASE TAKE NOTICE that, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff hereby opposes the Conditional Transfer Order (CTO-318) issued with respect to the above-captioned case.

Dated: January 13, 2009

Respectfully Submitted,

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block
Robert I. Komitor
Sharon J. Zinns
800 Third Ave, 13th Floor
New York, New York 10022
(212) 605-6200

*Attorneys for Plaintiffs*

PLEADING NO. 5714



**OFFICIAL FILE COPY**

{00139054.DOC}

**IMAGED** JAN 1 4 2009

## CERTIFICATE OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 14 2008

FILED
CLERK'S OFFICE

STATE OF NEW YORK )

)

COUNTY OF NEW YORK )

AMANDA BEDFORD, being duly sworn deposes and states that she is an employee of Levy Phillips & Konigsberg, L.L.P., the attorneys for the plaintiffs herein, that she is over 18 years of age and is not a party to the within action, and that on the 13th day of January, 2009, she caused a copy of the NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-318), to be sent via regular mail to all counsel of record indicated on the attached service list by depositing a true copy of the same securely enclosed in a post-paid envelope in the Post Office regularly maintained by the United States Government in said County of New York directed to said attorneys.

AMANDA BEDFORD

Sworn to before me this
13th day of January, 2009

NOTARY PUBLIC

DOREEN M. COLE
Notary Public, State of New York
No. 01CO5041041
Qualified in Queens County
Commission Expires 5/1/10

{00139961.DOC}

Michael A. Tanenbaum, Esq.
Diane Pompei, Esq.
SEDGWICK, DETERT
MORAN & ARNOLD, LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorney for Foster Wheeler & Foster Wheeler Energy Group*

Genevieve MacSteel, Esq.
MCGUIREWOODS
1345 Avenue of the Americas, 7thFloor
New York, NY 10105
*Attorney for American Standard, Inc.*

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017
*Attorney for A. W. Chesterton Co., Inc. and Carrier Corporation a/k/a Bryant Manufacturing Corporation*

Edward J. Wilbraham, Esq.
John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
*Attorney for Buffalo Pumps, Inc.*

Timothy M. McCann, Esq.
Andrew Czerepak, Esq.
CONSOLIDATED EDISON COMPANY
4 Irving Place
New York, NY 10003
*Attorney for Consolidated Edison Co. of NY*

William Mueller, Esq.
CLEMENTE MUELLER,P.A.
P.O. Box 1296
Morristown, NJ 07962
*Attorney for Durabla Manufacturing Company*

Michael Waller, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
*Attorney for Crane Co. and Crane Pumps & Systems, Inc.*

John A. Turlik, Esq.
Dave Weinberg, Esq.
SEGAL McCAMBRIDGE
SINGER&MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, NY 10022
*Attorney for Garlock Sealing Tech., LLC, Fairbanks Morse Pump Corp. Fairbanks Morse Engine and The Anchor Packing Company*

Scott R. Emery, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40th Street
New York, NY 10018
*Attorney for Georgia Pacific*

Diane Pompei, Esq.
SEDGWICK, DETERT
MORAN & ARNOLD, LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorney for General Electric Company*

00139960.WPD

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, NY 10017
*Attorney for IMO Industries, Inc. and
Warren Pumps, Inc.*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, LLC
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
*Attorney for Ingersoll-Rand Company*

Michelle D. Grady, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10024
*Attorney for Leslie Controls, Inc.*

Linda Yassky; Esq.
SONNENSCHEIN NATH
& ROSENTHAL LLP
1221 Avenue of the Americas, 23rd Floor
New York, NY 10020
*Attorney for Rapid-American Corporation*

Robert C. Malaby, Esq.
MALABY& BRADLEY, LLC
150 Broadway, Suite 600
New York, NY 10038
*Attorney for Viacom, Inc.*

00139960.WPD