**MDL  875**

**LEVY, PHILLIPS & KONIGSBERG, LLP**
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N. Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 21 2009

FILED
CLERK'S OFFICE

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

January 16, 2009

> Request of pltf. in Curry, NYS 1:08-10228, for
> Extension of Time to file Motion and Brief —
> **GRANTED IN PART TO AND INCLUDING
> 13 FEB 2009.**
>
> (jnl - 21 Jan 09)

*PLEADING NO. 5715*

**_VIA FACSIMILE_**
Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
FAX: (202) 502-2888

Re:     **_Curry v. American Standard, Inc., et al_**
United States District Court for the Southern District of New York
Case No. 08-cv-10228
CTO-318/MDL No.: 875

Dear Mr. Luthi:

We represent the Plaintiff in the above-captioned case and write to request an extension of time for the filing of our Motion to Vacate the Conditional Transfer Order and brief in support thereof. These papers are presently due on January 29, 2009.  We request that this deadline be extended until February 27, 2009 in light of the fact that Plaintiff's motion to remand this case to state court is pending before Judge George B. Daniels in the District Court. Assuming the motion to remand is granted, any issue as to whether this case should be transferred will be rendered moot.

This case was removed by Defendant Foster Wheeler Energy Corporation on November 6, 2008. Plaintiff filed a Motion to Remand on December 19, 2008. Plaintiff's Motion to Remand is fully briefed and scheduled for oral argument before Judge Daniels on January 29, 2009. This Panel issued a Conditional Transfer Order (CTO-318) on January 9, 2009. Plaintiff filed his Notice of Opposition to CTO-318 on January 13, 2009.  Plaintiff's motion and brief to vacate the CTO is currently due on January 29, 2009.

**OFFICIAL FILE COPY**   IMAGED JAN 2 2 2009

Luthi, Jeffrey
January 16, 2009
Page 2 of 2

Plaintiff requests an extension until February 27, 2009, as this will afford Judge Daniels a reasonable amount of time (4 weeks) to hear oral argument and rule on Plaintiff's motion to remand.

If Judge Daniels grants Plaintiff's motion to remand to state court, then there will be no need to engage in motion practice before MDL-875. Because any motion practice with the MDL court will be rendered moot by an order remanding this case to state court, the extension requested by Plaintiff would serve the interests of judicial economy and preserve the resources of the parties.

Thank you for your consideration of this matter.

Sincerely,

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
        Sharon J. Zinns

cc:    Panel Service List
        All Counsel of Record in the Curry case
        By U.S. Mail (See Attached Service Lists)

RECEIVED CLERK'S OFFICE
2009 JAN 21 A 8:0
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-318)

Michael Curry v. American Standard, Inc., et al., S.D.New York, C.A. No. 1:08-10228

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael A. Tanenbaum
SEDGWICK DETERT
MORAN & ARNOLD LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Michael P. Thornton
THORNTON & NAUMES
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon J. Zinns
LEVY PHILLIPS
& KONIGSBERG LLP
800 Third Ave
13th Floor
New York, NY 10022

# Michael Curry v. American Standard, Inc., et al.

Service List
Updated: January 16, 2009

Genevieve MacSteel, Esq.
MCGUIREWOODS
1345 Avenue of the Americas, 7thFloor
New York, NY 10105
T: (212) 548-2100
F: (212) 548-2150
gmacsteel@mcguirewoods.com
*Attorney for American Standard, Inc.*

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017
T: (212) 490-3000
F: (212) 490-3038
julie.evans@wilsonelser.com
*Attorney for A. W. Chesterton Co., Inc. and
Carrier Corporation, a/k/a Bryant
Manufacturing Corporation*

Edward J. Wilbraham, Esq.
John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
T: (215) 564-4141
F: (215) 564-4385
ewilbraham@wlbdeflaw.com
jhowarth@wlbdeflaw.com
*Attorney for Buffalo Pumps, Inc.*

William Mueller, Esq.
CLEMENTE MUELLER,P.A.
P.O. Box 1296
Morristown, NJ 07962
T: (973) 455-8008
F: (973) 455-8118
wmueller@cm-legal.com
*Attorney for Durabla Manufacturing
Company*

Michael Waller, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
T: (973) 848-4000
F: (973) 848-4001
mwaller@klgates.com
*Attorney for Crane Co. and Crane Pumps
& Systems, Inc.*

John A. Turlik, Esq.
Dave Weinberg, Esq.
SEGAL McCAMBRIDGE
SINGER&MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, NY 10022
T: (212) 651-7500
F: (212) 651-7499
jturlik@smsn.com
dweinberg@smsn.com
*Attorney for Garlock Sealing Tech., LLC;
Fairbanks Morse Pump Corp.; Fairbanks
Morse Engine and The Anchor Packing
Company*

Diane Pompei, Esq.
Michael A. Tanenbaum, Esq.
SEDGWICK, DETERT MORAN &
ARNOLD, LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
T: (973) 242-0002
F: (973) 242-8099
diane.pompei@sdma.com
michael.tanenbaum@sdma.com
*Attorney for Foster Wheeler; Foster
Wheeler Energy Group and General
Electric Company*

00132276.WPD

Scott R. Emery, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40th Street
New York, NY 10018
T: (212) 302-2400
F: (212) 302-2210
emery@lawlynch.com
***Attorney for Georgia Pacific***

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, NY 10017
T: (212) 486-2400
F: (212) 486-3099
jcolao@leaderberkon.com
***Attorney for IMO Industries, Inc. and
Warren Pumps, Inc.***

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN &
PASCARELLA, LLC
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
T: (732) 528-8888
F: (732) 528-4445
lp@pehli.com
***Attorney for Ingersoll-Rand Company***

Michelle D. Grady, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10024
T: (212) 509-3456
F: (212) 509-4420
***Attorney for Leslie Controls, Inc.***

Linda Yassky, Esq.
SONNENSCHEIN NATH
& ROSENTHAL LLP
1221 Avenue of the Americas, 23rd Floor
New York, NY 10020
T: (212) 398-5297
F: (212) 768-6800
lyassky@sonnenschein.com
***Attorney for Rapid-American Corporation***

Robert C. Malaby, Esq.
MALABY & BRADLEY, LLC
150 Broadway, Suite 600
New York, NY 10038
T: (212) 791-0285
F: (212) 791-0286
rcmalaby@mblaw.net
***Attorney for Viacom, Inc***

00132276.WPD