JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JAN 22 2009

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : x | FILED   NOV 1 3 2008 |
| This Document Relates to: | : | CIVIL ACTION NO. MDL 875 |
| United States District Court Eastern District of Louisiana | : : : | ED-PA No. 2:07 CV 74046 |
| CARDARO, No. 05 CV 2684 | : : | |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | : : : : : x | |

PLEADING NO. 5716

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's request for a suggestion of Remand to the United States District Court for the Eastern District of Louisiana, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for the determination of certain issues and for trial as the parties have been unable to resolve these matters despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

OFFICIAL FILE COPY

IMAGED JAN 2 2 2009

MDL- 875 - CRO
RECOMMENDED ACTION

/ACTION
Approved/Date: RN 13/11/08

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Eastern District of Louisiana for resolution of all outstanding motions and such further action as deemed appropriate.

BY THE COURT:

Date: 11/11/08

_____
Eduardo C. Robreno      J.

RECEIVED CLERK'S OFFICE 2008 NOV 20 A 9:03 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION