

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 22 2009

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  :
LITIGATION (NO. VI)                 :
                                    :
                                    :        FILED    SEP 1 6 2008
_____x

This Document Relates to:           :        CIVIL ACTION NO. MDL 875

United States District Court        :
Northern District of Ohio           :
                                    :
Charles Zienkowski, dec., No. 1:04-CV-20005  :
                                    :
[In the event the above-listed case is a multiple  :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre-     :
sentative, and any spousal or dependent actions.]: :
_____x

2008 SEP 23 P 2: 45
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

PLEADING NO. 5718

SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's request for a suggestion of Remand to the United States District Court for the Northern District of Ohio, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for the determination of certain issues as the parties have been unable to resolve these matters despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

OFFICIAL FILE COPY 875

RECOMMENDED ACTION

IMAGED JAN 2 2 2009

CRO-1 action
Approved/Date: RN 11/7/08

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Ohio for resolution of all outstanding motions and such further action as deemed appropriate.

BY THE COURT:

Date: 9/16/2008

James T. Giles                    J.