**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liabiity Litigation (No. VI)

*Vivian L. Dunn v. B & P Process Equipment & Systems LLC, et al.*, D. Oregon, Civil No.: 3:08-CV-469-ST

## NOTICE OF OPPOSITION TO CTO-318

PLEADING NO. 5720

I represent Defendants Beazer East, Inc.; Honeywell International, Inc.; Koppers, Inc.; and Vertellus Specialties, Inc. in the above captioned action, which is included on the conditional transfer order (CTO-318). Defendants Beazer East, Inc.; Honeywell International, Inc.; Koppers, Inc.; and Vertellus Specialties, Inc. submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

Richard J. Whittemore
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
E-mail: richard.whittemore@bullivant.com

Counsel for Defendants Beazer East, Inc.; Honeywell International, Inc.; Koppers, Inc.; and Vertellus Specialties, Inc.

**OFFICIAL FILE COPY**

IMAGED JAN 2 6 2009

## CERTIFICATE OF SERVICE

I hereby certify on January 23, 2009, that I served the foregoing **NOTICE OF OPPOSITION TO CTO-318** on the following named attorney(s) of record on the date indicated below by:

- ☒ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☐ e-mail
- ☐ notice of electronic filing using the CM/ECF system

to said attorney(s), contained in a sealed envelop to said attorney(s) at his or her last know address(es) indicated below.

| | |
|---|---|
| Patrick D. Angel<br>Brayton Purcell, LLP<br>Columbia Square Building<br>111 SW Columbia, Suite 250<br>Portland, OR 97201-5864<br>pangel@braytonlaw.com | George S. Pitcher<br>Williams, Kastner & Gibbs<br>Pioneer Office Tower<br>888 SW 5th Avenue, Suite 600<br>Portland, OR 97204-2025<br>gpitcher@williamskaster.com |
| *Attorneys for Plaintiff Vivian Dunn as Personal Representative of the Estate of James L. Dunn* | *Attorneys for Defendant Viacom, Inc.* |

Phillip M. Bender
Kirkpatrick Lockhart Preston Gates
 & Ellis
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
phil.bender@klgates.com

*Attorneys for Defendant Calgon Carbon Corporation*

Jason H. Daywitt
Claude F. Bosworth
Rizzo Mattingly Bosworth PC
411 SW 2nd Avenue, Suite 200
Portland, OR 97204
jdaywitt@rizzopc.com
cbosworth@rizzopc.com

*Attorneys for Defendants Riley Power, Inc. and B & P Process & Equipment Systems*

By_____

**Richard J. Whittemore, OSB #824512**
**Dayna J. Christian, OSB #973360**

Attorneys for Defendants Beazer East; Koppers, Inc.; Vertellus Specialties, Inc., and Honeywell International, Inc.

11018152