MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) | MDL DOCKET NO. 875 (J.P.M.L.) |
| THIS DOCUMENT RELATES TO: | |
| ANGIE SMIDDY, as daughter, next Friend, and representative of the Estate of BOBBIE JEAN ELEDGE CRAWFORD, Decedent, | FOR THE EASTERN DISTRICT OF TENNESSEE |
| Plaintiff, | CASE NO. 3:08-cv-368 |
| vs. | |
| ALCOA, INC., | |
| Defendant. | |

PLEADING NO. 5721

### NOTICE OF OPPOSITION TO CTO-318

Plaintiff Angie Smiddy, through counsel, respectfully submits this notice in opposition to the conditional transfer order (CTO-318) filed January 9, 2009. Plaintiff understands that a motion and brief to vacate shall be filed within 15 days from the date of this notice.

OFFICIAL FILE COPY

IMAGED JAN 2 6 2009

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 JAN 23 A 11:3

Respectfully submitted this 23rd day of January, 2009.

                              **ANGIE SMIDDY**, as daughter, next friend
and representative of the Estate of Bobbie
Jean Eledge Crawford, Decedent, Plaintiff,

                              WAYNE A. RITCHIE II, BPR # 013936
**RITCHIE, DILLARD & DAVIES, P.C.**
606 W. Main Street, Suite 300
Post Office Box 1126
Knoxville, TN 37901-1126
Phone: (865) 637-0661
Fax: (865) 524-4623
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Opposition to CTO-318 and this Certificate of Service was served by electronic filing with the Clerk of the Court, U.S. District Court for the Eastern District of Tennessee at Knoxville using the CM/EFC filing system, which will electronically serve same on all counsel of record this date and hereby further certify that a true and exact copy of the foregoing has been served upon counsel for Defendant by first-class mail this 23rd day of January, 2009, as follows:

        John A. Lucas
        John T. Winemiller
        MERCHANT & GOULD, P.C.
        110 McGhee Tyson Blvd., Suite 203
        Knoxville, TN 37701-4105
        **Counsel for Defendant Alcoa, Inc.**

                                WAYNE A. RITCHIE II