MDL 875

LAW OFFICES

# COHEN, PLACITELLA & ROTH
A PENNSYLVANIA PROFESSIONAL CORPORATION

127 MAPLE AVENUE
RED BANK, NEW JERSEY 07701

(732) 747-9003
FAX (732) 747-9004

PHILADELPHIA, PA
HARRISBURG, PA
BALA CYNWYD, PA
NEW BRUNSWICK, NJ
HOBOKEN, NJ
WASHINGTON, DC

CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5722

January 23, 2009

**Via Facsimile & Regular Mail**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL No. 875 – IN RE: Asbestos Products Liability Litigation
(No. VI)

Dear Mr. Lüthi:

Pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, Plaintiff, Francine Peluso, herewith files with the Clerk of the Panel her Notice of Opposition to the Conditional Transfer Order (CTO-318) involving the above-captioned matter. The New Jersey District Court civil action subject to Conditional Transfer Order 295 is captioned <u>Francine Peluso v. Asbestos Corp. Ltd., et al.</u>, 2:08-cv-5112-PGS-ES.

Sincerely,

William L. Kuzmin

WLK/rsk
Cc: Christopher Keale, Esq.

OFFICIAL FILE COPY
IMAGED JAN 2 6 2009
RECEIVED CLERK'S OFFICE 2009 JAN 23 A 9:45 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION