# MDL 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2009

FILED
CLERK'S OFFICE

### MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| JOHN LUSK and HELEN LUSK, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 08-7548 R |
| | ) |
| v. | ) in the United States District Court |
| | ) for the Central District of California |
| A.B. BOYD CO., et al., | ) |
| | ) |
| Defendants. | ) |

PLEADING NO. 5723

## NOTICE OF OPPOSITION TO CTO-318

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiffs in the above-captioned case, by and through their counsel of record, Paul & Hanley LLP, submit this Notice of Opposition to the Conditional Transfer Order CTO-318, issued by this Panel on January 9, 2009, which includes the above-captioned action. Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d)—i.e., within 15 days of the date of this Notice.

Dated: January 23, 2009

_____
Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
drosenthal@paulandhanley.com
Attorneys for Plaintiffs

**OFFICIAL FILE COPY**

IMAGED JAN 2 6 2009

## CERTIFICATE OF SERVICE

I, Anne Scott, hereby certify that I served a true and correct copy of Plaintiffs' Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record in this case (see attached service list) via first class mail, postage prepaid, on this 23rd day of January, 2009.

*[signature]*
Anne Scott

Lusk, John H.  14153
LASC Case Number BC398818
Jan 22 09                    Page 1 of 3

# Service List

**A. B. BOYD COMPANY, INC.**
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Phone:          (415) 981-6630
FAX             (415) 982-1634

**A.O. SMITH CORPORATION**
BENNETT, SAMUELSEN, REYNOLDS & ALLARD
1301 Marina Village Parkway, Suite 300
Alameda, CA 94501-1084
Phone:          (510) 444-7688
FAX             (510) 444-5849

**A.W. CHESTERTON COMPANY**
COOLEY, MANION, JONES, HAKE & KUROWSKI, LLP
201 Spear Street, Suite 1800
San Francisco, CA 94105
Phone:          (415) 512-4381
FAX             (415) 512-6791

**ALFA LAVAL**
PRINDLE, DECKER & AMARO (Long Beach)
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
Phone:          (562) 436-3946
FAX             (562) 495-0564

**ALLIED PACKING & SUPPLY, INC.**
HERR & ZAPALA, LLP
152 N. 3rd Street, Suite 500
San Jose, CA 95112
Phone:          (408) 287-7788
FAX             (408) 927-0408

**ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST**
KNOX RICKSEN
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
Phone:          (510) 285-2500
FAX             (510) 285-2505

**AMCHEM PRODUCTS, INC.**
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP (LA)
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Phone:          (310) 500-3500
FAX             (310) 500-3501

**ASBESTOS CORPORATION, LTD.**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP (LA)
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Phone:          (213) 443-5100
FAX             (213) 443-5101

**AURORA PUMP COMPANY**
SELMAN BREITMAN, LLP (LA)
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Phone:          (310) 445-0800
FAX             (310) 473-2525

**AUTOMATIC TEMPERATURE CONTROL CORP.**
Gerard Hickey, President
86 Finnell Drive, Suite 1
Weymouth, MA 02188
Phone:
FAX

**BUFFALO PUMPS, INC.**
JACKSON & WALLACE, LLP (San Francisco)
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Phone:          (415) 982-6300
FAX             (415) 982-6700

**BUFFALO PUMPS, INC.**
JACKSON & WALLACE, LLP (Sherman Oaks)
14724 Ventura Blvd., Suite 410
Sherman Oaks, CA 91403
Phone:          (818) 379-4700
FAX             (818) 379-4702

**BW/IP INTERNATIONAL, INC.**
JACKSON & WALLACE, LLP (San Francisco)
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Phone:          (415) 982-6300
FAX             (415) 982-6700

**BW/IP INTERNATIONAL, INC.**
JACKSON & WALLACE, LLP (Sherman Oaks)
14724 Ventura Blvd., Suite 410
Sherman Oaks, CA 91403
Phone:          (818) 379-4700
FAX             (818) 379-4702

**CARRIER CORPORATION**
TUCKER, ELLIS & WEST, LLP (San Francisco)
135 Main Street, Suite 700
San Francisco, CA 94105
Phone:          (415) 617-2400
FAX             (415) 617-2409

