**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| CAROL S. DUDASH, et al., | )<br>)<br>) Civil Action No. 08-7434 R |
| Plaintiffs, | )<br>) |
| v. | ) in the United States District Court<br>) for the Central District of California<br>)<br>) |
| ALSTOM POWER, INC., et al., | )<br>) |
| Defendants. | ) |

PLEADING NO. 5724

### NOTICE OF OPPOSITION TO CTO-318

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiffs in the above-captioned case, by and through their counsel of record, Paul & Hanley LLP, submit this Notice of Opposition to the Conditional Transfer Order CTO-318, issued by this Panel on January 9, 2009, which includes the above-captioned action. Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d)—i.e., within 15 days of the date of this Notice.

Dated: January 23, 2009

*[signature]*
Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:   (510) 559-9980
Facsimile:   (510) 559-9970
drosenthal@paulandhanley.com
Attorneys for Plaintiffs

RECEIVED
CLERK'S OFFICE
2009 JAN 23 P 2: 11

**OFFICIAL FILE COPY**

IMAGED JAN 2 6 2009

## CERTIFICATE OF SERVICE

I, Anne Scott, hereby certify that I served a true and correct copy of Plaintiffs' Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record in this case (see attached service list) via first class mail, postage prepaid, on this 23rd day of January, 2009.

Anne Scott

Dudash, Jimmie J.  11782
LASC Case Number BC392242
Jan 22 09             Page 1 of 1

# Service List

**ASBESTOS CORPORATION, LTD.**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP (LA)
555 South Flower Street, Suite 2900
Los Angeles, CA  90071
Phone:          (213) 443-5100
FAX             (213) 443-5101

**BUFFALO PUMPS, INC.**
JACKSON & WALLACE, LLP (San Francisco)
55 Francisco Street, 6th Floor
San Francisco, CA  94133
Phone:          (415) 982-6300
FAX             (415) 982-6700

**BUFFALO PUMPS, INC.**
JACKSON & WALLACE, LLP (Sherman Oaks)
14724 Ventura Blvd., Suite 410
Sherman Oaks, CA  91403
Phone:          (818) 379-4700
FAX             (818) 379-4702

**BW/IP INTERNATIONAL, INC.**
JACKSON & WALLACE, LLP (San Francisco)
55 Francisco Street, 6th Floor
San Francisco, CA  94133
Phone:          (415) 982-6300
FAX             (415) 982-6700

**BW/IP INTERNATIONAL, INC.**
JACKSON & WALLACE, LLP (Sherman Oaks)
14724 Ventura Blvd., Suite 410
Sherman Oaks, CA  91403
Phone:          (818) 379-4700
FAX             (818) 379-4702

**CROWN CORK & SEAL COMPANY, INC.**
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017-2503
Phone:          (213) 891-9100
FAX             (213) 488-1178

**FMC CORPORATION**
POND NORTH (Los Angeles)
350 South Grand Avenue, Suite 2850
Los Angeles, CA  90071
Phone:          (213) 617-6170
FAX             (213) 623-3594

**FOSTER WHEELER USA CORPORATION**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:          (415) 808-0300
FAX             (415) 808-0333

**GARLOCK SEALING TECHNOLOGIES, LLC fka GARLOCK, INC.**
GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA  94596
Phone:          (925) 947-1300
FAX             (925) 947-1594

**GOULDS PUMP, INC.**
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA  94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**INGERSOLL-RAND COMPANY**
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA  94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**LESLIE CONTROLS, INC.**
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA  94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**McNALLY INDUSTRIES LLC**
POND NORTH (Los Angeles)
350 South Grand Avenue, Suite 2850
Los Angeles, CA  90071
Phone:          (213) 617-6170
FAX             (213) 623-3594

**PLANT INSULATION COMPANY**
LAW OFFICES OF TRAVIS & PON
2271 California Street
San Francisco, CA  94115
Phone:          (415) 923-1200
FAX             (415) 673-6263

**PLANT INSULATION COMPANY**
LEWIS BRISBOIS BISGAARD & SMITH, LLP (LA)
221 North Figueroa Street, Suite 1200
Los Angeles, CA  90012
Phone:          (213) 250-1800
FAX             (213) 580-7942

**RecordTrak**
RecordTrak
P.O. Box 61591
King of Prussia, PA  19406
Phone:          (610) 992-5000
FAX             (610) 354-8946

**SB DECKING, INC.**
WALSWORTH, FRANKLIN, BEVINS & McCALL (ORANGE)
One City Boulevard West, Fifth Floor
Orange, CA  92868-3604
Phone:          (714) 634-2522
FAX             (714) 634-0686

**SOCO WEST, INC. fka BRENNTAG WEST, INC.**
SEDGWICK, DETERT, MORAN & ARNOLD (SF)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105
Phone:          (415) 781-7900
FAX             (415) 781-2635

**VIAD CORP.**
FOLEY & MANSFIELD, PLLP (Pasadena)
150 South Los Robles Ave., Ste. 400
Pasadena, CA  91101
Phone:          (626) 744-9359
FAX             (626) 744-1702

**WARREN PUMPS, INC.**
HAWKINS, PARNELL & THACKSTON, LLP
4514 Cole Ave., Suite 500
Dallas, TX  75205
Phone:          (214) 780-5100
FAX             (214) 780-5200