**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

<table>
<tr><td>DAVID SANBORN and CECILIA SANBORN<br><br>       Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION, LTD, et al.,<br><br>       Defendants.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 08-5260 PJH<br><br>in the United States District Court for the<br>Northern District of California</td></tr>
</table>

### NOTICE OF OPPOSITION TO CTO-318

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, plaintiffs in the above-captioned case, by and through their

counsel of record, Paul & Hanley LLP, submit this Notice of Opposition to the

Conditional Transfer Order CTO-318, issued by this Panel on January 9, 2009, which

includes the above-captioned action. Plaintiffs will file and serve their Motion to Vacate

the Conditional Transfer Order within the time allowed by Rule 7.4(d)—i.e., within 15

days of the date of this Notice.

Dated: January 23, 2009

Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:     (510) 559-9980
Facsimile:     (510) 559-9970
drosenthal@paulandhanley.com
Attorneys for Plaintiffs

PLEADING NO. 5725

RECEIVED CLERK'S OFFICE
2009 JAN 28 P 2: 11
JUDICIAL PANEL MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**   IMAGED JAN 26 2009

## CERTIFICATE OF SERVICE

I, Anne Scott, hereby certify that I served a true and correct copy of Plaintiffs'
Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for
Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record in
this case (see attached service list) via first class mail, postage prepaid, on this 23rd day of
January, 2009.

Anne Scott

Sanborn, David L.  14162

ASC Case Number RG08412471

Jan 22 09                  Page 1 of 1

# Service List

## ASBESTOS CORPORATION, LTD.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP (San Francisco)
525 Market Street, 17th Floor
San Francisco, CA 94105-2722
Phone:          (415) 433-0990
FAX             (415) 434-1370

## BERRY & BERRY
BERRY & BERRY
P.O. Box 16070
Oakland, CA 94610
Phone:          (510) 835-8330
FAX             (510) 835-5117

## BOEING COMPANY, THE
PERKINS COIE (Santa Monica)
1620 26th Street, 6th Floor, South Tower
Santa Monica, CA 90404
Phone:          (310) 788-9900
FAX             (310) 788-3399

## BOEING COMPANY, THE
BRYAN CAVE LLP (Santa Monica)
120 Broadway, Suite 300
Santa Monica, CA 90401-2305
Phone:          (310) 576-2100
FAX             (310) 576-2200

## BUFFALO PUMPS, INC.
JACKSON & WALLACE, LLP (San Francisco)
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Phone:          (415) 982-6300
FAX             (415) 982-6700

## CROWN CORK & SEAL COMPANY, INC.
ARMSTRONG & ASSOCIATES, LLP
One Kaiser Plaza, Suite 625
Oakland, CA 94612
Phone:          (510) 433-1830
FAX             (510) 433-1836

## CSK AUTO, INC.
BECHERER, KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Phone:          (510) 658-3600
FAX             (510) 658-1151

## CURTISS WRIGHT CORPORATION
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Phone:          (213) 955-7700
FAX             (213) 955-7725

## DARCOID COMPANY OF CALIFORNIA
SELMAN BREITMAN, LLP (SF)
33 New Montgomery Street, 6th Floor
San Francisco, CA 94105
Phone:          (415) 979-0400
FAX             (415) 979-2099

## FORD MOTOR COMPANY
McKENNA LONG & ALDRIDGE, LLP (San Francisco)
101 California Street, 41st Floor
San Francisco, CA 94111
Phone:          (415) 267-4000
FAX             (415) 267-4198

## FOSTER WHEELER USA CORPORATION
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Phone:          (415) 808-0300
FAX             (415) 808-0333

## GENERAL MOTORS CORPORATION
McKENNA LONG & ALDRIDGE, LLP (San Francisco)
101 California Street, 41st Floor
San Francisco, CA 94111
Phone:          (415) 267-4000
FAX             (415) 267-4198

## GEORGIA-PACIFIC CORPORATION
PERKINS COIE (SF)
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Phone:          (415) 344-7000
FAX             (415) 344-7288

## HONEYWELL INTERNATIONAL, INC.
PERKINS COIE (SF)
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Phone:          (415) 344-7000
FAX             (415) 344-7288

## INGERSOLL-RAND COMPANY
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

## LESLIE CONTROLS, INC.
GORDON & REES (SF)
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

## NISSAN NORTH AMERICA, INC.
BECHERER, KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Phone:          (510) 658-3600
FAX             (510) 658-1151

## PARKER-HANNIFIN CORPORATION, as SII to SACOMO SIERRA
LAW OFFICES OF PETER J. NOVA
P.O. Box 1328
Sonoma, CA 95476
Phone:          (707) 938-9610
FAX

## PRATT & WHITNEY ENGINE SERVICES, INC.
TUCKER, ELLIS & WEST, LLP (San Francisco)
135 Main Street, Suite 700
San Francisco, CA 94105
Phone:          (415) 617-2400
FAX             (415) 617-2409

## PRATT & WHITNEY ENGINE SERVICES, INC.
TUCKER ELLIS & WEST, LLP (Los Angeles)
515 South Flower Street, Forty Second Floor
Los Angeles, CA 90071
Phone:          (213) 430-3400
FAX             (213) 430-3409

## RAPID-AMERICAN CORPORATION
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Phone:          (415) 882-5000
FAX             (415) 882-0300

## SOCO WEST, INC. fka BRENNTAG WEST, INC.
SEDGWICK, DETERT, MORAN & ARNOLD (SF)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Phone:          (415) 781-7900
FAX             (415) 781-2635

## UNITED TECHNOLOGIES CORPORATION
TUCKER, ELLIS & WEST, LLP (San Francisco)
135 Main Street, Suite 700
San Francisco, CA 94105
Phone:          (415) 617-2400
FAX             (415) 617-2409

## UNITED TECHNOLOGIES CORPORATION
TUCKER ELLIS & WEST, LLP (Los Angeles)
515 South Flower Street, Forty Second Floor
Los Angeles, CA 90071
Phone:          (213) 430-3400
FAX             (213) 430-3409