# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

### MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| JERI REDMAN, Individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> A.W. CHESTERTON CO., et al., <br><br> Defendants. | Civil Action No. 08-3013-JSW <br><br> in the United States District Court for the Northern District of California |

PLEADING NO. 5726

### NOTICE OF OPPOSITION TO CTO-318

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiffs in the above-captioned case, by and through their counsel of record, Paul & Hanley LLP, submit this Notice of Opposition to the Conditional Transfer Order CTO-318, issued by this Panel on January 9, 2009, which includes the above-captioned action. Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d)—i.e., within 15 days of the date of this Notice.

Dated: January 23, 2009

Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
drosenthal@paulandhanley.com
Attorneys for Plaintiffs

2009 JAN 23 P 2:51
RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY

IMAGED JAN 26 2009



## CERTIFICATE OF SERVICE

I, Anne Scott, hereby certify that I served a true and correct copy of Plaintiffs' Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record in this case (see attached service list) via first class mail, postage prepaid, on this 23rd day of January, 2009.

_____
Anne Scott

Redman, Ronald D. 10267
SFSC Case Number 274617
Jan 22 09      Page 1 of 1

# Service List

**A.W. CHESTERTON COMPANY**
COOLEY, MANION, JONES, HAKE & KUROWSKI, LLP
201 Spear Street, Suite 1800
San Francisco, CA 94105
Phone: (415) 512-4381
FAX (415) 512-6791

**BERRY & BERRY**
BERRY & BERRY
P.O. Box 16070
Oakland, CA 94610
Phone: (510) 835-8330
FAX (510) 835-5117

**FOSTER WHEELER USA CORPORATION**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Phone: (415) 808-0300
FAX (415) 808-0333

**HOPEMAN BROTHERS, INC.**
BASSI, MARTINI, EDLIN & BLUM, LLP
351 California Street, Suite 200
San Francisco, CA 94104
Phone: (415) 397-9006
FAX (415) 397 1339

**IMO INDUSTRIES INC.**
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Phone: (650) 365-7715
FAX (650) 364-5297

**METALCLAD INSULATION CORPORATION**
McKENNA LONG & ALDRIDGE, LLP (San Francisco)
101 California Street, 41st Floor
San Francisco, CA 94111
Phone: (415) 267-4000
FAX (415) 267-4198

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Phone: (415) 808 0300
FAX (415) 808-0333

**PLANT INSULATION COMPANY**
LEWIS BRISBOIS BISGAARD & SMITH, LLP (San Francisco)
One Sansome Street, Suite 1400
San Francisco, CA 94104
Phone: (415) 362-2580
FAX (415) 434-0882

**SYD CARPENTER, MARINE CONTRACTOR, INC.**
PRINDLE, DECKER & AMARO (San Francisco)
369 Pine Street, Suite 800
San Francisco, CA 94101
Phone: (415) 788-8354
FAX (415) 788-3625

**VIAD CORP.**
CHARTER DAVIS, LLP
1730 I Street, Suite 240
Sacramento, CA 95814
Phone: (916) 448-9000
FAX (916) 448-9009