**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Secretary**

JAN 2 6 2009

FILED
CLERK'S OFFICE

| | |
|---|---|
| From: | Rob Evola |
| Sent: | Wednesday, January 21, 2009 4:33 PM |
| To: | Secretary |
| Subject: | FW: Activity in Case 3:08-cv-00755-GPM-PMF Johnson et al v. Foster Wheeler et al Terminate Motions |
| Categories: | Red Category |

---

**From:** ilsd_nef@ilsd.uscourts.gov [mailto:ilsd_nef@ilsd.uscourts.gov]
**Sent:** Monday, January 05, 2009 3:35 PM
**To:** ilsd_nef@ilsd.uscourts.gov
**Subject:** Activity in Case 3:08-cv-00755-GPM-PMF Johnson et al v. Foster Wheeler et al Terminate Motions

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

PLEADING NO. 5727

U.S. District Court

Southern District of Illinois

**Notice of Electronic Filing**

The following transaction was entered on 1/5/2009 at 3:34 PM CST and filed on 1/5/2009
**Case Name:** Johnson et al v. Foster Wheeler et al
**Case Number:** 3:08-cv-755
**Filer:**
**Document Number:** 17(No document attached)

**Docket Text:**
Minute Entry for proceedings held before Judge G. Patrick Murphy on 1/5/2009: The Court finds that the removing defendant, Foster Wheeler Energy Corporation, has failed to establish jurisdiction under the federal officer removal statute. The motion to remand [7] is GRANTED, and this action is REMANDED to the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, for lack of federal subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). (Court Reporter Molly Clayton.) (lmm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED.

**3:08-cv-755 Notice has been electronically mailed to:**

Robert J. Evola    revola@toverdict.com

1

**OFFICIAL FILE COPY**

IMAGED JAN 2 6 2009

E. Brooke Halleran    bhalleran@smsm.com

Richard L. Saville, Jr    rsaville@toverdict.com

Paul E. Wojcicki    pwojcicki@smsm.com, mtorres@smsm.com

**3:08-cv-755 Notice has been delivered by other means to:**

Jonathan M. Lively
Segal, McCambridge et al.
Generally Admitted
Sears Tower - Suite 5500
233 South Wacker Drive
Chicago, IL 60606