UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 26, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| Arvid Johnson, et al. v. Foster Wheeler Energy Corp., et al., | ) | |
| S.D. Illinois, C.A. No. 3:08-755 | ) | MDL No. 875 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Johnson*) on January 9, 2009.  The Panel has now been advised that *Johnson* was remanded to the Circuit Court for the Third Judicial Circuit, Madison County, State of Illinois, by the Honorable G. Patrick Murphy on January 6, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-318" filed on January 9, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel