MDL 875

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ABSESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL Docket No. 875

Garry Turner,

MIE 2 08-14920

Plaintiff,

-vs-

GRAND TRUNK WESTERN RAILROAD
INCORPORATED,

Defendant.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2009

FILED
CLERK'S OFFICE

PEARLMAN AND PIANIN
ARVIN J. PEARLMAN (P18743)
ELAINE L. LIVINGWAY (P39307)
Attorneys for Plaintiff
24725 W. 12 Mile Rd, St. 220
Southfield, Michigan 48034
(248) 356-5000
apearlman@pearlpi.com

KEVIN C. ALEXANDERSEN (0037312)
Attorney for Defendant
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
(216) 241-5310
kalexandersen@gallaghersharp.com

PLEADING NO. 5729

## NOTICE OF OPPOSITION

**NOW COMES** Plaintiff, GARRY TURNER, by and through his attorneys, PEARLMAN AND PIANIN, and for his Notice of Opposition to the Conditional Transfer Order (CTO-318) dated January 9, 2009 pursuant to MDL Rule 7.4, hereby states that his action against Defendant, Grand Trunk Western Railroad Incorporated, should not be transferred to the United States District Court for the Eastern District of Pennsylvania for the following reasons:

1. Plaintiff's claims against Defendant are brought pursuant to the Federal Employers' Liability Act (FELA), 45 U.S.C. §51-60, wherein Plaintiff was exposed to an inordinate amount of non-asbestos dust while at a particular work station in Michigan.

OFFICIAL FILE COPY

IMAGED JAN 2 8 2009

2. Plaintiff's factual claims against Defendant do not implicate asbestos products liability law.

3. There are no common legal issues that Plaintiff's FELA claims shares with asbestos products liability law.

4. Plaintiff's FELA claims require discovery and pre-trial proceedings different than asbestos products liability litigation.

5. The convenience of the parties and witnesses is best served by retaining this action in the Eastern District of Michigan, Southern Division as all events leading up to and giving rise to Plaintiff's FELA claims occurred in Michigan; all lay witnesses are located in Michigan; Plaintiff's work site is located in Michigan and all medical treatment occurred in Michigan.

Respectfully submitted,

PEARLMAN AND PIANIN

By: _____
ARVIN J. PEARLMAN (P18743)
ELAINE L. LIVINGWAY (P39307)
Attorneys for Plaintiff
24725 W. Twelve Mike Rd, Ste. 220
Southfield, MI 48034
(248) 356-5000
apearlman@pearlpi.com

DATED: January 26, 2009

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ABSESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                MDL Docket No. 875

Garry Turner,                                       MIE 2 08-14920

    Plaintiff,

-vs-

GRAND TRUNK WESTERN RAILROAD
INCORPORATED,

    Defendant.
_____/

| PEARLMAN AND PIANIN | KEVIN C. ALEXANDERSEN (0037312) |
|---|---|
| ARVIN J. PEARLMAN (P18743) | Attorney for Defendant |
| ELAINE L. LIVINGWAY (P39307) | Sixth Floor - Bulkley Building |
| Attorneys for Plaintiff | 1501 Euclid Avenue |
| 24725 W. 12 Mile Rd, St. 220 | Cleveland, Ohio 44115 |
| Southfield, Michigan 48034 | (216) 241-5310 |
| (248) 356-5000 | kalexandersen@gallaghersharp.com |
| apearlman@pearlpi.com | |

_____/

### PROOF OF SERVICE

The undersigned states that a copy of Plaintiff's Notice of Opposition was served upon Kevin Alexandersen via U.S. Mail at his addresses as disclosed on the pleadings, that said envelopes having been properly sealed, sufficient postage affixed thereto and same was deposited on the 26th day of January, 200, in the United States mail receptacle in Southfield, Michigan.

*Beverly Lewis* (signature)
Beverly Lewis