MDL 875

# Brayton ❖ Purcell LLP

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2009

FILED
CLERK'S OFFICE

### TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
RICHARD K. KUHN
WILLIAM G. McDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
KATHRINNE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
DMYTRO APONTE
RON G. ARCHIB.
DAVID R. BACKENSTOE
BRONSON D. BILLS*
GARY L. BRAYTON
CAMERON G. CARTER*
ANDREW CHEW
KIMBERLY A. CHU
HUGH C. COOK
MATTHEW DA VEGA
SUJITH DIVAKARAN
DAVID R. FRIMINO
KEITH F. FISH
IRVIN C. GALLAGHER
JANETTE H. GLASER

JOHN G. GOLDSTEIN
RICHARD M. GRANT
LAUREL MALLORY
CHRIS E. HIRSEW.
EPPA D. ROSSAIN
GARY Y. FUZZ
CLAYTON W. KENT
MATTHEW B. LEE
MAUREEN C. McGOWAN
JULIET K. MICHEL
JAMES P. NEVIN
OREN P. NOAH
ERIN A. ORZEL
PAULA A. HASLEUSSEN
AMIR S. NARKEENDENDARY
CHRISTINA C. SKUBIC
ERIC E. SOLOMON
JAN K. SETTLY*
NANCY V. WILLIAMS
ZOYA Y. YARNYKH

January 26, 2009

<u>VIA FACSIMILE (202) 502-2888</u>

Jeffery N. Luthi
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:   Notice of Opposition - Conditional Transfer Order 318
      Civil Action No. UT 2 08-630 *Ronnie Smith, et al. v. Ford Motor Co., et al.*

Dear Mr. Luthi:

Please take notice that the Plaintiff, Ronnie Smith, et al., opposes transfer of civil action number 08-630 to docket number MDL-875, as proposed in conditional transfer order number 318.

Very truly yours,

Bronson Bills

RECEIVED
CLERK'S OFFICE

2009 JAN 26  A 11: 0

J:\Saltlake\Utah\109815\MDL Pleadings\Letter in Opp. to Transfer.wpd

## OFFICIAL FILE COPY

**IMAGED** JAN 2 8 2009

PLEADING NO. 5730