MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*John Koloen, et al. v. General Electric Co., et al.*
CAN 3 08-4416

## NOTICE OF OPPOSITION TO CTO – 318

I represent the Defendant National Metal and Steel Corporation ("National Metal") in the case entitled *John Koloen, et al. v. General Electric Co., et al.*, CAN 3 08-4416, which is included on the conditional transfer order (CTO-318). Defendant National Metal opposes the conditional transfer order.

Sincerely,

DONGELL LAWRENCE FINNEY LLP

JASON BOOTH (CA Bar No. 143437)
MOIRA DOHERTY (CA Bar No. 165967)
707 Wilshire Blvd., 45th Floor
Los Angeles, California 90017
Telephone: 213.943.6100
Facsimile: 213.943.6101
Email: mdoherty@dlflawyers.com
Email: jboooth@dlflawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant's Notice of Opposition to CTO-318 has been served upon all counsel of record by Electronic Transmission, this ___ day of January, 2009.

MOIRA DOHERTY

**OFFICIAL FILE COPY**

IMAGED JAN 2 8 2009