JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

JAN 27 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

MDL No. 875   In re Asbestos Product Liability Litigation (NO. VI)

RE:   *Clarence Scott Wren, Sr. vs. Cooper T./Smith Stevedoring, Inc., et al*
      USDC EDLA No. 08-4204

      AND

      *Walter McDonald V. Crowley Maritime Corp., et al;*
      USDC EDLA No. 08-4203

### NOTICE OF OPPOSITION TO CTO-318

NOW COME PLAINTIFFS, by and through the undersigned, who file this Notice of Opposition to Conditional Transfer Order. Conditional Transfer Order CTO-318 included the above-referenced actions. The deadline for Plaintiffs' Notice of Opposition is January 26, 2009. Plaintiffs hereby submit their Notice of Opposition to CTO-318, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiffs will serve their Motion to Vacate the Conditional Transfer Order and accompanying brief within the time allowed by Rule 7.4(d).

Respectfully submitted,

MARTZELL & BICKFORD, A.P.C.

[signature]

SCOTT R. BICKFORD T.A. (#1165)
NEIL F. NAZARETH (#28969)
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (facsimile)
**Counsel for Plaintiffs**

PLEADING NO. 5732

RECEIVED
CLERK'S OFFICE
2009 JAN 27 A 9:51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**   IMAGED JAN 2 7 2009

JAN. 27. 2009 9:07AM Martzell & Bickford APC NO. 3885 P. 3
Case MDL No. 875 Document 5732 Filed 01/27/09 Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2009

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I, Neil F. Nazareth, hereby certify that I served a copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record via electronic service or facsimile on this 26th day of January, 2009.

/s/ Neil F. Nazareth
Neil F. Nazareth, Esq.

F:\Clients\WREN, CLARENCE\Pleadings MDL\Notice of Opposition to CTO-318.wpd

2009 JAN 27 A 9:51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE