UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 09, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                                    MDL No. 875

### (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-318)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,678 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jan 27, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

**SCHEDULE CTO-318 - TAG-ALONG ACTIONS**

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC  2   08-7434~~          ~~Carol S. Dudash, et al. v. Alstom Power, Inc., et al.~~
                              **Opposed 1/26/09**
~~CAC  2   08-7548~~          ~~John Lusk, et al. v. A.B. Boyd Co., et al.~~ **Opposed 1/26/09**

CALIFORNIA NORTHERN
~~CAN  3   08-3013~~          ~~Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al.~~
                              **Opposed 1/26/09**
CAN  3   08-4380             Elmoyne Holbrook, et al. v. General Electric Co., et al.
CAN  3   08-4381             Theoni Salcedo, et al. v. Newport News Shipbuilding & Dry Dock
                              Co., et al.
CAN  3   08-4400             Clark Ogle, et al. v. General Electric Co., et al.
CAN  3   08-4401             Albert Hutto, et al. v. General Electric Co., et al.
CAN  3   08-4415             Larry Yabarra, et al. v. General Electric Co., et al.
~~CAN  3   08-4416~~          ~~John Koloen, et al. v. General Electric Co., et al.~~ **Opposed 1/27/09**
CAN  3   08-4461             Joseph Murray, et al. v. General Electric Co., et al.
CAN  3   08-4489             Daniel Tarbell, Sr., et al. v. Kaiser Ventures, LLC, et al.
CAN  3   08-4490             Thomas Huff, et al. v. Kaiser Ventures, LLC, et al.
CAN  3   08-4656             Brenda Lunsford, et al. v. General Electric Co.
CAN  3   08-4926             Cleo Ann Conner, et al. v. General Electric Co., et al.
CAN  3   08-5185             Dennis Morillas, et al. v. General Electric Co.
CAN  3   08-5212             Sheila Correia, et al. v. Newport News Shipbuilding & Dry Dock
                              Co.
~~CAN  3   08-5260~~          ~~David Sanborn, et al. v. Asbestos Corp., Ltd., et al.~~
                              **Opposed 1/26/09**
CAN  4   08-4925             Patsy Rood, etc. v. General Electric Co., et al.
CAN  4   08-5015             Dorothy Seltmann, et al. v. A.W. Chesterton Co., et al.

CONNECTICUT
CT  3   07-1359             Lionel J. Despres, et al. v. Ampco-Pittsburgh Corp., et al.
CT  3   07-1912             Hope Olivar, etc. v. Buffalo Pumps, Inc., et al.
CT  3   08-116              Dorothy DeMatties, etc. v. Acmat Corp., et al.
CT  3   08-707              Richard Carroll, et al. v. Buffalo Pumps, Inc., et al.
CT  3   08-1479             Robert I. Hayford, Jr., et al. v. Buffalo Pumps, Inc., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

DELAWARE
  DE  1  08-624      Herbert Pease v. A.W. Chesterton Co., Inc., et al.
  DE  1  08-912      Jacqueline Snyder, etc. v. A.O. Smith Corp., et al.

FLORIDA NORTHERN
  FLN  1  08-206     John Delatte, et al. v. A.W. Chesterton Co., Inc., et al.

ILLINOIS NORTHERN
  ILN  1  08-5754    Marlene Woods, etc. v. CBS Corp., et al.

ILLINOIS SOUTHERN
  ~~ILS  3  08-755~~      ~~Arvid Johnson, et al. v. Foster Wheeler Energy Corp., et al.~~
                     **Vacated 1/23/09**

LOUISIANA EASTERN
  ~~LAE  2  08-4203~~     ~~Walter McDonald, et al. v. Crowley Maritime Corp., et al.~~
                     **Opposed 1/27/09**
  ~~LAE  2  08-4204~~     ~~Clarence Scott Wren, Sr. v. Cooper/T. Smith Stevedoring, Inc., et~~
                     ~~al.~~     **Opposed 1/27/09**

LOUISIANA WESTERN
  LAW  5  08-1341    Joan Montalbano, et al. v. Crown Cork & Seal Co., Inc.

MICHIGAN EASTERN
  MIE  2  91-72030   Alfonso Estrada, et al. v. ACandS, Inc., et al.
  MIE  2  91-72171   Robert H. Middleton, et al. v. ACandS, Inc., et al.
  ~~MIE  2  08-14920~~   ~~Garry Turner v. Grand Trunk Western Railroad, Inc.~~
                     **Opposed 1/27/09**

MINNESOTA
  MN  0  08-1417     Marvin Gurewitz, etc. v. American Standard, Inc., et al.
  MN  0  08-6301     Marvin Dunlap, et al. v. Soo Line Railroad Co.

