UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 04, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)                                                                    MDL No. 875

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in an action pending in the Middle District of Louisiana and plaintiffs in 419 actions pending in the Southern District of Mississippi, as listed on Schedule A, have moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the respective portions of our orders conditionally transferring the actions to the Eastern District of Pennsylvania for inclusion in MDL No. 875. Responding defendants[1] oppose the motions to vacate.

After considering all argument of counsel, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of these actions to the Eastern District of Pennsylvania for inclusion in MDL No. 875 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991). Particularly, in our original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[2] the

---

[*]   Judges Heyburn and Motz took no part in the disposition of this matter. Judge Hansen took no part in the disposition of the Southern District of Mississippi actions. Judge Furgeson took no part in the disposition of the Middle District of Louisiana action.

[1]   Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries Inc. (as to the Middle District of Louisiana action); and Union Carbide Corp., ConocoPhillips Co., and Montello, Inc. (as to the 419 Southern District of Mississippi actions).

[2]   Moving plaintiffs argue, *inter alia*, that transfer of their actions should be denied or deferred in order to permit the resolution of motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest. We make the following observations: (1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order (CTO), stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's

(continued…)

- 2 -

uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by us as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the present actions.

Under the stewardship of the transferee court, as of January 29, 2009, (1) 77,250 actions have been closed in the transferee district, and (2) over 1,385 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL No. 875 unnecessary or inadvisable, whenever the transferee court deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that the transferee court will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever it is convinced that retention in MDL No. 875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

Robert L. Miller, Jr.
Acting Chairman

John G. Heyburn II, Chairman[*]   J. Frederick Motz[*]
Kathryn H. Vratil                  David R. Hansen[*]
W. Royal Furgeson, Jr.[*]          Frank C. Damrell, Jr.

---

[2](…continued)
subsequent order; (2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a CTO does not in any way (a) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the CTO is pending, or (b) limit the pretrial jurisdiction of that court; and (3) accordingly, those courts wishing to address such motions have adequate time in which to do so, while those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of Section 1407 transfer in MDL No. 875 can continue without any unnecessary interruption or delay.

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)                                                                 MDL No. 875

# SCHEDULE A

Middle District of Louisiana

James W. Gibbens, et al. v. Aqua-Chem, Inc., et al., C.A. No. 3:08-572

Southern District of Mississippi

Dimple I. Thompson, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-840
Betty Sauls, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-841
Judith Richardson, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-842
Alice Presley, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-843
Chrystelle Pevey, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-844
James R. Garner, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-845
Patricia Gayle Pitts, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-846
Betty McNair, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-847
Annie Brownell, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-848
Fredna Berry, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-849
Kelly Brady, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-850
Lisa Taylor, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-851
Frances Stewart, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-852
Stephanie Davis, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-853
Shirley A. Ezell, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-854
Krysten Lambert Butler, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-855
Dodd Mitchell Sykes v. Phillips 66 Co., et al., C.A. No. 1:08-856
Corbit Sullivan v. Phillips 66 Co., et al., C.A. No. 1:08-857
Walter E. Stinson v. Phillips 66 Co., et al., C.A. No. 1:08-858
Timothy L. Stewart v. Phillips 66 Co., et al., C.A. No. 1:08-859
Joe Stephens v. Phillips 66 Co., et al., C.A. No. 1:08-860
Joseph Spradley v. Phillips 66 Co., et al., C.A. No. 1:08-861
Joseph Spiers v. Phillips 66 Co., et al., C.A. No. 1:08-862
George Ross Spence v. Phillips 66 Co., et al., C.A. No. 1:08-863
Darrell D. Smith, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-864
Joe Smith, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-865
Kelcie Dale Smith v. Phillips 66 Co., et al., C.A. No. 1:08-866
Charles R. Smith v. Phillips 66 Co., et al., C.A. No. 1:08-867
Charles C. Smith v. Phillips 66 Co., et al., C.A. No. 1:08-868
Charles Smith v. Phillips 66 Co., et al., C.A. No. 1:08-869
Charles R. Sims v. Phillips 66 Co., et al., C.A. No. 1:08-870
Thomas E. Simmons v. Phillips 66 Co., et al., C.A. No. 1:08-871

- A2 -

**MDL No. 875 Schedule A (Continued)**

<u>Southern District of Mississippi</u> (Continued)

