ate: 2/3/2009    Time: 11:52 AM    To: Clerk @ 1-202-502-2888    Pa
& Hanley LLP    Case MDL No. 875    Document 5735    Filed 02/05/09    Page 1 of 3

MDL 875    JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Case 2:08-cv-07434-R-JTL    Document 30    Filed 01/23/2009    Page 1 of 3

FEB -5 2009

FILED
CLERK'S OFFICE

JS-6

PLEADING NO. 5735

MDL-875 RECOMMENDED ACTION
Vac CTO-318 Zackers
Approved/Date: fr. 4 Feb 09

```
1  Dean A. Hanley, Esq.      (State Bar No. 169507)
   Deborah R. Rosenthal, Esq. (State Bar No. 184241)
2  Carole M. Bosch, Esq.     (State Bar No. 239790)
   PAUL AND HANLEY LLP
3  1608 Fourth Street, Suite 300
   Berkeley, California 94710
4  Telephone: (510) 559-9980
   Facsimile: (510) 559-9970
5  dhanley@paulandhanley.com
   drosenthal@paulandhanley.com
6
7  Attorneys for Plaintiffs
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CAROL S. DUDASH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALSTOM POWER, INC., et al., <br><br> Defendants. | Case No.: CV 08-7434 R (JTLx) <br><br> STIPULATION REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER <br><br> [C.D. Cal. Local Rules 7-1 & 52-9] <br><br> Courtroom: 8 <br> Judge: Hon. Manuel L. Real |

Plaintiffs and defendant Viad Corp. submit this stipulation jointly requesting that the Court issue an order dismissing with prejudice plaintiffs' action against Viad and remanding this case in its entirety to state court.

IT IS HEREBY STIPULATED by and between plaintiffs and Viad, through their respective attorneys of record, as follows:

Plaintiffs initiated this action on October 3, 2008, in the Superior Court of the State of California, County of Los Angeles. Following service of summons on its agent for service of process, Viad timely removed this case to the United States

STIPULATION REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER
C:\Documents and Settings\dhanley\Local Settings\Temporary Internet Files\OLK16A\Stip re remand (2).doc

OFFICIAL FILE COPY

IMAGED FEB 5 2009

ate: 2/3/2009   Time: 11:52 AM   To: Clerk @ 1-202-502-2888   Pa
& Hanley LLP        Case MDL No. 875   Document 5735   Filed 02/05/09   Page 2 of 3

Case 2:08-cv-07434-R-JTL   Document 30   Filed 01/23/2009   Page 2 of 3

1. District Court for the Central District of California, asserting federal officer
2. jurisdiction based on the government contractor defense. No other defendant filed
3. and served a notice of removal in this case, and no other defendant joined in Viad's
4. notice of removal.
5.     Plaintiffs and Viad hereby jointly request that the Court dismiss with
6. prejudice plaintiffs' action against Viad and remand this case in its entirety to state
7. court. With the dismissal of plaintiffs' action against Viad, there will remain no
8. party in this action that has invoked the jurisdiction of the federal courts in this case.
9.     Plaintiffs' willingness to stipulate to the dismissal with prejudice of this
10. action against Viad is conditioned upon the remand of this case in its entirety to the
11. Superior Court of the State of California, County of Los Angeles; and Viad's
12. willingness to stipulate to the remand of this case to state court is conditioned upon
13. the dismissal with prejudice of plaintiffs' action against it.
14.     If the Court orders the dismissal with prejudice of plaintiffs' action against
15. Viad and the remand of this case in its entirety to state court, plaintiffs and Viad
16. waive all claims for costs and expenses in relation to this action as against each other.
17.     IT IS SO STIPULATED.
18. DATED: January 20, 2009          PAUL AND HANLEY, LLP

                                                  Deborah R. Rosenthal, attorney for plaintiffs

22. DATED: January 20, 2009          FOLEY & MANSFIELD LLP

                                                  Peter B. Langbord, attorney for Viad Corp.

ate: 2/3/2009    Time: 11:52 AM   To: Clerk @ 1-202-502-2888                          Pa
& Hanley LLP
Case MDL No. 875   Document 5735   Filed 02/05/09   Page 3 of 3

Case 2:08-cv-07434-R-JTL   Document 30   Filed 01/23/2009   Page 3 of 3

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Viad Corp. is hereby dismissed with prejudice from the instant action. It is further ordered that the above-captioned case, *Carol Dudash et. al. v. Alstom Power, Inc., et. al.*, U.S. District Court Case No. CV 08-7434 R (JTLx), is hereby remanded to the Superior Court of the State of California in and for the County of Los Angeles. Each party shall bear its own costs and expenses in relation to this action as against each other.

DATED: Jan. 23, 2009

_____
HONORABLE MANUEL L. REAL

STIPULATION REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER