**MDL 875**

Case 3:08-cv-03013-JSW   Document 78   Filed 02/02/2009   Page 1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB -5 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5736

1. Dean A. Hanley, Esq. (State Bar No. 169507)
2. Deborah R. Rosenthal, Esq. (State Bar No. 184241)
   PAUL AND HANLEY LLP
   1608 Fourth Street, Suite 300
3. Berkeley, California 94710
   Telephone: (510) 559-9980
4. Facsimile: (510) 559-9970
   Email: dhanley@paulandhanley.com
5. Email: drosenthal@paulandhanley.com

6. Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERI REDMAN, individually and as successor-in-interest to RONALD REDMAN, deceased; and JERI REDMAN, AMY REDMAN, DAVID C. REDMAN, MARK REDMAN and PAUL REDMAN, as legal heirs of RONALD REDMAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON, et al.,<br><br>DEFENDANTS. | Case No.: 08-cv-03013-JSW<br><br>**STIPULATION REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER**<br><br>[ND CA Local Rules 7-1 & 7-12] |

Plaintiffs and defendant Viad Corp. submit this stipulation jointly requesting that the Court issue an order dismissing with prejudice plaintiffs' action against Viad and remanding this case in its entirety to state court.

IT IS HEREBY STIPULATED by and between plaintiffs and Viad, through their respective attorneys of record, as follows:

Plaintiffs initiated this action on April 16, 2008, in the Superior Court of the State of California, County of San Francisco. Following service of summons on its agent for service of process, Viad timely removed this case to the United States District Court for the Northern District of California, asserting federal officer jurisdiction based on the government contractor

STIPULATION REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER

1  defense. No other defendant filed and served a notice of removal in this case, and no other
2  defendant joined in Viad's notice of removal.
3      Plaintiffs and Viad hereby jointly request that the Court dismiss with prejudice plaintiffs'
4  action against Viad and remand this case in its entirety to state court. With the dismissal of
5  plaintiffs' action against Viad, there will remain no party in this action that has invoked the
6  jurisdiction of the federal courts in this case.
7      Plaintiffs' willingness to stipulate to the dismissal with prejudice of this action against
8  Viad is conditioned upon the remand of this case in its entirety to the Superior Court of the State
9  of California, County of San Francisco; and Viad's willingness to stipulate to the remand of this
10 case to state court is conditioned upon the dismissal with prejudice of plaintiffs' action against it.
11     If the Court orders the dismissal with prejudice of plaintiffs' action against Viad and the
12 remand of this case in its entirety to state court, plaintiffs and Viad waive all claims for costs and
13 expenses in relation to this action as against each other.

IT IS SO STIPULATED.

DATED: January 20, 2009              PAUL AND HANLEY, LLP

                                     _____
                                     Deborah R. Rosenthal, attorney for plaintiffs

DATED: January 20th, 2009            CHARTER DAVIS, LLP

                                     _____
                                     Maria S. Rosenfeld, attorney for Viad Corp.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Viad Corp. is hereby dismissed with prejudice from the instant action. It is further ordered that the above-captioned case, *Jeri Redman et. al. v. A. W. Chesterton Co. et. al.*, U.S. District Court Case No. 08-cv-03013-JSW, is hereby remanded to the Superior Court of the State of California in and for the County of San Francisco. Each party shall bear its own costs and expenses in relation to this action as against each other.

DATED: January 30, 2009              _____
                                     HONORABLE JEFFREY S. WHITE

STIPULATION REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER
H:\Hanley\CLIENT\...\MSJ\msj.DOC

## PROOF OF SERVICE

## STATE OF CALIFORNIA

I am employed in the County of Alameda State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710.

On February 3, 3009 I caused to be served the foregoing:

**MDL Letter re Remand**

and a copy of this declaration to the interested parties herein as follows:

[ ]   By personal delivery of a true copy thereof to:

[ ]   By transmittal from a facsimile machine whose telephone number is (510) 559-9970:

[X]   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Berkeley, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: February 3, 2009

_____
Anne Scott

*Carol S. Dudash, et. al. v. Alstom Power, Inc., et. al.*, C.D. California, C.A. No. 2:08-7434
*Jeri Redman, et. al. v. A.W. Chesterton Co., et. al.*, N.D. California, C.A. No. 3:08-3013

C:\Documents and Settings\AScott\Desktop\Proof of Service LA.doc

ate: 2/3/2009   Time: 11:52 AM   To: Clerk @ 1-202-502-2888                                    Pa
& Hanley LLP           Case MDL No. 875   Document 5736   Filed 02/05/09   Page 4 of 5

Page 1 of 2

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-318)**

Carol S. Dudash, et al. v. Alstom Power, Inc., et al., C.D. California, C.A. No. 2:08-7434
John Lusk, et al. v. A.B. Boyd Co., et al., C.D. California, C.A. No. 2:08-7548
Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al., N.D. California, C.A. No. 3:08-3013
David Sanborn, et al. v. Asbestos Corp., Ltd., et al., N.D. California, C.A. No. 3:08-5260

Joseph Blaise Adams
BASSI MARTINI EDLIN & BLUM
351 California Street
Suite 200
San Francisco, CA 94104

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Melissa R. Badgett
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert E. Boone, III
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Timothy Colin Connor
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street
Suite 240
P.O. Box 15408
Sacramento, CA 95814

Carlos J.E. Guzman
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Dean A. Hanley
PAUL HANLEY & HARLEY
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

ate: 2/3/2009   Time: 11:52 AM   To: Clerk @ 1-202-502-2888                                     Pa
& Hanley LLP         Case MDL No. 875   Document 5736   Filed 02/05/09   Page 5 of 5

Page 2 of 2

## MDL No. 875 - Panel Service List (Excerpted from CTO-318 (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kathryn Louise McCann
LINER YANKELEVITZ SUNSHINE
& REGENSTREIF
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Andrew I. Port
EMARD DANOFF PORT
TAMULSKI & PAETZOLD
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Trung VI Quang
MCKENNA LONG & ALDRIDGE
101 California Street
41st. Floor
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Carolin K. Shining
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Stree
42nd Floor
Los Angeles, CA 90017-2223

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 FEB -3 P 3:00
RECEIVED CLERK'S OFFICE