UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 05, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Carol S. Dudash, et al. v. Alstom Power, Inc., et al., ) | |
|     C.D. California, C.A. No. 2:08-7434 ) | MDL No. 875 |
| Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al., ) | |
|     N.D. California, C.A. No. 3:08-3013 ) | |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in these actions (*Dudash* and *Redman*) on January 9, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Dudash* and *Redman* filed notices of opposition to the proposed transfer. The Panel has now been advised that *Dudash* was remanded to the Superior Court of the State of California in and for the County of Los Angeles by the Honorable Manuel L. Real in an order filed on January 23, 2009. The Panel has also been advised that *Redman* was remanded to the Superior Court of the State of California in and for the County of San Francisco by the Honorable Jeffrey S. White in an order filed on February 2, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-318" filed on January 9, 2009, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel