MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB -6 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

*Terry and Jo Ann Cardaro v. Aerojet General Corp., et al.*,
E.D. Pennsylvania, C.A. No. 2:07-74046
(E.D. Louisiana, C.A. No. 2:05-2684)

## NOTICE OF OPPOSITION TO CRO

I represent Defendant Metallo Gasket Company ("Metallo Gasket") in the above captioned matter which is included on the conditional remand order. Metallo Gasket submits this opposition to the conditional remand order solely on the fact that it filed a Motion for Summary Judgment on January 9, 2009 and neither plaintiffs nor co-defendants opposed Metallo Gasket's motion within the time allotted by the Federal Rules. Metallo Gasket's Summary Judgment Motion should be granted before the Transferor Court loses jurisdiction because no party to this case has objected to the dismissal of Metallo Gasket. Furthermore, Metallo Gasket's motion should be granted out of judicial efficiency and to prevent Metallo Gasket from having to incur additional attorney fees. I understand that the motion and brief to vacate are due in 15 days.

PLEADING NO. 5738

Sincerely,

*[signature]*

Kathleen D. Wilkinson
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Independence Square West, Suite 1130 East
Philadelphia, PA 19106-3308
Tel: (215) 627-6900
Fax: (215) 627-2665
kathleen.wilkinson@wilsonelser.com

347316.1

**OFFICIAL FILE COPY**

2009 FEB -5 A 10: 01
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IMAGED FEB 6 2009