**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 6 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

### MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

*Terry and Jo Ann Cardaro v. Aerojet General Corp., et al.,*
E.D. Pennsylvania, C.A. No. 2:07-74046
(E.D. Louisiana, C.A. No. 2:05-2684)

## NOTICE OF OPPOSITION TO CRO

I represent Defendant Badger Meter, Inc. ("Badger Meter") in the above captioned matter. This Panel issued a conditional remand order for this matter on January 22, 2009. Badger Meter submits this opposition to the conditional remand order solely on the fact that it filed a Motion for Summary Judgment on January 5, 2009, and neither plaintiffs nor co-defendants opposed Badger Meter's motion within the time allotted by the Federal Rules. Badger Meter's Motion for Summary Judgment should be granted before the Transferor Court loses jurisdiction because no party to this case has objected to the dismissal of Badger Meter. Furthermore, Badger Meter's motion should be granted out of judicial efficiency and to prevent Badger Meter from having to incur additional attorney fees. I understand that the motion and brief to vacate are due in 15 days.

Respectfully submitted,

**LOCKE LORD BISSELL & LIDDELL LLP**

By: _____
Jesus Garcia, Jr.
Texas State Bar No. 24027389
(Admitted Pro Hac Vice)
Attorney In Charge

John B. Hall
Texas State Bar No. 08759900
(Admitted Pro Hac Vice)
600 Travis Street
3400 JPMorgan Chase Tower
Houston, Texas 77002-3095
(713) 226-1200 (Telephone)
(713) 223-3717 (Facsimile)

**ATTORNEYS FOR DEFENDANT BADGER METER, INC.**

PLEADING NO. 5739

RECEIVED CLERK'S OFFICE
2009 FEB -6 A 11:27
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

HOU:0507397/00013:1378034v1

**OFFICIAL FILE COPY**   IMAGED FEB 6 2009