UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 10, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

David Sanborn, et al. v. Asbestos Corp., Ltd., et al.,     )
    N.D. California, C.A. No. 3:08-5260          )           MDL No. 875


### ORDER VACATING CONDITIONAL TRANSFER ORDER


A conditional transfer order was filed in this action (*Sanborn*) on January 9, 2009.  Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Sanborn* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that *Sanborn* was remanded to the Superior Court of the State of California for the County of Alameda, by the Honorable Phyllis J. Hamilton in an order filed on February 6, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-318" filed on January 9, 2009, is VACATED insofar as it relates to this action.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel