**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 12 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*John Koloen, et al. v. General Electric Co., et al.*
CAN 3 08-4416

## NOTICE OF WITHDRAWAL OF OPPOSITION TO CTO – 318

I represent the Defendant National Metal and Steel Corporation ("National Metal") in the case entitled *John Koloen, et al. v. General Electric Co., et al.,* CAN 3 08-4416, which is included on the conditional transfer order (CTO-318). Defendant National Metal hereby withdraws its prior Notice of Opposition to the conditional transfer order.

Sincerely,

DONGELL LAWRENCE FINNEY LLP

_____
JASON BOOTH (CA Bar No. 143437)
MOIRA DOHERTY (CA Bar No. 165967)
707 Wilshire Blvd., 45th Floor
Los Angeles, California 90017
Telephone: 213.943.6100
Facsimile: 213.943.6101
Email: mdoherty@dlflawyers.com
Email: jboooth@dlflawyers.com

PLEADING NO. 5752

MDL- **875** LIFT STAY / ACT?
RECOMMENDED ACTION

Approved/Date: FR for RN 12Feb09

**OFFICIAL FILE COPY**

IMAGED FEB 1 2 2009

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant's Notice of Opposition to CTO-318 has been served upon all counsel of record by Electronic Transmission, this 3rd day of February, 2009.

MOIRA DOHERTY