UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 12, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

John Koloen, et al. v. General Electric Co., et al.,  )
N.D. California, C.A. No. 3:08-4416  )  MDL No. 875

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Koloen*) on January 9, 2009.  Prior to expiration of that order's 15-day stay of transmittal, defendant in *Koloen* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that defendant wishes to withdraw its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-318" filed on January 9, 2009, is LIFTED insofar as it relates to this action.  The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel