MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION | § § | MDL DOCKET NO. 875<br>CTO-318 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CURRY<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN STANDARD, INC., et al.<br><br>    Defendants. | § § § § § § § § § | CASE NO. 08-CV-10228 |

### PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Comes now Plaintiff Michael Curry and files this Motion to Vacate the Conditional Transfer Order.

This case was originally filed in state court in the New York City Asbestos Litigation ("NYCAL") docket, but was removed to the United States District Court for the Southern District of New York.

PLEADING NO. 5754

OFFICIAL FILE COPY

IMAGED FEB 1 7 2009

Transfer of this case to MDL-875 does not serve the best interests of this case or of the litigation system because the case will not proceed quickly to trial. This case will proceed to resolution most quickly if allowed to remain before Judge George Daniels, to obtain a pre-trial schedule and trial date, and to be tried quickly before Mr. Curry dies.

Mr. Curry is dying of mesothelioma, an invariably fatal cancer caused by asbestos exposure. Permitting this case to remain before Judge Daniels would allow the possibility of reaching trial before Mr. Curry succumbs to his mesothelioma.

## CONCLUSION

WHEREFORE, plaintiff respectfully prays that the conditional transfer orders regarding this case be vacated.

DATED: February 12, 2009

Respectfully submitted,

By: _____
LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block
Sharon J. Zinns
800 Third Ave, 13th Floor
New York, New York 10022
(212) 605-6200

RECEIVED CLERK'S OFFICE 2009 FEB 13 A 10:12 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
 )ss.:
COUNTY OF NEW YORK )

**Amanda Bedford**, being duly sworn deposes and says she is an employee of Levy Phillips & Konigsberg, L.L.P., the attorneys for the plaintiffs herein, is over 18 years of age and is not a party to the within action. That on the 12th day of February, 2009, a copy of **Plaintiff's Motion to Vacate the Conditional Transfer Order** on behalf of **Michael Curry** was sent via first class mail to:

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael A. Tanenbaum
SEDGWICK DETERT
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102

Michael P. Thornton
THORNTON & NAUMES
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Post Office regularly maintained by the United States Government in said County of New York directed to said attorneys.

*Amanda Bedford*

Sworn to before me this 12th day of February, 2009

NOTARY PUBLIC

DOREEN M. COLE
Notary Public, State of New York
No. 01CO6041044
Qualified in Queens County
Commission Expires 5/11/0