JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 20 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on March 26, 2009, the Panel will convene a hearing session in San Diego, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

/s/ John G. Heyburn II
_____
John G. Heyburn II
Chairman

| | |
|---|---|
| J. Frederick Motz | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr. |

IMAGED FEB 2 3 2009

SCHEDULE OF MATTERS FOR HEARING SESSION
March 26, 2009 -- San Diego, California

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL No. 2020 -- **IN RE: AETNA, INC., OUT-OF-NETWORK "UCR" RATES LITIGATION**

Motion of defendants Aetna, Inc.; Aetna Health Inc. PA, Corp.; Aetna Health Management, LLC; Aetna Life Insurance Co.; Aetna Health & Life Insurance Co.; Aetna Health Inc.; and Aetna Insurance Co. of Connecticut for centralization of the following actions in a single United States district court:

District of Connecticut

Jeffrey M. Weintraub v. Ingenix, Inc., et al., C.A. No. 3:08-654

District of New Jersey

Michele Cooper, et al. v. Aetna Health Inc. PA, Corp., et al., C.A. No. 2:07-3541

MDL No. 2021 -- **IN RE: LE-NATURE'S, INC., COMMERCIAL LITIGATION**

Motion of CIT Group/Equipment Financing, Inc.; Wiley Sharp, III; Marshall Investments Corp.; Marshall Financial, Inc.; and The Marshall BankFirst Corp. for centralization of the following actions in the United States District Court for the Western District of Pennsylvania:

Northern District of Alabama

Compass Financial Corp., et al. v. Marshall Investments Corp., et al., C.A. No. 2:07-1543

District of Arizona

CIT Group/Equipment Financing, Inc. v. Krones, Inc., et al., C.A. No. 2:08-1948

Northern District of Illinois

MB Financial Bank, N.A. v. Marshall Investments Corp., et al., C.A. No. 1:08-2138

Schedule of Matters for Hearing Session, Section A  p. 2
San Diego, California

MDL No. 2021 (Continued)

Western District of Pennsylvania

California Public Employees' Retirement System, et al. v. Wachovia Capital Markets, LLC, et al., C.A. No. 2:08-1414
Marc S. Kirschner, etc. v. Wachovia Capital Markets, LLC, et al., C.A. No. 2:08-1518

MDL No. 2022 -- **IN RE: PAYLESS SHOESOURCE, INC., CALIFORNIA SONG-BEVERLY CREDIT CARD ACT LITIGATION**

Motion of defendant Payless ShoeSource, Inc., for centralization of the following actions in the United States District Court for the Eastern District of California:

Central District of California

Jessica R. Clark v. Payless ShoeSource, Inc., C.A. No. 2:08-8213

Eastern District of California

Michael Swaney v. Payless ShoeSource, Inc., C.A. No. 2:08-2672

MDL No. 2023 -- **IN RE: BAYER CORP. COMBINATION ASPIRIN PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff Judith Davidson-Grodzian for centralization of certain of the following actions in the United States District Court for the District of New Jersey; motion of plaintiffs Anne McCabe, et al., for centralization of certain of the following actions in the United States District Court for the Southern District of California; and motion of plaintiffs Lynne Nosbisch and Robert Nosbisch for centralization of certain of the following actions in the United States District Court for the Southern District of Illinois:

Southern District of California

Anne McCabe, et al. v. Bayer Healthcare, LLC, C.A. No. 3:08-2417

MDL No. 2023 (Continued)

### Southern District of Illinois

Lynne Nosbisch v. Bayer AG, et al., C.A. No. 3:08-820
Robert Nosbisch v. Bayer AG, et al., C.A. No. 3:08-821

### District of New Jersey

Shannon Baty v. Bayer Corp., et al., C.A. No. 2:08-5346
Kris Gerhard v. Bayer Healthcare, LLC, C.A. No. 2:08-5660
Judith Davidson-Grodzian v. Bayer Healthcare, LLC, C.A. No. 2:08-6064
Beverlysue Blank, et al. v. Bayer Healthcare, LLC, C.A. No. 2:09-176

### Eastern District of New York

Nina Goldberg, et al. v. Bayer Healthcare, LLC, et al., C.A. No. 1:08-4623

MDL No. 2024 -- **IN RE: ALFA LEISURE SEE YA! MOTOR HOME FIRE CONTRACT LITIGATION**

Motion of plaintiffs National General Assurance Company and GMAC Insurance Company, etc., for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

