MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 24 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

### MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

*Terry and Jo Ann Cardaro v. Aerojet General Corp., et al.*,
E.D. Pennsylvania, C.A. No. 2:07-74046
(E.D. Louisiana, C.A. No. 2:05-2684)

### NOTICE OF WITHDRAWAL OF OPPOSITION TO CRO

I represent Defendant Badger Meter, Inc. ("Badger Meter") in the above captioned matter. Badger Meter previously submitted a Notice of Opposition to the CRO. Badger Meter is withdrawing its opposition to the CRO.

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By: _____
Jesus Garcia, Jr.
Texas State Bar No. 24027389
(Admitted Pro Hac Vice)
Attorney In Charge

John B. Hall
Texas State Bar No. 08759900
(Admitted Pro Hac Vice)
600 Travis Street
3400 JPMorgan Chase Tower
Houston, Texas 77002-3095
(713) 226-1200 (Telephone)
(713) 223-3717 (Facsimile)

**ATTORNEYS FOR DEFENDANT BADGER METER, INC.**

PLEADING NO. 5756

OFFICIAL FILE COPY

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 FEB 17  P 2:00
RECEIVED CLERK'S OFFICE

HOU:0507397/00013:1380165v1

IMAGED FEB 24 2009

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

### MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

*Terry and Jo Ann Cardaro v. Aerojet General Corp., et al.*,
E.D. Pennsylvania, C.A. No. 2:07-74046
(E.D. Louisiana, C.A. No. 2:05-2684)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Opposition to the CRO (1) was served via facsimile to the counsel listed on Exhibit A on February 17, 2009, (2) was served via facsimile to the counsel listed on Exhibit B on February 18 2009, and (3) was served via certified mail, return receipt requested to the counsel listed on Exhibit C on the 23rd day of February, 2009. All counsel of record on the attached Panel Service List have been served.

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By: _____
Jesus Garcia, Jr.
Texas State Bar No. 24027389
(Admitted Pro Hac Vice)
Attorney In Charge

John B. Hall
Texas State Bar No. 08759900
(Admitted Pro Hac Vice)
600 Travis Street
3400 JPMorgan Chase Tower
Houston, Texas 77002-3095
(713) 226-1200 (Telephone)
(713) 223-3717 (Facsimile)

**ATTORNEYS FOR DEFENDANT BADGER METER, INC.**

HOU:0507397/00013:1380518v1

```
                              ********************************
                              ***    MULTI TX/RX REPORT    ***
                              ********************************
   TX/RX NO                   2294
   PGS.                       3
   TX/RX INCOMPLETE
                              (1)    18013513232
                              (2)    15045247887
                              (6)    15045962800
   TRANSACTION OK
                              (3)    15043109195
                              (4)    15045255599
                              (5)    12155577590
   ERROR INFORMATION
                              -----
```

## LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax: (713) 223-3717

Date: February 17, 2009

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | To | Company | Fax No. | Phone No. |
|---|---|---|---|---|
| 1. | Robert Emmett | | 504-636-4000 | |
| 2. | Gregory Bodin | | 225-343-3612 | |
| 3. | Dan Collins | | 248-355-2277 | |
| 4. | Jennifer Adams | | 504-566-1201 | |
| 5. | David Dogan | | 601-351-3232 | 601-351-3200 |
| 6. | Darbara O'Donnell | | 504-524-7887 | |
| 7. | Dean Church | | 504-799-4384 | |
| 8. | John J. Hainkel | | 504-599-8100 | |
| 9. | William Schuette | | 225-248-3051 | |
| 10. | Mickey P. Landry | | 504-299-1215 | |
| 11. | Jay M. Jalenak | | 225-388-9133 | 225-387-0999 |
| 12. | Joseph M. Messina | | 504-586-1290 | |
| 13. | James R. Logan, IV | | 504-522-5998 | |
| 14. | Colin Sherman | | 504-310-9195 | |
| 15. | Lynn Luker | | 504-525-5599 | |
| 16. | Stephanie A. Divita | | 215-557-7590 | |
| 17. | Matthew J. Mumfrey | | 504-596-2800 | |
| 18. | Lawrence G. Pugh, III | | 504-585-7688 | |
| 19. | Kevin O'Bryon | | 504-799-4211 | |

```
***********************
*** MULTI TX/RX REPORT ***
***********************

TX/RX NO            2289
PGS.                3
TX/RX INCOMPLETE
              (3)   12483552277
TRANSACTION OK
              (1)   15046364000
              (2)   12253433612
              (4)   15045661201
ERROR INFORMATION
              -----
```

# LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax:   (713) 223-3717

Date:   February 17, 2009

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | To | Company | Fax No. | Phone No. |
|---|---|---|---|---|
| 1. | Robert Emmett | | 504-636-4000 | |
| 2. | Gregory Bodin | | 225-343-3612 | |
| 3. | Dan Collins | | 248-355-2277 | |
| 4. | Jennifer Adams | | 504-566-1201 | |
| 5. | David Dogan | | 801-351-3232 | |
| 6. | Darnara O'Donnell | | 504-524-7887 | |
| 7. | Dean Church | | 504-799-4384 | |
| 8. | John J. Hainkel | | 504-599-8100 | |
| 9. | William Schuette | | 225-248-3051 | |
| 10. | Mickey P. Landry | | 504-299-1215 | |
| 11. | Jay M. Jalenak | | 225-388-9133 | |
| 12. | Joseph M. Messina | | 504-586-1290 | |
| 13. | James R. Logan, IV | | 504-522-5998 | |
| 14. | Collin Sherman | | 504-310-9195 | |
| 15. | Lynn Luker | | 504-525-5599 | |
| 16. | Stephanie A. Divita | | 215-557-7590 | |
| 17. | Matthew J. Mumfrey | | 504-596-2800 | |
| 18. | Lawrence G. Pugh, III | | 504-585-7688 | |
| 19. | Kevin O'Bryon | | 504-799-4211 | |
| 20. | Susan B. Kohn | | 504-569-2999 | |

```
***********************
***  MULTI TX/RX REPORT  ***
***********************

TX/RX NO            2290
PGS.                3
TX/RX INCOMPLETE
                    (2)  18013513232
TRANSACTION OK
                    (1)  12483552277
ERROR INFORMATION
                    (3)  15045247887
```

## LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax:   (713) 223-3717

Date:   February 17, 2009

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

|     | To                    | Company | Fax No.        | Phone No. |
|-----|-----------------------|---------|----------------|-----------|
| 1.  | Robert Emmett         |         | 504-636-4000   |           |
| 2.  | Gregory Bodin         |         | 225-343-3612   |           |
| 3.  | Dan Collins           |         | 248-355-2277   |           |
| 4.  | Jennifer Adams        |         | 504-566-1201   |           |
| 5.  | David Dogan           |         | 801-351-3232   |           |
| 6.  | Barbara O'Donnell     |         | 504-524-7887   |           |
| 7.  | Dean Church           |         | 504-799-4384   |           |
| 8.  | John J. Hainkel       |         | 504-599-8100   |           |
| 9.  | William Schuette      |         | 225-248-3051   |           |
| 10. | Mickey P. Landry      |         | 504-299-1215   |           |
| 11. | Jay M. Jalenak        |         | 225-388-9133   |           |
| 12. | Joseph M. Messina     |         | 504-580-1290   |           |
| 13. | James R. Logan, IV    |         | 504-522-5998   |           |
| 14. | Collin Sherman        |         | 504-310-9195   |           |
| 15. | Lynn Luker            |         | 504-525-5599   |           |
| 16. | Stephanie A. Divita   |         | 215-557-7590   |           |
| 17. | Matthew J. Mumfrey    |         | 504-596-2800   |           |
| 18. | Lawrence G. Pugh, III |         | 504-585-7688   |           |
| 19. | Kevin O'Bryon         |         | 504-799-4211   |           |
| 20. | Susan B. Kohn         |         | 504-569-2999   |           |
| 21. | John M. Herke         |         | 504-830-7810   |           |

```
*******************************
***   MULTI TX/RX REPORT   ***
*******************************

TX/RX NO            2291
PGS.                3
TX/RX INCOMPLETE
                    (1)   1801p351p3232
                    (2)   1504p524p7887
TRANSACTION OK
                    (3)   1504p799p4384
ERROR INFORMATION
```

# LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice:  (713) 226-1200
Fax:    (713) 223-3717

Date:   February 17, 2009

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

|     | To                    | Company | Fax No.      | Phone No. |
|-----|-----------------------|---------|--------------|-----------|
| 1.  | Robert Emmett         |         | 504-636-4000 |           |
| 2.  | Gregory Bodin         |         | 225-343-3612 |           |
| 3.  | Dan Collins           |         | 248-355-2277 |           |
| 4.  | Jennifer Adams        |         | 504-566-1201 |           |
| 5.  | David Dogan           |         | 801-351-3232 |           |
| 6.  | Barbara O'Donnell     |         | 504-524-7887 |           |
| 7.  | Dean Church           |         | 504-799-4384 |           |
| 8.  | John J. Hainkel       |         | 504-599-8100 |           |
| 9.  | William Schuette      |         | 225-248-3051 |           |
| 10. | Mickey P. Landry      |         | 504-299-1215 |           |
| 11. | Jay M. Jalenak        |         | 225-388-9133 |           |
| 12. | Joseph M. Messina     |         | 504-586-1290 |           |
| 13. | James R. Logan, IV    |         | 504-522-5998 |           |
| 14. | Colin Sherman         |         | 504-310-9195 |           |
| 15. | Lynn Luker            |         | 504-525-5599 |           |
| 16. | Stephanie A. Divita   |         | 215-557-7590 |           |
| 17. | Matthew J. Mumfrey    |         | 504-596-2800 |           |
| 18. | Lawrence G. Pugh, III |         | 504-585-7688 |           |
| 19. | Kevin O'Bryon         |         | 504-799-4211 |           |
| 20. | Susan B. Kohn         |         | 504-569-2999 |           |
| 21. | John M. Herke         |         | 504-830-7810 |           |

```
*********************************
***   MULTI TX/RX REPORT    ***
*********************************

TX/RX NO            2292
PGS.                3
TX/RX INCOMPLETE
                    -----
TRANSACTION OK
                    (1)   15045998100
                    (2)   12252483051
                    (3)   15042991215

ERROR INFORMATION
                    -----
```

# LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax: (713) 223-3717

Date: February 17, 2009

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

|    | To | COMPANY | FAX NO. | PHONE NO. |
|----|----|---------|---------|-----------|
| 1. | Robert Emmett | | 504-636-4000 | |
| 2. | Gregory Bodin | | 225-343-3612 | |
| 3. | Dan Collins | | 248-355-2277 | |
| 4. | Jennifer Adams | | 504-566-1201 | |
| 5. | David Dogan | | 801-351-3232 | |
| 6. | Barbara O'Donnell | | 504-524-7887 | |
| 7. | Dean Church | | 504-799-4384 | |
| 8. | John J. Hainkel | | 504-599-8100 | |
| 9. | William Schuette | | 225-248-3051 | |
| 10. | Mickey P. Landry | | 504-299-1215 | |
| 11. | Jay M. Jalenak | | 225-388-9133 | |
| 12. | Joseph M. Messina | | 504-586-1290 | |
| 13. | James R. Logan, IV | | 504-522-5998 | |
| 14. | Colin Sherman | | 504-310-9195 | |
| 15. | Lynn Luker | | 504-525-5599 | |
| 16. | Stephanie A. Divita | | 215-557-7590 | |
| 17. | Matthew J. Mumfrey | | 504-596-2800 | |
| 18. | Lawrence G. Pugh, III | | 504-585-7688 | |
| 19. | Kevin O'Bryon | | 504-799-4211 | |
| 20. | Susan B. Kohn | | 504-569-2999 | |

```
***********************
*** MULTI TX/RX REPORT ***
***********************

TX/RX NO            2293
PGS.                3
TX/RX INCOMPLETE    
                    -----
TRANSACTION OK      
                    (1)  12253889133
                    (2)  15045861290
                    (3)  15045225998

ERROR INFORMATION
                    -----
```

# LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax:   (713) 223-3717

Date: February 17, 2009

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

|     | To                     | Company | Fax No.       | Phone No. |
|-----|------------------------|---------|---------------|-----------|
| 1.  | Robert Emmett          |         | 504-636-4000  |           |
| 2.  | Gregory Bodin          |         | 225-343-3612  |           |
| 3.  | Dan Collins            |         | 248-355-2277  |           |
| 4.  | Jennifer Adams         |         | 504-566-1201  |           |
| 5.  | David Dogan            |         | 801-351-3232  |           |
| 6.  | Barbara O'Donnell      |         | 504-524-7887  |           |
| 7.  | Dean Church            |         | 504-799-4384  |           |
| 8.  | John J. Hainkel        |         | 504-599-8100  |           |
| 9.  | William Schuette       |         | 225-248-3051  |           |
| 10. | Mickey P. Landry       |         | 504-299-1215  |           |
| 11. | Jay M. Jalenak         |         | 225-388-9133  |           |
| 12. | Joseph M. Messina      |         | 504-586-1290  |           |
| 13. | James R. Logan, IV     |         | 504-522-5998  |           |
| 14. | Collin Sherman         |         | 504-310-9195  |           |
| 15. | Lynn Luker             |         | 504-525-5599  |           |
| 16. | Stephanie A. Divita    |         | 215-557-7590  |           |
| 17. | Matthew J. Mumfrey     |         | 504-596-2800  |           |
| 18. | Lawrence G. Pugh, III  |         | 504-585-7688  |           |
| 19. | Kevin O'Bryon          |         | 504-799-4211  |           |
| 20. | Susan B. Kohn          |         | 504-569-2999  |           |

```
***********************
*** MULTI TX/RX REPORT ***
***********************

TX/RX NO           2285
PGS.               3
TX/RX INCOMPLETE
                   (4)   150459
TRANSACTION OK
                   (1)   15045962800
                   (2)   15045857688
                   (3)   15047994211
ERROR INFORMATION
                   -----
```

# LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax: (713) 223-3717

Date: February 17, 2009

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | TO | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Robert Emmett | | 504-636-4000 | |
| 2. | Gregory Bodin | | 225-343-3612 | |
| 3. | Dan Collins | | 248-355-2277 | |
| 4. | Jennifer Adams | | 504-566-1201 | |
| 5. | David Dogan | | 801-351-3232 | |
| 6. | Barbara O'Donnell | | 504-524-7887 | |
| 7. | Dean Church | | 504-799-4384 | |
| 8. | John J. Hainkel | | 504-599-8100 | |
| 9. | William Schuette | | 225-248-3051 | |
| 10. | Mickey P. Landry | | 504-299-1215 | |
| 11. | Jay M. Jalenak | | 225-382-9133 | |
| 12. | Joseph M. Messina | | 504-586-1290 | |
| 13. | James R. Logan, IV | | 504-522-5998 | |
| 14. | Colvin Sherman | | 504-310-9195 | |
| 15. | Lynn Luker | | 504-525-5599 | |
| 16. | Stephanie A. Divita | | 215-557-7590 | |
| 17. | Matthew J. Mumfrey | | 504-596-2800 | |
| 18. | Lawrence G. Pugh, III | | 504-585-7688 | |
| 19. | Kevin O'Bryon | | 504-799-4211 | |
| 20. | Susan B. Kohn | | 504-569-2999 | |

```
***************************
***   MULTI TX/RX REPORT   ***
***************************

TX/RX NO            2297
PGS.                3
TX/RX INCOMPLETE    
                    -----
TRANSACTION OK
                    (1)   15045962800
                    (2)   12156272665
ERROR INFORMATION
                    -----
```

# LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax: (713) 223-3717

Date: February 17, 2009

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

|     | To | Company | Fax No. | Phone No. |
|-----|----|---------|---------|-----------|
| 1.  | Robert Emmett |  | 504-636-4000 |  |
| 2.  | Gregory Bodin |  | 225-343-3612 |  |
| 3.  | Dan Collins |  | 248-355-2277 |  |
| 4.  | Jennifer Adams |  | 504-566-1201 |  |
| 5.  | David Dogan |  | 801-351-3232 |  |
| 6.  | Barbara O'Donnell |  | 504-524-7887 |  |
| 7.  | Dean Church |  | 504-799-4384 |  |
| 8.  | John J. Hainkel |  | 504-599-8100 |  |
| 9.  | William Schuette |  | 225-248-3051 |  |
| 10. | Mickey P. Landry |  | 504-299-1215 |  |
| 11. | Jay M. Jalenak |  | 225-388-9133 |  |
| 12. | Joseph M. Messina |  | 504-586-1290 |  |
| 13. | James R. Logan, IV |  | 504-522-5998 |  |
| 14. | Collin Sherman |  | 504-310-9195 |  |
| 15. | Lynn Luker |  | 504-525-5599 |  |
| 16. | Stephanie A. Divita |  | 215-557-7590 |  |
| 17. | Matthew J. Mumfrey |  | 504-596-2800 |  |
| 18. | Lawrence G. Pugh, III |  | 504-585-7688 |  |
| 19. | Kevin O'Bryon |  | 504-799-4211 |  |
| 20. | Susan B. Kohn |  | 504-569-2999 |  |
| 21. | John M. Herke |  | 504-830-7810 |  |

```
*******************************
***    MULTI TX/RX REPORT    ***
*******************************

TX/RX NO            2296
PGS.                3
TX/RX INCOMPLETE
                    (2)  15045962800
                    (6)  12156272665
TRANSACTION OK
                    (1)  15045247887
                    (3)  15045692999
                    (5)  16019494804
                    (7)  12143577252
ERROR INFORMATION
                    (4)  15048307810
```

## LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax: (713) 223-3717

Date: February 17, 2009

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

|     | TO                  | COMPANY | FAX NO.      | PHONE NO. |
|-----|---------------------|---------|--------------|-----------|
| 1.  | Robert Emmett       |         | 504-636-4000 |           |
| 2.  | Gregory Bodin       |         | 225-343-3612 |           |
| 3.  | Dan Collins         |         | 248-355-2277 |           |
| 4.  | Jennifer Adams      |         | 504-566-1201 |           |
| 5.  | David Dogan         |         | 801-351-3232 |           |
| 6.  | Darpara O'Donnell   |         | 504-524-7887 |           |
| 7.  | Dean Church         |         | 504-799-4384 |           |
| 8.  | John J. Hainkel     |         | 504-599-8100 |           |
| 9.  | William Schuette    |         |              |           |
| 10. | Mickey P. Landry    |         | 504-299-1215 |           |
| 11. | Jay M. Jalenak      |         | 225-388-9133 |           |
| 12. | Joseph M. Messina   |         | 504-586-1290 |           |
| 13. | James R. Logan, IV  |         | 504-522-5998 |           |
| 14. | Collin Sherman      |         | 504-310-9195 |           |
| 15. | Lynn Luker          |         | 504-525-5599 |           |
| 16. | Stephanie A. Divita |         | 215-557-7590 |           |
| 17. | Matthew J. Mumfrey  |         | 504-596-2800 |           |
| 18. | Lawrence G. Pugh, III |       | 504-585-7688 |           |
| 19. | Kevin O'Bryon       |         | 504-799-4211 |           |

```
***********************
*** MULTI TX/RX REPORT ***
***********************

TX/RX NO            2309
PGS.                3
TX/RX INCOMPLETE
                    -----
TRANSACTION OK
                    (1)   16013513232
                    (2)   12252154038
ERROR INFORMATION
                    -----
```

# LOCKE LORD BISSELL & LIDDELL LLP

3400 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095

*FACSIMILE TRANSMISSION*

Voice: (713) 226-1200
Fax: (713) 223-3717

Date:  February 17, 2009

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | To | Company | Fax No. | Phone No. |
|---|---|---|---|---|
| 1. | Robert Emmett | | 504-636-4000 | |
| 2. | Gregory Bodin | | 225-343-3612 | |
| 3. | Dan Collins | | 248-355-2277 | |
| 4. | Jennifer Adams | | 504-566-1201 | |
| 5. | David Dogan | | 601-351-3232 | |
| 6. | Barbara O'Donnell | | 504-524-7887 | |
| 7. | Dean Church | | 504-799-4384 | |
| 8. | John J. Hainkel | | 504-599-8100 | |
| 9. | William Schuette | | 225-248-3051 | |
| 10. | Mickey P. Landry | | 504-299-1215 | |
| 11. | Jay M. Jalenak | | 225-___-____ | |
| 12. | Joseph M. Messina | | 504-586-1290 | |
| 13. | James R. Logan, IV | | 504-522-5998 | |
| 14. | Collin Sherman | | 504-310-9195 | |
| 15. | Lynn Luker | | 504-525-5599 | |
| 16. | Stephanie A. Divita | | 215-557-7590 | |
| 17. | Matthew J. Mumfrey | | 504-596-2800 | |
| 18. | Lawrence G. Pugh, III | | 504-585-7688 | |
| 19. | Kevin O'Bryon | | 504-799-4211 | |
| 20. | Susan B. Kohn | | 504-569-2999 | |
| 21. | John M. Herke | | 504-830-7810 | |

