MDL 875

# Brayton❖Purcell LLP

FEB 25 2009

TRIAL LAWYERS

FILED
CLERK'S OFFICE

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY
DARRELL J. SALOMON
GREG M. SHEFFER

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOR
BRONSON D. BILLS*
GARY L. BRAYTON
ALLISON M. CAMPOS
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
DAVID W. FERMINO
JUSTIN F. FISH
ROBERT J. FORDIANI
PETER D. FREDMAN
BRYN C. GALLAGHER
JOHN E. GOLDSTEIN
RICHARD M. GRANT
LAUREL HALBANY
CHRIS E. HERSOM
MEI L. HOM
SARAH K. ISAACS

J. PETERS JEFFREYS
JOHN K. JOHNSON
GARY V. JUDD
CLAYTON W. KENT
DANIELLE M. KLIP
MATTHEW B. LIU
JACQUELINE K. LOVELESS
MAUREEN C. MCGOWAN
CORINNE T. MCLAUGHLIN
JAMES P. NEVIN
JULIET K. NGUYEN
OREN P. NOAH
ERIN A. ORZEL
WILLIAM F. RUIZ
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
ROBERT C. STRICKLAND
LISA D. TANDOC
IAN W. TRUEBLOOD
JEFFREY D. WUHR
NANCY T. WILLIAMS
JAMES ZHU

February 23, 2009

SENT BY FACSIMILE AND U.S. MAIL
Fax: (202) 502-2888

Jeffrey N. Luthi
Clerk of the Judicial Panel on Multi-District Litigation
On Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 2002

> Request of Pltfs. in Smith, et al., UT 2:08-630, to Stay Proceedings - - - **DENIED**.
> (jwn - February 25, 2009)

Re:   In Re: Asbestos Products Liability Litigation (No. VI), MDL #875
      *Ronnie Smith and Linda Smith v. Asbestos Defendants et al.*, District of
      Utah, No. 2:08-CV-00630-DB

Dear Mr. Luthi:

On or about February 11, 2009, plaintiffs filed their Motion to Vacate or Stay Conditional Transfer Order 318 in the above referenced matter. The removing parties, Ford Motor Company and General Motors Corporation, have joined with plaintiffs in stipulating that CTO 318 be stayed with regard to this proceeding. Plaintiffs and removing defendants urge and request the Panel to stay CTO 318 until the United States District Court for the District of Utah enters its ruling on plaintiffs' motion to remand this case to the Utah state court. I enclose herewith a copy of this Stipulation which was attached as Exhibit "B" to my Declaration in Support of Motion to Vacate or Stay CTO 318.

The Utah District Court intends to rule on the question of whether there is federal subject matter jurisdiction in this case, following an opportunity for defendants to conduct discovery and bring forth facts which show a nexus between plaintiffs' injuries and asbestos exposure on a federal enclave. The Court has granted until July 16, 2009 for defendants to conduct this discovery regarding federal jurisdiction. However, plaintiffs and the removing defendants are concerned that before the removing parties complete discovery and before the Utah District

\\fsrv\vol4\Saltlake\Utah\109815\FEDJ\ltr-Luthi.wpd

**OFFICIAL FILE COPY**

IMAGED FEB 2 5 2009

Court can rule on the motion to remand pending before it, this Panel may have already transferred the matter to the Eastern District of Pennsylvania. Hence, the purpose of this stipulation and motion to stay CTO 318 is to give the Utah District Court an opportunity to rule on whether federal subject matter jurisdiction is indeed appropriate in this matter. Allowing the Utah District Court to decide this important issue at the outset of proceedings will conserve judicial resources.

I therefore enclosed herewith, for the Panel's consideration, an Order staying CTO 318 pursuant to the stipulation of the parties.

Thank you for your assistance and cooperation.

Very truly yours,

Richard M. Grant

RMG:jae

cc:   Dan R. Larsen, Esq.
      Snell & Wilmer LLP
      15 West So. Temple, Ste. 1200
      Gateway Twr. West
      Saltlake City, Utah 84101-1004

\\fsu\vol4\Saltlake\Utah\10981.5\FED\Ltr-Luthi.wpd

FEB 25 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI),

This Document Relates to:

RONNIE SMITH and LINDA SMITH v.
ASBESTOS DEFENDANTS, et al.,
United States District Court, District of
Utah Case No. 2:08-cv-00630 DB

MDL DOCKET NO. 875
CTO -318

STIPULATION REGARDING
CONDITIONAL TRANSFER ORDER

STIPULATION REGARDING CONDITIONAL TRANSFER ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs RONNIE SMITH and LINDA SMITH and Defendants FORD MOTOR COMPANY and GENERAL MOTORS CORPORATION, through their respective counsel as follows:

Conditional Transfer Order 318 may be held in abeyance and stayed with regard to this matter until the United States District Court for the District of Utah enters its ruling on Plaintiffs' Motion to Remand this case to the Third Judicial District Court in and for Salt Lake County, State of Utah. Plaintiffs and Defendants respectfully request and urge this Panel to stay said

///
///
///
///

1 - STIPULATION REGARDING CONDITIONAL TRANSFER ORDER

2009 FEB 24 A 6:29
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

1 | Conditional Transfer Order until that time.
2
3
4 | Dated: February 9, 2009    BRAYTON ❖ PURCELL LLP
5
6 | By: _____
7 | Richard M. Grant
  | BRAYTON ❖ PURCELL LLP
8 | 222 Rush Landing Road
  | Novato, California 94948
9 | (415) 898-1555
  | (415) 898-1247 Fax
10 | rgrant@braytonlaw.com
   | Attorneys for Plaintiffs
11 | Ronnie Smith and Linda Smith
12
13 | Dated: February __, 2009    SNELL & WILMER LLP
14
15 | By: _____
   | Dan R. Larsen
16 | SNELL & WILMER LLP
   | 15 West South Temple, Suite 1200
17 | Gateway Tower West
   | Salt Lake City, Utah 84101
18 | (801) 257-1900
   | (801) 257-1800
19 | Attorneys for Defendants
   | Ford Motor Company and
   | General Motors Corporation
20
21
22
23
24
25
26
27
28

2 - STIPULATION REGARDING CONDITIONAL TRANSFER ORDER

# BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS ) MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI), ) CTO-318
                               )
This Document Relates to:      )
                               )
RONNIE SMITH and LINDA SMITH v.)
ASBESTOS DEFENDANTS, et al.,   )
United States District Court, District of )
Utah Case No. 2:08-cv-00630 DB )
                               )

## ORDER STAYING CONDITIONAL TRANSFER ORDER 318

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Conditional Transfer Order 318 regarding this matter is stayed until the United States District Court for the District of Utah enters its ruling on plaintiffs' motion to remand this case to the Third Judicial District Court in and for Salt Lake County, State of Utah.

Counsel for plaintiffs is ordered to provide this Panel with a copy of the Utah District Court's order as soon as it is entered by the Court.

Dated:                               PANEL ON MULTIDISTRICT LITIGATION

                                     _____

1 - ORDER STAYING CONDITIONAL TRANSFER ORDER 318