MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2009

FILED
CLERK'S OFFICE

Original

PLEADING NO. 5760

OFFICIAL FILE COPY

IMAGED FEB 2 5 2009

Edward R. Hugo [Bar No. 124839]
ehugo@bhplaw.com
James C. Parker [Bar No. 106149]
jparker@bhplaw.com
Thomas J. Moses [Bar No. 116002]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
NATIONAL STEEL AND SHIPBUILDING COMPANY

# BEFORE THE JUDICIAL PANEL

## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br><br>LIABILITY LITIGATION (No. VI)<br>_____ | ) MDL Docket No. 875<br>)<br>)<br>)<br>)<br>) |

This Document Also Relates to:

JOHN LUSK and HELEN LUSK,

    Plaintiffs,

v.

A.B. BOYD CO., A.O. SMITH CORPORATION, A.W. CHESTERTON COMPANY, ALFA LAVAL INC. Individually and as Successor-In-Interest to THE DE LAVAL SEPARATOR COMPANY, ALLIED PACKING & SUPPLY, INC., ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, AMCHEM PRODUCTS, INC., Individually and as Successor-in-Interest to BENJAMIN FOSTER COMPANY, ASBESTOS COMPORATION, LTD., AURORA PUMP COMPANY, AUTOMATIC TEMPERATURE CONTROL CORP., BAE SYSTEMS SAN DIEGO SHIP REPAIR INC. fka SOUTHWEST MARINE, INC., Individually and as Successor-In-Interest to NORTHWEST MARINE, INC., BUFFALO PUMPS, INC., BW/IP INTERNATIONAL, INC., Individually and Successor-In-Interest to BYRON JACKSON PUMP CO., THE C.P. HALL COMPANY, Individually and as Successor-In-Interest to LYKES BROTHERS STEAMSHIP COMPANY, CARRIER CORPORATION, CATEPILLAR, INC. fka CATERPILLAR TRACTOR CO., CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., Successor By Merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION and Successor-In-Interest to B.F. STURTEVANT COMPANY, CEMEX, INC., Individually and as Successor By Merger to SOUTHDOWN, INC., SOUTHWESTERN PORTLAND CEMENT and MOORE McCORMACK RESOURCES, INC., CLEAVER-BROOKS, INC., CONTINENTAL MARITIME OF SAN DIEGO, INC., CRANE CO., CROWLEY MARITIME CORPORATION As Successor-By-Merger to PACIFIC DRY DOCK & REPAIR and MERRITT SHIP REPAIR CO., CROWN CORK &

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION
TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318

SEAL COMPANY, INC., Individually and as Successor-In-Interest to MUNDET CORK COMPANY, DURABLA MANUFACTURING COMPANY, DURAMETALLIC CORPORATION, ELLIOTT TURBOMACHINERY CO., INC., FARRELL STEAMSHIP LINES, LTD., FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST as Successor to THE FORMER VELLUMOID DIVISION OF FEDERAL-MOGUL, NASSCO USA CORPORATION, FRASER'S BOILER SERVICE, INC., GARDNER DENVER, INC. fka GARDNER DENVER MACHINERY, INC., GARLOCK SEALING TECHNOLOGIES, LLC, fka GARLOCK, INC., GENERAL ELECTRIC COMPANY, GENERAL MOTORS CORPORATION, GOODYEAR CANADA, INC., THE GOODYEAR TIRE & RUBBER COMPANY, GOULDS PUMPS (IPG), INC., HOPEMAN BROTHERS, INC., IMO INDUSTRIES INC. fka DE LAVAL TURBINE, INC., DELAVAL TURBINE, INC., IMO DELAVAL INC., and SHARPLES, INC., INGERSOLL-RAND COMPANY, Individually and as Successor-In-Interest to CAMERON STEAM PUMP WORKS, ALDRICH PUMP COMPANY, WESTERN LAND ROLLER IRRIGATION PUMPS, SCIENCO PUMPS, TERRY CORPORATION OF CONNECTICUT, THE TERRY STEAM TURBINE COMPANY and WHITON MACHINE COMPANY, ITT CORPORATION fka ITT INDUSTRIES, INC., JOHN CRANE INC., LESLIE CONTROLS, INC., LOS ANGELES RUBBER COMPANY, M. SLAYEN & ASSOCIATES, INC., METALCLAD INSULATION CORPORATION, METALLO GASKET COMPANY, Individually and as Successor-In-Interest to GOETZE GASKET & PACKING COMPANY, NATIONAL STEEL AND SHIPBUILDING COMPANY, NIBCO INC., NORDBERG, INC., PLANT INSULATION COMPANY, QUINTEC INDUSTRIES, INC., RAPID-AMERICAN CORPORATION, SB DECKING, INC. fka SELBY BATTERSBY & COMPANY, SCHUTTE & KOERTING, INC., Individually and as Successor-In-Interest to KETEMA, INC., SEPCO CORPORATION, Individually and as Successor-In-Interest to and formerly known as SOUTHEASTERN PRODUCTS CORPORATION and as Successor-In-Interest to CROWE INDUSTRIES, SOUTH BAY BOILER REPAIR, INC., SYD CARPENTER, MARINE CONTRACTOR, INC., TACO, INC., THOMAS DEE ENGINEERING COMPANY, TRIPLE A MACHINE SHOP, INC., U.S. FILTER DISTRIBUTION GROUP, INC., Individually and as Successor-In-Interest to TAYLOR JET CO., DAVIS WATER & WASTE INDUSTRIES, and THE PERMUTIT COMPANY, WARREN PUMPS, INC., THE WILLIAM POWELL COMPANY, YARWAY CORPORATION fka YARNALL-WARING COMPANY and YARNALL-WARING CO., YORK INTERNATIONAL CORPORATION Which Will Do Business in California as YORK HEATING AND AIR CONDITIONING, and DOES 1 - 800,

Defendants,

Case No. CV08-07548 R (JTLx)
In the United States District Court
For the Central District of California

**DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318**

## I. INTRODUCTION

Defendant National Steel and Shipbuilding Company ("NASSCO") files this Opposition to the Motion to Vacate Conditional Transfer Order 318 ("CTO-318") filed by Plaintiffs in the case of *John Lusk and Helen Lusk*, Civil Action Number CV08-07548 R

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION
TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318

(JTLx) (C.D.Cal.). The Judicial Panel on Multidistrict Litigation's (the "Panel") CTO-318 transferred this case for coordinated or consolidated pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania ("MDL-875") pursuant to 28 U.S.C. § 1407. This case is similar, if not identical, to cases that have been or will be subject to transfer to MDL-875. To ensure the efficient and consistent adjudication of this case, along with the many others throughout the United States, this Panel should deny Plaintiffs' Motion to Vacate CTO-318.

