MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 2 2009

FILED
CLERK'S OFFICE

| | |
|---|---|
| TERRY CARDARO and JO ANN CARDARO, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:07-CV-74046-JG |
| v. | |
| AEROJET GENERAL CORPORATION, et al. | |
| Defendants. | |

### ORDER

AND NOW, this __18__ day of __February__, 2009, it is hereby AGREED and STIPULATED by plaintiffs' counsel and counsel for defendant Metallo Gasket Company, that all claims asserted against defendant, Metallo Gasket Company are hereby DISMISSED in their entirety and that defendant, Metallo Gasket Company is hereby dismissed from this matter with prejudice.

BY THE COURT:

_____ J.
Eduardo C. Robreno

PLEADING NO. 5761

349743.1

**OFFICIAL FILE COPY**

IMAGED MAR 3 2009