UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Mar 02, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Terry Cardaro, et al. v. Aerojet General Corp., et al., | ) | |
| E.D. Pennsylvania, C.A. No. 2:07-74046 | ) | MDL No. 875 |
| (E.D. Louisiana, C.A. No. 2:05-2684) | ) | |

## ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

A conditional remand order was filed in this action (*Cardaro*) on January 22, 2009. Prior to expiration of that order's 15-day stay of transmittal, two defendants, Badger Meter, Inc., and Metallo Gasket Co., filed notices of opposition to the proposed remand. Defendant Badger Meter, Inc., subsequently withdrew its opposition to remand. Defendant Metallo Gasket Co. was dismissed as a party to this action by the Honorable Eduardo C. Robreno, in an order filed on February 25, 2009.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on January 22, 2009, is LIFTED. The action is remanded to the Eastern District of Louisiana.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel