MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5763

OFFICIAL FILE COPY

IMAGED MAR 3 2009

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| WALTER MCDONALD, | CIVIL ACTION NO. 08-4203 |
|---|---|
| PLAINTIFF, | SECTION:   C |
| VERSUS | JUDGE HELEN G. BERRIGAN |
| CROWLEY MARTIME CORPORATION, ET AL | MAGISTRATE JUDGE:   3 |
| DEFENDANTS. | MAGISTRATE JUDGE DANIEL C. KNOWLES III |

REPLY TO PLAINTIFF'S MOTION TO
VACATE CONDITIONAL TRANSFER ORDER

NOW INTO COURT, through undersigned counsel, comes defendant, Amdura Corporation, f/k/a American Hoist & Derrick Company (hereinafter referred to as "Amdura"), who submits the

following Reply in Opposition to Plaintiffs', Emelda Ann McDonald, individually and as personal representative of the decedent, Cathy Woodard, Karen Bacchus and Terry Cox, the natural daughters of decedent (hereinafter referred to as "Plaintiffs"), Motion to Vacate Conditional Transfer Order filed with the Judicial Panel on Multidistrict Litigation.

I. **BACKGROUND**

This matter arises from a suit filed by the original plaintiff, Walter McDonald, on March 16, 2000, in the Civil District Court for the Parish of New Orleans, New Orleans, Louisiana which alleged certain enumerated defendants were responsible for the lung cancer he allegedly developed as a result of exposure to asbestos. Subsequently, on July 15, 2002, McDonald amended his suit to include as a defendant, Amdura, alleging that Amdura exposed him to asbestos through cranes it supplied to his employers, a contention that Amdura strongly denies.

On August 15, 2008, this suit was removed to the United States District Court for the Eastern District of Louisiana by defendant, Industrial Development Corporation of South Africa.

Subsequently, a Notice of Tag Along Action was filed by defendant, Ports America Gulfport, Inc. which advised the Court that this suit was a potential tag "along action" which may be subject to transfer to MDL pending in the United States District Court for the Eastern district of Pennsylvania. After consideration of the Notice of Tag Along Action, on January 9, 2009, a conditional order was entered transferring this matter to the United States District Court for the Eastern District of Pennsylvania. It is this conditional order that the Plaintiffs have now moved to vacate.

In response to paragraph 6 of plaintiffs' Motion, Amdura states that no one has been deposed since being brought into this suit and the plaintiff has only recently begun, as of July, 2008,

serving discovery on other parties.

## II.   ARGUMENT

The plaintiffs, in their Motion to Vacate, raise two grounds on which, they allege, the order transferring this matter to the United States District Court for the Eastern District of Pennsylvania should be vacated.

First, they argue that substantial discovery has been completed (yet no depositions have taken place since Amdura was brought into the suit) and, therefore, transfer to the Eastern District of Pennsylvania will only serve to delay the parties in moving this case forward to trial in the Eastern District of Louisiana. In support, the plaintiffs cite several cases including In Re: Multidistrict Private Civil Treble Damage Antitrust Litigation involving Concrete Pipe. No. 12 Judicial Panel on Multidistrict Litigation, 297 F.Supp. 1125, 1126 (1968). Second, the plaintiffs argue that this is not case involving "typical" asbestos manufacturers and suppliers. Therefore, the unique set of defendants in this case leaves the Court with little to "coordinate."

However, the Judicial Panel has already addressed and rejected these grounds raised by the plaintiffs as a basis for vacating an order transferring a case. In the matter, In Re: Asbestos Products Liability Litigation (No.VI), MDL No. 875, 560 F.Supp.2d 1367, 1368-1369 (2008), the Judicial Panel on Multidistrict Litigation ruled that:

> Particularly, in our original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, **the uniqueness of a party's status, the type of defendant,** the docket condition of any specific federal district, **the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death,** and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by us as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the present actions. (Emphasis supplied)

Additionally, the panel stated where the transferee court deems remand of any claim or actions appropriates this could be accomplished with a minimum of delay:

> To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL No.875 unnecessary or inadvisable, whenever the transferee court deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. We are confident that the transferee court will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever it is convinced that retention in MDL No.875 proceedings is no longer needed. In re: Asbestos at 1369.

In any case, contrary to the plaintiff's characterization of the defendants in this matter as not being the "typical" asbestos manufactures and suppliers, this is a suit alleging personal injury arising out of exposure to asbestos. This is the type of case that the Panel, in its original opinion directing centralization of all pending federal court actions involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products regarding, envisioned being transferred to Multidistrict litigation.[1]

### III. CONCLUSION

The arguments raised by the plaintiffs in their Motion to Vacate the Conditional Transfer of this matter to the United States District Court for the Eastern District of Pennsylvania have been rejected by the Judicial Panel on Multidistrict litigation. On this basis and the fact the plaintiffs have raised no other substantive or procedural arguments to preclude transfer, the Court should deny

---

[1] In re Asbestos Products Liability Litigaton (No. VI.) 771 F.Supp. 415 (1991)

plaintiffs' Motion to Vacate.

Respectfully submitted:

_____
TIMOTHY P. HURLEY, T.A. (LSBA #1976)
DANIEL R. ESTRADA, (LSBA #26632)
**MAGINNIS & HURLEY**
One Canal Place
365 Canal Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 524-5353
Telefax: (504) 524-5403
**ATTORNEYS FOR DEFENDANT, AMDURA CORPORATION, f/k/a AMERICAN HOIST & DERRICK COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel on the attached panel list, who are parties to this litigation, by placing same in the United States Mail, properly addressed and postage prepaid on this 27th day of February, 2009.

