BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*************************************************************

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WALTER MCDONALD, ET. AL | * | CIVIL ACTION NO. 08-4203 |
| | * | |
| VERSUS | * | SECTION : "C" |
| | * | |
| CROWLEY MARITIME CORP., ET. AL | * | MAGISTRATE (3) |

*************************************************************

MEMORANDUM IN OPPOSITION TO
MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Dixie Machine, Welding & Metal Works, Inc. (hereinafter "Dixie") submits this memorandum in opposition to Plaintiffs' Motion to Vacate the Conditional Transfer Order and respectfully adopts in their entirety, as if copied herein, the opposition memoranda and exhibits filed and submitted by co-defendants, Ports America Gulfport, Inc. and Hartford Accident and Indemnity Company.

WHEREFORE, Dixie Machine Welding & Metal Works, Inc. respectfully requests that this Honorable Court deny Plaintiffs' Motion to Vacate the Conditional Transfer Order.

_[signature]_
GARY A. LEE (#08265)
RICHARD M. PERLES (#01534)
A. ANN CATES (#24769)
PATRICIA C. PENTON (#1120)
STEVEN E. LACOSTE (#23512)
LEE, FUTRELL & PERLES L.L.P.
201 St. Charles Ave., Suite 4120
New Orleans, LA 70170

Telephone: (504) 569-1725
Facsimile:  (504) 569-1726
ATTORNEYS FOR DIXIE MACHINE
WELDING & METAL WORKS, INC.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been sent to all counsel of record, via e-mail, facsimile, by hand and/or U.S. Mail, properly addressed and postage prepaid, this 27th day of February, 2009.

*Patricia C. Penton*
Patricia C. Penton

RECEIVED CLERK'S OFFICE 2009 MAR -2 A 11:44 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
*********************************************************************
THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| WALTER MCDONALD, ET. AL | * | CIVIL ACTION NO. 08-4203 |
| | * | |
| VERSUS | * | SECTION : "C" |
| | * | |
| CROWLEY MARITIME CORP., ET. AL | * | MAGISTRATE (3) |

*********************************************************************

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Memorandum in Opposition to Motion to Vacate the Conditional Transfer Order filed on behalf of Dixie Machine, Welding and Metal Works, Inc., has been sent to all counsel of record listed below, via e-mail, facsimile, by hand and/or U.S. Mail, properly addressed and postage prepaid, this 2nd day of March, 2009:

| Francis P. Accardo<br>Pugh Accardo Haas & Radecker LLC<br>1100 Poydras Street, Suite 2000<br>New Orleans, LA 70163-2000 | Wilton Ellwood Bland<br>Mouledoux Bland Legrand & Brackett<br>One Shell Square<br>701 Poydras Street, Suite 4250<br>New Orleans, LA 70139-4250 |
| Kenneth Joseph Gelpi, Jr.<br>Montgomery Barnett et al<br>1100 Poydras Street, Suite 3200<br>New Orleans, LA 70163 | Stephen C. Aertker, Jr.<br>Huval Veazey Felder Aertker & Renegar LLC<br>532 E. Boston Street<br>Covington, LA 70433 |

