BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*********************************************************************

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLARENCE SCOTT WREN, SR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | |
| | * | NO. 08-4204 |
| COOPER/T. SMITH STEVEDORING, INC., ET AL | * | |
| | * | |
| | * | SECTION "C" |
| | * | |
| | * | |
| | * | MAGISTRATE NO. (5) |
| | * | |
| ************************** | * | |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Defendant Ports America Gulfport, Inc. ("Ports America") submits the following opposition to Plaintiff's Motion to Vacate Conditional Transfer Order filed on behalf of Clarence Wren. Ports America disputes plaintiff's contentions about the readiness of this case for trial, and his arguments about the supposed "uniqueness" of this case have been considered and rejected by this Panel on prior occasions.

In order to avoid repetitive pleadings and arguments, Ports America hereby adopts and incorporates, in full, as if set forth herein, the Memorandum in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order filed by co-defendants Hartford Accident and Indemnity

Co. ("Hartford") and Certain Underwriters at Lloyd's, London, Economic Insurance Company Limited, Fine Art & General Insurance Company, Limited, National Provincial Insurance Company Limited, The Edinburgh Assurance Company, and British Law Insurance Company ("Underwriters").

As set forth by Hartford and Underwriters, plaintiff's argument in support of vacating the Conditional Transfer Order that substantial discovery has been completed in this case and that "transfer to the Eastern District of Pennsylvania will only serve to delay the parties in proceeding to trial in the Eastern District of Louisiana," is without merit. Minimal discovery has occurred thus far. Plaintiff has identified more than a dozen witnesses, none of whom have been deposed. (Plaintiff's discovery responses are attached to the Memorandum filed by Hartford and Underwriters as Exhibit "A"). Likewise, plaintiff's counsel has deposed no defense witnesses, and has propounded written discovery to most defendants dealing only with one narrow jurisdictional issue. This case is not ready for trial, and will not be ready soon.

Plaintiff also claims that he would be prejudiced by consolidation before an MDL panel because he "is seventy-four years old and is dying of malignant mesothelioma," and that his treating physician opined that he may not live past January, 2009. As pointed out by Hartford and Underwriters, although malignant pleural mesothelioma was diagnosed on July 6, 2007, plaintiff currently appears to be asymptomatic, and in fact, is not "dying." (See Exhibits B, C, D, and E, attached to the Memorandum filed by Hartford and Underwriters).

The evidence supporting plaintiff's argument that he needs to rush to trial in the District Court is far from clear. Neither is it clear that proceeding in the MDL would delay the expedient resolution of this case. As the panel noted in the Transfer Order issued April 8, 2008, "[u]nder the stewardship of the transferee court, as of March 31, 2008, (1) over 76,450 actions have been

closed in the transferee district, and (2) over 1,370 actions or claims therein have been returned to their originating transferor districts." *In re Asbestos Products Liability Litigation (No. VI)*, 2008 WL 1214814 (MDL No. 875, 2008).

Finally, as pointed out by Hartford and Underwriters, plaintiff's claim that this case possesses a "unique set of defendants" that leaves the Court with "little to 'coordinate'" is also erroneous. As stated by Hartford and Underwriters, most of the defendants in this case, whether stevedore companies or shipping companies, are Mr. Wren's own former employers and it is simply far from "atypical" for a plaintiff in an asbestos lawsuit to make a claim against his employer. Ports America submits that the Panel and the Court would no doubt be able to identify the relevant issues and coordinate pretrial proceedings in an efficient manner.

In *In re Asbestos Products Liability Litigation (No. VI)*, the Panel pointed out that as far back as 1991 it considered and rejected arguments against consolidation based on "the uniqueness of a party's status," "the type of defendant," and "the stage of pretrial proceedings." 2008 WL 1214814 (MDL No. 875, 2008), at p. 2. Such arguments "were considered and rejected by us as grounds for carving out exceptions to transfer in this extraordinary docket." *Id.*

For these reasons, and those set forth more fully by Hartford and Underwriters, Ports America Gulfport, Inc. submits that this action should be transferred to the Eastern District of Pennsylvania for inclusion in the coordinated pretrial proceedings occurring there.

