MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**************************************************************************
THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WALTER MCDONALD, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | |
| | * | NO. 08-4203 |
| CROWLEY MARITIME CORP., ET AL | * | |
| | * | |
| | * | SECTION "C" |
| | * | |
| | * | |
| | * | MAGISTRATE NO. (5) |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION
TO VACATE THE CONDITIONAL TRANSFER ORDER**

Defendant Ports America Gulfport, Inc. ("Ports America") submits the following opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order filed on behalf of the heirs of Walter McDonald. Ports America disputes plaintiffs' contentions about the readiness of this case for trial, and his arguments about the supposed "uniqueness" of this case have been considered and rejected by this Panel on prior occasions.

In order to avoid repetitive pleadings and arguments, Ports America hereby adopts and incorporates, in full, as if set forth herein, the Memorandum in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order filed by co-defendants Hartford Accident and Indemnity

OFFICIAL FILE COPY

IMAGED MAR 4 2009

Co. ("Hartford") and Certain Underwriters at Lloyd's, London, Economic Insurance Company Limited, Fine Art & General Insurance Company, Limited, National Provincial Insurance Company Limited, The Edinburgh Assurance Company, and British Law Insurance Company ("Underwriters").

As set forth by Hartford and Underwriters, Plaintiffs' argument in support of vacating the Conditional Transfer Order, that substantial discovery has been completed in this case and that "transfer to the Eastern District of Pennsylvania will only serve to delay the parties in proceeding to trial in the Eastern District of Louisiana," is without merit. Ports America was added eight years after this action was first filed and did not participate in any discovery prior to that time. In the one year since, very little discovery has been conducted, other than the exchange of limited written discovery. Further, none of the numerous witnesses identified by plaintiffs have been deposed, and there is certainly substantial discovery left to be done.

Also, as pointed out by Hartford and Underwriters, plaintiff's claim that this case possesses a "unique set of defendants" that leaves the Court with "little to 'coordinate'" is also erroneous. As stated by Hartford and Underwriters, most of the defendants in this case, whether stevedore companies or shipping companies, are Mr. McDonald's own former employers and it is simply far from "atypical" for a plaintiff in an asbestos lawsuit to make a claim against his employer. Ports America submits that the Panel and the Court would no doubt be able to identify the relevant issues and coordinate pretrial proceedings in an efficient manner.

In *In re Asbestos Products Liability Litigation (No. VI)*, the Panel pointed out that as far back as 1991 it considered and rejected arguments against consolidation based on "the uniqueness of a party's status," "the type of defendant," and "the stage of pretrial proceedings."

2008 WL 1214814 (MDL No. 875, 2008), at p. 2. Such arguments "were considered and rejected by us as grounds for carving out exceptions to transfer in this extraordinary docket." *Id.*

For these reasons, and those set forth more fully by Hartford and Underwriters, Ports America Gulfport, Inc. submits that this action should be transferred to the Eastern District of Pennsylvania for inclusion in the coordinated pretrial proceedings occurring there.

    Respectfully submitted,

    _____
    JACQUES P. DEGRUY, T.A.  (#29144)
    WILTON E. BLAND, III  (#3123)
    PATRICK E. COSTELLO  (#26619)
    MOULEDOUX, BLAND, LEGRAND
      &amp; BRACKETT
    701 Poydras Street, Suite #4250
    New Orleans, Louisiana 70139
    Telephone: (504) 595-3000
    Facsimile: (504) 522-2121
    Attorneys for Ports America Gulfport, Inc.

2009 MAR -2 A 11:42
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

## **CERTIFICATE**

This is to certify that, on 27th day of February, 2009, a copy of the above and foregoing has been served upon counsel of record by facsimile, e-mail transmission or U.S. Mail, postage prepaid and properly addressed:

John A. Bolles

Neil F. Nazareth

Antonio J. Rodriguez

H. Philip Raedecker, Jr.

Gary Lee

Mark Spansel

Jefferson R. Tillery

Alan G. Brackett .

Susan B. Kohn

Robert E. Williams

John Nieset

Stephen Hall

Stephanie Skinner

Phil Brickman

_____
JACQUES P. DEGRUY

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*********************************************************************

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WALTER MCDONALD, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 08-4203 |
| CROWLEY MARITME CORP., ET AL | * | SECTION "C" |
| | * | MAGISTRATE NO. (5) |

*********************************************

### REVISED CERTIFICATE OF SERVICE

This is to certify that, on 3rd day of March, 2009, a copy of the Memorandum in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order has been served upon counsel of record by facsimile, e-mail transmission or U.S. Mail, postage prepaid and properly addressed:

Francis P. Accardo
PUGH ACCARDO HAAS
& RADECKER LLC
1100 Poydras Street
Energy Centre, Suite 2000
New Orleans, LA 70163-2000
Counsel for Buck Kreihs
Company, Inc.

Wilton Ellwood Bland, III
MOULEDOUX BLAND
LEGRAND & BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250
Counsel for Ports America
Gulfport, Inc.

