THREE GATEWAY CENTER, 12TH FLOOR   NEWARK, NEW JERSEY 07102-5311

www.sdma.com   973.242.0002 phone   973.242.8099 fax

# MDL 8 7 5

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2009

FILED
CLERK'S OFFICE

March 3, 2009

*Via Facsimile (202) 502-2888*

Jeffery M. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

> Request of deft. Foster Wheeler Energy Corp.
> in Peluso, NJ 2:08-5112, for Extension of Time
> to file Response – **GRANTED.  Response**
> **due on 4 March 09.**
>
> (jnl - 3 Mar 09)

Re:   Francine Peluso v. Foster Wheeler Energy Corp., et al.
Case No. 08-CV-05112
CTO-318/MDL No. 875

Dear Mr. Luthi:

My office represents Foster Wheeler Energy Corporation ("Foster Wheeler") in the above action.  Foster Wheeler respectfully requests an extension of time to file its opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order 318 ("CTO-318") in the above-referenced matter.

Unfortunately, due to the weather on March 2, 2009, our office was short-staffed.  Foster Wheeler's Opposition papers will be forwarded to the Court via overnight Federal Express for delivery tomorrow.  We will also fax Foster Wheeler's Opposition papers to plaintiff today, as well as provide a hard copy via Federal Express.

Please advise if this is acceptable to the Court.  Thank you for your consideration of this matter.

Respectfully submitted,

Afigo Okpewho
Sedgwick, Detert, Moran & Arnold LLP

AO/mtk
cc:  Panel Service List
      All Counsel of Record in the Peluso Case

**PLEADING NO. 5770**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 MAR -3  P 2: 16

RECEIVED
CLERK'S OFFICE

# OFFICIAL FILE COPY

*Celebrating 75 Years of Service 1933-2008*

**IMAGED** MAR  4 2009