UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 04, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)    MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-319)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 771 F.Supp. 415 (J.P.M.L. 1991).  Since that time, 84,244 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                   MDL No. 875

### SCHEDULE CTO-319 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 08-501 | Larry Lindquist, et al. v. CLA-VAL Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 08-5439 | Pauline Smithson, et al. v. General Electric Co., et al. |
| CAN | 3 | 08-5440 | Shirley Ruby Holliday, et al. v. General Electric Co., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 09-65 | Frank J. Williams, Jr. v. Lockheed Martin Corp., et al. |
| **MASSACHUSETTS** | | | |
| MA | 1 | 08-10078 | William A. O'Connell v. Foster Wheeler Energy Corp., et al. |
| **MAINE** | | | |
| ME | 1 | 09-32 | Joseph N. Vigue, et al. v. Metropolitan Life Insurance Co., et al. |
| ME | 2 | 09-7 | Susan Leet, etc. v. Aurora Pump Co., et al. |
| **MINNESOTA** | | | |
| MN | 0 | 08-6408 | Leo J. Selz v. Soo Line Railroad Co. |
| MN | 0 | 08-6473 | Edward Taticek v. Soo Line Railroad Co. |
| MN | 0 | 09-97 | Robert E. Mannelin v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-98 | Lawrence Maul v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-99 | Douglas A. Nystedt v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-101 | Brenda Bischoff, etc. v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-102 | Kenneth L. Olson v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-103 | John Plevell v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-104 | James E. Butler, Jr. v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-105 | Clarence A. Cripps v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-106 | Robert W. Pulkinen v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-107 | James J. Dauer v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-108 | Daniel F. Gangl v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-109 | Gerald D. Saw v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-111 | Marlyn Grunwald v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-112 | Mark D. Jackson v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-113 | John B. Thomatz v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-114 | Louis R. Karakash v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-115 | Karl R. Kuth v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-116 | Carlo V. Toivari v. Garlock Sealing Technologies, LLC, et al. |
| MN | 0 | 09-117 | Leslie R. Wiedenhoft v. Garlock Sealing Technologies, LLC, et al. |

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

  MN  0  09-118                 Donald W. Zimmer v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-126                 Joseph M. Baudek v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-128                 Robert L. Gouldin v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-188                 Robert H. Mingo v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-189                 Michael L. Paun v. Garlock Sealing Technologies, LLC, et al.

NORTH CAROLINA MIDDLE
  NCM  1  08-935               Dale Litaker, etc. v. Aqua-Chem, Inc., et al.
  NCM  1  09-13                 Jimmy A. Miller, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  09-14                 Tyre L. Nicholson, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  09-16                 Elmer Leslie Sisk, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1  09-35                 Dwight Allen Barnhardt, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  09-36                 Paul Pritchett, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1  09-47                 Jim Allen Woodell, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  09-48                 Terry Russell Tilley v. Aqua-Chem, Inc., et al.
  NCM  1  09-49                 Robert Kenneth Whitlock, Sr. v. Aqua-Chem, Inc., et al.
  NCM  1  09-55                 Michael Cleve Bray, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1  09-56                 Larry Joe Almond, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  08-372              Troy J. McAuley, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-374              David Lee Pope, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-448              Gary C. Whitworth, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-4                Robert Lee Nichols, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-5                Grover M. Ensley, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-6                Jim M. Vance, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-8                Franklin Clinton Cloninger v. Aqua-Chem, Inc., et al.
  NCW  1  09-9                Eldridge Elmer Clark, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-11               Johnny Miller Lytton, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-12               James Lee Plummer, Sr. v. Aqua-Chem, Inc., et al.
  NCW  1  09-13               George Wagoner Ferguson, III, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-14               Verline Borders Petty, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-15               Larry Eugene Mauldin v. Aqua-Chem, Inc., et al.
  NCW  1  09-16               Stanley Earl Fox, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-17               Gary Marvin Tench, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-19               Gregory Lewis Gabriel, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-20               Darrell Edward Garrison, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-21               Richard Volan Rumfelt v. Aqua-Chem, Inc., et al.
  NCW  1  09-24               James Phillip Rhodes, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-25               Clarence Barlow v. Aqua-Chem, Inc., et al.
  NCW  1  09-26               James Edgar Cooper, III, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

   NCW  1  09-27       Ernest Wade Currie, et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-28       Gary Eugene Davis, et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-32       Dennis Ray Drum, et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-33       Ronnie Lewis Finger, et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-34       David Sloan Edwards, et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-35       Donna Teague Garver, et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-36       Joseph Dail Drum, et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-37       Scotty Paul Garver, et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-38       Brenda Diane Greene v. Aqua-Chem, Inc., et al.
   NCW  1  09-39       Marvin Leroy Gee, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1  09-73       Billy Burklin Baber, et al. v. Aqua-Chem, Inc., et al.

NEW JERSEY
   NJ  2  09-193        Joseph A. Matuska, et al. v. ABB, Inc., et al.
   NJ  2  09-257        Gerald L. Hoffeditz, et al. v. AM General, LLC, et al.

NEW YORK SOUTHERN
   NYS  1  08-11010     Francis Bruce Travis v. 3M Co., et al.
   NYS  1  08-11011     Dwight O. Johnson, Jr. v. Anchor Packing, et al.

