ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -6 2009

FILED
CLERK'S OFFICE

MDL 875

## BEFORE THE JUDICIAL PANEL
## ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL 875 |

*Vivian L. Dunn, as Personal Representative of the Estate of James L. Dunn v. B&P Process Equipment and Systems, L.L.C., et al.*, Case No. 3:08-CV-0469-ST (D. Or.)

### RESPONSE TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

At the Panel's request, Defendant B&P Process Equipment and Systems L.L.C. (hereinafter "B&P") submits this Response to the Supplemental Brief in Support of Motion to Vacate Conditional Transfer Order ("Supplemental Brief") filed by the coal tar pitch defendants.

B&P agrees that the remaining defendants consist of three asbestos defendants (B&P; Viacom, Inc.; and Riley Power, Inc.) and five coal tar defendants (Beazer East, Inc.; Honeywell International, Inc.; Koppers, Inc.; Vertellus Specialties, Inc.; and Calgon Carbon Corporation).

### A. B&P Does Not Object to Separating and Remanding Plaintiff's Claims Against the Coal Tar Defendants

The Panel is authorized to couple a transfer order with a simultaneous separation and remand of certain claims. 28 U.S.C. 1407(a). B&P agrees with the coal tar defendants that there is little factual overlap between Plaintiff's coal tar claims and her asbestos claims. As a result, B&P does not object to separation and remand of Plaintiff's claims against the coal tar defendants to the District of Oregon.

PLEADING NO. 5774

OFFICIAL FILE COPY    IMAGED MAR 6 2009

B. **While B&P Does Not Object to the Panel Separating and Remanding Plaintiff's Claims Against the Coal Tar Defendants, Plaintiff's Claims Against the Asbestos Defendants Should be Transferred to MDL 875**

The Coal Tar Defendants' Supplemental Brief identifies the two groups of defendants and argues that Plaintiff's claims against the coal tar defendants should be separated and remanded. The Supplemental Brief does not contain *any* argument or authority for the proposition that Plaintiff's entire case should be remanded. Despite the lack of any argument or authority to that effect, however, the conclusion of the Supplemental Brief requests that the Panel "remand the entire case to the District of Oregon." *Id.* at p. 6. B&P does not agree that remand of the asbestos claims is appropriate, and in fact believes that those claims are best adjudicated in the MDL.

In support of transferring the asbestos claims to the MDL, B&P reiterates the arguments and authority previously set forth in its Notice of Tag Along Action. Furthermore, no party, including Plaintiff, has cited authority demonstrating that transfer of Plaintiff's asbestos claims to MDL 875 is inappropriate. Accordingly, if the Panel determines that Plaintiff's claims against the coal tar defendants should be separated and remanded, B&P requests that Plaintiff's claims against the asbestos defendants be transferred to MDL 875.

DATED: March 4, 2009.

Respectfully submitted,

By: /s/ Claude F. Bosworth
Claude F. Bosworth, OSB #065735
Email: cbosworth@rizzopc.com
**RIZZO MATTINGLY BOSWORTH PC**
411 SW Second Avenue, Suite 200
Portland, OR 97204
Telephone: 503-229-1819
Facsimile: 503-229-0630

Attorneys for Defendant B&P Process Equipment and Systems L.L.C.

Page 2 - RESPONSE TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Case MDL No. 875 Document 5774 Filed 03/06/09 Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 6 2009

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE
*(Dunn v. B&P Process Equipment & Systems LLC, et al.)*

I hereby certify that I served the foregoing **RESPONSE TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER** upon the following parties via U.S. Mail contained in a sealed envelope to said attorney(s) at his or her last known address(es) indicated below, and to said attorney(s) as listed on the Panel Service list, a copy of which is attached hereto and incorporated herein.

Patrick Angel
Cameron O. Carter
Brayton Purcell, LLP
111 SW Columbia Street, Suite 250
Portland, OR 97201
**Attorneys for Plaintiff**
pangel@braytonlaw.com
ccarter@braytonlaw.com

Amy Edwards
Emilie K. Edling
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
**Attorneys for Atlantic Richfield Company**
aedwards@stoel.com

Jeanne F. Loftis
Monica Wells
Richard Whittemore
BULLIVANT HOUSER BAILEY PC
888 SW Fifth Avenue, Suite 300
Portland, OR 97204-2089
**Attorneys for Koppers, Inc.; Beazer East, Inc.; Vertellus Specialties, Inc.; Honeywell International, Inc.**
Asbestos-pdx@bullivant.com

George S. Pitcher
Marc Carlton
WILLIAMS KASTNER GIBBS
888 SW Fifth Avenue, Suite 600
Portland, OR 97204
**Attorneys for CBS/Viacom, Inc.**
Asbestos2@williamskastner.com

Phillip M. Bender
KIRKPATRICK & LOCKHART PRESTON GATES & ELLIS
535 Smithfield Street
Pittsburgh, PA 15222-2312
**Attorneys for Calgon Carbon Corporation**
phil.bender@klgates.com

DATED this _____ day of March, 2009.

Claude F. Bosworth, OSB #065735

Attorneys for Defendant B&P Process Equipment and Systems, LLC

PAGE 1 – CERTIFICATE OF SERVICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-318)

Vivian L. Dunn, etc. v. B&P Process Equipment & Systems, LLC, et al.,
D. Oregon, C.A. No. 3:08-469

Patrick D. Angel
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Phillip Matthew Bender
K&L GATES LLP
222 SW Columbia Street, Suite 1400
Portland, OR 97201-6632

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Claude F. Bosworth
RIZZO MATTINGLY BOSWORTH
411 S.W. Second Avenue, Suite 200
Portland, OR 97204

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Jason H. Daywitt
RIZZO MATTINGLY BOSWORTh
411 S.W. Second Avenue
Suite 200
Portland, OR 97204

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

George S. Pitcher
WILLIAMS KASTNER
888 Southwest Fifth Avenue
Suite 600
Portland, OR 97204-2025

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Richard J. Whittemore
BULLIVANT HOUSER BAILEY PC
888 SW Fifth Avenue
300 Pioneer Tower
Portland, OR 97204-2089