MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 9 2009

FILED CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)**

| | | |
|---|---|---|
| JOHN LUSK and HELEN LUSK, | ) | |
| | ) | |
| | ) | Civil Action No. 08-7548 R |
| Plaintiffs, | ) | |
| | ) | in the United States District Court |
| v. | ) | for the Central District of California |
| | ) | |
| | ) | |
| A.B. BOYD CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

PLEADING NO. 5775

**REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

## I. INTRODUCTION

The Judicial Panel on Multidistrict Litigation has the discretion to transfer this case to MDL No. 875 pursuant to Conditional Transfer Order 319 (CTO-318), but such transfer is not mandatory and should not be effectuated unless there is good cause to do so.

Here, there is no good cause for transfer, and certainly not any reason that is substantial enough to override the due process concerns previously addressed. First, the sole removing defendant has stipulated to remand. Second, only one of the 58 defendants remaining in this action opposed plaintiffs' motion to vacate CTO-318. Third, Judge Real of the U.S. District Court of the Central District of California is aware of the plaintiff's poor health and poor prognosis and indicated a willingness and ability to help move the case to trial quickly. Thus, the conditional transfer order should be vacated.

OFFICIAL FILE COPY

IMAGED MAR 9 2009

# I. ARGUMENT

## A. Where, as here, the vast majority of the parties do not desire transfer to MDL No. 875, it would be a waste of the MDL Court's time and resources to transfer this case

Generally if there are several defendants in an action, the right to remove belongs to them jointly, such that all defendants must properly join in the removal notice or an action may not be removed from state to federal court. *Hewitt v. Stanton,* 798 F.2d 1230, 1232 (9th Cir. 1986). Although actions removed pursuant to federal officer jurisdiction are an exception to the rule requiring unanimous joinder of the defendants, the choice and interests of the parties need not and should not be disregarded when considering whether this case should be transferred from the local district court in California, where it is pending, to the U.S. District Court for the Eastern District of Pennsylvania.

In this case, plaintiffs John and Helen Lusk sued 65 defendants. (See Exhibit 1.) Only defendant National Steel and Shipbuilding Co. (NASSCO) removed this action; no other defendants joined in the removal. (See Exhibit 2.) Due to the substantial prejudice that will result from extended delay in litigation, as discussed previously, plaintiffs stipulated with removing defendant NASSCO to dismiss NASSCO with prejudice if NASSCO stipulated to remand. (See Exhibit 3.) Despite this agreement between the parties, the U.S. District Court for the Central District of California denied both the stipulated request for remand and plaintiffs' motion to remand. (See Exhibit 4.)

At this stage in the proceedings, 58 defendants remain. Only Carrier Corporation opposed plaintiffs' motion to vacate CTO-318. Thus, 59 of the 60 active litigants in this case (58 defendants and 2 plaintiffs) would prefer proceeding through pre-trial litigation and through trial in the local U.S. District Court. Under such circumstances, there is neither need nor justification for transferring this case to MDL No. 875.

**B. Where, as here, the local District Court Judge is willing and able to shepherd this case through pre-trial proceedings quickly, it would be a waste of the MDL Court's time and resources to transfer this case**

As discussed previously, John Lusk suffers from a fatal cancer, and there is substantial medical doubt that he will survive much longer. His due process right to proceed to trial against the defendants is better protected if the case remains in California, where the local District Court Judge already is familiar with the particular facts and legal issues involved in this case, is aware of the plaintiff's dire health circumstances, and has expressed a willingness and ability to assist the parties in quickly moving this case forward through trial. (See Exhibit 5.)

Carrier Corporation concedes that the backlog of cases in MDL. No. 875 will in some measure interfere with the progress of pre-trial litigation in this case. Defendant says that this "limited intrusion" does not warrant exclusion from the MDL. (Carrier's Opposition at 4:16-21.) However, Carrier's argument misses the point: The issue is not whether the JPML has the authority to transfer this case, but whether any legitimate interests would be served by such transfer. The local District Court and all but one of the parties are ready, willing, and able to litigate this case through its conclusion in California. The MDL does not need another complex, multi-party action to add to its overburdened docket. Under these circumstances, there simply is no justification for transferring this action to MDL No. 875 in Pennsylvania. On the contrary, transfer of this case to MDL. No. 875 frustrates the policy objectives of 28 U.S.C. § 1407. Vacating CTO-318 as to this action would promote judicial economy and best serve the interests of justice.

//

**CONCLUSION**

For the foregoing reasons, plaintiffs request that the Panel VACATE the Conditional Transfer Order in the above-captioned case and allow the case to proceed through pre-trial proceedings and trial before the U.S. District Court for the Central District of California, where it is pending.

Dated: March 6, 2009

Respectfully submitted,

Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970
drosenthal@paulandhanley.com
Attorneys for Plaintiffs John and Helen Lusk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2009

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I, Kristen A. Herndon, hereby certify that I served a true and correct copy of Plaintiffs' Reply Brief in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via overnight mail, and upon the attached Panel Service List via first class mail, postage prepaid, on this 6th day of March, 2009.

Kristen Herndon
Kristen A. Herndon

RECEIVED
CLERK'S OFFICE
2009 MAR -9 A 9:29
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-318)**

Carol S. Dudash, et al. v. Alstom Power, Inc., et al., C.D. California, C.A. No. 2:08-7434
John Lusk, et al. v. A.B. Boyd Co., et al., C.D. California, C.A. No. 2:08-7548
Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al., N.D. California, C.A. No. 3:08-3013
David Sanborn, et al. v. Asbestos Corp., Ltd., et al., N.D. California, C.A. No. 3:08-5260

Joseph Blaise Adams
BASSI MARTINI EDLIN & BLUM
351 California Street
Suite 200
San Francisco, CA 94104

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Melissa R. Badgett
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert E. Boone, III
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Timothy Colin Connor
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street
Suite 240
P.O. Box 15408
Sacramento, CA 95814

Carlos J.E. Guzman
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Dean A. Hanley
PAUL HANLEY & HARLEY
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2009

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)**

JOHN LUSK and HELEN LUSK,

Plaintiffs,

v.

A.B. BOYD CO., et al.,

Defendants.

