**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2009

FILED
CLERK'S OFFICE

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

---

| | |
|---|---|
| JOHN LUSK and HELEN LUSK, ) | |
| ) | Civil Action No. 08-7548 R |
| Plaintiffs, ) | |
| ) | in the United States District Court |
| v. ) | for the Central District of California |
| ) | |
| A.B. BOYD CO., et al., ) | |
| ) | |
| Defendants. ) | |

PLEADING NO. 5776

### SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

When plaintiffs timely filed their reply to defendant Carrier Corporation's Opposition to Motion to Vacate CTO-318, plaintiffs were unaware that defendant National Steel and Shipbuilding Co. (NASSCO) also had opposed plaintiffs' motion. Plaintiffs therefore submit this brief in response to NASSCO's Opposition, which plaintiffs' earlier reply brief failed to address.

Plaintiffs do not dispute that this Panel has the authority to transfer this case to MDL No. 875. The issue is not whether such discretion exists but rather whether transfer to MDL No. 875 best serves the interests that the multidistrict litigation system and 28 U.S.C. § 1407 were designed to serve. As set forth in previous briefing, transfer of this particular case would not promote judicial efficiency, because the local U.S. District Court judge already has presided over and adjudicated several pre-trial matters, is increasingly familiar with the facts of this case, and has presided over many asbestos

OFFICIAL FILE COPY     IMAGED MAR 16 2009

cases in his decades on the bench and is very familiar with the legal issues involved. Perhaps most importantly, he has indicated his willingness and intent to work with counsel to expedite pre-trial proceedings in an effort to get this case to trial within months.

Furthermore, retaining the case in California is more convenient for plaintiffs, whose counsel is located in California and whose case is governed by the law of the Ninth Circuit. No party has introduced any evidence that transfer to the MDL would be more convenient for any party or witness. On the contrary, the reasonable presumption arising out of the fact that only two of 58 defendants oppose plaintiffs' motion to vacate is that retaining the case in California is more convenient for the parties and their witnesses and will better promote the just and efficient conduct of the action.

In short, NASSCO offers no basis for its conclusion that transfer to the MDL would better serve the interests identified in 28 U.S.C. § 1407 than retaining the case in the local U.S. District Court. On the record before this Panel, the undisputed evidence supports a finding that transfer would impede rather than further the interests of judicial efficiency and consistency and convenience to the parties. Accordingly, plaintiffs respectfully request that the Panel vacate CTO-318 with regard to this case.

Dated: March 11, 2009

Respectfully submitted,

_____
Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:   (510) 559-9980
Facsimile:   (510) 559-9970
drosenthal@paulandhanley.com
Attorneys for Plaintiffs John and Helen Lusk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Anne Scott, hereby certify that I served a true and correct copy of Supplemental Reply Brief In Support of Plaintiffs' Motion to Vacate Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via overnight mail, and upon the attached Panel Service List via first class mail, postage prepaid, on this 11 day of March, 2009.

*Anne Scott*
Anne Scott

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2009 MAR 12 A 10:38
RECEIVED
CLERK'S OFFICE

Page 1 of 2

IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-318)

Carol S. Dudash, et al. v. Alstom Power, Inc., et al., C.D. California, C.A. No. 2:08-7434
John Lusk, et al. v. A.B. Boyd Co., et al., C.D. California, C.A. No. 2:08-7548
Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al., N.D. California, C.A. No. 3:08-3013
David Sanborn, et al. v. Asbestos Corp., Ltd., et al., N.D. California, C.A. No. 3:08-5260

Joseph Blaise Adams
BASSI MARTINI EDLIN & BLUM
351 California Street
Suite 200
San Francisco, CA 94104

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Melissa R. Badgett
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert E. Boone, III
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Timothy Colin Connor
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street
Suite 240
P.O. Box 15408
Sacramento, CA 95814

Carlos J.E. Guzman
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Dean A. Hanley
PAUL HANLEY & HARLEY
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

## MDL No. 875 - Panel Service List (Excerpted from CTO-318 (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kathryn Louise McCann
LINER YANKELEVITZ SUNSHINE
& REGENSTREIF
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Andrew I. Port
EMARD DANOFF PORT
TAMULSKI & PAETZOLD
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Trung VI Quang
MCKENNA LONG & ALDRIDGE
101 California Street
41st. Floor
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Carolin K. Shining
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Stree
42nd Floor
Los Angeles, CA 90017-2223

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608