UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 12, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| Edward Wilhite, et al. v. Able Supply Co., et al., | ) | |
| W.D. Texas, C.A. No. 6:08-365 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Wilhite*) on March 4, 2009. The Panel has now been advised that *Wilhite* was remanded to the Texas Multidistrict Asbestos Litigation Court in the 11th Judicial District Court, Harris County, Texas, by the Honorable Walter S. Smith, Jr., in an order filed on February 25, 2009, as amended on March 3, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-319" filed on March 4, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel