MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2009

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | |
| —————————————————— x | | |
| This Document Relates to: | : | CIVIL ACTION NO. MDL 875 |
| United States District Court Western District of Arkansas | : | ~~ED-PA No. 2:07 CV 74046~~ |
| Estate of Eddie Joe WOOTEN, No. 2:07 CV 2004 | : | |
| [In the event the above-listed case is a multiple plaintiff (victim) action, this transfer is for the above-named party only, or said parties representative, and any spousal or dependent actions.]: | : | FILED JAN 30 2009 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |
| —————————————————— x | | |

PLEADING NO. 5781

2009 FEB 24 P 1:28
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IMAGED MAR 18 2009

### SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's request for a suggestion of Remand to the United States District Court for the Western District of Arkansas, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for the determination of certain issues and for trial as the parties have been unable to resolve these matters despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL- 875
RECOMMENDED ACTION

CRO - 1 Action

OFFICIAL FILE COPY  /Date: RN 2/25/09

mailed + e-mailed on 2/27/09 to Liaison Counsel

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Western District of Arkansas.

BY THE COURT:

Date: 1/29/09

_____
Eduardo C. Robreno        J.

2009 FEB 23  P 3:35
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE