

**MDL** 875





JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAR 18 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY           :
LITIGATION (NO. VI)                           :
                                              :
                                              :
_____x

This Document Relates to:                     :        CIVIL ACTION NO.: MDL 875
                                              :
United States District Court                  :        ED-PA No. 2:07 CV 74046
Northern District of Florida                  :
                                              :
Estate of Joe CHAVERS,  No. 3:05 CV 00338     :
                                              :
[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]: 
_____x

**FILED**

JAN 30 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

PLEADING NO. 5782

RECEIVED CLERK'S OFFICE
2009 FEB 24 PM 1:28
JUDICIAL PANEL MULTIDISTRICT LITIGATION


## SUGGESTION OF REMAND


THIS MATTER being reviewed this date upon Plaintiff's request for a suggestion of

Remand to the United States District Court for the Northern District of Florida, and the Court having

reviewed this case and having had settlement and telephone conferences with the parties, and now

believing that such motion is appropriate for the determination of certain issues and for trial as the

parties have been unable to resolve these matters despite reasonable efforts being made;

THE COURT FINDS that the issue of punitive damages must be resolved at a further

date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL-_____875_____

RECOMMENDED ACTION

CRO-1 Action

Approval/Date:  RN 2/25/09

mailed + emailed on 2/02/09 to:
Liaison Counsel
Panel

**OFFICIAL FILE COPY**

IMAGED MAR 18 2009

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of Florida.

BY THE COURT:

Date: 1/29/2009

Eduardo C. Robreno                    J.

RECEIVED
CLERK'S OFFICE
2009 FEB 23  P 3: 35
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2