**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY :
LITIGATION (NO. VI)            :
                               :
_____x

This Document Relates to:          :      CIVIL ACTION NO. MDL 875
                                          09-62937
United States District Court       :
Northern District of California    :

Helen HUTCHISON, et al.,           :      FILED  MAR - 5 2009
No. C 07-02824 SBA                 :

[In the event the above-listed case is a multiple :
plaintiff (victim) action, this transfer is for the :
above-named party only, or said parties repre- :
sentative, and any spousal or dependent actions.]:
_____x

PLEADING NO. 5783

### ORDER OF DISMISSAL AND SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's request for Remand to the Superior Court of the State of California for the County of Alameda, and the Court having reviewed this case and having had settlement and telephone conferences with the parties, and now believing that such motion is appropriate for hearing in the Transferor Court. Plaintiff has further reached an agreement with defendant Phelps Dodge Industries, Inc. (PDI) for the dismissal of PDI with prejudice from this case.

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary

MDL 875
RECOMMENDED ACTION

CRO-1action

OFFICIAL FILE COPY   Approved/Date:

IMAGED MAR 18 2009

damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT APPROVES the stipulation of the parties for the dismissal of PDI and therefore defendant PDI is hereby dismissed with prejudice and without costs assessed.

THE COURT further SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Northern District of California.

BY THE COURT:

Date: 3/4/09

_____
Eduardo C. Robreno    J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASPESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)**    MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

**STIPULATION JOINTLY REQUESTING ORDER
DISMISSING DEFENDANT PHELPS DODGE INDUSTRIES, INC., WITH
PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT**

Plaintiffs Helen Hutchison (individually and as successor-in-interest to the estate of William Albert Hutchison, deceased) and Michelle Stuart and defendant Phelps Dodge Industries, Inc. (PDI) submit this stipulation, jointly requesting that the Court issue an order dismissing with prejudice plaintiffs' action against PDI and remanding this case in its entirety to state court.

IT IS HEREBY STIPULATED by and between plaintiffs and PDI, through their respective attorneys of record, as follows:

Plaintiffs initiated this action on January 8, 2007, by filing their complaint for damages in the Superior Court of the State of California for the County of Alameda, No. RG07305255.

1

Following service of summons on its agent for service of process, PDI timely removed this case to the United States District Court for the Northern District of California, asserting defenses under federal law to plaintiffs' action against PDI. No other defendant filed and served a notice of removal in this case, *Helen Hutchison, etc., et al. v. A.W. Chesterton Company, et al.* (N.D. Cal. No. C 07-02824 SBA), and no other defendant joined in PDI's notice of removal.

The Judicial Panel on Multidistrict Litigation issued a conditional transfer order (CTO-281), which became final, transferring this case and others to the United States District Court for the Eastern District of Pennsylvania as part of MDL-875.

Plaintiffs have filed a motion to remand the case to the Superior Court of the State of California for the County of Alameda. PDI has filed opposition to that motion, asserting the Court's removal jurisdiction under 28 U.S.C. § 1442(a)(1). No other defendant has filed and served opposition to plaintiffs' motion to remand. Plaintiffs' motion to remand is pending before the Court.

Plaintiffs and PDI jointly request that the Court dismiss with prejudice plaintiffs' action against PDI and remand this case in its entirety to state court. With the dismissal of plaintiffs' action against PDI, there will remain in this action no party that has invoked the jurisdiction of the Federal courts in this case.

Plaintiffs' willingness to stipulate to the dismissal with prejudice of their action against PDI is conditioned upon the remand of this case in its entirety to the Superior Court of the State of California for the County of Alameda, and PDI's willingness to stipulate to the remand of this case to state court is conditioned on the dismissal with prejudice of plaintiffs' action against it. If the Court orders the dismissal with prejudice

of plaintiffs' action against PDI and the remand of this case in its entirety to state court, plaintiffs and PDI will waive any claims for costs and expenses as against each other.

IT IS SO STIPULATED.

DATED: April 4, 2008        Respectfully submitted,

_____
Richard A. Brody

Richard A. Brody
    Rick.Brody@bcoonlaw.com
Yvonne Huggins-McLean
    YvonneHugginsMcLean@bcoonlaw.com
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 489-7420
Fax: (415) 489-7426

Attorneys for Plaintiffs
Helen Hutchison and Michelle Stuart


DATED: April 4, 2008        Respectfully submitted,

_____
Paul R. Johnson

Robert D. Eassa
    robert.eassa.service@filicebrown.com
Paul R. Johnson
    paul.johnson.service@filicebrown.com
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
Phelps Dodge Industries, Inc.