MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5785

IMAGED MAR 1 9 2009    OFFICIAL FILE COPY

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) | MDL DOCKET NO. 875 (J.P.M.L.) |
| THIS DOCUMENT RELATES TO: | |
| ANGIE SMIDDY, as daughter, next Friend, and representative of the Estate of BOBBIE JEAN ELEDGE CRAWFORD, Decedent, | FOR THE EASTERN DISTRICT OF TENNESSEE |
| Plaintiff, | CASE NO. 3:08-cv-368 |
| vs. | |
| ALCOA, INC., | |
| Defendant. | |

### REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER - 318

Plaintiff, Angie Smiddy, pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and through counsel, respectfully submits this reply in support of her motion to vacate the conditional transfer order filed January 9, 2009.

Defendant Alcoa, Inc. ("Alcoa") has failed to make any effort to argue, much less demonstrate, that common questions of fact **predominate** over individual questions of fact. See, e.g., In Re Asbestos School Products Liability Litigation, 606 F. Supp. 713,

714 (J.P.M.L. 1985) (where the Court vacated a conditional transfer order, finding that "[a]lthough we recognize that the actions in this litigation involve some common questions of fact, we are not persuaded that these common questions of fact will predominate over individual questions of fact present in each action").

Here, individual, rather than common, factual issues predominate. Indeed, the only common element Alcoa points to between this case and the numerous cases in the MDL is that this is a wrongful death case which includes a claim of asbestos exposure, among other toxic substances. Conversely, weighing against transfer are the following factors: this case involves an East Tennessee decedent and Alcoa's East Tennessee plant; the exposures occurred in East Tennessee; the treating medical providers are in East Tennessee; counsel for the Plaintiff is in East Tennessee; counsel for Defendant Alcoa is in East Tennessee; the witnesses to the subject events are in East Tennessee; the case involves Tennessee state law claims; and this East Tennessee case does not involve any other parties and no asbestos manufacturers are involved in the case.

Transferring this action to the Pennsylvania District Court would not be consistent with the goals of 28 U.S.C. § 1407(a) or satisfy Congress's intent in creating the statute. Alcoa has made no effort to describe for this Honorable Judicial Panel how transferring this case would be more convenient or efficient for the parties – nor could it legitimately do so. In fact, it appears that the only case that is substantially similar to the facts and law involved in this case is the <u>Satterfield</u> matter that is the subject of the Tennessee Supreme Court's 2008 opinion attached to Plaintiff's Motion to Vacate, which is a "take home" case pending in state court in East Tennessee involving the same Alcoa facility, the same state law principles, and the same Alcoa defense counsel.

Transfer will not conserve the resources of the parties, their counsel, and the judiciary. Therefore, the conditional transfer of this case to the Eastern District of Pennsylvania should be vacated.

Respectfully submitted this 16th day of March, 2009.

> **ANGIE SMIDDY**, as daughter, next friend and representative of the Estate of Bobbie Jean Eledge Crawford, Decedent, Plaintiff,
>
> WAYNE A. RITCHIE II, BPR # 013936
> **RITCHIE, DILLARD & DAVIES, P.C.**
> 606 W. Main Street, Suite 300
> Post Office Box 1126
> Knoxville, TN 37901-1126
> Phone: (865) 637-0661
> Fax: (865) 524-4623
> **Attorney for Plaintiff**

RECEIVED CLERK'S OFFICE 2009 MAR 17 A 10: 39 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2009

**CERTIFICATE OF SERVICE**

FILED
CLERK'S OFFICE

I hereby certify that a copy of the foregoing pleading and this Certificate of Service was served by electronic filing with the Clerk of the Court, U.S. District Court for the Eastern District of Tennessee at Knoxville using the CM/EFC filing system, which will electronically serve same on all counsel of record this date and hereby further certify that a true and exact copy of the foregoing has been served upon counsel for Defendant by first-class mail this 16th day of March, 2009, as follows:

John A. Lucas
John T. Winemiller
MERCHANT & GOULD, P.C.
110 McGhee Tyson Blvd., Suite 203
Knoxville, TN 37701-4105

Benita W. Ellen, Esq.
HUNTON & WILLIAMS, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
**Counsel for Defendant Alcoa, Inc.**

Involved Counsel List (CTO-318) (attached)

_____
WAYNE A. RITCHIE II

2009 MAR 17 A 10:39
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-318)

Angie Smiddy, etc. v. Alcoa, Inc., E.D. Tennessee, C.A. No. 3:08-368

Peter G. Angelos
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Wayne A. Ritchie, II
RITCHIE DILLARD & DAVIES
P.O. Box 1126
Knoxville, TN 37901-1126

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John T. Winemiller
MERCHANT & GOULD PC
110 McGhee Tyson Boulevard
Suite 203
Knoxville, TN 37701