**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

------------------------------------

In Re:

JOSEPH A. MATUSKA, et al.,

v.

ABB, INC., et al.,
(Civil Action Pending in the
United States District for the
District of New Jersey, Case No.
09-cv-00193,

MDL NO. 875

NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER
ORDER (CTO 319)

PLEADING NO. 5787

PLEASE TAKE NOTICE that, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff hereby opposes the Conditional Transfer Order (CTO-319) issued with respect to the above-captioned case.

Respectfully submitted,

Robert E. Lytle
SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400; fax: 275-4511
Attorneys for Plaintiffs

2009 MAR 18 P 12:18
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

508212.1

IMAGED MAR 19 2009   OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2009

CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

STATE OF NEW JERSEY
                    :
COUNTY OF MERCER

Maria C. Masiello, being duly sworn deposes and states that she is an employee of Szaferman, Lakind, Blumstein & Blader, P.C., the attorneys for the plaintiffs herein, that she is over 18 years of age and is not a party to the within action, and that on the 18th day of March, 2009, she caused a a copy of the NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO 319), to be sent via regular mail to all counsel of record indicated on the attached service list by depositing a true copy of same securely enclosed in a post-paid envelope in the Post Office regularly maintained by the United States Government in said County of Mercer directed to said attorneys.

_Maria C. Masiello_
Maria C. Masiello

Sworn to and Subscribed
before me this 18th day
of March, 2009.

_Cynthia N Conkling_

Cynthia H. Conkling
Notary Public of the State of New Jersey
My Commission Expires: February 9, 2013

508212.1

2009 MAR 18 P 12:19
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

### INVOLVED COUNSEL LIST (CTO-319)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street,
22nd Floor
Baltimore, MD 21201

Edward B. Bagnell Jr
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Timothy M. Barber
AXLEY BRYNELSON LLP
Manchester Place
Two East Mifflin Street,
Suite 200
P.O. Box 1767
Madison, WI 53701-1767

Brian P. Barrow
SIMON EDDINS &
GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Joseph Blizzard
ANDREWS & KURTH LLP
BankOne Center
1717 Main Street, Suite 3700
Dallas, TX 75201

Ernest W. Boyd Jr.
MEHAFFY & WEBER PC
One Allen Center
500 Dallas Street, Suite 1200
Houston, TX 77002

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Arthur D. Bromberg
WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Robert A. Bunda
BUNDA STUTZ & DEWITT
3295 Levis Commons Blvd.
Perrysburg, OH 43551

Donald H. Carlson
CRIVELLO CARLSON SC
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

Eric D. Carlson
CRIVELLO CARLSON SC
The Empire Building
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607

Gerard Cedrone
LAVIN O'NEIL RICCI
CEDRONE & DISIPIO
1300 Route 73, Suite 307
MT. Laurel, NJ 08054

Dawn M. Ceizler
GLYNN & FINLEY
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

Nairi Chakalian
HAIGHT BROWN &
BONESTEEL
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981

Ronald D. Church, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP
1515 Poydras Street, Suite 1300
New Orleans, LA 70112

John A. Ciraldo
PERKINS THOMPSON PA
One Canal Plaza
P.O. Box 426 DTS
Portland, ME 04112

Edward P. Coady
COADY & ASSOCIATES
205 Portland Street
Boston, MA 02114

Sherry D. Coley
GODFREY & KAHN SC
333 Main Street
Suite 600
P.O. Box 13067
Green Bay, WI 54307-3067

William David Conner
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

Christopher J. Conrad
NELSON CONNELL CONRAD
TALLMADGE & SLEIN SC
N14 W23755 Stone Ridge Drive
Suite 150
P.O. Box 1190
Waukesha, WI 53187-1109

## MDL No. 875 - Involved Counsel List (CTO-319) (Continued)

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Thomas L. Cougill
WILLINGHAM FULTZ &
COUQILL LLP
808 Travis, Suite 1608
Houston, TX 77002

