# Brayton✦Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL
___

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
RICHARD R. KUHN
WILLIAM G. McDEVITT
ROBERT M. LEVY
DARRELL J. SALOMON
GREG M. SHEFFER

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGUL*
RON G. ARCHER
DAVID H. BACKENSTOE
BRONSON D. BILLS*
GARY L. BRAYTON
ALLISON M. CAMPOS
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
DAVID W. FERMINO
JUSTIN F. IRISH
ROBERT J. FORDIANI
BRYN D. FREDMAN
JOHN C. GALLAGHER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
LAUREL HALBANY
CHRIS E. HERSOM
MEI L. HOM
SARAH K. ISAACS

J. PETERS JEFFERS*
JOHN K. JOHNSON*
GARY V. JUDD
CLAYTON W. KENT
DANIELLE M. KLUZ
MATTHEW B. LEE
JACQUELINE K. LOVELESS
MAUREEN C. McGOWAN
CORINNE T. McLAUGHLIN
JAMES P. NEVIN
JULIET K. NGUYEN
OREN P. NOAH
ERIN A. ORZEL
WILLIAM F. RUIZ
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
RODGER C. STRICKLAND
LISA D. TANDOC
IAN W. TRUEBLOOD
JEFFREY D. WEIR
NANCY T. WILLIAMS
JAMES ZHU

March 18, 2009

**VIA FACSIMILE (202) 502-2888 & U.S. MAIL**

Jeffrey N. Luthi
Clerk of the Judicial Panel on Multi-District Litigation
On Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: In re: Asbestos Products Liability Litigation (No. VI), MDL #875
*Ronnie Smith and Linda Smith v. Asbestos Defendants et al.*, District of
Utah, No. 2:08-CV-00630-DB

Dear Mr. Luthi:

Please be advised that plaintiffs Ronnie Smith and Linda Smith hereby withdraw their Motion to Vacate or Stay Conditional Transfer Order 318 in the above referenced matter. It is my understanding a hearing on this Motion is scheduled for March 26, 2009. The Motion may be dropped from that calendar, and the case transferred to the Eastern District of Pennsylvania..

Thank you for your assistance.

Very truly yours,

Richard M. Grant

RMG:jae
cc: Bronson Bills
    Dan R. Larsen, Esq. (dlarsen@swlaw.com)

\\Bu\vol4\SaltLake\Utah\109815\FED\ltr-Luthi2.wpd

**OFFICIAL FILE COPY**

IMAGED MAR 2 0 2009

RECEIVED CLERK'S OFFICE
2009 MAR 18 P 2:26
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL- **875** LIFT STAY VAC CTO
RECOMMENDED ACTION / Action

Approved/Date: _____