UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 20, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Ronnie Smith, et al. v. Ford Motor Co., et al.,       )
        D. Utah, C.A. No. 2:08-630                  )      MDL No. 875

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 26, 2009, HEARING SESSION**

     A conditional transfer order was filed in this action (*Smith*) on January 9, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Smith* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs subsequently withdrew their notice of opposition.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-318" filed on January 9, 2009, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

     IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 20, 2009, are VACATED insofar as they relate to this action.

                                 FOR THE PANEL:

                                 Jeffery N. Lüthi
                                 Clerk of the Panel