JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

MAR 20 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 – In Re: Asbestos Products Liability Litigation (No. VI)

*Frank J. Williams, Jr. v. Lockheed Martin Corp., E.D. La. No. 2009-00065*

## NOTICE OF OPPOSITION TO CTO-319

We represent plaintiff Frank J. Williams, Jr. in the above captioned action which is included on the conditional transfer order CTO-319. Plaintiff Frank J. Williams, Jr. submits this opposition to the conditional transfer order. We understand that the motion and brief to vacate are due in 15 days.

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

_____
CALEB H. DIDRIKSEN, La. Bar No. 1334
RICHARD J. GARVEY, JR., La. Bar No. 20822
LOYD J. BOURGEOIS, JR., La. Bar No. 29771
AMANDA K. WINGFIELD, La. Bar No. 30800
3114 Canal Street
New Orleans, LA 70119
Telephone: (504) 586-1600
Facsimile: (504) 822-3119
Email: caleb@didriksenlaw.com
  garvey@didriksenlaw.com
  loyd@didriksenlaw.com
  amanda@didriksenlaw.com
*Attorneys for Plaintiff, Frank J. Williams, Jr.*

PLEADING NO. 5791

2009 MAR 19 P 5:01
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**   IMAGED MAR 20 2009