UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 04, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                              MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-319)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,244 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 20, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Page 1 of 5

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                               MDL No. 875

### SCHEDULE CTO-319 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA CENTRAL**
  CAC  2  08-501        Larry Lindquist, et al. v. CLA-VAL Co., et al.

**CALIFORNIA NORTHERN**
  CAN  3  08-5439      Pauline Smithson, et al. v. General Electric Co., et al.
  CAN  3  08-5440      Shirley Ruby Holliday, et al. v. General Electric Co., et al.

**LOUISIANA EASTERN**
  ~~LAE  2  09-65~~        ~~Frank J. Williams, Jr. v. Lockheed Martin Corp., et al.~~
                                Opposed 3/20/09

**MASSACHUSETTS**
  MA  1  08-10078     William A. O'Connell v. Foster Wheeler Energy Corp., et al.

**MAINE**
  ME  1  09-32         Joseph N. Vigue, et al. v. Metropolitan Life Insurance Co., et al.
  ME  2  09-7          Susan Leet, etc. v. Aurora Pump Co., et al.

**MINNESOTA**
  MN  0  08-6408      Leo J. Selz v. Soo Line Railroad Co.
  MN  0  08-6473      Edward Taticek v. Soo Line Railroad Co.
  MN  0  09-97         Robert E. Mannelin v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-98         Lawrence Maul v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-99         Douglas A. Nystedt v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-101       Brenda Bischoff, etc. v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-102       Kenneth L. Olson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-103       John Plevell v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-104       James E. Butler, Jr. v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-105       Clarence A. Cripps v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-106       Robert W. Pulkinen v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-107       James J. Dauer v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-108       Daniel F. Gangl v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-109       Gerald D. Saw v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-111       Marlyn Grunwald v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-112       Mark D. Jackson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-113       John B. Thomatz v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-114       Louis R. Karakash v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-115       Karl R. Kuth v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-116       Carlo V. Toivari v. Garlock Sealing Technologies, LLC, et al.
  MN  0  09-117       Leslie R. Wiedenhoft v. Garlock Sealing Technologies, LLC, et al.

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

    MN  0  09-118         Donald W. Zimmer v. Garlock Sealing Technologies, LLC, et al.
    MN  0  09-126         Joseph M. Baudek v. Garlock Sealing Technologies, LLC, et al.
    MN  0  09-128         Robert L. Gouldin v. Garlock Sealing Technologies, LLC, et al.
    MN  0  09-188         Robert H. Mingo v. Garlock Sealing Technologies, LLC, et al.
    MN  0  09-189         Michael L. Paun v. Garlock Sealing Technologies, LLC, et al.

NORTH CAROLINA MIDDLE
    NCM  1  08-935        Dale Litaker, etc. v. Aqua-Chem, Inc., et al.
    NCM  1  09-13          Jimmy A. Miller, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  09-14          Tyre L. Nicholson, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  09-16          Elmer Leslie Sisk, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCM  1  09-35          Dwight Allen Barnhardt, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  09-36          Paul Pritchett, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCM  1  09-47          Jim Allen Woodell, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  09-48          Terry Russell Tilley v. Aqua-Chem, Inc., et al.
    NCM  1  09-49          Robert Kenneth Whitlock, Sr. v. Aqua-Chem, Inc., et al.
    NCM  1  09-55          Michael Cleve Bray, Sr., et al. v. Aqua-Chem, Inc., et al.
    NCM  1  09-56          Larry Joe Almond, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
    NCW  1  08-372        Troy J. McAuley, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-374        David Lee Pope, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-448        Gary C. Whitworth, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-4           Robert Lee Nichols, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-5           Grover M. Ensley, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-6           Jim M. Vance, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-8           Franklin Clinton Cloninger v. Aqua-Chem, Inc., et al.
    NCW  1  09-9           Eldridge Elmer Clark, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-11          Johnny Miller Lytton, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-12          James Lee Plummer, Sr. v. Aqua-Chem, Inc., et al.
    NCW  1  09-13          George Wagoner Ferguson, III, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-14          Verline Borders Petty, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-15          Larry Eugene Mauldin v. Aqua-Chem, Inc., et al.
    NCW  1  09-16          Stanley Earl Fox, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-17          Gary Marvin Tench, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-19          Gregory Lewis Gabriel, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-20          Darrell Edward Garrison, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-21          Richard Volan Rumfelt v. Aqua-Chem, Inc., et al.
    NCW  1  09-24          James Phillip Rhodes, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-25          Clarence Barlow v. Aqua-Chem, Inc., et al.
    NCW  1  09-26          James Edgar Cooper, III, et al. v. Aqua-Chem, Inc., et al.

