MDL 875™

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5795

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| JOHN LUSK and HELEN LUSK, et al. Plaintiffs, v. A.B. BOYD CO., et al. Defendants. | |

**DEFENDANT CARRIER CORPORATION'S CORPORATE DISCLOSURE
STATEMENT UNDER JPML RULE 5.3**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, defendant Carrier Corporation states that it is a wholly-owned subsidiary of United

Technologies Corporation.

DATED: March 13, 2009                    RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST  LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Attorneys for Defendant
CARRIER CORPORATION

OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 MAR 16  A 11: 05

RECEIVED
CLERK'S OFFICE

IMAGED MAR 3 1 2009

1

2

CARRIER CORPORATION'S DISCLOSURE STATEMENT

LAimanage\623609.1