JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 31 2009

FILED
CLERK'S OFFICE

MDL 875

PLEADING NO. 5796

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION | § § | MDL DOCKET NO. 875<br>CTO-319 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FRANCIS BRUCE TRAVIS<br><br>   Plaintiff,<br>v.<br><br>3M, CO., et al.<br><br>   Defendants. | § § § § § § § § | CASE NO. 08-CV-11010 |

## PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Comes now Plaintiff Francis Bruce Travis and files this Motion to Vacate the Conditional Transfer Order.

This case was originally filed in state court in the New York City Asbestos Litigation ("NYCAL") docket, but was removed to the United States District Court for the Southern District of New York.

OFFICIAL FILE COPY    IMAGED APR 1 2009

Transfer of this case to MDL-875 does not serve the best interests of this case or of the litigation system because the case will not proceed quickly to trial. This case will proceed to resolution most quickly if allowed to remain before Judge Victor Marrero, to obtain a pre-trial schedule and trial date, and to be tried quickly before Mr. Travis dies.

Mr. Travis is dying of mesothelioma, an invariably fatal cancer caused by asbestos exposure. Permitting this case to remain before Judge Marrero would allow the possibility of reaching trial before Mr. Travis succumbs to his mesothelioma.

## CONCLUSION

WHEREFORE, plaintiff respectfully prays that the conditional transfer orders regarding this case be vacated.

DATED: March 30, 2009

By:

Respectfully submitted,

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block
Sharon J. Zinns
800 Third Ave, 13th Floor
New York, New York 10022
(212) 605-6200

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 31 2009

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

     AMANDA BEDFORD, being duly sworn deposes and states that she is an employee of Levy Phillips & Konigsberg, L.L.P., the attorneys for the plaintiffs herein, that she is over 18 years of age and is not a party to the within action, and that on the 30th day of March, 2009, she caused a copy of PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER, to be sent via regular mail to all counsel of record indicated on the attached service list by depositing a true copy of the same securely enclosed in a post-paid envelope in the Post Office regularly maintained by the United States Government in said County of New York directed to said attorneys.

_____
AMANDA BEDFORD

Sworn to before me this
30th day of March, 2009

_____
NOTARY PUBLIC

DOREEN M. COLE
Notary Public, State of New York
No. 01CO6041044
Qualified in Queens County
Commission Expires 5/11/10

{00146971.DOC}

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (EXCERPTED FROM CTO-319)

Francis Bruce Travis v. 3M Co., et al., S.D. New York, C.A. No. 1:08-11010
(Judge Victor Marrero)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Arthur D. Bromberg
WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Erik C. DiMarco
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
150 East 42nd Street, 22nd Floor
New York, NY 10017

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

**MDL No. 875 - Panel Service List (Excerpted From CTO-319) (Continued)**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
190 N. Independence Mall West
6th & Race Street
Suite 500
Philadelphia, PA 19106

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Julie Lynn Mer
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Richard P. O'Leary
MCCARTER & ENGLISH LLP
245 Park Avenue
27th Floor
New York, NY 10022

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center
19th Floor
Newark, NJ 07102

Nancy Loraine Pennie
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH LLP
757 Third Avenue
New York, NY 10017

Donald Richard Pugliese, Sr.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon J. Zinns
LEVY PHILLIPS & KONIGSBERG LLP
800 Third Ave.
13th Floor
New York, NY 10022