**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

## MDL No. 875 – In re: Asbestos Product Liability Litigation

*Mary T. Meredith, et al. v. Bondex Int'nl.,* C.D. California, C.A. No. 09-886

### NOTICE OF OPPOSITION TO CTO-320

I represent the plaintiffs in the above-captioned actiona that is included in the conditional transfer order dated March 25, 2009 (CTO-320). Plaintiffs hereby submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Sincerely,

Brian P. Barrow
SIMON, EDDINS & GREENSTONE LLP
301 East Ocean Boulevard, Suite 1950
Long Beach, California 90815
(562) 590-3400
bbarrow@seglaw.com

Attorneys for Plaintiffs

PLEADING NO. 5797

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 MAR 31 P 5: 13

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED APR 1  2009