JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

APR - 2 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MUTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§ | MDL DOCKET NO. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NORA AUSTIN, Individually and as )<br>Representative of the Estate of )<br>MELVIN D. AUSTIN, Deceased. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FOSTER WHEELER ENERGY )<br>CORPORATION, ET AL. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 09-15-FHS |

PLEADING NO. 5798

**PLAINTIFF'S NOTICE OF OPPOSITION TO THE
CONDITIONAL TRANSFER ORDER (CTO-320)**

COMES NOW Plaintiff, Nora Austin, in the above-styled action and pursuant to Rule 7.4 of the Panel Rules respectfully files her Notice of Opposition to the Conditional Transfer Order (CTO-320) dated March 25, 2009.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR -1 P 2:41

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED APR 3 2009

Dated this 1st day of April, 2009.

        Respectfully submitted,

JON ED BROWN
Oklahoma Bar No. 16186
BROWN & SAIN LAW FIRM
5 East Main
Idabel, Oklahoma 74745
(580) 208-2880 phone
(580) 208-2886 facsimile

KRISTEN J. PAULS
Oklahoma Bar No. 21774
NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333 phone
(903) 645-2172 facsimile

ATTORNEYS FOR NORA AUSTIN,
INDIVIDUALLY AND AS REPRESENTATIVE OF
THE ESTATE OF MELVIN D. AUSTIN,
DECEASED.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to all counsel of record, on this 1st day of April, 2009.

Kristen J. Pauls

