**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 3 2009

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

MDL NO. 875 – In Re: Asbestos Products Liability Litigation (No. VI)

*Frank J. Williams, Jr. v. Lockheed Martin Corp.*, E.D. La. No. 2009-00065

**MOTION TO VACATE CTO-319,
OR ALTERNATIVELY FOR FURTHER STAY OF CTO-319**

NOW INTO COURT, through undersigned counsel, comes plaintiff Frank J. Williams, Jr., who moves this Honorable Court to vacate CTO-319, or alternatively for further stay of CTO-319, insofar as it pertains to the above referenced tag along action for the reasons more fully stated in the attached Memorandum In Support of Motion To Vacate CTO-319, or Alternatively For Further Stay of CTO-319. Wherefore, plaintiff Frank J. Williams, Jr. prays that this Honorable Court grant his Motion to Vacate CTO-319, or Alternatively for Further Stay of CTO-319.

PLEADING NO. 5800

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2009 APR -3 A 9:51

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED APR 6 2009

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*[signature]*

**CALEB H. DIDRIKSEN, La. Bar No. 1334**
**RICHARD J. GARVEY, JR., La. Bar No. 20822**
**LOYD J. BOURGEOIS, JR., La. Bar No. 29771**
**AMANDA K. WINGFIELD, La. Bar No. 30800**
3114 Canal Street
New Orleans, LA 70119
Telephone: (504) 586-1600
Facsimile: (504) 822-3119
Email: caleb@didriksenlaw.com
         garvey@didriksenlaw.com
         loyd@didriksenlaw.com
         amanda@didriksenlaw.com
*Attorneys for Plaintiff, Frank J. Williams, Jr.*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2009 APR -3 A 9:51

RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 3 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

State of Louisiana

Parish of Orleans

Elizabeth M. Arregui, being duly sworn deposes and states that she is an employee of Didriksen Law Firm, the attorneys for plaintiff herein, that she is over 18 years of age and is not a party to the within action, and that on the __2nd__ day of April, 2009, she caused a copy of plaintiff's Motion to Vacate CTO-319, or Alternatively for Further Stay of CTO-319, and Memorandum In Support Thereof to be sent via regular mail to all counsel of record indicated on the attached service list by depositing a true copy of same securely enclosed in a post-paid envelope in a Post Office regularly maintained by the U.S.P.S. in New Orleans, Louisiana.

Elizabeth M. Arregui

Sworn to and Subscribed
Before Me, this the
__2__ day of April, 2009.

RICHARD J. GARVEY, JR.
NOTARY PUBLIC
STATE OF LOUISIANA, PARISH OF ORLEANS
LA. BAR NUMBER 20822
COMMISSION FOR LIFE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Page 1 of 2

MDL No. 875

## INVOLVED COUNSEL LIST (EXCERPTED FROM CTO-319)

Frank J. Williams, Jr. v. Lockheed Martin Corp., et al., E.D. Louisiana, C.A. No. 2:09-65
(Judge Ivan L. Lemelle)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Lloyd J. Bourgeois
DIDRIKSEN LAW FIRM
3114 Canal Street
New Orleans, LA 70119

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

R. Dean Church, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
1515 Poydras Street
Suite 1300
New Orleans, LA 70112

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Thomas L. Cougill
WILLINGHAM FULTZ & COUQILL LLP
808 Travis
Suite 1608
Houston, TX 77002

Leon Gary, Jr.
JONES WALKER
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN & STILES LLP
755 Magazine Street
New Orleans, LA 70130

Susan B. Kohn
SIMON PERAGINE SMITH & REDFEARN
LLP
Energy Centre
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000

## MDL No. 875 - Involved Counsel List (Excerpted From CTO-319) (Continued)

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Christopher K. Lightfoot
HAILEY MCNAMARA HALL LARMANN & PAPALE
One Galleria Boulevard
P.O. Box 8288
Suite 1400
Metairie, LA 70011-8288

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Olivia Smith Regard
JONES WALKER
500 Dover Boulevard
Lafayette, LA 70503

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Edward A. Rodrigue, Jr.
BOGGS LOEHN & RODRIGUE
3616 South I-10 Service Road West
Suite 109
Metairie, LA 70001

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jennifer D. Zajac
4512 Laudun Street
Metairie, LA 70006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 3 2009

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

**MDL NO. 875** – In Re: Asbestos Products Liability Litigation (No. VI)

*Frank J. Williams, Jr. v. Lockheed Martin Corp., E.D. La. No. 2009-00065*

---

### MEMORANDUM IN SUPPORT OF MOTION TO CANCEL OR STAY CTO-319

---

NOW INTO COURT, through undersigned counsel, comes plaintiff Frank J. Williams, Jr., who submits this Memorandum in Support of his Motion to Vacate CTO-319, or Alternatively for Further Stay of CTO-319, insofar as it pertains to the above referenced tag along action, and avers as follows:

1.

