**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR – 7 2009

FILED
CLERK'S OFFICE

1  Richard A. Brody, Esq. (California SBN 100379)
   BRENT COON & ASSOCIATES
2  44 Montgomery Street, Suite 800
   San Francisco, CA 94104
3  Telephone: 415.489.7420
   Facsimile: 415.489.7426
4
   Attorneys for Plaintiffs
5
6
7
8
9
10        **BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**
11    **MDL 875 – IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**
12     **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-320)**
13  This document relates to:
14
    *Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al.*
15  Civil Action No. 3 09-902 MHP
    In the United States District Court, Northern District of
16  California;
17
    and
18
    *William H. Dawson, et al. v. CBS Corporation, et al.*
19  Civil Action No. 3 09-903 WHA
    In the United States District Court, Northern District of
20  California;
21
    and
22
    *Michael E. Jenkins v. Allied Packing & Supply, Inc., et al.*
23  Civil Action No. 3 09-101 DMS (LSP)
    In the United States District Court, Southern District of
24  California.
25
26
27  ///
28  ///

PLEADING NO. 5802

2009 APR -3 P 4: 08
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

1

**OFFICIAL FILE COPY**

IMAGED APR 7   2009

1

2   **TO THE HONORABLE EDUARDO C. ROBRENO:**

3       I represent plaintiffs Johnie D. Pelfrey, Jr.; William H. Dawson; and Michael E. Jenkins in

4   the above-captioned actions, which are included on this Court's Conditional Transfer Order (CTO-

5   320). Plaintiffs hereby respectfully submit this Opposition to the Conditional Transfer Order

6   (CTO-320). I understand that the motion and brief in support of plaintiffs' motion to vacate

7   conditional transfer order are due in fifteen (15) days.

8

9

10   DATED: April 3, 2009                          BRENT COON & ASSOCIATES

11

12                                                  By: _____

13                                                       RICHARD A. BRODY
                                                         Attorneys for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

on
# MULTIDISTRICT LITIGATION

**SCANNED**

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
J. Frederick Motz
United States District Court
District of Maryland

Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:      [202] 502-2888
http://www.jpml.uscourts.gov

March 25, 2009

TO INVOLVED COUNSEL

Re: MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

**RECEIVED**

BY: M.1

(See Attached CTO-320)

Dear Counsel:

    Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

    Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office BY FACSIMILE, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

# NOTICE OF OPPOSITION DUE ON OR BEFORE:   <u>April 9, 2009</u>  (12 p.m. EST)
(Facsimile transmission is suggested.)

    If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel <u>Rules</u> before filing your Notice of Opposition.

    A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
          Jakeia Mells
          Deputy Clerk

Attachments

JPML Form 39