UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 08, 2009**

FILED
CLERK'S OFFICE

### UNITED STATES JUDICIAL PANEL
on
### MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | |
|---|---|
| Joseph A. Matuska, et al. v. ABB, Inc., et al., ) | |
| D. New Jersey, C.A. No. 2:09-193 ) | MDL No. 875 |
| Gerald L. Hoffeditz, et al. v. AM General, LLC, et al., ) | |
| D. New Jersey, C.A. No. 2:09-257 ) | |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions (*Matuska* and *Hoffeditz*) on March 4, 2009.  Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Matuska* and *Hoffeditz* filed notices of opposition to the proposed transfer.  Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-319" filed on March 4, 2009, is LIFTED.  These actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James T. Giles.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel