**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 8 2009

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | §<br>§ | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

PLEADING NO. 5804

| | | |
|---|---|---|
| JERRY D. ANDERSON and GLENYS ANDERSON,<br><br>Plaintiffs,<br><br>VS.<br><br>HAMILTON MATERIALS, INC., et al<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | (State Court Case No. 080921382)<br><br>Case No. 2:09-CV-86<br><br>Judge Bruce S. Jenkins |

## NOTICE OF OPPOSITION TO TRANSFER

Come now plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-314) entered by the Panel on March 25, 2009.

Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer. Pursuant to Panel Rule 7.4(d), plaintiffs shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

NOTICE OF OPPOSITION TO TRANSFER

Page 1

OFFICIAL FILE COPY IMAGED APR 8 2009

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2009 APR -8 P 12: 31

RECEIVED CLERK'S OFFICE

DATED: April 8, 2009                    Respectfully submitted,

_____

CHARLES S. SIEGEL, TX Bar No. 18341875
CHARLES E. VALLES, TX Bar No. 00789696
SUSANNAH B. CHESTER, TX Bar No. 24056878
**WATERS & KRAUS, L.L.P.**
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: 214-357-6244
Facsimile: 214-357-7252

MARK F. JAMES (5295)
**HATCH, JAMES & DODGE, P.C.**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: 801-363-6363
Facsimile: 801-363-6666

ATTORNEYS FOR PLAINTIFFS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 8 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition to Transfer has

been served by facsimile and/or regular mail on all counsel of record (Schedule CTO-320 /

Docket No. 875, attached hereto), on this 8th day of April 2009.

_____
CHARLES S. SIEGEL

| ALL KNOWN COUNSEL OF RECORD | | FAX | PHONE |
|---|---|---|---|
| Bailey Drywall & Supply, Inc. | Johansen, Conrad H. | 801-365-1031 | 801-365-1030 |
| Bailey Drywall & Supply, Inc. | Wilder, Tracy A. | 801-365-1031 | 801-365-1030 |
| Elementis Chemicals, Inc. (f/k/a Harcros Chemical, Inc., sii to Harrisons & Crosfield (Pacific)) | Dunyon, Jill L. | 801-363-0400 | 801-322-9129 |
| Elementis Chemicals, Inc. (f/k/a Harcros Chemical, Inc., sii to Harrisons & Crosfield (Pacific)) | Kashani, Mahsa M. | 510-433-1836 | 510-433-1830 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Ball, John P. | 801-536-6111 | 801-532-1234 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Farrell, Nicole G. | 801-536-6111 | 801-532-1234 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Venti, Katherine | 801-536-6111 | 801-532-1234 |
| Hamilton Materials, Inc. | Morgan, Melinda A. | 801-532-5506 | 801-531-2000 |
| Kelly-Moore Paint Company, Inc. | Boyd, Scot A. | 801-355-3472 | 801-323-5000 |
| Kelly-Moore Paint Company, Inc. | Haslam, Geoffrey C. | 801-355-3472 | 801-323-5000 |
| Union Carbide Corporation | Birk, Mary Price | 303-861-7805 | 303-861-0600 |
| Union Carbide Corporation | Christensen, Patricia W. | 801-532-7750 | 801-532-7840 |
| Union Carbide Corporation | Hellbusch, Ronald L. | 303-861-7805 | 303-861-0600 |

| CC: | | FAX | PHONE |
|---|---|---|---|
| James, Mark | | 801-363-6666 | 801-363-6363 |

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
J. Frederick Motz
United States District Court
District of Maryland

Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

March 25, 2009

TO INVOLVED COUNSEL

Re: MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-320)



COPY

RECEIVED
MAR 3 0 2009
BY:

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office BY FACSIMILE, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** **April 9, 2009** **(12 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Jakeia Mells
Deputy Clerk

Attachments

JPML Form 39

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Mar 25, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                   MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-320)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,383 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 3

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                    MDL No. 875

## SCHEDULE CTO-320 – TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|

**CALIFORNIA CENTRAL**

| | | | |
|-------|------|--------|--------------|
| CAC | 2 | 09-886 | Mary T. Meredith, et al. v. Bondex International, Inc., et al. |

