# Szaferman Lakind
### Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200, Lawrenceville, New Jersey 08648
Tel: 609.275.0400   Fax: 609.275.4511   www.szaferman.com

**MDL 875**

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Brian G. Paul+
Craig J. Hubert ++ +++
Michael R. Paglione*
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer****

Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Of Counsel

Brian J. Duff
Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*****
Lindsey D. Moskowitz**
Anthony M. Anastasio*
Mark A. Fisher

Paul T. Koenig, Jr.
Counsel

+Certified by the Supreme Court of New Jersey as a Matrimonial Attorney
++Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+++Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
****NJ, NY, PA & FL Bars
*****NJ, PA, MD & DC Bars

April 8, 2009

**VIA FACSIMILE (202) 502-2888**

Jeffrey N. Luthi, Clerk of the Panel
United States Judicial Panel on
Multidistrict Litigation
One Columbus Circle, N1E
Thurgood Marshall Federal Judiciary Building
Room G 255, North Lobby
Washington, DC 20002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 8 2009

FILED
CLERK'S OFFICE

Re:   MDL No. 875 - In RE: Asbestos Product Liability Litigation
      (No. VI)

      Joseph A. Matuska, et al. v. ABB, Inc., et al. D.N.J., C.A.
      No. 2:09-193 (Judge William J. Martini)

      Gerald L. Hoffeditz, et al. v. AM General, LLC., et al.
      D.N.J., C.A. No. 2:09-257 (Judge William J. Martini).

Dear Mr. Luthi:

We represent the Plaintiffs in connection with the above-captioned cases and write to request that the Order recently entered lifting the stay be vacated immediately.

On March 24, 2009, the JPML granted Plaintiffs' request for an extension of time to file their motions, with supporting briefs, to vacate the CTO in these two cases. The JPML granted Plaintiffs' request and extended the time for Plaintiffs to file their motion and briefs to April 9, 2009. Attached for your convenience is a copy of the JPML's grant of the Plaintiff's extension request.

As I write this, the motions and briefs are being copied and I expect they will be timely sent for filing this very day. Under these circumstances, there is no basis or the Order Lifting Stay,

PLEADING NO. 5805

511586.1

IMAGED APR 1 0 2009          **OFFICIAL FILE COPY**

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

> Jeffrey N. Luthi, Clerk of the Panel
> United States Judicial Panel on
> Multidistrict Litigation
> April 8, 2009
>
> Page Two

and Plaintiffs respectfully request that it be vacated immediately.

> Respectfully submitted,
>
> SZAFERMAN, LAKIND,
> BLUMSTEIN & BLADER, P.C.
>
> Robert E. Lytle

REL/jwk
Encl.

c: Panel Service List
   All Counsel of Record - via regular mail
   (See attached Service Lists)

511586.1

APR. 8. 2009 3:02PM   SZAFERMAN LAKIND                                    NO. 4197   P. 4
Case MDL No. 875   Document 5805   Filed 04/08/09   Page 3 of 9

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 8 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (EXCERPTED FROM CTO-319)

Joseph A. Matuska, et al. v. ABB, Inc., et al., D. New Jersey, C.A. No. 2:09-193
   (Judge William J. Martini)
Gerald L. Hoffeditz, et al. v. AM General, LLC, et al., D. New Jersey, C.A. No. 2:09-257
   (Judge William J. Martini)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Gerard Cedrone
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
1300 Route 73
Suite 307
MT. Laurel, NJ 08054

Mary S. Cook
WILBRAHAM LAWLER & BUBA
24 Kings Highway West
Haddonfield, NJ 08033

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Alan Ira Dunst
HOAGLAND LONGO MORAN DUNST &
DOUKAS
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

James J. Gross
DLA PIPER US LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103-7300

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Christopher J. Keale
SEDGWICK DETERT MORAN & ARNOLD
LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

MDL No. 875 - Panel Service List (Excerpted From CTO-319) (Continued)

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Robert E. Lytle
SZAFERMAN LAKIND BLUMSTEIN &
BLADER PC
QuakerBridge Executive Center
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Gerald L. Hoffeditz and Judith L. Hoffeditz

v.

