UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 08, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Joseph A. Matuska, et al. v. ABB, Inc., et al., ) | |
|     D. New Jersey, C.A. No. 2:09-193 ) | MDL No. 875 |
| Gerald L. Hoffeditz, et al. v. AM General, LLC, et al., ) | |
|     D. New Jersey, C.A. No. 2:09-257 ) | |

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in these actions (*Matuska* and *Hoffeditz*) on March 4, 2009. Due to administrative error, the stay in the conditional transfer order with regard to *Matuska* and *Hoffeditz* was lifted prematurely on April 8, 2009. These circumstances require reinstatement of the conditional transfer order in order to permit the parties a timely opportunity to respond to the conditional transfer.

    IT IS THEREFORE ORDERED that the Panel's April 8, 2009, order lifting the stay of the conditional transfer order is REVOKED. The stay of the Panel's conditional transfer order designated as "CTO-319" filed on March 4, 2009, is REINSTATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel