**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR -9 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN THE UNITED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | § § § § § § | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | | |

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

PLEADING NO. 5807

| | | |
|---|---|---|
| REGGY TAYLOR, Individually, KATHY LANE, Individually, and ROBERT M. TAYLOR, Individually and as Personal Representative of the Estate of Rose Taylor, Deceased, | § § § § § § § § | |
| Plaintiffs; | § § | CIVIL ACTION NO. A08CA017 LY |
| v. | § § § | |
| LUCENT TECHNOLOGIES INC., Individually and as Successor-in-Interest to Western Electric Co.; | § § § § § | |
| Defendants. | § § § | |

RECEIVED
CLERK'S OFFICE
2009 APR -9 A 10: 17
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

PLEASE TAKE NOTICE THAT, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs in the above-captioned action Reggy Taylor, Individually, Kathy Lane, Individually, and Robert M. Taylor, Individually and as Personal Representative of the Estate of Rose Taylor, Deceased, hereby oppose the conditional transfer order issued in this case on March 25, 2009.

OFFICIAL FILE COPY    IMAGED APR 9 2009

                Respectfully submitted,
                HENDLERLAW, P.C.

By: *[signature]*
                Scott M. Hendler
                State Bar No. 09445500
                816 Congress Avenue
                Suite 1670
                Austin, Texas 78701
                Telephone: (512) 439-3200
                Facsimile: (512) 439-3201
                ATTORNEY FOR PLAINTIFFS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2009, before 12:00 PM (EST), I filed the foregoing with the Clerk of the Court for the United States Judicial Panel on Multidistrict Litigation by facsimile to (202) 502-2888 and served a copy to each party's attorney listed below by the method indicated next to the attorney's name.

HENDLERLAW, P.C.

*[signature]*

Scott M. Hendler

Morgan Culbreth
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Allen Center
500 Dallas, Suite 3000
Houston, Texas 77002
Tel: (713) 655-0855
Fax: (713) 655-0020

**Served Via:**
**Certified Mail/RRR**

*[RECEIVED CLERK'S OFFICE 2009 APR -9 A 10:17 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION stamp]*