JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

APR 9 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MUTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS          §
LIABILITY LITIGATION (No. VI)    §          MDL DOCKET NO. 875

**************************

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

NORA AUSTIN, Individually and as      )
Representative of the Estate of       )
MELVIN D. AUSTIN, Deceased.           )
                                      )
          Plaintiffs,                 )          CIVIL ACTION NO. 09-15-FHS
                                      )
vs.                                   )
                                      )
FOSTER WHEELER ENERGY                 )
CORPORATION, ET AL.                   )
                                      )
          Defendants.                 )

PLAINTIFF'S MOTION FOR ORDER VACATING THE
CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT
TO RULE ON PLAINTIFF'S MOTION FOR REMAND TO STATE COURT

COMES NOW Plaintiff, Nora Austin, in the above-styled action and respectfully

moves this Panel for an Order Vacating the Conditional Transfer Order to Allow

**OFFICIAL FILE COPY**  IMAGED APR 1 5 2009

PLEADING NO. 5808

Transferor Court to Rule on Plaintiff's Motion for Remand to State Court.  As grounds therefore, Plaintiff states the following:

      1.      On September 24, 2008 Plaintiff filed this personal injury products liability action in McCurtain County, Oklahoma.  On January 9, 2009, Defendant Foster Wheeler removed this action to the United States District Court for the Eastern District of Oklahoma.

      2.      On January 14, 2009 Defendant Foster Wheeler filed their notice of a potential "tag-along" action with this Panel, and this Panel entered an order on March 25, 2009 conditionally transferring this case to MDL 875 sitting in the Eastern District of Pennsylvania.

      3.      Plaintiff filed a Motion to Remand to Oklahoma state court on February 9, 2009 in the United States District Court for the Eastern District of Oklahoma.

      4.      Defendant Reliance Energy filed a Response to Plaintiff's Motion to Remand on February 23, 2009.  Defendant Foster Wheeler filed a Response to Plaintiff's Motion to Remand on February 24, 2009.  Plaintiff filed a Reply on March 6, 2009.  Plaintiff filed an Unopposed Motion for Hearing on Plaintiff's Motion to Remand on March 6, 2009.  The District Court has not ruled on Plaintiff's Motion.

      5.      Plaintiff respectfully requests that this Panel vacate the Conditional Transfer Order so that the transferor court may have the time and opportunity to rule on Plaintiff's Motion to Remand to the McCurtain County, Oklahoma Court.  This Panel has authority to vacate the Conditional Transfer Order and has done so in the past so that transferor courts may rule on threshold motions for remand.

6.    This Panel is respectfully referred to Plaintiff's Brief in support of this Motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Panel vacate the Conditional Transfer Order pending decision by the United States District Court for the Eastern District of Oklahoma on Plaintiff's Motion to Remand.

Dated this 2nd day of April, 2009.

Respectfully submitted,

JON ED BROWN
Oklahoma Bar No.  16186
BROWN & SAIN LAW FIRM
5 East Main
Idabel, Oklahoma 74745
(580) 208-2880 phone
(580) 208-2886 facsimile

KRISTEN J. PAULS
Oklahoma Bar No. 21774
NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333 phone
(903) 645-2172 facsimile

ATTORNEYS FOR NORA AUSTIN,
INDIVIDUALLY AND AS REPRESENTATIVE OF
THE ESTATE OF MELVIN D. AUSTIN,
DECEASED.

## CERTIFICATE OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2009

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of the foregoing document has been sent to all counsel of record, on this 2<u>nd</u> day of <u>April,</u> 2009.

Kristen J. Pauls

RECEIVED
CLERK'S OFFICE
2009 APR -6 P 3: 56
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR ~ 9 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MUTIDISTRICT LITIGATION

| IN RE ASBESTOS PRODUCTS | § | |
|---|---|---|
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

**************************

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **NORA AUSTIN, Individually and as** | ) | |
| **Representative of the Estate of** | ) | |
| **MELVIN D. AUSTIN, Deceased.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO. 09-15-FHS** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **FOSTER WHEELER ENERGY** | ) | |
| **CORPORATION, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER VACATING
THE CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT
TO RULE ON PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**

COMES NOW Plaintiff, Nora Austin, in the above-styled action and respectfully

files this Brief in support of his Motion for an Order Vacating the Conditional Transfer

Order to Allow Transferor Court to Rule on Plaintiff's Motion for Remand to State

