**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | MDL DOCKET NO: 875 |
| LIABILITY LITIGATION | § | CTO-319 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH A. MATUSKA and | § | |
| GAIL MATUSKA, | § | |
| | § | CIVIL CASE NO: 09-193 WJM |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| ABB, INC., <u>et al</u>., | § | |
| | § | |
| Defendants. | § | |

**PLEADING NO. 5809**

## <u>PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER</u>

Come now Plaintiffs, Joseph and Gail Matuska, and file this Motion to Vacate the Conditional Transfer Order in order to allow the transferor court to rule on Plaintiffs' Motion for Remand to state court, and respectfully show as follows:

This case was filed in state court but removed to federal court. On March 4, 2009, the Panel entered an Order conditionally transferring this case to MDL-875 in the Eastern District of

510232.1

**OFFICIAL FILE COPY**   IMAGED APR 1 0 2009

Pennsylvania (CTO-319).  Plaintiffs have filed a remand motion in the District Court for the District of New Jersey.  That Court has not yet ruled on Plaintiffs' remand motion, which remains pending before Judge William Martini.

Plaintiffs respectfully request that the Panel vacate the Conditional Transfer Order so that the transferor court may promptly rule on Plaintiffs' Motion for Remand to state court. The Panel has the power to vacate the Conditional Transfer Order and had done so in the past so that transferor courts may rule on threshold motions for remand.

The Panel is respectfully referred to in Plaintiffs' brief in support of this motion, filed herewith, for a full discussion of these issues.

### CONCLUSION

WHEREFORE, Plaintiffs respectfully pray that the conditional Transfer Order regarding this case be vacated.

Respectfully submitted,

By: _____

Robert E. Lytle
Szaferman, Lakind,
Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400

Levy, Phillips & Konigsberg, LLP
Jerome H. Block
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 605-6200

Dated: April 9, 2009

510232.1                                  2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | MDL DOCKET NO: 875 |
| LIABILITY LITIGATION | § | CTO-319 |

********************

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH A. MATUSKA and | § | |
| GAIL MATUSKA, | § | |
| | § | CIVIL CASE NO: 09-193-WJM |
|     Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| ABB, INC., et al, | § | |
| | § | |
|     Defendants. | § | |

### BRIEF IN SUPPORT OF PLAINTIFFS' MOTION
### TO VACATE THE CONDITIONAL TRANSFER ORDER

Come now Plaintiffs, Joseph and Gail Matuska, and file this brief in support of their Motion to Vacate the Conditional Transfer Order to allow the transferor court to rule on Plaintiffs' Motion for Remand to state court, and respectfully show as follows:

510232.1

RECEIVED CLERK'S OFFICE
2009 APR -9  A 11: 05
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

This case was filed in state court but removed to federal court.  On March 4, 2009, the Panel entered an Order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania (CTO-319).

The Complaint in this matter was originally filed in the New Jersey Superior Court, Middlesex County, on October 7, 2008. Foster Wheeler Energy Corporation initially removed the case to federal court on October 17, 2008.  Plaintiffs subsequently filed a Motion to Remand on November 7, 2008. Joseph Matuska died from complications associated with mesothelioma on November 9, 2008, twenty-four days after Foster Wheeler removed the case to federal court.  On December 23, 2008, Judge Katharine S. Hayden entered an Order remanding the matter back to state court because of certain procedural irregularities.

Foster Wheeler removed the state court action for a second time on January 15, 2009.  Plaintiffs filed a second Motion to Remand, along with their supporting papers, on January 23, 2009. Foster Wheeler filed its opposition papers on January 30, 2009. Plaintiffs filed their reply papers on February 9, 2009. Plaintiffs' Motion for Remand is, therefore, fully briefed and remains pending before Judge William Martini awaiting a ruling.

**The Panel may vacate conditional transfer orders for this purpose.**

The Panel has vacated Conditional Transfer Orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court.  In <u>Vasura v. Acands, Inc.</u>, 84 <u>F.Supp.2d</u> 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand."  <u>Id</u>. at 533. See also, <u>Freiberg v. Swinterton & Walberg Property Services, Inc., et al.</u>, 245 <u>F.Supp.2d</u> 1144, 1155-56 (where Plaintiffs' opposition to transfer was scheduled to be considered before MDL-875, the District Court stated, "in the interim, the Panel has instructed me to proceed in these cases and, in particular, address any pending motions to remand."); <u>Cole v. Northrop Grumman Ship Systems, Inc.</u>, 2008 <u>W.L.</u> 2651428 (E.D.La.) (where the district court acknowledged, "[MDL-875] issued a suggestion that this case should be returned to the United States Court for the Eastern District of Louisiana for the resolution of all outstanding motions relating to the jurisdiction of this matter in federal court.")

