JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2009

FILED
CLERK'S OFFICE

MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS § | | MDL DOCKET NO: 875 |
| LIABILITY LITIGATION § | | CTO-319 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

GERALD L. HOFFEDITZ and §
JUDITH L. HOFFEDITZ, §
　　　　　　　　　　　§   CASE NO: 09-257 WJM
　　Plaintiffs, §
　　　　　　　　　　　§
v. §
　　　　　　　　　　　§
AM GENERAL, LLC, individually §
and as successor-in-interest §
to AM GENERAL CORPORATION, §
et al. §
　　　　　　　　　　　§
　　Defendants. §

PLEADING NO. 5810

## PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Come now Plaintiffs, Gerald and Judith Hoffeditz, and file this Motion to Vacate the Conditional Transfer Order to allow the transferor court to rule on Plaintiffs' Motion for Remand to state court, and respectfully show as follows:

This case was filed in state court but removed to federal court. On March 4, 2009, the Panel entered an Order conditionally transferring this case to MDL-875 in the Eastern

510506.1

OFFICIAL FILE COPY

IMAGED APR 10 2009

District of Pennsylvania (CTO-319). Plaintiffs have filed a remand motion in the District Court for the District of New Jersey. That Court has not yet ruled on Plaintiffs' remand motion, which remains pending before Judge William Martini.

Plaintiffs respectfully request that the Panel vacate the Conditional Transfer Order so that the transferor court may promptly rule on Plaintiffs' Motion for Remand to state court. The Panel has the power to vacate the Conditional Transfer Order and had done so in the past so that transferor courts may rule on threshold motions for remand.

The Panel is respectfully referred to in Plaintiffs' brief in support of this motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

WHEREFORE, Plaintiffs respectfully pray that the Conditional Transfer Order regarding this case be vacated.

Respectfully submitted,

By: _____
Robert E. Lytle
Szaferman, Lakind,
Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400

Levy, Phillips & Konigsberg, LLP
Jerome H. Block
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 605-6200

Dated: April 9, 2009

510506.1                              2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION | § § | MDL DOCKET NO: 875 CTO-319 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GERALD L. HOFFEDITZ and JUDITH L. HOFFEDITZ, <br><br> Plaintiffs, <br><br> v. <br><br> AM GENERAL, LLC, individually and as successor-in-interest to AM GENERAL CORPORATION, et al. <br><br> Defendants. | § § § § § § § § § § § § § | CASE NO: 09-257 WJM |

### BRIEF IN SUPPORT OF PLAINTIFFS' MOTION
### TO VACATE THE CONDITIONAL TRANSFER ORDER

Come now Plaintiffs, Gerald and Judith Hoffeditz, and file this brief in support of their Motion to Vacate the Conditional Transfer Order to allow the transferor court to rule on Plaintiffs' Motion for Remand to state court, and respectfully show as follows:

510506.1

This case was filed in state court but removed to federal court. On March 4, 2009, the Panel entered an Order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania (CTO-319).

The Complaint in this matter was originally filed in the New Jersey Superior Court, Middlesex County, on November 5, 2008. Cummins, Inc., filed a Notice of Removal to federal court on January 16, 2009. AM General, LLC, filed a Notice of Removal on January 20, 2009.

On January 25, 2009, AM General filed a Motion for Stay of Proceedings in the district court. On February 2, 2009, Plaintiffs filed a Brief in Opposition to AM General's Motion for Stay of Proceedings. AM General filed its Reply Brief on February 6, 2009.

On February 6, 2009, Plaintiffs file a Motion to Remand. Cummins, Inc., filed a Brief in Opposition to the Motion to Remand on February 13, 2009. AM General filed its Brief in Opposition to Plaintiffs' Motion to Remand on February 17, 2009. Plaintiffs filed their Reply Brief on February 23, 2009. AM General filed a Sur-Reply on March 12, 2009. Cummins, Inc., filed their own Sur-Reply on March 12, 2009. On March 17, 2009, Plaintiffs filed their Sur-Sur-Reply.

Plaintiffs' Motion for Remand, as well as Defendant's Motion for Stay, are, therefore, fully briefed and remain pending before Judge William Martini awaiting a ruling.

**The Panel may vacate conditional transfer orders for this purpose.**

The Panel has vacated Conditional Transfer Orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court. In <u>Vasura v. Acands, Inc.</u>, 84 <u>F.Supp.2d</u> 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand." <u>Id</u>. at 533. See also, <u>Freiberg v. Swinterton & Walberg Property Services, Inc., et al.</u>, 245 <u>F.Supp.2d</u> 1144, 1155-56 (where Plaintiffs' opposition to transfer was scheduled to be considered before MDL-875, the District Court stated, "in the interim, the Panel has instructed me to proceed in these cases and, in particular, address any pending motions to remand."); <u>Cole v. Northrop Grumman Ship Systems, Inc.</u>, 2008 <u>W.L.</u> 2651428 (E.D.La.) (where the district court acknowledged, "[MDL-875] issued a suggestion that this case should be returned to the United States Court for the Eastern District of Louisiana for the resolution of all outstanding motions relating to the jurisdiction of this matter in federal court.")

