Case MDL No. 875   Document 5811   Filed 04/10/09   Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 25, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-320)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,383 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 10, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                           MDL No. 875


### SCHEDULE CTO-320 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| ~~CAC~~ | ~~2~~ | ~~09-886~~ | ~~Mary T. Meredith, et al. v. Bondex International, Inc., et al.~~ |
| | | | Opposed 4/1/09 |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-364 | Carl McCurtis v. Foster Wheeler, LLC, et al. |
| CAN | 3 | 09-365 | Gerry Lee Stone v. General Electric Co., et al. |
| ~~CAN~~ | ~~3~~ | ~~09-902~~ | ~~Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al.~~ |
| | | | Opposed 4/7/09 |
| ~~CAN~~ | ~~3~~ | ~~09-903~~ | ~~William H. Dawson, et al. v. CBS Corp., et al.~~ |
| | | | Opposed 4/7/09 |
| **CALIFORNIA SOUTHERN** | | | |
| ~~CAS~~ | ~~3~~ | ~~09-101~~ | ~~Michael E. Jenkins v. Allied Packing & Supply, Inc., et al.~~ |
| | | | Opposed 4/7/09 |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 09-188 | John L. Estep, et al. v. Cleaver-Brooks, Inc., et al. |
| **KENTUCKY WESTERN** | | | |
| KYW | 5 | 09-27 | Carl L. Wilson v. Illinois Central Railroad Co. |
| **MINNESOTA** | | | |
| MN | 0 | 09-186 | Catherine R. Mingo v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 09-148 | E.L. Chancellor v. Anchor Packing Co., et al. |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 4 | 09-13 | Joseph Wayne Odom, et al. v. Aqua-Chem, Inc., et al. |
| NCE | 5 | 08-528 | Walter Butts, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCE | 5 | 08-589 | Jefferson D. McMahan, III, et al. v. Anchor Packing Co., et al. |
| NCE | 5 | 09-10 | Newton H. Burgess, Jr., et al. v. Anchor Packing Co., et al. |
| NCE | 5 | 09-30 | Pearl W. Grady v. Aqua-Chem, Inc., et al. |
| NCE | 7 | 08-175 | Cecil L. Reese, et al. v. Aqua-Chem, Inc., et al. |
| NCE | 7 | 08-187 | Janice Russ Ludwig, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 08-188 | Roy P. Hinson, Jr., et al. v. Aqua-Chem, Inc., et al. |

Case MDL No. 875   Document 5811   Filed 04/10/09   Page 3 of 4

Page 2 of 3

**MDL No. 875 - Schedule CTO-320 Tag-Along Actions (Continued)**

NORTH CAROLINA WESTERN
   NCW  1     09-47     James Mitchell Culp, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-49     John Michael Hall, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-50     Steven Joseph Keller v. Aqua-Chem, Inc., et al.
   NCW  1     09-51     Michael Wayne Kelly, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-57     Garland Vance Lail v. Aqua-Chem, Inc., et al.
   NCW  1     09-58     Tony Ervin Mashburn, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-59     Timothy Wayne Patterson, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-62     Frank James Reeder v. Aqua-Chem, Inc., et al.
   NCW  1     09-64     Anthony Ray Stone v. Aqua-Chem, Inc., et al.
   NCW  1     09-65     William Kenneth Smith, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-66     Robert Walter Sutton, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-75     Raymond Wayne Rider, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-76     Richard Norman Early, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-77     Douglas Eugene Faulkner, Sr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-81     Robert Lee Bivens, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-84     Thomas Edward Lee, Sr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-85     Douglas Blanford Henderson, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-86     Ismael H. Juarez, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-87     Joel Leon Maners, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-88     Michael Ray Henline, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-89     James Howard Byers, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-91     James V. Rhyne, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-94     Leroy Albert Birmingham, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-95     Randy Blair Gantt, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-96     Stephen County Huffstickler v. Aqua-Chem, Inc., et al.
   NCW  1     09-97     Dearl Donald Lemons, et al. v. Aqua-Chem, Inc., et al.
   NCW  1     09-98     John Clegg Robinson v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
   NYE  1     09-600     Susan Turner, etc. v. A.W. Chesterton Co., et al.

OKLAHOMA EASTERN
   ~~OKE  6     09-15     Nora Austin, et al. v. A.W. Chesterton Co., Inc., et al.~~
                             Opposed 4/2/09

PENNSYLVANIA WESTERN
   PAW  2     09-125     William Seigfried, et al. v. Allegheny Ludlum Corp., et al.

RHODE ISLAND
   RI    1     09-2    John F. Flynn v. Buffalo Pumps, Inc., et al.

## MDL No. 875 - Schedule CTO-320 Tag-Along Actions (Continued)

SOUTH CAROLINA
  SC  0  09-289         Kyle Frank Howell, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-340         Freddie William Sims, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-599         Patricia W. Bailey, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-611         Ralph Leon Lockridge, et al. v. Aqua-Chem, Inc., et al.
  SC  3  09-365         Anthony Rhett Gerrald, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-341         Stephen Eugene Charles, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-344         Edwin Buford Alewine, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-468         Michael Alda Pruitt, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-582         Scott Malcolm Thomas, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-584         James Talmadge Saylors, Jr. v. Aqua-Chem, Inc., et al.
  SC  8  09-585         Joel Stanley Pace v. Aqua-Chem, Inc., et al.
  SC  8  09-588         Verlin Ray Owen, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-590         Gene Davis Glass, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-597         Alfred G. Wood, III, et al. v. Aqua-Chem, Inc., et al.

TEXAS WESTERN
  ~~TXW  1  08-17~~        ~~Reggy Taylor, et al. v. Lucent Technologies, Inc., et al.~~
                              Opposed 4/9/09

UTAH
  ~~UT    2  09-86~~        ~~Jerry D. Anderson, et al. v. Hamilton Materials Inc., et al.~~
                                Opposed 4/8/09

VIRGINIA EASTERN
  VAE  2  09-9486       Robert H. Bromley v. American Standard, Inc., et al.
  VAE  2  09-9487       Hayward L. Cox v. American Standard, Inc., et al.
  VAE  2  09-9488       Charles L. Petty, Jr. v. American Standard, Inc., et al.
  VAE  2  09-9489       Allan Rauch v. American Standard, Inc., et al.
  VAE  2  09-9490       Ted L. Rush v. American Standard, Inc., et al.
  VAE  2  09-9491       John A. Sargent v. American Standard, Inc., et al.
  VAE  2  09-9492       Vance A. Smith v. American Standard, Inc., et al.
  VAE  2  09-9493       Isabel Vasquez v. American Standard, Inc., et al.
  VAE  2  09-9494       Charles R. Ward v. American Standard, Inc., et al.
  VAE  2  09-9495       Marvin M. Ward v. American Standard, Inc., et al.
  VAE  2  09-9496       Alex Watson v. American Standard, Inc., et al.
  VAE  2  09-9497       Raymond R. Weishaar v. American Standard, Inc., et al.
  VAE  2  09-9498       Floyd Welch v. American Standard, Inc., et al.
  VAE  2  09-9499       Larry E. Worley v. American Standard, Inc., et al.