MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 16 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

MARY T. MEREDITH et al.                                    Plaintiffs

v.                                                 CASE NO. 2:09-886

BONDEX INTERNATIONAL, INC.,                                Defendants
et al.

## PLAINTIFFS' MOTION TO VACATE THE
## CONDITIONAL TRANSFER ORDER (CTO-320)

Plaintiffs, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby move the Panel to vacate its Conditional Transfer Order dated March 25, 2009 (CTO-320). Defendant Lockheed Martin Corporation removed this action from California state court on February 5, 2009, claiming subject matter jurisdiction under the federal officer removal statute (28 U.S.C. § 1442(a)(1)).

Plaintiffs filed a motion to remand pending in the United States District Court for the Central District of California. Plaintiffs' motion, which was denied on or about April 6, was premised on the grounds that there is no subject matter jurisdiction because Lockheed Martin failed to file a timely notice of removal. Notwithstanding the denial of

OFFICIAL FILE COPY  IMAGED APR 1 6 2009

their motion to remand, plaintiffs maintain that a transfer will not further the convenience of the parties or witnesses, and common issues do not predominate over individual issues of fact.

This motion is based on the attached Brief in Support of Motion to Vacate Conditional Transfer Order and any other materials as may be presented to the Panel at the time of the hearing on the motion.

April 15, 2009

Respectfully submitted,

_____
ATTORNEYS FOR PLAINTIFFS

BRIAN P. BARROW
SIMON, EDDINS & GREENSTONE LLP
301 E. Ocean Boulevard, Suite 1950
Long Beach, California 90802
(562) 590-3400
(562) 590-3412

RECEIVED CLERK'S OFFICE 2009 APR 16 A 10: 22 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

APR 16 2009

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

MARY T. MEREDITH et al.,                                    **Plaintiffs**

v.                                                          CASE NO. 2:09-886

BONDEX INTERNATIONAL, INC.,                                 **Defendants**
et al.

## PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO VACATE
## THE CONDITIONAL TRANSFER ORDER (CTO-320)

Plaintiffs respectfully file this brief in support of their motion to vacate the Conditional Transfer Order (CTO-320) entered by the Judicial Panel on Multidistrict Litigation on March 25, 2009. Plaintiffs move to vacate the Conditional Transfer Order on the ground that transfer would not further the convenience of the parties. Defendant Lockheed Martin Corporation filed an untimely notice of removal from California state court, claiming subject matter jurisdiction based on the federal officer removal statute (28 U.S.C. § 1442(a)(1)).

Plaintiffs filed a motion to remand that that was heard and denied in April 2009 by District Judge Manuel L. Real in the United States District Court for the Central District

of California. Nothwithstanding the denial of remand, the Conditional Transfer Order should be vacated so that this case will proceed to a regularly-scheduled trial before Judge Real in the Central District of California.

## PROCEDURAL HISTORY

Plaintiffs filed and served this asbestos product liability action in or around June 2008, in the Superior Court of the State of California, County of Los Angeles. In their complaint, plaintiffs asserted state-law based failure to warn and design defect claims, but expressly disclaimed any cause of action or recovery based on acts or omissions undertaken at the direction of a federal officer.

Some seven months later, in February 2009, Lockheed filed a notice of removal claiming that all aspects of design and manufacture of its products were directed by a federal officer. Plaintiffs moved for remand contending that Lockheed's notice of removal was untimely. On or around April 6, plaintiffs' motion to remand was denied. Notwithstanding that denial, plaintiffs maintain that transfer to the Eastern District of Pennsylvania will not further the convenience of the parties or witnesses, and common issues do not predominate over individual issues of fact.

