MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
MDL NO. 875

| | |
|---|---|
| FRANCIS BRUCE TRAVIS | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 08-cv-11010 |
| VS. | : |
| GENERAL ELECTRIC COMPANY et al., | : |
| Defendants. | : |

PLEADING NO. 5814

**DEFENDANT GENERAL ELECTRIC COMPANY OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 319**

RECEIVED
CLERK'S OFFICE
2009 APR 21 A 9: 45
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**

IMAGED APR 2 4 2009

## I.   **INTRODUCTION**

Defendant General Electric Company ("GE") files this Opposition to the Motion to Vacate Conditional Transfer Order 319 ("CTO-319") filed by Plaintiff in the case of *Francis Bruce Travis v. General Electric Company, et al.*, Civil Action Number 08-cv-11010 (S.D.N.Y.). The Judicial Panel on Multidistrict Litigation's (the "Panel") CTO-319 transferred this case for coordinated or consolidated pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania ("MDL-875") pursuant to 28 U.S.C. § 1407. This case is similar, if not identical, to cases that have been or will be subject to transfer to MDL-875. To ensure the efficient and consistent adjudication of this case, along with the many others throughout the United States, this Panel should deny Plaintiff's Motion to Vacate CTO-319.

For both efficiency and consistency, the Panel routinely denies objections to transfer that are premised on jurisdictional issues or pending motions to remand. In fact, the Panel has denied these types of motions in this litigation. (See *In re Asbestos Products Liability Litigation*, 1996 WL 143826 (J.P.M.L. February 16, 1996), *In re Asbestos Products Liability Litigation*, 170 F.Supp.2d 1348 (J.P.M.L. October 18, 2001).) Although Plaintiff has filed a motion to remand in this case, it has not been heard by the district court, but can just as easily be decided by the MDL Panel after transfer.

GE contends that the only factual issues germane to CTO-319 are already known and stated in Plaintiff's motion. Namely, it is contended that Plaintiff Francis Bruce Travis contracted mesothelioma as a result of his exposure to asbestos. This is exactly the type of asbestos personal injury case that should be transferred to MDL-875. The threat of a

jurisdictional objection does not change this fact. Since any motion filed by Plaintiff could only raise issues already addressed by the Panel in this litigation, the Panel, as it has done many times previously, should deny Plaintiff's Motion to Vacate.

## II.   TRANSFER TO THE EASTERN DISTRICT OF PENNSYLVANIA IS APPROPRIATE FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS.

Transfer of this tag-along action to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings is appropriate for several reasons. First, the Panel has the authority to transfer such cases despite pending, or contemplated, jurisdictional objections. Second, assuming a jurisdictional issue is raised, a determination of the issue is well within the transferee court's authority and should be heard by a single court. Third, transfer and coordination or consolidation promotes judicial efficiency and consistency.

### A.   The Panel Has Authority To Transfer Despite Pending Jurisdictional Claims.

Courts have consistently held that the Panel's authority to transfer tag-along cases to multidistrict litigation withstands pending jurisdictional objections. Jurisdictional objections alone are not grounds for opposing transfer of a case for coordinated or consolidated pretrial proceedings. (*In re Gypsum Wallboard*, 302 F. Supp. 794, 794 (J.P.M.L. 1969).) Likewise, the fact that a case is in federal court by removal from state court has no bearing on a motion to transfer the case for MDL proceedings. (*In re Antibiotic Drugs*, 299 F. Supp. 1403 (J.P.M.L. 1969).)

As recognized by the Second Circuit Court of Appeals, the Panel has the authority to transfer a case in which (as is true here) a motion to remand to state court is pending. (*In re Ivy*, 901 F.2d 7 (2d Cir. 1990).) Numerous courts have cited and relied on *Ivy* for this proposition. (See, e.g., *In re California Retail Natural Gas and Electric Antitrust Litigation.*, 150 F.Supp.2d 1383, 1384 (J.P.M.L. August 15, 2001); *In re Bridgestone/Firestone, Inc.*, 151 F.Supp.2d 1381, 1382 (J.P.M.L. 2001); *Meyers v. Bayer*, 143 F.Supp.2d 1044, 1047 (E.D.Wis. 2001); *Ryan v. Dow Chemical Co.*, 781 F.Supp. 902, 912 (E.D.N.Y. 1991); *Johnson v. AMR Corp.*, 1996 WL 164415, at *3 (N.D. Ill. April 3, 1996).)

