MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2009

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS § | | |
| LIABILITY LITIGATION (No. VI) § | MDL DOCKET NO. 875 | |

This document relates to:

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JERRY D. ANDERSON and § | |
| GLENYS ANDERSON, § | |
| § | (State Court Case No. 080921382) |
| Plaintiffs, § | |
| § | Case No. 2:09-CV-86 |
| VS. § | |
| § | Judge Bruce S. Jenkins |
| HAMILTON MATERIALS, INC., et al § | |
| § | |
| Defendants. § | |

PLEADING NO. 5816

## MOTION TO VACATE THE
## CONDITIONAL TRANSFER ORDER

Plaintiffs, pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its order of March 25, 2009, conditionally transferring the above-captioned case to the United States District Court for the Eastern District of Pennsylvania. This motion is based on the attached Brief in Support of Motion to Vacate Conditional Transfer Order and such other materials as may be presented to the Panel at the time of the hearing on the motion.

Pursuant to Rule 16.1, movants request the Clerk to set this motion for hearing at the next session of the Panel.

OFFICIAL FILE COPY

IMAGED APR 2 3 2009

DATED: April 21, 2009

Respectfully submitted,

_[signature]_

CHARLES S. SIEGEL, TX Bar No. 18341875
CHARLES E. VALLES, TX Bar No. 00789696
SUSANNAH B. CHESTER, TX Bar No. 24056878
**WATERS & KRAUS, L.L.P.**
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: 214-357-6244
Facsimile: 214-357-7252

MARK F. JAMES (5295)
**HATCH, JAMES & DODGE, P.C.**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: 801-363-6363
Facsimile: 801-363-6666

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to Vacate the Conditional Transfer Order has been served by facsimile and/or regular mail on all counsel of record (Schedule CTO-320 / Docket No. 875, attached hereto), on this 21st day of April 2009.

_[signature]_
CHARLES S. SIEGEL

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-320)

Jerry D. Anderson, et al. v. Hamilton Materials Inc., et al., D. Utah, C.A. No. 2:09-86
(Judge Bruce S. Jenkins)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

John P. Ball Jr
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

Mary P. Birk
BAKER & HOSTETLER LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Patricia W. Christensen
PARR BROWN GEE & LOVELESS
185 South State Street
13th Floor
P.O. Box 11019
Salt Lake City, UT 84147

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Geoffrey C. Haslam
CHRISTENSEN & JENSEN
15 W South Temple
Suite 800
Salt Lake City, UT 84101

Mark F. James
HATCH JAMES & DODGE
10 West Broadway
Suite 400
Salt Lake City, UT 84101

Conrad H. Johansen
OLSEN SKOUBE & NELSON
999 E Murray Holladay Road
Suite 200
Salt Lake City, UT 84117

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

MDL No. 875 - Involved Counsel List (Excerpted from CTO-320) (Continued)

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Melinda A. Morgan
RICHARDS BRANDT MILLER & NELSON
299 S. Main Street, 15th Floor
P.O. Box 2465
Salt Lake City, UT 84110

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Charles S. Siegel
WATERS & KRAUS LLP
3219 McKinney Avenue
Dallas, TX 75204

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Todd S. Winegar
P.O. Box 353
Salt Lake City, UT 84110-0353

| ALL KNOWN COUNSEL OF RECORD | | FAX | PHONE |
| --- | --- | --- | --- |
| Bailey Drywall & Supply, Inc. | Johansen, Conrad H. | 801-365-1031 | 801-365-1030 |
| Bailey Drywall & Supply, Inc. | Wilder, Tracy A. | 801-365-1031 | 801-365-1030 |
| Elementis Chemicals, Inc. (f/k/a Harcros Chemical, Inc., sii to Harrisons & Crosfield (Pacific)) | Dunyon, Jill L. | 801-363-0400 | 801-322-9129 |
| Elementis Chemicals, Inc. (f/k/a Harcros Chemical, Inc., sii to Harrisons & Crosfield (Pacific)) | Kashani, Mahsa M. | 510-433-1836 | 510-433-1830 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Ball, John P. | 801-536-6111 | 801-532-1234 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Farrell, Nicole G. | 801-536-6111 | 801-532-1234 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Venti, Katherine | 801-536-6111 | 801-532-1234 |
| Hamilton Materials, Inc. | Morgan, Melinda A. | 801-532-5506 | 801-531-2000 |
| Kelly-Moore Paint Company, Inc. | Boyd, Scot A. | 801-355-3472 | 801-323-5000 |
| Kelly-Moore Paint Company, Inc. | Haslam, Geoffrey C. | 801-355-3472 | 801-323-5000 |
| Union Carbide Corporation | Birk, Mary Price | 303-861-7805 | 303-861-0600 |
| Union Carbide Corporation | Christensen, Patricia W. | 801-532-7750 | 801-532-7840 |
| Union Carbide Corporation | Hellbusch, Ronald L. | 303-861-7805 | 303-861-0600 |

| CC: | | FAX | PHONE |
| --- | --- | --- | --- |
| James, Mark | | 801-363-6666 | 801-363-6363 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2009

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| JERRY D. ANDERSON and | § | |
| GLENYS ANDERSON, | § | |
| | § | (State Court Case No. 080921382) |
| Plaintiffs, | § | |
| | § | Case No. 2:09-CV-86 |
| VS. | § | |
| | § | Judge Bruce S. Jenkins |
| HAMILTON MATERIALS, INC., et al | § | |
| | § | |
| Defendants. | § | |

**BRIEF IN SUPPORT OF MOTION
TO VACATE THE CONDITIONAL TRANSFER ORDER**

PRELIMINARY STATEMENT

Plaintiffs respectfully file this brief in support of their motion to vacate the conditional transfer order (CTO-320) entered by the Judicial Panel on Multidistrict Litigation on March 25, 2009. This submission is being filed within 15 days of the filing of the Notice of Opposition.

