MDL 875

APR 23 2009

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOIS JEAN CONNER, Individually and Successor-in-Interest to ROBERT CONNER, deceased, ANTHONY CONNER, TIMOTHY J. CONNER and STEVEN R. CONNER, | § § § § § § | (State Court Case No. BC 408180) |
| Plaintiffs, | § § | Case No. 2:09-CV-02317 VBF-PLA |
| v. | § § | |
| ALFA LAVAL INC., et al. | § § § | Judge Valerie Baker Fairbank |
| Defendants. | § § | |

PLEADING NO. 5818

### NOTICE OF OPPOSITION TO TRANSFER

Come now plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-321) entered by the Panel on April 17, 2009.

Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer. Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

2009 APR 22 P 12:45
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY       IMAGED APR 23 2009

DATED: April 22, 2009

By: Respectfully submitted,

MICHAEL L. ARMITAGE, ESQ.
CA Bar No. 152740
JOHN JANOFSKY, ESQ.
CA Bar No. 74568
DIMITRI N. NICHOLS, ESQ.
CA Bar No. 242098
CHARLES S. SIEGEL, ESQ.
TX Bar No. 18341875
WATERS & KRAUS, LLP
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
310-414-8146
310-414-8156 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2009

FILED
CLERK'S OFFICE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition to Transfer was filed with the court and served by facsimile and/or regular mail on this 22 day of April 2009 to all counsel of record and the CTO-321 Involved Counsel List.

Brenda Andrews

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

COPY

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
J. Frederick Motz
United States District Court
District of Maryland

Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

April 17, 2009

TO INVOLVED COUNSEL

Re: MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-321)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** _May 4, 2009_ (12 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Jakeia Mells
Deputy Clerk

Attachments

JPML Form 39

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 17, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-321)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,463 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 3

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                            MDL No. 875

### SCHEDULE CTO-321 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 09-125 | Harry Maiben v. CSX Transportation, Inc. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 09-2317 | Lois Jean Conner, et al. v. Alfa Laval, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-4094 | Elizabeth Wasilewski, et al. v. Kaiser Ventures, LLC |
| CAN 3 08-4359 | Jean O'Sullivan, et al. v. Kaiser Ventures, LLC, et al. |
| CAN 3 09-363 | Patricia Embrey, et al. v. General Electric Co., et al. |
| CAN 3 09-366 | Bruce Waygood v. United States Steel Corp., et al. |
| CAN 3 09-708 | Maurine Marcum, et al. v. General Electric Co., et al. |
| CAN 3 09-709 | Daniel Riedinger v. General Electric Co., et al. |
| CAN 3 09-745 | Virginia Simme, etc. v. Warren Pumps, LLC, et al. |
| CAN 3 09-799 | Diana Hines, et al. v. United Technologies Corp., et al. |
| **CONNECTICUT** | |
| CT 3 08-1464 | Herbert Barnes, et al. v. Buffalo Pumps, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 8 09-550 | Delores M. Brecker, etc. v. American Standard, Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 09-84 | Lulu Irene Shotts, etc. v. General Electric Co., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 08-777 | Henrietta McCrary, et al. v. United States of America |
| **MARYLAND** | |
| MD 1 09-696 | William Gulley, et al. v. John Crane-Houdaille, Inc., et al. |
| **MAINE** | |
| ME 1 09-101 | Marsha J. Richelli, etc. v. Metropolitian Life Insurance Co., et al. |

Page 2 of 3

## MDL No. 875 - Schedule CTO-321 Tag-Along Actions (Continued)

### NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 09-137 | Jerry Allen Wilhelm, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-161 | Elijah Junior Caraway, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-162 | Richard Earl Hunning, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-163 | Grady K. Pickler, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-180 | Howard Ray Greene, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-181 | Ray Carson Beaver, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-182 | Carl Luther Hoffner, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-188 | William Vernon McKinney, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-189 | Bobby Eugene Shackleford, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-197 | Marty Lee Snider, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-198 | Lawson Kim Starnes, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-205 | Philip D. Iddings, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-222 | Dillard Hall v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-223 | Philip Walter Herion, et al. v. Daniel International Corp., et al. |
| NCM | 1 | 09-228 | Charles Glenn Pethel, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-245 | James Quincy Greene, Sr., et al. v. Aqua-Chem, Inc., et al. |

### NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 09-103 | Terry Wayne Rodgers, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-104 | Joseph Hubert Ball, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-105 | Delkie Roger Brown, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-107 | Leonard Douglas Campbell, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-111 | Peter Charles Smith v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-112 | Stark Allison Weatherman v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-113 | Ricky Jeyrl Wilkinson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-115 | William Francis Pritchard, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-119 | James Daniel Bailey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-120 | Ronnie Joel Barnes, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-121 | Joseph Lee Bivens, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-122 | Robert Edgar Dalton, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-123 | Banks Aaron Drye, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-124 | Kate Rhyn Hullett, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-125 | Robert Lee Hunsucker, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-127 | Willie Eugene Dunlap, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-129 | Jeffery Dean Jones, et al. v. Aqua-Chem, Inc., et al. |

### NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 09-504 | Theresa C. Poggioli, et al. v. A.J. Friedman Supply Co., Inc., et al. |

**MDL No. 875 - Schedule CTO-321 Tag-Along Actions (Continued)**

SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 0 | 09-621 | Ronald Steve Pursley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-624 | William Carl Simmons, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-627 | Robert Brent McCammon, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-663 | Samuel Roy Jackson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-733 | Donald Eugene Broome, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-761 | Herman Lee Jones, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-768 | Stephen Craig Potter, et al. v. Aqua-Chem, Inc., et al. |
| SC | 4 | 09-734 | Michael Daniel Hedrick, et al. v. Aqua-Chem, Inc., et al. |
| SC | 6 | 09-662 | Stanley Gerald Henderson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 09-668 | Ronald Wayne Metz, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-654 | Joseph Hart Harrison v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-656 | George Herbert Gossett, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-664 | Keller Brandt McCall, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-665 | Tony Ike McDaniel, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-667 | Donnie Lynn McMahan, et al. v. Aqua-Chem. et al. |
| SC | 8 | 09-735 | Shannon D. Lentz, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-763 | Thomas Mitchell Hammett, et al. v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 09-9500 | Roger H. Abbott v. American Standard, Inc., et al. |
| VAE | 2 | 09-9501 | Donald F. Brooks v. American Standard, Inc., et al. |
| VAE | 2 | 09-9502 | Elmer Brooks v. American Standard, Inc., et al. |
| VAE | 2 | 09-9503 | Kenneth J. Carter v. American Standard, Inc., et al. |
| VAE | 2 | 09-9504 | Norman B. Cook v. American Standard, Inc., et al. |
| VAE | 2 | 09-9505 | William H. Monroe, Jr., etc. (Charles Franklin Greene) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9506 | Clifford D. Henderson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9507 | Trina Baldwin v. American Standard, Inc., et al. |
| VAE | 2 | 09-9508 | John M. Kellog v. American Standard, Inc., et al. |
| VAE | 2 | 09-9509 | Gary A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 09-9510 | Warren D. Janke v. American Standard, Inc., et al. |
| VAE | 2 | 09-9511 | Edward L. Stanaland v. American Standard, Inc., et al. |
| VAE | 2 | 09-9512 | Robert J. Hoey v. American Standard, Inc., et al. |
| VAE | 2 | 09-9513 | Titus R. Shelby v. American Standard, Inc., et al. |
| VAE | 2 | 09-9514 | James C. Spangler v. American Standard, Inc., et al. |
| VAE | 2 | 09-9515 | Paul J. Willacker v. American Standard, Inc., et al. |
| VAE | 2 | 09-9516 | Arlen L. Willis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9517 | Robert W. Yokley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9518 | Ollie B. Pearson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9519 | Donald H. Stewart v. American Standard, Inc., et al. |
| VAE | 2 | 09-9520 | Frank H. Todd v. American Standard, Inc., et al. |

**RULE 5.2:**   **SERVICE OF PAPERS FILED**

(a) All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b) The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c) Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d) In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e) If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

(a)     Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)     Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)     Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)     Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)     Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)     Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:    MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)     Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)     Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)     Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)     A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)     Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                MDL No. 875

## INVOLVED COUNSEL LIST (CTO-321)

Charles S. Anderson
HEYL ROYSTER VOELKER &
ALLEN
Mark Twain Plaza III
105 West Vandalia Street,
Suite 100
P.O. Box 467
Edwardsville, IL 62025

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Ramon Z. Bacerdo
DRATH CLIFFORD MURPHY
& HAGEN
1999 Harrison Street, Suite 700
Oakland, CA 94612

Edward C. Bacon
BACON THORNTON &
PALMER LLP
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

Curtis R. Bailey
KUROWSKI BAILEY &
SHULTZ LLC
24 Bronze Pointe
Swansea, IL 62226

David F. Beach
DRATH CLIFFORD MURPHY
& HAGEN
1999 Harrison Street, Suite 700
Oakland, CA 94612-3517

Thomas P. Bernier
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
One North Charles Street
Suite 2500
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Fred M. Blum
BASSI MARTINI EDLIN &
BLUM LLP
351 California Street, Suite 200
San Francisco, CA 94104

Robert E. Boone III
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Malcolm S. Brisker
GOODELL DEVRIES LEECH
& DANN LLP
One South Street
Alex Brown Building, 20th Floor
Baltimore, MD 21202

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

Donald G. Cave
CAVE LAW FIRM
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356

