JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 3 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on Wednesday, May 27, 2009, the Panel will convene a hearing session in Louisville, Kentucky, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

| | |
|---|---|
| J. Frederick Motz | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr. |

**IMAGED** APR 2 3 2009

SCHEDULE OF MATTERS FOR HEARING SESSION
Wednesday May 27, 2009 -- Louisville, Kentucky

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL No. 2030 -- **IN RE: MERRILL LYNCH & CO., INC., AUCTION RATE**
**SECURITIES (ARS) MARKETING LITIGATION**

Motion of defendants Merrill Lynch & Co., Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch Capital Services, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

Eastern District of Kentucky

Community Trust Bank, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,
C.A. No. 7:08-231

Eastern District of Louisiana

Louisiana Stadium & Exposition District, et al. v. Financial Guaranty Insurance Co.,
et al., C.A. No. 2:09-235

District of Massachusetts

The Cooperative Bank, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.,
C.A. No. 1:08-12042

Southern District of New York

In re Merrill Lynch Auction Rate Securities Litigation, C.A. No. 1:08-3037

Southern District of Texas

Max Blankfeld, et al. v. Merrill Lynch & Co., Inc., et al., C.A. No. 4:09-162

## MDL No. 2031 -- IN RE: DAIRY FARMERS OF AMERICA, INC., CHEESE ANTITRUST LITIGATION

Motion, as amended, of defendant Dairy Farmers of America, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

Middle District of Florida

Francisco Hernandez v. Dairy Farmers of America, Inc., C.A. No. 8:09-165

Northern District of Illinois

Adam Properties, Inc. v. Dairy Farmers of America, Inc., et al., C.A. No. 1:08-7232
Stew Leonard's Inc. v. Dairy Farmers of America, Inc., et al., C.A. No. 1:08-7394
Valley Gold LLC v. Dairy Farmers of America, Inc., et al., C.A. No. 1:09-387
Indriolo Distributors, Inc. v. Dairy Farmers of America, Inc., et al., C.A. No. 1:09-1599

## MDL No. 2032 -- IN RE: CHASE BANK USA, N.A., "CHECK LOAN" CONTRACT LITIGATION

Motion of plaintiffs Michael E. Moore, et al., for centralization of certain of the following actions in the United States District Court for the Central District of California and motion of plaintiffs Brian Woods, et al., for centralization of the following actions in the United States District Court for the Central District of California:

Central District of California

Brian Woods, et al. v. JP Morgan Chase & Co., et al., C.A. No. 2:09-683
David Laakman v. Chase Bank USA, N.A., C.A. No. 2:09-1190

Northern District of California

Michael E. Moore, et al. v. Chase Bank USA, N.A., C.A. No. 3:09-348
Eugene Reede Stockton v. Chase Bank USA, N.A., C.A. No. 3:09-587
Timothy A. Sauer v. Chase Bank USA, N.A., C.A. No. 3:09-809
Kathy K. Moon v. Chase Bank USA, N.A., C.A. No. 3:09-830

Schedule of Matters for Hearing Session, Section A                          p. 3
Wednesday, May 27, 2009 -- Louisville, Kentucky

MDL No. 2032 (Continued)

### Northern District of Illinois

Margaret A. Foshe v. Chase Bank USA, N.A., C.A. No. 3:09-50036

### District of New Jersey

Rex Glensy, et al. v. Chase Bank USA, N.A., et al., C.A. No. 1:09-981

### Eastern District of New York

Gregory Goodman, et al. v. Chase Bank USA, N.A., C.A. No. 2:09-626

### Southern District of New York

James Carnahan v. Chase Bank USA, N.A., C.A. No. 1:09-1321
Robert R. Glenn v. Chase Bank USA, N.A., C.A. No. 1:09-1898

### Northern District of Ohio

Evie Boulas v. JP Morgan Chase & Co., C.A. No. 1:09-348

### District of Oregon

Charles Clausen v. Chase Bank USA, N.A., C.A. No. 1:09-3017

### Western District of Washington

Scott Miller, et al. v. JP Morgan Chase & Co., et al., C.A. No. 2:09-263

Schedule of Matters for Hearing Session, Section A                    p. 4
Wednesday, May 27, 2009 -- Louisville, Kentucky

