MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5820

## BEFORE THE JUDICIAL PANEL

## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS )
)
LIABILITY LITIGATION (No. VI) ) MDL Docket No. 875
)
_____ )
)
This Document Relates to: )
)
FRANK J. WILLIAMS, JR., )
)
    Plaintiff, ) Case No. 09-00065
) In the United States District Court
v. ) For the Eastern District of
) Louisiana
LOCKHEED MARTIN CORP., et al. )
)
    Defendants. )
_____ )

**DEFENDANT LOCKHEED MARTIN CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION RULE OF PROCEDURE 5.3**

    In compliance with Judicial Panel on Multidistrict Litigation Rule of Procedure 5.3, Lockheed Martin Corporation discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**OFFICIAL FILE COPY**

1

IMAGED APR 2 7 2009

Respectfully submitted,

_____
ROBERT E. KERRIGAN, JR. (#7350)
A. WENDEL STOUT, III (#12511)
DAVID K. GROOME, JR. (##22788)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine St.
New Orleans, LA 70130
Phone: (504) 581-5141 Fax:(504) 566-1201
*Attorneys for Lockheed Martin Corporation*

2009 APR 22 P 5: 14
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**C E R T I F I C A T E OF SERVICE**

State of Louisiana

Parish of Orleans

David K. Groome, Jr., being duly sworn deposes and states that he is an employee of Deutsch, Kerrigan & Stiles, L.L.P., the attorney for defendant, Lockheed Martin Corporation, herein, that he is over 18 years of age and is not a party to the within action, and that on the **22nd day of April, 2009**, he caused a copy of defendant's, Lockheed Martin Corporation, Corporate Disclosure Statement Pursuant to Judicial Panel on Multidistrict Litigation Rule of Procedure 5.3 to be sent via regular mail to all counsel of record indicated on the attached service list by depositing a true copy of same securely enclosed in a post-paid envelope in a Post Office regularly maintained by the U.S.P.S. in New Orleans, Louisiana.

_____
David K. Groome, Jr.

Sworn to and Subscribed before Me,
this __22nd__ day of April, 2009.

_____
Notary Public
N 4036

1085331

3

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (EXCERPTED FROM CTO-319)

Frank J. Williams, Jr. v. Lockheed Martin Corp., et al., E.D. Louisiana, C.A. No. 2:09-65
(Judge Ivan L. Lemelle)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Lloyd J. Bourgeois
DIDRIKSEN LAW FIRM
3114 Canal Street
New Orleans, LA 70119

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

R. Dean Church, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
1515 Poydras Street
Suite 1300
New Orleans, LA 70112

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Thomas L. Cougill
WILLINGHAM FULTZ & COUQILL LLP
808 Travis
Suite 1608
Houston, TX 77002

Leon Gary, Jr.
JONES WALKER
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN & STILES LLP
755 Magazine Street
New Orleans, LA 70130

Susan B. Kohn
SIMON PERAGINE SMITH & REDFEARN
LLP
Energy Centre
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000

MDL No. 875 - Involved Counsel List (Excerpted From CTO-319) (Continued)

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Christopher K. Lightfoot
HAILEY MCNAMARA HALL LARMANN & PAPALE
One Galleria Boulevard
P.O. Box 8288
Suite 1400
Metairie, LA 70011-8288

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Olivia Smith Regard
JONES WALKER
500 Dover Boulevard
Lafayette, LA 70503

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Edward A. Rodrigue, Jr.
BOGGS LOEHN & RODRIGUE
3616 South I-10 Service Road West
Suite 109
Metairie, LA 70001

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jennifer D. Zajac
4512 Laudun Street
Metairie, LA 70006