JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

APR 2 9 2009

FILED
CLERK'S OFFICE

Szaferman, Lakind,
  Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy Phillips & Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

PLEADING NO. 5824

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Joseph A. Matuska and Gail Matuska, | Hon. William J. Martini, U.S.D.J. |
| Plaintiffs, | |
| v. | DOCKET NO.: 09-cv-00193 (WJM)(MF) |
| ABB, INC., as successor-in-interest to Elsag Bailey, Inc. and Bailey Controls Company, et al., | STIPULATION AND ORDER OF REMAND |
| Defendants. | |

WHEREAS, Defendants Foster Wheeler Energy Corporation ("FW") and General Electric Company ("GE") removed this action from the Superior Court of New Jersey, Middlesex County to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §1446(b); and

WHEREAS, plaintiffs have agreed to resolve their claims against FW and GE and FW and GE, through their counsel, consent to the remand of this action to the Superior Court of New

512377.1                                                 1

MDL- 875  JAZ CTO: HO
RECOMMENDED ACTION

Approved/Date: RN 4/28/09

OFFICIAL FILE COPY                          IMAGED APR 2 9 2009

Jersey, Middlesex County; and

WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

NOW THEREFORE, Plaintiffs, FW and GE stipulate and consent to the remand of this action to the Superior Court of New Jersey, Middlesex County.

Robert Lytle, Esq.
Szaferman, Lakind,
Blumstein & Blader, P.C.
101 Grovers Mill Road
Suite 200
Lawrenceville, N.J. 08648
Attorneys for Plaintiffs

Dated: April 17, 2009

Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Attorneys for Foster Wheeler Corporation
and General Electric Company

Dated: April 17, 2009

SO ORDERED:

~~Claire C. Cecchi~~ WILLIAM J. MARTIN, USDJ
~~United States Magistrate Judge~~

Dated: April 20, 2009

512377.1                                                2