UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 29, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
  Joseph A. Matuska, et al. v. ABB, Inc., et al.,    )
    D. New Jersey, C.A. No. 2:09-193      )    MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE MAY 27, 2009, HEARING SESSION

  A conditional transfer order was filed in this action (*Matuska*) on March 4, 2009.  Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Matuska* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Matuska* was remanded to the Superior Court of New Jersey, Middlesex County, by the Honorable William J. Martini in an order filed April 21, 2009.

  IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-319" filed on March 4, 2009, is VACATED insofar as it relates to this action.

  IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 23, 2009, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel