

**waterskraus**

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 2009

FILED
CLERK'S OFFICE

April 30, 2009

PARTNERS
C. Andrew Waters (CA, DC, MD, TX)
Peter A. Kraus (TX, VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY, TX)
Michael L. Armitage (CA, LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (NV, TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Michelle Whitman (TX)
Kyla Gail Cole (TX)
John S. Janofsky (CA, DC)
Michael B. Gurien (CA)
Scott L. Frost (CA, GA, IL, KY, TX)

ASSOCIATES
Greg W. Lisemby (TX)
Loren Jacobson (NY, TX)
Joy Sperling (CA)
Kevin M. Loew (CA)
Julie L. Celum (TX)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Ashley C. Fisher (AZ)
Bernaz Ashrafi (CA)
Mark Bratt (CA)
Demetrios Y. Zacharopoulos (MD)
George H. Kim (CA)
Jacqueline G. Badders (MD)
Kenneth A. Lee (CA)
Susannah B. Chester (TX)
Jillian M. Rice (CA)
Cindy Young (CA)
Brent Zadorozny (CA)
Melanie J. Garner (DC, MD, NJ, NY)
Gibbs C. Henderson (TX)
Katherine H. Hyland (DC)
Douglas V. Dukelow (CA)
David Cheng (CA)
Mark Linder (TX)
Ari Friedman (CA)
Katherine N. Williams (CA, TX)
Jason Marks (CA)
Tae Kim (CA)

OF COUNSEL
Kevin E. Oliver (TX)
William Gaitsman (IL, TX)
Randall L. Iola (IL, OK, TX)
George O. Tankard III (DC, MA, MD, PA, TX)
Ingrid Evans (CA, DC, NY)

<u>**VIA FACSIMILE: 202-502-2888**</u>

Mr. Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

    Re:   MDL Docket No. 875 (CTO-321)
            IN RE: Asbestos Products Liability Litigation (No. VI)
            United States Judicial Panel on Multidistrict Litigation
    *Transferred from:*
            Civil Action No. 2:09-CV-02317 VBF-PLA
            *Lois Jean Conner, et al. vs. Alfa Laval, Inc., et al.;*
            In the U.S. District Court of California, Central District

Dear Mr. Lüthi:

    Plaintiffs hereby withdraw their notice of opposition to the conditional transfer order entered in the above-referenced case.

    By copy of this correspondence all known counsel of record and counsel named on the CTO-321 Involved Counsel List are being notified. Should you have any questions, please do not hesitate to contact me in our Dallas office at 1-800-226-9880.

Sincerely,

WATERS & KRAUS, LLP

Charles S. Siegel

cc:   All Known Counsel of Record (*via facsimile or regular mail* — see attached lists)

PLEADING NO. 5827

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS
DALLAS: 3219 McKINNEY AVENUE DALLAS, TEXAS 75204 TEL 214 357 6244 FAX 214 357 7252
BALTIMORE: 315 NORTH CHARLES STREET BALTIMORE, MARYLAND 21201 TEL 410 528 1153 FAX 410 528 1005
SAN FRANCISCO: 601 VAN NESS AVENUE SUITE 2080 SAN FRANCISCO, CALIFORNIA 94102 TEL 800 226 9880 FAX 214 777 0470
LOS ANGELES: 222 NORTH SEPULVEDA BLVD SUITE 1900 EL SEGUNDO, CALIFORNIA 90245 TEL 310 414 8146 FAX 310 414 8156

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 APR 30 P 4:31
RECEIVED CLERK'S OFFICE

IMAGED MAY 1 2009

Lois Conner vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)

Los Angeles ---- Court BC 408 160

W&K File No. 08-0365-

Plaintiff's Service List

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -1 2009

FILED
CLERK'S OFFICE

CBS Corporation f/k/a Viacom, Inc., successor by merger with CBS Corporation f/k/a Westinghouse Elec
CSC - LAWYERS INCORPORATING SERVICE
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833
Tel:     Fax:

