**MDL 875**

UNITED STATES JUDICIAL PANEL
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -4 2009

FILED
CLERK'S OFFICE

IN RE: Asbestos Products Liability Litigation (No. VI)

MDL NO. 875

## RULE 7.4(c) NOTICE OF OPPOSITION

TO: Mr. Jeffrey N. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-2800
Telephone: [202] 502-2800
Fax: [202] 502-2888

PLEADING NO. 5828

The plaintiff, Doris Stallard, in the matter entitled *Doris Stallard, Administratrix of the Estate of Emory Stallard v. A.J. Friedman Supply Co., Inc. et al.*, Civil Action No. 2:09-cv-00504-WJM-MF, United States District Court, New Jersey, through undersigned counsel of record, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, files this Notice of Opposition to the Conditional Transfer Order (CTO -321) filed on April 17, 2009. Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

WILENTZ, GOLDMAN, & SPITZER P.A.

Lynne Kizis (LK-0860)
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, New Jersey 07095
Telephone: (732) 855-6424
Facsimile: (732) 726-6612
Attorneys for Plaintiff

#3874395

**OFFICIAL FILE COPY**           IMAGED MAY 4 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition to Transfer was filed with the court and served by facsimile and/or regular mail on this 4th day of May, 2009 to all counsel of records and the CTO-321 Involved Counsel List.

Lynne M. Kizis

2009 MAY -4 A 10:09
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

#3874395