**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL

MAY - 4 2009

ON

FILED
CLERK'S OFFICE

MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL. NO. 875

---

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENRIETTA McCRARY, ET AL

VERSUS

CIVIL ACTION

UNITED STATES OF AMERICA
THROUGH THE BUREAU OF PRISONS

NUMBER 08-777-JVP-CN

PLEADING NO. 5829

---

OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-321)

MAY IT PLEASE THE COURT:

Plaintiffs, Henrietta McCrary, individually and as administratrix of the estate of Edward W. McCrary, III, Edward H. McCrary, and Claudia McCrary Huerta oppose the Conditional Transfer Order on the basis that plaintiffs have not sought damages against the asbestos companies, but rather have requested informal discovery in order to file suit against the contractors, installers, and against the prison itself. This

OFFICIAL FILE COPY  IMAGED MAY 4 2009

suit is not an asbestos suit, but is rather a premise liability claim that may include asbestos manufacturers later on, should discovery lead in that direction. For this reason, the conditional Transfer Order is opposed and in the interest of justice, should be denied. In accordance with the transfer order out of MDL #875 of the United States District Court, Eastern District of Pennsylvania, this case does not include questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania. Accordingly, the Conditional Transfer Order should be denied.

Respectfully submitted:

s/Donald G. Cave
Donald G. Cave, LSBA No. 4073
CAVE LAW FIRM
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356
Telephone: (225) 292-3194
Facsimile: (225) 292-3198
E-mail: don@cavelaw.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 4 2009

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2009, a copy of the foregoing Opposition to Conditional Transfer Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to James L. Nelson, Assistant United States Attorney, by operation of the court's electronic filing system.

s/Donald G. Cave
---
Donald G. Cave, LSBA No. 4073
CAVE LAW FIRM
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356
Telephone: (225) 292-3194
Facsimile: (225) 292-3198
E-mail: don@cavelaw.com