**MDL 8 7 5**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 7 2009

FILED
CLERK'S OFFICE

1 Edward R. Hugo [Bar No. 124839]
ehugo@bhplaw.com
2 James C. Parker [Bar No. 106149]
jparker@bhplaw.com
3 Thomas J. Moses [Bar No. 116002]
tmoses@bhplaw.com
4 BRYDON HUGO & PARKER
135 Main Street, 20th Floor
5 San Francisco, CA 94105
Telephone: (415) 808-0300
6 Facsimile: (415) 808-0333

7 Attorneys for Defendant
FOSTER WHEELER LLC

8

9

**BEFORE THE JUDICIAL PANEL**

10

**ON MULTIDISTRICT LITIGATION**

11

12 IN RE: ASBESTOS PRODUCTS            )        MDL Docket No. 875
                                      )
13 LIABILITY LITIGATION (No. VI)      )
                                      )
14 _____    )

15 This Document Also Relates to:

16 WILLIAM H. DAWSON and RITA M. DAWSON,

17          Plaintiffs,

18 vs.

19 CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., successor by
merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE
20 ELECTRIC CORPORATION; B.F. STURTEVANT CO. and WESCO CORPORATION;
FOSTER WHEELER, LLC; GENERAL ELECTRIC COMPANY; LESLIE CONTROLS,
21 INC.; VIAD CORPORATION, individually and as parent, alter ego, and/or the entity
formerly known as THE DIAL CORPORATION, individually and as successor in
22 interest to GRISCOM-RUSSELL COMPANY; WARREN PUMPS LLC; and DOES 1-500,
inclusive,
23

24          Defendants.

                              Case No. CV09-0903 WHA
25

26 **DEFENDANT FOSTER WHEELER LLC'S OPPOSITION TO PLAINTIFFS' MOTION
TO VACATE CONDITIONAL TRANSFER ORDER 320**

27

28 **OFFICIAL FILE COPY**

1

IMAGED MAY 7 ·2009

Original

PLEADING NO. 5 8 3 5

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

## I.      **INTRODUCTION**

Defendant Foster Wheeler LLC ("Foster Wheeler") files this Opposition to the Motion to Vacate Conditional Transfer Order 320 ("CTO-320") filed by Plaintiffs in the case of *William H. Dawson and Rita M. Dawson vs. Foster Wheeler LLC. et al.*, Civil Action Number 2:09-cv-0903 WHA (N.D. Cal.). The Judicial Panel on Multidistrict Litigation's (the "Panel") CTO-320 transferred this case for coordinated or consolidated pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania ("MDL-875") pursuant to 28 U.S.C. § 1407. This case is similar, if not identical, to cases that have been or will be subject to transfer to MDL-875. To ensure the efficient and consistent adjudication of this case, along with the many others throughout the United States, this Panel should deny Plaintiffs' Motion to Vacate CTO-320.

For both efficiency and consistency, the Panel routinely denies objections to transfer that are premised on jurisdictional issues or pending motions to remand. In fact, the Panel has denied these types of motions in this litigation. (See *In re Asbestos Products Liability Litigation*, 1996 WL 143826 (J.P.M.L. February 16, 1996), *In re Asbestos Products Liability Litigation*, 170 F.Supp.2d 1348 (J.P.M.L. October 18, 2001).) Although Plaintiffs have filed a motion to remand in this case, it has not yet been heard by the district court[1], but can just as easily be decided by the MDL Panel after transfer[2].

Foster Wheeler contends that the only factual issues germane to CTO-320 are already known and stated in Plaintiffs' motion. Namely, it is contended that Decedent William M. Dawson developed mesothelioma as a result of his exposure to asbestos. (Plaintiffs' Memorandum In Support of Motion To Vacate, at page 1, para. 1.) This is exactly the type of asbestos personal injury case that should be transferred to MDL-875.

---

[1] In fact, on April 28, 2009, the Honorable William Alsup, who is presiding over this case in the Northern District of California, entered an Order staying proceedings in this case pending the Panel's decision to transfer this action to the MDL.

