

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MAY - 8 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5836

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |

This Document Relates to:

United States District Court
District of Utah, Central Division

| | |
|---|---|
| JERRY D. ANDERSON and GLENYS ANDERSON, *et al.* Plaintiffs v. HAMILTON MATERIALS, *et al* Defendants | Case No. 2:09-CV-86 Judge Bruce Jenkins |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Rapid-American Corp., who is a Defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ( ) Yes                    ( √ ) No

2. Does party have any parent corporations?

   ( √ ) Yes                    ( ) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:  Riklis Family Corporation.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

OFFICIAL FILE COPY

IMAGED MAY 8 2009

( ) Yes                                    ( √ ) No

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes                                    ( √ ) No

Respectfully submitted this _____ of May, 2009


Todd S. Winegar (03521)
Wells Fargo Center
299 S. Main St., Suite 1300
P. O. Box 353
Salt Lake City, Utah 84110
Telephone:  (801) 364-9995
Fax: (801) 533-2626
Attorney for Defendant Rapid-American
Corporation

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 8 2009

# CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I certify that on this date a copy of the foregoing was sent to the persons identified below

by electronic mail or by U.S. Mail if indicated.

Dated this _____ day of May, 2009.

**Attorneys for Plaintiffs**
Mark F.James
Hatch, James and Dodge
10 West Broadway, Ste. 400
Salt Lake City, Utah 84101
Asbestos@hjdlaw.com
mjames@hjdlaw.com

Charles E. Valles
Susannah Chester
Waters and Kraus
3219 McKinney Ave., Ste. 3000
Dallas, Texas 75204
cvalles@waterskraus.com
schester@waterskraus.com
csiege@waterskraus.com

**Attorneys for Union Carbide**
Mary Price Birk
Ronald L. Hellbusch
Baker and Hostetler LLP
303 E. 17th Ave., Ste. 1100
Denver, Colorado 80203
mbirk@bakerlaw.com
rhellbusch@bakerlaw.com

Patricia W. Christensen
PARR BROWN GEE & LOVELESS
185 South State Street, Suite 1300
Salt Lake City, UT 84111-1537
pchristensen@parrbrown.com

**Attorneys for Hamilton Materials**
Melinda A. Morgan
Richards, Brandt, Miller & Nelson
Wells Fargo Building
299 South Main, Ste. 1500
Salt Lake City, Utah 84111
Melinda-Morgan@rbmn.com

**Attorneys for Georgia-Pacific LLC**
Katherine E. Venti
John P. Ball, Jr.
Nicole G. Farrell
PARSONS BEHLE & LATIMER
P.O. Box 45898
Salt Lake City, UT 84145-0898
kventi@pblutah.com
ecf@parsonsbehle.com
asbestos@parsonsbehle.com

**Attorneys for Bailey Drywall & Supply**
Conrad H. Johansen
Tracy A. Wilder
Olsen, Skoubye & Nielson
999 E. Murray Holladay Road, Ste. 200
Salt Lake City, Utah 84117
conrad@osnlaw.com
tracy@osnlaw.com

**Attorneys for Kelly-Moore Paint**
Geoffrey C. Haslam
Scot A. Boyd
Christensen & Jensen
15 West South Temple, Ste. 800
Salt Lake City, Utah 84101
Scot.boyd@chrisjen.com
Geoffrey.haslam@chrisjen.com
Asbestos.groups@chrisjen.com


**Attorney for Rapid-American Corporation**
Todd Winegar
PO Box 353
Salt Lake City, UT 84110
todd.winegar@azbar.org