**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2009

FILED
CLERK'S OFFICE

1  Richard A. Brody, Esq. (SBN 100379)
   BRENT COON & ASSOCIATES
2  44 Montgomery Street, Suite 800
   San Francisco, CA 94104
3  Telephone: 415.489.7420
   Facsimile: 415.489.7426
4
   Attorneys for Plaintiffs
5

6

7

8                         **DOCKET NO. 875**

9    **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

10      **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION**

11

12  This document relates to:       *William H. Dawson, et al. v. CBS Corporation, et al.*
                                    **Civil Action No. 3 09-903 WHA**
13                                  **In the United States District Court, Northern District of**
                                    **California;**
14

15                                  **and**

16
                                    *Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al.*
17                                  **Civil Action No. 3 09-902 MHP**
                                    **In the United States District Court, Northern District of**
18                                  **California;**

19
                                    **and**
20
                                    *Michael E. Jenkins v. Allied Packing & Supply, Inc., et al.*
21                                  **Civil Action No. 3 09-101 DMS (LSP)**
                                    **In the United States District Court, Southern District of**
22                                  **California.**

23

24                                                          

25

26

27

28

_____
                              1
PLAINTIFFS' REPLY BRIEF TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS'
**OFFICIAL FILE COPY** MOTION TO VACATE CTO-320  **IMAGED MAY 1 4 2009**

PLEADING NO. 5839

Plaintiffs William H. Dawson, Johnie D. Pelfrey, Jr. and Michael E. Jenkins hereby submit their brief in reply to the oppositions to plaintiffs' motion to vacate conditional transfer order (CTO-320) filed on behalf of defendants Foster Wheeler, LLC; General Electric Company; and Leslie Controls, Inc

## I.    STATEMENT OF FACTS

Each of the three plaintiffs who are the subject of this motion is dying from asbestos-caused cancers. William H. Dawson and Johnie D. Pelfrey, Jr. suffer from malignant mesothelioma, an incurable cancer of the pleura caused solely by past exposure to asbestos-containing products. Both of their cases were pending in the Alameda County Superior Court in Northern California. Both of their cases were removed by defendants. Both of these cases would be entitled to calendar preference in trial setting under California Code of Civil Procedure section 36(d) that provides that a case is entitled to preference in trial setting when there is proof provided to the court that there is substantial medical doubt of an individual's survival beyond six months.

In the cases of both Mr. Dawson and Mr. Pelfrey, motions to remand have been filed in the district court to which the cases were removed. Both district court judges have issued orders staying any further proceedings pending this Court's ruling on plaintiffs' motion to vacate Conditional Transfer Order 320.

Michael Jenkins suffers from metastatic lung cancer. The motion to remand his case to state court was denied by the United States District Court for the Southern District of California. Should this Court determine that the conditional transfer order is appropriate in Mr. Jenkins' case based upon the order denying plaintiffs' motion to remand, plaintiffs Dawson and Pelfrey respectfully submit that the motion to vacate the conditional transfer order be granted as to them.

## II.    TRANSFER OF THESE ACTIONS WILL NOT PROMOTE A JUST AND EFFICIENT ADJUDICATION OF CLAIMS

The transfer of these cases to the MDL 875 proceeding will not promote the just and efficient conduct of such actions, nor is it an action that would promote the convenience of parties and witnesses pursuant to 28 U.S.C. § 1407(a) (2009). As the MDL 875 court has stated recently:

///

1    Remanding cases to the transferor court at an early date remains an important
administrative goal of the court. Remand of individual cases, however, should
2    occur only in a manner consistent with the goal of the efficient administration of the
case, and in the interests of justice in the individual case being remanded.

3

4  See, Memorandum from the Honorable Eduardo C. Robreno, dated April 30, 2009, issued in *In Re:*

5  *Asbestos Products Liability Litigation* (No. VI), MDL Docket No. 875, page 3, attached to the

6  Declaration of Richard A. Brody.

7       Granting plaintiffs' motion to vacate the conditional transfer order is consistent with the

8  stated policy of this Court, namely, to facilitate remand of individual cases to the transferor court at

9  an early date.

10      If plaintiffs' motion to vacate the conditional transfer order is granted, the motions to

11  remand in the Dawson and Pelfrey cases will be heard at an early date by the judges of the district

12  court to which the cases were removed. This provides both dying plaintiffs with the opportunity to

13  have an early hearing on their motion to remand.

14      While the MDL 875 court is working expeditiously to schedule individual motions to

15  remand, its docket consists of literally tens of thousands of cases, and it cannot reasonably be

16  expected to hear the motions to remand nearly as quickly a local district court can. Thus, contrary

17  to the assertions of the opposing defendants, vacating the conditional transfer order as to these

18  dying plaintiffs is in the interests of justice.

19      Defendants have made no showing of how a transfer to the MDL 875 court will promote the

20  convenience of the parties and witnesses. All three of these cases were filed in the state courts in

21  California. Mr. Jenkins, for example, lives in San Diego, California, and virtually all of his

22  exposure occurred in San Diego, California. Both Mr. Dawson and Mr. Pelfrey suffered significant

23  exposures to asbestos in the San Francisco Bay Area while serving in the United States Navy.

24      By contrast, none of the known exposures to asbestos occurred in Pennsylvania in any of

25  these three cases, and to the best of plaintiffs' counsel's knowledge, none of the significant

26  witnesses in these cases resides in the state of Pennsylvania. Thus, defendants cannot reasonably

27  argue (and do not even attempt to argue) that the transfer of these cases to the MDL 875 will

28  promote the convenience of the parties and witnesses.

**III.     CONCLUSION**

For the reasons set forth herein, as well as in the plaintiffs' motion to vacate conditional transfer order (CTO-320), plaintiffs respectfully request that the motion to vacate conditional transfer order (CTO-320) be granted to allow all three of these dying individuals the chance to litigate their cases before their deaths.

DATED:  May 13, 2009                    Respectfully submitted,

                                        BRENT COON & ASSOCIATES

                                        By: _____
                                             RICHARD A. BRODY
                                             Attorneys for Plaintiffs WILLIAM H.
                                             DAWSON and RITA M. DAWSON; JOHNIE
                                             D. PELFREY, JR. and JAN PELFREY;
                                             and MICHAEL E. JENKINS

---

PLAINTIFFS' REPLY BRIEF TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS'
MOTION TO VACATE CTO-320

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2009

FILED
CLERK'S OFFICE

1   Richard A. Brody, Esq. (SBN 100379)
    BRENT COON & ASSOCIATES
2   44 Montgomery Street, Suite 800
    San Francisco, CA 94104
3   Telephone: 415.489.7420
    Facsimile: 415.489.7426
4
    Attorneys for Plaintiffs
5

6

7

8                          **DOCKET NO. 875**

9   **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

10  **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION**

11

12  This document relates to:       *William H. Dawson, et al. v. CBS Corporation, et al.*
                                    **Civil Action No. 3 09-903 WHA**
13                                  **In the United States District Court, Northern District of**
                                    **California;**
14

15                                  **and**

16                                  *Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al.*
                                    **Civil Action No. 3 09-902 MHP**
17                                  **In the United States District Court, Northern District of**
                                    **California;**
18

19                                  **and**

20
                                    *Michael E. Jenkins v. Allied Packing & Supply, Inc., et al.*
21                                  **Civil Action No. 3 09-101 DMS (LSP)**
                                    **In the United States District Court, Southern District of**
22                                  **California.**

23

24

25

26

27

28

---

                                        1

**DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' REPLY BRIEF TO
DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION TO VACATE CTO-320**

1    I, Richard A. Brody, do declare and state:

2    1.    I am an attorney at law duly licensed to practice before all the courts in the state of

3    California, and I am admitted to practice before the Ninth Circuit Court of Appeal and the United

4    States District Courts for the Northern District of California, Central District of California, and

5    Southern District of California and am associated with the law firm of Brent Coon & Associates,

6    counsel of record for plaintiffs William H. Dawson and Rita M. Dawson; Johnie D. Pelfrey, Jr. and

7    Jan D. Pelfrey; and Michael E. Jenkins herein.  I make this declaration in support of Plaintiffs'

8    Reply Brief To Defendants' Opposition To Plaintiffs' Motion To Vacate Conditional Transfer

9    Order (CTO-320).  Unless otherwise stated, I have personal knowledge of the following matters

10   and could, if called to do so, testify competently thereto.

11   2.    Attached hereto as Exhibit A is a true and accurate copy of the Memorandum from

12   the Honorable Eduardo C. Robreno, dated April 30, 2009, issued in *In Re: Asbestos Products*

13   *Liability Litigation* (No. VI), MDL Docket No. 875.

14   I declare under penalty of perjury under the laws of the state of California that the foregoing

15   is true and correct, except as to any matters stated on information and belief, and as to those

16   matters, I believe them to be true.

17

18   Executed this 13th day of May, 2009, at San Francisco, California.

19

20   _____

21   RICHARD A. BRODY

22

23

24

25

26

27

28

---

2

DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' REPLY BRIEF TO
DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION TO VACATE CTO-320

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2009

FILED
CLERK'S OFFICE

1 | Richard A. Brody, Esq. (SBN 100379)
2 | BRENT COON & ASSOCIATES
  | 44 Montgomery Street, Suite 800
  | San Francisco, CA 94104
3 | Telephone: 415.489.7420
  | Facsimile: 415.489.7426
4 |
5 | Attorneys for Plaintiffs

8

## DOCKET NO. 875

9

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

10

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

12 | This document relates to:

*William H. Dawson, et al. v. CBS Corporation, et al.*
**Civil Action No. 3 09-903 WHA**
**In the United States District Court, Northern District of California;**

**and**

*Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al.*
**Civil Action No. 3 09-902 MHP**
**In the United States District Court, Northern District of California;**

**and**

*Michael E. Jenkins v. Allied Packing & Supply, Inc., et al.*
**Civil Action No. 3 09-101 DMS (LSP)**
**In the United States District Court, Southern District of California.**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

CERTIFICATE OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2009 MAY 14  A 10: 28
RECEIVED
CLERK'S OFFICE

*William H. Dawson, et al. v. CBS Corporation, et al.*
**Civil Action No. 3 09-903 WHA**

*Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al.*
**Civil Action No. 3 09-902 MHP**

*Michael E. Jenkins v. Allied Packing & Supply, Inc., et al.*
**Civil Action No. 3 09-101 DMS (LSP)**

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the within cause.  I am employed in the County of San Francisco, California; my business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.  On the date below, I served one true copy of:

**PLAINTIFFS' REPLY BRIEF TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-320)**

**DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' REPLY BRIEF TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' CONDITIONAL TRANSFER ORDER  (CTO-320)**

[XX ]    **BY MAIL:** I placed a true copy, enclosed in a sealed envelope with postage paid, for collection and mailing on the date below at San Francisco, California, following ordinary business practices, to the addressee(s) noted below or on the attachment herein.  I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

## SEE ATTACHED INVOLVED COUNSEL LIST

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated:  May 13, 2009                                 _____
                                                                          Michelle Dantzman

RECEIVED CLERK'S OFFICE 2009 MAY 14 A 10: 28 JUDICIAL PANEL MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

## SCHEDULE OF ACTIONS/INVOLVED COUNSEL LIST (EXCERPTED FROM CTO-320)

<u>Northern District of California</u>

Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al., C.A. No. 3:09-902  (Judge Marilyn Hall Patel)
William H. Dawson, et al. v. CBS Corp., et al., C.A. No. 3:09-903  (Judge Elizabeth D. Laporte)

<u>Southern District of California</u>

Michael E. Jenkins v. Allied Packing & Supply, Inc., et al., C.A. No. 3:09-101  (Judge Dana M. Sabraw)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Julie R. Beaton
KUTAK ROCK
18201 Von Karman Avenue
Suite 1100
Irvine, CA 92612-1077

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Richard A. Brody
BRENT COON & ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Guillermo Escobedo
GORDON & REES LLP
101 West Broadway
Suite 2000
San Diego, CA 92101-3541

Katherine Paige Gardiner
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105

Stephanie A. Hingle
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329

Steven K. Hwang
PERKINS & COIE
1620 26th Street
6th Floor
Santa Monica, CA 90404

**MDL No. 875 - Schedule of Actions/Involved Counsel List (Excerpted from CTO-320) (Continued)**

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Maureen L. King
BARG COFFIN LEWIS & TRAPP LLP
350 California Street
22nd Floor
San Francisco, CA 94104-1435

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Carrie Lin
COOLEY MANION JONES HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

**MDL No. 875 - Schedule of Actions/Involved Counsel List (Excerpted from CTO-320) (Continued)**

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Stephen Robert Onstot
WALSWORTH FRANKLIN BEVINS &
MCCALL
633 West Fifth Street
28th Floor
Los Angeles, CA 90071

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Francis D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Dee Dee Stephens
BRENT COON & ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Yakov Paul Wiegmann
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Don Willenburg
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Dennis M. Young
FOLEY & MANSFIELD PLLP
1111 Broadway
10th Floor
Oakland, CA 94607

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2009

FILED
CLERK'S OFFICE

**Exhibit A**

RECEIVED
CLERK'S OFFICE
2009 MAY 14  A 10: 28
JUDICIAL PANEL
MULTIDISTRICT
LITIGATION

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| | : | Civil Action No. |
| | : | 2:01-md-875 |
| THIS DOCUMENT RELATES TO | : | |
| ALL ACTIONS | : | |

M E M O R A N D U M

EDUARDO C. ROBRENO, J.                           April 30, 2009

I.   INTRODUCTION

        MDL no. 875 involves claims relating to personal

injuries allegedly caused by asbestos products.  In 1991, the

Judicial Panel on Multidistrict Litigation (the "Panel")

transferred and consolidated these cases in the Eastern District

of Pennsylvania as MDL 875.  According to the January 1, 2009

Panel report, there were 58,625 cases, encompassing 3.3 million

claims, pending in MDL 875.[1]

        To manage this complex case, over the course of the

litigation, the Court has issued 17 administrative orders.  To

complement this administrative architecture, the presiding

Judicial Officer has instituted several new policies and

_____

        [1]    These statistics are drawn from the Jan. 1, 2009 MDL
875 statistical update provided by the Panel to Judge Robreno and
the Clerk of the Court in the Eastern District of Pennsylvania.

EXHIBIT A

procedures[2] that expanded upon the case management system put in place by Judge Weiner and Judge Giles.[3]  As a result, a significant number of pending claims have been resolved in the past several months.[4]  Plaintiffs' motion requests amendments to six of these administrative orders.  For the reasons set forth below,[5] the Court declines to adopt Plaintiffs' proposed amendments.

II.  DISCUSSION OF THE MERITS

   A. Procedure for Remand of Appropriate Cases to Transferor
   _____  District Courts

         Plaintiffs' first request that the Court remand: (1) the 151 malignancy cases listed in Exhibit "J" of their motion; and (2) any case in which a motion for remand has already been

---

   [2]    See accompanying Exhibit "A", the MDL 875 Case Management Flowchart.  This chart is meant as a visual representation of the Court's administrative regime, illustrating categories of cases and their respective paths to resolution.

   [3]    The undersigned was designated Judge of MDL 875 on October 16, 2008.

   [4]    The Court has established an MDL 875 website, available at www.paed.uscourts.gov/mdl875.asp.  The website reports all activity in the case and is a helpful tool for the Court and the litigants.

   [5]    During the course of calendar year 2009, the court has resolved 510,000 claims, either by settlement, voluntary dismissal or dismissals.  Case management procedures in place include motion hearings, status and scheduling conferences, rules to show cause, Daubert hearings, and procedures for requesting settlement conferences and trials.  See MDL 875 website, available at www.paed.uscourts.gov/mld875.asp.

2

filed. (Pls. Mot. at 17, Ex. J.)  This request for a wholesale remand does not include specific information regarding the circumstances or procedural status of any individual case.  The motion simply lists the respective Plaintiff's name, civil action number, case style and disease.  (Id. at Ex. J.)  Previously, the Court declined a similar wholesale disposition of cases suggested by defendants in connection with enforcement of Administrative Order no. 12.  In re: Asbestos Prods. Liab. Litig. (No. VI), 254 F.R.D. 266, 268 (E.D. Pa. 2008).

Remanding cases to the transferor court at an early date remains an important administrative goal of the Court. Remand of individual cases, however, should occur only in a manner consistent with the goal of the efficient administration of the case,[6] and in the interest of justice in the individual case being remanded.[7]  In order to promote these goals the Court will implement a procedure whereby requests for a suggestion of

---

[6]     The Panel has transferred the asbestos personal injury cases to the Eastern District of Pennsylvania "for coordinated or consolidated pretrial proceedings."  28 U.S.C. § 1407(a) (1976). A case "shall be remanded by the panel at or before the conclusion of such pretrial proceedings." Id.  The Panel rules state that a remand shall be considered by the Panel on the motion of any party, upon a suggestion of remand from the transferee court, or upon the Panel's own initiative, through a conditional remand order, an order to show cause or another appropriate order.  JPML Rules of Procedure, 7.6(c) (2001).

[7]     Motions to remand to the appropriate state court for lack of subject matter jurisdiction, however, may be filed at any time.

remand in <u>individual</u> cases may be brought to the attention of the Court.[8]

By order on this day, the Court will issue Administrative Order no. 18, which provides that Plaintiffs may file a motion requesting the entry of a suggestion of remand with the Court. This motion must include, at a minimum, the following information:

1.) The civil action number of the case in the district where it was originally filed;

2.) The civil action number of the case in the Eastern District of Pennsylvania, if the case has been assigned an E.D. Pa. civil action number;

3.) The name of the plaintiff in the case;

4.) The diagnosing report or opinion relied upon by the plaintiff in compliance with Administrative Order no. 12;

5.) The identity of defendants that are still viable[9] in the case;

6.) A certification that the motion requesting the suggestion of remand has been served upon counsel for all other parties to the action; and

---

[8]     The factors the Court will consider, <u>inter alia</u>, are listed in Administrative Order no. 18, ¶7 a-h.

[9]     A viable defendant is a defendant which has been dismissed from the case and is not in bankruptcy proceedings.

4

7.) The specific reasons why remand is appropriate in this case.  In particular, Plaintiff should specify:

    a.) Whether Plaintiff has complied with Administrative Orders 12 and 12A;

    b.) Whether the injured Plaintiff is alive;

    c.) Whether the parties have submitted a Rule 26(f) report to the Court;

    d.) Whether all relevant discovery has been completed or has been substantially completed.  If not, identify the discovery still to be completed;

    e.) The extent to which settlement conferences have been held in the case and the status of settlement negotiations;

    f.) Whether there are any outstanding motions in the case.  Counsel seeking remand should be able to certify that there are no outstanding motions remaining in the case;

    g.) Whether, if the case is remanded, the Plaintiff is prepared for trial without delay once on the transferor court's normal docket; and

    h.) The status of congestion in the transferor court docket.

