**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MAY 15 2009

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
CIVIL ACTION NO.: 1:09-cv-223

PHILIP WALTER HERION and wife,
BETTY M. HERION

　　Plaintiffs,

v.

DANIEL INTERNATIONAL CORPORATION,
FLUOR DANIEL, INC., *f/k/a DANIEL
CONSTRUCTION COMPANY, INC.*,
FLUOR DANIEL ENVIRONMENTAL
SERVICES, INC.,
FLUOR DANIEL SERVICES CORPORATION,

　　Defendants.

PLEADING NO. 5841

## MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Plaintiffs, pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its order of April 17, 2009 conditionally transferring the above captioned case to the United States District Court for the Eastern District of Pennsylvania. This motion is based on the attached Brief in Support of Motion to Vacate

**OFFICIAL FILE COPY**

IMAGED MAY 1 5 2009

Conditional Transfer Order and such other materials as may be presented to the Panel at the time of the hearing on the Motion.

Pursuant to Rule 16.1, movants request the Clerk to set this motion for hearing at the next session of the Panel.

This the 13th day of May, 2009.

Respectfully submitted,

WALLACE and GRAHAM, P.A.

MICHAEL B. PROSS
N.C. State Bar No. 27050
525 North Main Street
Salisbury, North Carolina 28144
Telephone: 704/633-5244
mpross@wallacegraham.com

Counsel for Philip Walter Herion and wife, Betty M. Herion

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2009

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS               )
LIABILITY LITIGATION (No. VI)         )        MDL DOCKET NO. 875

This document relates to:

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
CIVIL ACTION NO.: 1:09-cv-223

PHILIP WALTER HERION and wife,        )
BETTY M. HERION                       )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )
                                      )
DANIEL INTERNATIONAL CORPORATION,     )
FLUOR DANIEL, INC., f/k/a DANIEL      )
CONSTRUCTION COMPANY, INC.,           )
FLUOR DANIEL ENVIRONMENTAL            )
SERVICES, INC.,                       )
FLUOR DANIEL SERVICES CORPORATION,    )
                                      )
    Defendants.                       )
                                      )

## BRIEF IN SUPPORT OF MOTION
## TO VACATE THE CONDITIONAL TRANSFER ORDER

PRELIMINARY STATEMENT

Come now Plaintiffs and file this brief in support of their motion for order vacating conditional transfer order (CTO-321) entered by the Judicial Panel on Multidistrict Litigation on, and would respectfully show as follows:

This case was filed in the United States District Court for the Middle District of North Carolina on or about March 31, 2009. On April 17, 2009 the Panel entered an Order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania.

Plaintiffs respectfully request that the Panel vacate the conditional transfer order. Such relief is warranted for the following reasons:

**1. Mr. Herion is dying of mesothelioma.**

Mr. Herion has terminal mesothelioma, *an "invariably fatal cancer... for which asbestos exposure is the only known case..."* In re Patenaude, *210 F.3d 135, 138 (3d Cir.), cert. Denied, 531 U.S. 1011 (2000).*

**2. Mr. Herion will be substantially prejudiced if he dies before trial.**

Mr. Herion will be substantially prejudiced if this matter is not returned to the Federal Court in North Carolina to prepare for trial. As mentioned above, Mr. Herion has a fatal disease recognized by this court. Any delay in the proceedings will prevent Mr. Herion from participating in his trial.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that the conditional transfer order be vacated.

This the 13th day of May, 2009.

Respectfully submitted,

WALLACE and GRAHAM, P.A.

MICHAEL B. PROSS
N.C. State Bar No. 27050
525 North Main Street
Salisbury, North Carolina 28144
Telephone: 704/633-5244
mpross@wallacegraham.com

Counsel for Philip Walter Herion and
wife, Betty M. Herion

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the court and served via regular on May 13, 2009 to all counsel of record and involved counsel listed on the CTO-321 Panel List.

_____
MICHAEL B. PROSS

2009 MAY 15 P 12:30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                   MDL No. 875

### INVOLVED COUNSEL LIST (Excerpted from CTO-321)

Philip Walter Herion, et al. v. Daniel International Corp., et al., M.D. North Carolina,
C.A. No. 1:09-223  (Judge Thomas D. Schroeder)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-321) (Continued)**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael B. Pross
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608