MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5842

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § § | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| JERRY D. ANDERSON and<br>GLENYS ANDERSON, | § § § | |
| Plaintiffs, | § § | Case No. 2:09-CV-86 |
| vs. | § § | |
| HAMILTON MATERIALS, INC., et al. | § § | Judge Bruce S. Jenkins |
| Defendants. | § § | |

**CORPORATE DISCLOSURE STATEMENT
FOR DEFENDANT HAMILTON MATERIALS, INC.**

Defendant Hamilton Materials, Inc., by and through its counsel of record, Melinda A. Morgan, of RICHARDS, BRANDT, MILLER and NELSON provides this Disclosure Statement as required by Federal Rule of Civil Procedure 7.1. Hamilton Materials is a privately held corporation with no parent corporation.

**OFFICIAL FILE COPY**

IMAGED MAY 19 2009

DATED this 7th day of May, 2009.

                RICHARDS BRANDT MILLER NELSON

*/s/ Melinda Morgan*
MELINDA A. MORGAN
RICHARDS, BRANDT, MILLER & NELSON
Wells Fargo Building
299 South Main Street, Suite 1500
P.O. Box 2465
Salt Lake City, Utah 84110-2465
Telephone: (801) 531-2000
Fax No.: (801) 532-5506
Email: Melinda-Morgan@rbmn.com

*Attorneys for Hamilton Materials, Inc.*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2009

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT HAMILTON MATERIALS, INC.** was mailed, first-class, postage prepaid, and mailed electronically on this 7th day of May, 2009, to the following:

Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT 84101
asbestos@hjdlaw.com
Attorneys for Plaintiffs

Charles E. Valles
Susannah Chester
Kathy Dunlap
WATERS & KRAUS, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
cvalles@waterskraus.com
schester@waterskraus.com
kdunlap@waterskraus.com
Attorneys for Plaintiffs

**and served electronically to the following:**

Gregory J. Sanders
Stephen D. Kelson
KIPP & CHRISTIAN
10 Exchange Place, Suite 400
Salt Lake City, UT 84111
asbestos@kippandchristian.com
   Attorneys for General Electric Company

Ronald L. Hellbusch
Mary Price Birk
BAKER & HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203
rhellbusch@bakerlaw.com
mbirk@bakerlaw.com
   Attorneys for Union Carbide Corporation

Katherine E. Venti
John P. Ball, Jr.
PARSONS BEHLE & LATIMER
P.O. Box 45898
Salt Lake City, UT 84145-0898
kventi@pblutah.com
Jball@pblutah.com
    Attorneys for Georgia Pacific Corporation

Geoffrey C Haslam
Scot A. Boyd
CHRISTENSEN & JENSEN
15 West South Temple, #800
Salt Lake City, UT 84101
Scot.boyd@chrisjen.com
Geoffrey.haslam@chrisjen.com
    Attorneys for Kelly Moore Paint Company

William L. Durham II
W. Randall Bassett
Scott Pfahl
KING & SPALDING LLC
1180 Peachtree Street NE
Atlanta, GA 30309
bdurham@kslaw.com
rbassett@kslaw.com
spfahl@kslaw.com
    Attorneys for Georgia Pacific Corporation

James E. Hooper, Jr.
WHEELER TRIGG & KENNEDY LLP
1801 California Street, Suite 3600
Denver, CO   80202-2617
hooper@wtklaw.com
    Attorneys for Georgia-Pacific Corporation

David C. Bowen
Joyce Jackson Wood
WILCOX & SAVAGE
One Commercial Place, Suite 1800
Norfolk, VA   23510
dbowen@wilsav.com
jwood@wilsav.com
    Attorneys for Georgia-Pacific Corporation

Conrad Johansen
Tracy Wilder
OLSEN SKOUBYE & NEILSON, LLC
999 East Murray-Holliday Rd., Suite 200
Salt Lake City, UT 84117
conrad@csnlaw.com
tracy@csnlaw.com
    Attorneys for Bailey Drywall & Supply, Inc.

Mahsa M. Kashani
ARMSTRONG & ASSOCIATES
One Kaiser Plaza, Suite 625
Oakland, CA 94612
mahsa.kashani@armstrongetal.com
    Attorneys for Elementis Chemicals, Inc.

Jill Dunyon
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, #1100
Salt Lake City, UT 84145
jdunyon@scmlaw.com
    Attorneys for Elementis Chemicals, Inc.

O33058.DOC