**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 18 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION | § | CIVIL ACTION NO. MDL 875 |
| | § | |

This Document Relates to:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REGGY TAYLOR, Individually, KATHY LANE, | § | |
| Individually, and ROBERT M. TAYLOR, | § | |
| Individually and as Personal Representative of the | § | |
| Estate of Rose Taylor, Deceased, and | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | |
| | § | Civil Case No: A-08CA-017-LY |
| | § | |
| | § | |
| LUCENT TECHNOLOGIES INC., | § | |
| | § | |
| Defendant. | § | |

LUCENT TECHNOLOGIES, INC.'S
CORPORATE DISCLOSURE STATEMENT
RELATIVE TO CIVIL ACTION NO. A-08CA-017-LY (WD Texas, Austin Division)

Pursuant to Rule of Procedure 5.3 of the Judicial Panel on Multidistrict Litigation, Defendant Lucent Technologies Inc., now known as Alcatel-Lucent USA Inc. (hereinafter "Lucent"), files this disclosure statement and certifies the following:

1.      Lucent is an indirect wholly-owned subsidiary of Alcatel-Lucent, an entity organized under the laws of the Republic of France.   Alcatel-Lucent is a publicly traded corporation.

OFFICIAL FILE COPY

IMAGED MAY 1 9 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2009

Respectfully submitted,

FILED
CLERK'S OFFICE

Morgan M. Culbreth
TBN 24059631
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
One Allen Center
500 Dallas, Suite 3000
Houston, Texas 77002-4709
Telephone: 713-655-5768
Facsimile: 713-655-0020
E-mail: morgan.culbreth@odnss.com
ATTORNEY FOR DEFENDANT LUCENT
TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2009, I filed the foregoing with the Clerk of the Court for the United States Judicial Panel on Multidistrict Litigation via hand delivery and served a copy to each party's attorney listed below by the method indicated next to the attorney's name and to each attorney on the attached Involved Counsel List (excerpted from CTO-320).

Scott M. Hendler (hand delivery)
HendlerLaw, P.C.
816 Congress Avenue, Suite 1230
Austin, TX 78701
Telephone: 512.439.3200
Facsimile: 512.439.3201
Attorney for Plaintiffs

Morgan M. Culbreth

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 MAY 14 A 11: 51

RECEIVED
CLERK'S OFFICE

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

### INVOLVED COUNSEL LIST (EXCERPTED FROM CTO-320)

Reggy Taylor, et al. v. Lucent Technologies, Inc., et al., W.D. Texas, C.A. No. 1:08-17
(Judge Lee Yeakel)

Peter G. Angelos
LAW OFFICES OF PETER G. ANGELOS
PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 211201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & Budd pc
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Scott M. Hendler
HENDLERLAW, PC
816 Congress Avenue
Suite 1670
Austin, TX 78701

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shall Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Seven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Harry Tracy Richardson, III
STRONG PIPKIN BISSELL &
LEDYARD LLP
595 Orleans
Suite 1400
Beaumont, TX 77701-3255

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608