UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 18, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)   MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-322)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,548 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)    MDL No. 875

## SCHEDULE CTO-322 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-2275 | Lois Jean Conner, et al. v. Alfa Laval, Inc., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-1242 | Douglas Coughran, et al. v. United States of America |
| CAN | 3 | 09-1269 | Richard Close v. General Electric Co., et al. |
| CAN | 3 | 09-1271 | Edward Brazzi, et al. v. United States of America |
| CAN | 3 | 09-1322 | Sharon Woody, et al. v. General Electric Co., et al. |
| CAN | 3 | 09-1358 | Bruce Arnold, et al. v. A.W. Chesterton Co., et al. |
| CAN | 3 | 09-1782 | Wiley Utterback v. Foster Wheeler LLC, et al. |
| CAN | 4 | 09-1456 | John Dobrocke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| CAN | 4 | 09-2012 | Barbara Hulsen, et al. v. General Electric Co., et al. |
| **DELAWARE** | | | |
| DE | 1 | 09-235 | Janice Happel, etc. v. Anchor Packing Co., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 09-20578 | Laura Benjamin, etc v. A.W. Chesterton Co., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 09-3347 | Union Carbide Corp., et al. v. South African Marine Corp., Ltd., et al. |
| **MASSACHUSETTS** | | | |
| MA | 1 | 09-10365 | Contrino A. Geraldine, etc. v. General Electric Co., et al. |
| MA | 1 | 09-10509 | Lynn Montero, etc. v. Viad Corp., et al. |
| **MAINE** | | | |
| ME | 2 | 09-147 | Eleanor Hayes, et al. v. Metropolitian Life Insurance Co., et al. |
| **MINNESOTA** | | | |
| MN | 0 | 09-829 | Charles Traxler v. Soo Line Railroad Co. |

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NORTH CAROLINA EASTERN
  NCE  7   09-29              Robert Owen Tallent, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM  1   09-271             Monroe Steele, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-273             James Robert Shumake, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-274             Thomas Wayne Thompson, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-275             Hoyle Jennings Ford, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-282             Mark Grey Lawson, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-284             Carl Eugene Dry, II, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-325             Richard Ben Barber, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-326             Brady Gray Reavis, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-334             Florence P. Haynes, etc. v. A.W. Chesterton Co., et al.
  NCM  1   09-337             Steve Franklin Joyce, et al. v. Aqua-Chem, Inc., et al.
  NCM  1   09-341             David Dexter Allmon, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1   09-131             Donald Eugene King, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-132             Albert Wayne Lingerfelt, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-133             Buren Edward McSwain, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-135             William Hunter Miller, et al.v Aqua-Chem, Inc., et al.
  NCW  1   09-136             Larry Bryant Reynolds, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-137             Tony Lee Scruggs, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-139             Steve Wayne Sexton v. Aqua-Chem, Inc., et al.
  NCW  1   09-140             Donald McKenny Smith, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-141             Jimmy Dale Stone, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-142             Bobby Charles Brooks, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-143             Ronald Phifer Fink, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-144             Daniel Lee McCraw, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-147             Michael Phillip Rogers, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-148             Samuel Furman Sherrill, et al. v. Aqua-Chem. Inc., et al.
  NCW  1   09-149             Glen Phillip Karasiewicz, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-150             Darrell Bundy Wolfe, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-153             Bennie Ray Godwin, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-154             Timothy Leroy Heiskell, et al. v. Aqua-Chem, Inc., et al.
  NCW  1   09-156             Rhonda T. Russell, etc. v. Aqua-Chem, Inc., et al.
  NCW  1   09-157             Fay H. Beckham, et al. v. CBS Corp., et al.
  NCW  1   09-167             Carl H. Krumroy, et al. v. Hobart Brothers Co., et al.
  NCW  1   09-171             Curtis James Nolen, Sr. v. Aqua-Chem, Inc., et al.
  NCW  1   09-176             Ricky Eugene Owens, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NEW YORK EASTERN
  NYE  1    05-2720         William Hamilton, etc. v. A.W. Chesterton Co., et al.

