MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL

ON

MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)   MDL. NO. 875

---

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENRIETTA McCRARY, ET AL

VERSUS   CIVIL ACTION

UNITED STATES OF AMERICA   NUMBER 08-777-JVP-CN
THROUGH THE BUREAU OF PRISONS

---

PLEADING NO. 5846

### MOTION TO VACATE
### CONDITIONAL TRANSFER ORDER (CTO-321)

NOW INTO COURT, through undersigned counsel, come plaintiffs, Henrietta McCrary, individually and as administratrix of the estate of Edward W. McCrary, III, Edward H. McCrary, and Claudia McCrary Huerta, and move this Honorable Court to vacate Conditional Transfer Order CTO-321 for the reasons set forth in the attached memorandum.

OFFICIAL FILE COPY

IMAGED MAY 20 2009

Respectfully submitted:

CAVE LAW FIRM

_____
Donald G. Cave, LSBA No. 4073
3909 Plaza Tower Drive
Baton Rouge, LA  70816-4356
Telephone:  (225) 292-3194
Facsimile:  (225) 292-3198
E-mail:  don@cavelaw.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL

MAY 20 2009

ON

FILED
CLERK'S OFFICE

MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL. NO. 875

---

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENRIETTA McCRARY, ET AL

VERSUS                                                 CIVIL ACTION

UNITED STATES OF AMERICA                               NUMBER 08-777-JVP-CN
THROUGH THE BUREAU OF PRISONS

---

**MEMORANDUM IN SUPPORT OF MOTION TO VACATE**
**CONDITIONAL TRANSFER ORDER (CTO-321)**

MAY IT PLEASE THE COURT:

This is a claim for premise liability against the Bureau of Prisons and for contractor negligence and is fact intensive with respect to both premise liability and to contractors involved in both installation of certain materials that may contain asbestos, as well as to companies who may have been engaged in asbestos abatement. No asbestos manufacturers were named as defendants in this cause of action. The thrust of

this lawsuit is premise and contractor negligence. Henrietta McCrary, et al, have not sought damages against any asbestos companies, but have repeatedly requested information from the Bureau of Prisons to provide the name of the contractors who it believes were negligent both in the handling and protection of inmates in its facility at Carville, Louisiana. Extensive discovery is needed to learn the names of the contractors and abatement companies who were involved at the Bureau of Prisons' facility at Carville, Louisiana.

The MDL litigation in Pennsylvania is primarily directed at asbestos manufacturers and is not the proper forum to bring a claim for negligence under Louisiana law against the persons responsible for placing or removing the material, nor is it the proper forum in which to conduct extensive discovery to determine the names of the contractors who both installed the material and removed the material.

This claim is not an asbestos claim, but later, when information is determined as to the type of asbestos, an asbestos claim may be filed. However, without the discovery needed, it is impossible to determine much needed information and facts regarding both the installation and the cleanup of asbestos materials. This claim is different from an asbestos claim against the manufacturers, and if an asbestos claim needs to be filed, it will be filed in a separate suit.

Respectfully submitted:

CAVE LAW FIRM

*[signature]*

Donald G. Cave, LSBA No. 4073
3909 Plaza Tower Drive
Baton Rouge, LA  70816-4356
Telephone:  (225) 292-3194
Facsimile:  (225) 292-3198
E-mail:  don@cavelaw.com

BEFORE THE JUDICIAL PANEL

ON

MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 0 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                   MDL. NO. 875

---

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENRIETTA McCRARY, ET AL

VERSUS                                CIVIL ACTION

UNITED STATES OF AMERICA              NUMBER 08-777-JVP-CN
THROUGH THE BUREAU OF PRISONS

---

### ORDER

CONSIDERING THE FOREGOING:

   IT IS ORDERED that Conditional Transfer Order 321 (CTO-321) be vacated and that the captioned matter be remanded to the United States District Court for the Middle District of Louisiana for further proceedings.

   Washington, D.C., this _____ day of _____, 2009.

                                      _____
                                      JUDGE, JUDICIAL PANEL ON
                                      MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel listed on the attached Involved Counsel List by placing a copy of same in the United States mails, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this _19_ day of May, 2009.

