

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 26 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
MDL NO. 875

---

FRANCIS BRUCE TRAVIS,

                Plaintiff,         Civil Action No. 08:CV-11010

      v.

3M COMPANY, et al.,

                Defendants.

---

PLEADING NO. 5847

## DEFENDANT, LOCKHEED MARTIN CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE <u>CONDITIONAL TRANSFER ORDER</u>



**OFFICIAL FILE COPY**

IMAGED MAY 26 2009

## I.    **<u>INTRODUCTION</u>**

Defendant, Lockheed Martin Corporation ("Lockheed Martin") files this Opposition to the purported but defective Motion to Vacate Conditional Transfer Order 319 ("CTO-319") filed by plaintiff in the case of *Francis Bruce Travis v. 3M Co., et al.,* Civil Action No. 08:CV-11010 (S.D.N.Y.).

In a letter dated March 19, 2009 and signed by Jakeia Mills, Deputy Clerk (a copy of said letter is attached hereto as Exhibit "A"), the Panel required that plaintiff serve a Motion and Brief to Vacate the Conditional Transfer Order by April 3, 2009. No such brief was ever filed by plaintiff as required by the Panel (see plaintiff's Motion to Vacate the Conditional Transfer order, attached hereto as Exhibit "B"). Pursuant to the Panel's letter:

> 4) Failure to file and serve the required motion and brief within the allotted 15 days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.

See Exhibit "A", attached hereto. Thus, plaintiff's failure to file the appropriate required documentation was effectively a withdrawal of its opposition. Lockheed Martin files this brief in opposition in the event that this Panel should consider plaintiff's original filing of opposition dated March 18, 2009 to be sufficient.

The Judicial Panel on Multidistrict Litigation's (the "Panel") CTO-319 transferred this case for coordinated or consolidated pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania ("MDL-875") pursuant to 28 U.S.C. §1407. This case is similar, if not identical, to cases that have been or will be subject to transfer to MDL-875. To

ensure the efficient and consistent adjudication of this case, along with the many others throughout the United States, this Panel should deny plaintiff's Motion to Vacate CTO-319.

For both efficiency and consistency, the Panel routinely denies objections to transfer that are premised on pending motions to remand. In fact, the Panel has denied these types of motions in asbestos litigation. (See, In re Asbestos Products Liability Litigation, 1996 WL 143826 (J.P.M.L. February 16, 1996), In re Asbestos Products Liability Litigation, 170 F.Supp.2d 1348 (J.P.M.L. October 18, 2001.)

## II. TRANSFER TO EASTERN DISTRICT OF PENNSYLVANIA IS APPROPRIATE FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Through Section 1407, Congress intended to promote the "just and efficient conduct" of the actions transferred thereunder. (In re Ivy, F.2d 7 (2d Cir. 1990).) In mass tort cases consolidated under Section 1407, similar jurisdictional issues are "easily capable of arising in hundreds or even thousands of cases in District Courts throughout the nation." (Id. at 9) "Consistency and economy are both served by resolution ... by a single court after transfer by the J.PM.L." (Akins v. Microsoft Corp., 2000 WL 310391 at * 1 (E.D.La., Mar. 24, 2000) In fact, in the present litigation this Panel already has stated:

> [T]ransfer of these actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation ... In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district ... were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. (In re

*Asbestos Products Liability Litigation,* 1996 WL 143826 (J.P.M.L. 1996))

Thus, because the Panel has authority to transfer this action, because the transferee district is well positioned to handle such issues in a coordinated or consolidated manner, and because such coordination or consolidation promotes judicial efficiency and consistency in keeping with the congressional aims of Section 1407, this Panel if it chooses to consider plaintiff's application should deny the Motion to Vacate and proceed with the transfer of this matter to MDL-875, *In Re Asbestos Product Liability (No. VI),* pending in the United States District Court for the Eastern District of Pennsylvania.

### III.   CONCLUSION

Defendant, Lockheed Martin, respectfully requests that this Panel deny plaintiff's Motion to Vacate Conditional Transfer Order 319.

Respectfully Submitted this 26th day of May, 2009.

