05/26/2009 03:42 2162411873 BRENT COON PAGE 02/03

**MDL 875**

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 27 2009

FILED
CLERK'S OFFICE

MDL No. 875 - IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

William Sillanpa, et al. v. Durabla Manufacturing Co. et.al.. N.D. of Ohio, C.A. No.: 1:09-10002

## NOTICE OF OPPOSITION TO CTO-322

I represent Plaintiff William Sillanpa in *William Sillanpa, et al v. Durabla Manufacturing Co.* et.al.. N.D. of Ohio, C.A. No.: 1:09-10002 which is included on the conditional transfer order (CTO-322). Plaintiff William Sillanpa submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

PLEADING NO. 5848

Dated: May 26, 2009

Respectfully submitted,

CHRISTOPHER J. HICKEY (0065416)
MARY BRIGID SWEENEY (0044148)
Brent Coon & Associates
1220 West Sixth Street, Suite 303
Cleveland, Ohio 44113
*Telephone*: (216) 241-1872
*Facsimile*: (216) 241-1873
*Email*: Chip@bcoonlaw.com
Marybrigid@bcoonlaw.com

*Attorneys for Plaintiffs*

2009 MAY 26 P 3 48
RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED MAY 27 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 27 2009

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

A copy of the foregoing Plaintiffs' Notice of Opposition to Conditional Transfer Order has been filed this 26th day of May 2009 upon the Judicial Panel for Multidistrict Litigation via facsimile transmission to (202) 502-2888.

Respectfully submitted,

_____
CHRISTOPHER J. HICKEY (0065416)

*Attorney for Plaintiffs*

RECEIVED CLERK'S OFFICE
2009 MAY 26 P 3:48
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION