**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 28 2009

FILED
CLERK'S OFFICE

# HENDLERLAW

May 22, 2009

**SENT VIA FEDEX**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurmond Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002

> Re:   Civil Action No. MDL 875; *In Re: Asbestos Products Liability Litigation;*
> *Civil Action No.: A08CA017-LY; Reggy Taylor, et al. v. 3M Company, et al;*
> In the United States District Court for the Western District of Texas, Austin Division

Dear Clerk of the Panel:

Enclosed for filing in the above-referenced matter please find the four (4) copies of our Agreed Scheduling Order signed by Judge Lee Yeakel. We would like to supplement this document to go with Plaintiffs' Motion and Brief to Vacate the Conditional Order of Transfer filed on April 24, 2009. Please file this document according to your usual procedure and call me with any questions.

I can be reached at 512.439.3209 should you have any questions. Thank you for your attention to this matter.

Very truly yours,
HENDLERLAW, P.C.

Katie Hoener
Paralegal

cc:   Ms. Morgan Culbreth
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002

PLEADING NO. 5849

**OFFICIAL FILE COPY**

816 CONGRESS AVENUE, SUITE 1...
TELEPHONE: 512.439.3200, FACSI...

WWW.HENDLERLAW.COM

IMAGED MAY 29 2009

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| REGGY TAYLOR, Individually, KATHY LANE, Individually, and ROBERT M. TAYLOR, Individually and as Personal Representative of the Estate of Rose Taylor, Deceased,<br><br>Plaintiffs;<br><br>V.<br><br>LUCENT TECHNOLOGIES INC., Individually and as Successor-in-Interest to Western Electric Co.;<br><br>Defendants. | CIVIL ACTION NO. A08CA017 LY |

## AGREED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, Plaintiffs propose the Court issue the following scheduling order, and attach a form order that conforms to the timetables set forth below.

IT IS ORDERED THAT:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before <u>August 1, 2009</u>.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before <u>June 15, 2009</u>, and each opposing party shall respond, in writing, on or before <u>June 30, 2009</u>. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same.

3. The parties shall file all amended or supplemental pleadings and shall join additional parties on or before <u>May 15, 2009</u>.

4. All parties asserting claims for relief shall file and serve on all other parties their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **June 15, 2009**. Parties resisting claims for relief shall file and serve on all other parties their designations of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **June 30, 2009**. All designations of rebuttal experts shall be filed and served on all other parties within fifteen (15) days of receipt of the report of the opposing expert, and the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be served, but not filed, on all other parties within fifteen (15) days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within eleven (11) days of receipt of the written report of the expert's proposed testimony or within eleven (11) days of the expert's deposition, if a deposition is taken, whichever is later. **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.**

6. The parties shall complete discovery on or before **September 15, 2009**. Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed and served on all other parties on or before **October 1, 2009** and shall be limited to twenty (20) pages. Responses shall be filed and served on all other parties within eleven (11) days of the service of the motion and shall be limited to twenty (20) pages. Any replies shall be filed and served on all other parties within eleven (11) days of the service of the response and shall be limited to ten (10) pages, but the Court need not wait for the reply before ruling on the motion.

**The parties shall not complete the following paragraph 8. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

8. This case is set for final pretrial conference, in chambers, on the 29th day of January, 2010, at 10:00 AM and a jury trial in the month of February, 2010. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

SIGNED this 18th day of May, 2009.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED:

*(signature)*

Scott M. Hendler
ATTORNEY FOR PLAINTIFFS

*(signature)*

Morgan Culbreth
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March 2009, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas, Austin Division by using the CM/ECF system and sent a copy to each party's attorney listed below by the method indicated next to the attorney's name.

HENDLERLAW, P.C.

*Scott M. Hendler*

Scott M. Hendler

Morgan Culbreth  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
One Allen Center  
500 Dallas, Suite 3000  
Houston, Texas 77002  
Tel: (713) 655-0855  
Fax: (713) 655-0020

**Served Via:**  
**Facsimile & Email**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 28 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May 2009, I filed the foregoing with the Clerk of the Court for the United States Judicial Panel on Multidistrict Litigation by FEDEX and served a copy to each party's attorney listed below by the method indicated next to the attorney's name and to each Attorney on the attached Panel List.

HENDLERLAW, P.C.

*[signature]*

Scott M. Hendler

Morgan Culbreth  **Served Via:**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  **Certified Mail/RRR**
One Allen Center
500 Dallas, Suite 3000
Houston, Texas 77002
Tel: (713) 655-0855
Fax: (713) 655-0020

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                           MDL No. 875

## INVOLVED COUNSEL LIST (EXCERPTED FROM CTO-320)

Reggy Taylor, et al. v. Lucent Technologies, Inc., et al., W.D. Texas, C.A. No. 1:08-17
(Judge Lee Yeakel)

Peter G. Angelos
LAW OFFICES OF PETER G. ANGELOS
PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 211201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & Budd pc
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Scott M. Hendler
HENDLERLAW, PC
816 Congress Avenue
Suite 1670
Austin, TX 78701

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shall Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Seven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Harry Tracy Richardson, III
STRONG PIPKIN BISSELL &
LEDYARD LLP
595 Orleans
Suite 1400
Beaumont, TX 77701-3255

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608