**MDL 875**

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 2 2009

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | MDL-875 |
| RAY FELLOWS,<br><br>      Plaintiff,<br><br>    v.<br><br>FOSTER WHEELER, LLC, et al.,<br><br>      Defendants. | Case No. 1:09-cv-10015-JGC |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiff, by and through his undersigned counsel, hereby files his Notice of Opposition to the Conditional Transfer Order in the above-captioned action filed on May 18, 2009.

Dated: June 1, 2009

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: *Diana Nickerson Jacobs*
Mark C. Meyer, Esquire
Jason T. Shipp, Esquire
*Admitted Pro Hac Vice*
Diana Nickerson Jacobs, Esquire
*Admitted Pro Hac Vice*
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
(412) 471-8308 (facsimile)
djacobs@gpwlaw.com

JOHN J. DUFFY & ASSOCIATES
John J. Duffy, Esquire
Attorney #0032839
Brendan Place
23823 Lorain Road, Suite 270
North Olmsted, OH 44070
(440) 779-6636

Counsel for Plaintiff

PLEADING NO. 5854



**OFFICIAL FILE COPY**        IMAGED JUN 2 2009