**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUN - 2 2009

FILED
CLERK'S OFFICE

|   |   |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PLEADING NO. 5856

|   |   |
|---|---|
| GERALDINE A. CONTRINO, Individually and as Executrix of the Estate of RUSSELL R. CONTRINO<br><br>Plaintiff,<br><br>-V-<br><br>MIRACLE ADHESIVES CORPORATION et al.<br>Defendants. | C.A. NO: 09-cv-10365(NG) |

## NOTICE OF OPPOSITION TO TRANSFER

Pursuant to Panel Rule 7.4(c) Defendant, Miracle Adhesives Corporation ("MAC")[1] hereby gives notice of its intent to file an opposition to the Conditional Transfer Order (CTO-322) entered by the Panel on May 18, 2009. Under Panel Rule 7.4(d), MAC shall file, within 15 days of the filing of this notice, its opposition to the Conditional Transfer Order and its supporting memorandum.

---

[1] MAC notes that in December, 1998, MAC was merged into TACC International Corporation, and then after internal reorganization, TACC became a division of Illinois Tool Works Inc., and Miracle is a product line of TACC.

**OFFICIAL FILE COPY**

IMAGED JUN 2 2009

MIRACLE ADHESIVES
CORPORATION,
By its attorney,

/s/ Susan M. Morrison
Susan M. Morrison, Esquire
BBO #553095
**FITZHUGH & MARIANI LLP**
155 Federal Street, Ste. 1700
Boston, MA 02110
(617) 695-2330

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 2 2009

FILED
CLERK'S OFFICE

### CERTIFICATE OF SERVICE

I hereby certify that I have served the above document upon all other counsel of record and the CTO-322 Involved Counsel List, as attached, on June 2, 2009.

/s/ Susan M. Morrison
Susan M. Morrison

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                   MDL No. 875

## INVOLVED COUNSEL LIST (CTO-322)

Stephen Adams
TAYLOR DUANE BARTON &
GILMAN LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

Arthur R. Almquist
MEHAFFY & WEBER PC
500 Dallas Street
Suite 1200
Houston, TX 77002

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Cynthia W. Antonucci
HARRIS BEACH LLP
100 Wall Street
New York, NY 10005

Darryl E. Atkinson
PAINE TARWATER BICKERS
& TILLMAN LLP
4301 Westbank Drive
Suite B 200
Austin, TX 78746

Mel D. Bailey
BAILEY CROWE &
KUGLER LLP
901 Main Street
Suite 6500
Dallas, TX 75202

Barbara J. Barron
MEHAFFY WEBER PC
P. O. Box 16
Beaumont, TX 77704-0016

Heidi A. Bean
FRIEDMAN GAYTHWAITE
WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

R. Dirk Bernhardt
MURRAY DUNHAM &
MURRAY
P.O. Box 9844
Seattle, WA 98109-0844

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Lisa N. Busch
WEITZ & LUXENBERG PC
180 Maiden Lane
New York, NY 10038

Brian A. Calhoun
SEDGWICK DETERT MORAN
& ARNOLD LLP
1717 Main Street
Suite 5400
Dallas, TX 75201

D. Scott Carlile
CARLILE LAW FIRM LLP
400 South Alamo
Marshall, TX 75670

Cameron O. Carter
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street
Suite 250
Portland, OR 97201

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399

James D. Chambers
ATCHLEY RUSSELL
WALDROP & HLAVINKA
1710 Moores Lane
P.O. Box 5517
Texarkana, TX 75505-5517

Michael D. Chefitz
BONNER KIERNAN
TREBACH & CROCIATA
55 Pine Street
Providence, RI 02903

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Louis Frances D'onofrio
JACOBS & CRUMPLAR PA
2 East Seventh Street
P.O. Box 1271
Wilmington, DE 19899

Stephen H. Daniels
MCMAHON DEGULIS
The Caxton Building
812 Huron Road, East
Suite 650
Cleveland, OH 44115-1126

MDL No. 875 - Involved Counsel List (CTO-322) (Continued)

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

A. Christopher Derden
ADAMS & REESE LLP
1221 McKinney
One Houston Center, Suite 4400
Houston, TX 77010

Timothy J. Dodd
215 Broadway
Providence, RI 02903

Erika J. Doherty
COOLEY MANION &
JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

