MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 9 2009

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GERALDINE A. CONTRINO
    Plaintiff

v.

GENERAL ELECTRIC CO., et al
    Defendant

CIVIL ACTION NO. 1:09-cv-10365-NG

PLEADING NO. 5860

## ORDER FOR REMAND

GERTNER, District Judge

    In accordance with this Court's Allowance of the Motion to Remand to State Court [53], it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Superior Court of the Commonwealth of Massachusetts, Middlesex County for further proceedings.

BY THE COURT,

/s/ JENNIFER GAUDET

Deputy Clerk

DATED: June 4, 2009

MDL- 875  VAC CTO - l ACTn
RECOMMENDED ACTION

RN 6/9/09
Approved/Date:



OFFICIAL FILE COPY    IMAGED JUN 9 2009