UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 09, 2009

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Geraldine A. Contrino, etc. v. General Electric Co., et al.,  )
        D. Massachusetts, C.A. No. 1:09-10365          )        MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action *(Contrino)* on May 18, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff and defendant Miracle Adhesives Corp. filed notices of opposition to the proposed transfer. The Panel has now been advised that *Contrino* was remanded to the Superior Court of the Commonwealth of Massachusetts, Middlesex County, by the Honorable Nancy Gertner on June 4, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-322" filed on May 18, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel