# Sedgwick
**DETERT, MORAN & ARNOLD LLP**

THREE GATEWAY CENTER, 12TH FLOOR   NEWARK, NEW JERSEY 07102-4072

www.sdma.com   973.242.0002 *phone*   973.242.8099 *fax*

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 12 2009

FILED
CLERK'S OFFICE

June 12, 2009

**VIA FACSIMILE** *(202) 502-2888*

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

> Request of deft. Foster Wheeler Corp. in Poggioli, NJ 2:09-504, for Extension of Time to File Response --**GRANTED TO AND INCLUDING 19 JUNE 2009.**
> (jnl - 12 Jun 09)

Re:   *Doris Stallard v. Foster Wheeler Corporation, et al.* **(CTO-321)**
       Civil Action No.: 2:09-cv-00504-WJM-MF
       In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875

PLEADING NO. 5862

TO WHOM IT MAY CONCERN:

This firm represents Defendant Foster Wheeler in the above-referenced matter. I am writing to request an extension to file a response to Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order ("CTO")321.

The above matter is pending in the United States District Court for the District of New Jersey. Plaintiff has filed an Opposition to CTO-321, which was issued in this case. If an extension is granted, our Brief in Response to Plaintiff's Motion to Vacate CTO-321 will be forwarded for your review as soon as possible.

Thank you for your kind attention to this matter.

Very truly yours,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

Afigo I. Okpewho

NJ/257297v1

**OFFICIAL FILE COPY**

RECEIVED CLERK'S OFFICE
2009 JUN 12 P 3: 4[?]
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Celebrating 75 Years of Service 1933-2008*

**IMAGED JUN 15 2009**