MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2009

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS          MDL-875
LIABILITY LITIGATION (No. VI)

RAY FELLOWS,                     Case No. 1:09-cv-10015-JGC

       Plaintiff,

v.

FOSTER WHEELER, LLC, et al.,

       Defendants.

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiff, by and through his undersigned counsel, moves this Panel pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation to vacate the Conditional Transfer Order entered with regard to this action, and in support thereof, states as follows:

1. Plaintiff filed the instant action in the Court of Common Pleas of Cuyahoga County, Ohio, alleging injuries in relation to his exposure to asbestos-containing products.

2. Specifically, Plaintiff has developed lung cancer.

3. On April 24, 2009, Defendant Foster Wheeler, LLC ("Foster Wheeler") removed this action pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446 on the basis of a federal defense, i.e., government contractor immunity.

4. Plaintiff has moved to remand this action because Foster Wheeler's professed intent to invoke the government contractor defense is without evidence or averments of the factual elements necessary to support such a defense. As such, it does not amount to a colorable claim to a federal defense.

5. Said motion involves factual determinations unique to this action and has nothing in

PLEADING NO. 5863

OFFICIAL FILE COPY          IMAGED JUN 15 2009

common with other cases pending in the Transferee Court.

6.     Contrary to 28 U.S.C. § 1407, transfer of this action would inconvenience the parties and witnesses and would not promote the just or efficient conduct of this action.

WHEREFORE, Plaintiff asks this Panel to vacate its Conditional Transfer Order to the extent that it affects this action.

Dated: June 10, 2009

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: *Diana Nickerson Jacobs*
Mark C. Meyer, Esquire
Jason T. Shipp, Esquire
*Admitted Pro Hac Vice*
Diana Nickerson Jacobs, Esquire
*Admitted Pro Hac Vice*

1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
(412) 471-8308 (facsimile)
djacobs@gpwlaw.com

JOHN J. DUFFY & ASSOCIATES
John J. Duffy, Esquire
Attorney #0032839
Brendan Place
23823 Lorain Road, Suite 270
North Olmsted, OH  44070
(440) 779-6636

Counsel for Plaintiff

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO VACATE CONDITIONAL TRANSFER ORDER was served upon counsel listed on the attached service list via U.S. first class mail, this 10th day of June, 2009.

List Attached

*Diana Nickerson Jacobs*
Diana Nickerson Jacobs

Counsel for Plaintiff

2009 JUN 15 A 8: 35
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

**Ray Fellows**
**COUNSEL OF RECORD:**

Ronald E. Reitz, Esq.
Swartz Campbell
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
*(Counsel for Defendant Allied Glove Corporation)*

Nicholas L. Evanchan, Jr., Esq.
Ralph J. Palmisano, Esq.
Evanchan & Palmisano
One GOJO Plaza, Suite 300
Akron, OH 44311
*(Counsel for Defendant Foster Wheeler, LLC)*

Richard D. Schuster, Esq.
Stephen C. Musilli, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
*(Counsel for Defendant Goodrich Corporation, Goodyear Tire & Rubber Company, Trane U.S., Inc. and Treco Construction Services, Inc.)*

Evan J. Palik, Esq.
Stephen H. Daniels, Esq.
McMahon DeGulis - Cleveland
650 Caxton Bldg.
812 Huron Road
Cleveland, OH 44115
*(Counsel for Defendant Oglebay Norton Company)*

No Appearance Entered For the Following Defense Counsel:

*Anchor Packing Company*
*A.O. Smith Corporation*
*A.W. Chesterton Company*
*CBS Corporation*
*Crane Company*
*Dezurik, Inc.*
*Eichleay Corporation*
*Elliott Company*
*Fabri-Valve*
*F.B. Wright Company of Pittsburgh*
*Garlock Sealing Technologies, LLC*
*General Electric Co.*
*General Refractories Company*
*George V. Hamilton, Inc.*
*Goulds Pumps, Inc.*
*Greene Tweed & Co.*
*IMO Industries, Inc.*
*Ingersoll-Rand Co.*
*Insul Company, Inc.*
*J.H. France Refractories Company*
*Lockheed Martin Corporation*
*Owens-Illinois, Inc.*
*Sager Corporation*
*Surface Combustion, Inc.*
*Warren Pumps, Inc.*
*Yarway Corporation*

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                        MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-322)

Ray Fellows v. Allied Glove Corp., et al., N.D. Ohio, C.A. No. 1:09-10015  (Judge James G. Carr)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Stephen H. Daniels
MCMAHON DEGULIS
The Caxton Building
812 Huron Road, East
Suite 650
Cleveland, OH 44115-1126

John J. Duffy
Brendan Place
23823 Lorain Road
Suite 279
North Olmsted, OH 44070

Nicholas L. Evanchan, Jr.
EVANCHAN & PALMISANO
One GOJO Plaza
Suite 300
Akron, OH 44311

Diana Nickerson Jacobs
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-322) (Continued)**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE LLP
2100 One Cleveland Center
1375 E. Ninth Street
Cleveland, OH 44114

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2009

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL-875 |
| RAY FELLOWS, | Case No. 1:09-cv-10015-JGC |
| Plaintiff, | |
| v. | |
| FOSTER WHEELER, LLC, et al., | |
| Defendants. | |

### MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiff, by and through his undersigned counsel, files the within Memorandum in Support of Motion to Vacate Conditional Transfer Order as follows:

### ARGUMENT

28 U.S.C. § 1407 contemplates transfers which "will be for convenience of parties and witnesses and will promote just and efficient conduct" of actions. These goals would be disserved by a transfer in this case.

