UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 16, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-323)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,648 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                                          MDL No. 875

### SCHEDULE CTO-323 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-2187 | Thomas Hixson v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| CAN | 3 | 09-2189 | Patrick Farley v. Associated Insulation of California, et al. |
| CAN | 3 | 09-2244 | Henry Salm v. Foster Wheeler, LLC |
| CAN | 3 | 09-2245 | Ruben Valdez v. General Electric Co. |
| CAN | 3 | 09-2246 | William Cooper v. General Electric Co., et al. |
| CAN | 3 | 09-2248 | Miramon Anaya v. General Electric Co., et al. |
| CAN | 3 | 09-2282 | John McCollister v. General Electric Co., et al. |
| CAN | 3 | 09-2285 | Eldon Marlow v. Northrop Grumman Corp., et al. |
| CAN | 3 | 09-2336 | Kenneth W. Johnson v. Foster Wheeler, LLC |
| CAN | 3 | 09-2363 | William Dennis, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| CAN | 3 | 09-2424 | Patricia Pistilli, et al. v. McDonnell Douglas Corp., et al. |
| CAN | 3 | 09-2433 | Vernice Bryant, et al. v. General Electric Co., et al. |
| CAN | 4 | 09-2335 | James Connolly v. General Electric Co., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-373 | Jayne DeMarco, et al. v. Buffalo Pumps, Inc., et al. |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 09-12293 | Larry E. Miller, et al. v. Ford Motor Co. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 08-735 | Bryan D. Pritchard, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-185 | Tommy Junior Spearman, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-186 | Johnny Bryant Ferrell, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-191 | Harold Dan Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-192 | David Hargett, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-195 | Marvin Eugene Griffin, Sr., et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-204 | Reza Djali, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-207 | Michael Wayne Wilson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-208 | Marion Wayne Sexton v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-323 Tag-Along Actions (Continued)**

NEW HAMPSHIRE
  NH  1  09-194         Kenneth Wentworth, et al. v. A.W. Chesterton Co., et al.
  NH  1  09-202         Ann M. Chiampa v. Trane U.S., Inc., et al.

OHIO NORTHERN
  OHN  1  09-10012     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
  OHN  1  09-10013     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
  OHN  1  09-10014     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
  OHN  1  09-10016     Robert Shepherd, et al. v. Allied Signal, Inc., et al.

SOUTH CAROLINA
  SC  0  09-1371       Martin Leslie Smith, Jr. et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-1512       Howard Durant Rhyne, et al. v. Aqua-Chem, Inc., et al.
  SC  7  09-1451       Melvin Haroldean Mullinax, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-1262       Fredrick Eckel Gregg v. Aqua-Chem, Inc., et al.
  SC  8  09-1265       David Brian Adams v. Aqua-Chem, Inc., et al.
  SC  8  09-1389       Timothy Waynel LeCroy, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-1450       John Stephen Williams v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
  VAE  2  09-9535      George W. Mcmullen v. American Standard, Inc., et al.
  VAE  2  09-9536      Franklin R. Payne v. American Standard, Inc., et al.
  VAE  2  09-9537      William H. Monroe, Jr. v. American Standard, Inc., et al.
  VAE  2  09-9538      William H. Monroe, Jr., etc. (Linwood R. Johnson) v. Garlock Sealing Technologies, LLC, et al.
  VAE  2  09-9539      Carlos M. Bays v. American Standard, Inc., et al.
  VAE  2  09-9540      Wayne Willis v. American Standard, Inc., et al.
  VAE  2  09-9541      John H. Ankoviak v. American Standard, Inc., et al.
  VAE  2  09-9542      George Bierzynski v. American Standard, Inc., et al.
  VAE  2  09-9543      Richard H. Chattin v. American Standard, Inc., et al.
  VAE  2  09-9544      Sherman A. Fields, Jr. v. American Standard, Inc., et al.
  VAE  2  09-9545      Bobby N. Holland v. American Standard, Inc., et al.
  VAE  2  09-9546      Alf G. Hustoft v. American Standard, Inc., et al.
  VAE  2  09-9547      Francis R. Jenkins, Sr. v. American Standard, Inc., et al.
  VAE  2  09-9548      Ray Lathrop v. American Standard, Inc., et al.