**MDL 8 7 5**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 7 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
MDL NO. 875**

| | |
|---|---|
| IN RE POGGIOLI: | : |
| | : |
| **DORIS STALLARD, as Administratrix** | : |
| **of the Estate of EMORY STALLARD** | : |
| | : |
| Plaintiff, | : **CIVIL ACTION NO.** |
| | : **2:09-cv-00504-WJM-MF** |
| | : |
| VS. | : |
| | : |
| | : |
| **FOSTER WHEELER CORPORATION,** | : |
| **et al.** | : |
| | : |
| Defendants. | : |

PLEADING NO. 5865

**DEFENDANT FOSTER WHEELER'S OPPOSITION TO PLAINTIFF'S MOTION TO
VACATE CONDITIONAL TRANSFER ORDER # 321**

**OFFICIAL FILE COPY**

**IMAGED** JUN 1 7 2009

I.    **INTRODUCTION**

Defendant Foster Wheeler Corporation ("Foster Wheeler") files this Opposition to the Motion to Vacate Conditional Transfer Order 321 ("CTO-321") filed by Plaintiff in the case of *Doris Stallard, as Administratrix of the Estate of Emory Stallard v. Foster Wheeler Corporation, et al.*, Civil Action Number 2:09-cv-00504 (D.N.J.).   The Judicial Panel on Multidistrict Litigation's (the "Panel") CTO-321 transferred this case for coordinated or consolidated pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania ("MDL-875") pursuant to 28 U.S.C. § 1407.  This case is similar, if not identical, to cases that have been or will be subject to transfer to MDL-875.  To ensure the efficient and consistent adjudication of this case, along with the many others throughout the United States, this Panel should deny Plaintiff's Motion to Vacate CTO-321.

For both efficiency and consistency, the Panel routinely denies objections to transfer that are premised on jurisdictional issues or pending motions to remand.  In fact, the Panel has denied these types of motions in this litigation. (See *In re Asbestos Products Liability Litigation,* 1996 WL 143826 (J.P.M.L. February 16, 1996), *In re Asbestos Products Liability Litigation,* 170 F.Supp.2d 1348 (J.P.M.L. October 18, 2001).)  Although Plaintiff has filed a motion to remand in this case, it has not been heard by the district court, but can just as easily be decided by the MDL Panel after transfer[1].

---

[1] It appears that plaintiff expects the Panel to entertain and decide her motion to remand, and seeks to have the Panel remand this action back to the Middlesex County Superior Court in New Jersey.   However, at this juncture and pursuant to 28 U.S.C. 1407(a), the Panel retains

Contrary to Plaintiff's assertion, there is nothing unique about Plaintiff's asbestos injury action. The only factual issues germane to CTO-321 are already known and stated in Plaintiff's motion. Namely, it is contended that the decedent, Emory Stallard, developed mesothelioma as a result of his exposure to asbestos. (Plaintiff's Memorandum In Support Of Motion To Vacate) This is exactly the type of asbestos personal injury case that should be transferred to MDL-875. The threat of a jurisdictional objection does not change this fact. Since any motion filed by Plaintiff could only raise issues already addressed by the Panel in this litigation, the Panel, as it has done many times previously, should deny Plaintiff's Motion to Vacate.

II.   **TRANSFER TO THE EASTERN DISTRICT OF PENNSYLVANIA IS APPROPRIATE FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS.**

Transfer of this tag-along action to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings is appropriate for several reasons. First, the Panel has the authority to transfer such cases despite pending, or contemplated, jurisdictional objections. Second, assuming a jurisdictional issue is raised, a determination of the issue is well within the transferee court's authority and should be heard by a single court. Third, transfer and coordination or consolidation promotes judicial efficiency and consistency.

A.   **The Panel Has Authority To Transfer Despite Pending Jurisdictional Claims.**

Courts have consistently held that the Panel's authority to transfer tag-along cases to

---

jurisdiction to transfer a case to the MDL, and the case can only be remanded to the transferor court at the conclusion of pretrial proceedings in the MDL and at the recommendation of a

multidistrict litigation withstands pending jurisdictional objections.   Jurisdictional objections alone are not grounds for opposing transfer of a case for coordinated or consolidated pretrial proceedings. (*In re Gypsum Wallboard,* 302 F. Supp. 794, 794 (J.P.M.L. 1969).)  Likewise, the fact that a case is in federal court by removal from state court has no bearing on a motion to transfer the case for MDL proceedings. (*In re Antibiotic Drugs,* 299 F. Supp. 1403 (J.P.M.L. 1969).)

