JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 8 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on July 30, 2009, the Panel will convene a hearing session in Portland, Oregon, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | |

IMAGED JUN 1 8 2009

SCHEDULE OF MATTERS FOR HEARING SESSION
July 30, 2009 -- Portland, Oregon


## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT


**MDL No. 2067 -- IN RE: CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., for centralization of the following actions in the United States District Court for the Eastern District of New York:

Eastern District of Missouri

Universal Care, Inc., et al. v. Forest Pharmaceuticals, Inc., et al., C.A. No. 4:09-451

Eastern District of New York

New Mexico UFCW Union's & Employer's Health & Welfare Trust Fund, et al. v. Forest Laboratories, Inc., et al., C.A. No. 1:09-1033


**MDL No. 2068 -- IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Miles Tyrer, Joseph W. Boyd, Kathryn Domaingue, John Fray, and Vincent Salazar for centralization of the following actions in the United States District Court for the Eastern District of New York or, in the alternative, the United States District Court for the Southern District of Florida:

Southern District of California

Miles Tyrer v. Philip Morris USA, Inc., et al., C.A. No. 3:09-52

District of Colorado

John Fray v. Philip Morris USA, Inc., et al., C.A. No. 1:09-339

Schedule of Matters for Hearing Session, Section A                    p. 2
Portland, Oregon

MDL No. 2068 (Continued)

### Southern District of Florida

Joseph W. Boyd v. Philip Morris USA, Inc., et al., C.A. No. 9:09-80162

### Northern District of Illinois

Vicki Goins v. Philip Morris USA, Inc., et al., C.A. No. 1:09-118
Brian Cleary, et al. v. Philip Morris, Inc., et al., C.A. No. 1:09-1596

### District of Maine

Stephanie Good, et al. v. Altria Group, Inc., et al., C.A. No. 1:05-127

### Eastern District of New York

Karen McLaughlin, et al. v. Philip Morris USA, Inc., et al., C.A. No. 1:04-1945
Marcia L. Caronia, et al. v. Philip Morris USA, Inc., C.A. No. 1:06-224
Bryant Tang v. Philip Morris USA, Inc., C.A. No. 1:08-5085
Kathryn Domaingue v. Philip Morris USA, Inc., et al., C.A. No. 1:09-1144

### Southern District of Texas

Vincent Salazar v. Philip Morris USA, Inc., et al., C.A. No. 4:09-339

MDL No. 2069 -- **IN RE: MEDI-CAL REIMBURSEMENT RATE REDUCTION LITIGATION**

Motion of plaintiffs Santa Rosa Memorial Hospital, et al., for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

Independent Living Center of Southern California, et al. v. Sandra Shewry, et al.,
    C.A. No. 2:08-3315
California Association for Health Services at Home v. Sandra Shewry,
    C.A. No. 2:08-7045

Schedule of Matters for Hearing Session, Section A                                      p. 3
Portland, Oregon


MDL No. 2069 (Continued)


Central District of California (Continued)

California Medical Transportation Association, Inc. v. Sandra Shewry,
   C.A. No. 2:08-7046
Managed Pharmacy Care, et al. v. David Maxwell-Jolly, C.A. No. 2:09-382
California Pharmacists Association, et al. v. David Maxwell-Jolly, C.A. No. 2:09-722

Northern District of California

Santa Rosa Memorial Hospital, et al. v. Sandra Shewry, C.A. No. 3:08-5173


MDL No. 2070 -- **IN RE: CITIGROUP, INC., SECURITIES LITIGATION**

    Motion of defendants Citigroup Inc., Citigroup Funding Inc., Citigroup Global Markets
Inc., Citigroup Capital XIV, Citigroup Capital XV, Citigroup Capital XVI, Citigroup Capital
XVII, Citigroup Capital XVIII, Citigroup Capital XIX, Citigroup Capital XX, Citigroup Capital
XXI, Citigroup Inc. Personnel and Compensation Committee, C. Michael Armstrong, Alain J.P.
Belda, Sir Winfried Bischoff, David C. Bushnell, Michael Conway, Gary Crittenden, George
David, Kenneth T. Derr, John M. Deutch, Robert Druskin, Steven Freiberg, Scott Freidenrich,
James Garnett, John C. Gerspach, Michael S. Helfer, Ann Dibble Jordan, Lewis Kaden, Michael
Klein, Klaus Kleinfeld, Sallie L. Krawcheck, Andrew N. Liveris, Thomas G. Maheras, Dudley C.
Mecum, Anne Mulcahy, Vikram Pandit, Richard D. Parsons, Charles Prince, Roberto Hernandez
Ramirez, William R. Rhodes, Judith Rodin, Saul Rosen, Robert E. Rubin, Robert L. Ryan,
Franklin A. Thomas, Todd S. Thomson, Stephen R. Volk, Sanford I. Weill, Eric L. Wentzel, and
David Winkler for centralization of the following actions in the United States District Court for
the Southern District of New York:

