MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2009

FILED
CLERK'S OFFICE

# Brayton✦Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
HALLIE H. ALBERT
JENNIFER L. ALOSIO
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGRI*
RON G. ARCHER
DAVID H. BACKENSTOE
ROKSANA B. BIDDOLI
BRONSON D. BILLS*
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY J. CHU
TYLER R. CLARK
HUGH C. COOK
MATTHEW DA VEGA
JUSTIN F. FISH
JANETTE H. GLASER
JOHN D. GOLUSTJIN
RICHARD M. GRANT

LAUREL HALBANY
CHRIS B. HIGSON
BRITT R. HUSSAIN
SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
JESSICA S. KIM
MATTHEW D. LEE
LINDSEY E. MANROEL
MAUREEN C. MCGOWAN
JULIA K. MUSHFIR
JAMES P. NEVIN
OREN F. NOAH
PAULA A. RASMUSSEN
AMELIA SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIK L. SOLOMON
JANE E. VETTO*
NANCY T. WILLIAMS
ZOYA V. YARNYKH
MATTHEW L. ZULASKO-BARRETT

June 29, 2009

**PLEADING NO. 5869**

<u>VIA FACSIMILE (202) 502-2888</u>

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building, Room G-225, North Lobby
Washington, D.C. 20002

  Re: Notice of Opposition - Conditional Transfer Order 323
    Civil Action No. CAN 3 09-2187 *Thomas Hixson v. Allis-Chalmers Corp., et al.*

Dear Mr. Luthi:

  Please take notice that the Plaintiff, Thomas Hixson, opposes transfer of civil action number CAN 3 09-2187 to docket number 875, as proposed in conditional transfer order number 323.

              Very truly yours,

              Richard M. Grant

RMG:jae

2009 JUN 30 A 7:11
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

K:\Injured\18837\corresp\Fed-NTC of Opp to MDL transfer.wpd

**OFFICIAL FILE COPY**    IMAGED JUN 30 2009

06/29/2009 14:46 415-898-1247 BRAYTON PURCELL LLP PAGE 02/11

Case MDL No. 875 Document 5869 Filed 06/30/09 Page 2 of 11

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 30 2009

FILED
CLERK'S OFFICE

# PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

On June 29, 2009, I served the following document(s) described as:

LTR- NOTICE OF OPPOSITION TO CTO 323

on the interested party(ies) in this action as follows:

TO ALL PARTIES ON THE ATTACHED SERVICE LIST

  XX  **BY OFFICE MAILING:** I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this 29th day of June, 2009, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

Jane Ehni

Thomas Hixson v. Allis Chalmers Corp., et al.
U.S.D.C. # CAN 3 09-2187

Date Created: 6/29/2009-11:35:58 AM                                  Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 18837.001 - Thomas Hixson

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
Defendants:
 Albay Construction Company (ALBAY)
 Anderson, Rowe & Buckley, Inc. (AR&B)
 Cahill Contractors, Inc. (CAHILL)
 Cupertino Electric, Inc. (CUPELE)
 Marconi Plastering Company, Inc.
(MARCON)
 Tutor-Saliba Corporation (TUTSAL)
 Waldron, Duffy, Inc. (WALDUF)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
Defendants:
 Crown Cork & Seal Company, Inc.
(CC&S)

**Barg Coffin Lewis & Trapp LLP**
R. Morgan Gilhuly, Esq.
350 California Street, 22nd Floor
San Francisco, CA 94104-1435
415-228-5400   415-228-5450 (fax)
Defendants:
 Board of Trustees of The Leland Stanford
Junior University, The (STNFRD)
 Stanford Hospital & Clinics (STAH&C)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
Defendants:
 Hopeman Brothers, Inc. (HOPE)
 J.T. Thorpe & Son, Inc. (THORPE)
 Kaiser Gypsum Company, Inc. (KAISGY)
 Parker-Hannifin Corporation (PARKHF)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
Defendants:
 Dillingham Construction, N.A., Inc.
(DILGHM)
 Haas & Haynie Corporation (HAAS)
 M. Slayen & Associates, Inc. (SLAYEN)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
Defendants:
 Berry & Berry (B&B)

