# Brayton✤Purcell LLP

**TRIAL LAWYERS**

MDL 875

JUN 30 2009

FILED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. McDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
HALLIE B. ALBERT
JENNIFER L. ALISIO
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOE
ROKSANA S. BIDDOLI
BRONSON D. BILLS*
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY J. CHIU
TYLER F. CLARK
HUGH C. COOK
MATTHEW DA VEGA
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT

LAUREL HALBANY
CHRIS R. HERSOM
EFFAT R. HUSSAIN
SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
JESSICA S. KIM
MATTHEW D. LUE
LINDSEY E. MANROEL
MAUREEN C. McGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OREN P. NOAH
PAULA A. RASMUSSEN
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
JANE E. VETTO*
NANCY T. WILLIAMS
ZOYA Y. YARNYKH
MATTHEW L. ZELASKO-BARRETT

June 29, 2009

PLEADING NO. 5870

<u>VIA FACSIMILE (202) 502-2888</u>

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building, Room G-225, North Lobby
Washington, D.C. 20002

Re: Notice of Opposition - Conditional Transfer Order 323
Civil Action No. CAN 3 09-2189 *Patrick Farley v. Associated Insulation of California*

Dear Mr. Luthi:

Please take notice that the Plaintiff, Patrick Farley, opposes transfer of civil action number CAN 3 09-2189 to docket number 875, as proposed in conditional transfer order number 323.

Very truly yours,



Richard M. Grant



RECEIVED
CLERK'S OFFICE
2009 JUN 30 A 7:09
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RMG:jae

K:\Injured\110144\corresp\Fed-NTC of Opp to MDL transfer.wpd

**OFFICIAL FILE COPY**           IMAGED JUN 30 2009

06/29/2009 14:37 415-898-1247 BRAYTON PURCELL LLP PAGE 02/08

Case MDL No. 875 Document 5870 Filed 06/30/09 Page 2 of 8

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 30 2009

FILED
CLERK'S OFFICE

1  PROOF OF SERVICE

2  I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

4  On June 29, 2009, I served the following document(s) described as:

5  LTR- NOTICE OF OPPOSITION TO CTO 323

6  on the interested party(ies) in this action as follows:

7  TO ALL PARTIES ON THE ATTACHED SERVICE LIST

10  __XX__ BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

15  Executed this 29th day of June, 2009, at Novato, California.

17  I declare under penalty of perjury that the foregoing is true and correct.

Jane Ehni

21
22  Patrtick Farley v. Associated Insulation of Calif., et al.
    U.S.D.C. # CAN 3 09-2189

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

2009 JUN 30 A 7: 10
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

1

PROOF OF SERVICE

Date Created: 6/29/2009-11:33:43 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 110144.001 - Patrick Farley
Run By : Ehni, Jane (JAE)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
  Albay Construction Company (ALBAY)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
  Hopeman Brothers, Inc. (HOPE)
  J.T. Thorpe & Son, Inc. (THORPE)
  Kaiser Gypsum Company, Inc. (KAISGY)
  Parker-Hannifin Corporation (PARKHF)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
**Defendants:**
  Dillingham Construction, N.A., Inc. (DILGHM)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500   510-590-9595 (fax)
**Defendants:**
  Republic Supply Company (REPBLC)
  Riley Power Inc. (RILPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Goodyear Tire & Rubber Company, The (GOODYR)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  Oscar E. Erickson, Inc. (OSCAR)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Garlock Sealing Technologies, LLC (GARLCK)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990   415-777-6992 (fax)
**Defendants:**
  Durabla Manufacturing Company, Inc. (DURAB)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Kaiser Gypsum Company, Inc. (KAISGY)
  Trimon Inc. (TRIMON)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Santa Fe Braun, Inc. as Successor-in-Interest to C.F. Braun, Inc. (CFBRAN)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200   866-542-6538 (fax)
**Defendants:**
  Shell Oil Company (SHLOIL)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Furmanite America, Incorporated (FURAME)
  Viacom, Inc. (VIACOM)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354   415-788-3625 (fax)
**Defendants:**
  Consolidated Insulation, Inc. (CONSOL)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Sinunu Bruni LLP**
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700   415-362-9707 (fax)
**Defendants:**
  Timec Company, Inc. (TIMECO)

