JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUN 3 0 2009

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

---

THIS DOCUMENT RELATES TO: (CTO-323)

IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA

WILLIAM H. MONROE, JR., Personal
Representative of the Estate of
LINWOOD R. JOHNSON, Deceased,

          Plaintiff,

v.                                                  Case No. 2:09cv9538

GARLOCK SEALING TECHNOLOGIES, LLC, et al.,

          Defendant.

**PLAINTIFF'S NOTICE OF OPPOSITION TO
JUDICIAL PANEL'S CONDITIONAL TRANSFER ORDER**

      Plaintiff, by counsel, pursuant to Rule 7.4(b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby serves Notice of Opposition to the above-referenced Conditional Transfer Order dated June 16, 2009 for a tag-along-action, and states as follows:

      1.      On May 15, 2009, Defendant General Electric Company ("General Electric") removed this case from the Portsmouth Circuit Court.

      2.      On June 16, 2009, the Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order (CTO-323).

      3.      Plaintiff and General Electric have reached a settlement agreement.

PLEADING NO. 5871

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

OFFICIAL FILE COPY    IMAGED JUN 3 0 2009

4.     Plaintiff is in the process of having a Dismissal Order, dismissing General Electric, endorsed by counsel for the defendants. Plaintiff is also having Dismissal Orders for Garlock Sealing Technologies, LLC, and Owens-Illinois, Inc. endorsed to dismiss these defendants who both reached a settlement agreement with Plaintiff prior to the removal of this case but were not dismissed in the Portsmouth Circuit Court.

5.     After the Dismissal Orders have been endorsed by counsel for these defendants, they will be filed in the United States District Court for the Eastern District of Virginia.

6.     Once the Dismissal Orders are entered, this case will be concluded. (All other defendants were settled and dismissed or nonsuited prior to removal.)

WHEREFORE, Plaintiff objects to the Conditional Transfer Order because the matter has been resolved, there are no pending claims and transfer is not necessary.

Respectfully Submitted,

GLASSER AND GLASSER, P.L.C.

By: _____/s/_____
Karen M. Zello, Esq.
Virginia Bar # 66783
Attorney for Plaintiff
Glasser and Glasser, PLC
580 E. Main Street, Suite 600
Norfolk, Virginia 23510
(757) 625-6787
(757) 625-5959
Karen@glasserlaw.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

Richard S. Glasser, Esq. (VSB# 04092)
William H. Monroe, Jr., Esq. (VSB# 27441)
Charlotte E. Vaughn, Esq. (VSB# 31972)
Karen M. Zello, Esq. (VSB# 66783)
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 E. Main Street
Norfolk, VA 23510
(757) 625-6787

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 3 0 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition to Judicial Panel's Conditional Transfer Order has been served via facsimile on the Judicial Panel on Multidistrict Litigation, via electronic submission on the United States District Court for the Eastern District of Virginia, via electronic notification or hard copy on all counsel of record on the attached Involved Counsel List (Excerpted from CTO-323) and via hard copy on the following counsel:

Anthony B. Taddeo, Jr., Esq.
TaddeoSturm, PLC
3 West Cary Street
Richmond, Virginia 23220
*Counsel for General Electric Company*

Carl Schwertz, Esq.
Duane Hauck & Gnapp
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2106
*Counsel for Garlock Sealing Technologies, LLC*

Robert L. O'Donnell, Esq.
Vandeventer, Black, LLP
500 World Trade Center
Norfolk, Virginia 23510
*Counsel for Owens-Illinois, Inc.*

on the 30th day of June, 2009.

