**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 1 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL Docket No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | | |
|---|---|---|
| ROBERT SHEPHERD and<br>SHIRLEY SHEPHERD | )<br>)<br>) | Case No. 1:09-cv-10016-JGC |
| Plaintiffs, | )<br>) | Judge James G. Carr (ASB) |
| vs. | )<br>)<br>) | |
| ALLIED SIGNAL, INC., et al. | )<br>) | |
| Defendants. | ) | |

PLEADING NO. 5873

## NOTICE OF OPPOSITION

To: Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C., 20002

Please take notice, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that Robert Shepherd, et al., Plaintiff in Robert Shepherd, et al. v. Allied Signal, Inc., et al., No. 1:09-cv-10016 (N.D. Ohio), opposes the transfer of that action to the Eastern District of Pennsylvania as contemplated by the Panel's June 16, 2009 Conditional Transfer Order and Schedule CTO-323, attached thereto.

Dated: June 30, 2009

Respectfully submitted

*Diana Nickerson Jacobs*
Diana Nickerson Jacobs, Esquire

GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219
Phone: (412) 471-3980
Facsimile: (412) 471-8308
djacobs@gpwlaw.com

1

**OFFICIAL FILE COPY**

IMAGED JUL 1 2009

JOHN J. DUFFY & ASSOCIATES
John J. Duffy, Esquire
Ohio Bar ID#: 0032839
Brendan Place
23823 Lorain Road, Suite 270
North Olmsted, OH 44070
Phone: (440) 779-6636

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 16, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-323)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,648 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                           MDL No. 875

## SCHEDULE CTO-323 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 09-2187 | Thomas Hixson v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| CAN | 3 | 09-2189 | Patrick Farley v. Associated Insulation of California, et al. |
| CAN | 3 | 09-2244 | Henry Salm v. Foster Wheeler, LLC |
| CAN | 3 | 09-2245 | Ruben Valdez v. General Electric Co. |
| CAN | 3 | 09-2246 | William Cooper v. General Electric Co., et al. |
| CAN | 3 | 09-2248 | Miramon Anaya v. General Electric Co., et al. |
| CAN | 3 | 09-2282 | John McCollister v. General Electric Co., et al. |
| CAN | 3 | 09-2285 | Eldon Marlow v. Northrop Grumman Corp., et al. |
| CAN | 3 | 09-2336 | Kenneth W. Johnson v. Foster Wheeler, LLC |
| CAN | 3 | 09-2363 | William Dennis, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| CAN | 3 | 09-2424 | Patricia Pistilli, et al. v. McDonnell Douglas Corp., et al. |
| CAN | 3 | 09-2433 | Vernice Bryant, et al. v. General Electric Co., et al. |
| CAN | 4 | 09-2335 | James Connolly v. General Electric Co., et al. |
| CONNECTICUT | | | |
| CT | 3 | 09-373 | Jayne DeMarco, et al. v. Buffalo Pumps, Inc., et al. |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 09-12293 | Larry E. Miller, et al. v. Ford Motor Co. |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 08-735 | Bryan D. Pritchard, et al. v. Aqua-Chem, Inc., et al. |
| NORTH CAROLINA WESTERN | | | |
| NCW | 1 | 09-185 | Tommy Junior Spearman, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-186 | Johnny Bryant Ferrell, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-191 | Harold Dan Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-192 | David Hargett, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-195 | Marvin Eugene Griffin, Sr., et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-204 | Reza Djali, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-207 | Michael Wayne Wilson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-208 | Marion Wayne Sexton v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-323 Tag-Along Actions (Continued)

**NEW HAMPSHIRE**
| | | | |
|---|---|---|---|
| NH | 1 | 09-194 | Kenneth Wentworth, et al. v. A.W. Chesterton Co., et al. |
| NH | 1 | 09-202 | Ann M. Chiampa v. Trane U.S., Inc., et al. |

**OHIO NORTHERN**
| | | | |
|---|---|---|---|
| OHN | 1 | 09-10012 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10013 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10014 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10016 | Robert Shepherd, et al. v. Allied Signal, Inc., et al. |

**SOUTH CAROLINA**
| | | | |
|---|---|---|---|
| SC | 0 | 09-1371 | Martin Leslie Smith, Jr. et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-1512 | Howard Durant Rhyne, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 09-1451 | Melvin Haroldean Mullinax, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1262 | Fredrick Eckel Gregg v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1265 | David Brian Adams v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1389 | Timothy Waynel LeCroy, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1450 | John Stephen Williams v. Aqua-Chem, Inc., et al. |

**VIRGINIA EASTERN**
| | | | |
|---|---|---|---|
| VAE | 2 | 09-9535 | George W. Mcmullen v. American Standard, Inc., et al. |
| VAE | 2 | 09-9536 | Franklin R. Payne v. American Standard, Inc., et al. |
| VAE | 2 | 09-9537 | William H. Monroe, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9538 | William H. Monroe, Jr., etc. (Linwood R. Johnson) v. Garlock Sealing Technologies, LLC, et al. |
| VAE | 2 | 09-9539 | Carlos M. Bays v. American Standard, Inc., et al. |
| VAE | 2 | 09-9540 | Wayne Willis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9541 | John H. Ankoviak v. American Standard, Inc., et al. |
| VAE | 2 | 09-9542 | George Bierzynski v. American Standard, Inc., et al. |
| VAE | 2 | 09-9543 | Richard H. Chattin v. American Standard, Inc., et al. |
| VAE | 2 | 09-9544 | Sherman A. Fields, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9545 | Bobby N. Holland v. American Standard, Inc., et al. |
| VAE | 2 | 09-9546 | Alf G. Hustoft v. American Standard, Inc., et al. |
| VAE | 2 | 09-9547 | Francis R. Jenkins, Sr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9548 | Ray Lathrop v. American Standard, Inc., et al. |

JUN. 30. 2009  3:22PM    GOLDBERG PERSKY WHITE PC                NO. 1168   P. 7
Case MDL No. 875   Document 5873   Filed 07/01/09   Page 6 of 6
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 1 2009

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF OPPOSITION was served upon the following counsel of record via U.S. First Class mail this 30th day of June, 2009.

| | |
|---|---|
| Pneumo-Abex, LLC | Christopher J. Caryl, Esquire<br>Tucker Ellis & West<br>1150 Huntington Bldg.<br>925 Euclid Avenue<br>Cleveland, OH 44115 |
| Allied Signal, Inc. | Glenn A. Huetter, Jr., Esquire<br>Willman & Arnold<br>705 McKnight Park Drive<br>Pittsburgh, PA 15237 |
| Ford Motor Company | Brad A. Rimmel, Esquire<br>Roetzel & Andress - Akron<br>222 South Main Street, Ste. 400<br>Akron, OH 44308 |

Diana Nickerson Jacobs

Counsel for Plaintiffs

2009 JUN 30 P 3: 20
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE