UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 01, 2009

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    William Dennis, et al. v. Allis-Chalmers    )
        Corp. Product Liability Trust, et al.,    )    MDL No. 875
        N.D. California, C.A. No. 3:09-2363    )

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Dennis*) on June 16, 2009. The Panel has now been advised that *Dennis* was remanded to the Superior Court in the State of California in and for the County of San Francisco by the Honorable Jeffrey S. White on June 26, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-323" filed on June 16, 2009, is VACATED insofar as it relates to this action.

                FOR THE PANEL:

                Jeffery N. Lüthi
                Clerk of the Panel