UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 08, 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Thomas Hixson v. Allis-Chalmers Corp. Product Liability Trust, et al., N.D. California, C.A. No. 3:09-2187 | MDL No. 875 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hixson*) on June 16, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Hixson* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Hixson* was remanded to the Superior Court of the State of California in and for the County of San Francisco by the Honorable Maxine M. Chesney in an order filed on July 2, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-323" filed on June 16, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel