MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5879

**PLEADING STRICKEN 7/10/09**

### BEFORE THE JUDICIAL PANEL OF MULTI-DISTRICT LITIGATION

RE:   MDL-875 – In re Asbestos Product Liability Litigation (No. VI)

TO:   <u>VIA ECF, US MAIL and fax to:</u>
Michael E. Kunz
Clerk of the Panel
Judicial Panel on Multi District Litigation
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797
Fax: (215) 597-6390



RECEIVED JUN 2 2 2009

<u>Bruce Arnold, et al v. A.W. Chesterton Company et al.</u>
U.S. District Court, N.D. Case Number: C 09 1358 PJH

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-322)

Plaintiffs, by and through undersigned counsel, hereby file their Notice of Opposition to the Conditional Transfer Order dated June 10, 2009.

On March 27, 2009 Carrier Corporation requested that the Judicial Panel on Multi-District Litigation utilize its "tag along" procedures to transfer Civil Action No. 3:09-cv-01358-PJH to the MDL 875 proceedings before the Honorable Eduardo C. Robreno of the Eastern District of Pennsylvania. Plaintiffs oppose such requests as untimely and improper. <u>Bruce Arnold, et al. v. A.W. Chesterton, et al.</u> (Alameda County Superior Court Case No. RG-08-414884) has been pending in state court for over six months. Defendants' removal is improper because more than thirty days has passed since it was to the availability of the federal officer defense. Furthermore, Plaintiffs will demonstrate that Defendant waived their right to remove this case through voluntary acts, which constitute submission to jurisdiction in the Superior Court of California.

**OFFICIAL FILE COPY**

IMAGED JUL 1 0 2009

RECEIVED
CLERK'S OFFICE
JUL - 8 2009
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

On April 24, 2009 Plaintiffs filed a Motion to Remand for Improper Removal. Plaintiffs' motion is set for a hearing before Judge Phyllis J. Hamilton in the United States District Court for the Northern District on July 8, 2009. Transfer is therefore inappropriate because federal subject matter does not exist, it will not further the convenience of the parties and witnesses, and common issues do not predominate over individual issues of fact.

Respectfully submitted this 16th day of June, 2009.

Jessica N. Biernier
LEVIN SIMES KAISER & GORNICK, LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs



BEFORE THE JUDICIAL PANEL OF MULTI-DISTRICT LITIGATION

RE: MDL-875 – In re Asbestos Product Liability Litigation (No. VI)

TO: <u>VIA ECF, US MAIL and fax to:</u>
Michael E. Kunz
Clerk of the Panel
Judicial Panel on Multi District Litigation
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797
Fax: (215) 597-6390

<u>*Bruce Arnold, et al v. A.W. Chesterton Company et al.*</u>
U.S. District Court, N.D. Case Number: C 09 1358 PJH

## PROOF OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on the date last written, I served a true copy of the document(s) entitled:

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER (CTO-322)

Service was effectuated by forwarding the above-noted document on all counsel on the attached Involved Counsel List (Excerpted from CTO-322) MDL 875 In Re Asbestos Product Liability Litigation, by facsimile, ECF and by United States mail, first class postage prepaid, on this 16th day of June, 2009.

I declare under penalty of perjury, under the law of the State of California, that the foregoing is true and correct.

Executed on June 15, 2009, at San Francisco, California.

*Athena Sawabini*