UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jul 10, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Bruce Arnold, et al. v. A.W. Chesterton Co., et al.,    )
        N.D. California, C.A. No. 3:09-1358            )    MDL No. 875

## ORDER STRIKING PLEADING

The Clerk has filed the pleading styled as "Notice of Opposition to Conditional Transfer Order (CTO-322)." It is, however, deficient in the area(s) checked below:

- \_\_\_\_ Insufficient number of copies (Rule 5.12(a))

- \_\_\_\_ Incomplete service or notation regarding lack of service on all parties in all actions (Rule 5.2(a))

- \_\_\_\_ Counsel lists do not identify party represented and/or do not include complete names and addresses (Rule 5.2(a))

- \_\_\_\_ Service of motion in affected district courts not complete (Rule 5.12(c) and Rule 5.2(b))

- \_\_\_\_ Supporting brief not included (Rule 7.2(a)(i))

- \_\_\_\_ Schedule incomplete and/or not included (Rule 7.2(a)(ii))

- \_\_\_\_ Schedule lists state court actions (Rule 7.2(a)(ii)(B))

- \_\_\_\_ Papers do not comply regarding format, heading, attorney in charge of case, or brief contains excessive number of pages (Rule 7.1(f))

- \_\_\_\_ Remand motion does not include affidavit complying with requirements of Rule 7.6(d)

- **X** Other -- UNTIMELY. Conditional Transfer Order (CTO-322) was filed on May 18, 2009 and finalized on June 3, 2009. Plaintiffs' Notice of Opposition was not received by the JPML until July 8, 2009.

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: July 10, 2009

FOR THE PANEL:

John G. Heyburn II
Chairman