**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| Jacqueline Billingsley, Plaintiff, | Transferred from the Northern District of California |
| v. | |
| Center for Claims Resolution, Inc., et al., Defendants. | Civil Action No. 2:09-cv-63980 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL 14 2009

FILED
CLERK'S OFFICE

## O R D E R

**AND NOW**, this **19th** day of **June, 2009**, it is hereby **ORDERED** that Plaintiffs' motion to remand (doc. no. 5) is **GRANTED**. The case is remanded to the United States District Court for the Northern District of California.[1]

---

[1] Plaintiffs' motion for remand argues that this case is improperly included in MDL-875 because it is not an asbestos personal injury case. The Court agrees with Plaintiffs, it appearing that the case is a breach of contract action based on certain Defendants refusing to pay sums due pursuant to a settlement agreement. (Pls.' Mot. to Remand, Apr. 29, 2009, doc. no. 5 at 1-2). Furthermore, Defendants did not filed any response to Plaintiffs' motion within fourteen (14) days of the date of filing. The motion may therefore be granted as uncontested. Loc. R. Civ. P. 7.1(c).

The Plaintiffs' request for relief is a remand to the San Francisco Superior Court, which is the original California state court in this action. In the alternative, Plaintiffs' request a remand to the Northern District of California, the MDL-875 transferor court. (Pls.' Mot. to Remand, Apr. 29, 2009, doc. no. 5 at 5). Since Plaintiffs' do not make any arguments regarding lack of federal subject matter jurisdiction in their motion, it would be inappropriate for this Court to remand the case directly to the San Francisco Superior Court. Accordingly, remand is ordered in accordance with the Plaintiffs' alternative

PLEADING NO. 5881

AND IT IS SO ORDERED.

_____

EDUARDO C. ROBRENO, J.

---

request and the case is remanded to the United States District Court for the Northern District of California.