# Brayton✦Purcell LLP

**TRIAL LAWYERS**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2009

FILED
CLERK'S OFFICE

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. McDEVITT
ROBERT M. LEVY

*ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUNA
HALLIE R. ALBERT
JENNIFER L. ALESIO
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGUL*
RON Q. ARCHER
DAVID H. BACKENSTOE
ROKSANA S. BIDGOLI
BRONSON D. BILLS*
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHOW
KIMBERLY J. CHU
HUGH C. COOK
MATTHEW DA VEGA
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
LAUREL HALDANY

CHRIS H. HERSOM
IFFAT R. HUSSAIN
SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
JESSICA S. KIM
MATTHEW B. LEE
LINDSEY E. MANROEL
MAUREEN C. McGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OBEN P. NOAH
PAULA A. RASMUSSEN
AMIR R. SARKESHTEHDARY
CHRISTINA C. SKUBIC
RICO C. SOLOMON
LANCE R. STEWART
JAMIE E. VRTTO*
NANCY T. WILLIAMS
ZOYA Y. YARNYKH
MATTHEW L. ZELASKO-BARRETT

July 9, 2009

**PLEADING NO. 5884**

**VIA FACSIMILE (202) 502-2888**

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building, Room G-225, North Lobby
Washington, D.C. 20002

    Re: Withdrawal of Notice of Opposition - Conditional Transfer Order 323
        Civil Action No. CAN 3 09-2189 *Patrick Farley v. Associated Insulation of California*

Dear Mr. Luthi:

    Plaintiff Patrick Farley withdraws its Notice of Opposition to Conditional Transfer Order 323. And no longer opposes transfer of civil action number CAN 3 09-2189 to docket number 875, as proposed in conditional transfer order number 323.

                                      Very truly yours,

                                      Richard M. Grant

RMG:jae

K:\Injured\110144\corresp\Fed-Ltr Withdraw NTC re Opp to MDL transfer.wpd

MDL- **875 LIFT STAY 1 ACTION**
RECOMMENDED ACTION

Approved/Date: _____

**OFFICIAL FILE COPY**     IMAGED JUL 15 2009

RECEIVED CLERK'S OFFICE  2009 JUL 13 A 6:46  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2009

FILED
CLERK'S OFFICE

## PROOF OF SERVICE BY MAIL

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

On July 10, 2009, I served the following document(s) described as:

**LETTER WITHDRAWING OPPOSITION TO CONDITIONAL TRANSFER ORDER 323**

on the interested party(ies) in this action as follows:

TO ALL PARTIES ON THE SERVICE LIST

___XX___     BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed July 10, 2009, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jane Ehnl
Jane Ehnl

Patrick Farley v. Associated Insulation of California
United State District Court CAN 03 09-2189

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

2009 JUL 13 A 6: 46
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PROOF OF SERVICE BY MAIL                                    1

Date Created: 7/10/2009-5:02:51 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 110144.001 - Patrick Farley
Run By : Ehni, Jan: (JAE)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600  925-930-6620 (fax)
**Defendants:**
Albay Construction Company (ALBAY)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006  415-397-1339 (fax)
**Defendants:**
Hopeman Brothers, Inc. (HOPE)
J.T. Thorpe & Son, Inc. (THORPE)
Kaiser Gypsum Company, Inc. (KAISGY)
Parker-Hannifin Corporation (PARKHF)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600  510-658-1151 (fax)
**Defendants:**
Dillingham Construction, N.A., Inc. (DILGHM)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330  510-835-5117 (fax)
**Defendants:**
Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300  415-808-0333 (fax)
**Defendants:**
Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500  510-590-9591 (fax)
**Defendants:**
Republic Supply Company (REPBLC)
Riley Power Inc. (RILPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900  415-986-8054 (fax)
**Defendants:**
Goodyear Tire & Rubber Company, The (GOODYR)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800  415-288-9802 (fax)
**Defendants:**
Oscar E. Erickson, Inc. (OSCAR)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500  510-285-2505 (fax)
**Defendants:**
Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300  925-947-1594 (fax)
**Defendants:**
Garlock Sealing Technologies, LLC (GARLCK)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990  415-777-6992 (fax)
**Defendants:**
Durabla Manufacturing Company, Inc. (DURAB)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580  415-434-0882 (fax)
**Defendants:**
Kaiser Gypsum Company, Inc. (KAISGY)
Trimon Inc. (TRIMON)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000  415-442-1001 (fax)
**Defendants:**
Santa Fe Braun, Inc. as Successor-in-Interest to C.F. Braun, Inc. (CFBRAN)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200  866-542-6538 (fax)
**Defendants:**
Shell Oil Company (SHLOIL)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000  415-344-7288 (fax)
**Defendants:**
Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170  213-623-3594 (fax)
**Defendants:**
Furmanite America, Incorporated (FURAME)
Viacom, Inc. (VIACOM)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354  415-788-3625 (fax)
**Defendants:**
Consolidated Insulation, Inc. (CONSOL)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900  415-781-2635 (fax)
**Defendants:**
General Electric Company (GE)

**Sinunu Bruni LLP**
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700  415-362-9707 (fax)
**Defendants:**
Timec Company, Inc. (TIMECO)

**Steptoe & Johnson LLP**
Kevin C. Mayer, Esq.
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400  213-439-9599 (fax)
**Defendants:**
Metropolitan Life Insurance Company (MET)

**Walsworth, Franklin, Bevins & McCall**
Attn: Margaret Mahaffey, Esq. (CALL B-4 SERVING)
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
415-781-7072
**Defendants:**
Plant Reclamation Inc. & Schnitzer Steel Products Co. (PLNTRC)

Date Created: 7/10/2009-5:02:51 PM
Created by: LitSupport - ServiceList - Reporting                    Run By : Ehni, Jan: (JAE)
Matter Number: 110144.001 - Patrick Farley

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Co., Inc. (DEE)