UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 15, 2009**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Patrick Farley v. Associated Insulation of California,    )
     et al., N.D. California, C.A. No. 3:09-2189    )    MDL No. 875

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Farley*) on June 16, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiff wishes to withdraw his opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-323" filed on June 16, 2009, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel