JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

JUL 15 2009

FILED
CLERK'S OFFICE



**GLASSER ⦀ GLASSER**
— AND — P.L.C.
Attorneys and Counsellors at Law

Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212
Telephone: (757) 625-6787
Facsimile: (757) 625-5959
http://www.glasserlaw.com
1932 – Celebrating our 77th Year – 2009

Bernard Glasser
1910-1983

Richard S. Glasser
Michael A. Glasser
H. Seward Lawlor
Melvin R. Zimm
William H. Monroe, Jr.*
Kip A. Harbison
Mark K. Groves
Charlotte E. Vaughn

Lisa S. Brook**
Marc C. Greco
Stephen R. Meenan
Richard A. Knee***
Karen M. Zello
L. Robert Richman
Patrick J. McKenna
Lindsey C. Kelly
Timothy R. Spaulding
Dana S. Power

· Also admitted in DC
·· Also admitted in LA
··· Also admitted in TX
···· Also admitted in NC

July 14, 2009

PLEADING NO. 5886

**VIA FACSIMILE**
Jeffery N. Luthi, Clerk of the MDL Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

> Request of Pltfs. in Monroe, etc.,
> VAE 2:09-9538, for Extension of Time to
> file Motion/Brief to Vacate CTO ---
> GRANTED TO AND INCLUDING **August 7, 2009**
> (jwn - July 14, 2009)

Re:   Request for Extension to File Motion and Brief to Vacate CTO-323 in MDL Docket No. 875; Relates to William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dear Mr. Luthi:

On June 16, 2009, the Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order, which included the above-styled asbestos tag-along action. Plaintiff filed an Objection on June 30, 2009, informing the Panel that all of the three remaining defendants had settled and that Plaintiff's counsel was in the process of obtaining endorsed signature pages for dismissal of these remaining defendants. On July 10, 2009, Plaintiff submitted Dismissal Orders to the United States District Court for the Eastern District of Virginia for entry by the Court. (A copy of Plaintiff's correspondence to the Court and the endorsed Dismissal Orders are enclosed.) The Orders have not yet been entered; however, it is anticipated that they will be entered soon. The deadline for Plaintiff to submit a motion and brief to vacate the Conditional Transfer Order is July 15, 2009. In light of the fact that the matter will be completely resolved once the Orders are entered, Plaintiff respectfully requests that the Panel grant an extension for the filing of the motion and brief to continue the stay of the Conditional Transfer Order in order to permit the Court sufficient time to enter the Orders, which will make transfer unnecessary.

**IMAGED JUL 15 2009**

**OFFICIAL FILE COPY**

Jeffery N. Luthi, Clerk of the MDL Panel
July 14, 2009
Page 2

Thank you for your consideration of this matter.

Sincerely yours,

GLASSER AND GLASSER, P.L.C.

*Karen M. Zello*

Karen M. Zello

KMZ/dfj
Enclosures
cc:  Anthony B. Taddeo, Jr., Esq. (without enclosures)
     Carl Schwertz, Esq. (without enclosures)
     Ronald L. O'Donnell, Esq. (without enclosures)



| Bernard Glasser<br>1910-1983 | **GLASSER AND GLASSER P.L.C**<br>Attorneys and Counsellors at Law<br><br>Crown Center, Suite 600<br>580 East Main Street<br>Norfolk, Virginia 23510-2212<br>Telephone: (757) 625-6787<br>Facsimile: (757) 625-5959<br>http://www.glasserlaw.com<br>1932 – Celebrating our 77th Year – 2009 | Lisa S. Brook<br>Marc C. Greco<br>Stephen R. Meenan<br>Richard A. Knee<br>Karen M. Zello<br>L. Robert Richman<br>Patrick J. McKenna<br>Lindsey C. Kelly<br>Timothy R. Spaulding<br>Dana S. Power |
|---|---|---|
| Richard S. Glasser<br>Michael A. Glasser<br>H. Seward Lawlor<br>Melvin R. Zimm<br>William H. Monroe, Jr.<br>Kip A. Harbison<br>Mark K. Groves<br>Charlotte E. Vaughn | | |

