MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL 16 2009

FILED CLERK'S OFFICE

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) — MDL-875

| | | |
|---|---|---|
| ROBERT SHEPHERD and SHIRLEY SHEPHERD | ) | Case No. 1:09-cv-10016-JGC |
| | ) | Judge James G. Carr (ASB) |
| Plaintiffs, | ) | |
| vs. | ) | |
| ALLIED SIGNAL, INC., et al. | ) | |
| Defendants. | ) | |

PLEADING NO. 5887

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Plaintiffs, by and through their undersigned counsel, move this Panel pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation to vacate the Conditional Transfer Order entered with regard to this action, and in support thereof, states as follows:

1. Plaintiffs filed the instant action in the Court of Common Pleas of Cuyahoga County, Ohio, alleging injuries in relation to Plaintiff-husband's exposure to asbestos-containing products.

2. Specifically, Plaintiff-husband has mesothelioma.

3. On May 4, 2009, Defendant Pneumo-Abex, LLC ("Pneumo-Abex") removed this action, citing diversity jurisdiction.

4. The instant action involves factual determinations unique to this action and has nothing in common with other cases pending in the Transferee Court.

5. Contrary to 28 U.S.C. § 1407, transfer of this action would inconvenience the parties

OFFICIAL FILE COPY

IMAGED JUL 16 2009

and witnesses and would not promote the just or efficient conduct of this action.

WHEREFORE, Plaintiffs ask this Panel to vacate its Conditional Transfer Order to the extent that it affects this action.

Dated: July 15, 2009

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By:______________________________
Mark C. Meyer, Esquire
Charles J. McLeigh, Esquire
*Admitted Pro Hac Vice*

1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
(412) 471-8308 (facsimile)
cmcleigh@gpwlaw.com

JOHN J. DUFFY & ASSOCIATES
John J. Duffy, Esquire
Attorney #0032839
Brendan Place
23823 Lorain Road, Suite 270
North Olmsted, OH 44070
(440) 779-6636

Counsel for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 16 2009

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MOTION TO VACATE CONDITIONAL TRANSFER ORDER was served upon counsel listed on the attached service list via U.S. first class mail, this 15th day of July, 2009.

Charles J. McLeigh

Counsel for Plaintiffs

RECEIVED
CLERK'S OFFICE
2009 JUL 16 A 10: 50
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

***Shepherd, etc. vs. Pneumo-Abex, LLC, et al.***
**U.S.D.C. Northern District of Ohio No. 1:09-cv-10016-JGC**

**Counsel of Record**

| | |
|---|---|
| Pneumo-Abex, LLC | Christopher J. Caryl, Esquire<br>Tucker Ellis & West<br>1150 Huntington Bldg.<br>925 Euclid Avenue<br>Cleveland, OH 44115 |
| Allied Signal, Inc. | Glenn A. Huetter, Jr., Esquire<br>Willman & Arnold<br>705 McKnight Park Drive<br>Pittsburgh , PA 15237 |
| Ford Motor Company | Brad A. Rimmel, Esquire<br>Roetzel & Andress - Akron<br>222 South Main Street, Ste. 400<br>Akron , OH 44308 |

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

**INVOLVED COUNSEL LIST (Excerpted from CTO-323)**

Robert Shepherd, et al. v. Allied Signal, Inc., et al., N.D. Ohio, C.A. No. 1:09-10016 (Judge James G. Carr)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

John J. Duffy
Brendan Place
23823 Lorain Road
Suite 279
North Olmsted, OH 44070

Glenn A. Huetter, Jr.
WILLIAM & ARNOLD
705 McKnight Park Drive
Pittsburg, PA 15237

Claire R. Hurley
SUTTER O'CONNELL MANNION & FARCHONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Diana Nickerson Jacobs
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue, 3rd Floor
Pittsburgh, PA 15219-6295

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Arun J. Kottha
TUCKER ELLIS & WEST
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-323) (Continued)**

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Brad A. Rimmel
ROETZEL & ANDRESS
222 South Main Street
Suite 400
Akron, OH 44308

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL 16 2009

FILED CLERK'S OFFICE

**UNITED STATES OF AMERICA**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) MDL-875

ROBERT SHEPHERD and SHIRLEY SHEPHERD, Plaintiffs,

vs.

