07/16/2009 13:20 FAX 757 625 5959    GLASSER LAW                    ☒003/017

Case MDL No. 875   Document 5889   Filed 07/20/09   Page 1 of 15
Case 2:09-cv-09538-MSD   Document 24   Filed 07/15/2009   Page JUDICIAL PANEL ON
                                                              MULTIDISTRICT LITIGATION

                                   MDL 875

                                                              JUL 20 2009

                                                              FILED
                                                              CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

WILLIAM H. MONROE, JR., Personal
Representative of the Estate of
LINWOOD R. JOHNSON, Deceased,

           Plaintiff,

v.                                                   Case No. 2:09cv9538

GARLOCK SEALING TECHNOLOGIES, LLC, et al.,

           Defendant.

### DISMISSAL ORDER

On motion of Plaintiff, by counsel, and the defendant, General Electric Company, by counsel, it appearing to the Court that said parties have settled the above-captioned action with regard to Plaintiff's claim against the defendant, General Electric Company, and that the settlement has not yet been consummated but that the parties have agreed to have the wrongful death settlement approved by the Portsmouth Circuit Court, it is

ORDERED that Plaintiff's claim herein against General Electric Company, be, and it hereby is, DISMISSED.

ENTER this 15th day of July, 2009.

                                      /s/ MSD
                                      Mark S. Davis
                                      United States District Judge
                                      JUDGE

MDL-875   VAC CTO 1 ACTION
RECOMMENDED ACTION

Approved/Date: RBN 7/17/09

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

PLEADING NO. 5889

**OFFICIAL FILE COPY** IMAGED JUL 20 2009

We ask for this:

_____
Karen M. Zello, Esq.
Virginia Bar # 66783
Attorney for Plaintiff
Glasser and Glasser, PLC
580 E. Main Street, Suite 600
Norfolk, Virginia 23510
(757) 625-6787
(757) 625-5959
Karen@glasserlaw.com

**Glasser and Glasser, P.L.C.**
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

2

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing General Electric Company

Seen and agreed to:

_____  / Matthew D. Joss, Esq. (VSB #48434)
Anthony B. Taddeo, Jr., Esq.
Virginia Bar #70677
Counsel for General Electric Company
TaddeoSturm, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
(804) 344-8541 (Fax)
taddeo@taddeosturm.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

07/16/2009 13:21 FAX 757 625 5959    GLASSER LAW    ☒006/017

Case MDL No. 875   Document 5889   Filed 07/20/09   Page 4 of 15
Case 2:09-cv-09538-MSD   Document 24   Filed 07/15/2009   Page 4 of 5

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing General Electric Company

Seen and agreed to:

_____
Robert L. O'Donnell, Esq.
Counsel for Owen-Illinois, Inc.
Vandeventer, Black, LLP
500 World Trade Center
Norfolk, Virginia 23510
(757) 446-8600
(757) 446-8670 (Fax)
rodonnell@vanblk.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing General Electric Company

Seen and agreed to:

_____   VSB 27399
Carl Schwertz, Esq.
Counsel for Garlock Sealing Technologies, LLC
Duane Hauck & Gnapp
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2106
(804) 644-7400
(804) 649-8329 (Fax)
cschwertz@duanehauck

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

07/16/2009 13:21 FAX 757 625 5959    GLASSER LAW    ☒008/017

Case MDL No. 875   Document 5889   Filed 07/20/09   Page 6 of 15
Case 2:09-cv-09538-MSD   Document 23   Filed 07/15/2009   Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 20 2009

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JUL 15 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

WILLIAM H. MONROE, JR., Personal
Representative of the Estate of
LINWOOD R. JOHNSON, Deceased,

    Plaintiff,

v.            Case No. 2:09cv9538

GARLOCK SEALING TECHNOLOGIES, LLC, et al.,

    Defendant.

## DISMISSAL ORDER

On motion of Plaintiff, by counsel, and the defendant, Garlock Sealing Technologies, LLC (f/k/a Garlock, Inc.) and/or Colt Industries, Inc., by counsel, it appearing to the Court that said parties have settled the above-captioned action with regard to Plaintiff's claim against the defendant, Garlock Sealing Technologies, LLC (f/k/a Garlock, Inc.) and/or Colt Industries, Inc., and that the settlement has not yet been consummated but that the parties have agreed to have the wrongful death settlement approved by the Portsmouth Circuit Court, it is

ORDERED that Plaintiff's claim herein against Garlock Sealing Technologies, LLC (f/k/a Garlock, Inc.) and/or Colt Industries, Inc., be, and it hereby is, DISMISSED.

