UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 20, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

    William H. Monroe, Jr., etc. (Linwood R. Johnson) v.    )
        Garlock Sealing Technologies, LLC, et al.,        )
        E.D. Virginia, C.A. No. 2:09-9538                )        MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

      A conditional transfer order was filed in this action *(Monroe)* on June 16, 2009.  Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Monroe* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that *Monroe* was dismissed by the Honorable Mark S. Davis in an order filed on July 15, 2009.

      IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-323" filed on June 16, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel