JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JUL 24 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5891

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI),

DUANE PREWETT and EILEEN PREWETT,
husband and wife,

Plaintiffs,

vs.

GOULDS PUMPS (IPG), IMO INDUSTRIES, INC.
(successor to DELAVAL INDUSTRIES);
SABERHAGEN HOLDINGS, INC.; CBS
CORPORATION, a Delaware corporation, f/k/a
Viacom, Inc., Successor By Merger to CBS
Corporation, a Pennsylvania corporation, f/k/a
Westinghouse Electric Corporation; INGERSOLL-
RAND COMPANY; GENERAL REFRACTORIES
COMPANY; FOSTER WHEELER ENERGY
CORPORATION; GENERAL ELECTRIC CO.;
FRASER'S BOILER SERVICE, INC.;
METROPOLITAN LIFE INSURANCE COMPANY,
a New York Corporation; BARTELLS ASBESTOS
SETTLEMENT TRUST; METALCLAD
INSULATION CORPORATION; C.H.
MURPHY/CLARK-ULLMAN, INC.; GARLOCK,
INC.; RAPID-AMERICAN CORPORATION; and
MINNESOTA MINING & MANUFACTURING
COMPANY a/k/a "3M", CARVER PUMP
COMPANY; SUPERIOR LIDGERWOOD MUNDY
CORPORATION as successor to M.T. Davidson

CASE NO. MDL DOCKET NO. 875
WAW 2 09-838

NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER;
CERTIFICATE OF SERVICE



2009 JUL 24 A 7:00
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

OFFICIAL FILE COPY

-1

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101

IMAGED JUL 24 2009

| | |
|---|---|
| Company; FLOWSERVE CORPORATION as successor in interest to Durametalic Corporation; and FLOWSERVE US INC. as successor by merger with Duriron Company;<br><br>Defendants. | JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>JUL 24 2009<br><br>FILED<br>CLERK'S OFFICE |

DUANE PREWETT, et al. v. GOULDS PUMPS, et al.
NO: 2:09-cv-0838 RSM
U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER**

Plaintiffs DUANE PREWETT and EILEEN PREWETT oppose transfer of the case captioned above to the U.S. District Court for the Eastern District of Pennsylvania under 28 U.S.C. § 1407, as conditionally ordered by the Judicial Panel of Multidistrict Litigation on July 17, 2009.

Pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel of Multidistrict Litigation, a motion to vacate the conditional transfer order and a brief in support of that motion will be duly filed.

DATED this 23rd day of July, 2009.

PEPPLE JOHNSON CANTU & SCHMIDT, PLLC.

Jackson Schmidt, WSBA 16848
Steven T. Johnson, WSBA #14052
Attorneys for Plaintiffs
PEPPLE JOHNSON CANTU & SCHMIDT PLLC
1501 Western Avenue, Suite 600
Seattle, WA 98101
206.625.1711 / 206.625.1627 Fax
jacksonschmidt@pjcs.com
Kafkaesque@pjcs.com

- 2

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 24 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I, Dawn Anderson, declare that I am employed by the law firm of Pepple Johnson Cantu & Schmidt PLLC, 1501 Western Avenue, Suite 600, Seattle, King County, Washington; that I am over 18 years of age and not a party to this action.

I certify under penalty of perjury under the laws of the State of Washington that on this date I mailed the original and eleven copies, and a CD containing same, of the foregoing document for filing to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NE, Room G-255, North Lobby, Washington, DC 20002-8004.

I also certify that on this date I served a true and correct copy of the foregoing document on the following attorneys of record in the above-referenced action by the method indicated below:

Christine Dinsdale / David Fisher
SOHA & LANG, PS
701 Fifth Avenue, Suite 2400
Seattle, WA 98104
206.624.1800 / 206.624.3585 Fax
dinsdale@sohalang.com
fisher@sohalang.com
asbestos@sohalang.com
*Attorneys for Goulds Pumps, Carver Pump, Duriron Company (Flowserve US), Durametallic Corporation (Flowserve Corp), BW/IP, and Superior Lidgerwood Mundy*

