**MDL 875**

BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 3 0 2009

FILED
CLERK'S OFFICE

MDL No. 875  -  IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

(NO. VI)

---

*List only the cases you are opposing:*

*Roosevelt Samuel v. Liberty Mutual Insurance Co., et al.*, M.D. Louisiana, C.A. No. 09-448

## NOTICE OF OPPOSITION TO CTO-324

I represent the plaintiff, Roosevelt Samuel, in the above-captioned action which is included on the conditional transfer order (CTO-324). Plaintiff, Roosevelt Samuel, submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Respectfully submitted:

_____
Brian F. Blackwell (La. Bar Roll No. 18119)
**BLACKWELL & ASSOCIATES**
9270 Siegen Lane, Suite 201
Baton Rouge, Louisiana 70810
Telephone: (225) 769-2462
Telecopier: (225) 769-2463
E-mail:      brian@blackwell-associates.com

*Counsel for plaintiff, Roosevelt Samuel*

PLEADING NO. 5893

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Notice of Opposition to** CTO-324 has been served upon all parties as noted below:

**Bituminous Fire and Marine Insurance Company, The Traveler's Indemnity Company, Liberty Mutual Insurance Company as the insurers of B & B Engineering and Supply Co. of Louisiana, Inc. and B. & B. Engineering and Supply Company Inc. and their executive officers**

By electronic mail to:

Mr. William J. Sommers, Jr. (WSommers@duncour.com)
Ms. Magali Puente Martin (mmartin@duncour.com)

**Royal Indemnity Company as successor by merger to Royal Insurance Company of America f/k/a Royal Globe Insurance Company, individually and as successor by merger to Queen Insurance Company of America as insurer of The Aber Company, Inc.**

By electronic mail to:

Mr. Lawrence G. Pugh, III (lpugh@pugh-law.com)
Ms. Jacqueline A. Romero (jromero@pugh-law.com)

**Liberty Mutual Insurance Company as insurer of The Aber Company, Inc.**

By electronic mail to:

Ms. Elia Diaz-Yaeger (ediaz-yaeger@lawla.com)
Ms. Katherine L. Osborne (kosborne@lawla.com)

Baton Rouge, Louisiana, this 30th day of July, 2009.

Brian F. Blackwell