**MDL 875**

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2009

FILED
CLERK'S OFFICE

MDL No. 875 IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*, C.D.
CALIFORNIA, C.A. NO. 2:09-3724

PLEADING NO. 5894

## PLAINTIFFS' NOTICE OF OPPOSITION TO
## CTO-324-TAG-ALONG ACTIONS

I represent Plaintiffs Ellis Michael Staton and Susan Mary Staton in the above-captioned action, which is included on the conditional transfer order (CTO-324-TAG-ALONG ACTIONS), attached hereto as Exhibit A. Plaintiffs submit this opposition to the conditional transfer order, and understand that the motion and brief to vacate are due within 15 days.

Date: August 3, 2009

Sincerely,

BARON & BUDD, P.C.
9465 Wilshire Blvd., Suite 460
Beverly Hills, California 90212
Telephone: (310) 860-0476
Facsimile: (310) 860-0480

Jed Borghei, Esq. (SBN 257049)
Counsel for Plaintiffs

1

**OFFICIAL FILE COPY**      IMAGED AUG - 3 2009

Denyse F. Clancy, Esq. (SBN 255276)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181


Paul Kiesel, Esq. (SBN 119854)
KIESEL, BOUCHER & LARSON, L.L.P.
8648 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2009

FILED
CLERK'S OFFICE

# EXHIBIT A

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

July 17, 2009

TO INVOLVED COUNSEL

Re: MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)


RECEIVED JUL 21 2009

(See Attached CTO-324)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office BY FACSIMILE, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** __August 3, 2009__  (12 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
    Jakeia Mells
    Deputy Clerk

Attachments

JPML Form 39

Page 1 of 3

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

SCHEDULE CTO-324 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 09-3724 | Ellis Michael Stanton, et al. v. American Standard, Inc., et al. |
| CAC | 2 | 09-4744 | Nancy Jo Banchik, et al. v. Buffalo Pumps, Inc., et al. |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 09-2667 | Linda Griffin, etc. v. Avco Corp., et al. |
| CAN | 3 | 09-2691 | Rex Hancock v. General Electric Co., et al. |
| CAN | 3 | 09-2692 | Robert Pennington v. General Electric Co. |
| CAN | 3 | 09-2710 | Roderick Brooks v. Foster Wheeler, LLC |
| CAN | 3 | 09-2711 | Bruce Gleason v. General Electric Co., et al. |
| CAN | 3 | 09-2757 | Charley Brown v. General Electric Co. |
| CAN | 3 | 09-2806 | Jack Reynolds v. General Electric Co., et al. |
| CAN | 3 | 09-2808 | Ronald Svendsgaard v. Northrop Grumman Shipbuilding, Inc. |
| CAN | 3 | 09-2864 | John Otto v. General Electric Co., et al. |
| CAN | 3 | 09-2881 | Raymond Bell v. General Electric Co., et al. |
| CAN | 3 | 09-2907 | Kenneth Robertson v. Todd Shipyards Corp. |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 09-247 | Jessie Marlene Odom Ward, etc. v. Allis-Chalmers Pumps, Inc., et al. |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 09-60887 | Mark W. Stratmann, et al. v. Bondex International, Inc., et al. |
| FLS | 9 | 09-80965 | Thelma Oster v. Advanced Stores Co., Inc., et al. |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 09-448 | Roosevelt Samuel v. Liberty Mutual Insurance Co., et al. |
| MAINE | | | |
| ME | 2 | 09-288 | Robert W. Powers, et al. v. WLB Holding Co., et al. |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 02-365 | Victor Lee Thompson, et al. v. ACandS, Inc., et al. |
| NCM | 1 | 02-446 | Tina G. Daniels v. ACandS, Inc., et al. |
| NCM | 1 | 08-474 | John P. Grimes, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-734 | Dale Lynn Funderburk v. Aqua-Chem, Inc., et al. |

Case MDL No. 875   Document 5894   Filed 08/03/09   Page 6 of 13
Monday 03 of Aug 2009, Faxination        ->202 502 2888        Page 8 of 15

