UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 17, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-324)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 771 F.Supp. 415 (J.P.M.L. 1991).  Since that time, 84,695 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

**Aug 04, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                   MDL No. 875

## SCHEDULE CTO-324 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| ~~CAC~~ | ~~2~~ | ~~09-3724~~ | ~~Ellis Michael Stanton, et al. v. American Standard, Inc., et al.~~ |
| | | | **Opposed 8/3/09** |
| CAC | 2 | 09-4744 | Nancy Jo Banchik, et al. v. Buffalo Pumps, Inc., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-2667 | Linda Griffin, etc. v. Avco Corp., et al. |
| CAN | 3 | 09-2691 | Rex Hancock v. General Electric Co., et al. |
| CAN | 3 | 09-2692 | Robert Pennington v. General Electric Co. |
| CAN | 3 | 09-2710 | Roderick Brooks v. Foster Wheeler, LLC |
| CAN | 3 | 09-2711 | Bruce Gleason v. General Electric Co., et al. |
| CAN | 3 | 09-2757 | Charley Brown v. General Electric Co. |
| CAN | 3 | 09-2806 | Jack Reynolds v. General Electric Co., et al. |
| CAN | 3 | 09-2808 | Ronald Svendsgaard v. Northrop Grumman Shipbuilding, Inc. |
| CAN | 3 | 09-2864 | John Otto v. General Electric Co., et al. |
| CAN | 3 | 09-2881 | Raymond Bell v. General Electric Co., et al. |
| CAN | 3 | 09-2907 | Kenneth Robertson v. Todd Shipyards Corp. |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 09-247 | Jessie Marlene Odom Ward, etc. v. Allis-Chalmers Pumps, Inc., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 09-60887 | Mark W. Stratmann, et al. v. Bondex International, Inc., et al. |
| FLS | 9 | 09-80965 | Thelma Oster v. Advanced Stores Co., Inc., et al. |
| **LOUISIANA MIDDLE** | | | |
| ~~LAM~~ | ~~3~~ | ~~09-448~~ | ~~Roosevelt Samuel v. Liberty Mutual Insurance Co., et al.~~ |
| | | | **Opposed 7/30/09** |
| **MAINE** | | | |
| ME | 2 | 09-288 | Robert W. Powers, et al. v. WLB Holding Co., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 02-365 | Victor Lee Thompson, et al. v. ACandS, Inc., et al. |
| NCM | 1 | 02-446 | Tina G. Daniels v. ACandS, Inc., et al. |
| NCM | 1 | 08-474 | John P. Grimes, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-734 | Dale Lynn Funderburk v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-324 Tag-Along Actions (Continued)**

NORTH CAROLINA WESTERN
  NCW  1  08-301       Sidney R. Alexander, et al. Aqua-Chem, Inc., et al.
  NCW  1  09-82        George Washington Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  09-83        Michael Wayne Silman v. Aqua-Chem, Inc., et al.
  NCW  1  09-224       James E. Suttle, et al. v. 3M Co., et al.
  NCW  1  09-225       Kenneth G. Sanders v. 3M Co., et al.
  NCW  1  09-240       Samuel Young, III, et al. v. A.W. Chesterton Co., et al.
  NCW  1  09-241       Jeffrey Scott Sherrill, et al. v. Alfa Laval, Inc., et al.
  NCW  1  09-242       James Luther Brown, Jr., et al. v. A.W. Chesterton, Co., et al.
  NCW  1  09-243       William Anderson Harrill, Jr. v. A.W. Chesterton, Co., et al.
  NCW  1  09-249       Ronald Scott Jones v. A.W. Chesterton Co., et al.
  NCW  1  09-250       Sylvester Lindsay, et al. v. A.W. Chesterton Co., et al.
  NCW  1  09-252       Darrell Eugene Morrison, et al. v. A.W. Chesterton Co., et al.

NEW JERSEY
  NJ    2  09-2913      Joanne Newell, etc. v. 3M Co., et al.
  NJ    2  09-2945      Anthony G. Losito, etc. v. John Doe Corp. 1-25, et al.

