JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

AUG - 6 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5897

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | |
| DUANE PREWETT and EILEEN PREWETT, husband and wife, | MDL DOCKET NO. 875<br>WAW 2 09-838 |
| Plaintiffs, | **MOTION TO VACATE CONDITIONAL TRANSFER ORDER** |
| vs. | |
| GOULDS PUMPS (IPG), IMO INDUSTRIES, INC. (successor to DELAVAL INDUSTRIES); SABERHAGEN HOLDINGS, INC.; CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., Successor By Merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation; INGERSOLL-RAND COMPANY; GENERAL REFRACTORIES COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC CO.; FRASER'S BOILER SERVICE, INC.; METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; BARTELLS ASBESTOS SETTLEMENT TRUST; METALCLAD INSULATION CORPORATION; C.H. MURPHY/CLARK-ULLMAN, INC.; GARLOCK, INC.; RAPID-AMERICAN CORPORATION; and MINNESOTA MINING & MANUFACTURING COMPANY a/k/a "3M", CARVER PUMP COMPANY; SUPERIOR LIDGERWOOD MUNDY CORPORATION as successor to M.T. Davidson | |

MOTION TO VACATE CTO - 1   OFFICIAL FILE COPY
IMAGED AUG 6 2009

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

Company; FLOWSERVE CORPORATION as successor in interest to Durametalic Corporation; and FLOWSERVE US INC. as successor by merger with Duriron Company;

Defendants.

DUANE PREWETT, et al. v. GOULDS PUMPS, et al.
NO: 2:09-cv-0838 RSM
U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

1. Pursuant to Rule 7.4(d) of the <u>Rules of Procedure of the Judicial Panel of Multidistrict Litigation</u>, Plaintiffs hereby move to vacate the Conditional Transfer Order (CTO 324) entered by the Clerk of the Panel on July 17, 2009, transferring the above-captioned action to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875) previously designated as the transferee district court for actions alleging asbestos related personal injury.

2. Plaintiffs bring claims for asbestos-related lung cancer against a number of defendants who provided asbestos-related materials at the various locations at which Plaintiff Duane Prewett worked and was exposed to asbestos.

3. Defendant Foster Wheeler Energy Corporation ("Foster Wheeler") contends that the U.S. District Court has jurisdiction over this matter pursuant to federal officer removal jurisdiction.

4. On July 2, 2009, Plaintiffs filed a Motion for Remand with the U.S. District Court for the Western District of Washington based on the contention that there is no federal officer jurisdiction over this matter. The Motion for Remand has been fully briefed by Plaintiffs and the removing Defendant, Foster Wheeler, and hearing is set before Judge Ricardo S. Martinez.

MOTION TO VACATE CTO - 2

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

5. Plaintiffs contend that the U.S. District Court for the Western District of Washington is best suited to decided the Motion for Remand and that this case should remain in the Western District of Washington until such time as the Motion has been resolved. The principle of allowing the transferor court to decide dispositive motions before transfer to an MDL transferee court has been upheld in prior decisions of this Court. *In Re L.E. Lay & Co. Antitrust Litigations*, 391 F.Supp. 1054 1056 (Jud. Pan. Multi. Lit. 1975) ("on principles of comity, we are reluctant to transfer any action that has an important motion under submission with a court"); *In Re Resource Explorations, In. Securities Litigation*, 483 F.Supp. 817, 822 (Jud. Pan. Multi. Lit. 1980), and cases cited therein ("we are persuaded, on principles of comity, to defer our decision concerning transfer of the Pennsylvania action because of the pendency of the defendants' motion for summary judgment, which is fully submitted to the potential transferor judge.").

6. Plaintiffs submit the accompanying brief in support of this Motion.

7. For the foregoing reasons, Plaintiffs respectfully move the Panel to vacate the Conditional Transfer Order previously entered by the Clerk of the Panel on July 17, 2009.

DATED this 4th day of August, 2009.

PEPPLE JOHNSON CANTU & SCHMIDT, PLLC.

