**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 6 2009

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| ROBERT SHEPHERD and SHIRLEY SHEPHERD, | CASE NO. 1:09-CV-10016-JGC |
| Plaintiffs, | JUDGE JAMES G. CARR |
| v. | |
| ALLIED SIGNAL, INC., et al., | |
| Defendants. | |

PLEADING NO. 5898

## JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Now comes Defendant, Ford Motor Company, by and through its attorneys, and hereby joins and adopts, as fully rewritten herein, Defendants Honeywell International, Inc. and Pneumo-Abex, LLC's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order.

WHEREFORE, Defendant, Ford Motor Company, respectfully requests that this Panel deny Plaintiffs' Motion to Vacate Conditional Transfer Order.

1619296 v_01 \ 112623.5450

**OFFICIAL FILE COPY**   IMAGED AUG 7 2009

Respectfully submitted,

*/s/ Susan Squire Box*

Susan Squire Box (0029988)
sbox@ralaw.com
Brad A. Rimmel (0071684)
brimmel@ralaw.com
Nathan F. Studeny (0077864)
nstudeny@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577

**Attorneys for Defendant Ford Motor Company**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 6 2009

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **"JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER"** was sent via ordinary U.S. Mail, postage prepaid, this 4th day of August 2009 to the following:

**COUNSEL OF RECORD**

| | |
|---|---|
| Mark C. Meyer, Esq.<br>Charles J. McLeigh, Esq.<br>Goldberg Persky & White<br>1030 Fifth Avenue, 3rd Floor<br>Pittsburgh, PA 15219-6295 | Counsel for Plaintiffs |
| John J. Duffy, Esq.<br>John J. Duffy and Associates<br>Brendan Place<br>23823 Lorain Road, Suite 279<br>North Olmsted, OH 44070 | Counsel for Plaintiffs |
| Glenn A. Huetter, Jr., Esq.<br>Willman & Silvaggio<br>5500 Corporate Drive, Suite 150<br>Pittsburgh, PA 15237 | Counsel for Allied Signal, Inc. |
| Christopher J. Caryl, Esq.<br>Tucker Ellis & West, LLP<br>1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland, OH 44115 | Counsel for Pneumo Abex, LLC |

## INVOLVED COUNSEL LIST

Peter G. Angelos, Esq.
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black, Esq.
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd, Esq.
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney, Esq.
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Glenn A. Huetter, Jr., Esq.
WILLMAN & SILVAGGIO
5500 Corporate Dr., Ste 150
Pittsburg, PA 15237

Claire R. Hurley, Esq.
SUTTER O'CONNELL MANION & FARCHONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Roger B. Lane, Esq.
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney, Esq.
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Diana Nickerson Jacobs, Esq.
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue, 3rd Floor
Pittsburgh, PA 15219-6295

Kevin M. Jordan, Esq.
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish, Esq.
CROWELL & MOR1G LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan, Esq.
KAAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus, Esq.
WATERS & KRUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

David C. Landin, Esq.
HUTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Christopher J. Caryl, Esq.
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115

Michael P. Thornton, Esq.
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Robert C. Malaby, Esq.
MAABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea, Esq.
MCSHEA TECCE PC
Mellon Ban Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Thomas A. Packer, Esq.
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Walter G. Watkins, Jr., Esq.
FORMAN PERRY WATKIS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Philip McWeeny, Esq.
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Joseph F. Rice, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

_____
Susan Squire Box (#0029988)