UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Aug 11, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Daniel Holmes, etc. v. A.W. Chesterton, Co., et al., )
    D. Oregon, C.A. No. 1:09-678                  )        MDL No. 875

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

     A conditional transfer order was filed in this action (*Holmes*) on July 17, 2009. In the absence of any known opposition to the proposed transfer of *Holmes*, the stay of transmittal with regard to *Holmes* was lifted on August, 4, 2009, and the action was transferred to the Eastern District of Pennsylvania. Subsequently, on August 10, 2009, the Panel received a belated notice of opposition to the transfer of *Holmes* submitted by plaintiff in *Holmes*. In his opposition, plaintiff, through counsel, asserts that he never received a copy of the Panel's July 17, 2009, order, and that this was the cause of his failure to submit a timely notice of opposition. Recourse to available sources reveals that the address for plaintiff Holmes' counsel is correctly recorded in the Panel's records and that a copy of the July 17, 2009, order was mailed to that address on July 17, 2009. Nevertheless, based upon his assertion of non-receipt, the Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Holmes* in order to permit plaintiff to pursue his opposition to transfer.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-324" filed on July 17, 2009, is REINSTATED insofar as it relates to this action. Plaintiff's notice of opposition is deemed filed as of August 10, 2009. In accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order on or before August 26, 2009. No extensions of time will be granted.

                                               FOR THE PANEL:

                                               Jeffery N. Lüthi
                                             Clerk of the Panel