JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 14 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on September 24, 2009, the Panel will convene a hearing session in Richmond, Virginia, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

Robert L. Miller, Jr.          Kathryn H. Vratil
David R. Hansen               W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.

IMAGED AUG 1 4 2009

SCHEDULE OF MATTERS FOR HEARING SESSION
September 24, 2009 -- Richmond, Virginia


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL No. 2083 -- **IN RE: BATTLEFIELD WASTE DISPOSAL LITIGATION**

Motion of defendants KBR, Inc.; Kellogg Brown & Root LLC; Kellogg Brown & Root Services, Inc.; and Halliburton Company for centralization of the following actions in the United States District Court for the District of Maryland:

Middle District of Alabama

Richard Ronald Guilmette v. KBR, Inc., et al., C.A. No. 1:09-507

District of Alaska

William G. Brister, Jr., et al. v. KBR, Inc., et al., C.A. No. 3:09-97

Southern District of California

Michael Auw, et al., v. KBR, Inc., et al., C.A. No. 3:09-1167

Southern District of Georgia

Michael Douglas Moore v. KBR, Inc., et al., C.A. No. 4:09-97

Northern District of Illinois

David U. Lackey, et al. v. KBR, Inc., et al., C.A. No. 1:09-3262

District of Maryland

Alan Metzgar, et al. v. KBR, Inc., et al., C.A. No. 8:09-744

District of Minnesota

Dean Guy Olson v. KBR, Inc., et al., C.A. No. 0:09-1261

Schedule of Matters for Hearing Session, Section A                    p. 2
Richmond, Virginia

MDL No. 2083 (Continued)

### Western District of Missouri

Albert Paul Bittel, III v. KBR, Inc., et al., C.A. No. 3:09-5041

### Western District of New York

Fred Robert Atkinson, Jr., et al. KBR, Inc., et al., C.A. No. 1:09-513

### Eastern District of North Carolina

Joanne Ochs, et al. v. KBR, Inc., et al., C.A. No. 5:09-237

### Southern District of Texas

Joshua Eller v. KBR, Inc., et al., C.A. No. 4:08-3495

### Western District of Texas

Robert Cain, et al. v. KBR, Inc., et al., C.A. No. 5:09-435

### District of Wyoming

SMSgt. Glen S. Massman, et al. v. KBR, Inc., et al., C.A. No. 2:09-117

## MDL No. 2084 -- IN RE: ANDROGEL ANTITRUST LITIGATION (NO. II)

Motion of plaintiff United Food & Commercial Workers Unions & Employers Midwest Health Benefits Fund for centralization of certain of the following actions in the United States District Court for the District of Minnesota or, in the alternative, the United States District Court for the District of New Jersey and motion of plaintiffs Rite Aid Corp., et al., for centralization of the following actions in the United States District for the Middle District of Pennsylvania:

### Northern District of Georgia

Rochester Drug Co-Operative, Inc. v. Unimed Pharmaceuticals, Inc., et al.,
   C.A. No. 1:09-956

Schedule of Matters for Hearing Session, Section A                    p. 3
Richmond, Virginia


MDL No. 2084 (Continued)


Northern District of Georgia (Continued)

Louisiana Wholesale Drug Co., Inc. v. Unimed Pharmaceuticals, Inc., et al.,
    C.A. No. 1:09-957
Meijer, Inc., et al. v. Unimed Pharmaceuticals, Inc., et al., C.A. No. 1:09-958

District of Minnesota

United Food & Commercial Workers Unions & Employers Midwest Health Benefits
    Fund v. Unimed Pharmaceuticals, Inc., et al., C.A. No. 0:09-1168

District of New Jersey

Stephen L. LaFrance Pharmacy, Inc., et al. v. Unimed Pharmaceuticals, Inc., et al.,
    C.A. No. 2:09-1507
Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund v. Unimed
Pharmaceuticals, Inc., et al., C.A. No. 2:09-1856
Raymond Scurto v. Unimed Pharmaceuticals, Inc., et al., C.A. No. 2:09-1900

Middle District of Pennsylvania

Rite Aid Corp., et al. v. Unimed Pharmaceuticals, Inc., et al., C.A. No. 1:09-1153


**MDL No. 2085 -- IN RE: AIR CRASH NEAR CLARENCE CENTER, NEW YORK, ON
FEBRUARY 12, 2009**

Motions of plaintiffs Xiaojun Pan and Margaret Eckert for centralization of certain of the
following actions in the United States District Court for the Western District of New York:

District of Connecticut

Margaret Eckert, etc. v. Colgan Air, Inc., et al., C.A. No. 3:09-949

Schedule of Matters for Hearing Session, Section A                    p. 4
Richmond, Virginia

MDL No. 2085 (Continued)

     District of New Jersey

Gurly Niewood, etc. v. Colgan Air, Inc., et al., C.A. No. 2:09-2841
Jeanie Bryson, etc. v. Colgan Air, Inc., et al., C.A. No. 2:09-2900

