**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 8 2009

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

**MDL No. 875 IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

***Ellis Michael Staton, et al.  v. American Standard, Inc., et al.,*** C.D. CALIFORNIA, C.A. NO. 2:09-3724

---

### PLAINTIFFS' MOTION TO VACATE
### <u>CONDITIONAL TRANSFER ORDER NO. 324</u>

COME NOW Plaintiffs and hereby Move this Honorable Court to Vacate Conditional Transfer Order No. 324, filed on July 17, 2009, to the extent that the Order affects Plaintiffs' cause of action.  A Brief in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order No. 324 is attached hereto and incorporated herein.

Date:   August 17, 2009

Respectfully Submitted,

BARON & BUDD, P.C.
9465 Wilshire Blvd., Suite 460
Beverly Hills, California 90212
Telephone: (310) 860-0476
Facsimile: (310) 860-0480

Jed Borghei, Esq. (SBN 257049)
Counsel for Plaintiffs,
Ellis Michael Staton and Susan Mary Staton

Denyse F. Clancy, Esq. (SBN 255276)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

PLEADING NO. 5907

OFFICIAL FILE COPY
IMAGED AUG 1 8 2009

Paul Kiesel, Esq.  (SBN 119854)
KIESEL, BOUCHER & LARSON, L.L.P.
8648 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

AUG 1 8 2009

FILED
CLERK'S OFFICE

**MDL No. 875 IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.
VI)**

*Ellis Michael Staton, et al. v. American Standard, Inc., et al.,* C.D. CALIFORNIA,
C.A. NO. 2:09-3724

---

**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO
VACATE CONDITIONAL TRANSFER ORDER NO. 324**

COME NOW Plaintiffs and hereby file the following brief opposing the transfer of their case from the Central District of California to the Eastern District of Pennsylvania until such time as the Ninth Circuit Court of Appeals has the opportunity to rule upon Plaintiffs' Petition for a Writ of Mandamus, which was filed in that Court on July 16, 2009.

**INTRODUCTION**

Defendant Leslie Controls, Inc. ("Leslie") wrongfully removed this case from state court to federal court, claiming federal officer removal was warranted because Leslie could establish a "colorable federal defense" pursuant to *Boyle v. United Technologies Corp.,* 487 U.S. 500, 108 S.Ct. 2510, 101 L.Ed.2d 442 (1988) and *In re Hawaii Federal Asbestos Cases*, 960 F.2d 806 (9th Cir. 1992). This case does not belong in federal court; there is no federal subject matter jurisdiction. Leslie is entirely unable to demonstrate that it can avail itself of the governmental contractor affirmative defense as established by *Boyle* and interpreted by the Ninth Circuit in *In re Hawaii*. Thus, on July 16, 2009, Plaintiffs filed a Writ of Mandamus petitioning the Ninth Circuit to apply the clear dictates of its own holding in *In re Hawaii* – a factually analogous asbestos-disease

case – and remand this lawsuit back to state court.  The Ninth Circuit has yet to issue a ruling on Plaintiffs' writ petition.  If the Ninth Circuit is not afforded sufficient time to remand this case back to state court, Plaintiff Ellis Michael Staton will most assuredly pass away before the trial of this matter.  Thus, Plaintiffs respectfully request that, in the interests of justice and judicial economy, this case not be transferred by this Panel to the Eastern District of Pennsylvania until such time as the Ninth Circuit has been offered the opportunity to rule upon Plaintiffs' writ petition and uphold the continuing vitality of its opinion in *In re Hawaii*.

## PROCEDURAL HISTORY

Mr. Staton is fifty-nine years old and suffers from mesothelioma, a terminal cancer caused by his exposure to asbestos.  (Declaration of Dr. Joseph Lynch, M.D. ("Lynch Decl."), dated May 28, 2009, attached hereto as Exhibit B.)  On April 16, 2009, Mr. Staton and his wife Susan Mary Staton filed a personal injury and loss of consortium action in the Superior Court of the State of California, County of Los Angeles, against approximately 40 Defendants.  (Plaintiffs' Writ of Mandate to the Ninth Circuit Court of Appeals ("Writ"), Case No. 09-72230, Docket ID No. 6994949-(0-8), at p. 5, 11.) Plaintiffs allege that the Defendants' products and activities exposed Mr. Staton to asbestos throughout his career, when serving his country in the U.S. Navy aboard the U.S.S. Edson from 1968 to 1972, and when working as an engineer at civilian hospitals in the 1970's and 1980's.  (*Id.* at p. 5-7.)  Specifically, Mr. Staton testified that he worked with and around the removing defendant Leslie's asbestos-containing products both during his naval service and at civilian hospitals.  (*Id.*)

2

On May 26, 2009, Leslie wrongly removed this case to federal court. Since that time, Plaintiffs have strenuously opposed the removal and sought remand on the basis that federal courts lack subject matter jurisdiction over this action. (*See id.* at 3-4.) Pursuant to the clear dictates of *Boyle* and *In re Hawaii*, Leslie does not have a "colorable federal defense" to this lawsuit because its asbestos-containing products sold to the Navy were substantially similar to Leslie products readily available on the commercial market, and therefore do not qualify as "military equipment." (*Id.* at p. 7-11, 20-29.) Thus, as a threshold matter, Leslie's removal is entirely without legal support. Further, Leslie cannot meet its burden under *Boyle*'s first and second prongs because the Navy did not approve "reasonably precise specifications" for Leslie's asbestos-containing products that conflicted with state tort law. (*Id.*) Finally, Leslie cannot meet its burden under *Boyle*'s third prong because Leslie has no evidence indicating that it warned the Navy about the hazards of its products that were known to Leslie, but not to the Navy. (*Id.*)

