875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 26 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL DOCKET NO. 875 WAW 2:09-838 |
| DUANE PREWETT and EILEEN PREWETT, husband and wife, | DEFENDANT CH MURPHY/CLARK-ULLMAN, INC.'S DISCLOSURE STATEMENT |
| Plaintiffs, v. | |
| GOULDS PUMPS (IPG), et al., | |
| Defendants. | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant CH Murphy/Clark-Ullman, Inc. states as follows:

There is no parent corporation or publicly held corporation owning 10% or more of CH Murphy/Clark-Ullman, Inc. stock.

DATED this 17 day of August, 2009.

STAFFORD FREY COOPER

By: _____
Katherine M. Steele, WSBA #11927
Attorneys for Defendant CH Murphy/Clark-Ullman, Inc.

OFFICIAL FILE COPY

DEFENDANT CH MURPHY/CLARK-ULLMAN, INC.'S
DISCLOSURE STATEMENT - 1

9213-030185 394604

ORIGINAL

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

IMAGED AUG 2 6 2009

1

2                              <u>Certificate of Service</u>

3   The undersigned certifies under the penalty of perjury according to the laws of the United States
    and the State of Washington that on this date I caused to be served in the manner noted below a
4   copy of this document entitled DEFENDANT CH MURPHY/CLARK-ULLMAN, INC.'S
    DISCLOSURE STATEMENT on the following individual(s):

5   **Counsel for Plaintiff**

6   Jackson Schmidt                        [x]  Via Facsimile
    Pepple Johnson Cantu & Schmidt, PLLC   [x]  Via First Class Mail
7   1501 Western Avenue, Suite 600         [ ]  Via Messenger
    Seattle, WA  98101-3051                [ ]  Via E-mail
8   Phone: (206) 625-1711
    Fax: (206) 625-1627
9   jacksonschmidt@pjcs.com

10

11  **Counsel for Co-Defendants**          *Via Email Unless Otherwise Noted*

12  Christopher W. Tompkins
    Betts Patterson & Mines, P.S.
13  One Convention Place
    701 Pike Street, Suite 1400
14  Seattle, WA  98101
    Phone: (206) 292-9988
15  Fax: (206) 343-7053
    Betts-Asbestos@bpmlaw.com
        Attorneys for Defendant 3M Company - WA
16
    Timothy K. Thorson
17  Carney Badley Spellman, PS
    701 Fifth Avenue, Suite 3600
18  Seattle, WA  98104-7010
    Phone: (206) 622-8020
19  Fax: (206) 467-8215
    berman@carneylaw.com
        Attorneys for Defendant Saberhagen Holdings, Inc. - WA
20
    Melissa K. Habeck
21  Forsberg & Umlauf, PS
    901 Fifth Avenue, Suite 1700
22  Seattle, WA  98164-1039
    Phone: (206) 689-8500
23  Fax: (206) 689-8501
    swalker@forsberg-umlauf.com
        Attorneys for Defendant Fraser's Boiler Service, Inc. - WA

    SERVICE LIST - 1
    Prewett Duane Main Matter  420340

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1
2
3
4

Mark Tuvim
Gordon & Rees, LLP
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
aengelhardt@gordonrees.com
    Attorneys for Defendant Ingersoll-Rand Co. - WA

5
6
7
8

James E. Horne
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
One Union Square
600 University, Suite 2101
Seattle, WA 98101-4161
Phone: (206) 676-7500
Fax: (206) 676-7575
IMOService@gth-law.com
    Attorneys for Defendant Imo Industries, Inc. - WA

9
10
11
12
13

Michael E. Ricketts
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
One Union Square
600 University, Suite 2100
Seattle, WA 98101-4185
Phone: (206) 676-7500
Fax: (206) 676-7575
mricketts@gth-law.com
    Attorneys for Defendant Imo Industries, Inc. - WA

14
15
16
17

G. William Shaw
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022
asbestos@klgates.com
    Attorneys for Defendant Garlock, Inc. - WA

18
19
20
21
22
23

Robert Dirk Bernhardt
Murray, Dunham & Murray
PO Box 9844
Seattle, WA 98109-0844
Phone: (206) 622-2655
Fax: (206) 684-6924
asbestos@murraydunham.com
    Attorneys for Defendant Foster Wheeler Energy Corporation - WA

