UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 12, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                    MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-325)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,778 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Aug 28, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Luthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                                      MDL No. 875

### SCHEDULE CTO-325 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 09-565 | Doris Ellison, etc. v. Bayer CropScience, Inc., et al. |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-5549 | William Pfeifer, et al. v. Buffalo Pumps, Inc., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-3138 | Toni Lynn Baragar, et al. v. United States Steel Corp. |
| CAN | 3 | 09-3185 | James Bullock v. General Electric Co., et al. |
| CAN | 3 | 09-3186 | Ronald G. Jackson, Sr. v. General Electric Co., et al. |
| CAN | 3 | 09-3220 | Wayne Hartman v. General Electric Co., et al. |
| CAN | 3 | 09-3221 | Edward Schlimmer v. General Electric Co., et al. |
| CAN | 3 | 09-3244 | Lawrence Fontenette v. Rolls-Royce, PLC, et al. |
| CAN | 3 | 09-3245 | Edward Van Wert v. General Electric Co. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-97 | Richard Kotecki, et al. v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-217 | Beverly Murphy, et al. v. General Electric Co., et al. |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 09-1277 | Cheryl Wytenus, etc. v. American Optical Corp., et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 09-3870 | Barbara A. Sweet, etc. v. A.W. Chesterton Co., et al. |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 09-922 | Lisa Teney, etc. v. Rapid-American Corp., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 09-512 | Margaret Harkey Simmons, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-523 | Leon Bruce Jensen, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-549 | Alan Roy White, et al. v. Alfa Laval, Inc., et al. |

**MDL No. 875 - Schedule CTO-325 Tag-Along Actions (Continued)**

**DIST.   DIV.   C.A. #        CASE CAPTION**

NORTH CAROLINA WESTERN
  NCW   1   09-251        Perry Neal McCorkle, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-255        Gerald Wayne Thomas v. A.W. Chesterton Co., et al.
  NCW   1   09-256        Ralph Herbert Webb, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-257        Reginald Dupree Graham, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-258        Sherry H. Harris, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-260        Danny Scott Hurdt, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-263        Doyle Eugene Muse, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-264        Bobby Glenn Shelton, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-272        Arvin Howard Hicks, Jr., et al. v. Alfa Laval, Inc., et al.
  NCW   1   09-274        Barry Norman Rumfelt, et al. v. Alfa Laval, Inc., et al.
  NCW   1   09-279        Hillard Dean Smith, et al. v. Alfa Laval, Inc., et al.
  NCW   1   09-284        Bobby Wayne Fulbright, et al. v. Alfa Laval, Inc., et al.
  NCW   1   09-285        Charles Ray Hawkins, et al. v. Alfa Laval, Inc., et al.
  NCW   1   09-286        Jerry Pearson v. Alfa Laval, Inc., et al.
  NCW   1   09-287        Billy Richard Perkins, et al. v. Alfa Laval, Inc., et al.
  NCW   1   09-289        Russell Arthur Hanson, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-290        Gerald Eugene Vaughn, et al. v. A.W. Chesterton Co., et al.

NEW HAMPSHIRE
  NH    1   09-254        Roger E. Baron v. Metropolitan Life Insurance Co., et al.

NEW YORK SOUTHERN
  NYS   1   09-4796       Beth Ann Brown, etc. v. A.W. Chesterton Co., et al.

SOUTH CAROLINA
  SC    0   09-2004       Coley B. Gibson, et al. v. A.W. Chesterton Co., et al.
  SC    4   09-1919       Leroy Adams, Jr., et al. v. A.W. Chesterton Co., et al.
  SC    8   09-1920       Ray Coleman Evett, et al. v. A.W. Chesterton Co., et al.
  SC    8   09-2003       Steven Lewis Mason, et al. v. A.W. Chesterton Co., et al.
  SC    8   09-2008       David Lewis Blackwell v. A.W. Chesterton Co., et al.

TEXAS SOUTHERN
  TXS   4   09-1534       Billie L. Hassell, et al. v. The Budd Co., et al.

**MDL No. 875 - Schedule CTO-325 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VIRGINIA EASTERN | | | |
| VAE | 2 | 09-9559 | William H. Monroe, Jr., etc. (Richard Michael Goller) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9560 | Edward J. Gonzalez v. American Standard, Inc., et al. |
| VAE | 2 | 09-9561 | Bruce B. Jacobs v. American Standard, Inc., et al. |
| VAE | 2 | 09-9562 | William H. Monroe, Jr., etc. (Paul Gene Lawson) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9563 | Thomas O. Moore v. American Standard, Inc., et al. |
| VAE | 2 | 09-9564 | Kenneth L. Olson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9565 | Robert S. Berry, Sr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9566 | William G. Schumacher v. American Standard, Inc., et al. |
| VAE | 2 | 09-9567 | Gary D. Tate v. American Standard, Inc., et al. |
| VAE | 2 | 09-9568 | John P. Shrum v. American Standard, Inc., et al. |
| VAE | 2 | 09-9569 | Carl V. Steidel v. American Standard, Inc., et al. |
| VAE | 2 | 09-9570 | Kenneth D. Olsen v. American Standard, Inc., et al. |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 09-389 | John Sauerzopf v. CBS Corp., et al. |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 2 | 09-839 | Robert W. Modley, etc. v. New Elliott Corp., et al. |