JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

SEP - 4 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| ELLIS MICHAEL STATON, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN STANDARD, INC., et al.<br><br>　　　　Defendants. | C.D.-CA C.A. NO.: 2:09-03724 |

PLEADING NO. 5912

### DEFENDANT CARRIER CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 324

#### Introduction

Plaintiffs Ellis Michael Staton and Susan Mary Staton are moving to vacate Conditional Transfer Order No. CTO-324 on the grounds that: (1) this Court does not have federal court jurisdiction; (2) Mr. Staton's deteriorating health, and (3) transfer to MDL 875 would be inefficient. Plaintiffs' arguments, however, have repeatedly been rejected by this Panel, finding that the consolidation of these cases serve the convenience of the parties and witnesses, and promotes the just and efficient conduct of the litigation.

#### The United States District Court has Already Ruled that it Has
#### Federal Court Jurisdiction

The issue of federal court jurisdiction is not properly before this Panel. As Plaintiffs admit in their moving papers, the United States District Court for the Central District of California has already denied Plaintiffs' motion for remand and ruled that the federal court has jurisdiction over this matter. Plaintiffs cite to no authority prohibiting this Panel from properly transferring this case to MDL 875 while a writ is pending in the Ninth Circuit Court of Appeals. Plaintiffs' assertion that transfer to the MDL would not promote judicial efficiency and economy because the jurisdictional issue has not been resolved is incorrect. Federal court jurisdiction has



already been determined, and this matter is not stayed while Plaintiffs' writ is pending. Moreover, Plaintiffs' argument has already been rejected by this Panel, which has determined that there is no need to delay transfer to the MDL even when a remand motion is pending. In re Asbestos Prods. Liab. Litig. (No. VI), 170 F.Supp.2d 1348, 1349, n. 1.

## Transferring this Case to the MDL for Consolidated Pretrial Proceedings Will Not Unreasonably Delay Plaintiffs' Case from Going to Trial

Mr. Staton's deteriorating health is not a valid basis for vacating the conditional transfer order. The transferee court can and has exercised its discretionary power to tailor pretrial proceedings to accommodate the exigencies of asbestos litigation, which includes prioritizing cases for trial based on the severity of a claimant's injury. See In re Patenaude, 210 F.3d 135, 140 (3d Cir.2000) (noting the transferee court's administrative order prioritizing for mediation cases involving mesothelioma and certain lung cancers); see also In re Asbestos Prods. Liab. Litig. (No. VI), No. Civ. A No. MDL 875, 1996 WL 539589 (E.D.Pa. Sept. 16, 1996) (noting that the court has prioritized malignancies and other serious disease cases); In re Asbestos Prods. Liab. Litig. (No. VI), 170 F.Supp.2d 1348, 1349-1350 (rejecting plaintiffs' argument that transfer to the MDL violates their constitutional right to a jury trial). Therefore, Plaintiffs' concerns do not justify vacating the conditional transfer order.

## Plaintiffs Do Not Deny that this Case Involves Common Questions of Fact with the Actions Previously Transferred to the MDL

The real issue before this Panel is whether this case involves common questions of fact with actions previously transferred to the Eastern District of Pennsylvania. Plaintiffs do not deny that this case deals with common questions of fact relating to injuries allegedly caused by exposure to asbestos. Therefore, transfer of this action to the Eastern District of Pennsylvania for inclusion in the MDL for consolidated pretrial proceedings will serve the convenience of the parties and witnesses and promote the just and efficient conduct of litigation. In the Panel's original decision ordering centralization of all pending federal asbestos cases, distinctions based on pendency of motions before the transferor court, the uniqueness of a party's status, the

presence of unique claims, etc., were already considered and rejected as grounds for carving out exceptions to transfer to the MDL. In re Asbestos Products Liability Litigation (No. VI), 771 F.Supp. 415 (J.P.M.L. 1991). Plaintiffs arguments in this motion do not warrant vacating the conditional transfer order.

### Conclusion

Vacating the conditional transfer order is unwarranted. Common questions of fact exist between Plaintiffs' asbestos-related personal injury case and those cases previously transferred to MDL No. 875. And as repeatedly determined by the Panel under conditions almost identical to those presented here, tag-along consolidation with MDL No. 875 serves the convenience of the parties and witnesses, and promotes the just and efficient conduct of the litigation. For the foregoing reasons, Carrier respectfully requests that the Panel deny Plaintiffs' motion to vacate conditional transfer order no. 324.

DATED: September 3, 2009

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Attorneys for Defendant
**CARRIER CORPORATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 4 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| ELLIS MICHAEL STATON, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN STANDARD, INC., et al.<br><br>　　　　Defendants. | <br><br><br><br>C.D.-CA C.A. NO.: 2:09-03724 |

## PROOF OF SERVICE

I, Monica Brandenberg, declare that I am a citizen of the United States and employed in the County of Los Angles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071.

On September 3, 2009, I served the following documents:

(1)　Defendant Carrier Corporation's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 324;

(2)　Defendant Carrier Corporation's Corporate Disclosure Statement Pursuant to Rule 5.3; and

(3)　Notice of Appearance on Behalf of Defendant Carrier Corporation

on all parties contained in the attached Service List and Involved Counsel List via first class mail.

