UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**Sep 08, 2009**

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-326)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,834 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

**SCHEDULE CTO-326 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|

**CALIFORNIA CENTRAL**
CAC   2   09-6092   Lilia Nepomuceno, et al. v. A.W. Chesterton Co., et al.

**CALIFORNIA NORTHERN**
CAN   3   09-3786   John Madden v. A.H. Voss Co., et al.
CAN   3   09-3938   Wayne Hartman v. Leslie Controls, Inc., et al.
CAN   3   09-3953   Paul Simme v. Asbestos Defendants (B-P), et al.

**CONNECTICUT**
CT   3   09-1093   Pauline Sanborn, etc. v. Buffalo Pumps, Inc., et al.

**FLORIDA SOUTHERN**
FLS   0   09-61236   Lorin Bolton-Munach, etc. v. Anchor Packing Co., Inc., et al.

**GEORGIA SOUTHERN**
GAS   2   09-134   Anderson Kelly v. General Electric Co., et al.

**ILLINOIS NORTHERN**
ILN   1   09-1450   Cherri B. Farris, etc. v. Chevron Corp., et al.

**ILLINOIS SOUTHERN**
ILS   3   09-329   Vashti Murray, et al. v. BNSF Railway Co.

**INDIANA NORTHERN**
INN   2   09-59   James H. Johnson, et al. v. A.W. Chesterton Co., et al.

**INDIANA SOUTHERN**
INS   1   09-1028   Lola M. Spicer v. Asbestos Corp., Ltd., et al.
INS   1   09-1052   Carolyn Musselman, et al. v. American Standard, Inc., et al.
INS   1   09-1053   E. Joann Fallowfield v. A.W. Chesterton, Inc., et al.
INS   2   09-251   Dennis Crowder, et al. v. Foster Wheeler LLC, et al.

**LOUISIANA EASTERN**
LAE   2   09-5898   Betty Najolia Eckerle v. Northrop Grumman Ship Systmes, Inc.,
              et al.

**MDL No. 875 - Schedule CTO-326 Tag-Along Actions (Continued)**

**DIST.**   **DIV.**   **C.A. #**      **CASE CAPTION**

MAINE
| ME | 1 | 09-367 | Gloria Hogan-Wheeler v. Eckel Industries, Inc., et al. |
| ME | 1 | 09-374 | Erland B. Campbell, et al. v. Metropolitan Life Insurance Co., et al. |

NORTH CAROLINA MIDDLE
| NCM | 1 | 09-606 | Joyce Juanita Bryson, etc. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-621 | Joseph Greenlee Hicks, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-626 | Louise H. Isenhour, etc. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-627 | Jackson Wayne Davis, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-649 | Peter Perkins Wilson, et al. v. A.W. Chesterton Co., et al. |

NORTH CAROLINA WESTERN
| NCW | 1 | 09-259 | Thurston Lionelle Patterson v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-276 | Gary Robert Pearson, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-310 | Laura O. Smathers, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-314 | Ronald Harvey Humphries, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-315 | Warren Bryant Singleton v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-317 | Cohen S. Mathews, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-318 | Mozelle J. Howie, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-319 | Mona Lee Almond Wright, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-330 | Kirby Dale Sechrist, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-334 | Nancy Irene Garrison, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-337 | Samuel James June, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-339 | Robert Michael Anthony, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-343 | Douglas Franklin Biggs v. A.W. Chesterton Co., et al. |

SOUTH CAROLINA
| SC | 2 | 09-2163 | Tina Willis, etc. v. BW IP International, Inc., et al. |
| SC | 2 | 09-2219 | Edna Yvonne Grace, etc. v. Bayer Cropscience, Inc., et al. |
| SC | 8 | 09-2311 | James Larry Capell, et al. v. A.W. Chesterton Co., et al. |

WASHINGTON WESTERN
| WAW | 2 | 09-1080 | Majorie M. Arnold, et al. v. American Optical Corp. |
| WAW | 3 | 09-5385 | Jacob Edward Fischer v. Saberhagen Holdings, Inc., et al. |

WISCONSIN WESTERN
| WIW | 3 | 09-462 | Daryl D. Kelly v. CBS Corp., et al. |