**MDL 875**

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 9 2009

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI), | |
| ELLIS MICHAEL STATON and SUSAN MARY STATON, | MDL DOCKET NO. 875 |
| Plaintiffs, | |
| v. | |
| AMERICAN STANDARD, INC., et al., | C.D.-CA C.A. NO.: 2:09-03724 |
| Defendants. | |

**DEFENDANTS YARWAY CORPORATION AND GRINNELL LLC'S
NOTICE OF JOINDER AND JOINDER TO
DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION
TO VACATE CONDITIONAL TRANSFER ORDER (CTO-324)**

PLEADING NO. 5916

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants YARWAY CORPORATION and GRINNELL LLC ("Defendants") hereby join in Defendant Leslie Controls, Inc.'s Response To Plaintiffs' Motion To Vacate Conditional Transfer Order (CTO) on September 3, 2009. Yarway Corporation and Grinnell LLC incorporate by reference Leslie Controls, Inc.'s' response in its entirety.

This Joinder is made and based on the grounds that the arguments advanced by Leslie Controls, Inc.'s' are equally applicable to Yarway Corporation and Grinnell LLC.

**OFFICIAL FILE COPY**   IMAGED SEP 9 2009

DB2/21308965.1     1

The Joinder will be made and based upon all pleadings and papers on file herein as well as such further argument as the Court may allow.

Dated: September 8, 2009

Respectfully submitted,

By: _____
Tricia A. Takagi

MORGAN LEWIS & BOCKIUS LLP
Joseph Duffy (CA SBN 241854)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
jduffy@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Tricia A. Takagi (CA SBN 227687)
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
ttakagi@morganlewis.com

Attorneys for Defendants YARWAY CORPORATION and GRINNELL LLC

DB2/21308965.1

2

DEFENDANTS YARWAY CORPORATION AND GRINNELL LLC'S JOINDER AND JOINDER TO DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 9 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI), | : |
| ELLIS MICHAEL STATON and SUSAN MARY STATON, | : MDL DOCKET NO. 875 |
| Plaintiffs, | : |
| v. | : |
| AMERICAN STANDARD, INC., et al., | : C.D.-CA C.A. NO.: 2:09-03724 |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Jojo Nghiem, declare that I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is MORGAN, LEWIS & BOCKIUS LLP, 5 Park Plaza, Suite 1750, Irvine, California 92614.

On September 8, 2009, I serve the following documents:

(1) DEFENDANTS YARWAY CORPORATION AND GRINNELL LLC'S NOTICE OF APPEARANCE ; and

(2) DEFENDANTS YARWAY CORPORATION AND GRINNELL LLC'S NOTICE OF JOINDER AND JOINDER TO DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-324).

on all parties contained in the attached Service List and Involved Counsel List via first class mail.

Executed on September 8, 2009, at Irvine, California.

                                                                Jojo Nghiem

SERVICE LIST
*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*
Los Angeles Superior Court Case No. BC 412018

BECHERER, KANNETT & SCHWEITZER
2200 Powell Street, Suite 805
Emeryville, CA 94608
Tel: (510) 658-3600
Fax: (510) 658-1151
*Attorneys for* JOHN K. BICE CO., INC.

LAW OFFICES OF GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Tel: (925) 947-1300
Fax: (925) 947-1594
*Attorneys for* FRASER'S BOILER SERVICE, INC.;
GARLOCK SEALING TECHNOLOGIES, LLC

GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 986-5900
Fax: (415) 986-8054
*Attorneys for* GOULDS PUMPS INCORPORATED;
INGERSOLL-RAND COMPANY

GRACE GENSON, COSGROVE & SCHIRM
444 South Flower Street, Suite 1100
Los Angeles, CA 90071-2912
Tel: (213) 533-5400
Fax: (213) 533-5444
Attorneys for KELLY-MOORE PAINT COMPANY

HOWARD, ROME MARTIN & RIDLEY
1775 Woodside Road, Suite 200
Redwood City, CA 94061-3436
Tel: (650) 365-7715
Fax: (650) 364-5297
*Attorneys for* IMO INDUSTRIES, INC.

