**MDL 875**

**BARON BUDD, P.C.**   DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 15 2009

FILED
CLERK'S OFFICE

September 10, 2009

*Via Facsimile: 202-502-2888*
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

PLEADING NO. 5917

RE:   MDL-875 *In re Asbestos Products Liability (No. VI) Ellis Michael Staton, et al. v. American Standard, Inc., et al.*, C.D. CALIFORNIA, C.A., No. 2:09-3724 (CTO-324)

Dear Mr. Lüthi:

Defendants in the above-referenced case have filed a motion to transfer this case from the Los Angeles District Court for the Central District of California to Federal MDL 875.

Plaintiffs have opposed this transfer, on the basis that Plaintiffs filed an Emergency Writ of Mandamus with Ninth Circuit to review the lower court's denial of Plaintiffs' Motion for Remand.

Today, Thursday, September 10, 2009, the Ninth Circuit granted in part Plaintiffs' Petition for Writ of Mandamus, and issued a briefing schedule. Attached is the Ninth Circuit's Order.

Plaintiffs respectfully request that the Judicial Panel stay all hearings on Defendants' application for transfer to the Federal MDL 875 pending the Ninth Circuit's resolution of Plaintiffs' Emergency Petition for Writ of Mandamus.

Very truly yours,

BARON & BUDD, P.C.

Denyse F. Clancy

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 SEP 11 A 9:25
RECEIVED
CLERK'S OFFICE

DFC/jzb

cc:   All Counsel Listed Below

**OFFICIAL FILE COPY**        IMAGED SEP 15 2009

Jeffery N. Lüthi
Clerk of the Panel
September 10, 2009
Page 2

Dennis M. Young
Foley & Mansfield, P.L.L.P.
1111 Broadway, 10th Floor
Oakland, CA 94607
(510)590-9500 (Phone)
(510)590-9595 (Fax)
Counsel for Defendant(s): GARDNER DENVER NASH, LLC, THE WILLIAM POWELL COMPANY
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Michael H. Bailey
Baker, Keener & Nahra
633 West Fifth Street, Suite 5400
Los Angeles, CA 90071
(213) 241-0900 (Phone)
(213) 241-0990 (Fax)
Counsel for Defendant(s): JOHNSON CONTROLS, INC., YORK INTERNATIONAL CORPORATION
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Thomas J. LoSAVIO
Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
(415) 981-6630 (Phone)
(415) 982-1634 (Fax)
Counsel for Defendant(s): ARMSTRONG INTERNATIONAL, INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Joseph Duffy
Tricia A. Takagi
Morgan, Lewis & Bockius, L.L.P.
300 South Grand Avenue, 22nd FLOOR
Los Angeles, CA 90071
(123) 612-2500 (Phone)
(213) 612-2501 (Fax)
Counsel for Defendant(s): YARWAY CORPORATION, GRINNELL, L.L.C. (FKA GRINNELL CORPORATION)
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

David M. Glaspy
Law Offices of Glaspy & Glaspy, Inc.
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
(925) 947-1300 (Phone)
(925) 947-1594 (Fax)
Counsel for Defendant(s): GARLOCK SEALING TECHNOLOGIES, L.L.C.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Jeffery N. Lüthi
Clerk of the Panel
September 10, 2009
Page 3

Andy J. Goetz
Kenneth Prindle
Prindle, Decker & Amaro, L.L.P.
310 Golden Shore, Fourth Floor
Long Beach, CA 90801-5511
(562) 436-3946 (Phone)
(562) 495-0564 (Fax)
Counsel for Defendant(s): AMERICAN STANDARD, INC. (TRANE / KEWANEE), ITT CORPORATION, TRIPLE A MACHINE SHOP, INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

A. Scott Goldberg
Selman Breitman, L.L.P.
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025
(310) 445-0800 (Phone)
(310) 473-2525 (Fax)
Counsel for Defendant(s): AURORA PUMP COMPANY, CLEAVER-BROOKS, INC., SPX CORPORATION
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Robert M. Hamblett
Hassard & Bonnington
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
(415) 288-9800 (Phone)
(415) 288-9802 (Fax)
Counsel for Defendant(s): KAISER GYPSUM COMPANY, INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Jura A. Hartley
Grace, Genson, Cosgrove & Schrim
444 South Flower Street, Suite 1100
Los Angeles, CA 90071
(213) 533-5400 (Phone)
(213) 533-5444 (Fax)
Counsel for Defendant(s): KELLY-MOORE PAINT COMPANY
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

