UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 15, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Ellis Michael Staton, et al. v. American Standard, Inc., )
et al., C.D. California, C.A. No. 2:09-3724 )   MDL No. 875

### ORDER GRANTING STAY

A conditional transfer order was filed in this action (*Staton*) on July 17, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Staton* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order.

Plaintiffs in *Staton* have now filed a request to stay further action by the Panel pending resolution by the U.S. Court of Appeals for the Ninth Circuit of plaintiffs' Emergency Petition for a Writ of Mandamus. Recourse to the Ninth Circuit docket reveals that it has ordered the real parties in interest to file a response to the petition no later than September 17, 2009.

IT IS THEREFORE ORDERED that consideration by the Panel of plaintiffs' opposition to transfer is deferred until after the Ninth Circuit's ruling. Plaintiffs are ordered to provide the Panel with a copy of that ruling no later than five days after it is issued.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel