**MDL** 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 15 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Ellis Michael Staton, et al.  v. American Standard, Inc., et al.,* C.D. CALIFORNIA, C.A. NO. 2:09-3724

---

## REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 324

### INTRODUCTION

Plaintiffs respectfully move this Honorable Court to vacate Conditional Transfer Order No. 324 until such time as the U.S. Court of Appeals for the Ninth Circuit has ruled upon Plaintiffs' Petition for a Writ of Mandamus, seeking remand of this lawsuit back to state court. *On September 10, 2009, the Ninth Circuit issued an order granting in part Plaintiffs' motion to have their writ petition heard on an emergency basis.* (September 10, 2009 Order of the U.S. Court of Appeals for the Ninth Circuit, attached hereto as Exhibit A.)  The Ninth Circuit stated:  "This petition for a writ of mandamus raises issues that warrant a response.  Accordingly, no later than 9:00 a.m. Pacific Standard Time on September 17, 2009, the real parties in interest shall file a response to the mandamus petition."  (*Id.* (internal citations omitted).)  Because there is no federal subject matter jurisdiction over Plaintiffs' lawsuit, justice and judicial efficiency will be promoted if the Ninth Circuit is allowed to complete its review of Plaintiffs' writ petition prior to any transfer of this action to MDL No. 875.  *See* 28 U.S.C. § 1407(a).

PLEADING NO. 5919

**OFFICIAL FILE COPY**   IMAGED SEP 15 2009

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 SEP 14  A 10: 38

RECEIVED
CLERK'S OFFICE

**ARGUMENT**

Defendant Leslie Controls, Inc. ("Leslie") removed this case from state to federal court, claiming federal officer removal was warranted because Leslie could establish a "colorable federal defense" pursuant to *Boyle v. United Technologies Corp.*, 487 U.S. 500, 108 S.Ct. 2510, 101 L.Ed.2d 442 (1988) and *In re Hawaii Federal Asbestos Cases*, 960 F.2d 806 (9th Cir. 1992). Yet, the governmental contractor affirmative defense as established by *Boyle* and interpreted by *In re Hawaii* clearly does not apply to the facts of this case. Thus, following the District Court's erroneous denial of Plaintiffs' Motion for Remand, Plaintiffs promptly filed a Petition for a Writ of Mandamus with the Ninth Circuit, asking it to apply its prior holding in *In re Hawaii* to the analogous facts of this case, and immediately remand this action back to state court.

> **A.** **The Ninth Circuit Has Granted in Part Plaintiffs' Motion to Have Their Writ Petition Heard on an Emergency Basis, Declaring that the Issues Raised Therein "Warrant a Response."**

Defendants, in their oppositions to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 324, argue that the issue of federal subject matter jurisdiction over this case has already been conclusively decided at the District Court level. This position is now belied by the Ninth Circuit's September 10, 2009 Order, which declares that the issues raised by Plaintiffs' writ petition "warrant a response," and directs Defendants to respond within one week of the Court's order. (September 10, 2009 Order of the U.S. Court of Appeals for the Ninth Circuit, attached hereto as Exhibit A.) As Plaintiffs' writ petition is now being heard on an emergency basis, justice and judicial efficiency will be promoted if the Ninth Circuit is permitted to complete its review prior to any transfer of this case to MDL No. 875. *See, e.g., Barragan v. Warner-Lambert Co.*, 216 F. Supp. 2d

627, 630 (W.D. Tex. 2002) ("[J]udicial efficiency and economy are better served by this

Court considering, before the case is transferred to the MDL Court, the Motion to

Remand."); *Aetna U.S. Healthcare, Inc. v. Hoechst Aktiengesellschaft*, 54 F. Supp. 2d

1042, 1048 (D. Kan. 1999) ("For purposes of judicial economy, the jurisdictional issue

should be resolved immediately.  If federal jurisdiction does not exist, the case can be

remanded before federal resources are further expended [by transferring the case to an

MDL court].").

