MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 16 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5920

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *Daniel Holmes v. A.W. Chesterton Co., et al.*, Case No. 09-cv-00678-PA (D. Oregon) | IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) |
| | MDL No. 875 |

DEFENDANT LESLIE CONTROLS, INC.'S CORPORATE DISCLOSURE STATEMENT

Jeanne F. Loftis (OR Bar No. 903712)
Monica Wells (OR Bar No. 034918)
Bullivant Houser Bailey PC
888 SW 5th Ave., Ste. 300
Portland, OR 97204
(503) 228-6351
(503) 295-0915 – Fax

Attorneys for Defendant
Leslie Controls, Inc.

Page 1 – DEFENDANT LESLIE CONTROLS, INC.'S CORPORATE DISCLOSURE STATEMENT

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**OFFICIAL FILE COPY**

IMAGED SEP 16 2009

1  Pursuant to J.P.M.L. Rule 5.3, defendant Leslie Controls, Inc., by and through its
2  undersigned counsel, respectfully submits this Corporate Disclosure Statement.
3  The following are the publically held corporate parents, affiliates, and/or subsidiaries
4  of defendant Leslie Controls, Inc.: Circor International.
5  DATED: September 1, 2009

Bullivant Houser Bailey PC

By _____Monica Wells_____
Jeanne F. Loftis, OSB #913612
Monica Wells, OSB #034918
Telephone: 503.228.6351
Attorneys for Defendant Leslie Controls, Inc.

Page 2 — DEFENDANT LESLIE CONTROLS, INC.'S CORPORATE DISCLOSURE STATEMENT

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 16 2009

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2009, I caused to be served the foregoing **DEFENDANT LESLIE CONTROLS, INC.'S CORPORATE DISCLOSURE STATEMENT** on the following counsel of record via US Mail:

**SEE ATTACHED INVOLVED COUNSEL LIST**

I declare under penalty of perjury this 1st day of September, 2009, at Portland, Oregon

_____
Monica Wells, OSB #034918
Telephone: 503.228.6351
Attorneys for Defendant Leslie Controls, Inc

11904650.1

Page 1 - CERTIFICATE OF SERVICE

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                       MDL No. 875

**INVOLVED COUNSEL LIST (Excerpted from CTO-324)**

Daniel Holmes, etc. v. A.W. Chesterton, Co., et al., D. Oregon, C.A. No. 1:09-678
(Judge Owen M. Panner)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Eric L. Dahlin
DAVIS WRIGHT
TREMAINE LLP
1300 S.W. 5th Avenue
Suite 2300
Portland, OR 97201-5630

Jason H. Daywitt
RIZZO MATTINGLY
BOSWORTH PC
411 S.W. Second Avenue
Suite 200
Portland, OR 97204

Christine E. Dinsdale
SOHA & LANG PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

Mark J. Fucile
FUCILE & REISING LLP
115 Northwest First Avenue
Suite 410
Portland, OR 97209-4024

Christopher E. Hawk
GORDON & REES LLP
601 SW 2nd Ave.
Suite 2300
Portland, OR 97204

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Jeanne F. Loftis
BULLIVANT HOUSER
BAILEY PC
888 SW Fifth Avenue
300 Pioneer Tower
Portland, OR 97204

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

MDL No. 875 - Involved Counsel List (Excerpted from CTO-324) (Continued)

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Jeffrey S. Mutnick
LAW OFFICE OF JEFFREY S MUTNICK
737 SW Vista Avenue
Portland, OR 97205

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

George S. Pitcher
WILLIAMS KASTNER
888 Southwest Fifth Avenue
Suite 600
Portland, OR 97204-2025

George S. Pitcher
WILLIAMS KASTNER & GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101-2380

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

John Michael Silk
WILSON SMITH COCHRAN & DICKERSON
1215 Fourth Avenue
Suite 1700
Seattle, WA 98161-1007

Brian R. Talcott
DUNN CARNEY ALLEN HIGGINS & TONGUE
851 SW 6th Avenue
Suite 1500
Portland, OR 97204

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Monica A. Wells
BULLIVANT HOUSER BAILEY PC
888 SW 5th Avenue
Suite 300
Portland, OR 97204