**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 18 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5922

BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASSESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

Daniel Holmes, Personal Representative of the Estate of Gerald Holmes
v.
A.W. Chesterton Company, et al.
US District Court for the District of Oregon Case No. CV-09-678-PA

### PLAINTIFF'S REPLY TO DEFENDANT LESLIE CONTROL'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

**FACTS**

Plaintiff submits the following chronology.

| | |
|---|---|
| Case filed in State Court: | **October 27, 2008** |
| Defendant Leslie Controls filed notice of removal in federal court: | **June 17, 2009** |
| Plaintiff filed Motion for Remand: | **June 23, 2009** |
| Notice of Reassignment to Judge Owen Panner | **June 24, 2009** |
| Defendant filed Response to Motion for Remand: | **July 28, 2009** |
| ourt issued Conditional Transfer Order: | **August 6, 2009** |
| MDL Panel issued Order Staying CTO: | **August 11, 2009** |
| Plaintiff filed objections to and motion to vacate CTO: | **August 21, 2009** |
| Defendant filed response to motion to vacate: | **September 9, 2009** |

As the above chronology reflects, Plaintiff promptly filed a motion to remand the removed case to the state court. That motion was promptly assigned to a judge in the US District

Page 1 -   PLAINTIFF'S REPLY TO LESLIE CONTROL'S RESPONSE TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

**OFFICIAL FILE COPY**   IMAGED SEP 18 2009

Court of Oregon. Briefing proceeded in a prompt and appropriate manner and had the case not been conditionally transferred, the motion to remand would likely have been heard and a decision issued prior to the time that this matter is now scheduled for hearing before the MDL Panel in November 2009.

**ARGUMENT**

Defendant relies upon this court's previous decisions *In Re: Asbestos Products Liability Litigation (No. VI), MDL No. 875*, 560 FSupp2d 1367 (JPML 2008) (citing *In Re Asbestos Product Liability Litigation.*, 771 FSupp 415 (JPML 1991). Specifically, Defendant Leslie Controls takes out of context this court's statement in fn. 2, responding to Plaintiff's contention that the transferred case should be remanded to transferor court for resolution of motions to remand. The court proceeded to set forth the basis for its position in fn. 2, as follows:

> …the pendency of a CTO does not in any way (a) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the CTO is pending, or (b) limit the pretrial jurisdiction of that court; and (3) accordingly, those courts wishing to address such motions have adequate time in which to do so, while those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of Section 1407 transfer in MDL No. 975 can continue without any unnecessary interruption or delay.

560 FSupp2d at 1369.

The federal district court in Oregon promptly transferred the remand motion to Judge Owen Panner. Judge Panner would have scheduled and ruled upon the motion had the CTO not been issued. Because of the issuance of the CTO, Judge Panner was unable to complete the process. As the court is aware, in this case, the CTO was issued without providing counsel with

Page 2 -   PLAINTIFF'S REPLY TO LESLIE CONTROL'S RESPONSE TO MOTION TO VACATE
          CONDITIONAL TRANSFER ORDER

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

an opportunity to object. The court has graciously allowed counsel the opportunity to submit objections to the CTO.

Counsel respectfully submits that remand to the state court would likely have been decided by the time of this court's consideration of Plaintiff's objections to the CTO, had the timeline which this court described in fn. 2, above, been followed. Rather than the three of four months which the court describes, the CTO was issued approximately six weeks after the removal. If the court allows the local transferor court the opportunity to complete its consideration of the issue of remand, the interests of judicial efficiency, both as to this Panel and the transferor court, will be served.

The only issue pending before this court at present is whether the conditional transfer should be vacated. If the court vacates the CTO, the transferor court can promptly address the issue of remand. This is a mesothelioma case arising from Plaintiff's exposure to asbestos.

While there are two primary issues addressed in Plaintiff's motion to remand, the threshold question will be whether the remand was promptly accomplished. That issue can promptly be addressed by the transferor court.

As this court notes in *In Re: Asbestos Products Liability Litigation (No. VI), MDL 875* (June 6, 2008), it was and is not the intent of MDL 875 to limit the pretrial jurisdiction of the transferor court. The court's comments suggest that since the jurisdiction of the transferor court was inadvertently limited by the issuance of the CTO without giving Plaintiff the opportunity to object, Plaintiff suggests the court's purpose, as articulated in fn. 2 set forth above, is best accomplished by allowing the transferor court to continue those pretrial proceedings and address the remand issues. As noted by this court, this will allow the transferor court to rule on the

Page 3 -   PLAINTIFF'S REPLY TO LESLIE CONTROL'S RESPONSE TO MOTION TO VACATE
            CONDITIONAL TRANSFER ORDER

LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

remand motion without requiring that that motion be addressed by the transferee judge in an instance where the transferor court clearly had expressed its intent to address the remand motion.

