**MDL 875**

# PAUL, REICH & MYERS, P.C.
ATTORNEYS AT LAW
1608 WALNUT STREET, SUITE 500
PHILADELPHIA, PENNSYLVANIA 19103
Tel. (215) 735-9200  Fax (215) 735-3888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2009

FILED
CLERK'S OFFICE

ROBERT E. PAUL
ALAN I. REICH
RICHARD P. MYERS
ELIOT PRESENT

September 18, 2009

Jakeia Mells
MDL Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-225, North Lobby
Washington, DC 20002

PLEADING NO. 5923

Notice of Opposition to Conditional Transfer Order

Re: **MDL 875 CTO-326**
**Indiana Southern 09-1053 (Followfield)**

To The Panel:

I object to transfer of the within matter as it is not part of the MDL.

Very truly yours,

PAUL, REICH & MYERS, P.C.

BY: *[signature]*
ROBERT E. PAUL

REP/jm

cc: Kari Holbrook, Esq.

P:\Jackie\jack0909\Mells re MDL Cases.wpd

**OFFICIAL FILE COPY**

**IMAGED SEP 2 2 2009**

RECEIVED CLERK'S OFFICE
2009 SEP 22 A 8: 48
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION