**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2009

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE:

ASBESTOS PRODUCTS LIABILITY　　*　　MDL 875
LITIGATION (NO. VI)　　　　　　　*　　CONDITIONAL TRANSFER
　　　　　　　　　　　　　　　　*　　ORDER
_____*
　　　　　　　　　　　　　　　　*
This Document Relates to:　　　　*
　　　　　　　　　　　　　　　　*
ANDERSON L. KELLY,　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　Plaintiff　　　　　　　*　　ASBESTOS CASE IN THE
　　　　　　　　　　　　　　　　*　　SOUTHERN DISTRICT
Vs.　　　　　　　　　　　　　　　*　　OF GEORGIA
　　　　　　　　　　　　　　　　*
GENERAL ELECTRIC COMPANY,　　　　*
et al.,　　　　　　　　　　　　　*　　Civil Action
　　　　　　　　　　　　　　　　*　　No. CV209-134
　　　　　Defendants　　　　　　 *

### PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-326)

COMES NOW Plaintiff by and through his undersigned attorney and pursuant to Rule 7.4(c) files this Notice of Opposition to the Conditional Transfer Order (CTO-326).

Plaintiff shows this is an asbestos-related lawsuit and the Conditional Transfer Order is to MDL No. 875 - In Re: Asbestos Products Liability Litigation.

This 23rd day of September, 2009.

　　　　　　　　　　　　　　　　ROGER B. LANE,
　　　　　　　　　　　　　　　　ATTORNEY AT LAW, P.C.

　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　C. Darrell Gossett
　　　　　　　　　　　　　　　　GA State Bar No. 302936
　　　　　　　　　　　　　　　　Roger B. Lane
　　　　　　　　　　　　　　　　GA State Bar No. 434950
1601 Reynolds Street　　　　　　Attorneys for Plaintiff
Brunswick, GA 31520
(912) 264-8296

PLEADING NO. 5925

IMAGED SEP 23 2009

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: | |
| ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL 875<br>CONDITIONAL TRANSFER ORDER |
| This Document Relates to: | |
| ANDERSON L. KELLY, | |
| Plaintiff | ASBESTOS CASE IN THE SOUTHERN DISTRICT OF GEORGIA |
| Vs. | |
| GENERAL ELECTRIC COMPANY, et al., | Civil Action No. CV209-134 |
| Defendants | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has this the 23rd day of September 2009, mailed a copy of the foregoing **PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-326)** to the attorneys of record for all other parties in the action, as follows:

  J.D. Dalbey, Esq.
  Chilivis, Cochran, Larkins & Bever, LLP
  3127 Maple Drive, NE
  Atlanta, GA 30305
    (Attorney for General Electric)

  Frances L. Spinelli, Esq.
  Evert Weathersby Houff
  3405 Piedmont Rd., Suite 200
  Atlanta, GA 30305
    (Attorney for CBS Corporation)

RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2009 SEP 23 A 10: 31

Lee Ann Anand, Esq.
Melinda Mosley, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
201 17th St., NW, Suite 1700
Atlanta, GA 30363
    (Attorney for Georgia Pacific Corp.)

Bates Lovett, Esq.
Saunders Aldridge, Esq.
Hunter, Maclean, Exley & Dunn, P.C.
200 E. St. Julian Street
P.O. Box 9848
Savannah, GA 31412
    (Attorneys for Ingersoll-Rand Co.)

                                ROGER B. LANE,
                                ATTORNEY AT LAW, P.C.

By: _____
       C. Darrell Gossett
       GA State Bar No. 302936
       Roger B. Lane
       GA State Bar No. 434950

1601 Reynolds Street                  Attorneys for Plaintiff
Brunswick, GA 31520
(912) 264-8296