# Brayton✦Purcell LLP

TRIAL LAWYERS

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2009

FILED
CLERK'S OFFICE

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
KATHERINE E. ALI BN
FRANK I. ANDRES
PATRICK D. ANGUL*
RON G. ARCHER
DAVID A. BACKENSTOE
ROKSANA S. BIDGOLI
BRONSON D. BILLS*
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN P. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT

SUE E. HENSON
JEFF R. HORKAIN
SID HARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
JESSICA S. KIM
MATTHEW D. LEE
MAUREEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
ORIN P. NOAH
ANI R M. NORDSTRAND
AMILS. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
LATOR R. STEWART
JANIE B. VETTO*
NANCY T. WILLIAMS

September 22, 2009

**VIA FACSIMILE (202) 502-2888**

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:  Notice of Opposition - Conditional Transfer Order 326
     Civil Action No. ID CAN 3 09-3786 <u>John Madden v. A.H. Voss Co., et al.</u>

Dear Mr. Beck:

Please take notice that the Plaintiff, John Madden, opposes transfer of civil action number 09-3786 to docket number 875, as proposed in conditional transfer order number 326.

Very truly yours,

Richard M. Grant

RMG:jae

PLEADING NO. 5926

K:\Injured\25202\corresp\ltr-MDL-Ntc of Opp to CTO 326.wpd

**OFFICIAL FILE COPY**  IMAGED SEP 23 2009

RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2009 SEP 23 11:50