MDL 875

# Brayton ❖ Purcell LLP

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2009

FILED
CLERK'S OFFICE

TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALBSIO
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOU
ROKSANA S. BIDGOLI
BRONSON D. BILLS*
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN T. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT

CHRIS F. HRRSOM
ETFAT R. HUSSAIN
SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
JESSICA S. KIM
MATTHEW B. LEE
MAUREEN C. MCGOWAN
JULIET K. MUSHRT
JIMOS P. NRVIN
OWEN P. NOAH
ANNE M. NORDSTRAND
AMIR S. BARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
LINCE R. STEWART
IVE E. VETTO*
NANCY T. WILLIAMS

September 22, 2009

PLEADING NO. 5927

VIA FACSIMILE (202) 502-2888

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:   Notice of Opposition - Conditional Transfer Order 326
      Civil Action No. ID CAN 3 09-3938 <u>Wayne Hartman v. Leslie Controls, Inc, et al.</u>

Dear Mr. Beck:

Please take notice that the Plaintiff, Wayne Hartman, opposes transfer of civil action number 09-3938 to docket number 875, as proposed in conditional transfer order number 326.

Very truly yours,

Richard M. Grant

RMG:jae

K:\Injured\110925\corresp\ltr-MDL-Ntc of Opp to CTO 326.wpd

RECEIVED
CLERK'S OFFICE
2009 SEP 23 A 11:51
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY   IMAGED SEP 23 2009