# Brayton❖Purcell LLP

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2009

FILED
CLERK'S OFFICE

TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALUSIO
KATHERINE B. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOE
ROKSANA S. BIDOOLI
BRONSON D. BILLS*
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY I. CHU
HUGH C. COOK
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT

CHAD E. HERSOM
RIFFAT R. HUSSAIN
SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
JESSICA S. KIM
MATTHEW B. LEE
JURGEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
ORIN P. NOAH
ANGELA M. NORDSTRAND
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ISAAC G. SOLOMON
LANCE R. STEWART
JAIME L. VITTOY
NANCY T. WILLIAMS

September 23, 2009

<u>VIA FACSIMILE (202) 502-2888</u>

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:   Notice of Opposition - Conditional Transfer Order 326
      Civil Action No. ID CAN 3 09-3953 <u>Paul Simme v Asbestos Defendants, et al.</u>

Dear Mr. Beck:

Please take notice that the Plaintiff, Paul Simme, opposes transfer of civil action number 09-3953 to docket number 875, as proposed in conditional transfer order number 326.

Very truly yours,

*[signature]*

Richard M. Grant

RMG:jac

PLEADING NO. 5928

K:\Injured\106533\corresp\ltr-MDL-Ntc of Opp to CTO 326.wpd

**OFFICIAL FILE COPY**    IMAGED SEP 23 2009