UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL NO. 875 |

TO: CLERK OF COURT, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AND TO: ALL COUNSEL OF RECORD;

Notice is hereby given that Plaintiff Jacob Fischer opposes the conditional transfer order (CTO-326) entered on September 8, 2009. Mr. Fischer is the plaintiff in the case of *Jacob Edward Fischer v. Saberhagen Holdings, Inc., et al.*, No 09-5385 RJB, pending in the United States District Court for the Western District of Washington at Tacoma.

Plaintiff believes that the federal courts lack jurisdiction over this case. Plaintiff opposes transfer of this case so that Judge Robert Bryan of the Western District of Washington can rule on Plaintiff's motion to remand this case to state court. Judge Bryan granted Plaintiffs leave to conduct early discovery in this case pursuant to Plaintiff's motion. (That order is attached). This discovery has not been completed.

Accordingly, Jacob Fischer opposes transfer of his case and pursuant to Rule 7.4(d) of the

- 1
No.
c:\documents and settings\emilym.bpf\local settings\temporary internet files\content.outlook\3indbo5g\united states judicial panel--notice of opposition of transfer.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff shall file with the Clerk of the Panel a brief in support of its position opposing transfer.

This notice is being served on all counsel of record on the panel service list pursuant to Rule 5.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

DATED this 23d Day of September, 2009

BERGMAN DRAPER & FROCKT

/s/Brian F. Ladenburg, WSBA No. 29531
ATTORNEY FOR PLAINTIFF JACOB FISCHER

-2
c:\documents and settings\emilym.bpf\local settings\temporary internet files\content.outlook\3indbo5g\united states judicial panel--notice of opposition of transfer.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 3 2009

FILED
CLERK'S OFFICE

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | | Telephone: [202] 502-2800<br>Fax:       [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 8, 2009

TO INVOLVED COUNSEL

Re: MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-326)

RECEIVED SEP 1 1 2009 BERGMAN DRAPER & FROCKT

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office BY FACSIMILE, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

NOTICE OF OPPOSITION DUE ON OR BEFORE: __September 23, 2009__ (12 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Jakeia Mells
Deputy Clerk

Attachments

JPML Form 39

|  | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | Sep 08, 2009<br>FILED<br>CLERK'S OFFICE |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-326)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,834 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

SCHEDULE CTO-326 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 09-6092 | Lilia Nepomuceno, et al. v. A.W. Chesterton Co., et al. |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 09-3786 | John Madden v. A.H. Voss Co., et al. |
| CAN | 3 | 09-3938 | Wayne Hartman v. Leslie Controls, Inc., et al. |
| CAN | 3 | 09-3953 | Paul Simme v. Asbestos Defendants (B-P), et al. |
| CONNECTICUT | | | |
| CT | 3 | 09-1093 | Pauline Sanborn, etc. v. Buffalo Pumps, Inc., et al. |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 09-61236 | Lorin Bolton-Munach, etc. v. Anchor Packing Co., Inc., et al. |
| GEORGIA SOUTHERN | | | |
| GAS | 2 | 09-134 | Anderson Kelly v. General Electric Co., et al. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 09-1450 | Cherri B. Farris, etc. v. Chevron Corp., et al. |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 09-329 | Vashti Murray, et al. v. BNSF Railway Co. |
| INDIANA NORTHERN | | | |
| INN | 2 | 09-59 | James H. Johnson, et al. v. A.W. Chesterton Co., et al. |
| INDIANA SOUTHERN | | | |
| INS | 1 | 09-1028 | Lola M. Spicer v. Asbestos Corp., Ltd., et al. |
| INS | 1 | 09-1052 | Carolyn Musselman, et al. v. American Standard, Inc., et al. |
| INS | 1 | 09-1053 | E. Joann Fallowfield v. A.W. Chesterton, Inc., et al. |
| INS | 2 | 09-251 | Dennis Crowder, et al. v. Foster Wheeler LLC, et al. |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 09-5898 | Betty Najolia Eckerle v. Northrop Grumman Ship Systmes, Inc., et al. |

