JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 3 0 2009

FILED
CLERK'S OFFICE

# TUCKER ELLIS & WEST LLP

## ATTORNEYS AT LAW

515 South Flower Street  Forty-Second Floor  Los Angeles, California  90071-2223
phone 213.430.3400  facsimile 213.430.3409  tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

## MDL 875

Direct Dial: 213.430.3310
Email: john.son@tuckerellis.com

September 29, 2009

**VIA UPS**

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

PLEADING NO. 5931

>       Re:     **MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)**
>               *Ellis Michael Staton, et al. v. American Standard, Inc., et al.*
>               C.D. California, D.A. No. 2:09-03724

Dear Mr. Luthi:

On September 15, 2009, the Panel granted a stay of CTO-324, and plaintiffs' motion to vacate same, pending the Ninth Circuit Court of Appeals' ruling on plaintiffs' emergency writ petition.  A copy of the Panel's order is enclosed for your reference.

I write to notify the Panel that the Court has denied plaintiffs' petition.  A copy of the Ninth Circuit's order is enclosed herewith.  Accordingly, defendant Carrier Corporation respectfully requests that the Panel lift its stay on CTO-324 and consider plaintiffs' motion to vacate the CTO and Carrier Corporation's opposition thereto.

Very truly yours,

TUCKER ELLIS & WEST LLP

John K. Son

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2009 SEP 30  A 10: 38

RECEIVED
CLERK'S OFFICE

JKS
Enclosures

cc:     All counsel on service list

**OFFICIAL FILE COPY**          **IMAGED SEP 3 0 2009**

LAimanage\011682.002119\635345.1-JKS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 3 0 2009

FILED
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 15, 2009**

**FILED
CLERK'S OFFICE**

UNITED STATES JUDICIAL PANEL
on
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Ellis Michael Staton, et al. v. American Standard, Inc.,   )
    et al., C.D. California, C.A. No. 2:09-3724   )

MDL No. 875

### ORDER GRANTING STAY

A conditional transfer order was filed in this action (*Staton*) on July 17, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Staton* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order.

Plaintiffs in *Staton* have now filed a request to stay further action by the Panel pending resolution by the U.S. Court of Appeals for the Ninth Circuit of plaintiffs' Emergency Petition for a Writ of Mandamus. Recourse to the Ninth Circuit docket reveals that it has ordered the real parties in interest to file a response to the petition no later than September 17, 2009.

IT IS THEREFORE ORDERED that consideration by the Panel of plaintiffs' opposition to transfer is deferred until after the Ninth Circuit's ruling. Plaintiffs are ordered to provide the Panel with a copy of that ruling no later than five days after it is issued.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**FILED**

UNITED STATES COURT OF APPEALS

SEP 28 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 3 0 2009

FILED
CLERK'S OFFICE

| | |
|---|---|
| In re: ELLIS MICHAEL STATON; SUSAN MARY STATON. | No. 09-72230 |
| | D.C. No. 2:09-cv-03724-R |
| ELLIS MICHAEL STATON; SUSAN MARY STATON, | Central District of California, Los Angeles |
| Petitioners, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES), | |
| Respondent, | |
| THE WILLIAM POWELL COMPANY, a.k.a. Gardner Denver Nash, LLC; et al., | |
| Real Parties in Interest. | |

Before: PREGERSON, TASHIMA and N.R. SMITH, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of

this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

LL/MOATT

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition

is denied.

**DENIED.**

LL/MOATT

09-72230

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 3 0 2009

FILED
CLERK'S OFFICE

1 | JENNIFER JUDIN (State Bar No. 256973)
jjudin@dehay.com
2 | PAUL C. WHITE II (SBN 213900)
pwhite@dehay.com
3 | DEHAY & ELLISTON, L.L.P.
800 West 6th Street, Suite 788
4 | Los Angeles, CA   90017
Telephone:   (213) 271-2727
5 | Facsimile:   (213) 271-2730

6 | Attorneys for Defendant
LESLIE CONTROLS, INC.
7

8 | **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9 | IN RE: ASBESTOS PRODUCTS                )   MDL DOCKET NO. 875
LIABILITY LITIGATION (No. VI)           )
10 |                                          )
                                         )   **PROOF OF SERVICE**
11 | ELLIS MICHAEL STATON AND                )
SUSAN MARY STATON,                      )
12 |                                          )
         v.                              )
13 |                                          )
                                         )
14 | AMERICAN STANDARD, INC.,                )
individually and as successor-in-interest)
to THE TRANE COMPANY; et al.            )
15 |                                          )
                                         )
16 |                                          )
                                         )
17

