UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 30, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Ellis Michael Staton, et al. v. American Standard, Inc.,
et al., C.D. California, C.A. No. 2:09-3724    )    MDL No. 875

## ORDER LIFTING STAY

On September 15, 2009, the Panel granted plaintiffs' request to stay further action by the Panel pending resolution by the U.S. Court of Appeals for the Ninth Circuit of plaintiffs' Emergency Petition for a Writ of Mandamus. On September 28, 2009, the Ninth Circuit denied plaintiffs' petition.

IT IS THEREFORE ORDERED that the stay in *Staton* is LIFTED. The matter will now be considered by the Panel in due course.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel