UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 05, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Duane Prewett, et al. v. Goulds Pumps, et al., | ) | |
|     W.D. Washington, C.A. No. 2:09-838 | ) | MDL No. 875 |

## ORDER VACATING TRANSFER ORDER

On October 1, 2009, pursuant to 28 U.S.C. § 1407, the Panel filed a transfer order in this docket transferring this action (*Prewett*) to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring there in MDL No. 875 before the Honorable Eduardo C. Robreno. The Panel has now been advised that *Prewett* was remanded to the King County Superior Court, Washington, by the Honorable Ricardo S. Martinez, in an order filed on September 9, 2009.[1]

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on October 1, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

---

[1] The Panel was advised of this development not by the parties, but by the Western District of Washington court. The parties are reminded of their obligations under Panel Rule 7.2(f) ("With respect to any action that is the subject of Panel consideration, counsel shall promptly notify the Clerk of the Panel of any development that would partially or completely moot the matter before the Panel.").