**MDL 875**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 6 2009

FILED
CLERK'S OFFICE

IN RE:
   ASBESTOS PRODUCTS LIABILITY       \*   MDL 875
   LITIGATION (NO. VI)

ANDERSON L. KELLY,

           Plaintiff                  \*   U.S. DISTRICT COURT
                                     \*   SOUTHERN DISTRICT
Vs.                            \*   OF GEORGIA

GENERAL ELECTRIC COMPANY,
et al.,                              \*   Civil Action
                                     \*   No. CV209-134
          Defendants          \*

PLEADING NO. 5936

## PLAINTIFF'S MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER NO. 326

COMES NOW Plaintiff by and through his undersigned attorney and pursuant to Multi District Litigation Rule 7.4(d) files his Motion to Vacate the Conditional Transfer Order. Plaintiff shows this Motion should be granted based on the pleadings and his Brief in support thereof.

This 2nd day of October, 2009.

                                             ROGER B. LANE,
                                             ATTORNEY AT LAW, P.C.

                           By: _____
                               C. Darrell Gossett
                               GA State Bar No. 302936
                               Roger B. Lane
                               GA State Bar No. 434950
                               Attorneys for Plaintiff

1601 Reynolds Street
Brunswick, GA 31520
(912) 264-8296

Bates Lovett, Esq.
Hunter, Maclean, Exley & Dunn, P.C.
200 E. St. Julian Street
P.O. Box 9848
Savannah, GA 31412
    (Attorneys for Ingersoll-Rand Co.)

                                      ROGER B. LANE,
                                      ATTORNEY AT LAW, P.C.

                        By:      *C. Darrell Gossett* (signature)
                                      C. Darrell Gossett
                                      GA State Bar No. 302936
                                      Roger B. Lane
                                      GA State Bar No. 434950

1601 Reynolds Street                      Attorneys for Plaintiff
Brunswick, GA 31520
(912) 264-8296

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-326)

Anderson Kelly v. General Electric Co., et al., S.D. Georgia, C.A. No. 2:09-134
(Judge Anthony A. Alaimo)

F. Saunders Aldridge, III
HUNTER MACLEAN EXLEY & DUNN
P.O. Box 9848
Savannah, GA 31412

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Anthony L. Cochran
CHILIVIS COCHRAN LARKINS & BEVER
3127 Maple Drive, N.E.
Atlanta, GA 30305

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Allison N. Crawford
NELSON MULLINS RILEY
& SCARBOROUGH LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363

C. Michael Evert, Jr.
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, N.E., Suite 225
Atlanta, GA 30305-1764

Charles Darrell Gossett
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William D. Harvard
BLASINGAME BURCH GARRARD BRYANT
& ASHLEY
P.O. Box 832
Athens, GA 30603-0832

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-326) (Continued)**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 6 2009

FILED
CLERK'S OFFICE

| | | |
|---|---|---|
| IN RE:<br>   ASBESTOS PRODUCTS LIABILITY<br>   LITIGATION (NO. VI) | * | MDL 875 |
| ——————————————————— | * | |
| ANDERSON L. KELLY, | * | |
|                 Plaintiff | * | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT |
| Vs. | * | OF GEORGIA |
| GENERAL ELECTRIC COMPANY,<br>et al., | * | Civil Action<br>No. CV209-134 |
|                 Defendants | * | |

### BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 326

The above asbestos case was originally filed in the Superior Court of Wayne County, Georgia on May 20, 2009. The Defendants included Georgia Pacific Corporation, a non-diverse Defendant.

Discovery was proceeding in the Superior Court case. On July 21, 2009, Plaintiff was deposed and did not identify any Georgia Pacific asbestos product. Plaintiff identified several co-workers as witnesses. On or about August 27, 2009, Defendant Ingersoll-Rand Company filed Notice of Removal on the ground that Plaintiff fraudulently joined Georgia Pacific to defeat diversity. The case was removed to the United States District Court, Southern District of Georgia. Defendant also filed a Motion to Drop Defendant Georgia Pacific in the District Court.

Plaintiff filed a Motion to Remand the case back to the Superior Court arguing that removal was improper as the Removal was untimely and that his complaint set out

a cause of action under Georgia law. As stated, discovery in the Superior Court case was ongoing and Plaintiff's product identification witnesses had not been deposed.

Plaintiff is mindful that a pending Motion to Remand is not grounds to deny transfer. <u>Moeller v. Garlock Sealing Technologies, LLC.</u>, 560 F. Supp. 2d 1367 (2008). However, the present case was removed to Federal Court and conditionally transferred to MDL 875 before the Plaintiff had the opportunity to prove his case against the non-diverse Defendant. The remand issue is now before the District Court. Plaintiff's opposition to transfer contemplates the "lag time" consideration set out in <u>Moeller</u> (footnote 2). Plaintiff agrees that if removal to federal court was proper then transfer to the MDL is also proper.

Based on the foregoing, Plaintiff respectfully moves this Court to vacate the Conditional Transfer Order.

This 2nd day of October, 2009.

                          ROGER B. LANE,
                          ATTORNEY AT LAW, P.C.

By: _____
C. Darrell Gossett
GA State Bar No. 302936
Roger B. Lane
GA State Bar No. 434950
Attorneys for Plaintiff

1601 Reynolds Street
Brunswick, GA 31520
(912) 264-8296

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 6 2009

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE:
    ASBESTOS PRODUCTS LIABILITY    *    MDL 875
    LITIGATION (NO. VI)    *
---------------------------------------------------------------  *

**ANDERSON L. KELLY,**    *
    *
                      **Plaintiff**    *    **U.S. DISTRICT COURT**
    *    **SOUTHERN DISTRICT**
**Vs.**    *    **OF GEORGIA**
    *

**GENERAL ELECTRIC COMPANY,**    *
**et al.,**    *    **Civil Action**
    *    **No. CV209-134**
                **Defendants**    *

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has this the 2nd day of October 2009, mailed a copy of the foregoing **PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 326** to the attorneys of record listed on the attached Involved Counsel List and to the following:

    J.D. Dalbey, Esq.
    Chilivis, Cochran, Larkins & Bever, LLP
    3127 Maple Drive, NE
    Atlanta, GA 30305
        (Attorney for General Electric)

    Frances L. Spinelli, Esq.
    Evert Weathersby Houff
    3405 Piedmont Rd., Suite 200
    Atlanta, GA 30305
        (Attorney for CBS Corporation)

    Lee Ann Anand, Esq.
    Melinda Mosley, Esq.
    Nelson, Mullins, Riley & Scarborough, LLP
    201 17th St., NW, Suite 1700
    Atlanta, GA 30363
        (Attorneys for Georgia Pacific Corp.)