UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Oct 08, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-327)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 771 F.Supp. 415 (J.P.M.L. 1991).  Since that time, 84,871 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                         MDL No. 875

## SCHEDULE CTO-327 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 09-1812 | Charles Corley, et al. v. Long-Lewis, Inc., et al. |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-6698 | James H. Prange, et al. v. Alfa Laval, Inc., et al. |
| CAC | 2 | 09-6952 | Willie Gill, etc. v. A.W. Chesterton Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-4135 | Claudia Escalera, et al. v. Northrop Grumman Corp., et al. |
| CAN | 3 | 09-4394 | Harold Gerecke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| CAN | 3 | 09-4605 | Jack E. Jones v. General Electric Co. |
| CAN | 4 | 09-4606 | Sidney Walker v. General Electric Co., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-497 | Samuel Allen, et al. v. General Electric Co., et al. |
| CT | 3 | 09-645 | Louise Wight, et al. v. General Electric Co., et al. |
| CT | 3 | 09-879 | Donald Schaff v. Buffalo Pumps, Inc., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 09-6365 | Colleen Comer Marchand, et al. v. Anco Insulations, Inc., et al. |
| **MAINE** | | | |
| ME | 2 | 09-486 | Donald Clark, et al. v. Trane U.S., Inc., et al. |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 2 | 09-29 | Brenda Brown v. A.W. Chesterton Co., et al. |
| NCE | 2 | 09-46 | Rudolph Simmons v. A.W. Chesterton Co., et al. |
| NCE | 2 | 09-47 | Emma M. Knight v. A.W. Chesterton Co., et al. |
| NCE | 4 | 09-156 | Robert Liston Whitaker, et al. v. A.W. Chesterton Co., et al. |
| NCE | 5 | 09-174 | Erness H. Jandreau, etc. v. Alfa Laval USA, Inc., et al. |
| NCE | 5 | 09-342 | Connie L. Manis, etc. v. Anchor Packing Co., et al. |
| NCE | 7 | 09-140 | William Bernard Clark, Jr., et al. v. A.W. Chesterton Co., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 09-704 | Herman Joel Ennis, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-757 | William Henry Oakley, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-758 | Donald Edward Warren, et al. v. A.W. Chesterton Co., et al. |

**MDL No. 875 - Schedule CTO-327 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

NORTH CAROLINA WESTERN
| | | | |
|---|---|---|---|
| NCW | 1 | 09-344 | Ronald Clark Bowman, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-345 | Ernest Wade Currie, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-346 | Nathan Lee Ottinger, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-363 | Sylvia Smith Readling, etc. v. A.W. Chesterton Co., et al. |

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 09-9571 | Melvin W. Bicknell v. American Standard, Inc., et al. |
| VAE | 2 | 09-9572 | Pedro Flores, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9573 | Charles C. Houska v. American Standard, Inc., et al. |
| VAE | 2 | 09-9574 | Wilfred J. Hudson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9575 | Hilmar Pike v. American Standard, Inc., et al. |
| VAE | 2 | 09-9576 | Eugene A. Heldenbrand v. American Standard, Inc., et al. |
| VAE | 2 | 09-9577 | Gene Pacheco v. American Standard, Inc., et al. |
| VAE | 2 | 09-9578 | Thomas J. Quimby v. American Standard, Inc., et al. |
| VAE | 2 | 09-9579 | Jerry A. Baker v. American Standard, Inc., et al. |
| VAE | 2 | 09-9580 | Joseph L. Engley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9581 | James Garner v. American Standard, Inc., et al. |
| VAE | 2 | 09-9582 | Charles E. Irving v. American Standard, Inc., et al. |
| VAE | 2 | 09-9583 | John D. Klepinger v. American Standard, Inc., et al. |
| VAE | 2 | 09-9584 | John A. Klomp v. American Standard, Inc., et al. |
| VAE | 2 | 09-9585 | Glen Rosier v. American Standard, Inc., et al. |
| VAE | 2 | 09-9586 | David L. Savage v. American Standard, Inc., et al. |
| VAE | 2 | 09-9587 | William T. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 09-9588 | Edmund V. Sobota v. American Standard, Inc., et al. |
| VAE | 2 | 09-9589 | Ronald Valent v. American Standard, Inc., et al. |
| VAE | 2 | 09-9590 | Gailand A. Yates v. American Standard, Inc., et al. |
| VAE | 2 | 09-9591 | Richard E. Blackstone v. American Standard, Inc., et al. |
| VAE | 2 | 09-9592 | Willis W. Smeilis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9593 | Raymond R. Wilson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9594 | Roger L. Hill v. American Standard, Inc., et al. |
| VAE | 2 | 09-9595 | William H. Monroe, Jr., etc. (Harry Raymond Meeks, Sr.) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9596 | William H. Monroe, Jr., etc. (Merele D Morrison) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9597 | Leland Claybrook v. Alfa Laval, Inc., et al. |
| VAE | 2 | 09-9598 | Jose M. Montoya v. American Standard, Inc., et al. |
| VAE | 4 | 09-92 | Raymond Edward Stevens v. 3M Business Products Sales, Inc., et al. |

WASHINGTON WESTERN
| | | | |
|---|---|---|---|
| WAW | 2 | 09-967 | Paul George McKenzie, et al. v. Saberhagen Holdings, Inc., et al. |

WISCONSIN EASTERN
| | | | |
|---|---|---|---|
| WIE | 1 | 09-757 | Anthony Arendt v. A.W. Chesterton Co., et al. |