UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 09, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| E. Joann Fallowfield v. A.W. Chesterton, Inc., et al., )  <br>    S.D. Indiana, C.A. No. 1:09-1053 ) | MDL No. 875 |
| Paul Simme v. Asbestos Defendants (B-P), et al., )  <br>    N.D. California, C.A. No. 3:09-3953 ) | |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions (*Fallowfield and Simme*) on September 8, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in these actions filed notices of opposition to the proposed transfer. Plaintiff in *Fallowfield* subsequently failed to file the required motion and brief to vacate the conditional transfer order, and the Panel has been advised that plaintiff in *Simme* wishes to withdraw his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-326" filed on September 8, 2009, is LIFTED insofar as it relates to these actions. These actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel