JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

OCT 15 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS ) MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI) )
)
)
)
)

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

*Lilia Nepomuceno, et al. v. A.W. Chesterton Co., et al.,* C.D. Cal., C.A. No. 2:09-6092

### DEFENDANT VIAD CORP'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Defendant Viad Corp (hereafter VIAD) submits this memorandum of law in opposition to Plaintiffs' motion to vacate the conditional transfer order (CTO-326).

//

//

//

//

//

//

PLEADING NO. 5943

OFFICIAL FILE COPY

IMAGED OCT 15 2009

## I. ARGUMENT.

### A. Plaintiffs' Motion To Vacate The Conditional Transfer Order Should be Stayed pending a ruling on their Motion to Remand.

Plaintiffs' motion to remand is scheduled for October 19, 2009 in Department 8 of the United States District Court for the Central District of California. This court should stay ruling on the instant motion until a ruling is had on the plaintiffs' motion to remand.

DATED: October 8, 2009                    FOLEY & MANSFIELD, PLLP

                                     By: _____
                                          Peter B. Langbord (CA. SBN #144319)
                                          plangbord@foleymansfield.com
                                          150 S. Los Robles Ave., Suite 400
                                          Pasadena, California 91101
                                          Telephone: (626) 744-9359
                                          Facsimile: (626) 744-9359
                                          **Attorneys for Defendant**
                                          **VIAD CORP**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 15 2009

FILED
CLERK'S OFFICE

# PROOF OF SERVICE

[CCP, 1013A(3) CRC Rule 2006(d) - Revised 3/1/92]

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 S. Los Robles Avenue, Suite 400, Pasadena, California 91101.

On **October 13, 2009**, I served the foregoing document described as: **DEFENDANT VIAD CORP'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John Langdoc, Esq.<br>Denyse Clancy, Esq.<br>**BARON & BUDD, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Tel: (214) 521-3605 / Fax: (214) 520-1181<br>Attorneys for Plaintiffs | Jennifer K. Berg, Esq.<br>Eric Brown, Esq.<br>Jed Borghei, Esq.<br>**BARON & BUDD, P.C.**<br>9465 Wilshire Blvd., Suite 460<br>Beverly Hills, CA 90212<br>Tel: (310) 860-0476 / Fax: (310) 860-0480<br>Attorneys for Plaintiffs |
| Hon. Manuel L. Real Courtroom No. 8<br>c/o **CIVIL INTAKE AT UNITED STATES DISTRICT COURT**<br>312 N. Spring Street<br>Los Angeles, CA. 90012 | Jeffrey N. Luthi<br>Clerk of Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building,<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |

☒ *(BY MAIL)* I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit. **(Mail copy to parties listed on the attached service list)**

☒ *(BY OVERNIGHT DELIVERY)* I caused such envelope(s) to be deposited in a box or other facility regularly maintained by UPS service carrier, or delivered to an authorized courier or driver authorized by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service. **(Overnight delivery to the addresses referenced above)**

Executed on **October 13, 2009**, Pasadena, California.

☒ *(FEDERAL)* I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Ruben Jauregui

1

# Case Service List

## Lilia R. Nepomuceno vs. A.W. Chesterton Company, et al.
### Foley & Mansfield, PLLP
### 10/12/2009

---

**A.W. CHESTERTON COMPANY**

Active

A.W. CHESTERTON COMPANY
5TH FLOOR
500 UNICORN PARK
WOBURN, MA 01801

Phone
Fax

**ALFA LAVAL, INC.**

Active

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 GOLDEN SHORE 4TH FLOOR
LONG BEACH, CA 90801-5511

