JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 2 1 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on November 19, 2009, the Panel will convene a hearing session in Cambridge, Massachusetts, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

Robert L. Miller, Jr.          Kathryn H. Vratil
David R. Hansen               W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.          David G. Trager

IMAGED OCT 2 1 2009

SCHEDULE OF MATTERS FOR HEARING SESSION
November 19, 2009 -- Cambridge, Massachusetts


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


**MDL No. 2103 -- IN RE: KENTUCKY GRILLED CHICKEN COUPON MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants KFC Corp. and Yum! Brands, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois or, in the alternative, the United States District Court for the Western District of Kentucky:

Central District of California

James Asanuma, et al. v. KFC Corp., et al., C.A. No. 2:09-5246

Northern District of California

Daleen Brown v. KFC Corp., C.A. No. 3:09-3269

Northern District of Illinois

Christine Doering v. KFC Corp., C.A. No. 1:09-4166

Eastern District of Michigan

Kay Ready v. KFC Corp., C.A. No. 2:09-12827

Schedule of Matters for Hearing Session, Section A                     p. 2
Cambridge, Massachusetts

## MDL No. 2104 -- IN RE: IKO ROOFING SHINGLE PRODUCTS LIABILITY LITIGATION

Motion of defendants IKO Manufacturing, Inc.; IKO Chicago, Inc.; and IKO Pacific, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

### Northern District of Illinois

Pamela D. McNeil, et al. v. IKO Manufacturing, Inc., et al., C.A. No. 1:09-4443

### District of New Jersey

Debra Zanetti v. IKO Manufacturing, Inc., C.A. No. 2:09-2017

### Western District of New York

Gerald P. Czuba, et al. v. IKO Manufacturing, Inc., et al., C.A. No. 1:09-409

### Western District of Washington

Michael Hight, et al. v. IKO Manufacturing, Inc., et al., C.A. No. 2:09-887

## MDL No. 2105 -- IN RE: RITE AID CORP. WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

Motion of plaintiffs James Fisher; Justin Torres; Robert T. Vasvari; Shirley Craig; Rachel Harriman; Deanna Johnson; Lisa Laun; Deshawn Powell; Eric Rosen; John MacDonald; Michael Veri; and John Kuhl, Sr., for centralization of the following actions in the United States District Court for the Middle District of Pennsylvania:

### District of Maryland

James Fisher v. Rite Aid Corp., et al., C.A. No. 1:09-1909

### District of New Jersey

Justin Torres v. Rite Aid Corp., C.A. No. 3:09-2922

Schedule of Matters for Hearing Session, Section A                                    p. 3
Cambridge, Massachusetts


MDL No. 2105 (Continued)


### Southern District of New York

Yatram Indergit v. Rite Aid Corp., et al., C.A. No. 1:08-9361
Angel Naula, et al. v. Rite Aid of New York, Inc., C.A. No. 1:08-11364

### Northern District of Ohio

Robert T. Vasvari v. Rite Aid Corp., et al., C.A. No. 4:09-1699

### Middle District of Pennsylvania

Morgan Jackson, et al. v. Rite Aid Corp., et al., C.A. No. 1:09-1063
Shirley Craig v. Rite Aid Corp., et al., C.A. No. 4:08-2317


## MDL No. 2106 -- IN RE: FONTAINEBLEAU LAS VEGAS CONTRACT LITIGATION

Motion of plaintiffs Avenue CLO Fund, Ltd., et al., for centralization of certain of the
following actions in the United States District Court for the Southern District of New York and
motion of Turnberry Residential Limited Partner, L.P., and Jeffrey Soffer for centralization of the
following actions in the United States District Court for the Southern District of Florida:

### Southern District of Florida

Fontainebleau Las Vegas LLC v. Bank of America, N.A., et al., C.A. No. 1:09-21879

### District of Nevada

Avenue CLO Fund, Ltd., et al. v. Bank of America, N.A., et al., C.A. No. 2:09-1047

### Southern District of New York

Deutsche Bank Trust Co. Americas v. Jeffrey Soffer, et al., C.A. No. 1:09-7089

Schedule of Matters for Hearing Session, Section A                    p. 4
Cambridge, Massachusetts

