MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 21 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI),

MDL NO. 875

*Fischer v. Saberhagen Holdings, Inc., et al.*
Western District of Washington
Cause No. C09-5385 RJB

DEFENDANT ASBESTOS
CORPORATION LTD.'S CORPORATE
DISCLOSURE STATEMENT

TO:   Clerk of the Court

Pursuant to MDL Rule 5.3, Asbestos Corporation Ltd., by and through its undersigned attorneys, makes the following corporate disclosure:

Marazin Inc. is the majority shareholder of Asbestos Corporation Ltd. The shares are publicly traded on the TSX Venture Exchange on the NEX Board.

DATED this 16th day of October, 2009.

GORDON & REES LLP

*[signature]*

Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Asbestos Corporation Ltd.

**OFFICIAL FILE COPY**

DEFENDANT ASBESTOS CORPORATION LTD.'S
CORPORATE DISCLOSURE STATEMENT - 1

IMAGED OCT 21 2009

ORIGINAL

**GORDON & REES** LLP
701 5th Avenue, Suite 2130
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

PLEADING NO. 5945

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 21 2009

FILED
CLERK'S OFFICE

# INVOLVED COUNSEL LIST

*Jacob Edward Fischer v. Saberhagen Holdings, Inc., et al.*
W.D. Washington, C.A. No. 3:09-5385
(Judge Robert J. Bryan)

Peter G. Angelos
LAW OFFICES OF PETER G. ANGELOS PC
One Charles Center
100 North Charles St., 22nd Floor
Baltimore, MD 21201

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 - 3rd Ave., Suite 2900
Seattle, WA 98101-3028

Janet W. Black
WARD BLACK PA
208 West Wendover Ave.
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Ave., Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 No. LaSalle St., Suite 3000
Chicago, IL 60602-2415

David S. Frockt
BERGMAN DRAPER & FROCKT
614 First Ave., 3rd Floor
Seattle, WA 98104-2233

Richard G. Gawlowski
WILSON SMITH COCHRAN & DICKERSON
1215 - 4th Ave., Suite 1700
Seattle, WA 98161-1007

Elizabeth Anne K. Hiller
KNOTT & GLAZIER
601 So. Figueroa St., Suite 4200
Los Angeles, CA 90017

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, tX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ et al.
171 Twelfth St., Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Ave., Suite 3000
Dallas, TX 75204

Brian F. Ladenburg
BERGMAN DRAPER & FROCKT
614 First Ave., 3rd Floor
Seattle, WA 98104-2233

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd St.
Richmond, VA 23219-4074

SERVICE LIST - 2

**GORDON & REES** LLP
701 5th Avenue, Suite 2130
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | | |
|---|---|---|
| 1 | Roger B. Lane<br>ROGER B. LANE PC | Joseph F. Rice<br>MOTLEY RICE LLC |
| 2 | 1601 Reynolds Street<br>Brunswick, GA 31520 | 28 Bridgeside Blvd.<br>P.O. Box 1792 |
| 3 | | Mount Pleasant, SC 29464 |
| 4 | William F. Mahoney<br>SEGAL MCCAMBRIDGE SINGER &<br>MAHONEY LTD | Aaron P. Riensche<br>OGDEN MURPHY & WALLACE |
| 5 | 233 South Wacker Dr., Suite 5500<br>Chicago, IL 60606 | 1601 - 5th Ave., Suite 2100<br>Seattle, WA 98101 |
| 6 | | |
| 7 | Robert C. Malaby<br>MALABY & BRADLEY | Michael P. Thornton<br>THORNTON & NAUMES LLP |
| 8 | 150 Broadway, Suite 600<br>New York, NY 10038 | 100 Summer St., 30th Floor<br>Boston, MA 02110 |
| 9 | John P. McShea<br>MCSHEA TECCE PC | Timothy K. Thorson<br>CARNEY BADLEY SPELLMAN |
| 10 | Mellon Bank Center<br>1717 Arch St., 28th Floor | 701 Fifth Ave., Suite 3600<br>Seattle, WA 98104-7010 |
| 11 | Philadelphia, PA 19103 | |
| 12 | Philip McWeeny<br>SCHIFF HARDIN LLP | Walter G. Watkins, Jr.<br>FORMAN PERRY WATKINS KRUTZ &<br>TARDY PLLC |
| 13 | One Market Plaza<br>32nd Floor | P.O. Box 22608<br>Jackson, MS 39225-2608 |
| 14 | Spear Street Tower<br>San Francisco, CA 94105 | Brian Weinstein |
| 15 | | SCHROETER GOLDMARK & BENDER<br>810 Third Ave., Suite 500 |
| 16 | Thomas A. Packer<br>GORDON & REES LLP | Seattle, WA 98104 |
| 17 | Embarcadero Center West<br>275 Battery St., Suite 2000<br>San Francisco, CA 94111 | |
| 18 | | |
| 19 | Kenneth E. Petty<br>WILLIAMS KASTNER PLLC | |
| 20 | 601 Union St., Suite 4100<br>P.O. Box 21926 | |
| 21 | Seattle, WA 98111 | |

DATED this __16TH__ day of October, 2009.

*Loida Cifra Gallegos* (signature)
Loida Cifra Gallegos

SERVICE LIST - 3

ASBC/1058563/7154346v.1

**GORDON & REES** LLP
701 5th Avenue, Suite 2130
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822