MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2009

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN COMER MARCHAND, ET AL. | CIVIL ACTION |
| VERSUS | No. 09-6365 |
| ANCO INSULATIONS INC., ET AL. | SECTION I |

PLEADING NO. 5947

### ORDER

Plaintiffs Colleen Comer Marchand et al. have filed a motion to remand[1] the above captioned case. Defendants have not filed an opposition.

**IT IS ORDERED** that the motion is **GRANTED** and the case shall be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, October 21, 2009.

*[signature]*
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

MDL- 875  JAC CTO / AUTH
RECOMMENDED ACTION

Approved/Date: 10/22/09

---

[1] R. Doc. No. 4.

1