UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 23, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

    Colleen Comer Marchand, et al. v. Anco Insulations,    )
        Inc., et al., E.D. Louisiana, C.A. No. 2:09-6365    )    MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Marchand*) on October 8, 2009. The Panel has now been advised that *Marchand* was remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, by the Honorable Lance M. Africk in an order filed on October 22, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-327" filed on October 8, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel