MDL 875

# KELLER, FISHBACK & JACKSON LLP

NEW YORK  •  LOS ANGELES  •  SAN FRANCISCO

October 22, 2009

**VIA FACSIMILE 202.502.2888**

Jeffery N. Lüthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2009

FILED
CLERK'S OFFICE

Re:   Willie Gill, etc. v. A. W. Chesterton Company, et al.
      U.S. District Court, Central District Of California, Case No. Case No. CV-09-6952-R-(VBKx)

Dear Mr. Lüthi:

On behalf of plaintiffs in the above-captioned action, I write to notify the Judicial Panel on Multidistrict Litigation of plaintiffs' opposition to the conditional transfer order transferring the above-captioned action to the United States District Court for the Eastern District of Pennsylvania. I also write to inform the Panel of plaintiffs' filing of a motion to remand the above-captioned action to the Superior Court of California, County of Los Angeles set to be heard on November 16, 2009, before the Honorable Manuel L. Real in the U.S. District Court for the Central District of California. Accordingly, plaintiffs request that any decision on the transfer of the above captioned to the Eastern District of Pennsylvania be continued to a date after plaintiffs' motion to remand is heard on November 16, 2009. Plaintiffs intend to file a motion to vacate the conditional transfer order and brief in support thereof in accordance with R.P.J.P.M.L. Rule 7.4.

Thank you for your attention regarding this matter. Please feel free to contact me should you have any questions.

With regards,

Diran H. Tashjian

PLEADING NO. 5949

18425 BURBANK BLVD, SUITE 610, TARZANA, CALIFORNIA 91356
PH: 818.342.7442
FAX: 818.342.7616
WWW.KFJLEGAL.COM

**OFFICIAL FILE COPY**            IMAGED OCT 23 2009

PAGE 2 OF 2

cc: (via E-File and Courtesy copy)
Honorable Manuel L. Real
United States District Court
Central District of California
312 N. Spring Street
Los Angeles, CA

cc: (via E-File only)
All Defendants

# Miscellaneous Filings (Other Documents)

2:09-cv-06952-R-VBK Willie Gill v. A.W. Chesterton Company et al
(VBKx), DISCOVERY, RELATED-G

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Keller, Daniel on 10/22/2009 at 3:06 PM PDT and filed on 10/22/2009

**Case Name:**     Willie Gill v. A.W. Chesterton Company et al
**Case Number:**   2:09-cv-6952
**Filer:**         Jeanetta Gill
                   Willie Gill

**Document Number:** 27

**Docket Text:**
**(Keller, Daniel)**

**2:09-cv-6952 Notice has been electronically mailed to:**

Charles T Sheldon     charles.sheldon@sdma.com, dawn.lyons@sdma.com, derek.johnson@sdma.com

Daniel L Keller       dkeller@kfjlegal.com

Edward Kong Low       eklow@sonnenschein.com

Farah Sohaili Nicol   fnicol@mckennalong.com

Joseph L Greenslade   jgreenslade@mckennalong.com

Katherine Paige Gardiner    katherine.gardiner@sdma.com, christine.williams@sdma.com

Kevin D Jamison       kjamison@pondnorth.com

Stephen M Fishback    sfishback@kfjlegal.com

William J Sayers      wsayers@mckennalong.com

**2:09-cv-6952 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Bryan D Parker
Pond North

https://ecf.cacd.uscourts.gov/cgi-bin/Dispatch.pl?554335271836984                10/22/2009

350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071

Frank D Pond
Pond North LLP
350 South Grand Avenue Suite 2850
Los Angeles, CA 90071

Ivor E Samson
Sonnenschein Nath and Rosenthal
525 Market Street 26th Floor
San Francisco, CA 94105

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\KFJ\Desktop\USDC.CoverLtrtoMDL.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/22/2009] [FileNumber=8648700-0
] [07a46f819c1759420e2690068b31323c51573063107f4afc282db617a03615960a8
755b9686014a18418b921bdc8e91cf38ae183abadeb3f0e1c9a6a4f013861]]

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2009

FILED
CLERK'S OFFICE

# PROOF OF SERVICE

Case: <u>Gill, et al. v. A.W. Chesterton Company, Inc. et al.</u>
USDC Case No.: 09-6952

I am over the age of eighteen years and am employed in the county of Los Angeles, state of California. I am employed at KELLER, FISHBACK & JACKSON LLP, a law firm with principals who are members of the Bar of the state of California, and I made the service referred to below at their direction. My business address is 18425 Burbank Blvd. Suite 610 Tarzana, CA

On **October 22, 2009**, I served (a) true copy(ies) of:

**PLAINTIFFS' CORRESPONDENCE WITH UNITED STATES PANEL ON MULTIDISTRICT LITIGATION REGARDING OPPOSITION TO CONDITIONAL TRANSFER ORDER**

[X]   **VIA FACSIMILE** by transmitting the same via facsimile to the party(ies) listed below using the facsimile number(s) listed beneath each name as shown below. I caused the machine to print a transmission report of the transmission(s) confirming that the facsimile(s) was/were sent and received without error.

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

I have prepared the copy(ies) and/or the envelope(s) containing the copy(ies) to be served in accordance with the manner described above for delivery in accordance with normal practices. I further certify that I am fully familiar with the regular business practices of Keller, Fishback & Jackson LLP and I know the firm's procedures to be safe and reliable for delivery of said document(s) as described above.

I certify under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct.

Executed on **October 21, 2009** at Tarzana, California.

Keith Morrisette

1