**MDL 875**

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2009

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| LILIA NEPOMUCENO, et al., <br> Plaintiffs, <br> v. <br> A.W. CHESTERTON COMPANY, et al., <br> Defendants. | C.D.-CA C.A. NO.: 2:09-6092 |

**DEFENDANT CARRIER CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 326**

### Introduction

Plaintiffs Lilia Nepomuceno, Eugene R. Nepomuceno, Michael R. Nepomuceno, and Ronald Nepomuceno are moving to vacate Conditional Transfer Order No. 326 on the ground that Plaintiffs have a motion for remand pending before the Central District of California. This Panel, however, has repeatedly rejected the pendency of motions in the transferor court as sufficient ground for vacating its conditional transfer orders. Accordingly, Plaintiff's motion to vacate should be denied.

### The Panel Has Already Determined that a Pending Motion for Remand is Not a Sufficient Basis for Vacating its Conditional Transfer Order

Plaintiffs' argument that the Panel should vacate its conditional transfer order because of their pending motion for remand has been expressly rejected by the Panel. "Plaintiffs in these actions have argued in essence that transfer should be denied . . . in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest[,]" as the transferor courts have adequate time to rule on such pending motions before a final transfer order is issued. *In re Asbestos Prods. Liab. Litig. (No. VI)*, 170 F.Supp.2d 1348, 1349, n. 1.

1

In fact, the cases cited by Plaintiffs undermine their contention and directly support the Panel's decisions to deny motions to vacate based the grounds asserted herein by Plaintiffs. In *Barragan v. Warner-Lambert Co.*, 216 F.Supp.2d 627 (W.D. Tex 2002), defendants requested the transferor court to defer ruling on a motion for remand pending a conditional transfer order. The court denied the request, holding that "judicial efficiency and economy were better served" by the <u>transferor court</u> considering the motion for remand before the case is transferred to the MDL. *Id.*at 630; *see also Aetna U.S. Healthcare, Inc. v. Hoechst Aktiengesellschaft*, 54 F.Supp.2d 1042, 1048 (D. Kan. 1999). Thus, the cases cited by Plaintiffs have no bearing on the Panel's decision to vacate its conditional transfer order, but are consistent with this Panel's finding that the transferor court has adequate time to rule on pending motions before a final transfer order is issued.

Here, the transferor court will certainly rule on Plaintiff's motion for remand before the Panel issues a final transfer order. The hearing on Plaintiffs' motion for remand is set for October 26, 2009, before the deadline to oppose Plaintiffs' motion to vacate the conditional transfer order.[1] Thus, there is no doubt that the transferor court will have ruled upon the motion for remand prior to this Panel's decision on this motion to vacate, rendering Plaintiff's entire argument moot. Plaintiffs fail to establish grounds to vacate Conditional Transfer Order No. 326.

**Plaintiffs Do Not Deny that this Case Involves Common Questions of Fact with the Actions Previously Transferred to the MDL**

The real issue before this Panel is whether this case involves common questions of fact with actions previously transferred to the Eastern District of Pennsylvania. Plaintiffs do not deny that this case deals with common questions of fact relating to injuries allegedly caused by exposure to asbestos. Therefore, transfer of this action to the Eastern District of Pennsylvania

---

[1] Plaintiffs' Motion to Vacate Conditional Transfer Order No. 326 was filed on or about October 7, 2009. Under Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants have within 20 days thereafter, to October 27, 2009, to file an opposition.

2

CARRIER CORPORATION'S OPPOSITION TO
PLAINTIFFS' MOTION TO VACATE CTO-324

LAimanage\636054.1

for inclusion in the MDL for consolidated pretrial proceedings will serve the convenience of the parties and witnesses and promote the just and efficient conduct of litigation. In the Panel's original decision ordering centralization of all pending federal asbestos cases, distinctions based on pendency of motions before the transferor court, the uniqueness of a party's status, the presence of unique claims, etc., were already considered and rejected as grounds for carving out exceptions to transfer to the MDL. In re Asbestos Products Liability Litigation (No. VI), 771 F.Supp. 415 (J.P.M.L. 1991). Plaintiffs arguments in this motion do not warrant vacating the conditional transfer order.

## Conclusion

Vacating the conditional transfer order is unwarranted. Common questions of fact exist between Plaintiffs' asbestos-related personal injury case and those cases previously transferred to MDL No. 875. And as repeatedly determined by the Panel under conditions almost identical to those presented here, tag-along consolidation with MDL No. 875 serves the convenience of the parties and witnesses, and promotes the just and efficient conduct of the litigation. For the foregoing reasons, Carrier respectfully requests that the Panel deny Plaintiffs' Motion to Vacate Conditional Transfer Order No. 324.

