# Brayton✦Purcell LLP

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**OCT 26 2009**

**FILED CLERK'S OFFICE**

TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LeROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. McDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALERIO
KATHERINE B. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOP
ROKSANA S. DIDGOLI
BRONSON D. BILLS*
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRIS E. IIERSOM

BHAT R. HUSSAIN
SIDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
MATTHEW D. LEE
THEODORE LIEU
MAUREEN C. McGOWAN
JULIET K. MURPHY
JAMES P. NEVIN
ORRIN F. NOAH
JEREMY M. NORDSTRAND
ANTHONY D. PRINCE
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
LANCE R. STEWART
JAMIE E. VUTTO*
NANCY T. WILLIAMS

October 23, 2009

<u>VIA FACSIMILE (202) 502-2888</u>

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re: Notice of Opposition - Conditional Transfer Order 327
Civil Action No. ID CAN 3 09-4394
*Harold Gerecke, et al. v. Allis-Chalmers Corp. Product Liability*

Dear Mr. Beck:

Please take notice that the Plaintiff, Harold Gerecke, et al., opposes transfer of civil action number 09-4394 to docket number 875, as proposed in conditional transfer order number 327.

Very truly yours,

Richard M. Grant

RMG:jae

PLEADING NO. 5951

K:\Injured\111568\FED\Remand LESCON\ltr-MDL-Nto of Opp to CTO 327.wpd

**OFFICIAL FILE COPY** IMAGED OCT 26 2009

