# MDL 875

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2009

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS            )
LIABILITY LITIGATION (NO. VI)       )
                                    )  CIVIL ACTION NO. MDL 875

This document relates to:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA- SOUTHERN
DIVISION

CHARLES CORLEY AND           )
MYRA CORLEY,                 )
                             )
         Plaintiffs,         )
                             )
vs.                          )   Case No. 2:09-cv-1812
                             )
LONG-LEWIS, INC.,            )
individually and as successor)
to Burrell Corp., f/k/a      )
Long-Lewis Hardware          )
Company, et al.,             )
                             )
         Defendants.

PLEADING NO. 5952

---

**NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER TO MDL 875 (CTO-290)**

1

OFFICIAL FILE COPY   IMAGED OCT 2 6 2009

COME NOW, the Plaintiffs, by and through their undersigned counsel and pursuant to Rule 7.4(c) of 28 U.S.C. § 1407, hereby file this, their Notice of Opposition to Transfer of Action to MDL 875.

Pursuant to Rule 7.4(d) of 28 U.S.C. § 1407, Plaintiffs shall file their motion to vacate the conditional transfer order and brief in support thereof within fifteen (15) days of the filing of this Notice.

Respectfully submitted this the 23rd day of October, 2009.

s/G. Patterson Keahey
G. Patterson Keahey
Alabama State Bar No.: ASB-6357-A64G
Tracey C. Dotson
Alabama State Bar No.: ASB-T865-Y82D
John D. Saxon
Alabama State Bar No.: ASB-3258-O71J
James A. Butts
Alabama State Bar No.: ASB-4872-J73B
*Attorneys for the Plaintiff*

**OF COUNSEL:**
THE LAW OFFICES OF G. PATTERSON KEAHEY, P.C.
One Independence Drive, Ste. 612
Birmingham, Alabama 35209
Telephone:    (205)871-0707
Email: pkeahey@mesohelp.com

JOHN D. SAXON, P.C.
2119 Third Avenue North
Birmingham, Alabama 35203
Telephone:    (205) 324-0223
Facsimile:    (205) 323-1583
Email:        jsaxon@saxonattorneys.com
              beau.butts@saxonattorneys.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**<u>CERTIFICATE OF SERVICE</u>**     OCT 2 6 2009

FILED
CLERK'S OFFICE

I hereby certify that a true and correct copy of the foregoing pleading has been furnished to all parties listed on the attached Panel Service List.

Respectfully submitted this the 23rd day of October, 2009.

<u>s/G. Patterson Keahey</u>
G. Patterson Keahey
Alabama State Bar No.: ASB-6357-A64G
Tracey C. Dotson
Alabama State Bar No.: ASB-T865-Y82D
John D. Saxon
Alabama State Bar No.: ASB-3258-O71J
James A. Butts
Alabama State Bar No.: ASB-4872-J73B
*Attorneys for the Plaintiff*