UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Oct 08, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-327)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,871 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 26, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                        MDL No. 875

## SCHEDULE CTO-327 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA NORTHERN**
~~ALN      2       09-1812       Charles Corley, et al. v. Long-Lewis, Inc., et al.~~ **Opposed 10/26/09**

**CALIFORNIA CENTRAL**
CAC      2       09-6698       James H. Prange, et al. v. Alfa Laval, Inc., et al.
~~CAC      2       09-6952       Willie Gill, etc. v. A.W. Chesterton Co., et al.~~ **Opposed 10/23/09**

**CALIFORNIA NORTHERN**
CAN      3       09-4135       Claudia Escalera, et al. v. Northrop Grumman Corp., et al.
~~CAN      3       09-4394       Harold Gerecke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Opposed 10/26/09**
CAN      3       09-4605       Jack E. Jones v. General Electric Co.
CAN      4       09-4606       Sidney Walker v. General Electric Co., et al.

**CONNECTICUT**
CT       3       09-497        Samuel Allen, et al. v. General Electric Co., et al.
CT       3       09-645        Louise Wight, et al. v. General Electric Co., et al.
CT       3       09-879        Donald Schaff v. Buffalo Pumps, Inc., et al.

**LOUISIANA EASTERN**
~~LAE      2       09-6365       Colleen Comer Marchand, et al. v. Anco Insulations, Inc., et al.~~
**Vacated 10/23/09**

**MAINE**
ME       2       09-486        Donald Clark, et al. v. Trane U.S., Inc., et al.

**NORTH CAROLINA EASTERN**
NCE      2       09-29         Brenda Brown v. A.W. Chesterton Co., et al.
NCE      2       09-46         Rudolph Simmons v. A.W. Chesterton Co., et al.
NCE      2       09-47         Emma M. Knight v. A.W. Chesterton Co., et al.
NCE      4       09-156        Robert Liston Whitaker, et al. v. A.W. Chesterton Co., et al.
NCE      5       09-174        Erness H. Jandreau, etc. v. Alfa Laval USA, Inc., et al.
NCE      5       09-342        Connie L. Manis, etc. v. Anchor Packing Co., et al.
NCE      7       09-140        William Bernard Clark, Jr., et al. v. A.W. Chesterton Co., et al.

**NORTH CAROLINA MIDDLE**
NCM      1       09-704        Herman Joel Ennis, et al. v. A.W. Chesterton Co., et al.
NCM      1       09-757        William Henry Oakley, et al. v. A.W. Chesterton Co., et al.
NCM      1       09-758        Donald Edward Warren, et al. v. A.W. Chesterton Co., et al.

**MDL No. 875 - Schedule CTO-327 Tag-Along Actions (Continued)**

**DIST.**   **DIV.**   **C.A. #**   **CASE CAPTION**

NORTH CAROLINA WESTERN
  NCW   1   09-344   Ronald Clark Bowman, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-345   Ernest Wade Currie, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-346   Nathan Lee Ottinger, et al. v. A.W. Chesterton Co., et al.
  NCW   1   09-363   Sylvia Smith Readling, etc. v. A.W. Chesterton Co., et al.

VIRGINIA EASTERN
  VAE   2   09-9571   Melvin W. Bicknell v. American Standard, Inc., et al.
  VAE   2   09-9572   Pedro Flores, Jr. v. American Standard, Inc., et al.
  VAE   2   09-9573   Charles C. Houska v. American Standard, Inc., et al.
  VAE   2   09-9574   Wilfred J. Hudson v. American Standard, Inc., et al.
  VAE   2   09-9575   Hilmar Pike v. American Standard, Inc., et al.
  VAE   2   09-9576   Eugene A. Heldenbrand v. American Standard, Inc., et al.
  VAE   2   09-9577   Gene Pacheco v. American Standard, Inc., et al.
  VAE   2   09-9578   Thomas J. Quimby v. American Standard, Inc., et al.
  VAE   2   09-9579   Jerry A. Baker v. American Standard, Inc., et al.
  VAE   2   09-9580   Joseph L. Engley v. American Standard, Inc., et al.
  VAE   2   09-9581   James Garner v. American Standard, Inc., et al.
  VAE   2   09-9582   Charles E. Irving v. American Standard, Inc., et al.
  VAE   2   09-9583   John D. Klepinger v. American Standard, Inc., et al.
  VAE   2   09-9584   John A. Klomp v. American Standard, Inc., et al.
  VAE   2   09-9585   Glen Rosier v. American Standard, Inc., et al.
  VAE   2   09-9586   David L. Savage v. American Standard, Inc., et al.
  VAE   2   09-9587   William T. Smith v. American Standard, Inc., et al.
  VAE   2   09-9588   Edmund V. Sobota v. American Standard, Inc., et al.
  VAE   2   09-9589   Ronald Valent v. American Standard, Inc., et al.
  VAE   2   09-9590   Gailand A. Yates v. American Standard, Inc., et al.
  VAE   2   09-9591   Richard E. Blackstone v. American Standard, Inc., et al.
  VAE   2   09-9592   Willis W. Smeilis v. American Standard, Inc., et al.
  VAE   2   09-9593   Raymond R. Wilson v. American Standard, Inc., et al.
  VAE   2   09-9594   Roger L. Hill v. American Standard, Inc., et al.
  VAE   2   09-9595   William H. Monroe, Jr., etc. (Harry Raymond Meeks, Sr.) v. American Standard, Inc., et al.
  VAE   2   09-9596   William H. Monroe, Jr., etc. (Merele D Morrison) v. American Standard, Inc., et al.
  VAE   2   09-9597   Leland Claybrook v. Alfa Laval, Inc., et al.
  VAE   2   09-9598   Jose M. Montoya v. American Standard, Inc., et al.
  VAE   4   09-92   Raymond Edward Stevens v. 3M Business Products Sales, Inc., et al.

WASHINGTON WESTERN
  WAW   2   09-967   Paul George McKenzie, et al. v. Saberhagen Holdings, Inc., et al.

WISCONSIN EASTERN
  WIE   1   09-757   Anthony Arendt v. A.W. Chesterton Co., et al.