MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5957

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| LILIA NEPOMUCENO, et al.,<br>    Plaintiffs,<br>    v.<br>A.W. CHESTERTON COMPANY, et al.,<br>    Defendants. | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br><br>CASE NO. CV09-06092 |

**SUPPLEMENTAL RESPONSE TO PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER**

Plaintiffs have filed a Motion for an Order Vacating the Conditional Transfer Order No. 326 in this asbestos case, based solely upon the argument that the Central District Court of California must rule upon Plaintiffs' Motion to Remand prior to any transfer being effectuated. On October 26, 2009, the Central District Court of California denied plaintiffs' Motion to Remand and found that the Federal courts have proper jurisdiction over this matter. As plaintiffs' motion to vacate the CTO did not argue that their case somehow does not present

common questions of fact with the other asbestos cases previously transferred to the Eastern District, plaintiffs' Motion to Vacate is now moot, and must be denied.

Attached hereto as Exhibit A is a true and correct copy of the Minute Order issued by the Central District Court of California on October 26, 2009, denying plaintiffs' Motion to Remand.

Dated: October 28, 2009

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
Katherine P. Gardiner
Charles T. Sheldon
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900 (phone) / 415-781-2635 (facsimile)
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2009

FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick Detert Moran & Arnold, LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105. On October 28, 2009, I served the within document(s):

**SUPPLEMENTAL RESPONSE TO PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER**

☐  FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒  MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐  PERSONAL SERVICE - by causing personal delivery from an Agent from First Legal, Inc. of the document(s) listed above to the person(s) at the address(es) set forth below.

☐  OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 28, 2009, at San Francisco, California.

Christine P. Williams

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                            MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-326)

Lilia Nepomuceno, et al. v. A.W. Chesterton Co., et al., C.D. California, C.A. No. 2:09-6092
(Judge Manuel L. Real)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jed Borghei
BARON & BUDD PC
9465 Wilshire Boulevard, Suite 460
Beverly Hills, CA 90212

Eric L. Brown
BARON & BUDD PC
9465 Wilshire Boulevard, Suite 460
Beverly Hills, CA 90212

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Ave., Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret, Suite 788
Los Angeles, CA 90017

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Ave., Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
LANE & GOSSETT
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-326) (Continued)**

Jennie Levin
HAWKINS PARNELL & THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower St., 42nd Floor
Los Angeles, CA 90017-2223

Robert E. Thackston
HAWKINS PARNELL & THACKSTON LLP
4514 Cole Ave., Suite 500
Dallas, TX 75205

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Edward R. Ulloa
HAWKINS PARNELL & THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Previn A. Wick
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2009

FILED
CLERK'S OFFICE

**Exhibit A**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-6092-R                                                 **Date:** Oct. 26, 2009

**TITLE:** LILIA R. NEPOMUCENO et al V. A.W. CHESTERSON CO et al
=====================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>Sheri Kleeger</u> |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**

Jed Borghei

Peter Langbord
Julia Gowin
John Son
Paul White II
Jessica Stepp
Craig Nelson
Kay Na
Katherine Gardiner
Kevin Jamison
Karen Goldberg

**PROCEEDINGS:** Plaintiff's motion to remand to state court (fld 9-18-09)

The Court hears arguments of counsel.

The Court DENIES plaintiff's motion.

Defendant shall prepare a proposed order.

<u>4 min</u>

**MINUTES FORM 90**                                                 Initials of Deputy Clerk  <u>WH</u>
**CIVIL -- GEN**