JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

OCT 29 2009

FILED
CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD GERECKE and DORIS GERECKE, | ) |
| Plaintiffs, | ) No. C 09-4394 MHP |
| vs. | ) ORDER OF REMAND |
| ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al., | ) |
| Defendants. | ) |

Having considered the papers and arguments submitted in support of plaintiffs' Motion to Remand this case to the California Superior Court, County of San Francisco, which motion was filed on September 24, 2009, and noticed for hearing for November 2, 2009, and no timely opposition having been filed, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED and this case is REMANDED to the Superior Court of the State of California, County of San Francisco, Case No. CGC-09-275237. The Clerk shall transmit forthwith a certified copy of this Order to the Clerk of the California Superior Court, and that Court may thereupon proceed with the case. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 26, 2009

UNITED STATES DISTRICT JUDGE



MDL- 875
RECOMMENDED ACTION

Approved/Date:

OFFICIAL FILE COPY

PLEADING NO. 5958

IMAGED OCT 29 2009