UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Oct 29, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Harold Gerecke, et al. v. Allis-Chalmers Corp.   Product Liability Trust, et al., N.D. California,   C.A. No. 3:09-4394 | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Gerecke)* on October 8, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Gerecke* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Gerecke* was remanded to the Superior Court of the State of California, County of San Francisco, by the Honorable Marilyn H. Patel in an order filed on October 27, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-327" filed on October 8, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel