|  |  |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685 |
|  | LLOYD F. LEROY, ESQ., S.B. #203502 |
| 2 | RICHARD M. GRANT, ESQ., S.B. #55677 |
|  | Brayton❖Purcell LLP |
| 3 | 222 Rush Landing Road |
|  | PO Box 6169 |
| 4 | Novato, California 94948-6169 |
|  | (415) 898-1555 |
| 5 | (415) 898-1247 Fax |
| 6 | Attorneys for Plaintiff |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2009

FILED
CLERK'S OFFICE

MDL 875

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYNE HARTMAN, | ) No. CV 09-3938 JSW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
| vs. | ) PLAINTIFFS' MOTION TO REMAND |
| ALLIS-CHALMERS CORPORATION | ) Date: October 23, 2009 |
| PRODUCT LIABILITY TRUST, et al., | ) Time: 9:00 a.m. |
| Defendants. | ) Courtroom: 11, 19th Floor |

Having considered the papers and arguments submitted in support of plaintiff's Motion to Remand Case to the California Superior Court, County of San Francisco, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED and this case is REMANDED to the Superior Court of the State of California, County of San Francisco, Case No. CGC-09-275250. The Clerk shall send a certified copy of this Order to the Clerk of the California Superior Court, and that Court may thereupon proceed with the case.

IT IS SO ORDERED.

Dated: October 21, 2009

/s/ Jeffrey S. White
UNITED STATES DISTRICT JUDGE

MDL- 875 VAC CTO 6 HU
RECOMMENDED ACTION       1
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

Approved/Date: RN 10/29/09

PLEADING NO. 5961

IMAGED OCT 29 2009

OFFICIAL FILE COPY