UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 29, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    John Madden v. A.H. Voss Co., et al.,    )
        N.D. California, C.A. No. 3:09-3786    )    MDL No. 875
    Wayne Hartman v. Leslie Controls, Inc., et al.,    )
        N.D. California, C.A. No. 3:09-3938    )

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE NOVEMBER 19, 2009, HEARING SESSION

    A conditional transfer order ("CTO-326") was filed in these actions (*Madden and Hartman*) on September 8, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Madden and Hartman* filed notices of opposition to the proposed transfer and subsequent motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *Madden and Hartman* were remanded to the Superior Court of the State of California, County of San Francisco, by the Honorable Jeffrey S. White in orders filed on October 21, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-326" filed on September 8, 2009, is VACATED insofar as it relates to these actions.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 21, 2009, are VACATED insofar as they relate to these matters.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel