MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 30 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL No. 875 |
| This document relates to: | DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S CORPORATE DISCLOSURE STATEMENT |
| *Jacob Fischer v. Saberhagen Holdings, Inc., et al*, United States District Court, Western District of Washington, No. C09-5385 | |
| Conditional Transfer Order No. 326 | |

Pursuant to Panel Rule 5.13, defendant Lockheed Shipbuilding Company makes the following disclosures related to its corporate identity:

Lockheed Shipbuilding Company's parent company is Lockheed Martin. Lockheed Shipbuilding Company is a wholly owned subsidiary of Lockheed Martin Corporation. Lockheed Martin Corporation discloses that it has no parent corporation and no publicly held corporation owning 10% or more of its stock.

DATED this 26th day of October, 2009.

OGDEN MURPHY WALLACE, P.L.L.C.

By _____
Robert G. André, WSBA #13072
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215
Attorneys for Defendant
Lockheed Shipbuilding Company

OFFICIAL FILE COPY

{APR746915.DOC;1\12060.000016\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
CORPORATE DISCLOSURE STATEMENT - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

ORIGINAL

IMAGED NOV 2 2009

PLEADING NO. 5963

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 30 2009

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

On October 26, 2009, I caused to be served true and correct copies of Defendant Lockheed Shipbuilding Company's Corporate Disclosure Statement on the following:

Attached hereto as exhibit A is a true and correct copy of a letter dated September 23, 2009 from Jakeia Mells to Brian F. Ladenburg regarding proper filing requirements. This attachment documents service above mentioned documents on Brian Ladenburg and David S. Frockt via ABC Legal Services, and on all other parties via United States Priority Mail.

DATED this 26th day of October 2009, at Seattle, Washington.

                                     s/Robert G. André

{APR746915.DOC;1\12060.000016\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
CORPORATE DISCLOSURE STATEMENT - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 30 2009

FILED
CLERK'S OFFICE

# EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

RECEIVED
SEP 2 8 2009
OGDEN MURPHY WALLACE, PLLC

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

September 23, 2009

Brian F. Ladenburg, Esq.
BERGMAN DRAPER & FROCKT PLLC
614 First Avenue
4th Floor
Seattle, WA 98104

Re: MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

   Jacob Edward Fischer v. Saberhagen Holdings, Inc., et al., W.D. Washington, C.A. No. 3:09-5385
   (Judge Robert J. Bryan)

Motion and Brief Due on or before: **October 8, 2009**

Dear Mr. Ladenburg:

   We have received and filed your Notice of Opposition to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

   1)   **Your Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed above.** An **ORIGINAL and FOUR** copies of all pleadings, as well as a **COMPUTER GENERATED DISK** of the pleading in Adobe Acrobat (PDF) format, are currently required for filing. **Fax transmission of your motion and brief will not be accepted.** See Panel Rule 5.12(d). **Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.**

   2)   **Papers must be served on the enclosed Involved Counsel List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

   3)   **Rule 5.3 corporate disclosure statements are due within 11 days of the filing of the motion to vacate.**

   4)   **Failure to file and serve the required motion and brief within the allotted 15 days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

- 2 -

Any recent official change in the status of a referenced matter should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Jakeia Mells*
Jakeia Mells
Deputy Clerk

Enclosure

cc:   Involved Counsel List
      Transferee Judge: Judge Eduardo C. Robreno
      Transferor Judge: Judge Robert J. Bryan

JPML Form 37

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-326)

Jacob Edward Fischer v. Saberhagen Holdings, Inc., et al., W.D. Washington, C.A. No. 3:09-5385
(Judge Robert J. Bryan)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028

Kevin C. Baumgardner
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

David S. Frockt
LAW OFFICES OF MATTHEW BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

Richard G. Gawlowski
WILSON SMITH COCHRAN & DICKERSON
1215 4th Avenue
Suite 1700
Seattle, WA 98161-1007

Elizabeth Anne K. Hiller
KNOTT & GLAZIER
601 S. Figueroa Street
Suite 4200
Los Angeles, CA 90017

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

**MDL No. 875 – Involved Counsel List (Excerpted from CTO-326) (Continued)**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Brian F. Ladenburg
BERGMAN & FROCKT
614 First Avenue
4th Floor
Seattle, WA 98104

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Kenneth E. Petty
WILLIAMS KASTNER PLLC
601 Union Street
Suite 4100
P.O. Box 21926
Seattle, WA 98111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Aaron P. Riensche
OGDEN MURPHY & WALLACE
1601 5th Avenue
Suite 2100
Seattle, WA 98101

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Timothy Kost Thorson
CARNEY BADLEY SPELLMAN
701 Fifth Avenue
Suite 3600
Seattle, WA 98104-7010

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-326) (Continued)**

Sarah E. Tilstra
CORR CRONIN MICHELSON BAUMGARDNER & PREECE
1001 4th Avenue
Ste. 3900
Seattle, WA 98154-1051

Mark B. Tuvim
GORDON & REES
701 Fifth Ave.
2130
Seattle, WA 98104

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Brian Weinstein
SCHROETER GOLDMARK & BENDER
Central Building
810 Third Avenue
Suite 500
Seattle, WA 98104