MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 2 2009

FILED
CLERK'S OFFICE

1   JENNIFER JUDIN (State Bar No. 256973)
    jjudin@dehay.com
2   PAUL C. WHITE II (SBN 213900)
    pwhite@dehay.com
3   DEHAY & ELLISTON, L.L.P.
    800 West 6th Street, Suite 788
4   Los Angeles, CA   90017
    Telephone:   (213) 271-2727
5   Facsimile:   (213) 271-2730

6   Attorneys for Defendant
    LESLIE CONTROLS, INC.

7

8          **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9   IN RE: ASBESTOS PRODUCTS          )   MDL DOCKET NO. 875
    LIABILITY LITIGATION (No. VI)     )
10                                    )
                                      )
11  LILIA NEPOMUCENO, *et al.*        )   **DEFENDANT LESLIE**
                                      )   **CONTROLS, INC.'S RESPONSE**
12          v.                        )   **TO PLAINTIFFS' MOTION TO**
                                      )   **VACATE CONDITIONAL**
13  A.W. CHESTERTON COMPANY, *et*     )   **TRANSFER ORDER (CTO-326)**
    *al.*                             )
14                                    )   **(Filed concurrently with the**
                                      )   **Declaration of Paul C. White and**
15                                    )   **Leslie Controls Inc.'s Certification**
                                      )   **of Interested Parties)**
16                                    )

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19

20  LILIA NEPOMUCENO, *et al.*            Case No. CV-09-6092 R (VBKx)
21
            Plaintiffs,                   (Los Angeles County Superior Court
22                                        Case No. BC412018)
            v.
23
    A.W. CHESTERTON COMPANY, *et al.*
24
            Defendants.
25

26

27          **OFFICIAL FILE COPY**
                    **IMAGED** NOV 2 2009
28

DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO
VACATE CONDITIONAL TRANSFER ORDER (CTO-326)

PLEADING NO. 5964

## I.      INTRODUCTION

Plaintiffs have offered no valid arguments supporting a decision to vacate the Conditional Transfer Order ("CTO").  This Panel has the jurisdiction and the congressional mandate to transfer this case to the MDL No. 875 in the Eastern District of Pennsylvania ("MDL").  Accordingly, this Panel should deny Plaintiffs' Motion to Vacate the CTO ("Motion") and should transfer this case to the MDL.

Plaintiffs have offered no evidence to show that the Panel is jurisdictionally or procedurally precluded from transferring this case to the MDL.  Moreover, Plaintiffs requested that this Panel should allow sufficient time for a "final" decision on remand to be handed down.  On October 26, 2009, Plaintiffs' Motion for Remand was *fully vetted, in both written and oral arguments*, before the Hon. Manuel L. Real (C.D. CA), who issued a final order *denying* their remand motion.

Plaintiffs' instant Motion rehashes the same failed arguments they made in their Motion to Remand.  Plaintiffs offer no serious argument as to why their action should be treated any differently than other cases transferred by this Panel.

Plaintiffs' arguments have been heard, argued, and denied in the District Court.  This Panel should likewise deny Plaintiffs' Motion and transfer this case to the MDL, "for the convenience of the parties and witnesses and [to] promote the just and efficient conduct of such actions."  28 U.S.C. § 1407(a).

## II.     PROCEDURAL HISTORY

### A.      Plaintiffs' Motion for Remand Was Denied After Full Hearing

Plaintiffs filed their wrongful death Complaint, alleging asbestos-related injuries, on July 21, 2009 in the Los Angeles County Superior Court.  After Defendant Leslie Controls, Inc. ("Leslie") received the Summons and Complaint, on October 3, 3009 Leslie filed a Joinder to Defendant Viad Corp.'s timely filed Notice of Removal to the United States District Court for the Central District of California.[1]

---

[1] Leslie's Joinder to the Notice of Removal is attached as Exhibit A to the Declaration of Paul C. White ("White Decl.").

DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO
VACATE CONDITIONAL TRANSFER ORDER (CTO-326)

1  Similarly situated as Viad Corp., Leslie's support for removal was based on its view

2  that removal was proper under 28 U.S.C. § 1442(a)(1) because: (1) any products

3  Leslie sold to the U.S. Navy were manufactured in strict compliance with detailed

4  government specifications, including markings and labeling specifications; and (2)

5  the Navy had superior knowledge about potential health hazards, including asbestos-

6  related hazards.  Plaintiffs filed a Motion to Remand on September 18, 2009.

7  Leslie's Opposition to said motion, elucidating in detail its strict compliance with

8  government specifications as well as the Navy's unmatched knowledge of the

9  dangers of asbestos, was timely filed.

