# MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2009

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES W. STONE and ELSIE F. STONE | § § § | (State Court Case No. 37-2009-0009-7898) |
| Plaintiffs, | § § | Case No. 3:09-cv-02327 JM-JMA |
| v. | § § | Judge Jeffery T. Miller |
| ALFA LAVAL INC., et al. | § § § | |
| Defendants. | § | |

PLEADING NO. 5969

### NOTICE OF OPPOSITION TO TRANSFER

Come now plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-328) entered by the Panel on November 5, 2009.

Pursuant to Panel Rule 7.4(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer. Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

RECEIVED CLERK'S OFFICE
2009 NOV 16 P 4:14
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED NOV 17 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2009

FILED
CLERK'S OFFICE

DATED: November 13, 2009

Respectfully submitted,

By: _____

MICHAEL L. ARMITAGE, ESQ.
CA Bar No. 152740
MICHAEL B. GURIEN, ESQ.
CA Bar No. 180538
CINDY YOUNG, ESQ.
CA Bar No. 252257
CHARLES S. SIEGEL, ESQ.
TX Bar No. 18341875
WATERS KRAUS & PAUL
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
310-414-8146
310-414-8156 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Opposition to Transfer was served by facsimile and/or regular mail on this 13th day of November 2009 to all counsel of record and the CTO-328 Involved Counsel List.

_____
Charles S. Siegel

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 NOV 13 P 5:16
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2009

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

STATE OF CALIFORNIA           §
                              §
COUNTY OF LOS ANGELES         §

I, Brenda Andrews, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 222 N. Sepulveda Blvd., Suite 1900, El Segundo, California 90245. I am employed in El Segundo, Los Angeles County, California. On November 13, 2009, I served the following document(s):

### NOTICE OF OPPOSITION TO TRANSFER

in this action by placing the true and correct copies thereof enclosed in sealed envelopes addressed as stated as follows:

[XX] **(BY REGULAR MAIL)** – By placing a true copy thereof enclosed in an envelope addressed as set forth. I am readily familiar with this office's practice whereby the mail is sealed, given the appropriate postage and place in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business (CCP §§ 1012, 1013 and 1013(a).)

[ ] **(BY FAX)** – The facsimile machine used complied with California Rules of Court, Rule 2.301 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306(h), I caused the machine to print a transmission record of the transmission, a copy of which is available upon request.

### SEE ATTACHED SERVICE LISTS

[XX] **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

Executed on November 13, 2009, in El Segundo, California.

BRENDA ANDREWS, Paralegal

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 05, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-328)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,926 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 3

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                           MDL No. 875

### SCHEDULE CTO-328 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A.# | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-7599 | Sally A. Grammer, et al. v. Advocas Mines, Ltd., et al. |
| CAC | 2 | 09-7669 | Sally A. Grammer, et al. v. Advocate Mines, Ltd., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-4597 | Gayle Louie, et al. v. United States of America |
| CAN | 3 | 09-4676 | Ronnie Stanton v. General Electric Co., et al. |
| CAN | 3 | 09-4677 | Luann Loughton, et al. v. National Steel & Shipbuilding Co. |
| CAN | 3 | 09-4678 | Felton McBride v. Foster Wheeler, LLC |
| CAN | 3 | 09-4756 | Sybil O'Keefe, et al. v. General Electric Co. |
| CAN | 3 | 09-4782 | Sharon Janik, et al. v. General Electric Co., et al. |
| CAN | 3 | 09-4803 | Lloyd Hamlett v. General Electric Co. |
| CAN | 3 | 09-4818 | Frank Ricco v. Todd Shipyards Corp. |
| CAN | 3 | 09-4842 | Walter Weaver v. Todd Pacific Shipyards Corp. |
| CAN | 3 | 09-4881 | Lavern Geesa, Jr. v. General Electric Co., et al. |
| CAN | 3 | 09-5106 | Myrtes Faye Kollar, et al. v. Metalclad Insulation Corp., et al. |
| CAN | 4 | 09-4681 | Oliver Brown v. Metalclad Insulation Corp., et al. |
| CAN | 4 | 09-4929 | Edwin Ball v. Asbestos Defendants, et al. |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 09-2327 | James W. Stone, et al. v. Alfa Laval, Inc., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-739 | Joseph Selvidio, Sr., et al. v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-884 | Robert Hess, et al. v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-1094 | James Kearney v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-1242 | Edith Sposato, etc. v. Buffalo Pumps, Inc., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 09-61591 | Page Britt, etc. v. Foster Wheeler Energy Corp., et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 09-5595 | Martin L. Del Rio, etc. v. A.W. Chesterton Co., et al. |
| ILN | 1 | 09-5639 | Martin Courneya v. A.W. Chesterton Co., et al. |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 09-804 | Cecile M. Robin, et al. v. American Motorist Insurance Co., et al. |

