| | |
|---|---|
| UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION | UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br>Nov 17, 2009<br>FILED CLERK'S OFFICE |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    James W. Stone, et al. v. Alfa Laval, Inc., et al.,   )
        S.D. California, C.A. No. 3:09-2327       )    MDL No. 875

## NOTICE OF FILED OPPOSITION
## AND PUBLICATION OF BRIEFING SCHEDULE

    Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **Plaintiffs James W. Stone and Elsie F. Stone** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.

    The Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed below. An ORIGINAL and FOUR copies of all pleadings, as well as a COMPUTER GENERATED DISK of the pleading in Adobe Acrobat (PDF) format, are currently required for filing. Counsel filing oppositions in more than one action should file a single motion and brief with an attached schedule of actions. **Email or fax transmission of the motion and brief or response will not be accepted.** *See* Panel Rule 5.12(d).

    Papers must be served on the attached Involved Counsel List. Attach a copy of this list to the certificate of service. (Counsel who have subsequently made appearances in this action should be added to the certificate of service).

    All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above. The briefing schedule is set as follows:

    **Rule 5.3 Corporate Disclosure Statements Due on or Before:**    November 30, 2009

    **Motion and Brief Due on or Before:**    December 2, 2009

    **Responses Due on or Before:**    December 22, 2009

    Failure to file and serve the required motion and brief within the allotted 15 days will be considered a withdrawal of the opposition, and the stay of the conditional transfer order will be lifted.

    Counsel will be notified if/when this matter is scheduled for hearing before the Panel. Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                           MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-328)

James W. Stone, et al. v. Alfa Laval, Inc., et al., S.D. California C.A. No. 3:09-2327
(Judge Jeffrey T. Miller)

Peter G. Angelos
LAW OFFICES OF PETER
 G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael L. Armitage
WATERS KRAUS & PAUL LLP
222 N Sepulveda Blvd., Suite 1900
El Segunda, CA 90245

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-328) (Continued)**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Frederick Schenk
CASEY GERRY SCHENK
FRANCAVILLA ET AL
110 Laurel Street
San Diego, CA 92101

Karen Lynn Silbiger
HAWKINS PARNELL
 & THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Paul White
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017