MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 18 2009

FILED
CLERK'S OFFICE

PLEADING NO. 5971

THE HONORABLE EDUARDO C. ROBRENO

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

MDL No. 875—IN RE: Asbestos Products Liability Litigation (No. VI)

*Sieann M. Zoeger v. Saberhagen Holdings, Inc., et al.,*
W.D. Washington, C.A. No. 09-1457

NOTICE OF OPPOSITION TO CTO-328

I represent defendant Haskell Corporation in the above captioned action which is included on the conditional transfer order (CTO-328). Defendant submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

Dated this 13 day of November, 2009.

Sincerely,

[signature]

Frank J. Chmelik, WSBA #13969
Chmelik Sitkin & Davis P.S.
1500 Railroad Ave.
Bellingham, WA 98225
Tel: 360-671-1796 / Fax: 360-671-3781
Email: fchmelik@chmelik.com
Attorney for Haskell Corporation

RECEIVED CLERK'S OFFICE
2009 NOV 18 A 11:47
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER 328 - 1

OFFICIAL FILE COPY   IMAGED NOV 18 2009

CHMELIK SITKIN & DAVIS P.S.
ATTORNEYS AT LAW
1500 Railroad Ave, Bellingham, WA 98225
phone 360.671.1796 • fax 360.671.3781

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 18 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the ___18th___ day of November, 2009 I filed a true and correct copy of the foregoing document with the Clerk of the Panel and served counsel below by the method indicated:

| | |
|---|---|
| Glenn S. Draper<br>Brian F. Ladenburg<br>Benjamin R. Couture<br>Bergman Draper & Frockt, PLLC<br>614 First Avenue, Third Floor<br>Seattle, WA 98104<br>glenn@bergmanlegal.com<br>brian@bergmanlegal.com<br>ben@bergmanlegal.com<br>**Attorneys for Plaintiff** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/EFC |
| Melissa K. Habeck<br>Forsberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>mhabeck@forsberg-umlauf.com<br>**Attorney for AAA Washington** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/EFC |
| Guy J. Sternal<br>Eisenhower & Carlson, PLLC<br>1201 Pacific Avenue, Suite 1200<br>Tacoma, WA 98402<br>gsternal@eisenhowerlaw.com<br>**Attorney for Key Bank National Assoc.** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/EFC |
| Aaron P. Riensche<br>Robert G. Andre<br>Odgen, Murphy & Wallace, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101<br>ariensche@omwlaw.com<br>randre@omwlaw.com<br>**Attorney for Lockheed Shipbuilding** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/EFC |
| Eliot M. Harris<br>David A Shaw<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>eharris@williamskastner.com<br>dshaw@williamskastner.com<br>**Attorneys for Nestle USA, Inc.** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/EFC |

RECEIVED CLERK'S OFFICE 2009 NOV 18 A 11: JUDICIAL PANEL MULTIDISTRICT LITIGATION

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER 328 - 2

CHMELIK SITKIN & DAVIS PS
ATTORNEYS AT LAW
1500 Railroad Avenue, Bellingham, Washington 98225
phone 360.671.1796 • fax 360.671.3781

| | |
|---|---|
| Barry N. Mesher<br>Gwendolyn C. Payton<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>mesherb@lanepowell.com<br>paytong@lanepowell.com<br>**Attorneys for Premera Blue Cross and Texaco Inc.** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Jeffrey M. Thomas<br>Jeffrey I. Tilden<br>Gordon Tilden Thomas & Cordell, LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154<br>jthomas@gordontilden.com<br>jtilden@gordontilden.com<br>**Attorney for Puget Sound Energy** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Timothy K. Thorson<br>Carney Badley Spellman, PS<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>thorson@carneylaw.com<br>**Attorney for Saberhagen Holdings, Inc.** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Kevin C. Baumgardner<br>Corr Cronin Michelson Baumgardner<br>& Preece, LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>kbaumgardner@corrcronin.com<br>**Attorney for Sequoia Ventures, Inc.** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Gene Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue, Suite 2900<br>Seattle, WA 98101<br>gbarton@karrtuttle.com<br>**Attorney for Todd Shipyard Corporation and Todd Pacific Shipyard Corporation** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Jeffrey Wolf<br>Williams Kastner & Gibbs<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>jwolf@williamskastner.com<br>**Attorney for CBS Corporation, General Electric Company** | [X] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER 328 - 3

CHMELIK SITKIN & DAVIS PS
ATTORNEYS AT LAW
1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796 · fax 360.671.3781

*signature*

Jeanne La Plante
Legal Assistant to Frank J. Chmelik

F:\CLIENTS A-H\HASKell Corporation\Zeeger Claims\JUDICAL PANEL MDLITIGATION\Pleadings\Notice of Opposition_11-12-08(HMS).doc

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER 328 - 4

**CHMELIK SITKIN & DAVIS** P.S.
ATTORNEYS AT LAW

1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796 • fax 360.671.3781