UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**Nov 18, 2009**

**FILED**
**CLERK'S OFFICE**

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

Sieann M. Zoeger, etc. v. Saberhagen Holdings, Inc., et al.,  )
          W.D. Washington, C.A. No. 2:09-1457                    )          MDL No. 875

## NOTICE OF FILED OPPOSITION
## AND PUBLICATION OF BRIEFING SCHEDULE

Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **Defendant Haskell Corp.** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings.  In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.

The Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed below.  An ORIGINAL and FOUR copies of all pleadings, as well as a COMPUTER GENERATED DISK of the pleading in Adobe Acrobat (PDF) format, are currently required for filing.  Counsel filing oppositions in more than one action should file a single motion and brief with an attached schedule of actions. **Email or fax transmission of the motion and brief or response will not be accepted.**  *See* Panel Rule 5.12(d).

Papers must be served on the attached Involved Counsel List.  Attach a copy of this list to the certificate of service.  (Counsel who have subsequently made appearances in this action should be added to the certificate of service).

All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above.  The briefing schedule is set as follows:

**Rule 5.3 Corporate Disclosure Statements Due on or Before:**   November 30, 2009

**Motion and Brief Due on or Before:**          December 3, 2009

**Responses Due on or Before:**                 December 23, 2009

Failure to file and serve the required motion and brief within the allotted 15 days will be considered a withdrawal of the opposition, and the stay of the conditional transfer order will be lifted.

Counsel will be notified if/when this matter is scheduled for hearing before the Panel.  Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

### INVOLVED COUNSEL LIST (Excerpted from CTO-328)

Sieann M. Zoeger, etc. v. Saberhagen Holdings, Inc., et al., W.D. Washington,
C.A. No. 2:09-1457  (Judge Richard A. Jones)

Peter G. Angelos
LAW OFFICES OF PETER G
  ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Frank J. Chmelik
CHMELIK SITKIN & DAVIS PS
1500 Railroad Avenue
Bellingham, WA 98225

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Glenn S. Draper
LAW OFFICES OF MATTHEW
  BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

Kent M. Fandel
GRAHAM & DUNN PC
2801 Alaskan Way
Suite 300 Pier 70
Seattle, WA 98121-1128

Melissa K. Habeck
FORSBERG & UMLAUF
901 5th Avenue
Suite 1400
Seattle, WA 98164-1039

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
  FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Brian F. Ladenburg
BERGMAN & FROCKT
614 First Avenue
4th Floor
Seattle, WA 98104

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-328) (Continued)**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
   MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Barry N. Mesher
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Aaron P. Riensche
OGDEN MURPHY & WALLACE
1601 5th Avenue
Suite 2100
Seattle, WA 98101

David A. Shaw
WILLIAMS KASTNER & GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101

Guy Jeffrey Sternal
EISENHOWER & CARLSON
1201 Pacific Avenue
Suite 1200
Tacoma, WA 98402

Jeffrey M. Thomas
GORDON TILDEN THOMAS &
   CORDELL LLP
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
   TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608