**CARRIER CORPORATION**
TUCKER ELLIS & WEST, LLP (Los Angeles)
515 South Flower Street, Forty Second Floor
Los Angeles, CA 90071
Phone:          (213) 430-3400
FAX             (213) 430-3409

**CATERPILLAR INC.**
SEDGWICK, DETERT, MORAN & ARNOLD (SF)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Phone:          (415) 781-7900
FAX             (415) 781-2635

**CEMEX, INC.**
KNOX RICKSEN
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
Phone:          (510) 285-2500
FAX             (510) 285-2505

**CLEAVER-BROOKS, INC.**
SELMAN BREITMAN, LLP (LA)
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Phone:          (310) 445-0800
FAX             (310) 473-2525

**CONTINENTAL MARITIME OF SAN DIEGO, INC.**
HAIGHT, BROWN & BONESTEEL, LLP (Los Angeles)
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Phone:          (310) 215-7100
FAX             (310) 215-7300

**CRANE CO.**
K&L GATES, LLP (LA)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Phone:          (310) 552-5000
FAX             (310) 552-5001

**CROWLEY MARITIME CORPORATION**
EMARD, DANOFF, PORT, TAMULSKI & PAETZOLD, LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Phone:          (415) 227-9455
FAX             (415) 227-4255

**CROWN CORK & SEAL COMPANY, INC.**
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503
Phone:          (213) 891-9100
FAX             (213) 488-1178

**DURABLA MANUFACTURING COMPANY**
LAW OFFICES OF LUCINDA STORM
610 - A Third Street
San Francisco, CA 94107
Phone:          (415) 777-6990
FAX             (415) 777-6992

Lusk, John H. 14153
LASC Case Number BC398818
Jan 22 09          Page 2 of 3

# Service List

**DURABLA MANUFACTURING COMPANY**
BOWMAN AND BROOKE LLP (Gardena)
879 West 190th St., Suite 700
Gardena, CA 90248-4227
Phone:          (310) 768-3068
FAX             (310) 719-1019

**DURAMETALLIC CORPORATION**
JACKSON & WALLACE, LLP (San Francisco)
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Phone:          (415) 982-6300
FAX             (415) 982-6700

**FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST -- VELLUMOID**
c/o Wilmington Trust SP Services, Inc.
1105 N. Market Street, Suite 1300
Wilmington, DE 19801
Phone:
FAX

**FOSTER WHEELER USA CORPORATION**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Phone:          (415) 808-0300
FAX             (415) 808-0333

**FRASER'S BOILER SERVICE, INC.**
POND NORTH (Los Angeles)
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
Phone:          (213) 617-6170
FAX             (213) 623-3594

**GARDNER DENVER, INC.**
POOLE & SHAFFERY, LLP
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Phone:          (213) 439-5390
FAX             (213) 439-0183

**GARLOCK SEALING TECHNOLOGIES, LLC fka GARLOCK, INC.**
GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Phone:          (925) 947-1300
FAX             (925) 947-1594

**GENERAL MOTORS CORPORATION**
YUKEVICH CALFO & CAVANAUGH
601 South Figueroa Street, 38th Floor
Los Angeles, CA 90017
Phone:          (213) 362-7777
FAX             (213) 362-7788

**GOODYEAR CANADA, INC.**
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**GOODYEAR TIRE & RUBBER COMPANY, THE**
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**GOULDS PUMP, INC.**
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**HOPEMAN BROTHERS, INC.**
BASSI, MARTINI, EDLIN & BLUM, LLP
351 California Street, Suite 200
San Francisco, CA 94104
Phone:          (415) 397-9006
FAX             (415) 397-1339

**IMO INDUSTRIES INC.**
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Phone:          (650) 365-7715
FAX             (650) 364-5297

**INGERSOLL-RAND COMPANY**
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**ITT CORPORATION**
PRINDLE, DECKER & AMARO (Long Beach)
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
Phone:          (562) 436-3946
FAX             (562) 495-0564

**JOHN CRANE, INC.**
HASSARD BONNINGTON, LLP (San Francisco)
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
Phone:          (415) 288-9800
FAX             (415) 288-9802

**LESLIE CONTROLS, INC.**
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**LOS ANGELES RUBBER COMPANY**
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza, 1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Phone:          (510) 433-2600
FAX             (510) 433-2699

**M. SLAYEN & ASSOCIATES, INC.**
BECHERER, KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Phone:          (510) 658-3600
FAX             (510) 658-1151