NORTH CAROLINA EASTERN
  NCE  2  08-31      Jerome Bowen Blake v. Anchor Packing Co., et al.
  NCE  4  08-118     Harvey Worthington Turnage, Jr., et al. v. Anchor Packing Co., et
                     al.
  NCE  4  08-137     Diane Schechter, etc. v. Anchor Packing Co., et al.
  NCE  5  08-378     Jessie Darquenne Ashley, etc. v. Anchor Packing Co., et al.
  NCE  7  08-106     George N. White, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCE  7  08-112     Russell Jay Aderhold, et al. v. Aqua-Chem, Inc., et al.
  NCE  7  08-138     David W. Williams, et al. v. Aqua-Chem, Inc., et al.
  NCE  7  08-150     Norwood Shelton Wood, et al. v. Anchor Packing Co., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 08-697 | Donald Ray Clark v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-708 | Douglas I. Grandy, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-709 | Terry W. Wyrick, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-764 | Rosa Lee Manning, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-765 | Thomas C. Purdy, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-783 | Jimmie Lee Thompson, Sr. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-784 | Cary Brown Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-893 | Gary Wade Shue, etc. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 07-383 | Jackie C. Laney, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCW | 1 | 08-478 | William M. Hamrick, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-479 | Murray D. Washam, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-480 | Bennie G. Pryor, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-481 | Brenda T. Fuller, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-486 | Dennis W. Richard, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-487 | Linda K. Burrell, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-490 | Timothy B. Grass, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-491 | William C. Sturdivant, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-493 | Sueann B. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-494 | Danny Ray Shepherd, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-498 | Larry R. Robinette, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-499 | Gary A. Cornelius, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-500 | James F. Barker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-502 | Charles R. Bradshaw, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-503 | Ronald K. Bridges, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-504 | Joe Dean Byers v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-505 | Robin G. Caskey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-506 | Tommy E. Cauthen, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-508 | Leon W. Crocker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-509 | Jacob M. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-511 | Timothy S. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-512 | Eddie Ray Evans, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-513 | Tony V. Lineberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-514 | Coy B. Helms, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-517 | Randy G. Mahaffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-518 | Gary T. McGee, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-522 | James Boyce Mitchem v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-524 | Stanley B. Rucker, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| NCW 1 08-525 | Kenneth L. Rumfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-527 | Danny L. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-528 | Timothy A. Sheppard v. Aqua-Chem, Inc., et al. |
| NCW 1 08-529 | Robert L. Witherspoon, et al. v. Aqua-Chem, Inc., et al. |

NEW HAMPSHIRE
  NH  1  08-458          Judith L. Jackson, etc. v. Metropolitan Life Insurance Co., et al.

NEW JERSEY
  ~~NJ  2  08-5112~~          ~~Francine Peluso v. Asbestos Corp., Ltd., et al.~~ **Opposed 1/26/09**

NEW YORK EASTERN
  NYE 1 08-3221          Edward Kelchner v. A.W. Chesterton Co., Inc., et al.
  NYE 1 08-3436          Mozelle Justice, etc. v. A.W. Chesterton Co., Inc., et al.

NEW YORK SOUTHERN
  ~~NYS 1 08-10228~~          ~~Michael Curry v. American Standard, Inc., et al.~~ **Opposed 1/14/09**

OHIO NORTHERN
  OHN 1 08-10006          Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
  OHN 1 08-10007          Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

OKLAHOMA NORTHERN
  OKN 4 08-590          Donnis Lawson, etc. v. Burlington Northern & Santa Fe Railway
                              Co.

OREGON
  ~~OR  3  08-469~~          ~~Vivian L. Dunn, etc. v. B&P Process Equipment & Systems, LLC,~~
                              ~~et al.~~ **Opposed 1/26/09**

RHODE ISLAND
  RI  1  05-252          Micheline Moore, etc. v. A.W. Chesterton Co., Inc., et al.
  RI  1  05-253          Helen Docherty, etc. v. A.W. Chesteron Co., Inc., et al.
  RI  1  08-472          Michael D. Beamis v. Buffalo Pumps, Inc.