Jesse James Short v. Phillips 66 Co., et al., C.A. No. 1:08-872
Tom M. Saul, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-873
James M. Saul v. Phillips 66 Co., et al., C.A. No. 1:08-874
Aaron Sasser, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-875
Charles David Sanders v. Phillips 66 Co., et al., C.A. No. 1:08-876
Ralph Gardner v. Phillips 66 Co., et al., C.A. No. 1:08-877
Jerrell J. Gunter v. Phillips 66 Co., et al., C.A. No. 1:08-878
Rudolph Gregory v. Phillips 66 Co., et al., C.A. No. 1:08-879
Ted Justin Graves v. Phillips 66 Co., et al., C.A. No. 1:08-880
David Grantham v. Phillips 66 Co., et al., C.A. No. 1:08-881
Kenneth Graham v. Phillips 66 Co., et al., C.A. No. 1:08-882
Grover Audell Goldman v. Phillips 66 Co., et al., C.A. No. 1:08-883
Melvin R. Glass v. Phillips 66 Co., et al., C.A. No. 1:08-884
Authur Lee Gilmore v. Phillips 66 Co., et al., C.A. No. 1:08-885
Bobby L. Gibson v. Phillips 66 Co., et al., C.A. No. 1:08-886
Charles T. Gardner v. Phillips 66 Co., et al., C.A. No. 1:08-887
Eddie Lee Gaines, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-888
Ernest Wayne Hutto v. Phillips 66 Co., et al., C.A. No. 1:08-889
Randy R. Hunt v. Phillips 66 Co., et al., C.A. No. 1:08-890
Ompy L. Hudson, III v. Phillips 66 Co., et al., C.A. No. 1:08-891
Johnny Howard v. Phillips 66 Co., et al., C.A. No. 1:08-892
Malcolm Paul Howse v. Phillips 66 Co., et al., C.A. No. 1:08-893
Donald W. Holmes v. Phillips 66 Co., et al., C.A. No. 1:08-894
William L. Holloway v. Phillips 66 Co., et al., C.A. No. 1:08-895
Charles Edward Holifield v. Phillips 66 Co., et al., C.A. No. 1:08-896
Richard Hodges v. Phillips 66 Co., et al., C.A. No. 1:08-897
John E. Heidel v. Phillips 66 Co., et al., C.A. No. 1:08-898
Katie Higgenbotham v. Phillips 66 Co., et al., C.A. No. 1:08-899
Isaac Haynes v. Phillips 66 Co., et al., C.A. No. 1:08-900
Thad Harvey v. Phillips 66 Co., et al., C.A. No. 1:08-901
Ex Earl Harrison v. Phillips 66 Co., et al., C.A. No. 1:08-902
Ricky Wayne Harris v. Phillips 66 Co., et al., C.A. No. 1:08-903
James E. Harris v. Phillips 66 Co., et al., C.A. No. 1:08-904
Charles Hamrick, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-905
Ansler Dale Hall v. Phillips 66 Co., et al., C.A. No. 1:08-906
Hugh W. Mullins v. Phillips 66 Co., et al., C.A. No. 1:08-907
Vincent Motley v. Phillips 66 Co., et al., C.A. No. 1:08-908
Willie E. Moore v. Phillips 66 Co., et al., C.A. No. 1:08-909
Dennis G. Moak v. Phillips 66 Co., et al., C.A. No. 1:08-910

- A3 -

**MDL No. 875 Schedule A (Continued)**

      Southern District of Mississippi (Continued)

Bobby W. Mire, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-911
Bobby Ray Mills v. Phillips 66 Co., et al., C.A. No. 1:08-912
Michael D. Miller v. Phillips 66 Co., et al., C.A. No. 1:08-913
Loranzie Miller v. Phillips 66 Co., et al., C.A. No. 1:08-914
Robert D. McLain v. Phillips 66 Co., et al., C.A. No. 1:08-915
Clifford McLain v. Phillips 66 Co., et al., C.A. No. 1:08-916
Thomas A. McKenzie v. Phillips 66 Co., et al., C.A. No. 1:08-917
Ronnie McGill v. Phillips 66 Co., et al., C.A. No. 1:08-918
Mark McFarland v. Phillips 66 Co., et al., C.A. No. 1:08-919
John W. McFarland v. Phillips 66 Co., et al., C.A. No. 1:08-920
Ben Franklin McDonald v. Phillips 66 Co., et al., C.A. No. 1:08-921
Ecclus McAllister v. Phillips 66 Co., et al., C.A. No. 1:08-922
Kenneth Mayhugh, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-923
Alton J. Mahaffey, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-924
Keith R. Mason v. Phillips 66 Co., et al., C.A. No. 1:08-925
James G. Magee v. Phillips 66 Co., et al., C.A. No. 1:08-926
Winston Madison v. Phillips 66 Co., et al., C.A. No. 1:08-927
Mark Price v. Phillips 66 Co., et al., C.A. No. 1:08-928
George R. Price v. Phillips 66 Co., et al., C.A. No. 1:08-929
Albert Preston v. Phillips 66 Co., et al., C.A. No. 1:08-930
Daniel L. Prather v. Phillips 66 Co., et al., C.A. No. 1:08-931
William Hinton Powell v. Phillips 66 Co., et al., C.A. No. 1:08-932
Herbert K. Powell v. Phillips 66 Co., et al., C.A. No. 1:08-933
Ernest Plumer v. Phillips 66 Co., et al., C.A. No. 1:08-934
Luther Pitts v. Phillips 66 Co., et al., C.A. No. 1:08-935
Frazier M. Phillips v. Phillips 66 Co., et al., C.A. No. 1:08-936
William H. Peak v. Phillips 66 Co., et al., C.A. No. 1:08-937
J.E. Patton v. Phillips 66 Co., et al., C.A. No. 1:08-938
Morgan Thomas Palmer v. Phillips 66 Co., et al., C.A. No. 1:08-939
Joe L. Palmer v. Phillips 66 Co., et al., C.A. No. 1:08-940
Larry Charles Russell v. Phillips 66 Co., et al., C.A. No. 1:08-941
James Lowery Russell v. Phillips 66 Co., et al., C.A. No. 1:08-942
David P. Russell v. Phillips 66 Co., et al., C.A. No. 1:08-943
Mitchell R. Rushing v. Phillips 66 Co., et al., C.A. No. 1:08-944
Carl A. Runnels v. Phillips 66 Co., et al., C.A. No. 1:08-945
Tommy Rollins v. Phillips 66 Co., et al., C.A. No. 1:08-946
Larry Jessie Rollins v. Phillips 66 Co., et al., C.A. No. 1:08-947
Pearl Lavern Robbins v. Phillips 66 Co., et al., C.A. No. 1:08-948
James D. Reid v. Phillips 66 Co., et al., C.A. No. 1:08-949