National General Assurance Co. v. Los Angeles Freightliner LLC, et al.,
    C.A. No. 2:08-6973

### District of New Hampshire

National General Assurance Co., etc. v. Freightliner of New Hampshire, Inc, et al.,
    C.A. No. 1:08-440

### District of North Dakota

National General Assurance Co., etc. v. Daimler Trucks North America, LLC, et al.,
    C.A. No. 3:08-40

Schedule of Matters for Hearing Session, Section A                                        p. 4
San Diego, California

### MDL No. 2025 -- IN RE: STAPLES, INC., WAGE & HOUR EMPLOYMENT PRACTICES LITIGATION

Motion of defendant Staples, Inc., for centralization of the following actions in the United States District Court for the District of New Jersey:

District of Connecticut

Omar Morrison, et al. v. Staples, Inc., C.A. No. 3:08-616

District of Massachusetts

Jeffrey Ciotti v. Staples, Inc., C.A. No. 1:08-11305
Christopher Price v. Staples, Inc., C.A. No. 1:09-10008

District of New Jersey

N'Gai George v. Staples, Inc., C.A. No. 2:08-5746

Eastern District of New York

Vishal Sharma v. Staples, Inc., C.A. No. 1:08-3932

Western District of Pennsylvania

Robert Zelinsky, et al. v. Staples, Inc., C.A. No. 2:08-684

### MDL No. 2026 -- IN RE: ARIZONA BEVERAGE CO. PRODUCTS MARKETING AND SALES PRACTICES LITIGATION

Motion of defendants Hornell Brewing Co., Inc.; Ferolito, Vultaggio & Sons; and Arizona Beverage Co., LLC, for centralization of the following actions in the United States District Court for the District of New Jersey:

Southern District of California

Heidi Hitt v. Arizona Beverage Co., LLC, et al., C.A. No. 3:08-809

Schedule of Matters for Hearing Session, Section A                               p. 5
San Diego, California

MDL No. 2026 (Continued)

      Southern District of Florida

Eric Covington v. Arizona Beverage Co., LLC, et al., C.A. No. 1:08-21894

      District of New Jersey

Lauren Coyle v. Hornell Brewing Co., Inc., et al., C.A. No. 1:08-2797

MDL No. 2027 -- **IN RE: SATYAM COMPUTER SERVICES, LTD., SECURITIES LITIGATION**

    Motion of plaintiff Saji Vettiyil for centralization of the following actions in the United States District Court for the Northern District of California:

      Northern District of California

Saji Vettiyil v. Satyam Computer Services, Ltd., et al., C.A. No. 5:09-117

      Southern District of New York

Aekta Ben Patel v. Satyam Computer Services, Ltd., et al., C.A. No. 1:09-93
Hossein Momenzadeh v. Satyam Computer Services, Ltd., et al., C.A. No. 1:09-161
Cynthia Freeman v. Satyam Computer Services, Ltd., et al., C.A. No. 1:09-330
Naveen Chander Jepu v. Satyam Computer Services, Ltd., et al., C.A. No. 1:09-337
Bert H. Sturgis, II v. Satyam Computer Services, Ltd., et al., C.A. No. 1:09-361

Schedule of Matters for Hearing Session, Section A                    p. 6
San Diego, California

### MDL No. 2028 -- IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION

Motion of plaintiffs Anita Hunter, et al., for centralization of the following actions in the United States District Court for the Northern District of California or, in the alternative, the United States District Court for the District of Nevada:

Northern District of California

Anita Hunter, et al. v. Edward H. Okun, et al., C.A. No. 5:07-2795

District of Massachusetts

Quirk Infiniti, Inc. v. Wachovia Bank, N.A., C.A. No. 1:08-12060

### MDL No. 2029 -- IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION

Motion, as amended, of plaintiffs Jonathan Groce, et al., for centralization of the following actions in the United States District Court for the Northern District of California:

Northern District of California

Andrea Resnick, et al. v. Walmart.com USA LLC, et al., C.A. No. 3:09-2
Michael O'Connor v. Walmart.com USA LLC, et al., C.A. No. 3:09-96
Sarah Endzweig v. Walmart.com USA LLC, et al., C.A. No. 3:09-111
Christopher P. Schmitz v. Walmart.com USA LLC, et al., C.A. No. 3:09-116
Scott Lynch, et al. v. Walmart.com USA LLC, et al., C.A. No. 3:09-138
Jonathan Groce, et al. v. Netflix, Inc., et al., C.A. No. 3:09-139
Liza Sivek v. Walmart.com USA LLC, et al., C.A. No. 3:09-156
Armond Faris v. Netflix, Inc., et al., C.A. No. 3:09-180
Suzanne Slobodin v. Netflix, Inc., et al., C.A. No. 3:09-225
Katherine M. Anthony, et al. v. Walmart.com USA LLC, et al., C.A. No. 3:09-236
Melanie Polk-Stamps v. Netflix, Inc., et al., C.A. No. 3:09-244