Lawrence E. Abbott
Abbott Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

Peter G. Angelos
One Charles Center
100 North Charles St., 22nd Floor
Baltimore, MD 21201

Janet W. Black
Ward Black PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Claude F. Bosworth
Rizzo Mattingly Bosworth
411 S.W. Second Ave., Suite 200
Portland, OR 97204

Angela M. Bowlin
Frilot Partridge
1100 Poydras, Suite 3600
New Orleans, LA 70163-3600

Russell W. Budd
Baron & Budd PC
3102 Oaklawn Ave., Suite 1100
Dallas, TX 75219

Burt K. Carnahan
Lobman Carnahan Batt
Angelle & Nader
400 Poydras St., Suite 2300
New Orleans, LA 70130

Kenneth P. Carter
Entergy Services, Inc.
639 Loyola Ave., 26th Floor
New Orleans, LA 70113-3125

John D. Cooney
Cooney & Conway
120 North LaSalle St., Suite 3000
Chicago, IL 60602-2415

Stephen Durham
Paul Durham James Flandreau
320 West Front Street
P. O. Box D
Media, PA 19063

JOHN B. HALL
Locke Lord Bissell & Liddell LLP

Joseph H. Hart, IV
Smith & Fawer
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170

Jonathan P. Hilbun
Pugh Accardo Haas & Radecker
1100 Poydras St., Suite 2000
New Orleans, LA 70163-2000

Kevin M. Jordan
Baker Botts LLP
910 Louisiana, One Shell Plaza
Houston, Texas 77002-4995

Paul Kalish
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595

Steven Kazan
Kazan McClain Abrams
171 Twelfth St., Third Floor
Oakland, CA 94607

Peter A. Kraus
Waters & Kraus LLP
3219 McKinney Ave. Ste. 3000
Dallas, TX 75204

Deborah D. Kuchler
Abbott Simses & Kuchler
400 Lafayette St., Suite 200
New Orleans, LA 70130

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
Lane & Gossett
1601 Reynolds Street
Brunswick, GA 31520

Christopher K. Lightfoot
One Galleria Blvd., Suite 1400
P. Box 8288
Metairie, LA 70011-8288



Jay M. Lonero
Larzelere Picou Wells
3850 N. Causeway Blvd., #1100
Metairie, LA 70002

Matthew S. Lott
Dogan & Wilkinson PLLC
P. O. Box 1618
734 Delmas Avenue
Pascagoula, MS 39565-1618

William F. Mahoney
Segal McCambridge Singer
233 South Wacker Dr., Ste. 5500
Chicago, IL 60606

Robert C. Malaby
Malaby & Bradley
150 Broadway, Suite 600
New York, NY 10038

James M. Matherne
Duncan Courington & Rydberg
400 Poydras St., Suite 1200
New Orleans, LA 70130

Charles S. McCowan, Jr.
Kean Miller Hawthorne
One American Place, 22nd Floor
P. O. Box 3513
Baton Rouge, LA 70821-3513

John P. McShea
McShea Tecce PC
Mellon Bank Center
1717 Arch St., 28th Floor
Philadelphia, PA 19103

Phillip McWeeny
Schiff Hardin LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Edward R. McGowan
Montgomery Barnett
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

Michael M. Noonan
McGlinchey Stafford PLLC
643 Magazine St
P. O. Box 60643
New Orleans, LA 70160-0643

Thomas A. Packer
Gordon & Rees, LLP
Embacadero Center West
275 Battery St., Suite 2000
San Francisco, CA 94111

James Conner Percy
Jones Walker Waechter
Four United Plaza
8555 United Plaza, 5th Floor
Baton Rouge, LA 70809

Robert L. Redfearn
Simon Peragine Smith
& Redfearn LLP
1100 Poydras, Suite 3000
New Orleans, LA 70163-3000

David E. Redmann, Jr.
Lemle & Kelleher LLP
Pan American Life Center
601 Poydras St., Suite 2100
New Orleans, LA 70130-6029

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Jeanette S. Riggins
Beason Willingham LLP
808 Travis, Suite 1608
Houston, TX 77002