For both efficiency and consistency, the Panel routinely denies objections to transfer that are premised on jurisdictional issues or pending motions to remand. In fact, the Panel has denied these types of motions in this litigation. (See *In re Asbestos Products Liability Litigation*, 1996 WL 143826 (J.P.M.L. February 16, 1996), *In re Asbestos Products Liability Litigation*, 170 F.Supp.2d 1348 (J.P.M.L. October 18, 2001).) Plaintiffs did file a motion to remand in this case, which was recently denied.

NASSCO contends that the only factual issues germane to CTO-318 are already known and stated in Plaintiffs' motion. Namely, it is contended that Plaintiff John Lusk contracted mesothelioma as a result of his exposure to asbestos. This is exactly the type of asbestos personal injury case that should be transferred to MDL-875. The allegedly declining health of the Plaintiff does not change this fact. The Panel, as it has done many times previously, should deny Plaintiffs' Motion to Vacate.

II. **TRANSFER TO THE EASTERN DISTRICT OF PENNSYLVANIA IS APPROPRIATE FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS.**

Transfer of this tag-along action to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings is appropriate for several reasons. First, the Panel has the authority to transfer such cases despite pending, or contemplated, jurisdictional objections. Second, assuming a jurisdictional issue is raised, a determination of the issue is well within the transferee court's authority and should be heard by a single court. Third, transfer and coordination or consolidation promotes judicial efficiency and consistency.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION
TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318

A. **The Panel Has Authority To Transfer Despite Pending Jurisdictional Claims.**

Courts have consistently held that the Panel's authority to transfer tag-along cases to multidistrict litigation withstands pending jurisdictional objections. Jurisdictional objections alone are not grounds for opposing transfer of a case for coordinated or consolidated pretrial proceedings. (*In re Gypsum Wallboard*, 302 F. Supp. 794, 794 (J.P.M.L. 1969).) Likewise, the fact that a case is in federal court by removal from state court has no bearing on a motion to transfer the case for MDL proceedings. (*In re Antibiotic Drugs*, 299 F. Supp. 1403 (J.P.M.L. 1969).)

As recognized by the Second Circuit Court of Appeals, the Panel has the authority to transfer cases even if a motion to remand to state court is pending. (*In re Ivy*, 901 F.2d 7 (2d Cir. 1990).) Numerous courts have cited and relied on *Ivy* for this proposition. (See, e.g., *In re California Retail Natural Gas and Electric Antitrust Litigation.*, 150 F.Supp.2d 1383, 1384 (J.P.M.L. August 15, 2001); *In re Bridgestone/Firestone, Inc.*, 151 F.Supp.2d 1381, 1382 (J.P.M.L. 2001); *Meyers v. Bayer*, 143 F.Supp.2d 1044, 1047 (E.D.Wis. 2001); *Ryan v. Dow Chemical Co.*, 781 F.Supp. 902, 912 (E.D.N.Y. 1991); *Johnson v. AMR Corp.*, 1996 WL 164415, at *3 (N.D. Ill. April 3, 1996).) Here, however, this issue is moot, as Judge Real denied Plaintiffs' remand motion on February 23, 2009.

Consistent with the goal of promoting efficiency and consistency, other courts have also recognized the Panel's authority to transfer cases even if subject to pending jurisdictional objections. (See, e.g., *Good v. Prudential Ins. Co.*, 5 F. Supp. 2d 804 (N.D. Ca. 1998).) The "power of the Panel to effectuate transfer under 1407 is not vitiated by the transferor court's lack of personal jurisdiction over a defendant." (*In re Gypsum Wallboard*, 302 F. Supp. 794, 794 (J.P.M.L. 1969).)

Even the pendency of a motion to remand does not compromise the Panel's authority to transfer such actions for coordinated or consolidated MDL proceedings. But, as this issue is moot—Plaintiffs' remand motion was denied—this is not an impediment to transfer, and does not mandate a return of this case to the district court.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION
TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318

B.  **Transfer Promotes Judicial Efficiency and Consistency.**

Through Section 1407, Congress intended to promote the "just and efficient conduct" of the actions transferred thereunder. (*In re Ivy*, 901 F.2d 7 (2d Cir. 1990).) In mass tort cases consolidated under Section 1407, similar jurisdictional issues are "easily capable of arising in hundreds or even thousands of cases in district courts throughout the nation." (*Id.* at 9.) "Consistency and economy are both served by resolution of [motions to remand] by a single court after transfer by the J.P.M.L." (*Aikins v. Microsoft Corp.*, 2000 WL 310391, at *1 (E.D. La., Mar. 24, 2000).) "If remand issues are common to many [cases], decisions by the transferee judge would avoid duplicative discovery and conflicting pretrial rulings." (*Boudreaux v. Metropolitan Life Ins. Co.*, 1995 WL 83788, at *2 (E.D. La., February 24, 1995).) In fact, in the present litigation this Panel already has stated that:

> [T]ransfer of these actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation... In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district...were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. (*In re Asbestos Products Liability Litigation*, 1996 WL 143826 (J.P.M.L. 1996).)

The transferee judge's experience and expertise with cases coordinated or consolidated in multidistrict litigation will assist the determination of jurisdictional issues and "should not be wasted." (*Tench v. Jackson Nat'l Life Ins. Co.*, 1999 WL 1044923, at *2 (N.D. Ill. Nov. 12, 1999). Any suggestion that the transferor jurisdiction is better equipped to decide jurisdictional issues will not support opposition to the issuance of a transfer order because "the problem of ascertaining and applying the law of the transferor jurisdiction is frequently faced by transferee judges." (*In re Duane*, 354 F. Supp. 278, 279 (J.P.M.L. 1973); see, e.g., *In re Puerto Rico Air Disaster Litig.*, 340 F. Supp. 492 (D.P.R. 1972).) Indeed, remand and other motions can be presented to and decided by the transferee judge. (See, e.g., *In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Serzone Products*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

5

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION
TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318

*Liability Litigation* (J.P.M.L. June 13, 2003); *In re Air Crash Disaster at Florida Everglades on December 29, 1972*, 368 F.Supp. 812, 813 (J.P.M.L. 1973).)

Regardless of Plaintiffs' contentions, the sole issue for consideration here is "the merits of the transfer viewed against the purposes of the multidistrict litigation statutory scheme, whether or not there is a pending jurisdictional objection." *In re Ivy*, 901 F.2d 7, 9 (2d Cir. 1990). In view of this aim, allegedly imminent rulings by the transferor district have little bearing on this case. Indeed, as the panel recently noted, the pretrial jurisdiction of the trial court is not affected by a pending transfer order:

> Furthermore, there is no need to delay transfer in order to accommodate any interest of the transferor court in resolving a pending remand motion. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.JP.ML., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-1061 can continue without any unnecessary interruption or delay. (*In re Prudential Ins. Co.*, 2001 WL 980541, at *1 (J.P.ML. Aug. 15, 2001).)