_____

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                   MDL No. 875

### PANEL SERVICE LIST (Excerpted from CTO-318)

Walter McDonald, et al. v. Crowley Maritime Corp., et al., E.D. Louisiana,
C.A. No. 2:08-4203
Clarence Scott Wren, Sr. v. Cooper/T. Smith Stevedoring, Inc., et al., E.D. Louisiana,
C.A. No. 2:08-4204

Francis P. Accardo
PUGH ACCARDO HAAS
& RADECKER LLC
1100 Poydras Street
Energy Centre, Suite 2000
New Orleans, LA 70163-2000

Stephen C. Aertker, Jr.
HUVAL VEAZEY FELDER
AERTKER & RENEGAR LLC
532 E. Boston Street
Covington, LA 70433

Jerald L. Album
REICH MEEKS & TREADWAY
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, LA 70002

Peter G. Angelos
LAW OFFICES OF
 PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

B. Ralph Bailey
LAW OFFICE OF B RALPH
BAILEY
660 - 3 N. Beau Chene Drive
Mandeville, LA 70471

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Wilton Ellwood Bland, III
MOULEDOUX BLAND LEGRAND
& BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250

John A. Bolles
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Alan Guy Brackett
MOULEDOUX BLAND LEGRAND
& BRACKETT
4250 One Shell Square
701 Poydras Street
New Orleans, LA 70139-4250

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Traci Marie Castille
FRANKE & SALLOUM PLLC
2605 14th Street
P.O. Drawer 460
Gulfport, MS 39502

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kenneth Joseph Gelpi, Jr.
MONTGOMERY BARNETT ET AL
1100 Poydras Street
Suite 3200
New Orleans, LA 70163-3200

Charles V. Giordano
HEBBLER & GIORDANO
3636 S. I-10 Service Road West
Suite 300
Metairie, LA 70001

Stephen Porter Hall
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Timothy P. Hurley
MAGINNIS & HURLEY
Canal Place One
365 Canal Street
Suite 2750
New Orleans, LA 70130

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

## MDL No. 875 - Panel Service List (Excerpted from CTO-318 (Continued)

Susan B. Kohn  
SIMON PERAGINE SMITH  
& REDFEARN LLP  
Energy Centre, Suite 3000  
1100 Poydras Street  
New Orleans, LA 70163-3000  

Peter A. Kraus  
WATERS & KRAUS LLP  
3219 McKinney Avenue  
Suite 3000  
Dallas, TX 75204  

David C. Landin  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219-4074  

Roger B. Lane  
LANE & GOSSETT  
1601 Reynolds Street  
Brunswick, GA 31520  

Gary Allen Lee  
LEE FUTRELL & PERLES LLP  
201 St. Charles Avenue  
Suite 4120  
New Orleans, LA 70170-4120  

William F. Mahoney  
SEGAL MCCAMBRIDGE SINGER  
& MAHONEY LTD  
233 South Wacker Drive, Suite 5500  
Chicago, IL 60606  

Robert C. Malaby  
MALABY & BRADLEY  
150 Broadway  
Suite 600  
New York, NY 10038  

John P. McShea  
MCSHEA TECCE PC  
Mellon Bank Center  
1717 Arch Street  
28th Floor  
Philadelphia, PA 19103  

Philip McWeeny  
SCHIFF HARDIN LLP  
One Market Plaza, 32nd Floor  
Spear Street Tower  
San Francisco, CA 94105  

Neil F. Nazareth  
MARTZELL & BICKFORD  
338 Lafayette Street  
New Orleans, LA 70130  

John K. Nieset  
CHRISTOVICH & KEARNEY LLP  
601 Poydras Street  
Suite 2300  
New Orleans, LA 70130-6078  

Thomas A. Packer  
GORDON & REES LLP  
Embarcadero Center West  
275 Battery Street  
Suite 2000  
San Francisco, CA 94111  

Patricia Cowen Penton  
LEE FUTRELL & PERLES LLP  
201 St. Charles Avenue  
Suite 4120  
New Orleans, LA 70170-4120  

Lawrence G. Pugh, III  
PUGH ACCARDO HAAS  
& RADECKER LLC  
1100 Poydras Street  
Energy Centre, Suite 2000  
New Orleans, LA 70163-2000  

H. Philip Radecker, Jr.  
PUGH ACCARDO HAAS  
& RADECKER LLC  
1100 Poydras Street  
Energy Centre, Suite 2000  
New Orleans, LA 70163-2000  

Robert Seth Reich  
REICH ALBUM & PLUNKETT  
Two Lakeway Center  
3850 N. Causeway Blvd.  
Suite 1000  
Metairie, LA 70002  

Joseph F. Rice  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464  

Antonio J. Rodriguez  
FOWLER RODRIGUEZ  
400 Poydras Street  
30th Floor  
New Orleans, LA 70130  

Mark J. Spansel  
ADAMS & REESE LLP  
One Shell Square, Suite 4500  
701 Poydras Street  
New Orleans, LA 70139  

A. Wendel Stout, III  
DEUTSCH KERRIGAN & STILES  
755 Magazine Street  
New Orleans, LA 70130-3672  

Michael P. Thornton  
THORNTON & NAUMES LLP  
100 Summer Street  
30th Floor  
Boston, MA 02110  

Jefferson R. Tillery  
JONES WALKER  
Place St. Charles  
5th Floor  
201 St. Charles Avenue  
New Orleans, LA 70170  

Walter G. Watkins, Jr.  
FORMAN PERRY WATKINS KRUTZ  
& TARDY PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608  

Robert E. Williams, IV  
SULZER & WILLIAMS LLC  
201 Holiday Blvd.  
Suite 335  
Covington, LA 70433