| | |
|---|---|
| Jerald L. Album<br>Reich Meeks & Treadway<br>Two Lakeway Center, Suite 1000<br>3850 N. Causeway Blvd.<br>Metairie, LA 70002 | Alan Guy Brackett<br>Mouledoux Bland Legrand & Brackett<br>One Shell Square<br>701 Poydras Street, Suite 4250<br>New Orleans, LA 70139-4250 |
| Stephen Porter Hall<br>Phelps Dunbar LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534 | Peter G. Angelos<br>Law Offices of Peter G. Angelos PC<br>One Charles Center<br>100 North Charles Street, 22nd Floor<br>Baltimore, MD 21201 |
| Russell W. Budd<br>Baron & Budd, PC<br>3102 Oaklawn Avenue, Suite 1100<br>Dallas, Texas 75219 | Timothy P. Hurley<br>Maginnis & Hurley<br>Canal Place One<br>365 Canal Street, Suite 2750<br>New Orleans, LA 70130 |
| B. Ralph Bailey<br>Law Office of B. Ralph Bailey<br>660 – 3 N. Beau Chene Drive<br>Mandeville, LA 70471 | Traci Marie Castille<br>Franke & Salloum PLLC<br>2605 14th Street<br>P.O. Drawer 460<br>Gulfport, MS 39502 |
| Kevin M. Jordan<br>Baker Botts LLP<br>910 Louisiana<br>One Shell Square<br>Houston, Texas 77002-4995 | Janet W. Black<br>Ward Black PA<br>208 West Wendover Avenue<br>Greensboro, NC 27401-1307 |
| John D. Cooney<br>Cooney & Conway<br>120 North Lasalle Street, Suite 3000<br>Chicago, IL 60602-2415 | Paul Kalish<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 |
| Steven Kazan<br>Kazan McClain Abrams Fernandez et al<br>171 Twelfth Street, Third Floor<br>Oakland, CA 94607 | Sue B. Kohn<br>Simon Peragine Smith and Redfearn LLP<br>Energy Centre, Suite 3000<br>1100 Poydras Street<br>New Orleans, LA 70163-3000 |
| Peter A. Kraus<br>Waters & Kraus LLP<br>3219 McKinney Avenue, Suite 3000<br>Dallas, Texas 75204 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4074 |

| | |
|---|---|
| Roger B. Lane<br>Lane & Gossett<br>1601 Reynolds Street<br>Brunswick, GA 31520 | William F. Mahoney<br>Segal McCambridge Singer & Mahoney LTD<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606 |
| Robert C. Malaby<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 | John P. McShea<br>McShea Tecce PC<br>Mellon Bank Center<br>1717 Arch Street, 28th Floor<br>Philadelphia, PA 19103 |
| Philip McWeeny<br>Schiff Hardin LLP<br>One Market Plaza, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105 | Neil F. Nazareth<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130 |
| John K. Nieset<br>Christovich & Kearney, LLP<br>601 Poydras Street, Suite 2300<br>New Orleans, LA 70130-6078 | Thomas A. Packer<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 |
| Lawrence G. Pugh, III<br>Pugh Accardo Haas & Radecker, LLC<br>1100 Poydras Street<br>Energy Centre, Suite 2000<br>New Orleans, LA 70163-2000 | H. Philip Radecker, Jr.<br>Pugh Accardo Haas & Radecker, LLC<br>1100 Poydras Street<br>Energy Centre, Suite 2000<br>New Orleans, LA 70163-2000 |
| Robert Seth Reich<br>Reich Album & Plunkett<br>Two Lakeway Center<br>3850 N. Causeway Blvd., Suite 1000<br>Metairie, LA 70002 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464 |
| Antonio J. Rodriguez<br>Fowler Rodriguez<br>400 Poydras Street, 30th Floor<br>New Orleans, LA 70130 | Mark J. Spansel<br>Adams & Reese LLP<br>One Shell Square, Suite 4500<br>701 Poydras Street<br>New Orleans, LA 70139 |
| A. Wendel Stout, III<br>Deutsch Kerrigan & Stiles<br>755 Magazine Street<br>New Orleans, LA 70130-3672 | Michael P. Thornton<br>Thornton & Naumes LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |

| | |
|---|---|
| Jefferson R. Tillery<br>Jones Walker<br>Place St. Charles, 5th Floor<br>201 St. Charles Avenue<br>New Orleans, LA 70170 | Walter G. Watkins, Jr.<br>Forman Perry Watkins Krutz & Tardy, PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608 |
| Robert E. Williams, IV<br>Sulzer & Williams LLC<br>201 Holiday Blvd., Suite 335<br>Covington, LA 70433 | |

Patricia C. Penton