Respectfully submitted,

_____
JACQUES P. DEGRUY, T.A. (#29144)
WILTON E. BLAND, III      (#2123)
PATRICK E. COSTELLO      (#26619)
MOULEDOUX, BLAND, LEGRAND
   & BRACKETT
701 Poydras Street, Suite #4250
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Attorneys for Ports America Gulfport, Inc.

### CERTIFICATE

This is to certify that, on the 27th day of February, 2009, a copy of the above and foregoing has been served upon counsel of record by facsimile, e-mail transmission and/or by U.S. Mail, postage prepaid and properly addressed.

John A. Boles

Neil F. Nazareth

Antonio J. Rodriguez

H. Philip Raedecker, Jr.

Gary Lee

Mark Spaniel

Jefferson R. Tillery

Roland M. Vandenweghe, Jr.

Susan B. Kohn

Robert E. Williams

John Nieset

Stephen Hall

Phil Brickman

Stephanie Skinner

_____
JACQUES P. DEGRUY

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLARENCE SCOTT WREN, SR. | * | CIVIL ACTION |
| VERSUS | * | NO. 08-4204 |
| COOPER/T. SMITH STEVEDORING, INC., ET AL | * | SECTION "C" |
| | * | MAGISTRATE NO. (5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REVISED CERTIFICATE OF SERVICE

This is to certify that, on 3 day of March, 2009, a copy of the Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order has been served upon counsel of record by facsimile, e-mail transmission or U.S. Mail, postage prepaid and properly addressed:

Francis P. Accardo
PUGH ACCARDO HAAS
& RADECKER LLC
1100 Poydras Street
Energy Centre, Suite 2000
New Orleans, LA 70163-2000
Counsel for Buck Kreihs
Company, Inc.

Wilton Ellwood Bland, III
MOULEDOUX BLAND
LEGRAND & BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250
Counsel for Ports America
Gulfport, Inc.

Kenneth Joseph Gelpi, Jr.
MONTGOMERY BARNETT
ET AL
1100 Poydras Street
Suite 3200
New Orleans, LA 70163-3200
Unknown Counsel

Stephen C. Aertker, Jr.
HUVAL VEAZEY FELDER
AERTKER & RENEGAR LLC
532 E. Boston Street
Covington, LA 70433
Unknown Counsel

Jerald L. Album
REICH MEEKS & TREADWAY
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, LA 70002
Unknown Counsel

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
Unknown Counsel

B. Ralph Bailey
LAW OFFICES OF B RALPH
BAILEY
660 - 3 N. Beau Chene Drive
Mandeville, LA 70471
Unknown Counsel

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
Unknown Counsel

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
Unknown Counsel

John A. Bolles
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534
Counsel for Crowley Marine

Alan Guy Brackett
MOULEDOUX BLAND
LEGRAND & BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250
Counsel for Cooper/T. Smith
Stevedoring Company, Inc.

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
Unknown Counsel

Traci Marie Castille
FRANKE & SALLOUM PLLC
2605 14th Street
P. O. Drawer 460
Gulfport, MS 39502
Counsel for SSA Gulf
Terminals, Inc.

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
Unknown Counsel

Susan B. Kohn
SIMON PERAGINE SMITH
& REDFEARN LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000
Counsel for Certain
Underwriters at Lloyd's, London
and Certain London Market
Insurance Companies

Charles V. Giordano
HEBBLER & GIORDANO
3636 S. I-10 Service Road West
Suite 300
Metairie, LA 70001
Unknown Counsel

Stephen Porter Hall
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534
Counsel for Hartford Accident
and Indemnity Company

Timothy P. Hurley
MAGINNIS & HURLEY
Canal Place One
365 Canal Street
Suite 2750
New Orleans, LA 70130
Counsel for Amdura
Corporation