Kenneth Joseph Gelpi, Jr.
MONTGOMERY BARNETT
ET AL
1100 Poydras Street
Suite 3200
New Orleans, LA 70163-3200
Unknown Counsel

Stephen C. Aertker, Jr.
HUVAL VEAZEY FELDER AERTKER & RENEGAR LLC
532 E. Boston Street
Covington, LA 70433
Unknown Counsel

Jerald L. Album
REICH MEEKS & TREADWAY
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, LA 70002
Unknown Counsel

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
Unknown Counsel

B. Ralph Bailey
LAW OFFICES OF B RALPH BAILEY
660 - 3 N. Beau Chene Drive
Mandeville, LA 70471
Unknown Counsel

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
Unknown Counsel

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
Unknown Counsel

John A. Bolles
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534
Counsel for Crowley Marine

Alan Guy Brackett
MOULEDOUX BLAND LEGRAND & BRACKETT
One Shell Square
701 Poydras Street
Suite 4250
New Orleans, LA 70139-4250
Counsel for Cooper/T. Smith Stevedoring Company, Inc.

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
Unknown Counsel

Traci Marie Castille
FRANKE & SALLOUM PLLC
2605 14th Street
P. O. Drawer 460
Gulfport, MS 39502
Counsel for SSA Gulf Terminals, Inc.

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
Unknown Counsel

Susan B. Kohn
SIMON PERAGINE SMITH & REDFEARN LLP
Energy Centre, Suite 3000
1100 Poydras Street
New Orleans, LA 70163-3000
Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies

Charles V. Giordano
HEBBLER & GIORDANO
3636 S. I-10 Service Road West
Suite 300
Metairie, LA 70001
Unknown Counsel

Stephen Porter Hall
PHELPS DUNBAR LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534
Counsel for Hartford Accident and Indemnity Company

Timothy P. Hurley
MAGINNIS & HURLEY
Canal Place One
365 Canal Street
Suite 2750
New Orleans, LA 70130
Counsel for Amdura Corporation

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
Unknown Counsel

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Unknown Counsel

Neil F. Nazareth
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
Counsel for Plaintiffs

Antonio J. Rodriguez
FOWLER & RODRIGUEZ
400 Poydras Street
30th Floor
New Orleans, LA
Counsel for Industrial
Development Corporation of
South Africa, Limited

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
Unknown Counsel

John Nieset
CHRISTOVICH & KEARNEY
LLP
601 Poydras Street
Suite 2300
New Orleans, LA 70130-6078
Counsel for Hartford Accident
and Indemnity Company

Mark J. Spansel
ADAMS & REESE LLP
One Shell Square, Suite 4500
701 Poydras Street
New Orleans, LA 70139
Counsel for Cooper/T. Smith
Stevedoring Company, Inc.

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Unknown Counsel

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
Unknown Counsel

A. Wendel Stout, III
DEUTSCH KERRIGAN &
STILES
755 Magazine Street
New Orleans, LA 70130-3672
Unknown Counsel

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520
Unknown Counsel

Patricia Cowen Penton
LEE FUTRELL & PERLES
LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120
Counsel for Dixie Machine
Welding & Metal Works, Inc.

Michael P. Thornton
THORNTON & NAUMES LLP
1100 Summer Street
30th Floor
Boston, MA 02110
Unknown Counsel

Gary Allen Lee
LEE FUTRELL & PERLES
LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120
Counsel for Dixie Machine
Welding & Metal Works, Inc.

Lawrence G. Pugh, III
PUGH ACCARDO HAAS &
RADECKER LLC
1100 Poydras Street
Energy Centre, Suite 2000
New Orleans, LA 70163-2000
Counsel for Buck Kreihs
Company, Inc.

Jefferson R. Tilley
JONES WALKER
Place St. Charles
5th Floor
201 St. Charles Avenue
New Orleans, LA 70170
Counsel for James J. Flannagan

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive, Suite
5500
Chicago, IL 60606
Unknown Counsel

H. Phillip Radecker, Jr.
PUGH ACCARDO HAAS &
RADECKER LLC
1100 Poydras Street
Energy Centre, Suite 2000
New Orleans, LA 70163-2000
Counsel for Buck Kreihs
Company, Inc.

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P. O. Box 22608
Jackson, MS 39225-2608
Unknown Counsel

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
Unknown Counsel

Robert Seth Reich
REICH ALBUM &
PLUNKETT
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 1000
Metairie, LA 70002
Unknown Counsel

Robert E. Williams, IV
SULZER & WILLIAMS LLC
201 Holiday Blvd.
Suite 335
Covington, LA 70433
Counsel for SSA Gulf
Terminals, Inc.

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
Unknown Counsel

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
Unknown Counsel

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Unknown Counsel

Respectfully submitted,

JACQUES P. DeGRUY, T.A.        (#29144)
WILTON E. BLAND, III           (#3123)
PATRICK E. COSTELLO            (#26619)
MOULEDOUX, BLAND, LEGRAND
 & BRACKETT, L.L.C.
701 Poydras Street, Suite #4250
New Orleans, Louisiana 70139
Telephone:    (504) 595-3000
Facsimile:    (504) 522-2121
Attorneys for Ports America Gulfport, Inc.