OHIO NORTHERN
   OHN  1  09-10000     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
   OHN  1  09-10001     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

SOUTH CAROLINA
   SC  0  09-100        Joyce C. Moses, et al. v. Aqua-Chem, Inc., et al.
   SC  0  09-124        Mendel Wayne Godfrey, et al. v. Aqua-Chem, Inc., et al.
   SC  0  09-222        Dean Lynn Dover, et al. v. Aqua-Chem, Inc., et al.
   SC  0  09-224        Jimmie Keith Chapman v. Aqua-Chem, Inc., et al.
   SC  0  09-225        Eugene Alfred Blackwell, et al. v. Aqua-Chem, Inc., et al.
   SC  6  09-122        Randall Jewell Booker, et al. v. Aqua-Chem, Inc., et al.
   SC  6  09-162        Larry Wayne Garmon, etc. v. Aqua-Chem, Inc., et al.
   SC  7  09-179        Leslie Steven Hall, et al. v. Aqua-Chem, Inc., et al.
   SC  8  09-99         Donnie Ray Richardson v. Aqua-Chem, Inc., et al.
   SC  8  09-101        Eugene Mack Edney, et al. v. Aqua-Chem, Inc., et al.
   SC  8  09-125        Michael Leonard Merck, et al. v. Aqua-Chem, Inc., et al.
   SC  8  09-127        Richard L. Wentzky, et al. v. Aqua-Chem, Inc., et al.
   SC  8  09-163        George Wesley Fincher, Jr. v. Aqua-Chem, Inc., et al.
   SC  8  09-166        Don Richard Cox, Sr. v. Aqua-Chem, Inc., et al.
   SC  8  09-176        Billy F. Owens, et al. v. Aqua-Chem, Inc., et al.
   SC  8  09-177        Weldon Cleo Masters, et al. v. Aqua-Chem, Inc., et al.
   SC  8  09-180        Tony Oral Getsinger, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

TEXAS WESTERN
  TXW  6  08-365        Edward Wilhite, et al. v. Able Supply Co., et al.

VIRGINIA EASTERN
  VAE  2  06-8895      Robert E. Harrelson v. American Standard, Inc., et al.
  VAE  2  06-8896      Kenneth E. Leslie v. American Standard, Inc., et al.
  VAE  2  06-8898      Carl H. Wilson, Sr. v. American Standard, Inc., et al.
  VAE  2  08-9436      Larry A. Ayers v. American Standard, Inc., et al.
  VAE  2  08-9437      Thomas Babbs v. American Standard, Inc., et al.
  VAE  2  08-9438      Julius Bahn v. American Standard, Inc., et al.
  VAE  2  08-9439      Gordon E. Breimon v. American Standard, Inc., et al.
  VAE  2  08-9440      Leo M. Bresnahan v. American Standard, Inc., et al.
  VAE  2  08-9441      Kenneth K. Carter v. American Standard, Inc., et al.
  VAE  2  08-9442      Richard C. Clark v. American Standard, Inc., et al.
  VAE  2  08-9443      Charles B. Correll v. American Standard, Inc., et al.
  VAE  2  08-9444      Tommy L. Davis v. American Standard, Inc., et al.
  VAE  2  08-9445      Everett C. Eivins v. American Standard, Inc., et al.
  VAE  2  08-9446      Paul L. Green v. American Standard, Inc., et al.
  VAE  2  08-9447      Frank D. Hartman v. American Standard, Inc., et al.
  VAE  2  08-9448      John T. Huffman v. American Standard, Inc., et al.
  VAE  2  08-9449      Robert F. Novack v. American Standard, Inc., et al.
  VAE  2  08-9450      Paul A. Fowler, Sr. v. American Standard, Inc., et al.
  VAE  2  08-9451      Don F. Gulbronson v. American Standard, Inc., et al.
  VAE  2  09-9471      Louis Coy v. American Standard, Inc., et al.
  VAE  2  09-9472      Edward J. Meeker v. American Standard, Inc., et al.
  VAE  2  09-9473      Glen Nelson v. American Standard, Inc., et al.
  VAE  2  09-9474      Lester A. Newton v. American Standard, Inc., et al.
  VAE  2  09-9475      Bennie R. Pope v. American Standard, Inc., et al.
  VAE  2  09-9476      Richard H. Ramsey v. American Standard, Inc., et al.
  VAE  2  09-9477      Harold D. Roberts v. American Standard, Inc., et al.
  VAE  2  09-9478      Max L. Scheper v. American Standard, Inc., et al.
  VAE  2  09-9479      Jim D. Shell v. American Standard, Inc., et al.
  VAE  2  09-9480      Stanley E. Smith v. American Standard, Inc., et al.
  VAE  2  09-9481      Forest D. Stufflebean v. American Standard, Inc., et al.
  VAE  2  09-9482      Jack Timmins v. American Standard, Inc., et al.
  VAE  2  09-9483      Joe L. Michael v. American Standard, Inc., et al.
  VAE  2  09-9484      Eugene N. Petersen, Jr. v. American Standard, Inc., et al.
  VAE  2  09-9485      Paul J. Powers v. American Standard, Inc., et al.
  VAE  4  08-3259      Paul H. Schulte v. Amchem Products, Inc., et al.
  VAE  4  08-3260      Herbert N. Powell v. American Air Liquide Corp., et al.
  VAE  4  08-3261      Robert L. Corley, Jr. v. Amchem Products, Inc., et al.
  VAE  4  08-3262      Clark M. White v. Amchem Products, Inc., et al.
  VAE  4  08-3263      Stephen Carl Mapp, Sr. v. Amchem Products, Inc., et al.
  VAE  4  08-3264      Hardy McClease Gallop, Jr. v. Amchem Products, Inc., et al.

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

| | |
|---|---|
| VAE  4  08-3265 | James Edward Daniels, Jr. v. Amchem Products, Inc., et al. |
| VAE  4  08-3266 | Timothy Swain v. Amchem Products, Inc., et al. |
| VAE  4  08-3267 | Kenneth M. Watson v. Amchem Products, Inc., et al. |

WISCONSIN EASTERN
  WIE  2  08-1006        Nancy Brix, etc. v. Albany International Corp., et al.