Civil Action No. 08-7548 R

in the United States District Court for the Central District of California

## APPENDIX OF EXHIBITS

**1 – Caption pages of Plaintiffs' Complaint**

**2 – U.S. District Court, Central District of California, Docket re *Lusk* filings**

**3 – Stipulation of National Steel & Shipbuilding Company to remand this case to state court**

**4 – Order denying remand**

**5 – Declaration of Carolin K. Shining**

RECEIVED
CLERK'S OFFICE
2009 MAR -9 A 9:29
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# EXHIBIT "1"

Dean A. Hanley, Esq. (State Bar No. 169507)
Carolin K. Shining, Esq. (State Bar No. 201140)
Donald R. Oder, Esq. (State Bar No. 204920)
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970

Attorneys for Plaintiffs

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court
SEP 25 2008
John A. Clarke, Executive Officer/Clerk
By [signature] Deputy
A. Rosackson

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES - COURT OF UNLIMITED JURISDICTION

JOHN LUSK and HELEN C. LUSK

Plaintiffs,

vs.

A. B. BOYD CO.,
A.O. SMITH CORPORATION,
A.W. CHESTERTON COMPANY,
ALFA LAVAL INC. individually and as successor-in-interest to THE DE LAVAL SEPARATOR COMPANY,
ALLIED PACKING & SUPPLY, INC.,
ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST,
AMCHEM PRODUCTS, INC., Individually and as Successor-In-Interest to BENJAMIN FOSTER COMPANY,
ASBESTOS CORPORATION, LTD.,
AURORA PUMP COMPANY,
AUTOMATIC TEMPERATURE CONTROL CORP.,
BAE SYSTEMS SAN DIEGO SHIP REPAIR INC. fka SOUTHWEST MARINE, INC., Individually and as Successor-In-Interest to NORTHWEST MARINE, INC.,
BUFFALO PUMPS, INC.,
BW/IP INTERNATIONAL, INC., Individually and Successor-In-Interest to BYRON JACKSON PUMP CO.,
C. P. HALL COMPANY, THE individually and as successor-in-interest to LYKES BROTHERS STEAMSHIP COMPANY,

Case No. BC 398818

**COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS**

COPY

CARRIER CORPORATION, )
CATERPILLAR, INC. fka CATERPILLAR TRACTOR CO., )
CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION and successor-in-interest to B. F. STURTEVANT COMPANY, )
CEMEX, INC., Individually and as Successor by Merger to SOUTHDOWN, INC.; SOUTHWESTERN PORTLAND CEMENT and MOORE McCORMACK RESOURCES, INC., )
CLEAVER-BROOKS, INC., )
CONTINENTAL MARITIME OF SAN DIEGO, INC., )
CRANE CO., )
CROWLEY MARITIME CORPORATION As Successor-By-Merger to PACIFIC DRY DOCK & REPAIR and MERRITT SHIP REPAIR CO., )
CROWN CORK & SEAL COMPANY, INC, Individually and as Successor–In-Interest to MUNDET CORK COMPANY, )
DURABLA MANUFACTURING COMPANY, )
DURAMETALLIC CORPORATION, )
ELLIOTT TURBOMACHINERY CO., INC., )
FARRELL STEAMSHIP LINES, LTD., )
FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST as successor to THE FORMER VELLUMOID DIVISION OF FEDERAL-MOGUL, )
FOSTER WHEELER USA CORPORATION, )
FRASER'S BOILER SERVICE, INC., )
GARDNER DENVER, INC. fka GARDNER DENVER MACHINERY, INC., )
GARLOCK SEALING TECHNOLOGIES, LLC, fka GARLOCK, INC., )
GENERAL ELECTRIC COMPANY, )
GENERAL MOTORS CORPORATION, )
GOODYEAR CANADA, INC., )
GOODYEAR TIRE & RUBBER COMPANY, THE, )
GOULDS PUMPS (IPG), INC., )
HOPEMAN BROTHERS, INC., )
IMO INDUSTRIES INC. fka DE LAVAL TURBINE, INC., DELAVAL TURBINE, INC., IMO DELAVAL INC., and SHARPLES, INC., )
INGERSOLL-RAND COMPANY individually and as successor-in-interest to CAMERON STEAM PUMP WORKS, ALDRICH )

PUMP COMPANY, WESTERN LAND ROLLER IRRIGATION PUMPS, SCIENCO PUMPS, TERRY CORPORATION OF CONNECTICUT, THE TERRY STEAM TURBINE COMPANY and WHITON MACHINE COMPANY, )
ITT CORPORATION fka ITT INDUSTRIES, INC., )
JOHN CRANE INC., )
LESLIE CONTROLS, INC., )
LOS ANGELES RUBBER COMPANY, )
M. SLAYEN & ASSOCIATES, INC., )
METALCLAD INSULATION CORPORATION, )
METALLO GASKET COMPANY individually and as successor-in-interest to GOETZE GASKET & PACKING COMPANY, )
NATIONAL STEEL AND SHIPBUILDING COMPANY, )
NIBCO INC., )
NORDBERG, INC., )
PLANT INSULATION COMPANY, )
QUINTEC INDUSTRIES, INC., )
RAPID-AMERICAN CORPORATION, )
SB DECKING, INC. fka SELBY BATTERSBY & COMPANY, )
SCHUTTE & KOERTING, INC. individually and as successor-in-interest to KETEMA, INC., )
SEPCO CORPORATION, individually and as successor-in-interest to and formerly known as SOUTHEASTERN PRODUCTS CORPORATION and as successor-in-interest to CROWE INDUSTRIES, )
SOUTH BAY BOILER REPAIR, INC., )
SYD CARPENTER, MARINE CONTRACTOR, INC., )
TACO, INC., )
THOMAS DEE ENGINEERING COMPANY, )
TRIPLE A MACHINE SHOP, INC., )
U.S. FILTER DISTRIBUTION GROUP, INC., individually and as successor-in-interest to TAYLOR JET CO., DAVIS WATER & WASTE INDUSTRIES and THE PERMUTIT COMPANY, )
WARREN PUMPS, INC., )
WILLIAM POWELL COMPANY, THE, )
YARWAY CORPORATION fka YARNALL-WARING COMPANY and YARNALL-WARING CO., )

YORK INTERNATIONAL CORPORATION Which Will Do Business in California as YORK HEATING AND AIR CONDITIONING, )

and DOES 1 - 800, )

Defendants )

COME NOW plaintiffs JOHN LUSK and HELEN C. LUSK, and complain and allege as follows:

1. The true names and capacities, whether individual, corporate, associate, governmental or otherwise, of defendants DOES 1 through 800, are unknown to plaintiffs at this time, who therefore sue said defendants by such fictitious names. When the true names and capacities of said defendants have been ascertained, plaintiffs will amend their complaint accordingly. Plaintiffs are informed and believe, and thereon allege, that each defendant designated herein as a DOE is responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to, and caused injuries and damages thereby to the plaintiffs, as hereinafter alleged.