James E. Culhane
DAVIS & KUELTHAU S C
111 E. Kilbourn Avenue,
Suite 1400
Milwaukee, WI 53202-6613

James P. Cunningham
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

Joseph A. D'Avanzo
WILSON ELSER
MOSKOWITZ EDELMAN &
DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street, Suite 240
P.O. Box 15408
Sacramento, CA 95814

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

Mark O. Denehy
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Mark S. Des Rochers
CELBA & DES ROCHERS LLC
600 East Northland Avenue
Appleton, WI 54911

Erik C. DiMarco
WILSON ELSER
MOSKOWITZ EDELMAN &
DICKER LLP
150 East 42nd Street
22nd Floor
New York, NY 10017

Caleb H. Didriksen, III
DIDRIKSEN LAW FIRM
3114 Canal Street
New Orleans, LA 70119

Richard A. Dodd
CAPPOLINO DODD & KREBS
312 South Houston Avenue
Cameron, TX 76520

Donald K. Dorsett
FULBRIGHT WINNIFORD PC
P.O. Box 445
Waco, TX 76703-0445

Lawrence J. Drabot
CRIVELLO CARLSON SC
The Empire Building
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

Alan Ira Dunst
HOAGLAND LONGO MORAN
DUNST & DOUKAS
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

Daniel S. Elger
GASS WEBER & MULLINS
LLC
309 North Water Street
Milwaukee, WI 53202

Nicholas L. Evanchan Jr.
EVANCHAN & PALMISANO
One GOJO Plaza, Suite 300
Akron, OH 44311

Mark J. Fellman
400 Robert Street North
Suite 1740
St. Paul, MN 55101-2031

Jeffrey S. Fertl
HINSHAW & CULBERTSON
LLP
100 East Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202-4115

Brita J. Forssberg
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Harold J. Friedman
FRIEDMAN GAYTHWAITE
WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Mark G. Furey
THOMPSON BULL FURLEY
BASS & MACCOLL
120 Exchange Street
P.O. Box 447
Portland, ME 04112

Manuel R. Galang
LAW OFFICES OF MANUEL R
GALANG SC
2525 North Mayfair Road
Suite 210
Wauwatosa, WI 53226

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Katherine Paige Gardiner
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105

J.A. Gardner, III
HEDRICK GARDNER
KINCHELOE & GAROFALO
LLP
P.O. Box 30397
Charlotte, NC 28230

MDL No. 875 - Involved Counsel List (CTO-319) (Continued)

John A. Gardner, III
HEDRICK GARDNER
KINCHELOE & GAROFALO
LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

Leon Gary Jr.
JONES WALKER
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510

Sarah Elizabeth Godfrey
KALBAUGH PFUND &
MESSERSMITH PC
901 Moorefield Park Drive
Suite 200
Richmond, VA 23236

Gerardo H. Gonzalez
GONZALEZ SAGGIO &
HARLAN LLP
255 East Michigan Street
4th Floor
Milwaukee, WI 53202

James J. Gross
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300

Jon Haddow
FARRELL ROSENBLATT &
RUSSELL
P.O. Box 738
Bangor, ME 04402

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street, Suite 600
Norfolk, VA 23510-2212

Raymond P. Harris Jr.
SCHACTER HARRIS
600 N. Pearl Street
Suite 2300
Dallas, TX 75201-2832

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

G. William Higbee
MCTEAGUE HIGBEE CASE
COHEN WHITNEY & TOKER
4 Union Park
P.O. Box 5000
Topsham, ME 04086-5000

Bruce D. Huibregtse
STAFFORD ROSENBAUM
LLP
222 West Washington Avenue
Suite 900
P.O. Box 1784
Madison, WI 53701-1784

Christopher A.D Hunt
MCCARTER & ENGLISH LLP
265 Franklin Street
Boston, MA 02110

Erik Jacobs
WEITZ & LUXENBERG PC
180 Maiden Lane
17th Floor
New York, NY 10038

Lori B. Jarvis
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joshua L. Johanningmeier
GODFREY & KAHN SC
One East Main Street
Suite 500
P.O. Box 2719
Madison, WI 53701-2719