Case MDL No. 875   Document 5792   Filed 03/20/09   Page 4 of 6

Page 3 of 5

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| NCW 1 09-27 | Ernest Wade Currie, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-28 | Gary Eugene Davis, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-32 | Dennis Ray Drum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-33 | Ronnie Lewis Finger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-34 | David Sloan Edwards, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-35 | Donna Teague Garver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-36 | Joseph Dail Drum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-37 | Scotty Paul Garver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-38 | Brenda Diane Greene v. Aqua-Chem, Inc., et al. |
| NCW 1 09-39 | Marvin Leroy Gee, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-73 | Billy Burklin Baber, et al. v. Aqua-Chem, Inc., et al. |

NEW JERSEY
  ~~NJ   2   09-193~~           ~~Joseph A. Matuska, et al. v. ABB, Inc., et al.~~ Opposed 3/18/09
  ~~NJ   2   09-257~~           ~~Gerald L. Hoffeditz, et al. v. AM General, LLC, et al.~~
                                        Opposed 3/18/09

NEW YORK SOUTHERN
  ~~NYS  1   08-11010~~         ~~Francis Bruce Travis v. 3M Co., et al.~~ Opposed 3/19/09
  NYS  1   08-11011          Dwight O. Johnson, Jr. v. Anchor Packing, et al.

OHIO NORTHERN
  OHN  1   09-10000          Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
  OHN  1   09-10001          Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

SOUTH CAROLINA
  SC  0  09-100    Joyce C. Moses, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-124    Mendel Wayne Godfrey, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-222    Dean Lynn Dover, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-224    Jimmie Keith Chapman v. Aqua-Chem, Inc., et al.
  SC  0  09-225    Eugene Alfred Blackwell, et al. v. Aqua-Chem, Inc., et al.
  SC  6  09-122    Randall Jewell Booker, et al. v. Aqua-Chem, Inc., et al.
  SC  6  09-162    Larry Wayne Garmon, etc. v. Aqua-Chem, Inc., et al.
  SC  7  09-179    Leslie Steven Hall, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-99     Donnie Ray Richardson v. Aqua-Chem, Inc., et al.
  SC  8  09-101    Eugene Mack Edney, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-125    Michael Leonard Merck, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-127    Richard L. Wentzky, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-163    George Wesley Fincher, Jr. v. Aqua-Chem, Inc., et al.
  SC  8  09-166    Don Richard Cox, Sr. v. Aqua-Chem, Inc., et al.
  SC  8  09-176    Billy F. Owens, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-177    Weldon Cleo Masters, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-180    Tony Oral Getsinger, et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)

TEXAS WESTERN
~~TXW  6  08-365~~            ~~Edward Wilhite, et al. v. Able Supply Co., et al.~~   **Vacated 3/12/09**