The instant action was originally filed in the Civil District Court for the Parish of Orleans, State of Louisiana.

2.

Defendant Lockheed Martin Corp. untimely and/or improperly removed and Plaintiff is currently seeking to have the case remanded to the state court from which it was wrongfully removed.

3.

The hearing on Plaintiff's Motion to Remand was conducted on the briefs on March 18, 2009.

4.

The matter is currently under advisement and Plaintiff anticipates a ruling on the Motion to Remand in the very near future.

5.

Once it is determined that the removal was untimely and/or improper, there is no federal jurisdiction in the matter and remand is mandatory. *Insigna v. LaBella*, 485 F.2d 249 (11th Cir. 1988).

6.

**WHEREFORE**, Frank J. Williams respectfully requests that this matter not be transferred to MDL 875 – In Re: Asbestos Products Liability Litigation (No. VI) and that CTO-319, with respect to the referenced action be vacated, or alternatively further stayed, pending ruling on Plaintiff's Motion to Remand by the District Court for the Eastern District of Louisiana.

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

*[signature]*

**CALEB H. DIDRIKSEN, La. Bar No. 1334**
**RICHARD J. GARVEY, JR., La. Bar No. 20822**
**LOYD J. BOURGEOIS, JR., La. Bar No. 29771**
**AMANDA K. WINGFIELD, La. Bar No. 30800**
3114 Canal Street
New Orleans, LA 70119
Telephone: (504) 586-1600
Facsimile: (504) 822-3119
Email: caleb@didriksenlaw.com
garvey@didriksenlaw.com
loyd@didriksenlaw.com
amanda@didriksenlaw.com
*Attorneys for Plaintiff, Frank J. Williams, Jr.*

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 APR -3  A 9: 52

RECEIVED
CLERK'S OFFICE

```
                                              JUDICIAL PANEL ON
                                           MULTIDISTRICT LITIGATION

                                                APR - 3 2009

                                                   FILED
                                               CLERK'S OFFICE
```

## CERTIFICATE OF SERVICE

State of Louisiana

Parish of Orleans

Elizabeth M. Arregui, being duly sworn deposes and states that she is an employee of Didriksen Law Firm, the attorneys for plaintiff herein, that she is over 18 years of age and is not a party to the within action, and that on the _2_ day of April, 2009, she caused a copy of plaintiff's Motion to Vacate CTO-319, or Alternatively for Further Stay of CTO-319, and Memorandum In Support Thereof to be sent via regular mail to all counsel of record indicated on the attached service list by depositing a true copy of same securely enclosed in a post-paid envelope in a Post Office regularly maintained by the U.S.P.S. in New Orleans, Louisiana.

*Elizabeth M Arregui*
Elizabeth M. Arregui

Sworn to and Subscribed
Before Me, this the
_2_ day of April, 2009.

_____

**RICHARD J. GARVEY, JR.**
NOTARY PUBLIC
STATE OF LOUISIANA, PARISH OF ORLEANS
LA. BAR NUMBER 20822
COMMISSION FOR LIFE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Page 1 of 2

MDL No. 875

## INVOLVED COUNSEL LIST (EXCERPTED FROM CTO-319)

Frank J. Williams, Jr. v. Lockheed Martin Corp., et al., E.D. Louisiana, C.A. No. 2:09-65
(Judge Ivan L. Lemelle)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Lloyd J. Bourgeois
DIDRIKSEN LAW FIRM
3114 Canal Street
New Orleans, LA 70119

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

R. Dean Church, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
1515 Poydras Street
Suite 1300
New Orleans, LA 70112

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Thomas L. Cougill
WILLINGHAM FULTZ & COUQILL LLP
808 Travis
Suite 1608
Houston, TX 77002

Leon Gary, Jr.
JONES WALKER
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN & STILES LLP
755 Magazine Street
New Orleans, LA 70130

Susan B. Kohn
SIMON PERAGINE SMITH & REDFEARN
LLP
Energy Centre
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000

**MDL No. 875 - Involved Counsel List (Excerpted From CTO-319) (Continued)**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Christopher K. Lightfoot
HAILEY MCNAMARA HALL LARMANN &
PAPALE
One Galleria Boulevard
P.O. Box 8288
Suite 1400
Metairie, LA 70011-8288

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Olivia Smith Regard
JONES WALKER
500 Dover Boulevard
Lafayette, LA 70503

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Edward A. Rodrigue, Jr.
BOGGS LOEHN & RODRIGUE
3616 South I-10 Service Road West
Suite 109
Metairie, LA 70001

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jennifer D. Zajac
4512 Laudun Street
Metairie, LA 70006