**CALIFORNIA NORTHERN**

| | | | |
|-------|------|--------|--------------|
| CAN | 3 | 09-364 | Carl McCurtis v. Foster Wheeler, LLC, et al. |
| CAN | 3 | 09-365 | Gerry Lee Stone v. General Electric Co., et al. |
| CAN | 3 | 09-902 | Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al. |
| CAN | 3 | 09-903 | William H. Dawson, et al. v. CBS Corp., et al. |

**CALIFORNIA SOUTHERN**

| | | | |
|-------|------|--------|--------------|
| CAS | 3 | 09-101 | Michael E. Jenkins v. Allied Packing & Supply, Inc., et al. |

**FLORIDA MIDDLE**

| | | | |
|-------|------|--------|--------------|
| FLM | 8 | 09-188 | John L. Estep, et al. v. Cleaver-Brooks, Inc., et al. |

**KENTUCKY WESTERN**

| | | | |
|-------|------|--------|--------------|
| KYW | 5 | 09-27 | Carl L. Wilson v. Illinois Central Railroad Co. |

**MINNESOTA**

| | | | |
|-------|------|--------|--------------|
| MN | 0 | 09-186 | Catherine R. Mingo v. Garlock Sealing Technologies, LLC, et al. |

**MISSISSIPPI SOUTHERN**

| | | | |
|-------|------|--------|--------------|
| MSS | 1 | 09-148 | E.L. Chancellor v. Anchor Packing Co., et al. |

**NORTH CAROLINA EASTERN**

| | | | |
|-------|------|--------|--------------|
| NCE | 4 | 09-13 | Joseph Wayne Odom, et al. v. Aqua-Chem, Inc., et al. |
| NCE | 5 | 08-528 | Walter Butts, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCE | 5 | 08-589 | Jefferson D. McMahan, III, et al. v. Anchor Packing Co., et al. |
| NCE | 5 | 09-10 | Newton H. Burgess, Jr., et al. v. Anchor Packing Co., et al. |
| NCE | 5 | 09-30 | Pearl W. Grady v. Aqua-Chem, Inc., et al. |
| NCE | 7 | 08-175 | Cecil L. Reese, et al. v. Aqua-Chem, Inc., et al. |
| NCE | 7 | 08-187 | Janice Russ Ludwig, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 08-188 | Roy P. Hinson, Jr., et al. v. Aqua-Chem, Inc., et al. |

Page 2 of 3

**MDL No. 875 - Schedule CTO-320 Tag-Along Actions (Continued)**

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 09-47 | James Mitchell Culp, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-49 | John Michael Hall, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-50 | Steven Joseph Keller v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-51 | Michael Wayne Kelly, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-57 | Garland Vance Lail v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-58 | Tony Ervin Mashburn, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-59 | Timothy Wayne Patterson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-62 | Frank James Reeder v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-64 | Anthony Ray Stone v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-65 | William Kenneth Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-66 | Robert Walter Sutton, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-75 | Raymond Wayne Rider, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-76 | Richard Norman Early, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-77 | Douglas Eugene Faulkner, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-81 | Robert Lee Bivens, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-84 | Thomas Edward Lee, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-85 | Douglas Blanford Henderson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-86 | Ismael H. Juarez, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-87 | Joel Leon Maners, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-88 | Michael Ray Henline, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-89 | James Howard Byers, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-91 | James V. Rhyne, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-94 | Leroy Albert Birmingham, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-95 | Randy Blair Gantt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-96 | Stephen County Huffstickler v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-97 | Dearl Donald Lemons, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-98 | John Clegg Robinson v. Aqua-Chem, Inc., et al. |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 09-600 | Susan Turner, etc. v. A.W. Chesterton Co., et al. |

OKLAHOMA EASTERN

| | | | |
|---|---|---|---|
| OKE | 6 | 09-15 | Nora Austin, et al. v. A.W. Chesterton Co., Inc., et al. |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 09-125 | William Seigfried, et al. v. Allegheny Ludlum Corp., et al. |