AM General, LLC, et al

Docket No: MID-L-9319-08AS

COUNSEL MAILING LIST

LAST UPDATED: April 6, 2009
Attorney: REL

Joseph Kernen, Esq.
James J. Gross, Esq.
DLA Piper LLP
2 Tower Center Boulevard
Suite 1600
East Brunswick, NJ 08816-1100
Ph: 215-656-2416
Fax: 215-656-3301
james.gross@dlapiper.com
*Attorneys for AM General, LLC*

Michelle S. Hydrusko, Esq.
Joseph P. LaSala, Esq.
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
1300 Mount Kemble Ave.
Morristown, NJ 07962-8100
973-993-8100
973-425-0161- fax
mhydrusko@mdmc-law.com
*Counsel for Arvin-Meritor, Inc.*

Nora J. Grimbergen, Esq.
Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran,
  Dunst & Doukas, LLP
40 Paterson St., P.O. Box 480
New Brunswick, NJ 08903
Ph: 732-545-4717
Fax: 732-545-4579
hoagland-asbestos@hoaglandlongo.com
*Attorneys for Borg Warner Morse TEC, f/k/a Borg Warner; National Gasket*

Nicea J. D'Annunzio, Esq.
Hardin, Kundla, McKeon &
  Poletto
673 Morris Ave., P.O. Box 730
Springfield, NJ 07081-0730
Ph: 973-912-5222
Fax: 973-912-9212
ndannunzio@hkmpp.com
*Attorneys for Chrysler, LLC, a Delaware LLC*

Mary S. Cook, Esq.
Wilbraham, Lawler & Buba
24 Kings Highway West
Haddonfield, NJ 08033-2122
Ph: 856-795-4422
Fax: 856-795-4699
mcook@wlbdeflaw.com
*Attorneys for Cummins, Inc.*

Steven A. Weiner, Esq.
O'Toole Fernandez Weiner Van
Lieu, LLC
60 Pompton Avenue, 2nd Floor
Verona, NJ 07044
Ph: 973-239-5700
Fax: 973-239-3400
mfeola@ofwvlaw.com (Paralegal)
*Attorneys for Dana Corp., individually and as successor to Victor Gaskets*

10202.1

Edward T. Finch, Esq.
Lavin, O'Neil, Ricci, Cedrone
  & Disipio
1300 Route 73, Suite 307
Mount Laurel, NJ 08054
Ph: 856-778-5544
Fax: 856-793-0237
efinch@lavin-law.com
*Attorneys for Detroit Diesel Corporation; Ford Motor Company; General Motors Corporation, d/b/a Delco Products*

Ethan D. Stein, Esq.
Gibbons, PC
One Penn Plaza, 37th floor
New York, New York 10119-3701
Ph: 212-613-2041
Fax: 212-554-9677
estein@gibbonslaw.com
*Attorneys for Honeywell International, Inc. as successor to the Bendix Corporation*

Susan B. Fellman, Esq.
Breuninger & Fellman
1829 Front St.
Scotch Plains, NJ 07076
Ph: 908-490-9900
Fax: 908-490-9950
sfellman@comcast.net
*Attorneys for National Automotive Parts Association (NAPA), a/k/a Genuine Parts Company*

Mark Debrowski, Esq.
Smith Abbot, LLP
48 Wall Street, Suite 1100
New York, NY 10005
Ph: 212-981-4501
Fax: 212-981-4502
mdebrowski@smithabbot.com
*Attorneys for Pneumo-Abex, LLC, as successor-in-interest to Abex Corporation f/k/a American Brake Shoe Company*

Brian R. Ade, Esq.
Rivkin Radler, LLP
21 Main Street, Suite 158
Court Plaza South - West Wing
Hackensack, New Jersey 07601
Ph: 201-287-2460
Fax: 201-489-0495
brian.ade@rivkin.com
*Attorneys for Setco Automotive, N.A., Inc., a/k/a Setco Lipe Clutch*