Court. As grounds therefore, Plaintiff states the following:

## FACTS

1.      Plaintiff was diagnosed with lung cancer caused by his exposure to Defendants' asbestos and asbestos-containing products.  On September 24, 2008 Plaintiff filed this asbestos personal-injury action in the Court of McCurtain County, Oklahoma. Plaintiff seeks compensation for Plaintiffs are seeking damages for pain and suffering, mental anguish, physical impairment, medical expenses, lost earnings, funeral and burial expenses, past and future pecuniary loss, past and future loss of love, companionship, comfort and society, punitive damages and pre- and post- judgment interest, as a result of Defendants' negligence, gross negligence and for strict liability.

2.      The Petition was served on all Defendants on or about December 9, 2009. Throughout the Petition and Exhibits attached thereto, Plaintiff repeatedly stated he was exposed to asbestos and asbestos-containing products during his Navy service, his work at Weyerhaeuser, Kiamichi, McCurtain Co. Propane, Tyson Feed Mill and Terry Panel.

3.      On January 9, 2009, Defendant Foster Wheeler filed a Notice of Removal in the United States District Court for the Eastern District of Oklahoma, asserting "federal officer jurisdiction."  On January 12, 2009, Defendant Foster Wheeler filed its notice of a potential "tag-along" action to MDL 875 in the Eastern District of Pennsylvania.

4.      Plaintiff promptly filed her Motion for Remand on February 9, 2009 asserting that Defendants' removal was improper Defendant Reliance Energy filed a Response to Plaintiff's Motion to Remand on February 23, 2009.  Defendant Foster Wheeler filed a Response to Plaintiff's Motion to Remand on February 24, 2009. Plaintiff filed a Reply on March 6, 2009.  Plaintiff filed an Unopposed Motion for

Hearing on Plaintiff's Motion to Remand on March 6, 2009. The District Court has not ruled on Plaintiff's Motion.

## **ARGUMENT**

5.      Defendants have yet to prove that federal jurisdiction is appropriate. Transferring this case to MDL 875 before the Defendants have been required to prove that federal jurisdiction is appropriate in the first instance would be patently unjust.

6.      This Panel has vacated conditional transfer orders in similar personal injury cases to afford transferor courts an opportunity to rule on motions to remand to state court. See Vasura v. AC & S, Inc., 84 F. Supp. 2d 531, 533 (S.D.N.Y. 2000) (discussing the Panel's vacating of a "prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand" in an asbestos personal injury action); see also In re Richardson-Merrell, Inc. Bendectin Prods. Liab. Litig. (No. II), 606 F. Supp. 715, 717 (J.P.M.L. 1985) (vacating conditional transfer order in a products liability personal injury action).

7.      In this action, Plaintiff only seeks a timely ruling on his Motion to Remand.

8.      Vacating the Conditional Transfer Order in this case until the United States District Court for the Eastern District of Oklahoma has had the opportunity to rule on Plaintiff's Motion to Remand will cause no prejudice to any party and will further the interests of judicial economy. If federal jurisdiction is rejected, the action will be remanded back to the District Court for McCurtain County, Oklahoma. If federal jurisdiction is confirmed, the Conditional Transfer Order process can run its course at that point.

33.    In contrast, finalizing the Conditional Transfer Order prior to the District Court's ruling on jurisdiction will add yet another case to the already crowded docket of MDL 875, further increasing the burden on Judge Giles and his staff despite the fact that federal jurisdiction may not properly exist.   Significant administrative costs will be incurred, and all parties will be forced to expend valuable time and resources participating in MDL 875 procedures despite the lack of confirmation of jurisdiction. Upon completion of those procedures, the case will be sent back to the transferor court, incurring more administrative costs and burdens, only to return to the same question pending before the District Court today: whether the federal court has jurisdiction over this matter.

## **CONCLUSION**

WHEREFORE, Plaintiff respectfully requests that the Panel vacate the Conditional Transfer Order, pending decision by the United States District Court for the Eastern District of Oklahoma on Plaintiff's Motion to Remand.


Dated this 2nd day of April, 2009.