Plaintiffs seek only a timely ruling on their motion for remand, so that Mr. Matuska can have his day in court.

## Conclusion

WHEREFORE, Plaintiffs respectfully pray that the Conditional Transfer Orders regarding this case be vacated.

Respectfully submitted,

By: _____

Robert E. Lytle
Szaferman, Lakind,
Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400

Levy, Phillips & Konigsberg, LLP
Jerome H. Block
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 605-6200

Dated: April 9 , 2009

510232.1                                3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | MDL DOCKET NO: 875 |
| LIABILITY LITIGATION | § | CTO-319 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH A. MATUSKA and | § | |
| GAIL MATUSKA, | § | |
| | § | CIVIL CASE NO: 09-193-WJM |
|     Plaintiffs, | § | |
| | § | CERTIFICATION OF SERVICE |
| v. | § | |
| | § | |
| ABB, INC., et al, | § | |
| | § | |
|     Defendants. | § | |

Maria C. Masiello, being of full age, hereby certifies:

1.     I am a Legal Assistant for the law firm of Szaferman,
Lakind, Blumstein & Blader, P.C., co-counsel for Plaintiffs in
the above-captioned matter.

2.     On April 8, 2009, I sent via Federal Express an
original and five copies of the Motion to Vacate the Conditional
Transfer Order-319; Brief in Support of the Motion to Vacate; CD

511459.1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2009 APR -9  A 11: 0

RECEIVED
CLERK'S OFFICE

containing these documents, and this Certificate of Service to Jeffrey N. Luthi, Clerk of Panel, United States Judicial Panel on Multidistrict Litigation One Columbus Circle, N1E, Thurgood Marshall Federal Judiciary Building, Room G 255, North Lobby, Washington, DC 20002.

3.   Also, on April 8, 2009, I sent via United States Postal Service and email, one copy of the documents listed in paragraph 2 to all counsel on the attached list provided by the Judicial Panel on Multi-District Litigation.

4.   Also, on April 8, 2009, I sent via United States Postal Service and email, one copy of the documents listed in paragraph 2 to all parties on the attached list for the Matuska v. ABB, Inc., Docket No. MID-L-8383-08AS matter.

5.   I certify that the foregoing statements are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Maria Masiello
Legal Assistant

511459.1

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                            MDL No. 875

### PANEL SERVICE LIST (EXCERPTED FROM CTO-319)

Joseph A. Matuska, et al. v. ABB, Inc., et al., D. New Jersey, C.A. No. 2:09-193
(Judge William J. Martini)
Gerald L. Hoffeditz, et al. v. AM General, LLC, et al., D. New Jersey, C.A. No. 2:09-257
(Judge William J. Martini)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Gerard Cedrone
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
1300 Route 73
Suite 307
MT. Laurel, NJ 08054

Mary S. Cook
WILBRAHAM LAWLER & BUBA
24 Kings Highway West
Haddonfield, NJ 08033

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Alan Ira Dunst
HOAGLAND LONGO MORAN DUNST &
DOUKAS
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

James J. Gross
DLA PIPER US LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103-7300

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Christopher J. Keale
SEDGWICK DETERT MORAN & ARNOLD
LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

**MDL No. 875 - Panel Service List (Excerpted From CTO-319) (Continued)**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Robert E. Lytle
SZAFERMAN LAKIND BLUMSTEIN &
BLADER PC
QuakerBridge Executive Center
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Joseph A. Matuska and Gail Matuska, et al.
v.
ABB, Inc., et al
Docket No: MID-L-8383-08AS

COUNSEL  MAILING LIST

LAST UPDATED: 1.22.09                              Attorney: REL

William O'Brien, Esq.
Delaney and O'Brien
The Bourse
111 South Independence Mall East,
Suite 1002
Philadelphia, PA 19106
215-254-7107
215-254-7106- fax
wjo@dolaw.com
**Attorney for ABB, Inc.**

Michael V. Gilberti, Esq.
Epstein & Gilberti, LLC
21 East Front St., Suite 210
Red Bank, New Jersey 07701
Ph: 732-212-0400
Fax: 732-212-8408
gilberti@eg-law.com
**Attorneys for Crane Co. and
Crane Pumps Systems, Inc.**