Plaintiffs seek only a timely ruling on their motion for remand, so that Mr. Hoffeditz can have his day in court.

**Mr. Hoffeditz is dying of mesothelioma and will be substantially prejudiced if he dies before trial.**

Mr. Hoffeditz has terminal mesothelioma, an "invariably fatal cancer . . . for which asbestos exposure is the only known cause . . ." In re Patenaude, 210 F.3d. 135, 138 (3d.Cir.) cert. den., 531 U.S. 1011 (2000). Mr. Hoffeditz's case was on an expedited trial schedule in the New Jersey Superior Court, Middlesex County. If the case is remanded to State court, Mr. Hoffeditz may be able to participate in his own trial and have his day in court. If this case is not transferred, Mr. Hoffeditz will inevitably die before his case is set for trial.

### Conclusion

WHEREFORE, Plaintiffs respectfully pray that the Conditional Transfer Orders regarding this case be vacated.

Respectfully submitted,

By: _____
Robert E. Lytle
Szaferman, Lakind,
Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400

Levy, Phillips & Konigsberg, LLP
Jerome H. Block
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 605-6200

Dated: April 9, 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR -9 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | MDL DOCKET NO: 875 |
| LIABILITY LITIGATION | § | CTO-319 |

*******************

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GERALD L. HOFFEDITZ and JUDITH L. HOFFEDITZ, | § § § | |
| | § | CASE NO: 09-257 WJM |
| Plaintiffs, | § § | |
| v. | § § | CERTIFICATION OF SERVICE |
| AM GENERAL, LLC, individually and as successor-in-interest to AM GENERAL CORPORATION, et al. | § § § § § | |
| Defendants. | § | |

Sooha Ahmad, being of full age, hereby certifies:

1.  I am a Legal Assistant for the law firm of Szaferman, Lakind, Blumstein & Blader, P.C., co-counsel for Plaintiffs in the above-captioned matter.

2.  On April 8, 2009, I sent via Federal Express an original and five copies of the Motion to Vacate the Conditional Transfer Order-319; Brief in Support of the Motion to Vacate; CD

511474.1

containing these documents, and this Certificate of Service to Jeffrey N. Luthi, Clerk of Panel, United States Judicial Panel on Multidistrict Litigation One Columbus Circle, N1E, Thurgood Marshall Federal Judiciary Building, Room G 255, North Lobby, Washington, DC 20002.

3. Also, on April 8, 2009, I sent via electronic mail and United States Postal Service, one copy of the documents listed in paragraph 2 to all counsel on the attached list provided by the Judicial Panel on Multi-District Litigation.

4. Also, on April 8, 2009, I sent via electronic mail and United States Postal Service, one copy of the documents listed in paragraph 2 to all parties on the attached list for the Hoffeditz v. AM General, LLC, Docket No. MID-L-9319-08AS matter.

5. I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
Sooha Ahmad
Legal Assistant

511474.1

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                     MDL No. 875

## PANEL SERVICE LIST (EXCERPTED FROM CTO-319)

Joseph A. Matuska, et al. v. ABB, Inc., et al., D. New Jersey, C.A. No. 2:09-193
    (Judge William J. Martini)
Gerald L. Hoffeditz, et al. v. AM General, LLC, et al., D. New Jersey, C.A. No. 2:09-257
    (Judge William J. Martini)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Gerard Cedrone
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
1300 Route 73
Suite 307
MT. Laurel, NJ 08054

Mary S. Cook
WILBRAHAM LAWLER & BUBA
24 Kings Highway West
Haddonfield, NJ 08033

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Alan Ira Dunst
HOAGLAND LONGO MORAN DUNST &
DOUKAS
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

James J. Gross
DLA PIPER US LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103-7300

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Christopher J. Keale
SEDGWICK DETERT MORAN & ARNOLD
LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

**MDL No. 875 - Panel Service List (Excerpted From CTO-319) (Continued)**

Peter A. Kraus  
WATERS & KRAUS LLP  
3219 McKinney Avenue  
Suite 3000  
Dallas, TX 75204

David C. Landin  
Hunton & Williams  
Riverfront Plaza  
East Tower  
951 East Byrd Street  
Richmond, VA 23219-4074

Roger B. Lane  
LANE & GOSSETT  
1601 Reynolds Street  
Brunswick, GA 31520

Robert E. Lytle  
SZAFERMAN LAKIND BLUMSTEIN & BLADER PC  
QuakerBridge Executive Center  
101 Grovers Mill Road  
Suite 200  
Lawrenceville, NJ 08648

William F. Mahoney  
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD  
233 South Wacker Drive  
Suite 5500  
Chicago, IL 60606

Robert C. Malaby  
MALABY & BRADLEY  
150 Broadway  
Suite 600  
New York, NY 10038

John P. McShea  
MCSHEA TECCE PC  
Mellon Bank Center  
1717 Arch Street  
28th Floor  
Philadelphia, PA 19103

Philip McWeeny  
SCHIFF HARDIN LLP  
One Market Plaza  
32nd Floor  
Spear Street Tower  
San Francisco, CA 94105

Thomas A. Packer  
GORDON & REES LLP  
Embarcadero Center West  
275 Battery Street  
Suite 2000  
San Francisco, CA 94111

Joseph F. Rice  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464

Michael P. Thornton  
THORNTON & NAUMES LLP  
100 Summer Street  
30th Floor  
Boston, MA 02110

Walter G. Watkins Jr.  
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC  
P.O. Box 22608  
Jackson, MS 39225-2608

Gerald L. Hoffeditz and Judith L. Hoffeditz

v.