## ARGUMENT

### I.

### Transfer Will Not Further the Convenience of the Parties.

The asbestos docket was reportedly created in the Eastern District of Pennsylvania to further the convenience of the parties and to facilitate resolution of cases. Plaintiffs submit that the most convenient and efficient method for resolving their claims would be

to vacate the transfer order and permit this case to regularly proceed to trial in the district court. There is no convenience to the parties arising out of a transfer and, to the contrary, a transfer to the Eastern District of Pennsylvania would not only be inconvenient, but prejudicial to an efficient resolution of their claims. Based on this lack of convenience, and the prejudice to a fair and efficient resolution, plaintiffs respectfully request this Panel to vacate its transfer order.

April 15, 2009

Respectfully submitted,

_____
ATTORNEYS FOR PLAINTIFF

BRIAN P. BARROW
SIMON, EDDINS & GREENSTONE LLP
301 E. Ocean Boulevard, Suite 1950
Long Beach, California 90802
(562) 590-3400
(562) 590-3412 (facsimile)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 APR 16 A 10: 22
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 16 2009

FILED
CLERK'S OFFICE

PROOF OF SERVICE

STATE OF CALIFORNIA )
                    )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over eighteen years of age and not a party to the within action; my business address is 301 East Ocean Blvd., Suite 1950, Long Beach, California. I am employed in Los Angeles County, California.

On the date set forth below, I served the foregoing document(s) described as:

**PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-320)**

On all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

SEE ATTACHED SERVICE LIST

[X]   BY MAIL:   I caused such envelope(s) to be deposited in the mail at Long Beach, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[]   BY FACSIMILE:   I caused a courtesy copy to be transmitted by facsimile to the facsimile number of the offices of the addressee(s) as indicated above and below (see service list).

[X]   BY FEDERAL EXPRESS:   I caused such envelope to be transmitted by federal express for next day delivery (by 10:30 a.m.) to the offices of the Jeffery N. Luthi, Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, D.C. 20002.

[X]   [STATE] I declare under penalty of perjury, under the laws of the State of California that the above is true and correct.

[]   [FEDERAL] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 15th day of April, 2009, at Long Beach, California.

ANNIE GREENFELD

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

PANEL SERVICE LIST (EXCERPTED FROM CTO-320)

Mary T. Meredith, et al. v. Bondex International, Inc., et al., C.D. California, C.A. No. 2:09-886
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Brian P. Barrow
SIMON EDDINS & GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90815

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Macy M. Chan
HAWKINS PARNELL & THACKSON LLP
444 South Flower Street
Los Angeles, CA 90071

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

David M. Glaspy
GLASPY & GLASPY
One Walnut Creek Center, Suite 750
100 Pringle Avenue
Walnut Creek, CA 94596

Andy J. Goetz
PRINDLE DECKER & AMARO LLP
310 Golden Shore, 4th Floor
P.O Box 22711
Long Beach, CA 90801-5511

Alan Scott Goldberg
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Daniel W S Ip
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Charles W. Jenkins
POOL & SHAFFERY LLP
445 South Figueroa Street, Suite 2520
Los Angeles, CA 90071

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

**MDL No. 875 - Panel Service List (Excerpted From CTO-320) (Continued)**

John P. Katerndahl
HASSARD BONNINGTON LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Brien F. McMahon
PERKINS COIE
South Tower
1620 26th Street, 6th Floor
Santa Monica, CA 90404-4013

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Amee A. Mikacich
FILICE BROWN EASSA & MCLEOD LLP
Lake Merritt Plz
1999 Harrison Street, Suite 1800
Oakland, CA 94612-3520

Farah Sohaili Nicol
MCKENNA LONG & ALDRIDGE LLP
444 S Flower Street
8th Floor
Los Angeles, CA 90071-2901

Heather L. Nicoletti
WALSWORTH FRANKLIN BEVINS &
MCCALL
One City Boulevard, West
Fifth Floor
Orange, CA 92868-3677

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Deborah Maria Parker
KNOTT & GLAZIER LLP
601 S. Figueroa Street
Suite 4200
Los Angeles, CA 90017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

**MDL No. 875 - Panel Service List (Excerpted From CTO-320) (Continued)**

Henry D. Rome
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road
Suite 200
Redwood, CA 94061-7715

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Melanie L. White
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101