Consistent with the goal of promoting efficiency and consistency, other courts have also recognized the Panel's authority to transfer cases subject to pending jurisdictional objections. (See, e.g., *Good v. Prudential Ins. Co.*, 5 F. Supp. 2d 804 (N.D. Ca. 1998).) The "power of the Panel to effectuate transfer under 1407 is not vitiated by the transferor court's lack of personal jurisdiction over a defendant." (*In re Gypsum Wallboard*, 302 F. Supp. 794, 794 (J.P.M.L. 1969).)

The pendency of a motion to remand does not compromise the Panel's authority to transfer such actions for coordinated or consolidated MDL proceedings. The existence of such a pending motion in this case does not mandate a return of this case to the district court.

**B.      Transfer Promotes Judicial Efficiency and Consistency.**

Through Section 1407, Congress intended to promote the "just and efficient conduct" of the actions transferred thereunder. (*In re Ivy*, 901 F.2d 7 (2d Cir. 1990).) In mass tort cases consolidated under Section 1407, similar jurisdictional issues are "easily capable of arising in

hundreds or even thousands of cases in district courts throughout the nation." (*Id.* at 9.) "Consistency and economy are both served by resolution of [motions to remand] by a single court after transfer by the J.P.M.L." (*Aikins v. Microsoft Corp.,* 2000 WL 310391, at * 1 (E.D. La., Mar. 24, 2000).) "If remand issues are common to many [cases], decisions by the transferee judge would avoid duplicative discovery and conflicting pretrial rulings." (*Boudreaux v. Metropolitan Life Ins. Co.,* 1995 WL 83788, at *2 (E.D. La., February 24, 1995).) In fact, in the present litigation this Panel already has stated that:

> [T]ransfer of these actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation... In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district...were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. (*In re Asbestos Products Liability Litigation*, 1996 WL 143826 (J.P.M.L. 1996).

The transferee judge's experience and expertise with cases coordinated or consolidated in multidistrict litigation will assist the determination of jurisdictional issues and "should not be wasted." (*Tench v. Jackson Nat'l Life Ins. Co.,* 1999 WL 1044923, at *2 (N.D. Ill. Nov. 12, 1999). Any suggestion that the transferor jurisdiction is better equipped to decide jurisdictional issues will not support opposition to the issuance of a transfer order because "the problem of ascertaining and applying the law of the transferor jurisdiction is frequently faced by transferee judges." (*In re Duane,* 354 F. Supp. 278, 279 (J.P.M.L. 1973); see, e.g., *In re Puerto Rico Air Disaster Litig.,* 340 F. Supp. 492 (D.P.R. 1972).) Indeed, remand and other motions can be

presented to and decided by the transferee judge. (See, e.g., *In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Serzone Products Liability Litigation (J.P.M.L.* June 13, 2003); *In re Air Crash Disaster at Florida Everglades on December 29, 1972,* 368 F.Supp. 812, 813 (J.P.M.L. 1973).)

Regardless of Plaintiff's contentions, the sole issue for consideration here is "the merits of the transfer viewed against the purposes of the multidistrict litigation statutory scheme, whether or not there is a pending jurisdictional objection." *In re Ivy,* 901 F.2d 7, 9 (2d Cir. 1990). In view of this aim, allegedly imminent rulings by the transferor district have little bearing on this case. The panel recently addressed this point:

> Furthermore, there is no need to delay transfer in order to accommodate any interest of the transferor court in resolving a pending remand motion. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.IP.ML., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-1061 can continue without any unnecessary interruption or delay. (*In re Prudential Ins. Co.,* 2001 WL 980541, at *1 (J.P.ML. Aug. 15, 2001).)

Against this background, courts consistently find that transfer of an otherwise transferable tag-along action to a single district for pretrial proceedings under Section 1407 should not be delayed due to the pendency of motions in the transferor district. (See, e.g., *In re New Mexico Natural Gas Antitrust Litig.,* 482 F. Supp. 333 (J.P.M.L. 1979); see also *In re IBM,* 302 F. Supp. 796 (J.P.M.L. 1969) [refusing to delay transfer where notice of appeal from order

denying motion for preliminary injunction was pending in district from which private civil antitrust action was proposed to be transferred where circumstances otherwise warranted transfer].)