Plaintiffs have filed a motion for remand in the above case. Despite the fact that the Panel entered its conditional transfer order before the district court judge was able to rule on the motion, that judge has not lost jurisdiction over this case and, therefore, can make a determination as to plaintiffs' motion for remand. Faulk v. Owens-Corning Fiberglas Corp., et al., 48 F.Supp.2d 653, 657 (E.D. Tex. 1999); See Panel Rule 1.5, 181 F.R.D. 1, 3 (1998).

Mr. Anderson has terminal mesothelioma, an "invariably fatal cancer... for which asbestos exposure is the only known cause...." In re Patenaude, 210 F.3d 135, 138 (3d Cir.), cert. Denied, 531 U.S. 1011 (2000).

The Panel has vacated conditional transfer orders in the past, to afford transferor courts an opportunity to rule promptly on motions for remand to state court. In Vasura v. ACandS, Inc., 84 F.Supp.2d 531 (S.D.N.Y. 2000), another asbestos case removed from state court, the Panel "vacated its prior transfer order to allow [the transferor] Court to decide Vasura's motion for remand." Id. at 533.

For these reasons, plaintiffs respectfully pray that their motion to vacate the conditional transfer order be granted.

DATED: April 21, 2009

Respectfully submitted,

_____
CHARLES S. SIEGEL, TX Bar No. 18341875
CHARLES E. VALLES, TX Bar No. 00789696
SUSANNAH B. CHESTER, TX Bar No. 24056878
**WATERS & KRAUS, L.L.P.**
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: 214-357-6244
Facsimile: 214-357-7252

MARK F. JAMES (5295)
**HATCH, JAMES & DODGE, P.C.**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: 801-363-6363
Facsimile: 801-363-6666

ATTORNEYS FOR PLAINTIFFS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 2 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Brief in Support of Motion to Vacate the Conditional Transfer Order has been served by facsimile and/or regular mail on all counsel of record (Schedule CTO-320 / Docket No. 875, attached hereto), on this 21st day of April 2009.

CHARLES S. SIEGEL

RECEIVED
CLERK'S OFFICE
2009 APR 22 A 11:12
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-320)

Jerry D. Anderson, et al. v. Hamilton Materials Inc., et al., D. Utah, C.A. No. 2:09-86
(Judge Bruce S. Jenkins)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

John P. Ball Jr
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

Mary P. Birk
BAKER & HOSTETLER LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Patricia W. Christensen
PARR BROWN GEE & LOVELESS
185 South State Street
13th Floor
P.O. Box 11019
Salt Lake City, UT 84147

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Geoffrey C. Haslam
CHRISTENSEN & JENSEN
15 W South Temple
Suite 800
Salt Lake City, UT 84101

Mark F. James
HATCH JAMES & DODGE
10 West Broadway
Suite 400
Salt Lake City, UT 84101

Conrad H. Johansen
OLSEN SKOUBE & NELSON
999 E Murray Holladay Road
Suite 200
Salt Lake City, UT 84117

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

MDL No. 875 - Involved Counsel List (Excerpted from CTO-320) (Continued)

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Melinda A. Morgan
RICHARDS BRANDT MILLER & NELSON
299 S. Main Street, 15th Floor
P.O. Box 2465
Salt Lake City, UT 84110

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Charles S. Siegel
WATERS & KRAUS LLP
3219 McKinney Avenue
Dallas, TX 75204

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Todd S. Winegar
P.O. Box 353
Salt Lake City, UT 84110-0353

| ALL KNOWN COUNSEL OF RECORD | | FAX | PHONE |
|---|---|---|---|
| Bailey Drywall & Supply, Inc. | Johansen, Conrad H. | 801-365-1031 | 801-365-1030 |
| Bailey Drywall & Supply, Inc. | Wilder, Tracy A. | 801-365-1031 | 801-365-1030 |
| Elementis Chemicals, Inc. (f/k/a Harcros Chemical, Inc., sii to Harrisons & Crosfield (Pacific)) | Dunyon, Jill L. | 801-363-0400 | 801-322-9129 |
| Elementis Chemicals, Inc. (f/k/a Harcros Chemical, Inc., sii to Harrisons & Crosfield (Pacific)) | Kashani, Mahsa M. | 510-433-1836 | 510-433-1830 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Ball, John P. | 801-536-6111 | 801-532-1234 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Farrell, Nicole G. | 801-536-6111 | 801-532-1234 |
| Georgia-Pacific, LLC (sii to Bestwall Gypsum Company) | Venti, Katherine | 801-536-6111 | 801-532-1234 |
| Hamilton Materials, Inc. | Morgan, Melinda A. | 801-532-5506 | 801-531-2000 |
| Kelly-Moore Paint Company, Inc. | Boyd, Scot A. | 801-355-3472 | 801-323-5000 |
| Kelly-Moore Paint Company, Inc. | Haslam, Geoffrey C. | 801-355-3472 | 801-323-5000 |
| Union Carbide Corporation | Birk, Mary Price | 303-861-7805 | 303-861-0600 |
| Union Carbide Corporation | Christensen, Patricia W. | 801-532-7750 | 801-532-7840 |
| Union Carbide Corporation | Hellbusch, Ronald L. | 303-861-7805 | 303-861-0600 |

| CC: | | FAX | PHONE |
|---|---|---|---|
| James, Mark | | 801-363-6666 | 801-363-6363 |