Nairi Chakalian
HAIGHT BROWN &
BONESTEEL LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

Timothy Clark
LAW OFFICES OF TIMOTHY
CLARK PA
888 E Las Olas Boulevard
Suite 700
Ft. Lauderdale, FL 33301

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

James P. Cunningham
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

David A. Damico
BURNS WHITE &
HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street
Suite 240
P.O. Box 15408
Sacramento, CA 95814

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

## MDL No. 875 - Involved Counsel List (CTO-321) (Continued)

Daniel G. Donahue
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza
Drive West, Suite 400
St. Louis, MO 63110

Stephen A. Fennell
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473

Bret Charles Gainsford
AKERMAN SENTERFITT
420 S. Orange Avenue
Suite 1200
P.O. Box 231
Orlando, FL 32802-0231

James D. Gandy III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

J.A. Gardner III
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230

Geoffrey S. Gavett
GAVETT & DATT PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Brenda Godfrey
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134

Mary A. Hatch
HERZOG CREBS LLP
5111 West Main Street
Belleville, IL 62226

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Bruce C. Hill
LAW OFFICES OF PETER G
ANGELOS PC
100 North Charles Street
22nd Floor
Baltimore, MD 21201

M. King Hill III
VENABLE LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Jeremy D. Huie
BASSI MARTINI EDLIN &
BLUM LLP
351 California Street
Suite 200
San Francisco, CA 94104

Curtiss L. Isler
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

David Aaron Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Thomas J. Joyce, III
LAW OFFICE OF THOMAS J
JOYCE III
900 Centerton Road
Mt. Laurel, NJ 08064

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Christopher J. Keale
SEDGWICK DETERT MORAN
& ARNOLD LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

Daniel J. Kelly
HAIGHT BROWN &
BONESTEEL LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Lynne M. Kizis
WILENTZ GOLDMAN &
SPITZER PA
90 Woodbridge Center Drive
Suite 900
P.O. Box 10
Woodbridge, NY 07095

## MDL No. 875 - Involved Counsel List (CTO-321) (Continued)

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Philip A. Kulinski
EVERT WEATHERSBY
HOUFF
120 E. Baltimore Street
Suite 1300
Baltimore, MD 21201

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Harold Seward Lawlor
GLASSER & GLASSER PLC
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Tanya M. Lawson
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308-4044

Jennifer S. Lubinski
LORD & WHIP PA
36 South Charles Street
10th Floor
Baltimore, MD 21201

Steven Andrew Luxton
MORGAN LEWIS & BOCKIUS
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Christopher J. Lynch
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Neil J. MacDonald
HARTEL KANE DESANTIS
MACDONALD & HOWIE LLP
Calverton Office Park
11720 Beltsville Drive
Suite 500
Beltsville, MD 20705-3166

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Clare Marie Maisano
EVERET WEATHERSBY
HOUFF
1300 Suntrust Building
120 East Baltimore Street
Baltimore, MD 21202

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Alexander J. May
BRASSEL BALDWIN KAGAN
& MAY PA
112 West Street
Annapolis, MD 21401

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Donald S. Meringer
MERINGER ZOIS & QUIGG
LLC
300 East Lombard Street
Suite 1440
Baltimore, MD 21202

Robert O. Meriwether
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

Gregory David Meronek
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St
Suite 300
Portsmouth, VA 23705

John J. Nagle, III
BODIE NAGLE DOLINA
SMITH & HOBBS PA
21 W. Susquehanna Avenue
Towson, MD 21204

James L. Nelson
United States Attorney's Office
777 South Florida Street
Suite 208
Baton Rouge, LA 70801

## MDL No. 875 - Involved Counsel List (CTO-321) (Continued)

Joel D. Newport
MOORE & JACKSON LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Leslie G. Offergeld
WALKER & WILLIAMS
4343 West Main Street
Belleville, IL 62226

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Douglas B. Pfeiffer
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202-1487

Michael B. Pross
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

R. Thomas Radcliffe, Jr.
DEHAY & ELLISTON LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Henry Salas
COLE SCOTT & KISSANE PA
6301 Sunset Drive
South Miami, FL 33143-4819

Charles T. Sheldon
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Thomas A. Steig
PRINDLE DECKER & AMARO
310 Golden Shore
Fourth Floor
P.O. Box 22711
Long Beach, CA 90802

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

R. Bart Totten
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Keith R. Truffer
ROYSTON MUELLER
MCLEAN & REID
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

John R. Wallace
JACKSON & WALLACE
55 Francisco Street
6th Floor
San Francisco, CA 94133

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Beranton James Whisenant Jr.
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Forrest C. Wilson
MCDOWELL KNIGHT
ROEDDER & SLEDGE LLC
P.O. Box 350
Mobile, AL 36601