## MDL No. 2034 -- IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION

Motion of plaintiff Eric Holt for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

### Eastern District of California

Cheryl Corralejo v. Comcast Corp., C.A. No. 2:08-2863

### Northern District of California

Kevin Ahaesy v. Comcast Corp., et al., C.A. No. 3:09-612

### Northern District of Illinois

Debra L. Koller v. Comcast Corp., C.A. No. 1:08-6362
Glenn R. Sowizrol v. Comcast Corp., et al., C.A. No. 1:09-564
Lucas Mays v. Comcast Corp., C.A. No. 1:09-670

### Eastern District of Pennsylvania

Barbara Morrow, et al. v. Comcast Corp., et al., C.A. No. 2:09-128
Robert Uff v. Comcast Corp., et al., C.A. No. 2:09-636
Eric Holt v. Comcast Corp., et al., C.A. No. 2:09-637

### Southern District of West Virginia

Sheila Hunt v. Comcast Corp., et al., C.A. No. 3:09-131

## MDL No. 2035 -- IN RE: RBS WORLDPAY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

Motion of defendant RBS WorldPay, Inc., for centralization of the following actions in the United States District Court for the Northern District of Georgia:

### Northern District of Georgia

Keith Irwin, et al. v. RBS WorldPay, Inc., C.A. No. 1:09-33

Schedule of Matters for Hearing Session, Section A                     p. 5
Wednesday, May 27, 2009 -- Louisville, Kentucky


MDL No. 2035 (Continued)


### Northern District of Ohio

Jacqueline Lewis-Griffin v. RBS WorldPay, Inc., C.A. No. 1:09-274


## MDL No. 2036 -- IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

Motion of plaintiff Ralph Tornes for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Southern District of Florida

Melanie L. Garcia v. Wachovia Bank, N.A., C.A. No. 1:08-22463
Ralph Tornes v. Bank of America, N.A., C.A. No. 1:08-23323

### District of New Jersey

Ryan Phillip Pena v. Wachovia Bank, N.A., C.A. No. 1:08-5263


## MDL No. 2037 -- IN RE: AIR CRASH OVER MAKASSAR STRAIT, SULAWESI, INDONESIA, ON JANUARY 1, 2007

Motion of defendant The Boeing Company for centralization of the following actions in the United States District Court for the Northern District of California:

### Northern District of California

Jimmy Lendo, et al. v. World Star Aviation, Ltd., et al., C.A. No. 3:09-359

### Northern District of Illinois

Sumini, et al. v. The Boeing Co., et al., C.A. No. 1:09-549
Frans Errain Wuisan, et al. v. The Boeing Co., et al., C.A. No. 1:09-556

MDL No. 2039 -- **IN RE: SEPRACOR INC. FAIR LABOR STANDARDS ACT (FLSA) LITIGATION**

Motion of defendant Sepracor Inc. for centralization of the following actions in the United States District Court for the Middle District of Florida or, in the alternative, the United States District Court for the District of Massachusetts:

District of Arizona

Leah Greeves, et al. v. Sepracor Inc., C.A. No. 2:08-920

Middle District of Florida

Rhonda Sharp, et al. v. Sepracor Inc., C.A. No. 6:08-1178

MDL No. 2040 -- **IN RE: CONOCOPHILLIPS CO. SERVICE STATION RENT CONTRACT LITIGATION**

Motion of defendant ConocoPhillips Company for centralization of the following actions in the United States District Court for the Northern District of California:

Central District of California

K S 4000 Inc. v. ConocoPhillips Co., C.A. No. 2:08-8544
HM Khosh Inc. v. ConocoPhillips Co., C.A. No. 2:08-8546
NRU Inc. v. ConocoPhillips Co., C.A. No. 2:08-8548
RHA Inc. v. ConocoPhillips Co., C.A. No. 2:08-8549
4JR Enterprises Inc. v. ConocoPhillips Co., C.A. No. 2:09-164
Rohinton F. Irani v. ConocoPhillips Co., C.A. No. 2:09-223