Buffalo Pumps, Inc.
CT CORPORATION
111 Eighth Avenue
New York, NY 10011
Tel:     Fax:

Leslie Controls, Inc.
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900     Fax: 415-986-8054
CA Speed Dial 79

Warren Pumps, LLC (sii to Quimby Pump Company, Inc.)
Thackston, Robert
HAWKINS, PARNELL & THACKSTON, LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Tel: 213-486-8000     Fax: 213-486-8080

IMO Industries, Inc. (indiv. & sii to DeLaval Steam Turbine Company)
Rome, Henry D.
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715     Fax: 650-364-5297
CA Speed Dial 08

Buffalo Pumps, Inc.
JACKSON & WALLACE, LLP
14724 Ventura Boulevard
Suite 410
Sherman Oaks, CA 91403
Tel: 818-379-4700     Fax: 818-379-4702
CA Speed Dial 09

Crane Co.
Farkas, Stephen P.
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000     Fax: 310-552-5001
CA Speed Dial 118

Garlock Sealing Technologies, LLC (sii to Garlock, Inc.)
O'Malley, Brian S.
LAW OFFICES OF GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Tel: 925-947-1300     Fax: 925-947-1594
CA Speed Dial 204

Leslie Controls, Inc.
LESLIE CONTROLS, INC.
12501 Telecom Drive
Tampa, FL 33637
Tel:     Fax:

Hill Brothers Chemical Company
Segal, Ruth
LYNBERG & WATKINS
888 S. Figueroa Street
16th Floor
Los Angeles, CA 90017
Tel: 213-624-8700     Fax: 213-892-2763
CA Speed Dial 10

Metalclad Insulation Corporation
Sayers, William
MCKENNA, LONG & ALDRIDGE LLP
444 South Flower Street
8th Floor
Los Angeles, CA 90071
Tel: 213-688-1000     Fax: 213-243-6330
CA Speed Dial 52

CBS Corporation f/k/a Viacom, Inc., successor by merger with CBS Corporation f/k/a Westinghouse Elec
POND NORTH LLP
350 S. Grand Avenue
Suite 2850
Los Angeles, CA 90071
Tel: 213-617-6170     Fax: 213-623-3594
CA Speed Dial 146

<u>Lois Conner vs. Alfa Laval, Inc. (sli to DeLaval Separator Company)</u>

Los Angeles ---- Court BC 408 180

W&K File No. 08-0385-

Plaintiff's Service List

**Alfa Laval, Inc. (sli to DeLaval Separator Company)**
**Syd Carpenter, Marine Contractor, Inc.**
**Triple A Machine Shop, Inc.**
Klausen, Stephen C.
Prindle, Kenneth B.
PRINDLE, DECKER & AMARO LLP

310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946        Fax: 562-495-0564
CA Speed Dial 29

**General Electric Company**
Gardiner, Katherine P.
SEDGWICK DETERT MORAN & ARNOLD

One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900        Fax: 415-781-2635
CA Speed Dial 33

**Thomas Dee Engineering Co., Inc.**
THOMAS DEE ENGINEERING CO., INC.

4314 Redwood Highway
Suite 300
San Raphael, CA 94903
Tel:                    Fax:

**Thomas Dee Engineering Co., Inc.**
McCall, Michael T.
WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP

One City Boulevard West, Fifth Floor
Orange, CA 92868-3677
Tel: 714-634-2522        Fax: 714-634-0686
CA Speed Dial 37

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

**INVOLVED COUNSEL LIST (Excerpted from CTO-321)**

Lois Jean Conner, et al. v. Alfa Laval, Inc., et al., C.D. California, C.A. No. 2:09-2317
(Judge Valerie Baker Fairbank)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael L. Armitage
WATERS & KRAUS LLP
222 North Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

MDL No. 875 - Involved Counsel List (Excerpted from CTO-321) (Continued)

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

John R. Wallace
JACKSON & WALLACE
55 Francisco Street
6th Floor
San Francisco, CA 94133

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608