[2] It appears that Plaintiffs expect the Panel to entertain and decide their motion to remand, and seek to have the Panel remand this action back to the Alameda County Superior Court in California. However, at this juncture and pursuant to 28 U.S.C. 1407(a), the Panel retains jurisdiction to transfer a case to the MDL, and the case can only be remanded to the transferor court at the conclusion of pretrial proceedings in the MDL and at the recommendation of a transferee judge.

---

**DEFENDANT FOSTER WHEELER LLC'S OPPOSITION TO**
**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 320**

1   The threat of a jurisdictional objection does not change this fact.  Since any motion filed

2   by Plaintiffs could only raise issues already addressed by the Panel in this litigation, the

3   Panel, as it has done many times previously, should deny Plaintiffs' Motion to Vacate.

4   **II.    TRANSFER TO THE EASTERN DISTRICT OF PENNSYLVANIA IS**
        **APPROPRIATE FOR COORDINATED OR CONSOLIDATED PRETRIAL**
5       **PROCEEDINGS.**

6        Transfer of this tag-along action to the Eastern District of Pennsylvania for

7   coordinated or consolidated pretrial proceedings is appropriate for several reasons.

8   First, the Panel has the authority to transfer such cases despite pending, or

9   contemplated, jurisdictional objections.  Second, assuming a jurisdictional issue is raised,

10  a determination of the issue is well within the transferee court's authority and should be

11  heard by a single court.  Third, transfer and coordination or consolidation promotes

12  judicial efficiency and consistency.

13       **A.    The Panel Has Authority To Transfer Despite Pending Jurisdictional**
                **Claims.**
14

15       Courts have consistently held that the Panel's authority to transfer tag-along cases

16  to multidistrict litigation withstands pending jurisdictional objections.  Jurisdictional

17  objections alone are not grounds for opposing transfer of a case for coordinated or

18  consolidated pretrial proceedings.  (*In re Gypsum Wallboard*, 302 F. Supp. 794, 794

19  (J.P.M.L. 1969).)  Likewise, the fact that a case is in federal court by removal from state

20  court has no bearing on a motion to transfer the case for MDL proceedings.  (*In re*

21  *Antibiotic Drugs*, 299 F. Supp. 1403 (J.P.M.L. 1969).)

22       As recognized by the Second Circuit Court of Appeals, the Panel has the authority

23  to transfer a case in which (as is true here) a motion to remand to state court is pending.

24  (*In re Ivy*, 901 F.2d 7 (2d Cir. 1990).)  Numerous courts have cited and relied on *Ivy* for

25  this proposition.  (See, e.g., *In re California Retail Natural Gas and Electric Antitrust*

26  *Litigation.*, 150 F.Supp.2d 1383, 1384 (J.P.M.L. August 15, 2001); *In re Bridgestone/Firestone,*

27  *Inc.*, 151 F.Supp.2d 1381, 1382 (J.P.M.L. 2001); *Meyers v. Bayer*, 143 F.Supp.2d 1044, 1047

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

1  (E.D.Wis. 2001); *Ryan v. Dow Chemical Co.*, 781 F.Supp. 902, 912 (E.D.N.Y. 1991); *Johnson*

2  *v. AMR Corp.*, 1996 WL 164415, at *3 (N.D. Ill. April 3, 1996).)

3      Consistent with the goal of promoting efficiency and consistency, other courts have

4  also recognized the Panel's authority to transfer cases subject to pending jurisdictional

5  objections.  (See, e.g., *Good v. Prudential Ins. Co.*, 5 F. Supp. 2d 804 (N.D. Ca. 1998).)  The

6  "power of the Panel to effectuate transfer under 1407 is not vitiated by the transferor

7  court's lack of personal jurisdiction over a defendant."  (*In re Gypsum Wallboard,* 302 F.

8  Supp. 794, 794 (J.P.M.L. 1969).)

9      The pendency of a motion to remand does not compromise the Panel's authority

10  to transfer such actions for coordinated or consolidated MDL proceedings.  The

11  existence of such a pending motion in this case does not mandate a return of this case to

12  the district court.