Once a motion requesting a suggestion of remand has been filed with the Court and served on all other parties to the

action, any party opposing the motion will have fourteen (14) days in which to file a response.  If a response is filed, then the Court will decide whether to suggest remand based on the contents of the motion and the response, or schedule a hearing on the matter.  If there is no response within fourteen days, the other parties to the action are deemed to have consented, and the Court will decide whether to suggest remand based on the content of that respective Plaintiff's motion.[10]

Under these circumstances, Plaintiffs' request to remand the 151 named malignancy cases, and the numerous other cases in which a motion to remand has been filed previously is denied.  If Plaintiffs believe that remand is appropriate in any individual case, the Plaintiff in such case may file a motion for suggestion of remand that conforms to the requirements of Administrative Order no. 18.

B. Motley Rice's Role as Plaintiffs' Steering Committee
   Liaison Counsel for the MDL 875 Submissions Database

Next, Plaintiffs' request that the Court relieve Motley Rice ("Motley Rice") of its duties regarding the MDL 875 submissions database.  (Pls. Mot. to Amend at 17.)  The database was created by Administrative Order no. 13 as a tool for the

_____

[10]   Once a suggestion of remand is filed with the Panel, the procedures for effecting the remand can be found in Rule 7.6 of the Judicial Panel on Multidistrict Litigation Rules of Procedure.

Court to manage the information submitted by Plaintiffs pursuant to Administrative Order no. 12.[11]   (Administrative Order no. 13, doc. no. 5040, Jan. 29, 2008.)   The law firms of Forman, Perry, Watkins, Krutz & Tardy, LLP ("Forman Perry") and Motley Rice were appointed to assist the Court in managing the database by Defendants' steering committee and Plaintiffs' steering committee, respectively.   Id.   Forman Perry was also tasked with uploading to the database any paper Administrative Order no. 12 submissions that had been submitted prior to the creation of the database.   When Forman Perry last updated the Court on the progress of uploading paper submissions, Forman Perry indicated that the database included 80% of such submissions.

The continuing assistance of counsel from each steering committee is important in maintaining the functionality and impartiality of the database.   The Court is very appreciative of the many hours that both Motley Rice and Forman Perry have spent assisting with the administration of the MDL 875 submissions database.

With that said, the Court has no particular preference as to which member of the Plaintiffs' steering committee is

---

[11]   Administrative Order no. 12 requires, inter alia, the submission of a diagnostic report by the plaintiff in each case and the submission of identifying information particular to that case.   Submissions made pursuant to Administrative Order no. 12 are collected in an electronic database, which is consulted by the parties and the Court in making scheduling decisions.

liaison counsel in charge of the MDL 875 submissions database.
Nevertheless, Motley Rice has not provided the Court with the
name of another member of the steering committee that is ready,
willing and able to fill their role.  The Court is reluctant to
appoint another law firm sua sponte to fill this important
position.  If Motley Rice reaches an agreement with another
steering committee member to take over these duties, the Court
will entertain a motion to relieve Motley Rice at that time.
Meanwhile, Motley Rice's obligations as Plaintiffs' steering
committee appointee for the database, pursuant to Administrative
Order no. 13, shall continue until further order of the Court.


      C. Filing Dismissal Orders on PACER/ECF in the Eastern
          District of Pennsylvania

        The third request made by Plaintiffs is that the Court
allow Plaintiffs to file dismissal orders and/or orders for
transfer to the "bankruptcy only" docket on PACER/ECF.  (Pls.
Mot. to Amend at 17.)  The Clerk of the Court is in the process
of transferring all electronic files in all cases to this
judicial district and assigning each individual plaintiff in the
MDL 875 litigation from across the country an Eastern District of
Pennsylvania civil action number.[12]  If the case involves

_____

     [12]   A significant number of Plaintiffs in the litigation
have already been assigned E.D. Pa. civil action numbers.  In
such cases, Plaintiffs' counsel are required to file these and
any other motions electronically on the PACER/ECF system,

multiple plaintiffs, the Court is severing the cases and
requiring such Plaintiffs to file an amended complaint and pay a
filing fee.  Each Plaintiff who files an amended complaint is
then assigned an E.D. Pa. number.[13]  Once a Plaintiff is assigned
an E.D. Pa. civil action number, either by transfer of the file
from the transferor district or by the filing of an amended
complaint in this district, these motions may be filed
electronically in the E.D. Pa. using the PACER/ECF system.  Until
Plaintiff is assigned an E.D. Pa. civil action number, any
motions filed on behalf of that Plaintiff must be filed in the
transferor district court and a separate copy must be sent to the
clerk in the E.D. Pa.  This policy is reflected in the recently
amended Administrative Order no. 11.  (Administrative Order no.
11, doc. no. 5936, Mar. 16, 2009.)

Once all of the cases are transferred from the various
district courts to the E.D. Pa., which the Court expects will

---

pursuant to MDL 875 Administrative Order no. 11, section 1(B)(II)
and Local Rule of Civil Procedure 5.1.2(2)(a).  The Court will
sever each multi-plaintiff case and assign each Plaintiff an E.D.
Pa. civil action number and require that Plaintiff file an
amended complaint.  The amended complaint must be mailed as a
hard copy to the E.D. Pa. Clerk's Office, and include a copy of
the document saved as a PDF on a CD-ROM.  Once the amended
complaint is received and uploaded, the E.D. Pa. PACER/ECF system
will be available for electronic filing in each Plaintiff's case.

[13]   Cases with E.D. Pa. numbers, if originating in another
district (the transferor court), in the event of remand, will be
remanded to the transferor court.

occur in the next few months, PACER/ECF filing on the E.D. Pa
system will be available to all Plaintiffs and Defendants in the
entire MDL 875 litigation.

      D. <u>Grouping Non-Malignant Claims for Settlement Conference</u>

      Finally, Plaintiffs request that the Court allow them
to group non-malignant cases for settlement conferences.  (Pls.
Mot. to Amend at 17.)  The Court is scheduling settlement
conferences, both in individual cases and groups of cases, on an
ongoing basis.  Four Magistrate Judges and at least one District
Judge are also conducting settlement conferences in appropriate
cases on an ongoing basis.  With these available resources, the
Court is able to schedule many individual and group settlement
conferences simultaneously.  If Plaintiffs' counsel wishes to
request a settlement conference in a case or group of cases, the
procedures making such request are available on the MDL 875
website.  <u>See</u> "Settlement Conference Procedures," MDL 875: In re:
asbestos website, <u>available at www.paed.uscourts.gov/mdl875.asp</u>.

III.  CONCLUSION

      The Court's case management procedures are not
arbitrary.  These procedures are designed to help manage a large
and diverse docket and to accommodate fairly the many diverse
interests present in the litigation.  The request by certain

Plaintiffs to alter it wholesale will neither improve efficiency nor promote the interests of justice.

An appropriate order follows.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 2036

MAY 14 2009

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

In re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

MDL Docket No. 2036

PLEADING NO. 16

**MEMORANDUM OF LAW OF CITIGROUP INC. AND CITIBANK, N.A. IN**

**OPPOSITION TO THE MOTION OF RALPH TORNES FOR TRANSFER AND**

**COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland, Esq.
Lisa M Simonetti, Esq.
A.R. Kachadoorian, Esq.
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

*Attorneys for Defendants Citigroup Inc. and
Citibank, N.A., for Itself and as Successor to
Citibank (West), FSB, and Citibank F.S.B.*

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2009 MAY 14    A 10: 05

**OFFICIAL FILE COPY**

IMAGED MAY 14 2009

Defendants Citigroup Inc., erroneously sued as "Citibank Inc.," and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B. ("Citibank") (together, the "Citi Defendants"), in the matter entitled <u>Mike Amrhein v. Citibank Inc., et al.</u>, Northern District of California Case No. CV-08-5101-SBA, the Honorable Saundra Armstrong presiding ("<u>Amrhein</u>"), hereby oppose the Motion for Transfer and Coordination pursuant to 28 U.S.C. § 1407 (the "MDL Motion") filed with respect to the matters entitled <u>Tornes v. Bank of America, N.A.</u>, Southern District of Florida, Case No. 1:08-23323 JLK, <u>Pena v. Wachovia, N.A.</u>, District of New Jersey, Case No. 1:08-5263 JHR, and <u>Garcia v. Wachovia, N.A.</u>, Southern District of Florida, Case No. 1:08-22463 MGC.

## I.    INTRODUCTION

The Panel plainly should not include <u>Amrhein</u> in any MDL proceeding.[1]  In evaluating the MDL Motion, the Panel must determine:  (A) whether common questions of fact among the actions proposed for transfer "are sufficiently complex, unresolved and/or numerous to justify Section 1407 transfer"; and (B) whether centralization would "serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation."  <u>In re Qwest Commc'ns Int'l, Inc., Secs. & Erisa Litig.</u>, 395 F. Supp. 2d 1360, 1361 (J.P.M.L. 2005).  These factors are not, and cannot be, met with respect to <u>Amrhein</u>.

<u>Amrhein</u> is the only proposed class action pending against the Citi Defendants challenging overdraft fees assessed through debit card transactions, and <u>Amrhein</u> shares <u>no</u> common questions of fact with <u>any</u> of the other pending actions.  To the contrary, <u>Amrhein</u> involves an alleged California class and Citibank's own, and undoubtedly unique, debit card

---

[1]    <u>Amrhein</u> is not included in the MDL Motion itself.  The Citi Defendants first learned of the MDL Motion when they received the opposition filed by plaintiff's counsel in <u>Amrhein</u>, Richard McCune, Esq., on or about March 20, 2009.

1

processing practices and disclosures.[2]  In fact, counsel for plaintiff Mike Amrhein agrees that

common facts do not exist between Citibank and the other banks subject to the MDL Motion

and, further, agrees that <u>Amrhein</u> should not be swept into an MDL proceeding.  <u>See</u> Plaintiffs

Represented by McCuneWright LLP's (the "McCune Plaintiffs") Response to Plaintiff Tornes'

Motion for § 1407 Transfer (the "Response") at 2-3.

      In addition, as set forth in the accompanying Declaration of Lisa M. Simonetti

("Simonetti Decl."), ¶ 2), <u>Amrhein</u> is in a very early stage of the proceedings.  The Citi

Defendants have not yet responded to an operative pleading, no discovery has commenced and

no scheduling conference has been held.  In contrast, several other actions proposed for transfer

are far more advanced, including with respect to substantial discovery, certification proceedings

and potentially dispositive motions.  (Simonetti Decl., ¶ 3.)  Transfer of <u>Amrhein</u>, therefore,

would not result in efficient management of the litigation.

      Accordingly, the Court should deny the MDL Motion as to the Citi Defendants.  <u>Amrhein</u>

should remain pending before Judge Armstrong in the Northern District of California.

## II.    ARGUMENT

**A.**    **<u>Amrhein</u> Shares No Common Facts With Any Of The Other Actions And, Thus, Transfer Into An MDL Would Be Unjustified.**

      In order to transfer <u>Amrhein</u>, the Panel must be convinced that common questions of fact

exist and "that [such] common questions of fact are sufficiently complex, unresolved and/or

numerous to justify Section 1407 transfer . . . ."  <u>In re FedEx Ground Package System, Inc.,</u>

<u>Employment Practices</u>, 366 F. Supp. 2d 1381, 1382 (J.P.M.L. 2005); <u>see also</u> <u>In re Pension Fund</u>

<u>Class Action Litig.</u>, 360 F. Supp. 1400, 1401 (J.P.M.L. 1973) (declining to transfer class actions

---

[2]    Citigroup Inc. is a holding company and does not itself engage in the business of banking. Thus, pursuant to a meet and confer required in the Northern District of California prior to the filing of a motion, the parties have agreed that the claims against Citigroup Inc. will not be pursued.  An amended complaint reflecting this change, among others, will be filed.

2

where "litigation involve[d] predominantly, if not entirely, questions of law"). Here, the Panel

simply cannot be so convinced because no common facts exist among the various actions.

Instead, all of the parties to Amrhein concur that the claims at issue are not factually

related to those alleged in the other actions, and for good reason: (1) the Citi Defendants are not

named in any other proposed class action dealing with overdraft fees incurred through debit card

transactions; (2) Citibank has its own forms of account agreement; (3) Citibank has its own

methods of issuing debit cards and processing debit card transactions; and (4) Citibank has its

own disclosures with respect to the nature and processing of debit card transactions. Indeed,

counsel for the McCune Plaintiffs, including plaintiff Mike Amrhein in Amrhein and other

plaintiffs in various other matters, expressly raises these contentions in his Response, as follows:

> [I]t would seem that the individual Defendant issues of disclosure language,
>
> representations online and in marketing materials, and practices would limit the
>
> effectiveness of an MDL. . . . [D]ifferences . . . will exist between Defendants' conduct
>
> that do not carry over from one Defendant bank to another Defendant bank. Another
>
> significant difference is disclosure language in account agreements. . . . The practices
>
> complained of also will vary between banks.

McCune Plaintiffs' Response at 2-3; see also Wachovia Bank N.A.'s Supplemental Brief in

Reply to McCune Plaintiffs' Request that any MDL be Consolidated in the Northern District of

California at 2 (noting that "cases brought against the different banks share no common facts,

each case alleges claims against a single bank, and the various banks' policies, practices and

disclosures differ").

Moreover, the mere fact that the defendants in these various actions are banks that issue

debit cards falls far short of the commonality required for section 1407 transfer. See, e.g., In re

Celexa and Lexapro Prods. Liability Litig., 416 F. Supp. 2d 1361, 1363 (J.P.M.L. 2006) ("claims against Wyeth involving a prescription drug other than Celexa or Lexapro . . . do not share sufficient questions of fact with claims against Forest regarding its drugs to warrant inclusion of the claims against Wyeth in the MDL"); In re Not-For-Profit Hospitals/Uninsured Patients Litig., 341 F. Supp. 2d 1354,1356 (J.P.M.L. 2004) (declining to transfer 28 actions against different health care providers because, "[n]otwithstanding the numerosity of actions, movants have failed to persuade us that these actions share sufficient common questions of fact"); In re Movie Artwork Copyright Litig., 473 F. Supp. 2d 1381, 1382 (J.P.M.L. 2007) ("Each of the four actions involves defendants' alleged infringement of different copyrights and trademarks owned by different entities and covering different movie and carton characters.  No common intellectual property is at issue.  The asserted common factual questions . . . appear to be [] simply a generic listing of elements found in virtually every copyright and trademark infringement action . . . .").  Accordingly, the requirement of common facts is not, and cannot be, met as to Amrhein.

**B.      Further, Amrhein Is In The Earliest Stages Of The Proceedings, In Contrast To Other Pending Actions.**

Where actions have reached different procedural postures, with some actions at more advanced stages than others, transfer should not be ordered.  See, e.g., In re Sears, Roebuck & Co. Bankruptcy Debtor Redemption Agreements Litig., No. 1389, 2001 WL 34834426, at *1 (J.P.M.L. Jan. 31, 2001) (denying transfer where, among other things, "the actions are at greatly different stages of pretrial proceedings"); In re: Tyson Foods, Inc., Meat Processing Facilities Fair Labor Standards Act (FLSA) Litig., 581 F. Supp. 2d 1374, 1375 (J.P.M.L. 2008) (denying transfer where "[d]iscovery is likely to be plant-specific and proceed on a plant-by-plant basis" and "the actions are at somewhat different procedural stages"); In re Allianz Life Ins. Co. of N. Am. Deferred Annuity Marketing & Sales Pracs. Litig., 517 F. Supp. 2d 1364, 1364-65 (J.P.M.L.

2007) (denying transfer where "[f]our of the five actions in this docket are at a significantly advanced stage" and noting "[c]lasses have been certified in . . . four actions, and fact discovery has been completed (or is nearing completion) in three of them").

     <u>Amrhein</u> has not progressed at all beyond the filing of the initial complaint. The Citi Defendants have not filed responses to any operative pleading and, as indicated above, another amendment soon will be submitted. No initial disclosures have been served, and no discovery or scheduling conference has taken place. Many of the other actions proposed for transfer, however, have advanced much farther, including, for example:

- The parties to <u>Gutierrez v. Wells Fargo & Company</u>, Northern District of California, No. C 07-05923 WHA, have conducted substantial fact and expert discovery and have litigated a motion to decertify the class and motions for summary judgment, and now are proceeding to trial on the remaining claims. Trial is set for June 8, 2009.

- The parties to <u>Tornes</u> have litigated motions to strike, to dismiss and to compel arbitration. In addition, in <u>Tornes</u>, there is the complicating factor of a nationwide class settlement having been reached, and granted preliminary approval, in a separate matter, <u>Closson v. Bank of America, N.A.</u>, Superior Court of California, County of San Francisco, No. CGC 04436877.

- The parties to <u>Pena</u> have fully briefed a motion to compel arbitration or, in the alternative, to dismiss. The motion will be decided on the papers. A request to stay proceedings pending determination of the MDL Motion was denied.

Clearly, the various actions are not on parallel footing and their pretrial proceedings cannot be coordinated in a manner that would benefit a court or the parties. Transfer of <u>Amrhein</u> would not be justified.

5

## III.   CONCLUSION

For the foregoing reasons, the Citi Defendants request that the Panel deny the MDL

Motion as to them and, thus, decline to transfer <u>Amrhein</u> into any MDL proceeding.


Dated:  May 13, 2009

Respectfully submitted,

By:_____

Lisa M Simonetti

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland, Esq.
Lisa M Simonetti, Esq.
A.R. Kachadoorian, Esq.
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

*Attorneys for Defendants Citigroup Inc. and
Citibank, N.A., for Itself and as Successor to
Citibank (West), FSB, and Citibank F.S.B.*

6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

In re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

MDL Docket No. 2036

**DECLARATION OF LISA M. SIMONETTI IN SUPPORT OF THE MEMORANDUM
OF LAW OF CITIGROUP INC. AND CITIBANK, N.A. IN OPPOSITION TO THE
MOTION FOR TRANSFER AND COORDINATION PURSUANT TO 28 U.S.C. § 1407**

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland, Esq.
Lisa M Simonetti, Esq.
A.R. Kachadoorian, Esq.
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

*Attorneys for Defendants Citigroup Inc. and
Citibank, N.A., for Itself and as Successor to
Citibank (West), FSB, and Citibank F.S.B.*

LA 51143445

I, Lisa M. Simonetti, declare as follows:

1.       I am admitted to practice before this Court and am a member of Stroock & Stroock & Lavan LLP, counsel for Citigroup Inc., erroneously sued as "Citibank Inc.," and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B. ("Citibank") (together, the "Citi Defendants"), in the action entitled <u>Mike Amrhein v. Citibank Inc., et al.</u>, Northern District of California Case No. CV-08-5101-SBA ("<u>Amrhein</u>").  I submit this declaration in support of the Citi Defendants' Memorandum of Law in Opposition to the Motion for Transfer and Coordination pursuant to 28 U.S.C. § 1407 filed before the Panel with respect to the matters entitled <u>Tornes v. Bank of America, N.A.</u>, Southern District of Florida, No. 1:08-23323 JLK, <u>Pena v. Wachovia, N.A.</u>, District of New Jersey, No. 1:08-5263 JHR, and <u>Garcia v. Wachovia, N.A.</u>, Southern District of Florida, No. 1:08-22463 MGC.  The facts set forth herein are true of my own personal knowledge, except where based on a review of the pleadings and records in <u>Amrhein</u> and the other actions proposed for transfer.