OHIO NORTHERN
  OHN  1    09-10002       William Sillanpa v. Durabla Manufacturing Co.
  OHN  1    09-10003       Roger Willoughby v. A-C Product Liability Trust, et al.
  OHN  1    09-10004       Anthony R. Tomassetti v. A-C Product Liability Trust, et al.
  OHN  1    09-10005       Rodolfo M. Carramanzana v. A-C Product Liability Trust, et al.
  OHN  1    09-10006       Emilio G. Miranda v. A-C Product Liability Trust, et al.
  OHN  1    09-10007       Alfonso G. Amposta v. A-C Product Liability Trust, et al.
  OHN  1    09-10008       John L. Fischer v. A-C Product Liability Trust, et al.
  OHN  1    09-10009       Elvin E. Rudasill v. A-C Product Liability Trust, et al.
  OHN  1    09-10010       Philip J. Alesi, Sr. v. A-C Product Liability Trust, et al.
  OHN  1    09-10011       Roger A. Hornecker v. A-C Product Liability Trust, et al.
  OHN  1    09-10015       Ray Fellows v. Allied Glove Corp., et al.

RHODE ISLAND
  RI    1    08-533          Vickie Gasiorowski, et al. v. Buffalo Pumps, Inc., et al.
  RI    1    09-194          Duane Riemann, et al. v. Buffalo Pumps, Inc., et al.

SOUTH CAROLINA
  SC    0    09-882          Gerald Tinsley Mode, et al. v. Aqua-Chem, Inc., et al.
  SC    0    09-970          Leroy Stroud, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC    0    09-1040        Wendell Alphonzo Norwood, et al. v. Aqua-Chem, Inc., et al.
  SC    6    09-881          Michael Homer Masters, et al. v. Aqua-Chem, Inc., et al.
  SC    6    09-972          Richard Caldwell Layton, et al. v. Aqua-Chem, Inc., et al.
  SC    7    09-884          Knox Douglas Hambright v. Aqua-Chem, Inc., et al.
  SC    8    09-883          William Chane Land, et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-968          Edward Robert Holden, et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-969          Ronnie Eugene Nix, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-973          James David Hunt, et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-974          Wendell Scott Haynes v. Aqua-Chem, Inc., et al.
  SC    8    09-975          Anthony Frank Gross, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-976          Marshall Sheriff Buchanan, et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-987          Ray Wrenn Vassey, et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-989          Marion Grover Powell, et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-993          Ricky Joe Nelms, et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-995          Ronald Douglas Mauldin, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC    8    09-1038        David Earl Webb, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

TEXAS EASTERN
  TXE  2  09-74             Joyce Bush, et al. v. Allis-Chalmers Product Liability Trust, et al.

VIRGINIA EASTERN
  VAE  2  09-9521        Edward J. Otto v. American Standard, Inc., et al.
  VAE  2  09-9522        Monroe v. American Standard, Inc., et al.
  VAE  2  09-9523        Thomas F. Siminski v. American Standard, Inc., et al.
  VAE  2  09-9524        Milton G. Snavely v. American Standard, Inc., et al.
  VAE  2  09-9525        Monroe v. American Standard, Inc., et al.
  VAE  2  09-9526        Monroe v. American Standard, Inc., et al.
  VAE  2  09-9527        Steele v. American Standard, Inc., et al.
  VAE  2  09-9528        William J. Adams v. American Standard, Inc., et al.
  VAE  2  09-9529        Thomas R. Berkshire v. Berkshire, et al.
  VAE  2  09-9530        Franklin D. Bess v. American Standard, Inc., et al.
  VAE  2  09-9531        Ivan J. Garman v. American Standard, Inc., et al.
  VAE  2  09-9532        Monroe v. American Standard, Inc., et al.
  VAE  2  09-9533        Thomas E. Hutchins v. American Standard, Inc., et al.
  VAE  2  09-9534        Francis M. Hendricks, et al. v. Certainteed Corp., et al.

WASHINGTON WESTERN
  WAW  2  09-483         William Dennis v. Todd Shipyards Corp., et al.
  WAW  3  09-5087        Pauline Leonard Thompson, etc. v. Foster Wheeler, LLC, et al.