_____
Donald G. Cave

RECEIVED
CLERK'S OFFICE
2009 MAY 20 A 10: 34
JUDICIAL PANEL
MULTIDISTRICT
LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-321)

Henrietta McCrary, et al. v. United States of America, M.D. Louisiana, C.A. No. 3:08-777
(Judge John V. Parker)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Donald G. Cave
CAVE LAW FIRM
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

MDL No. 875 - Involved Counsel List (Excerpted from CTO-321) (Continued)

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

James L. Nelson
United States Attorney's Office
777 South Florida Street
Suite 208
Baton Rouge, LA 70801

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL**

**ON**

**MULTIDISTRICT LITIGATION**

MAY 20 2009

FILED
CLERK'S OFFICE

> Request of Pltfs. in McCrary, et al.
> LAM 3:08-777, for Extension of
> Time to file Motion/Brief - - - GRANTED.
> RECEIVED WITH PLEADING
> (jwn - May 20, 2009)

IN RE:   ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                  MDL. NO. 875

---

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENRIETTA McCRARY, ET AL

VERSUS                                               CIVIL ACTION

UNITED STATES OF AMERICA                             NUMBER 08-777-JVP-CN
THROUGH THE BUREAU OF PRISONS

---

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO VACATE CONDITIONAL
TRANSFER ORDER (CTO-321)**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Henrietta McCrary, individually and as administratrix of the estate of Edward W. McCrary, III, Edward H. McCrary, and Claudia McCrary Huerta, and move this Honorable Court for one additional week within which to file their Motion to Vacate Conditional Transfer Order (CTO-321) and supporting memorandum for the following reasons:

1.

In response to the letter dated May 4, 2009, from Deputy Clerk Jakeia Mells, plaintiffs filed an Amended Opposition to Conditional Transfer Order (CTO-321) prior to the May 19, 2009 deadline.

2.

On May 19, 2009, Deputy Clerk Mells contacted undersigned counsel's office seeking revisions in the Amended Opposition to Conditional Transfer Order (CTO-321) filed on behalf of plaintiffs.

3.

Plaintiffs' counsel seeks one additional week within which to make the necessary revisions in its previous filing and to file those revisions in the form of a motion to vacate the conditional transfer order and a supporting memorandum.

WHEREFORE, plaintiffs pray that they be granted an additional seven (7) days or until May 26, 2009, within which to file the revisions to their Amended Opposition to Conditional Transfer Order (CTO-321) in the form of a motion to vacate the conditional transfer order and a supporting memorandum.

Respectfully submitted:

CAVE LAW FIRM

_____
Donald G. Cave, LSBA No. 4073
3909 Plaza Tower Drive
Baton Rouge, LA   70816-4356
Telephone:   (225) 292-3194
Facsimile:   (225) 292-3198
E-mail:   don@cavelaw.com

BEFORE THE JUDICIAL PANEL

ON

MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL. NO. 875

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENRIETTA McCRARY, ET AL

VERSUS

UNITED STATES OF AMERICA
THROUGH THE BUREAU OF PRISONS

CIVIL ACTION

NUMBER 08-777-JVP-CN

**ORDER**

CONSIDERING THE FOREGOING:

IT IS ORDERED that plaintiffs, Henrietta McCrary, individually and as administratrix of the estate of Edward W. McCrary, III, Edward H. McCrary, and Claudia McCrary Huerta, be granted an extension of seven (7) days or until May 26, 2009, within which to file the revisions to their Amended Opposition to Conditional Transfer Order in the form of a motion to vacate and supporting memorandum.

Washington, D.C., this _____ day of May, 2009.

_____
JUDGE, JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2009

CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel listed on the attached Involved Counsel List by placing a copy of same in the United States mails, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this __19__ day of May, 2009.

_____
Donald G. Cave

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-321)

Henrietta McCrary, et al. v. United States of America, M.D. Louisiana, C.A. No. 3:08-777
    (Judge John V. Parker)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Donald G. Cave
CAVE LAW FIRM
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

MDL No. 875 - Involved Counsel List (Excerpted from CTO-321) (Continued)

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

James L. Nelson
United States Attorney's Office
777 South Florida Street
Suite 208
Baton Rouge, LA 70801

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608