By:

WEINER LESNIAK, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, New York 11788
(631) 232-6130

Julie L. Mer
Federal ID No.: JM-4629

Attorneys for Defendant,
**LOCKHEED MARTIN CORPORATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 26 2009

FILED
CLERK'S OFFICE

# EXHIBIT "A"

2009 MAY 26 P 1:29
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
J. Frederick Motz
United States District Court
District of Maryland

Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

March 19, 2009



Sharon J. Zinns, Esq.
LEVY PHILLIPS & KONIGSBERG LLP
800 Third Ave.
13th Floor
New York, NY 10022

Re: MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

    Francis Bruce Travis v. 3M Co., et al., S.D. New York, C.A. No. 1:08-11010
    (Judge Victor Marrero)

Motion and Brief Due on or before: **April 3, 2009**

Dear Ms. Zinns:

    We have received and filed your Notice of Opposition to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1) Your Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed above. An **ORIGINAL and FOUR** copies of all pleadings, as well as a **COMPUTER GENERATED DISK** of the pleading in Adobe Acrobat (PDF) format, are currently required for filing. **Fax transmission of your motion and brief will not be accepted.** See Panel Rule 5.12(d). Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.

2) Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service. (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3) Rule 5.3 corporate disclosure statements are due within 11 days of the filing of the motion to vacate.

4) Failure to file and serve the required motion and brief within the allotted 15 days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.

- 2 -

Any recent official change in the status of a referenced matter should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Jakeia Mells
Jakeia Mells
Deputy Clerk

Enclosure

cc: Panel Service List
Transferee Judge: Judge Eduardo C. Robreno
Transferor Judge: Judge Victor Marrero

JPML Form 37

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

**PANEL SERVICE LIST (EXCERPTED FROM CTO-319)**

Francis Bruce Travis v. 3M Co., et al., S.D. New York, C.A. No. 1:08-11010
(Judge Victor Marrero)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Arthur D. Bromberg
WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Erik C. DiMarco
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
150 East 42nd Street, 22nd Floor
New York, NY 10017

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

**MDL No. 875 - Panel Service List (Excerpted From CTO-319) (Continued)**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
190 N. Independence Mall West
6th & Race Street
Suite 500
Philadelphia, PA 19106

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Julie Lynn Mer
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Richard P. O'Leary
MCCARTER & ENGLISH LLP
245 Park Avenue
27th Floor
New York, NY 10022

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center
19th Floor
Newark, NJ 07102

Nancy Loraine Pennie
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH LLP
757 Third Avenue
New York, NY 10017

Donald Richard Pugliese, Sr.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon J. Zinns
LEVY PHILLIPS & KONIGSBERG LLP
800 Third Ave.
13th Floor
New York, NY 10022

# EXHIBIT "B"

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION | §<br>§ | MDL DOCKET NO. 875<br>CTO-318 |

****************************

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FRANCIS BRUCE TRAVIS | §<br>§ | CASE NO. 08-CV-11010 |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | |
| 3M, CO., et al. | §<br>§ | |
| Defendants. | § | |

## PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Comes now Plaintiff Francis Bruce Travis and files this Motion to Vacate the Conditional Transfer Order.

This case was originally filed in state court in the New York City Asbestos Litigation ("NYCAL") docket, but was removed to the United States District Court for the Southern District of New York.

Transfer of this case to MDL-875 does not serve the best interests of this case or of the litigation system because the case will not proceed quickly to trial. This case will proceed to resolution most quickly if allowed to remain before Judge Victor Marrero, to obtain a pre-trial schedule and trial date, and to be tried quickly before Mr. Travis dies.

Mr. Travis is dying of mesothelioma, an invariably fatal cancer caused by asbestos exposure. Permitting this case to remain before Judge Marrero would allow the possibility of reaching trial before Mr. Travis succumbs to his mesothelioma.

## CONCLUSION

WHEREFORE, plaintiff respectfully prays that the conditional transfer orders regarding this case be vacated.

DATED: March 30, 2009

Respectfully submitted,

By: _____
LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block
Sharon J. Zinns
800 Third Ave, 13th Floor
New York, New York 10022
(212) 605-6200

## CERTIFICATE OF SERVICE

STATE OF NEW YORK      )
                       )
COUNTY OF NEW YORK     )

AMANDA BEDFORD, being duly sworn deposes and states that she is an employee of Levy Phillips & Konigsberg, L.L.P., the attorneys for the plaintiffs herein, that she is over 18 years of age and is not a party to the within action, and that on the 30th day of March, 2009, she caused a copy of PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER, to be sent via regular mail to all counsel of record indicated on the attached service list by depositing a true copy of the same securely enclosed in a post-paid envelope in the Post Office regularly maintained by the United States Government in said County of New York directed to said attorneys.