John J. Duffy
Brendan Place
23823 Lorain Road
Suite 279
North Olmsted, OH 44070

Steven A. Edelstein
The Biltmore Hotel
1200 Anastasia Avenue
Suite 410
Coral Gables, FL 33134

Nicholas L. Evanchan Jr.
EVANCHAN & PALMISANO
One GOJO Plaza
Suite 300
Akron, OH 44311

Julie Feigeles
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134-6012

Mark J. Fellman
400 Robert Street North
Suite 1740
St. Paul, MN 55101-2031

David S. Fishback
U.S. Dept. of Justice
Torts Branch, Civil Division
1331 Pennsylvania Ave., NW
Suite 800 South
Washington, DC 20004

John P. Fishwick Jr.
LICHTENSTEIN FISHWICK &
JOHNSON PLC
Liberty Trust Building
101 South Jefferson Street
Suite 400
Roanoke, VA 24011

Kevin J. Fleming
EDWARDS ANGELL PALMER
& DODGE LLP
111 Huntington Avenue
Boston, MA 02199

James T. Foley
FOLEY & COLLEY
100 E. Ferguson Street
Suite 614
Tyler, TX 75702

Mia B. Friedman
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Boston, MA 02114-2018

Leonard H. Fuller, III
NAMAN HOWELL SMITH &
LEE
900 Washington Avenue
P.O. Box 1470
Waco, TX 76703-1470

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Christian H. Gannon
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
830 Third Avenue
Suite 400
New York, NY 10022

John A. Gardner, III
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

James H. Gidley
PERKINS COIE LLP
1120 N.W. Couch Street
10th Floor
Portland, OR 97209-4128

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510

David A. Goldman
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

Marc C. Greco
GLASSER & GLASSER PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Jon Haddow
FARRELL ROSENBLATT &
RUSSELL
P.O. Box 738
Bangor, ME 04402

T. Scott Hames
LEVIN SIMES KAISER &
GORNICK LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104

MDL No. 875 - Involved Counsel List (CTO-322) (Continued)

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510-2212

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Christopher J. Hickey
BRENT COON &
ASSOCIATES
1220 West 6th Street
Suite 303
Cleveland, OH 44113

Andrew M. Higgins
CASNER & EDWARDS
303 Congress & Edwards, LLP
Boston, MA 02110

Christopher A.D Hunt
MCCARTER & ENGLISH LLP
265 Franklin Street
Boston, MA 02110

David Aaron Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

Danielle T. Jenkins
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141

Lynda R. Jensen
HERMES NETBURN
O'CONNOR & SPEARING
265 Franklin Street, 7th Floor
Boston, MA 02110

Derek Spencer Johnson
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Donald R. Kinsley
MARKS O'NEILL O'BRIEN &
COURTNEY PC
913 North Market Street
Suite 800
Wilmington, DE 19801

Theodore H. Kirchner
NORMAN HANSON &
DETROY
415 Congress
P.O. Box 4600 DTS
Portland, ME 04112

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Deborah DeRoche Kuchler

KUCHLER POLK SCHELL
WEINER & RICHESON
1615 Poydras Street
Suite 1300
New Orleans, LA 70112

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Richard M. Lauth
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road
Suite 200
Atlanta, GA 30305

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E. Main Street
Suite 600
Norfolk, VA 23510

Tanya M. Lawson
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308-4044

Richard Eric Leff
MCGIVNEY & KLUGER PC
80 Broad Street
23rd Floor
New York, NY 10004

MDL No. 875 - Involved Counsel List (CTO-322) (Continued)

Nicole Colby Longton
MCDERMOTT WILL &
EMERY LLP
340 Madison Avenue
New York, NY 10017

Lynn M. Luker
LYNN LUKER &
ASSOCIATES
3433 Magazine Street
New Orleans, LA 70115

April M. Luna
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

Janet L. MacDonell
2010 S. Salcedo Street
New Orleans, LA 70125

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Andrea C. Marino
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Kevin C. McCaffrey
CULLEN & DYKMAN
177 Montague Street
Brooklyn, NY 11201-3611

Justin M. McCormack
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

Theodore V. McCullough
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
805 3rd Avenue
New York, NY 10022

Kevin E. McDermott
36815 Detroit Road
Avon, OH 44011

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

Laura R. McKelligott
COOLEY MANION &
JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110