On April 24, 2009, Defendant Foster Wheeler, LLC ("Foster Wheeler") removed this action pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446 on the basis of a federal defense, i.e., government contractor immunity. Plaintiff has moved to remand this action because Foster Wheeler's professed intent to invoke the government contractor defense is without evidence or averments of the factual elements necessary to support such a defense. As such, it does not amount to a colorable claim to a federal defense.

Because this action will probably come back to the state court for trial eventually, transfer would result in the addition of a superfluous layer of procedural complexity, with no offsetting

substantive or procedural benefit. And because the issues raised by Foster Wheeler's removal and Plaintiff's Motion for Remand are unique to this case, there is no economy of scale to be gained by transfer.

The Manual for Complex Litigation 3d § 31.131 (1995) relates that:

> Matters such as motions . . . to remand, raising issues unique to the particular case, may be resolved before the panel acts on the motion to transfer. Sometimes the panel has concluded that it should delay its ruling on transfer until critical motions have been decided by the court in which the case is pending.

If the Panel is in doubt as to the justice or expediency of transfer, this case presents an appropriate occasion for such prudential deferral.

## CONCLUSION

For the foregoing reasons, the Panel should vacate its Conditional Transfer Order with respect to this case; or in the alternative, it should defer ruling on transfer until Plaintiff's Motion for Remand is decided by the Transferor Court.

Dated: June 10, 2009

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: /s/ Diana Nickerson Jacobs
Mark C. Meyer, Esquire
Jason T. Shipp, Esquire
*Admitted Pro Hac Vice*
Diana Nickerson Jacobs, Esquire
*Admitted Pro Hac Vice*

1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
(412) 471-8308 (facsimile)
djacobs@gpwlaw.com

JOHN J. DUFFY & ASSOCIATES
John J. Duffy, Esquire
Attorney #0032839
Brendan Place

2

23823 Lorain Road, Suite 270
North Olmsted, OH  44070
(440) 779-6636

Counsel for Plaintiff

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER was served upon counsel listed on the attached service list via U.S. first class mail, this 10th day of June, 2009.

List Attached

*Diana Nickerson Jacobs*
Diana Nickerson Jacobs

Counsel for Plaintiff

**Ray Fellows**
**COUNSEL OF RECORD:**

Ronald E. Reitz, Esq.
Swartz Campbell
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
*(Counsel for Defendant Allied Glove Corporation)*

Nicholas L. Evanchan, Jr., Esq.
Ralph J. Palmisano, Esq.
Evanchan & Palmisano
One GOJO Plaza, Suite 300
Akron, OH 44311
*(Counsel for Defendant Foster Wheeler, LLC)*

Richard D. Schuster, Esq.
Stephen C. Musilli, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
*(Counsel for Defendant Goodrich Corporation, Goodyear Tire & Rubber Company, Trane U.S., Inc. and Treco Construction Services, Inc.)*

Evan J. Palik, Esq.
Stephen H. Daniels, Esq.
McMahon DeGulis - Cleveland
650 Caxton Bldg.
812 Huron Road
Cleveland, OH 44115
*(Counsel for Defendant Oglebay Norton Company)*

No Appearance Entered For the Following Defense Counsel:

*Anchor Packing Company*
*A.O. Smith Corporation*
*A.W. Chesterton Company*
*CBS Corporation*
*Crane Company*
*Dezurik, Inc.*
*Eichleay Corporation*
*Elliott Company*
*Fabri-Valve*
*F.B. Wright Company of Pittsburgh*
*Garlock Sealing Technologies, LLC*
*General Electric Co.*
*General Refractories Company*
*George V. Hamilton, Inc.*
*Goulds Pumps, Inc.*
*Greene Tweed & Co.*
*IMO Industries, Inc.*
*Ingersoll-Rand Co.*
*Insul Company, Inc.*
*J.H. France Refractories Company*
*Lockheed Martin Corporation*
*Owens-Illinois, Inc.*
*Sager Corporation*
*Surface Combustion, Inc.*
*Warren Pumps, Inc.*
*Yarway Corporation*

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-322)

Ray Fellows v. Allied Glove Corp., et al., N.D. Ohio, C.A. No. 1:09-10015  (Judge James G. Carr)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Stephen H. Daniels
MCMAHON DEGULIS
The Caxton Building
812 Huron Road, East
Suite 650
Cleveland, OH 44115-1126

John J. Duffy
Brendan Place
23823 Lorain Road
Suite 279
North Olmsted, OH 44070

Nicholas L. Evanchan, Jr.
EVANCHAN & PALMISANO
One GOJO Plaza
Suite 300
Akron, OH 44311

Diana Nickerson Jacobs
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

MDL No. 875 - Involved Counsel List (Excerpted from CTO-322) (Continued)

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Richard D. Schuster
VORYS SATER SEYMOUR & PEASE LLP
2100 One Cleveland Center
1375 E. Ninth Street
Cleveland, OH 44114

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608