As recognized by the Second Circuit Court of Appeals, the Panel has the authority to transfer a case in which (as is true here) a motion to remand to state court is pending. (*In re Ivy,* 901 F.2d 7 (2d Cir. 1990).)  Numerous courts have cited and relied on *Ivy* for this proposition. (See, e.g., *In re California Retail Natural Gas and Electric Antitrust Litigation.,* 150 F.Supp.2d 1383, 1384 (J.P.M.L. August 15, 2001); *In re Bridgestone/Firestone, Inc.,* 151 F.Supp.2d 1381, 1382 (J.P.M.L. 2001); *Meyers v. Bayer,* 143 F.Supp.2d 1044, 1047 (E.D.Wis. 2001); *Ryan v. Dow Chemical Co.,* 781 F.Supp. 902, 912 (E.D.N.Y. 1991); *Johnson v. AMR Corp.,* 1996 WL 164415, at *3 (N.D. Ill. April 3, 1996).)

Consistent with the goal of promoting efficiency and consistency, other courts have also recognized the Panel's authority to transfer cases subject to pending jurisdictional objections. (See, e.g., *Good v. Prudential Ins. Co.,* 5 F. Supp. 2d 804 (N.D. Ca. 1998).)  The "power of the Panel to effectuate transfer under 1407 is not vitiated by the transferor court's lack of personal jurisdiction over a defendant." (*In re Gypsum Wallboard,* 302 F. Supp. 794, 794 (J.P.M.L. 1969).)

The pendency of a motion to remand does not compromise the Panel's authority to

transferee judge.                                      4

transfer such actions for coordinated or consolidated MDL proceedings.  The existence of such a pending motion in this case does not mandate a return of this case to the district court.

### B.      Transfer Promotes Judicial Efficiency and Consistency.

Through Section 1407, Congress intended to promote the "just and efficient conduct" of the actions transferred thereunder. (*In re Ivy*, 901 F.2d 7 (2d Cir. 1990).)  In mass tort cases consolidated under Section 1407, similar jurisdictional issues are "easily capable of arising in hundreds or even thousands of cases in district courts throughout the nation." (*Id.* at 9.) "Consistency and economy are both served by resolution of [motions to remand] by a single court after transfer by the J.P.M.L." (*Aikins v. Microsoft Corp.*, 2000 WL 310391, at * 1 (E.D. La., Mar. 24, 2000).)  "If remand issues are common to many [cases], decisions by the transferee judge would avoid duplicative discovery and conflicting pretrial rulings." (*Boudreaux v. Metropolitan Life Ins. Co.*, 1995 WL 83788, at *2 (E.D. La., February 24, 1995).) In fact, in the present litigation this Panel already has stated that:

> [T]ransfer of these actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation... In particular, we note that in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district...were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. (*In re Asbestos Products Liability Litigation*, 1996 WL 143826 (J.P.M.L. 1996).

The transferee judge's experience and expertise with cases coordinated or consolidated in

multidistrict litigation will assist the determination of jurisdictional issues and "should not be wasted." (*Tench v. Jackson Nat'l Life Ins. Co.,* 1999 WL 1044923, at *2 (N.D. 111. Nov. 12, 1999). Any suggestion that the transferor jurisdiction is better equipped to decide jurisdictional issues will not support opposition to the issuance of a transfer order because "the problem of ascertaining and applying the law of the transferor jurisdiction is frequently faced by transferee judges." (*In re Duane,* 354 F. Supp. 278, 279 (J.P.M.L. 1973); see, e.g., *In re Puerto Rico Air Disaster Litig.,* 340 F. Supp. 492 (D.P.R. 1972).) Indeed, remand and other motions can be presented to and decided by the transferee judge. (See, e.g., *In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Serzone Products Liability Litigation (J.P.M.L.* June 13, 2003); *In re Air Crash Disaster at Florida Everglades on December 29, 1972,* 368 F.Supp. 812, 813 (J.P.M.L. 1973).)

Regardless of Plaintiff's contentions, the sole issue for consideration here is "the merits of the transfer viewed against the purposes of the multidistrict litigation statutory scheme, whether or not there is a pending jurisdictional objection." *In re Ivy,* 901 F.2d 7, 9 (2d Cir. 1990). In view of this aim, allegedly imminent rulings by the transferor district have little bearing on this case. The panel addressed this point:

> Furthermore, there is no need to delay transfer in order to accommodate any interest of the transferor court in resolving a pending remand motion. We note that: 1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; 2) Panel Rule 1.5, R.P.IP.ML., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order does not in any way i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and 3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding

that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-1061 can continue without any unnecessary interruption or delay. (*In re Prudential Ins. Co.,* 2001 WL 980541, at *1 (J.P.ML. Aug. 15, 2001).)