Southern District of California

Daniel Brecher, et al. v. Citigroup, Inc., et al., C.A. No. 3:09-606

Southern District of New York

In Re CitiGroup, Inc. Securities Litigation, C.A. No. 1:07-9901
Lennard Hammerschlag, et al. v. Citigroup, Inc., et al., C.A. No. 1:07-10258
Pubic Employees' Retirement Association of Colorado, et al. v. Citigroup, Inc., et al.,
   C.A. No. 1:08-135

Schedule of Matters for Hearing Session, Section A                    p. 4
Portland, Oregon


MDL No. 2070 (Continued)


### Southern District of New York (Continued)

Judy G. Fisher v. Citigroup, Inc., et al., C.A. No. 1:08-136
In Re Citigroup, Inc., Bond Action Litigation, C.A. No. 1:08-9522
Minneapolis Firefighters' Relief Association, et al. v. Saul Rosen, et al.,
    C.A. No. 1:08-10353
Robert L. Buckingham v. Citigroup, Inc., et al., C.A. No. 1:09-2355
Jen Chen v. Citigroup, Inc., et al., C.A. No. 1:09-2402
Beverly Pellegrini v. Citigroup, Inc., et al., C.A. No. 1:09-3669


## MDL No. 2071 -- IN RE: PUBLIC RECORDS COLLECTION FAIR CREDIT REPORTING ACT (FCRA) LITIGATION

Motion of defendants Reed Elsevier, Inc.; LexisNexis Risk & Information Analytics Group, Inc.; ChoicePoint, Inc.; ChoicePoint Services, Inc.; National Data Retrieval, Inc.; and Superior Information Services, Inc., for centralization of the following actions in the United States District Court for the Northern District of Georgia or, in the alternative, the United States District Court for the District of Minnesota:


### Northern District of Georgia

Anna Elizabeth Pires v. ChoicePoint Services, Inc., et al., C.A. No. 1:07-3112


### District of Minnesota

Diana Rawlings v. Asset Acceptance, LLC, et al., C.A. No. 0:08-1467
David LeRoy Ross v. CSC Credit Services, et al., C.A. No. 0:08-5954
Richard H. Weyhe v. Trans Union, LLC, et al., C.A. No. 0:08-6093


### District of New Jersey

Albert Knight v. ChoicePoint, Inc., et al., C.A. No. 1:08-4676
David F. Knechtel v. ChoicePoint, Inc., et al., C.A. No. 1:08-5018

MDL No. 2071 (Continued)


District of New Jersey (Continued)

Yolanda Hamilton v. ChoicePoint, Inc., et al., C.A. No. 1:08-5019
Regina Carlton v. ChoicePoint, Inc., et al., C.A. No. 1:08-5779
Jacob Payen v. ChoicePoint, Inc., et al., C.A. No. 1:09-435
William Iler v. Equifax Information Services, LLC, et al., C.A. No. 3:08-1862

Eastern District of Pennsylvania

William H. Bonebrake, Jr. v. Experian Information Solutions, Inc., et al.,
    C.A. No. 2:08-1976
Gregory Hugh Breslin v. Trans Union, LLC, et al., C.A. No. 2:08-2236
Vickie Snead v. Equifax Information Services, LLC, et al., C.A. No. 2:08-3574
Barbara Johansen v. Experian Information Solutions, Inc., et al., C.A. No. 2:08-4640
David M. Thomas, et al. v. LexisNexis Risk & Analytic Group, Inc., et al.,
    C.A. No. 2:08-4861
Edwin A. Santana v. Experian Information Solutions, Inc., et al., C.A. No. 2:08-4956
Robert P. Margeson, Sr. v. ChoicePoint, Inc., et al., C.A. No. 2:08-5043
Jessie J. Payne, Jr. v. Equifax Information Systems, LLC, et al., C.A. No. 2:09-568
John Marricone v. Experian Infomation Solutions, Inc., et al., C.A. No. 2:09-1123


MDL No. 2072 -- **IN RE: FEDERAL HOME LOAN MORTGAGE CORP. (FREDDIE
MAC) SECURITIES LITIGATION**

Motion of defendants Goldman, Sachs & Co.; J.P. Morgan Chase & Co.; Citigroup
Global Markets, Inc.; Banc of America Securities, LLC; FTN Financial Capital Markets; Credit
Suisse Securities (USA), LLC; Deutsche Bank Securities, Inc.; Morgan Stanley & Co., Inc.; and
UBS Securities, LLC, for centralization of the following actions in the United States District
Court for the Southern District of New York:

District of Massachusetts

Liberty Mutual Insurance Co., et al. v. Goldman Sachs & Co., C.A. No. 1:09-10670

Schedule of Matters for Hearing Session, Section A          p. 6
Portland, Oregon


MDL No. 2072 (Continued)


### Southern District of New York

Frederick Jacoby v. Richard Syron, et al., C.A. No. 1:08-10894
Adam Kreysar, et al. v. Richard Syron, et al., C.A. No. 1:09-832


## MDL No. 2073 -- IN RE: OPTIMAL STRATEGIC U.S. EQUITY FUND SECURITIES LITIGATION

Motion of defendants Banco Santander International and Banco Santander, S.A., for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Southern District of Florida

In Re Banco Santander Securities-Optimal Litigation, C.A. No. 1:09-20215
Antonio Atencia Puado v. Banco Santander S.A., et al., C.A. No. 1:09-20934

### Southern District of New York

Welinton David Santos, et al. v. Banco Santander S.A., et al., C.A. No. 1:09-2838


## MDL No. 2074 -- IN RE: WELLPOINT, INC., OUT-OF-NETWORK "UCR" RATES LITIGATION

Motion of defendants WellPoint, Inc.; Anthem, Inc.; Blue Cross of California; Empire Blue Cross Blue Shield; WellPoint Health Networks, Inc.; WellChoice, Inc.; and WellChoice Insurance of New Jersey, Inc., for centralization of the following actions in the United States District Court for the Central District of California or, in the alternative, the United States District Court for the District of New Jersey:

### Central District of California

Michael Roberts v. UnitedHealth Group, Inc., et al., C.A. No. 2:09-1886
American Medical Association, et al. v. WellPoint, Inc., C.A. No. 2:09-2039
J.B.W., etc. v. UnitedHealth Group, Inc., et al., C.A. No. 2:09-2488

MDL No. 2074 (Continued)

Southern District of Florida

American Dental Association, et al. v. WellPoint Health Networks, Inc., et al.,
    C.A. No. 1:02-22027

District of New Jersey

Darryl Samsell, et al. v. WellPoint, Inc., et al., C.A. No. 2:09-667

MDL No. 2075 -- **IN RE: RYE SELECT BROAD MARKET PRIME FUND SECURITIES
            & EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)
            LITIGATION**

Motion of defendants Austin Capital Management, Ltd.; Austin Capital Management GP
Corp.; Charles W. Riley; Brent A. Martin; James P. Owen; Robert Wagner; David C. Brown; and
David E. Friedman for centralization of the following actions in the United States District Court
for the Western District of Texas:

Southern District of New York

Richard Peshkin, et al. v. Tremont Group Holdings, Inc., et al., C.A. No. 1:08-11183
Construction Industry & Laborers Joint Pension Trust, et al. v. Austin Capital
    Management, Ltd., et al., C.A. No. 1:09-3614

Eastern District of Pennsylvania

Pension Fund for Hospital & Health Care Employees - Philadelphia & Vicinity, et al. v.
    Austin Capital Management, Ltd., C.A. No. 2:09-615

Western District of Texas

Austin Capital Management, Ltd. v. The Board of Trustees of the Texas Iron Workers'
    Pension Fund, et al., C.A. No. 1:09-351

Schedule of Matters for Hearing Session, Section A                    p. 8
Portland, Oregon


## MDL No. 2076 -- IN RE: PARK WEST GALLERIES, INC., MARKETING AND SALES PRACTICES LITIGATION

Motion of defendants Park West Galleries, Inc.; Fine Art Sales, Inc.; PWG Florida, Inc.; Vista Fine Art, LLC; and Albert Scaglione for centralization of the following actions in the United States District Court for the Eastern District of Michigan:

### Southern District of Florida

David Bouverat v. Park West Gallery, Inc., C.A. No. 1:08-21331

### Eastern District of Michigan

Joseph Bohm, et al. v. Park West Gallery, Inc., et al., C.A. No. 2:09-11392

### Western District of Washington

Rodney J. Blackman v. Park West Galleries, Inc., et al., C.A. No. 2:08-1310


## MDL No. 2077 -- IN RE: ENVISION EMI, LLC, YOUTH INAUGURAL CONFERENCES MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiff Bina Radosti for centralization of the following actions in the United States District Court for the District of District of Columbia:

### District of District of Columbia

Bina Radosti, etc. v. Envision EMI, LLC, et al., C.A. No. 1:09-887

### Northern District of Illinois

Vera Bowman, et al. v. Congressional Youth Leadership Council, et al., C.A. No. 1:09-1727

Schedule of Matters for Hearing Session, Section A                    p. 9
Portland, Oregon