**Bishop, Barry, Howe, Haney & Ryder**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888   510-596-0899 (fax)
Defendants:
 Plant Products & Supply Company
(PLANTP)
 Redwood Plumbing Co., Inc. (REDPLU)
 Rudolph and Sletten, Inc. (RDLFSL)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
Defendants:
 Foster Wheeler LLC (FKA Foster Wheeler
Corporation) (FOSTER)
 National Steel and Shipbuilding Company
(NASSCO)
 Perini Corporation (PERCOR)

**Burnham & Brown**
1901 Harrison Street
11th Floor
Oakland, CA 94612
510-444-6800   510-835-6666 (fax)
Defendants:
 Borg-Warner Corporation by its Successor
in Interest, BorgWarner Morse TEC Inc.
(BWMORS)
 F.W. Spencer & Son, Inc. (FWSPEN)
 Golden Gate Drywall, Inc. (GGDRY)

**Cleavinger APLC**
7825 Fay Avenue
Suite 200
La Jolla, CA 92037
619-980-8898   858-750-2196 (fax)
Defendants:
 University Mechanical and Engineering
Contractors, Inc. (UMEC)

**Cooley Manion Jones Hake Kurowski
LLP**
201 Spear Street, 18th Floor
San Francisco, CA 94105
415-512-4381
Defendants:
 Collins Electrical Company, Inc.
(COLELC)

**Cooley, Manion, Jones, Hake, & Kurowski
LLP**
201 Spear Street
Suite 1800
San Francisco, CA 94105
415-512-4381   415-512-6791 (fax)
Defendants:
 A.W. Chesterton Company (CHESTR)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA 94607
510-267-0300   510-839-6610 (fax)
Defendants:
 Goulds Pumps, Inc. (GOULDP)

**Emard, Danoff, Port, Tamulski &
Paetzold LLP**
49 Stevenson Street
Suite 400
San Francisco, CA 94105
415-227-9455   415-227-4255 (fax)
Defendants:
 Crowley Maritime Corporation
(CROWLY)

**Filice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
Defendants:
 Chevron Shipping Company (CHEVCO)
 Chevron U.S.A. Inc. (CHEUSA)
 Ford Motor Company (FORD)
 Four Star Oil & Gas Company (FORSTR)
 Oakfabco, Inc. (OAKFAB)
 Unocal Corporation (UNOCAL)

Date Created: 6/29/2009-11:35:58 AM                                  Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 18837.001 - Thomas Hixson

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500   510-590-9595 (fax)
**Defendants:**
  D.W. Nicholson Corporation (DWNICH)
  Riley Power Inc. (RILPOW)

**Futterman Dupree Dodd Croley Maier LLP**
180 Sansome Street
17th Floor
San Francisco, CA 94104
415-399-3840   415-399-3838 (fax)
**Defendants:**
  Colonial Sugar Refining Company (CSR)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  3M Company (3M)
  Goodyear Tire & Rubber Company, The (GOODYR)
  Hussmann Corporation (HUSCOR)
  Ingersoll-Rand Company (INGRSL)

**Haight, Brown & Bonesteel**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
415-546-7500   415-546-7505 (fax)
**Defendants:**
  Northrop Grumman Shipbuilding, Inc. (NGSHBU)
  San Francisco Welding & Fabrication, Inc. (SFWELD)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  Oscar E. Erickson, Inc. (OSCAR)
  Sequoia Ventures Inc. (SEQUOA)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
  IMO Industries, Inc. (IMOIND)

**Imai, Tadlock, Keeney & Cordery, LLP**
100 Bush Street, Suite 1300
San Francisco, CA 94104
415-675-7000   415-675-7008 (fax)
**Defendants:**
  Georgia-Pacific Consumer Products LP (GPCPLP)
  J.S. Guerin & Company (GUERIN)
  San Francisco Gravel Company, Inc. (SFG)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
  DAP Products, Inc. (DAP)
  Durametallic Corporation (DURAM)
  General Dynamics Corporation (GENDYN)
  Goodloe E. Moore Inc (GOOMOO)
  Sun Ship, LLC (SSHLLC)
  Zurn Industries, LLC (ZURN)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**Knott & Glazier, LLP**
601 South Figueroa Street
Suite 4200
Los Angeles, CA 90017
213-312-9200   213-312-9201 (fax)
**Defendants:**
  Lockheed Martin Corporation (LOCCOR)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)
  Bigge Crane and Rigging Co. (BIGGEC)