**Steptoe & Johnson LLP**
Kevin C. Mayer, Esq.
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Walsworth, Franklin, Bevins & McCall**
Attn: Margaret Mahaffey, Esq. (CALL B-4 SERVING)
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
415-781-7072
**Defendants:**
  Plant Reclamation Inc. & Schnitzer Steel Products Co. (PLNTRC)

Date Created: 6/29/2009-11:33:43 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 110144.001 - Patrick Farley

Run By : Ehni, Jane (JAE)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Co., Inc. (DEE)

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-323)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

John T. Barrett
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Peter G. Callaghan
PRETI FLAHERTY BELIVEAU
& PACHIOS PLLP
57 North Main Street
PO Box 1318
Concord, NH 03302-1318

Paula J. Clifford
BONNER KIERNAN
TREBACH & CROCIATA LLP
200 Portland Street, Suite 400
Boston, MA 02114

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

John J. Duffy
Brendan Place
23823 Lorain Road
Suite 279
North Olmsted, OH 44070

Dennis M. Duggan, Jr.
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131

Kathleen B. Ebrahimi
POND NORTH LLP
505 Montgomery Street
13th Floor
San Francisco, CA 94111

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

J.A. Gardner, III
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510

Brian D. Goss
COOLEY MANION
JONES LLP
21 Custom House Street
Boston, MA 02110

Brad Warren Graham
MCGIVNEY & KLUGER PC
1 State Street
Suite 800
Boston, MA 02109

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Marc C. Greco
GLASSER & GLASSER PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

A. Bernard Guekguezian
ADLER COHEN HARVEY
WAKEMAN &
GUEKGUEZIAN LLP
75 Federal Street
10th Floor
Boston, MA 02110

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510-2212

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

## MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Cheryl M. Hieber
STARK LAW FIRM
121 Middle Street
Manchester, NH 03101

Todd S. Holbrook
MORGAN LEWIS & BOCKIUS
Two International Place
Suite 1600
Boston, MA 02110

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105

Claire R. Hurley
SUTTER O'CONNELL
MANNION & FARCHONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Curtis Eugene Jimerson
BOWMAN & BROOKE LLP
1741 Technology Drive
Suite 200
San Jose, CA 95110

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Thomas C. Junker
GREGORY KAPLAN PLC
P.O. Box 2470
Richmond, VA 23218-2470

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Arun J. Kottha
TUCKER ELLIS & WEST
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Edward Kong Low
SONNENSCHEIN NATH &
ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105

Christopher J. Lynch
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kelly Martin Malone
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110

Ian N. McCallister
BRENT COON &
ASSOCIATES
277 Dartmouth Street
4th Floor
Boston, MA 02116

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

## MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Charles J. McLeigh
GOLDBERG PERSKY &
WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Daniel J. Mitchell
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St., Suite 300
Portsmouth, VA 23705

Cheryl Ann Morris
EDMARD DANOFF PORT
TAMULSKI &
PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Sarah E. O'Leary
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

Richard Hooper Ottinger
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joel F. Pierce
MORRISON MAHONEY LLP
86 Willow Street
Yarmouthport, MA 02675

Francis D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Thomas B.S. Quarles Jr.
DEVINE MILLIMET &
BRANCH PA
111 Amherst Street
P.O. Box 719
Manchester, NH 03101

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Brad A. Rimmel
ROETZEL & ANDRESS
222 South Main Street
Suite 400
Akron, OH 44308

Stephen L. Rossetti
CETRULO & CAPONE LLP
2 Seaport Lane, 10th Floor
Boston, MA 02210

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106

Lawrence S. Smith
RANSMEIER & SPELLMAN
P.O. Box 600
Concord, NH 03302-0600

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO &
STURM PLC
3 West Cary Street
Richmond, VA 23220

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Anthony S. Thomas
879 West 190th Street
Suite 700
Gardena, CA 90248

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

# MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Charlotte E. Vaughn
GLASSER & GLASSER PLC
580 East Main Street
Suite 600
Norfolk, VA 23510

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Sherilyn B. Young
RATH YOUNG & PIGNATELLI
One Capital Plaza
P.O. Box 1500
Concord, NH 03302-1500

Karen M. Zello
GLASSER & GLASSER PLC
580 E Main Street
Suite 600
Norfolk, VA 23510