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

RECEIVED
CLERK'S OFFICE
2009 JUN 30 A 10: 34
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

/s/
Karen M. Zello, Esq.
Virginia Bar # 66783
Attorney for Plaintiff
Glasser and Glasser, PLC
580 E. Main Street, Suite 600
Norfolk, Virginia 23510
(757) 625-6787
(757) 625-5959
Karen@glasserlaw.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

### INVOLVED COUNSEL LIST (CTO-323)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

John T. Barrett
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Peter G. Callaghan
PRETI FLAHERTY BELIVEAU
& PACHIOS PLLP
57 North Main Street
PO Box 1318
Concord, NH 03302-1318

Paula J. Clifford
BONNER KIERNAN
TREBACH & CROCIATA LLP
200 Portland Street, Suite 400
Boston, MA 02114

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169

John J. Duffy
Brendan Place
23823 Lorain Road
Suite 279
North Olmsted, OH 44070

Dennis M. Duggan, Jr.
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131

Kathleen B. Ebrahimi
POND NORTH LLP
505 Montgomery Street
13th Floor
San Francisco, CA 94111

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

J.A. Gardner, III
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510

Brian D. Goss
COOLEY MANION
JONES LLP
21 Custom House Street
Boston, MA 02110

Brad Warren Graham
MCGIVNEY & KLUGER PC
1 State Street
Suite 800
Boston, MA 02109

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Marc C. Greco
GLASSER & GLASSER PLC
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

A. Bernard Guekguezian
ADLER COHEN HARVEY
WAKEMAN &
GUEKGUEZIAN LLP
75 Federal Street
10th Floor
Boston, MA 02110

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510-2212

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

## MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Cheryl M. Hieber
STARK LAW FIRM
121 Middle Street
Manchester, NH 03101

Todd S. Holbrook
MORGAN LEWIS & BOCKIUS
Two International Place
Suite 1600
Boston, MA 02110

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105

Claire R. Hurley
SUTTER O'CONNELL
MANNION & FARCHONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Curtis Eugene Jimerson
BOWMAN & BROOKE LLP
1741 Technology Drive
Suite 200
San Jose, CA 95110

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Thomas C. Junker
GREGORY KAPLAN PLC
P.O. Box 2470
Richmond, VA 23218-2470

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Arun J. Kottha
TUCKER ELLIS & WEST
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
Hunton & Williams
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Edward Kong Low
SONNENSCHEIN NATH &
ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105

Christopher J. Lynch
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Kelly Martin Malone
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110

Ian N. McCallister
BRENT COON &
ASSOCIATES
277 Dartmouth Street
4th Floor
Boston, MA 02116

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

## MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Charles J. McLeigh
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue
Pittsburgh, PA 15219

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Daniel J. Mitchell
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Willard J. Moody, Jr.
MOODY STROPLE KLOEPPEL & HIGGINBOTHAM INC
500 Crawford St., Suite 300
Portsmouth, VA 23705

Cheryl Ann Morris
EDMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Sarah E. O'Leary
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

Richard Hooper Ottinger
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joel F. Pierce
MORRISON MAHONEY LLP
86 Willow Street
Yarmouthport, MA 02675

Francis D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Steven J. Pugh
RICHARSON PLOWDEN & ROBINSON PA
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Thomas B.S. Quarles Jr.
DEVINE MILLIMET & BRANCH PA
111 Amherst Street
P.O. Box 719
Manchester, NH 03101

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Brad A. Rimmel
ROETZEL & ANDRESS
222 South Main Street
Suite 400
Akron, OH 44308

Stephen L. Rossetti
CETRULO & CAPONE LLP
2 Seaport Lane, 10th Floor
Boston, MA 02210

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106

Lawrence S. Smith
RANSMEIER & SPELLMAN
P.O. Box 600
Concord, NH 03302-0600

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Anthony Berardo Taddeo, Jr.
JUNKER TADDEO & STURM PLC
3 West Cary Street
Richmond, VA 23220

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Anthony S. Thomas
879 West 190th Street
Suite 700
Gardena, CA 90248

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
Raleigh, NC 27619

## MDL No. 875 - Involved Counsel List (CTO-323) (Continued)

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Charlotte E. Vaughn
GLASSER & GLASSER PLC
580 East Main Street
Suite 600
Norfolk, VA 23510

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Sherilyn B. Young
RATH YOUNG & PIGNATELLI
One Capital Plaza
P.O. Box 1500
Concord, NH 03302-1500

Karen M. Zello
GLASSER & GLASSER PLC
580 E Main Street
Suite 600
Norfolk, VA 23510