\*    Also admitted in DC
\*\*   Also admitted in LA
\*\*\*  Also admitted in TX
\*\*\*\* Also admitted in NC

July 10, 2009

<u>Via Hand Delivery</u>
Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

  Re: William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dear Mr. Galindo:

  Enclosed please find Dismissal Orders in the above-referenced matter, dismissing Defendants Owens-Illinois, Inc., General Electric Company, and Garlock Sealing Technologies, LLC, which have been endorsed by all remaining counsel. Please present the Dismissal Orders to a Judge for entry. Once the Dismissal Orders have been entered, the case will be concluded. (All other defendants in the case were dismissed or nonsuited prior to removal from the Portsmouth Circuit Court.)

            Sincerely yours,

            GLASSER AND GLASSER, P.L.C.

            *Karen M. Zello* (signature)

            Karen M. Zello

KMZ/dfj
Enclosures
cc: Robert L. O'Donnell, Esq. (without enclosures)
   Anthony B. Taddeo, Jr., Esq. (without enclosures)
   Carl Schwertz, Esq. (without enclosures)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

WILLIAM H. MONROE, JR., Personal
Representative of the Estate of
LINWOOD R. JOHNSON, Deceased,

　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 2:09cv9538

GARLOCK SEALING TECHNOLOGIES, LLC, et al.,

　　　　　　　　　Defendant.

## DISMISSAL ORDER

On motion of Plaintiff, by counsel, and the defendant, Garlock Sealing Technologies, LLC (f/k/a Garlock, Inc.) and/or Colt Industries, Inc., by counsel, it appearing to the Court that said parties have settled the above-captioned action with regard to Plaintiff's claim against the defendant, Garlock Sealing Technologies, LLC (f/k/a Garlock, Inc.) and/or Colt Industries, Inc., and that the settlement has not yet been consummated but that the parties have agreed to have the wrongful death settlement approved by the Portsmouth Circuit Court, it is

ORDERED that Plaintiff's claim herein against Garlock Sealing Technologies, LLC (f/k/a Garlock, Inc.) and/or Colt Industries, Inc., be, and it hereby is, DISMISSED.

ENTER this _____ day of July, 2009.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

We ask for this:

_____Karen M. Zello_____
Karen M. Zello, Esq.
Virginia Bar # 66783
Attorney for Plaintiff
Glasser and Glasser, PLC
580 E. Main Street, Suite 600
Norfolk, Virginia 23510
(757) 625-6787
(757) 625-5959
Karen@glasserlaw.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

2

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Garlock Sealing Technologies, LLC

Seen and agreed to:

_____
Carl Schwertz, Esq.    VSB 27399
Counsel for Garlock Sealing Technologies, LLC
Duane Hauck & Gnapp
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2106
(804) 644-7400
(804) 649-8329 (Fax)
cschwertz@duanehauck

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Garlock Sealing Technologies, LLC

Seen and agreed to:

_____
Anthony B. Taddeo, Jr., Esq. / Matthew D. Joss, Esq (VSB #48434)
Virginia Bar #70677
Counsel for General Electric Company
TaddeoSturm, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
(804) 344-8541 (Fax)
taddeo@taddeosturm.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

4

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Garlock Sealing Technologies, LLC

Seen and agreed to:

_____
Robert L. O'Donnell, Esq.
Counsel for Owen-Illinois, Inc.
Vandeventer, Black, LLP
500 World Trade Center
Norfolk, Virginia 23510
(757) 446-8600
(757) 446-8670 (Fax)
rodonnell@vanblk.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

WILLIAM H. MONROE, JR., Personal
Representative of the Estate of
LINWOOD R. JOHNSON, Deceased,

           Plaintiff,

v.                                     Case No. 2:09cv9538

GARLOCK SEALING TECHNOLOGIES, LLC, et al.,

           Defendant.