ALLIED SIGNAL, INC., et al. Defendants.

Case No. 1:09-cv-10016-JGC

Judge James G. Carr (ASB)

**MEMORANDUM IN SUPPORT OF MOTION TO**
**VACATE CONDITIONAL TRANSFER ORDER**

Plaintiffs, by and through their undersigned counsel, file the within Memorandum in Support of Motion to Vacate Conditional Transfer Order as follows:

**ARGUMENT**

28 U.S.C. § 1407 contemplates transfers which "will be for convenience of parties and witnesses and will promote just and efficient conduct" of actions. These goals would be disserved by a transfer in this case.

On May 4, 2009, Defendant Pneumo-Abex, LLC ("Pneumo-Abex") removed this action on the basis of diversity jurisdiction. The instant action involves factual determinations unique to this action and has nothing in common with other cases pending in the Transferee Court. Therefore, there is no economy of scale to be gained by transfer.

RECEIVED CLERK'S OFFICE
2009 JUL 16 A 10: 50
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## CONCLUSION

For the foregoing reasons, the Panel should vacate its Conditional Transfer Order with respect to this case.

Dated: July 15, 2009

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By:______________________________
Mark C. Meyer, Esquire
Charles J. McLeigh, Esquire
*Admitted Pro Hac Vice*

1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
(412) 471-8308 (facsimile)
cmcleigh@gpwlaw.com

JOHN J. DUFFY & ASSOCIATES
John J. Duffy, Esquire
Attorney #0032839
Brendan Place
23823 Lorain Road, Suite 270
North Olmsted, OH 44070
(440) 779-6636

Counsel for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 16 2009

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER was served upon counsel listed on the attached service list via U.S. first class mail, this 15th day of July, 2009.

Charles J. McLeigh

Counsel for Plaintiffs

RECEIVED
CLERK'S OFFICE
2009 JUL 16 A 10: 50
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

***Shepherd, etc. vs. Pneumo-Abex, LLC, et al.***
**U.S.D.C. Northern District of Ohio No. 1:09-cv-10016-JGC**

| | **Counsel of Record** |
|---|---|
| Pneumo-Abex, LLC | Christopher J. Caryl, Esquire<br>Tucker Ellis & West<br>1150 Huntington Bldg.<br>925 Euclid Avenue<br>Cleveland, OH 44115 |
| Allied Signal, Inc. | Glenn A. Huetter, Jr., Esquire<br>Willman & Arnold<br>705 McKnight Park Drive<br>Pittsburgh , PA 15237 |
| Ford Motor Company | Brad A. Rimmel, Esquire<br>Roetzel & Andress - Akron<br>222 South Main Street, Ste. 400<br>Akron , OH 44308 |

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

**INVOLVED COUNSEL LIST (Excerpted from CTO-323)**

Robert Shepherd, et al. v. Allied Signal, Inc., et al., N.D. Ohio, C.A. No. 1:09-10016
(Judge James G. Carr)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

John J. Duffy
Brendan Place
23823 Lorain Road
Suite 279
North Olmsted, OH 44070

Glenn A. Huetter, Jr.
WILLIAM & ARNOLD
705 McKnight Park Drive
Pittsburg, PA 15237

Claire R. Hurley
SUTTER O'CONNELL MANNION & FARCHONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Diana Nickerson Jacobs
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue, 3rd Floor
Pittsburgh, PA 15219-6295

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Arun J. Kottha
TUCKER ELLIS & WEST
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-323) (Continued)**

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Brad A. Rimmel
ROETZEL & ANDRESS
222 South Main Street
Suite 400
Akron, OH 44308

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608