ENTER this 15th day of July, 2009.

                /s/ MSD
                Mark S. Davis
                United States District Judge
                JUDGE

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

Dbt f !3;.1: .dw1: 649.NTE!!!!!Epdvn f ouJ34!!!!!!Gjrhe!18026081 1: !!!!!Qbhf !3!pg6

We ask for this:

_Karen M. Zello_ (signature)

Karen M. Zello, Esq.
Virginia Bar # 66783
Attorney for Plaintiff
Glasser and Glasser, PLC
580 E. Main Street, Suite 600
Norfolk, Virginia 23510
(757) 625-6787
(757) 625-5959
Karen@glasserlaw.com

**Glasser and Glasser, P.L.C.**
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

2

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Garlock Sealing Technologies, LLC

Seen and agreed to:

_____  VSB 27399
Carl Schwertz, Esq.
Counsel for Garlock Sealing Technologies, LLC
Duane Hauck & Gnapp
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2106
(804) 644-7400
(804) 649-8329 (Fax)
cschwertz@duanehauck

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Garlock Sealing Technologies, LLC

Seen and agreed to:

_____ / Matthew D. Joss, Esq (VSB # 48434)
Anthony B. Taddeo, Jr., Esq.
Virginia Bar #70677
Counsel for General Electric Company
TaddeoSturm, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
(804) 344-8541 (Fax)
taddeo@taddeosturm.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Garlock Sealing Technologies, LLC

Seen and agreed to:

_____
Robert L. O'Donnell, Esq.
Counsel for Owen-Illinois, Inc.
Vandeventer, Black, LLP
500 World Trade Center
Norfolk, Virginia 23510
(757) 446-8600
(757) 446-8670 (Fax)
rodonnell@vanblk.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

WILLIAM H. MONROE, JR., Personal
Representative of the Estate of
LINWOOD R. JOHNSON, Deceased,

                Plaintiff,

v.                                  Case No. 2:09cv9538

GARLOCK SEALING TECHNOLOGIES, LLC, et al.,

                Defendant.

## DISMISSAL ORDER

On motion of Plaintiff, by counsel, and the defendant, Owens-Illinois, Inc., by counsel, by counsel, it appearing to the Court that said parties have settled the above-captioned action with regard to Plaintiff's claim against the defendant, Owens-Illinois, Inc., and that the settlement has not yet been consummated but that the parties have agreed to have the wrongful death settlement approved by the Portsmouth Circuit Court, it is

ORDERED that Plaintiff's claim herein against Owens-Illinois, Inc., be, and it hereby is, DISMISSED.

ENTER this 15th day of July, 2009.

/s/ MSD
Mark S. Davis
United States District Judge

_____
JUDGE

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

We ask for this:

_____
Karen M. Zello, Esq.
Virginia Bar # 66783
Attorney for Plaintiff
Glasser and Glasser, PLC
580 E. Main Street, Suite 600
Norfolk, Virginia 23510
(757) 625-6787
(757) 625-5959
Karen@glasserlaw.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Owens-Illinois, Inc.

Seen and agreed to:

_____
Robert L. O'Donnell, Esq.
Counsel for Owen-Illinois, Inc.
Vandeventer, Black, LLP
500 World Trade Center
Norfolk, Virginia 23510
(757) 446-8600
(757) 446-8670 (Fax)
rodonnell@vanblk.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Owens-Illinois, Inc.

Seen and agreed to:

_____
Anthony B. Taddeo, Jr., Esq. /Matthew D. Joss, Esq. (VSB#48434)
Virginia Bar #70677
Counsel for General Electric Company
TaddeoSturm, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
(804) 344-8541 (Fax)
taddeo@taddeosturm.com

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

4

William H. Monroe, Jr., Personal Representative of the Estate of Linwood R. Johnson, deceased v. Garlock Sealing Technologies, LLC, et al., Case No. 2:09cv9538

Dismissal Order dismissing Owens-Illinois, Inc.

Seen and agreed to:

_____   VSB 27399
Carl Schwertz, Esq.
Counsel for Garlock Sealing Technologies, LLC
Duane Hauck & Gnapp
10 E. Franklin Street, 4th Floor
Richmond, Virginia 23219-2106
(804) 644-7400
(804) 649-8329 (Fax)
cschwertz@duanehauck