☐ Messenger
☐ Facsimile
☒ U.S. Mail
☐ Overnight Courier
☐ Email

James Horne / Michael Ricketts
GORDON THOMAS HONEYWELL ET AL.
600 University, Suite 2100
Seattle, WA 98101
206.676.7500 / 206.676.7575 Fax
jhorne@gth-law.com
mricketts@gth-law.com
*Attorneys for IMO Industries*

☐ Messenger
☐ Facsimile
☒ U.S. Mail
☐ Overnight Courier
☐ Email

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

| | |
|---|---|
| Timothy Thorson<br>CARNEY BADLEY SPELLMAN, PS<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>206.622.8020 / 206.467.8215 Fax<br>thorson@carneylaw.com<br>*Attorney for Saberhagen Holdings, Inc.* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| Christopher Marks / Eliot Harris<br>WILLIAMS KASTNER & GIBBS<br>601 Union Street, Suite 4100<br>Seattle, WA 98111<br>206.628.6600 / 206.628.6611<br>cmarks@williamskastner.com<br>eharris@williamskastner.com<br>mtiegen@williamskastner.com<br>*Attorneys for CBS Corporation and General Electric Co and Rapid-American* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| Mark Tuvim / Kevin Craig<br>CORR CRONIN ET AL.<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>206.625.8600 / 206.625.0900 Fax<br>mtuvim@corrcronin.com<br>kcraig@corrcronin.com<br>*Attorneys for Ingersoll-Rand Company* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| GENERAL REFRACTORIES COMPANY<br>Liz Howanski<br>1 Bala Avenue, Suite 310<br>Bala Cynwyd, PA 19004<br>*Registered Agent for General Refractories* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| Matthew Turetsky<br>SCHWABE WILLIAMSON & WYATT PC<br>1420 Fifth Avenue, Suite 3010<br>Seattle, WA 98101-2339<br>mturetsky@schwabe.com<br>*Courtesy Copy for General Refractories* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |

- 4

| | | |
|---|---|---|
| 1 | Dirk Bernhardt<br>MURRAY DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119<br>206.622.2655 / 206.684.6924 Fax<br>dirk@murraydunham.com<br>asbestos@murraydunham.com<br>*Attorneys for Foster Wheeler* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| 5 | Carl Forsberg / Melissa Habeck / Jeremy Rogers<br>FORSBERG & UMLAUF, PS<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>206.689.8500 / 206.689.8501 Fax<br>cforsberg@forsberg-umlauf.com<br>mhabeck@forsberg-umlauf.com<br>jrogers@forsberg-umlauf.com<br>*Attorneys for Fraser's Boiler Service, Inc.* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| 10 | John Wilson<br>WILSON SMITH COCHRAN DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, WA 98161-1007<br>MetLifeAsbestos@wscd.com - gen'l asbestos<br>(wilson@wscd.com and reyes@wscd.com for immediate response)<br>*Attorney for Metropolitan Life* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| 15 | Stephen A. Fennell<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>202.429.8082<br>*Attorney for Metropolitan Life* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| 19 | Katherine M. Steele<br>Stafford Frey Cooper, PC<br>Two Union Square, Suite 3100<br>601 Union Street<br>Seattle, WA 98101<br>206.623.9900 / 206.624.6885 Fax<br>asbestos@staffordfrey.com<br>ksteele@staffordfrey.com<br>*Attorney for Metalclad Insulation Corporation*<br>*Registered Agent for C.H. Murphy/Clark-Ullman* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |

- 5

| | |
|---|---|
| G. William Shaw / Michael K. Ryan<br>K&L GATES<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>206.623.7580 / 206.623.7022 Fax<br>bill.shaw@klgates.com<br>michael.ryan@klgates.com<br>janet.mclean@klgates.com<br>*Attorneys for Garlock Sealing Technologies* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |
| Christopher Tompkins / Dana Henderson<br>BETTS PATTERSON & MINES, PS<br>701 Pike Street, Suite 200<br>Seattle, WA 98101<br>206.292.9988 / 206.343.7053 Fax<br>ctompkins@bpmlaw.com<br>dhenderson@bpmlaw.com<br>*Attorneys for Minnesota Mining & Manufacturing Co. a/k/a "3M"* | ☐ Messenger<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Overnight Courier<br>☐ Email |

Dated this  23  day of July, 2009.

*Dawn Anderson* (signature)
Dawn Anderson

-6-
PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 • FACSIMILE (206) 625-1627
TOTAL P.07