Page 2 of 3

**MDL No. 875 - Schedule CTO-324 Tag-Along Actions (Continued)**

NORTH CAROLINA WESTERN
    NCW  1  08-301      Sidney R. Alexander, et al. Aqua-Chem, Inc., et al.
    NCW  1  09-82       George Washington Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  09-83       Michael Wayne Silman v. Aqua-Chem, Inc., et al.
    NCW  1  09-224      James E. Suttle, et al. v. 3M Co., et al.
    NCW  1  09-225      Kenneth G. Sanders v. 3M Co., et al.
    NCW  1  09-240      Samuel Young, III, et al. v. A.W. Chesterton Co., et al.
    NCW  1  09-241      Jeffrey Scott Sherrill, et al. v. Alfa Laval, Inc., et al.
    NCW  1  09-242      James Luther Brown, Jr., et al. v. A.W. Chesterton, Co., et al.
    NCW  1  09-243      William Anderson Harrill, Jr. v. A.W. Chesterton, Co., et al.
    NCW  1  09-249      Ronald Scott Jones v. A.W. Chesterton Co., et al.
    NCW  1  09-250      Sylvester Lindsay, et al. v. A.W. Chesterton Co., et al.
    NCW  1  09-252      Darrell Eugene Morrison, et al. v. A.W. Chesterton Co., et al.

NEW JERSEY
    NJ   2  09-2913     Joanne Newell, etc. v. 3M Co., et al.
    NJ   2  09-2945     Anthony G. Losito, etc. v. John Doe Corp. 1-25, et al.

OREGON
    OR   1  09-678      Daniel Holmes, etc. v. A.W. Chesterton, Co., et al.

SOUTH CAROLINA
    SC   0  08-1022     Barney Keith Lundy, et al. v. Aqua-Chem, Inc., et al.
    SC   0  08-1023     David Richard Minter v. Aqua-Chem, Inc., et al.
    SC   0  08-1040     James W. Barber, et al. v. Aqua-Chem, Inc., et al.
    SC   0  08-1041     Calvin Edward Barker, et al. v. Aqua-Chem, Inc., et al.
    SC   0  08-1044     Stephen Lewis Wallace, et al. v. Aqua-Chem, Inc., et al.
    SC   0  08-2389     Ronnie F. Bangle, et al. v. Aqua-Chem, Inc., et al.
    SC   0  08-2390     Walter L. Bratton, et al. v. Aqua-Chem, Inc., et al.
    SC   0  08-2391     William D. Canupp, et al. v. Aqua-Chem, Inc., et al.
    SC   0  09-1591     Harold Bryant Alewine, Jr., et al. v. A.W. Chesterton Co., et al.
    SC   0  09-1592     James Sandy Godfrey, et al. v. A.W. Chesterton Co., et al.
    SC   0  09-1658     John Austin Knight v. A.W. Chesterton Co., et al.
    SC   0  09-1811     Terry Wayne Caudle v. A.W. Chesterton, Co., et al.
    SC   0  09-1814     Rembert Randolph Howell, et al. v. A.W. Chesterton, Co., et al.
    SC   0  09-1817     James Michael Sanders, et al. v. A.W. Chesterton, Co., et al.
    SC   0  09-1843     James Thomas Larkin, Sr., et al. v. A.W. Chesterton, Co., et al.
    SC   4  09-1847     Harold Lee Puckett, et al. v. A.W. Chesterton, Co., et al.
    SC   7  08-1042     James C. Goodwin, Jr. v. Aqua-Chem, Inc., et al.
    SC   7  08-2392     Charles Dewberry, et al. v. Aqua-Chem, Inc., et al.