OREGON
  OR    1  09-678       Daniel Holmes, etc. v. A.W. Chesterton, Co., et al.

SOUTH CAROLINA
  SC    0  08-1022      Barney Keith Lundy, et al. v. Aqua-Chem, Inc., et al.
  SC    0  08-1023      David Richard Minter v. Aqua-Chem, Inc., et al.
  SC    0  08-1040      James W. Barber, et al. v. Aqua-Chem, Inc., et al.
  SC    0  08-1041      Calvin Edward Barker, et al. v. Aqua-Chem, Inc., et al.
  SC    0  08-1044      Stephen Lewis Wallace, et al. v. Aqua-Chem, Inc., et al.
  SC    0  08-2389      Ronnie F. Bangle, et al. v. Aqua-Chem, Inc., et al.
  SC    0  08-2390      Walter L. Bratton, et al. v. Aqua-Chem, Inc., et al.
  SC    0  08-2391      William D. Canupp, et al. v. Aqua-Chem, Inc., et al.
  SC    0  09-1591      Harold Bryant Alewine, Jr., et al. v. A.W. Chesterton Co., et al.
  SC    0  09-1592      James Sandy Godfrey, et al. v. A.W. Chesterton Co., et al.
  SC    0  09-1658      John Austin Knight v. A.W. Chesterton Co., et al.
  SC    0  09-1811      Terry Wayne Caudle v. A.W. Chesterton, Co., et al.
  SC    0  09-1814      Rembert Randolph Howell, et al. v. A.W. Chesterton, Co., et al.
  SC    0  09-1817      James Michael Sanders, et al. v. A.W. Chesterton, Co., et al.
  SC    0  09-1843      James Thomas Larkin, Sr., et al. v. A.W. Chesterton, Co., et al.
  SC    4  09-1847      Harold Lee Puckett, et al. v. A.W. Chesterton, Co., et al.
  SC    7  08-1042      James C. Goodwin, Jr. v. Aqua-Chem, Inc., et al.
  SC    7  08-2392      Charles Dewberry, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-324 Tag-Along Actions (Continued)**

| | | | |
|---|---|---|---|
| SC | 7 | 08-2393 | Philip D. Husley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 09-1660 | Russell Lee Hughey v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-1661 | James Albert Hambright, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-1765 | Bobby Lewis Land, et al. v. A.W. Chesterton, Co., et al. |
| SC | 7 | 09-1844 | Michael Steven Morris, Sr., et al. v. A.W. Chesterton, Co., et al. |
| SC | 8 | 08-1021 | James Larry Campbell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-165 | Joseph Milton Crenshaw, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-469 | Alton Morris Collins, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-601 | Terry Carson Chappell v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 09-9549 | Paul D. Holland v. American Standard, Inc., et al. |
| VAE | 2 | 09-9550 | Albert J. Koppe v. American Standard, Inc., et al. |
| VAE | 2 | 09-9551 | Roger A. Modreske v. American Standard, Inc., et al. |
| VAE | 2 | 09-9552 | Wayne Reece v. American Standard, Inc., et al. |
| VAE | 2 | 09-9553 | Gerald F. Olesen v. American Standard, Inc., et al. |
| VAE | 2 | 09-9554 | Ronald E. Adams v. American Standard, Inc., et al. |
| VAE | 2 | 09-9555 | David T. Alkema v. American Standard, Inc., et al. |
| VAE | 2 | 09-9556 | Charles E. Denz v. American Standard, Inc., et al. |
| VAE | 2 | 09-9557 | C. Duane Tillery v. American Standard, Inc., et al. |
| VAE | 2 | 09-9558 | Weldon R. Weeden v. American Standard, Inc., et al. |

WASHINGTON WESTERN
| | | | |
|---|---|---|---|
| ~~WAW~~ | ~~2~~ | ~~09-838~~ | ~~Duane Prewett, et al. v. Goulds Pumps, et al.~~ **Opposed 7/24/09** |
| WAW | 3 | 09-5296 | Kathleen Reid, etc. v. American Optical Corp., et al. |