*Steven T. Johnson*
Jackson Schmidt, WSBA 16848
Steven T. Johnson, WSBA #14052
Attorneys for Plaintiffs
PEPPLE JOHNSON CANTU & SCHMIDT PLLC
1501 Western Avenue, Suite 600
Seattle, WA 98101
206.625.1711 / 206.625.1627 Fax
jacksonschmidt@pjcs.com
Kafkaesque@pjcs.com

MOTION TO VACATE CTO - 3

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 6 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | |
| DUANE PREWETT and EILEEN PREWETT, husband and wife, | MDL DOCKET NO. 875<br>WAW 2 09-838 |
| Plaintiffs, | **BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER** |
| vs. | |
| GOULDS PUMPS (IPG), IMO INDUSTRIES, INC. (successor to DELAVAL INDUSTRIES); SABERHAGEN HOLDINGS, INC.; CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., Successor By Merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation; INGERSOLL-RAND COMPANY; GENERAL REFRACTORIES COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC CO.; FRASER'S BOILER SERVICE, INC.; METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; BARTELLS ASBESTOS SETTLEMENT TRUST; METALCLAD INSULATION CORPORATION; C.H. MURPHY/CLARK-ULLMAN, INC.; GARLOCK, INC.; RAPID-AMERICAN CORPORATION; and MINNESOTA MINING & MANUFACTURING COMPANY a/k/a "3M", CARVER PUMP COMPANY; SUPERIOR LIDGERWOOD MUNDY CORPORATION as successor to M.T. Davidson | |

BRIEF IN SUPPORT OF MOTION TO VACATE CTO - 1

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

Company; FLOWSERVE CORPORATION as successor in interest to Durametalic Corporation; and FLOWSERVE US INC. as successor by merger with Duriron Company;

Defendants.

DUANE PREWETT, et al. v. GOULDS PUMPS, et al.
NO: 2:09-cv-0838 RSM
U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Plaintiffs submit this brief in support of their Motion to Vacate the Conditional Transfer Order entered by the Clerk of the Panel on July 17, 2009. Plaintiffs contend that removal is defective on the grounds that (1) there is no federal officer removal jurisdiction because there is no colorable federal defense based on the government contractor's defense given the standard set forth in Boyle v. United Technologies. Corp., 487 U.S. 500, 108 S.Ct. 2510 (1988) and the Ninth Circuit Court's decision of In re Hawaii Federal Asbestos Cases, 960 F.2d 806, 809 (9th Cir. 1992), and (2) that the removing Defendant, Foster Wheeler Energy Corporation ("Foster Wheeler"), cannot meet the causal connection requirement of federal officer removal as required by Mesa v. California, 489 U.S. 121, 131-132, 109 S.Ct. 959 (1989).

Currently, Plaintiffs' Motion for Remand has been fully briefed by both Plaintiffs and the removing Defendant, Foster Wheeler, and it is set for hearing before Judge Ricardo S. Martinez. Pepple Decl. ¶ 2. In a previous case against Owens-Corning Fiberglass Corporation, one of the defendants to asbestos actions, the U.S. District Court held:

> The purpose of the MDL Panel's referring of asbestos cases to Judge Weiner was not to make one Judge rule on the various difficult issues that might come up on different factual contexts; Rather, cases are supposed to be referred to Judge Weiner for determination of issues common to asbestos litigation. To force difficult and fact-sensitive jurisdictional issues from all types of cases onto

BRIEF IN SUPPORT OF MOTION TO VACATE CTO - 2

one Court would impossibly overburden that Court and not serve the goal of efficiency that underlies the MDL Program.

Thus this Court refuses to defer on this motion to remand and elects to address the merits. *Viala v. Owens-Corning Fiberglas Corp.*, 1994 U.S. Dist. LEXIS 4824, at 4-5 (N.D. Cal. Apr. 13, 1994).

As the Panel is aware, asbestos personal injury actions in Federal Court are automatically transferred to the Eastern District of Pennsylvania for proceedings under the Rules of the Judicial Panel on Multidistrict Litigation. (MDL Docket No. 875). However, like the Court in *Viala*, the transferor Court in the Western District of Washington is in the best position to rule on the factual context specific issue involved in the already briefed remand motion of whether Foster Wheeler has met its burden to justify federal officer removal. Accordingly this Panel should vacate the Conditional Transfer Order transferring this case to the U.S. District Court for the Eastern District of Pennsylvania (MDL Docket No. 875).