     Eastern District of New York

Pamela Jones, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-1860

     Southern District of New York

Xiaojun Pan, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-5145

     Western District of New York

Jonah Mink, etc. v. Continental Airlines, Inc., et al., C.A. No. 1:09-174
Jennifer West, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-266
Robin Tolsma, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-267
James L. Neill, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-294
Carrie C. Davidson, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-378
Carrie C. Davidson, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-379
Karen A. Kuklewicz, etc. v. Pinnacle Airlines Corp., et al., C.A. No. 1:09-423
Dianne Mossop, et al. v. Colgan Air, Inc., et al., C.A. No. 1:09-424
Kelly C. Ries, et al. v. Colgan Air, Inc., et al., C.A. No. 1:09-432
Michael Monachino, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-436
Robert R. Perry, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-440
Howard R. Pettys, et al. v. Colgan Air, Inc., et al., C.A. No. 1:09-487
Paul Beiter, et al. v. Colgan Air, Inc., et al., C.A. No. 1:09-488
Kara Beutel, etc. v. Colgan Air, Inc., et al., C.A. No. 1:09-514
Lynn Kushner, et al. v. Colgan Air, Inc., et al., C.A. No. 1:09-632

     Eastern District of Pennsylvania

Rana Beth Lang, et al. v. Colgan Air, Inc., et al., C.A. No. 2:09-2965

Schedule of Matters for Hearing Session, Section A                                    p. 5
Richmond, Virginia


## MDL No. 2086 -- IN RE: PRE-FILLED PROPANE TANK MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiff Jeremy Drucker for centralization of the following actions in the United States District Court for the District of Kansas:

### Central District of California

Yisroel Lazaroff v. Ferrellgas, L.P., et al., C.A. No. 2:09-4274

### Northern District of California

Jack Fuller, et al. v. Amerigas Propane, Inc., et al., C.A. No. 3:09-2493
Bart Fraenkel, et al. v. Amerigas Propane, Inc., et al., C.A. No. 3:09-2616

### District of Kansas

Jeremy Drucker v. Ferrellgas Partners, L.P., et al., C.A. No. 2:09-2305

### Western District of Missouri

Gina M. Calarco v. Ferrellgas Partners, L.P., et al., C.A. No. 4:09-465


## MDL No. 2087 -- IN RE: HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiffs Cody Coleman, et al., for centralization of the following actions in the United States District Court for the Southern District of California:

### Middle District of Alabama

David Chancellor v. Iovate Health Sciences, U.S.A., Inc., et al., C.A. No. 2:09-438

### Northern District of Alabama

Amy Baker v. MuscleTech Research & Development, Inc., et al., C.A. No. 2:09-872
Kyle Davis, et al. v. Iovate Health Sciences, U.S.A., Inc., et al., C.A. No. 2:09-896

Schedule of Matters for Hearing Session, Section A                              p. 6
Richmond, Virginia

MDL No. 2087 (Continued)

      Eastern District of California

Christopher Lopez, et al. v. Iovate Health Sciences, Inc., et al., C.A. No. 2:09-1473

      Northern District of California

Robert Manley, et al. v. Iovate Health Sciences, Inc., et al., C.A. No. 3:09-2517

      Southern District of California

Cody Coleman, et al. v. Iovate Health Sciences, U.S.A., Inc., et al., C.A. No. 3:09-988
Connie L. Williams v. Iovate Health Sciences, Inc., et al., C.A. No. 3:09-1020
Andrew Dremak v. Iovate Health Sciences Group, Inc., et al., C.A. No. 3:09-1088

      Southern District of Florida

Patricia Major, et al. v. Iovate Health Sciences, Inc., et al., C.A. No. 1:09-21501

      Northern District of Illinois

Flor E. Mendoza, et al. v. Iovate Health Sciences, U.S.A., Inc., et al., C.A. No. 1:09-3415

      Eastern District of Louisiana

Enjoli Pennier v. Iovate Health Sciences, U.S.A., Inc., et al., C.A. No. 2:09-3533

      District of Massachusetts

James Faherty v. Iovate Health Sciences, U.S.A., Inc., et al., C.A. No. 1:09-10732

      Eastern District of Michigan

Kristen Husby, et al. v. Iovate Health Sciences, U.S.A., Inc., et al., C.A. No. 2:09-11930

Schedule of Matters for Hearing Session, Section A                    p. 7
Richmond, Virginia


MDL No. 2087 (Continued)


### District of New Jersey

Clifford Kafka v. Iovate Health Sciences, Inc., et al., C.A. No. 2:09-2163
Raymond Ortiz, II, et al. v. Iovate Health Sciences, U.S.A., Inc., et al.,
   C.A. No. 2:09-2424

### Middle District of Tennessee

Patricia Akins, et al. v. Iovate Health Sciences, U.S.A., Inc., et al., C.A. No. 3:09-450

### Western District of Wisconsin

Marques Parke, et al. v. Wal-Mart Stores, Inc., et al., C.A. No. 3:09-347


## MDL No. 2088 -- IN RE: FAIRFIELD GREENWICH GROUP SECURITIES LITIGATION

Motion of defendant Fairfield Greenwich Advisors LLC for centralization of the following actions in the United States District Court for the Southern District of New York:

### Southern District of Florida

Headway Investment Corp. v. American Express Bank Ltd., et al., C.A. No. 1:09-21395

### Southern District of New York

Pasha S. Anwar, et al. v. Fairfield Greenwich Ltd., et al., C.A. No. 1:09-118

Schedule of Matters for Hearing Session, Section A     p. 8
Richmond, Virginia


## MDL No. 2089 -- IN RE: AIRLINE BAGGAGE FEE ANTITRUST LITIGATION

Motion of plaintiffs Brent Avery, et al., for centralization of the following actions in the United States District Court for the Northern District of Georgia:

### Northern District of Georgia

Brent Avery, et al. v. Delta Airlines, Inc., et al., C.A. No. 1:09-1391
Michael Edelson v. Delta Airlines, Inc., et al., C.A. No. 1:09-1455
Ryan Goldstein v. Delta Airlines, Inc., et al., C.A. No. 1:09-1456
Martin Siegel v. Delta Airlines, Inc., et al., C.A. No. 1:09-1585
Thomas Whittelsey, et al. v. Delta Airlines, Inc., et al., C.A. No. 1:09-1655
Stephen Powell v. Delta Airlines, Inc., et al., C.A. No. 1:09-1706
Henryk J. Jachimowicz v. Delta Airlines, Inc., et al., C.A. No. 1:09-1938
Santa Williams v. Delta Airlines, Inc., et al., C.A. No. 1:09-2057
Debra M. Levine v. AirTran Airways, Inc., et al., C.A. No. 1:09-2058
Laura Greenberg Gale v. Delta Airlines, Inc., et al., C.A. No. 1:09-2059

### District of Nevada
Victoria Mertes v. Delta Airlines, Inc., et al., C.A. No. 2:09-1288


## MDL No. 2090 -- IN RE: WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION

Motion of plaintiff DeLuca's Corp. for centralization of the following actions in the United States District Court for the District of New Hampshire:

### District of Minnesota

D&G, Inc., et al. v. Supervalu, Inc., et al., C.A. No. 0:09-983

### District of New Hampshire

DeLuca's Corp. v. C&S Wholesale Grocers, Inc., et al., C.A. No. 1:09-213

## MDL No. 2091 -- IN RE: CHILDREN'S PERSONAL CARE PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Kristina Vercellono, et al.; Jennifer Crouch; and Jaimee Boyd for centralization of the following actions in the United States District Court for the District of New Jersey:

### Northern District of California

Theresa Herrington v. Johnson & Johnson Consumer Companies, Inc., et al., C.A. No. 4:09-1597

### District of New Jersey

Kristina Vercellono, et al. v. Gerber Products Co., et al., C.A. No. 2:09-2350
Jennifer Crouch v. Johnson & Johnson Consumer Companies, Inc., et al., C.A. No. 2:09-2905
Jaimee Boyd v. Johnson & Johnson Consumer Companies, Inc., C.A. No. 2:09-3135

## MDL No. 2092 -- IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs James Robinson, et al.; Clark Wheeler; and Leonard Lacobie for centralization of certain of the following actions in the United States District Court for the Northern District of Georgia; motion of plaintiffs Amelia C. McKnight; Kay McMullan; LouAnn Barnett; Billy G. Bedsole, Jr.; Mary Elizabeth Rook; Virginia Spencer; Linda Collins; Derrick L. Horne, Sr.; Daniel Williams; Melinda Lofton; Randall Scott Mercer; Carol A. Jensen; Brian Kline; Pauletta Jones; Shelly Silk; Eustacia Douglas; Elizabeth Ann Carter; Amanda Peek; Bertha June Lantrip; and Lauren Crislip for centralization of certain of the following actions in the United States District Court for the Northern District of Alabama or, in the alternative, the United States District Court for the Northern District of Georgia; and motion of plaintiffs Hayward G. Carr; Michael B. Shannon; Ryan M. Dean; and Joel Ricketts for centralization of the following actions in the United States District Court for the District of Minnesota:

### Northern District of Alabama

Amelia C. McKnight v. Pfizer Inc., C.A. No. 2:09-1138
Kay McMullan, et al. v. Pfizer Inc., C.A. No. 3:09-433
LouAnn Barnett, etc. v. Pfizer Inc., C.A. No. 3:09-1203

Schedule of Matters for Hearing Session, Section A                     p. 10
Richmond, Virginia


MDL No. 2092 (Continued)


       Southern District of Alabama

Billy G. Bedsole, Jr. v. Pfizer Inc., C.A. No. 2:09-307

       Northern District of Georgia

Mary Elizabeth Rook, etc. v. Pfizer Inc., C.A. No. 1:09-1400
Virginia Spencer v. Pfizer Inc., C.A. No. 1:09-1672

       Southern District of Illinois

Helen Boschert v. Pfizer Inc., C.A. No. 3:09-385

       Southern District of Indiana

Linda Collins, etc. v. Pfizer Inc., C.A. No. 1:08-888

       Eastern District of Kentucky

Charles A. Fritts v. Pfizer Inc., C.A. No. 6:09-224

       Western District of Kentucky

James Robinson, et al. v. Pfizer Inc., C.A. No. 3:09-357
Derrick L. Horne, Sr. v. Pfizer Inc., C.A. No. 5:08-173

       Middle District of Louisiana

Linda F. Jenkins, et al. v. Pfizer Inc., C.A. No. 3:09-277
Donna Rice v. Pfizer Inc., C.A. No. 3:09-418

       Western District of Louisiana

Daniel Williams v. Pfizer Inc., C.A. No. 3:08-1222
Melinda Lofton v. Pfizer Inc., C.A. No. 3:08-1224
Judy Brennon v. Pfizer Inc., C.A. No. 3:09-1093

Schedule of Matters for Hearing Session, Section A                    p. 11
Richmond, Virginia


MDL No. 2092 (Continued)


### Western District of Louisiana (Continued)

Randall Scott Mercer v. Pfizer Inc., C.A. No. 5:08-1640
Jimmie Ivory, et al. v. Pfizer Inc., C.A. No. 5:09-72

### District of Minnesota

Hayward G. Carr v. Pfizer Inc., C.A. No. 0:09-1947
Michael B. Shannon v. Pfizer Inc., C.A. No. 0:09-1951
Ryan M. Dean v. Pfizer Inc., C.A. No. 0:09-1952
Joel Ricketts v. Pfizer Inc., C.A. No. 0:09-1953