On June 2, 2009, Plaintiffs filed a Motion for Remand in the Central District of California, demonstrating that remand of this action is compelled because federal courts lack subject matter jurisdiction over this action. (*Id.* at 12, 14-16.) This motion was heard by District Court Judge Manuel L. Real. Judge Real denied Plaintiffs' remand motion without making any factual findings or offering any legal justification for the presence of federal subject matter jurisdiction. (*Id.* at 14-16; *see also* Order of Judge Real, dated July 14, 2009, attached hereto as Exhibit A.) Plaintiffs promptly filed a Petition for a Writ of Mandamus with the Ninth Circuit Court of Appeals, asking it to apply its prior holding in *In re Hawaii* to the analogous facts of this case and, thereby,

immediately remand this action back to state court. The Ninth Circuit has yet to make any ruling on Plaintiffs' petition.

## ARGUMENT

The federal statute governing multidistrict litigation provides that actions may be transferred "by the judicial panel on multidistrict litigation authorized by this section *upon its determination that transfers for such proceedings . . . will promote the just and efficient conduct of such actions.*" 28 U.S.C. § 1407(a) (emphasis added). "The Panel's statutory mandate is to weigh the interests of all parties . . . in light of the purposes of Section 1407." *In re Stirling Homex Corp. Sec. Litig.*, 442 F. Supp. 547, 550 (J.P.M.L. 1977). On prior occasions, this Panel has vacated orders transferring cases to MDL No. 875 in order to allow the transferring court adequate time to rule on remand motions. *Vasura v. AC&S*, 84 F. Supp. 2d 531, 532-33 (S.D.N.Y. 2000). Such relief is warranted here, where transfer of this case to MDL No. 875 prior to a decision by the Ninth Circuit on Plaintiffs' Petition for a Writ of Mandamus would promote injustice and inefficiency.

### A.      Transfer of this Lawsuit to MDL No. 875 Would Not Promote Justice.

As demonstrated at length in Plaintiffs' writ petition, there is absolutely no federal subject matter jurisdiction over Plaintiffs' cause of action. Thus, this case must be remanded to state court with all due haste. If this lawsuit is transferred to MDL No. 875, Leslie's wrongful removal of this action – without the requisite proof required by the Supreme Court in *Boyle* and the Ninth Circuit in *In re Hawaii* – may succeed in misusing Mr. Staton's service to his country as a means to deny him his day in court.

Mr. Staton suffers from terminal mesothelioma. (*See* Lynch Decl., Exhibit B at ¶¶ 2, 5, 8.) There is substantial medical doubt that Mr. Staton will live beyond this Fall.

(*Id.* at ¶ 11.)  Mr. Staton's treating oncologist has declared that:  "Mr. Staton's ability to meaningfully participate in a lawsuit and all respects of life will diminish as his health deteriorates.  To the extent that he has any involvement in any legal proceedings, they should occur as soon as possible."  (*Id.* at ¶ 10.)

If the Ninth Circuit were to remand Plaintiffs' lawsuit to state court in the near future, Mr. Staton may live to participate in the trial of this matter.  Under California law, if a plaintiff brings a "Motion for Preference," and presents "clear and convincing medical documentation" that demonstrates that he "suffers from an illness . . . raising substantial medical doubt of survival of that party beyond six months," then the plaintiff can secure a trial date within 120 days of the granting of the preference motion. California Code of Civil Procedure § 36(d), (f).  Here, the medical evidence regarding Mr. Staton's prognosis strongly suggests that, upon remand, Plaintiffs may be able to secure a trial date in 2009, giving Mr. Staton a chance of living to see his day in court.

On the other hand, if this case is now transferred through the Panel on Multidistrict Litigation to the Eastern District of Pennsylvania for pretrial proceedings, thereby denying the Ninth Circuit the opportunity to rule upon Plaintiffs' writ petition, Mr. Staton will most certainly not live to see his federal trial.  *See, e.g., Madden v. Able Supply Co.*, 205 F.Supp.2d 695, 702 (S.D. Tex. 2002) ("There are thousands of asbestos cases pending in [the asbestos MDL court in the Eastern District of Pennsylvania] and, if history be any indicator, Plaintiff's claims against the Remaining Defendants will not be heard for many years."); *In re Maine Asbestos Cases*, 44 F.Supp.2d 368, 374, n.2 (D.Me 1999).  Consequently, if Mr. Staton passes away before his trial, Plaintiffs will lose not only their primary fact witness, but will also be denied any recovery for Mr. Staton's pain

and suffering.  *See, e.g., Sprowl v. Sup. Ct. (Raymark Industries)* (1990) 219 Cal.App.3d 777, 780 ("[D]amages for pain, suffering and disfigurement do not survive a plaintiff's death . . . .").

Thus, transfer of this action to MDL No. 875 without affording the Ninth Circuit the opportunity to remand this erroneously removed case will serve to promote injustice rather than justice, denying Mr. Staton the opportunity to live to see his day in court and denying Plaintiffs damages to which they are entitled.  As a result, transfer of this case at this time is not appropriate under 28 U.S.C. § 1407(a).