SERVICE LIST - 2
Prewett Duane Main Matter 420340

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1  Matthew Turetsky
   Schwabe Williamson & Wyattt, PC
2  1420 Fifth Avenue, Suite 3010
   Seattle, WA  98101-2393
3  Phone: (206) 622-1711
   Fax: (206) 292-0460
   mturetsky@schwabe.com
4      Attorneys for Defendant General Refractories Corporation - WA

5  Christine E. Dinsdale
   Soha & Lang, PS
6  701 Fifth Avenue, Suite 2400
   Seattle, WA  98104
7  Phone: (206) 624-1800
   Fax: (206) 624-3585
   asbestos@sohalang.com
8      Attorneys for Defendant Superior Lidgerwood Mundy Corp.

9  Christine E. Dinsdale
   Soha & Lang, PS
10 701 Fifth Avenue, Suite 2400
   Seattle, WA  98104
11 Phone: (206) 624-1800
   Fax: (206) 624-3585
   asbestos@sohalang.com
12     Attorneys for Defendant Flowscrvc - WA

13 Christine E. Dinsdale
   Soha & Lang, PS
14 701 Fifth Avenue, Suite 2400
   Seattle, WA  98104
   Phone: (206) 624-1800
15 Fax: (206) 624-3585
   asbestos@sohalang.com
16     Attorneys for Dcfcndant BW/IP International, Inc. - WA

17 Christine E. Dinsdale
   Soha & Lang, PS
18 701 Fifth Avenue, Suite 2400
   Seattle, WA  98104
   Phone: (206) 624-1800
19 Fax: (206) 624-3585
   asbestos@sohalang.com
20     Attorneys for Defendant Goulds Pumps, Inc. - WA

21

22

23

SERVICE LIST - 3
Prewett Duane Main Meher  420340

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1  David Fisher
   Soha & Lang, PS
2  701 Fifth Avenue, Suite 2400
   Seattle, WA  98104-7003
3  Phone: (206) 624-1800
   Fax: (206) 624-3585
   asbestos@sohalang.com
4      Attorneys for Defendant Carver Pump Co. - WA

5  Michael O'Clair
   Soha & Lang, PS
6  701 Fifth Avenue, Suite 2400
   Seattle, WA  98104-7003
7  Phone: (206) 624-1800
   Fax: (206) 624-3585
   oclair@sohalang.com
8      Attorneys for Defendant Goulds Pumps, Inc. - WA

9  Christopher S. Marks
   Williams Kastner
   Two Union Square
10 601 Union Street, Suite 4100
   Seattle, WA  98101-1368
11 Phone: (206) 628-6616
   Fax: (206) 628-6611
12 asbestos@wkg.com
       Attorneys for Defendant General Electric Co. - WA

13 Christopher S. Marks
   Williams Kastner
14 Two Union Square
   601 Union Street, Suite 4100
15 Seattle, WA  98101-1368
   Phone: (206) 628-6616
16 Fax: (206) 628-6611
   asbestos@wkg.com
17     Attorneys for Defendant Rapid American Corp

18 Richard G. Gawlowski
   Wilson Smith Cochran Dickerson
   1215 Fourth Avenue, Suite 1700
19 Seattle, WA  98161-1007
   Phone: (206) 623-4100
   Fax: (206) 623-9273
20 carrier-asbestos@wscd.com
       Attorneys for Defendant Metropolitan Life Insurance Company - WA

21

22

23

SERVICE LIST - 4
Prewitt Duane Main Matter  420340

## STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1
John D. Wilson, Jr.
Wilson Smith Cochran Dickerson

2
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1007
Phone: (206) 623-4100

3
Fax: (206) 623-9273
carrier-asbestos@wscd.com

4
    Attorneys for Defendant Metropolitan Life Insurance Company - WA

5

6
DATED this 18ᵗʰ day of August, 2009, at Seattle, Washington.

7

8
                                           *Freida Mason*

9
                                        Freida Mason

10

11

12

13

14

15

16

17

18

19

20

21

22

23

SERVICE LIST - 5
Prewelt Duane Main Matter   420340

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885