Executed on September 3, 2009, at Los Angeles, California.

_Monica Brandenberg_

SERVICE LIST
*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*
Los Angeles Superior Court Case No. BC 412018

BECHERER, KANNETT & SCHWEITZER
2200 Powell Street, Suite 805
Emeryville, CA 94608
Tel: (510) 658-3600
Fax: (510) 658-1151
*Attorneys for* JOHN K. BICE CO., INC.

LAW OFFICES OF GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Tel: (925) 947-1300
Fax: (925) 947-1594
*Attorneys for* FRASER'S BOILER SERVICE, INC.;
GARLOCK SEALING TECHNOLOGIES, LLC

GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 986-5900
Fax: (415) 986-8054
*Attorneys for* GOULDS PUMPS INCORPORATED;
INGERSOLL-RAND COMPANY

GRACE GENSON, COSGROVE & SCHIRM
444 South Flower Street, Suite 1100
Los Angeles, CA 90071-2912
Tel: (213) 533-5400
Fax: (213) 533-5444
Attorneys for KELLY-MOORE PAINT COMPANY

HOWARD, ROME MARTIN & RIDLEY
1775 Woodside Road, Suite 200
Redwood City, CA 94061-3436
Tel: (650) 365-7715
Fax: (650) 364-5297
*Attorneys for* IMO INDUSTRIES, INC.

JACKSON & WALLACE, LLP
14724 Ventura Blvd., Suite 410
Sherman Oaks, CA 91403
Tel: (818) 379-4700
Fax: (818) 379-4702
*Attorneys for* ZURN INDUSTRIES, INC.

JACKSON & WALLACE, LLP
55 San Francisco Street, 6th Street
San Francisco, CA 94133
Tel: (415) 982-6300
Fax: (415) 982-6700
*Attorneys for* BUFFALO PUMPS, INC.

1

SERVICE LIST
*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*
Los Angeles Superior Court Case No. BC 412018

K& L GATES LLP
10100 Santa Monica Blvd., 7th floor
Los Angeles, CA 90067
Tel: (310) 552-5000
Fax (310) 552-5001
*Attorneys for* CRANE CO.

LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612
Tel:     (510) 433-2600
Fax: (510) 433-2699
*Attorneys for* MECHANICAL DRIVES & BELTING

LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
Tel: (415) 981-6630
Fax: (415) 982-1634
*Attorneys for* ARMSTRONG INTERNATIONAL, INC.

MCKENNA LONG & ALDRIDGE, LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
Tel: (213) 688-1000
Fax: (213) 243-6330
*Attorneys for* METALCLAD INSULATION
CORPORATION; UNION CARBIDE CORPORATION

MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: (213) 612-2500
Fax: (213) 612-2501
*Attorneys for* YARWAY CORPOIRATION; GRINNELL, LLC

POND NORTH LLP
350 S. Grand Avenue, Suite 2850
Los Angeles, CA 900781
Tel: (213) 617-6170
Fax: (213) 623-3594
*Attorneys for* FMC CORPORATION

SERVICE LIST
*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*
Los Angeles Superior Court Case No. BC 412018

PRINDLE, DECKER & AMARO LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: (562) 436-3946
Fax: (562) 495-0564
*Attorneys for* AMERICAN STANDARD, INC.;
TRIPLE A MACHINE SHOP, INC.

BAKER, KEENER & NAHRA LLP
633 West Fifth St., 54th Floor
Los Angeles, CA 90071-2005
Tel.: (213) 241-0900
Fax: (213) 241-0990
*Attorneys for* YORK INTERNATIONAL CORPORATION

Jennifer K. Berg, Esq.  *Attorneys for Plaintiffs*
Eric Brown, Esq.
Jed Borgehi, Esq.
BARON & BUDD, P.C.
9465 Wilshire Blvd., Suite 460
Beverly Hills, CA 90212
Telephone: (310) 860-0476
Facsimile: (310) 860-0480

Paul Kiesel, Esq.  *Attorneys for Plaintiffs*
KIESEL, BOUCHER & LARSON, LLP
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

4

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-324)

Ellis Michael Stanton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael H. Bailey
BAKER KEENER & NAHRA
Library Tower
633 W. 5th Street
Suite 5400
Los Angeles, CA 90071

David T. Biderman
PERKINS COIE LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Boulevard
Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Denyse Clancy
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph Duffy
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Paul R. Kiesel
KIESEL BOUCHER &
LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Gregory Kim
HASSARD BONNINGTON
444 South Flower Street
Suite 1700
Los Angeles, CA 90071

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

## MDL No. 875 - Involved Counsel List (Excerpted from CTO-324) (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Thomas J. LoSavio
LOW BALL & LYNCH
505 Montgomery Street
7th Floor
San Francisco, CA 94111-2584

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Craig R. Maki
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Nathan T. Newman
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Farrah S. Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 South Flower Street
8th Floor
Los Angeles, CA 90071-2901

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Frank D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Tricia A. Takagi
MORGAN LEWIS & BOCKIUS
Five Park Plaza
Suite 1750
Irvine, CA 92614

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608