JACKSON & WALLACE, LLP
14724 Ventura Blvd., Suite 410
Sherman Oaks, CA 91403
Tel:     (818) 379-4700
Fax: (818) 379-4702
*Attorneys for* ZURN INDUSTRIES, INC.

JACKSON & WALLACE, LLP
55 San Francisco Street, 6th Street
San Francisco, CA 94133
Tel: (415) 982-6300
Fax: (415) 982-6700
*Attorneys for* BUFFALO PUMPS, INC.

1

SERVICE LIST
*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*
Los Angeles Superior Court Case No. BC 412018

K& L GATES LLP
10100 Santa Monica Blvd., 7th floor
Los Angeles, CA 90067
Tel: (310) 552-5000
Fax (310) 552-5001
*Attorneys for* CRANE CO.

LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612
Tel:    (510) 433-2600
Fax: (510) 433-2699
*Attorneys for* MECHANICAL DRIVES & BELTING

LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
Tel: (415) 981-6630
Fax: (415) 982-1634
*Attorneys for* ARMSTRONG INTERNATIONAL, INC.

MCKENNA LONG & ALDRIDGE, LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
Tel: (213) 688-1000
Fax: (213) 243-6330
*Attorneys for* METALCLAD INSULATION
CORPORATION; UNION CARBIDE CORPORATION

POND NORTH LLP
350 S. Grand Avenue, Suite 2850
Los Angeles, CA 900781
Tel: (213) 617-6170
Fax: (213) 623-3594
*Attorneys for* FMC CORPORATION

SERVICE LIST
*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*
Los Angeles Superior Court Case No. BC 412018

PRINDLE, DECKER & AMARO LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: (562) 436-3946
Fax: (562) 495-0564
*Attorneys for* AMERICAN STANDARD, INC.;
TRIPLE A MACHINE SHOP, INC.

BAKER, KEENER & NAHRA LLP
633 West Fifth St., 54th Floor
Los Angeles, CA 90071-2005
Tel.: (213) 241-0900
Fax: (213) 241-0990
*Attorneys for* YORK INTERNATIONAL CORPORATION

| | |
|---|---|
| Jennifer K. Berg, Esq.<br>Eric Brown, Esq.<br>Jed Borgehi, Esq.<br>BARON & BUDD, P.C.<br>9465 Wilshire Blvd., Suite 460<br>Beverly Hills, CA  90212<br>Telephone:  (310) 860-0476<br>Facsimile:  (310) 860-0480 | *Attorneys for Plaintiffs* |
| Paul Kiesel, Esq.<br>KIESEL, BOUCHER & LARSON, LLP<br>8648 Wilshire Blvd.<br>Beverly Hills, CA  90211<br>Telephone:  (310) 854-4444<br>Facsimile:  (310) 854-0812 | *Attorneys for Plaintiffs* |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

### INVOLVED COUNSEL LIST (Excerpted from CTO-324)

Ellis Michael Stanton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael H. Bailey
BAKER KEENER & NAHRA
Library Tower
633 W. 5th Street
Suite 5400
Los Angeles, CA 90071

David T. Biderman
PERKINS COIE LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Boulevard
Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Denyse Clancy
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph Duffy
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Paul R. Kiesel
KIESEL BOUCHER &
LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Gregory Kim
HASSARD BONNINGTON
444 South Flower Street
Suite 1700
Los Angeles, CA 90071

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

## MDL No. 875 - Involved Counsel List (Excerpted from CTO-324) (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Thomas J. LoSavio
LOW BALL & LYNCH
505 Montgomery Street
7th Floor
San Francisco, CA 94111-2584

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Craig R. Maki
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Nathan T. Newman
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Farrah S. Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 South Flower Street
8th Floor
Los Angeles, CA 90071-2901

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Frank D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Tricia A. Takagi
MORGAN LEWIS & BOCKIUS
Five Park Plaza
Suite 1750
Irvine, CA 92614

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608