C.J. Manoli
Jackson & Wallace, L.L.P.
55 Francisco Street, Sixth Floor
San Francisco, CA 94133
(415) 982-6300 (Phone)
(415) 982-6700 (Fax)
Counsel for Defendant(s): BUFFALO PUMPS, INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Jeffery N. Lüthi
Clerk of the Panel
September 10, 2009
Page 4


Jennifer Judin
DeHay & Elliston, L.L.P.
800 West 6th Street, Suite 788
Los Angeles, CA 90017
(213) 271-2727 (Phone)
(213) 271-2730 (Fax)
Counsel for Defendant(s): LESLIE CONTROLS, INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Mark S. Kannett
Becherer, Kannett & Schweitzer
Water Tower
1255 Powell Street
Emeryville, CA 94608
(510) 658-3600 (Phone)
(510) 658-1151 (Fax)
Counsel for Defendant(s): JOHN K. BICE CO., INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Peter B. Langbord
Foley & Mansfield, P.L.L.P.
150 South Los Robles Avenue, Suite 400
Pasadena, CA 91101
(626) 744-9359 (Phone)
(626) 744-1702 (Fax)
Counsel for Defendant(s): RED-WHITE VALVE COMPANY
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Timothy J. McCaffery
Lombardi, Loper & Conant, L.L.P.
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
(510) 433-2600 (Phone)
(510) 433-2699 (Fax)
Counsel for Defendant(s): MECHANICAL DRIVES & BELTING
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Michael T. McCall
Anne Gritzer
Walsworth, Franklin, Bevins & McCall, L.L.P.
One City Boulevard West, Fifth Floor
Orange, CA 92868
(714) 634-2522 (Phone)
(714) 634-0686 (Fax)
Counsel for Defendant(s): DOWMAN PRODUCTS, INC, SPIRAX-SARCO, INC., BONDEX INTERNATIONAL, INC., HAMILTON MATERIALS, INC., THOMAS DEE ENGINEERING CO.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Jeffery N. Lüthi
Clerk of the Panel
September 10, 2009
Page 5


Brien F. McMahon
Perkins Coie, LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404
(310) 788-9900 (Phone)
(310) 843-1284 (Fax)
Counsel for Defendant(s): GEORGIA-PACIFIC, LLC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Nathan T. Newman
Tucker, Ellis & West, L.L.P.
Forty Second Floor
515 South Flower Street
Los Angeles, CA 90071
(213) 430-3400 (Phone)
(213) 430-3409 (Fax)
Counsel for Defendant(s): CARRIER CORPORATION
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Dennis Young
Foley & Mansfield P.L.L.P.
1111 Broadway, 10th Floor
Oakland, CA 94607
Counsel for Defendant(s): GARNDER DENVER NASH, LLC, (, individually as successor-in-interest to the NASH ENGINEERING CO.)
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Michael J. Pietrykowski
Gordon & Rees, L.L.P.
Embarcadero Center West
Twentieth Floor
275 Battery Street
San Francisco, CA 94111
(415) 986-5900 (Phone)
(415) 986-8054 (Fax)
Counsel for Defendant(s): GOULDS PUMPS INCORPORATED, INGERSOLL-RAND COMPANY
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Frank D. Pond
Pond North, L.L.P.
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
(213) 617-6170 (Phone)
(213) 623-3594 (Fax)
Counsel for Defendant(s): FMC CORPORATION, FRASER'S BOILER SERVICE, INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Jeffery N. Lüthi
Clerk of the Panel
September 10, 2009
Page 6


Henry D. Rome
Howard, Rome, Martin & Ridley, L.L.P.
1775 Woodside Road, Suite 200
Redwood City, CA 94061-3436
(650) 365-7715 (Phone)
(650) 364-5297 (Fax)
Counsel for Defendant(s): IMO INDUSTRIES, INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

William J. Sayers
McKenna, Long & Aldridge, L.L.P.
8th Floor
444 South Flower Street
Los Angeles, CA 90071-2901
(213) 688-1000 (Phone)
(213) 243-6330 (Fax)
Counsel for Defendant(s):, UNION CARBIDE CORPORATION
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Grant D. Stiefel
K&L Gates LLP
10100 Santa Monica Boulevard, Seventh Floor
Los Angeles, CA 90067
(310) 552-5000 (Phone)
(310) 552-5001 (Fax)
Counsel for Defendant(s): CRANE CO.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

John R. Wallace
Jackson & Wallace, L.L.P.
55 Francisco Street, Sixth Floor
San Francisco, CA 94133
(415) 982-6300 (Phone)
(415) 982-6700 (Fax)
Counsel for Defendant(s): ZURN INDUSTRIES, INC.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Atwood & Morrill Co., Inc.
c/o Weir Valves & Controls USA, Inc., individually and as successor-in-interest to Atwood & Morrill, Inc.
29 OLD RIGHT ROAD
IPSWICH, MA 01938-1119
Service Agent for Defendant(s): Atwood & Morrill Co., Inc.
    Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