> **B.**     **Pursuant to this Court's Precedent, the Ninth Circuit Should be Afforded Sufficient Time to Conduct its Review.**

This Court has vacated transfer orders to MDL No. 875 in situations analogous to

the case at hand.  In *Vasura v. AC&S*, 84 F. Supp. 2d 531 (S.D.N.Y. 2000), this Court

issued an order transferring plaintiff's lawsuit from the Southern District of New York to

MDL No. 875 in the Eastern District of Pennsylvania.  *Id*. at 532-33.  Thereafter, the

transferor court notified the transferee court that, despite the transfer, it wished to decide

upon the plaintiff's pending motion to remand.  *Id*.  The transferee court then referred

that question to this Court, which elected to vacate its prior transfer order and allow the

original transferor court to decide the remand issue.  *Id*.  Here, the Ninth Circuit, by

granting in part Plaintiffs' motion to have their writ petition heard on an emergency basis,

has clearly demonstrated its intention to conduct a further review of the basis for federal

subject matter jurisdiction over this lawsuit.  Thus, as in *Vasura*, Plaintiffs respectfully

request that this Court permit the Ninth Circuit sufficient time to conduct this review.

**C.    The Cases Relied Upon By Defendants Are Inapposite to the Facts Presented Herein.**

In opposing Plaintiffs' Motion to Vacate, Defendants note that, in the past, this Court has held that remand motions pending before the transferor court do not supply sufficient grounds to warrant delay in transferring cases to MDL No. 875. *See, e.g., In re Asbestos Products Liability Litigation (No. VI)*, 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001). Yet, this holding was predicated on an assumption that courts wishing to rule upon remand motions have already had enough time to do so, such that their inaction amounted to a decision that the remand issue should be properly considered by the transferee court overseeing MDL No. 875. *Id.* ("[T]hose courts wishing to address such motions [to remand] have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay."). On the other hand, where, as in *Vasura*, the transferor court demonstrates an interest in deciding a pending remand motion, this Court has vacated the transfer order in order to allow the transferor court that opportunity. As demonstrated above, because the facts in this case are analogous to *Vasura*, and therefore distinguishable from *In re Asbestos Products Liability Litigation (No. VI)*, Plaintiffs respectfully request that this Court vacate its Conditional Transfer Order.

## **CONCLUSION**

Wherefore, based on the foregoing, Plaintiffs respectfully request that this Court Vacate Conditional Transfer Order No. 324, as it relates to Plaintiffs' cause of action, pending a decision by the U.S. Court of Appeals for the Ninth Circuit on Plaintiffs' Petition for a Writ of Mandamus, seeking remand of this lawsuit back to state court.

Date:   September 11, 2009

Respectfully Submitted,

BARON & BUDD, P.C.
9465 Wilshire Blvd., Suite 460
Beverly Hills, California 90212
Telephone: (310) 860-0476
Facsimile: (310) 860-0480

_____
Jed Borghei, Esq. (SBN 257049)
Counsel for Plaintiffs,
Ellis Michael Staton and Susan Mary Staton

Denyse F. Clancy, Esq. (SBN 255276)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Paul Kiesel, Esq.  (SBN 119854)
KIESEL, BOUCHER & LARSON, L.L.P.
8648 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 854-4444
Facsimile: (310) 854-081

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 15 2009

FILED
CLERK'S OFFICE

**Exhibit  A**

RECEIVED
CLERK'S OFFICE
2009 SEP 14  A 10: 38
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

FILED

UNITED STATES COURT OF APPEALS

SEP 10 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ELLIS MICHAEL STATON;
SUSAN MARY STATON.

No. 09-72230

D.C. No. 2:09-cv-03724-R
Central District of California,
Los Angeles

ELLIS MICHAEL STATON; SUSAN
MARY STATON,

   Petitioners,

  v.

ORDER

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA (LOS ANGELES),

   Respondent,

THE WILLIAM POWELL COMPANY,
a.k.a. Garnder Denver Nash, LLC; et al.,

   Real Parties in Interest.

Before:  PREGERSON and TASHIMA, Circuit Judges.

Petitioners' emergency motion to hear their mandamus petition on an

emergency basis is granted in part.

LL/MOATT



This petition for a writ of mandamus raises issues that warrant a response. *See* Fed. R. App. P. 21(b). Accordingly, no later than 9:00 a.m. Pacific Standard Time on September 17, 2009, the real parties in interest shall file a response to the mandamus petition.

No later than 9:00 a.m. Pacific Standard Time on September 17, 2009, petitioners' counsel shall file a statement not to exceed three pages detailing why counsel delayed filing the emergency motion.

The district court, no later than 9:00 a.m. Pacific Standard Time on September 17, 2009, may file a response to the mandamus petition if it so desires.

No reply shall be filed unless specifically requested by this court.