DATED: September 15, 2009

*[signature]*

Jeffrey S. Mutnick, OSB #721784
JEFFREY S. MUTNICK, PC
737 SW Vista Avenue
Portland, OR 97205
Telephone: (503) 595-1033
Facsimile: (503) 224-9430
Attorneys for Plaintiff

Page 4 -   PLAINTIFF'S REPLY TO LESLIE CONTROL'S RESPONSE TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER

<u>Daniel Holmes, etc. v. AW Chesterton, Co., et al., D. Oregon, CA #1:09-678 (J. Panner)</u>

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served **PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER, SCHEDULE** on the following named person(s) on the date and in the manner indicated below:

<u>**VIA ELECTRONIC FILING:**</u>

US District Court of Oregon

Monica Wells/Jeannie Loftis
BULLIVANT HOUSER BAILEY PC
888 SW Fifth Avenue
300 Pioneer Tower
Portland, OR 97204
*Of Attorneys for Leslie Controls*

Eric L. Dahlin
DAVIS WRIGHT TREMAINE LLP
1300 SW 5th Avenue, Suite 2300
Portland, OR 97201-5630
*Of Attorneys for Foster Wheeler*

Jason H. Daywitt
RIZZO MATTINGLY BOSWORTH PC
411 SW Second Avenue, Suite 200
Portland, OR 97204
*Of Attorneys for Cleaver-Brooks*

Christine E. Dinsdale
SOHA & LANG
701 Fifth Avenue, Suite 2400
Seattle, WA 98104
*Of Attorneys for Flowserve Corporation*

Page 1 - CERTIFICATE OF SERVICE

**JEFFREY S. MUTNICK**
*Jeffrey S. Mutnick Law Offices*
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

Mark J. Fucile
FUCILE & REISING LLP
115 NW First Avenue, Suite 410
Portland, OR 97209-4024
*Of Attorneys for Owens-Illinois, Inc.*

Christopher E. Hawk
GORDON & REES LLP
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204
*Of Attorneys for Goulds Pumps, Inc.*

Thomas A Packer
GORDON & REES LLP
501 SW 2nd Ave., Suite 2300
Portland, OR 97204
*Of Attorneys for 3M Company*

George S. Pitcher
WILLIAMS KASTNER
888 SW Fifth Avenue, Suite 600
Portland, OR 97204
*Of Attorneys for CBS/Viacom, General Electric*

John M. Silk
WILSON SMITH COCHRAN & DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1007
*Of Attorneys for Metropolitan Life*

Brian R. Talcott
DUNN CARNEY ALLEN HIGGINS & TONGUE
851 SW 6th Avenue, Suite 1500
Portland, OR 97204
*Of Attorneys for AW Chesterton Co.*

**VIA US MAIL, FIRST CLASS POSTAGE PREPAID**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE., Room G-255, North Lobby
Washington, DC 20002-8004
(Original and four paper copies)

Page 2 -   CERTIFICATE OF SERVICE

**JEFFREY S. MUTNICK**
*Jeffrey S. Mutnick Law Offices*
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

Peter G. Angelos
LAW OFFICES OF PETER G. ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania venue, NW
Washington, DC 2004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Page 3 -   CERTIFICATE OF SERVICE

JEFFREY S. MUTNICK
*Jeffrey S. Mutnick Law Offices*
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 32520

William F. Mahoney
SEGL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Page 4 -    CERTIFICATE OF SERVICE

**JEFFREY S. MUTNICK**
*Jeffrey S. Mutnick Law Offices*
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
PO Box 22608
Jackson, MS 39225


DATED: September 15, 2009

_____
Jeffrey S. Mutnick, OSB #727184
Of Attorneys for Plaintiff

Page 5 -   CERTIFICATE OF SERVICE

**JEFFREY S. MUTNICK**
*Jeffrey S. Mutnick Law Offices*
737 SW Vista Avenue
Portland, OR 97205
503 595-1033; 503 224-9430 (facsimile)
JMUTNICK@MUTNICKLAW.COM