Page 2 of 2

## MDL No. 875 – Schedule CTO-326 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **MAINE** | | | |
| ME | 1 | 09-367 | Gloria Hogan-Wheeler v. Eckel Industries, Inc., et al. |
| ME | 1 | 09-374 | Erland B. Campbell, et al. v. Metropolitan Life Insurance Co., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 09-606 | Joyce Juanita Bryson, etc. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-621 | Joseph Greenlee Hicks, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-626 | Louise H. Isenhour, etc. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-627 | Jackson Wayne Davis, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-649 | Peter Perkins Wilson, et al. v. A.W. Chesterton Co., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-259 | Thurston Lionelle Patterson v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-276 | Gary Robert Pearson, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-310 | Laura O. Smathers, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-314 | Ronald Harvey Humphries, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-315 | Warren Bryant Singleton v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-317 | Cohen S. Mathews, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-318 | Mozelle J. Howie, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-319 | Mona Lee Almond Wright, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-330 | Kirby Dale Sechrist, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-334 | Nancy Irene Garrison, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-337 | Samuel James June, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-339 | Robert Michael Anthony, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-343 | Douglas Franklin Biggs v. A.W. Chesterton Co., et al. |
| **SOUTH CAROLINA** | | | |
| SC | 2 | 09-2163 | Tina Willis, etc. v. BW IP International, Inc., et al. |
| SC | 2 | 09-2219 | Edna Yvonne Grace, etc. v. Bayer Cropscience, Inc., et al. |
| SC | 8 | 09-2311 | James Larry Capell, et al. v. A.W. Chesterton Co., et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 09-1080 | Majorie M. Arnold, et al. v. American Optical Corp. |
| WAW | 3 | 09-5385 | Jacob Edward Fischer v. Saberhagen Holdings, Inc., et al. |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 09-462 | Daryl D. Kelly v. CBS Corp., et al. |

**RULE 5.2:**  **SERVICE OF PAPERS FILED**

(a) All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b) The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c) Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d) In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e) If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

(a)   Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)   Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)   Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)   Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)   Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)   Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:   MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)   Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)   Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)   Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)   A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)   Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | MDL NO. 875 |
|---|---|
| | DECLARATION OF SERVICE |

I, Wil John Cabatic, declare and state as follows:

1. I am and at all times herein was a citizen of the United States, a resident of King County, Washington, and am over the age of 18 years.

2. On September 23, 2009, I caused to be served true and correct copies of:

   (1) Plaintiff Jacob Fischer Opposition to Conditional Transfer Order (CTO-326) entered on September 8, 2009, and

   (2) Declaration of Service, on the following:

**Via Facsimile [202] 502-2888:**

**Jeffrey N Luthi**
**Clerk of the Panel**
One Columbus Circle NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington DC 20002

**Via U.S. Mail:**

**See attached "Involved Counsel List (CTO-326)"**

DECLARATION OF SERVICE- 1

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

I declare under penalty of perjury pursuant to the laws of the State of Washington that the foregoing is true and correct.

Dated at Seattle, Washington this 23rd day of September, 2009.

BERGMAN DRAPER & FROCKT, PLLC



Wil John Cabatic

DECLARATION OF SERVICE- 2

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

Page 1 of 5

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-326)

F. Saunders Aldridge, III
HUNTER MACLEAN EXLEY
& DUNN
P.O. Box 9848
Savannah, GA 31412

Knight S. Anderson
HILL FULWIDER
MCDOWELL FUNK &
MATTHEWS
One Indiana Square
211 North Pennsylvania Street
Suite 2000
Indianapolis, IN 46204-2031

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028

Kevin C. Baumgardner
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051

Frank Moor Bedell
DECUBELLIS & MEEKS
837 N. Garland Ave.
P.O. Box 4976
Orlando, FL 32802-4976

Joshua H. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

V. Brian Bevon
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Timothy W. Bouch
LEATH BOUCH &
CRAWFORD
P.O. Box 59
Charleston, SC 29402

Marc Brainich
SEDGWICK DETERT MORAN
& ARNOLD
One Market Plz
Steuart Tower
8th Floor
San Francisco, CA 94105