                **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

19

20

21 | ELLIS MICHAEL STATON AND          | Case No. CV09-03724 R (VBKx)
SUSAN MARY STATON,
22 |          Plaintiffs,              | Case No. BC412013 (Los Angeles
                                    | County Superior Court)
23 |          v.
24 | AMERICAN STANDARD, INC.,
individually and as successor-in-interest
25 | to THE TRANE COMPANY; et al.,
26 |          Defendants.
27
28

LESLIE/Staton

**PROOF OF SERVICE**
**(Code Civ. Proc., §§ 1013A, 2015.5, 1011**
**Cal. Rules of Court, Rule 2008(e))**
**State of California, County of Los Angeles**
*Ellis Michael Staton, et al. v. American Standard, Inc., et al.*
MDL Docket No. 875
**(USDC-CDCA Case No. CV09-3724 R (VBKx))**
**(Los Angeles Superior Court Case No. BC 412 018)**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years, not a party to the above-entitled action, and my business address is located at 800 West 6th Street, Suite 788, Los Angeles, California 90017.

On the date executed below, I served the document(s) described as:

**Letter to JPML Regarding Ninth Circuit Denial of Plaintiffs'**
**Petition for Writ of Mandamus and Request for JPML to Lift**
**Stay of MDL Transfer**

on the interested parties in this action as follows:

[ ]  **BY PERSONAL DELIVERY:** I caused to be personally delivered a true copy in a sealed envelope addressed as indicated below. **(Plaintiffs Only)**

[ ]  **BY OVERNIGHT DELIVERY:** I placed a true copy in a sealed, fully prepaid, UPS Next Day Air envelope addressed as indicated below. It is picked up by UPS on that same day in the ordinary course of business.

[ X ]  **BY FACSIMILE:** I personally sent a true copy to the person(s), counsel or interested party, authorized to accept service as set forth below at fax number **[SEE SERVICE LIST]** from fax number **(213) 271-2730.** The facsimile machine I used complied with CRC Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to CRC Rule 2008(e) a transmission verification report was properly issued by the transmitting facsimile machine, stating the time and date of such transmission. **(All Counsel)**

[ ]  **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2009, at Los Angeles, California.

Paul C. White

1
PROOF OF SERVICE

SERVICE LIST

Hon. Manuel L. Real, Courtroom No. 8

c/o Civil Intake at United States District Court

312 N. Spring Street

Los Angeles, CA 90012


Office of the Clerk

James R. Browning

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103-1526


Jeffery N. Lüthi

Clerk of the Panel

One Columbus Circle, NE

Thurgood Marshall Federal

Judiciary Building

Room G-255, North Lobby

Washington, D.C. 20002

3

Dennis M. Young

Foley & Mansfield, P.L.L.P.

1111 Broadway, 10th Floor

Oakland, CA 94607

(510)590-9500 (Phone)

(510)590-9595 (Fax)

Counsel for Defendant(s): GARDNER DENVER NASH, LLC, THE WILLIAM

POWELL COMPANY

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724


Michael H. Bailey

Baker, Keener & Nehra

633 West Fifth Street, Suite 5400

Los Angeles, CA 90071

(213) 241-0900 (Phone)

(213) 241-0990 (Fax)

Counsel for Defendant(s): JOHNSON CONTROLS, INC., YORK INTERNATIONAL

CORPORATION

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

4

Thomas J. LoSAVIO

Low, Ball & Lynch

505 Montgomery Street, 7th Floor

San Francisco, CA 94111

(415) 981-6630 (Phone)

(415) 982-1634 (Fax)

*Counsel for Defendant(s): ARMSTRONG INTERNATIONAL, INC.*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
>
> 2:09-3724


Joseph Duffy

Morgan, Lewis & Bockius, L.L.P.

300 South Grand Avenue, 22nd FLOOR

Los Angeles, CA 90071

(123) 612-2500 (Phone)

(213) 612-2501 (Fax)

*Counsel for Defendant(s): YARWAY CORPORATION, GRINNELL, L.L.C. (FKA GRINNELL CORPORATION)*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
>
> 2:09-3724

David M. Glaspy

Law Offices of Glaspy & Glaspy, Inc.

One Walnut Creek Center

100 Pringle Avenue, Suite 750

Walnut Creek, CA 94596

(925) 947-1300 (Phone)

(925) 947-1594 (Fax)

*Counsel for Defendant(s): GARLOCK SEALING TECHNOLOGIES, L.L.C.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

Andy J. Goetz

Kenneth Prindle

Prindle, Decker & Amaro, L.L.P.

310 Golden Shore, Fourth Floor

Long Beach, CA 90801-5511

(562) 436-3946 (Phone)

(562) 495-0564 (Fax)

*Counsel for Defendant(s): AMERICAN STANDARD, INC. (TRANE / KEWANEE), ITT*

*CORPORATION, TRIPLE A MACHINE SHOP, INC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

6

A. Scott Goldberg

Selman Breitman, L.L.P.