Phone   415.788.8354
Fax     562.495.0564

**ALLIS CHALMERS PRODUCT LIABILITY TRUST**

Active

ALLIS CHALMERS PRODUCT LIABILITY TRUST
3500 CORBEN COURT
MADISON, WI 53704

Phone
Fax

**ARMSTRONG INTERNATIONAL, INC.**

Active

LOW, BALL & LYNCH
505 MONTGOMERY, 7TH FLOOR
SAN FRANCISCO, CA 94111-2584

Phone   415.981.6630
Fax     415.982.1634

**ATWOOD & MORRILL CO., INC.**

Active

C/O WEIR VALVES & CONTROLS USA, INC.
29 OLD RIGHT ROAD
IPSWICH, MA 01938-1119

Phone
Fax

**AURORA PUMP COMPANY**

Active

SELMAN BREITMAN LLP
11766 WILSHIRE BLVD, 6TH FLR
LOS ANGELES, CA 99025

Phone   310.445.0800
Fax     310.473.2525

**BUFFALO PUMPS, INC.**

Active

BUFFALO PUMPS, INC.
874 OLIVER STREET
NORTH TONAWANDA, NY 14210

Phone
Fax

**CARRIER CORPORATION**

Active

TUCKER, ELLIS & WEST
515 SOUTH FLOWER STREET, 22ND FLOOR
LOS ANGELES, CA 90071

Phone   213.430.3400
Fax     213.430.3409

**CBS CORPORATION, A DELAWARE CORPORATION,**

Active

POND NORTH LLP
350 SOUTH GRAND AVENUE, SUITE 3300
LOS ANGELES, CA 90071

Phone   213.617.6170
Fax     213.623.3594

**CLEAVERBROOKS, INC.**

Active

SELMAN BREITMAN LLP
11766 WILSHIRE BLVD, 6TH FLR
LOS ANGELES, CA 99025

Phone   310.445.0800
Fax     310.473.2525

# Case Service List

## Lilia R. Nepomuceno vs. A.W. Chesterton Company, et al.
### Foley & Mansfield, PLLP
### 10/12/2009

---

**CLEAVERBROOKS, INC.**
*Active*
SERVICE AGENT
11950 WEST LAKE PARK DRIVE
MILWAUKEE, WI 53224
  Phone
  Fax

**CRANE CO.**
*Active*
K & L GATES, LLP
10100 SANTA MONICA BLVD., 7TH FLOOR
LOS ANGELES, CA 90067
  Phone   310.552.5000
  Fax    310.552.5001

**CROWN CORK & SEAL USA, INC.**
*Active*
MORRIS, POLICH & PURDY LLP
1055 WEST SEVENTH STREET, 24TH FLOOR
LOS ANGELES, CA 90017
  Phone   213.891.9100
  Fax    213.488.1178

**DRESSER RAND COMPANY**
*Active*
DRESSER RAND COMPANY
1200 WEST SAM HOUSTON PKWY. N.
HOUSTON, TX 77043
  Phone
  Fax

**FOSTER WHEELER ENERGY CORPORATION**
*Active*
SERVICE AGENT
818 WEST 7TH STREET
LOS ANGELES, CA 90017
  Phone
  Fax

**GARDNER DENVER, INC.**
*Active*
POOLE & SHAFFERY, LLP
445 SOUTH FIGUEROA ST., SUITE 2520
LOS ANGELES, CA 90071
  Phone   213.439.5390
  Fax    213.439.0183

**GARDNER DENVER NASH, LLC**
*Active*
SERVICE AGENT
2730 GATEWAY OAKS DRIVE
SUITE 100
SACRAMENTO, CA 95833
  Phone
  Fax

**GARLOCK SEALING TECHNOLOGIES, LLC**
*Active*
GLASPY & GLASPY
100 PRINGLE AVE., SUITE 750
WALNUT CREEK, CA 94596-7371
  Phone   925.947.1300
  Fax    925.947.1594

**GENERAL ELECTRIC COMPANY**
*Active*
SEDGWICK, DETERT, MORAN & ARNOLD
ONE MARKET PLAZA, STEUART TOWER, 8TH FLOOR
SAN FRANCISCO, CA 94105
  Phone   415.781.7900
  Fax    415.781.2635

**GOULDS PUMPS INCORPORATED**
*Active*
SERVICE AGENT
818 WEST 7TH STREET
LOS ANGELES, CA 90017
  Phone
  Fax

# Case Service List

Lilia R. Nepomuceno vs. A.W. Chesterton Company, et al.
Foley & Mansfield, PLLP
10/12/2009

---

**IMO INDUSTRIES, INC.**
*Active*
HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CA 94061-3436
  Phone  650.365.7715
  Fax    650.364.5297

**INGERSOLL RAND COMPANY**
*Active*
GORDON & REES
275 BATTERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94111
  Phone  415.986.5900
  Fax    415.986.8054

**INGERSOLL RAND COMPANY**
*Active*
GORDON & REES
275 BATTERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94111
  Phone  415.986.5900
  Fax    415.986.8054