MDL No. 2107 -- **IN RE: BUDEPRION XL MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Teva Pharmaceuticals USA, Inc.; Teva Parenteral Medicines, Inc.; Anchen Pharmaceuticals, Inc.; and Impax Laboratories, Inc., for centralization of the following actions in the United States District Court for the Northern District of Texas or, in the alternative, the United States District Court for the Eastern District of Louisiana:

Central District of California

Laura Kelly v. Teva Pharmaceutical Industries Ltd., et al., C.A. No. 2:09-5348

Middle District of Florida

Sherri Henchenski, et al. v. Teva Pharmaceutical Industries Ltd., et al., C.A. No. 2:09-470

Eastern District of Louisiana

Andrew Morgan v. Teva Pharmaceutical Industries Ltd., et al., C.A. No. 2:09-4409

Eastern District of North Carolina

Camilla Snipes Weber v. Teva Pharmaceutical Industries Ltd., et al., C.A. No. 7:09-113

Eastern District of Pennsylvania

Steven Rosenfeld v. Teva Pharmaceuticals USA, Inc., et al., C.A. No. 2:09-2811

Northern District of Texas

Theresa L. Anderson v. Teva Pharmaceutical Industries Ltd., et al., C.A. No. 3:09-1200

**MDL No 2108 -- IN RE: APPLEBEE'S WEIGHT WATCHERS MENU MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Applebee's International, Inc.; DineEquity, Inc.; and Weight Watchers International, Inc., for centralization of the following actions in the United States District Court for the District of Kansas:

Northern District of Illinois

Jaime Jaramillo, et al. v. DineEquity, Inc., et al., C.A. No. 1:09-1983

District of Kansas

Sheree Shepard, et al. v. DineEquity, Inc., et al., C.A. No. 2:08-2416

Eastern District of Kentucky

Anita Kramer, et al. v. Applebee's International, Inc., et al., C.A. No. 2:09-131

Southern District of Ohio

Pamela Curry v. Appelbee's International, Inc., et al., C.A. No. 1:09-505

**MDL No. 2109 -- IN RE: PLASMA-DERIVATIVE PROTEIN THERAPIES ANTITRUST LITIGATION**

Motion of plaintiff Hospital Damas, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

Northern District of Illinois

Hospital Damas, Inc. v. CSL Ltd., et al., C.A. No. 1:09-5130

Eastern District of Pennsylvania

Pemiscot Memorial Hospital v. CSL Ltd., et al., C.A. No. 2:09-3143
Solaris Health Systems v. Baxter International, Inc., et al., C.A. No. 2:09-3342

## MDL No. 2110 -- IN RE: LUKE FOUT AND TODD WUERDEMAN LITIGATION

Motion of defendant CSX Transportation, Inc., for centralization of the following actions in the United States District Court for the Southern District of Ohio:

### Northern District of Illinois

Todd Wuerdeman v. Illinois Central Railroad Co., C.A. No. 1:08-6043

### Southern District of Ohio

Luke Fout v. CSX Transportation, Inc., et al., C.A. No. 1:08-721
Todd Wuerdeman v. CSX Transportation, Inc., et al., C.A. No. 1:08-746

## MDL No. 2111 -- IN RE: AMERICAN EXPRESS CO. ANTI-STEERING RULES ANTITRUST LITIGATION

Motion of plaintiffs Lopez-Dejonge, Inc.; Parlor Corp.; JASA, Inc.; Italian Colors Restaurant; Cohen Rese Gallery, Inc.; Bar Hama, LLC; and Animal Land, Inc., for centralization of the following actions in the United States District Court for the Eastern District of New York or, in the alternative, the United States District Court for the Southern District of New York:

### Eastern District of New York

Rite Aid Corp., et al. v. American Express Travel Related Services Co., Inc., et al.,
    C.A. No. 1:08-2315
CVS Pharmacy, Inc. v. American Express Travel Related Services Co., Inc., et al.,
    C.A. No. 1:08-2316
Walgreen Co. v. American Express Travel Related Services Co., Inc., et al.,
    C.A. No. 1:08-2317
Bi-Lo, LLC v. American Express Travel Related Services Co., Inc., et al.,
    C.A. No. 1:08-2380
H.E. Butt Grocery Co. v. American Express Travel Related Services Co., Inc., et al.,
    C.A. No. 1:08-2406