DATED: October 20, 2009

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Attorneys for Defendant
**CARRIER CORPORATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2009

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| LILIA NEPOMUCENO, et al., <br>    Plaintiffs, <br> v. <br> A.W. CHESTERTON COMPANY, et al., <br>    Defendants. | C.D.-CA C.A. NO.: 2:09-6092 |

## PROOF OF SERVICE

I, Monica Brandenberg, declare that I am a citizen of the United States and employed in the County of Los Angles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071.

On October 22, 2009, I served the following documents:

(1)   Defendant Carrier Corporation's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 326;

(2)   Defendant Carrier Corporation's Corporate Disclosure Statement Pursuant to Rule 5.3; and

(3)   Notice of Appearance on Behalf of Defendant Carrier Corporation

on all parties contained in the attached Service List and Involved Counsel List via first class mail.

Executed on October 22, 2009, at Los Angeles, California.

*Monica Brandenberg*

---

1

PROOF OF SERVICE

LAimanage\636401.1

**SERVICE LIST**

Re: *Lilia Nepomuceno, et. al. v. A.W. Chesterton Company, et al.*
MDL No. 875 - C.D. California, C.A. No. 2:09-6092

| | |
|---|---|
| Hon. Manuel L. Real, Courtroom No. 8<br>c/o Civil Intake at United States District Court<br>312 N. Spring Street<br>Los Angeles, CA 90012 | Jeffery N. Luthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| Denyse Clancy, Esq.<br>John Langdoc, Esq.<br>**BARON & BUDD, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, Texas 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>**ATTORNEYS FOR PLAINTIFFS** | Jennifer K. Berg, Esq.<br>Eric Brown, Esq.<br>Jed Borghei, Esq.<br>**BARON & BUDD, P.C.**<br>9465 Wilshire Blvd., Suite 460<br>Beverly Hills, CA 90212<br>Telephone: (310) 860-0476<br>Facsimile: (310) 860-0480<br>**ATTORNEYS FOR PLAINTIFFS** |
| Laurie K. Anger<br>**SCHIFF HARDIN, L.L.P.**<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco, CA 94105<br>T: (415) 901-8700<br>F: (415) 901-8701<br>**ATTORNEYS FOR OWENS-ILLINOIS, INC.** | A. Scott Goldberg<br>**SELMAN BREITMAN, L.L.P.**<br>11766 Wilshire Blvd.<br>Sixth Floor<br>Los Angeles, CA 90025<br>T: (310)445-0800<br>F: (310)473-2525<br>**ATTORNEYS FOR AURORA PUMP COMPANY, CLEAVER-BROOKS, INC., SPX CORPORATION** |
| Michael H. Bailey<br>**BAKER, KEENER & NAHRA**<br>633 West Fifth Street<br>Suite 5400<br>Los Angeles, CA 90071<br>T: (213) 241-0900<br>F: (213) 241-0990<br>**ATTORNEYS FOR JOHNSON CONTROLS, INC., YORK INTERNATIONAL CORPORATION** | Gabriel A. Jackson<br>**JACKSON & WALLACE, LLP**<br>55 Francisco St., 6th Fl.<br>San Francisco, CA 94133<br>T: (415) 982-6300<br>F: (415) 982-6700<br>**ATTORNEYS FOR BUFFALO PUMPS, INC.** |
| Charles W. Jenkins<br>**POOLE & SHAFFERY**<br>445 S. Figueroa Street<br>Suite 2520<br>Los Angeles, CA 90071<br>T: (213) 439-5390<br>F: (213) 439-0183<br>**ATTORNEYS FOR GARDNER DENVER, INC.** | Samuel O. Follis<br>**HAIGHT BROWN & BONESTEEL LLP**<br>6080 Center Drive, Suite 800<br>Los Angeles, CA 90045-1574<br>T: 310-215-7100<br>F: 310-215-7300<br>**ATTORNEYS FOR ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST** |