10       On October 26, 2009, the Hon. Manuel L. Real heard oral argument and

11  issued a final order denying Plaintiffs' remand motion.[2]  His ruling denying

12  Plaintiffs' request for remand was based on Viad Corp. meeting its burden of

13  establishing that removal was proper under 28 U.S.C. § 1442(a)(1).

14       **B.**    **Conditional Transfer Order (CTO-326)**

15       On September 8, 2009, this Panel filed its Conditional Transfer Order (CTO-

16  326) identifying Plaintiffs' action as tag-along action, pursuant to Rule 7.4 of the

17  Rules of Procedure of the Judicial Panel on Multidistrict Litigation.  Under the

18  Conditional Transfer Order, Plaintiffs' action will be transferred to the MDL before

19  the Honorable Eduardo C. Robreno for coordinated or consolidated pretrial

20  proceedings, pursuant to 28 U.S.C. § 1407.  Plaintiffs filed a Notice of Opposition on

21  or about September 23, 2009, followed by Plaintiffs' Motion to Vacate Conditional

22  Transfer Order (CTO-326), filed on October 8, 2009.

23  **III.**    **ARGUMENT**

24       **A.**    **The Panel Has Proper Jurisdiction to Transfer this Action.**

25       Plaintiffs have offered no argument that the Panel is procedurally or

26  jurisdictionally precluded from transferring this action to the MDL.  Their Motion is

27  silent as to these considerations because, indeed, the Panel is ***not*** prevented from

28       [2] Judge Real's written Order denying remand will be issued shortly.

DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO
VACATE CONDITIONAL TRANSFER ORDER (CTO-326)

1  transferring this action.  Plaintiffs instead argued that the Panel should vacate its

2  CTO until Judge Real ruled on their Motion for Remand.  Unstated but strongly

3  implied by Plaintiffs in their instant Motion was that they anticipated Judge Real

4  would look favorably upon their arguments that Viad could not establish a "colorable

5  federal defense" and, thus, remand would be granted.  In fact, at the hearing on

6  October 26, 2009, Judge Real *denied* Plaintiffs' Motion to Remand.  Thus, Plaintiffs'

7  argument that the Panel should stay removal pending the District Court's ruling on

8  remand is now moot.

9

**B.   Plaintiffs' Arguments in Their Motion to Vacate the CTO Have**
10  **Already Been Argued Before and Denied by the District Court.**

11  Plaintiffs claim that during his service aboard a Navy vessel, Mr. Nepomuceno

12  was exposed to asbestos from Leslie's equipment.  As Leslie's Opposition to

13  Remand explained in great detail, Leslie closely complied with government

14  specifications in the products it supplied to the U.S. Navy.  Leslie, like Viad Corp.,

15  is thus able to avail itself of the federal officer/government contractor defense.  As

16  Judge Real ruled, Viad Corp. properly removed Plaintiffs' action to Federal court.

17  The U.S. Navy exercised direction and control over the design, manufacture,

18  inspection and testing of all equipment supplied by Leslie to the Navy pursuant to

19  government contract.  Moreover, even *if* certain products supplied by Leslie to the

20  Navy did contain asbestos (which Plaintiffs *have not* shown), the Navy possessed

21  virtually unparalleled knowledge of the dangers of asbestos, and so Leslie had no

22  duty to warn.  *See, e.g., Durham v. Lockheed Martin Corporation,* 445 F. 3d 1247,

23  1252 (9th Cir. 2006).  The District Court denied Plaintiffs' request for remand, ruling

24  that Viad had timely removed Plaintiffs' action and had met its burden of showing a

25  colorable federal officer defense to support its removal.

26

27

28

DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO
VACATE CONDITIONAL TRANSFER ORDER (CTO-326)

1   **IV.   CONCLUSION**

2       This Panel should transfer the instant action under its Conditional Transfer

3   Order (CTO-326) and there is no reason why it should depart from its initial order.

4   Transfer is appropriate because this case is similar to those before MDL No. 875,

5   and moreover, Plaintiffs failed to demonstrate any viable reason why they are

6   dissimilar or otherwise should receive preferential treatment.  Further, Plaintiffs'

7   removal arguments are irrelevant to the issues before this Panel.

8   DATED: October 27, 2009              **DEHAY & ELLISTON, L.L.P.**
                                         Jennifer Judin
9                                        Paul C. White II

10

11

12   By: _____
                                         Paul C. White II
13                                       Attorneys for Defendant
                                         LESLIE CONTROLS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO
VACATE CONDITIONAL TRANSFER ORDER (CTO-326)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 2 2009

FILED
CLERK'S OFFICE

1 │ JENNIFER JUDIN (State Bar No. 256973)
jjudin@dehay.com
2 │ PAUL C. WHITE II (SBN 213900)
pwhite@dehay.com
3 │ DEHAY & ELLISTON, L.L.P.
800 West 6th Street, Suite 788
4 │ Los Angeles, CA   90017
Telephone:   (213) 271-2727
5 │ Facsimile:   (213) 271-2730

6 │ Attorneys for Defendant
LESLIE CONTROLS, INC.