## MDL No. 875 – Schedule CTO-328 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **MASSACHUSETTS** | | | |
| MA | 1 | 09-10382 | Roland E. Gobeil, et al. v. A.W. Chesterton Co., et al. |
| MA | 1 | 09-10384 | Ronald J. Van Riper, et al. v. A.W. Chesterton Co., et al. |
| **MAINE** | | | |
| ME | 2 | 09-489 | Thomas F. Gavin, et al. v. Metropolitan Life Insurance Co., et al. |
| ME | 2 | 09-495 | Robert L. Wszolek v. Metropolitan Life Insurance Co., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-80 | Roger Dean Keever, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-108 | Howard Jennings Froneberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-172 | Samuel Allen Horn, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-394 | Martha Buff Laney, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-396 | Kenneth Reid Tevepaugh, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-397 | George Wake Harrill, II, et al. v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | | | |
| OHN | 1 | 09-10017 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10018 | Duane Lockaby v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10019 | Alexander Daniluk v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10020 | James M. Young v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10021 | Clarence C. Hayes v. A-C Product Liability Trust, et al. |
| **OKLAHOMA WESTERN** | | | |
| OKW | 5 | 09-1016 | Carol Wilkins, etc. v. Kelly-Moore Paint Co., Inc., et al. |
| **RHODE ISLAND** | | | |
| RI | 1 | 09-4 | John A. Gedakovitz, Jr., et al. v. Buffalo Pumps, Inc., et al. |
| RI | 1 | 09-379 | Frank A. Blanchard, et al. v. Buffalo Pumps, Inc., et al. |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 09-2732 | Walter B. Carroll, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2735 | Terry Dean Chapman v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2770 | James Francis Johnson, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2772 | Richard Eugene Moore, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2812 | Jerry Wayne Johnson, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-2748 | Braxton Walter Hall v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-2771 | Jessie Mae Manning, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-2773 | Frankie Jan Queen, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2725 | Tina F. Davis, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2806 | Henry Dewain Morehead, et al. v. A.W. Chesterton Co., et al. |