**METALCLAD INSULATION CORPORATION**
McKENNA LONG & ALDRIDGE, LLP (Los Angeles)
444 South Flower St., Suite 800
Los Angeles, CA 90071
Phone:          (213) 243-6259
FAX             (213) 243-6330

**METALLO GASKET COMPANY**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP (LA)
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Phone:          (213) 443-5100
FAX             (213) 443-5101

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Phone:          (415) 808-0300
FAX             (415) 808-0333

**NIBCO, INC.**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Phone:          (415) 808-0300
FAX             (415) 808-0333

**PLANT INSULATION COMPANY**
LEWIS BRISBOIS BISGAARD & SMITH, LLP (LA)
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Phone:          (213) 250-1800
FAX             (213) 580-7942

Lusk, John H.  14153
LASC Case Number BC398818
Jan 22 09                    Page 3 of 3

# Service List

**QUINTEC INDUSTRIES, INC.**
WALSWORTH, FRANKLIN, BEVINS & McCALL (ORANGE)
One City Boulevard West, Fifth Floor
Orange, CA 92868-3604
Phone:       (714) 634-2522
FAX          (714) 634-0686

**RAPID-AMERICAN CORPORATION**
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Phone:       (415) 882-5000
FAX          (415) 882-0300

**RecordTrak**
RecordTrak
P.O. Box 61591
King of Prussia, PA 19406
Phone:       (610) 992-5000
FAX          (610) 354-8946

**SB DECKING, INC.**
WALSWORTH, FRANKLIN, BEVINS & McCALL (ORANGE)
One City Boulevard West, Fifth Floor
Orange, CA 92868-3604
Phone:       (714) 634-2522
FAX          (714) 634-0686

**SCHUTTE & KOERTING, INC.**
McKENNA LONG & ALDRIDGE, LLP (San Francisco)
101 California Street, 41st Floor
San Francisco, CA 94111
Phone:       (415) 267-4000
FAX          (415) 267-4198

**SEPCO CORPORATION**
SELMAN BREITMAN, LLP (LA)
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Phone:       (310) 445-0800
FAX          (310) 473-2525

**SOUTH BAY BOILER REPAIR, INC.**
Leroy Scalf, President
1224 Roosevelt
National City, CA 91950
Phone:
FAX

**SYD CARPENTER, MARINE CONTRACTOR, INC.**
PRINDLE, DECKER & AMARO (Long Beach)
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
Phone:       (562) 436-3946
FAX          (562) 495-0564

**THE C.P. HALL COMPANY**
IMAI, TADLOCK, KEENEY & CORDERY, LLP
100 Bush Street, Suite 1300
San Francisco, CA 94104
Phone:       (415) 675-7000
FAX          (415) 675-7008

**THOMAS DEE ENGINEERING COMPANY**
WALSWORTH, FRANKLIN, BEVINS & McCALL (ORANGE)
One City Boulevard West, Fifth Floor
Orange, CA 92868-3604
Phone:       (714) 634-2522
FAX          (714) 634-0686

**TRIPLE A MACHINE SHOP, INC.**
PRINDLE, DECKER & AMARO (Long Beach)
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
Phone:       (562) 436-3946
FAX          (562) 495-0564

**U.S. FILTER DISTRIBUTION GROUP, INC.**
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Phone:       (415) 981-6630
FAX          (415) 982-1634

**WARREN PUMPS, INC.**
HAWKINS, PARNELL & THACKSTON, LLP
444 South Flower Street, Suite 1100
Los Angeles, CA 90071
Phone:       (213) 486-8000
FAX          (213) 486-8080

**WILLIAM POWELL COMPANY, THE**
FOLEY & MANSFIELD, PLLP (Oakland)
1111 Broadway, 10th Floor
Oakland, CA 94607
Phone:       (510) 590-9500
FAX          (510) 590-9595

**YARWAY CORPORATION**
MORGAN, LEWIS & BOCKIUS, LLP (Los Angeles)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Phone:       (213) 612-2500
FAX          (213) 612-2501

**YORK INTERNATIONAL CORPORATION**
BAKER, KEENER & NAHRA
633 West Fifth Street, Suite 5400
Los Angeles, CA 90071
Phone:       (213) 241-0900
FAX          (213) 241-0990