SOUTH CAROLINA
  SC  0  08-3356          James Monroe Scott, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-3415          William T. Clinton, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-3561          Robert S. Glenn, Jr., et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | | | |
|---|---|---|---|
| SC | 0 | 08-3562 | Perry Littlejohn v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3565 | James K. Lightsey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3566 | Tony D. Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3730 | Gardy F. Oliver, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3738 | Donald W. Ligon, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3739 | Ronald E. Parham, et al. v. Aqua-Chem, Inc., et al. |
| SC | 2 | 08-3759 | Madge L. Pittman, etc. v. Owens-Illinois, Inc., et al. |
| SC | 7 | 08-3736 | Boyd Holcomb, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-3741 | Michael E. Parker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-4096 | Bill Bailey, etc. v. Aqua-Chem Inc., et al. |
| SC | 8 | 08-3357 | Odell C. Weaver, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3362 | Teresa H. Dale, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3416 | Selma F. Whitfield, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3420 | Shirley C. Harden, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3424 | James Kenneth Black, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3446 | Charles D. Crisp, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3448 | John Michael Ashley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3560 | Larry M. Parker, et al. v. Aqua-Chem, Inc., et al. |

TENNESSEE EASTERN
| | | | |
|---|---|---|---|
| ~~TNE~~ | ~~3~~ | ~~08-368~~ | ~~Angie Smiddy, etc. v. Alcoa, Inc.~~ **Opposed 1/26/09** |

UTAH
| | | | |
|---|---|---|---|
| ~~UT~~ | ~~2~~ | ~~08-630~~ | ~~Ronnie Smith, et al. v. Ford Motor Co., et al.~~ **Opposed 1/27/09** |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 08-9368 | Eugene L. Beckerle v. American Standard, Inc., et al. |
| VAE | 2 | 08-9369 | Jesus Marquez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9370 | Orlando Sanchez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9371 | Albert W. Anderson v. American Standard, Inc., et al. |
| VAE | 2 | 08-9372 | Hjalner E. Nygard v. American Standard, Inc., et al. |
| VAE | 2 | 08-9373 | Johnny A. O'Neal, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 08-9374 | Robert A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 08-9375 | Robert Lee Zamora v. American Standard, Inc., et al. |
| VAE | 2 | 08-9377 | Michael E. Sanders v. American Standard, Inc., et al. |
| VAE | 2 | 08-9430 | Dennis R. Callihan v. American Standard, Inc., et al. |
| VAE | 2 | 08-9431 | Walter V. Ward v. American Standard, Inc., et al. |
| VAE | 2 | 08-9432 | William H. Monroe, Jr., etc. (George H. Heckman, Jr.) v. American Standard, Inc., et al. |
| VAE | 2 | 08-9433 | Donald L. Hardsaw, Sr. v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | | | |
|---|---|---|---|
| VAE | 2 | 08-9434 | Emmett Kirtley v. American Standard, Inc., et al. |
| VAE | 2 | 08-9435 | Pete A. Ortega v. American Standard, Inc., et al. |
| VAE | 2 | 08-9452 | Roger K. Bergholz v. American Standard, Inc., et al. |
| VAE | 2 | 08-9453 | Ronald M. Elde v. American Standard, Inc., et al. |
| VAE | 2 | 08-9454 | Arthur J. Demasi v. American Standard, Inc., et al. |
| VAE | 2 | 08-9455 | Raymond E. Ficklin v. American Standard, Inc., et al. |
| VAE | 2 | 08-9456 | Richard L. Adams v. American Standard, Inc., et al. |
| VAE | 2 | 08-9457 | Dennis Brown v. American Standard, Inc., et al. |
| VAE | 2 | 08-9458 | Donald F. Carroll, et al. v. The Budd Co., et al. |
| VAE | 2 | 08-9459 | Larry Dixon v. American Standard, Inc., et al. |
| VAE | 2 | 08-9460 | Francis G. Gross v. American Standard, Inc., et al. |
| VAE | 2 | 08-9461 | James H. Hasenfuss v. American Standard, Inc., et al. |
| VAE | 2 | 08-9462 | John R. Hastings, Sr. v. American Standard, Inc., et al. |
| VAE | 2 | 08-9463 | Alfred A. Haugen v. American Standard, Inc., et al. |
| VAE | 2 | 08-9464 | Francis J. Hedstrom v. American Standard, Inc., et al. |
| VAE | 2 | 08-9465 | Jay R. Hutton v. American Standard, Inc., et al. |
| VAE | 2 | 08-9466 | Edward L. Lee v. American Standard, Inc., et al. |
| VAE | 2 | 08-9467 | Jack H. Lester v. American Standard, Inc., et al. |
| VAE | 2 | 08-9468 | Raymond C. Martin v. American Standard, Inc., et al. |
| VAE | 2 | 08-9469 | Harold B. Martinson v. American Standard, Inc., et al. |
| VAE | 2 | 08-9470 | Thomas C. McDougall v. American Standard, Inc., et al. |
| VAE | 4 | 08-3247 | Robert Irving Armistead v. 3M Business Products Sales, Inc., et al. |

VIRGIN ISLANDS
| | | | |
|---|---|---|---|
| VI | 1 | 08-54 | Gabriel Alexander v. St. Croix Alumina, LLC, et al. |
| VI | 1 | 08-55 | Theodore Simon v. St. Croix Alumina, LLC, et al. |