- A4 -

**MDL No. 875 Schedule A (Continued)**

      Southern District of Mississippi (Continued)

Jackie D. Ramage v. Phillips 66 Co., et al., C.A. No. 1:08-950
Jason C. Ratliff v. Phillips 66 Co., et al., C.A. No. 1:08-951
Jake W. McLain v. Phillips 66 Co., et al., C.A. No. 1:08-952
Robert E. Morris v. Phillips 66 Co., et al., C.A. No. 1:08-953
James M. Turner v. Phillips 66 Co., et al., C.A. No. 1:08-954
Lester Leroy Toney v. Phillips 66 Co., et al., C.A. No. 1:08-955
Joe R. Thompson v. Phillips 66 Co., et al., C.A. No. 1:08-956
Leroy Terrell v. Phillips 66 Co., et al., C.A. No. 1:08-957
Jerry L. Teachey v. Phillips 66 Co., et al., C.A. No. 1:08-958
Daryl Tanner v. Phillips 66 Co., et al., C.A. No. 1:08-959
William A. Tatum v. Phillips 66 Co., et al., C.A. No. 1:08-960
Mathyngale Williams v. Phillips 66 Co., et al., C.A. No. 1:08-961
David Griffin Williams v. Phillips 66 Co., et al., C.A. No. 1:08-962
J.B. White, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-963
Randy J. White v. Phillips 66 Co., et al., C.A. No. 1:08-964
Phillip West v. Phillips 66 Co., et al., C.A. No. 1:08-965
James E. Watts v. Phillips 66 Co., et al., C.A. No. 1:08-966
Ted Watkins v. Phillips 66 Co., et al., C.A. No. 1:08-967
Jerry L. Warnock v. Phillips 66 Co., et al., C.A. No. 1:08-968
James R. Walley v. Phillips 66 Co., et al., C.A. No. 1:08-969
Henry Ward, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-970
Pauline Waller v. Phillips 66 Co., et al., C.A. No. 1:08-971
James C. Wallace v. Phillips 66 Co., et al., C.A. No. 1:08-972
Larry Collins v. Phillips 66 Co., et al., C.A. No. 1:08-973
Danny Conn v. Phillips 66 Co., et al., C.A. No. 1:08-974
Charles T. Cook v. Phillips 66 Co., et al., C.A. No. 1:08-975
Charles L. Coulter v. Phillips 66 Co., et al., C.A. No. 1:08-976
Henry S. Cooper, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-977
James Edward Cupit v. Phillips 66 Co., et al., C.A. No. 1:08-978
Tim Clanan v. Phillips 66 Co., et al., C.A. No. 1:08-979
Robert L. Cowart v. Phillips 66 Co., et al., C.A. No. 1:08-980
Concie L. Curtis v. Phillips 66 Co., et al., C.A. No. 1:08-981
Jerry Walter Cavin v. Phillips 66 Co., et al., C.A. No. 1:08-982
David Chipmon v. Phillips 66 Co., et al., C.A. No. 1:08-983
Alford B. Chapman v. Phillips 66 Co., et al., C.A. No. 1:08-984
Herman Collins v. Phillips 66 Co., et al., C.A. No. 1:08-986
Paul Carney v. Phillips 66 Co., et al., C.A. No. 1:08-987
Henry S. Carr v. Phillips 66 Co., et al., C.A. No. 1:08-988
Jon Campbell v. Phillips 66 Co., et al., C.A. No. 1:08-989