Western District of Washington

Stan Magee v. Netflix, Inc., et al., C.A. No. 2:09-70

Schedule of Matters for Hearing Session, Section B  p. 7
San Diego, California

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Oppositions of certain plaintiffs and defendants Beazer East, Inc.; Honeywell International, Inc.; Koppers, Inc.; and Vertellus Specialties, Inc., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

John Lusk, et al. v. A.B. Boyd Co., et al., C.A. No. 2:08-7548

Eastern District of Louisiana

Walter McDonald, et al. v. Crowley Maritime Corp., et al., C.A. No. 2:08-4203
Clarence Scott Wren, Sr. v. Cooper/T. Smith Stevedoring, Inc., et al., C.A. No. 2:08-4204

Eastern District of Michigan

Garry Turner v. Grand Trunk Western Railroad, Inc., C.A. No. 2:08-14920

District of New Jersey

Francine Peluso v. Asbestos Corp., Ltd., et al., C.A. No. 2:08-5112

Southern District of New York

Michael Curry v. American Standard, Inc., et al., C.A. No. 1:08-10228

District of Oregon

Vivian L. Dunn, etc. v. B&P Process Equipment & Systems, LLC, et al.,
    C.A. No. 3:08-469

Schedule of Matters for Hearing Session, Section B　　　　　　　　　　　　　　p. 8
San Diego, California

MDL No. 875 (Continued)

### Eastern District of Tennessee

Angie Smiddy, etc. v. Alcoa, Inc., C.A. No. 3:08-368

### District of Utah

Ronnie Smith, et al. v. Ford Motor Co., et al., C.A. No. 2:08-630

**MDL No. 1401 -- IN RE: SULZER ORTHOPEDICS INC. HIP PROSTHESIS AND KNEE PROSTHESIS PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Brian C. Howard, M.D., et al., for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern District of Oklahoma:

### Northern District of Ohio

Brian C. Howard, M.D., et al. v. Sulzer Orthopedics, Inc., et al., C.A. No. 1:03-9006
　(N.D. Oklahoma, C.A. No. 4:02-564)

**MDL No. 1535 -- IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION**

Opposition of defendant The Dow Chemical Company to transfer of the following action to the United States District Court for the Northern District of Ohio:

### Eastern District of Michigan

Norris McCann, et al. v. Air Products & Chemicals, Inc., et al., C.A. No. 1:08-14235

## MDL No. 1657 -- IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff David Hall to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Northern District of Florida

David Hall v. Merck & Co., Inc., C.A. No. 3:08-473

## MDL No. 1708 -- IN RE: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Dolores Georgian Nance, et al., to transfer of the following action to the United States District Court for the District of Minnesota:

Eastern District of Missouri

Dolores Georgian Nance, et al. v. Guidant Corp., et al., C.A. No. 4:08-1798

## MDL No. 1715 -- IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Motion of defendants Washington Mutual Specialty Mortgage LLC; Citi Residential Lending, Inc.; and Ameriquest Mortgage Company to transfer the following action to the United States District Court for the Northern District of Illinois:

District of Massachusetts

Roland J. Petit, et al. v. Washington Mutual Specialty Mortgage, LLC, et al.,
    Bky. Advy. No. 1:08-1278

### MDL No. 1718 -- IN RE: FORD MOTOR CO. SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Jayne Clarke, et al., to transfer of the following action to the United States District Court for the Eastern District of Michigan:

Western District of Oklahoma

Jayne Clarke, et al. v. Ford Motor Co., C.A. No. 5:08-1189

### MDL No. 1763 -- IN RE: HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Frances Jandrositz to transfer of the following action to the United States District Court for the District of New Jersey:

District of Maryland

Frances Jandrositz v. LifeCell Corp., et al., C.A. No. 1:08-2763

### MDL No. 1769 -- IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

Motions of defendant AstraZeneca Pharmaceuticals LP to transfer the following actions to the United States District Court for the Middle District of Florida:

Northern District of Georgia

Joseph L. Williams v. Astrozenica, Inc., C.A. No. 1:08-3732

Northern District of Texas

Carla Kelly, et al. v. AstraZeneca Pharmaceuticals, LP., et al., C.A. No. 3:08-177

Case MDL No. 875   Document 5755   Filed 02/20/09   Page 12 of 18

Schedule of Matters for Hearing Session, Section B                                    p. 11
San Diego, California


MDL No. 1785 -- **IN RE: BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION**

    Oppositions of plaintiffs Monica Sandoval and Joseph Cirulli, et al., to transfer of their respective following actions to the United States District Court for the District of South Carolina:

    Central District of California

    Monica Sandoval v. Bausch & Lomb, Inc., et al., C.A. No. 2:08-7373

    Eastern District of Pennsylvania

    Joseph Cirulli, et al. v. Bausch & Lomb, Inc., C.A. No. 5:08-4579


MDL No. 1789 -- **IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION**

    Motion of defendant Merck & Co., Inc., to transfer the following actions to the United States District Court for the Southern District of New York:

    Middle District of Florida

    Linda Schwalbe, et al. v. Merck & Co., Inc., C.A. No. 6:08-1857

    Southern District of Florida

    Marilyn Greenspan, et al. v. Merck & Co., Inc., et al., C.A. No. 0:08-61733


MDL No. 1816 -- **IN RE: KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION**

    Motion of plaintiff Southern California Gas Co. to transfer the following action to the United States District Court for the Central District of California:

    Southern District of California

    Southern California Gas Co. v. Syntellect, Inc., C.A. No. 3:08-941

Schedule of Matters for Hearing Session, Section B                                    p. 12
San Diego, California


MDL No. 1842 -- **IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Steven Duff Madsen, et al., and Eloisa Riojas, et al., and defendant Covenant Health System to transfer of their respective following actions to the United States District Court for the District of Rhode Island:

District of Arizona

Steven Duff Madsen, et al. v. Davol, Inc., et al., C.A. No. 2:08-2174

Northern District of Texas

Eloisa Riojas, et al. v. Davol, Inc., et al., C.A. No. 5:08-243


MDL No. 1845 -- **IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Karen DiGregorio to transfer of the following action to the United States District Court for the Northern District of Georgia:

District of New Jersey

Karen DiGregorio v. ConAgra Foods, Inc., C.A. No. 1:08-5821


MDL No. 1871 -- **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Robert Muswaya, et al., and Harout Ohannessian, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Robert Muswaya, et al. v. GlaxoSmithKline, et al., C.A. No. 2:08-7298
Harout Ohannessian, et al. v. SmithKline Beecham Corp., et al., C.A. No. 2:08-8151

MDL No. 1905 -- **IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Patricia A. Kavalir to transfer of the following action to the United States District Court for the District of Minnesota:

Northern District of Illinois

Patricia A. Kavalir v. Medtronic, Inc., C.A. No. 1:07-835

MDL No. 1928 -- **IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Domingo Mireles to transfer of the following action to the United States District Court for the Southern District of Florida:

Southern District of Texas

Domingo Mireles v. Bayer Corp., et al., C.A. No. 7:08-331

MDL No. 1968 -- **IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Susan Tabor, et al., to transfer of the following action to the United States District Court for the Southern District of West Virginia:

Eastern District of Louisiana

Susan Tabor, et al. v. Actavis, Inc., et al., C.A. No. 2:08-5051

MDL No. 1997 -- **IN RE: TEXT MESSAGING ANTITRUST LITIGATION**

Opposition of plaintiffs Quin Jackson, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

District of Kansas

Quin Jackson, et al. v. Sprint Nextel Corp., C.A. No. 5:08-4133

Schedule of Matters for Hearing Session, Section B                                p. 14
San Diego, California

MDL No. 2003 -- **IN RE: NATIONAL CITY CORP. SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Opposition of plaintiff Martin W. Sheerer to transfer of the following action to the United States District Court for the Northern District of Ohio:

<u>Western District of Pennsylvania</u>

Martin W. Sheerer v. National City Corp., C.A. No. 2:08-1508

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1: HEARING SESSIONS AND ORAL ARGUMENT

(a) Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b) Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c) No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
    (i) the dispositive issue(s) have been authoritatively decided; or
    (ii) the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d) In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e) Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f) Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g) Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

      (h)    So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided. Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

      (i)    After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.