Ronald L. Ronzello
2400 Veterans Blvd., Suite 405
Kenner, LA 70062

Claudia Patrici Santoyo
Adams Hoefer Holwadel
601 Poydras St., Suite 2490
New Orleans, LA 70130

Seth Andrew Schmeeckle
Lugenbuhl Wheaton Peck
601 Poydras St., Ste. 2775
New Orleans, LA 70130

Jeanette Seraile-Riggins
Aultman Tyner & Ruffin Ltd.
400 Poydras St., Suite 1900
New Orleans, LA 70130

Charles S. Siegel
Waters & Kraus LLP
3219 McKinney Avenue
Dallas, TX 75204

Gregg L. Spyridon
Spyridon Palermo & Dornan LLC
Three Lakeway Center
3838 N. Causeway Blvd., #3010
Metairie, LA 70002

Richard P. Sulzer
Sulzer & Williams LLC
201 Holiday Blvd., Suite 335
Covington LA 70433

Frank J. Swarr
Landry & Swarr
1010 Common St., Suite 2050
New Orleans, LA 70112

Glenn L.M. Swetman
Aultman Tyner & Ruffin Ltd.
400 Poydras St., Suite 1900
New Orleans, LA 70130

| | | |
|---|---|---|
| Michael P. Thornton<br>Thornton & Naumes LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 | Andrew D. Weinstock<br>Duplass Zwain Bourgeois Morton<br>3838 N. Causeway Blvd., #2900<br>Metairie, LA 70002 | Robert E. Williams, IV<br>Sulzer & Williams LLC<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Walter G. Watkins, Jr.<br>Forman Perry Watkins<br>P. O. Box 22608<br>Jackson, MS 39225-2608 | Kathleen D. Wilkinson<br>Wilson Elser Moskowitz Edelman<br>The Curtis Center, Ste. 1130 East<br>Independence Square West<br>Philadelphia, PA 19106 | Stephen B. Williamson<br>McGuireWoods LLP<br>100 North Tryon St., Ste. 2900<br>Charlotte, NC 28202 |

Page 1 of 3

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

## PANEL SERVICE LIST

Terry Cardaro, et al., v. Alfa Laval, Inc., et al., E.D. Pennsylvania, C.A. No. 2:07-74046
(E.D. Louisiana, C.A. No. 2:05-2684)

Lawrence E. Abbott
ABBOTT SIMSES & KUCHLER
400 Lafayette Street, Suite 200
New Orleans, LA 70130

Jennifer E. Adams
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Claude F. Bosworth
RIZZO MATTINGLY BOSWORTH
411 S.W. Second Avenue, Suite 200
Portland, OR 97204

Angela M. Bowlin
FRILOT PARTRIDGE
1100 Poydras
3600 Energy Centre
New Orleans, LA 70163-3600

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Burt K. Carnahan
LOBMAN CARNAHAN BATT
ANGELLE & NADER
400 Poydras Street
Texaco Center, Suite 2300
New Orleans, LA 70130

Kenneth P. Carter
Entergy Services, Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA 70113-3125

Ronald D. Church
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP
1515 Poydras Street, Suite 1300
New Orleans, LA 70112

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Stephen Durham
PAUL DURHAM JAMES
FLANDREAU ET AL
320 West Front Street
P.O. Box D
Media, PA 19063

Robert S. Emmett
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

Jesus Garcia, Jr.
LOCKE LORD BISSELL & LIDDELL
600 Travis Street
3400 JPMorgan Chase Tower
Houston, TX 77002-3095

John Joseph Hainkel, III
FRILOT PARTRIDGE KOHNKE
& CLEMENTS LC
Energy Center, Suite 3600
1100 Poydras Street
New Orleans, LA 70163-3600

John B. Hall
LOCKE LORD BISSELL
& LIDDELL LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX 77002

Joseph H. Hart, IV
SMITH & FAWER
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170

Jonathan P. Hilbun
PUGH ACCARDO HAAS
& RADECKER LLC
1100 Poydras Street, Suite 2000
New Orleans, LA 70163-2000

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

02/23/2009 17:04 FAX 7132280432 ☐017/018
Case MDL No. 875   Document 5756   Filed 02/24/09   Page 17 of 18
02/20/2009 08:03 FAX 202 502 2888   JPML ☐003/004