Against this background, courts consistently find that transfer of an otherwise transferable tag-along action to a single district for pretrial proceedings under Section 1407 should not be delayed due to the pendency of motions in the transferor district. (See, e.g., *In re New Mexico Natural Gas Antitrust Litig.*, 482 F. Supp. 333 (J.P.M.L. 1979); see also *In re IBM*, 302 F. Supp. 796 (J.P.M.L. 1969) [refusing to delay transfer where notice of appeal from order denying motion for preliminary injunction was pending in district from which private civil antitrust action was proposed to be transferred where circumstances otherwise warranted transfer].)

Thus, because the transferee district is well positioned to handle issues related to asbestos cases in a coordinated or consolidated manner, and because such coordination or consolidation promotes judicial efficiency and consistency in keeping with the

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

6

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION
TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318

congressional aims of Section 1407, this Panel should deny Plaintiffs' Motion to Vacate and proceed with the transfer of this matter to MDL-875, *In Re Asbestos Product Liability Litigation (No. VI)*, pending in the United States District Court for the Eastern District of Pennsylvania.

## III. CONCLUSION

Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY respectfully requests that this Panel deny Plaintiffs' Motion to Vacate Conditional Transfer Order 318.

Respectfully submitted,

Dated: February 24, 2009

BRYDON HUGO & PARKER

By: _____
Edward R. Hugo
James C. Parker
Thomas J. Moses
Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY

RECEIVED CLERK'S OFFICE 2009 FEB 25 A 10: 32 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

7

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION
TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318

**CERTIFICATE OF SERVICE**
U.S.D.C. Central District of California Case No. CV08-7548 ODW
*John Lusk, et al. vs. A.B. Boyd Co., et al.*

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On February 24, 2009, I served the following:

**DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 318**

On Plaintiff and All Known Defendants and the MDL Service Provided.

**See Attached MDL Service and Service List Via U.S. Mail**

I declare under penalty of perjury that the above is true and correct. Executed on February 24, 2009, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

CERTIFICATE OF SERVICE VIA FACSIMILE

MDL No. 875 Panel Service List (CTO-318)

| | |
|---|---|
| **Counsel for Plaintiffs**<br>Dean A. Hanley<br>Deborah r. Rosenthal<br>Carolin K. Shining<br>Carlos J.E. Guzman<br>Paul & Hanley<br>1608 Fourth Street, Suite 300<br>Berkeley, CA 94710 | Joseph Blaise Adams<br>Jeremy D. Huie<br>Bassi Martini Edlin & Blum<br>351 California Street, Suite 200<br>San Francisco, CA 94104 |
| William R. Adams<br>Dickie McCamey & Chilcote<br>300 Delaware Avenue, Suite 1630<br>Wilmington, DE 19801 | Stephen C. Aertker, Jr.<br>Huval Vaezey Felder Aertker & Renegar<br>532 E. Boston Street<br>Covington, LA 70433 |
| Andrew G. Ahern, III<br>Joseph W. Benson PA<br>1701 N. Market Street<br>P.O. Box 248<br>Wilmington, DE 19899 | Jerald L. Album<br>Reich Meeks & Treadway<br>Two Lakeway Center, Suite 1000<br>3850 N. Causeway Blvd.<br>Metairie, LA 70002 |
| F. Saunders Aldridge, III<br>Hunter MacLean Exley & Dunn<br>P.O. Box 9848<br>Savannah, GA 31412 | Kevin C. Alexandersen<br>Gallagher Sharp<br>1501 Euclid Avenue<br>Bulkley Building, Sixth Floor<br>Cleveland, OH 44115 |
| Thomas Alkon, Esq.<br>2115 Queen Street<br>Christianstead, St. Croix, VI 00820 | Patrick D. Angel<br>Brayton❖Purcell<br>Columbia Square Building<br>111 SW Columbia Street, Suite 250<br>Portland, OR 97201 |
| Peter G. Angelos<br>One Charles Center<br>100 North Charles Street, 22nd Floor<br>Baltimore, MD 21201 | Cynthia W. Antonucci<br>Harris Beach<br>100 Wall Street<br>New York, NY 10005 |
| Ronald Austin, Jr.<br>Brothers & Thompson<br>100 West Monroe Street, Suite 1700<br>Chicago, IL 60603 | Joshua M. Auxier<br>Dan E. LaBelle<br>Christopher J. Lynch<br>Halloran & Sage<br>315 Post Road, West<br>Wesport, CT 06880 |
| Melissa R. Badgett<br>Colley Manion Jones Hake, et al.<br>201 Spear Street, Suite 1800<br>San Francisco, CA 94105 | B. Ralph Bailey<br>Law Office of B. Ralph Bailey<br>660 3 N. Beau Chene Drive<br>Mandeville, LA 70471 |
| Michael P. Thornton<br>John T. Barrett<br>Thornton & Naumes<br>100 Summer Street, 30th Flor<br>Boston, MA 02110 | William D. Bayliss<br>Williams Mullen<br>Two James Center<br>1021 East Cary Street<br>P.O. Box 1320<br>Richmond, VA 23218 |
| David F. Beach<br>Drath Clifford Murphy & Hagen<br>1999 Harrison Street, Suite 700<br>Oakland, CA 94612 | Heidi A. Bean<br>Friedman Gaythwaite Wold & Leavitt<br>Six City Center<br>P.O. Box 4726 |