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
Unknown Counsel

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595
Unknown Counsel

Neil F. Nazareth
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
Counsel for Plaintiffs

| | | |
|---|---|---|
| Antonio J. Rodriguez<br>FOWLER & RODRIGUEZ<br>400 Poydras Street<br>30th Floor<br>New Orleans, LA<br>Counsel for Industrial<br>Development Corporation of<br>South Africa, Limited | Peter A. Kraus<br>WATERS & KRAUS LLP<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204<br>Unknown Counsel | John Nieset<br>CHRISTOVICH & KEARNEY<br>LLP<br>601 Poydras Street<br>Suite 2300<br>New Orleans, LA 70130-6078<br>Counsel for Hartford Accident<br>and Indemnity Company |
| Mark J. Spansel<br>ADAMS & REESE LLP<br>One Shell Square, Suite 4500<br>701 Poydras Street<br>New Orleans, LA 70139<br>Counsel for Cooper/T. Smith<br>Stevedoring Company, Inc. | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4074<br>Unknown Counsel | Thomas A. Packer<br>GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery Street<br>Suite 2000<br>San Francisco, CA 94111<br>Unknown Counsel |
| A. Wendel Stout, III<br>DEUTSCH KERRIGAN &<br>STILES<br>755 Magazine Street<br>New Orleans, LA 70130-3672<br>Unknown Counsel | Roger B. Lane<br>LANE & GOSSETT<br>1601 Reynolds Street<br>Brunswick, GA 31520<br>Unknown Counsel | Patricia Cowen Penton<br>LEE FUTRELL & PERLES<br>LLP<br>201 St. Charles Avenue<br>Suite 4120<br>New Orleans, LA 70170-4120<br>Counsel for Dixie Machine<br>Welding & Metal Works, Inc. |
| Michael P. Thornton<br>THORNTON & NAUMES LLP<br>1100 Summer Street<br>30th Floor<br>Boston, MA 02110<br>Unknown Counsel | Gary Allen Lee<br>LEE FUTRELL & PERLES<br>LLP<br>201 St. Charles Avenue<br>Suite 4120<br>New Orleans, LA 70170-4120<br>Counsel for Dixie Machine<br>Welding & Metal Works, Inc. | Lawrence G. Pugh, III<br>PUGH ACCARDO HAAS &<br>RADECKER LLC<br>1100 Poydras Street<br>Energy Centre, Suite 2000<br>New Orleans, LA 70163-2000<br>Counsel for Buck Kreihs<br>Company, Inc. |
| Jefferson R. Tilley<br>JONES WALKER<br>Place St. Charles<br>5th Floor<br>201 St. Charles Avenue<br>New Orleans, LA 70170<br>Counsel for James J. Flannagan | William F. Mahoney<br>SEGAL MCCAMBRIDGE<br>SINGER & MAHONEY LTD<br>233 South Wacker Drive, Suite<br>5500<br>Chicago, IL 60606<br>Unknown Counsel | H. Phillip Radecker, Jr.<br>PUGH ACCARDO HAAS &<br>RADECKER LLC<br>1100 Poydras Street<br>Energy Centre, Suite 2000<br>New Orleans, LA 70163-2000<br>Counsel for Buck Kreihs<br>Company, Inc. |
| Walter G. Watkins, Jr.<br>FORMAN PERRY WATKINS<br>KRUTZ & TARDY PLLC<br>P. O. Box 22608<br>Jackson, MS 39225-2608<br>Unknown Counsel | Robert C. Malaby<br>MALABY & BRADLEY<br>150 Broadway<br>Suite 600<br>New York, NY 10038<br>Unknown Counsel | Robert Seth Reich<br>REICH ALBUM &<br>PLUNKETT<br>Two Lakeway Center<br>3850 N. Causeway Blvd.<br>Suite 1000<br>Metairie, LA 70002<br>Unknown Counsel |

Robert E. Williams, IV
SULZER & WILLIAMS LLC
201 Holiday Blvd.
Suite 335
Covington, LA 70433
Counsel for SSA Gulf
Terminals, Inc.

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
Unknown Counsel

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Unknown Counsel

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
Unknown Counsel

                              Respectfully submitted,

                              JACQUES P. DeGRUY, T.A.       (#29144)
                              WILTON E. BLAND, III          (#3123)
                              PATRICK E. COSTELLO           (#26619)
                              MOULEDOUX, BLAND, LEGRAND
                               & BRACKETT, L.L.C.
                              701 Poydras Street, Suite #4250
                              New Orleans, Louisiana 70139
                              Telephone:    (504) 595-3000
                              Facsimile:    (504) 522-2121
                              Attorneys for Ports America Gulfport, Inc.