2. At all times herein mentioned, each of the defendants was the agent, servant, employee and/or joint venturer of their co-defendants, and each of them, and at all said times, each defendant was acting in the full course and scope of said agency, service, employment and/or joint venture.

3. Plaintiffs are informed and believe, and thereon allege, that at all times herein mentioned, defendants on Exhibits B-E and DOES 1 through 800, inclusive, were and are corporations, partnerships, unincorporated associations, sole proprietorships and/or other business entities organized and existing under and by virtue of the laws of the State of California, or the laws of some other state or foreign jurisdiction, and that said defendants, and each of them,

# EXHIBIT "2"

(JTLx), DISCOVERY, MANADR, RELATED-G

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-07548-R-JTL**

John Lusk et al v. A.B. Boyd Co. et al
Assigned to: Judge Manuel L. Real
Referred to: Magistrate Judge Jennifer T. Lum
Related Case: 2:07-cv-02241-R-JTL
Case in other court: Superior Court of CA for the County of Los Angeles, BC 398818
Cause: 28:1441 Notice of Removal - Asbestos Litigation

Date Filed: 11/14/2008
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**John Lusk** represented by

**Carolin K Shining**
Paul & Hanley LLP
1608 4th Street Suite 300
Berkley , CA 94710
510-559-9980
Fax: 510-559-9970
Email: cshining@paulandhanley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean A Hanley**
Paul and Hanley
1608 4th Street Suite 300
Berkeley , CA 94710
510-559-9980
Fax: 510-559-9970
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah R Rosenthal**
Paul and Hanley
1608 Fourth Street Suite 300
Berkeley , CA 94710
510-559-9980
Fax: 510-559-9970
Email: drosenthal@paulandhanley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald R Oder**

| Date Filed | # | clear | Docket Text |
|---|---|---|---|
| 03/02/2009 | 88 | 250.0 KB | NOTICE OF INTERESTED PARTIES filed by Defendant Gardner Denver, Inc.. (Kime, Karl) (Entered: 03/02/2009) |
| 03/02/2009 | 87 | 1.5 MB | ANSWER filed by Defendant Gardner Denver, Inc..(Kime, Karl) (Entered: 03/02/2009) |
| 02/25/2009 | 85 | 3.6 MB | RESPONSE filed by Defendant Carrier Corporation *as to Plaintiffs Motion to Vacate Conditional Transfer Order* (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit)(Son, John) (Entered: 02/25/2009) |
| 02/23/2009 | 86 | 8.0 KB | MINUTES OF Plaintiffs' motion to remand 25 ; Defendant Goodyear Canada's motion to quash 33 Hearings held before Judge Manuel L. Real : Court hears argument from counsel regarding jurisdiction and transfer. Court denies the parties' stipulation to remand the case to state court, then DENIES plaintiffs' motion to remand. Court GRANTS defendant-Goodyear Canada's motion to quash. Defendants shall prepare the orders. Court Reporter: Sheri Kleeger. (lom) (Entered: 03/02/2009) |
| 02/19/2009 | 84 | 279.8 KB | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Incorrect event selected. Correct event is Change of Address under NOTICES RE: Notice (Other) 80 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (pj) (Entered: 02/19/2009) |
| 02/18/2009 | 83 | 150.3 KB | NOTICE OF MOTION AND MOTION for Joinder in MEMORANDUM in Opposition to Motion 81 filed by Defendant Amchem Products, Inc.. Motion set for hearing on 2/23/2009 at 10:00 AM before Judge Manuel L. Real. (McCann, Kathryn) (Entered: 02/18/2009) |
| 02/18/2009 | 82 | 4.3 MB | DECLARATION of Peter J. Turcotte in Support of Defendants' Opposition MOTION to Remand Case to Los Angeles Superior Court 25 *Regarding Stipulated Remand* filed by Defendants The Goodyear Tire & Rubber Company, Ingersoll-Rand Company, Leslie Controls, Inc.. (Powell, Glen) (Entered: 02/18/2009) |
| 02/18/2009 | 81 | 0.5 MB | MEMORANDUM in Opposition *to Sipulated Remand* filed by Defendants The Goodyear Tire & Rubber Company, Ingersoll-Rand Company, Leslie Controls, Inc.. (Powell, Glen) (Entered: 02/18/2009) |
| 02/18/2009 | 80 | 147.4 KB | NOTICE of Firm Name Change filed by Defendant Amchem Products, Inc.. (McCann, Kathryn) (Entered: 02/18/2009) |
| 02/13/2009 | 79 | 288.2 | PROOF OF SERVICE filed by Plaintiff John Lusk, re Supplement (Motion related) 78 *Plaintiffs' Memorandum of Points and Authorities* |

| | | | |
|---|---|---|---|
| | | KB | *Regarding Stipulated Remand* served on 2/13/09. (Rosenthal, Deborah) (Entered: 02/13/2009) |
| 02/13/2009 | 78 | 0.6 MB | SUPPLEMENT *Plaintiffs' Memorandum of Points and Authorities Regarding Stipulated Remand* filed by Plaintiff John Lusk. (Rosenthal, Deborah) (Entered: 02/13/2009) |
| 02/03/2009 | 76 | 280.0 KB | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Local Rule 7.1-1 No Certification of Interested Parties and/or no copies; The event is: Certificate/Notice of Interested Parties under NOTICES. The judges initials are now R (JTLx) RE: Answer to Complaint 74 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (pj) (Entered: 02/03/2009) |
| 02/02/2009 | 77 | 8.0 KB | MINUTES OF Motion Hearing held before Judge Manuel L. Real: RE Plaintiffs' motion to remand 25 and Defendant Goodyear Canada's motion to quash 33 . Court and counsel confer regarding remanding to state court. This matter is CONTINUED to FEBRUARY 23, 2009 at 10 AM. Court sets a briefing schedule regarding the issue of dismissing one joint tortfeasor for the sole purpose of remanding. Plaintiffs shall submit their papers no later than February 13, 2009; defendants shall respond by no later than February 18, 2009.Court Reporter: Bridget Montero. (lc) Modified on 2/6/2009 (lc). (Entered: 02/06/2009) |
| 01/30/2009 | 75 | 15.6 KB | ORDER by Judge Manuel L. Real, re Stipulation to Dismiss Party 73 , PURSUANT TO STIPULATION, IT IS ORDERED THAT Defendant CrowleyMaritime Corporation, sued herein as Successor by Merger to Pacific Dry Dock & Repair and Merritt Ship Repair Co. is dismissed from this action. Crowley Maritime Corporation terminated. (pj) (Entered: 02/02/2009) |
| 01/30/2009 | 74 | 1.5 MB | ANSWERJURY DEMAND. filed by defendant Gardner Denver, Inc.. (Kime, Karl) (Entered: 01/30/2009) |
| 01/29/2009 | 73 | 74.2 KB | STIPULATION to Dismiss Defendant Crowley Maritime Corporation filed by Defendant Crowley Maritime Corporation. (Attachments: # 1 Proposed Order of Dismissal)(Port, Andrew) (Entered: 01/29/2009) |
| 01/28/2009 | 72 | 275.9 KB | PROOF OF SERVICE filed by plaintiff John Lusk, Helen C. Lusk, re Stipulation to Remand Case to State Court, Stipulation to Dismiss Party 71 served on 1-28-09. (Rosenthal, Deborah) (Entered: 01/28/2009) |
| 01/28/2009 | 71 | 208.8 KB | STIPULATION to Remand Case to State Court, STIPULATION to Dismiss defendant National Steel and Shipbuilding Company filed by plaintiff John Lusk, Helen C. Lusk. (Attachments: # 1 Proposed Order) (Rosenthal, Deborah) (Entered: 01/28/2009) |
| 01/26/2009 | 70 | | REPLY SUPPORT OF MOTION *REPLY BRIEF IN SUPPORT OF GOODYEAR CANADA, INC.'S MOTION TO QUASH SERVICE OF* |