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Michael Karatov
CONNOR & BISHOP
120 Montgomery Street
Suite 1350
San Francisco, CA 94104

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Christopher J. Keale
SEDGWICK DETERT MORAN
& ARNOLD LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

Christine Kennedy-Jensen
DOUGLAS DENHAM
BUCCINA & ERNST
103 Exchange Street
P.O. Box 7108
Portland, ME 04112-7108

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN &
STILES LLP
755 Magazine Street
New Orleans, LA 70130

18 Mar 09 12:11 (609) 275-4511 1-202-502-2888 SIBMB P.C. Pg 8
Case MDL No. 875  Document 5787  Filed 03/18/09  Page 6 of 10

Page 4 of 6

MDL No. 875 - Involved Counsel List (CTO-319) (Continued)

Theodore H. Kirchner
NORMAN HANSON &
DETROY
415 Congress
P.O. Box 4600 DTS
Portland, ME 04112

Susan B. Kohn
SIMON PERAGINE SMITH &
REDFEARN LLP
Energy Centre
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Christopher K. Lightfoot
HAILEY MCNAMARA HALL
LARMANN & PAPALE
One Galleria Boulevard
P.O. Box 8288, Suite 1400
Metairie, LA 70011-8288

Robert E. Lytle
SZAFERMAN LAKIND
BLUMSTEIN & BLADER PC
QuakerBridge Executive Center
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John B. Manning
COOLEY MANION & JONES
LLP
21 Custom House Street,
6th Floor
Boston, MA 02110

Timothy Kent Masterson
SPENCE RICKE SWEENEY &
GERNES
Degree of Honor Building
325 Cedar Street, Suite 600
St. Paul, MN 55101

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

Timothy J. McHugh
LAVIN O'NEIL RICCI
CEDRONE & DISIPIO
190 N. Independence Mall West
6th & Race Street, Suite 500
Philadelphia, PA 19106

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Julie Lynn Mer
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110

Willard J. Moody Jr.
MOODY STROPLE
KLOEPPEL ET AL
500 Crawford Street
Commerce Bank Building,
Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Mitchell S. Moser
QUARLES & BRADY
411 East Wisconsin Avenue
Suite 2040
Milwaukee, WI 53202-4497

Matthew C. O'Connell
SUTTER O'CONNELL &
FARCHIONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Richard P. O'Leary
MCCARTER & ENGLISH LLP
245 Park Avenue
27th Floor
New York, NY 10022

MDL No. 875 - Involved Counsel List (CTO-319) (Continued)

Daniel Dennis O'Shea
JACKSON & WALLACE LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133

Andrew S. Oettinger
GODFREY & KAHN SC
780 North Water Street
Milwaukee, WI 53202-3590

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center, 19th Floor
Newark, NJ 07102

Katharine S. Perry
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110

Timothy J. Pike
PETERSON JOHNSON &
MURRAY SC
10505 Corporate Drive
Suite 201A
Pleasant Prairie, WI 53158

Michael S. Polk
SIEBEN POLK LAW FIRM
1640 South Frontage Road
Suite 200
Hastings, MN 55033

Lisa Powell
JACKSON WALKER
1401 McKinney
Suite 1900
Houston, TX 77010

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Donald Richard Pugliese Sr.
MCDERMOTT WILL &
EMERY LLP
340 Madison Avenue
New York, NY 10017

Antonio D. Pyle
LAW OFFICE OF ANTONIO D
PYLE PC
227 Upper Baird Road
Stowe, VT 05672

Agatha K. Raynor
CRIVELLO CARLSON SC
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

Olivia Smith Regard
JONES WALKER
500 Dover Boulevard
Lafayette, LA 70503

Noe Reyna
JOHNSON SPALDING DOYLE
WEST & TRENT
919 Milam
Suite 1700
Houston, TX 77002-2778