VIRGINIA EASTERN
  VAE  2  06-8895            Robert E. Harrelson v. American Standard, Inc., et al.
  VAE  2  06-8896            Kenneth E. Leslie v. American Standard, Inc., et al.
  VAE  2  06-8898            Carl H. Wilson, Sr. v. American Standard, Inc., et al.
  VAE  2  08-9436            Larry A. Ayers v. American Standard, Inc., et al.
  VAE  2  08-9437            Thomas Babbs v. American Standard, Inc., et al.
  VAE  2  08-9438            Julius Bahn v. American Standard, Inc., et al.
  VAE  2  08-9439            Gordon E. Breimon v. American Standard, Inc., et al.
  VAE  2  08-9440            Leo M. Bresnahan v. American Standard, Inc., et al.
  VAE  2  08-9441            Kenneth K. Carter v. American Standard, Inc., et al.
  VAE  2  08-9442            Richard C. Clark v. American Standard, Inc., et al.
  VAE  2  08-9443            Charles B. Correll v. American Standard, Inc., et al.
  VAE  2  08-9444            Tommy L. Davis v. American Standard, Inc., et al.
  VAE  2  08-9445            Everett C. Eivins v. American Standard, Inc., et al.
  VAE  2  08-9446            Paul L. Green v. American Standard, Inc., et al.
  VAE  2  08-9447            Frank D. Hartman v. American Standard, Inc., et al.
  VAE  2  08-9448            John T. Huffman v. American Standard, Inc., et al.
  VAE  2  08-9449            Robert F. Novack v. American Standard, Inc., et al.
  VAE  2  08-9450            Paul A. Fowler, Sr. v. American Standard, Inc., et al.
  VAE  2  08-9451            Don F. Gulbronson v. American Standard, Inc., et al.
  VAE  2  09-9471            Louis Coy v. American Standard, Inc., et al.
  VAE  2  09-9472            Edward J. Meeker v. American Standard, Inc., et al.
  VAE  2  09-9473            Glen Nelson v. American Standard, Inc., et al.
  VAE  2  09-9474            Lester A. Newton v. American Standard, Inc., et al.
  VAE  2  09-9475            Bennie R. Pope v. American Standard, Inc., et al.
  VAE  2  09-9476            Richard H. Ramsey v. American Standard, Inc., et al.
  VAE  2  09-9477            Harold D. Roberts v. American Standard, Inc., et al.
  VAE  2  09-9478            Max L. Scheper v. American Standard, Inc., et al.
  VAE  2  09-9479            Jim D. Shell v. American Standard, Inc., et al.
  VAE  2  09-9480            Stanley E. Smith v. American Standard, Inc., et al.
  VAE  2  09-9481            Forest D. Stufflebean v. American Standard, Inc., et al.
  VAE  2  09-9482            Jack Timmins v. American Standard, Inc., et al.
  VAE  2  09-9483            Joe L. Michael v. American Standard, Inc., et al.
  VAE  2  09-9484            Eugene N. Petersen, Jr. v. American Standard, Inc., et al.
  VAE  2  09-9485            Paul J. Powers v. American Standard, Inc., et al.
  VAE  4  08-3259            Paul H. Schulte v. Amchem Products, Inc., et al.
  VAE  4  08-3260            Herbert N. Powell v. American Air Liquide Corp., et al.
  VAE  4  08-3261            Robert L. Corley, Jr. v. Amchem Products, Inc., et al.
  VAE  4  08-3262            Clark M. White v. Amchem Products, Inc., et al.
  VAE  4  08-3263            Stephen Carl Mapp, Sr. v. Amchem Products, Inc., et al.
  VAE  4  08-3264            Hardy McClease Gallop, Jr. v. Amchem Products, Inc., et al.

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

   VAE  4  08-3265        James Edward Daniels, Jr. v. Amchem Products, Inc., et al.
   VAE  4  08-3266        Timothy Swain v. Amchem Products, Inc., et al.
   VAE  4  08-3267        Kenneth M. Watson v. Amchem Products, Inc., et al.

WISCONSIN EASTERN
   WIE  2  08-1006        Nancy Brix, etc. v. Albany International Corp., et al.