RHODE ISLAND

| | | | |
|---|---|---|---|
| RI | 1 | 09-2 | John F. Flynn v. Buffalo Pumps, Inc., et al. |

**MDL No. 875 - Schedule CTO-320 Tag-Along Actions (Continued)**

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 0 | 09-289 | Kyle Frank Howell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-340 | Freddie William Sims, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-599 | Patricia W. Bailey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-611 | Ralph Leon Lockridge, et al. v. Aqua-Chem, Inc., et al. |
| SC | 3 | 09-365 | Anthony Rhett Gerrald, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-341 | Stephen Eugene Charles, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-344 | Edwin Buford Alewine, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-468 | Michael Alda Pruitt, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-582 | Scott Malcolm Thomas, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-584 | James Talmadge Saylors, Jr. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-585 | Joel Stanley Pace v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-588 | Verlin Ray Owen, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-590 | Gene Davis Glass, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-597 | Alfred G. Wood, III, et al. v. Aqua-Chem, Inc., et al. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 08-17 | Reggy Taylor, et al. v. Lucent Technologies, Inc., et al. |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 | 09-86 | Jerry D. Anderson, et al. v. Hamilton Materials Inc., et al. |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 09-9486 | Robert H. Bromley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9487 | Hayward L. Cox v. American Standard, Inc., et al. |
| VAE | 2 | 09-9488 | Charles L. Petty, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9489 | Allan Rauch v. American Standard, Inc., et al. |
| VAE | 2 | 09-9490 | Ted L. Rush v. American Standard, Inc., et al. |
| VAE | 2 | 09-9491 | John A. Sargent v. American Standard, Inc., et al. |
| VAE | 2 | 09-9492 | Vance A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 09-9493 | Isabel Vasquez v. American Standard, Inc., et al. |
| VAE | 2 | 09-9494 | Charles R. Ward v. American Standard, Inc., et al. |
| VAE | 2 | 09-9495 | Marvin M. Ward v. American Standard, Inc., et al. |
| VAE | 2 | 09-9496 | Alex Watson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9497 | Raymond R. Weishaar v. American Standard, Inc., et al. |
| VAE | 2 | 09-9498 | Floyd Welch v. American Standard, Inc., et al. |
| VAE | 2 | 09-9499 | Larry E. Worley v. American Standard, Inc., et al. |

RULE 7.4:        CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG ACTIONS"

(a)        Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)        Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)        Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)        Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)        Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)        Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:        MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)        Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)        Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)        Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)        A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)        Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

## RULE 5.2:    SERVICE OF PAPERS FILED

(a)    All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)    The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)    Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)    In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)    If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-320)

Stephen Adams
TAYLOR DUANE BARTON &
GILMAN LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

Linda G. Alexander
NIEMEYER ALEXANDER
AUSTIN & PHILLIPS PC
300 North Walker Aveue
Oklahoma City, OK 73102

Adam G. Anderson
MARKS O'NEILL O'BRIEN &
COURTNEY PC
3200 Gulf Tower
707 Grant Street
Suite 2600
Pittsburgh, PA 15219

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

J. Randy Baker
HILTGEN & BREWER
9400 N. Broadway Ext.
Suite 800
Oklahoma City, OK 73114-7401

John P. Ball, Jr.
PARSONS BEHLE &
LATIMER
201 South Main Street
Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

Julie R. Beaton
KUTAK ROCK LLP
18201 Von Karman Avenue
Suite 1100
Irvine, CA 92612-1077

Joshua H. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Jeannine L. Bertig
GROGAN GRAFFAM PC
Four Gateway Center
12th Floor
Pittsburgh, PA 15222

Alexander P. Bicket
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Mary P. Birk
BAKER & HOSTETLER LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Richard E. Bliss
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Timothy W. Bouch
LEATH BOUCH CRAWFORD
& VON KELLER
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Benjamin J. Braly
SIMON EDDINS &
GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75204

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Richard A. Brody
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Edward Kenneth Brooks
PATTERSON DILTHEY LLP
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Jon Ed Brown
BROWN & SAIN
5 East Main
Idabel, OK 74745