Richard P. O'Leary, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
Ph: 973-622-4444
Fax: 973-624-7070
roleary@mccarter.com
*Attorneys for Standard Motor Products, Inc. a/k/a EIS Brake Parts*

Marc Z. Edell, Esq.
Picillo Caruso, Pope, Edell, Picini
60 Route 46 East
Fairfield, New Jersey 07004
medell@carusopope.com
Ph: 973-667-6000
Fax: 973-667-1200
*Attorneys for Union Carbide Corporation*

10202.1

Joseph A. Matuska and Gail Matuska, et al.
v.
ABB, Inc., et al
Docket No: MID-L-8383-08AS

COUNSEL MAILING LIST

LAST UPDATED: 1.22.09                               Attorney: REL

William O'Brien, Esq.
Delaney and O'Brien
The Bourse
111 South Independence Mall East,
Suite 1002
Philadelphia, PA 19106
215-254-7107
215-254-7106- fax
wjo@dolaw.com
*Attorney for ABB, Inc.*

Michael V. Gilberti, Esq.
Epstein & Gilberti, LLC
21 East Front St., Suite 210
Red Bank, New Jersey 07701
Ph: 732-212-0400
Fax: 732-212-8408
gilberti@eg-law.com
*Attorneys for Crane Co. and Crane Pumps Systems, Inc.*

Mary S. Cook, Esq.
Wilbraham, Lawler & Buba
24 Kings Highway West
Haddonfield, NJ 08033-2122
Ph: 856-795-4422
Fax: 856-795-4699
mcook@wlbdeflaw.com
**Attorneys for Buffalo Pumps, Inc. and Maremont Corporation**

Michael A. Moroney, Esq.
Weber Gallagher Simpson
Stapleton Fires & Newby, LLP
33 Washington St., 10th Floor
Newark, NJ 07102
973-242-1364
973-242-1945- fax
mmoroney@wglaw.com
*Attorney for Electrolux Home Products Inc.*

Charles F. Forer, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th St., 22nd floor
Philadelphia, PA 19102
Ph: 215-851-8400
Fax: 215-851-8383
cforer@eckertseamans.com
*Attorneys for CBS Corp, f/k/a Viacom, Inc., f/k/a Westinghouse Electric Corporation*

Christopher J. Keale, Esq.
Sedgwick Detert, Moran & Arnold, LLP
3 Gateway Center, 12th Floor
Newark, New Jersey 07102
Ph: 973-242-0002
Fax: 973-242-8099
Christopher.keale@sdma.com
*Attorneys for Foster Wheeler Energy Corporation*

Susan Karlovich, Esquire
Wilson, Elser, Moskowitz,
 Edelman & Dickler, LLP
33 Washington Street
Newark, New Jersey 07102
Ph: 973-624-0800
Fax: 973-624-0808
susan.karlovich@wilsonelser.com
*Counsel for Control Components Inc.*

Lisa P. Wildstein, Esq.
Segal, McCambridge, Singer & Mahoney
103 Carnegie Center, Suite 103
Princeton, New Jersey 08540
Ph: 609-452-1558
Fax: 609-452-1559
lwildstein@smsm.com
*Attorneys Garlock Sealing Technologies, LLC*

9899.1

Joanne Hawkins, Esq.
Speziali, Greenwald & Hawkins
1081 Winslow Rd., Box 1086
Williamstown, NJ 08094
Ph: 856-728-3600
Fax: 856-728-3996
dspeziali@comcast.net
*Counsel for General Electric Co.*

Ethan D. Stein, Esq.
Gibbons, PC
One Penn Plaza, 37th floor
New York, New York 10119-3701
Ph: 212-613-2041
Fax: 212-554-9677
dspeziali@comcast.net
*Attorneys for Honeywell International, Inc. as successor to the Bendix Corporation*

Benjamin S. Bucca, Jr., Esq.
Bucca & Campisano
90 Livingston Ave.
New Brunswick, New Jersey 08901
buccacampisano@verizon.net
Ph: 732-247-0009
Fax: 732-247-9727
*Attorneys for IMO Industries, Inc.*