Respectfully submitted,

JON ED BROWN
Oklahoma Bar No. 16186
BROWN & SAIN LAW FIRM
5 East Main
Idabel, Oklahoma 74745
(580) 208-2880 phone
(580) 208-2886 facsimile

KRISTEN J. PAULS

4

Oklahoma Bar No. 21774
NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333 phone
(903) 645-2172 facsimile

ATTORNEYS FOR NORA AUSTIN,
INDIVIDUALLY AND AS REPRESENTATIVE OF
THE ESTATE OF MELVIN D. AUSTIN,
DECEASED.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

sent to all counsel of record, on this 2nd day of April, 2009.

Kristen J. Pauls

5

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MUTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

**************************

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NORA AUSTIN, Individually and as | ) | |
| Representative of the Estate of | ) | |
| MELVIN D. AUSTIN, Deceased. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 09-15-FHS |
| | ) | |
| vs. | ) | |
| | ) | |
| FOSTER WHEELER ENERGY | ) | |
| CORPORATION, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

RECEIVED
CLERK'S OFFICE
2009 APR - 9  P 1: 07
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion For Order Vacating The Conditional Transfer Order to Allow Transferor Court To Rule on Plaintiff's Motion To Remand To State Court has been sent to all counsel listed below, on this the 2nd day of April, 2009.

Kristen J. Pauls

James B. Buxton
BUXTON CARSON
3535 NW 58th Street
Suite 950
Oklahoma City, OK 73112

2005 Moores Lane
P.O. Box 1877
Texarkana, TX 75503

Farrah L. Fielder
LEDBETTER COGBILL ARNOLD &
HARRISON LLP
P.O. Box 185
Fort Smith, AR 72902-0185

Alex K. Haley
P.O. Box 575
Broken Bow, OK 74728

Cary E. Hiltgen
HILTGEN & BREWER
9400 N. Broadway Ext.
Suite 800
Oklahoma City, OK 73114-7401

Mark E. Fields
STEIDLEY & NEAL
100 E Carl Albert Parkway
P.O. Box 1165
McAlester, OK 74502

Mark D. Folger
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Dan S. Folluo
RHODES HIERONYMUS JONES TUCKER &
GABLE
P.O. Box 21100
Tulsa, OK 74121

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Virginia M. Giokaris
RASMUSSEN WILLIS DICKEY &
MOORE LLC
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

Kayce L. Gisinger
ABOWITZ TIMBERLAKE & DAHNKE PC
105 North Hudson
10th Floor, Hightower Building
P.O. Box 1937
Oklahoma City, OK 73101

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Michael D. Goss
SECREST HILL & BUTLER
7134 S. Yale Avenue
Suite 900
Tulsa, OK 74136

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Gregory A. Mueggenborg
PERRINE MCGIVERN REDEMANN ET AL
P.O. Box 1710
Tulsa, OK 74101-1710

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Kristen J. Pauls
NIX PATTERSON & ROACH LLP
205 Linda Drive
Dangerfield, TX 75638

John F. Peiserich
PERKINS & TROTTER
P.O. Box 251618
Little Rock, AR 72225-1618

Martha J. Phillips
ATKINSON HASKINS ET AL
525 S. Main Street
Suite 1500
Tulsa, OK 74103-4524

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Ronald N. Ricketts
GABLE & GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

G. David Ross
LYTLE SOULE & CURLEE
119 North Robinson Avenue
Suite 1200
Oklahoma City, OK 73102

Richard A. Shallcross
RICHARD A SHALLCROSS & ASSOCIATES
1645 S. Cheyenne Avenue
Tulsa, OK 74119

Emily K. Shields
MORGAN LEWIS & BOCKIUS
1000 Louisiana, Suite 4200
Houston, TX 77002

Adam J. Strange
JONES GOTCHER & BOGAN
15 East 5th Street, Suite 3800
Tulsa, OK 74103

Albert L. Tait Jr.
FENTON FENTON SMITH RENEAU & MOON
One Leadership Square
211 North Robinson
Suite 800 North
Oklahoma City, OK 73102

Chad C. Taylor
PRAY WALKER PC
100 W. Fifth Street
Suite 900
Tulsa, OK 74103

J. Derrick Teague
JENNINGS COOK & TEAGUE
204 North Robinson Avenue
Suite 1000
Oklahoma City, OK 73102

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

James R. Webb
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7101

C. Scott Wells
HAWKINS PARNELL & THACKSTON LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

Jeffrey Lee Wilson
BARKLEY LAW FIRM
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103-4063

John R. Woodard, III
FELDMAN FRANDEN WOODARD & FARRIS
2 West Second Street, Suite 900
Tulsa, OK 74103-3101