Mary S. Cook, Esq.
Wilbraham, Lawler & Buba
24 Kings Highway West
Haddonfield, NJ 08033-2122
Ph:  856-795-4422
Fax: 856-795-4699
mcook@wlbdeflaw.com
**Attorneys for Buffalo Pumps,
Inc.and Maremont Corporation**

Michael A. Moroney, Esq.
Weber Gallagher Simpson
Stapleton Fires & Newby, LLP
33 Washington St., 10th Floor
Newark, NJ 07102
973-242-1364
973-242-1945- fax
mmoroney@wglaw.com
**Attorney for Electrolux Home
Products Inc.**

Charles F. Forer, Esq.
Eckert Seamans Cherin & Mellott,
LLC
Two Liberty Place
50 South 16th St., 22nd floor
Philadelphia, PA 19102
Ph:  215-851-8400
Fax: 215-851-8383
cforer@eckertseamans.com
**Attorneys for CBS Corp, f/k/a
Viacom, Inc., f/k/a Westinghouse
Electric Corporation**

Christopher J. Keale, Esq.
Sedgwick Detert, Moran &
Arnold, LLP
3 Gateway Center, 12th Floor
Newark, New Jersey 07102
Ph:  973-242-0002
Fax: 973-242-8099
Christopher.keale@sdma.com
**Attorneys for Foster Wheeler
Energy Corporation**

Susan Karlovich, Esquire
Wilson, Elser, Moskowitz,
 Edelman & Dickler, LLP
33 Washington Street
Newark, New Jersey 07102
Ph: 973-624-0800
Fax: 973-624-0808
susan.karlovich@wilsonelser.com
**Counsel for Control Components
Inc.**

Lisa P. Wildstein, Esq.
Segal, McCambridge, Singer &
Mahoney
103 Carnegie Center, Suite 103
Princeton, New Jersey 08540
Ph:  609-452-1558
Fax: 609-452-1559
lwildstein@smsm.com
**Attorneys Garlock Sealing
Technologies, LLC**

9899.1

Joanne Hawkins, Esq.
Speziali, Greenwald & Hawkins
1081 Winslow Rd., Box 1086
Williamstown, NJ 08094
Ph:  856-728-3600
Fax: 856-728-3996
dspeziali@comcast.net
*Counsel for General Electric
Co.*

Ethan D. Stein, Esq.
Gibbons, PC
One Penn Plaza, 37th floor
New York, New York 10119-3701
Ph:  212-613-2041
Fax: 212-554-9677
dspeziali@comcast.net
*Attorneys for Honeywell
International, Inc. as
successor to the Bendix
Corporation*

Benjamin S. Bucca, Jr., Esq.
Bucca & Campisano
90 Livingston Ave.
New Brunswick, New Jersey
08901
buccacampisano@verizon.net
Ph:  732-247-0009
Fax: 732-247-9727
*Attorneys for IMO Industries,
Inc.*

Nicea D'Annunzio, Esq.
Hardin, Kundla, McKeon,
Poletto, Polifroni
 673 Morris Ave., P.O. Box 730
Springfield, NJ 07081-0730
Ph: 973-912-5222
Fax: 973-912-9212
ndannunzio@hkmpp.com
*Counsel for John Zink Company*

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
Ph:  718.855.9000
Fax: 718.855.4282
mheuser@cullenanddykman.com
*Counsel for Leslie Controls,
Inc.*

Brandy L. Harris, Esq.
Reilly, Janiczek, & McDevvit,
P.C.
2500 McClellan Blvd., Suite
240
Marchantville, NJ 08109
856-317-7180
856-317-7188- fax
bharris@rjm-law.com
*Counsel for SPX Corp.
individually and as successor-
in-interest to Copes-Vulan*

Christopher Iannicelli, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540-
6241
Ph:       609-919-6623
Fax: 609-919-6701
ciannicelli@morganlewis.com
*Tyco International (US), Inc.
a/k/a Tyco Flow Control, Inc.,
as successor to Yarway Corp.*

Ronald S. Suss, Esq.
Picillo, Caruso, Pope, Edell,
Picini
60 Route 46 East
Fairfield, NJ 07004
973-667-6000
973-667-1200- fax
rsuss@carusopope.com
*Counsel for Union Carbide
Corp.*

Joseph A. Gallo, Esquire
Wilson, Elser, Moskowitz,
 Edelman & Dickler, LLP
33 Washington Street
Newark, New Jersey 07102
Ph: 973-624-0800
Fax: 973-624-0808
joseph.gallo@wilsonelser.com
*Attorneys Warren Pumps*

9899.1