AM General, LLC, et al

Docket No: MID-L-9319-08AS

COUNSEL MAILING LIST

LAST UPDATED: February 19, 2009
Attorney: REL

Joseph Kernen, Esq.
James J. Gross, Esq.
DLA Piper LLP
2 Tower Center Boulevard
Suite 1600
East Brunswick, NJ 08816-1100
Ph:   215-656-2416
Fax: 215-656-3301
james.gross@dlapiper.com
*Attorneys for AM General, LLC*

Michelle S. Hydrusko, Esq.
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
1300 Mount Kemble Ave.
Morristown, NJ 07962-8100
973-993-8100
973-425-0161- fax
mhydrusko@mdmc-law.com
*Counsel for Arvin-Meritor, Inc.*

Nora J. Grimbergen, Esq.
Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran,
   Dunst & Doukas, LLP
40 Paterson St., P.O. Box 480
New Brunswick, NJ 08903
Ph:   732-545-4717
Fax: 732-545-4579
hoagland-asbestos@hoaglandlongo.com
*Attorneys for Borg Warner Morse TEC, f/k/a Borg Warner; National Gasket*

Nicea J. D'Annunzio, Esq.
Hardin, Kundla, McKeon &
   Poletto
673 Morris Ave., P.O. Box 730
Springfield, NJ 07081-0730
Ph:   973-912-5222
Fax: 973-912-9212
ndannunzio@hkmpp.com
*Attorneys for Chrysler, LLC, a Delaware LLC*

Mary S. Cook, Esq.
Wilbraham, Lawler & Buba
24 Kings Highway West
Haddonfield, NJ 08033-2122
Ph:   856-795-4422
Fax: 856-795-4699
mcook@wlbdeflaw.com
*Attorneys for Cummins, Inc.*

Steven A. Weiner, Esq.
O'Toole Fernandez Weiner Van
Lieu, LLC
60 Pompton Avenue, 2nd Floor
Verona, NJ 07044
Ph:   973-239-5700
Fax: 973-239-3400
mfeola@ofwvlaw.com (Paralegal)
*Attorneys for Dana Corp., individually and as successor to Victor Gaskets*

10202.1

Edward T. Finch, Esq.
Lavin, O'Neil, Ricci, Cedrone
  & Disipio
1300 Route 73, Suite 307
Mount Laurel, NJ 08054
Ph:  856-778-5544
Fax: 856-793-0237
efinch@lavin-law.com
*Attorneys for Detroit Diesel Corporation; Ford Motor Company; General Motors Corporation, d/b/a Delco Products*

Ethan D. Stein, Esq.
Gibbons, PC
One Penn Plaza, 37th floor
New York, New York 10119-3701
Ph:  212-613-2041
Fax: 212-554-9677
estein@gibbonslaw.com
*Attorneys for Honeywell International, Inc. as successor to the Bendix Corporation*

Susan B. Fellman, Esq.
Breuninger & Fellman
1829 Front St.
Scotch Plains, NJ 07076
Ph:  908-490-9900
Fax: 908-490-9950
sfellman@comcast.net
*Attorneys for National Automotive Parts Association (NAPA), a/k/a Genuine Parts Company*

Mark Debrowski, Esq.
Smith Abbot, LLP
48 Wall Street, Suite 1100
New York, NY 10005
Ph:  212-981-4501
Fax: 212-981-4502
mdebrowski@smithabbot.com
*Attorneys for Pneumo-Abex, LLC, as successor-in-interest to Abex Corporation f/k/a American Brake Shoe Company*

Brian R. Ade, Esq.
Rivkin Radler, LLP
21 Main Street, Suite 158
Court Plaza South - West Wing
Hackensack, New Jersey 07601
Ph: 201-287-2460
Fax: 201-489-0495
brian.ade@rivkin.com
*Attorneys for Setco Automotive, N.A., Inc., a/k/a Setco Lipe Clutch*

Richard P. O'Leary, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
Ph:  973-622-4444
Fax: 973-624-7070
roleary@mccarter.com
*Attorneys for Standard Motor Products, Inc. a/k/a EIS Brake Parts*

Marc Z. Edell, Esq.
Picillo Caruso, Pope, Edell, Picini
60 Route 46 East
Fairfield, New Jersey 07004
medell@carusopope.com
Ph:  973-667-6000
Fax: 973-667-1200
*Attorneys for Union Carbide Corporation*

10202.1