Thus, because the Panel has the authority to transfer this action despite the pendency of the Plaintiff's motion to remand, because the transferee district is well positioned to handle such issues in a coordinated or consolidated manner, and because such coordination or consolidation promotes judicial efficiency and consistency in keeping with the congressional aims of Section 1407, this Panel should deny Plaintiff's Motion to Vacate and proceed with the transfer of this matter to MDL-875, *In Re Asbestos Product Liability Litigation (No. VI)*, pending in the United States District Court for the Eastern District of Pennsylvania.

### III.   CONCLUSION

Defendant GENERAL ELECTRIC COMPANY respectfully requests that this Panel deny Plaintiff's Motion to Vacate Conditional Transfer Order 319.

RESPECTFULLY SUBMITTED, this 20th Day of April, 2009.

Afigo I. Okpewho
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Attorneys for Defendant General Electric Company

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
MDL NO. 875

| FRANCIS BRUCE TRAVIS | |
|---|---|
| Plaintiff(s), | Civil Action No. 08-11010 |
| -against- | |
| 3M COMPANY, ET AL. | |
| Defendants | CERTIFICATION OF SERVICE |

I, Afigo I. Okpewho, hereby certify that on April 20, 2009 true and correct copies of General Electric Company's Opposition to Plaintiff's Motion to Vacation Conditional Transfer Order 319 and disc containing a copy of that Opposition were forwarded to the Clerk of the Judicial Panel of the MultiDistrict Litigation, via Federal Express.

I further certify that true and correct copies thereof were forwarded on April 20, 2009, to plaintiff's counsel and to all known defense counsel via e-mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

_____
Afigo I. Okpewho
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 242-0002
Attorneys for Defendant, General Electric Company

2009 APR 21 A 9:45
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

NJ/252921v1

## Francis Bruce Travis Service Rider

| | |
|---|---|
| Nancy McDonald, Esq.<br>McElroy, Deutsch & Mulvaney<br>1300 Mt. Kemble Avenue<br>Morristown, New Jersey 07962-2075 | Counsel for Eaton Corp. |
| Anna Dilonardo, Esq.<br>Weiner Lesniak LLP<br>888 Veterans Memorial Hwy.<br>Hauppauge, New York 11787 | Counsel for Bondex International, Inc., Borg Warner Corp. and Lockheed Martin Corp. |
| Cori Leavitt, Esq.<br>William Bradley, Esq.<br>Robert Malaby, Esq.<br>Malaby, Carlisle & Bradley, LLC<br>150 Broadway<br>New York, New York 10038 | Counsel for Viacom, Inc. |
| John A. Turlik, Esq.<br>Dave Weinberg, Esq.<br>Segal McCambridge, Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, New York 10022-7523 | Counsel for Garlock Sealing Technologies, LLC |
| Scott R. Emery, Esq.<br>Lynch Daskal Emery LLP<br>264 West 40th Street<br>New York, New York 10018 | Counsel for Chrysler, LLC, Georgia Pacific Corporation and Goodyear Tire & Rubber Co. |
| Lisa Linsky, Esq.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, New York 10017 | Counsel for Honeywell International, Inc. |
| Frank Cecere, Esq.<br>Ahmuty Demers & McManus<br>200 I.U. Willets Road<br>Albertson, NY 11507 | Counsel for Carrier Corp. |
| Joseph Colao, Esq.<br>Leader & Berkon<br>630 Third Avenue, 17th Floor<br>New York, NY 10017 | Counsel for IMO Industries, Inc. |
| Julie Evans, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, New York 10017 | Counsel for A.W. Chesterton Co, Inc., Boeing Co., Boeing Integrated defense Systems and General Dynamics |
| Cynthia Weiss Antonucci, Esq.<br>Harris Beach, LLP<br>100 Wall Street<br>New York, New York 10005 | Counsel for Kentile Floors, Inc. |
| Francis Quinn, Esq.<br>Lavin, Coleman, O'Neil, Ricci & Finarelli<br>420 Lexington Avenue<br>New York, New York 10170 | Counsel for 3M Co. |
| Mark Feinstein, Esq.<br>Aaronson, Rappaport, Feinstein, & Deutsch, LLP<br>757 Third Avenue<br>New York, NY 10017 | Counsel for Ford Motor Co., General Motors Corp. and Rolls Royce Corp. |
| James Walker Smith, Esq.<br>Smith Abbot, LLP | Counsel for Abex Corp. |