Peter Allan Woolson
ROBINSON WOOLSON PA
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

Cindy Jean Young
WATERS KRAUS &
PAUL LLP
222 N Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

<u>Lois Conner vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)</u>

Los Angeles ---- Court BC 408 180

W&K File No. 08-0385-

Plaintiff's Service List

| | |
|---|---|
| CBS Corporation f/k/a Viacom, Inc., successor by merger with CBS Corporation f/k/a Westinghouse Elec<br>CSC - LAWYERS INCORPORATING SERVICE<br>2730 Gateway Oaks Drive<br>Suite 100<br>Sacramento, CA 95833<br>Tel: Fax: | Crane Co.<br>Farkas, Stephen P.<br>K&L GATES LLP<br>10100 Santa Monica Blvd., 7th Floor<br>Los Angeles, CA 90067<br>Tel: 310-552-5000 Fax: 310-552-5001<br>CA Speed Dial 118 |
| Buffalo Pumps, Inc.<br>CT CORPORATION<br>111 Eighth Avenue<br>New York, NY 10011<br>Tel: Fax: | Garlock Sealing Technologies, LLC (sii to Garlock, Inc.)<br>O'Malley, Brian S.<br>LAW OFFICES OF GLASPY & GLASPY<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>Tel: 925-947-1300 Fax: 925-947-1594<br>CA Speed Dial 204 |
| Leslie Controls, Inc.<br>GORDON & REES, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: 415-986-5900 Fax: 415-986-8054<br>CA Speed Dial 79 | Leslie Controls, Inc.<br>LESLIE CONTROLS, INC.<br>12501 Telecom Drive<br>Tampa, FL 33637<br>Tel: Fax: |
| Warren Pumps, LLC (sii to Quimby Pump Company, Inc.)<br>Thackston, Robert<br>HAWKINS, PARNELL & THACKSTON, LLP<br>444 South Flower Street<br>Suite 1100<br>Los Angeles, CA 90071<br>Tel: 213-486-8000 Fax: 213-486-8080 | Hill Brothers Chemical Company<br>Segal, Ruth<br>LYNBERG & WATKINS<br>888 S. Figueroa Street<br>16th Floor<br>Los Angeles, CA 90017<br>Tel: 213-624-8700 Fax: 213-892-2763<br>CA Speed Dial 10 |
| IMO Industries, Inc. (Indiv. & sii to DeLaval Steam Turbine Company)<br>Rome, Henry D.<br>HOWARD, ROME, MARTIN & RIDLEY, LLP<br>1775 Woodside Rd., Suite 200<br>Redwood City, CA 94061-3436<br>Tel: 650-365-7715 Fax: 650-364-5297<br>CA Speed Dial 08 | Metalclad Insulation Corporation<br>Sayers, William<br>MCKENNA, LONG & ALDRIDGE LLP<br>444 South Flower Street<br>8th Floor<br>Los Angeles, CA 90071<br>Tel: 213-688-1000 Fax: 213-243-6330<br>CA Speed Dial 52 |
| Buffalo Pumps, Inc.<br>JACKSON & WALLACE, LLP<br>14724 Ventura Boulevard<br>Suite 410<br>Sherman Oaks, CA 91403<br>Tel: 818-379-4700 Fax: 818-379-4702<br>CA Speed Dial 09 | CBS Corporation f/k/a Viacom, Inc., successor by merger with CBS Corporation f/k/a Westinghouse Elec<br>POND NORTH LLP<br>350 S. Grand Avenue<br>Suite 2850<br>Los Angeles, CA 90071<br>Tel: 213-617-6170 Fax: 213-623-3594<br>CA Speed Dial 146 |

<u>Lois Conner vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)</u>

Los Angeles --- Court BC 408 180

W&K File No. 08-0385-

Plaintiff's Service List

**Alfa Laval, Inc. (sii to DeLaval Separator Company)**
**Syd Carpenter, Marine Contractor, Inc.**
**Triple A Machine Shop, Inc.**
Klausen, Stephen C.
Prindle, Kenneth B.
PRINDLE, DECKER & AMARO LLP

310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946          Fax: 562-495-0564
CA Speed Dial 29

---

**General Electric Company**
Gardiner, Katherine P.
SEDGWICK DETERT MORAN & ARNOLD

One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900          Fax: 415-781-2635
CA Speed Dial 33

---

**Thomas Dee Engineering Co., Inc.**
THOMAS DEE ENGINEERING CO., INC.

4314 Redwood Highway
Suite 300
San Raphael, CA 94903
Tel:                      Fax:

---

**Thomas Dee Engineering Co., Inc.**
McCall, Michael T.
WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP

One City Boulevard West, Fifth Floor
Orange, CA 92868-3677
Tel: 714-634-2522          Fax: 714-634-0686
CA Speed Dial 37