Eastern District of California

Denmuller Mechanical Inc. v. ConocoPhillips Co., C.A. No. 2:08-3007

Northern District of California

Damar Petroleum, Inc. v. ConocoPhillips Co., C.A. No. 5:08-5436
Matthew E. Horton v. ConocoPhillips Co., C.A. No. 5:08-5437
Kyoung Suk Rho v. ConocoPhillips Co., C.A. No. 5:08-5545
Hamilton Associates FLP v. ConocoPhillips Co., C.A. No. 5:08-5763

Schedule of Matters for Hearing Session, Section A                    p. 7
Wednesday, May 27, 2009 -- Louisville, Kentucky


MDL No. 2040 (Continued)


### Southern District of California

AA Rancho Inc. v. ConocoPhillips Co., C.A. No. 3:09-42


## MDL No. 2041 -- IN RE: FENTANYL CITRATE BUCCAL TABLETS PATENT LITIGATION

Motion of plaintiffs Cephalon, Inc., et al., for centralization of the following actions in the United States District Court for the District of Delaware:

### District of Delaware

Cephalon, Inc., et al. v. Watson Pharmaceuticals, Inc., et al., C.A. No. 1:08-330
Cephalon, Inc., et al. v. Barr Pharmaceuticals, Inc., et al., C.A. No. 1:08-455
Cephalon, Inc., et al. v. Barr Pharmaceuticals, Inc., et al., C.A. No. 1:08-810
Cephalon, Inc., et al. v. Barr Pharmaceuticals, Inc., et al., C.A. No. 1:09-74

### District of Nevada

Cephalon, Inc., et al. v. Watson Pharmaceuticals, Inc., et al., C.A. No. 3:08-308


## MDL No. 2042 -- IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION

Motion of plaintiff LeBlanc & Associates, Inc., for centralization of certain of the following actions in the United States District Court for the District of New Jersey; motion of plaintiff Gateway KGMP Development, Inc., for centralization of certain of the following actions in the United States District Court for the Eastern District of Michigan; and motion of plaintiff St. Boni Farm Store Corp. for centralization of certain of the following actions in the United States District Court for the District of New Jersey:

### Eastern District of Michigan

Gateway KGMP Development, Inc. v. Tecumseh Products Co., et al.,
    C.A. No. 2:09-10710

Schedule of Matters for Hearing Session, Section A                              p. 8
Wednesday, May 27, 2009 -- Louisville, Kentucky


MDL No. 2042 (Continued)


### Eastern District of Michigan (Continued)

Kelly Higashi, et al. v. Tecumseh Products Co., et al., C.A. No. 2:09-10720
Don Walter Kitchen Distributors, Inc. v. Tecumseh Products Co., et al.,
    C.A. No. 2:09-10737
Acme of Jamestown, Inc., et al. v. Tecumseh Products Co., et al., C.A. No. 2:09-10745
WPC 1, Inc., etc. v. Tecumseh Products Co., et al., C.A. No. 2:09-10791

### District of New Jersey

LeBlanc & Associates, Inc. v. Tecumseh Products Co., et al., C.A. No. 2:09-892
Rona Distributors, Inc. v. Whirlpool Corp., et al., C.A. No. 2:09-906
St. Boni Farm Store Corp. v. Tecumseh Products Co., et al., C.A. No. 2:09-947


## MDL No. 2043 -- IN RE: CITIGROUP, INC., AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION (NO. II)

Motion of defendants Citigroup, Inc.; Citigroup Global Markets, Inc.; and Brian Williams
for centralization of the following actions in the United States District Court for the Southern
District of New York:

### Southern District of New York

John Finn v. Smith Barney, et al., C.A. No. 1:08-2975
In Re Citigroup Auction Rate Securities Litigation, C.A. No. 1:08-3095

### Western District of Pennsylvania

American Eagle Outfitters, Inc., et al. v. Citigroup Global Markets, Inc.,
    C.A. No. 2:09-138

Schedule of Matters for Hearing Session, Section A                    p. 9
Wednesday, May 27, 2009 -- Louisville, Kentucky


## MDL No. 2044 -- IN RE: VERTRUE INC. MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiffs Phyllis Callahan; Michael Waslin; and Preston Smith, et al., for centralization of the following actions in the United States District Court for the Southern District of California:

   Southern District of California

Phyllis Callahan v. Vertrue Inc., et al., C.A. No. 3:09-236

   District of Connecticut

Michael Waslin v. Vertrue Inc., et al., C.A. No. 3:09-106

   Northern District of Ohio

Preston Smith, et al. v. Vertrue Inc., et al., C.A. No. 1:09-367


## MDL No. 2045 -- IN RE: APPLE IPHONE G3 PRODUCTS LIABILITY LITIGATION

Motion of defendant Apple Inc. for centralization of the following actions in the United States District Court for the Northern District of California:

   Northern District of California

Jacob Medway v. Apple, Inc., C.A. No. 3:09-330
James R. Pittman v. Apple, Inc., C.A. No. 5:08-5375
Haig P. Ashikian v. Apple, Inc., et al., C.A. No. 5:08-5810
Peter Keller v. Apple, Inc., C.A. No. 5:09-121
William J. Gillis, Jr. v. Apple Computer, Inc., et al., C.A. No. 5:09-122
Aaron Walters v. Apple, Inc., C.A. No. 5:09-187
Eulardi Tanseco v. Apple, Inc., et al., C.A. No. 5:09-275
Jessica Alena Smith, et al. v. Apple, Inc., C.A. No. 5:09-1028

   Southern District of Florida

Onel Gonzalez, et al. v. Apple, Inc., et al., C.A. No. 1:09-20258

MDL No. 2045 (Continued)


### District of New Jersey

Timothy Ritchie v. Apple, Inc., et al., C.A. No. 2:09-456

### Eastern District of New York

Avi Koschitzki v. Apple, Inc., et al., C.A. No. 1:08-4451

### Eastern District of Texas

Alyce R. Payne, et al. v. Apple, Inc., et al., C.A. No. 4:09-42


MDL No. 2046 -- **IN RE: HEARTLAND PAYMENT SYSTEMS, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of defendant Heartland Payment Systems, Inc., for centralization of the following actions in the United States District Court for the Southern District of Texas:

### Middle District of Alabama

Steve Brown, et al. v. Heartland Payment Systems, Inc., C.A. No. 2:09-86

### District of Arizona

Scott Swenka v. Heartland Payment Systems, Inc., C.A. No. 2:09-179

### Eastern District of California

Mark Hilliard v. Heartland Payment Systems, Inc., C.A. No. 1:09-219

### Southern District of California

Juan M. Mata v. Heartland Payment Systems, Inc., C.A. No. 3:09-376

Schedule of Matters for Hearing Session, Section A                         p. 11
Wednesday, May 27, 2009 -- Louisville, Kentucky

MDL No. 2046 (Continued)

### Northern District of Florida

Robert M. Read v. Heartland Payment Systems, Inc., C.A. No. 3:09-35

### Southern District of Florida

Ana Balloveras v. Heartland Payment Systems, Inc., C.A. No. 1:09-20326

### District of Kansas

Jason Barrett, et al. v. Heartland Payment Systems, Inc., C.A. No. 2:09-2053

### Western District of Missouri

Darryl McLaughlin v. Heartland Payment Systems, Inc., C.A. No. 6:09-3069

### District of New Jersey

Loretta A. Sansom, et al. v. Heartland Payment Systems, Inc., C.A. No. 3:09-335
Moises Merino v. Heartland Payment Systems, Inc., C.A. No. 3:09-439
Talal Kaissi v. Heartland Payment Systems, Inc., C.A. No. 3:09-540
Lone Summit Bank v. Heartland Payment Systems, Inc., C.A. No. 3:09-581
Kenneth Hinton v. Heartland Payment Systems, Inc., C.A. No. 3:09-594
Tricentury Bank, et al. v. Heartland Payment Systems, Inc., C.A. No. 3:09-697
Amalgamated Bank, et al. v. Heartland Payment Systems, Inc., C.A. No. 3:09-776
Jason J. Rose v. Heartland Payment Systems, Inc., C.A. No. 3:09-917