13      **B.    Transfer Promotes Judicial Efficiency and Consistency**.

14      Through Section 1407, Congress intended to promote the "just and efficient

15  conduct" of the actions transferred thereunder.  (*In re Ivy*, 901 F.2d 7 (2d Cir. 1990).)  In

16  mass tort cases consolidated under Section 1407, similar jurisdictional issues are "easily

17  capable of arising in hundreds or even thousands of cases in district courts throughout

18  the nation."  (*Id.* at 9.)  "Consistency and economy are both served by resolution of

19  [motions to remand] by a single court after transfer by the J.P.M.L."  (*Aikins v. Microsoft*

20  *Corp.*, 2000 WL 310391, at * 1 (E.D. La., Mar. 24, 2000).)  "If remand issues are common to

21  many [cases], decisions by the transferee judge would avoid duplicative discovery and

22  conflicting pretrial rulings." (*Boudreaux v. Metropolitan Life Ins. Co.*, 1995 WL 83788, at *2

23  (E.D. La., February 24, 1995).)

24      In fact, in the present litigation this Panel already has stated that:

25  [T]ransfer of these actions to the Eastern District of Pennsylvania for
     inclusion in the coordinated or consolidated pretrial proceedings in that
26  district will serve the convenience of the parties and witnesses and promote
     the just and efficient conduct of the litigation... In particular, we note that in
27  the Panel's original decision distinctions based on such matters as the
     pendency of motions or other matters before the transferor court, the
28  uniqueness of a party's status, the type of defendant, the docket condition of

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT FOSTER WHEELER LLC'S OPPOSITION TO
PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 320

any specific federal district…were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. (*In re Asbestos Products Liability Litigation*, 1996 WL 143826 (J.P.M.L. 1996).)

The transferee judge's experience and expertise with cases coordinated or consolidated in multidistrict litigation will assist the determination of jurisdictional issues and "should not be wasted." (*Tench v. Jackson Nat'l Life Ins. Co.*, 1999 WL 1044923, at *2 (N.D. Ill., Nov. 12, 1999). Any suggestion that the transferor jurisdiction is better equipped to decide jurisdictional issues will not support opposition to the issuance of a transfer order because "the problem of ascertaining and applying the law of the transferor jurisdiction is frequently faced by transferee judges." (*In re Duane*, 354 F. Supp. 278, 279 (J.P.M.L. 1973); see, e.g., *In re Puerto Rico Air Disaster Litig.*, 340 F. Supp. 492 (D.P.R. 1972).) Indeed, remand and other motions can be presented to and decided by the transferee judge. (See, e.g., *In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Serzone Products Liability Litigation* (J.P.M.L. June 13, 2003); *In re Air Crash Disaster at Florida Everglades on December 29, 1972*, 368 F.Supp. 812, 813 (J.P.M.L. 1973).)

Regardless of Plaintiffs' contentions, the sole issue for consideration here is "the merits of the transfer viewed against the purposes of the multidistrict litigation statutory scheme, whether or not there is a pending jurisdictional objection." (*In re Ivy*, 901 F.2d 7, 9 (2d Cir. 1990).) In view of this aim, allegedly imminent rulings by the transferor district have little bearing on this case.

The panel recently addressed this point:

Furthermore, there is no need to delay transfer in order to accommodate any interest of the transferor court in resolving a pending remand motion. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.IP.ML., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-1061 can continue without any

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

unnecessary interruption or delay.  (*In re Prudential Ins. Co.*, 2001 WL 980541, at *1 (J.P.M.L. Aug. 15, 2001).)

Against this background, courts consistently find that transfer of an otherwise transferable tag-along action to a single district for pretrial proceedings under Section 1407 should not be delayed due to the pendency of motions in the transferor district. (*See, e.g., In re New Mexico Natural Gas Antitrust Litig.*, 482 F. Supp. 333 (J.P.M.L. 1979); see also *In re IBM*, 302 F. Supp. 796 (J.P.M.L. 1969) [refusing to delay transfer where notice of appeal from order denying motion for preliminary injunction was pending in district from which private civil antitrust action was proposed to be transferred where circumstances otherwise warranted transfer].)