2.       In <u>Amrhein</u>, the Citi Defendants have not yet responded to an operative pleading, no discovery has commenced and no scheduling conference has been held.

3.       Copies of the current dockets in <u>Gutierrez v. Wells Fargo & Company</u>, Northern District of California, No. C 07-05923 WHA, <u>Pena</u> and <u>Tornes</u> are attached hereto as Exhibits A through C, respectively.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 13th day of May 2009, at Los Angeles, California.

_____

Lisa M. Simonetti

1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I certify that on May 13, 2009, I served a copy of the foregoing **MEMORANDUM OF**

**LAW OF CITIGROUP INC. AND CITIBANK, N.A. IN OPPOSITION TO THE**

**MOTION OF RALPH TORNES FOR TRANSFER AND COORDINATION AND**

**CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407** by First Class Mail to the following

recipients:

T. Thomas Cottingham, III              **Designated Counsel for: Wachovia Bank, N.A.**
Hunton & Williams, LLP
Bank of America Plaza
101 S. Tryon Street, Suite 3500
Charlotte, N.C. 28280
704-378-4714
704-378-4890
e-mail: tcottingham@hunton.com

James R. McGuire                       **Counsel for Defendant: Wachovia Bank, N.A.**
Rita F. Lin                            *Spears-Haymond v. Wachovia Bank, N.A.*
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
415-268-7000
415-268-7522 Facsimile
e-mail: JmcGuire@mofo.com, Rlin@mofo.com

Ann Marie Mortimer                     **Counsel for Defendant: Wachovia Bank, N.A.**
Hunton & Williams LLP                  *Spears-Haymond v. Wachovia Bank, N.A.*
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
213-532-2000
213-532-2020 Facsimile
e-mail: amortimer@hunton.com

Fraser A. Mcalpine                     **Counsel for Defendant: Wachovia Bank, N.A.**
Hunton & Williams, LLP                 *Spears-Haymond v. Wachovia Bank, N.A.*
575 Market Street, Suite 2700
San Francisco, CA 94105
415-975-3700
415-975-3701 Facsimile
e-mail: fmcalpine@hunton.com

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 MAY 14  A 10: 05

RECEIVED
CLERK'S OFFICE

LA 51146376

Mitchell M. Breit
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, N.Y. 10036
212-447-7070
212-376-8449 Facsimile
e-mail: mbreit@wdklaw.com

**Counsel for Plaintiffs: Veronica Gutierrez,**
**Erin Walker and William Smith**
*Gutierrez, et al. v. Wells Fargo Bank, N.A.*

Brian J. Panish
Adam K. Shea
Panish, Shea & Boyle
11111 Santa Monica Boulevard, Ste 700
Los Angeles, CA 90025-3341
310-477-1700
310-477-1699 Facsimile
e-mail: panishi@psandb.com

**Counsel for Plaintiffs: Veronica Gutierrez,**
**Erin Walker and William Smith**
*Gutierrez, et al. v. Wells Fargo Bank, N.A.*

Sonya D. Winner
David M. Jolley
Margaret G. May
Covington & Burling, LLP
One Front Street
San Francisco, CA 94111
415-591-6000
415-591-6091 Facsimile
e-mail: winnersd@cov.com, hsalazar@cov.com, jvim@cov.com
djolley@cov.com; dgeneral@cov.com, mmay@cov.com, bschmitt@cov.com

**Counsel for Defendant: Wells Fargo Bank, N.A.**
*Gutierrez, et al. v. Wells Fargo Bank, N.A.*

Richard D. McCune
McCune Wright, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
909-557-1250
909-557-1275 Facsimile
e-mail: rdm@mccunewright.com

**Counsel for Plaintiffs: Spears-Haymond,**
**Amrhein, Gutierrez, Walker, Smith, Mortenson,**
**Churchwell and Egan**

Bruce S. Rogow
Bruce S. Rogow, P.A.
500 E. Broward Boulevard, Ste 1930
Fort Lauderdale, FL 33394
954-767-8909
954-467-2210 Facsimile
e-mail: gunterc@rogowlaw.com

**Counsel for Plaintiffs: Ralph Tornes**
*Tornes v. Bank of America*

**Counsel for Plaintiffs: Melanie L. Garcia**
*Garcia v. Wachovia Bank, N.A.*

J. Randolph Leibler
Leibler, Gonzales & Portuondo, P.A.
44 W. Flagler Street, Suite 2500
Miami, FL 33130-6808
305-379-0400
305-379-9626 Facsimile
e-mail: jrl@lgplaw.com

**Counsel for Defendant: Bank of America, N.A.**
*Tornes v. Bank of America, N.A.*

Ruben Honik
Michael S. Levin
Golumb & Honik, P.A.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
215-985-4169 Facsimile
e-mail: rhonik@golombhonik.com

**Counsel for Plaintiffs: Ryan Phillip Pena**
*Pena v. Wachovia Bank, N.A.*

Leda Dunn Wettre
Robinson, Wettre & Miller, LLC
One Newark Center, 19th Floor
Newark, NJ 07102
973-690-5400
973-466-2760 Facsimile
e-mail: lwetter@rwmlegal.com

**Counsel for Defendant: Wachovia Bank, N.A.**
*Pena v. Wachovia Bank, N.A.*

Shawn Patrick Regan
Ryan A. Becker
Hunton & Williams, LLP
200 Park Avenue, 53rd Floor
New York, NY 10166
212-309-1100
212-309-1100 Facsimile
e-mail: sregan@hunton.com

**Counsel for Defendant: Wachovia Bank, N.A.**
*Pena v. Wachovia Bank, N.A.*

E. Adam Webb
G. Franklin Lemond, Jr.
William W. Stone
Webb, Klase & Lemond, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, CA 30339
770-444-9325
770-444-0271 Facsimile

**Counsel for Plaintiffs: Ken Vollmer**
*Vollmer v. Wachovia Bank, N.A.*

Lawrence J. Bracken, II
Ashley Cummings
Jason M. Beach
Hunton & Williams LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-888-4000
404-888-4190 Facsimile

**Counsel for Defendant: Wachovia Bank, N.A.**
*Vollmer v. Wachovia Bank, N.A.*

Kimberly L.Boldt
Alters Boldt Brown Rash & Culmo PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
(305) 571-8550
(305) 571-8558 Facsimile
Email: kimberly@abbrclaw.com

**Counsel for Melanie L. Garcia;Ralph Tornes**

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513
(213) 243-4100
(213) 243-4199
Email: laurence.hutt@aporter.com

**Counsel for Bank of America, N.A.**

_____
Lori A. Reed

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2009

FILED
CLERK'S OFFICE

**Exhibit A**

ADRMOP, E-Filing, REFDISC, REFSET-JCS

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05923-WHA

Sanchez et al v. Wells Fargo & Company et al
Assigned to: Hon. William H. Alsup
Referred to: Magistrate Judge Maria-Elena James
        Magistrate Judge Joseph C. Spero (Settlement)
Relate Case Case: 3:08-cv-05739-WHA
Cause: 28:1331 Fed. Question

Date Filed: 11/21/2007
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff
**Claudia Sanchez**
*individually and on behalf of all others
similarly situated
TERMINATED: 04/24/2008*

represented by **Richard D. McCune , Jr.**
McCuneWright LLP
2068 Orange Tree Lane
Suite 216
Redlands , CA 92374
909-557-1250
Fax: 909-557-1275
Email: rdm@mccunewright.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Jae Kook Kim**
McCuneWright LLP
2068 Orange Tree Lane, Ste 216
Redlands , CA 92374
909-557-1250
Fax: 909-557-1275
Email: jkk@mccunewright.com
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Erin Walker**
*individually and on behalf of all others
similarly situated*

represented by **Adam Kent Shea**
Panish Shea & Boyle LLP
11111 Santa Monica Blvd
Ste 700
Los Angeles , CA 90025-3341
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Brian Joseph Panish**
Panish Shea & Boyle, LLP
11111 Santa Monica Boulevard

Suite 700
Los Angeles , CA 90025
310-477-1700
Fax: 310-477-1699
Email: bpanish@gbpwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. McCune , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jae Kook Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell M. Breit**
Whatley Drake & Kallas, L.L.C.
1540 Broadway, 37th Floor
New York , NY 10036
212-447-7095
Email: mbreit@whatleydrake.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**William Smith**                           represented by   **Richard D. McCune , Jr.**
*individually and on behalf of all others*                   (See above for address)
*similarly situated*                                         *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jae Kook Kim**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Mitchell M. Breit**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Veronica Gutierrez**                      represented by   **Adam Kent Shea**
*individually and on behalf of all others*                   (See above for address)
*similarly situated* ·                                       *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Brian Joseph Panish**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jae Kook Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. McCune , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell M. Breit**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wells Fargo & Company**
*TERMINATED: 07/11/2008*

represented by **Sonya Diane Winner**
Covington & Burling LLP
One Front Street, Suite 3500
San Francisco , CA 94111
(415) 591-6000
Email: winnersd@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Jolley**
Covington & Burling
One Front Street
San Francisco , CA 94111
415-591-6000
Fax: 415-591-6091
Email: djolley@cov.com
*ATTORNEY TO BE NOTICED*

**Margaret G. May**
Covington & Burling LLP
1 Front Street
San Francisco , CA 94111
415-591-6000
Email: mmay@cov.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Bank NA**

represented by **Sonya Diane Winner**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**David M. Jolley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret G. May**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Wachovia Corporation**                    represented by **James R. McGuire**
                                            Morrison & Foerster LLP
                                            425 Market Street
                                            San Francisco , CA 94105-2482
                                            415-268-7000
                                            Fax: 415-268-7522
                                            Email: jmcguire@mofo.com
                                            *TERMINATED: 12/16/2008*
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**Donna McMillian**                         represented by **Jeff D Friedman**
                                            Hagens Berman Sobol Shapiro LLP
                                            715 Hearst Avenue, Suite 202
                                            Berkeley , CA 94710
                                            (510) 725-3000
                                            Fax: (510) 725-3001
                                            Email: jefff@hbsslaw.com
                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**Terry Dagenhart**                         represented by **Jeff D Friedman**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**Kristy Dagenhart**                        represented by **Jeff D Friedman**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/21/2007 | 1 | CLASS ACTION COMPLAINT; summons issued against Wells Fargo & Company, Wells Fargo Bank NA (Filing fee $ 350; receipt number 34611012761). Filed by Claudia Sanchez, Erin Walker, William Smith. (slh, COURT STAFF) (Filed on 11/21/2007) (sv, COURT STAFF). (Entered: 11/27/2007) |

| 11/21/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/19/2008. Case Management Conference set for 2/26/2008 02:00 PM. (Attachments: # 1 MJJ Standing Order; # 2 MJJ Standing Order (re Sealed)#; (3) Case Management Standing Order)(slh, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/27/2007) |
|---|---|---|
| 11/21/2007 | | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/27/2007) |
| 12/21/2007 | 3 | STIPULATION and [proposed] Order to Stay Case by Wells Fargo & Company, Wells Fargo Bank NA, Claudia Sanchez, Erin Walker, William Smith. (Winner, Sonya) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/28/2007 | 4 | STIPULATION AND ORDER STAYING CASE pending final entry of order re GIC 802664 Smith v Wells Fargo Bank; CMC of 3/4/2008 vacated; Signed by Judge Martin J Jenkins on 12/21/2007. (awb, COURT-STAFF) (Filed on 12/28/2007) (Entered: 12/28/2007) |
| 01/08/2008 | 5 | SUMMONS Returned Executed by Claudia Sanchez, Erin Walker, William Smith. Wells Fargo & Company served on 12/11/2007, answer due 12/31/2007. *Answer due date stayed per Court's Order filed 12/28/2007.* (McCune, Richard) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/08/2008 | 6 | SUMMONS Returned Executed by Claudia Sanchez, Erin Walker, William Smith. Wells Fargo Bank NA served on 12/11/2007, answer due 12/31/2007. *Answer Due Date stayed per Court's Order filed 12/28/2007* (McCune, Richard) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 02/13/2008 | 7 | STIPULATION and [Proposed] Order To Set Case on Active Status by Wells Fargo & Company, Wells Fargo Bank NA. (Jolley, David) (Filed on 2/13/2008) (Entered: 02/13/2008) |
| 02/13/2008 | 8 | Declaration of RICHARD D. McCUNE in Support of 7 Stipulation *To Set Case on Active Status* filed byClaudia Sanchez, Erin Walker, William Smith. (Attachments: # 1 Exhibit Exhibit 1 to Declaration of Richard McCune) (Related document(s) 7 ) (McCune, Richard) (Filed on 2/13/2008) (Entered: 02/13/2008) |
| 02/15/2008 | 9 | ORDER granting 7 Stipulation filed by Wells Fargo Bank NA, Wells Fargo & Company. Signed by Judge Martin J. Jenkins on 2/15/2008. (mat, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/19/2008) |
| 02/15/2008 | 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William H. Alsup for all further proceedings. Judge Hon. Martin J. Jenkins no longer assigned to case. (sis, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 11 | CLERK'S NOTICE Scheduling CMC on Reassignment. Case Management Conference set for 2/27/2008 09:00 AM. Case Management Statement due by 2/26/2008. (dt, COURT STAFF) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 12 | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 11 Clerk's Notice. Signed by Judge William Alsup on 1/7/08. (dt, COURT STAFF) (Filed on 2/20/2008) (Entered: |

| | | 02/20/2008) |
|---|---|---|
| 02/25/2008 | 13 | JOINT CASE MANAGEMENT STATEMENT filed by Wells Fargo & Company, Wells Fargo Bank NA. (Jolley, David) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/27/2008 | 14 | CASE MANAGEMENT SCHEDULING ORDER: ORDER LIFTING STAY, ORDER REFERRING CASE to Magistrate Judge Joseph C. Spero for Mediation/Settlement. Motion for class certification due 7/10/2008. Jury Trial set for 2/9/2009 07:30 AM in Courtroom 9, 19th Floor, San Francisco. Pretrial Conference set for 1/26/2009 02:00 PM in Courtroom 9, 19th Floor, San Francisco. Discovery due by 10/17/2008. Motions due by 11/20/2008. Signed by Judge William Alsup on 2/27/2008. (whasec, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/27/2008 | 15 | Minute Entry: Initial Case Management Conference held on 2/27/2008 before William Alsup (Date Filed: 2/27/2008), CASE REFERRED to Magistrate Judge for Settlement Conference. Jury Trial set for 2/9/2009 07:30 AM. Pretrial Conference set for 1/26/2009 02:00 PM. (Court Reporter Kathy Powell.) (dt, COURT STAFF) (Date Filed: 2/27/2008) (Entered: 02/27/2008) |
| 02/29/2008 | | CASE REFERRED to Magistrate Judge Magistrate Judge Joseph C. Spero for Settlement (klh, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 16 | *Answer of Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. to Complaint* ANSWER to Complaint byWells Fargo & Company, Wells Fargo Bank NA. (May, Margaret) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 17 | Certificate of Interested Entities by Wells Fargo & Company, Wells Fargo Bank NA *Certification of Interested Entities or Persons* (May, Margaret) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/03/2008 | 18 | NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER. A Settlement Conference is set for 4/23/2008, at 9:30 a.m. Settlement Conference Statements shall be LODGED with Chambers no later than 4/9/2008. Signed by Magistrate Judge Joseph C. Spero on 3/3/2008. (jcssec, COURT STAFF) (Filed on 3/3/2008) (Entered: 03/03/2008) |
| 03/20/2008 | 19 | MOTION for Leave to File *A First Amended Complaint* filed by Claudia Sanchez, Erin Walker, William Smith. Motion Hearing set for 5/1/2008 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support, # 2 Exhibit 1 to Declaration of Richard D. McCune, # 3 Proposed Order For Motion For Leave To File First Amended Complaint)(McCune, Richard) (Filed on 3/20/2008) (Entered: 03/20/2008) |
| 04/03/2008 | 20 | TRANSCRIPT of Proceedings held on 02/27/08 before Judge William Alsup. Court Reporter: Katherine Powell. (sis, COURT STAFF) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/04/2008 | 21 | STIPULATION *and [Proposed] Order To Amend Date of Settlement Conference* by Wells Fargo & Company, Wells Fargo Bank NA. (Jolley, |

|  |  | David) (Filed on 4/4/2008) (Entered: 04/04/2008) |
|---|---|---|
| 04/08/2008 | 22 | STIPULATION *Stipulated Protective Order* by Wells Fargo & Company, Wells Fargo Bank NA. (Jolley, David) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 23 | STIPULATION *Amended Stipulated Protective Order* by Wells Fargo & Company, Wells Fargo Bank NA. (Jolley, David) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 24 | ORDER APPROVING STIPULATED PROTECTIVE ORDER SUBJECT TO STATED CONDITION. Signed by Judge Alsup on April 8, 2008. (whalc1, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/10/2008 | 25 | MEMORANDUM in Opposition 19 *to Plaintiffs' Motion for Leave to File a First Amended Complaint* filed byWells Fargo & Company, Wells Fargo Bank NA. (May, Margaret) (Filed on 4/10/2008) Modified on 4/11/2008 (sis, COURT STAFF). (Entered: 04/10/2008) |
| 04/10/2008 | 26 | DECLARATION of Margaret G. May 25 *Support of Defendants' Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint* filed byWells Fargo & Company, Wells Fargo Bank NA. (Attachments: # 1 Exhibit Exhibit 1 to May Declaration)(May, Margaret) (Filed on 4/10/2008) Modified on 4/11/2008 (sis, COURT STAFF). (Entered: 04/10/2008) |
| 04/14/2008 | 27 | ORDER granting 21 , Stipulation filed by Wells Fargo Bank NA, et al. The Settlement Conference previously set for 4/23/2008 is continued until 9/17/2008. Signed by Magistrate Judge Joseph C. Spero on 4/14/2008. (jcssec, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/14/2008) |
| 04/14/2008 |  | Set/Reset Hearings: Settlement Conference set for 9/17/2008 09:30 AM. (sis, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/15/2008) |
| 04/17/2008 | 28 | Reply to Opposition re 19 MOTION for Leave to File *A First Amended Complaint* filed byClaudia Sanchez, Erin Walker, William Smith. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support of Reply, # 2 Exhibit 1 to Declaration of Richard D. McCune in Support of Reply, # 3 Exhibit 2 to Declaration of Richard D. McCune in Support of Reply)(McCune, Richard) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/22/2008 | 29 | ORDER by Judge Alsup granting 19 Motion for Leave to File (whalc1, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 04/24/2008 | 30 | AMENDED COMPLAINT *First Amended Complaint* against Wells Fargo & Company, Wells Fargo Bank NA. Filed byClaudia Sanchez, Erin Walker, William Smith. (McCune, Richard) (Filed on 4/24/2008) (Entered: 04/24/2008) |
| 05/13/2008 | 31 | Answer to Amended Complaint *Answer of Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. to Plaintiffs' [Adjusted] First Amended Class Action Complaint* byWells Fargo & Company, Wells Fargo Bank NA. (Jolley, David) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 06/24/2008 | 32 | STIPULATION *and Proposed Order to Remove Plaintiff Tim Fox as Putative* |