*Amanda Bedford*
AMANDA BEDFORD

Sworn to before me this
30th day of March, 2009

_____
NOTARY PUBLIC

DOREEN M. COLE
Notary Public, State of New York
No. 01CO6041044
Qualified in Queens County
Commission Expires 5/11/10

{00146971.DOC}

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

PANEL SERVICE LIST (EXCERPTED FROM CTO-319)

Francis Bruce Travis v. 3M Co., et al., S.D. New York, C.A. No. 1:08-11010
(Judge Victor Marrero)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Arthur D. Bromberg
WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Erik C. DiMarco
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
150 East 42nd Street, 22nd Floor
New York, NY 10017

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

MDL No. 875 - Panel Service List (Excerpted From CTO-319) (Continued)

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
190 N. Independence Mall West
6th & Race Street
Suite 500
Philadelphia, PA 19106

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Julie Lynn Mer
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Richard P. O'Leary
MCCARTER & ENGLISH LLP
245 Park Avenue
27th Floor
New York, NY 10022

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center
19th Floor
Newark, NJ 07102

Nancy Loraine Pennie
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH LLP
757 Third Avenue
New York, NY 10017

Donald Richard Pugliese, Sr.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon J. Zinns
LEVY PHILLIPS & KONIGSBERG LLP
800 Third Ave.
13th Floor
New York, NY 10022

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# AFFIDAVIT OF SERVICE

MAY 26 2009

FILED
CLERK'S OFFICE

STATE OF NEW YORK )
:ss.
COUNTY OF SUFFOLK )

*Christine Lanzer*, being duly sworn, deposes and says that I am not a party to the within action, am over 18 years of age and reside in Seaford, New York.

That on the 26th day of May, 2009, deponent served the within **DEFENDANT, LOCKHEED MARTIN CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER** upon the following:

**LEVY, PHILLIPS & KONIGSBERG**
*Attorneys for Plaintiff*
**800 Third Avenue
13th Floor
New York, New York 10022**

the attorney(s) for the respective parties in this action, via electronic mail at the addresses noted therein by said attorney(s) for that purpose.

*Christine Lanzer*

Sworn to before me on this
26th day of May, 2009

*Notary Public*

CASSIE CARUSO
Notary Public, State of New York
No. 01CA6102047
Qualified in Suffolk County
Commission Expires November 24, 20 11

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                  :ss.
COUNTY OF SUFFOLK )

*Christine Lanzer*, being duly sworn, deposes and says that I am not a party to the within action, am over 18 years of age and reside in Seaford, New York.

That on the 26th day of May, 2009, deponent served the within **DEFENDANT, LOCKHEED MARTIN CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER** upon the following:

**LEVY, PHILLIPS & KONIGSBERG**
*Attorneys for Plaintiff*
800 Third Avenue
13th Floor
New York, New York 10022

**ALL DEFENSE COUNSEL**
**See Annexed Service List**

the attorney(s) for the respective parties in this action, at the above address(es) designed by said attorney(s) for that purpose by deposing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
*Christine Lanzer*

Sworn to before me on this
26th day of May, 2009

_____
**Notary Public**

CASSIE CARUSO
Notary Public, State of New York
No. 01CA6102047
Qualified in Suffolk County
Commission Expires November 24, 20___

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (EXCERPTED FROM CTO-319)

Francis Bruce Travis v. 3M Co., et al., S.D. New York, C.A. No. 1:08-11010
(Judge Victor Marrero)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Arthur D. Bromberg
WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph A. D'Avanzo
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407

Erik C. DiMarco
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
150 East 42nd Street, 22nd Floor
New York, NY 10017

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

MDL No. 875 - Panel Service List (Excerpted From CTO-319) (Continued)

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Timothy J. McHugh
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
190 N. Independence Mall West
6th & Race Street
Suite 500
Philadelphia, PA 19106

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Julie Lynn Mer
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Richard P. O'Leary
MCCARTER & ENGLISH LLP
245 Park Avenue
27th Floor
New York, NY 10022

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Thomas Russell Pantino
MENDES & MOUNT LLP
One Newark Center
19th Floor
Newark, NJ 07102

Nancy Loraine Pennie
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH LLP
757 Third Avenue
New York, NY 10017

Donald Richard Pugliese, Sr.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Sharon J. Zinns
LEVY PHILLIPS & KONIGSBERG LLP
800 Third Ave.
13th Floor
New York, NY 10022