James J. McKenna
MCKENNA & MCCORMICK
128 Dorrance Street
Suite 330
Providence, RI 02903

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Robert O. Meriwether
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

Gregory David Meronek
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

Mark C. Meyer
GOLDBERG JENNINGS
PERSKY WHITE
1030 Fifth Avenue
Third Floor
Pittsburgh, PA 15219-6295

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Anthony M. Moccia
ECKERT SEAMANS CHERIN
& MELLOTT LLC
One International Plaza, 18th
Floor
Boston, MA 02110

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St
Suite 300
Portsmouth, VA 23705

Susan M. Morrison
FITZHUGH & MARIANI LLP
155 Federal Street
Suite 1700
Boston, MA 02110

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Peter C. Netburn
HERMES NETBURN
O'CONNOR & SPEARING
265 Franklin Street
7th Floor
Boston, MA 02110

MDL No. 875 - Involved Counsel List (CTO-322) (Continued)

James A. Newsom
SPROTT RIGBY NEWSOM
ROBBINS LUNCEFORD &
BELL PC
2211 Norfolk
Suite 1150
Houston, TX 77098

Robert L. O'Donnell
VANDEVENTER BLACK LLP
500 World Trade Ctr
101 W. Main Street
Norfolk, VA 23510

Richard P. O'Leary
MCCARTER & ENGLISH LLP
245 Park Avenue
27th Floor
New York, NY 10022

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Alejandra H. Pennie
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3136

Katharine S. Perry
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110

Jonathan E. Polonsky
THELEN REID & PRIEST LLP
875 Third Street
Ninth Floor
New York, NY 10022-7228

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Giovanni Regina
WATERS MCPHERSON
MCNEILL PC
300 Lighting Way
7th Floor
Secaucus, NJ 07096

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Antonio J. Rodriguez
FOWLER RODRIGUEZ
400 Poyodras Street
30th Floor
New Orleans, LA 70130

Robert M. Rolfe
HUNTON & WILLIAMS LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

Lori Anne M. Rovner
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106

James W. Sexton
LITCHFIELD CAVO
6 Kimball Lane
Lynnfield, MA 01940

Charles T. Sheldon
SEDGWICK DETERT MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Scott Coleman Skelton
ZELESKEY CORNELIUS
HALLMARK ROPER & HICKS
P.O. Drawer 1728
Lufkin, TX 75902

M. Stephen Smith, III
RUMBERGER KIRK &
CALDWELL
Brickell Bayview Centre
80 S.W. 8th Street
Suite 3000
Miami, FL 33130-3047

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Stree
42nd Floor
Los Angeles, CA 90017-2223

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Elizabeth G. Stouder
RICHARDSON WHITMAN
LARGE & BADGER
465 Congress St.
P.O. Box 9545
Portland, ME 04112

Matthew R. Straus
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Paul V. Sullivan
SULLIVAN SIGNORE
WHITEHEAD & DELUCA LLP
86 Weybosset Street, Suite 400
Providence, RI 02903

MDL No. 875 - Involved Counsel List (CTO-322) (Continued)

Robert J. Sweeney
EARLY LUDWICK &
SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO &
STURM PLC
3 West Cary Street
Richmond, VA 23220

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Gregory John Thoming
HAIGHT BROWN &
BONESTEEL LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Joann C. Toth
SPENCE RICKE SWEENEY &
GERNES
325 Cedar Street
Suite 600
St. Paul, MN 55101

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006

John F. Unger
ROYSTON RAYZOR
VICKERY & WILLIAMS
2200 Texas Commerce Tower
Houston, TX 77002

Charlotte E. Vaughn
GLASSER & GLASSER PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Craig R. Waksler
MCGIVNEY & KLUGER PC
1 State Street
Boston, MA 02109

Craig R. Waksler
MCGIVNEY & KLUGER PC
72 Pine Street
1st Floor
Providence, RI 02903

John R. Wallace
JACKSON & WALLACE
55 Francisco Street
6th Floor
San Francisco, CA 94133

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Michael E. Waller
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM
One Newark Center
Newark, NJ 07102

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jennifer A. Whelan
MCGIVNEY & KLUGER PC
1 State Street
Boston, MA 02109

Stephen B. Williamson
KATTEN MUCHIN
ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

Cindy Jean Young
WATERS KRAUS &
PAUL LLP
222 N Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

Karen M. Zello
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510