Against this background, courts consistently find that transfer of an otherwise transferable tag-along action to a single district for pretrial proceedings under Section 1407 should not be delayed due to the pendency of motions in the transferor district. (See, e.g., *In re New Mexico Natural Gas Antitrust Litig.,* 482 F. Supp. 333 (J.P.M.L. 1979); *see also In re IBM,* 302 F. Supp. 796 (J.P.M.L. 1969) [refusing to delay transfer where notice of appeal from order denying motion for preliminary injunction was pending in district from which private civil antitrust action was proposed to be transferred where circumstances otherwise warranted transfer].)

Thus, because the Panel has the authority to transfer this action despite the pendency of the Plaintiff's motion to remand, because the transferee district is well positioned to handle such issues in a coordinated or consolidated manner, and because such coordination or consolidation promotes judicial efficiency and consistency in keeping with the congressional aims of Section 1407, this Panel should deny Plaintiff's Motion to Vacate and proceed with the transfer of this matter to MDL-875, *In Re Asbestos Product Liability Litigation (No. VI),* pending in the United States District Court for the Eastern District of Pennsylvania.

## III.   <u>CONCLUSION</u>

Defendant FOSTER WHEELER respectfully requests that this Panel deny Plaintiff's Motion to Vacate Conditional Transfer Order 321.

RESPECTFULLY SUBMITTED, this 16th Day of June, 2009.

_____
Christopher J. Keale
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Attorneys for Defendant Foster Wheeler

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 7 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

## CERTIFICATION OF SERVICE

I hereby certify that I have on this 16th day of June 2009, caused to be served a copy of

Defendant, Foster Wheeler Energy Corporation's Opposition to Plaintiff's Motion to Vacate

Conditional Transfer Order 321 and this Certification of Service to plaintiff's counsel via

Federal Express, and to all known defense counsel via email, and to all Panel counsel listed on

the attached Attorney Service Lists by regular mail

DATED:  June 16, 2009

Respectfully submitted,

Christopher J. Keale
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Three Gateway Center - 12th Floor
Newark, New Jersey 07102
(973) 242-0002
(973) 242-8099 (Fax)
Counsel for Defendant
Foster Wheeler Energy Corporation

NJ/257572v1

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY     :
LITIGATION (NO. VI)     :     MDL NO. 875
     :
     :
     :
     :

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Jon Kupilik, Esq.<br>Lynne M. Kizis, Esq.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Woodbridge, NJ 07095-0958 | Plaintiffs |
| Michael Leegan, Esq.<br>Hack, Piro, O'Day, Merklinger, Wallace, & McKenna<br>30 Columbia Turnpike<br>PO Box 941<br>Florham Park, New Jersey 07932-0941 | H.D. Smith Company, Inc. and Johansen Company |
| Richard Brightman, Esq.<br>Sonnenschein, Nather & Rosenthal<br>101 JFK Parkway<br>Short Hills, New Jersey 07078 | Rapid American Corporation |
| Art Bromberg, Esq.<br>Weiner Lesniak LLP<br>Attorneys at Law<br>629 Parsippany Road<br>P. O. Box 438<br>Parsippany, New Jersey 07054-0438 | Robert A. Keasbey Company and Zaentz |
| Robert F. Ball, Esq.<br>Wade Clark & Mulcahy<br>917 Mountain Avenue<br>Mountainside, New Jersey 07092 | Line A Corporation |
| Anthony J. Caruso<br>Picillo Caruso O'Toole<br>60 Route 46 East<br>Fairfield, New Jersey 07004 | CertainTeed Corporation, Notte Safety Appliance Company, Union Carbide |
| Basil A. DiSipio, Esq.<br>Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>190 North Independnence Mall West<br>Suite 500<br>6th & Race Streets<br>Philadelphia, Pennsylvania 19106 | Minnesota Mining & Manufacturing Company |
| Charles M. McGivney, Esq. | Fairbanks Company, Flowserve Corp., Hercules |