## MDL No. 2078 -- IN RE: TICKETMASTER ENTERTAINMENT, INC., MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiffs Ellen Diamond, et al., for centralization of certain of the following actions in the United States District Court for the Central District of California and motion of plaintiffs Michael Smith, et al.; Kimberly Vining, et al.; and Michael Kelly for centralization of the following actions in the United States District Court for the District of New Jersey:

### Central District of California

Ellen Diamond, et al. v. TicketMaster Entertainment, Inc., et al., C.A. No. 2:09-912
Diana Wenzel v. TicketMaster Entertainment, Inc., C.A. No. 2:09-1234
Sheila Campbell v. TicketMaster Entertainment, Inc., et al., C.A. No. 2:09-1968

### District of Massachusetts

John O'Hurley v. TicketMaster Entertainment, Inc., et al., C.A. No. 1:09-10794

### District of Minnesota

Mark Clark v. TicketMaster Entertainment, Inc., et al., C.A. No. 0:09-1142

### District of New Jersey

Michael Smith, et al. v. TicketMaster Entertainment, Inc., et al., C.A. No. 2:09-2177
Kimberly Vining, et al. v. TicketMaster Entertainment, Inc., et al., C.A. No. 3:09-2096
Michael Kelly v. TicketMaster Entertainment, Inc., et al., C.A. No. 3:09-2222

### Middle District of North Carolina

Genevieve Robbins v. TicketMaster Entertainment, Inc., et al., C.A. No. 1:09-360

### Eastern District of Pennsylvania

Gretchen Frederick v. TicketMaster Entertainment, Inc., et al., C.A. No. 2:09-2159

## MDL No. 2079 -- IN RE: TABLE SAW PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Vitaly Petrenko; David DeCristoforo; Brendan Schmidt, et al.; Jaroslaw Wielgus; Brandon Stollings; Ruslan Lebedev; Konrad Mielcarek; Carlos Osorio; Michael Staruski; Zdzislaw Ptak; Henrichas Sinkevicius; Eduardo Olivera; Riccardo DiBona; Ross MacDonald; Andrew Bidgood; John Padre; Thomas White; Ian Eddery; Neil Resca; Martin Santos; Shaun Maloney; James Miles; Jeremiah Bernier; Matthew Beers; Glenn Robert White; Walter Bellaconis; Sujan Khadge; Luis Santiago; Michael Burke; Robert Grey; Roger Gallant; Omar Rosalis; Carl Fransen; Mamady Sangare; Lawrence Strelec; Christopher Helmes; Osbaldo Martinez; Steven Hildebrand; Mario Lopez; Deusdete Cuhna Barbosa; Keith Ladon Hinton, et al.; Lloyd Frazier; and Thomas Ortega for centralization of the following actions in the United States District Court for the District of Massachusetts:

### Central District of California

Vitaly Petrenko v. One World Technologies, Inc., et al., C.A. No. 5:08-758

### Eastern District of California

David DeCristoforo, Jr. v. Rexon Industrial Corp., et al., C.A. No. 2:08-933

### Northern District of California

Brendan Schmidt, et al. v. Pentair, Inc., et al., C.A. No. 3:08-4589

### Northern District of Illinois

Jaroslaw Wielgus v. Ryobi Technologies, Inc., et al., C.A. No. 1:08-1597
Brandon Stollings v. Ryobi Technologies, Inc., et al., C.A. No. 1:08-4006
Ruslan Lebedev v. Ryobi Technologies, Inc., et al., C.A. No. 1:08-4484
Zdzislaw Ptak v. Black & Decker Corp., et al., C.A. No. 1:08-6212
Henrichas Sinkevicius v. Techtronic Industries Co., Ltd., et al., C.A. No. 1:09-1738
Konrad Mielcarek v. Techtronic Industries Co., Ltd., et al., C.A. No. 1:09-2379

### District of Massachusetts

Carlos Osorio v. One World Technologies, Inc., et al., C.A. No. 1:06-10725
Michael P. Staruski v. Black & Decker Corp., et al., C.A. No. 1:06-10735
Eduardo Olivera v. Makita USA, Inc., C.A. No. 1:06-10736
Riccardo DiBona v. Pentair, Inc., et al., C.A. No. 1:06-10737
Ross MacDonald v. Emerson Electric Co., et al., C.A. No. 1:06-10925

Schedule of Matters for Hearing Session, Section A                    p. 11
Portland, Oregon


MDL No. 2079 (Continued)