**Lankford & Crawford LLP**
2 Theatre Square
Suite 240
Orinda, CA 94563
925-258-9091   925-258-9695 (fax)
**Defendants:**
  Ford Motor Company (FORD)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Coltec Industries, Inc. (COLTEC)
  Fairmont Hotel Company (FAIRH)
  Garlock Sealing Technologies, LLC (GARLCK)

**Law Offices of Jerome Schreibstein**
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
415-875-3355   415-358-9885 (fax)
**Defendants:**
  Bayer Cropscience Inc. (BAYCRO)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990   415-777-6992 (fax)
**Defendants:**
  Pacific Gas & Electric Company (PG&E)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
**Defendants:**
  Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
213-250-1800   213-580-7942 (fax)
**Defendants:**
  Advocate Mines, Ltd. (ADVMIN)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Kaiser Gypsum Company, Inc. (KAISGY)

06/29/2009 14:46 415-898-1247 BRAYTON PURCELL LLP PAGE 05/11
Case MDL No. 875 Document 5869 Filed 06/30/09 Page 5 of 11

3

Date Created: 6/29/2009-11:35:58 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 18837.001 - Thomas Hixson
Run By : Ehni, Jane (JAE)

**Low, Ball & Lynch**
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630  415-982-1634 (fax)
Defendants:
  Armstrong International, Inc. (ARMINT)
  Brown Sheet Metal & Mechanical, Inc. (BROWNS)
  Moore Securities Company (MOOSEC)

**Lucas Valley Law**
2110 Elderberry Lane
San Rafael, CA 94903
415-472-3892  415-472-3977 (fax)
Defendants:
  Georgia-Pacific Consumer Products LP (GPCPLP)

**Manatt, Phelps & Phillips, LLP**
One Embarcadero
30th Floor
San Francisco, CA 94111
415-291-7400  415-291-7638 (fax)
Defendants:
  Westburne Supply, Inc. (WESSUP)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000  415-267-4198 (fax)
Defendants:
  Certainteed Corporation (CERT)
  Metalclad Insulation Corporation (METALC)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000  415-442-1001 (fax)
Defendants:
  Grinnell Corporation (GRINN)
  Santa Fe Braun, Inc. as Successor-in-Interest to C.F. Braun, Inc. (CFBRAN)
  Yarway Corporation (YARWAY)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200  866-542-6538 (fax)
Defendants:
  Shell Oil Company (SHLOIL)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000  415-344-7288 (fax)
Defendants:
  Georgia-Pacific Corporation (GP)
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170  213-623-3594 (fax)
Defendants:
  FMC Corporation (FMC)
  Keenan Properties, Inc. (KEENAN)
  Viacom, Inc. (VIACOM)

**Prindle, Decker & Amaro**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946  562-495-0564 (fax)
Defendants:
  University Mechanical and Engineering Contractors, Inc. (UMEC)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354  415-788-3625 (fax)
Defendants:
  Consolidated Insulation, Inc. (CONSOL)
  Frederick Meiswinkel, Inc. (MEISWK)
  Syd Carpenter Marine Contractor, Inc. (SYD)
  Trane US, Inc. fka American Standard, Inc. (AMSTAN)
  Triple A Machine Shop, Inc. (AAA)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700  415-901-8701 (fax)
Defendants:
  F.P. Lathrop Construction Company (LATHRP)
  General Refractories (GENREF)
  Owens-Illinois, Inc. (OI)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900  415-781-2635 (fax)
Defendants:
  ConocoPhillips Company (CONPHI)
  General Electric Company (GE)
  Pacific Gas & Electric Company (PG&E)
  Peter Kiewit Sons, Inc. (PKIEWT)