## DISMISSAL ORDER

On motion of Plaintiff, by counsel, and the defendant, General Electric Company, by counsel, it appearing to the Court that said parties have settled the above-captioned action with regard to Plaintiff's claim against the defendant, General Electric Company, and that the settlement has not yet been consummated but that the parties have agreed to have the wrongful death settlement approved by the Portsmouth Circuit Court, it is

ORDERED that Plaintiff's claim herein against General Electric Company, be, and it hereby is, DISMISSED.

ENTER this _____ day of July, 2009.

                                                              _____
                                                                    JUDGE

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

We ask for this:

*[signature: Karen M. Zeller]*

Karen M. Zello, Esq.
Virginia Bar # 66783
Attorney for Plaintiff
Glasser and Glasser, PLC
580 E. Main Street, Suite 600
Norfolk, Virginia 23510
(757) 625-6787
(757) 625-5959
Karen@glasserlaw.com

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing General Electric Company

Seen and agreed to:

_____  / Matthew D. Joss, Esq. (VSB #48434)
Anthony B. Taddeo, Jr., Esq.
Virginia Bar #70677
Counsel for General Electric Company
TaddeoSturm, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
(804) 344-8541 (Fax)
taddeo@taddeosturm.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

3

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing General Electric Company

Seen and agreed to:

_____
Robert L. O'Donnell, Esq.
Counsel for Owen-Illinois, Inc.
Vandeventer, Black, LLP
500 World Trade Center
Norfolk, Virginia 23510
(757) 446-8600
(757) 446-8670 (Fax)
rodonnell@vanblk.com

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing General Electric Company

Seen and agreed to:

_____  VSB 27399
Carl Schwertz, Esq.
Counsel for Garlock Sealing Technologies, LLC
Duane Hauck & Gnapp
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2106
(804) 644-7400
(804) 649-8329 (Fax)
cschwertz@duanehauck

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

WILLIAM H. MONROE, JR., Personal
Representative of the Estate of
LINWOOD R. JOHNSON, Deceased,

        Plaintiff,

v.                                                                              Case No. 2:09cv9538

GARLOCK SEALING TECHNOLOGIES, LLC, et al.,

        Defendant.

### DISMISSAL ORDER

On motion of Plaintiff, by counsel, and the defendant, Owens-Illinois, Inc., by counsel, by counsel, it appearing to the Court that said parties have settled the above-captioned action with regard to Plaintiff's claim against the defendant, Owens-Illinois, Inc., and that the settlement has not yet been consummated but that the parties have agreed to have the wrongful death settlement approved by the Portsmouth Circuit Court, it is

ORDERED that Plaintiff's claim herein against Owens-Illinois, Inc., be, and it hereby is, DISMISSED.

ENTER this _____ day of July, 2009.

                                                                                       _____
                                                                                                      JUDGE

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

We ask for this:

_____Karen M. Zello_____
Karen M. Zello, Esq.
Virginia Bar # 66783
Attorney for Plaintiff
Glasser and Glasser, PLC
580 E. Main Street, Suite 600
Norfolk, Virginia 23510
(757) 625-6787
(757) 625-5959
Karen@glasserlaw.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

2

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Owens-Illinois, Inc.

Seen and agreed to:

_____
Robert L. O'Donnell, Esq.
Counsel for Owen-Illinois, Inc.
Vandeventer, Black, LLP
500 World Trade Center
Norfolk, Virginia 23510
(757) 446-8600
(757) 446-8670 (Fax)
rodonnell@vanblk.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Owens-Illinois, Inc.

Seen and agreed to:

_____ /Matthew D. Joss, Esq. (VSB#48434)
Anthony B. Taddeo, Jr., Esq.
Virginia Bar #70677
Counsel for General Electric Company
TaddeoSturm, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
(804) 344-8541 (Fax)
taddeo@taddeosturm.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

4

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Owens-Illinois, Inc.

Seen and agreed to:

_____  VSB 27374
Carl Schwertz, Esq.
Counsel for Garlock Sealing Technologies, LLC
Duane Hauck & Gnapp
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2106
(804) 644-7400
(804) 649-8329 (Fax)
cschwertz@duanehauck

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212