Monday 03 of Aug 2009, Faxination    Case MDL No. 875   Document 5894   Filed 08/03/09   Page 7 of 13
->202 502 2888    Page 9 of 15

Page 3 of 3

### MDL No. 875 - Schedule CTO-324 Tag-Along Actions (Continued)

| | | | |
|---|---|---|---|
| SC | 7 | 08-2393 | Philip D. Husley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 09-1660 | Russell Lee Hughey v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-1661 | James Albert Hambright, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-1765 | Bobby Lewis Land, et al. v. A.W. Chesterton, Co., et al. |
| SC | 7 | 09-1844 | Michael Steven Morris, Sr., et al. v. A.W. Chesterton, Co., et al. |
| SC | 8 | 08-1021 | James Larry Campbell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-165 | Joseph Milton Crenshaw, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-469 | Alton Morris Collins, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-601 | Terry Carson Chappell v. Aqua-Chem, Inc., et al. |

**VIRGINIA EASTERN**

| | | | |
|---|---|---|---|
| VAE | 2 | 09-9549 | Paul D. Holland v. American Standard, Inc., et al. |
| VAE | 2 | 09-9550 | Albert J. Koppe v. American Standard, Inc., et al. |
| VAE | 2 | 09-9551 | Roger A. Modreske v. American Standard, Inc., et al. |
| VAE | 2 | 09-9552 | Wayne Reece v. American Standard, Inc., et al. |
| VAE | 2 | 09-9553 | Gerald F. Olesen v. American Standard, Inc., et al. |
| VAE | 2 | 09-9554 | Ronald E. Adams v. American Standard, Inc., et al. |
| VAE | 2 | 09-9555 | David T. Alkema v. American Standard, Inc., et al. |
| VAE | 2 | 09-9556 | Charles E. Denz v. American Standard, Inc., et al. |
| VAE | 2 | 09-9557 | C. Duane Tillery v. American Standard, Inc., et al. |
| VAE | 2 | 09-9558 | Weldon R. Weeden v. American Standard, Inc., et al. |

**WASHINGTON WESTERN**

| | | | |
|---|---|---|---|
| WAW | 2 | 09-838 | Duane Prewett, et al. v. Goulds Pumps, et al. |
| WAW | 3 | 09-5296 | Kathleen Reid, etc. v. American Optical Corp., et al. |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## INVOLVED COUNSEL LIST (CTO-324)

Veresa Jones Adams
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Garth W. Aubert
MENDES & MOUNT LLP
445 South Figueroa Street
38th Floor
Los Angeles, CA 90071

Jennifer L. Bartlett
SIMON EDDINS &
GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Heidi A. Bean
FRIEDMAN GAYTHWAITE
WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

James J. Bedortha
GOLDBERG PERSKY &
WHITE
1030 5th Avenue
3rd Floor
Pittsburgh, PA 15219-6295

Richard V. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

R. Dirk Bernhardt
MURRAY DUNHAM &
MURRAY
200 W Thomas Street
Suite 350
P.O. Box 9844
Seattle, WA 98109-0844

David T. Biderman
PERKINS COIE LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Brian Francis Blackwell
BLACKWELL & ASSOCIATES
9270 Siegen Lane
Suite 201
Baton Rouge, LA 70810

Roy B. Blackwell
KAUFMAN & CANOLES PC
4801 Courthouse Street
Suite 300
P.O. Box 6000
Williamsburg, VA 23188-6000

Joel M. Bondurant, Jr.
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

Paul M. Boots
22 Free Street
Suite 401
P.O. Box 7469
Portland, ME 04112-7469

Charles Everett Boyd, Jr.
NELSON MULLINS RILEY
ETC LLP
3600 Maclay Boulevard South
Suite 202
Tallahassee, FL 32312-1267

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Eric L. Brown
BARON & BUDD PC
9465 Wilshire Boulevard
Suite 460
Beverly Hills, CA 90212

Kay M. Brown
DEHAY & ELLISTON
36 South Charles Street
Suite 1300
Baltimore, MD 21201

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

George F. Burns
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04101-5029

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399

## MDL No. 875 - Involved Counsel List (CTO-324) (Continued)

Denyse Clancy
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin J. Craig
GORDON & REES LLP
701 Fifth Avenue
Suite 2130
Seattle, WA 98104

Richard M. Crump
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
200 South Lamar Street
P.O. Box 22608
Jackson, MS 39225-2608

Eric L. Dahlin
DAVIS WRIGHT
TREMAINE LLP
1300 S.W. 5th Avenue
Suite 2300
Portland, OR 97201-5630

Evelyn Fletcher Davis
HAWKINS & PARNELL
303 Peachtree Street, NE
4000 Suntrust Plaza
Atlanta, GA 30308-3243