DATED this  4th  day of August, 2009.

PEPPLE JOHNSON CANTU & SCHMIDT, PLLC.

_____
Jackson Schmidt, WSBA 16848
Steven T. Johnson, WSBA #14052
Attorneys for Plaintiffs
PEPPLE JOHNSON CANTU & SCHMIDT PLLC
1501 Western Avenue, Suite 600
Seattle, WA  98101
206.625.1711 / 206.625.1627 Fax
jacksonschmidt@pjcs.com
Kafkaesque@pjcs.com



BRIEF IN SUPPORT OF MOTION TO VACATE CTO - 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 6 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), <br><br>DUANE PREWETT and EILEEN PREWETT, husband and wife, <br><br>Plaintiffs, <br><br>vs. <br><br>GOULDS PUMPS (IPG), IMO INDUSTRIES, INC. (successor to DELAVAL INDUSTRIES); SABERHAGEN HOLDINGS, INC.; CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., Successor By Merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation; INGERSOLL-RAND COMPANY; GENERAL REFRACTORIES COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC CO.; FRASER'S BOILER SERVICE, INC.; METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; BARTELLS ASBESTOS SETTLEMENT TRUST; METALCLAD INSULATION CORPORATION; C.H. MURPHY/CLARK-ULLMAN, INC.; GARLOCK, INC.; RAPID-AMERICAN CORPORATION; and MINNESOTA MINING & MANUFACTURING COMPANY a/k/a "3M", CARVER PUMP COMPANY; SUPERIOR LIDGERWOOD MUNDY CORPORATION as successor to M.T. Davidson | MDL DOCKET NO. 875 <br> WAW 2 09-838 <br><br>**DECLARATION OF MARK PEPPLE IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER** |

- 1

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

Company; FLOWSERVE CORPORATION as successor in interest to Durametalic Corporation; and FLOWSERVE US INC. as successor by merger with Duriron Company;

Defendants.

DUANE PREWETT, et al. v. GOULDS PUMPS, et al.
NO: 2:09-cv-0838 RSM
U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

1.  I am a Rule 9 intern duly licensed for the limited practice of law in the State of Washington under the supervision of Jackson Schmidt. I am employed with the firm of Pepple, Johnson, Cantu and Schmidt, PLLC. I state that the following facts are known by me to be true and correct, and I am sufficiently familiar with them so as to testify competently thereto if required.

2.  On July 2, 2009, Plaintiffs filed a Motion for Remand to remand this action back to King County Superior Court. This remand motion has been fully briefed and has been assigned for hearing before U.S. District Judge Ricardo S. Martinez of the Western District of Washington.

DATED this 4th day of August, 2009.



- 2

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

| | |
|---|---|
| 1 | |
| 2 | PEPPLE JOHNSON CANTU & SCHMIDT, PLLC. |
| 3 | |
| 4 | _/s/ Mark Pepple_ |
| 5 | Mark Pepple, Intern ID #: 9111360 |
|   | Jackson Schmidt, WSBA 16848 |
| 6 | Steven T. Johnson, WSBA #14052 |
|   | Attorneys for Plaintiffs |
| 7 | PEPPLE JOHNSON CANTU & SCHMIDT PLLC |
|   | 1501 Western Avenue, Suite 600 |
|   | Seattle, WA  98101 |
|   | 206.625.1711 / 206.625.1627 Fax |
|   | jacksonschmidt@pjcs.com |
|   | Kafkaesque@pjcs.com |



PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

- 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG – 6 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI),<br><br>DUANE PREWETT and EILEEN PREWETT, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>GOULDS PUMPS (IPG), IMO INDUSTRIES, INC. (successor to DELAVAL INDUSTRIES); SABERHAGEN HOLDINGS, INC.; CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., Successor By Merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation; INGERSOLL-RAND COMPANY; GENERAL REFRACTORIES COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC CO.; FRASER'S BOILER SERVICE, INC.; METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; BARTELLS ASBESTOS SETTLEMENT TRUST; METALCLAD INSULATION CORPORATION; C.H. MURPHY/CLARK-ULLMAN, INC.; GARLOCK, INC.; RAPID-AMERICAN CORPORATION; and MINNESOTA MINING & MANUFACTURING COMPANY a/k/a "3M", CARVER PUMP COMPANY; SUPERIOR LIDGERWOOD MUNDY CORPORATION as successor to M.T. Davidson | MDL DOCKET NO. 875<br>WAW 2 09-838<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE - 1