### Eastern District of Missouri

Kathy Suffern v. Jackson Family Clinic, Inc., et al., C.A. No. 1:09-83
Stephanie Sorocko v. Pfizer Inc., C.A. No. 4:08-1714
Aidan Dillard v. Pfizer Inc., C.A. No. 4:09-789
Kimberly McDonald v. Pfizer Inc., C.A. No. 4:09-792
Vonda Sue Johnson v. Pfizer Inc., C.A. No. 4:09-845

### District of Nebraska

Carol A. Jensen, etc. v. Pfizer Inc., C.A. No. 8:08-414

### Eastern District of Pennsylvania

Brian Kline v. Pfizer Inc., C.A. No. 2:08-3238
Pauletta Jones v. Pfizer Inc., C.A. No. 2:09-2577
Shelly Silk, etc. v. Pfizer Inc., C.A. No. 2:09-2578

### District of South Carolina

Clark Wheeler v. Pfizer Inc., C.A. No. 2:09-1397
Leonard Lacobie v. Pfizer Inc., C.A. No. 6:09-1117

Schedule of Matters for Hearing Session, Section A                    p. 12
Richmond, Virginia


MDL No. 2092 (Continued)


### Eastern District of Tennessee

Eusticia Douglas v. Pfizer Inc., C.A. No. 3:08-343

### Western District of Tennessee

Elizabeth Ann Carter v. Pfizer Inc., C.A. No. 2:08-2739
Amanda Peek v. Pfizer Inc., C.A. No. 2:08-2740
Bertha June Lantrip v. Pfizer Inc., C.A. No. 2:08-2778
Lauren Crislip v. Pfizer Inc., C.A. No. 2:09-2403


## MDL No. 2093 -- IN RE: DIRECTV, INC., EARLY CANCELLATION FEE MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiffs Sandra Johannes, et al.; Renato Cappuccitti, et al.; and Keith C. Harper, et al., for centralization of the following actions in the United States District Court for the Western District of Washington:

### Central District of California

In re DirecTV Early Cancellation Fee Litigation, C.A. No. 8:08-741

### Northern District of California

Bruce Keiser v. DirecTV, Inc., C.A. No. 5:09-2149

### Southern District of Florida

Sandra Johannes, et al. v. DirecTV, Inc., C.A. No. 0:09-60464

### Northern District of Georgia

Renato Cappuccitti, et al. v. DirecTV, Inc., C.A. No. 1:09-627

Schedule of Matters for Hearing Session, Section A                    p. 13
Richmond, Virginia

MDL No. 2093 (Continued)

      District of Idaho

Mark M. Patterson v. DirecTV, Inc., et al., C.A. No. 1:09-124

      District of New Jersey

Lloyd Cadigan v. DirecTV, Inc., et al., C.A. No. 3:09-2333

      Western District of Oklahoma

Hershel P. Shockey v. DirecTV, Inc., et al., C.A. No. 5:08-1026

      Eastern District of Pennsylvania

Gary Smith v. DirecTV, Inc., et al., C.A. No. 2:09-2157

      Western District of Washington

Keith C. Harper, et al. v. DirecTV, Inc., C.A. No. 2:09-282


## MDL No. 2094 -- IN RE: CHEERIOS MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiffs Hobin Choi and Charity E. Huey for centralization of the following actions in the United States District Court for the Eastern District of California:

      Central District of California

Hobin Choi v. General Mills, Inc., C.A. No. 2:09-3940
Claire M. Theodore v. General Mills, Inc., C.A. No. 2:09-4620

      Eastern District of California

Charity E. Huey v. General Mills, Inc., C.A. No. 2:09-1368

MDL No. 2094 (Continued)


### District of New Jersey

Edward Myers, et al. v. General Mills, Inc., C.A. No. 2:09-2413

### Eastern District of New York

Jeffrey Stevens v. General Mills, Inc., C.A. No. 1:09-2289


## MDL No. 2095 -- IN RE: PORCINE CIRCOVIRUS (PCV) VACCINE PRODUCTS PATENT LITIGATION

Motion of Boehringer Ingelheim Vetmedica, Inc., and Intervet, Inc., for centralization of the following actions in the United States District Court for the District of District of Columbia:

### District of Connecticut

Boehringer Ingelheim Vetmedica, Inc. v. Merial Ltd., et al., C.A. No. 3:09-212

### District of Delaware

Wyeth v. Intervet, Inc., et al., C.A. No. 1:09-161

### District of District of Columbia

Intervet, Inc. v. Merial Ltd., et al., C.A. No. 1:06-658
Intervet, Inc. v. Merial Ltd., et al., C.A. No. 1:07-559
Intervet, Inc. v. Merial Ltd., C.A. No. 1:08-2162

### Middle District of Georgia

Merial Ltd. v. Boehringer Ingelheim Vetmedica, Inc., C.A. No. 3:08-116
Merial Ltd. v. Intervet, Inc., C.A. No. 3:08-121

**MDL No. 2096 -- IN RE: ZICAM COLD REMEDY MARKETING AND SALES
PRACTICES LITIGATION**

Motion of plaintiff Stefanie Riepe for centralization of the following actions in the United
States District Court for the Western District of Missouri:

District of Arizona

Stewart Roper v. Matrixx Initiatives, Inc., et al., C.A. No. 3:09-8110

Eastern District of Arkansas

Mildred Thrasher v. Matrixx Initiatives, Inc., et al., C.A. No. 4:09-475

Central District of California

Barbara Sample v. Matrixx Initiatives, Inc., et al., C.A. No. 2:09-4524

Southern District of California

Joshua Teperson v. Matrixx Initiatives, Inc., et al., C.A. No. 3:09-1358
John Tassi v. Matrixx Initiatives, Inc., et al., C.A. No. 3:09-1450