**B.      Transfer of this Lawsuit to MDL No. 875 Would Not Promote Judicial Efficiency.**

Judicial efficiency and economy are best served when issues relating to the remand of erroneously removed cases are considered and decided by courts in the original federal jurisdiction prior to the transfer of such lawsuits to an MDL court. *Barragan v. Warner-Lambert Co.*, 216 F. Supp. 2d 627, 630 (W.D. Tex. 2002); *Aetna U.S. Healthcare, Inc. v. Hoechst Aktiengesellschaft*, 54 F. Supp. 2d 1042, 1048 (D. Kan. 1999) ("For purposes of judicial economy, the jurisdictional issue should be resolved immediately.  If federal jurisdiction does not exist, the case can be remanded before federal resources are further expended [by transferring the case to an MDL].").  Further, as the removal issue presented herein directly involves the interpretation of *In re Hawaii*, a Ninth Circuit opinion, judicial economy would best be served by allowing the Ninth Circuit an opportunity to interpret its own case law.  *See Aetna*, 54 F. Supp. 2d at 1048. Thus, because judicial economy would be undermined by a transfer of this action to MDL No. 875 prior to a resolution of the jurisdictional question by the Ninth Circuit, transfer is inappropriate pursuant to the plain language of 28 U.S.C. § 1407(a).

## **CONCLUSION**

Based on the foregoing, Plaintiffs respectfully request that this Panel Vacate Conditional Transfer Order No. 324 as it relates to Plaintiffs' cause of action, pending a decision by the Ninth Circuit Court of Appeals on Plaintiffs' Petition for a Writ of Mandamus, seeking remand of this lawsuit back to state court.

Date:   August 17, 2009

Respectfully Submitted,

BARON & BUDD, P.C.
9465 Wilshire Blvd., Suite 460
Beverly Hills, California 90212
Telephone: (310) 860-0476
Facsimile: (310) 860-0480

Jed Borghei, Esq. (SBN 257049)
Counsel for Plaintiffs,
Ellis Michael Staton and Susan Mary Staton

Denyse F. Clancy, Esq. (SBN 255276)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Paul Kiesel, Esq.  (SBN 119854)
KIESEL, BOUCHER & LARSON, L.L.P.
8648 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 8 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