CLEAVER-BROOKS, INC. individually and f/k/a AQUA-CHEM, INC., d/b/a CLEAVER-BROOKS
DIVISION (successor-in-interest to DAVIS ENGINEERING COMPANY)

Jeffery N. Lüthi
Clerk of the Panel
September 10, 2009
Page 7


A. Scott Goldberg
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Service Agent for Defendant(s): CLEAVER-BROOKS, INC. individually and f/k/a AQUA-CHEM, INC.,
d/b/a CLEAVER-BROOKS DIVISION (successor-in-interest to DAVIS ENGINEERING COMPANY)
     Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Dresser-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the
Whiton Machine Company
1200 West Sam Houston Pkwy. N.,
Houston, TX 77043
Service Agent for Defendant(s): Dresser-Rand Company, individually and as successor-in-interest to Terry
Steam Turbine Company and the Whiton Machine Company
     Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Ingersoll-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the
Whiton Machine Company
Michael J. Pietrykowksi
Gordon & Rees LLP
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Service Agent for Defendant(s): Ingersoll-Rand Company, individually and as successor-in-interest to Terry
Steam Turbine Company and the Whiton Machine Company
     Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Weil Pump Company, Inc.
W57 N14363 Doerr Way,
Cedarburg, WI 53012
Service Agent for Defendant(s): Weil Pump Company, Inc.
     Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

PENTAIR, INC./ PENTAIR PUMP GROUP, INC.
55 Wayzata Blvd.
Suite 800
Minneapolis, MN 55416
Service Agent for Defendant(s): PENTAIR, INC./ PENTAIR PUMP GROUP, INC.
     Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

SPENCE ENGINEERING CO., INC.
Corporate Trust System
13th Floor
111 Eighth Avenue
New York, NY 10011
Service Agent for Defendant(s): SPENCE ENGINEERING CO., INC.
     Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 15 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-324)

Ellis Michael Stanton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael H. Bailey
BAKER KEENER & NAHRA
Library Tower
633 W. 5th Street
Suite 5400
Los Angeles, CA 90071

David T. Biderman
PERKINS COIE LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Boulevard
Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Denyse Clancy
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph Duffy
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Paul R. Kiesel
KIESEL BOUCHER &
LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Gregory Kim
HASSARD BONNINGTON
444 South Flower Street
Suite 1700
Los Angeles, CA 90071

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Case MDL No. 875   Document 5917   Filed 09/15/09   Page 9 of 11
Thursday 10 of Sep 2009, Faxination    ->202 502 2888    Page 10 of 1

Page 2 of 2

## MDL No. 875 – Involved Counsel List (Excerpted from CTO-324) (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Thomas J. LoSavio
LOW BALL & LYNCH
505 Montgomery Street
7th Floor
San Francisco, CA 94111-2584

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Craig R. Maki
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Nathan T. Newman
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Farrah S. Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 South Flower Street
8th Floor
Los Angeles, CA 90071-2901

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Frank D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Tricia A. Takagi
MORGAN LEWIS & BOCKIUS
Five Park Plaza
Suite 1750
Irvine, CA 92614

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

**FILED**

SEP 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ELLIS MICHAEL STATON; SUSAN MARY STATON. | No. 09-72230 |
| | D.C. No. 2:09-cv-03724-R<br>Central District of California,<br>Los Angeles |
| ELLIS MICHAEL STATON; SUSAN MARY STATON, | |
| Petitioners, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES), | |
| Respondent, | |
| THE WILLIAM POWELL COMPANY, a.k.a. Garnder Denver Nash, LLC; et al., | |
| Real Parties in Interest. | |

Before: PREGERSON and TASHIMA, Circuit Judges.

Petitioners' emergency motion to hear their mandamus petition on an emergency basis is granted in part.

LL/MOATT

Case: 09-72230   09/10/2009   Page: 2 of 2   DktEntry: 7057532

This petition for a writ of mandamus raises issues that warrant a response. *See* Fed. R. App. P. 21(b). Accordingly, no later than 9:00 a.m. Pacific Standard Time on September 17, 2009, the real parties in interest shall file a response to the mandamus petition.

No later than 9:00 a.m. Pacific Standard Time on September 17, 2009, petitioners' counsel shall file a statement not to exceed three pages detailing why counsel delayed filing the emergency motion.

The district court, no later than 9:00 a.m. Pacific Standard Time on September 17, 2009, may file a response to the mandamus petition if it so desires.

No reply shall be filed unless specifically requested by this court.

LL/MOATT

09-72230