LL/MOATT

09-72230

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 15 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL

## ON MULTIDISTRICT LITIGATION

IN RE: Asbestos Products Liability Litigation (No. VI)      **MDL No. 875**

**Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California,**

**C.A. No. 2:09-3724**

Proof of Service

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.  My business address is Baron & Budd, P.C., 9465 Wilshire Blvd., Suite 460, Beverly Hills, CA 90212.

I hereby certify that a copy of the foregoing

### REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION
### TO VACATE CONDITIONAL TRANSFER ORDER NO. 324

and any attachments were served by FEDERAL EXPRESS, postage prepaid, for overnight delivery, to the following:

**\*\*PLEASE SEE ATTACHED SERVICE LIST\*\***

| x |      VIA  FEDERAL EXPRESS |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2009 SEP 14  A 10: 39

RECEIVED
CLERK'S OFFICE

1

By delivering the document(s) marked for Next-business day afternoon delivery and by depositing the same for collection at Beverly Hills, California, on the date herein above set forth in this Certificate, in a sealed envelope(s) designated by the Fedex service carrier, with the postage thereon fully prepaid or provided for, addressed as shown below:

I personally delivered such envelope(s) by hand to the offices of the pursuant to CCP § 1011.

| X | FEDERAL: |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on September 11, 2009 Beverly Hills, CA.

Carrie Ardoin

<u>SERVICE LIST</u>

Hon. Manuel L. Real, Courtroom No. 8

c/o Civil Intake at United States District Court

312 N. Spring Street

Los Angeles, CA 90012


Office of the Clerk

James R. Browning

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103-1526


Jeffery N. Lüthi

Clerk of the Panel

One Columbus Circle, NE

Thurgood Marshall Federal

Judiciary Building

Room G-255, North Lobby

Washington, D.C. 20002

Dennis M. Young

Foley & Mansfield, P.L.L.P.

1111 Broadway, 10th Floor

Oakland, CA 94607

(510)590-9500 (Phone)

(510)590-9595 (Fax)

**Counsel for Defendant(s): GARDNER DENVER NASH, LLC, THE WILLIAM**

**POWELL COMPANY**

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
>
> 2:09-3724

Michael H. Bailey

Baker, Keener & Nahra

633 West Fifth Street, Suite 5400

Los Angeles, CA  90071

(213) 241-0900 (Phone)

(213) 241-0990 (Fax)

***Counsel for Defendant(s): JOHNSON CONTROLS, INC., YORK INTERNATIONAL***

***CORPORATION***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
>
> 2:09-3724

Thomas J. LoSAVIO

Low, Ball & Lynch

505 Montgomery Street, 7th Floor

San Francisco, CA  94111

(415) 981-6630 (Phone)

(415) 982-1634 (Fax)

**Counsel for Defendant(s): ARMSTRONG INTERNATIONAL, INC.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Joseph Duffy

Tricia A. Takagi

Morgan, Lewis & Bockius, L.L.P.

300 South Grand Avenue, 22nd FLOOR

Los Angeles, CA  90071

(123) 612-2500 (Phone)

(213) 612-2501 (Fax)

**Counsel for Defendant(s): YARWAY CORPORATION, GRINNELL, L.L.C. (FKA GRINNELL CORPORATION)**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

David M. Glaspy

Law Offices of Glaspy & Glaspy, Inc.

One Walnut Creek Center

100 Pringle Avenue, Suite 750

Walnut Creek, CA  94596

(925) 947-1300 (Phone)

(925) 947-1594 (Fax)

**Counsel for Defendant(s): *GARLOCK SEALING TECHNOLOGIES, L.L.C.***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
> 2:09-3724


Andy J. Goetz

Kenneth Prindle

Prindle, Decker & Amaro, L.L.P.

310 Golden Shore, Fourth Floor

Long Beach, CA  90801-5511

(562) 436-3946 (Phone)

(562) 495-0564 (Fax)

**Counsel for Defendant(s): *AMERICAN STANDARD, INC. (TRANE / KEWANEE), ITT***
**CORPORATION, TRIPLE A MACHINE SHOP, INC.**

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
> 2:09-3724

A. Scott Goldberg

Selman  Breitman, L.L.P.