Eric L. Brown
BARON & BUDD PC
9465 Wilshire Boulevard
Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Dennis F. Cantrell
CANTRELL STRENSKI &
MEHRINGER LLP
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399

James E. Chellis
CHELLIS & FRAMPTON
P.O. Box 430
Summerville, SC 29484

Denyse Clancy
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Anthony L. Cochran
CHILIVIS COCHRAN
LARKINS & BEVER
3127 Maple Drive, N.E.
Atlanta, GA 30305

Stuart L. Cohen
BENNETT AIELLO COHEN &
FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131

William David Conner
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

MDL No. 875 - Involved Counsel List (CTO-326) (Continued)

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Case A. Dam
FERRARO LAW FIRM
4000 Ponce de Leon Boulevard
Suite 700
Miami, FL 33146-1434

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Glenn S. Draper
LAW OFFICES OF MATTHEW
BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

James H. Elliot
PRITCHARD & ELLIOTT
129 Broad Street
Charleston, SC 29401

C. Michael Evert, Jr.
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Kathleen A. Farinas
GEORGE & SIPES LLP
151 North Delaware Street
Suite 1700
Indianapolis, IN 46204

Julie Feigeles
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

John A. Franke
GASS WEBER &
MULLINS LLC
309 North Water Street
Milwaukee, WI 53202

David S. Frockt
LAW OFFICES OF MATTHEW
BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

Bret Charles Gainsford
AKERMAN SENTERFITT &
EIDSON
420 S. Orange Avenue
Suite 1200
P.O. Box 231
Orlando, FL 32801

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

John A. Gardner, III
HEDRICK GARDNER
KINCHELOE & GAROFALO
LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

Richard G. Gawlowski
WILSON SMITH COCHRAN &
DICKERSON
1215 4th Avenue
Suite 1700
Seattle, WA 98161-1007

Charles Darrell Gossett
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Richard L. Haas
SWANSON MARTIN & BELL
LLP
330 North Wabash
Suite 3300
Chicago, IL 60611

Kari H. Halbrook
ICE MILLER LLP - IND/IN
One American Square Suite 2900
Indianapolis, IN 46282-0200

Thomas H. Hart
BRADY HART & JACOBS
Seven Church Street
Christiansted
St. Croix, VI 00820

William D. Harvard
BLASINGAME BURCH
GARRARD BRYANT &
ASHLEY
P.O. Box 832
Athens, GA 30603-0832

Elizabeth Anne K. Hiller
KNOTT & GLAZIER
601 S. Figueroa Street
Suite 4200
Los Angeles, CA 90017

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105

MDL No. 875 - Involved Counsel List (CTO-326) (Continued)

George L. Inabinet, Jr.
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Zandra Lynn Johnson
SMITH MOORE LEATHERWOOD LLP
P.O. Box 87
Greenville, SC 29602

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Jason L. Kennedy
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Brian P. Kenney
EARLY LUDWICK & SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208

Kevin R. Knight
ICE MILLER LLP
One American Square,
Suite 2900
Indianapolis, IN 46282-0200

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Deborah DeRoche Kuchler
KUCHLER POLK SCHELL WEINER & RICHESON
1615 Poydras Street, Suite 1300
New Orleans, LA 70112

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Brian F. Ladenburg
BERGMAN & FROCKT
614 First Avenue, 4th Floor
Seattle, WA 98104

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Richard M. Lauth
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, Suite 200
Atlanta, GA 30305

Daniel M. Long
LOCKE REYNOLDS LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert P. Major
WINDERWEEDLE HAINES WARD & WOODMAN
390 North Orange Avenue
Suite 1500
P.O. Box 1391
Orlando, FL 32802-1391

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Jonathan D. Mattingly
BARNES & THORNBURG LLP
11 S. Meridian Street, Suite 1313
Indianapolis, IN 46204-3535

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

MDL No. 875 - Involved Counsel List (CTO-326) (Continued)

Susan E. Mehringer
LEWIS & WAGNER
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Robert O. Meriwether
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kathleen A. Musgrave
LAUDIG GEORGE
RUTHERFORD & SIPES
156 East Market Street,
Suite 600
Indianapolis, IN 46204