11766 Wilshire Blvd., Sixth Floor

Los Angeles, CA 90025

(310) 445-0800 (Phone)

(310) 473-2525 (Fax)

*Counsel for Defendant(s): AURORA PUMP COMPANY, CLEAVER-BROOKS, INC., SPX*

*CORPORATION* ......

   Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

   2:09-3724


Robert M. Hamblett

Hassard & Bonnington

Two Embarcadero Center, Suite 1800

San Francisco, CA 94111

(415) 288-9800 (Phone)

(415) 288-9802 (Fax)

*Counsel for Defendant(s): KAISER GYPSUM COMPANY, INC.*

   Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

   2:09-3724

Jura A. Hartley

Grace, Genson, Cosgrove & Schrim

444 South Flower Street, Suite 1100

Los Angeles, CA 90071

(213) 533-5400 (Phone)

(213) 533-5444 (Fax)

*Counsel for Defendant(s): KELLY-MOORE PAINT COMPANY*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724


C.J. Manoli

Jackson & Wallace, L.L.P.

55 Francisco Street, Sixth Floor

San Francisco, CA 94133

(415) 982-6300 (Phone)

(415) 982-6700 (Fax)

*Counsel for Defendant(s): BUFFALO PUMPS, INC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

Jennifer Judin

DeHay & Elliston, L.L.P.

800 West 6th Street, Suite 788

Los Angeles, CA  90017

(213) 271-2727 (Phone)

(213) 271-2730 (Fax)

*Counsel for Defendant(s): LESLIE CONTROLS, INC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724


Mark S. Kannett

Becherer, Kannett & Schweitzer

Water Tower

1255 Powell Street

Emeryville, CA  94608

(510) 658-3600 (Phone)

(510) 658-1151 (Fax)

*Counsel for Defendant(s): JOHN K. BICE CO., INC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

9

Peter B. Langbord

Foley & Mansfield, P.L.L.P.

150 South Los Robles Avenue, Suite 400

Pasadena, CA 91101

(626) 744-9359 (Phone)

(626) 744-1702 (Fax)

*Counsel for Defendant(s): RED-WHITE VALVE COMPANY*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


Timothy J. McCaffery

Lombardi, Loper & Conant, L.L.P.

Lake Merritt Plaza

1999 Harrison Street, Suite 2600

Oakland, CA 94612-3541

(510) 433-2600 (Phone)

(510) 433-2699 (Fax)

*Counsel for Defendant(s): MECHANICAL DRIVES & BELTING*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Michael T. McCall

Walsworth, Franklin, Bevins & McCall, L.L.P.

One City Boulevard West, Fifth Floor

Orange, CA 92868

(714) 634-2522 (Phone)

(714) 634-0686 (Fax)

Counsel for Defendant(s): *DOWMAN PRODUCTS, INC, SPIRAX-SARCO, INC.,*
*BONDEX INTERNATIONAL, INC., HAMILTON MATERIALS, INC., THOMAS DEE*
*ENGINEERING CO.*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
> 2:09-3724

Brien F. McMahon

Perkins Coie, LLP

1620 26th Street

Sixth Floor, South Tower

Santa Monica, CA 90404

(310) 788-9900 (Phone)

(310) 843-1284 (Fax)

Counsel for Defendant(s): *GEORGIA-PACIFIC, LLC.*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
> 2:09-3724

11

Nathan T. Newman

Tucker, Ellis & West, L.L.P.

Forty Second Floor

515 South Flower Street

Los Angeles, CA 90071

(213) 430-3400 (Phone)

(213) 430-3409 (Fax)

*Counsel for Defendant(s): CARRIER CORPORATION*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

Dennis Young

Foley & Mansfield P.L.L.P.

1111 Broadway, 10th Floor

Oakland, CA 94607

*Counsel for Defendant(s): GARNDER DENVER NASH, LLC, (, individually as successor-*
*in-interest to the NASH ENGINEERING CO.)*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

Michael J. Pietrykowski

Gordon & Rees, L.L.P.

Embarcadero Center West

12

Twentieth Floor

275 Battery Street

San Francisco, CA 94111

(415) 986-5900 (Phone)

(415) 986-8054 (Fax)

*Counsel for Defendant(s): GOULDS PUMPS INCORPORATED, INGERSOLL-RAND COMPANY*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Frank D. Pond

Pond North, L.L.P.

350 South Grand Avenue, Suite 2850

Los Angeles, CA 90071

(213) 617-6170 (Phone)

(213) 623-3594 (Fax)

*Counsel for Defendant(s): FMC CORPORATION, FRASER'S BOILER SERVICE, INC.*

> Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Henry D. Rome

Howard, Rome, Martin & Ridley, L.L.P.