**JOHNSON CONTROLS, INC.**
*Active*
BAKER KEENER & NAHRA LLP
633 WEST FIFTH STREET, SUITE 5400
LOS ANGELES, CA 90071
  Phone  213.241.0900
  Fax    213.241.0990

**LESLIE CONTROLS INC.**
*Active*
DEHAY & ELLISTON LLP
800 WEST 6TH STREET, SUITE 788
LOS ANGELES, CA 90017
  Phone  213.271.2727
  Fax

**MECHANICAL DRIVES AND BELTING**
*Active*
LOMBARDI, LOPER & CONANT, LLP
1999 HARRISON STREET, SUITE 2600
OAKLAND, CA 94612-3541
  Phone  510.433.2600
  Fax    510.433.2699

**METALCLAD INSULATION**
*Active*
MCKENNA LONG & ALDRIDGE
444 SOUTH FLOWER STREET, 8TH FLOOR
LOS ANGELES, CA 90071-2901
  Phone  213.688.1000
  Fax    213.243.6330

**OWENS ILLINOIS, INC.**
*Active*
SCHIFF HARDIN, LLP
ONE MARKET PLAZA, 32ND FLOOR
SAN FRANCISCO, CA 94105
  Phone  415.901.8700
  Fax    415.901.8701

**SPX CORPORATION**
*Active*
SELMAN BREITMAN LLP
11766 WILSHIRE BLVD, 6TH FLR
LOS ANGELES, CA 99025
  Phone  310.445.0800
  Fax    310.473.2525

**THOMAS DEE ENGINEERING CO., INC.**
*Active*
WALSWORTH, FRANKLIN, BEVINS & MCCALL
1 CITY BLVD. WEST, 5TH FLOOR
ORANGE, CA 92868
  Phone  714.634.2522
  Fax    714.634.0686

# Case Service List

Lilia R. Nepomuceno vs. A.W. Chesterton Company, et al.
Foley & Mansfield, PLLP
10/12/2009

---

**TRIPLE A MACHINE SHOP, INC.**

*Active*

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 GOLDEN SHORE 4TH FLOOR
LONG BEACH, CA 90801-5511

Phone   562.436.3946
Fax     562.495.0564

**VELAN STEAM TRAP CORPORATION**

*Active*

MCKENNA LONG & ALDRIDGE
444 SOUTH FLOWER STREET, 8TH FLOOR
LOS ANGELES, CA 90071

Phone   213.688.1000
Fax     213.243.6330

**VELAN VALVE CORPORATION**

*Active*

MCKENNA LONG & ALDRIDGE
444 SOUTH FLOWER STREET, 8TH FLOOR
LOS ANGELES, CA 90071

Phone   213.688.1000
Fax     213.243.6330

**WARREN PUMPS, LLC**

*Active*

HAWKINS, PARNELL, & THACKSTON
444 SOUTH FLOWER, SUITE 1100
LOS ANGELES, CA 90071

Phone   213.486.8000
Fax     213.486.8080

**YARWAY CORPORATION**

*Active*

MORGAN, LEWIS & BOCKIUS, LLP
300 SOUTH GRAND AVENUE, 22ND FLOOR
LOS ANGELES, CA 90071

Phone   213.612.2500
Fax     213.612.2501

**YORK INTERNATIONAL CORPORATION**

*Active*

BAKER, KEENER & NAHRA, LLP
633 WEST 5TH STREET, SUITEl 5400
LOS ANGELES, CA 90071

Phone   213.241.0900
Fax     213.241.0990

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                  MDL No. 875

**INVOLVED COUNSEL LIST (Excerpted from CTO-326)**

Lilia Nepomuceno, et al. v. A.W. Chesterton Co., et al., C.D. California, C.A. No. 2:09-6092
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Boulevard, Suite 460
Beverly Hills, CA 90212

Eric L. Brown
BARON & BUDD PC
9465 Wilshire Boulevard, Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Ave., Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret, Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Ave., Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

MDL No. 875 - Involved Counsel List (Excerpted from CTO-326) (Continued)

Jennie Levin
HAWKINS PARNELL & THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
    & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Charles T. Sheldon
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower St., 42nd Floor
Los Angeles, CA 90017-2223

Robert E. Thackston
HAWKINS PARNELL & THACKSTON LLP
4514 Cole Ave., Suite 500
Dallas, TX 75205

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Edward R. Ulloa
HAWKINS PARNELL & THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Previn A. Wick
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071