### Southern District of New York

Performance Labs, Inc., et al. v. American Express Co., et al., C.A. No. 1:06-2974

## MDL No. 2112 -- IN RE: FLORIDA DEPARTMENT OF CORRECTIONS SEXUAL HARASSMENT BY INMATES LITIGATION

Motion of plaintiffs Donna Austin, et al., for centralization of the following actions in the United States District Court for the Northern District of Florida:

Middle District of Florida

Marsha Bennett, et al. v. Department of Corrections, State of Florida, C.A. No. 2:09-549
Tara Archer, et al. v. Department of Corrections, State of Florida, C.A. No. 3:09-864
Beebe L. Clark, et al. v. Department of Corrections, State of Florida, C.A. No. 5:09-358

Northern District of Florida

Donna Austin, et al. v. Department of Corrections, State of Florida, C.A. No. 4:09-97

Southern District of Florida

Eugenia V. Davis, et al. v. Department of Corrections, State of Florida,
   C.A. No. 1:09-22446
Cindy Baker, et al. v. Department of Corrections, State of Florida, C.A. No. 2:09-14281

## MDL No. 2113 -- IN RE: AFTERMARKET AUTOMOTIVE SHEET METAL PARTS ANTITRUST LITIGATION

Motion of plaintiff Vehimax International, LLC, for centralization of the following actions in the United States District Court for the Central District of California or, in the alternative, the United States District Court for the Eastern District of Wisconsin:

Central District of California

Vehimax International, LLC v. Jui Li Enterprise Co., Ltd., et al., C.A. No. 2:09-6437

Eastern District of Wisconsin

Fond du Lac Bumper Exchange Inc. v. Jui Li Enterprise Co., Ltd., et al.,
   C.A. No. 2:09-852

Schedule of Matters for Hearing Session, Section A                    p. 8
Cambridge, Massachusetts


MDL No. 2115 -- **IN RE: PFIZER INC. MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff Kathleen Zafarana for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

District of Massachusetts

Michael Alan Caltieri, etc. v. Pfizer Inc., et al., C.A. No. 1:09-11480

Eastern District of Pennsylvania

Stefan Kruszewski, etc. v. Pfizer Inc., C.A. No. 2:07-4106
Kathleen Zafarana v. Pfizer Inc., et al., C.A. No. 2:09-4026


MDL No. 2116 -- **IN RE: APPLE IPHONE 3G AND 3G-S "MMS" MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendant AT&T Mobility, LLC, for centralization of certain of the following actions in the United States District Court for the Eastern District of Louisiana or, in the alternative, the United States District Court for the Northern District of Ohio and motion of plaintiffs Philip Sterker and Arturo Molina for centralization of the following actions in the United States District Court for the Northern District of California or, in the alternative, the United States District Court for the Eastern District of Louisiana:

Central District of California

Aida Kamarian v. Apple, Inc., et al., C.A. No. 2:09-6590
Tim Williams, et al. v. Apple, Inc., et al., C.A. No. 2:09-6914

Northern District of California

Philip Sterker v. Apple, Inc., et al., C.A. No. 4:09-4242
Kevin Khoi Duy Tran v. Apple, Inc., et al., C.A. No. 5:09-4048

Southern District of California

Arturo Molina v. Apple, Inc., et al., C.A. No. 3:09-2032

MDL No. 2116 (Continued)

### Southern District of Illinois

Tim Meeker v. Apple, Inc., et al., C.A. No. 3:09-607

### Eastern District of Louisiana

Christopher Carbine, et al. v. Apple, Inc., et al., C.A. No. 2:09-5470

### District of Minnesota

Kyle Irving v. Apple, Inc., et al., C.A. No. 0:09-2613

### Eastern District of Missouri

Meredith Goette, et al. v. Apple, Inc., et al., C.A. No. 4:09-1480

### Northern District of Ohio

Michael Pietrangelo v. Apple, Inc., et al., C.A. No. 1:09-1992
Matthew Sullivan v. Apple, Inc., et al., C.A. No. 1:09-1993
Deborah Carr v. Apple, Inc., et al., C.A. No. 1:09-1996