LAimanage/11682-02247/633553/1

| | | |
|---|---|---|
| 1 | David M. Glaspy<br>LAW OFFICES OF GLASPY & GLASPY INC.<br>100 Pringle Ave., Suite 750<br>Walnut Creek, CA 94596<br>T: (925) 947-1300<br>F: (925) 947-1594<br>ATTORNEYS FOR GARLOCK SEALING TECHNOLOGIES, LLC | Stephen C. Klausen<br>PRINDLE, DECKER & AMARO, LLP<br>310 Golden Shore, Fourth Floor<br>Long Beach, California 90801-5511<br>T: (562) 436-3946<br>F: (562) 495-0564<br>ATTORNEYS FOR ALFA LAVAL, INC |
| 6 | Peter B. Langbord<br>FOLEY & MANSFIELD, P.L.L.P.<br>150 South Los Robles Avenue, Suite 400<br>Pasadena, CA 91101<br>T: (626) 744-9359<br>F: (626) 744-1702<br>ATTORNEYS FOR GRISCOM RUSSELL COMPANY | Thomas J. LoSavio<br>LOW, BALL & LYNCH<br>1505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111<br>T: (415)981-6630<br>F: (415)982-1634<br>ATTORNEYS FOR ARMSTRONG INTERNATIONAL, INC. |
| 11 | Michael J. Pietrykowski<br>GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery St., Ste 2000<br>San Francisco, CA 94111<br>T: (415) 986-5900<br>F: (415) 986-8054<br>GOULDS PUMPS, INC.<br>ATTORNEYS FOR DRESSER-RAND COMPANY (SII TERRY STEAM TURBINES), GOULDS PUMPS INCORPORATED, INGERSOLL-RAND COMPANY, LESLIE CONTROLS, INC. | Timothy J. McCaffery<br>LOMBARDI, LOPER & CONANT, L.L.P.<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541<br>T: (510) 433-2600<br>F: (510) 433-2699<br>ATTORNEYS FOR MECHANICAL DRIVES & BELTING |
| 18 | Michael T. McCall<br>WALSWORTH, FRANKLIN, BEVINS & MCCALL, L.L.P.<br>One City Boulevard West, Fifth Floor<br>Orange, CA 92868<br>T: (714)634-2522 (Phone)<br>F: (714)634-0686 (Fax)<br>ATTORNEYS FOR THOMAS DEE ENGINEERING CO. | Frank D. Pond<br>POND NORTH, LLP<br>350 S. Grand Ave.<br>Ste. 2850<br>Los Angeles, CA 90071<br>T: 213-617-6170<br>F: 213-623-3594<br>ATTORNEYS FOR CBS CORPORATION (WESTINGHOUSE, A VIACOM, FMC CORPORATION) |

LAimanage/11682-02247/633553/1

| | | |
|---|---|---|
| 1 | Mary T. McKelvey | Kenneth B. Prindle |
| | **CARROLL, BURDICK & MCDONOUGH LLP** | **PRINDLE, DECKER & AMARO, LLP** |
| 2 | 633 W. 5th Street, 51st Floor | 310 Golden Shore, 4th Fl. |
| 3 | Los Angeles, California 90071 | Long Beach, CA 90801-5511 |
| | T: 213-833-4500 | T: (562) 436-3946 |
| 4 | F: 213-833-4555 | F: (562) 495-0564 |
| | | **ATTORNEYS FOR A.W. CHESTERTON** |
| 5 | Robert E. Thackston | **COMPANY, TRIPLE A MACHINE SHOP, INC.** |
| | **HAWKINS PARNELL & THACKSTON, LLP** | |
| 6 | Highland Park Place | |
| | 4514 Cole Avenue, Suite 550 | |
| 7 | Dallas, TX 75205 | |
| | T: (214) 780-5100 | |
| 8 | F: (214) 780-5200 | |
| 9 | **ATTORNEYS FOR WARREN PUMPS, L.L.C.** | |
| 10 | Deborah C. Prosser | Douglas C. Purdy |
| | **KUTAK ROCK, LLP** | **MORRIS, POLICH & PURDY** |
| 11 | 515 S. Figueroa Street | 1055 West 7th Street, Suite 2400 |
| | Suite 1240 | Los Angeles, California 90017 |
| 12 | Los Angeles, CA 90071 | T: 213-891-9100 |
| | T: (213) 312-4000 | F: 213-488-1178 |
| 13 | F: (213) 312-4001 | **ATTORNEYS FOR CROWN CORK & SEAL** |
| 14 | | **COMPANY, INC.** |
| | Charles T. Sheldon | |
| 15 | **SEDGWICK DETERT MORAN & ARNOLD LLP** | |
| | One Market Plaza | |
| 16 | Steuart Tower, 8th Floor | |
| | San Francisco, CA 94105 | |
| 17 | T: (415) 781-7900 | |
| | F: (415) 781-2635 | |
| 18 | **ATTORNEYS FOR GENERAL ELECTRIC** | |
| 19 | **COMPANY** | |
| 20 | Kathleen A. Waters | Henry D. Rome |
| | **MORGAN, LEWIS & BOCKIUS, LLP** | **HOWARD ROME MARTIN & RIDLEY** |
| 21 | 300 So. Grand Ave., 22nd Fl | 1775 Woodside Rd., Ste. 200 |
| | Los Angeles, CA 90017 | Redwood City, CA 94061-3436 |
| 22 | T: (213) 891-9100 | T: (650)-365-7715 |
| | F: (213) 488-1178 | F: (650)-364-5297 |
| 23 | **ATTORNEYS FOR YARWAY CORPORATION** | **ATTORNEYS FOR IMO INDUSTRIES, INC.** |
| 24 | Dennis M. Young | William J. Sayers |
| 25 | **FOLEY & MANSFIELD, PLLP** | **MCKENNA LONG & ALDRIDGE** |
| | 1111 Broadway, 10th Floor | 444 South Flower St., |
| 26 | Oakland, CA 94607 | 8th Floor |
| | T: (510) 590-9500 | Los Angeles, CA 90071 |
| 27 | F: (510) 590-9595 | T: (213) 688-1000 |
| | **ATTORNEYS FOR GARDNER DENVER** | F: (213) 243-6330 |
| 28 | **NASH, LLC** | **ATTORNEYS FOR METALCLAD INSULATION** |
| | | **CORPORATION, VELAN STEAM TRAP** |
| | | **CORPORATION, VELAN VALVE CORP.** |