7 │

8 │ **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9 │ IN RE: ASBESTOS PRODUCTS          )   MDL DOCKET NO. 875
LIABILITY LITIGATION (No. VI)     )
10 │                                  )
                                   )
11 │ LILIA NEPOMUCENO, *et al.*        )   **DECLARATION OF PAUL C.**
                                   )   **WHITE IN SUPPORT OF LESLIE**
12 │        v.                        )   **CONTROLS, INC.'S RESPONSE**
                                   )   **TO PLAINTIFFS' MOTION TO**
13 │ A.W. CHESTERTON COMPANY, *et*    )   **VACATE CONDITIONAL**
       *al.*                          )   **TRANSFER ORDER (CTO-326)**
14 │                                  )
                                   )
15 │                                  )
                                   )
16 │                                  )
                                   )
17 │
                **UNITED STATES DISTRICT COURT**
18 │
                **CENTRAL DISTRICT OF CALIFORNIA**
19 │

20 │
21 │ LILIA NEPOMUCENO, *et al.*           Case No. CV-09-6092 R (VBKx)

22 │        Plaintiffs,                   (Los Angeles County Superior Court
                                        Case No. BC412018)
23 │        v.

24 │ A.W. CHESTERTON COMPANY, *et al.*

25 │        Defendants.

26 │
27 │
28 │

DECLARATION OF PAUL C. WHITE IN SUPPORT OF DEFENDANT LESLIE CONTROLS,
INC.'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER
ORDER (CTO-326)

## **DECLARATION OF PAUL C. WHITE**

I, Paul C. White, declare:

1.      I am an attorney at law, duly licensed to practice law in the State of California and am associated with the law offices of DeHay & Elliston LLP, attorneys of record for defendant, Leslie Controls. Inc. (hereinafter "Leslie"), in the above-entitled matter.  I have reviewed the file and am familiar with its contents.  Based upon my review and my personal knowledge, I declare that if called upon and sworn, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of Leslie's Joinder to Defendant Viad Corp.'s Notice of Removal to the United States District Court for the Central District of California, filed on October 3, 2009.

3.      On October 26, 2009, I attended the hearing regarding Plaintiffs' Motion to Remand before the Honorable Manuel L. Real, United States District Court – Central District of California.  After an extensive review of the papers submitted, and after hearing oral argument from both Plaintiffs and Defendants, Judge Real issued an Order denying Plaintiffs' Motion for Remand, holding that Defendant Viad Corp., the removing party, met its burden of establishing that removal was proper under 28 U.S.C. § 1442(a)(1).

4.      Attached hereto as Exhibit B is a true and correct copy of Leslie's Certification of Interested Parties, filed on September 26, 2009.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 27th day of October, 2009, at Los Angeles, in the County of Los Angeles, California.

PAUL C. WHITE

1

DECLARATION OF PAUL C. WHITE IN SUPPORT OF DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-326)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV – 2 2009

FILED
CLERK'S OFFICE

# EXHIBIT "A"

1  JENNIFER JUDIN (State Bar No. 256973)
   jjudin@dehay.com
2  PAUL C. WHITE II (SBN 213900)
   pwhite@dehay.com
3  DEHAY & ELLISTON, L.L.P.
   800 West 6th Street, Suite 788
4  Los Angeles, CA   90017
   Telephone:  (213) 271-2727
5  Facsimile:   (213) 271-2730

6  Attorneys for Defendant
   LESLIE CONTROLS, INC.

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  LILIA NEPOMUCENO, *et al*.          Case No. CV-09-6092 R (VBKx)

12              Plaintiffs,             (Los Angeles County Superior Court
                                        Case No. BC412018)
13      v.

14  A.W. CHESTERTON COMPANY, *et al*.

15              Defendants.             **DEFENDANT LESLIE CONTROLS
                                        INC.'S JOINDER TO DEFENDANT**
16                                      **VIAD CORP.'S NOTICE OF
                                        REMOVAL OF ACTION**
17                                      **PURSUANT TO 28 U.S.C. §
                                        1442(a)(1) AND 1446(a)**
18

19

20

21

22  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS**

23  **OF RECORD:**

24      Defendant Leslie Controls, Inc. ("Leslie") hereby gives notice that it joins in

25  Defendant Viad Corp.'s removal of the above-entitled action to this Court, pursuant

26  to 28 U.S.C. §§1441(a)(1) and 1446(a).  In that Leslie's removal posture is similar to

27  Viad Corp.'s, Leslie further incorporates Viad Corp.'s legal theories and arguments

28

                                        1
   ─────────────────────────────────────────────────────────
   DEFENDANT LESLIE CONTROLS, INC.'S JOINDER TO VIAD'S NOTICE OF REMOVAL