Page 3 of 3

**MDL No. 875 - Schedule CTO-328 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 09-9599 | Fred J. Barilla v. American Standard, Inc., et al. |
| VAE | 2 | 09-9600 | Kenneth H. Fink v. American Standard, Inc., et al. |
| VAE | 2 | 09-9601 | Stephen M. Mackner v. American Standard, Inc., et al. |
| VAE | 2 | 09-9602 | Hollis Leo Meeks v. American Standard, Inc., et al. |
| VAE | 2 | 09-9603 | Walter M. Anderson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9604 | Lee I. Green v. American Standard, Inc., et al. |
| VAE | 2 | 09-9605 | William L. Hedrick v. American Standard, Inc., et al. |
| VAE | 2 | 09-9606 | Joseph M. Kaiser v. American Standard, Inc., et al. |
| VAE | 2 | 09-9607 | Alberts L. Nicholas v. American Standard, Inc., et al. |
| VAE | 2 | 09-9608 | William H. Monroe, Jr., etc. (Ronald Dean Flint) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9609 | Michael J. Fortune v. American Standard, Inc., et al. |
| VAE | 2 | 09-9610 | Leonard E. Rottman v. American Standard, Inc., et al. |
| VAE | 2 | 09-9611 | Charles A. Braddock v. American Standard, Inc., et al. |
| VAE | 2 | 09-9612 | Neil Dezeller v. American Standard, Inc., et al. |
| VAE | 2 | 09-9613 | Jerry W. Furtick v. American Standard, Inc., et al. |
| VAE | 2 | 09-9614 | Gary T. Hill v. American Standard, Inc., et al. |
| VAE | 2 | 09-9615 | Sam B. Houston v. American Standard, Inc., et al. |
| VAE | 2 | 09-9616 | Lawrence Magneson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9617 | Eufemio Ulibarri v. American Standard, Inc., et al. |
| VAE | 2 | 09-9618 | Dennis Horn v. American Standard, Inc., et al. |
| VAE | 2 | 09-9619 | Leonard R. Hulsey v. American Standard, Inc., et al. |
| VAE | 2 | 09-9620 | Angel Rodriguez, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9621 | Donald L. Thompson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9622 | Raymond D. Tusch v. American Standard, Inc., et al. |
| VAE | 2 | 09-9623 | William H. Monroe, Jr., etc. (Harry M. Isenhour) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9624 | William H. Monroe, Jr., etc. (John Norris Stamper, Sr.) v. American Standard, Inc., et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 09-1457 | Sieann M. Zoeger, etc. v. Saberhagen Holdings, Inc., et al. |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-328)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael L. Armitage
WATERS KRAUS &
PAUL LLP
222 N Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

Jon Barooshian
COOLEY MANION &
JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028

Kyle E. Bjornlund
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

Lawrence G. Cetrulo
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Karen Chedister
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Michael D. Chefitz
BONNER KIERNAN
TREBACH & CROCIATA
55 Pine Street
Providence, RI 02903

Demetra A. Christos
FOLEY & MANSFIELD
39 South LaSalle Street
Suite 1110
Chicago, IL 60603

Robert W. Cockren
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020

Susan J. Cole
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Frederick C. Cornish
ELDRIDGE COOPER
STEICHEN & LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard Allen Davis
CHEMELIK SITKIN & DAVIS
1500 Railroad Avenue
Bellingham, WA 98225

Mark O. Dennehy
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Timothy J. Dodd
215 Broadway
Providence, RI 02903

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

MDL No. 875 - Involved Counsel List (CTO-328) (Continued)

Glenn S. Draper
LAW OFFICES OF MATTHEW BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

Joshua L. Ellis
NEXSEN PRUET ADAMS KLEEMEIER PLLC
205 King Street
Suite 400
P.O. Box 486
Charleston, SC 29401

C. Michael Evert, Jr.
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Kent M. Fandel
GRAHAM & DUNN PC
2801 Alaskan Way
Suite 300 Pier 70
Seattle, WA 98121-1128

Felicia Y. Feng
MCKENNA LONG ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

David S. Fishback
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Matthew J. Fisher
SCHIFF HARDIN LLP
Sears Tower
233 S. Wacker Drive
Suite 6600
Chicago, IL 60606-6473

Phillip Florence, Jr.
HEDRICK EATMAN GARDNER & KINCHELOE LLP
P.O. Box 11267
Columbia, SC 29211

John A. Gardner III
HEDRICK GARDNER KINCHELOE & GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

David A. Goldman
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Mark C. Greene
BANKER LOPEZ GASSLER
501 East Kennedy
Suite 1500
Tampa, FL 33601

Brooke L. Guenot
RUMBERGER KIRK & CALDWELL
80 SW 8th Street
P.O. Box 01-9041
Miami, FL 33130-3047

Todd S. Holbrook
MORGAN LEWIS & BOCKIUS LLP
225 Franklin Street
16th Floor
Boston, MA 02110

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

David A. Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

David Aaron Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Danielle T. Jenkins
MORRISON MAHONEY LLP
10 Weybosset Street
Suite 900
Providence, RI 02903-7141