- A5 -

**MDL No. 875 Schedule A (Continued)**

    Southern District of Mississippi (Continued)

Sherman Easterling v. Phillips 66 Co., et al., C.A. No. 1:08-990
Douglas Echols v. Phillips 66 Co., et al., C.A. No. 1:08-991
Donnie Edward Evans v. Phillips 66 Co., et al., C.A. No. 1:08-992
Bennie Jake Evans v. Phillips 66 Co., et al., C.A. No. 1:08-993
Charles Echols v. Phillips 66 Co., et al., C.A. No. 1:08-994
Jacob Evans v. Phillips 66 Co., et al., C.A. No. 1:08-995
Bill Fairley v. Phillips 66 Co., et al., C.A. No. 1:08-996
Kenneth E. Fairchild v. Phillips 66 Co., et al., C.A. No. 1:08-997
Turner Floyd v. Phillips 66 Co., et al., C.A. No. 1:08-998
Michael V. Fountain. Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-999
Miles D. Fountain v. Phillips 66 Co., et al., C.A. No. 1:08-1000
Leonard W. Foster v. Phillips 66 Co., et al., C.A. No. 1:08-1001
Willis F. Langley v. Phillips 66 Co., et al., C.A. No. 1:08-1002
Michael R. Lee v. Phillips 66 Co., et al., C.A. No. 1:08-1003
Kenneth D. Leggett v. Phillips 66 Co., et al., C.A. No. 1:08-1004
Colon R. Leonard, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1005
David W. Lines v. Phillips 66 Co., et al., C.A. No. 1:08-1006
Robert Junior Lofton v. Phillips 66 Co., et al., C.A. No. 1:08-1007
Dale Donaldson v. Phillips 66 Co., et al., C.A. No. 1:08-1009
David Daley v. Phillips 66 Co., et al., C.A. No. 1:08-1010
Vandiver Dunn v. Phillips 66 Co., et al., C.A. No. 1:08-1011
Eugene F. Dvorak v. Phillips 66 Co., et al., C.A. No. 1:08-1012
Jerry L. Dunigan v. Phillips 66 Co., et al., C.A. No. 1:08-1013
Ross A. Kennedy v. Phillips 66 Co., et al., C.A. No. 1:08-1014
Sidney L. Kerben, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1015
Plummer Kittrell v. Phillips 66 Co., et al., C.A. No. 1:08-1016
Paul Bedford Johnson v. Phillips 66 Co., et al., C.A. No. 1:08-1017
Johnny Jordan v. Phillips 66 Co., et al., C.A. No. 1:08-1018
Robert E. Jordan v. Phillips 66 Co., et al., C.A. No. 1:08-1019
Jimmy L. Nations v. Phillips 66 Co., et al., C.A. No. 1:08-1020
James Nelson v. Phillips 66 Co., et al., C.A. No. 1:08-1021
Isaac Newell v. Phillips 66 Co., et al., C.A. No. 1:08-1022
Cecil Jerry Nickey v. Phillips 66 Co., et al., C.A. No. 1:08-1023
Gary L. Odom v. Phillips 66 Co., et al., C.A. No. 1:08-1024
Randy Byrd v. Phillips 66 Co., et al., C.A. No. 1:08-1025
Dale Butler v. Phillips 66 Co., et al., C.A. No. 1:08-1026
Rex B. Byrd v. Phillips 66 Co., et al., C.A. No. 1:08-1027
James Johnny Bishop v. Phillips 66 Co., et al., C.A. No. 1:08-1028
David Boleware v. Phillips 66 Co., et al., C.A. No. 1:08-1029

- A6 -

**MDL No. 875 Schedule A (Continued)**

  Southern District of Mississippi (Continued)