Page 2 of 3

## MDL No. 875 - Panel Service List (Continued)

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Deborah D. Kuchler
ABBOTT SIMSES & KUCHLER
400 Lafayette Street, Suite 200
New Orleans, LA 70130

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Mickey P. Landry
LANDRY & SWARR
1010 Common Street, Suite 2050
New Orleans, LA 70112

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Christopher K. Lightfoot
HAILEY MCNAMARA HALL
LARMANN & PAPALE
One Galleria Boulevard
P.O. Box 8288, Suite 1400
Metairie, LA 70011-8288

James R. Logan, IV
LOGAN & SOILEAU LLC
1010 Common Street, Suite 2910
New Orleans, LA 70112

Jay M. Lonero
LARZELERE PICOU WELLS
SIMPSON LONERO LLC
3850 N. Causeway Blvd.
Suite 1100
Metairie, LA 70002

Matthew S. Lott
DOGAN & WILKINSON PLLC
P.O. Box 1618
734 Delmas Avenue
Pascagoula, MS 39565-1618

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Jamess M. Matherne
DUNCAN COURINGTON
& RYDBERG LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Charles S. McCowan, Jr.
KEAN MILLER
HAWTHORNE ET AL
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Edward R. Mcgowan
MONTGOMERY BARNETT ET AL
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

Matthew John Mumfrey
LAW OFFICES OF
J ROBERT DAVIS LLP
516 Heights Blvd.
Houston, TX 77007

Michael M. Noonan
MCGLINCHEY STAFFORD PLLC
643 Magazine Street
P.O. Box 60643
New Orleans, LA 70160-0643

Barbara B. O'Donnell
DUNCAN COURINGTON
& RYDBERG LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

James Conner Percy
JONES WALKER
WAECHTER ET AL
Four United Plaza
8555 United Plaza, 5th Floor
Baton Rouge, LA 70809

Robert L. Redfearn
SIMON PERAGINE SMITH
& REDFEARN LLP
1100 Poydras
Suite 3000
New Orleans, LA 70163-3000

David E. Redmann, Jr.
LEMLE & KELLEHER LLP
Pan American Life Center
601 Poydras Street, Suite 2100
New Orleans, LA 70130-6029

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Jeanette S. Riggins
BEASON WILLINGHAM LLP
808 Travis
Suite 1608
Houston, TX 77002

02/23/2009 17:05 FAX 7132280432 ☒018/018
Case MDL No. 875  Document 5756  Filed 02/24/09  Page 18 of 18
02/20/2009 08:04 FAX 202 502 2888  JPML  ☒004/004

Page 3 of 3

## MDL No. 875 - Panel Service List (Continued)

Ronald L. Ronzello
LAW OFFICES OF
RONALD L RONZELLO
2400 Veterans Boulevard
Suite 405
Kenner, LA 70062

Claudia Patrici Santoyo
ADAMS HOEFER HOLWADEL & ELDRIDGE
Pan American Life Center
601 Poydras Street
Suite 2490
New Orleans, LA 70130

Seth Andrew Schmeeckle
LUGENBUHL WHEATON PECK RANKIN
& HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Jeanette Seraile-Riggins
AULTMAN TYNER & RUFFIN LTD
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Charles S. Siegel
WATERS & KRAUS LLP
3219 McKinney Avenue
Dallas, TX 75204

Gregg L. Spyridon
SPYRIDON PALERMO & DORNAN LLC
Three Lakeway Center
Suite 3010
3838 North Causeway Boulevard
Metairie, LA 70002

Richard P. Sulzer
SULZER & WILLIAMS LLC
201 Holiday Boulevard
Suite 335
Covington, LA 70433

Frank J. Swarr
LANDRY & SWARR
1010 Common Street
Suite 2050
New Orleans, LA 70112

Glenn L.M. Swetman
AULTMAN TYNER & RUFFIN LTD
400 Poydras Street
Suite 1900
New Orleans, LA 70130

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS MORTON
PFISTER ET AL
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Kathleen D. Wilkinson
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
The Curtis Center
Suite 1130 East
Independence Square West
Philadelphia, PA 19106

Robert E. Williams, IV
SULZER & WILLIAMS LLC
201 Holiday Blvd.
Suite 335
Covington, LA 70433

Stephen B. Williamson
MCGUIREWOODS LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202