1

| | |
|---|---|
| | Portland, ME 04112 |
| Phillip M. Bender<br>K&L Gates<br>222 SW Columbia Street, Suite 1400<br>Portland, OR 97201 | Joshua H. Bennett<br>Bennett & Guthrie<br>1560 Westbrook Plaza Drive<br>Winston-Salem, NC 27103 |
| Joseph F. Rice<br>V. Brian Bevon<br>Motley Rice<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | Scott R. Bickford<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130 |
| Bronson D. Bills<br>Eisenberg & Gilchrist<br>215 South State Street<br>900 Parkside Tower<br>Salt Lake City, UT 84111 | Edward Birnbaum<br>Herzfeld & Rubin<br>40 Wall Street<br>New York, NY 10005 |
| Janet W. Black<br>Ward Black<br>208 West Wendover Avenue<br>Greensboro, NC 27401 | Roy B. Blackwell<br>Kaufman & Canoles<br>4801 Courthouse Street, Suite 300<br>P.O. Box 6000<br>Williamsburg, VA 23188 |
| Wilton Ellwood Bland III<br>Alan Guy Brackett<br>Mouledoux Bland Legrand & Brackett<br>One Shell Square<br>701 Poydras Street, Suite 4250<br>New Orleans, LA 70139 | Sonja E. Blomquist<br>Low Ball & Lynch<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111 |
| Amaryah K. Bocchino<br>Donald E. Reid<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | John A. Bolles<br>Stephen Porter Hall<br>Phelps Dunbar<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130 |
| Robert E. Boone, III<br>Bryan Cave<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 | Claude F. Bosworth<br>Rizzo Mattingly Bosworth<br>1620 S.W. Taylor Street, Suite 350<br>Portland, OR 97205 |
| Timothy W. Bouch<br>Leath Couch Crawford & Von Keller<br>134 Meeting Street<br>P.O. Box 59<br>Charleston, SC 29402 | Paul A. Bradley<br>Maron Marvel Bradley & Anderson<br>1201 North Market Street, Suite 900<br>P.O. Box 288<br>Wilmington, DE 19801 |
| Alan R. Brayton<br>David R. Donadio<br>Brayton❖Purcell<br>222 Rush Landing Road<br>Novato, CA 94948 | Edward J. Briscoe<br>Fowler White Burnett<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue<br>Miami, FL 33131 |
| Edward Kenneth Brooks<br>Patterson Dilthey<br>4020 WestChase Blvd., Suite 550<br>Raleigh, NC 27607 | Kay M. Brown<br>Dehay & Elliston<br>36 South Charles Street, Suite 1300<br>Baltimore, MD 21201 |
| Russell W. Budd<br>Baron & Budd | Robert A. Bunda<br>Rebecca C. Sechrist |

| | |
|---|---|
| 3102 Oaklawn Avenue, Suite 1100<br>Dallas, TX 75219 | Bunda Stutz & Dewitt<br>3295 Levis Commons Blvd.<br>Perrysburg, OH 43551 |
| Lisa N. Busch<br>Weitz & Luxenberg<br>180 Maiden Lane<br>New York, NY 10038 | David L. Campbell<br>Bowman & Brooke<br>50 W. Big Beaver Road, Suite 600<br>Troy, MI 48084 |
| Michael P. Cascino<br>Cascino Vaughan Law Offices<br>220 S. Ashland Avenue<br>Chicago, IL 60607 | Daniel A. Casey<br>K&L Gates<br>Wachovia Financial Center<br>200 South Biscayne Blvd., Suite 200<br>Miami, FL 33131 |
| Adrienne Nicole Cash<br>Gibbs Armstrong Borochoff Mullican & Hart<br>601 S. Boulder, Suite 500<br>Tulsa, OK 74119 | Traci Marie Castille<br>Franke & Salloum<br>2605 14th Street<br>P.O. Drawer 460<br>Gulfport, MS 39502 |
| William Thomas Causby<br>Anthony C. Hayes<br>Robert O. Meriwether<br>Nelson Mullins Riley & Scarborough<br>Meridian, 17th Floor<br>1320 Main Street<br>Columbia, SC 29201 | Nairi Chakalian<br>Daniel J. Kelly<br>Haight Brown & Bonesteel<br>71 Stevenson Street, 20th Floor<br>San Francisco, CA 94105 |
| Patricia W. Christensen<br>Parr Brown Gee & Loveless<br>185 South State Street, 13th Floor<br>P.O. Box 11019<br>Salt Lake City, UT 84147 | Demetra A. Christos<br>Foley & Lardner<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610 |
| Brian Thomas Clark<br>Laura P. Yee<br>Knott & Glazier<br>201 Spear Street, Suite 1520<br>San Francisco, CA 94105 | Jeanine D. Clark<br>Margolis Edelstein<br>216 Haddon Avenue, Suite 200<br>Westmont, NJ 08108 |
| Christopher J.M. Collings<br>Morgan Lewis & Bockius<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, FL 33131 | Keith E. Coltrain<br>Elmore & Wall<br>1001 Wade Avenue, Suite 423<br>P.O. Box 423<br>Raleigh, NC 27605 |
| William David Conner<br>Moffatt Grier McDonald<br>Haynsworth Sinkler Boyd<br>P.O. Box 2048<br>Greenville, SC 29602 | John D. Cooney<br>Cooney & Conway<br>120 North LaSalle Street, Suite 3000<br>Chicago, IL 60602 |
| Norris Ennis Cosgrove<br>McCarter & English<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Thomas Crumplar<br>Jacobs & Crumplar<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899 |
| Anne Swoboda Cruz<br>Tucker Ellis & West<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071 | James P. Cunningham<br>Gregory David Meronek<br>Carrol Burdick & McDonough<br>44 Montgomery Street, Suite 400 |

|  |  |
|---|---|
|  | San Francisco, CA 94104 |
| Gene M. Currier<br>Law Office of Gene M. Currier<br>P.O. Box 1030<br>Dearborn Heights, MI 48127 | Paul E. Darsow<br>Arthur Chapman Kettering<br>81 South Ninth Street, Suite 500<br>Minneapolis, MN 55402 |
| Whitney Aaron Davis<br>Maria Sylvia Rosenfeld<br>Charter Davis<br>1730 I Street, Suite 240<br>P.O. Box 15408<br>Sacramento, CA 95814 | William Pearce Davis<br>Baker Ravenel & Bender<br>P.O. Box 8057<br>Columbia, SC 29202 |
| Jason H. Daywitt<br>Rizzo Mattingly Bosworth<br>411 S.W. Second Avenue, Suite 200<br>Portland, OR 97204 | Anna M. DiLonaredo<br>Weiner & Lesniak<br>888 Veterans Memorial Highway, Suite 540<br>Hauppauge, NY 11788 |
| Moira Doherty<br>Dongwell Lawrence Finney<br>707 Wilshire Blvd., 45th Floor<br>Los Angeles, CA 90017 | Michael W. Drumke<br>Schiff Hardin<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 |
| Richard G. Duplantier, Jr.<br>Galloway Johnson Tompkins Burr & Smith<br>701 Poydras Street, Suite 4040<br>New Orleans, LA 70139 | Bernard M. Dusich<br>Sieben Polk Law Firm<br>1640 South Frontage Road, Suite 200<br>Hastings, MN 55033 |
| Nicholas L. Evanchan, Jr.<br>Evanchan & Palmisano<br>One GOGO Plaza, Suite 300<br>Akron, OH 44311 | Ernest Faitos<br>Selman Breitman<br>33 New Montgomery, 6th Floor<br>San Francisco, CA 94105 |
| Mark J. Fellman<br>400 Robert Street North, Suite 1740<br>St. Paul, MN 55101 | Dennis C. Ferguson<br>Williams & Hunt<br>257 East 200 South, Suite 500<br>P.O. Box 45678<br>Salt Lake City, UT 84145 |
| John P. Fishwick, Jr.<br>Lichtenstein Fishwick & Johnson<br>Liberty Trust Building<br>101 South Jefferson Street, Suite 400<br>Roanoke, VA 24011 | Thomas E. Fraysse<br>Knox Ricksen<br>1300 Clay Street, Suite 650<br>Oakland, CA 94612 |
| Peter J. Frommer<br>Hinshaw & Culbertson<br>1 East Broward Blvd., Suite 1010<br>Fort Lauderdale, FL 33301 | James D. Gandy, III<br>Carl E. Pierce, II<br>Pierce Herns Sloan & McLeod<br>P.O. Box 22437<br>Charleston, SC 29413 |
| Christian H. Gannon<br>E. Broke Halleran<br>Segal McCambridge Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, NY 10022 | John A. Gardner III<br>Hedrick Gardner Kincheloe & Garofalo<br>6000 Fairview Road, Suite 1000<br>P.O. Box 30397<br>Charlotte, NC 28230 |
| Kenneth Joseph Gelpi, Jr.<br>Montgomery Barnett Brown Read Hammond Mintz<br>3300 Energy Centre<br>1100 Poydras Street, Suite 3300 | Charles V. Giordano<br>Hebbler & Giordano<br>3636 S. 1-10 Service Road West, Suite 300<br>Metairie, LA 70001 |