| | | | |
|---|---|---|---|
| | | 3.5 MB | *SUMMONS* filed by Defendant Goodyear Canada, Inc.. (Attachments: # 1 Declaration DECLARATION OF KATHRYN J. LAFEVERS IN SUPPORT OF REPLY BRIEF IN SUPPORT OF GOODYEAR CANADA, INC.'S MOTION TO QUASH SERVICE OF SUMMONS, # 2 Declaration DECLARATION OF DOUGLAS S. HAMILTON IN SUPPORT OF REPLY BRIEF INS SUPPORT OF GOODYEAR CANADA, INC.'S MOTION TO QUASH SERVICE OF SUMMONS)(LaFevers, Kathryn) (Entered: 01/26/2009) |
| 01/22/2009 | 69 | 130.5 KB | *Disclosure Statement and Certification* of Interested Parties of Interested Parties filed by Defendant Carrier Corporation, identifying Carrier Corporation. (Son, John) (Entered: 01/22/2009) |
| 01/22/2009 | 68 | 0.9 MB | State Court Answer filed by Defendant Carrier Corporation *as supplement to* re: Notice of Removal,, 1 (Son, John) (Entered: 01/22/2009) |
| 01/16/2009 | 67 | 311.8 KB | PROOF OF SERVICE filed by Plaintiffs John Lusk, re Declaration (Motion related) 66 , Objection/Opposition (Motion related) 65 served on January 16, 2009. (Rosenthal, Deborah) (Entered: 01/16/2009) |
| 01/16/2009 | 66 | 4.8 MB | DECLARATION of Deborah R. Rosenthal in opposition to MOTION to Quash Service of Summons 33 filed by Plaintiff John Lusk. (Rosenthal, Deborah) (Entered: 01/16/2009) |
| 01/16/2009 | 65 | 346.6 KB | Plaintiffs' Opposition to Defendant Goodyear Canada's Re-Notice of Motion to Quash Service of Summons in opposition re: MOTION to Quash Service of Summons 33 filed by Plaintiff John Lusk. (Rosenthal, Deborah) (Entered: 01/16/2009) |
| 01/13/2009 | 64 | 58.1 KB | CERTIFICATION of Interested Parties filed by Defendant Leslie Controls, Inc., identifying Columbia Casualty Insurance Company; Zurich International; Circor International; New Jersey Manufacturing. (Powell, Glen) (Entered: 01/13/2009) |
| 01/13/2009 | 63 | 1.1 MB | ANSWER *TO PLAINTIFFS' COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL* filed by Defendant Leslie Controls, Inc.. (Powell, Glen) (Entered: 01/13/2009) |
| 01/13/2009 | 62 | 50.8 KB | CERTIFICATION of Interested Parties filed by Defendant The Goodyear Tire & Rubber Company, (Powell, Glen) (Entered: 01/13/2009) |
| 01/13/2009 | 61 | 1.1 MB | ANSWER *TO PLAINTIFFS' COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL* filed by Defendant The Goodyear Tire & Rubber Company.(Powell, Glen) (Entered: 01/13/2009) |
| 01/13/2009 | 60 | 50.3 KB | CERTIFICATION of Interested Parties filed by Defendant Ingersoll-Rand Company, (Powell, Glen) (Entered: 01/13/2009) |
| 01/13/2009 | 59 | 1.2 MB | ANSWER *TO PLAINTIFFS' COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL* filed by Defendant Ingersoll-Rand Company.(Powell, Glen) (Entered: 01/13/2009) |

| | | | |
|---|---|---|---|
| 01/12/2009 | 58 | 499.8 KB | NOTICE OF SERVICE filed by Defendant National Steel and Shipbuilding Company, served on 01/12/2009. (Moses, Thomas) (Entered: 01/12/2009) |
| 01/09/2009 | 57 | 8.3 KB | MINUTES OF IN CHAMBERS ORDER held before Judge Manuel L. Real:This case has been transferred from the docket of Judge Wright to that of Judge Real. The dates set for motions as before Judge Wright are hereby vacated. Plaintiffs Motion to Remand, and Defendant Goodyear Canada Incs Motion to Quash shall both be heard before Judge Real inCourtroom 8 on FEBRUARY 2, 2009 AT 10:00 A.M. 33 , 16 . (pj) (Entered: 01/12/2009) |
| 01/09/2009 | 56 | 24.1 KB | ORDER RE NOTICE TO COUNSEL by Judge Manuel L. Real, (pj) (Entered: 01/12/2009) |
| 01/08/2009 | 55 | 35.0 KB | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 -Related Case- filed. Related Case No: CV 07-2241 R (JTLx). Case transferred from Magistrate Judge Stephen J. Hillman and Judge Otis D Wright, II to Judge Manuel L. Real and Magistrate Judge Jennifer T. Lum for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 08-7548 R (JTLx).Signed by Judge Manuel L. Real (rn) (Entered: 01/08/2009) |
| 01/05/2009 | 54 | 125.4 KB | *CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1* CERTIFICATE of Interested Parties filed by Defendant Amchem Products, Inc., identifying Bayer CropScience Inc., Bayer CropScience AG, Bayer CropScience Holding S.A., Bayer AG, Union Carbide Corporation. (McCann, Kathryn) (Entered: 01/05/2009) |
| 01/05/2009 | 53 | 192.3 KB | ANSWER *OF BAYER CROPSCIENCE, INC., SUCCESSOR TO AMCHEM PRODUCTS, INC.* filed by Defendant Amchem Products, Inc..(McCann, Kathryn) (Entered: 01/05/2009) |
| 01/05/2009 | 52 | 1.2 MB | REPLY *PLAINTIFFS' AMENDED REPLY TO NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION TO MOTION TO REMAND* filed by Plaintiffs John Lusk, Helen C. Lusk. (Rosenthal, Deborah) (Entered: 01/05/2009) |
| 12/31/2008 | 51 | 14.4 KB | ORDER DENYING EX PARTE APPLICATION for Order for GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ADDITIONAL PAGES FOR REPLY BRIEF RE MOTION TO REMAND 44 by Judge Otis D Wright, II (lc) (Entered: 12/31/2008) |
| 12/31/2008 | 50 | 52.7 KB | *Corrected Filing of* Certificate of Interested Parties filed by Defendant Crowley Maritime Corporation, identifying Crowley Marine Services and Crowley Maritime Corporation. (Port, Andrew) (Entered: 12/31/2008) |
| 12/31/2008 | 49 | 39.9 KB | NOTICE OF ERRATA filed by Defendant Crowley Maritime Corporation. correcting Miscellaneous Document 45 (Port, Andrew) (Entered: 12/31/2008) |