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Jennifer A. Riester
WESTON HURD
1900 Tower at Erieview
1301 East Ninth Street
Cleveland, OH 44114-1862

Edward A. Rodrigue, Jr.
BOGGS LOEHN & RODRIGUE
3616 South I-10 Service Road
West, Suite 109
Metairie, LA 70001

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Michael E. Saucier
THOMPSON & BOWIE
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Richard D. Schuster
VORYS SATER SEYMOUR &
PEASE LLP
2100 One Cleveland Center
1375 E. Ninth Street
Cleveland, OH 44114

Rebecca C. Sechrist
BUNDA STUTZ & DEWITT
3295 Levis Commons Blvd.
Perrysburg, OH 43551

William L. Shenkenberg
DAVIS & KUELTHAU SC
300 N. Corporate Dr., Suite 150
Brookfield, WI 53045-5804

W. W. Siesennop
SIESENNOP & SULLIVAN
200 North Jefferson Street
Suite 200
Milwaukee, WI 53202

Erica M. Sorosky
PALMIERI TYLER WIENER
WILHELM & WALDRON
2603 Main Street, Suite 1300
Irvine, CA 92614

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER BOYD
PA
P.O. Box 2048
Greenville, SC 29602-2048

Elizabeth G. Stouder
RICHARDSON WHITMAN LARGE
& BADGER
465 Congress St.
P.O. Box 9545
Portland, ME 04112

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF
LLC
3405 Piedmont Road, NE, Suite 200
Atlanta, GA 30305

## MDL No. 875 - Involved Counsel List (CTO-319) (Continued)

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS & KONIGSBERG LLP
800 Third Ave
13th Floor
New York, NY 10022

Leon W. Todd
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

R. Bart Totten
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Andrew Marc Warshauer
WEINER LESNIAK LLP
888 Veterans Memorial Highway
Hauppauge, NY 11788

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Terri L. Weber
NASH SPINDLER GRIMSTAD & MCCRACKEN LLP
201 East Waldo Boulevard
Manitowoc, WI 54220-2992

Paul A. Weykamp
LAW OFFICES OF PAUL A WEYKAMP
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Clay M. White
WHITE SHAVER PC
205 W. Locust
Tyler, TX 75702

Paul Oliver Wickes
HUNTON & WILLIAMS LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202

Robert W. Wilkinson
DOGAN & WILKINSON PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Stephen B. Williamson
MCGUIREWOODS LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

George D. Yaron
YARON & ASSOCIATES
601 California Street
21st Floor
San Francisco, CA 94108

Jennifer D. Zajac
4512 Laudun Street
Metairie, LA 70006

Joseph A. Matuska and Gail Matuska, et al.
v.
ABB, Inc., et al
Docket No: MID-L-8383-08AS

COUNSEL MAILING LIST

LAST UPDATED: 1.22.09                              Attorney: REL

William O'Brien, Esq.
Delaney and O'Brien
The Bourse
111 South Independence Mall East,
Suite 1002
Philadelphia, PA 19106
215-254-7107
215-254-7106- fax
wjo@dolaw.com
*Attorney for ABB, Inc.*

Mary S. Cook, Esq.
Wilbraham, Lawler & Buba
24 Kings Highway West
Haddonfield, NJ 08033-2122
Ph: 856-795-4422
Fax: 856-795-4699
mcook@wlbdeflaw.com
*Attorneys for Buffalo Pumps,
Inc. and Maremont Corporation*

Charles F. Forer, Esq.
Eckert Seamans Cherin & Mellott,
LLC
Two Liberty Place
50 South 16th St., 22nd floor
Philadelphia, PA 19102
Ph: 215-851-8400
Fax: 215-851-8383
cforer@eckertseamans.com
*Attorneys for CBS Corp, f/k/a
Viacom, Inc., f/k/a Westinghouse
Electric Corporation*