Kimberly A. Brown
THORP REED &
ARMSTRONG LLP
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA 15219-1425

Barbara J. Buba
WILBRAHAM LAWLER &
BUBA
Two Gateway Center
17 North
603 Stanwix Street
Pittsburgh, PA 15222

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Lisa N. Busch
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

## MDL No. 875 - Involved Counsel List (CTO-320) (Continued)

James B. Buxton
BUXTON CARSON PLLC
3535 NW 58th Street
Suite 950
Oklahoma City, OK 73112

Catherine L. Campbell
PHILLIPS MURRAH PC
101 N. Robinson
13th Floor
Oklahoma City, OK 73102

Brita H. Cantrell
ELDRIDGE COOPER
STEICHEN & LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566

Nairi Chakalian
HAIGHT BROWN &
BONESTEEL
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

Macy M. Chan
HAWKINS PARNELL &
THACKSON LLP
444 South Flower Street
Los Angeles, CA 90071

Margaret M. Chaplinsky
KALINOSKI & CHAPLINSKY
100 Court Avenue
Suite 205
Des Moines, IA 50309-2200

David P. Chervenick
GOLDBERG PERSKY
JENNINGS & WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

Patricia W. Christensen
PARR BROWN GEE &
LOVELESS
185 South State Street
13th Floor
P.O. Box 11019
Salt Lake City, UT 84147

Timothy Clark
LAW OFFICES OF TIMOTHY
CLARK PA
888 E Las Olas Boulevard
Suite 700
Ft. Lauderdale, FL 33301

Misty Brickey Cole
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
2001 Bryan Street
Suite 1300
Bryan Tower
Dallas, TX 75201-3008

Alice W. Coleman
BRENT COON &
ASSOCIATES
188 East Capitol Street
Suite 1375
Jackson, MS 39201

Norman A. Coliane
600 Grant Street
Room 1880
Pittsburgh, PA 15219-4776

Keith E. Coltrain
ELMORE & WALL PA
1001 Wade Avenue
Suite 423
P.O. Box 10937
Raleigh, NC 27605

Kathy K. Condo
REED SMITH LLP
Mellon Square
435 Sixth Avenue
Pittsburgh, PA 15219

William David Conner
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Eric R.I. Cottle
K&L GATES LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Leo Gerard Daly
GROGAN GRAFFAM PC
Four Gateway Center
12th Floor
444 Liberty Avenue
Pittsburgh, PA 15222

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

Richard N. Dodson
DODSON & DODSON LLP
2005 Moores Lane
P.O. Box 1877
Texarkana, TX 75503

William J. Donovan
BURNS WHITE & HICKTON
LLC
Four Northsore Center
106 Isabella Street
Pittsburgh, PA 15212

Rocky W. Eaton
AULTMAN TYNER RUFFIN &
SWETMAN LTD
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Guillermo Escobedo
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101-3541

Lenore L. Espinosa
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
500 Dallas Street
Suite 3000
Houston, TX 77002

## MDL No. 875 - Involved Counsel List (CTO-320) (Continued)

Eric K. Falk
DAVIES MCFARLAND &
CARROLL
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Brett W. Farrar
DICKIE MCCAMEY &
CHILCOTE
Two PPG Place
Ste. 400
Pittsburgh, PA 15222-5402

Farrah L. Fielder
LEDBETTER COGBILL
ARNOLD & HARRISON LLP
P.O. Box 185
Fort Smith, AR 72902-0185

Mark E. Fields
STEIDLEY & NEAL
100 E Carl Albert Parkway
P.O. Box 1165
McAlester, OK 74502

Gregory L. Fitzpatrick
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Mark D. Folger
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Dan S. Folluo
RHODES HIERONYMUS
JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, OK 74121

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Christian H. Gannon
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
830 Third Avenue
Suite 400
New York, NY 10022

Katherine Paige Gardiner
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105

John A. Gardner, III
HEDRICK GARDNER
KINCHELOE & GAROFALO
LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