Nicea D'Annunzio, Esq.
Hardin, Kundla, McKeon, Poletto, Polifroni
673 Morris Ave., P.O. Box 730
Springfield, NJ 07081-0730
Ph: 973-912-5222
Fax: 973-912-9212
ndannunzio@hkmpp.com
*Counsel for John Zink Company*

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
Ph: 718.855.9000
Fax: 718.855.4282
mheuser@cullenanddykman.com
*Counsel for Leslie Controls, Inc.*

Brandy L. Harris, Esq.
Reilly, Janiczek, & McDevvit, P.C.
2500 McClellan Blvd., Suite 240
Marchantville, NJ 08109
856-317-7180
856-317-7188- fax
bharris@rjm-law.com
*Counsel for SPX Corp. individually and as successor-in-interest to Copes-Vulan*

Christopher Iannicelli, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
Ph:         609-919-6623
Fax: 609-919-6701
ciannicelli@morganlewis.com
*Tyco International (US), Inc. a/k/a Tyco Flow Control, Inc., as successor to Yarway Corp.*

Ronald S. Suss, Esq.
Picillo, Caruso, Pope, Edell, Picini
60 Route 46 East
Fairfield, NJ 07004
973-667-6000
973-667-1200- fax
rsuss@carusopope.com
*Counsel for Union Carbide Corp.*

Joseph A. Gallo, Esquire
Wilson, Elser, Moskowitz, Edelman & Dickler, LLP
33 Washington Street
Newark, New Jersey 07102
Ph: 973-624-0800
Fax: 973-624-0808
joseph.gallo@wilsonelser.com
*Attorneys Warren Pumps*

9899.1

# Szaferman Lakind
### Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200, Lawrenceville, New Jersey 08648
Tel: 609.275.0400    Fax: 609.275.4511    www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Brian G. Paul*
Craig J. Hubert ++ +++
Michael R. Paglione*
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer****

Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Of Counsel

Brian J. Duff
Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*****
Lindsey D. Moskowitz**
Anthony M. Anastasio
Mark A. Fisher

Paul T. Koenig, Jr.
Counsel

+Certified by the Supreme Court of New Jersey as a Matrimonial Attorney
++Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+++Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney

*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
****NJ, NY, PA & FL Bars
*****NJ, PA, MD & DC Bars

March 24, 2009
Via Fax (202) 502-2888

Our File: 69559.1

Jeffrey N. Luthi,
United States Judicial Panel on
Multidistrict Litigation
Clerk of the Panel
One Columbus Circle, N1E
Thurgood Marshall Federal Judiciary Building
Room G 255, North Lobby
Washington, DC 20002

> Request of pltfs. in Matuska, NJ 2:09-193, and Hoffeditz, NJ 2:09-257, for Extension of Time to file Motion and Brief — **GRANTED IN PART TO AND INCLUDING 9 APRIL 2009.**
> (jnl - 24 Mar 09)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2009

FILED
CLERK'S OFFICE

Re: MDL No. 875 - In RE: Asbestos Product Liability Litigation (No. VI)

Joseph A. Matuska, et al. v. ABB, Inc., et al. D.N.J., C.A. No. 2:09-193 (Judge William J. Martini)

Gerald L. Hoffeditz, et al. v. AM General, LLC., et al. D.N.J., C.A. No. 2:09-257 (Judge William J. Martini).

Dear Mr. Luthi:

We represent the Plaintiffs in connection with the above-captioned cases and write to request an extension of time for filing our Motions to Vacate the Conditional Transfer Order and Brief in Support thereof. These papers are presently due on April 2, 2009. We request that this deadline be extended in light of the fact that the Plaintiffs in both cases have filed separate Motions to Remand which are pending before Judge William J. Martini in the District Court. Assuming the motions are granted, any issue as to whether these cases should be transferred will be rendered moot.

509574.1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 MAR 24 P 12: 47
RECEIVED CLERK'S OFFICE