| | |
|---|---|
| 90 Broad Street, 4th Floor<br>New York, NY 10004 | |
| Lawrence McGivney, Esq.<br>McGivney, Kluger & Gannon, P.C.<br>80 Broad Street – 23rd Fl.<br>New York, New York 10004 | Counsel for Curtis Wright Corp. |
| Andrew Sapon, Esq.<br>Bivona & Cohen P.C.<br>88 Pine Street<br>New York, New York 10005 | Counsel for Eaton Hydraulics, Inc. |
| Patrick J. Dwyer, Esq.<br>Smith, Stratton, Wise, Heher & Brennan<br>2 Research Way<br>Princeton, NJ 08540 | Counsel for Goodrich Corp. f/k/a B.F. Goodrich Co. |
| Paul Stater, Esq.<br>Richard O'Leary, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>Newark, New Jersey 07102 | Cousnel for Parker hannifin Stratoflex Products Division |
| Allison Fihma, Esq.<br>Schnader Harrison Segal & Lewis<br>140 Brodway, Suite 3100<br>New York, NY 10005 | COunsel for United Gilsonite Laboratories |

NJ/233697v1

## INVOLVED COUNSEL LIST (CTO-319)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street,
22nd Floor
Baltimore, MD 21201

Edward E. Bagnell Jr
SPOTTS FAIN PC
411 E Franklin Street
P.O. Box 1555
Richmond, VA 23218-1555

Timothy M. Barber
AXLEY BRYNELSON LLP
Manchester Place
Two East Mifflin Street,
Suite 200
P.O. Box 1767
Madison, WI 53701-1767

Brian P. Barrow
SIMON EDDINS &
GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Joseph Blizzard
ANDREWS & KURTH LLP
BankOne Center
1717 Main Street, Suite 3700
Dallas, TX 75201

Ernest W. Boyd Jr.
MEHAFFY & WEBER PC
One Allen Center
500 Dallas Street, Suite 1200
Houston, TX 77002

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Arthur D. Bromberg
WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Robert A. Bunda
BUNDA STUTZ & DEWITT
3295 Levis Commons Blvd.
Perrysburg, OH 43551

Donald H. Carlson
CRIVELLO CARLSON SC
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

Eric D. Carlson
CRIVELLO CARLSON SC
The Empire Building
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607

Gerard Cedrone
LAVIN O'NEIL RICCI
CEDRONE & DISIPIO
1300 Route 73, Suite 307
MT. Laurel, NJ 08054

Dawn M. Ceizler
GLYNN & FINLEY
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

Nairi Chakalian
HAIGHT BROWN &
BONESTEEL
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981

Ronald D. Church, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP
1515 Poydras Street, Suite 1300
New Orleans, LA 70112

John A. Ciraldo
PERKINS THOMPSON PA
One Canal Plaza
P.O. Box 426 DTS
Portland, ME 04112

Edward P. Coady
COADY & ASSOCIATES
205 Portland Street
Boston, MA 02114

Sherry D. Coley
GODFREY & KAHN SC
333 Main Street
Suite 600
P.O. Box 13067
Green Bay, WI 54307-3067

William David Conner
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

Christopher J. Conrad
NELSON CONNELL CONRAD
TALLMADGE & SLEIN SC
N14 W23755 Stone Ridge Drive
Suite 150
P.O. Box 1190
Waukesha, WI 53187-1109

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Thomas L. Cougill
WILLINGHAM FULTZ &
COUQILL LLP
808 Travis, Suite 1608
Houston, TX 77002

James E. Culhane
DAVIS & KUELTHAU S C
111 E. Kilbourn Avenue,
Suite 1400
Milwaukee, WI 53202-6613

James P. Cunningham
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

Joseph A. D'Avanzo
WILSON ELSER
MOSKOWITZ EDELMAN &
DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street, Suite 240
P.O. Box 15408
Sacramento, CA 95814

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

Mark O. Denehy
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Mark S. Des Rochers
CULBA & DES ROCHERS LLC
600 East Northland Avenue
Appleton, WI 54911

Erik C. DiMarco
WILSON ELSER
MOSKOWITZ EDELMAN &
DICKER LLP
150 East 42nd Street
22nd Floor
New York, NY 10017

Caleb H. Didriksen, III
DIDRIKSEN LAW FIRM
3114 Canal Street
New Orleans, LA 70119

Richard A. Dodd
CAPPOLINO DODD & KREBS
312 South Houston Avenue
Cameron, TX 76520

Donald K. Dorsett
FULBRIGHT WINNIFORD PC
P.O. Box 445
Waco, TX 76703-0445

Lawrence J. Drabot
CRIVELLO CARLSON SC
The Empire Building
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