### Northern District of Ohio

Colleen McGinty, et al. v. Heartland Payment Systems, Inc., C.A. No. 1:09-244

### Southern District of Texas

Robert D. Watson v. Heartland Payment Systems, Inc., C.A. No. 4:09-325
Lone Star National Bank, N.A. v. Heartland Payment Systems, Inc., C.A. No. 7:09-64

MDL No. 2046 (Continued)

### Eastern District of Wisconsin

Arthur Anderson, et al. v. Heartland Payment Systems, Inc., C.A. No. 2:09-113

## MDL No. 2047 -- IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Karin Vickers, et al., for centralization of certain of the following actions in the United States District Court for the Southern District of Florida and motion of plaintiff Kristin Morgan Culliton for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Middle District of Florida

Shane M. Allen, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd., et al., C.A. No. 2:09-54
Duane Ankney v. Knauf Gips KG, et al., C.A. No. 2:09-166
Kristin Morgan Culliton v. Taylor Morrison Services, Inc., et al., C.A. No. 8:09-589

### Northern District of Florida

The Mitchell Co., Inc. v. Knauf Gips KG, et al., C.A. No. 3:09-89

### Southern District of Florida

Lawrence Riesz, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd., et al.,
   C.A. No. 0:09-60371
Karin Vickers, et al. v. Knauf Gips KG, et al., C.A. No. 1:09-20510
Lorena Garcia, et al. v. Lennar Corp., et al., C.A. No. 1:09-20739
Janet Morris-Chin, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd., et al.,
   C.A. No. 1:09-20796

### Eastern District of Louisiana

Jill M. Donaldson, et al. v. Knauf Gips KG, et al., C.A. No. 2:09-2981

Schedule of Matters for Hearing Session, Section A                    p. 13
Wednesday, May 27, 2009 -- Louisville, Kentucky


MDL No. 2047 (Continued)


#### Southern District of Ohio

Steven Minafri v. M/I Homes, Inc., et al., C.A. No. 2:09-167


## MDL No. 2048 -- IN RE: COX ENTERPRISES, INC., SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION

Motion of defendants Cox Enterprises, Inc.; Cox Communications, Inc.; Cox Communications Louisiana, LLC; Cox Communications New Orleans, Inc.; and CoxCom, Inc., for centralization of the following actions in the United States District Court for the Middle District of Georgia:

#### District of Arizona

Bradley Gelder v. CoxCom, Inc., C.A. No. 2:09-456

#### Middle District of Georgia

Patti Duke, et al. v. Cox Enterprises, Inc., C.A. No. 5:09-83

#### Eastern District of Louisiana

Melissa Wilson Berniard v. Cox Communications New Orleans, Inc., et al.,
    C.A. No. 2:09-2996
Jeremy Soso v. Cox Enterprises, Inc., et al., C.A. No. 2:09-3022

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Frank J. Williams, Jr.; Joseph A. Matuska, et al.; Gerald L. Hoffeditz, et al.; and Francis Bruce Travis to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Louisiana

Frank J. Williams, Jr. v. Lockheed Martin Corp., et al., C.A. No. 2:09-65

District of New Jersey

Joseph A. Matuska, et al. v. ABB, Inc., et al., C.A. No. 2:09-193
Gerald L. Hoffeditz, et al. v. AM General, LLC, et al., C.A. No. 2:09-257

Southern District of New York

Francis Bruce Travis v. 3M Co., et al., C.A. No. 1:08-11010

MDL No. 1456 -- **IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

Opposition of plaintiff United States of America to transfer of the following action to the United States District Court for the District of Massachusetts:

Southern District of Florida

United States of America, et al. v. Bristol-Myers Squibb Co., et al., C.A. No. 1:95-1354

## MDL No. 1535 -- IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Janice M. Emerson to transfer of the following action to the United States District Court for the Northern District of Ohio:

### Western District of Missouri

Janice M. Emerson v. Lincoln Electric Holdings, Inc., C.A. No. 5:09-6004

## MDL No. 1562 -- IN RE: GENERAL MOTORS CORP. VEHICLE COOLING SYSTEM PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Mark Glover and Michael Oppido to transfer of their respective following actions to the United States District Court for the Southern District of Illinois:

### District of Arizona

Mark Glover v. General Motors Corp., C.A. No. 2:09-236

### Northern District of California

Michael Oppido v. General Motors Corp., C.A. No. 3:09-426

## MDL No. 1626 -- IN RE: ACCUTANE PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Manon Mathews and Taimaz Sarli to transfer of their respective following actions to the United States District Court for the Middle District of Florida:

### Central District of California

Manon Mathews v. Mylan, Inc., et al., C.A. No. 2:08-8253

### Middle District of North Carolina

Taimaz Sarli v. Mylan Bertek Pharmaceuticals, Inc., et al., C.A. No. 1:08-910

MDL No. 1657 -- **IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Gene Weeks, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

District of New Jersey

Gene Weeks, et al. v. Merck & Co., Inc., C.A. No. 1:09-565

MDL No. 1663 -- **IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION**

Opposition of defendants Marsh USA, Inc.; Marsh & McLennan Cos., Inc.; Marsh, Inc.; and John Hansen to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of Arizona:

District of New Jersey

U-Haul Federal Credit Union, et al. v. Marsh USA, Inc., et al., C.A. No. 3:06-593
    (D. Arizona C.A. No. 2:05-3791)

MDL No. 1715 -- **IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Opposition of plaintiffs Stephen M. Maxwell, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

Southern District of Ohio

Stephen M. Maxwell, et al. v. ACC Capital Holdings Corp., et al.,
    Bky. Advy. No. 3:08-3131

MDL No. 1715 (Continued)


Motions of defendants Argent Mortgage Company, LLC; Ameriquest Mortgage Company; WM Specialty Mortgage LLC; and Washington Mutual Bank to transfer their respective following actions to the United States District Court for the Northern District of Illinois:

### Northern District of California

Eleanor Marie MacDonnell v. Argent Mortgage Co., LLC, et al.,
  Bky. Advy. No. 4:07-4183

### District of Massachusetts

Donna M. DiMare v. Ameriquest Mortgage Co., et al., Bky. Advy. No. 1:08-1046

### District of Rhode Island

Laurie J. Gonzalez v. WM Specialty Mortgage, LLC, et al., Bky. Advy. No. 1:08-1047


## MDL No. 1721 -- IN RE: CESSNA 208 SERIES AIRCRAFT PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Patrick O'Brien, et al., and MDL-1721 plaintiffs' liaison counsel to transfer of the following action to the United States District Court for the District of Kansas:

### District of Nebraska

Patrick O'Brien, et al. v. Cessna Aircraft Co., et al., C.A. No. 8:09-40

Schedule of Matters for Hearing Session, Section B                     p. 18
Wednesday, May 27, 2009 -- Louisville, Kentucky

## MDL No. 1760 -- **IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION**

Opposition of defendant Darrell Voorhees, D.D.S., to transfer of the following action to the United States District Court for the Middle of District of Tennessee:

### District of Utah

Thomas Anderson, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 2:09-105

Oppositions of plaintiffs Ben J. Smith, et al., and defendants Bedford Laboratories; Hospira, Inc.; APP Pharmaceuticals, Inc.; and Teva Parenteral Medicines, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern District of Florida:

### Middle District of Tennessee

Ben J. Smith, et al. v. Novartis Pharmaceuticals Corp.,  C.A. No. 3:09-203 (N.D. Florida, C.A. No. 1:09-13)

## MDL No. 1769 -- **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff State of South Carolina ex rel. Henry McMaster to transfer of the following action to the United States District Court for the Middle District of Florida:

### District of South Carolina

State of South Carolina ex rel. Henry McMaster v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 7:09-387

Schedule of Matters for Hearing Session, Section B                    p. 19
Wednesday, May 27, 2009 -- Louisville, Kentucky

## MDL No. 1789 -- IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION

Opposition of Dr. Bruce M. Psaty to transfer of the following action to the United States District Court for the Southern District of New York:

### Western District of Washington

In Re Fosamax Products Liability Litigation, C.A. No. 2:09-10

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the
Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter. In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel. Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In
re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases,</u> 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

      (i)     the dispositive issue(s) have been authoritatively decided; or

      (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)      After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.