Thus, because the Panel has the authority to transfer despite the pendency of the Plaintiffs' motion to remand, because the transferee district is best positioned to handle such issues in a coordinated or consolidated manner, and because such coordination or consolidation promotes judicial efficiency and consistency in keeping with the congressional aims of Section 1407, this Panel should deny Plaintiffs' Motion to Vacate and proceed with the transfer of this matter to MDL-875, *In Re Asbestos Product Liability Litigation (No. VI)*, pending in the United States District Court for the Eastern District of Pennsylvania.

## III.   CONCLUSION

Defendant FOSTER WHEELER LLC respectfully requests that this Panel deny Plaintiffs' Motion to Vacate Conditional Transfer Order 320.

Respectfully submitted,

Dated: May 6, 2009                          BRYDON HUGO & PARKER

By: _____
Edward R. Hugo
James C. Parker
Thomas J. Moses
Attorneys for Defendant
FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

DEFENDANT FOSTER WHEELER LLC'S OPPOSITION TO
PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 320

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFICATE OF SERVICE**   MAY – 7 2009

U.S.D.C. Northern District of California Case No. C 09-00903 WHA

FILED
CLERK'S OFFICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On May 6, 2009, served the following:

DEFENDANT FOSTER WHEELER LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 320

Via U.S. Mail to Plaintiffs' Counsel:

Richard A. Brody, Esq.
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104

And on all involved parties on the Involved Counsel List (CTO 320) attached hereto via U.S. Mail.

I declare under penalty of perjury that the above is true and correct.  Executed on May 6, 2009, at San Francisco, California.

_Wanda D. Claudio_
Wanda D. Claudio

2009 MAY – 7 A 10: 32
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

CERTIFICATE OF SERVICE

**IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

### INVOLVED COUNSEL LIST (CTO-320)

Stephen Adams
TAYLOR DUANE BARTON &
GILMAN LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

Linda G. Alexander
NIEMEYER ALEXANDER
AUSTIN & PHILLIPS PC
300 North Walker Aveue
Oklahoma City, OK 73102

Adam G. Anderson
MARKS O'NEILL O'BRIEN &
COURTNEY PC
3200 Gulf Tower
707 Grant Street
Suite 2600
Pittsburgh, PA 15219

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

J. Randy Baker
HILTGEN & BREWER
9400 N. Broadway Ext.
Suite 800
Oklahoma City, OK 73114-7401

John P. Ball, Jr.
PARSONS BEHLE &
LATIMER
201 South Main Street
Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

Julie R. Beaton
KUTAK ROCK LLP
18201 Von Karman Avenue
Suite 1100
Irvine, CA 92612-1077

Joshua H. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Jeannine L. Bertig
GROGAN GRAFFAM PC
Four Gateway Center
12th Floor
Pittsburgh, PA 15222

Alexander P. Bicket
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Mary P. Birk
BAKER & HOSTETLER LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Richard E. Bliss
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Timothy W. Bouch
LEATH BOUCH CRAWFORD
& VON KELLER
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Benjamin J. Braly
SIMON EDDINS &
GREENSTONE
3232 McKinney Avenue
Suite 610
Dallas, TX 75204

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Richard A. Brody
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Edward Kenneth Brooks
PATTERSON DILTHEY LLP
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

Jon Ed Brown
BROWN & SAIN
5 East Main
Idabel, OK 74745

Kimberly A. Brown
THORP REED &
ARMSTRONG LLP
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA 15219-1425

Barbara J. Buba
WILBRAHAM LAWLER &
BUBA
Two Gateway Center
17 North
603 Stanwix Street
Pittsburgh, PA 15222

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Lisa N. Busch
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