| | | |
|---|---|---|
| | | *Class Representative* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/30/2008 | 33 | STIPULATION AND ORDER TO REMOVE PLAINTIFF TIM FOX AS CLASS REPRESENTATIVE. Signed by Judge Alsup on June 30, 2008. (whalc1, COURT STAFF) (Filed on 6/30/2008) (Entered: 06/30/2008) |
| 07/08/2008 | 34 | STIPULATION *and [Proposed] Order to Dismiss Defendant Wells Fargo & Company* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 7/8/2008) (Entered: 07/08/2008) |
| 07/10/2008 | 35 | MOTION to Seal *and Administrative Request to Seal Portions of Plaintiffs' Class Certification Motion* filed by Veronica Gutierrez, Erin Walker, William Smith. Motion Hearing set for 8/21/2008 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support, # 2 Proposed Order Granting Plaintiffs Administrative Request)(McCune, Richard) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 37 | Request for Judicial Notice re 36 MOTION to Certify Class *REDACTED VERSION* filed byVeronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Exhibit Exh. 1 to RJN, # 2 Exhibit Exh. 2 to RJN, # 3 Exhibit Exh. 3 to RJN)(Related document(s) 36 ) (McCune, Richard) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 38 | MOTION for Summary Judgment *, Notice of Motion, & Memorandum of Points & Authorities* filed by Wells Fargo Bank NA. Motion Hearing set for 8/21/2008 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Winner, Sonya) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 39 | Declaration of David M. Jolley *in Support of Motion for Summary Judgment* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Winner, Sonya) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 40 | Declaration of John Ahrendt *in Support of Motion for Summary Judgment* filed byWells Fargo Bank NA. (Winner, Sonya) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 41 | Declaration of Kenneth A. Zimmerman *[Public Redacted Version] in Support of Motion for Summary Judgment* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Winner, Sonya) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 42 | Declaration of Kenneth A. Zimmerman *[Unredacted] in Support of Motion for Summary Judgment* filed byWells Fargo Bank NA. (Winner, Sonya) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 43 | MOTION for Leave to File *Unredacted Declaration of Kenneth A. Zimmerman Under Seal; Supplemental Declaration of Kenneth A. Zimmerman in Support Thereof,* filed by Wells Fargo Bank NA. Motion Hearing set for |

| | | 8/21/2008 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Winner, Sonya) (Filed on 7/10/2008) (Entered: 07/10/2008) |
|---|---|---|
| 07/10/2008 | 44 | Proposed Order *Granting Administrative Motion for Leave to File Unredacted Declaration of Kenneth A. Zimmerman Under Seal* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 45 | AFFIDAVIT *of Service of Unredacted Declaration of Kenneth A. Zimmerman* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 56 | FILED UNDER SEAL- MOTION to Certify Class; Declaration of Richard D. McCune; Exhibits filed by Veronica Gutierrez, Erin Walker, William Smith. Motion Hearing set for 8/21/2008 08:00 AM. (sis, COURT STAFF) (Filed on 7/10/2008) (Entered: 07/28/2008) |
| 07/11/2008 | 46 | STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO & COMPANY. Signed by Judge Alsup on July 11, 2008. (whalc1, COURT STAFF) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 47 | Proposed Order *[Amended] Granting Motion for Leave to File Unredacted Declaration of Kenneth A. Zimmerman Under Seal* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 49 | FILED UNDER SEAL- Declaration of Kenneth A. Zimmerman in Support of 38 MOTION for Summary Judgment , *Notice of Motion, & Memorandum of Points & Authorities* filed byWells Fargo Bank NA. (Related document(s) 38 ) (sis, COURT STAFF) (Filed on 7/11/2008) (Entered: 07/15/2008) |
| 07/14/2008 | 48 | ORDER GRANTING 43 DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNREDACTED DECLARATION OF KENNETH A. ZIMMERMAN UNDER SEAL. Signed by Judge Alsup on July 14, 2008. (whalc1, COURT STAFF) (Filed on 7/14/2008) Modified on 7/15/2008 (sis, COURT STAFF). (Entered: 07/14/2008) |
| 07/16/2008 | 50 | MOTION for Leave to File *Defendant Wells Fargo Bank, N.A.'s Administrative Request and Supporting Declaration of David M. Jolley to File Under Seal Portions of (1) Plaintiffs' Motion for Class Certification and (2) Exhibits to the Supporting Declaration of Richard McCune* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/16/2008 | 51 | Proposed Order *Granting Defendant Wells Fargo Bank, N.A.'s Administrative Request to File Under Seal Portions of (1) Plaintiffs' Motion for Class Certification and (2) Exhibits to the Supporting Declaration of Richard McCune* by Wells Fargo Bank NA. (Jolley, David) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/21/2008 | 52 | MOTION for leave to appear in Pro Hac Vice, Mitchell M. Breit, Esq., ( Filing fee $ 210, receipt number 34611021517.) filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Proposed Order)(sis, COURT STAFF) (Filed on 7/21/2008) (Entered: 07/22/2008) |
| 07/25/2008 | 53 | ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO |

| | | |
|---|---|---|
| | | FILE PORTIONS OF MOTION FOR CLASS CERTIFICATION UNDER SEAL by Judge Alsup granting 35 Motion to Seal (whalc2, COURT STAFF) (Filed on 7/25/2008) (Entered: 07/25/2008) |
| 07/25/2008 | 54 | ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF MOTION FOR CLASS CERTIFICATION AND EXHIBITS TO SUPPORTING DECLARATION OF RICHARD MCCUNE by Judge Alsup granting 50 Motion for Leave to File (whalc2, COURT STAFF) (Filed on 7/25/2008) (Entered: 07/25/2008) |
| 07/25/2008 | 55 | ORDER by Judge William Alsup granting 52 Motion for Pro Hac Vice of Mitchell M. Breit. (dt, COURT STAFF) (Filed on 7/25/2008) (Entered: 07/25/2008) |
| 07/31/2008 | 57 | Memorandum in Opposition 56 *to Plaintiffs' Motion for Class Certification* filed by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 7/31/2008) Modified on 8/1/2008 (sis, COURT STAFF). (Entered: 07/31/2008) |
| 07/31/2008 | 58 | DECLARATION of Margaret G. May *in Opposition to Plaintiffs' Motion for Class Certification* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Winner, Sonya) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 59 | DECLARATION of Mark Lentz *[Redacted], in Opposition to Plaintiffs' Motion for Class Certification* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Winner, Sonya) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 60 | NOTICE OF MANUAL FILING - DECLARATION of Mark Lentz *[Unredacted] in Opposition to Plaintiffs' Motion for Class Certification* filed by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 7/31/2008) Modified on 8/1/2008 (sis, COURT STAFF). (Entered: 07/31/2008) |
| 07/31/2008 | 61 | MOTION to Seal *and Administrative Request to Seal Portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment* filed by Veronica Gutierrez, Erin Walker, William Smith. Motion Hearing set for 8/21/2008 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support, # 2 Proposed Order Granting Plaintiffs Administrative Request)(McCune, Richard) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 62 | MOTION for Leave to File *[Unredacted] Declaration of Mark Lentz in Opposition to Plaintiffs' Motion for Class Certification; Declaration of Margaret G. May in Support thereof* filed by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 63 | Memorandum in Opposition re 38 MOTION for Summary Judgment , *Notice of Motion, & Memorandum of Points & Authorities* filed byVeronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 64 | Proposed Order 62 *Granting Administrative Motion for Leave to File Unredacted Declaration of Mark Lentz* by Wells Fargo Bank NA. (Winner, |

| | | |
|---|---|---|
| | | Sonya) (Filed on 7/31/2008) Modified on 8/1/2008 (sis, COURT STAFF). (Entered: 07/31/2008) |
| 07/31/2008 | 65 | AFFIDAVIT *of Service of Unredacted Declaration of Mark Lentz* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 66 | DECLARATION of William Smith in Opposition to 63 Memorandum in Opposition *to Defendant's Motion for Summary Judgment* filed byVeronica Gutierrez, Erin Walker, William Smith. (Related document(s) 63 ) (McCune, Richard) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 67 | OBJECTIONS to *Declaration of Lewis Mandell* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 68 | DECLARATION of Veronica Gutierrez in Support of 63 Memorandum in Opposition *to Defendant's Motion for Summary Judgment* filed by Veronica Gutierrez, Erin Walker, William Smith. (Related document(s) 63 ) (McCune, Richard) (Filed on 7/31/2008) Modified on 8/1/2008 (sis, COURT STAFF). (Entered: 07/31/2008) |
| 07/31/2008 | 69 | DECLARATION of Erin Walker in Support of 63 Memorandum in Opposition *to Defendant's Motion for Summary Judgment* filed by Veronica Gutierrez, Erin Walker, William Smith. (Related document(s) 63 ) (McCune, Richard) (Filed on 7/31/2008) Modified on 8/1/2008 (sis, COURT STAFF). (Entered: 07/31/2008) |
| 07/31/2008 | 70 | DECLARATION of Richard D. McCune in Support of 63 Memorandum in Opposition *to Defendant's Motion for Summary Judgment* filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Exhibit Exh 1 to Declaration of Richard D. McCune, # 2 Exhibit Exh 2 to Declaration of Richard D. McCune, # 3 Exhibit Exh 3 to Declaration of Richard D. McCune, # 4 Exhibit Exh 4 to Declaration of Richard D. McCune, # 5 Exhibit Exh 5 to Declaration of Richard D. McCune, # 6 Exhibit Exh 6 to Declaration of Richard D. McCune, # 7 Exhibit Exh 7 to Declaration of Richard D. McCune, # 8 Exhibit Exh 8 to Declaration of Richard D. McCune, # 9 Exhibit Exh 9 to Declaration of Richard D. McCune, # 10 Exhibit Exh 10 to Declaration of Richard D. McCune, # 11 Exhibit Exh 11 to Declaration of Richard D. McCune, # 12 Exhibit Exh 12 to Declaration of Richard D. McCune, # 13 Supplement Notice of Manual Filing)(Related document(s) 63 ) (McCune, Richard) (Filed on 7/31/2008) Modified on 8/1/2008 (sis, COURT STAFF). (Entered: 07/31/2008) |
| 07/31/2008 | 71 | AFFIDAVIT re 63 Memorandum in Opposition *Affidavit of Personal Service* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 91 | FILED UNDER SEAL- Memorandum in Opposition re 38 MOTION for Summary Judgment , *Notice of Motion, & Memorandum of Points & Authorities* filed byVeronica Gutierrez, Erin Walker, William Smith. (sis, COURT STAFF) (Filed on 7/31/2008) (Entered: 08/18/2008) |
| 08/01/2008 | 75 | FILED UNDER SEAL- Declaration of Mark Lentz in Support of 57 Memorandum in Opposition filed byWells Fargo Bank NA. (Related |

| | | |
|---|---|---|
| | | document(s) 57 ) (sis, COURT STAFF) (Filed on 8/1/2008) (Entered: 08/05/2008) |
| 08/04/2008 | 72 | ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DECLARATION OF MARK LENTZ by Judge Alsup granting 62 Motion for Leave to File (whalc2, COURT STAFF) (Filed on 8/4/2008) (Entered: 08/04/2008) |
| 08/04/2008 | 73 | *** FILED IN ERROR. PLEASE IGNORE. ***<br><br>ORDER CLOSING CASE. Signed by Judge Alsup on August 4, 2008. (whalc2, COURT STAFF) (Filed on 8/4/2008) Modified on 8/4/2008 (whalc2, COURT STAFF). (Entered: 08/04/2008) |
| 08/04/2008 | 74 | ERRATA re 63 Memorandum in Opposition *to Motion of Defendant Wells Fargo Bank, N.A., for Summary Judgment* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 8/4/2008) (Entered: 08/04/2008) |
| 08/06/2008 | 76 | MOTION for Leave to File *Under Seal Portions of (1) Plaintiffs' Opposition to Motion for Summary Judgment and (2) Exhibits to the Supporting Declaration of Richard McCune; Declaration of Margaret G. May in Support* filed by Wells Fargo Bank NA. (May, Margaret) (Filed on 8/6/2008) (Entered: 08/06/2008) |
| 08/06/2008 | 77 | Proposed Order 76 *Granting Defendant Wells Fargo Bank, N.A.'s Administrative Request to File Under Seal Portions of (1) Plaintiffs' Opposition to Motion for Summary Judgment and (2) Exhibits to the Supporting Declaration of Richard McCune* by Wells Fargo Bank NA. (May, Margaret) (Filed on 8/6/2008) Modified on 8/7/2008 (sis, COURT STAFF). (Entered: 08/06/2008) |
| 08/07/2008 | 78 | Reply Memorandum 38 *in Support of Motion for Summary Judgment* filed by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 8/7/2008) Modified on 8/8/2008 (sis, COURT STAFF). (Entered: 08/07/2008) |
| 08/07/2008 | 79 | Reply to 57 Opposition re 56 MOTION to Certify Class *Public Version-Redacted* filed by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 8/7/2008) Modified on 8/8/2008 (sis, COURT STAFF). (Entered: 08/07/2008) |
| 08/07/2008 | 80 | Declaration of RICHARD D. McCUNE in Support of 79 Reply to Opposition *of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification* filed byVeronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Exhibit Ex. 19, # 2 Exhibit Ex. 20, # 3 Exhibit Ex. 21, # 4 Exhibit Ex. 22, # 5 Exhibit Ex. 23, # 6 Exhibit Ex. 24-Submitted Under Seal, # 7 Exhibit Ex. 25, # 8 Exhibit Ex. 26, # 9 Exhibit Ex. 27-Submitted Under Seal, # 10 Exhibit Ex. 28-Submitted Under Seal, # 11 Exhibit Ex. 29-Submitted Under Seal, # 12 Exhibit Ex. 30, # 13 Exhibit Ex. 31, # 14 Exhibit Ex. 32)(Related document(s) 79 ) (McCune, Richard) (Filed on 8/7/2008) (Entered: 08/07/2008) |
| 08/07/2008 | 81 | NOTICE by Veronica Gutierrez, Claudia Sanchez, Erin Walker re 80 |

| | | |
|---|---|---|
| | | Declaration in Support,, *MANUAL FILING NOTIFICATION of EXHIBIT 19 to Decl Richard McCune in Support of Reply to Def Opp to Plaintiffs Motion for Class Cert* (McCune, Richard) (Filed on 8/7/2008) (Entered: 08/07/2008) |
| 08/07/2008 | 82 | NOTICE by Veronica Gutierrez, Erin Walker, William Smith re 80 Declaration in Support,, *MANUAL FILING NOTIFICATION of EXHIBITS 24, 27, 28 and 29 to Decl Richard McCune in Support of Reply to Def Opp to Plaintiffs Motion for Class Cert* (McCune, Richard) (Filed on 8/7/2008) (Entered: 08/07/2008) |
| 08/07/2008 | 83 | RESPONSE to re 67 Objection *of Defendant Wells Fargo Bank N.A. to Declaration of Lewis Mandell* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 8/7/2008) (Entered: 08/07/2008) |
| 08/07/2008 | 84 | MOTION to Seal *Portions of Plaintiffs' Reply to Def Opp to Motion for Class Cert and Exhibits 24, 27, 28, 29* filed by Veronica Gutierrez, Erin Walker, William Smith. Motion Hearing set for 8/21/2008 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support of Plaintiffs' Adminstrative Request to File Portions of Plaintiffs' Reply to Def Opp to Motion for Class Cert, # 2 Proposed Order Granting Plaintiffs' Adminstrative Request to File Portions of Plaintiffs' Reply to Def Opp to Motion for Class Cert)(McCune, Richard) (Filed on 8/7/2008) (Entered: 08/07/2008) |
| 08/07/2008 | 85 | AFFIDAVIT 79 80 *of Personal Service of Submitted Under Seal: Plaintiffs' Reply to Def Opp to Plaintiffs' Motion for Class Certification and Declaration of Richard D. McCune in Support; Exhibits* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 8/7/2008) Modified on 8/8/2008 (sis, COURT STAFF). (Entered: 08/07/2008) |
| 08/07/2008 | 86 | EXHIBIT 19 re 80 Declaration in Support,, filed byVeronica Gutierrez, Erin Walker, William Smith. (Related document(s) 80 ) (sis, COURT STAFF) (Filed on 8/7/2008) (Entered: 08/08/2008) |
| 08/07/2008 | 92 | FILED UNDER SEAL- Reply to Opposition re 56 MOTION to Certify Class filed byVeronica Gutierrez, Erin Walker, William Smith. (sis, COURT STAFF) (Filed on 8/7/2008) (Entered: 08/18/2008) |
| 08/13/2008 | 87 | MOTION for Leave to File *Defendant Wells Fargo Bank, N.A.'s Administrative Request and Supporting Declaration of David M. Jolley to File Under Seal Portions of Plaintiffs' Reply in Support of Their Motion for Class Certification* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 8/13/2008) (Entered: 08/13/2008) |
| 08/13/2008 | 88 | Proposed Order 87 *Granting Defendant Wells Fargo Bank, N.A.'s Administrative Request to File Under Seal Portions of Plaintiffs' Reply in Support of Their Motion for Class Certification* by Wells Fargo Bank NA. (Jolley, David) (Filed on 8/13/2008) Modified on 8/14/2008 (sis, COURT STAFF). (Entered: 08/13/2008) |
| 08/15/2008 | 89 | ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLAINTIFFS' REPLY TO OPPOSITION OF WELLS FARGO BANK, N.A. TO PLAINTIFFS' MOTION FOR CLASS |