| | |
|---|---|
| Jeffrey S. Kluger, Esq.<br>Joel Clark, Esq.<br>McGivney & Kluger, PC<br>23 Vreeland Road, Suite 220<br>Florham Park, New Jersey 07932 | Chemical Co., Inc., John W. Wallace & Co., Kraemer Gunite, Inc., Madsen & Howell, Inc., Nutley Heating & Cooling Supply, Onyx Industrial, Inc., Patterson Pump, Peerless Heater Company, Raritan Supply Co., Sid Harvey Industries, Inc., SVI Corp., Taco, Inc., Weil-McLain, Wilmar Industries, Inc., North Carolina Enterprises Co., Inc., Bergen Industrial Supply Co., Inc. |
| Matthew J. Connahan, Esq.<br>Maloof, Lebowitz, Connahan & Oleske<br>127 Main Street<br>Chatham, New Jersey 07928 | Allied Building Products Corp. |
| Timothy Corriston, Esq.<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068 | Lawton & Burns & Palermo Supply Co., Inc. |
| Nicea D'Annunzio, Esq.<br>Hardin, Kundla, McKeon & Poletta<br>673 Morris Avenue<br>P.O. Box 730<br>Springfield, New Jersey 07081-0730 | Calon Insulation Corp., LaBour Pump Co., Inc., Straham Valves, Inc. |
| Dawn Dezii, Esq.<br>Margolis, Edelstein<br>216 Haddon Avenue<br>P.O. Box 92222<br>Westmont, New Jersey 08108 | Central Jersey Supply Co., Columbia Boiler Company of Pottstown, Inc., Industrial Rubber Company, Passaic Metal Products, Record Industrial Company, York Sheet Metal Roofing Supply Co. |
| Linda Dunne, Esq.<br>Nowell, Amoroso, Klein & Bierman, P.A.<br>155 Polifly Road<br>Hackensack, New Jersey 07601 | H& B Industries, Inc. and Wallace Eannace Associates, Inc. |
| Allison Fihma, Esq.<br>Schnader, Harrison Segal & Lewis LLP<br>140 Broadway, Suite 3100<br>New York, New York 10005 | E&B Mill Supply |
| Marc Gaffrey, Esq.<br>Nora Grimbergen, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, New Jersey 08903 | AGL Welding Supply, Hudson Iron and Metal Company, Burnham Corporation, Industrial Welding Supply, Inc., Superior Welding and Boiler Repair, Inc. |
| Mark Galdieri, Esq.<br>Drinker Biddle<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047 | American Optical |
| John C. Garde, Esq.<br>McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Allied Rubber & Gasket , LA Bour Pump Co., Inc. , Owens-Illinois, Inc. and Trane USA, Inc. |

| | |
|---|---|
| William Gearty, Esq.<br>1222 Third Avenue<br>Spring Lake, New Jersey 07762 | Crown, Cork & Seal Company, Inc. |
| Stuart M. Goldstein<br>Hollstein Keating Cattell Johnson & Goldstein P.C.<br>Willow Ridge Executive Office Park<br>750 Route 73 South, Suite 301<br>Marlton, New Jersey 08053 | Chicago Bridge & Iron |
| Nora Grimbergen, Esq.<br>Hoagland, Longo, Moran<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, New Jersey 08903 | Superior Welding and Boiler Repair, Inc. |
| Kevin C. Grubb, Esq., P.A.<br>The Concourse at Beaver Brook<br>1465 RT. 31<br>P.O. Box 546<br>Annandale, New Jersey 08801 | Union Pump Company |
| Kevin E. Hoffman, Esq.<br>Kent & McBride, PC<br>555 Route 1 South<br>Iselin, New Jersey 08830 | Bindksy & Snyder, Inc. Charles A. Wagner, Inc. Koenig Industrial Supply, Inc., Marsam Valves & fittings Corporation, Mooney Bros. Corp., Pulmosan Safety Equipment Corp. and T.J. McGlone & Co., Inc. |
| Kim Hollaender, Esq.<br>Nelson, Levine deLuca & Horst<br>518 Township Line Road<br>Suite 300<br>Blue Bell, New Jersey 19422` | Zy-Tech Global Industries, Inc. |
| Angela A. Iuso, Esq.<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068 | Superior Welding Supply Inc. |
| Paul C. Johnson, Esq.<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>Woodland Falls Corporate Park<br>200 Lake Drive East - Suite 300<br>Cherry Hill, New Jersey 08002 | Kaiser Gypsum Company, Inc., Riley Power Inc. |
| Sean X. Kelly, Esq.<br>Marks, O'Neill, O'Brien, & Courtney, P.C.<br>Cooper River West –Suite 300<br>6981 North Park Drive<br>Pennsauken, New Jersey 08109 | Georgia Pacific Corp. and Van Houten Plumbing & Heating Supply Co. |
| Mark G. Lionett, Esq.<br>Maron, Marvel, Bradley & Anderson<br>1700 Market Street<br>Suite 1500<br>Philadelphia, Pennslyvania 19103 | Milwaukee Valve Company |
| Mark F. MacDonald, Esq.<br>Baginski, Mezzanotte Hasson & Rubinate<br>150 S Independence Mall W, # 500, | Sherman and Chaplin, Inc. and Viking Pump |