### District of Massachusetts (Continued)

Andrew Bidgood v. Ryobi Technologies, Inc., et al., C.A. No. 1:06-12040
John Padre, Jr. v. Emerson Electric Co., et al., C.A. No. 1:07-11294
Thomas White v. Pentair, Inc., et al., C.A. No. 1:07-12043
Ian Eddery v. Black & Decker Corp., et al., C.A. No. 1:08-10849
Neil Resca v. Robert Bosch Tool Corp., et al., C.A. No. 1:08-11142
Martin Santos v. Ryobi Technologies, Inc., et al., C.A. No. 1:08-11700
Shaun Maloney v. Techtronic Industries North America, Inc., et al., C.A. No. 1:08-11888
James Miles v. WMH Tool Group, Inc., C.A. No. 1:08-12017
Jeremiah Bernier v. One World Technologies, Inc., et al., C.A. No. 1:08-12083
Matthew Beers v. One World Technologies, Inc., et al., C.A. No. 1:09-10010
Glenn Robert White v. One World Technologies, Inc., et al., C.A. No. 1:09-10011
Walter F. Bellaconis, Jr. v. Robert Bosch Tool Corp., C.A. No. 1:09-10091
Sujan Khadge v. Robert Bosch Tool Corp., C.A. No. 1:09-10092
Luis Santiago v. One World Technologies, Inc., et al., C.A. No. 1:09-10768
Michael Burke v. Techtronic Industries Co., Ltd., et al., C.A. No. 1:09-10797
Robert Grey v. Techtronic Industries Co., Ltd., et al., C.A. No. 1:09-10799
Roger Gallant v. WMH Tool Group, Inc., et al., C.A. No. 1:09-10821
Omar Rosalis v. WMH Tool Group, Inc., et al., C.A. No. 1:09-10822

### District of Nevada

Steven Hildebrand v. Black & Decker Corp., et al., C.A. No. 2:09-871

### District of New Jersey

Carl Fransen v. One World Technologies, Inc., et al., C.A. No. 2:08-5101
Mamady Sangare v. Ryobi Technologies, Inc., et al., C.A. No. 2:09-303
Lawrence A. Strelec v. Techtronic Industries Co., Ltd., et al., C.A. No. 2:09-742
Christopher Helmes v. Techtronic Industries Co., Ltd., et al., C.A. No. 2:09-883
Osbaldo Martinez v. Techtronic Industries Co., Ltd., et al., C.A. No. 2:09-2167

### Eastern District of New York

Mario Lopez v. Techtronic Industries Co., Ltd., et al., C.A. No. 1:09-1270

MDL No. 2079 (Continued)


### District of South Carolina

Deusdete Cuhna Barbosa v. Hitachi Koki USA, Ltd., C.A. No. 2:09-1285
Keith Ladon Hinton, et al. v. Hitachi Koki USA, Ltd., C.A. No. 3:07-2712

### Eastern District of Texas

Lloyd Frazier v. Woodstock International, Inc., C.A. No. 6:09-227

### Southern District of Texas

Thomas Ortega v. Black & Decker Corp., et al., C.A. No. 4:09-1550


## MDL No. 2080 -- IN RE: GLACEAU VITAMINWATER MARKETING AND SALES PRACTICES LITIGATION

Motion of defendants The Coca-Cola Company and Energy Brands, Inc., for centralization of the following actions in the United States District Court for the Northern District of California:

### District of New Jersey

Thomas Mason, et al. v. The Coca-Cola Co., et al., C.A. No. 1:09-220

### Eastern District of New York

Batsheva Ackerman, et al. v. The Coca-Cola Co., et al., C.A. No. 1:09-395

Schedule of Matters for Hearing Session, Section A                    p. 13
Portland, Oregon

## MDL No. 2081 -- IN RE: BLOOD REAGENTS ANTITRUST LITIGATION

Motion of plaintiffs Professional Resources Management of Crenshaw LLC and
Professional Resources Management, Inc., for centralization of certain of the following actions in
the United States District Court for the District of New Jersey; motion of plaintiff Larkin
Community Hospital for centralization of certain of the following actions in the United States
District Court for the District of New Jersey; and motion of plaintiffs Schuylkill Medical Center -
East Norwegian Street, et al., for centralization of the following actions in the United States
District Court for the Eastern District of Pennsylvania:

#### District of New Jersey

Warren General Hospital v. Immucor, Inc., et al., C.A. No. 2:09-2391
Bradford Hospital, etc. v. Immucor, Inc., et al., C.A. No. 2:09-2458
Niagara Falls Memorial Medical Center v. Immucor, Inc., et al., C.A. No. 2:09-2476
KershawHealth v. Immucor, Inc., et al., C.A. No. 2:09-2509
Professional Resources Management of Crenshaw LLC, etc. v. Immucor, Inc., et al.,
    C.A. No. 2:09-2511
Professional Resources Management, Inc., etc. v. Immucor, Inc., et al.,
    C.A. No. 2:09-2541
Regional Medical Center Board, etc. v. Immucor, Inc., et al., C.A. No. 2:09-2542
Larkin Community Hospital v. Immucor, Inc., et al., C.A. No. 2:09-2565