**Selman Breitman LLP**
33 New Montgomery
6th floor
San Francisco, CA 94105
415-979-0400  415-979-2099 (fax)
Defendants:
  Atlas Heating and Ventilating Company, Ltd. (ATLASH)
  Douglass Insulation Company, Inc. (DOUGLS)
  Underground Construction Company, Inc. (UNDERG)

**Sinunu Bruni LLP**
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700  415-362-9707 (fax)
Defendants:
  Rosendin Electric, Inc. (ROSEEL)
  Timec Company, Inc. (TIMECO)
  Valley Sheet Metal Co. (VALSHM)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000  415-882-0300 (fax)
Defendants:
  Rapid-American Corporation (RAPID)

**Steptoe & Johnson LLP**
Kevin C. Mayer, Esq.
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400  213-439-9599 (fax)
Defendants:
  Metropolitan Life Insurance Company (MET)

**Stevens, Drummond & Gifford**
1910 Olympic Boulevard
Suite 250
Walnut Creek, CA 94596
925-944-5550  925-256-9669 (fax)
Defendants:
  Kelly-Moore Paint Company, Inc. (KELLY)

**Tucker Ellis & West LLP**
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
213-430-3400  213-430-3409 (fax)
Defendants:
  United Technologies Corporation (UNTECH)

Date Created: 6/29/2009-11:35:58 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 18837.001 - Thomas Hixson

Run By : Ehni, Jane (JAE)

4

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  United Technologies Corporation
(UNTECH)

**Vasquez, Estrada & Dumont, LLP.**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555   415-453-0549 (fax)
**Defendants:**
  FDCC California, Inc. (FDCCCA)
  Scott Co. of California (SCOTT)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Bondex International, Inc. (BONDEX)
  C.H. Murphy/Clark-Ullman, Inc.
(MURULL)
  Cal-Air Inc. (CALINC)
  D. Zelinsky & Sons, Inc. (ZELINS)
  Hamilton Materials, Inc. (HAM-M)
  Pierce Enterprises (PIERCE)
  Quintec Industries, Inc. (QUINTC)
  Rpm, Inc. (RPMINC)
  Spirax Sarco, Inc. (SPISAR)
  Thomas Dee Engineering Co., Inc. (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929   415-658-2930 (fax)
**Defendants:**
  Todd Shipyards Corporation (TODD)

Date Created: 6/29/2009-11:38:39 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 104442.005 - William Dennis

Run By : Ehni, Jarle (JAE)

1

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
Defendants:
  ABB Inc. which will do business in Ca. as ABB DE Inc. (ABBINC)
  Albay Construction Company (ALBAY)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
Defendants:
  CSK Auto, Inc. (CSKAUT)
  M. Slayen & Associates, Inc. (SLAYEN)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
Defendants:
  Berry & Berry (B&B)

**Bishop, Barry, Howe, Haney & Ryder**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888   510-596-0899 (fax)
Defendants:
  Plant Products & Supply Company (PLANTP)

**Filice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
Defendants:
  Ford Motor Company (FORD)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
Defendants:
  Goodyear Tire & Rubber Company, The (GOODYR)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
Defendants:
  Sequoia Ventures Inc. (SEQUOA)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
Defendants:
  Cummins Inc. (CUMINC)
  Goodloe E. Moore Inc (GOOMOO)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
Defendants:
  Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
Defendants:
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Lankford & Crawford LLP**
2 Theatre Square
Suite 240
Orinda, CA 94563
925-258-9091   925-258-9695 (fax)
Defendants:
  Ford Motor Company (FORD)

**Law Offices of Jerome Schreibstein**
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
415-875-3355   415-358-9883 (fax)
Defendants:
  Bayer Cropscience Inc. (BAYCRO)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
Defendants:
  Santa Fe Braun, Inc. as Successor-in-Interest to C.F. Braun, Inc. (CFBRAN)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
Defendants:
  Fraser's Boiler Service, Inc. (FRASER)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354   415-788-3623 (fax)
Defendants:
  Consolidated Insulation, Inc. (CONSOL)

**Steptoe & Johnson LLP**
Kevin C. Mayer, Esq.
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
Defendants:
  Metropolitan Life Insurance Company (MET)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
Defendants:
  SB Decking, Inc. (SBDECK)

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-323)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