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

Jason H. Daywitt
RIZZO MATTINGLY
BOSWORTH PC
411 S.W. Second Avenue
Suite 200
Portland, OR 97204

John M. Deitch
MENDES & MOUNT LLP
One Newark Center
19th Floor
Newark, NJ 07102

Elia Demetria Diaz-Yaeger
LUGENBUHL WHEATON
PECK RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Christine E. Dinsdale
SOHA & LANG PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

James M. Dunn
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Boston, MA 02114-2018

Steven A. Edelstein
The Biltmore Hotel Executive
Offices
1200 Anastasia Avenue
Coral Gables, FL 33134

Jeffrey T. Edwards
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
One City Center
P.O. Box 9546
Portland, ME 04112

C. Michael Evert, Jr.
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Julie Feigeles
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134

Carl E. Forsberg
FORSBERG & UMLAUF
901 5th Avenue
Suite 1700
Seattle, WA 98164-1039

Brita J. Forssberg
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Jana Marie Fried
BENNETT AIELLO COHEN &
FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131

David S. Frockt
LAW OFFICES OF MATTHEW
BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

Mark J. Fucile
FUCILE & REISING LLP
115 Northwest First Avenue
Suite 410
Portland, OR 97209-4024

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

John A. Gardner, III
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

Case MDL No. 875   Document 5894   Filed 08/03/09   Page 10 of 13
Monday 03 of Aug 2009, Faxination       ->202 502 2888       Page 12 of 15

Page 3 of 7

## MDL No. 875 - Involved Counsel List (CTO-324) (Continued)

Eric Michael Gernant
MCGIVNEY & KLUGER PC
23 Vreeland Road
Suite 220
Florham Park, NJ 07932

Michael V. Gilberti
EPSTEIN & GILBERTI LLC
21 East Front Street
Suite 210
Red Bank, NJ 07701

Merkys I. Gomez
RIDDELL WILLIAM
1001 Fourth Avenue
Suite 4500
Seattle, WA 98154

James J. Gross
DLA PIPER US LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103-7300

Joanne Hawkins
SPEZIALI GREENWALD &
HAWKINS
1081 Winslow Road
Williamstown, NJ 08094

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Dana H. Hoffman
YOUNG MOORE &
HENDERSON PA
P.O. Box 31627
Raleigh, NC 27622

Michael Woodrow Hogue
NELSON MULLINS
RILEY ETC
1320 Main Street
Meridan
17th Floor
Columbia, SC 29201

John L. Holcomb, Jr.
BAKER KEENER & NAHRA
Library Tower
633 West 5th Street
Suite 5400
Los Angeles, CA 90071

James Edward Horne
GORDON THOMAS
HONEYWELL MALANCA
PETERSON & DAHEIM
600 University
Suite 2100
Seattle, WA 98101-4185

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Christopher A.D Hunt
PRINCE LOBEL GLOVSKY &
TYE
100 Cambridge Street
Suite 220
Boston, MA 02114

James Norford Hurley
FOWLER WHITE
BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th
Floor
Miami, FL 33131-3302

David A. Jagolinzer
FERRARO & ASSOCIATES
4000 Ponce De Leon Blvd
Suite 700
Miami, FL 33146

Virginia E. Johnson
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Kevin A. Kauer
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
11th Floor
P.O. Box 2048
Greenville, SC 29602-2048

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Christopher J. Keale
SEDGWICK DETERT MORAN
& ARNOLD LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

James G. Kennedy
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Rebecca Carrie Kibbe
K&L GATES LLP
200 South Biscayne Blvd.
Wachovia Financial Center
Suite 3900
Miami, FL 33131-2399

Paul R. Kiesel
KIESEL BOUCHER &
LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

## MDL No. 875 - Involved Counsel List (CTO-324) (Continued)

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Gregory Kim
HASSARD BONNINGTON
444 South Flower Street
Suite 1700
Los Angeles, CA 90071

Theodore H. Kirchner
NORMAN HANSON & DETROY
415 Congress Street
P.O. Box 4600 DTS
Portland, ME 04112