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

Company; FLOWSERVE CORPORATION as successor in interest to Durametalic Corporation; and FLOWSERVE US INC. as successor by merger with Duriron Company;

Defendants.

DUANE PREWETT, et al. v. GOULDS PUMPS, et al.
NO: 2:09-cv-0838 RSM
U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

I, Dawn Anderson, declare that I am employed by the law firm of Pepple Johnson Cantu & Schmidt PLLC, 1501 Western Avenue, Suite 600, Seattle, King County, Washington; that I am over 18 years of age and not a party to this action.

I certify under penalty of perjury under the laws of the State of Washington that on this date I sent via overnight courier the original and four copies, and a CD containing same, of the *1) Motion to Vacate Conditional Transfer Order; 2) Brief in Support of Motion to Vacate Conditional Transfer Order; and 3) Declaration of Mark Pepple in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order,* for filing to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NE, Room G-255, North Lobby, Washington, DC 20002-8004.

I also certify that on this date I placed a true and correct copy of the foregoing documents in the United States Mail, postage prepaid, addressed to counsel as indicated on the attached Involved Counsel List.

Dated this 4th day of August, 2009.

Dawn Anderson, Legal Assistant
PEPPLE JOHNSON CANTU & SCHMIDT PLLC
1501 Western Avenue, Suite 600, Seattle, WA 98101
206.625.1711 / 206.625.1627 Fax
**dawnanderson9@pjcs.com**

CERTIFICATE OF SERVICE - 2

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

**INVOLVED COUNSEL LIST (Excerpted from CTO-324)**

Duane Prewett, et al. v. Goulds Pumps, et al., W.D. Washington, C.A. No. 2:09-838
(Judge Ricardo S. Martinez)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

R. Dirk Bernhardt
MURRAY DUNHAM &
MURRAY
200 W Thomas Street
Suite 350
P.O. Box 9844
Seattle, WA 98109-0844

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin J. Craig
GORDON & REES LLP
701 Fifth Avenue
Suite 2130
Seattle, WA 98104

Christine E. Dinsdale
SOHA & LANG PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

Carl E. Forsberg
FORSBERG & UMLAUF
901 5th Avenue
Suite 1700
Seattle, WA 98164-1039

James Edward Horne
GORDON THOMAS
HONEYWELL MALANCA
PETERSON & DAHEIM
600 University
Suite 2100
Seattle, WA 98101-4185

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Christopher S. Marks
WILLIAMS KASTNER &
GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101-2380

## MDL No. 875 - Involved Counsel List (Excerpted from CTO-324) (Continued)

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Jackson Schmidt
PEPPLE JOHNSON CANTU & SCHMIDT PLLC
1501 Western Avenue
Suite 600
Seattle, WA 98101

G. William Shaw
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158

Katherine M. Steele
STAFFORD FREY & COOPER PC
601 Union Street
3100 Two Union Square
Seattle, WA 98101-1374

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Timothy Kost Thorson
CARNEY BADLEY SPELLMAN
701 Fifth Avenue
Suite 3600
Seattle, WA 98104-7010

Christopher W. Tompkins
BETTS PATTERSON & MINES
One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927

Matthew Turetsky
SCHWABE WILLIAMSON & WYATT
1420 5th Ave Ste 3010
Seattle, WA 98101-2339

Mark B. Tuvim
CORR CRONIN MICHELSON BAUMGARDNER & PREECE
1001 4th Avenue
Ste. 3900
Seattle, WA 98154-1051

Walter G. Watkins Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John D. Wilson, Jr.
WILSON SMITH COCHRAN & DICKERSON
1700 Financial Center
1215 4th Avenue
Seattle, WA 98161-1007