Southern District of Florida

Laura Gonzalez-Jones v. Matrixx Initiatives, Inc., C.A. No. 1:09-21836

Northern District of Illinois

Thomas Hohman, et al. v. Matrixx Initiatives, Inc., et al., C.A. No. 1:09-3693

Southern District of Illinois

Floyd Fessler, et al. v. Matrixx Initiatives, Inc., et al., C.A. No. 3:09-485

Western District of Missouri

Stefanie Riepe v. Matrixx Initiatives, Inc., et al., C.A. No. 2:09-4122

Southern District of Mississippi

Kasey C. Hammett v. Matrixx Initiatives, Inc., et al., C.A. No. 3:09-391

Schedule of Matters for Hearing Session, Section A                    p. 16
Richmond, Virginia


MDL No. 2097 -- **IN RE: LISTERINE AGENT COOL BLUE PRODUCTS LIABILITY
           LITIGATION**

  Motion of defendant McNeil-PPC, Inc., for centralization of the following actions in the
United States District Court for the Southern District of California:

         Southern District of California

   Adrian Ortiz-Flores, et al. v. McNeil-PPC, Inc., C.A. No. 3:07-678
   Jennifer Pointer, etc. v. McNeil-PPC, Inc., C.A. No. 3:08-536

         Southern District of Florida

   Kayla Hess, et al. v. McNeil-PPC, Inc., C.A. No. 9:09-80840


MDL No. 2098 -- **IN RE: KITEC PLUMBING SYSTEM PRODUCTS LIABILITY
           LITIGATION**

  Motion of defendants IPEX, Inc., and IPEX USA, LLC, for centralization of the
following actions in the United States District Court for the Western District of Texas:

         Southern District of Alabama

   James Eddins v. IPEX, Inc., et al., C.A. No. 1:09-141

         Central District of California

   Larry Ward v. IPEX, Inc., et al., C.A. No. 2:08-6370

         District of Colorado

   Eugene A. Ehler, et al. v. IPEX, Inc., et al., C.A. No. 1:08-2220
   Gil Oetting, et al. v. IPEX, Inc., et al., C.A. No. 1:09-560

         Eastern District of Louisiana

   Jeffrey Eisenman v. IPEX, Inc., et al., C.A. No. 2:09-3111
   Todd Covington v. IPEX, Inc., et al., C.A. No. 2:09-3133

Schedule of Matters for Hearing Session, Section A                    p. 17
Richmond, Virginia


MDL No. 2098 (Continued)


      <u>Southern District of Ohio</u>

Kevin Lykens v. IPEX, Inc., et al., C.A. No. 2:09-220

      <u>Eastern District of Tennessee</u>

Robert M. Nelson v. IPEX, Inc., et al., C.A. No. 1:09-64

      <u>Western District of Texas</u>

Ulrich Waldburger, et al. v. IPEX, Inc., et al., C.A. No. 1:09-195
Melvin Burns, et al. v. IPEX, Inc., et al., C.A. No. 5:08-640

      <u>District of Utah</u>

Kelly Moysh v. IPEX, Inc., et al., C.A. No. 2:09-230

      <u>Western District of Washington</u>

John Fliss v. IPEX, Inc., et al., C.A. No. 2:08-1719


**MDL No. 2099 -- IN RE: STANFORD ENTITIES SECURITIES LITIGATION**

    Motion of plaintiffs Ute Amann, Fawzi Ale Dargham, Michael Edgecomb, Italo Belon Neto, and Christian Palacios for centralization of the following actions in the United States District Court for the Northern District of Texas:

      <u>Southern District of Florida</u>

Reinaldo Ranni v. Willis of Colorado, Inc., et al., C.A. No. 1:09-22085

      <u>Middle District of Louisiana</u>

Sandra C. Allen v. Stanford Group Co., et al., C.A. No. 3:09-108

Schedule of Matters for Hearing Session, Section A                    p. 18
Richmond, Virginia


MDL No. 2099 (Continued)


### Northern District of Texas

Jerry Adams, et al. v. Stanford Group Co., et al., C.A. No. 3:09-334
Larry Hernandez v. Stanford Financial Group Co., et al., C.A. No. 3:09-487
Samuel Troice, et al. v. Willis of Colorado, Inc., et al., C.A. No. 3:09-1274

### Southern District of Texas

Jerry Adams, et al. v. Stanford Group Co., et al., C.A. No. 4:09-474
John Cohron v. Stanford International Bank, Ltd., et al., C.A. No. 4:09-511
James O. Kyle v. Stanford International Bank, Ltd., et al., C.A. No. 4:09-525
Joan Gale Frank, et al. v. The Commonwealth of Antiqua & Barbuda,
    C.A. No. 4:09-2217


## MDL No. 2100 -- IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Marlene Meadows; Anne Marie Eakins, et al.;  Lauren L. Murphy;
Marie Claire Keultjes; Candace L. Fries, etc.; Angela Beck, et al.; Bridget Shafer, et al.; Gail
Brinker, et al.; Carla Leigh Brazzel; Kathy Johns, et al.; Brenda Ellyson; Saretta Main, et al.;
Pattie Bradish, et al.; Lauren Cathis; Heather Riley; Valerie Kozak, et al.; Allyssa S. Britten;
Adine Gauthreaux, et al.; LaKollier R. Cleveland; Danielle C. Hayat, et al.; Deborah Kay
Lane-Christian, et al.; Silvia F. Galvan, et al.; and Marie Becker for centralization of the
following actions in the United States District Court for the Northern District of Ohio:

### Eastern District of California

Nichole Brownfield, et al. v. Bayer Corp., et al., C.A. No. 2:09-444

### Northern District of California

Bridget Renee Tanner, et al. v. Bayer Corp., et al., C.A. No. 4:09-1558
Stephanie D. Ivey v. Bayer Corp., et al., C.A. No. 4:09-1904
Dawn Voss v. Bayer Corp., et al., C.A. No. 4:09-1905
Tamera Jirbi v. Bayer Corp., et al., C.A. No. 4:09-2416
Bieanca White v. Bayer Corp., et al., C.A. No. 4:09-2417

Schedule of Matters for Hearing Session, Section A                               p. 19
Richmond, Virginia


MDL No. 2100 (Continued)


### Northern District of Georgia

James Parivechio, III, et al. v. Bayer Corp., et al., C.A. No. 3:09-81

### Eastern District of New York

Debra Casali v. Bayer Corp., et al., C.A. No. 2:09-686

### Northern District of Ohio

Marlene Meadows v. Bayer Corp., et al., C.A. No. 1:09-1574
Anne Marie Eakins, et al. v. Bayer Corp., et al., C.A. No. 1:09-1579
Lauren L. Murphy v. Bayer Corp., et al., C.A. No. 1:09-1582
Marie Claire Keultjes v. Bayer Corp., et al., C.A. No. 1:09-1659
Candace L. Fries, etc. v. Bayer Corp., et al., C.A. No. 3:09-1085
Angela Beck, et al. v. Bayer Corp., et al., C.A. No. 3:09-1207
Bridget Shafer, et al. v. Bayer Corp., et al., C.A. No. 3:09-1315
Gail Brinker, et al. v. Bayer Corp., et al., C.A. No. 3:09-1682
Carla Leigh Brazzel v. Bayer Corp., et al., C.A. No. 3:09-1684
Kathy Johns, et al. v. Bayer Corp., et al., C.A. No. 3:09-1685
Brenda Ellyson v. Bayer Corp., et al., C.A. No. 3:09-1687
Saretta Main, et al. v. Bayer Corp., et al., C.A. No. 3:09-1688
Patti Bradish, et al. v. Bayer Corp., et al., C.A. No. 3:09-1689
Lauren Cathis v. Bayer Corp., et al., C.A. No. 3:09-1690

### Southern District of Ohio

Heather Riley v. Bayer Corp., et al., C.A. No. 1:09-387
Valerie Kozak, et al. v. Bayer Corp., et al., C.A. No. 3:09-281

### Eastern District of Pennsylvania

Alyssa S. Britten v. Bayer Pharmaceuticals Corp., et al., C.A. No. 2:09-2086
Adine Gauthreaux, et al. v. Bayer Corp., et al., C.A. No. 2:09-2238
LaKollier R. Cleveland v. Bayer Corp., et al., C.A. No. 2:09-2740
Danielle C. Hayat, et al. v. Bayer Corp., et al., C.A. No. 2:09-2753

Schedule of Matters for Hearing Session, Section A                    p. 20
Richmond, Virginia


MDL No. 2100 (Continued)


### Eastern District of Pennsylvania (Continued)

Deborah Kay Lane-Christian, et al. v. Bayer Corp., et al., C.A. No. 2:09-3114
Silvia F. Galvan, et al. v. Bayer Corp., et al., C.A. No. 5:09-2739

### District of Puerto Rico

Maria Isabel Pujals-Torregrosa v. Berlex, Inc., et al., C.A. No. 3:07-1271

### Eastern District of Wisconsin

Marie Becker v. Bayer Corp., et al., C.A. No. 1:09-663


## MDL No. 2101 -- IN RE: WELLS FARGO CHECKING ACCOUNT OVERDRAFT LITIGATION

Motion of plaintiffs Donna McMillian, et al., and Alex Zankich, et al., for centralization of the following actions in the United States District Court for the Northern District of California:

### District of Arizona

Georgio Churchwell v. Wells Fargo Bank, N.A., et al., C.A. No. 4:09-75

### Northern District of California

Claudia Sanchez, et al. v. Wells Fargo & Co., et al., C.A. No. 3:07-5923
Donna McMillian, et al. v. Wells Fargo Bank, N.A., C.A. No. 3:08-5739

### District of Colorado

Lynn Egan v. Wells Fargo & Co., et al., C.A. No. 1:09-253

MDL No. 2101 (Continued)


### District of Nevada

Diane Mortensen v. Wells Fargo Bank, N.A., et al., C.A. No. 3:09-65

### Western District of Washington

Alex Zankich, et al. v. Wells Fargo Bank, N.A., C.A. No. 2:08-1476


## MDL No. 2102 -- IN RE: SONY CORP. SXRD REAR PROJECTION TELEVISION MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION

Motion of defendants Sony Corp. of America; Sony Electronics Inc.; and Sony Corp., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Eastern District of New York

Rollie Minton v. Sony Electronics, Inc., et al., C.A. No. 1:09-956

### Southern District of New York

Paul Meserole, et al. v. Sony Corp. of America, Inc., et al., C.A. No. 1:08-8987
Michael Ouellette, et al. v. Sony Corp. of America, Inc., et al., C.A. No. 1:09-1939
Tom Webber v. Sony Corp. of America, Inc., et al., C.A. No. 1:09-2557
Rick Raymo v. Sony Corp. of America, Inc., et al., C.A. No. 1:09-2820
Wayne Crusinberry v. Sony Corp. of America, Inc., et al., C.A. No. 1:09-3461