### MDL No. 875 IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*, C.D. CALIFORNIA, C.A. NO. 2:09-3724

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Ellis Michael Staton and Susan Mary Staton<br>**Defendants:**<br>AMERICAN STANDARD, INC., individually and as successor-in-interest to The TRANE COMPANY;<br>AURORA PUMP COMPANY;<br>ARMSTRONG INTERNATIONAL, INC.;<br>BONDEX INTERNATIONAL, INC.;<br>BUFFALO PUMPS, INC.;<br>BONDEX INTERNATIONAL, INC.;<br>CARRIER CORPORATION, individually and as successor-in-interest to Elliott Company, successor-in-interest to Crocker-Wheeler Company;<br>CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc.;<br>CRANE CO., individually and as successor in interest to Chapman Valves;<br>DOWMAN PRODUCTS, INC.;<br>FMC CORPORATION, individually, on behalf of and as successor-in-interest to Peerless Pump Co.;<br>FRASER'S BOILER SERVICE, INC.;<br>GARLOCK SEALING TECHNOLOGIES, L.L.C. individually and as | C. D. California | 2:09-3724 | Hon. Manuel L. Real |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| successor-in-interest to Garlock, Inc.; GEORGIA-PACIFIC, LLC, f/k/a Georgia-Pacific Corporation, individually and as successor-in-interest to Bestwall Gypsum Company; GOULDS PUMPS INCORPORATED; GRINNELL , L.L.C. (f/k/a Grinnell Corporation); HAMILTON MATERIALS, INC. (f/k/a Hamilton Distributing, Inc.); IMO INDUSTRIES, INC. (individually and as successor-in-interest to De Laval Turbine, Inc.); INGERSOLL-RAND COMPANY individually and as successor-in-interest to The Aldrich Company; ITT CORPORATION, f/k/a ITT INDUSTRIES, INC., individually, and as successor-in-interest to "BELL & GOSSETT" branded products and Grinnell Corporation; JOHN K. BICE CO., INC.; JOHNSON CONTROLS, INC.; KAISER GYPSUM COMPANY, INC.; KELLY-MOORE PAINT COMPANY, INC.; LESLIE CONTROLS, INC.; MECHANICAL DRIVES & BELTING (f/k/a L.A. Rubber Company); METALCLAD INSULATION CORPORATION; PENTAIR, INC., individually and as successor-in-interest to Aurora Pump Company; RED - WHITE VALVE CORPORATION; SPENCE ENGINEERING COMPANY, INC.; SPIRAX SARCO, INC.; SPX Corporation, individually and as successor-in-interest to General Signal Corporation (successor-in-interest to Aurora Pump Company); | C. D. California | 2:09-3724 | Hon. Manuel L. Real |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| THOMAS DEE ENGINEERING CO.; TRIPLE A MACHINE SHOP, INC. (a/k/a Triple A Shipyard); UNION CARBIDE CORPORATION; THE WILLIAM POWELL COMPANY; YARWAY CORPORATION; YORK INTERNATIONAL CORPORATION, individually and as successor-in-interest to Central Environmental Systems, Inc., f/k/a Borg-Warner Central Environmental Systems, Inc.; York-Luxaire, Inc.; Luxaire, Inc., and The C.A. Olsen Manufacturing Company and d/b/a "Moncrief Furnaces" d/b/a York Hearing & Air Conditioning; ZURN INDUSTRIES, LLC., f/k/a Zurn Industries, Inc., a/k/a and successor-by-merger to Erie City Iron Works and d/b/a "Keystone" branded products, ATWOOD & MORRILL CO., INC; CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc., d/b/a CLEAVER-BROOKS DIVISION (successor-in interest to DAVIS ENGINEERING COMPANY); DRESSER-RAND COMPANY, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company; INGERSOLL-RAND COMPANY, individually and as successor-in-interest to Terry Steam Turbine and the Whiton Machine Company; GARDNER DENVER NASH, LLC, individually and as a successor-in-interest to The Nash Engineering Co.; VELAN STEAM TRAP CORPORATION; VELAN VALVE CORPORATION, individually and as successor-in-interest to Velan Steam Trap Corporation; WEIL PUMP COMPANY, INC.; and DOES 9-300 | C. D. California | 2:09-3724 | Hon. Manuel L. Real |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Ellis Michael Staton and Susan Mary Staton<br>**Respondent:**<br>United States District Court-Central District of California<br>**Real Parties in Interest:**<br>AMERICAN STANDARD, INC., individually and as successor-in-interest to The TRANE COMPANY;<br>AURORA PUMP COMPANY;<br>ARMSTRONG INTERNATIONAL, INC.;<br>BONDEX INTERNATIONAL, INC.;<br>BUFFALO PUMPS, INC.;<br>BONDEX INTERNATIONAL, INC.;<br>CARRIER CORPORATION, individually and as successor-in-interest to Elliott Company, successor-in-interest to Crocker-Wheeler Company;<br>CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc.;<br>CRANE CO., individually and as successor in interest to Chapman Valves;<br>DOWMAN PRODUCTS, INC.;<br>FMC CORPORATION, individually, on behalf of and as successor-in-interest to Peerless Pump Co.;<br>FRASER'S BOILER SERVICE, INC.;<br>GARLOCK SEALING TECHNOLOGIES, L.L.C. individually and as successor-in-interest to Garlock, Inc.;<br>GEORGIA-PACIFIC, LLC, f/k/a Georgia-Pacific Corporation, individually and as successor-in-interest to Bestwall Gypsum Company; | United States Court of Appeals for the Ninth District | 09-72230 | Panel |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| GOULDS PUMPS INCORPORATED; GRINNELL , L.L.C. (f/k/a Grinnell Corporation); HAMILTON MATERIALS, INC. (f/k/a Hamilton Distributing, Inc.); IMO INDUSTRIES, INC. (individually and as successor-in-interest to De Laval Turbine, Inc.); INGERSOLL-RAND COMPANY individually and as successor-in-interest to The Aldrich Company; ITT CORPORATION, f/k/a ITT INDUSTRIES, INC., individually, and as successor-in-interest to "BELL & GOSSETT" branded products and Grinnell Corporation; JOHN K. BICE CO., INC.; JOHNSON CONTROLS, INC.; KAISER GYPSUM COMPANY, INC.; KELLY-MOORE PAINT COMPANY, INC.; LESLIE CONTROLS, INC.; MECHANICAL DRIVES & BELTING (f/k/a L.A. Rubber Company); METALCLAD INSULATION CORPORATION; PENTAIR, INC., individually and as successor-in-interest to Aurora Pump Company; RED - WHITE VALVE CORPORATION; SPENCE ENGINEERING COMPANY, INC.; SPIRAX SARCO, INC.; SPX Corporation, individually and as successor-in-interest to General Signal Corporation (successor-in-interest to Aurora Pump Company); THOMAS DEE ENGINEERING CO.; TRIPLE A MACHINE SHOP, INC. (a/k/a Triple A Shipyard); UNION CARBIDE CORPORATION; | United States Court of Appeals for the Ninth District | 09-72230 | Panel |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| THE WILLIAM POWELL COMPANY; YARWAY CORPORATION; YORK INTERNATIONAL CORPORATION, individually and as successor-in-interest to Central Environmental Systems, Inc., f/k/a Borg-Warner Central Environmental Systems, Inc.; York-Luxaire, Inc.; Luxaire, Inc., and The C.A. Olsen Manufacturing Company and d/b/a "Moncrief Furnaces" d/b/a York Hearing & Air Conditioning; ZURN INDUSTRIES, LLC., f/k/a Zurn Industries, Inc., a/k/a and successor-by-merger to Erie City Iron Works and d/b/a "Keystone" branded productsl; ATWOOD & MORRILL CO., INC; CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc., d/b/a CLEAVER-BROOKS DIVISION (successor-in interest to DAVIS ENGINEERING COMPANY); DRESSER-RAND COMPANY, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company; INGERSOLL-RAND COMPANY, individually and as successor-in-interest to Terry Steam Turbine and the Whiton Machine Company; GARDNER DENVER NASH, LLC, individually and as a successor-in-interest to The Nash Engineering Co.; | United States Court of Appeals for the Ninth District | 09-72230 | Panel |

6

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| VELAN STEAM TRAP CORPORATION; VELAN VALVE CORPORATION, individually and as successor-in-interest to Velan Steam Trap Corporation; WEIL PUMP COMPANY, INC.; and DOES 9-300 | United States Court of Appeals for the Ninth District | 09-72230 | Panel |

Date:   August 17, 2009

Respectfully Submitted,

BARON & BUDD, P.C.
9465 Wilshire Blvd., Suite 460
Beverly Hills, California 90212
Telephone: (310) 860-0476
Facsimile: (310) 860-0480

Jed Borghei, Esq. (SBN 257049)
Counsel for Plaintiffs,
Ellis Michael Staton and Susan Mary Staton