11766 Wilshire Blvd., Sixth Floor

Los Angeles, CA  90025

(310) 445-0800 (Phone)

(310) 473-2525 (Fax)

**Counsel for Defendant(s): *AURORA PUMP COMPANY, CLEAVER-BROOKS, INC., SPX***

**CORPORATION**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Robert M. Hamblett

Hassard & Bonnington

Two Embarcadero Center, Suite 1800

San Francisco, CA  94111

(415) 288-9800 (Phone)

(415) 288-9802 (Fax)

**Counsel for Defendant(s): *KAISER GYPSUM COMPANY, INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Jura A. Hartley

Grace, Genson, Cosgrove & Schrim

444 South Flower Street, Suite 1100

Los Angeles, CA  90071

(213) 533-5400 (Phone)

(213) 533-5444 (Fax)

***Counsel for Defendant(s): KELLY-MOORE PAINT COMPANY***

>   *Ellis Michael Staton, et al. v. American Standard, Inc., et al.*, C.D. California, C.A. No. 2:09-3724


C.J. Manoli

Jackson & Wallace, L.L.P.

55 Francisco Street, Sixth Floor

San Francisco, CA  94133

(415) 982-6300 (Phone)

(415) 982-6700 (Fax)

***Counsel for Defendant(s): BUFFALO PUMPS, INC.***

>   *Ellis Michael Staton, et al. v. American Standard, Inc., et al.*, C.D. California, C.A. No. 2:09-3724

Jennifer Judin

DeHay & Elliston, L.L.P.

800 West 6th Street, Suite 788

Los Angeles, CA  90017

(213) 271-2727 (Phone)

(213) 271-2730 (Fax)

**Counsel for Defendant(s): *LESLIE CONTROLS, INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Mark S. Kannett

Becherer, Kannett & Schweitzer

Water Tower

1255 Powell Street

Emeryville, CA  94608

(510) 658-3600 (Phone)

(510) 658-1151 (Fax)

**Counsel for Defendant(s): *JOHN K. BICE CO., INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Peter B. Langbord

Foley & Mansfield, P.L.L.P.

150 South Los Robles Avenue, Suite 400

Pasadena, CA  91101

(626) 744-9359 (Phone)

(626) 744-1702 (Fax)

**Counsel for Defendant(s): *RED-WHITE VALVE COMPANY***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Timothy J. McCaffery

Lombardi, Loper & Conant, L.L.P.

Lake Merritt Plaza

1999 Harrison Street, Suite 2600

Oakland, CA  94612-3541

(510) 433-2600 (Phone)

(510) 433-2699 (Fax)

**Counsel for Defendant(s): *MECHANICAL DRIVES & BELTING***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Michael T. McCall

Anne Gritzer

Walsworth, Franklin, Bevins & McCall, L.L.P.

One City Boulevard West, Fifth Floor

Orange, CA  92868

(714) 634-2522 (Phone)

(714) 634-0686 (Fax)

*Counsel for Defendant(s): DOWMAN PRODUCTS, INC, SPIRAX-SARCO, INC.,*

*BONDEX INTERNATIONAL, INC., HAMILTON MATERIALS, INC., THOMAS DEE*

*ENGINEERING CO.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
2:09-3724

Brien F. McMahon

Perkins Coie, LLP

1620 26th Street

Sixth Floor, South Tower

Santa Monica, CA  90404

(310) 788-9900 (Phone)

(310) 843-1284 (Fax)

*Counsel for Defendant(s): GEORGIA-PACIFIC, LLC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Nathan T. Newman

Tucker, Ellis & West, L.L.P.

Forty Second Floor

515 South Flower Street

Los Angeles, CA  90071

(213) 430-3400 (Phone)

(213) 430-3409 (Fax)

**Counsel for Defendant(s): CARRIER CORPORATION**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Dennis Young

Foley & Mansfield P.L.L.P.

1111 Broadway, 10th Floor

Oakland, CA 94607

**Counsel for Defendant(s): GARNDER DENVER NASH, LLC, (, individually as successor-in-interest to the NASH ENGINEERING CO.)**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Michael J. Pietrykowski

Gordon & Rees, L.L.P.

Embarcadero Center West

Twentieth Floor

275 Battery Street

San Francisco, CA  94111

(415) 986-5900 (Phone)

(415) 986-8054 (Fax)

*Counsel for Defendant(s): GOULDS PUMPS INCORPORATED, INGERSOLL-RAND*

*COMPANY*

      Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

      2:09-3724


Frank D. Pond

Pond North, L.L.P.

350 South Grand Avenue, Suite 2850

Los Angeles, CA  90071

(213) 617-6170 (Phone)

(213) 623-3594 (Fax)

*Counsel for Defendant(s): FMC CORPORATION, FRASER'S BOILER SERVICE, INC.*

      Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

      2:09-3724

Henry D. Rome

Howard, Rome, Martin & Ridley, L.L.P.