Jeffrey A. Musser
ROCAP WITCHGER
6666 East 75th Street
Suite 410
Indianapolis, IN 46250

Steven A. Oldham
DINSMORE & SHOHL LLP -
CIN/OH
255 E Fifth Street Suite 1900
Cincinnati, OH 45202

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
2300 Bank Boston Plaza
Providence, RI 02903-1345

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Robert E. Paul
PAUL REICH & MYERS
1608 Walnut Street
Suite 500
Philadelphia, PA 19103

Timothy Peck
SMITH MOORE
LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
P.O. Box 21927
Greensboro, NC 27429-1927

Alejandra H. Pennie
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3136

Kenneth E. Petty
WILLIAMS KASTNER PLLC
601 Union Street, Suite 4100
P.O. Box 21926
Seattle, WA 98111

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
P.O. Drawer 7788
Columbia, SC 29202

Marsad A. Quraishi
BICE COLE LAW FIRM PL
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134

Mary K. Reeder
RILEY BENNETT &
EGLOFF LLP
One American Square
Box 82035
Indianapolis, IN 46282

Joseph A. Rhodes, Jr.
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
P.O. Box 2757
Greenville, SC 29602

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Aaron P. Riensche
OGDEN MURPHY &
WALLACE
1601 5th Avenue
Suite 2100
Seattle, WA 98101

Peter J. Rubin
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Peter A. Santos
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Linda R. Self
BRASHER LAW FIRM
One Metropolitan Square
211 North Broadway
Suite 2300
St. Louis, MO 63102

Katherine D. Spitz
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5300

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place, Eleventh Floor
Greenville, SC 29602-2048

## MDL No. 875 - Involved Counsel List (CTO-326) (Continued)

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Melanie T. Stella
BURGESS FITZER
1145 Broadway, Suite 400
Tacoma, WA 98402-3583

Elizabeth G. Stouder
RICHARDSON WHITMAN
LARGE & BADGER
465 Congress St.
P.O. Box 9545
Portland, ME 04112-9545

Kristen M. Streepey
39W321 Mill Creek Circle West
Geneva, IL 60134

Kevin A. Sullivan
SAUTER SULLIVAN ET AL
3415 Hampton Avenue
St. Louis, MO 63139

Frank J. Swarr
LANDRY & SWARR
1010 Common Street, Suite 2050
New Orleans, LA 70112

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

David A. Temple
DREWRY SIMMONS
VORNEHM LLP
8888 Keystone Crossing
Suite 1200
Indianapolis, IN 46240

Robert E. Thackston
HAWKINS PARNELL &
THACKSTON LLP
4514 Cole Avenue, Suite 500
Dallas, TX 75205

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Timothy Kost Thorson
CARNEY BADLEY
SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010

Sarah E. Tilstra
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE
1001 4th Avenue, Ste. 3900
Seattle, WA 98154-1051

David G. Traylor, Jr.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211

Michael T. Trucco
STAMOS & TRUCCO
One East Wacker Drive
Third Floor
Chicago, IL 60601

Hugh J. Turner, Jr.
AKERMAN SENTERFITT &
EIDSON
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006

Mark B. Tuvim
GORDON & REES
701 Fifth Ave., 2130
Seattle, WA 98104

Edward R. Ulloa
HAWKINS PARNELL &
THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Christopher N. Wahl
HILL FULWIDER
MCDOWELL FUNK &
MATTHEWS
One Indiana Square
Suite 2000
Indianapolis, IN 46204

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Brian Weinstein
SCHROETER GOLDMARK &
BENDER
Central Building
810 Third Avenue, Suite 500
Seattle, WA 98104

Previn A. Wick
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Seth R. Wilson
HUME SMITH GEDDES
GREEN & SIMMONS LLP
54 Monument Circle
Fourth Floor
Indianapolis, IN 46204

C. James Zeszutek
DINSMORE & SHOHL LLP
One Oxford Centre
301 Grant Street, 28th Floor
Pittsburgh, PA 15219-1425