1775 Woodside Road, Suite 200

13

Redwood City, CA  94061-3436

(650) 365-7715 (Phone)

(650) 364-5297 (Fax)

*Counsel for Defendant(s): IMO INDUSTRIES, INC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

William J. Sayers

McKenna, Long & Aldridge, L.L.P.

8th Floor

444 South Flower Street

Los Angeles, CA  90071-2901

(213) 688-1000 (Phone)

(213) 243-6330 (Fax)

*Counsel for Defendant(s):, UNION CARBIDE CORPORATION*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724

Grant D. Stiefel

K&L Gates LLP

10100 Santa Monica Boulevard, Seventh Floor

Los Angeles, CA  90067

(310) 552-5000 (Phone)

14

(310) 552-5001 (Fax)

*Counsel for Defendant(s): CRANE CO.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724


John R. Wallace

Jackson & Wallace, L.L.P.

55 Francisco Street, Sixth Floor

San Francisco, CA  94133

(415) 982-6300 (Phone)

(415) 982-6700 (Fax)

*Counsel for Defendant(s): ZURN INDUSTRIES, INC.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.

2:09-3724


Atwood & Morrill Co., Inc.

c/o Weir Valves & Controls USA, Inc., individually and as successor-in-interest to Atwood &

Morrill, Inc.

29 OLD RIGHT ROAD

IPSWICH , MA 01938-1119

*Service Agent for Defendant(s): Atwood & Morrill Co., Inc.*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
2:09-3724

CLEAVER-BROOKS, INC. individually and f/k/a AQUA-CHEM, INC., d/b/a
CLEAVER-BROOKS DIVISION (successor-in-interest to DAVIS ENGINEERING
COMPANY)

A. Scott Goldberg

SELMAN BREITMAN LLP

11766 Wilshire Boulevard, Sixth Floor

Los Angeles, CA 90025

*Service Agent for Defendant(s): CLEAVER-BROOKS, INC. individually and f/k/a AQUA-*
*CHEM, INC., d/b/a CLEAVER-BROOKS DIVISION (successor-in-interest to DAVIS*
*ENGINEERING COMPANY)*

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No.
2:09-3724

Dresser-Rand Company, individually and as successor-in-interest to Terry Steam
Turbine Company and the Whiton Machine Company

1200 West Sam Houston Pkwy. N.,

Houston, TX 77043

*Service Agent for Defendant(s): Dresser-Rand Company, individually and as successor-in-*
*interest to Terry Steam Turbine Company and the Whiton Machine Company*

16

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Ingersoll-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company

Michael J. Pietrykowksi

Gordon & Rees LLP

275 Battery Street, Twentieth Floor

San Francisco, CA 94111

*Service Agent for Defendant(s):* Ingersoll-Rand Company, individually and as successor-in-interest to Terry Steam Turbine Company and the Whiton Machine Company

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Weil Pump Company, Inc.

W57 N14363 Doerr Way,

Cedarburg, WI 53012

*Service Agent for Defendant(s):* Weil Pump Company, Inc.

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

17

PENTAIR, INC./ PENTAIR PUMP GROUP, INC.

55 Wayzata Blvd.

Suite 800

Minneapolis, MN 55416

*Service Agent for Defendant(s):* PENTAIR, INC./ PENTAIR PUMP GROUP, INC.

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724


SPENCE ENGINEERING CO., INC.

Corporate Trust System

111 Eighth Avenue

New York, NY 10011

*Service Agent for Defendant(s):* SPENCE ENGINEERING CO., INC.

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

INVOLVED COUNSEL LIST (Excerpted from CTO-324)

Ellis Michael Stanton, et al. v. American Standard, Inc., et al., C.D. California, C.A. No. 2:09-3724
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael H. Bailey
BAKER KEENER & NAHRA
Library Tower
633 W. 5th Street
Suite 5400
Los Angeles, CA 90071

David T. Biderman
PERKINS COIE LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Boulevard
Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Denyse Clancy
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Joseph Duffy
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Street
Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Paul R. Kiesel
KIESEL BOUCHER &
LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Bo Kim
PERKINS COIE LLP
South Tower
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013

Gregory Kim
HASSARD BONNINGTON
444 South Flower Street
Suite 1700
Los Angeles, CA 90071

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

MDL No. 875 – Involved Counsel List (Excerpted from CTO-324) (Continued)

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasadena, CA 91101

Thomas J. LoSavio
LOWBALL & LYNCH
505 Montgomery Street
7th Floor
San Francisco, CA 94111-2584

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Craig R. Maki
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Nathan T. Newman
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Farrah S. Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 South Flower Street
8th Floor
Los Angeles, CA 90071-2901

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Frank D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Tricia A. Takagi
MORGAN LEWIS & BOCKIUS
Five Park Plaza
Suite 1750
Irvine, CA 92614

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608