MDL No. 2118 -- **IN RE: CYCLOBENZAPRINE HYDROCHLORIDE
EXTENDED-RELEASE CAPSULE PATENT LITIGATION**

Motion of plaintiffs Eurand, Inc., et al., for centralization of the following actions in the
United States District Court for the District of Delaware:

### Central District of California

Eurand, Inc., et al. v. Anchen Pharmaceuticals, Inc., et al., C.A. No. 2:09-4931
Eurand, Inc., et al. v. Anchen Pharmaceuticals, Inc., et al., C.A. No. 8:09-1098

MDL No. 2118 (Continued)

### District of Delaware

Eurand, Inc., et al. v. Mylan Pharmaceuticals, Inc., et al., C.A. No. 1:08-889
Eurand, Inc., et al. v. Impax Laboratories, Inc., C.A. No. 1:09-18
Eurand, Inc., et al. v. Anchen Pharmaceuticals, Inc., et al., C.A. No. 1:09-492
Eurand, Inc., et al. v. Anchen Pharmaceuticals, Inc., et al., C.A. No. 1:09-715

## MDL No. 2119 -- IN RE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION

Motion of defendants CitiMortgage, Inc.; Mortgage Electronic Registration Systems, Inc.; MERSCORP, Inc.; National City Bank; National City Mortgage; National City Corp.; PNC Financial Services Group, Inc.; and AIG United Guaranty Corp. for centralization of the following actions in the United States District Court for the District of Arizona:

### District of Arizona

Olga Cervantes, et al. v. Countrywide Home Loans, et al., C.A. No. 2:09-517
Jonathan E. Robinson, et al. v. GE Money Bank, et al., C.A. No. 4:09-227

### Central District of California

Alfonso Vargas, et al. v. Countywide Home Loans, Inc., et al., C.A. No. 2:09-2309

### District of Nevada

Josefa S. Lopez, et al. v. Executive Trustee Service, LLC, et al., C.A. No. 3:09-180
Aleta Rose Goodwin, et al. v. Executive Trustee Services, LLC, et al., C.A. No. 3:09-306
Joseph Green, et al. v. Countrywide Home Loans, Inc., et al., C.A. No. 3:09-374
Lacy J. Dalton, et al. v. CitiMortgage, Inc., et al., C.A. No. 3:09-534

## MDL No. 2120 -- IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION

Order to show cause for centralization of certain claims in the following actions in a single United States district court:

### District of District of Columbia

Laura Brooks v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:08-484
Dara Pace v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:08-634
Suzanne Eckblom, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-440
M. Margaret Patterson, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-441

### Middle District of Florida

James E. Lockard, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 8:08-818
Susan Kahn v. Novartis Pharmaceuticals Corp., et al., C.A. No. 8:09-1529

### Northern District of Florida

Ben J. Smith, et al. v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-13

### Southern District of New York

Gary Dale Fry v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-7264
Evan Chandler v. Novartis Pharmaceuticals Corp., et al., C.A. No. 1:09-7265

## MDL No. 2121 -- IN RE: FRETTED MUSICAL INSTRUMENTS ANTITRUST LITIGATION

Motion of plaintiff David Giambusso for centralization of the following actions in the United States District Court for the Southern District of California:

### Central District of California

Allen Hale v. Guitar Center, Inc., et al., C.A. No. 2:09-6897
Mark O'Leary v. Guitar Center, Inc., et al., C.A. No. 2:09-7015

Schedule of Matters for Hearing Session, Section A                              p. 12
Cambridge, Massachusetts


MDL 2121 (Continued)


### Southern District of California

David Giambusso v. National Association of Music Merchants, Inc., et al.,
    C.A. No. 3:09-2002
Colby Giles v. Guitar Center, Inc., et al., C.A. No. 3:09-2146
Rory W. Collins v. Guitar Center, Inc., et al., C.A. No. 3:09-2151
David Keel v. Guitar Center, Inc., et al., C.A. No. 3:09-2156