LAimanage/11682-02247/633553/1


| | |
|---|---|
| James G. Scadden<br>**GORDON & REES LLP**<br>Embarcadero Center West<br>275 Battery St., Ste 2000<br>San Francisco, CA 94111<br>T: (415) 986-5900<br>F: (415) 986-8054<br>**ATTORNEYS FOR FOSTER WHEELER ENERGY CORPORATION** | Frederick J. Ufkes<br>**K & L GATES, LLP**<br>10100 Santa Monica Blvd.<br>Seventh Floor<br>Los Angeles, CA 90067<br>T: 310-552-5000<br>F: 310-552-5001<br>**ATTORNEYS FOR CRANE CO.** |

Paul C. White
**DEHAY & ELLISTON, LLP**
800 West 6th Street, Suite 788
Los Angeles, CA 90017
T: (213) 271-2727
F: (213) 271-2730
**ATTORNEYS FOR LESLIE CONTROLS, INC.**

LAimanage/11682-02247/633553/1

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

**INVOLVED COUNSEL LIST**
**(Excerpted from CTO-326)**

Re: *Lilia Nepomuceno, et. al. v. A.W. Chesterton Company, et al.*
MDL No. 875 - C.D. California, C.A. No. 2:09-6092 (Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G. ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Blvd., Suite 460
Beverly Hills, CA 90212

Eric L. Brown
BARON & BUDD PC
9465 Wilshire Blvd., Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Ave., Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennie Levin
HAWKINS PARNELL & THACKSON LLP
444 South Flower Street, Suite 1100
Los Angeles, CA 90071

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Street, Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

Steven Kazan
KAZAN McCLAIN ABRAMS FERNANDEZ, et al.
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Ave., Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue, Suite 400
Pasadena, CA 91101

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Charles T. Sheldon
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

LAimanage/011682/002247/636550/1

| | |
|---|---|
| William F. Mahoney<br>SEGAL McCAMBRIDGE SINGER & MAHONEY LTD<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606 | Michael P. Thornton<br>THORNTON & NAUMES LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Robert C. Malaby<br>MALABY & BRADLEY<br>150 Broadway, Suite 600<br>New York, NY 10038 | Robert E. Thackston<br>HAWKINS PARNELL & THACKSTON LLP<br>4514 Cole Ave., Suite 500<br>Dallas, TX 75205 |
| John P. McShea<br>McSHEA TECCE PC<br>Mellon Bank Center<br>1717 Arch Street, 28th Floor<br>Philadelphia, PA 19103 | Philip McWeeny<br>SCHIFF HARDIN LLP<br>One Market Plaza, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105 |
| Edward R. Ulloa<br>HAWKINS PARNELL & THACKSON LLP<br>444 South Flower Street, Suite 1100<br>Los Angeles, CA 90071 | Walter G. Watkins, Jr.<br>FORMAN PERRY WATKINS KRUTZ & TARDY PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608 |
| Thomas A. Packer<br>GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Previn A. Wick<br>POND NORTH LLP<br>350 South Grand Ave., Suite 2850<br>Los Angeles, CA 90071 |

LAimanage/011682/002247/636550/1