1   in support of removal under the federal officer statute, as set forth in Viad Corp.'s

2   Notice of Removal.

3   DATED:  October 3, 2009                     **DEHAY & ELLISTON, L.L.P.**
                                                 Jennifer Judin
4                                                Paul C. White II

5

6

7   By: _____

8                                                Paul C. White II
                                                 Attorneys for Defendant
9                                                LESLIE CONTROLS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT LESLIE CONTROLS, INC.'S JOINDER TO VIAD'S NOTICE OF REMOVAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**(Code Civ. Proc., §§ 1013A, 2015.5, 1011**
**Cal. Rules of Court, Rule 2008(e))**
**State of California, County of Los Angeles**
*Lilia R. Nepomuceno, et al v. A.W. Chesterton Company, et al.*
Case No. CV-09-6092 R (VBKx)
**Los Angeles Superior Court Case No. BC418256**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years, not a party to the above-entitled action, and my business address is located at 800 West 6th Street, Suite 788, Los Angeles, California 90017.

On the date executed below, I caused to be served the document(s) described as:

**DEFENDANT LESLIE CONTROLS INC.'S JOINDER TO DEFENDANT VIAD CORP.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1442(a)(1) AND 1446(a)**

on the interested parties in this action as follows:

**[ X ] BY ELECTRONIC SERVICE:** I caused to be sent, via the USDC-CACD's CM/ECF electronic service system, a true copy to the person(s), counsel or interested party, authorized to accept service as set forth below. **(All Counsel)**

**[  ]    BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit.

| BARON & BUDD, P.C. | **ATTORNEYS FOR PLAINTIFFS** |
|---|---|
| 9465 Wilshire Blvd., Suite 460 | |
| Beverly Hills, CA 90212 | |
| Tel:  (214) 860-0476 | |
| Fax:  (214) 860 0480 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3 2009, at Los Angeles, California.

Paul C. White

3

DEFENDANT LESLIE CONTROLS, INC.'S JOINDER TO VIAD'S NOTICE OF REMOVAL

EXHIBIT "B"

1  Jennifer Judin (State Bar No. 256973)
   jjudin@dehay.com
2  Paul C. White (State Bar No. 213900)
   pwhite@dehay.com
3  DEHAY & ELLISTON, L.L.P.
   800 West 6th Street, Suite 788
4  Los Angeles, CA   90017
   Telephone:  (213) 271-2727
5  Facsimile:   (213) 271-2730

6  Attorneys for Defendant
   LESLIE CONTROLS, INC.
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  LILIA NEPOMUCENO, *et al.*          Case No. CV-09-6092 R (VBKx)

12              Plaintiffs,             (Los Angeles County Superior Court
                                        Case No. BC412018)
13       v.

14  A.W. CHESTERTON COMPANY, *et*       **DEFENDANT LESLIE CONTROLS**
    *al*.                               **INC.'S CERTIFICATION OF**
15                                      **INTERESTED PARTIES**
                Defendants.             **[Pursuant to F.R.C.P. 7.1 and Local**
16                                      **Rule 7.1]**

17

18

19

20

21

22

23

24

25

26

27

28

                            1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to 7.1 of both the Federal Rules of Civil Procedure and the Local Rules, the undersigned, counsel of record for Defendant Leslie Controls, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Circor International.

DATED:  September 25, 2009.                     Respectfully submitted,

**DEHAY & ELLISTON, L..L.P.**


By: _____

Jennifer Judin
Paul C. White
Attorneys for Defendant
LESLIE CONTROLS, INC.

LESLIE CONTROLS INC.'S CERTIFICATE OF INTERESTED PARTIES

1

**PROOF OF SERVICE**
(Code Civ. Proc., §§ 1013A, 2015.5, 1011
Cal. Rules of Court, Rule 2008(e))
State of California, County of Los Angeles
*Lilia R. Nepomuceno, et al v. A.W. Chesterton Company, et al.*
Case No. CV-09-6092 R (VBKx)
**(Los Angeles Superior Court Case No. BC418256)**

2

3

4

5        I, the undersigned, declare:

6        I am a citizen of the United States and am employed in the County of Los

7    Angeles, California.  I am over the age of eighteen (18) years, not a party to the
above-entitled action, and my business address is located at 800 West 6th Street,
Suite 788, Los Angeles, California 90017.