Arthur Timothy Jones
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

## MDL No. 875 - Involved Counsel List (CTO-328) (Continued)

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Theodore H. Kirchner
NORMAN HANSON &
DETROY
415 Congress Street
P.O. Box 4600 DTS
Portland, ME 04112

Jerry D. Kirksey
JERRY KIRKSEY &
ASSOCIATES
212 E 2nd Street
Edmond, OK 73034

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Brian F. Ladenburg
BERGMAN & FROCKT
614 First Avenue
4th Floor
Seattle, WA 98104

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Tanya M. Lawson
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308-3092

J. Burton Leblanc, IV
BARON & BUDD PC
9015 Bluebonnet Blvd,
Baton Rouge, LA 70810

Gary Allen Lee
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Nicole Colby Longton
MCDERMOTT WILL &
EMERY LLP
340 Madison Avenue
New York, NY 10017

Francis M. Lynch
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113

Thomas W. Lyons, III
STRAUSS FACTOR LAING &
LYONS
222 Richmond Street
Suite 208
Providence, RI 02903-2914

Edward S. MacColl
THOMPSON BULL FURLEY
BASS & MACCOLL
120 Exchange Street
P.O. Box 447
Portland, ME 04112

William P. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

James J. McKenna
MCKENNA & MCCORMICK
128 Dorrance Street
Suite 330
Providence, RI 02903

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Natalia Medina
MORGAN LEWIS & BOCKIUS
200 S. Biscayne Boulevard
Suite 5300 Wachovia Financial
Center
Miami, FL 33131-2339

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Barry N. Mesher
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St
Suite 300
Portsmouth, VA 23705

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Lisa L. Oberg
MCKENNA LONG &
ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903-1345

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

James C. Pettis
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Douglas L. Prochnow
WILDMAN HARROLD ALLEN
& DIXON LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Aaron P. Riensche
OGDEN MURPHY &
WALLACE
1601 5th Avenue
Suite 2100
Seattle, WA 98101

Samuel M. Rosamond, III
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

Peter A. Santos
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Frederick Schenk
CASEY GERRY SCHENK
FRANCAVILLA ET AL
110 Laurel Street
San Diego, CA 92101

David A. Shaw
WILLIAMS KASTNER &
GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101

Karen Lynn Silbiger
HAWKINS PARNELL &
THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin St., 15th Fl
Boston, MA 02110

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Guy Jeffrey Sternal
EISENHOWER & CARLSON
1201 Pacific Avenue
Suite 1200
Tacoma, WA 98402

Robert J. Sweeney
EARLY LUDWICK &
SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

Tobin J. Taylor
HEYL ROYSTER VOELKER &
ALLEN
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

## MDL No. 875 - Involved Counsel List (CTO-328) (Continued)

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154

Mark S. Thomas
WILLIAMS MULLEN
RBC Plaza, Suite 1700
301 Fayettville Street
P.O. Box 1000
Raleigh, NC 27601

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006

Craig R. Waksler
MCGIVNEY & KLUGER PC
72 Pine Street
1st Floor
Providence, RI 02903

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

C. Andrew Waters
WATERS KRAUS & PAUL
222 North Sepulveda Boulevard
Suite 1900
El Segundo, CA 90245

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jennifer A. Whelan
MCGIVNEY & KLUGER PC
1 State Street
Boston, MA 02109

Paul White
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Kristopher T. Wilson
LUGENBUHL WHEATON PECK RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

Karen M. Zallo
GLASSER & GLASSER PLC
580 E Main Street
Suite 600
Norfolk, VA 23510