Jimmie L. Bevis v. Phillips 66 Co., et al., C.A. No. 1:08-1030
George Bounds v. Phillips 66 Co., et al., C.A. No. 1:08-1031
Herbert D. Buckley v. Phillips 66 Co., et al., C.A. No. 1:08-1032
Terry Lee Biglan v. Phillips 66 Co., et al., C.A. No. 1:08-1033
John D. Yelverton, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1034
Kenneth Usry v. Phillips 66 Co., et al., C.A. No. 1:08-1035
Joel P. Upton v. Phillips 66 Co., et al., C.A. No. 1:08-1036
Billy Quick v. Phillips 66 Co., et al., C.A. No. 1:08-1037
Tommy J. Knotts, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1038
Joe Keyes v. Phillips 66 Co., et al., C.A. No. 1:08-1039
Lee Owen Bailey, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1040
Harmon J. Bryant v. Phillips 66 Co., et al., C.A. No. 1:08-1041
Johnny Clyde Banks v. Phillips 66 Co., et al., C.A. No. 1:08-1042
Jerry D. Ballard v. Phillips 66 Co., et al., C.A. No. 1:08-1043
Kenneth M. Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1044
William M. Beard v. Phillips 66 Co., et al., C.A. No. 1:08-1045
James Boyte v. Phillips 66 Co., et al., C.A. No. 1:08-1046
Hiram Jesse Breland v. Phillips 66 Co., et al., C.A. No. 1:08-1047
James Lavern Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1048
Julius R. Beard v. Phillips 66 Co., et al., C.A. No. 1:08-1050
Cleveland D. Boler, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1051
Robert E. Aaron v. Phillips 66 Co., et al., C.A. No. 1:08-1052
David Adcock v. Phillips 66 Co., et al., C.A. No. 1:08-1053
Donald Allen, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1054
Wayne H. Allred v. Phillips 66 Co., et al., C.A. No. 1:08-1055
Robert E. Ard v. Phillips 66 Co., et al., C.A. No. 1:08-1056
Willie Glean Ard v. Phillips 66 Co., et al., C.A. No. 1:08-1057
Gene B. Atwood v. Phillips 66 Co., et al., C.A. No. 1:08-1058
Mozell Aultman, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1059
Edward Bacon v. Phillips 66 Co., et al., C.A. No. 1:08-1060
Larry Edward Jackson v. Phillips 66 Co., et al., C.A. No. 1:08-1061
Leroy Jackson v. Phillips 66 Co., et al., C.A. No. 1:08-1062
Jackson P. Jefcoat v. Phillips 66 Co., et al., C.A. No. 1:08-1063
Jimmy D. Jernigan v. Phillips 66 Co., et al., C.A. No. 1:08-1064
Tony Herrington v. Phillips 66 Co., et al., C.A. No. 1:08-1065
James V. Herrington v. Phillips 66 Co., et al., C.A. No. 1:08-1066
Don F. Herrington v. Phillips 66 Co., et al., C.A. No. 1:08-1067
George Henderson v. Phillips 66 Co., et al., C.A. No. 1:08-1068
Cecil C. Heathcock v. Phillips 66 Co., et al., C.A. No. 1:08-1069

- A7 -

**MDL No. 875 Schedule A (Continued)**

Southern District of Mississippi (Continued)

Jerry W. Hayles v. Phillips 66 Co., et al., C.A. No. 1:08-1070
James Jordan v. Phillips 66 Co., et al., C.A. No. 1:08-1071
James B. Jones v. Phillips 66 Co., et al., C.A. No. 1:08-1072
Anthony E. Jones v. Phillips 66 Co., et al., C.A. No. 1:08-1073
Roland Johnson, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1074
Dan Wilson Johnson v. Phillips 66 Co., et al., C.A. No. 1:08-1075
Willie James Harris v. Phillips 66 Co., et al., C.A. No. 1:08-1076
Curtis Harris v. Phillips 66 Co., et al., C.A. No. 1:08-1077
James Hargon v. Phillips 66 Co., et al., C.A. No. 1:08-1078
Quincy Lamar Hall v. Phillips 66 Co., et al., C.A. No. 1:08-1079
Paul Gregory v. Phillips 66 Co., et al., C.A. No. 1:08-1080
Stephen C. Greene v. Phillips 66 Co., et al., C.A. No. 1:08-1081
Robert Edward Green v. Phillips 66 Co., et al., C.A. No. 1:08-1082
Gregory Green v. Phillips 66 Co., et al., C.A. No. 1:08-1083
Billy R. Green v. Phillips 66 Co., et al., C.A. No. 1:08-1084
Stanley L. Goode v. Phillips 66 Co., et al., C.A. No. 1:08-1085
Richard G. Gatlin v. Phillips 66 Co., et al., C.A. No. 1:08-1086
Robert Wayne Gardner v. Phillips 66 Co., et al., C.A. No. 1:08-1087
Larry M. Freeman v. Phillips 66 Co., et al., C.A. No. 1:08-1088
Sidney R. Foxworth v. Phillips 66 Co., et al., C.A. No. 1:08-1089
Ernest R. Ford v. Phillips 66 Co., et al., C.A. No. 1:08-1090
Thomas L. Hutto v. Phillips 66 Co., et al., C.A. No. 1:08-1091
Thomas E. Hutto v. Phillips 66 Co., et al., C.A. No. 1:08-1092
Douglas L. Huff v. Phillips 66 Co., et al., C.A. No. 1:08-1093
Charles R. Hoover v. Phillips 66 Co., et al., C.A. No. 1:08-1094
George H. Hollomon v. Phillips 66 Co., et al., C.A. No. 1:08-1095
Melvin Hollingsworth v. Phillips 66 Co., et al., C.A. No. 1:08-1096
Billy R. Hollingsworth v. Phillips 66 Co., et al., C.A. No. 1:08-1097
James E. Hollingshead v. Phillips 66 Co., et al., C.A. No. 1:08-1098
W. C. Hodge v. Phillips 66 Co., et al., C.A. No. 1:08-1099
Thurman R. Hitson, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1100
Donald Newt v. Phillips 66 Co., et al., C.A. No. 1:08-1101
Willard Donald v. Phillips 66 Co., et al., C.A. No. 1:08-1102
Kenneth A. Dubose v. Phillips 66 Co., et al., C.A. No. 1:08-1103
Darrus P. Dunigan v. Phillips 66 Co., et al., C.A. No. 1:08-1104
James Lowrey Dunn v. Phillips 66 Co., et al., C.A. No. 1:08-1105
Ernie Lee Easterling v. Phillips 66 Co., et al., C.A. No. 1:08-1106
Rickey W. Ellzey v. Phillips 66 Co., et al., C.A. No. 1:08-1107
Robert W. Emler v. Phillips 66 Co., et al., C.A. No. 1:08-1108