| | |
|---|---|
| New Orleans, LA 70163 | |
| Richard S. Glasser<br>Glasser & Glasser<br>Crown Center Building<br>580 East Main Street, Suite 600<br>Norfolk, VA 23510 | Guy Patrick Glazier<br>Knott Glazier<br>601 S. Figueroa Street, Suite 4200<br>Los Angeles, CA 90017 |
| David Patterson Gloor<br>Gloor Law Group<br>225 West Wacker Drive, Suite 1700<br>Chicago, IL 60606 | Sarah Elizabeth Godfrey<br>Kalbaugh Pfund & Messersmith<br>901 Moorefield Park Drive, Suite 200<br>Richmond, VA 23236 |
| Adam A. Grable<br>Mendes & Mount<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071 | Mark C. Greene<br>Banker Lopez Gassler<br>501 Kennedy, Suite 1700<br>P.O. Box 1438<br>Tampa, FL 33601 |
| Vincent L. Greene, IV<br>Motley Rice<br>321 South Main Street, Suite 200<br>Providence, RI 02903 | Kevin A. Guerke<br>Seitz Van Ogtrop & Green<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899 |
| Lawrence G. Pugh, III<br>Francis P. Accardo<br>H. Philip Radecker, Jr.<br>Pugh Accardo Haas & Radecker<br>1100 Poydras Street, Suite 2000<br>New Orleans, LA 70163 | Scott Harford<br>Lawrence Gable Lee<br>Lynch Daskal Emery<br>264 West 40th Street<br>New York, NY 10018 |
| Ronald L. Hellbusch<br>Baker & Hostetler<br>303 East 17th Avenue, Suite 1100<br>Denver, CO 80203 | John A. Heller<br>Sidley Austin<br>One South Dearborn Street<br>Chicago, IL 70703 |
| Derek M. Hodge<br>Law Offices of Mackay & Hodge<br>Government Hill<br>P.O. Box 303678<br>19a-20 Kongens Gade<br>Charlotte Amalie, St. Thomas, U.S. VI 00803 | Timothy P. Hurley<br>Maginnis & Hurley<br>Canal Place One<br>365 Canal Street, Suite 2750<br>New Orleans, LA 70130 |
| Anthony J. Iaconis<br>Diserio Martin O'Connor & Castiglioni<br>One Atlantic Street, Suite 500<br>Stamford, CT 06901 | Gabriel A. Jackson<br>Daniel Dennis O'Shea<br>Jackson & Wallace<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133 |
| H. Scott Jacobson, Jr.<br>Strong & Hanni<br>3 Triad Center, Suite 500<br>Salt Lake City, UT 84180 | David Aaron Jagolinzer<br>Ferraro Law Firm<br>4000 Ponce De Leon Blvd., Suite 700<br>Miami, FL 33146 |
| Kevin D. Jamison<br>Pond North<br>350 South Grand Avenue, Suite 2850<br>Los Angeles, CA 90071 | Danielle T. Jenkins<br>Morrison Mahoney<br>10 Weybosset Street, Suite 900<br>Providence, RI 02903 |
| Derek Spencer Johnson<br>Charles T. Sheldon<br>Sedgwick Detert Moran & Arnold<br>One Market Plaza | J. Michael Johnson<br>Rawle & Hendersen<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801 |

| | |
|---|---|
| Steuart Tower, 8th Floor<br>San Francisco, CA 94105 | |
| Paul R. Johnson<br>Filice Brown Eassa & McLeod<br>1999 Harrison Street, 18th Floor<br>Oakland, CA 94612 | Zandra Lynn Johnson<br>Smith Moore Leatherwood<br>The Leatherwood Plaza<br>300 East McBee Avenue, Suite 500<br>Greenville, SC 29601 |
| A. Timothy Jones<br>Hawkins & Parnell<br>4000 One Peachtree Center<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308 | Kevin M. Jordan<br>Baker Botts<br>910 Louisiana<br>One Shell Plaza<br>Houston, TX 77002 |
| Paul Kalish<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Matthew Allen Kaplan<br>Pepper Hamilton<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899 |
| Steven Kazan<br>Kazan McClain Abrams Lyons Greenwood & Harley<br>171 Twelfth Street, 3rd Floor<br>Oakland, CA 94607 | Christopher J. Keale<br>Michael A. Tanenbaum<br>Sedgwick Detert Moran & Arnold<br>Three Gateway Center<br>100 Mulberry Street, 12th Floor<br>Newark, NJ 07102 |
| Brian P. Kenney<br>Early Ludwick & Sweeney<br>265 Church Street, 11th Floor<br>P.O. Box 1866<br>New Haven, CT 06508 | Bo Kim<br>Perkins Coie<br>South Tower<br>1620 26th Street<br>6th Floor, South Tower<br>Santa Monica, CA 90404 |
| Donald R. Kinsley<br>Megan Trocki Mantzavinos<br>Jeffrey S. Marlin<br>Marks O'Neill O'Brien & Courtney<br>913 North market Street, Suite 800<br>Wilmington, DE 19801 | Susan B. Kohn<br>Simon Peragine Smith & Redfearn<br>1100 Poydras Street, Suite 3000<br>New Orleans, LA 70163 |
| Peter A. Kraus<br>Waters & Kraus<br>3219 McKinney Avenue, Suite 3000<br>Dallas, TX 75204 | Donalk A. Krispin<br>Jaques Admiralty Law Firm<br>1370 Penobscot Building<br>645 Griswold Street<br>Detroit, MI 48226 |
| Kenneth K. Kyre, Jr.<br>Pinto Coates Kyre & Brown<br>P.O. Box 4848<br>Greensboro, NC 27404 | Kathleen M. LaBarge<br>Bice Cole Law Firm<br>999 Ponce DeLeon Blvd., Suite 710<br>Coral Gables, FL 33134 |
| Adam James Lagocki<br>Heyl Royster Voelker & Allen<br>124 S.W. Adams Street, Suite 600<br>Peoria, IL 61602 | Carter T. Lambeth<br>Johnson & Lambeth<br>232 Princess Street<br>P.O. Box 660<br>Wilmington, NC 28402 |
| David C. Landin<br>Robert M. Rolfe<br>Hunton & Williams | Roger B. Lane<br>Lane & Gossett<br>1601 Reynolds Street |