| | | | |
|---|---|---|---|
| 12/31/2008 | 48 | 285.7 KB | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Wrong event: miscellaneous document. Correct Specific Event: Certificate of Interested Party. RE: Crowley Miscellaneous Document 45 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (lc) (Entered: 12/31/2008) |
| 12/30/2008 | 47 | 8.1 KB | MINUTES OF IN CHAMBERS ORDER held before Judge Otis D Wright, II: re: MOTION to Quash Service of Summons 33 . Motion continued for hearing on 2/9/2009 at 01:30 PM before Judge Otis D Wright II. (tad) (Entered: 12/30/2008) |
| 12/30/2008 | 46 | 8.1 KB | MINUTES OF IN CHAMBERS ORDER held before Judge Otis D Wright, II: re: Motion to Remand Case to Los Angeles Superior Court 22 .,Motion continued for hearing on 1/26/2009 at 01:30 PM before Judge Otis D Wright II. (tad) (Entered: 12/30/2008) |
| 12/30/2008 | 45 | 52.7 KB | Certification of Interested Parties filed by Defendant Crowley Maritime Corporation re: Answer to Complaint 35 (Port, Andrew) (Entered: 12/30/2008) |
| 12/29/2008 | 44 | 380.5 KB | EX PARTE APPLICATION for Order for GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ADDITIONAL PAGES FOR REPLY BRIEF RE MOTION TO REMAND filed by plaintiff John Lusk, Helen C. Lusk. (Attachments: # 1 Proposed Order, # 2 PROOF OF SERVICE)(Rosenthal, Deborah) (Entered: 12/29/2008) |
| 12/29/2008 | 43 | 0.8 MB | REPLY PLAINTIFFS REPLY TO NATIONAL STEEL AND SHIPBUILDING COMPANYS OPPOSITION TO MOTION TO REMAND filed by Plaintiffs John Lusk, Helen C. Lusk. (Rosenthal, Deborah) (Entered: 12/29/2008) |
| 12/29/2008 | 42 | 2.8 MB | PLAINTIFFS OBJECTIONS TO OPPOSITION AND EVIDENCE OFFERED BY DEFENDANT IN OPPOSITION TO PLAINTIFFS MOTION TO REMAND re: MOTION to Remand Case to Los Angeles Superior Court 25 filed by Plaintiffs John Lusk, Helen C. Lusk. (Attachments: # 1 Declaration SUPPLEMENTAL DECLARATION OF DEBORAH R. ROSENTHAL IN SUPPORT OF PLAINTIFFS MOTION TO REMAND)(Rosenthal, Deborah) (Entered: 12/29/2008) |
| 12/29/2008 | 41 | 30.5 KB | ORDER by Judge Otis D Wright, II upon Stipulation [40}: The hearing date on Defendant Goodyear Canada Inc.s Re-Notice of its Motion to Quash Service of Summons 33 is continued from January 5, 2009 to January 26, 2009 at 1:30 p.m. Plaintiffs Opposition shall be filed and served, as required per the Local Rule on or before January 12, 2009. Goodyear Canada Inc.s Reply brief if any, shall be filed and served, on or before January 19, 2009. (lc) (Entered: 12/29/2008) |
| 12/24/2008 | 40 | | STIPULATION to Quash Summons filed by Specially Appearing Defendant Goodyear Canada, Inc.. (Attachments: # 1 Proposed Order Granting Stipulation Between Defendant Goodyear Canada inc. and |

| | | | |
|---|---|---|---|
| | | 201.7 KB | Plaintiffs to Continue Hearing Date on Defendant Goodyear Canada Inc.'s Motion to Quash Service of Summons)(Powell, Glen) (Entered: 12/24/2008) |
| 12/24/2008 | 39 | 2.6 MB | MEMORANDUM in Opposition to MOTION to Remand Case to Los Angeles Superior Court 25 filed by Defendant National Steel and Shipbuilding Company. (Moses, Thomas) (Entered: 12/24/2008) |
| 12/23/2008 | 38 | 25.5 KB | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS AND ORDER by Judge Otis D Wright, II: Defendant is ordered to comply with Local Rule 7.1-1 on or before January 5, 2009 or its Answer will be ordered STRICKEN. RE: Answer to Complaint 35 (lc) (Entered: 12/24/2008) |
| 12/22/2008 | 37 | 285.7 KB | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Local Rule 7.1-1 Certification of Interested Parties not on file to date, required upon filing of RE: Crowleys Answer to Complaint 35 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (lc) (Entered: 12/22/2008) |
| 12/22/2008 | 36 | 5.2 MB | Opposition In Opposition re: MOTION to Quash Service of Summons 33 *Plaintiffs' Opposition to Defendant Goodyear Canada's Motion to Quash Service of Summons* filed by Plaintiffs John Lusk, Helen C. Lusk. (Attachments: # 1 Declaration Declaration of Carolin K. Shining in Support of Plaintiffs' Opposition to Goodyear's Motion to Quash, # 2 Affidavit Proof of service of Plaintiffs' Opposition to Goodyear's Motion to Quash)(Rosenthal, Deborah) (Entered: 12/22/2008) |
| 12/19/2008 | 35 | 0.7 MB | ANSWER *to Complaint* filed by Defendant Crowley Maritime Corporation.(Port, Andrew) (Entered: 12/19/2008) |
| 12/19/2008 | 34 | 14.6 MB | MEMORANDUM in Opposition to MOTION to Remand Case to Los Angeles Superior Court 25 filed by Defendant National Steel and Shipbuilding Company. (Attachments: # 1 Exhibit Exhibits to Defendant National Steel and Shipbuilding Company's Memorandum of Law in Opposition to Plaintiffs' Motion for Remand (Two of Three), # 2 Exhibit Exhibits to Defendant National Steel and Shipbuilding Company's Memorandum of Law in Opposition to Plaintiffs' Motion for Remand (Three of Three), # 3 Exhibit Exhibits to Defendant National Steel and Shipbuilding Company's Memorandum of Law in Opposition to Plaintiffs' Motion for Remand (One of Three), # 4 Proposed Order Proposed Order Denying Plaintiffs' Motion for Remand or, in the Alternative, to Stay Proceedings)(Moses, Thomas) (Entered: 12/19/2008) |
| 12/12/2008 | 33 | 4.5 MB | NOTICE OF MOTION AND MOTION to Quash Service of Summons filed by Defendant Goodyear Canada, Inc.. Motion set for hearing on 1/5/2009 at 01:30 PM before Judge Otis D Wright II. (Attachments: # 1 Declaration, # 2 Declaration, # 3 Declaration) |