Susan Karlovich, Esquire
Wilson, Elser, Moskowitz,
 Edelman & Dickler, LLP
33 Washington Street
Newark, New Jersey 07102
Ph: 973-624-0800
Fax: 973-624-0808
susan.karlovich@wilsonelser.com
*Counsel for Control Components
Inc.*

Michael V. Gilberti, Esq.
Epstein & Gilberti, LLC
21 East Front St., Suite 210
Red Bank, New Jersey 07701
Ph: 732-212-0400
Fax: 732-212-8408
gilberti@eg-law.com
*Attorneys for Crane Co. and
Crane Pumps Systems, Inc.*

Michael A. Moroney, Esq.
Weber Gallagher Simpson
Stapleton Fires & Newby, LLP
33 Washington St., 10th Floor
Newark, NJ 07102
973-242-1364
973-242-1945- fax
mmoroney@wglaw.com
*Attorney for Electrolux Home
Products Inc.*

Christopher J. Keale, Esq.
Sedgwick Detert, Moran &
Arnold, LLP
3 Gateway Center, 12th Floor
Newark, New Jersey 07102
Ph: 973-242-0002
Fax: 973-242-8099
Christopher.keale@sdma.com
*Attorneys for Foster Wheeler
Energy Corporation*

Lisa P. Wildstein, Esq.
Segal, McCambridge, Singer &
Mahoney
103 Carnegie Center, Suite 103
Princeton, New Jersey 08540
Ph: 609-452-1558
Fax: 609-452-1559
lwildstein@smsm.com
*Attorneys Garlock Sealing
Technologies, LLC*

9899.1

Joanne Hawkins, Esq.
Speziali, Greenwald & Hawkins
1081 Winslow Rd., Box 1086
Williamstown, NJ 08094
Ph: 856-728-3600
Fax: 856-728-3996
dspeziali@comcast.net
**Counsel for General Electric Co.**

Ethan D. Stein, Esq.
Gibbons, PC
One Penn Plaza, 37th floor
New York, New York 10119-3701
Ph: 212-613-2041
Fax: 212-554-9677
dspeziali@comcast.net
**Attorneys for Honeywell International, Inc. as successor to the Bendix Corporation**

Benjamin S. Bucca, Jr., Esq.
Bucca & Campisano
90 Livingston Ave.
New Brunswick, New Jersey 08901
buccacampisano@verizon.net
Ph: 732-247-0009
Fax: 732-247-9727
**Attorneys for IMO Industries, Inc.**

Nicea D'Annunzio, Esq.
Hardin, Kundla, McKeon, Poletto, Polifroni
673 Morris Ave., P.O. Box 730
Springfield, NJ 07081-0730
Ph: 973-912-5222
Fax: 973-912-9212
ndannunzio@hkmpp.com
**Counsel for John Zink Company**

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
Ph: 718.855.9000
Fax: 718.855.4282
mheuser@cullenanddykman.com
**Counsel for Leslie Controls, Inc.**

Brandy L. Harris, Esq.
Reilly, Janiczek, & McDevvit, P.C.
2500 McClellan Blvd., Suite 240
Marchantville, NJ 08109
856-317-7180
856-317-7188- fax
bharris@rjm-law.com
**Counsel for SPX Corp. individually and as successor-in-interest to Copes-Vulan**

Christopher Iannicelli, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
Ph: 609-919-6623
Fax: 609-919-6701
ciannicelli@morganlewis.com
**Tyco International (US), Inc. a/k/a Tyco Flow Control, Inc., as successor to Yarway Corp.**

Ronald S. Suss, Esq.
Picillo, Caruso, Pope, Edell, Picini
60 Route 46 East
Fairfield, NJ 07004
973-667-6000
973-667-1200- fax
rsuss@carusopope.com
**Counsel for Union Carbide Corp.**

Joseph A. Gallo, Esquire
Wilson, Elser, Moskowitz, Edelman & Dickler, LLP
33 Washington Street
Newark, New Jersey 07102
Ph: 973-624-0800
Fax: 973-624-0808
joseph.gallo@wilsonelser.com
**Attorneys Warren Pumps**

9899.1