William David Geiger
DAVIES MCFARLAND &
CARROLL
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Virginia M. Giokaris
RASMUSSEN WILLIS
DICKEY & MOORE LLC
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

Kayce L. Gisinger
ABOWITZ TIMBERLAKE &
DAHNKE PC
105 North Hudson
10th Floor, Hightower Building
P.O. Box 1937
Oklahoma City, OK 73101

David M. Glaspy
GLASPY & GLASPY
One Walnut Creek Center
Suite 750
100 Pringle Avenue
Walnut Creek, CA 94596-8104

Andy J. Goetz
PRINDLE DECKER & AMARO
310 Golden Shore
4th Floor
P.O Box 22711
Long Beach, CA 90801-5511

Alan Scott Goldberg
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Cy Goldberg
GOLDBERG MILLER &
RUBIN PC
121 S. Broad Street
Suite 1500
Philadelphia, PA 19107

Michael D. Goss
SECREST HILL & BUTLER
7134 S. Yale Avenue
Suite 900
Tulsa, OK 74136

Bruce A. Griggs
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
301 Congress Avenue
Suite 1150
Austin, TX 78701

Miller Grumley
BRADLEY & FREED PSC
P.O. Box 1655
1634 Broadway
Paducah, KY 42002-1655

Allen K. Gruner
300 West Liberty Street
Suite 3
Louisville, KY 40202

Alex K. Haley
P.O. Box 575
Broken Bow, OK 74728

MDL No. 875 - Involved Counsel List (CTO-320) (Continued)

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510-2212

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Anne D. Harman
BAILEY RILEY BUCH &
HARMAN
900 Riley Building
P.O. Box 631
Wheeling, WV 26003

Geoffrey C. Haslam
CHRISTENSEN & JENSEN
15 W South Temple
Suite 800
Salt Lake City, UT 84101

Robert W. Hastings
DICKIE MCCAMEY &
CHILCOTE PC
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Scott M. Hendler
HENDLER LAW FIRM
816 Congress Avenue
Suite 1670
Austin, TX 78701

Cary E. Hiltgen
HILTGEN & BREWER
9400 N. Broadway Ext.
Suite 800
Oklahoma City, OK 73114-7401

Stephanie A. Hingle
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329

Ethan A. Horn
SIMON EDDINS &
GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Eric L. Horne
ECKERT SEAMANS CHERIN
& MELLOTT LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Daniel W S Ip
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Mark F. James
HATCH JAMES & DODGE
10 West Broadway
Suite 400
Salt Lake City, UT 84101

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Charles W. Jenkins
POOL & SHAFFERY LLP
445 South Figueroa Street
Suite 2520
Los Angeles, CA 90071

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Michael A. Karaffa
MARSHALL DENNEHEY
WARNER COLEMAN &
GOGGIN
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

John P. Katerndahl
HASSARD BONNINGTON
LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Miles A. Kirshner
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

MDL No. 875 - Involved Counsel List (CTO-320) (Continued)

Andrew W. Knuth
MARON PIERCE LLC
100 West Station Square Drive
Landmarks Building
Suite 250
Pittsburgh, PA 15219

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Daniel E. Krauth
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Tanya M. Lawson
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308

Teresa Fizardi Lazzaroni
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard Eric Leff
MCGIVNEY & KLUGER PC
80 Broad Street
23rd Floor
New York, NY 10004

Robert D. Leidigh
GROGAN GRAFFAM PC
Four Gateway Center
12th Floor
444 Liberty Avenue
Pittsburgh, PA 15222

F. Barham Lewis
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
500 Dallas Street
Suite 3000
Houston, TX 77002

Carrie Lin
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

Michael Magee
PIETRAGALLO GORDON
ALFANO ET AL
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Joni M. Mangino
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

Hunter A. McGeary, Jr.
MCGEARY LAW OFFICES
508 Walnut Road
Pittsburg, PA 15202

Brien F. McMahon
PERKINS COIE
South Tower
1620 26th Street, 6th Floor
Santa Monica, CA 90404-4013

Sibyl S. McNulty
RILEY HEWITT & SWEITZER
650 Washington Road, Suite 300
Pittsburgh, PA 15228