Alan Ira Dunst
HOAGLAND LONGO MORAN
DUNST & DOUKAS
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903

Daniel S. Elger
GASS WEBER & MULLINS
LLC
309 North Water Street
Milwaukee, WI 53202

Nicholas L. Evanchan Jr.
EVANCHAN & PALMISANO
One GOJO Plaza, Suite 300
Akron, OH 44311

Mark J. Fellman
400 Robert Street North
Suite 1740
St. Paul, MN 55101-2031

Jeffrey S. Fertl
HINSHAW & CULBERTSON
LLP
100 East Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202-4115

Brita J. Forssberg
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Harold J. Friedman
FRIEDMAN GAYTHWAITE
WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Mark G. Furey
THOMPSON BULL FURLEY
BASS & MACCOLL
120 Exchange Street
P.O. Box 447
Portland, ME 04112

Manuel R. Galang
LAW OFFICES OF MANUEL R
GALANG SC
2525 North Mayfair Road
Suite 210
Wauwatosa, WI 53226

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Katherine Paige Gardiner
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105

J.A. Gardner, III
HEDRICK GARDNER
KINCHELOE & GAROFALO
LLP
P.O. Box 30397
Charlotte, NC 28230

John A. Gardner, III
HEDRICK GARDNER KINCHELOE & GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

Leon Gary Jr.
JONES WALKER
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510

Sarah Elizabeth Godfrey
KALBAUGH PFUND & MESSERSMITH PC
901 Moorefield Park Drive
Suite 200
Richmond, VA 23236

Gerardo H. Gonzalez
GONZALEZ SAGGIOL & HARLAN LLP
255 East Michigan Street
4th Floor
Milwaukee, WI 53202

James J. Gross
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300

Jon Haddow
FARRELL ROSENBLATT & RUSSELL
P.O. Box 738
Bangor, ME 04402

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street, Suite 600
Norfolk, VA 23510-2212

Raymond P. Harris Jr.
SCHACTER HARRIS
600 N. Pearl Street
Suite 2300
Dallas, TX 75201-2832

Anthony C. Hayes
NELSON MULLINS RILEY & SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

G. William Higbee
MCTEAGUE HIGBEE CASE COHEN WHITNEY & TOKER
4 Union Park
P.O. Box 5000
Topsham, ME 04086-5000

Bruce D. Huibregtse
STAFFORD ROSENBAUM LLP
222 West Washington Avenue
Suite 900
P.O. Box 1784
Madison, WI 53701-1784

Christopher A.D Hunt
MCCARTER & ENGLISH LLP
265 Franklin Street
Boston, MA 02110

Erik Jacobs
WEITZ & LUXENBERG PC
180 Maiden Lane
17th Floor
New York, NY 10038

Lori E. Jarvis
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joshua L. Johanningmeier
GODFREY & KAHN SC
One East Main Street
Suite 500
P.O. Box 2719
Madison, WI 53701-2719

Derek Spencer Johnson
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Michael Karatov
CONNOR & BISHOP
120 Montgomery Street
Suite 1350
San Francisco, CA 94104

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Christopher J. Keale
SEDGWICK DETERT MORAN & ARNOLD LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

Christine Kennedy-Jensen
DOUGLAS DENHAM BUCCINA & ERNST
103 Exchange Street
P.O. Box 7108
Portland, ME 04112-7108

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN & STILES LLP
755 Magazine Street
New Orleans, LA 70130

Theodore H. Kirchner
NORMAN HANSON &
DETROY
415 Congress
P.O. Box 4600 DTS
Portland, ME 04112

Susan B. Kohn
SIMON PERAGINE SMITH &
REDFEARN LLP
Energy Centre
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Christopher K. Lightfoot
HAILEY MCNAMARA HALL
LARMANN & PAPALE
One Galleria Boulevard
P.O. Box 8288, Suite 1400
Metairie, LA 70011-8288

Robert E. Lytle
SZAFERMAN LAKIND
BLUMSTEIN & BLADER PC
QuakerBridge Executive Center
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John B. Manning
COOLEY MANION & JONES
LLP
21 Custom House Street,
6th Floor
Boston, MA 02110

Timothy Kent Masterson
SPENCE RICKE SWEENEY &
GERNES
Degree of Honor Building
325 Cedar Street, Suite 600
St. Paul, MN 55101