**MDL No. 875 - Involved ⊂ ...nsel List (CTO-320) (Continued)**

James B. Buxton
BUXTON CARSON PLLC
3535 NW 58th Street
Suite 950
Oklahoma City, OK 73112

Catherine L. Campbell
PHILLIPS MURRAH PC
101 N. Robinson
13th Floor
Oklahoma City, OK 73102

Brita H. Cantrell
ELDRIDGE COOPER
STEICHEN & LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566

Nairi Chakalian
HAIGHT BROWN &
BONESTEEL
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

Macy M. Chan
HAWKINS PARNELL &
THACKSON LLP
444 South Flower Street
Los Angeles, CA 90071

Margaret M. Chaplinsky
KALINOSKI & CHAPLINSKY
100 Court Avenue
Suite 205
Des Moines, IA 50309-2200

David P. Chervenick
GOLDBERG PERSKY
JENNINGS & WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

Patricia W. Christensen
PARR BROWN GEE &
LOVELESS
185 South State Street
13th Floor
P.O. Box 11019
Salt Lake City, UT 84147

Timothy Clark
LAW OFFICES OF TIMOTHY
CLARK PA
888 E Las Olas Boulevard
Suite 700
Ft. Lauderdale, FL 33301

Misty Brickey Cole
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
2001 Bryan Street
Suite 1300
Bryan Tower
Dallas, TX 75201-3008

Alice W. Coleman
BRENT COON &
ASSOCIATES
188 East Capitol Street
Suite 1375
Jackson, MS 39201

Norman A. Coliane
600 Grant Street
Room 1880
Pittsburgh, PA 15219-4776

Keith E. Coltrain
ELMORE & WALL PA
1001 Wade Avenue
Suite 423
P.O. Box 10937
Raleigh, NC 27605

Kathy K. Condo
REED SMITH LLP
Mellon Square
435 Sixth Avenue
Pittsburgh, PA 15219

William David Conner
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Eric R.I. Cottle
K&L GATES LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Leo Gerard Daly
GROGAN GRAFFAM PC
Four Gateway Center
12th Floor
444 Liberty Avenue
Pittsburgh, PA 15222

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

Richard N. Dodson
DODSON & DODSON LLP
2005 Moores Lane
P.O. Box 1877
Texarkana, TX 75503

William J. Donovan
BURNS WHITE & HICKTON
LLC
Four Northsore Center
106 Isabella Street
Pittsburgh, PA 15212

Rocky W. Eaton
AULTMAN TYNER RUFFIN &
SWETMAN LTD
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Guillermo Escobedo
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101-3541

Lenore L. Espinosa
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
500 Dallas Street
Suite 3000
Houston, TX 77002

**MDL No. 875 - Involved Counsel (CTO-320) (Continued)**

Eric K. Falk
DAVIES MCFARLAND &
CARROLL
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Brett W. Farrar
DICKIE MCCAMEY &
CHILCOTE
Two PPG Place
Ste. 400
Pittsburgh, PA 15222-5402

Farrah L. Fielder
LEDBETTER COGBILL
ARNOLD & HARRISON LLP
P.O. Box 185
Fort Smith, AR 72902-0185

Mark E. Fields
STEIDLEY & NEAL
100 E Carl Albert Parkway
P.O. Box 1165
McAlester, OK 74502

Gregory L. Fitzpatrick
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Mark D. Folger
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Dan S. Folluo
RHODES HIERONYMUS
JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, OK 74121

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Christian H. Gannon
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
830 Third Avenue
Suite 400
New York, NY 10022

Katherine Paige Gardiner
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105

John A. Gardner, III
HEDRICK GARDNER
KINCHELOE & GAROFALO
LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

William David Geiger
DAVIES MCFARLAND &
CARROLL
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222

Virginia M. Giokaris
RASMUSSEN WILLIS
DICKEY & MOORE LLC
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

Kayce L. Gisinger
ABOWITZ TIMBERLAKE &
DAHNKE PC
105 North Hudson
10th Floor, Hightower Building
P.O. Box 1937
Oklahoma City, OK 73101