| | | |
|---|---|---|
| | | CERTIFICATION UNDER SEAL by Judge Alsup granting 84 Motion to Seal (whalc2, COURT STAFF) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/18/2008 | 90 | ORDER by Judge Alsup granting 76 Motion for Leave to File (whalc1, COURT STAFF) (Filed on 8/18/2008) (Entered: 08/18/2008) |
| 08/18/2008 | 93 | ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION by Judge Alsup granting 87 Motion for Leave to File (whalc2, COURT STAFF) (Filed on 8/18/2008) (Entered: 08/18/2008) |
| 08/21/2008 | 94 | Letter Brief re 38 MOTION for Summary Judgment , *Notice of Motion, & Memorandum of Points & Authorities* filed byWells Fargo Bank NA. (Related document(s) 38 ) (Winner, Sonya) (Filed on 8/21/2008) (Entered: 08/21/2008) |
| 08/21/2008 | 96 | Minute Entry: Motion Hearing held on 8/21/2008 before William Alsup (Date Filed: 8/21/2008) re 38 MOTION for Summary Judgment filed by Wells Fargo Bank NA, 56 MOTION to Certify Class filed by William Smith, Erin Walker, Veronica Gutierrez. (Court Reporter Sahar McVickar.) (dt, COURT STAFF) (Date Filed: 8/21/2008) (Entered: 08/22/2008) |
| 08/21/2008 | 97 | AMENDED Minute Entry: Motion Hearing held on 8/21/2008 before William Alsup (Date Filed: 8/21/2008) re 38 MOTION for Summary Judgment filed by Wells Fargo Bank NA, 56 MOTION to Certify Class filed by William Smith, Erin Walker, Veronica Gutierrez. (Court Reporter Sahar McVickar.) (dt, COURT STAFF) (Date Filed: 8/21/2008) (Entered: 08/22/2008) |
| 08/22/2008 | 95 | Letter from Richard D. McCune *in Response to Letter Brief of Defendant Wells Fargo Bank.* (McCune, Richard) (Filed on 8/22/2008) (Entered: 08/22/2008) |
| 09/11/2008 | 98 | ORDER by Judge Alsup denying 38 Motion for Summary Judgment; granting in part and denying in part 56 Motion to Certify Class (whalc1, COURT STAFF) (Filed on 9/11/2008) (Entered: 09/11/2008) |
| 09/11/2008 | | Set/Reset Hearings:, Set/Reset Deadlines: Case Management Conference set for 9/25/2008 11:00 AM. Case Management Statement due by 9/18/2008. (sis, COURT STAFF) (Filed on 9/11/2008) (Entered: 09/12/2008) |
| 09/15/2008 | 99 | MOTION to Continue / *Defendant Wells Fargo Bank, N.A.'s Unopposed Administrative Request to Continue Case Management Conference; Supporting Declaration of David M. Jolley* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 9/15/2008) (Entered: 09/15/2008) |
| 09/15/2008 | 100 | Proposed Order *Granting Defendant Wells Fargo Bank, N.A.'s Unopposed Administrative Request to Continue Case Management Conference* by Wells Fargo Bank NA. (Jolley, David) (Filed on 9/15/2008) (Entered: 09/15/2008) |
| 09/16/2008 | 101 | ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE. Signed by Judge Alsup on September 16, 2008. (whalc1, COURT STAFF) (Filed on 9/16/2008) (Additional attachment(s) added on 9/16/2008: # 1 Certificate of Service) (rbe, COURT STAFF). (Entered: 09/16/2008) |
| | | |

| 09/16/2008 | | Set/Reset Hearings: Case Management Conference set for 9/29/2008 02:00 PM. (sis, COURT STAFF) (Filed on 9/16/2008) (Entered: 09/17/2008) |
|---|---|---|
| 09/17/2008 | 102 | Minute Entry: Settlement Conference Held. After some discussions a settlement is NOT reached. Further Settlement Conference set for 1/8/2009 09:30 AM. (Court Reporter/FTR None.)(Date Filed: 9/17/2008). (fj, COURT STAFF) (Date Filed: 9/17/2008) (Entered: 09/17/2008) |
| 09/17/2008 | 103 | Notice and Order Setting Further Settlement Conference. Hearing 1/8/2009 @ 9:30 a.m. Updated confidential settlement conference statements due by 12/30/2008. (fj, COURT STAFF) (Filed on 9/17/2008) (Entered: 09/17/2008) |
| 09/22/2008 | 104 | JOINT CASE MANAGEMENT STATEMENT filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 9/22/2008) (Entered: 09/22/2008) |
| 09/22/2008 | 105 | MOTION to Certify Class *Defendant Wells Fargo Bank, N.A.'s Notice of Motion and Motion for Clarification of Class Definitions* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 9/22/2008) (Entered: 09/22/2008) |
| 09/22/2008 | 106 | Declaration *of David M. Jolley in Support of Defendant Wells Fargo Bank, N.A.'s Motion for Clarification of Class Definitions* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 9/22/2008) (Entered: 09/22/2008) |
| 09/23/2008 | 107 | ORDER REQUESTING RESPONSE FROM PLAINTIFFS. Signed by Judge Alsup on September 23, 2008. (whalc1, COURT STAFF) (Filed on 9/23/2008) (Entered: 09/23/2008) |
| 09/23/2008 | 108 | Memorandum in Opposition re 105 MOTION to Certify Class *Defendant Wells Fargo Bank, N.A.'s Notice of Motion and Motion for Clarification of Class Definitions* filed by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 9/23/2008) (Entered: 09/23/2008) |
| 09/23/2008 | 109 | Declaration of RICHARD D. McCUNE in Support of 108 Memorandum in Opposition, *to Defendant Wells Fargo Bank N.A.'s Motion for Clarification of Class Definitions* filed by Veronica Gutierrez, Erin Walker, William Smith. (Related document(s) 108 ) (McCune, Richard) (Filed on 9/23/2008) (Entered: 09/23/2008) |
| 09/24/2008 | 110 | REPLY to Response to Motion 105 *Reply In Support of Defendant Wells Fargo Bank, N.A.'s Motion for Clarification of Class Definitions* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 9/24/2008) Modified on 9/26/2008 (sis, COURT STAFF). (Entered: 09/24/2008) |
| 09/24/2008 | 111 | Declaration *Supplemental Declaration of David M Jolley in Support of 105 Defendant Wells Fargo Bank, N.A.'s Motion for Clarification of Class Definitions* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 9/24/2008) Modified on 9/26/2008 (sis, COURT STAFF). (Entered: 09/24/2008) |
| 09/25/2008 | 112 | ASSOCIATION of Counsel by Veronica Gutierrez, William Smith, Erin Walker. (McCune, Richard) (Filed on 9/25/2008) Modified on 9/26/2008 (feriab, COURT STAFF). (Entered: 09/25/2008) |
| 09/29/2008 | 113 | FIRST AMENDED CASE MANAGEMENT SCHEDULING ORDER: |

| | | |
|---|---|---|
| | | ORDER REFERRING CASE to Magistrate Judge Joseph C. Spero for Mediation/Settlement. Discovery due by 1/23/2009. Jury Trial set for 5/11/2009 07:30 AM in Courtroom 9, 19th Floor, San Francisco. Motions due by 2/19/2009. Pretrial Conference set for 4/27/2009 02:00 PM in Courtroom 9, 19th Floor, San Francisco. Signed by Judge William Alsup on 9/29/2008. (whasec, COURT STAFF) (Filed on 9/29/2008) (Entered: 09/29/2008) |
| 09/29/2008 | 117 | Minute Entry: Further Case Management Conference held on 9/29/2008 before William Alsup (Date Filed: 9/29/2008). Jury Trial set for 5/11/2009 07:30 AM. Pretrial Conference set for 4/27/2009 02:00 PM. (Court Reporter Joan Columbini.) (dt, COURT STAFF) (Date Filed: 9/29/2008) (Entered: 10/07/2008) |
| 10/01/2008 | 114 | Brief *Joint Dissemination Plan for the Notice of Pendency of Class Action* filed byVeronica Gutierrez, Wells Fargo Bank NA, Erin Walker, William Smith. (Attachments: # 1 Exhibit 1)(McCune, Richard) (Filed on 10/1/2008) (Entered: 10/01/2008) |
| 10/02/2008 | 115 | Notice of Settlement conference And Settlement Conference Order Settlement Conference set for 4/9/2009 09:30 AM. Confidential Settlement conference Statement to be LODGED with Chambers by 4/2/2009.. Signed by Judge Joseph C. Spero on 10/1/08. (fj, COURT STAFF) (Filed on 10/2/2008) (Entered: 10/02/2008) |
| 10/03/2008 | 116 | ORDER APPROVING JOINT DISSEMINATION PLAN. Signed by Judge Alsup on October 2, 2008. (whalc1, COURT STAFF) (Filed on 10/3/2008) (Entered: 10/03/2008) |
| 10/09/2008 | 118 | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12* filed by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 10/9/2008) (Entered: 10/09/2008) |
| 10/10/2008 | 119 | CLERKS NOTICE Rescheduling Motion Hearing Time. Motion Hearing set for 10/30/2008 02:00 PM. (dt, COURT STAFF) (Filed on 10/10/2008) (Entered: 10/10/2008) |
| 10/10/2008 | 120 | RESPONSE to 118 *Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related* by Wells Fargo Bank NA. (May, Margaret) (Filed on 10/10/2008) Modified on 10/14/2008 (sis, COURT STAFF). (Entered: 10/10/2008) |
| 10/13/2008 | 121 | CERTIFICATE OF SERVICE by Wells Fargo Bank NA re 120 Response ( Non Motion ) (May, Margaret) (Filed on 10/13/2008) (Entered: 10/13/2008) |
| 10/13/2008 | 122 | STIPULATION re 118 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12 STIPULATION TO CONTINUE THE TIME TO RESPOND TO ADMINISTRATIVE MOTION FILED BY PLAINTIFFS* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 10/13/2008) (Entered: 10/13/2008) |
| 10/14/2008 | 123 | STIPULATION TO CONTINUE THE TIME TO RESPOND TO |

| | | |
|---|---|---|
| | | ADMINISTRATIVE MOTION FILED BY PLAINTIFFS. Signed by Judge Alsup on October 14, 2008. (whalc1, COURT STAFF) (Filed on 10/14/2008) (Entered: 10/14/2008) |
| 10/16/2008 | 124 | Memorandum in Opposition re 118 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12* filed byWachovia Corporation. (Attachments: # 1 Exhibit A) (McGuire, James) (Filed on 10/16/2008) (Entered: 10/16/2008) |
| 10/16/2008 | 125 | CERTIFICATE OF SERVICE by Wachovia Corporation re 124 Memorandum in Opposition, (McGuire, James) (Filed on 10/16/2008) (Entered: 10/16/2008) |
| 10/17/2008 | 126 | Reply to Opposition re 118 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12* filed byVeronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 10/17/2008) (Entered: 10/17/2008) |
| 10/17/2008 | 127 | STIPULATION *and Proposed Order to Change the Opt Out Deadline in the Class Notice from March 5, 2009 to February 5, 2009* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 10/17/2008) (Entered: 10/17/2008) |
| 10/17/2008 | 128 | Transcript of Proceedings held on September 29, 2008, before Judge William H. Alsup. Court Reporter/Transcriber Joan Marie Columbini, Telephone number 415-255-6842. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/12/2009. (Columbini, Joan) (Filed on 10/17/2008) (Entered: 10/17/2008) |
| 10/17/2008 | 129 | ORDER the Court has reviewed the motion and determined that no cases are related and no reassignments shall occur 118 Motion to Relate Case. (dt, COURT STAFF) (Filed on 10/17/2008) (Entered: 10/17/2008) |
| 10/20/2008 | 130 | STIPULATION AND ORDER TO CHANGE THE OPT OUT DEADLINE. Signed by Judge Alsup on October 20, 2008. (whalc1, COURT STAFF) (Filed on 10/20/2008) (Additional attachment(s) added on 10/21/2008: # 1 Certificate of Service) (ls, COURT STAFF). (Entered: 10/20/2008) |
| 10/22/2008 | 131 | MOTION Clarification *ON THE LANGUAGE OF THE CLASS NOTICE; and REQUEST FOR RESOLUTION ON SHORTENED TIME* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 10/22/2008) (Entered: 10/22/2008) |
| 10/22/2008 | 132 | Proposed Order re 131 MOTION Clarification *ON THE LANGUAGE OF THE CLASS NOTICE; and REQUEST FOR RESOLUTION ON SHORTENED TIME* by Wells Fargo Bank NA. (Jolley, David) (Filed on 10/22/2008) (Entered: 10/22/2008) |
| 10/22/2008 | 133 | RESPONSE to re 131 MOTION Clarification *ON THE LANGUAGE OF THE* |

| | | |
|---|---|---|
| | | *CLASS NOTICE; and REQUEST FOR RESOLUTION ON SHORTENED TIME* by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 10/22/2008) (Entered: 10/22/2008) |
| 10/22/2008 | 134 | ORDER by Judge Alsup granting 131 Motion (whalc1, COURT STAFF) (Filed on 10/22/2008) (Entered: 10/22/2008) |
| 12/05/2008 | 135 | MOTION for Protective Order filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 12/5/2008) (Entered: 12/05/2008) |
| 12/08/2008 | 136 | Memorandum in Opposition re 135 MOTION for Protective Order *and Plaintiffs [Proposed] Order for Production of Customer Information* filed byVeronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Proposed Order For Production of Customer Information)(McCune, Richard) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/08/2008 | 137 | ORDER SETTING DISCOVERY HEARING [re 135 MOTION for Protective Order filed by Wells Fargo Bank NA]. Signed by Judge William Alsup on 12/8/2008. (whasec, COURT STAFF) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/08/2008 | | Set/Reset Hearings: Discovery Hearing set for 12/10/2008 02:00 PM. (sis, COURT STAFF) (Filed on 12/8/2008) (Entered: 12/09/2008) |
| 12/09/2008 | 138 | NOTICE RE HEARING ISSUE [re 137 Order]. Signed by Judge William Alsup on 12/9/2008. (whasec, COURT STAFF) (Filed on 12/9/2008) (Entered: 12/09/2008) |
| 12/09/2008 | 139 | Reply to Opposition 136 *to Motion for Protective Order* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 12/9/2008) Modified on 12/10/2008 (sis, COURT STAFF). (Entered: 12/09/2008) |
| 12/09/2008 | 140 | MOTION to Compel *[REDACTED] Production of Documents without Redactions* filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support of Plaintiffs' Motion to Compel Unredacted Documents)(McCune, Richard) (Filed on 12/9/2008) (Entered: 12/09/2008) |
| 12/09/2008 | 141 | MOTION for Leave to File *UNDER SEAL Portions of Plaintiffs' Motion to Compel Production of Documents without Redaction and Exhibits 1 and 2 of the Motion* filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support, # 2 Proposed Order To File Under Seal)(McCune, Richard) (Filed on 12/9/2008) (Entered: 12/09/2008) |
| 12/09/2008 | 142 | Brief re 136 Memorandum in Opposition, *Plaintiffs Submission of Select Portions of Wells Fargo Employee Depositions Referenced in Plaintiffs' Opposition to Defendant's Motion for a Protective Order* filed byVeronica Gutierrez, Erin Walker, William Smith. (Related document(s) 136 ) (McCune, Richard) (Filed on 12/9/2008) (Entered: 12/09/2008) |
| 12/10/2008 | 144 | Minute Entry: Discovery Hearing held on 12/10/2008 before William Alsup (Date Filed: 12/10/2008). Plt shall go to Wells Fargo to review the electronic data. Motion Hearing set for 12/17/2008 10:00 AM. (Court Reporter Belle |

| | | |
|---|---|---|
| | | Ball.) (dt, COURT STAFF) (Date Filed: 12/10/2008) (Entered: 12/12/2008) |
| 12/10/2008 | 155 | FILED UNDER SEAL- PLAINTIFFS' MOTION to Compel Production of Documents without Redaction Under Seal filed by Veronica Gutierrez, Erin Walker, William Smith. (sis, COURT STAFF) (Filed on 12/10/2008) (Entered: 12/18/2008) |
| 12/12/2008 | 143 | Proposed Order *Re Electronic Data Security* by Wells Fargo Bank NA. (Jolley, David) (Filed on 12/12/2008) (Entered: 12/12/2008) |
| 12/15/2008 | 145 | Memorandum in Opposition 140 *to Motion to Compel* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 12/15/2008) Modified on 12/16/2008 (sis, COURT STAFF). (Entered: 12/15/2008) |
| 12/15/2008 | 146 | Transcript of Proceedings held on December 10, 2008, before Judge William H. Alsup. Court Reporter/Transcriber Belle Ball, CSR, RMR, CRR, e-mail belle_ball@cand.uscourts.gov, Telephone number (415)373-2529. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/12/2009. (Ball, Belle) (Filed on 12/15/2008) (Entered: 12/15/2008) |
| 12/16/2008 | 147 | ORDER RE ELECTRONIC DATA SECURITY. Signed by Judge Alsup on December 16, 2008. (whalc1, COURT STAFF) (Filed on 12/16/2008) (Entered: 12/16/2008) |
| 12/16/2008 | 148 | SECOND AMENDED CASE MANAGEMENT ORDER. Signed by Judge Alsup on December 16, 2008. (whalc1, COURT STAFF) (Filed on 12/16/2008) (Entered: 12/16/2008) |
| 12/16/2008 | 149 | Reply to 145 Opposition *to Motion to Compel* filed by Veronica Gutierrez, Erin Walker, William Smith. (McCune, Richard) (Filed on 12/16/2008) Modified on 12/17/2008 (sis, COURT STAFF). (Entered: 12/16/2008) |
| 12/16/2008 | 150 | NOTICE by Wachovia Corporation *Of Disassociation Of Counsel For E-Filing Purposes* (McGuire, James) (Filed on 12/16/2008) (Entered: 12/16/2008) |
| 12/16/2008 | 151 | MOTION for Leave to File *Defendant Wells Fargo Bank, N.A.'s Administrative Request and Supporting Declaration of Margaret G. May to File Under Seal Portions of Plaintiffs' Motion to Compel Production of Documents Without Redactions* filed by Wells Fargo Bank NA. (May, Margaret) (Filed on 12/16/2008) (Entered: 12/16/2008) |
| 12/16/2008 | 152 | Proposed Order re 151 MOTION for Leave to File *Defendant Wells Fargo Bank, N.A.'s Administrative Request and Supporting Declaration of Margaret G. May to File Under Seal Portions of Plaintiffs' Motion to Compel Production of Documents Without Redactions* by Wells Fargo Bank NA. (May, Margaret) (Filed on 12/16/2008) (Entered: 12/16/2008) |
| 12/17/2008 | 153 | ORDER GRANTING DEFENDANT'S REQUEST TO FILE UNDER SEAL |