| | |
|---|---|
| Philadelphia, Pennsylvania 19106 | |
| James V. Marks, Esq..<br>Holland & Knight<br>195 Broadway, 23rd. Floor<br>New York, New York 10007 | Flomatic Corporation |
| Frank Reimers, Esq.<br>Michael McGrath, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>Box 4205<br>Montclair, New Jersey 07042 | United Conveyor Corp. and Industrial Petrolic Co., Inc. |
| Stephen McHugh, Esq.<br>Kent & McBride, PC<br>555 Route 1 South<br>Iselin, New Jersey 08830 | S.O.S. Products, Inc. |
| Michael A. Moroney, Esq.<br>Weber, Gallagher, Simpson, Stapleton<br>33 Washington Street<br>10th Floor<br>Newark, New Jersey 07102 | Spirax Sarco, Inc. |
| William F. Mueller, Esq.<br>Clemente Mueller & Tobia<br>218 Ridgedale Avenue<br>Box 1296<br>Morristown, New Jersey 07962 | Durabla Manufacturing Co. |
| John J. Ronca, Jr.<br>Ronca, McDonald & Hanley<br>5 Regent Street, Suite 517<br>Livingston, New Jersey 07039 | York Industries, Inc. |
| William J. O'Brien, Esq.<br>Delany & O'Brien<br>111South Independence Mall East<br>Sutie 1002<br>Philadelphia, Pennsylvania 19106 | Grant Supply Co., Inc. |
| Kevin O'Toole, Esq.<br>O'Toole Fernandez Weiner & Van Lieu<br>60 Pompton Avenue<br>Verona, New Jersey 07044 | Dana Corp. |
| Monika Pundalik, Esq.<br>Dreifuss, Bonacci & Parker<br>26 Columbia Turnpike –North Entrance<br>Florham Park, New Jersey 07932 | A.J. McNeil Co., Inc. |
| Vincent Reilly, Esq.<br>Reilly, Janiczek & McDevitt<br>Kevon Office Center<br>Suite 240<br>Merchantville, New Jersey 08109 | Magnatrol Valve Corporation and York Corrugating Company |

| | |
|---|---|
| Steve Satz, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, New Jersey 08903 | Burnham Corp. |
| Charles P. Savoth, III, Esq.<br>Methfessel & Werbel<br>3 Ethel Road<br>Suite 300<br>P.O. Box 3012<br>Edison, New Jersey 08818 | Pompton Plumbing & Heating Supply Co. |
| Mark Turner, Esq.<br>Tierney Law Offices<br>116 Village Boulevard<br>Princeton, New Jersey 08540 | A.J. Friedman Supply Co., Inc. and Elizabeth Industrial Hardware Co., |
| Lisa P. Wildstein, Esq.<br>David C. Weinberg<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>103 Carnegie Center, Suite 103<br>Princeton, New Jersey 08540 | Greene Tweed & Company |
| Judith Yavitz, Esq.<br>Reed Smith, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Pfaudler United States. Inc. *also named* Pfaudler Companies, Inc. |
| Kristine M. Urban, Project Assistant<br>Georgia-Pacific Corporation, LLC<br>133 Peachtree Street NE, 39th Floor<br>Atlanta, Georgia 30303 | Georgia-Pacific Corporation |
| Donald E. Ward<br>Special Claims Services, Inc.<br>809 Coshocton Avenue<br>Mt. Vernon, Ohio 43050-1931 | J.H. France Refractories Co., Inc. |
| Susan M. Day Schilp, Esq.<br>Law Office of Susan M. Day Schilp<br>44 Stelton Road, Suite 210<br>Piscataway, New Jersey 08854 | Alfa Laval, Inc. |

| | |
|---|---|
| Peter G. Angelos<br>One Charles Center<br>100 North Charles Street<br>22nd Floor<br>Baltimore, Maryland 21202 | Russell W. Budd<br>Barron & Budd<br>3102 Oaklawn Avenue<br>Suite 1100<br>Dallas, TX 75219 |
| Janet W. Black<br>Ward Black<br>208 West Wendover Avneue<br>Greensboro, NC 27401-1307 | Paul Kalish<br>Crowell & Moring<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 |
| Peter A. Kraus<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 2000<br>Dallas, TX 75204 | William F. Mahoney<br>Segal McCambridge Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606 |
| Robert C. Malaby<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 | John P. McShea<br>McShea Tecce PC<br>Mellon Bank Center<br>1717 Arch Street, 28th Floor<br>Philadelphia, PA 19103 |
| Philip McWeeny<br>Schiff Hardin, LLP<br>One Market Plaza, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105 | Sharon J. Zinns<br>Levy Phillips & Konisberg, LLP<br>800 Third Avenue<br>New York, NY 10022 |
| Thomas A. Packer<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Joseph Rice<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29465 |
| Michael P. Thornton<br>Thornton & Naumes<br>100 Summer Street<br>30th Floor<br>Boston, MA 02110 | Walter G. Watkins, Jr.<br>Foreman Perry Watkins<br>P.O. Box 22608<br>Jackson, MS 39225-2608 |
| Roger B. Lane<br>Lane & Gossett<br>1601 Reynolds Street<br>Brunswick, GA 31520 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza - East Tower<br>951 E. Byrd Street<br>Richmond, VA 23219-4074 |
| John D. Cooney<br>Conney & Conway<br>120 North LaSalle Street<br>Suite 3000<br>Chicago, IL 60602-2415 | Kevin M. Jordan<br>Baker Botts<br>910 Louisianna<br>One Shell Plaza<br>Houston, TX 77002-4995 |
| Steven Kazan<br>Kazan McClain Abrams Fernandez<br>171 Twelfth Street<br>Third Floor<br>Oakland, CA 94607 | |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 7 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that I have on this 16th day of June 2009, caused to be served a copy of