#### Southern District of New York

Mary Hitchcock Memorial Hospital, Inc. v. Immucor, Inc., et al., C.A. No. 1:09-5007

#### Eastern District of Pennsylvania

Schuylkill Medical Center - East Norwegian Street, et al. v. Immucor, Inc., et al.,
    C.A. No. 2:09-2491

Schedule of Matters for Hearing Session, Section A                              p. 14
Portland, Oregon


**MDL No. 2082 -- IN RE: MERIDIAN FUNDS GROUP SECURITIES & EMPLOYEE
RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Motion of defendants Meridian Capital Partners, Inc.; Meridian Diversified ERISA Fund,
Ltd.; Meridian Diversified Fund Management, LLC; Meridian Diversified Fund, Ltd.; William
H. Lawrence; Donald J. Halldin; John L. Sica; Timothy M. Hickey; Robert J. Murphy; Howard
B. Fischer; Laura K. Smith; and Peter M. Brown for centralization of the following actions in the
United States District Court for the Southern District of New York:

<u>Northern District of California</u>

B.A.C. Local No. 3 Pension Trust Fund, et al. v. Meridian Capital Partners, Inc., et al.,
C.A. No. 3:09-1277

<u>Southern District of New York</u>

Pension Trust Fund for Operating Engineers v. Meridian Diversified Fund Management,
LLC, et al., C.A. No. 1:09-3955

<u>Eastern District of Pennsylvania</u>

The R.W. Grand Lodge of Free & Accepted Masons of Pennsylvania v. Meridian Capital
Partners, Inc., et al., C.A. No. 2:09-2430

<u>Southern District of Texas</u>

Maritime Association - I.L.A. Pension Fund v. Meridian Capital Partners, Inc., et al.,
C.A. No. 4:09-1290

Schedule of Matters for Hearing Session, Section B                    p. 15
Portland, Oregon

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

**MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Mary T. Meredith, et al. v. Bondex International, Inc., et al., C.A. No. 2:09-886

Northern District of California

Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al., C.A. No. 3:09-902
William H. Dawson, et al. v. CBS Corp., et al., C.A. No. 3:09-903

Southern District of California

Michael E. Jenkins v. Allied Packing & Supply, Inc., et al., C.A. No. 3:09-101

Middle District of Louisiana

Henrietta McCrary, et al. v. United States of America, C.A. No. 3:08-777

District of New Jersey

Theresa C. Poggioli, et al. v. A.J. Friedman Supply Co., Inc., et al., C.A. No. 2:09-504

Schedule of Matters for Hearing Session, Section B                    p. 16
Portland, Oregon


MDL No. 875 (Continued)


#### Middle District of North Carolina

Philip Walter Herion, et al. v. Daniel International Corp., et al., C.A. No. 1:09-223

#### Northern District of Ohio

William Sillanpa v. Durabla Manufacturing Co., C.A. No. 1:09-10002

#### Eastern District of Oklahoma

Nora Austin, et al. v. A.W. Chesterton Co., Inc., et al., C.A. No. 6:09-15

#### Western District of Texas

Reggy Taylor, et al. v. Lucent Technologies, Inc., et al., C.A. No. 1:08-17

#### District of Utah

Jerry D. Anderson, et al. v. Hamilton Materials Inc., et al., C.A. No. 2:09-86


## MDL No. 1332 -- IN RE: MICROSOFT CORP. WINDOWS OPERATING SYSTEMS ANTITRUST LITIGATION

Opposition of plaintiff Emma Alvarado to transfer of the following action to the United States District Court for the District of Maryland:

#### Western District of Washington

Emma Alvarado v. Microsoft Corp., C.A. No. 2:09-189

## MDL No. 1417 -- IN RE: AMSTED INDUSTRIES INC. "ERISA" LITIGATION

Opposition of defendant LaSalle Bank, N.A., to remand, under 28 U.S.C. § 1407(a), of the following actions to the United States District Court for the Northern District of Alabama:

<u>Northern District of Illinois</u>

Jack D. LeCroy v. Amsted Industries, Inc., et al., C.A. No. 1:01-8208 (N.D. Alabama, C.A. No. 2:01-2025)

Charles McQueen v. Amsted Industries, Inc., et al., C.A. No. 1:01-8209 (N.D. Alabama, C.A. No. 2:01-2042)

Juan Armstrong v. Amsted Industries, Inc., et al., C.A. No. 1:01-8210 (N.D. Alabama, C.A. No. 2:01-2081