John T. Barrett
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Peter G. Callaghan
PRETI FLAHERTY BELIVEAU
& PACHIOS PLLP
57 North Main Street
PO Box 1318
Concord, NH 03302-1318

Paula J. Clifford
BONNER KIERNAN
TREBACH & CROCIATA LLP
200 Portland Street, Suite 400
Boston, MA 02114

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

John J. Duffy
Brendan Place
23823 Lorain Road
Suite 279
North Olmsted, OH 44070

Dennis M. Duggan, Jr.
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131

Kathleen B. Ebrahimi
POND NORTH LLP
505 Montgomery Street
13th Floor
San Francisco, CA 94111

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

J.A. Gardner, III
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510

Brian D. Goss
COOLEY MANION
JONES LLP
21 Custom House Street
Boston, MA 02110

Brad Warren Graham
MCGIVNEY & KLUGER PC
1 State Street
Suite 800
Boston, MA 02109

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Marc C. Greco
GLASSER & GLASSER PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

A. Bernard Guekguezian
ADLER COHEN HARVEY
WAKEMAN &
GUEKGUEZIAN LLP
75 Federal Street
10th Floor
Boston, MA 02110

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510-2212

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

## MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Cheryl M. Hieber
STARK LAW FIRM
121 Middle Street
Manchester, NH 03101

Todd S. Holbrook
MORGAN LEWIS & BOCKIUS
Two International Place
Suite 1600
Boston, MA 02110

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105

Claire R. Hurley
SUTTER O'CONNELL
MANNION & FARCHONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Curtis Eugene Jimerson
BOWMAN & BROOKE LLP
1741 Technology Drive
Suite 200
San Jose, CA 95110

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Thomas C. Junker
GREGORY KAPLAN PLC
P.O. Box 2470
Richmond, VA 23218-2470

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Arun J. Kottha
TUCKER ELLIS & WEST
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Edward Kong Low
SONNENSCHEIN NATH &
ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105

Christopher J. Lynch
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kelly Martin Malone
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110

Ian N. McCallister
BRENT COON &
ASSOCIATES
277 Dartmouth Street
4th Floor
Boston, MA 02116

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

06/29/2009 14:46 415-898-1247 BRAYTON PURCELL LLP PAGE 10/11
Case MDL No. 875 Document 5869 Filed 06/30/09 Page 10 of 11

Page 3 of 4

## MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Charles J. McLeigh
GOLDBERG PERSKY &
WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Daniel J. Mitchell
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St., Suite 300
Portsmouth, VA 23705

Cheryl Ann Morris
EDMARD DANOFF PORT
TAMULSKI &
PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Sarah E. O'Leary
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

Richard Hooper Ottinger
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joel F. Pierce
MORRISON MAHONEY LLP
86 Willow Street
Yarmouthport, MA 02675

Francis D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Thomas B.S. Quarles Jr.
DEVINE MILLIMET &
BRANCH PA
111 Amherst Street
P.O. Box 719
Manchester, NH 03101

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Brad A. Rimmel
ROETZEL & ANDRESS
222 South Main Street
Suite 400
Akron, OH 44308

Stephen L. Rossetti
CETRULO & CAPONE LLP
2 Seaport Lane, 10th Floor
Boston, MA 02210

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2100

Lawrence S. Smith
RANSMEIER & SPELLMAN
P.O. Box 600
Concord, NH 03302-0600

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO &
STURM PLC
3 West Cary Street
Richmond, VA 23220

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Anthony S. Thomas
879 West 190th Street
Suite 700
Gardena, CA 90248

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

06/29/2009 14:46 415-898-1247 BRAYTON PURCELL LLP PAGE 11/11
Case MDL No. 875 Document 5869 Filed 06/30/09 Page 11 of 11

Page 4 of 4

## MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Charlotte E. Vaughn
GLASSER & GLASSER PLC
580 East Main Street
Suite 600
Norfolk, VA 23510

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Sherilyn B. Young
RATH YOUNG & PIGNATELLI
One Capital Plaza
P.O. Box 1500
Concord, NH 03302-1500

Karen M. Zello
GLASSER & GLASSER PLC
580 E Main Street
Suite 600
Norfolk, VA 23510