Chris N. Kolos
HOLLAND & KNIGHT LLP
200 S. Orange Avenue
Suite 2600
P.O. Box 1526
Orlando, FL 32802-1526

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

William L. Kuzmin
COHEN PLACITELLA & ROTH PC
127 Maple Avenue
Red Bank, NJ 07701

Kenneth K. Kyre, Jr.
PINTO COATES KYRE & BROWN PLLC
P.O. Box 4848
Greensboro, NC 27404-4848

Kathleen M. LaBarge
BICE COLE LAW FIRM
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134

Brian F. Ladenburg
BERGMAN & FROCKT
614 First Avenue
4th Floor
Seattle, WA 98104

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Richard M. Lauth
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, Suite 200
Atlanta, GA 30305

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Craig L. Levinsohn
ARONSOHN WEINER & SALERNO
263 Main Street
Hackensack, NJ 07601

Thomas J. LoSavio
LOW BALL & LYNCH
601 California Street
21st Floor
San Francisco, CA 94108

Jeanne F. Loftis
BULLIVANT HOUSER BAILEY PC
888 SW Fifth Avenue
300 Pioneer Tower
Portland, OR 97204

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Christopher S. Marks
WILLIAMS KASTNER & GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101-2380

Christopher D. Mauriello
MAURIELLO LAW OFFICES
19810 W. Catawba Avenue
Cornelius, NC 28031

Grégory H. Maxwell
SPOHRER WILNER MAXWELL & MATTHEWS
701 W. Adams Street
Suite 2
Jacksonville, FL 32204

David B. McConnell
PERKINS THOMPSON PA
One Canal Plaza
P.O. Box 426 DTS
Portland, ME 04112

**MDL No. 875 - Involved Counsel List (CTO-324) (Continued)**

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106

G. William Shaw
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158

John Michael Silk
WILSON SMITH COCHRAN &
DICKERSON
1215 Fourth Avenue
Suite 1700
Seattle, WA 98161-1007

William J. Sommers, Jr.
DUNCAN COURINGTON &
RYDBERG LLC
400 Poydras St.
Suite 1200
New Orleans, LA 70130

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Katherine M. Steele
STAFFORD FREY &
COOPER PC
601 Union Street
3100 Two Union Square
Seattle, WA 98101-1374

Melanie T. Stella
BURGESS FITZER
1145 Broadway
Suite 400
Tacoma, WA 98402-3583

Elizabeth G. Stouder
RICHARDSON WHITMAN
LARGE & BADGER
465 Congress St.
P.O. Box 9545
Portland, ME 04112-9545

Jonathan F. Tabasky
COOLEY MANION &
JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110-3536

Brian R. Talcott
DUNN CARNEY ALLEN
HIGGINS & TONGUE
851 SW 6th Avenue
Suite 1500
Portland, OR 97204

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
3200 Beechleaf Court
Suite 500
P.O Drawer 19764
Raleigh, NC 27604-1064

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Timothy Kost Thorson
CARNEY BADLEY
SPELLMAN
701 Fifth Avenue
Suite 3600
Seattle, WA 98104-7010

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Christopher W. Tompkins
BETTS PATTERSON & MINES
One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927

Alex A. Toribio
MCCARTER & ENGLISH LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3495

R. Bart Totten
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Matthew Turetsky
SCHWABE WILLIAMSON &
WYATT
1420 5th Ave Ste 3010
Seattle, WA 98101-2339

Mark B. Tuvim
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE
1001 4th Avenue
Ste. 3900
Seattle, WA 98154-1051

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Monica A. Wells
BULLIVANT HOUSER
BAILEY PC
888 SW 5th Avenue
Suite 300
Portland, OR 97204

MDL No. 875 - Involved Counsel List (CTO-324) (Continued)

Beranton James Whisenant, Jr.
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137

Forrest Ren Wilkes
FORMAN PERRY WATKINS KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

John D. Wilson, Jr.
WILSON SMITH COCHRAN & DICKERSON
1700 Financial Center
1215 4th Avenue
Seattle, WA 98161-1007

Lee Ruffin Wilson
BOWERS ORR LLP
8910 Two Notch Road
Suite 400
Columbia, SC 29224

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101