### Eastern District of Texas

Sabrina Cardenas v. Sony Corp. of America, Inc., et al., C.A. No. 6:09-271

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

### MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Oppositions of plaintiffs Roosevelt Samuel; Ray Fellows; Robert Shepherd, et al.; and Duane Prewett, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Middle District of Louisiana

Roosevelt Samuel v. Liberty Mutual Insurance Co., et al., C.A. No. 3:09-448

Northern District of Ohio

Ray Fellows v. Allied Glove Corp., et al., C.A. No. 1:09-10015
Robert Shepherd, et al. v. Allied Signal, Inc., et al., C.A. No. 1:09-10016

Western District of Washington

Duane Prewett, et al. v. Goulds Pumps, et al., C.A. No. 2:09-838

### MDL No. 1373 -- IN RE: BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

Opposition of defendant Bridgestone Americas Tire Operations, LLC, to remand, under 28 U.S.C. § 1407(a), of the following actions to the United States District Court for the Central District of California:

Southern District of Indiana

Gina Santangelo, et al. v. Bridgestone/Firestone, Inc., et al., C.A. No. 1:01-5369
   (C.D. California, C.A. No. 2:01-4210)

**MDL No. 1566 -- IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION**

Opposition of defendants American Electric Power Co., Inc., and AEP Energy Services, Inc., to transfer of the following action to the United States District Court for the District of Nevada:

Southern District of Ohio

Arandell Corp., et al. v. American Electric Power Co., Inc., et al., C.A. No. 2:09-231

**MDL No. 1715 -- IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Motion of defendants Ameriquest Mortgage Company; Argent Mortgage Company, LLC; ACC Capital Holdings Corp.; AMC Mortgage Services, Inc.; Citi Residential Lending, Inc.; and Deutsche Bank National Trust Company to transfer the following actions to the United States District Court for the Northern District of Illinois:

Central District of California

Adria Marva Becker v. Argent Mortgage Co., LLC, et al., C.A. No. 2:08-7178

Northern District of California

Mohammad Akhavein, et al. v. Argent Mortgage Co., LLC, et al., C.A. No. 5:09-634

Eastern District of Michigan

Marcia E. Tyson v. Ameriquest Mortgage Co., et al., Bky. Advy. No. 2:09-4532

District of New Jersey

Lester Slater, et al. v. Argent Mortgage Co., LLC, et al., C.A. No. 1:08-6373

Western District of Pennsylvania

David Bruce Kester v. Ameriquest Mortgage Co., et al., Bky. Advy. No. 3:09-7007

MDL No. 1760 -- **IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY
                LITIGATION**

Oppositions of plaintiffs Ben J. Smith, et al., and defendants Bedford Laboratories;
Hospira, Inc.; APP Pharmaceuticals, Inc.; and Teva Parenteral Medicines, Inc., to remand, under
28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern
District of Florida:

<u>Middle District of Tennessee</u>

Ben J. Smith, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 3:09-203
   (N.D.  Florida, C.A. No. 1:09-13)


MDL No. 1817 -- **IN RE: CERTAINTEED CORP. ROOFING SHINGLE PRODUCTS
                LIABILITY LITIGATION**

Opposition of plaintiff Board of Directors of the Lake Katherine Townhouse Association,
Inc., to transfer of the following action to the United States District Court for the Eastern District
of Pennsylvania:

<u>Northern District of Illinois</u>

Board of Directors of the Lake Katherine Townhouse Association, Inc. v. CertainTeed
   Corp., C.A. No. 1:09-3535


MDL No. 1877 -- **IN RE: CLASSICSTAR MARE LEASE LITIGATION**

Oppositions of plaintiffs James Tracy, et al., and Silver Fox Equestrian, LLC, to transfer
of their respective following actions to the United States District Court for the Eastern District of
Kentucky:

<u>Eastern District of Michigan</u>

James Tracy, et al. v. GeoStar Financial Services Corp., C.A. No. 1:09-10879
Silver Fox Equestrian, LLC v. GeoStar Corp., C.A. No. 1:09-12450

**MDL No. 1905 -- IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION**

Oppositions of plaintiffs Richard Wilssens and Gary Bryant Gerhardt, Sr., to transfer of
their respective following actions to the United States District Court for the District of
Minnesota:

      Southern District of Florida

Richard Wilssens v. Medtronic, Inc., et al., C.A. No. 0:09-60792

      Southern District of Texas

Gary Bryant Gerhardt, Sr. v. Medtronic, Inc., et al., C.A. No. 4:09-1159

**MDL No. 1953 -- IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION**

Opposition of defendant Columbia Casualty Co. to transfer of the following action to the
United States District Court for the Northern District of Ohio:

      Eastern District of Wisconsin

SPL Acquisition Corp. v. Columbia Casualty Co., C.A. No. 2:08-545

**MDL No. 2009 -- IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE
AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)
LITIGATION**

Opposition of plaintiffs James J. Canale, et al., to transfer of the following action to the
United States District Court for the Western District of Tennessee:

      Northern District of Alabama

James J. Canale, et al. v. Regions Bank, et al., C.A. No. 2:09-1064

MDL No. 2011 -- **IN RE: THE RESERVE FUND SECURITIES AND DERIVATIVE
          LITIGATION**

Opposition of plaintiffs The New Mexico State Treasurer's Office, et al., to transfer of the
following action to the United States District Court for the Southern District of New York:

District of New Mexico

The New Mexico State Treasurer's Office, et al. v. The Reserve Fund, et al.,
   C.A. No. 1:09-560


MDL No. 2013 -- **IN RE: FANNIE MAE SECURITIES AND EMPLOYEE RETIREMENT
          INCOME SECURITY ACT (ERISA) LITIGATION**

Opposition of plaintiffs Liberty Mutual Insurance Co., et al., to transfer of the following
action to the United States District Court for the Southern District of New York:

District of Massachusetts

Liberty Mutual Insurance Co., et al. v. Goldman Sachs & Co., et al., C.A. No. 1:09-10668


MDL No. 2014 -- **IN RE: BANK OF AMERICA CORP. AUCTION RATE SECURITIES
          (ARS) MARKETING LITIGATION**

Opposition of plaintiff Aeroflex Inc. to transfer of the following action to the United
States District Court for the Northern District of California:

Eastern District of New York

Aeroflex Inc. v. Bank of America Corp., et al., C.A. No. 2:09-2508

**MDL No. 2028 -- IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031
TAX DEFERRED EXCHANGE LITIGATION**

Motion of defendant Citibank, N.A., to transfer the following action to the United States
District Court for the Northern District of California:

<u>Southern District of New York</u>

Gerard A. McHale, etc. v. Citibank, N.A., Bky. Advy. No. 1:09-1218

**MDL No. 2036 -- IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

Oppositions of plaintiffs Georgio Churchwell; Claudia Sanchez, et al.; Donna McMillian,
et al.; Lynn Egan; Diane Mortenson; Daniel Dachille, et al.; and Alex Zankich, et al., and
defendant Branch Banking & Trust Company to transfer of their respective following actions to
the United States District Court for the Southern District of Florida:

<u>District of Arizona</u>

Georgio Churchwell v. Wells Fargo Bank, N.A., et al., C.A. No. 4:09-75

<u>Northern District of California</u>

Claudia Sanchez, et al. v. Wells Fargo & Co., et al., C.A. No. 3:07-5923
Donna McMillian, et al. v. Wells Fargo Bank, N.A., C.A. No. 3:08-5739

<u>District of Colorado</u>

Lynn Egan v. Wells Fargo & Co., et al., C.A. No. 1:09-253

<u>Northern District of Georgia</u>

Faith Gordon v. Branch Banking & Trust Co., C.A. No. 1:09-1744

<u>District of Nevada</u>

Diane Mortenson v Wells Fargo Bank, N.A., et al., C.A. No. 3:09-65

MDL No. 2036 (Continued)


#### District of New Jersey

Daniel Dachille, et al. v. Bank of America, N.A., et al., C.A. No. 2:09-2138

#### Western District of Washington

Alex Zankich, et al. v. Wells Fargo Bank, N.A., C.A. No. 2:08-1476


## MDL No. 2043 -- IN RE: CITIGROUP, INC., AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION (NO. II)

Oppositions of plaintiffs Ocwen Financial Corp., et al., and Braintree Laboratories, Inc., et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

#### Southern District of Florida

Ocwen Financial Corp., et al. v. Citigroup Global Markets, Inc., C.A. No. 9:09-80397

#### District of Massachusetts

Braintree Laboratories, Inc., et al. v. Citigroup Global Markets Inc., et al.,
    C.A. No. 1:09-10601


## MDL No. 2044 -- IN RE: VERTRUE INC. MARKETING AND SALES PRACTICES LITIGATION

Opposition of defendants Vertrue Inc. and Adaptive Marketing LLC, to transfer of the following action to the United States District Court for the Northern District of Ohio:

#### Middle District of Tennessee

Margaret Wike v. Vertrue Inc., et al., C.A. No. 3:06-204

**MDL No. 2046 -- IN RE: HEARTLAND PAYMENT SYSTEMS, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION**

Motion of defendant Heartland Payment Systems, Inc., to transfer the following action to
the United States District Court for the Southern District of Texas:

        District of New Jersey

In Re Heartland Payment Systems, Inc. Securities Litigation, C.A. No. 3:09-1043

**MDL No. 2047 -- IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS
LIABILITY LITIGATION**

Oppositions of defendants Venture Supply, Inc.; The Porter Blaine Corp.; Harbor Walk
Development, LLC; and Tobin Trading, Inc., to transfer of their respective following actions to
the United States District Court for the Eastern District of Louisiana:

        Eastern District of North Carolina

Curtis Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al., C.A. No. 2:09-25

        Eastern District of Virginia

Michelle Germano, et al. v. Taishan Gypsum Co., Ltd., et al., C.A. No. 2:09-202

**MDL No. 2052 -- IN RE: TREMONT GROUP HOLDINGS, INC., SECURITIES
LITIGATION**

Opposition of plaintiffs Family Swimmers Limited Partnership and Lawrence J.
Rothschild to transfer of their respective following actions to the United States District Court for
the Southern District of New York:

        District of Massachusetts

Family Swimmers LP v. Rye Select Broad Market Prime Fund, L.P., et al.,
    C.A. No. 1:09-10784
Lawrence J. Rothschild v. Rye Select Broad Market XL Fund, L.P., et al.,
    C.A. No. 1:09-10858

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the</u>
<u>Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel.  Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See generally</u> <u>In</u>
<u>re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such  statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
      (i)      the dispositive issue(s) have been authoritatively decided; or
      (ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party.  If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.