Denyse F. Clancy, Esq. (SBN 255276)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Paul Kiesel, Esq.  (SBN 119854)
KIESEL, BOUCHER & LARSON, L.L.P.
8648 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 18 2009

FILED
CLERK'S OFFICE

**EXHIBIT A**

1 | JENNIFER JUDIN (State Bar No. 256973)
   | ijudin@dehay.com
2 | PAUL C. WHITE II (SBN 213900)
   | pwhite@dehay.com
3 | DEHAY & ELLISTON, L.L.P.
   | 800 West 6th Street, Suite 788
4 | Los Angeles, CA   90017
   | Telephone:   (213) 271-2727
5 | Facsimile:   (213) 271-2730

6 | Attorneys for Defendant
7 | LESLIE CONTROLS, INC.

```
                            FILED
              CLERK, U.S. DISTRICT COURT

                   JUL 1 4 2009

              CENTRAL DISTRICT OF CAL...
              BY
```

8

9 | ### UNITED STATES DISTRICT COURT

10 | ### CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 | ELLIS MICHAEL STATON AND SUSAN MARY STATON, | Case No. CV09-03724 R (VBKx) |
| 13 | Plaintiffs, | Case No. BC412018 (Los Angeles County Superior Court) |
| 14 | v. | |
| 15 | AMERICAN STANDARD, INC., individually and as successor-in-interest to THE TRANE COMPANY, *et al.*, | [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND AND MOTION TO STRIKE AND OBJECTIONS TO EVIDENCE |
| 16 | | |
| 17 | Defendants. | |

Hearing Date: June 29, 2009
Time:           10:00 a.m.
Courtroom:  8 [Hon. Manuel L. Real]

18

19

20

21

22

23

24

25

26

27

28

LESLIE/Staton

1      This Court has considered Plaintiffs': 1) Motion for Remand to the Superior

2  Court of California, County of Los Angeles; and 2) Motion to Strike and Objections

3  to Evidence, and declarations and documents filed both in support and in opposition

4  thereto.  Good cause appearing therefore, Plaintiffs' Motion is hereby DENIED.

5

6      The Court's ruling is based on the fact that Defendant Leslie Controls, Inc.

7  timely and properly removed this case from the Superior Court of California, County

8  of Los Angeles to this District Court, consistent with the requirements of the federal

9  officer removal statute, 28 U.S.C. § 1442(a)(1), and 28 U.S.C. § 1446.

10

11      IT IS HEREBY ORDERED that Plaintiffs' Motion for Remand and Motion to

12  Strike and Objections to Evidence are DENIED in their entirety.

13

14

15  DATED:  July **14**, 2009

               Hon. Manuel L. Real

16                United States District Court

17

18

19

20  Respectfully Submitted,

21  **DEHAY & ELLISTON, L.L.P.**
Jennifer Judin
Paul C. White II

22

23

24  By: _____

25      Paul C. White II

26      Attorneys for Defendant
    LESLIE CONTROLS, INC.

27

28

                            1

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND AND MOTION TO STRIKE
AND OBJECTIONS TO EVIDENCE

LESLIE/Sutton

# EXHIBIT B

John Langdoc, Esq. (SBN 235509)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214/521-3605
Facsimile: 214/520-1181

Jennifer K. Berg, Esq. (SBN 147427)
Eric Brown, Esq. (SBN229622)
BARON & BUDD, P.C.
9465 Wilshire Blvd., Suite 460
Beverly Hills, CA 90212
Telephone: 310/860-0476
Facsimile: 310/860-0480

Attorneys for Plaintiffs

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| ELLIS MICHAEL STATON, et al. | CASE NO: BC412018 |
| Plaintiffs, | **DECLARATION OF DR. JOSEPH LYNCH, M.D.** |
| vs. | |
| AMERICAN STANDARD, INC. (TRANE / KEWANEE), et al. | Complaint Filed: 4/16/2009 |
| Defendants. | Trial Date: Not assigned |

I, Dr. Joseph Lynch, M.D., hereby declare as follows:

1. I am an oncologist on staff with Oklahoma Oncology. I am duly licensed to practice in the State of Oklahoma. I received my medical degree from Georgetown University in Washington, DC. I completed my residency in Internal Medicine at West Virginia University, Morgantown, West Virginia. After completion of my residency, I served a medical oncology fellowship at Allegheny Hospital, Pittsburgh, PA. I served as a

- 1 -

N:\_CLIENTS\S\STATON EM CA\Motions\Preference\Dr Lynch dec wpd

DECLARATION OF DR. JOSEPH LYNCH, M.D.

**Ex. B:1**

1   visiting fellow in the bone marrow transplantation program at Fred Hutchinson Cancer

2   Research Center in Seattle, WA.  I then served a fellowship in bone marrow

3   transplantation with the University of Louisville, Louisville, KY.  I served as associate

4   professor of medicine in hematology and oncology and as the director of the Blood and

5   Marrow Transplantation Program at the Mary Babb Randolph Cancer Center, West

6   Virginia University.  I am currently the medical director of the Blood and Marrow

7   Transplantation Program, Natalie Warren Bryant Cancer Center, Saint Francis Health

8   System.

9        2. Ellis Michael Staton is a patient of mine.  I have been his primary treating

10  oncologist for his mesothelioma since March 5, 2009 and have seen him as recently as

11  May 1, 2009.  I have reviewed Mr. Staton's medical records and am familiar with his

12  treatment for mesothelioma.  Mr. Staton is 59 years old and is married.