1775 Woodside Road, Suite 200

Redwood City, CA  94061-3436

(650) 365-7715 (Phone)

(650) 364-5297 (Fax)

**Counsel for Defendant(s): *IMO INDUSTRIES, INC.***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
> 2:09-3724

William J. Sayers

McKenna, Long & Aldridge, L.L.P.

8th Floor

444 South Flower Street

Los Angeles, CA  90071-2901

(213) 688-1000 (Phone)

(213) 243-6330 (Fax)

**Counsel for Defendant(s):, *UNION CARBIDE CORPORATION***

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
> 2:09-3724

Grant D. Stiefel

K&L Gates LLP

10100 Santa Monica Boulevard, Seventh Floor

Los Angeles, CA  90067

(310) 552-5000 (Phone)

(310) 552-5001 (Fax)

**Counsel for Defendant(s): *CRANE CO.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

John R. Wallace

Jackson & Wallace, L.L.P.

55 Francisco Street, Sixth Floor

San Francisco, CA  94133

(415) 982-6300 (Phone)

(415) 982-6700 (Fax)

**Counsel for Defendant(s): *ZURN INDUSTRIES, INC.***

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**Atwood & Morrill Co., Inc**.

c/o Weir Valves & Controls USA, Inc., individually and as successor-in-interest to Atwood & Morrill, Inc.

29 OLD RIGHT ROAD

IPSWICH , MA 01938-1119

*Service Agent for Defendant(s): Atwood & Morrill Co., Inc.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**CLEAVER-BROOKS, INC. individually and f/k/a AQUA-CHEM, INC., d/b/a CLEAVER-BROOKS DIVISION (successor-in-interest to DAVIS ENGINEERING COMPANY)**

A. Scott Goldberg

SELMAN BREITMAN LLP

11766 Wilshire Boulevard, Sixth Floor

Los Angeles, CA 90025

*Service Agent for Defendant(s): CLEAVER-BROOKS, INC. individually and f/k/a AQUA-CHEM, INC., d/b/a CLEAVER-BROOKS DIVISION (successor-in-interest to DAVIS ENGINEERING COMPANY)*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**Dresser-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company**

1200 West Sam Houston Pkwy. N.,

Houston, TX 77043

16

*Service Agent for Defendant(s): Dresser-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**Ingersoll-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company**

Michael J. Pietrykowksi

Gordon & Rees LLP

275 Battery Street, Twentieth Floor

San Francisco, CA 94111

*Service Agent for Defendant(s):* **Ingersoll-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**Weil Pump Company, Inc.**

W57 N14363 Doerr Way,

Cedarburg, WI 53012

*Service Agent for Defendant(s):* **Weil Pump Company, Inc.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**PENTAIR, INC./ PENTAIR PUMP GROUP, INC.**

55 Wayzata Blvd.

Suite 800

Minneapolis, MN 55416

*Service Agent for Defendant(s):* **PENTAIR, INC./ PENTAIR PUMP GROUP, INC.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

**SPENCE ENGINEERING CO., INC.**

Corporate Trust System

13th Floor

111 Eighth Avenue

New York, NY 10011

*Service Agent for Defendant(s):* **SPENCE ENGINEERING CO., INC.**

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-324)

Ellis Michael Stanton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael H. Bailey
BAKER KEENER & NAHRA
Library Tower
633 W. 5th Street
Suite 5400
Los Angeles, CA 90071

David T. Biderman
PERKINS COIE LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Boulevard
Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Denyse Clancy
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph Duffy
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Paul R. Kiesel
KIESEL BOUCHER &
LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Gregory Kim
HASSARD BONNINGTON
444 South Flower Street
Suite 1700
Los Angeles, CA 90071

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

MDL No. 875 - Involved Counsel List (Excerpted from CTO-324) (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasadena, CA 91101

Thomas J. LoSavio
LOW BALL & LYNCH
505 Montgomery Street
7th Floor
San Francisco, CA 94111-2584

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Craig R. Maki
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Nathan T. Newman
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Farrah S. Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 South Flower Street
8th Floor
Los Angeles, CA 90071-2901

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Frank D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Tricia A. Takagi
MORGAN LEWIS & BOCKIUS
Five Park Plaza
Suite 1750
Irvine, CA 92614

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608