### Northern District of Illinois

Alex Teller v. Guitar Center, Inc., C.A. No. 1:09-6104

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

### MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Oppositions of plaintiffs Ellis Michael Staton, et al.; Lilia Nepomuceno, et al.; John Madden; Wayne Hartman; Anderson Kelly; Daniel Holmes, etc.; and Jacob Edward Fischer to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

#### Central District of California

Ellis Michael Staton, et al. v. American Standard, Inc., et al., C.A. No. 2:09-3724
Lilia Nepomuceno, et al. v. A.W. Chesterton Co., et al., C.A. No. 2:09-6092

#### Northern District of California

John Madden v. A.H. Voss Co., et al., C.A. No. 3:09-3786
Wayne Hartman v. Leslie Controls, Inc., et al., C.A. No. 3:09-3938

#### Southern District of Georgia

Anderson Kelly v. General Electric Co., et al., C.A. No. 2:09-134

#### District of Oregon

Daniel Holmes, etc. v. A.W. Chesterton, Co., et al., C.A. No. 1:09-678

#### Western District of Washington

Jacob Edward Fischer v. Saberhagen Holdings, Inc., et al., C.A. No. 3:09-5385

**MDL No. 1203 -- IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/
DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Benjamin C. Riggs, Jr., etc., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

District of Rhode Island

Benjamin C. Riggs, Jr., etc. v. Wyeth, Inc., et al., C.A. No. 1:09-252

**MDL No. 1373 -- IN RE: BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS
LIABILITY LITIGATION**

Oppositions of plaintiffs Maria Martinez De Delgado, et al., and Conrado Quezada to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

Central District of California

Maria Martinez De Delgado, et al. v. Bridgestone Americas Tire Operations, LLC, et al., C.A. No. 2:09-4607
Conrado Quezada v. Bridgestone Americas Tire Operations, LLC, et al., C.A. No. 2:09-5180

**MDL No. 1456 -- IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE
PRICE LITIGATION**

Oppositions of plaintiff The State of Mississippi to transfer of the following actions to the United States District Court for the District of Massachusetts:

Northern District of Mississippi

The State of Mississippi v. Forest Laboratories, Inc., et al., C.A. No. 3:09-86
The State of Mississippi v. Teva Pharmaceuticals USA, Inc., et al., C.A. No. 3:09-87
The State of Mississippi v. Boehringer Ingelheim Corp., et al., C.A. No. 3:09-88
The State of Mississippi v. Baxter International, Inc., et al., C.A. No. 3:09-89
The State of Mississippi v. Sanofi-Aventis, et al., C.A. No. 3:09-90
The State of Mississippi v. Schering-Plough Corp., et al., C.A. No. 3:09-91
The State of Mississippi v. Ivax Corp., et al., C.A. No. 3:09-94
The State of Mississippi v. Abbott Laboratories, Inc., et al., C.A. No. 3:09-96
The State of Mississippi v. Barr Laboratories, Inc., C.A. No. 3:09-100

**MDL No. 1507 -- IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Connie S. Hibbard to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

Eastern District of Kentucky

Connie S. Hibbard v. Wyeth, Inc., et al., C.A. No. 6:09-296

**MDL No. 1718 -- IN RE: FORD MOTOR CO. SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Stasha Northcutt; Juan Washington, et al.; and Philip A. Meade to transfer of their respective following actions to the United States District Court for the Eastern District of Michigan:

Middle District of Florida

Stasha Northcutt v. Ford Motor Co., C.A. No. 6:09-1434

Northern District of Georgia

Juan Washington, et al. v. Ford Motor Co., C.A. No. 1:09-1676
Philip A. Meade v. Ford Motor Co., C.A. No. 1:09-1833

**MDL No. 1721 -- IN RE: CESSNA 208 SERIES AIRCRAFT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Richard J. Friedman, Jr., etc., to transfer of the following action to the United States District Court for the District of Kansas:

Southern District of Ohio

Richard J. Friedman, Jr., etc. v. Castle Aviation, et al., C.A. No. 2:09-749

## MDL No. 1877 -- IN RE: CLASSICSTAR MARE LEASE LITIGATION

Oppositions of plaintiffs Great American Insurance Co.; Gunshy Thoroughbreds, LLC; and Axis Reinsurance Co. to transfer of their respective following actions to the United States District Court for the Eastern District of Kentucky:

Eastern District of Michigan

Great American Insurance Co. v. GeoStar Corp., et al., C.A. No. 1:09-12488
Gunshy Thoroughbreds, LLC v. GeoStar Corp., C.A. No. 1:09-12580
Axis Reinsurance Co. v. GeoStar Corp., et al., C.A. No. 1:09-12608

## MDL No. 1905 -- IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Donald Alexander and Eduardo Vidales to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Western District of Missouri

Donald Alexander v. Medtronic, Inc., C.A. No. 2:09-4131

Northern District of Texas

Eduardo Vidales v. Medtronic, Inc., et al., C.A. No. 3:09-1237

## MDL No. 1919 -- IN RE: WASHINGTON MUTUAL, INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION

Opposition of plaintiffs Alfred William Sweet, et al., to transfer of the following action to the United States District Court for the Western District of Washington:

District of Oregon

Alfred William Sweet, et al. v. Kerry K. Killinger, et al., C.A. No. 6:09-6229

**MDL No. 1968 -- IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Sylvia Larson, et al., and Otto Malone, etc., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

<u>Western District of Louisiana</u>

Sylvia Larson, et al. v. Actavis, Inc., et al., C.A. No. 6:09-1095

<u>Southern District of Texas</u>

Otto Malone, etc. v. Actavis Totowa, LLC, et al., C.A. No. 4:09-2094

**MDL No. 1983 -- IN RE: INDIANAPOLIS LIFE INSURANCE COMPANY I.R.S. § 412(I) AND § 419 PLANS LIFE INSURANCE MARKETING LITIGATION**

Opposition of plaintiffs Wing C. Chau, M.D., et al., to transfer of the following action to the United States District Court for the Northern District of Texas:

<u>Eastern District of Washington</u>

Wing C. Chau, M.D., et al. v. Aviva Life & Annuity Co., C.A. No. 2:09-5037

**MDL No. 2009 -- IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Oppositions of plaintiffs Donald J. Schilleci, et al., and defendant Qualico Steel Co., Inc., to transfer of their respective following actions to the United States District Court for the Western District of Tennessee:

<u>Middle District of Alabama</u>

Jerry W. Cobb, etc. v. Regions Bank, et al., C.A. No. 1:09-764

Schedule of Matters for Hearing Session, Section B                                    p. 18
Cambridge, Massachusetts


MDL No. 2009 (Continued)


   Northern District of Alabama

   Donald J. Schilleci, et al. v. Morgan Keegan & Co., Inc., et al., C.A. No. 2:09-1485


MDL No. 2030 -- **IN RE: MERRILL LYNCH & CO., INC., AUCTION RATE
                  SECURITIES (ARS) MARKETING LITIGATION**

   Oppositions of defendant Deutsche Bank Securities Inc., to transfer of the following
actions to the United States District Court for the Southern District of New York:

   Northern District of California

   Louisiana Pacific Corp. v. Money Market 1 Institutional Investment Dealer, et al.,
      C.A. No. 3:09-3529
   The Anschutz Corp. v. Merrill Lynch & Co., Inc., et al., C.A. No. 3:09-3780


MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

   Oppositions of plaintiff Juanita Dickerson and defendant SunTrust Bank to transfer of
their respective following actions to the United States District Court for the Southern District of
Florida:

   Northern District of Georgia

   Jeffrey Buffington, et al. v. SunTrust Banks, Inc., C.A. No. 1:09-1558
   Juanita Dickerson v. Wachovia Bank, N.A., C.A. No. 1:09-2148

**MDL No. 2040 -- IN RE: CONOCOPHILLIPS CO. SERVICE STATION RENT
          CONTRACT LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of California:

Central District of California

Albert Deurdulian v. ConocoPhillips Co., C.A. No. 2:09-4322
Hashemyars Service & Oil, Inc. v. ConocoPhillips Co., C.A. No. 2:09-4391
Delek Enterprises, Inc. v. ConocoPhillips Co., C.A. No. 2:09-4392
Beverly Hills Oils, Inc. v. ConocoPhillips Co., C.A. No. 2:09-4395
Hans Onsetop Enterprises, Inc. v. ConocoPhillips Co., C.A. No. 2:09-4397
Lexington Enterprises, Inc. v. ConocoPhillips Co., C.A. No. 2:09-4398
Cal West Distributors, Inc. v. ConocoPhillips Co., C.A. No. 2:09-4410
Fred Jacob v. ConocoPhillips Co., C.A. No. 2:09-5308
Meymarian Brothers, Inc. v. ConocoPhillips Co., C.A. No. 2:09-5309
SBCW Consulting, Inc. v. ConocoPhillips Co., C.A. No. 5:09-1139
Ahmad H. Diab v. ConocoPhillips Co., C.A. No. 5:09-1141
Kibriya Enterprises, Inc. v. ConocoPhillips Co., C.A. No. 8:09-709
Rassol Eftekharian v. ConocoPhillips Co., C.A. No. 8:09-720
Cadnicks, Inc. v. ConocoPhillips Co., C.A. No. 8:09-842

Eastern District of California

MB Service Station, LLC v. ConocoPhillips Co., C.A. No. 2:09-1868

Southern District of California

Marvin Smith v. ConocoPhillips Co., C.A. No. 3:09-1471

**MDL No. 2047 -- IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS
          LIABILITY LITIGATION**

Oppositions of plaintiffs Michael Swidler, et al., and General Fidelity Insurance
Company, and defendants Georgia-Pacific Gypsum, LLC, and 84 Lumber Co., LP, to transfer of
their respective following actions to the United States District Court for the Eastern District of
Louisiana:

Middle District of Florida

Michael Swidler, et al. v. Georgia-Pacific Gypsum, LLC, et al., C.A. No. 5:09-181

Southern District of Florida

General Fidelity Insurance Co. v. Katherine L. Foster, et al., C.A. No. 9:09-80743

**MDL No. 2052 -- IN RE: TREMONT GROUP HOLDINGS, INC., SECURITIES
          LITIGATION**

Opposition of plaintiff Arthur E. Simons to transfer of the following action to the United
States District Court for the Southern District of New York:

District of Massachusetts

Arthur E. Simons v. Rye Select Broad Market Fund, L.P., et al., C.A. No. 1:09-11126

**MDL No. 2066 -- IN RE: ORAL SODIUM PHOSPHATE SOLUTION-BASED
          PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiff George Wayne Jordan and defendants Unico Holdings, Inc., and
CVS Pharmacy, Inc., to transfer of their respective following actions to the United States District
Court for the Northern District of Ohio:

Middle District of Alabama

George Wayne Jordan v. C.B. Fleet Co., Inc., C.A. No. 2:09-510

Southern District of Ohio

Jack Kelley, et al. v. Unico Holdings, Inc., et al., C.A. No. 1:07-8

**MDL No. 2075 -- IN RE: AUSTIN CAPITAL MANAGEMENT, LTD., SECURITIES & EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Opposition of plaintiff State of New Mexico ex rel. National Education Association of New Mexico, Inc., etc., to transfer of the following action to the United States District Court for the Southern District of New York:

District of New Mexico

State of New Mexico ex rel. National Education Association of New Mexico, Inc., etc. v. Austin Capital Management, Ltd., C.A. No. 1:09-730

**MDL No. 2076 -- IN RE: PARK WEST GALLERIES, INC., MARKETING AND SALES PRACTICES LITIGATION**

Opposition of defendant Royal Caribbean Cruises, Ltd., to transfer of the following actions to the United States District Court for the Western District of Washington:

Eastern District of Michigan

Bruce Alleman, et al. v. Park West Galleries, Inc., et al., C.A. No. 2:09-12896
Sean Mullen v. Park West Galleries, Inc., et al., C.A. No. 2:09-12947

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel.  Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See generally</u> <u>In re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

(i)    the dispositive issue(s) have been authoritatively decided; or

(ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

       (h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.   Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

       (i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.