8

9        On the date executed below, I served the document(s) described as:

10    **DEFENDANT LESLIE CONTROLS INC.'S CERTIFICATION OF
INTERESTED PARTIES**

11    **[Pursuant to F.R.C.P. 7.1 and Local Rule 7.1]**

12        on the interested parties in this action as follows:

13    **[ X ]  ELECTRONIC NOTIFICATION:** I caused to be personally delivered via
the USDC-Central District's CM/ECF system, a true copy to the person[s], counsel

14    or interested party authorized to accept such service. **[ALL COUNSEL]**

15    **[  ]    BY OVERNIGHT DELIVERY:** I placed a true copy in a sealed, fully
prepaid, UPS Next Day Air envelope addressed as indicated below.  It is picked up

16    by UPS on that same day in the ordinary course of business.

17    **[  ]    BY FACSIMILE:** I personally sent a true copy to the person(s), counsel or
interested party, authorized to accept service as set forth below at fax number **[SEE**

18    **SERVICE LIST]** from fax number **(213) 271-2730.** The facsimile machine I used
complied with CRC Rule 2003(3) and the transmission was reported as complete

19    and without error. Pursuant to CRC Rule 2008(e) a transmission verification report
was properly issued by the transmitting facsimile machine, stating the time and date

20    of such transmission.

21    **[  ]    BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated
below.  I am "readily familiar" with the firm's practice of collection and processing

22    correspondence for mailing.  It is deposited with the U.S. Postal Service on that
same day in the ordinary course of business.  I am aware that on motion of the party

23    served, service is presumed invalid if postal cancellation or postage meter date is
more than one day after date of deposit.

24

///

25

///

26

///

27

28

3

| | |
|---|---|
| BARON & BUDD, P.C.<br>9465 Wilshire Blvd., Suite 460<br>Beverly Hills, CA 90212<br>Tel: (310) 860-0476; Fax: (310) 860-0480 | PLAINTIFFS |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2009, at Los Angeles, California.

Paul C. White

4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV – 2 2009

FILED
CLERK'S OFFICE

1   JENNIFER JUDIN (State Bar No. 256973)
    jjudin@dehay.com
2   PAUL C. WHITE II (SBN 213900)
    pwhite@dehay.com
3   DEHAY & ELLISTON, L.L.P.
    800 West 6th Street, Suite 788
4   Los Angeles, CA   90017
    Telephone:   (213) 271-2727
5   Facsimile:   (213) 271-2730

6   Attorneys for Defendant
    LESLIE CONTROLS, INC.

7

8       **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9   IN RE: ASBESTOS PRODUCTS            )   MDL DOCKET NO. 875
    LIABILITY LITIGATION (No. VI)      )
10                                     )
                                       )   **PROOF OF SERVICE**
11  LILIA NEPOMUCENO, *et al.*         )
                                       )
12           v.                        )
                                       )
13  A.W. CHESTERTON COMPANY, *et*      )
        *al.*                          )
14                                     )
                                       )
15                                     )
                                       )
16                                     )
                                       )
17  ─────────────────────────────────

18            **UNITED STATES DISTRICT COURT**

19            **CENTRAL DISTRICT OF CALIFORNIA**

20

    LILIA NEPOMUCENO, *et al.*             Case No. CV-09-6092 R (VBKx)
21
             Plaintiffs,                   (Los Angeles County Superior Court
22                                         Case No. BC412018)
             v.
23
    A.W. CHESTERTON COMPANY, *et al.*
24
             Defendants.
25

26

27

28

─────────────────────────────────────────────────────────────

                        PROOF OF SERVICE

**PROOF OF SERVICE**
(Code Civ. Proc., §§ 1013A, 2015.5, 1011
Cal. Rules of Court, Rule 2008(e))
State of California, County of Los Angeles
*Lilia R. Nepomuceno, et al v. A.W. Chesterton Company, et al.*
Case No. CV-09-6092 R (VBKx)
**Los Angeles Superior Court Case No. BC418256**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years, not a party to the above-entitled action, and my business address is located at 800 West 6ᵗʰ Street, Suite 788, Los Angeles, California 90017.

On the date executed below, I served the document(s) described as:

1. **DEFENDANT LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-326); and**

2. **DECLARATION OF PAUL C. WHITE IN SUPPORT OF LESLIE CONTROLS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-326)**

on the interested parties in this action as follows:

[  ]    **BY PERSONAL DELIVERY:** I caused to be personally delivered a true copy in a sealed envelope addressed as indicated below. **(Plaintiffs Only)**

[  ]    **BY OVERNIGHT DELIVERY:** I placed a true copy in a sealed, fully prepaid, UPS Next Day Air envelope addressed as indicated below. It is picked up by UPS on that same day in the ordinary course of business.

[ X ]   **BY FACSIMILE:** I personally sent a true copy to the person(s), counsel or interested party, authorized to accept service as set forth below at fax number **[SEE SERVICE LIST]** from fax number **(213) 271-2730.** The facsimile machine I used complied with CRC Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to CRC Rule 2008(e) a transmission verification report was properly issued by the transmitting facsimile machine, stating the time and date of such transmission. **(All Counsel)**

[  ]    **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2009, at Los Angeles, California.