## James W. Stone vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)
### San Diego Superior Court 37-2009-00097898-CU-AS-CTL
### W&K File No. 09-0331-
### Plaintiff's Service List

| | |
|---|---|
| **Fryer-Knowles, Inc.**<br>Bittner, Vikki<br><br>1858 Newton Avenue<br>San Diego, CA 92113<br>Tel:           Fax: | **Fryer-Knowles, Inc.**<br>CONNOR & BISHOP<br>44 Montgomery Street<br>Suite 1750<br>San Francisco, CA 94104<br>Tel: 415-434-3006     Fax: 415-434-1445 |
| **Fryer-Knowles, Inc., A Washington Corporation**<br>Bittner, Susan<br><br>205 S. Dawson Street<br>Seattle, WA 98108-2244<br>Tel:           Fax: | **Warren Pumps, LLC (sii to Quimby Pump Company, Inc.)**<br>CSC - LAWYERS INCORPORATING SERVICE<br>2730 Gateway Oaks Drive<br>Suite 100<br>Sacramento, CA 95833<br>Tel:           Fax: |
| **M. Slayen and Associates, Inc.**<br>Kannett, Mark S.<br>BECHERER, KANNETT & SCHWEITZER<br>1255 Powell Street<br>Emeryville, CA 94608-2604<br>Tel: 510-658-3600    Fax: 510-658-1151<br>CA Speed Dial 131 | **CSR, Limited (individ & sii to & alter ego to Australian Blue Asbestos Proprietary, Limited)**<br>CSR LIMITED<br>9 Help Street<br>Chatswood<br>New South Wales, – 2067<br>Tel:           Fax: |
| **Durabla Manufacturing Company**<br>Thomas, Anthony S.<br>BOWMAN AND BROOKE LLP<br>879 West 190th St., #700<br>Gardena, CA 90248<br>Tel: 310-768-3068    Fax: 310-719-1019 | **Garlock Sealing Technologies, LLC (sued individually and as sii to Garlock, Inc.)**<br>CT CORPORATION<br>111 Eighth Avenue<br>New York, NY 10011<br>Tel:           Fax: |
| **Foster Wheeler Energy Corporation**<br>**Foster Wheeler, LLC**<br>Hugo, Edward R. (Anticipated Counsel)<br>BRYDON HUGO & PARKER<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105-1812<br>Tel: 415-808-0300    Fax: 415-808-0333 | **John Crane, Inc.**<br>CT CORPORATION<br>818 West 7th Street<br>Los Angeles, CA 90017<br>Tel:           Fax: |
| **OG Supply, Inc. f/k/a Otto Gasket Company**<br>Buty, Madaline L.<br>BUTY & CURLIANO, LLP<br>555 City Center<br>555-12th Street, Suite 1280<br>Oakland, CA 94607<br>Tel: 510-267-3000    Fax: 510-267-0117<br>CA Speed Dial 141 | **Leslie Controls, Inc.**<br>Judin, Jennifer<br>DEHAY & ELLISTON, L.L.P.<br>800 West 6th St.<br>Suite 788<br>Los Angeles, CA 90017<br>Tel: 213-271-2720    Fax: 213-271-2730 |

<u>James W. Stone vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)</u>
San Diego Superior Court 37-2009-00097898-CU-AS-CTL
W&K File No. 09-0331-
Plaintiff's Service List

**CSR, Limited (Individ & sii to & alter ego to Australian Blue Asbestos Proprietary, Limited)**
Futterman, Michael (Anticipated Counsel)
FUTTERMAN & DUPREE, LLP
160 Sansome Street
17th Floor
San Francisco, CA 94104
Tel: 415-399-3840        Fax: 415-399-3838

**Garlock Sealing Technologies, LLC (sued individually and as sii to Garlock, Inc.)**
Glaspy, David M. (Anticipated Counsel)
LAW OFFICES OF GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Tel: 925-947-1300        Fax: 925-947-1594
CA Speed Dial 204

**General Refractories Company (Grefco)**
GENERAL REFRACTORIES COMPANY (GREFCO)
225 City Ave.
Suite 114
BALA CYNWYD, PA 19004-0
Tel:        Fax:

**Durabla Manufacturing Company**
Storm, Lucinda L.
LAW OFFICES OF LUCINDA STORM
810 A Third Street
San Francisco, CA 94107
Tel: 415-777-6990        Fax: 415-777-6992