- A8 -

**MDL No. 875 Schedule A (Continued)**

Southern District of Mississippi (Continued)

John Eubanks v. Phillips 66 Co., et al., C.A. No. 1:08-1109
Joseph C. Evans, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1110
Lee Farmer v. Phillips 66 Co., et al., C.A. No. 1:08-1111
Charles Fedrick, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1112
Joe D. Feduccia v. Phillips 66 Co., et al., C.A. No. 1:08-1113
Kendall Floyd v. Phillips 66 Co., et al., C.A. No. 1:08-1114
George B. Collins v. Phillips 66 Co., et al., C.A. No. 1:08-1115
Roderick Wayne Collins v. Phillips 66 Co., et al., C.A. No. 1:08-1116
Thomas Cooley v. Phillips 66 Co., et al., C.A. No. 1:08-1117
Abby Cothern, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1118
Larry Crager v. Phillips 66 Co., et al., C.A. No. 1:08-1119
Henrietta Cummings, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1120
Wilmer E. Curtis v. Phillips 66 Co., et al., C.A. No. 1:08-1121
Terry W. Davis v. Phillips 66 Co., et al., C.A. No. 1:08-1122
James Dearman v. Phillips 66 Co., et al., C.A. No. 1:08-1123
Kenneth L. Dearman v. Phillips 66 Co., et al., C.A. No. 1:08-1124
Garner L. Delk v. Phillips 66 Co., et al., C.A. No. 1:08-1125
Willie E. Doggett v. Phillips 66 Co., et al., C.A. No. 1:08-1126
James H. Donald v. Phillips 66 Co., et al., C.A. No. 1:08-1127
Issac Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1128
Randy K. Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1129
Thomas Brown , Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1130
James Donald Burkhalter v. Phillips 66 Co., et al., C.A. No. 1:08-1131
Vernon Burrell v. Phillips 66 Co., et al., C.A. No. 1:08-1132
Daniel G. Burrow v. Phillips 66 Co., et al., C.A. No. 1:08-1133
Michael Bustin v. Phillips 66 Co., et al., C.A. No. 1:08-1134
Gary R. Byrd v. Phillips 66 Co., et al., C.A. No. 1:08-1135
Charles R. Campbell v. Phillips 66 Co., et al., C.A. No. 1:08-1136
Douglas Elwood Campbell v. Phillips 66 Co., et al., C.A. No. 1:08-1137
John Howard Carruth v. Phillips 66 Co., et al., C.A. No. 1:08-1138
Audley Carter v. Phillips 66 Co., et al., C.A. No. 1:08-1139
Braxton Clark v. Phillips 66 Co., et al., C.A. No. 1:08-1140
Colin R. Clark v. Phillips 66 Co., et al., C.A. No. 1:08-1141
Robert W. Clark v. Phillips 66 Co., et al., C.A. No. 1:08-1142
Thomas A. Clark v. Phillips 66 Co., et al., C.A. No. 1:08-1143
Winford L. Adcock v. Phillips 66 Co., et al., C.A. No. 1:08-1144
Lloyd G. Alexander v. Phillips 66 Co., et al., C.A. No. 1:08-1145
Melvin Anderson v. Phillips 66 Co., et al., C.A. No. 1:08-1146
Maxie Ray Anding v. Phillips 66 Co., et al., C.A. No. 1:08-1147

- A9 -

**MDL No. 875 Schedule A (Continued)**

Southern District of Mississippi (Continued)