6

| | |
|---|---|
| Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Brunswick, GA 31520 |
| Peter B. Langbord<br>Foley & Mansfield<br>150 South Los Robles Avenue, Suite 400<br>Pasedena, CA 91101 | Richard M. Lauth<br>Evert & Weathersby<br>3405 Piedmont Road, N.E., Suite 225<br>Atlanta, GA 30305 |
| H. Seward Lawlor<br>Glasser & Glasser<br>Crown Center<br>580 East Main Street, Suite 600<br>Norfolk, VA 23510 | Teresa Fizardi Lazzaroni<br>Hawkins & Parnell<br>4000 Sun Trust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308 |
| Gary Allen Lee<br>Lee Futrell & Perles<br>201 S. Charles Avenue, Suite 4120<br>New Orleans, LA 70170 | Richard Eric Leff<br>McGivney & Kluger<br>80 Broad Street, 23rd Floor<br>New York, NY 10004 |
| Robert Stuart Ludlum<br>Pierce Davis & Perritano<br>10 Winthrop Square<br>Boston, MA 02110 | Lillian C. Ma<br>Tucker Ellis & West<br>135 Main Street, Suite 700<br>San Francisco, CA 94105 |
| Genevieve MacSteel<br>McGuirewoods<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY 10105 | William F. Mahoney<br>Segal McCambridge Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606 |
| Robert C. Malaby<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 | Christopher J. Martinez<br>Snell & Wilmer<br>15 West South Temple, Suite 1200<br>Beneficial Tower<br>Salt Lake City, UT 84101 |
| Timothy Kent Masterson<br>Spence Ricke Sweeney & Gernes<br>Degree of Honor Building, Suite 600<br>325 Cedar Street<br>St. Paul, MN 55101 | Barbara L. Maw<br>Wrona Law Offices<br>1745 Sidewinder Drive<br>Park City, UT 84060 |
| S. David McNeill<br>S. David McNeill Assoc.<br>185 Oakland Avenue, Suite 500<br>Birmingham, MI 48009 | Ryan J. McQueeney<br>Sanchez Daniels & Hoffman<br>333 West Wacker Drive, Suite 500<br>Chicago, IL 60606 |
| John P. McShea<br>McShea Tecce<br>Mellon Bank Center<br>1717 Arch Street, 28th Floor<br>Philadelphia, PA 19103 | Philip McWeeny<br>Schiff Hardin<br>One Market Plaza, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105 |
| Anissa M. Mediger<br>Murnane Brandt<br>30 Ease Seventh Street, Suite 3200<br>St. Paul, MN 55101 | Gustavo Javier Membiela<br>Hunton & Williams<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131 |
| Henry Adam Meyer, III<br>Meyer Cave<br>116 East Sheridan, Suite 207<br>Oklahoma City, OK 73104 | Bryna Rosen Misiura<br>Governo Law Firm<br>260 Franklin Street, 15th Floor<br>Boston, MA 02110 |

| | |
|---|---|
| Willard J. Moody, Jr.<br>Moody Strople Kloeppel<br>500 Crawford Street<br>Commerce Bank Bldg., Suite 300<br>P.O. Box 1138<br>Portsmouth, VA 23705 | Lacey M. Moore<br>Nexen Pruet<br>201 South Tryon Street, Suite 1200<br>Charlotte, NC 28202 |
| D. Matthew Moscon<br>Stoel Rives<br>201 South Main Street, Suite 1100<br>Salt Lake City, UT 84111 | Monica L. Mroz<br>Lichtenstein Fishwick & Johnson<br>101 South Jefferson Street, Suite 400<br>P.O. Box 601<br>Roanoke, VA 24004 |
| Erik David Nadolink<br>LeClair Ryan<br>707 East Main Street, 11th Floor<br>Richmond, VA 23219 | Heather H. Neubauer<br>Foley & Mansfield<br>250 Marquette Avenue, Suite 1200<br>Minneapolis, MN 55401 |
| Brenna Kathleen Newman<br>Troutman Sanders<br>P.O. Box 1122<br>Richmond, VA 23218 | John K. Nieset<br>Christovich & Kearney<br>601 Poydras Street, Suite 2300<br>New Orleans, LA 70130 |
| R. Stokes Nolte<br>Nolte & Associates 1010 North Bancroft<br>Parkway, Suite 21<br>Wilmington, DE 19805 | Carolyn F. O'Connor<br>Wilson Elser Moskowitz Edelman & Dicker<br>33 Washington Street<br>Newark, NJ 07102 |
| Robert L. O'Donnell<br>Venderventer Black<br>500 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | John S. Odom, Jr.<br>P.O. Drawer 1320<br>Shreveport, LA 71164 |
| James R. Oswald<br>Adler Pollock & Sheehan<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903 | Thomas A. Packer<br>Glen R. Powell<br>Gordon & Rees<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 |
| E. Spencer Parris<br>Martin & Jones<br>410 Glenwood Avenue, Suite 200<br>Raleigh, NC 27603 | Lisa M. Pascarella<br>Pehlivanian & Braaten<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, NJ 08736 |
| John P. Patterson<br>Tucker Ellis & West<br>1150 Huntington Blvd.<br>925 Euclid Avenue<br>Cleveland, OH 44115 | Bernard C. Pattie<br>Law Office of Bernard Pattie<br>1244 Queen Cross Street, Suite 5<br>Christiansted, St. Croix, VI 00820 |
| Arvin J. Pearlman<br>Pearlman & Pianin<br>24725 W. Twelve Mile Road, Suite 220<br>Southfield, MI 48034 | Timothy Peck<br>Smith Moore Leatherwood<br>300 N. Greene Street, Suite 1400<br>Greensboro, NC 27401 |
| Patricia Cowen Penton<br>Lee Futrell & Perles<br>201 St. Charles Avenue, Suite 4120<br>New Orleans, LA 70170 | Lance Perez<br>Maimone & Associates<br>170 Old Country Road, Suite 502<br>Mineola, NY 11501 |