| | | | |
|---|---|---|---|
| | | | (Powell, Glen) (Entered: 12/12/2008) |
| 12/10/2008 | 32 | 302.9 KB | *Plaintiffs'* certificate of Interested Parties filed by plaintiff John Lusk, Helen C. Lusk, (Rosenthal, Deborah) (Entered: 12/10/2008) |
| 12/08/2008 | 31 | 15.5 KB | ORDER DENYING SHORTENING TIME FOR BRIEFING AND HEARINGOF MOTION TO REMAND 23 by Judge Otis D Wright, II (lc) (Entered: 12/08/2008) |
| 12/08/2008 | 30 | 25.1 KB | ORDER by Clerk of Court The document is stricken and counsel is ordered to file an amended or RE: Proof of Service (subsequent documents), Proof of Service (subsequent documents) 21 (sce) (Entered: 12/08/2008) |
| 12/05/2008 | 29 | 26.5 KB | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS AND ORDER by Judge Otis D Wright, II re motion to remand, related documents and ex parte applications: Plaintiff has refiled its motion to remand 25 , which has been properly noticed for hearing before Judge Wright. Accordingly, the following documents are ordered STRICKEN: 15 , 16 , 17 , 18 , 22 . Also, the Ex Parte to Shorten Time was filed twice, so 19 is ordered STRICKEN as well. The remaining Ex Parte 23 stands submitted. An order will issue. (lc) (Entered: 12/05/2008) |
| 12/04/2008 | 28 | 5.7 MB | DECLARATION of DEBORAH R. ROSENTHAL In Support of MOTION to Remand Case to Los Angeles Superior Court 25 filed by Plaintiffs John Lusk, Helen C. Lusk. (Attachments: # 1 Exhibit A, # 2 Exhibit B-C, # 3 Exhibit D-E, # 4 Exhibit F-H)(Rosenthal, Deborah) (Entered: 12/04/2008) |
| 12/04/2008 | 27 | 268.8 KB | PROOF OF SERVICE filed by Plaintiffs John Lusk, Helen C. Lusk, re Objection/Opposition (Motion related) 26 , MOTION to Remand Case to Los Angeles Superior Court 25 served on 12-4-08. (Rosenthal, Deborah) (Entered: 12/04/2008) |
| 12/04/2008 | 26 | 299.4 KB | PLAINTIFFS OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT IN SUPPORT OF ITS REMOVAL PETITION in support of re: MOTION to Remand Case to Los Angeles Superior Court 25 filed by Plaintiffs John Lusk, Helen C. Lusk. (Rosenthal, Deborah) (Entered: 12/04/2008) |
| 12/04/2008 | 25 | 1.5 MB | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by plaintiff John Lusk, Helen C. Lusk. Motion set for hearing on 12/5/2008 at 10:00 AM before Judge Otis D Wright II. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Proposed Order Remanding Case to State Court)(Rosenthal, Deborah) (Entered: 12/04/2008) |
| 12/04/2008 | 24 | | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Case is assigned to Judge Otis Wright and Not Judge Pfaelzer. All documents DO NOT REFLECT correct Judges Initials, ODW in the case number, and |

| | | | |
|---|---|---|---|
| | | 283.1 KB | hearings incorrectly set before Judge Pfaelzer, instead of Judge Wright. The proposed orders were incorrectly made for Judge Pfaelzer instead of Judge Wright. Document #22 is a duplicate motion as to #15; document# 23 is duplicate ex parte as to # 19. RE: Proof of Service (subsequent documents), Proof of Service (subsequent documents) 21 , Declaration (Motion related), Declaration (Motion related) 18 , Declaration (Motion related), Declaration (Motion related) 20 , MOTION to Remand Case to Los Angeles Superior Court 16 , EX PARTE APPLICATION to Shorten Time for Hearing to December 22, 2008 19 , EX PARTE APPLICATION to Shorten Time for Hearing to 12-22-08 23 , MOTION to Remand Case to Los Angeles Superior Court 22 , Objection/Opposition (Motion related) 17 , MOTION to Remand Case to Los Angeles Superior Court 15 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (lc) (Entered: 12/04/2008) |
| 12/03/2008 | 23 | 263.3 KB | EX PARTE APPLICATION to Shorten Time for Hearing to 12-22-08 filed by plaintiffs John Lusk, Helen C. Lusk. (Attachments: # 1 Proposed Order SHORTENING TIME)(Rosenthal, Deborah) (Entered: 12/03/2008) |
| 12/03/2008 | 22 | 186.9 KB | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by PLAINTFFS John Lusk, Helen C. Lusk. Motion set for hearing on 12/29/2008 at 10:00 AM before Judge Mariana R. Pfaelzer. (Attachments: # 1 Proposed Order PROPOSED ORDER REMANDING CASE TO STATE COURT)(Rosenthal, Deborah) (Entered: 12/03/2008) |
| 12/03/2008 | 21 | 284.2 KB | PROOF OF SERVICE OF SERVICE filed by PLAINTIFF John Lusk, re Declaration (Motion related), Declaration (Motion related) 20 , Objection/Opposition (Motion related) 17 , MOTION to Remand Case to Los Angeles Superior Court 15 , Declaration (Motion related), Declaration (Motion related) 18 , MOTION to Remand Case to Los Angeles Superior Court 16 , EX PARTE APPLICATION to Shorten Time for Hearing to December 22, 2008 19 served on 12-3-08. (Rosenthal, Deborah) (Entered: 12/03/2008) |
| 12/03/2008 | 20 | 265.8 KB | DECLARATION of DEBORAH R. ROSENTHAL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF MOTION TO REMAND EX PARTE APPLICATION to Shorten Time for Hearing to December 22, 2008 19 filed by Plaintiff John Lusk. (Rosenthal, Deborah) (Entered: 12/03/2008) |
| 12/03/2008 | 19 | 202.7 KB | EX PARTE APPLICATION to Shorten Time for Hearing to December 22, 2008 filed by Plaintiff John Lusk.(Rosenthal, Deborah) (Entered: 12/03/2008) |
| 12/03/2008 | 18 | 6.8 | DECLARATION of DEBORAH R. ROSENTHAL IN SUPPORT OF MOTION to Remand Case to Los Angeles Superior Court 15 , MOTION to Remand Case to Los Angeles Superior Court 16 filed by |