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

## MDL No. 875 - Involved Counsel List (CTO-320) (Continued)

Robert O. Meriwether
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

Gregory David Meronek
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

Amee A. Mikacich
FILICE BROWN EASSA &
MCLEOD LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 1800
Oakland, CA 94612-3520

Edward A. Miller
MARSHALL DENNEHEY
WARNER COLEMAN &
GOGGIN
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Stephen R. Mlinac
SWARTZ CAMPBELL LLC
4750 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St., Suite 300
Portsmouth, VA 23705

Melinda A. Morgan
RICHARDS BRANDT MILLER
& NELSON
299 S. Main Street, 15th Floor
P.O. Box 2465
Salt Lake City, UT 84110

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Gregory A. Mueggenborg
PERRINE MCGIVERN
REDEMANN ET AL
P.O. Box 1710
Tulsa, OK 74101-1710

Bryan S. Neft
PIETRAGALLO GORDON
ALFANO ET AL
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Farah Sohaili Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 S Flower Street
8th Floor
Los Angeles, CA 90071-2901

Heather L. Nicoletti
WALSWORTH FRANKLIN
BEVINS & MCCALL LLP
One City Boulevard, West
Fifth Floor
Orange, CA 92868-3677

Jonathan P. Norrie
BASSFORD REMELE PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3707

Philip J. O'Rourke
MCGIVNEY & KLUGER PC
80 Broad Street
23rd Floor
New York, NY 10004

Daniel F. O'Shea
O'SHEA & REYES LLC
1601 North Flamingo Road
Suite 4
Pembroke Pines, FL 33028

Edmund L. Olszewski, Jr.
DICKIE MCCAMEY &
CHILCOTE PC
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Joseph L. Orszulak, II
MARKS O'NEILL O'BRIEN &
COURTNEY PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Deborah Maria Parker
KNOTT & GLAZIER
601 S. Figueroa Street
Suite 4200
Los Angeles, CA 90017

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Kristen J. Pauls
NIX PATTERSON & ROACH
LLP
205 Linda Drive
Dangerfield, TX 75638

Timothy Peck
SMITH MOORE
LEATHERWOOD LLP
300 N. Greene Street
Suite 1400
P.O. Box 21927
Greensboro, NC 27429-1927

John F. Peiserich
PERKINS & TROTTER
P.O. Box 251618
Little Rock, AR 72225-1618

Martha J. Phillips
ATKINSON HASKINS ET AL
525 S. Main Street
Suite 1500
Tulsa, OK 74103-4524

MDL No. 875 - Involved Counsel List (CTO-320) (Continued)

Michael S. Polk
SIEBEN POLK LAW FIRM
1640 South Frontage Road
Suite 200
Hastings, MN 55033

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Giovanni Regina
WATERS MCPHERSON
MCNEILL PC
300 Lighting Way
7th Floor
Secaucus, NJ 07096

John J. Repcheck
MARKS O'NEILL O'BRIEN &
COURTNEY PC
Gulf Tower
707 Grant Street
Suite 2600
Pittsburgh, PA 15219

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Harry Tracy Richardson, III
STRONG PIPKIN BISSELL &
LEDYARD LLP
595 Orleans
Suite 1400
Beaumont, TX 77701-3255

Ronald N. Ricketts
GABLE & GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

Robert M. Rolfe
HUNTON & WILLIAMS LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

Alba A. Romano
RILEY HEWITT & SWEITZER
650 Washington Road
Suite 300
Pittsburgh, PA 15228

Henry D. Rome
HOWARD ROME MARTIN &
RIDLEY LLP
1775 Woodside Road
Suite 200
Redwood, CA 94061

David J. Rosenberg
WEBER GALLAGHER
SIMPSON STAPLETON FIRES
NEWBY LLP
603 Stanwix Street
Suite 1450, 14th Floor
Pittsburgh, PA 15222

G. David Ross
LYTLE SOULE & CURLEE
119 North Robinson Avenue
Suite 1200
Oklahoma City, OK 73102

Joseph R. Schaper
MARON PIERCE LLC
100 West Station Square Drive
Landmarks Building
Suite 250
Pittsburgh, PA 15219