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

Timothy J. McHugh
LAVIN O'NEIL RICCI
CEDRONE & DISIPIO
190 N. Independence Mall West
6th & Race Street, Suite 500
Philadelphia, PA 19106

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Julie Lynn Mer
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110

Willard J. Moody Jr.
MOODY STROPLE
KLOEPPEL ET AL
500 Crawford Street
Commerce Bank Building,
Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Mitchell S. Moser
QUARLES & BRADY
411 East Wisconsin Avenue
Suite 2040
Milwaukee, WI 53202-4497

Matthew C. O'Connell
SUTTER O'CONNELL &
FARCHIONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Richard P. O'Leary
MCCARTER & ENGLISH LLP
245 Park Avenue
27th Floor
New York, NY 10022

Daniel Dennis O'Shea
JACKSON & WALLACE LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133

Andrew S. Oettinger
GODFREY & KAHN SC
780 North Water Street
Milwaukee, WI 53202-3590

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center, 19th Floor
Newark, NJ 07102

Katharine S. Perry
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110

Timothy J. Pike
PETERSON JOHNSON &
MURRAY SC
10505 Corporate Drive
Suite 201A
Pleasant Prairie, WI 53158

Michael S. Polk
SIEBEN POLK LAW FIRM
1640 South Frontage Road
Suite 200
Hastings, MN 55033

Lisa Powell
JACKSON WALKER
1401 McKinney
Suite 1900
Houston, TX 77010

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Donald Richard Pugliese Sr.
MCDERMOTT WILL &
EMERY LLP
340 Madison Avenue
New York, NY 10017

Antonio D. Pyle
LAW OFFICE OF ANTONIO D
PYLE PC
227 Upper Baird Road
Stowe, VT 05672

Agatha K. Raynor
CRIVELLO CARLSON SC
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

Olivia Smith Regard
JONES WALKER
500 Dover Boulevard
Lafayette, LA 70503

Noe Reyna
JOHNSON SPALDING DOYLE
WEST & TRENT
919 Milam
Suite 1700
Houston, TX 77002-2778

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Jennifer A. Riester
WESTON HURD
1900 Tower at Erieview
1301 East Ninth Street
Cleveland, OH 44114-1862

Edward A. Rodrigue, Jr.
BOGGS LOEHN & RODRIGUE
3616 South I-10 Service Road
West, Suite 109
Metairie, LA 70001

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Michael E. Saucier
THOMPSON & BOWIE
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Richard D. Schuster
VORYS SATER SEYMOUR &
PEASE LLP
2100 One Cleveland Center
1375 E. Ninth Street
Cleveland, OH 44114

Rebecca C. Sechrist
BUNDA STUTZ & DEWITT
3295 Levis Commons Blvd.
Perrysburg, OH 43551

William L. Shenkenberg
DAVIS & KUELTHAU SC
300 N. Corporate Dr., Suite 150
Brookfield, WI 53045-5804

W. W. Siesennop
SIESENNOP & SULLIVAN
200 North Jefferson Street
Suite 200
Milwaukee, WI 53202

Erica M. Sorosky
PALMIERI TYLER WIENER
WILHELM & WALDRON
2603 Main Street, Suite 1300
Irvine, CA 92614

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER BOYD
PA
P.O. Box 2048
Greenville, SC 29602-2048

Elizabeth G. Stouder
RICHARDSON WHITMAN LARGE
& BADGER
465 Congress St.
P.O. Box 9545
Portland, ME 04112

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF
LLC
3405 Piedmont Road, NE, Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS & KONIGSBERG LLP
800 Third Ave
13th Floor
New York, NY 10022

Leon W. Todd
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

R. Bart Totten
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Andrew Marc Warshauer
WEINER LESNIAK LLP
888 Veterans Memorial Highway
Hauppauge, NY 11788

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Terri L. Weber
NASH SPINDLER GRIMSTAD & MCCRACKEN LLP
201 East Waldo Boulevard
Manitowoc, WI 54220-2992

Paul A. Weykamp
LAW OFFICES OF PAUL A WEYKAMP
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Clay M. White
WHITE SHAVER PC
205 W. Locust
Tyler, TX 75702

Paul Oliver Wickes
HUNTON & WILLIAMS LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202

Robert W. Wilkinson
DOGAN & WILKINSON PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618

Stephen B. Williamson
MCGUIREWOODS LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

George D. Yaron
YARON & ASSOCIATES
601 California Street
21st Floor
San Francisco, CA 94108

Jennifer D. Zajac
4512 Laudun Street
Metairie, LA 70006