David M. Glaspy
GLASPY & GLASPY
One Walnut Creek Center
Suite 750
100 Pringle Avenue
Walnut Creek, CA 94596-8104

Andy J. Goetz
PRINDLE DECKER & AMARO
310 Golden Shore
4th Floor
P.O. Box 22711
Long Beach, CA 90801-5511

Alan Scott Goldberg
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Cy Goldberg
GOLDBERG MILLER &
RUBIN PC
121 S. Broad Street
Suite 1500
Philadelphia, PA 19107

Michael D. Goss
SECREST HILL & BUTLER
7134 S. Yale Avenue
Suite 900
Tulsa, OK 74136

Bruce A. Griggs
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
301 Congress Avenue
Suite 1150
Austin, TX 78701

Miller Grumley
BRADLEY & FREED PSC
P.O. Box 1655
1634 Broadway
Paducah, KY 42002-1655

Allen K. Gruner
300 West Liberty Street
Suite 3
Louisville, KY 40202

Alex K. Haley
P.O. Box 575
Broken Bow, OK 74728

**MDL No. 875 - Involved Counsel List (CTO-320) (Continued)**

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510-2212

Scott Harford
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Anne D. Harman
BAILEY RILEY BUCH &
HARMAN
900 Riley Building
P.O. Box 631
Wheeling, WV 26003

Geoffrey C. Haslam
CHRISTENSEN & JENSEN
15 W South Temple
Suite 800
Salt Lake City, UT 84101

Robert W. Hastings
DICKIE MCCAMEY &
CHILCOTE PC
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Scott M. Hendler
HENDLER LAW FIRM
816 Congress Avenue
Suite 1670
Austin, TX 78701

Cary E. Hiltgen
HILTGEN & BREWER
9400 N. Broadway Ext.
Suite 800
Oklahoma City, OK 73114-7401

Stephanie A. Hingle
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329

Ethan A. Horn
SIMON EDDINS &
GREENSTONE
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Eric L. Horne
ECKERT SEAMANS CHERIN
& MELLOTT LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Daniel W S Ip
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Mark F. James
HATCH JAMES & DODGE
10 West Broadway
Suite 400
Salt Lake City, UT 84101

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Charles W. Jenkins
POOL & SHAFFERY LLP
445 South Figueroa Street
Suite 2520
Los Angeles, CA 90071

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Michael A. Karaffa
MARSHALL DENNEHEY
WARNER COLEMAN &
GOGGIN
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

John P. Katerndahl
HASSARD BONNINGTON
LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Miles A. Kirshner
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

**MDL No. 875 - Involved Counsel (CTO-320) (Continued)**

Andrew W. Knuth
MARON PIERCE LLC
100 West Station Square Drive
Landmarks Building
Suite 250
Pittsburgh, PA 15219

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Daniel E. Krauth
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Tanya M. Lawson
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308

Teresa Fizardi Lazzaroni
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard Eric Leff
MCGIVNEY & KLUGER PC
80 Broad Street
23rd Floor
New York, NY 10004

Robert D. Leidigh
GROGAN GRAFFAM PC
Four Gateway Center
12th Floor
444 Liberty Avenue
Pittsburgh, PA 15222

F. Barham Lewis
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
500 Dallas Street
Suite 3000
Houston, TX 77002

Carrie Lin
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

Michael Magee
PIETRAGALLO GORDON
ALFANO ET AL
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Joni M. Mangino
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

Hunter A. McGeary, Jr.
MCGEARY LAW OFFICES
508 Walnut Road
Pittsburg, PA 15202

Brien F. McMahon
PERKINS COIE
South Tower
1620 26th Street, 6th Floor
Santa Monica, CA 90404-4013

Sibyl S. McNulty
RILEY HEWITT & SWEITZER
650 Washington Road, Suite 300
Pittsburgh, PA 15228

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

**MDL No. 875 - Involved Counsel List (CTO-320) (Continued)**

Robert O. Meriwether
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

Gregory David Meronek
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

Amee A. Mikacich
FILICE BROWN EASSA &
MCLEOD LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 1800
Oakland, CA 94612-3520