| | | |
|---|---|---|
| | | by Judge Alsup granting 151 Motion for Leave to File (whalc1, COURT STAFF) (Filed on 12/17/2008) (Entered: 12/17/2008) |
| 12/17/2008 | 154 | ORDER by Judge Alsup granting 141 Motion for Leave to File (whalc1, COURT STAFF) (Filed on 12/17/2008) (Entered: 12/17/2008) |
| 01/02/2009 | 156 | MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED* filed by Donna McMillian, Terry Dagenhart, Kristy Dagenhart. (Friedman, Jeff) (Filed on 1/2/2009) (Entered: 01/02/2009) |
| 01/13/2009 | 157 | ORDER by Judge William Alsup granting 156 Motion to Relate Case. Case C08-5739 JCS is related and shall be reassigned to Judge Alsup. (dt, COURT STAFF) (Filed on 1/13/2009) (Entered: 01/13/2009) |
| 01/14/2009 | 158 | MOTION to Compel filed by Wells Fargo Bank NA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jolley, David) (Filed on 1/14/2009) (Entered: 01/14/2009) |
| 01/15/2009 | 159 | ORDER REFERRING CASE to Magistrate Judge for Discovery purposes. Signed by Judge William Alsup on 1/15/2009. (whasec, COURT STAFF) (Filed on 1/15/2009) (Entered: 01/15/2009) |
| 01/15/2009 | 160 | NOTICE RE WELLS FARGO AND THE UNDERSIGNED. Signed by Judge William Alsup on 1/15/2009. (whasec, COURT STAFF) (Filed on 1/15/2009) (Entered: 01/15/2009) |
| 01/16/2009 | | CASE REFERRED to Magistrate Judge Magistrate Judge Maria-Elena James for Discovery (wh, COURT STAFF) (Filed on 1/16/2009) (Entered: 01/16/2009) |
| 01/20/2009 | 161 | NOTICE OF REFERENCE FOR PURPOSES OF DISCOVERY. Signed by Judge Maria-Elena James on 1/20/2009. (mejlc1, COURT STAFF) (Filed on 1/20/2009) (Entered: 01/20/2009) |
| 01/26/2009 | 162 | ORDER by Magistrate Judge Maria-Elena James denying without prejudice 158 Motion to Compel (mejlc1, COURT STAFF) (Filed on 1/26/2009) (Entered: 01/26/2009) |
| 01/26/2009 | 163 | Letter from Sonya D. Winner Re Disclosure of Potential Issue Under 28 U.S.C. S. 455. (Winner, Sonya) (Filed on 1/26/2009) (Entered: 01/26/2009) |
| 01/26/2009 | 164 | Letter from Richard McCune in Response to Letter from Sonya D. Winner Re Disclosure of Potential Issue Under 28 U.S.C. S. 455. (McCune, Richard) (Filed on 1/26/2009) (Entered: 01/26/2009) |
| 01/27/2009 | 165 | Letter from Wells Fargo Responding to Letter from Richard McCune. (Winner, Sonya) (Filed on 1/27/2009) (Entered: 01/27/2009) |
| 01/27/2009 | 166 | ORDER RE DEFENDANTS' LETTER RE DISQUALIFICATION AND REFERRAL FOR RANDOM RE-ASSIGNMENT TO ANOTHER JUDGE FOR DECISION. Signed by Judge Alsup on January 27, 2009. (Attachments: # 1 Appendix Letter, # 2 Appendix Letter, # 3 Appendix Letter)(whalc1, COURT STAFF) (Filed on 1/27/2009) (Entered: 01/27/2009) |

| | | |
|---|---|---|
| 01/27/2009 | 167 | **DISREGARD CLERICAL ERROR** ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Saundra Brown Armstrong for all further proceedings. Judge Hon. William H. Alsup no longer assigned to the case. Signed by Executive Committee on 1/27/09. (mab, COURT STAFF) (Filed on 1/27/2009) Modified on 1/28/2009 (mab, COURT STAFF). (Entered: 01/27/2009) |
| 01/28/2009 | 168 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William H. Alsup for all further proceedings. Judge Hon. Saundra Brown Armstrong no longer assigned to the case. Signed by Executive Committee on 1/28/09. (mab, COURT STAFF) (Filed on 1/28/2009) (Entered: 01/28/2009) |
| 01/28/2009 | 169 | ORDER Pursuant to Civil Local Rule 3-15, the motion is hereby referred to the Honorable Marilyn Hall Patel re 166 Order Signed by Executive Committee on 1/28/09. (dt, COURT STAFF) (Filed on 1/28/2009) Modified on 1/29/2009 (sis, COURT STAFF). (Entered: 01/28/2009) |
| 01/29/2009 | 170 | ORDER DENYING "MOTION FOR DISQUALIFICATION" RE REFERRAL 166 re 164 163 ;Signed by Judge Marilyn Hall Patel on 1/29/2009. (awb, COURT-STAFF) (Filed on 1/29/2009) (Entered: 01/29/2009) |
| 02/02/2009 | 171 | STIPULATION *Re Expert Discovery and [Proposed] Order* by Wells Fargo Bank NA. (Jolley, David) (Filed on 2/2/2009) (Entered: 02/02/2009) |
| 02/02/2009 | 172 | MOTION to Compel *Interrogatory Responses* filed by Wells Fargo Bank NA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jolley, David) (Filed on 2/2/2009) (Entered: 02/02/2009) |
| 02/03/2009 | 173 | STIPULATION RE EXPERT DISCOVERY AND ORDER. Signed by Judge Alsup on February 3, 2009. (whalc1, COURT STAFF) (Filed on 2/3/2009) (Entered: 02/03/2009) |
| 02/09/2009 | 174 | Minute Entry: Discovery Hearing held on 2/9/2009 before HON. MARIA-ELENA JAMES (Date Filed: 2/9/2009). () (bjt, COURT STAFF) (Date Filed: 2/9/2009) (Entered: 02/09/2009) |
| 02/11/2009 | 175 | ORDER IN RESPONSE TO PARTIES' FEBRUARY 2, 2009 JOINT LETTER BRIEF REGARDING DEFENDANTS' INTERROGATORIES by Judge Maria-Elena James granting 172 Motion to Compel (mejlc2, COURT STAFF) (Filed on 2/11/2009) (Entered: 02/11/2009) |
| 02/12/2009 | 176 | MOTION for Partial Summary Judgment *on Plaintiffs' Misrepresentation Claims* filed by Wells Fargo Bank NA. Motion Hearing set for 3/19/2009 02:00 PM in Courtroom 9, 19th Floor, San Francisco. (Jolley, David) (Filed on 2/12/2009) (Entered: 02/12/2009) |
| 02/12/2009 | 177 | Declaration of David M. Jolley in Support of 176 MOTION for Partial Summary Judgment *on Plaintiffs' Misrepresentation Claims* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (Related document(s) 176 ) (Jolley, David) (Filed on 2/12/2009) Modified on |

| | | |
|---|---|---|
| | | 2/13/2009 (feriab, COURT STAFF). Modified on 2/13/2009 (feriab, COURT STAFF). (Entered: 02/12/2009) |
| 02/19/2009 | 178 | CLERKS NOTICE Rescheduling Motion Hearing Time. Motion Hearing set for 3/19/2009 02:00 PM in Courtroom 9, 19th Floor, San Francisco. (dt, COURT STAFF) (Filed on 2/19/2009) (Entered: 02/19/2009) |
| 02/26/2009 | 179 | Memorandum in Opposition re 176 MOTION for Partial Summary Judgment *on Plaintiffs' Misrepresentation Claims [Redacted Version]* filed byVeronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit [Redacted] Declaration of Richard D. McCune in Support of Opposition, # 2 Affidavit Declaration of Lewis Mandell in Support of Opposition, # 3 Exhibit Exhibits 1-24 in Support of Opposition [includes notice of submission of Exhibits 1,4,7,8,9 under seal], # 4 Exhibit Exhibits 25-49 in Support of Opposition [includes notice of submission of Exhibits 26 (portion) and 42 under seal])(McCune, Richard) (Filed on 2/26/2009) (Entered: 02/26/2009) |
| 02/26/2009 | 180 | MOTION to Seal *Portions of Plaintiffs' Opposition to Def's Motion for Partial Summary Judgment; Declaration of Richard McCune; Exhs 1,4,7,8,9,26 (portions), 42 and Exh 2 to Mandell Decl* filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support of Administrative Request to Seal Portions of Plaintiffs' Opposition to Def's Motion for Partial Summary Judgment; Declaration of Richard McCune; Exhs 1,4,7,8,9,26(portions), 42 and Exh 2 to Mandell Decl, # 2 Proposed Order Granting Plaintiffs' Administrative Request to File Under Seal)(McCune, Richard) (Filed on 2/26/2009) (Entered: 02/26/2009) |
| 02/26/2009 | 181 | CERTIFICATE OF SERVICE by Veronica Gutierrez, Erin Walker, William Smith re 179 Memorandum in Opposition,, *Re: Service of Documents Under Seal* (McCune, Richard) (Filed on 2/26/2009) (Entered: 02/26/2009) |
| 03/03/2009 | 182 | MOTION for Leave to File *Under Seal Portions of (1) Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment, (2) Exhibits to the Supporting Declaration of Richard McCune, and (3) Exhibit Two to the Supporting Declaration of Lewis Mandell; Declaration of Margaret G. May in Support Thereof* filed by Wells Fargo Bank NA. (May, Margaret) (Filed on 3/3/2009) (Entered: 03/03/2009) |
| 03/03/2009 | 183 | Proposed Order *Granting Defendant Wells Fargo Bank, N.A.'s Administrative Request and Supporting Declaration of Margaret G. May to File Under Seal Portions of (1) Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment, (2) Exhibits to the Supporting Declaration of Richard McCune, and (3) Exhibit Two to the Supporting Declaration of Lewis Mandell* by Wells Fargo Bank NA. (May, Margaret) (Filed on 3/3/2009) (Entered: 03/03/2009) |
| 03/05/2009 | 184 | STIPULATION and *[Proposed] Order Re Exchange of Expert Reports on Damages* by Wells Fargo Bank NA. (Jolley, David) (Filed on 3/5/2009) (Entered: 03/05/2009) |
| 03/05/2009 | 185 | REPLY to 179 Response to Motion *for Partial Summary Judgment of Defendant Wells Fargo Bank, N.A.* filed byWells Fargo Bank NA. (Winner, |

| | | |
|---|---|---|
| | | Sonya) (Filed on 3/5/2009) Modified on 3/6/2009 (sis, COURT STAFF). (Entered: 03/05/2009) |
| 03/05/2009 | 186 | Declaration of Bryanne J. Schmitt 185 *In Support of Reply of Defendant Wells Fargo Bank, N.A. In Support of Motion for Partial Summary Judgment* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, *** # 5 Exhibit E **FILED IN ERROR. DOCUMENT LOCKED. PLEASE SEE DOCKET # 191** . *** , # 6 Exhibit F, # 7 Exhibit G)(Winner, Sonya) (Filed on 3/5/2009) Modified on 3/6/2009 (sis, COURT STAFF). Modified on 3/16/2009 (feriab, COURT STAFF). Modified on 3/17/2009 (ewn, COURT STAFF). (Entered: 03/05/2009) |
| 03/05/2009 | 187 | OBJECTIONS to 179 *Declaration of Lewis Mandell In Support of Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 3/5/2009) Modified on 3/6/2009 (sis, COURT STAFF). (Entered: 03/05/2009) |
| 03/05/2009 | 188 | Proposed Order 176 *Granting Defendant Wells Fargo Bank, N.A.'s Motion for Partial Summary Judgment* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 3/5/2009) Modified on 3/6/2009 (sis, COURT STAFF). (Entered: 03/05/2009) |
| 03/06/2009 | 189 | STIPULATION AND ORDER RE EXCHANGE OF EXPERT REPORTS ON DAMAGES. Signed by Judge Alsup on March 6, 2009. (whalc1, COURT STAFF) (Filed on 3/6/2009) (Entered: 03/06/2009) |
| 03/06/2009 | 190 | CLERKS NOTICE Rescheduling Motion Hearing Time. Motion Hearing set for 3/19/2009 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (dt, COURT STAFF) (Filed on 3/6/2009) (Entered: 03/06/2009) |
| 03/16/2009 | 191 | EXHIBITS E to Declaration of Bryanne J. Schmitt In Support of Reply of Defendant Wells Fargo Bank, N.A. In Support of Motion for Partial Summary Judgment CORRECTION OF DOCKET # [186-6] filed byWells Fargo Bank NA. (May, Margaret) (Filed on 3/16/2009) (Entered: 03/16/2009) |
| 03/16/2009 | 192 | MOTION to Remove Incorrectly Filed Document *(Docket No. 186-6)* filed by Wells Fargo Bank NA. (May, Margaret) (Filed on 3/16/2009) (Entered: 03/16/2009) |
| 03/16/2009 | 193 | Proposed Order re 192 MOTION to Remove Incorrectly Filed Document *(Docket No. 186-6)* by Wells Fargo Bank NA. (May, Margaret) (Filed on 3/16/2009) (Entered: 03/16/2009) |
| 03/18/2009 | 194 | NOTICE RE MARCH 19 HEARING. Signed by Judge Alsup on March 18, 2009. (whalc1, COURT STAFF) (Filed on 3/18/2009) (Entered: 03/18/2009) |
| 03/18/2009 | 195 | ORDER by Judge Alsup granting 182 Motion for Leave to File (whalc1, COURT STAFF) (Filed on 3/18/2009) (Entered: 03/18/2009) |
| 03/18/2009 | 196 | ORDER by Judge Alsup granting 192 Motion to Remove Incorrectly Filed Document (whalc1, COURT STAFF) (Filed on 3/18/2009) (Entered: 03/18/2009) |

| 03/19/2009 | 197 | Minute Entry: Motion Hearing held on 3/19/2009 before William H. Alsup (Date Filed: 3/19/2009) re 176 MOTION for Partial Summary Judgment *on Plaintiffs' Misrepresentation Claims* filed by Wells Fargo Bank NA. Matter taken under submission. (Court Reporter Lydai Zinn.) (fj, COURT STAFF) (Date Filed: 3/19/2009) (Entered: 03/19/2009) |
|---|---|---|
| 03/19/2009 | 198 | Memorandum in Opposition *REVISED REDACTED VERSION [Pursuant to Court Order] of Plaintiffs' Opposition to Defendants Motion for Partial Summary Judgment* filed byVeronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit REVISED REDACTED VERSION of Declaration of Richard D. McCune in Support of Opposition, # 2 Exhibit REVISED REDACTED VERSION - Exhibit 1 to McCune Declaration, # 3 Exhibit REVISED REDACTED VERSION - Exhibit 26 to McCune Declaration, # 4 Exhibit REVISED REDACTED VERSION - Exhibit 2 to Mandell Declaration)(McCune, Richard) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 199 | MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version],* filed by Wells Fargo Bank NA. Motion Hearing set for 4/23/2009 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 200 | MOTION Decertify Classes , *Notice of Motion [Public Redacted Version],* filed by Wells Fargo Bank NA. Motion Hearing set for 4/23/2009 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 201 | MOTION to Exclude Proposed Expert Testimony *of Marshall Schminke, Notice of Motion,* filed by Wells Fargo Bank NA. Motion Hearing set for 4/23/2009 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 202 | Declaration of Christopher M. James in Support of 201 MOTION to Exclude Proposed Expert Testimony *of Marshall Schminke, Notice of Motion,* , 199 MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version],* MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version],* , 200 MOTION Decertify Classes , *Notice of Motion [Public Redacted Version],* filed byWells Fargo Bank NA. (Related document(s) 201 , 199 , 200 ) (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 203 | Declaration of David M. Jolley in Support of 201 MOTION to Exclude Proposed Expert Testimony *of Marshall Schminke, Notice of Motion,* , 200 MOTION Decertify Classes , *Notice of Motion [Public Redacted Version],* , 199 MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version],* MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version],* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 [Public Redacted Version], # 5 Exhibit 5 [Public Redacted Version], # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 |

| | | |
|---|---|---|
| | | Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25 [Public Redacted Version], # 26 Exhibit 26, # 27 Exhibit 27 [Public Redacted Version], # 28 Exhibit 28 [Public Redacted Version], # 29 Exhibit 29 [Public Redacted Version], # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32)(Related document(s) 201 , 200 , 199 ) (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 204 | Declaration of Todd Menenberg in Support of 201 MOTION to Exclude Proposed Expert Testimony *of Marshall Schminke, Notice of Motion,*, 199 MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version]*, MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version]*,, 200 MOTION Decertify Classes *, Notice of Motion [Public Redacted Version],* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit 1 [Public Redacted Version]) (Related document(s) 201 , 199 , 200 ) (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 205 | Declaration of Steven T. Visser in Support of 200 MOTION Decertify Classes *, Notice of Motion [Public Redacted Version],* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit 1 [Public Redacted Version])(Related document(s) 200 ) (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 206 | Declaration of Itamar Simonson, Ph.D. in Support of 200 MOTION Decertify Classes *, Notice of Motion [Public Redacted Version],* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit A [Public Redacted Version])(Related document(s) 200 ) (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 207 | Declaration of John Ahrendt in Support of 200 MOTION Decertify Classes *, Notice of Motion [Public Redacted Version], Second Declaration of John Ahrendt,* filed byWells Fargo Bank NA. (Related document(s) 200 ) (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 208 | CERTIFICATE OF SERVICE 199 200 202 203 204 205 206 by Wells Fargo Bank NA *of Confidential Version of Documents Submitted Under Seal* (Jolley, David) (Filed on 3/19/2009) Modified on 3/20/2009 (sis, COURT STAFF). (Entered: 03/19/2009) |
| 03/19/2009 | 209 | MOTION for Leave to File *Under Seal Portions of Documents; Supporting Declaration of Bryanne J. Schmitt,* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 210 | Proposed Order re 209 MOTION for Leave to File *Under Seal Portions of Documents; Supporting Declaration of Bryanne J. Schmitt,* by Wells Fargo Bank NA. (Jolley, David) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/20/2009 | 236 | FILED UNDER SEAL - NOTICE OF MOTION AND MOTION to Decertify Class filed by Wells Fargo Bank NA. (sis, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/01/2009) |
| 03/20/2009 | 237 | FILED UNDER SEAL- NOTICE OF MOTION AND MOTION for Summary Judgment filed by Wells Fargo Bank NA. (sis, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/01/2009) |
| | | |