Defendant, Foster Wheeler Energy Corporation's Opposition to Plaintiff's Motion to Vacate

Conditional Transfer Order 321 and this Certification of Service to plaintiff's counsel via

Federal Express, and to all known defense counsel via email, and to all Panel counsel listed on

the attached Attorney Service Lists by regular mail

DATED:  June 16, 2009

Respectfully submitted,

*[signature]*

Christopher J. Keale
SEDGWICK, DETERT, MORAN &  ARNOLD LLP
Three Gateway Center - 12th Floor
Newark, New Jersey 07102
(973) 242-0002
(973) 242-8099 (Fax)
Counsel for Defendant
Foster Wheeler Energy Corporation

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : <br> :     MDL NO. 875 <br> : <br> : <br> : |

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Michael Leegan, Esq.<br>Hack, Piro, O'Day, Merklinger, Wallace, & McKenna<br>30 Columbia Turnpike<br>PO Box 941<br>Florham Park, New Jersey 07932-0941 | H.D. Smith Company, Inc. and Johansen Company |
| Richard Brightman, Esq.<br>Sonnenschein, Nather & Rosenthal<br>101 JFK Parkway<br>Short Hills, New Jersey 07078 | Rapid American Corporation |
| Art Bromberg, Esq.<br>Weiner Lesniak LLP<br>Attorneys at Law<br>629 Parsippany Road<br>P. O. Box 438<br>Parsippany, New Jersey 07054-0438 | Robert A. Keasbey Company and Zaentz |
| Robert F. Ball, Esq.<br>Wade Clark & Mulcahy<br>917 Mountain Avenue<br>Mountainside, New Jersey 07092 | Line A Corporation |
| Anthony J. Caruso<br>Picillo Caruso O'Toole<br>60 Route 46 East<br>Fairfield, New Jersey 07004 | CertainTeed Corporation, Notte Safety Appliance Company, Union Carbide |
| Basil A. DiSipio, Esq.<br>Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>190 North Independnence Mall West<br>Suite 500<br>6th & Race Streets<br>Philadelphia, Pennsylvania 19106 | Minnesota Mining & Manufacturing Company |
| Charles M. McGivney, Esq.<br>Jeffrey S. Kluger, Esq.<br>Joel Clark, Esq.<br>McGivney & Kluger, PC<br>23 Vreeland Road, Suite 220<br>Florham Park, New Jersey 07932 | Fairbanks Company, Flowserve Corp., Hercules Chemical Co., Inc., John W. Wallace & Co., Kraemer Gunite, Inc., Madsen & Howell, Inc., Nutley Heating & Cooling Supply, Onyx Industrial, Inc., Patterson Pump, Peerless Heater Company, Raritan Supply Co., Sid Harvey Industries, Inc., SVI Corp., Taco, Inc., |