Joe Lee Mason, Jr., et al. v. Amsted Industries, Inc., et al., C.A. No. 8211 (N.D. Alabama, C.A. No. 2:01-2082)

Roderick Gillespie v. Amsted Industries, Inc., et al., C.A. No. 1:01-8212 (N.D. Alabama, C.A. No. 2:01-2083)

Noel G. Sanders, III v. Amsted Industries, Inc., et al., C.A. No. 1:01-8213 (N.D. Alabama, C.A. No. 2:01-2117)

James E. Duckett v. Amsted Industries, Inc., et al., C.A. No. 1:01-8214 (N.D. Alabama, C.A. No. 2:01-2118)

Darwyn Lightsey v. Amsted Industries, Inc., et al., C.A. No. 1:01-8215 (N.D. Alabama, C.A. No. 2:01-2119)

Larry Holder v. Amsted Industries, Inc., et al., C.A. No. 1:01-8216 (N.D. Alabama, C.A. No. 2:01-2120)

Daniel L. Wheeler v. Amsted Industries, Inc., et al., C.A. No. 1:01-8217 (N.D. Alabama, C.A. No. 2:01-2121)

John E. Smith v. Amsted Industries, Inc., et al., C.A. No. 1:01-8218 (N.D. Alabama, C.A. No. 2:01-2122)

Gerard Walker v. Amsted Industries, Inc., et al., C.A. No. 1:01-8219 (N.D. Alabama, C.A. No. 2:01-2123)

Dwight Smith v. Amsted Industries, Inc., et al., C.A. No. 1:01-8220 (N.D. Alabama, C.A. No. 2:01-2124)

Michael G. Marchant v. Amsted Industries, Inc., et al., C.A. No. 1:01-8221 (N.D. Alabama, C.A. No. 7:01-1962)

## MDL No. 1507 -- IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Jo Andrea Barnes to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

### Western District of Missouri

Jo Andrea Barnes v. Wyeth, et al., C.A. No. 4:09-226

## MDL No. 1570 -- IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

Opposition of plaintiff John Doe to transfer of the following action to the United States District Court for the Southern District of New York:

### District of District of Columbia

John Doe, etc. v. Sheikh Usama Bin-Muhummad Bin-Laden, et al., C.A. No. 1:01-2516

## MDL No. 1626 -- IN RE: ACCUTANE PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Stephen Livingston to transfer of the following action to the United States District Court for the Middle District of Florida:

### Northern District of Illinois

Stephen Livingston v. Hoffman-La Roche, Inc., et al., C.A. No. 1:09-2611

## MDL No. 1715 -- IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Motions of defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC, to transfer their respective following actions to the United States District Court for the Northern District of Illinois:

### Northern District of Georgia

Neil C. Gordon v. Ameriquest Mortgage Corp., Bky. Advy. No. 1:08-6521

Schedule of Matters for Hearing Session, Section B                    p. 19
Portland, Oregon


MDL No. 1715 (Continued)


### District of New Jersey

Maria Hamilton, et al. v. Argent Mortgage Co., LLC, et al., C.A. No. 1:08-6370

### District of Nevada

Danny Lyons v. Argent Mortgage Co., LLC, et al., C.A. No. 2:08-1828


## MDL No. 1726 -- IN RE: MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Frank J. Vallota to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of New Jersey:

### District of Minnesota

Frank J. Vallota v. Medtronic, Inc., C.A. No. 0:07-3278 (D. New Jersey,
    C.A. No. 1:07-1794)


## MDL No. 1760 -- IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Laura Brooks; Dara Pace; and James E. Lockard, et al., and defendants Bedford Laboratories; Hospira, Inc.; APP Pharmaceuticals, Inc.; and Teva Parenteral Medicines, Inc., to remand, under 28 U.S.C. § 1407(a), of their respective following actions to their respective transferor courts:

### Middle District of Tennessee

Laura Brooks v. Novartis Pharmaceuticals Corp., et al., C.A. No. 3:08-484 (D. District of
    Columbia, C.A. No. 1:08-484)
Dara Pace v. Novartis Pharmaceuticals Corp., et al., C.A. No. 3:08-582 (D. District of
    Columbia, C.A. No. 1:08-634)
James E. Lockard, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 3:08-583
    (M.D. Florida C.A. No. 8:08-818)

## MDL No. 1763 -- IN RE: HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Don Stanley to transfer of the following action to the United States District Court for the District of New Jersey:

<u>Southern District of Ohio</u>

Don Stanley v. Regeneration Technologies, Inc., et al., C.A. No. 1:09-239

## MDL No. 1769 -- IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff State of New Mexico ex rel. Gary King to transfer of the following action to the United States District Court for the Middle District of Florida:

<u>District of New Mexico</u>

State of New Mexico ex rel. Gary King v. AstraZeneca Pharmaceuticals, LP, et al., C.A. No. 1:09-390

## MDL No. 1845 -- IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Charles Bennefield and Ignacio Torres to transfer of their respective following actions to the United States District Court for the Northern District of Georgia:

<u>Eastern District of Texas</u>

Charles Bennefield v. ConAgra Foods, Inc., et al., C.A. No. 1:09-258

<u>Southern District of Texas</u>

Ignacio Torres v. ConAgra Foods, Inc., et al., C.A. No. 7:09-97

Schedule of Matters for Hearing Session, Section B                    p. 21
Portland, Oregon


## MDL No. 1877 -- IN RE: CLASSICSTAR MARE LEASE LITIGATION

Opposition of plaintiff Sioux Breeders, LLC, to transfer of the following action to the United States District Court for the Eastern District of Kentucky:

Eastern District of Michigan

Sioux Breeders, LLC v. GeoStar Corp., C.A. No. 1:09-10186


## MDL No. 1905 -- IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Keith E. Anderson to transfer of the following action to the United States District Court for the District of Minnesota:

Western District of Texas

Keith E. Anderson v. Syam Challapalli, et al., C.A. No. 5:09-284


## MDL No. 1953 -- IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Katherine Davis and Diana Santos to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Northern District of California

Katherine Davis v. Baxter Healthcare Corp., et al., C.A. No. 3:09-1178

District of New Jersey

Diana Santos v. Baxter Healthcare Corp., C.A. No. 2:09-1104

## MDL No. 1960 -- IN RE: PUERTO RICAN CABOTAGE ANTITRUST LITIGATION

Opposition of defendants Call Rapido, LLC, and Suramya T. Atapattu to transfer of the following action to the United States District Court for the District of Puerto Rico:

Southern District of Florida

Horizon Lines, LLC v. Call Rapido, LLC, et al., C.A. No. 0:08-61477

## MDL No. 1983 -- IN RE: INDIANAPOLIS LIFE INSURANCE COMPANY I.R.S. § 412(I) PLANS LIFE INSURANCE MARKETING LITIGATION

Motion of defendants Indianapolis Life Insurance Company and Aviva Life & Annuity Company to transfer the following action to the United States District Court for the Northern District of Texas:

Northern District of Illinois

Jeff Paul, et al. v. Aviva Life & Annuity Co., C.A. No. 1:09-1038

## MDL No. 1988 -- IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION

Opposition of defendant Countrywide Home Loans, Inc., to transfer of the following action to the United States District Court for the Southern District of California:

Southern District of Alabama

Gary J. Singleton, et al. v. Countrywide Home Loans, Inc., et al., C.A. No. 1:08-228

Schedule of Matters for Hearing Session, Section B                           p. 23
Portland, Oregon

MDL No. 2009 -- **IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Oppositions of plaintiffs Sandmann Davies, et al., and John J. Garrett, et al., to transfer of their respective following actions to the United States District Court for the Western District of Tennessee:

Eastern District of Louisiana

Sandmann Davies, et al. v. Morgan Asset Management, Inc., et al., C.A. No. 2:09-3275

Southern District of Texas

John J. Garrett, et al. v. Regions Financial Corp., et al., C.A. No. 4:09-1157

MDL No. 2011 -- **IN RE: THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION**

Opposition of plaintiff Fred J. Joseph to transfer of the following action to the United States District Court for the Southern District of New York:

District of Colorado

Fred J. Joseph v. The Reserve Fund, et al., C.A. No. 1:09-622

MDL No. 2017 -- **IN RE: LEHMAN BROTHERS HOLDINGS, INC., SECURITIES & EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Oppositions of plaintiffs Retirement Housing Foundation, et al., and The State of New Jersey, Department of Treasury, Division of Investment to transfer of their respective following actions to the United States District Court for the Southern District of New York:

Central District of California

Retirement Housing Foundation, et al. v. Cain Brothers & Co., LLC, et al.,
    C.A. No. 2:09-1943

Schedule of Matters for Hearing Session, Section B                    p. 24
Portland, Oregon


MDL No. 2017 (Continued)


Central District of California (Continued)

Retirement Housing Foundation, et al. v. Cain Brothers & Co., LLC, et al.,
    C.A. No. 2:09-1997

District of New Jersey

The State of New Jersey, Department of Treasury, Division of Investment v. Richard S.
    Fuld, Jr., et al., C.A. No. 3:09-1629

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the
Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel.  Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See generally</u> <u>In
re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

      (i)    the dispositive issue(s) have been authoritatively decided; or

      (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)    So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.   Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)    After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.