13       3.  In early 2009, Mr. Staton presented to Saint Francis Hospital with worsening

14  dyspnea on exertion that progressed to where he could not speak in full sentences without

15  significant shortness of breath.  He came to the Trauma Emergency Center in respiratory

16  distress and results of a chest x-ray indicated a complete whiteout of his right lung.  A CT

17  scan was then performed, which showed a large pleural effusion with pleural based

18  masses.

19       4.  On February 28, 2009, Dr. Amy Bacchus, MD performed a thoracentesis.

20  Cytology reviewed was suspicious for malignant mesothelioma and a video assisted

21  thorascopic surgery (VATS) was subsequently scheduled.

22       5.  On March 6, 2009, Mr. Staton underwent a right thoracoscopy with drainage of

23  effusion, multiple chest wall biopsies and talc pleurodesis.   Review of the obtained

24  pathology confirmed a diagnosis of malignant mesothelioma.

25       6.  On May 1, 2009, Mr. Staton began his first of two chemotherapy treatments of

26  Carboplatin and Alimta.  The treatment has side effects including severe nausea  After

27  these 2 treatments, he will be evaluated at MD Anderson Cancer Center in Houston, TX

28

N:\_CLIENTS\S\STATON EM CA\Motions\Preference\Dr Lynch dec.wpd

DECLARATION OF DR. JOSEPH LYNCH, M.D.

Ex. B:2

1   for a possible extrapleural pneumonectomy, a very radical procedure only recommended

2   for persons with good enough heart and lung functions in order to withstand its rigors.

3   This procedure involves portions of the lung, the lining of the lung, the lining of the heart

4   and the diaphragm being removed.  This is a serious procedure, with inherent risks, and

5   there is a substantial recovery period.

6          6. As a result of the mesothelioma, Mr. Staton is debilitated and suffers from

7   fatigue, chest pain and weight loss.  He has lost a significant amount of weight since his

8   diagnosis and a total of 17 lbs after his first chemotherapy treatment.  He also gets short of

9   breath upon minimal exertion.

10         7.  He is taking Oxycontin 30 mg twice daily for pain and also continues to take

11  another pain medicine, Norco throughout the day.  He has also been prescribed Fentanyl

12  patches for break through pain.

13         8. Malignant mesothelioma is progressive, painful, and terminal disease with no

14  known cure.  Mr. Staton's prognosis is extremely poor due to his mesothelioma.  Thus,

15  mesothelioma, or complications from treatment for his mesothelioma, will cause Mr.

16  Staton's death in the near future.

17         9. Mesothelioma is often rapidly fatal. Oftentimes even patients who are relatively

18  asymptomatic, take a turn for the worse, decline rapidly, and die in a matter of weeks.

19         10. As a result of the mesothelioma, Mr. Staton's ability to meaningfully

20  participate in a lawsuit and all respects of life will diminish as his health deteriorates.  To

21  the extent that he has any involvement in any legal proceedings, they should occur as soon

22  as possible.

23  ///

24  ///

25  ///

26  ///

27  ///

28

N:\_CLIENTS\S\STATON EM CA\Motions\Preference\Dr Lynch dec.wpd

DECLARATION OF DR. JOSEPH LYNCH, M.D.

**Ex. B-3**

1    11. In my medical opinion, based on my personal treatment of Mr. Staton, his

2  malignant mesothelioma and his symptoms as set forth in detail above, Mr. Staton's

3  cancer condition raises substantial medical doubt that he will survive more than 4 months

4  from the date of the declaration.

5    I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct.  Executed this 28 day of May, 2009 in Tulsa, Oklahoma.

7

8                                    By: _____

9                                    Joseph Lynch, M.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

DECLARATION OF DR. JOSEPH LYNCH, M.D.

Ex. B-4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 8 2009

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

IN RE: Asbestos Products Liability Litigation (No. VI)     MDL No. 875

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California,

C.A. No. 2:09-3724

Proof of Service

I am employed in the City and County of Los Angeles, State of California. I am over the age

of 18 and not a party to the within action.  My business address is Baron & Budd, P.C., 9465

Wilshire Blvd., Suite 460, Beverly Hills, CA 90212.

I hereby certify that a copy of the foregoing

    **PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO.324;**

    **BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL
        TRANSFER ORDER NO.324;**

    **SCHEDULE OF ACTIONS;**

and any attachments were served by FEDERAL EXPRESS, postage prepaid, for overnight

delivery, to the following:

**\*\*PLEASE SEE ATTACHED SERVICE LIST\*\***

1

<table>
<tr><td>☒</td><td>VIA FEDERAL EXPRESS</td></tr>
</table>

X  VIA FEDERAL EXPRESS

By delivering the document(s) marked for Next-business day afternoon delivery and by depositing the same for collection at Beverly Hills, California, on the date herein above set forth in this Certificate, in a sealed envelope(s) designated by the Fedex service carrier, with the postage thereon fully prepaid or provided for, addressed as shown below:

I personally delivered such envelope(s) by hand to the offices of the pursuant to CCP § 1011.

X  FEDERAL:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on August 17, 2009 Beverly Hills, CA.

Carrie Ardoin

SERVICE LIST

Hon. Manuel L. Real, Courtroom No. 8

c/o Civil Intake at United States District Court

312 N. Spring Street

Los Angeles, CA 90012


Office of the Clerk

James R. Browning

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103-1526


Jeffery N. Lüthi

Clerk of the Panel

One Columbus Circle, NE

Thurgood Marshall Federal

Judiciary Building

Room G-255, North Lobby

Washington, D.C. 20002

Dennis M. Young

Foley & Mansfield, P.L.L.P.