_____
PAUL C. WHITE

1
PROOF OF SERVICE

1

## SERVICE LIST

2

Re: *Lilia Nepomuceno, et. al. v. A.W. Chesterton Company, et al.*
MDL No. 875 - C.D. California, C.A. No. 2:09-6092

3

| | |
|---|---|
| Hon. Manuel L. Real, Courtroom No. 8 c/o Civil Intake at United States District Court 312 N. Spring Street Los Angeles, CA 90012 | Jeffery N. Luthi Clerk of the Panel One Columbus Circle, NE Thurgood Marshall Federal Judiciary Building Room G-255, North Lobby Washington, D.C. 20002 |
| Denyse Clancy, Esq. John Langdoc, Esq. **BARON & BUDD, P.C.** 3102 Oak Lawn Avenue, Suite 1100 Dallas, Texas 75219 Telephone: (214) 521-3605 Facsimile: (214) 520-1181 **ATTORNEYS FOR PLAINTIFFS** | Jennifer K. Berg, Esq. Eric Brown, Esq. Jed Borghei, Esq. **BARON & BUDD, P.C.** 9465 Wilshire Blvd., Suite 460 Beverly Hills, CA 90212 Telephone: (310) 860-0476 Facsimile: (310) 860-0480 **ATTORNEYS FOR PLAINTIFFS** |
| Laurie K. Anger **SCHIFF HARDIN, L.L.P.** One Market, Spear Street Tower Thirty-Second Floor San Francisco, CA 94105 T: (415) 901-8700 F: (415) 901-8701 **ATTORNEYS FOR OWENS-ILLINOIS, INC.** | A. Scott Goldberg **SELMAN BREITMAN, L.L.P.** 11766 Wilshire Blvd. Sixth Floor Los Angeles, CA 90025 T: (310)445-0800 F: (310)473-2525 **ATTORNEYS FOR AURORA PUMP COMPANY, CLEAVER-BROOKS, INC., SPX CORPORATION** |
| Michael H. Bailey **BAKER, KEENER & NAHRA** 633 West Fifth Street Suite 5400 Los Angeles, CA 90071 T: (213) 241-0900 F: (213) 241-0990 **ATTORNEYS FOR JOHNSON CONTROLS, INC., YORK INTERNATIONAL CORPORATION** | Gabriel A. Jackson **JACKSON & WALLACE, LLP** 55 Francisco St., 6th Fl. San Francisco, CA 94133 T: (415) 982-6300 F: (415) 982-6700 **ATTORNEYS FOR BUFFALO PUMPS, INC.** |
| Charles W. Jenkins **POOLE & SHAFFERY** 445 S. Figueroa Street Suite 2520 Los Angeles, CA 90071 T: (213) 439-5390 F: (213) 439-0183 **ATTORNEYS FOR GARDNER DENVER, INC.** | Samuel O. Follis **HAIGHT BROWN & BONESTEEL LLP** 6080 Center Drive, Suite 800 Los Angeles, CA 90045-1574 T: 310-215-7100 F: 310-215-7300 **ATTORNEYS FOR ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST** |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | David M. Glaspy |
| | **LAW OFFICES OF GLASPY & GLASPY INC.** |
| 2 | 100 Pringle Ave., Suite 750 |
| | Walnut Creek, CA 94596 |
| 3 | T: (925) 947-1300 |
| | F: (925) 947-1594 |
| 4 | **ATTORNEYS FOR GARLOCK SEALING** |
| 5 | **TECHNOLOGIES, LLC** |

Stephen C. Klausen
**PRINDLE, DECKER & AMARO, LLP**
310 Golden Shore, Fourth Floor
Long Beach, California 90801-5511
T: (562) 436-3946
F: (562) 495-0564
**ATTORNEYS FOR ALFA LAVAL, INC**

Peter B. Langbord
**FOLEY & MANSFIELD, P.L.L.P.**
150 South Los Robles Avenue, Suite 400
Pasadena, CA 91101
T: (626) 744-9359
F: (626) 744-1702
**ATTORNEYS FOR GRISCOM RUSSELL**
**COMPANY**

Thomas J. LoSavio
**LOW, BALL & LYNCH**
1505 Montgomery Street, 7th Floor
San Francisco, CA 94111
T: (415)981-6630
F: (415)982-1634
**ATTORNEYS FOR ARMSTRONG**
**INTERNATIONAL, INC.**

Michael J. Pietrykowski
**GORDON & REES LLP**
Embarcadero Center West
275 Battery St., Ste 2000
San Francisco, CA 94111
T: (415) 986-5900
F: (415) 986-8054
**GOULDS PUMPS, INC.**
**ATTORNEYS FOR DRESSER-RAND COMPANY**
**(SII TERRY STEAM TURBINES), GOULDS**
**PUMPS INCORPORATED, INGERSOLL-RAND**
**COMPANY, LESLIE CONTROLS, INC.**