**John Crane, Inc.**
Nelder, Robert L.
HASSARD BONNINGTON, LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
Tel: 415-288-9800        Fax: 415-288-9802
CA Speed Dial 135

**Plant Products & Supply Co.**
LEWIS BRISBOIS BISGAARD & SMITH, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Tel: 213-250-1800        Fax: 213-250-7900

**Warren Pumps, LLC (sii to Quimby Pump Company, Inc.)**
HAWKINS, PARNELL & THACKSTON, LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Tel: 213-486-8000        Fax: 213-486-8080

**The Goodyear Tire & Rubber Company**
Foley, Patrick J.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Tel: 213-250-1800        Fax: 213-250-7900

**IMO Industries, Inc. (Indiv. & sii to DeLaval Steam Turbine Company)**
Rome, Henry D.
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715        Fax: 650-364-5297
CA Speed Dial 08

**Armstrong International, Inc.**
Blomquist, Sonja E.
LOW, BALL & LYNCH LLP
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Tel: 415-981-6630        Fax: 415-982-1634

**Crane Co.**
Farkas, Stephen P.
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000        Fax: 310-552-5001
CA Speed Dial 118

## James W. Stone vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)

San Diego Superior Court 37-2009-00097698-CU-AS-CTL

W&K File No. 09-0331-

Plaintiff's Service List

---

**Yarway Corporation**
Duffy, Joe
MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

**Yarway Corporation**
Takagi, Tricia A.
MORGAN LEWIS & BOCKIUS, LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949-399-7000          Fax: 949-399-7001

**Plant Products & Supply Co.**
PLANT PRODUCTS & SUPPLY CO.
Edward F. Plant
3445 Riviera Dr.
San Diego, CA 92109
Tel:                       Fax:

**CBS Corporation f/k/a Viacom, Inc. successor by merger with CBS Corporation f/k/a Westinghouse Elect**
**Fraser Boiler Service, Inc.**
**Genuine Parts Company (sii to Nat'l Automotive Parts Assoc a/k/a NAPA)**
Jamison, Kevin
Pond, Frank
Ip, Daniel W.S.
POND NORTH LLP
350 S. Grand Avenue
Suite 3300
Los Angeles, CA 90071
Tel: 213-617-6170          Fax: 213-623-3594
CA Speed Dial 146

**Alfa Laval, Inc. (sii to DeLaval Separator Company)**
**Triple A Machine Shop, Inc. a/k/a Triple A South**
Klausen, Stephen C.
Milbrodt, Jeremy D.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946          Fax: 562-495-0564
CA Speed Dial 29

**Campbell Industries (indiv & successor by merger to San Diego Marine Construction Corp.)**
Prindle, Kenneth B.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946          Fax: 562-495-0564
CA Speed Dial 29

**Eaton Corporation (Ind & sii Eaton Electrical, Inc. and Cutler Hammer, Inc.)**
Baronian, Robert H.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
301 East Colorado Blvd.
Suite 618
Pasadena, CA 91101
Tel: 626-568-0834          Fax: 626-449-4568

**CSR, Limited (individ & sii to & alter ego to Australian Blue Asbestos Proprietary, Limited)**
Accardo, Frank (Anticipated Counsel)
PUGH, ACCARDO, HAAS, RADECKER, CARREY, LOEB & HYMEL, L.L.C.
1100 Poydras Street
Suite 3200
New Orleans, LA 70163
Tel: 504-799-4500          Fax: 504-799-4520

**Parker-Hannifin Corporation (sii to Sacomo-Sierra, Inc.)**
Barnes, Craig S.
SEDGWICK DETERT MORAN & ARNOLD
801 South Figueroa Street
19th Floor
Los Angeles, CA 90017
Tel: 213-426-6900          Fax: 213-426-6921
CA Speed Dial 85

**Fryer-Knowles, Inc., A Washington Corporation**
Chusid, Bruce G. (Anticipated Counsel)
SELMAN-BREITMAN, LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025-6538
Tel: 310-445-0800          Fax: 310-473-2525
CA Speed Dial 137