J. C. Arrington v. Phillips 66 Co., et al., C.A. No. 1:08-1148
Milton L. Arrington v. Phillips 66 Co., et al., C.A. No. 1:08-1149
Carlton Aultman v. Phillips 66 Co., et al., C.A. No. 1:08-1150
David Wayne Baggett v. Phillips 66 Co., et al., C.A. No. 1:08-1151
Daniel M. Banks v. Phillips 66 Co., et al., C.A. No. 1:08-1152
Tommy E. Barnes, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1153
Earnest Beasley v. Phillips 66 Co., et al., C.A. No. 1:08-1154
Louis L. Bond v. Phillips 66 Co., et al., C.A. No. 1:08-1155
Bobby G. Boykin v. Phillips 66 Co., et al., C.A. No. 1:08-1156
C.N. Boykin v. Phillips 66 Co., et al., C.A. No. 1:08-1157
Buren Dale Boyles v. Phillips 66 Co., et al., C.A. No. 1:08-1158
George W. Boyte v. Phillips 66 Co., et al., C.A. No. 1:08-1159
Fred Brent v. Phillips 66 Co., et al., C.A. No. 1:08-1160
Donnie Calvin Brewer v. Phillips 66 Co., et al., C.A. No. 1:08-1161
David Brister v. Phillips 66 Co., et al., C.A. No. 1:08-1162
Thomas L. Broadhead v. Phillips 66 Co., et al., C.A. No. 1:08-1163
Estelle Ruth Brown, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1164
Michael Harold Jordan v. Phillips 66 Co., et al., C.A. No. 1:08-1165
John Edgar Keyes v. Phillips 66 Co., et al., C.A. No. 1:08-1166
Jerry Kirk v. Phillips 66 Co., et al., C.A. No. 1:08-1167
Kenneth Kirkendall, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1168
Dewayne Kirkley v. Phillips 66 Co., et al., C.A. No. 1:08-1169
Billy Ray Knight v. Phillips 66 Co., et al., C.A. No. 1:08-1170
Ralph W. Lambert v. Phillips 66 Co., et al., C.A. No. 1:08-1171
Henry E. Landrum v. Phillips 66 Co., et al., C.A. No. 1:08-1172
Edward J. Leggett v. Phillips 66 Co., et al., C.A. No. 1:08-1173
William Lewis, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1174
Robert Lofton v. Phillips 66 Co., et al., C.A. No. 1:08-1175
Bobby F. Maples v. Phillips 66 Co., et al., C.A. No. 1:08-1176
William W. Mashburn, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1177
Lucious Mccaffrey v. Phillips 66 Co., et al., C.A. No. 1:08-1178
Roger W. McCaffrey v. Phillips 66 Co., et al., C.A. No. 1:08-1179
Daniel McCarty v. Phillips 66 Co., et al., C.A. No. 1:08-1180
Alfred Mcdonald v. Phillips 66 Co., et al., C.A. No. 1:08-1181
Charles Mcgee v. Phillips 66 Co., et al., C.A. No. 1:08-1182
William R. Mcgraw v. Phillips 66 Co., et al., C.A. No. 1:08-1183
Delton Alford McKinney v. Phillips 66 Co., et al., C.A. No. 1:08-1184
Charles Irvin McLain v. Phillips 66 Co., et al., C.A. No. 1:08-1185

- A10 -

**MDL No. 875 Schedule A (Continued)**

Southern District of Mississippi (Continued)

James Ray McManus v. Phillips 66 Co., et al., C.A. No. 1:08-1186
Owen L. Mills v. Phillips 66 Co., et al., C.A. No. 1:08-1187
Glen Earl Moak v. Phillips 66 Co., et al., C.A. No. 1:08-1188
William Leon Moore v. Phillips 66 Co., et al., C.A. No. 1:08-1189
Otis L. Morgan v. Phillips 66 Co., et al., C.A. No. 1:08-1190
Bobby Murray, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1191
Michael K. Neely, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1192
Billy Dale Nichols v. Phillips 66 Co., et al., C.A. No. 1:08-1193
Shelby Nugent v. Phillips 66 Co., et al., C.A. No. 1:08-1194
Rickey L. Oliver v. Phillips 66 Co., et al., C.A. No. 1:08-1195
Gene William Pacey v. Phillips 66 Co., et al., C.A. No. 1:08-1196
Jeffrey B. Parker v. Phillips 66 Co., et al., C.A. No. 1:08-1197
Phillip L. Parnell v. Phillips 66 Co., et al., C.A. No. 1:08-1198
Clifton A. Perkins v. Phillips 66 Co., et al., C.A. No. 1:08-1199
Alfred J. Pittman v. Phillips 66 Co., et al., C.A. No. 1:08-1200
Michael C. Pitts v. Phillips 66 Co., et al., C.A. No. 1:08-1201
Sam Pitts v. Phillips 66 Co., et al., C.A. No. 1:08-1202
V.W. Pitts v. Phillips 66 Co., et al., C.A. No. 1:08-1203
Carl O. Porter v. Phillips 66 Co., et al., C.A. No. 1:08-1204
Gary L. Price v. Phillips 66 Co., et al., C.A. No. 1:08-1205
William Steve Reed v. Phillips 66 Co., et al., C.A. No. 1:08-1206
Harvey Richard Revette, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1207
Charles L. Rigney, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1208
Donald Robbins v. Phillips 66 Co., et al., C.A. No. 1:08-1209
Jimmy Roberts v. Phillips 66 Co., et al., C.A. No. 1:08-1210
Johnny William Roberts v. Phillips 66 Co., et al., C.A. No. 1:08-1211
Julius E. Rodgers v. Phillips 66 Co., et al., C.A. No. 1:08-1212
David Clinton Rollins v. Phillips 66 Co., et al., C.A. No. 1:08-1213
William H. Russell v. Phillips 66 Co., et al., C.A. No. 1:08-1214
Billy Joe Rutland v. Phillips 66 Co., et al., C.A. No. 1:08-1215
Arthur L. Scarbrough v. Phillips 66 Co., et al., C.A. No. 1:08-1216
Gary B. Sims v. Phillips 66 Co., et al., C.A. No. 1:08-1217
John W. Sims, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1218
Ervin Smith v. Phillips 66 Co., et al., C.A. No. 1:08-1219
Mark Smith v. Phillips 66 Co., et al., C.A. No. 1:08-1220
Vince Edward Smith v. Phillips 66 Co., et al., C.A. No. 1:08-1221
Willis T. Smith v. Phillips 66 Co., et al., C.A. No. 1:08-1222
James C. Speights v. Phillips 66 Co., et al., C.A. No. 1:08-1223
Bobby Spiars v. Phillips 66 Co., et al., C.A. No. 1:08-1224