| | |
|---|---|
| George S. Pitcher<br>Williams Kastner<br>888 Southwest Fifth Avenue, Suite 600<br>Portland, OR 97204 | Christopher M. Placitella<br>Cohen Placitella & Roth<br>127 Maple Avenue<br>Red Bank, NJ 07701 |
| Albert H. Poole<br>Huff Poole & Mahoney<br>Huff, Poole & Mahoney Building, Suite 100<br>4705 Columbus Street<br>Virginia Beach, VA 23462 | Andrew I. Port<br>Emard Danoff Port Tamulski & Paetzold<br>49 Stevenson Street, Suite 400<br>San Francisco, CA 94105 |
| Armand J. Della Porta, Jr.<br>Marshall Dennehey Warner Coleman & Goggin<br>1220 N. Market Street, Suite 500<br>P.O. Box 8888<br>Wilmington, DE 19899 | Somers S. Price, Jr.<br>Potter Anderson & Corroon<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 |
| Kenneth B. Prindle<br>Prindle Decker & Amaro<br>369 Pine Street, Suite 800<br>San Francisco, CA 94104 | Trung VI Quang<br>McKenna Long & Aldridge<br>101 California Street, 41st Floor<br>San Francisco, CA 94111 |
| Steven J. Pugh<br>Richardson Plowden & Robinson<br>1900 Barnwell Street<br>P.O. Drawer 7788<br>Columbia, SC 29202 | Richard T. Radcliffe, Jr.<br>Dehay & Elliston<br>36 S. Charles St., 13th Floor<br>Baltimore, MD 21201 |
| G. Russell Ragland<br>Levy Phillips & Konigsberg<br>800 Third Avenue, 13th Floor<br>New york, NY 10022 | Sara G. Rajan<br>Stark Regan<br>1111 W. Long Lake Road, Suite 202<br>Troy, MI 48098 |
| Kevin A. Rames<br>2111 Company Street<br>St. Croix, U.S. VI 00820 | C. Scott Reese<br>Cooch & Taylor<br>P.O. Box 1680<br>Wilmington, DE 19899 |
| Giovanni Regina<br>Waters McPherson McNeill<br>300 Lighting Way, 7th Floor<br>Secaucus, NJ 07096 | Robert Seth Reich<br>Reich Album & Plunkett<br>Two Lakeway Center<br>3850 N. Causeway Blvd., Suite 1000<br>Metairie, LA 70002 |
| Joseph A. Rhodes, Jr.<br>Ogletree Deakins Nash Smoak & Stewart<br>P.O. Box 2757<br>Greenville, SC 29602 | Shawn Michael Ridley<br>Howard Rome Martin & Ridley<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061 |
| Jennifer A. Riester<br>Weston Hurd<br>1900 Tower At Erieview<br>1301 East Ninth Street<br>Cleveland, OH 44114 | Wayne A. Ritchie, II<br>Ritchie Dillard & Davies<br>P.O. Box 1126<br>Knoxville, TN 37901 |
| Antonia J. Rodriguez<br>Fowler Rodriguez<br>400 Poydras Street, 30th Floor<br>New Orleans, LA 70130 | Kimberly J. Ruppel<br>Dickinson Wright<br>38525 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304 |
| Richard L. Saville, Jr.<br>Saville Evola & Flint | Richard D. Schuster<br>Vorys Sater Seymour & Pease |

| | |
|---|---|
| 322 East Broadway<br>Alton, IL 62002 | 2100 One Cleveland Center<br>1375 E. Ninth Street<br>Cleveland, OH 44114 |
| Carl R. Schwertz<br>Duane Hauck & Gnapp<br>10 East Franklin Street<br>Richmond, VA 23219 | Rebecca C. Seachrist<br>Bunda Stutz & DeWitt<br>One Seagate, Suite 650<br>Toledo, OH 43604 |
| Aaron H. Simon<br>Simon & Shingler<br>3220 Lone Tree Way, Suite 100<br>Antioch, CA 94509 | Jan E. Simonsen<br>Carr Maloney<br>1615 L St. NW, 5th Floor<br>Washington, DC 20036 |
| James Walker Smith<br>Amith Abbott<br>48 Wall Street, 11th Floor<br>New York, NY 10005 | Lawrence S. Smith<br>Ransmeier & Spellman<br>P.O. Box 600<br>Concord, NH 03302 |
| M. Stephen Smith, III<br>Rumberger Kirk & Caldwell<br>Brickell Bayview Centre<br>80 W.W. 8th Street, Suite 3000<br>Miami, FL 33130 | Mark J. Spansel<br>Adams & Reese<br>One Shell Square, Suite 4500<br>701 Poydras Street<br>New Orleans, LA 70139 |
| Josette Ferrazz Spivak<br>Hollstein Keating Cattell<br>1201 Orange Street, Suite 730<br>Wilmington, DE 19801 | William E. Spivey<br>Kaufman & Canoles<br>150 W. Main Street<br>P.O. Box 2048<br>Norfolk, VA 23510 |
| Charles Monroe Sprinkle, III<br>Haynsworth Sinkler Boyd<br>P.O. Box 2048<br>Greenville, SC 29602 | Geoffrey Lane Squitiero<br>Maher & Murtha<br>528 Clinton Avenue<br>P.O. Box 901<br>Bridgeport, CT 06601 |
| George D. Yaron<br>Joshua David White<br>D. David Steele<br>Yaron & Associates<br>601 California, Street, 21st Floor<br>San Francisco, CA 94108 | William Robert Stewart, III<br>Reger Rizzo & Darnall<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, DE 19801 |
| A. Wendel Stout, III<br>Deutsch Kerrigan & Stiles<br>755 Magazine Street<br>New Orleans, LA 70130 | James W. Stuart<br>Ogne Alberts & Stuart<br>1869 E. Maple Road, Suite 100<br>Troy, MI 48083 |
| Robert J. Sweeney<br>Early Ludwick & Sweeney<br>One Century Tower<br>265 Church Street, 11th Floor<br>P.O. Box 1866<br>New Haven, CT 06508 | Jennifer M. Techman<br>Every Weathersby & Houff<br>3405 Piedmont Road, NE, Suite 200<br>Atlanta, GA 30305 |
| Mark S. Thomas<br>Williams Mullen<br>3200 Beachleaf Court, Suite 500<br>Raleigh, NC 27619 | Jeffrey M. Thomen<br>McCarter & English<br>185 Asylum Street<br>City Place I<br>Hartford, CT 06103 |
| Jefferson R. Tillery<br>Jones Walker | Brent Manning Timberlake<br>Troutman Sanders |