| | | | |
|---|---|---|---|
| | | MB | Plaintiff John Lusk. (Attachments: # 1 Exhibit EXHIBIT A, # 2 Exhibit EXHIBITS B-C, # 3 Exhibit EXHIBITS D-E, # 4 Exhibit EXHIBITS F-H)(Rosenthal, Deborah) (Entered: 12/03/2008) |
| 12/03/2008 | 17 | 203.5 KB | PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EVIDENCE re: MOTION to Remand Case to Los Angeles Superior Court 15 filed by Plaintiff John Lusk. (Rosenthal, Deborah) (Entered: 12/03/2008) |
| 12/03/2008 | 16 | 1.1 MB | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff John Lusk. Motion set for hearing on 12/29/2008 at 10:00 AM before Judge Mariana R. Pfaelzer. (Rosenthal, Deborah) (Entered: 12/03/2008) |
| 12/03/2008 | 15 | 146.6 KB | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by PLAINTIFF John Lusk. Motion set for hearing on 12/29/2008 at 10:00 AM before Judge Mariana R. Pfaelzer. (Rosenthal, Deborah) (Entered: 12/03/2008) |
| 11/26/2008 | 14 | 8.7 KB | AMENDED MINUTES OF IN CHAMBERS ORDER 11 held before Judge Otis D Wright, II: This action has been reassigned to the Honorable Otis D. Wright II, United States District Judge. The magistrate judges assignment remains the same.Please substitute the initials ODW in place of the initials MRP. The case number will now read: ***CV 08-7548 ODW(SHx)***. Henceforth, it is imperative that the initials ODW be used on all documents to prevent delays in the processing of documents. (lc) (Entered: 11/26/2008) |
| 11/26/2008 | 13 | 0.6 MB | *Corrected* Notice of Interested Parties filed by Defendant National Steel and Shipbuilding Company, (Moses, Thomas) (Entered: 11/26/2008) |
| 11/26/2008 | 12 | 25.6 KB | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES INELECTRONICALLY FILED DOCUMENTS and ORDER by Judge Otis D Wright, II: Defendant is directed to e-file its Certificate of Interested Parties as a separate document on or before December 3, 2008 or its Answer will be ordered STRICKEN. RE: Answer/certificate of interested party 9 (lc) (Entered: 11/26/2008) |
| 11/26/2008 | 11 | 8.7 KB | MINUTES OF IN CHAMBERS ORDER held before Judge Otis D Wright, II: This action has been reassigned to the Honorable Otis D. Wright II, United States DistrictJudge. The magistrate judges assignment remains the same. Please substitute the initials ODW in place of the initials MRP. The case number will now read: CV 08-6390 ODW(SHx).(see document for additional information) (lc) (Entered: 11/26/2008) |
| 11/25/2008 | 10 | 286.1 KB | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: certificate of interested party found attached to the answer, should have been docketed as a separate docket entry Correct event found under notice category: Certificate of interested party, and this event prompts for required information. RE: National Steels Answer to Complaint, 9 . In response to this notice the court may order (1) an amended or correct document |

| | | | |
|---|---|---|---|
| | | | to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (lc) (Entered: 11/25/2008) |
| 11/25/2008 | 9 | 3.9 MB | ANSWER *TO COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS* filed by Defendant National Steel and Shipbuilding Company. (Attachments: # 1 Supplement DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF INTERESTED PARTIES)(Moses, Thomas) (Entered: 11/25/2008) |
| 11/24/2008 | 8 | 54.7 KB | ORDER RETURNING CASE FOR REASSIGNMENT by Judge Mariana R. Pfaelzer. ORDER case returned to the Clerk for random reassignment pursuant to General Order 08-05. Case randomly reassigned from Judge Mariana R. Pfaelzer to Judge Otis D Wright, II for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 08-7548 ODW (SHx). (rn) (Entered: 11/24/2008) |
| 11/19/2008 | 7 | 28.7 KB | ORDER TO REASSIGN CASE due to self-recusal pursuant to General Order 08-05 by Judge Margaret M. Morrow. Case transferred to the calendar of Judge Mariana R. Pfaelzer for all further proceedings. Case number now reads as CV 08-7548 MRP (SHx). (rn) (Entered: 11/19/2008) |
| 11/14/2008 | 6 | 62.6 KB | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (Entered: 11/18/2008) |
| 11/14/2008 | 5 | 4.4 MB | NOTICE OF TAG-ALONG ACTION filed by Defendant National Steel and Shipbuilding Company. (et) (ds). (Entered: 11/18/2008) |
| 11/14/2008 | 4 | 1.5 MB | DECLARATION of ADMIRAL ROGER B. HORNE, JR. IN SUPPORT OF Notice of Removal, 1 filed by Defendant National Steel and Shipbuilding Company. (et) (ds). (Entered: 11/18/2008) |
| 11/14/2008 | 3 | 328.1 KB | DISCLOSURE STATEMENT filed by Defendant National Steel and Shipbuilding Company. (et) (ds). (Entered: 11/18/2008) |
| 11/14/2008 | 2 | 0.5 MB | NOTICE of Interested Parties filed by Defendant National Steel and Shipbuilding Company. (et) (ds). (Entered: 11/18/2008) |
| 11/14/2008 | 1 | 10.3 MB | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angele-Court of Unlimited Jurisdiction, case number BC 398818 with CONFORMED FILED copy of summons and complaint. Case assigned to Judge Margaret M. Morrow, Discovery to Magistrate Judge Stephen J. Hillman. (Filing fee $ 350 PAID. ), filed by Defendant National Steel and Shipbuilding Company. (et) (Additional attachment(s) added on 11/20/2008: # 1 Exhibit A, # 2 Exhibits B - G, # 3 Civil Cover Sheet & Notice of Assignment) (ds). (Entered: 11/18/2008) |

# EXHIBIT "3"

Dean A. Hanley, Esq. (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
Caroling K. Shining, Esq. (State Bar No. 201140)
PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970
dhanley@paulandhanley.com
drosenthal@paulandhanley.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN LUSK and HELEN C. LUSK,

Plaintiff,

vs.