Richard A. Shallcross
RICHARD A SHALLCROSS &
ASSOCIATES
1645 S. Cheyenne Avenue
Tulsa, OK 74119

Emily K. Shields
MORGAN LEWIS & BOCKIUS
1000 Louisiana
Suite 4200
Houston, TX 77002

Concetta A. Silvaggio
WILLMAN & ARNOLD
705 McKnight Park Drive
Pittsburgh, PA 15237

Stewart R. Singer
SALMON RICCHEZZA
SINGER & TURCHI
1700 Market Street
Suite 3110
Philadelphia, PA 19103

Jeanne Welch Sopher
RAWLE & HENDERSON
535 Smithfield Street
Suite 1000
Pittsburg, PA 15222

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
2 Liberty
50 South 16th Street
Suite 1900
Philadelphia, PA 19102

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Dee Dee Stephens
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Adam J. Strange
JONES GOTCHER & BOGAN
15 East 5th Street
Suite 3800
Tulsa, OK 74103

**MDL No. 875 - Involved Counsel List (CTO-320) (Continued)**

Albert L. Tait, Jr.
FENTON FENTON SMITH
RENEAU & MOON
One Leadership Square
211 North Robinson
Suite 800 North
Oklahoma City, OK 73102

Chad C. Taylor
PRAY WALKER PC
100 W. Fifth Street
Suite 900
Tulsa, OK 74103

J. Derrick Teague
JENNINGS COOK & TEAGUE
204 North Robinson Avenue
Suite 1000
Oklahoma City, OK 73102

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Thomas E. Vaughn
VAUGHN BOWDEN &
WOOTEN PA
1617 25th Avenue
P.O. Drawer 240
Gulfport, MS 39502-0240

Nicholas P. Vari
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA 15222-2312

Joshua D. Verdi
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Paul K. Vey
PIETRAGALLO GORDON
ALFANO ET AL
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Michael E. Waller
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
One Newark Center
Newark, NJ 07102

Adam J. Warholla
DICKIE MCCAMEY &
CHILCOTE
Two Ppg Place, Ste. 400
Pittsburgh, PA 15222-5402

Kirk G. Warner
SMITH ANDERSON BLOUNT
DORSETT ET AL
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

James R. Webb
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7101

C. Scott Wells
HAWKINS PARNELL &
THACKSTON LLP
4514 Cole Avenue, Suite 550
Dallas, TX 75205

Melanie L. White
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Yakov Paul Wiegmann
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Edward J. Wilbraham
WILBRAHAM LAWLER &
BUBA
603 Stanwix Street
Two Gateway Center, 17th North
Pittsburgh, PA 15222

Anne L. Wilcox
KELLEY JASONS MCGOWAN
SPINELLI & HANNA
429 Forbes Avenue
Allegheny Building, Suite 1202
Pittsburgh, PA 15219

Don Willenburg
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111

Stephen B. Williamson
KATTEN MUCHIN
ROSENMAN LLP
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

MDL No. 875 - Involved Counsel List (CTO-320) (Continued)


Jeffrey Lee Wilson
BARKLEY LAW FIRM
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103-4063

Matthew R. Wimer
WIMER LAW OFFICES PC
655 Allegheny Avenue
Oakmont, PA 15139

Todd S. Winegar
P.O. Box 353
Salt Lake City, UT 84110-0353

Dennis F. Wolford
REED LUCE TOSH WOLFORD & DOUGLAS
804 Turnpike Street
Beaver, PA 15009

John R. Woodard, III
FELDMAN FRANDEN WOODARD & FARRIS
2 West Second Street
Suite 900
Tulsa, OK 74103-3101

George D. Yaron
YARON & ASSOCIATES
601 California Street
21st Floor
San Francisco, CA 94108

Christopher T. Yoskosky
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

C. James Zeszutek
DINSMORE & SHOHL LLP
One Oxford Centre, Suite 2900
301 Grant Street
Pittsburgh, PA 15219