Edward A. Miller
MARSHALL DENNEHEY
WARNER COLEMAN &
GOGGIN
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Stephen R. Mlinac
SWARTZ CAMPBELL LLC
4750 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St., Suite 300
Portsmouth, VA 23705

Melinda A. Morgan
RICHARDS BRANDT MILLER
& NELSON
299 S. Main Street, 15th Floor
P.O. Box 2465
Salt Lake City, UT 84110

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Gregory A. Mueggenborg
PERRINE MCGIVERN
REDEMANN ET AL
P.O. Box 1710
Tulsa, OK 74101-1710

Bryan S. Neft
PIETRAGALLO GORDON
ALFANO ET AL
One Oxford Center
38th Floor
Pittsburgh, PA 15219

Farah Sohaili Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 S Flower Street
8th Floor
Los Angeles, CA 90071-2901

Heather L. Nicoletti
WALSWORTH FRANKLIN
BEVINS & MCCALL LLP
One City Boulevard, West
Fifth Floor
Orange, CA 92868-3677

Jonathan P. Norrie
BASSFORD REMELE PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3707

Philip J. O'Rourke
MCGIVNEY & KLUGER PC
80 Broad Street
23rd Floor
New York, NY 10004

Daniel F. O'Shea
O'SHEA & REYES LLC
1601 North Flamingo Road
Suite 4
Pembroke Pines, FL 33028

Edmund L. Olszewski, Jr.
DICKIE MCCAMEY &
CHILCOTE PC
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Joseph L. Orszulak, II
MARKS O'NEILL O'BRIEN &
COURTNEY PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Deborah Maria Parker
KNOTT & GLAZIER
601 S. Figueroa Street
Suite 4200
Los Angeles, CA 90017

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Kristen J. Pauls
NIX PATTERSON & ROACH
LLP
205 Linda Drive
Dangerfield, TX 75638

Timothy Peck
SMITH MOORE
LEATHERWOOD LLP
300 N. Greene Street
Suite 1400
P.O. Box 21927
Greensboro, NC 27429-1927

John F. Peiserich
PERKINS & TROTTER
P.O. Box 251618
Little Rock, AR 72225-1618

Martha J. Phillips
ATKINSON HASKINS ET AL
525 S. Main Street
Suite 1500
Tulsa, OK 74103-4524

**MDL No. 875 - Involved Counsel (CTO-320) (Continued)**

Michael S. Polk
SIEBEN POLK LAW FIRM
1640 South Frontage Road
Suite 200
Hastings, MN 55033

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Giovanni Regina
WATERS MCPHERSON
MCNEILL PC
300 Lighting Way
7th Floor
Secaucus, NJ 07096

John J. Repcheck
MARKS O'NEILL O'BRIEN &
COURTNEY PC
Gulf Tower
707 Grant Street
Suite 2600
Pittsburgh, PA 15219

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Harry Tracy Richardson, III
STRONG PIPKIN BISSELL &
LEDYARD LLP
595 Orleans
Suite 1400
Beaumont, TX 77701-3255

Ronald N. Ricketts
GABLE & GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217

Robert M. Rolfe
HUNTON & WILLIAMS LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

Alba A. Romano
RILEY HEWITT & SWEITZER
650 Washington Road
Suite 300
Pittsburgh, PA 15228

Henry D. Rome
HOWARD ROME MARTIN &
RIDLEY LLP
1775 Woodside Road
Suite 200
Redwood, CA 94061

David J. Rosenberg
WEBER GALLAGHER
SIMPSON STAPLETON FIRES
NEWBY LLP
603 Stanwix Street
Suite 1450, 14th Floor
Pittsburgh, PA 15222

G. David Ross
LYTLE SOULE & CURLEE
119 North Robinson Avenue
Suite 1200
Oklahoma City, OK 73102

Joseph R. Schaper
MARON PIERCE LLC
100 West Station Square Drive
Landmarks Building
Suite 250
Pittsburgh, PA 15219