| 03/20/2009 | 238 | FILED UNDER SEAL - EXHIBITS 4,5, 25, 27-29 re 227 Declaration in Support, filed byWells Fargo Bank NA. (Related document(s) 227 ) (sis, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/01/2009) |
| --- | --- | --- |
| 03/20/2009 | 239 | FILED UNDER SEAL- Declaration of Christopher M. James in Support of 237 MOTION for Summary Judgment, 236 MOTION to Certify Class filed byWells Fargo Bank NA. (Related document(s) 237 , 236 ) (sis, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/01/2009) |
| 03/20/2009 | 240 | FILED UNDER SEAL- Declaration of Todd Menenberg in Support of 237 MOTION for Summary Judgment, 236 MOTION to Certify Class filed byWells Fargo Bank NA. (Related document(s) 237 , 236 ) (sis, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/01/2009) |
| 03/20/2009 | 241 | FILED UNDER SEAL- EXHIBIT 1 re 205 Declaration in Support, filed byWells Fargo Bank NA. (Related document(s) 205 ) (sis, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/01/2009) |
| 03/20/2009 | 242 | FILED UNDER SEAL- EXHIBIT A re 206 Declaration in Support, filed byWells Fargo Bank NA. (Related document(s) 206 ) (sis, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/01/2009) |
| 03/30/2009 | 211 | MOTION to Continue *For 14-Days the Hearing and Response Dates to Defendant's Motion for Summary Judgment; Motion to Decertify Classes and Motion to Exclude Expert Testimony of Marshall Schminke* filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit Declaration of Richard D. McCune in Support of Motion to Continue Hearing and Response Dates, # 2 Proposed Order)(McCune, Richard) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 04/01/2009 | 212 | ORDER RE PLAINTIFFS' REQUEST TO CONTINUE HEARING DATE AND RESPONSE DATE by Judge Alsup granting 211 Motion to Continue (whalc1, COURT STAFF) (Filed on 4/1/2009) (Entered: 04/01/2009) |
| 04/01/2009 |  | Set/Reset Deadlines as to 199 MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version]*, MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version]*,, 200 MOTION Decertify Classes *, Notice of Motion [Public Redacted Version]*,, 201 MOTION to Exclude Proposed Expert Testimony *of Marshall Schminke, Notice of Motion,*., Set/Reset Hearings: Responses due by 4/9/2009. Replies due by 4/16/2009. Motion Hearing set for 4/30/2009 08:00 AM. Jury Trial set for 6/8/2009 07:30 AM. Pretrial Conference set for 6/1/2009 02:00 PM. (sis, COURT STAFF) (Filed on 4/1/2009) (Entered: 04/02/2009) |
| 04/09/2009 | 213 | Memorandum in Opposition 199 *Plaintiffs' Opposition to Defendant's Motion for Summary Judgment to All Causes of Action* filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit Declaration of Richard D. McCune, # 2 Affidavit Declaration of Veronica Gutierrez, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 4, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, |

| | | |
|---|---|---|
| | | # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49)(McCune, Richard) (Filed on 4/9/2009) Modified on 4/10/2009 (sis, COURT STAFF). (Entered: 04/09/2009) |
| 04/09/2009 | 214 | Memorandum in Opposition 200 *Plaintiffs' Opposition to Defendant Wells Fargo's Motion to Decertify Classes* filed by # 1 Affidavit Declaration of Richard D. McCune, # 2 Affidavit Declaration of Art Olsen, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12)(McCune, Richard) (Filed on 4/9/2009) Modified on 4/10/2009 (sis, COURT STAFF). (Entered: 04/09/2009) |
| 04/09/2009 | 215 | MOTION to Seal Document 213 Memorandum in Opposition,,,,,, MOTION for Leave to File *Plaintiffs' Administrative Motion to File Under Seal* filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit of Richard D. McCune, # 2 Proposed Order)(McCune, Richard) (Filed on 4/9/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 216 | MOTION for Leave to File *Plaintiffs' Administrative Motion to File Under Seal Opposition to Wells Fargo's Motion to Decertify Classes* filed by Veronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Affidavit Richard D. McCune, # 2 Proposed Order)(McCune, Richard) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 217 | Minute Entry: Further Settlement Conference held on 4/9/9 before Magistrate Judge Joseph C. Spero. Case did not settle. (Court Reporter Not reported.) (klh, COURT STAFF) (Date Filed: 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 221 | FILED UNDER SEAL- EXHIBITS 2(portions), 4(portions), 7,8,9,10,12, 23 (portions), 24,26 and 27 re 213 Memorandum in Opposition, filed by Veronica Gutierrez, Erin Walker, William Smith. (Related document(s) 213 ) (sis, COURT STAFF) (Filed on 4/10/2009) (Entered: 04/14/2009) |
| 04/10/2009 | 222 | FILED UNDER SEAL- Memorandum in Opposition re 200 MOTION Decertify Classes , *Notice of Motion [Public Redacted Version]*, filed byVeronica Gutierrez, Erin Walker, William Smith. (sis, COURT STAFF) (Filed on 4/10/2009) (Entered: 04/14/2009) |
| 04/13/2009 | 218 | ORDER by Judge Alsup granting 215 Motion to Seal Document ; granting 215 Motion for Leave to File (whalc1, COURT STAFF) (Filed on 4/13/2009) (Entered: 04/13/2009) |
| 04/13/2009 | 219 | ORDER by Judge Alsup granting 216 Motion for Leave to File. (whalc1, COURT STAFF) (Filed on 4/13/2009) (Entered: 04/13/2009) |
| 04/14/2009 | 220 | Transcript of Proceedings held on 03/19/2009, before Judge William Alsup. Court Reporter/Transcriber Lydia Zinn, Telephone number (415) 531-6587. Per General Order No. 59 and Judicial Conference policy, this transcript may |

| | | |
|---|---|---|
| | | be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 7/10/2009. (Zinn, Lydia) (Filed on 4/14/2009) (Entered: 04/14/2009) |
| 04/14/2009 | 223 | Declaration of Bryanne J. Schmitt 209 *In Support of Plaintiffs' Administrative Request To File Documents and Portions of Documents Under Seal* filed by Wells Fargo Bank NA. (Jolley, David) (Filed on 4/14/2009) Modified on 4/15/2009 (sis, COURT STAFF). (Entered: 04/14/2009) |
| 04/16/2009 | 224 | REPLY to Response to Motion 199 *for Summary Judgment on All Causes of Action* filed by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 4/16/2009) Modified on 4/17/2009 (sis, COURT STAFF). (Entered: 04/16/2009) |
| 04/16/2009 | 225 | REPLY to Response to Motion 200 *to Decertify Classes* filed by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 4/16/2009) Modified on 4/17/2009 (sis, COURT STAFF). (Entered: 04/16/2009) |
| 04/16/2009 | 226 | Declaration of Margaret G. May in Support of 225 Reply to Response to Motion, 224 Reply to Response to Motion filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 (Public Redacted Version))(Related document(s) 225 , 224 ) (Winner, Sonya) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 227 | Declaration of David M. Jolley, Supplemental, in Support of 225 Reply to Response to Motion filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 225 ) (Winner, Sonya) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 228 | OBJECTIONS to 214 *Declaration of Art Olsen* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 4/16/2009) Modified on 4/17/2009 (sis, COURT STAFF). (Entered: 04/16/2009) |
| 04/16/2009 | 229 | MOTION for Leave to File *Under Seal Portions of Documents and Supporting Declaration of Bryanne J. Schmitt* filed by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 230 | Proposed Order *Granting Administrative Request to File Portions of Documents Under Seal* by Wells Fargo Bank NA. (Winner, Sonya) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 231 | CERTIFICATE OF SERVICE by Wells Fargo Bank NA *for Exhibit 7 to Declaration of Margaret G. May [Confidential Version Submitted Under Seal]* (Winner, Sonya) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/23/2009 | 232 | NOTICE RE APRIL 30 HEARING. Signed by Judge Alsup on April 23, 2009. (whalc1, COURT STAFF) (Filed on 4/23/2009) (Entered: 04/23/2009) |
| 04/24/2009 | 233 | Appendix re 199 MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted Version]*, MOTION for Summary Judgment *on All Causes of Action, Notice of Motion [Public Redacted* |

| | | |
|---|---|---|
| | | *Version], Appendix of Select Authority Cited in Motion for Summary Judgment on All Causes of Action* filed byWells Fargo Bank NA. (Attachments: # 1 Exhibit 1)(Related document(s) 199 ) (May, Margaret) (Filed on 4/24/2009) (Entered: 04/24/2009) |
| 04/30/2009 | 234 | ORDER by Judge Alsup granting 229 Motion for Leave to File (whalc1, COURT STAFF) (Filed on 4/30/2009) (Entered: 04/30/2009) |
| 04/30/2009 | 235 | ORDER by Judge Alsup granting 209 Motion for Leave to File (whalc1, COURT STAFF) (Filed on 4/30/2009) (Entered: 04/30/2009) |
| 04/30/2009 | 243 | Minute Entry: Motion Hearing held on 4/30/2009 before William Alsup (Date Filed: 4/30/2009) re 199 MOTION for Summary Judgment filed by Wells Fargo Bank NA, 200 MOTION Decertify Classes filed by Wells Fargo Bank NA. (Court Reporter Debra Pas.) (dt, COURT STAFF) (Date Filed: 4/30/2009) (Entered: 05/01/2009) |
| 05/04/2009 | 244 | NOTICE OF PENDING DECISIONS. Signed by Judge William Alsup on 5/4/2009. (whasec, COURT STAFF) (Filed on 5/4/2009) (Entered: 05/04/2009) |
| 05/05/2009 | 245 | ORDER ON MOTION CHALLENGING DAMAGE STUDY AND SEEKING CLASS DECERTIFICATION by Judge William Alsup [granting in part and denying in part (200) Motion in case 3:07-cv-05923-WHA]. (whasec, COURT STAFF) (Filed on 5/5/2009) (Entered: 05/05/2009) |
| 05/05/2009 | 246 | ORDER RE MOTION FOR SUMMARY JUDGMENT by Judge William Alsup [granting in part and denying in part (199) Motion for Summary Judgment in case 3:07-cv-05923-WHA]. (whasec, COURT STAFF) (Filed on 5/5/2009) (Entered: 05/05/2009) |
| 05/05/2009 | 247 | ORDER RE MOTION FOR PARTIAL SUMMARY JUDGMENT by Judge William Alsup [granting in part and denying in part (176) Motion for Partial Summary Judgment in case 3:07-cv-05923-WHA]. (whasec, COURT STAFF) (Filed on 5/5/2009) (Entered: 05/05/2009) |
| 05/05/2009 | 248 | NOTICE and Order Setting Further Settlement Conference before Magistrate Judge Joseph C. Spero. Further Settlement Conference set for 5/12/2009 at 09:30 AM. Updated confidential settlement conference statements to be lodged with Judge Spero's chambers by Noon on Friday, 5/8/9. Signed by Judge Joseph C.Spero on 5/5/9. (klh, COURT STAFF) (Filed on 5/5/2009) (Entered: 05/05/2009) |
| 05/07/2009 | 249 | Transcript of Proceedings held on 4/30/2009, before Judge William H. Alsup. Court Reporter/Transcriber Debra L. Pas, Telephone number (415) 431-1477. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/3/2009. (Pas, Debra) (Filed on 5/7/2009) (Entered: 05/07/2009) |
| | | |

| 05/11/2009 | 250 | Brief *Joint Dissemination Plan for the Notice of Decertification of the "Including and Deleting" Class* filed byVeronica Gutierrez, Erin Walker, William Smith. (Attachments: # 1 Exhibit "1")(McCune, Richard) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/12/2009 | 251 | ORDER APPROVING JOINT DISSEMINATION PLAN FOR THE NOTICE OF DECERTIFICATION. Signed by Judge Alsup on May 12, 2009. (whalc1, COURT STAFF) (Filed on 5/12/2009) (Entered: 05/12/2009) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/12/2009 14:18:27 | | |
| **PACER Login:** | ss0143 | **Client Code:** | 720675-0510 |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-05923-WHA |
| **Billable Pages:** | 22 | **Cost:** | 1.76 |

**Exhibit B**

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:08-cv-05263-JHR-JS

PENA v. WACHOVIA BANK, N.A.                   Date Filed: 10/27/2008
Assigned to: Judge Joseph H. Rodriguez       Jury Demand: Plaintiff
Referred to: Magistrate Judge Joel Schneider  Nature of Suit: 190 Contract: Other
Cause: 28:1332 Diversity-Breach of Contract   Jurisdiction: Diversity

**Plaintiff**

**RYAN PHILLIP PENA**            represented by  **RUBEN HONIK**
                                                GOLUMB & HONIK, P.C.
                                                1515 MARKET STREET
                                                SUITE 1100
                                                PHILADELPHIA , PA 19102
                                                215-985-9177
                                                Fax: 215-985-4169
                                                Email: rhonik@golombhonik.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**WACHOVIA BANK, N.A.**          represented by  **LEDA DUNN WETTRE**
                                                ROBINSON, WETTRE & MILLER
                                                LLC
                                                ONE NEWARK CENTER
                                                19th FLOOR
                                                NEWARK , NJ 07102
                                                (973) 690-5400
                                                Fax: (973) 466-2760
                                                Email: lwettre@rwmlegal.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/27/2008 | 1 | COMPLAINT against WACHOVIA BANK, N.A. ( Filing fee $ 350 receipt number 308091.) JURY DEMAND, filed by RYAN PHILLIP PENA. (Attachments: # 1 Civil Cover Sheet, # 2 Cover Letter)(tf, ) (Entered: 10/29/2008) |
| 10/29/2008 | 2 | Summons Issued as to WACHOVIA BANK, N.A.. Days Due - 20. (tf, ) (Entered: 10/29/2008) |

| 11/07/2008 | 3 | SUMMONS Returned Executed by RYAN PHILLIP PENA. WACHOVIA BANK, N.A. served on 11/3/2008, answer due 11/24/2008. (js) (Entered: 11/10/2008) |
|---|---|---|
| 11/18/2008 | 4 | LETTER ORDER addressed to Mr. Honik, directing him to file an amended complaint. Signed by Judge Joseph H. Rodriguez on 11/18/08. (js) (Entered: 11/18/2008) |
| 11/21/2008 | 5 | WAIVER OF SERVICE Returned Executed by RYAN PHILLIP PENA. WACHOVIA BANK, N.A. waiver sent on 10/30/2008, answer due 12/29/2008. (HONIK, RUBEN) (Entered: 11/21/2008) |
| 11/21/2008 | 6 | AMENDED COMPLAINT against WACHOVIA BANK, N.A., filed by RYAN PHILLIP PENA.(HONIK, RUBEN) (Entered: 11/21/2008) |
| 12/16/2008 | 7 | WAIVER OF SERVICE Returned Executed by RYAN PHILLIP PENA. WACHOVIA BANK, N.A. waiver sent on 12/8/2008, answer due 2/6/2009. (HONIK, RUBEN) (Entered: 12/16/2008) |
| 12/16/2008 | 8 | Letter from Leda Dunn Wettre, Esq. (Attachments: # 1 Text of Proposed Order) (WETTRE, LEDA) (Entered: 12/16/2008) |
| 12/16/2008 | 9 | NOTICE of Appearance by LEDA DUNN WETTRE on behalf of WACHOVIA BANK, N.A. (WETTRE, LEDA) (Entered: 12/16/2008) |
| 12/16/2008 | 10 | STIPULATION AND ORDER extending time to answer to 1/20/09. Signed by Magistrate Judge Joel Schneider on 12/16/08. (js) (Entered: 12/29/2008) |
| 01/16/2009 | 11 | Letter from Leda Dunn Wettre, Esq. (Attachments: # 1 Stipulation and Order) (WETTRE, LEDA) (Entered: 01/16/2009) |
| 01/20/2009 | 13 | STIPULATION AND ORDER extending time to answer; answer due 1/30/09. Signed by Magistrate Judge Joel Schneider on 1/20/09. (js) (Entered: 01/30/2009) |
| 01/27/2009 | 12 | AMENDED DOCUMENT by WACHOVIA BANK, N.A.. *Rule 7.1 Disclosure Statement*. (WETTRE, LEDA) (Entered: 01/27/2009) |
| 01/30/2009 | 14 | MOTION to Compel *Arbitration Or, In The Alternative, To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* by WACHOVIA BANK, N.A.. (Attachments: # 1 Brief, # 2 Declaration of Leda Dunn Wettre, # 3 Declaration A to Wettre Declaration, # 4 Exhibit B to Wettre Declaration, # 5 Exhibit C to Wettre Declaration, # 6 Exhibit D to Wettre Declaration, # 7 Text of Proposed Order)(WETTRE, LEDA) (Entered: 01/30/2009) |
| 01/30/2009 | | Setting Deadlines as to 14 MOTION to Compel *Arbitration Or, In The Alternative, To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* MOTION to Compel *Arbitration Or, In The Alternative, To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)*. Motion set for 3/2/2009 before Magistrate Judge Joel Schneider. The motion will be decided on the papers. No appearances required unless notified by the court. (js) (Entered: 02/02/2009) |
| 02/04/2009 | 15 | Letter from Ruben Honik. (Attachments: # 1 Text of Proposed Order)(HONIK, RUBEN) (Entered: 02/04/2009) |

| 02/17/2009 | 16 | STIPULATION AND ORDER that the return date of deft Wachovia Bank, N.A.'s motion to compel arbitration or to dismiss is adjourned to 4/6/09, etc.. Signed by Judge Joseph H. Rodriguez on 2/17/09. (th, ) (Entered: 02/18/2009) |
| 02/23/2009 | 17 | MOTION for Leave to Appear Pro Hac Vice by WACHOVIA BANK, N.A. (js) (Entered: 02/24/2009) |
| 02/23/2009 | | Setting Deadlines as to 17 MOTION for Leave to Appear Pro Hac Vice. Motion set for 4/6/2009 before Magistrate Judge Joel Schneider. The motion will be decided on the papers. No appearances required unless notified by the court. (js) (Entered: 02/24/2009) |
| 02/26/2009 | 18 | ORDER granting 17 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Joel Schneider on 2/26/09. (js) (Entered: 02/26/2009) |
| 03/12/2009 | 19 | Notice of Request by Pro Hac Vice Shawn Patrick Regan, Esq. to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number 03120000000002431881.) (WETTRE, LEDA) (Entered: 03/12/2009) |
| 03/12/2009 | 20 | Notice of Request by Pro Hac Vice Jacob F. M. Oslick, Esq. to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number 03120000000002431925.) (WETTRE, LEDA) (Entered: 03/12/2009) |
| 03/17/2009 | 21 | RESPONSE in Opposition re 14 MOTION to Compel *Arbitration Or, In The Alternative, To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* MOTION to Compel *Arbitration Or, In The Alternative, To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* filed by RYAN PHILLIP PENA. (Attachments: # 1 Proposed Order)(HONIK, RUBEN) (Entered: 03/17/2009) |
| 03/25/2009 | 22 | Letter from Leda Dunn Wettre, Esq. (WETTRE, LEDA) (Entered: 03/25/2009) |
| 03/25/2009 | 23 | Letter from Ruben Honik, Esquire re 22 Letter. (HONIK, RUBEN) (Entered: 03/25/2009) |
| 04/07/2009 | | TEXT ORDER: Defendant's letter request for a stay of the proceedings in this action is denied. Defendant shall file its reply brief to the pending motion 14 no later than April 14, 2009. re 22 Letter. Signed by Judge Joseph H. Rodriguez on 04/07/09. (db, ) (Entered: 04/07/2009) |
| 04/07/2009 | 24 | Letter from Leda Dunn Wettre, Esq. (WETTRE, LEDA) (Entered: 04/07/2009) |
| 04/21/2009 | 25 | REPLY to Response to Motion re 14 MOTION to Compel *Arbitration Or, In The Alternative, To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b) (6)* MOTION to Compel *Arbitration Or, In The Alternative, To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* filed by WACHOVIA BANK, N.A.. (Attachments: # 1 Certification of Service)(WETTRE, LEDA) (Entered: 04/21/2009) |

| **PACER Service Center** |
| **Transaction Receipt** |
| 05/12/2009 17:24:39 |

| PACER Login: | ss0143 | Client Code: | 720675-0510 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:08-cv-05263-JHR-JS Start date: 1/1/1970 End date: 5/12/2009 |
| Billable Pages: | 2 | Cost: | 0.16 |