| | |
|---|---|
| | Weil-McLain, Wilmar Industries, Inc., North Carolina Enterprises Co., Inc., Bergen   Industrial Supply Co., Inc. |
| Matthew J. Connahan, Esq.<br>Maloof, Lebowitz, Connahan & Oleske<br>127 Main Street<br>Chatham, New Jersey 07928 | Allied Building Products Corp. |
| Timothy Corriston, Esq.<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068 | Lawton & Burns & Palermo Supply Co., Inc. |
| Nicea D'Annunzio, Esq.<br>Hardin, Kundla, McKeon & Poletta<br>673 Morris Avenue<br>P.O. Box 730<br>Springfield, New Jersey 07081-0730 | Calon Insulation Corp., LaBour Pump Co., Inc., Straham Valves, Inc. |
| Dawn Dezii, Esq.<br>Margolis, Edelstein<br>216 Haddon Avenue<br>P.O. Box 92222<br>Westmont, New Jersey 08108 | Central Jersey Supply Co., Columbia Boiler Company of Pottstown, Inc., Industrial Rubber Company, Passaic Metal Products, Record Industrial Company, York Sheet Metal Roofing Supply Co. |
| Linda Dunne, Esq.<br>Nowell, Amoroso, Klein & Bierman, P.A.<br>155 Polifly Road<br>Hackensack, New Jersey 07601 | H& B Industries, Inc. and Wallace Eannace Associates, Inc. |
| Allison Fihma, Esq.<br>Schnader, Harrison Segal & Lewis LLP<br>140 Broadway, Suite 3100<br>New York, New York 10005 | E&B Mill Supply |
| Marc Gaffrey, Esq.<br>Nora Grimbergen, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, New Jersey 08903 | AGL Welding Supply, Hudson Iron and Metal Company, Burnham Corporation, Industrial Welding Supply, Inc., Superior Welding and Boiler Repair, Inc. |
| Mark Galdieri, Esq.<br>Drinker Biddle<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047 | American Optical |
| John C. Garde, Esq.<br>McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Allied Rubber & Gasket , LA Bour Pump Co., Inc. , Owens-Illinois, Inc. and Trane USA, Inc. |
| William Gearty, Esq.<br>1222 Third  Avenue<br>Spring Lake, New Jersey 07762 | Crown, Cork & Seal Company, Inc. |
| Stuart M.  Goldstein<br>Hollstein Keating Cattell Johnson & Goldstein P.C. | Chicago Bridge & Iron |

| | |
|---|---|
| Willow Ridge Executive Office Park<br>750 Route 73 South, Suite 301<br>Marlton, New Jersey  08053 | |
| Nora Grimbergen, Esq.<br>Hoagland, Longo, Moran<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, New Jersey 08903 | Superior Welding and Boiler Repair, Inc. |
| Kevin C. Grubb, Esq., P.A.<br>The Concourse at Beaver Brook<br>1465 RT. 31<br>P.O. Box 546<br>Annandale, New Jersey  08801 | Union Pump Company |
| Kevin E. Hoffman, Esq.<br>Kent & McBride, PC<br>555 Route 1 South<br>Iselin, New Jersey 08830 | Bindksy & Snyder, Inc. Charles A. Wagner, Inc. Koenig Industrial Supply, Inc., Marsam Valves & fittings Corporation, Mooney Bros. Corp., Pulmosan Safety Equipment Corp. and T.J. McGlone & Co., Inc. |
| Kim Hollaender, Esq.<br>Nelson, Levine deLuca & Horst<br>518 Township Line Road<br>Suite 300<br>Blue Bell, New Jersey 19422` | Zy-Tech Global Industries, Inc. |
| Angela A. Iuso, Esq.<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068 | Superior Welding Supply Inc. |
| Paul C. Johnson, Esq.<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>Woodland Falls Corporate Park<br>200 Lake Drive East - Suite 300<br>Cherry Hill, New Jersey 08002 | Kaiser Gypsum Company, Inc., Riley Power Inc. |
| Sean X. Kelly, Esq.<br>Marks, O'Neill, O'Brien, & Courtney, P.C.<br>Cooper River West –Suite 300<br>6981 North Park Drive<br>Pennsauken, New Jersey  08109 | Georgia Pacific Corp. and Van Houten Plumbing & Heating Supply Co. |
| Mark G. Lionett, Esq.<br>Maron, Marvel, Bradley & Anderson<br>1700 Market Street<br>Suite 1500<br>Philadelphia, Pennslyvania 19103 | Milwaukee Valve Company |
| Mark F. MacDonald, Esq.<br>Baginski, Mezzanotte Hasson & Rubinate<br>150 S Independence Mall W, # 500,<br>Philadelphia, Pennsylvania 19106 | Sherman and Chaplin, Inc. and Viking Pump |
| James V. Marks, Esq.<br>Holland & Knight<br>195 Broadway, 23rd. Floor | Flomatic Corporation |