1111 Broadway, 10th Floor

Oakland, CA 94607

(510)590-9500 (Phone)

(510)590-9595 (Fax)

**Counsel for Defendant(s): GARDNER DENVER NASH, LLC, THE WILLIAM**

**POWELL COMPANY**

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
>
> 2:09-3724


Michael H. Bailey

Baker, Keener & Nahra

633 West Fifth Street, Suite 5400

Los Angeles, CA  90071

(213) 241-0900 (Phone)

(213) 241-0990 (Fax)

***Counsel for Defendant(s): JOHNSON CONTROLS, INC., YORK INTERNATIONAL***

***CORPORATION***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
>
> 2:09-3724

Thomas J. LoSAVIO

Low, Ball & Lynch

505 Montgomery Street, 7th Floor

San Francisco, CA 94111

(415) 981-6630 (Phone)

(415) 982-1634 (Fax)

***Counsel for Defendant(s): ARMSTRONG INTERNATIONAL, INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Joseph Duffy

Morgan, Lewis & Bockius, L.L.P.

300 South Grand Avenue, 22nd FLOOR

Los Angeles, CA 90071

(123) 612-2500 (Phone)

(213) 612-2501 (Fax)

***Counsel for Defendant(s): YARWAY CORPORATION, GRINNELL, L.L.C. (FKA GRINNELL CORPORATION)***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

David M. Glaspy

Law Offices of Glaspy & Glaspy, Inc.

One Walnut Creek Center

100 Pringle Avenue, Suite 750

Walnut Creek, CA  94596

(925) 947-1300 (Phone)

(925) 947-1594 (Fax)

**Counsel for Defendant(s): GARLOCK SEALING TECHNOLOGIES, L.L.C.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Andy J. Goetz

Kenneth Prindle

Prindle, Decker & Amaro, L.L.P.

310 Golden Shore, Fourth Floor

Long Beach, CA  90801-5511

(562) 436-3946 (Phone)

(562) 495-0564 (Fax)

**Counsel for Defendant(s): AMERICAN STANDARD, INC. (TRANE / KEWANEE), ITT CORPORATION, TRIPLE A MACHINE SHOP, INC.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

A. Scott Goldberg

Selman  Breitman, L.L.P.

11766 Wilshire Blvd., Sixth Floor

Los Angeles, CA  90025

(310) 445-0800 (Phone)

(310) 473-2525 (Fax)

*Counsel for Defendant(s): AURORA PUMP COMPANY, CLEAVER-BROOKS, INC., SPX*

*CORPORATION*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724


Robert M. Hamblett

Hassard & Bonnington

Two Embarcadero Center, Suite 1800

San Francisco, CA  94111

(415) 288-9800 (Phone)

(415) 288-9802 (Fax)

*Counsel for Defendant(s): KAISER GYPSUM COMPANY, INC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

Jura A. Hartley

Grace, Genson, Cosgrove & Schrim

444 South Flower Street, Suite 1100

Los Angeles, CA  90071

(213) 533-5400 (Phone)

(213) 533-5444 (Fax)

**Counsel for Defendant(s): *KELLY-MOORE PAINT COMPANY***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

C.J. Manoli

Jackson & Wallace, L.L.P.

55 Francisco Street, Sixth Floor

San Francisco, CA  94133

(415) 982-6300 (Phone)

(415) 982-6700 (Fax)

**Counsel for Defendant(s): *BUFFALO PUMPS, INC.***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Jennifer Judin

DeHay & Elliston, L.L.P.

800 West 6th Street, Suite 788

Los Angeles, CA  90017

(213) 271-2727 (Phone)

(213) 271-2730 (Fax)

**Counsel for Defendant(s): *LESLIE CONTROLS, INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Mark S. Kannett

Becherer, Kannett & Schweitzer

Water Tower

1255 Powell Street

Emeryville, CA  94608

(510) 658-3600 (Phone)

(510) 658-1151 (Fax)

**Counsel for Defendant(s): *JOHN K. BICE CO., INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Peter B. Langbord

Foley & Mansfield, P.L.L.P.

150 South Los Robles Avenue, Suite 400

Pasadena, CA  91101

(626) 744-9359 (Phone)

(626) 744-1702 (Fax)

**Counsel for Defendant(s): *RED-WHITE VALVE COMPANY***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
> 2:09-3724


Timothy J. McCaffery

Lombardi, Loper & Conant, L.L.P.

Lake Merritt Plaza

1999 Harrison Street, Suite 2600

Oakland, CA  94612-3541

(510) 433-2600 (Phone)

(510) 433-2699 (Fax)

**Counsel for Defendant(s): *MECHANICAL DRIVES & BELTING***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
> 2:09-3724

Michael T. McCall

Walsworth, Franklin, Bevins & McCall, L.L.P.

One City Boulevard West, Fifth Floor

Orange, CA  92868

(714) 634-2522 (Phone)

(714) 634-0686 (Fax)

*Counsel for Defendant(s): DOWMAN PRODUCTS, INC, SPIRAX-SARCO, INC.,*

*BONDEX INTERNATIONAL, INC., HAMILTON MATERIALS, INC., THOMAS DEE*

*ENGINEERING CO.*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
>
> 2:09-3724


Brien F. McMahon

Perkins Coie, LLP

1620 26th Street

Sixth Floor, South Tower

Santa Monica, CA  90404

(310) 788-9900 (Phone)

(310) 843-1284 (Fax)

*Counsel for Defendant(s): GEORGIA-PACIFIC, LLC.*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
>
> 2:09-3724

Nathan T. Newman

Tucker, Ellis & West, L.L.P.