Timothy J. McCaffery
**LOMBARDI, LOPER & CONANT, L.L.P.**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
T: (510) 433-2600
F: (510) 433-2699
**ATTORNEYS FOR MECHANICAL DRIVES &**
**BELTING**

Michael T. McCall
**WALSWORTH, FRANKLIN, BEVINS &**
**MCCALL, L.L.P.**
One City Boulevard West, Fifth Floor
Orange, CA 92868
T: (714)634-2522 (Phone)
F: (714)634-0686 (Fax)
**ATTORNEYS FOR THOMAS DEE**
**ENGINEERING CO.**

Frank D. Pond
**POND NORTH, LLP**
350 S. Grand Ave.
Ste. 2850
Los Angeles, CA 90071
T: 213-617-6170
F: 213-623-3594
**ATTORNEYS FOR CBS CORPORATION**
**(WESTINGHOUSE, A VIACOM, FMC**
**CORPORATION)**

1    Mary T. McKelvey
     **CARROLL, BURDICK & MCDONOUGH LLP**
2    633 W. 5th Street, 51st Floor
     Los Angeles, California  90071
3    T: 213-833-4500
     F: 213-833-4555
4

5    Robert E. Thackston
     **HAWKINS PARNELL & THACKSTON, LLP**
6    Highland Park Place
     4514 Cole Avenue, Suite 550
7    Dallas, TX 75205
     T: (214) 780-5100
8    F: (214) 780-5200
     **ATTORNEYS FOR WARREN PUMPS, L.L.C.**
9

10   Deborah C. Prosser
     **KUTAK ROCK, LLP**
11   515 S. Figueroa Street
     Suite 1240
12   Los Angeles, CA 90071
     T: (213) 312-4000
13   F: (213) 312-4001

14
     Charles T. Sheldon
15   **SEDGWICK DETERT MORAN & ARNOLD LLP**
     One Market Plaza
16   Steuart Tower, 8th Floor
     San Francisco, CA 94105
17   T: (415) 781-7900
     F: (415) 781-2635
18   **ATTORNEYS FOR GENERAL ELECTRIC**
     **COMPANY**
19

20   Kathleen A. Waters
     **MORGAN, LEWIS & BOCKIUS, LLP**
21   300 So. Grand Ave., 22nd Fl
     Los Angeles, CA 90017
22   T: (213) 891-9100
     F: (213) 488-1178
23   **ATTORNEYS FOR YARWAY CORPORATION**

24
     Dennis M. Young
25   **FOLEY & MANSFIELD, PLLP**
     1111 Broadway, 10th Floor
26   Oakland, CA 94607
     T: (510) 590-9500
27   F: (510) 590-9595
     **ATTORNEYS FOR GARDNER DENVER**
28   **NASH, LLC**

     Kenneth B. Prindle
     **PRINDLE, DECKER & AMARO, LLP**
     310 Golden Shore, 4th Fl.
     Long Beach, CA 90801-5511
     T: (562) 436-3946
     F: (562) 495-0564
     **ATTORNEYS FOR A.W. CHESTERTON**
     **COMPANY, TRIPLE A MACHINE SHOP, INC.**

     Douglas C. Purdy
     **MORRIS, POLICH & PURDY**
     1055 West 7th Street, Suite 2400
     Los Angeles, California 90017
     T: 213-891-9100
     F: 213-488-1178
     **ATTORNEYS FOR CROWN CORK & SEAL**
     **COMPANY, INC.**

     Henry D. Rome
     **HOWARD ROME MARTIN & RIDLEY**
     1775 Woodside Rd., Ste. 200
     Redwood City, CA 94061-3436
     T: (650)-365-7715
     F: (650)-364-5297
     **ATTORNEYS FOR IMO INDUSTRIES, INC.**

     William J. Sayers
     **MCKENNA LONG & ALDRIDGE**
     444 South Flower St.,
     8th Floor
     Los Angeles, CA 90071
     T: (213) 688-1000
     F: (213) 243-6330
     **ATTORNEYS FOR METALCLAD INSULATION**
     **CORPORATION, VELAN STEAM TRAP**
     **CORPORATION, VELAN VALVE CORP.**

1

2
James G. Scadden
**GORDON & REES LLP**

3
Embarcadero Center West
275 Battery St., Ste 2000

4
San Francisco, CA 94111
T: (415) 986-5900

5
F: (415) 986-8054
**ATTORNEYS FOR FOSTER WHEELER**

6
**ENERGY CORPORATION**

7
Paul C. White
**DEHAY & ELLISTON, LLP**

8
800 West 6th Street, Suite 788
Los Angeles, CA 90017

9
T: (213) 271-2727
F: (213) 271-2730

10
**ATTORNEYS FOR LESLIE CONTROLS, INC.**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frederick J. Ufkes
**K & L GATES, LLP**
10100 Santa Monica Blvd.
Seventh Floor
Los Angeles, CA  90067
T: 310-552-5000
F: 310-552-5001
**ATTORNEYS FOR CRANE CO.**