- A11 -

**MDL No. 875 Schedule A (Continued)**

        Southern District of Mississippi (Continued)

    Stephen V. Spradley v. Phillips 66 Co., et al., C.A. No. 1:08-1225
    Charlie Alford Stampley v. Phillips 66 Co., et al., C.A. No. 1:08-1226
    David Foster Stanley v. Phillips 66 Co., et al., C.A. No. 1:08-1227
    William J. Street v. Phillips 66 Co., et al., C.A. No. 1:08-1228
    Melton L. Strickland v. Phillips 66 Co., et al., C.A. No. 1:08-1229
    Louis Tageant v. Phillips 66 Co., et al., C.A. No. 1:08-1230
    Edward Tanner, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1231
    Harold D. Thornton v. Phillips 66 Co., et al., C.A. No. 1:08-1232
    Larry W. Townsend v. Phillips 66 Co., et al., C.A. No. 1:08-1233
    William C. Tucker v. Phillips 66 Co., et al., C.A. No. 1:08-1234
    Dewey Upshaw v. Phillips 66 Co., et al., C.A. No. 1:08-1235
    Jerry Upshaw v. Phillips 66 Co., et al., C.A. No. 1:08-1236
    Robert Earl Wade v. Phillips 66 Co., et al., C.A. No. 1:08-1237
    Billy J. Wagley v. Phillips 66 Co., et al., C.A. No. 1:08-1238
    Johnny R. Weeks v. Phillips 66 Co., et al., C.A. No. 1:08-1239
    Freddie Weir v. Phillips 66 Co., et al., C.A. No. 1:08-1240
    Bobby G. Wells, Sr. v. Phillips 66 Co., et al., C.A. No. 1:08-1241
    Charlie West v. Phillips 66 Co., et al., C.A. No. 1:08-1242
    Dalton L. West v. Phillips 66 Co., et al., C.A. No. 1:08-1243
    Thomas E. West v. Phillips 66 Co., et al., C.A. No. 1:08-1244
    Earl Dean Westerfield v. Phillips 66 Co., et al., C.A. No. 1:08-1245
    Larry J. White v. Phillips 66 Co., et al., C.A. No. 1:08-1246
    James E. White, Jr. v. Phillips 66 Co., et al., C.A. No. 1:08-1247
    Reba N. Wilkinson v. Phillips 66 Co., et al., C.A. No. 1:08-1248
    Versie L. Durr, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1249
    Patricia Goldman, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1250
    Wilma Heathcock, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1251
    Billie Lambert, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1252
    Teresa Darty v. Phillips 66 Co., et al., C.A. No. 1:08-1253
    Vanessa Lindsey, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1254
    Neena Mosley v. Phillips 66 Co., et al., C.A. No. 1:08-1255
    Billy G. Brown v. Phillips 66 Co., et al., C.A. No. 1:08-1256
    Ollie Mae Carter, etc. v. Phillips 66 Co., et al., C.A. No. 1:08-1257
    Audrey Nell Ingle v. Phillips 66 Co., et al., C.A. No. 1:08-1258
    Audie Mae Prine, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1259
    Lyndall Smith, et al. v. Phillips 66 Co., et al., C.A. No. 1:08-1260
    Peter Wise v. Phillips 66 Co., et al., C.A. No. 1:08-1261