10

| | |
|---|---|
| Place St. Charles, 5th Floor<br>201 St. Charles Avenue<br>New Orleans, LA 70170 | 1001 Haxall Point<br>P.O. Box 1122<br>Richmond, VA 23218 |
| Tracy E. Tomlin<br>Nelson Mullins Riley & Scarborough<br>100 North Tryon Street, 42nd Floor<br>Charlotte, NC 28202 | Hugh J. Turner, Jr.<br>Akerman Senterfitt<br>350 East Las Olas Blvd., Suite 1600<br>Fort Lauderdale, FL 33301 |
| Anthony Nolan Upshaw<br>Adorno & Yoss<br>2525 Ponce de Leon Blvd., Suite 400<br>Miami, FL 33134 | Beth E. Valocchi<br>Swartz & Campbell<br>300 Delaware Avenue, Suite 1130<br>Wilmington, DE 19801 |
| Gerard E. Voyer<br>Taylor & Walker<br>1300 First Virginia Twoer<br>555 Main Street<br>P.O. Box 3490<br>Norfolk, VA 23514 | Gregory H. Wagoner<br>Snapach Meeks Ellenberger<br>300 Madison Avenue, Suite 1600<br>Toldeo, OH 43604 |
| Mark Hedderman Wall<br>Elmore & Wall<br>P.O. Box 1200<br>Charleston, SC 29401 | Mona Lisa Wallace<br>Wallace & Graham<br>525 North Main Street<br>Salisbury, NC 28144 |
| Michael Waller<br>K&L Gates<br>One Newark Center, 10th Floor<br>Newark, NJ 07102 | Henry N. Ware, Jr.<br>Spotts Fain<br>411 E. Franklin Street<br>P.O. Box 1555<br>Richmond, VA 23218 |
| Kirk G. Warner<br>Smith Anderson Blount Dorsett<br>P.O. Box 2611<br>2500 Wachovia Capitol Center<br>Raleigh, NC 27602 | Walter G. Watkins, Jr.<br>Forman Perry Watkins Krutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225 |
| Charles Jeffers Wattas<br>Smith Shew Scrivner Corbin & Watts<br>1001 N.W. 63rd Street, Suite 101<br>Oklahoma City, OK 73116 | Paul A. Weykamp<br>Law Offices of Paul A. Weykamp<br>16 Stenersen Lane, Suite 2<br>Hunt Valley, MD 21030 |
| Beranton James Whisenant, Jr.<br>Foley & Mansfield<br>4770 Biscayne Blvd., Suite 1000<br>Miami, FL 33137 | James C. White<br>Moore & Van Allen<br>P.O. Box 13706<br>Research Triangle Pa, NC 27709 |
| Richard J. Whittemore<br>Bullivant Houser Bailey<br>888 SW Fifth Avenue<br>300 Pioneer Tower<br>Portland, OR 97204 | Robert E. Williams, IV<br>Sulzer & Williams<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 |
| Stephen B. Williamson<br>McGuirewoods<br>100 North Tryon Street, Suite 2900<br>Charlotte, NC 28202 | John T. Winemiller<br>Merchant & Gould<br>110 McGhee Tyson Blvd., Suite 203<br>Knoxville, TN 37701 |
| Mark A. Wisniewski<br>Kitch Drutchas Wagner Valututti & Sherbrook<br>One Woodward Avenue, Suite 2400<br>Detroit, MI 48226 | Joyce J. Wood<br>Wilcox & Savage<br>1800 Bank of America Center<br>Norfolk, VA 23510 |

| | |
|---|---|
| Matthew Jason Zamaloff<br>Cetrulo & Capone<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210 | I. Timothy Zarsadias<br>Dean & Gobson<br>Cameron Brown Building, Suite 900<br>301 South McDowell Street<br>Charlotte, NC 28204 |
| Bennett, Samuelsen, Reynolds & Allard<br>1301 Marina Village Parkway, Suite 300<br>Alameda, CA 94501 | Cooley, Manion, Jones, Hake & Kurowski<br>201 Spear Street, Suite 1800<br>San Francisco, CA 94105 |
| Prindle Decker & Amaro<br>310 Golden Shore, 4th Floor<br>Long Beach, CA 90802 | Herr & Zapala<br>152 N. 3rd Street, Suite 500<br>San Jose, CA 95112 |
| Liner Yankelevitz Sunshine & Regenstreif<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024 | Wilson, Elser, Moskowitz, Edelman & Dicker<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071 |
| Selman Breitman<br>11766 Wilshire Blvd., 6th Floor<br>Los Angles, CA 90025 | Jackson & Wallace<br>14724 Ventura Blvd., Suite 410<br>Sherman Oaks, CA 94103 |
| Haight, Brown & Bonesteel<br>6080 Center Drive, Suite 800<br>Los Angeles, CA 90045 | K&L Gates<br>10100 Santa Monica Blvd., 7th Floor<br>Los Angeles, CA 90067 |
| Morris, Polich & Purdy<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, CA 90017 | Law Offices of Lucinda Storm<br>610 A Third Street<br>San Francisco, CA 94107 |
| Bowman and Brooke<br>879 West 190th Street, Suite 700<br>Gardena, CA 90248 | Poole & Shaffery<br>445 S. Figueroa Street, suite 2520<br>Los Angles, CA 90071 |
| Glaspy & Glaspy<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596 | Hassard Bonnington<br>Two Embarcadero Center, Suite 1800<br>San Francisco, CA 94111 |
| Lombardi, Loper & Conant<br>Lake Merrit Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612 | Becherer, Kannett & Achweitzer<br>1255 Powell Street<br>Emeryville, CA 94608 |
| McKenna Long & Aldridge<br>444 South Flower Street, Suite 800<br>Los Angeles, CA 90071 | Lewis Brisbois Bisgaard & Smith<br>221 North Figueroa Street, Suite 1200<br>Los Angeles, CA 90012 |
| Walsworth, Franklin, Bevins & McCall<br>One City Blvd. West, 5th Floor<br>Orange, CA 92868 | Sonnenschein Nath & Rosenthal<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| RecordTrak<br>P.O. Box 61591<br>King of Prussia, PA 19406 | Imai, Tadlock, Keeney & Cordery<br>100 Bush Street, Suite 1300<br>San Francisco, CA 94104 |
| Hawkins, Parnell & Thackston<br>444 South Flower Street, Suite 1100<br>Los Angeles, CA 90071 | Foley & Mansfield'<br>1111 Broadway, 10th Floor<br>Oakland, CA 94607 |
| Morgan, Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071 | Baker, Keener & Nahra<br>633 West Fifth Street, Suite 5400<br>Los Angeles, CA 90071 |