A. B. BOYD CO., et al,

Defendants

Case No.: CV 08-7548 R

**STIPULATION REQUESTING ORDER DISMISSING DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER**

**[C.D. Cal. Local Rules 7-1 & 52-9]**

Courtroom: 8
Judge: Hon. Manuel L. Real

Plaintiffs and defendant National Steel and Shipbuilding Company submit this stipulation jointly requesting that the Court issue an order dismissing with prejudice plaintiffs' action against National Steel and Shipbuilding Company and remanding this case in its entirety to state court.

IT IS HEREBY STIPULATED by and between plaintiffs and National Steel and Shipbuilding Company, through their respective attorneys of record, as follows:

Plaintiffs initiated this action on September 25, 2008, in the Superior Court of the State of California, County of Los Angeles. Following service of summons on its agent for service of process, National Steel and Shipbuilding Company timely removed this case to the United States District Court for the Central District of California, asserting federal officer jurisdiction based on the government contractor defense. No other defendant filed and served a notice of removal in this case, and no other defendant joined in National Steel and Shipbuilding Company's Notice of Removal.

Plaintiffs and National Steel and Shipbuilding Company hereby jointly request that the Court dismiss with prejudice plaintiffs' action against National Steel and Shipbuilding Company and remand this case in its entirety to state court. With the dismissal of plaintiffs' action against National Steel and Shipbuilding Company, there will remain no party in this action that has invoked the jurisdiction of the federal courts in this case.

Plaintiffs' willingness to stipulate to the dismissal with prejudice of this action against National Steel and Shipbuilding Company is conditioned upon the remand of this case in its entirety to the Superior Court of the State of California, County of Los Angeles; and National Steel and Shipbuilding Company's willingness to stipulate to the remand of this case to state court is conditioned upon the dismissal with prejudice of plaintiffs' action against it.

If the Court orders the dismissal with prejudice of plaintiffs' action against National Steel and Shipbuilding Company and the remand of this case in its entirety to state court, plaintiffs and National Steel and Shipbuilding Company waive all claims for costs and expenses in relation to this action as against each other.

IT IS SO STIPULATED.

DATED: January 28, 2009

PAUL AND HANLEY, LLP

Carolin K. Shining, attorney for plaintiffs

Case MDL No. 875 Document 5775 Filed 03/09/09 Page 28 of 33

DATED: January 28 2009

BRYDON, HUGO & PARKER

Paul Bessette, attorney for National Steel and Shipbuilding Company

STIPULATION REQUESTING ORDER DISMISSING DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER
C:\Documents and Settings\pbessette\Local Settings\Temporary Internet Files\OLK59\NASSCO Stip dwp - remand.doc

# EXHIBIT "4"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

CASE NO.: CV-08-7548-R

Date: FEB. 23, 2009

TITLE: JOHN LUSK et al V. A. B. BOYD CO et al

PRESENT:

HON. MANUEL L. REAL, JUDGE

Ricardo Juarez
Deputy Clerk

Sheri Kleeger
Court Reporter

ATTORNEY PRESENT FOR PLAINTIFFS:

Carol Shining

ATTORNEYS PRESENT FOR DEFENDANTS:

Paul Bessette
Phillip Marrone
Julia Gowin
Hayward LeCrone
Daniel Baltes
Kathryn McCann
Deborah Smith
Lisa Veasman
Nathan Newman
Christopher Gansen
James Hepworth
El Mahdi Young
Steven Clarence

PROCEEDINGS: Plaintiffs' motion to remand (filed 12-4-08)
Defendant Goodyear Canada's motion to quash (filed 12-12-08)

Court hears argument from counsel regarding jurisdiction and transfer.

Court denies the parties' stipulation to remand the case to state court, then DENIES plaintiffs' motion to remand.

Court GRANTS defendant-Goodyear Canada's motion to quash.

Defendants shall prepare the orders.

28 min

MINUTES FORM 90
CIVIL -- GEN

Initials of Deputy Clerk RJ

# EXHIBIT "5"

Dean A. Hanley, Esq. (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
Carolin K. Shining, Esq. (State Bar No. 201140)
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970
dhanley@paulandhanley.com
drosenthal@paulandhanley.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN LUSK and HELEN C. LUSK,<br>Plaintiffs,<br>vs.<br>A.B. BOYD CO., et al.,<br>Defendants. | Case No.: CV 08-7548 R<br>**DECLARATION OF CAROLIN K. SHINING**<br>Courtroom: 8<br>Judge: Hon. Manuel L. Real |

I, Carolin K. Shining, declare as follows:

1. I am an attorney at law duly admitted to practice law before all the courts of the State of California and Illinois, and am an associate of the law firm of PAUL & HANLEY, LLP. The matters stated herein are true to my own personal knowledge. If called upon as a witness to testify, I could and would testify to the following facts.

2. I appeared on February 2, 2009 at hearing on plaintiffs' Motion to Remand the instant action to state court. Over a dozen defense lawyers

representing well over three dozen defendants made general and special appearances.

3. In oral argument that hearing, I stated in support of our motion to remand that transfer of the case to the Multi-District Litigation in Pennsylvania would prejudice the plaintiff who could otherwise get an expedited trial date under California Civil Code of Procedure Section 36(d).

4. In response to this statement, Judge Manual Real stated that the Central District of California would be able schedule and complete the trial in this matter faster even than the state court.

5. I further stated that transfer to the MDL would result in prejudice with regard to delay of scheduling of a dying person's deposition.

6. In response, Judge Real stated that he would entertain and consider an emergency motion to schedule Mr. Lusk's deposition on shortened time. He added that holding this deposition on shortened notice and time "might be a good idea."

7. In sum, Judge Real's comments made it clear that he did not believe that retaining the case in the Central District of California would be a burden to that district's trial calendar, but that on the contrary, they had time and ability to try such a case.

8. I have initiated discussions with defense counsel regarding discovery, including negotiations with regard to Federal Rule of Civil Procedure Rule 26 initial disclosures and anticipate having those filings prepared by the end of March, 2009.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 6, 2009, in Toluca Lake, California.

Carolin K. Shining