Richard A. Shallcross
RICHARD A SHALLCROSS &
ASSOCIATES
1645 S. Cheyenne Avenue
Tulsa, OK 74119

Emily K. Shields
MORGAN LEWIS & BOCKIUS
1000 Louisiana
Suite 4200
Houston, TX 77002

Concetta A. Silvaggio
WILLMAN & ARNOLD
705 McKnight Park Drive
Pittsburgh, PA 15237

Stewart R. Singer
SALMON RICCHEZZA
SINGER & TURCHI
1700 Market Street
Suite 3110
Philadelphia, PA 19103

Jeanne Welch Sopher
RAWLE & HENDERSON
535 Smithfield Street
Suite 1000
Pittsburg, PA 15222

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
2 Liberty
50 South 16th Street
Suite 1900
Philadelphia, PA 19102

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Dee Dee Stephens
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Adam J. Strange
JONES GOTCHER & BOGAN
15 East 5th Street
Suite 3800
Tulsa, OK 74103

## MDL No. 875 - Involved Counsel List (CTO-320) (Continued)

Albert L. Tait, Jr.
FENTON FENTON SMITH
RENEAU & MOON
One Leadership Square
211 North Robinson
Suite 800 North
Oklahoma City, OK 73102

Chad C. Taylor
PRAY WALKER PC
100 W. Fifth Street
Suite 900
Tulsa, OK 74103

J. Derrick Teague
JENNINGS COOK & TEAGUE
204 North Robinson Avenue
Suite 1000
Oklahoma City, OK 73102

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Thomas E. Vaughn
VAUGHN BOWDEN &
WOOTEN PA
1617 25th Avenue
P.O. Drawer 240
Gulfport, MS 39502-0240

Nicholas P. Vari
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA 15222-2312

Joshua D. Verdi
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Paul K. Vey
PIETRAGALLO GORDON
ALFANO ET AL
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Michael E. Waller
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
One Newark Center
Newark, NJ 07102

Adam J. Warholla
DICKIE MCCAMEY &
CHILCOTE
Two Ppg Place, Ste. 400
Pittsburgh, PA 15222-5402

Kirk G. Warner
SMITH ANDERSON BLOUNT
DORSETT ET AL
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

James R. Webb
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7101

C. Scott Wells
HAWKINS PARNELL &
THACKSTON LLP
4514 Cole Avenue, Suite 550
Dallas, TX 75205

Melanie L. White
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Yakov Paul Wiegmann
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Edward J. Wilbraham
WILBRAHAM LAWLER &
BUBA
603 Stanwix Street
Two Gateway Center, 17th North
Pittsburgh, PA 15222

Anne L. Wilcox
KELLEY JASONS MCGOWAN
SPINELLI & HANNA
429 Forbes Avenue
Allegheny Building, Suite 1202
Pittsburgh, PA 15219

Don Willenburg
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111

Stephen B. Williamson
KATTEN MUCHIN
ROSENMAN LLP
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

## MDL No. 875 - Involved Counsel ... t (CTO-320) (Continued)

Jeffrey Lee Wilson
BARKLEY LAW FIRM
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103-4063

Matthew R. Wimer
WIMER LAW OFFICES PC
655 Allegheny Avenue
Oakmont, PA 15139

Todd S. Winegar
P.O. Box 353
Salt Lake City, UT 84110-0353

Dennis F. Wolford
REED LUCE TOSH WOLFORD & DOUGLAS
804 Turnpike Street
Beaver, PA 15009

John R. Woodard, III
FELDMAN FRANDEN WOODARD & FARRIS
2 West Second Street
Suite 900
Tulsa, OK 74103-3101

George D. Yaron
YARON & ASSOCIATES
601 California Street
21st Floor
San Francisco, CA 94108

Christopher T. Yoskosky
ZIMMER KUNZ PC
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219

C. James Zeszutek
DINSMORE & SHOHL LLP
One Oxford Centre, Suite 2900
301 Grant Street
Pittsburgh, PA 15219