**Exhibit C**

STAYED, TEB

## U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:08-cv-23323-JLK

| | |
|---|---|
| Tornes v. Bank of America Bank, N.A. | Date Filed: 12/01/2008 |
| Assigned to: Senior Judge James Lawrence King | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Breach of Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Ralph Tornes**                                   represented by    **Bruce S. Rogow**
Bruce S. Rogow PA
500 East Broward Boulevard
Suite 1930
Fort Lauderdale , FL 33394
954-767-8909
Fax: 467-2210
Email: guntherc@rogowlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy William Alters**
Alters, Boldt, Brown, Rash & Culmo
4141 Northeast 2nd Avenue
Suite 201
Miami , FL 33137
305-571-8550
Fax: 305-571-8558
Email: Jeremy@abbrclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Lynn Boldt**
Alters, Boldt, Brown, Rash & Culmo,
P.A.
4141 NE 2nd Avenue
Miami , FL 33137
305-878-8550
Fax: 305-878-8558
Email: kimberly@abbrclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank of America Bank, N.A.**                    represented by **Barbara Viniegra**
Liebler, Gonzalez & Portuondo, PA
Courthouse Tower
44 West Flagler Street
Miami , FL 33130-6808
305-379-0400
Fax: 305-379-9626
Email: bv@lgplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Randolph Liebler**
Liebler Gonzalez & Portuondo PA
44 W Flagler Street
25th Floor
Miami , FL 33130-4329
305-379-0400
Fax: 379-9626
Email: jrl@lgplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurence J. Hutt**
Arnold & Porter LLP
777 S Figueroa Street
44th Floor
Los Angeles , CA 90017-5844
213-243-4100
Email: laurence.hutt@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2008 | 1 | COMPLAINT against Bank of America Bank, N.A. Filing fee $ 350.00. Receipt#: 991103, filed by Ralph Tornes. (Attachments: # 1 Appendix part 1) (dj) (Entered: 12/02/2008) |
| 12/12/2008 | 2 | Summons Issued as to Bank of America Bank, N.A.. (tas) (Entered: 12/15/2008) |
| 12/23/2008 | 3 | AMENDED COMPLAINT *First Amended Class Action Complaint*, filed by Ralph Tornes. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Boldt, Kimberly) (Entered: 12/23/2008) |
| 12/31/2008 | 4 | Summons Issued as to Bank of America Bank, N.A.. (vjk) (Entered: 01/02/2009) |
| 01/20/2009 | 5 | Summons (Affidavit) Returned Unexecuted by Ralph Tornes as to Bank of America Bank, N.A.. (tas) (Entered: 01/21/2009) |

| 01/28/2009 | 6 | ORDER Setting Status Conference: Status Conference set for 2/12/2009 10:30 AM in Miami Division before Senior Judge James Lawrence King in Courtroom II, Eleventh Floor.. Signed by Senior Judge James Lawrence King on 1/28/2009. (jw) (Entered: 01/28/2009) |
|---|---|---|
| 02/03/2009 | 7 | NOTICE of Attorney Appearance by Bruce S. Rogow on behalf of Ralph Tornes (Rogow, Bruce) (Entered: 02/03/2009) |
| 02/12/2009 | 15 | Minute Entry for proceedings held before Senior Judge James Lawrence King: Status Conference held on 2/12/2009. Court Reporter: Dawn Whitmarsh, Phone: 305-523-5598 (jw) (Entered: 02/26/2009) |
| 02/17/2009 | 8 | NOTICE of Attorney Appearance by Barbara Viniegra on behalf of Bank of America Bank, N.A. (Viniegra, Barbara) (Entered: 02/17/2009) |
| 02/18/2009 | 9 | Courtesy Copy of Motion of Plaintiff to Transfer of Actions to the Southern District of Florida Pursuant to 28 USC 1407 for Coordinated or Consolidated Pretrial Proceedings sent before the Judicial Panel on Multidistrict Litigation. (Attachments: # 1 Proof of Service, # 2 Exhibit 1 Dkt Sheet SDFL-08cv23323, # 3 Exhibit 2 Dkt Sheet SDFL-08cv22463, # 4 Exhibit 3 Dkt Sheet DNJ-08cv5263, # 5 Exhibit 4 Dkt Sheet NDGA-08cv1007, # 6 Exhibit 5 Schedule of Actions, # 7 Brief in Support of Motion, # 8 Proof of Service, # 9 Schedule of Actions) (gp) (Entered: 02/18/2009) |
| 02/18/2009 | 10 | TRANSCRIPT of Status conference hearing held on 2/12/2009 before Senior Judge James Lawrence King. Court Reporter: Dawn Whitmarsh, Phone: 305-523-5598. Volume Number: 1. 1-35 pages. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 3/11/2009. Redacted Transcript Deadline set for 3/23/2009. Release of Transcript Restriction set for 5/19/2009. (dwh) (Entered: 02/18/2009) |
| 02/18/2009 | 11 | NOTICE by Ralph Tornes *of Waiver of Service* (Attachments: # 1 Exhibit 1) (Boldt, Kimberly) (Entered: 02/18/2009) |
| 02/19/2009 | 12 | Corporate Disclosure Statement by Bank of America Bank, N.A. identifying Corporate Parent LaSalle Bank Corporation, Corporate Parent BAC North American Holding Company, Corporate Parent NB Holdings Corporation, Corporate Parent Bank of America Corporation for Bank of America Bank, N.A.. (Viniegra, Barbara) (Entered: 02/19/2009) |
| 02/23/2009 | 13 | MOTION for Limited Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings for Laurence J. Hutt, Filing Fee $75.00, Receipt #995646. (cw) (Entered: 02/24/2009) |
| 02/25/2009 | 14 | ORDER granting 13 Motion for Limited Appearance (Laurence J. Hutt, Esq.), Consent to Designation and Request to Electronically Receive Notices of Electronic Filings. Signed by Senior Judge James Lawrence King on 2/25/2009. (jw) (Entered: 02/25/2009) |
| 03/04/2009 | 16 | Courtesy Copy of Revised Motion of Plaintiff, Ralph Tornes, to Transfer of Actions to the Southern District of Florida Pursuant to 28 USC 1407 for |

| | | Coordinated or Consolidated Pretrial Proceedings sent before the Judicial Panel on Multidistrict Litigation. (Attachments: # 1 Exhibit 1 Revised Sched of Actions, # 2 Exhibit 2 Dkt Sheet 08cv23323, # 3 Exhibit 3 Dkt Sheet 08cv22463, # 4 Exhibit 4 Dkt Sheet 08cv5263 (NJ), # 5 Brief in Supp of Motion, # 6 Proof of Srvc, # 7 Exhibit 1 to Brief (Fist Amd Cmp), # 8 Exhibit 1 to First Amd Cmp, # 9 Exhibit 2 to First Amd Cmp, # 10 Exhibit 2 to Brief (First Sched of Actions)) (gp) (Entered: 03/05/2009) |
|---|---|---|
| 03/10/2009 | 17 | MOTION to Stay by Bank of America Bank, N.A.. Responses due by 3/27/2009 (Liebler, James) (Entered: 03/10/2009) |
| 03/10/2009 | 18 | SUPPLEMENT to 17 MOTION to Stay *(Supporting Memorandum)* by Bank of America Bank, N.A.. (Liebler, James) (Entered: 03/10/2009) |
| 03/10/2009 | 19 | AFFIDAVIT signed by : Laurence Hutt. re 17 MOTION to Stay by Bank of America Bank, N.A.. (Attachments: # 1 Exhibit "A" (Closson Register of Actions))(Liebler, James) (Entered: 03/10/2009) |
| 03/10/2009 | 20 | MOTION for judicial notice by Bank of America Bank, N.A.. (Attachments: # 1 Appendix Tab 1, # 2 Appendix Tab 2, # 3 Appendix Tab 3, # 4 Appendix Tab 4, # 5 Appendix Tab 5, # 6 Appendix Tab 6, # 7 Appendix Tab 7)(Liebler, James) (Entered: 03/10/2009) |
| 03/12/2009 | 21 | NOTICE by Ralph Tornes re 4 Summons Issued *Bank of America, N.A.* (Attachments: # 1 Affidavit Verified Return of Service)(Alters, Jeremy) (Entered: 03/12/2009) |
| 03/27/2009 | 22 | RESPONSE in Opposition re 17 MOTION to Stay filed by Ralph Tornes. (Attachments: # 1 Exhibit 1, # 2 Exhibit)(Boldt, Kimberly) (Entered: 03/27/2009) |
| 04/01/2009 | 23 | MOTION to Compel *Arbitration* by Bank of America Bank, N.A.. Responses due by 4/20/2009 (Liebler, James) (Entered: 04/01/2009) |
| 04/01/2009 | 24 | MOTION to Strike 3 Amended Complaint by Bank of America Bank, N.A.. Responses due by 4/20/2009 (Liebler, James) (Entered: 04/01/2009) |
| 04/01/2009 | 25 | MEMORANDUM in Support re 24 MOTION to Strike 3 Amended Complaint, 23 MOTION to Compel *Arbitration* by Bank of America Bank, N.A.. (Liebler, James) (Entered: 04/01/2009) |
| 04/01/2009 | 26 | AFFIDAVIT in Support re 23 MOTION to Compel *Arbitration* by Bank of America Bank, N.A.. (Attachments: # 1 Exhibit A to Declaration)(Liebler, James) (Entered: 04/01/2009) |
| 04/01/2009 | 27 | MOTION to Dismiss 3 Amended Complaint *Sixth Claim for Relief* by Bank of America Bank, N.A.. Responses due by 4/20/2009 (Liebler, James) (Entered: 04/01/2009) |
| 04/01/2009 | 28 | MEMORANDUM in Support re 27 MOTION to Dismiss 3 Amended Complaint *Sixth Claim for Relief* by Bank of America Bank, N.A.. (Liebler, James) (Entered: 04/01/2009) |
| 04/06/2009 | 29 | RESPONSE/REPLY to 22 Response in Opposition to Motion *to Stay* by Bank |

| | | of America Bank, N.A.. (Liebler, James) (Entered: 04/06/2009) |
|---|---|---|
| 04/08/2009 | 30 | Courtesy Copy of Status Notice Pursuant to JPML Rule 7.2 sent before the Judicial Panel on Multidistrict Litigation re: MDL-2036. (Attachments: # 1 Exhibit, # 2 Resp to Motion to Trans, # 3 Proof of Service) (gp) (Entered: 04/08/2009) |
| 04/17/2009 | 31 | Joint MOTION for Extension of Time to File Response as to 27 MOTION to Dismiss 3 Amended Complaint *Sixth Claim for Relief*, 24 MOTION to Strike 3 Amended Complaint, 23 MOTION to Compel *Arbitration and Subsequent Replies* by Ralph Tornes. (Attachments: # 1 Text of Proposed Order Exhibit 1) (Boldt, Kimberly) (Entered: 04/17/2009) |
| 04/21/2009 | 32 | ORDER granting 31 Motion for Extension of Time to Reply re 23 MOTION to Compel *Arbitration*, 24 MOTION to Strike 3 Amended Complaint, 27 MOTION to Dismiss 3 Amended Complaint *Sixth Claim for Relief*. Responses due by 4/27/2009. Replies due by 5/13/2009. Signed by Senior Judge James Lawrence King on 4/21/2009. (jw) (Entered: 04/21/2009) |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I certify that on May 13, 2009, I served a copy of the foregoing **DECLARATION OF**

**LISA M. SIMONETTI IN SUPPORT OF THE MEMORANDUM OF LAW OF**

**CITIGROUP INC. AND CITIBANK, N.A. IN OPPOSITION TO THE MOTION FOR**

**TRANSFER AND COORDINATION PURSUANT TO 28 U.S.C. § 1407** by First Class Mail

to the following recipients:

T. Thomas Cottingham, III
Hunton & Williams, LLP
Bank of America Plaza
101 S. Tryon Street, Suite 3500
Charlotte, N.C. 28280
704-378-4714
704-378-4890
e-mail: tcottingham@hunton.com

**Designated Counsel for: Wachovia Bank, N.A.**

James R. McGuire
Rita F. Lin
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
415-268-7000
415-268-7522 Facsimile
e-mail: JmcGuire@mofo.com, Rlin@mofo.com

**Counsel for Defendant: Wachovia Bank, N.A.**
*Spears-Haymond v. Wachovia Bank, N.A.*

Ann Marie Mortimer
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
213-532-2000
213-532-2020 Facsimile
e-mail: amortimer@hunton.com

**Counsel for Defendant: Wachovia Bank, N.A.**
*Spears-Haymond v. Wachovia Bank, N.A.*

Fraser A. Mcalpine
Hunton & Williams, LLP
575 Market Street, Suite 2700
San Francisco, CA 94105
415-975-3700
415-975-3701 Facsimile
e-mail: fmcalpine@hunton.com

**Counsel for Defendant: Wachovia Bank, N.A.**
*Spears-Haymond v. Wachovia Bank, N.A.*

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 MAY 14 A 10: 05

RECEIVED
CLERK'S OFFICE

LA 51146376

Mitchell M. Breit
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, N.Y. 10036
212-447-7070
212-376-8449 Facsimile
e-mail: mbreit@wdklaw.com

**Counsel for Plaintiffs: Veronica Gutierrez,**
**Erin Walker and William Smith**
*Gutierrez, et al. v. Wells Fargo Bank, N.A.*

Brian J. Panish
Adam K. Shea
Panish, Shea & Boyle
11111 Santa Monica Boulevard, Ste 700
Los Angeles, CA 90025-3341
310-477-1700
310-477-1699 Facsimile
e-mail: panishi@psandb.com

**Counsel for Plaintiffs: Veronica Gutierrez,**
**Erin Walker and William Smith**
*Gutierrez, et al. v. Wells Fargo Bank, N.A.*

Sonya D. Winner
David M. Jolley
Margaret G. May
Covington & Burling, LLP
One Front Street
San Francisco, CA 94111
415-591-6000
415-591-6091 Facsimile
e-mail: winnersd@cov.com, hsalazar@cov.com, jvim@cov.com
djolley@cov.com; dgeneral@cov.com, mmay@cov.com, bschmitt@cov.com

**Counsel for Defendant: Wells Fargo Bank, N.A.**
*Gutierrez, et al. v. Wells Fargo Bank, N.A.*

Richard D. McCune
McCune Wright, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
909-557-1250
909-557-1275 Facsimile
e-mail: rdm@mccunewright.com

**Counsel for Plaintiffs: Spears-Haymond,**
**Amrhein, Gutierrez, Walker, Smith, Mortenson,**
**Churchwell and Egan**

Bruce S. Rogow
Bruce S. Rogow, P.A.
500 E. Broward Boulevard, Ste 1930
Fort Lauderdale, FL 33394
954-767-8909
954-467-2210 Facsimile
e-mail: gunterc@rogowlaw.com

**Counsel for Plaintiffs: Ralph Tornes**
*Tornes v. Bank of America*

**Counsel for Plaintiffs: Melanie L. Garcia**
*Garcia v. Wachovia Bank, N.A.*

J. Randolph Leibler
Leibler, Gonzales & Portuondo, P.A.
44 W. Flagler Street, Suite 2500
Miami, FL 33130-6808
305-379-0400
305-379-9626 Facsimile
e-mail: jrl@lgplaw.com

**Counsel for Defendant: Bank of America, N.A.**
*Tornes v. Bank of America, N.A.*

Ruben Honik
Michael S. Levin
Golumb & Honik, P.A.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
215-985-4169 Facsimile
e-mail: rhonik@golombhonik.com

**Counsel for Plaintiffs: Ryan Phillip Pena**
*Pena v. Wachovia Bank, N.A.*

Leda Dunn Wettre
Robinson, Wettre & Miller, LLC
One Newark Center, 19th Floor
Newark, NJ 07102
973-690-5400
973-466-2760 Facsimile
e-mail: lwetter@rwmlegal.com

**Counsel for Defendant: Wachovia Bank, N.A.**
*Pena v. Wachovia Bank, N.A.*

Shawn Patrick Regan
Ryan A. Becker
Hunton & Williams, LLP
200 Park Avenue, 53rd Floor
New York, NY 10166
212-309-1100
212-309-1100 Facsimile
e-mail: sregan@hunton.com

**Counsel for Defendant: Wachovia Bank, N.A.**
*Pena v. Wachovia Bank, N.A.*

E. Adam Webb
G. Franklin Lemond, Jr.
William W. Stone
Webb, Klase & Lemond, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, CA 30339
770-444-9325
770-444-0271 Facsimile

**Counsel for Plaintiffs: Ken Vollmer**
*Vollmer v. Wachovia Bank, N.A.*

Lawrence J. Bracken, II
Ashley Cummings
Jason M. Beach
Hunton & Williams LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-888-4000
404-888-4190 Facsimile

**Counsel for Defendant: Wachovia Bank, N.A.**
*Vollmer v. Wachovia Bank, N.A.*

Kimberly L.Boldt
Alters Boldt Brown Rash & Culmo PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
(305) 571-8550
(305) 571-8558 Facsimile
Email: kimberly@abbrclaw.com

**Counsel for Melanie L. Garcia;Ralph Tornes**

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513
(213) 243-4100
(213) 243-4199
Email: laurence.hutt@aporter.com

**Counsel for Bank of America, N.A.**

_____
Lori A. Reed