| | |
|---|---|
| New York, New York 10007 | |
| Frank Reimers, Esq.<br>Michael McGrath, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>Box 4205<br>Montclair, New Jersey 07042 | United Conveyor Corp. and Industrial Petrolic Co., Inc. |
| Stephen McHugh, Esq.<br>Kent & McBride, PC<br>555 Route 1 South<br>Iselin, New Jersey 08830 | S.O.S. Products, Inc. |
| Michael A. Moroney, Esq.<br>Weber, Gallagher, Simpson, Stapleton<br>33 Washington Street<br>10th Floor<br>Newark, New Jersey 07102 | Spirax Sarco, Inc. |
| William F. Mueller, Esq.<br>Clemente Mueller & Tobia<br>218 Ridgedale Avenue<br>Box 1296<br>Morristown, New Jersey 07962 | Durabla Manufacturing Co. |
| John J. Ronca, Jr.<br>Ronca, McDonald & Hanley<br>5 Regent Street, Suite 517<br>Livingston, New Jersey 07039 | York Industries, Inc. |
| William J. O'Brien, Esq.<br>Delany & O'Brien<br>111South Independence Mall East<br>Sutie 1002<br>Philadelphia, Pennsylvania 19106 | Grant Supply Co., Inc. |
| Kevin O'Toole, Esq.<br>O'Toole Fernandez Weiner & Van Lieu<br>60 Pompton Avenue<br>Verona, New Jersey 07044 | Dana Corp. |
| Monika Pundalik, Esq.<br>Dreifuss, Bonacci & Parker<br>26 Columbia Turnpike –North Entrance<br>Florham Park, New Jersey 07932 | A.J. McNeil Co., Inc. |
| Vincent Reilly, Esq.<br>Reilly, Janiczek & McDevitt<br>Kevon Office Center<br>Suite 240<br>Merchantville, New Jersey 08109 | Magnatrol Valve Corporation and York Corrugating Company |
| Steve Satz, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, New Jersey 08903 | Burnham Corp. |

| Charles P. Savoth, III, Esq.<br>Methfessel & Werbel<br>3 Ethel Road<br>Suite 300<br>P.O. Box 3012<br>Edison, New Jersey 08818 | Pompton Plumbing & Heating Supply Co. |
|---|---|
| Mark Turner, Esq.<br>Tierney Law Offices<br>116 Village Boulevard<br>Princeton, New Jersey 08540 | A.J. Friedman Supply Co., Inc. and Elizabeth Industrial Hardware Co., |
| Lisa P. Wildstein, Esq.<br>David C. Weinberg<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>103 Carnegie Center, Suite 103<br>Princeton, New Jersey 08540 | Greene Tweed & Company |
| Judith Yavitz, Esq.<br>Reed Smith, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Pfaudler United States, Inc. *also named* Pfaudler Companies, Inc. |
| Kristine M. Urban, Project Assistant<br>Georgia-Pacific Corporation, LLC<br>133 Peachtree Street NE, 39th Floor<br>Atlanta, Georgia 30303 | Georgia-Pacific Corporation |
| Donald E. Ward<br>Special Claims Services, Inc.<br>809 Coshocton Avenue<br>Mt. Vernon, Ohio 43050-1931 | J.H. France Refractories Co., Inc. |
| Susan M. Day Schilp, Esq.<br>Law Office of Susan M. Day Schilp<br>44 Stelton Road, Suite 210<br>Piscataway, New Jersey 08854 | Alfa Laval, Inc. |

| | |
|---|---|
| Peter G. Angelos<br>One Charles Center<br>100 North Charles Street<br>22nd Floor<br>Baltimore, Maryland 21202 | Russell W. Budd<br>Barron & Budd<br>3102 Oaklawn Avenue<br>Suite 1100<br>Dallas, TX 75219 |
| Janet W. Black<br>Ward Black<br>208 West Wendover Avneue<br>Greensboro, NC 27401-1307 | Paul Kalish<br>Crowell & Moring<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 |
| Peter A. Kraus<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 2000<br>Dallas, TX 75204 | William F. Mahoney<br>Segal McCambridge Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606 |
| Robert C. Malaby<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 | John P. McShea<br>McShea Tecce PC<br>Mellon Bank Center<br>1717 Arch Street, 28th Floor<br>Philadelphia, PA 19103 |
| Philip McWeeny<br>Schiff Hardin, LLP<br>One Market Plaza, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105 | Sharon J. Zinns<br>Levy Phillips & Konisberg, LLP<br>800 Third Avenue<br>New York, NY 10022 |
| Thomas A. Packer<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Joseph Rice<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29465 |
| Michael P. Thornton<br>Thornton & Naumes<br>100 Summer Street<br>30th Floor<br>Boston, MA 02110 | Walter G. Watkins, Jr.<br>Foreman Perry Watkins<br>P.O. Box 22608<br>Jackson, MS 39225-2608 |
| Roger B. Lane<br>Lane & Gossett<br>1601 Reynolds Street<br>Brunswick, GA 31520 | David C. Landin<br>Hunton & Williams<br>Riverfront Plaza - East Tower<br>951 E. Byrd Street<br>Richmond, VA 23219-4074 |
| John D. Cooney<br>Conney & Conway<br>120 North LaSalle Street<br>Suite 3000<br>Chicago, IL 60602-2415 | Kevin M. Jordan<br>Baker Botts<br>910 Louisianna<br>One Shell Plaza<br>Houston, TX 77002-4995 |
| Steven Kazan<br>Kazan McClain Abrams Fernandez<br>171 Twelfth Street<br>Third Floor<br>Oakland, CA 94607 | |