Forty Second Floor

515 South Flower Street

Los Angeles, CA  90071

(213) 430-3400 (Phone)

(213) 430-3409 (Fax)

***Counsel for Defendant(s): CARRIER CORPORATION***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Dennis Young

Foley & Mansfield P.L.L.P.

1111 Broadway, 10th Floor

Oakland, CA 94607

***Counsel for Defendant(s): GARNDER DENVER NASH, LLC, (, individually as successor-in-interest to the NASH ENGINEERING CO.)***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Michael J. Pietrykowski

Gordon & Rees, L.L.P.

Embarcadero Center West

Twentieth Floor

275 Battery Street

San Francisco, CA  94111

(415) 986-5900 (Phone)

(415) 986-8054 (Fax)

**Counsel for Defendant(s): *GOULDS PUMPS INCORPORATED, INGERSOLL-RAND COMPANY***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Frank D. Pond

Pond North, L.L.P.

350 South Grand Avenue, Suite 2850

Los Angeles, CA  90071

(213) 617-6170 (Phone)

(213) 623-3594 (Fax)

**Counsel for Defendant(s): *FMC CORPORATION, FRASER'S BOILER SERVICE, INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Henry D. Rome

Howard, Rome, Martin & Ridley, L.L.P.

1775 Woodside Road, Suite 200

13

Redwood City, CA  94061-3436

(650) 365-7715 (Phone)

(650) 364-5297 (Fax)

**Counsel for Defendant(s): *IMO INDUSTRIES, INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724


William J. Sayers

McKenna, Long & Aldridge, L.L.P.

8th Floor

444 South Flower Street

Los Angeles, CA  90071-2901

(213) 688-1000 (Phone)

(213) 243-6330 (Fax)

**Counsel for Defendant(s):, *UNION CARBIDE CORPORATION***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724


Grant D. Stiefel

K&L Gates LLP

10100 Santa Monica Boulevard, Seventh Floor

Los Angeles, CA  90067

(310) 552-5000 (Phone)

(310) 552-5001 (Fax)

*Counsel for Defendant(s): CRANE CO.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

John R. Wallace

Jackson & Wallace, L.L.P.

55 Francisco Street, Sixth Floor

San Francisco, CA  94133

(415) 982-6300 (Phone)

(415) 982-6700 (Fax)

*Counsel for Defendant(s): ZURN INDUSTRIES, INC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**Atwood & Morrill Co., Inc**.

c/o Weir Valves & Controls USA, Inc., individually and as successor-in-interest to Atwood & Morrill, Inc.

29 OLD RIGHT ROAD

IPSWICH , MA 01938-1119

*Service Agent for Defendant(s):  Atwood & Morrill Co., Inc*.

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**CLEAVER-BROOKS, INC. individually and f/k/a AQUA-CHEM, INC., d/b/a CLEAVER-BROOKS DIVISION (successor-in-interest to DAVIS ENGINEERING COMPANY)**

A. Scott Goldberg

SELMAN BREITMAN LLP

11766 Wilshire Boulevard, Sixth Floor

Los Angeles, CA 90025

*Service Agent for Defendant(s): CLEAVER-BROOKS, INC. individually and f/k/a AQUA-CHEM, INC., d/b/a CLEAVER-BROOKS DIVISION (successor-in-interest to DAVIS ENGINEERING COMPANY)*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**Dresser-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company**

1200 West Sam Houston Pkwy. N.,

Houston, TX 77043

*Service Agent for Defendant(s): Dresser-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company*

16

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**Ingersoll-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company**

Michael J. Pietrykowksi

Gordon & Rees LLP

275 Battery Street, Twentieth Floor

San Francisco, CA 94111

*Service Agent for Defendant(s):* **Ingersoll-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**Weil Pump Company, Inc.**

W57 N14363 Doerr Way,

Cedarburg, WI 53012

*Service Agent for Defendant(s):* **Weil Pump Company, Inc.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**PENTAIR, INC./ PENTAIR PUMP GROUP, INC.**

55 Wayzata Blvd.

Suite 800

Minneapolis, MN 55416

*Service Agent for Defendant(s):* **PENTAIR, INC./ PENTAIR PUMP GROUP, INC.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

**SPENCE ENGINEERING CO., INC.**

Corporate Trust System

111 Eighth Avenue

New York, NY 10011

*Service Agent for Defendant(s):* **SPENCE ENGINEERING CO., INC.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-324)

Ellis Michael Stanton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael H. Bailey
BAKER KEENER & NAHRA
Library Tower
633 W. 5th Street
Suite 5400
Los Angeles, CA 90071

David T. Biderman
PERKINS COIE LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Boulevard
Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Denyse Clancy
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph Duffy
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Paul R. Kiesel
KIESEL BOUCHER &
LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Gregory Kim
HASSARD BONNINGTON
444 South Flower Street
Suite 1700
Los Angeles, CA 90071

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-324) (Continued)**

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Thomas J. LoSavio
LOW BALL & LYNCH
505 Montgomery Street
7th Floor
San Francisco, CA 94111-2584

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Craig R. Maki
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Nathan T. Newman
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Farrah S. Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 South Flower Street
8th Floor
Los Angeles, CA 90071-2901

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Frank D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Tricia A. Takagi
MORGAN LEWIS & BOCKIUS
Five Park Plaza
Suite 1750
Irvine, CA 92614

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608