1  IN RE:  ASBESTOS PRODUCTS LIABILITY
2  LITIGATION (NO. VI)

3
4  **INVOLVED COUNSEL LIST**
   **(Excerpted from CTO-326)**

5  Re: *Lilia Nepomuceno, et. al. v. A.W. Chesterton Company, et al.*
6  MDL No. 875 - C.D. California, C.A. No. 2:09-6092 (Judge Manuel L. Real)

7  Peter G. Angelos                          Jennifer Judin
8  LAW OFFICES OF PETER G. ANGELOS PC        DEHAY & ELLISTON LLP
   One Charles Center                        800 West 6th Street, Suite 788
   100 North Charles Street, 22nd Floor      Los Angeles, CA 90017
9  Baltimore, MD 21201

10 Janet W. Black                            Paul Kalish
   WARD BLACK PA                             CROWELL & MORING LLP
11 208 West Wendover Avenue                  1001 Pennsylvania Avenue, N.W.
   Greensboro, NC 27401-1307                 Washington, D.C. 20004-2595
12
   Jed Borghei                               Steven Kazan
13 BARON & BUDD PC                           KAZAN McCLAIN ABRAMS FERNANDEZ, et al.
   9465 Wilshire Blvd., Suite 460            171 Twelfth Street, Third Floor
14 Beverly Hills, CA 90212                   Oakland, CA 94607

15 Eric L. Brown                             Peter A. Kraus
   BARON & BUDD PC                           WATERS & KRAUS LLP
16 9465 Wilshire Blvd., Suite 460            3219 McKinney Ave., Suite 3000
   Beverly Hills, CA 90212                   Dallas, TX 75204

17 Russell W. Budd                          David C. Landin
   BARON & BUDD PC                           HUNTON & WILLIAMS
18 3102 Oaklawn Ave., Suite 1100             Riverfront Plaza, East Tower
   Dallas, TX 75219                          951 East Byrd Street
19                                           Richmond, VA 23219-4074

20 John D. Cooney                            Roger B. Lane
   COONEY & CONWAY                           LANE & GOSSETT
21 120 North LaSalle Street, Suite 3000      1601 Reynolds Street
   Chicago, IL 60602-2415                    Brunswick, GA 31520

22 Kevin M. Jordan                           Peter B. Langbord
   BAKER BOTTS LLP                           FOLEY & MANSFIELD PLLP
23 910 Louisiana                             150 South Los Robles Avenue, Suite 400
   One Shell Plaza                           Pasadena, CA 91101
24 Houston, TX 77002-4995

25 Jennie Levin                              Joseph F. Rice
   HAWKINS PARNELL & THACKSON LLP            MOTLEY RICE LLC
26 444 South Flower Street, Suite 1100       28 Bridgeside Blvd.
   Los Angeles, CA 90071                     Mount Pleasant, SC 29464

27 Lillian C. Ma                             Charles T. Sheldon
   TUCKER ELLIS & WEST LLP                   SEDGWICK DETERT MORAN & ARNOLD LLP
28 135 Main Street, Suite 700                One Market Plaza
   San Francisco, CA 94105                   Steuart Tower, 8th Floor
                                             San Francisco, CA 94105

1

2   William F. Mahoney
    SEGAL McCAMBRIDGE SINGER & MAHONEY
    LTD
3   233 South Wacker Drive, Suite 5500
    Chicago, IL 60606
4
    Robert C. Malaby
5   MALABY & BRADLEY
    150 Broadway, Suite 600
    New York, NY 10038
6
    John P. McShea
7   McSHEA TECCE PC
    Mellon Bank Center
8   1717 Arch Street, 28th Floor
    Philadelphia, PA 19103
9
    Edward R. Ulloa
10  HAWKINS PARNELL & THACKSON LLP
    444 South Flower Street, Suite 1100
11  Los Angeles, CA 90071

12
    Thomas A. Packer
13  GORDON & REES LLP
    Embarcadero Center West
    275 Battery Street, Suite 2000
14  San Francisco, CA 94111

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110


Robert E. Thackston
HAWKINS PARNELL & THACKSTON LLP
4514 Cole Ave., Suite 500
Dallas, TX 75205


Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105


Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY
PLLC
P.O. Box 22608
Jackson, MS 39225-2608


Previn A. Wick
POND NORTH LLP
350 South Grand Ave., Suite 2850
Los Angeles, CA 90071