MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2009

FILED
CLERK'S OFFICE

**THE HONORABLE EDUARDO C. ROBRENO**

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| SIEANN M. ZOEGER, Individually and as Personal Representative of the Estate of RICHARD J. ZOEGER,<br>Plaintiff,<br>vs.<br>SABERHAGEN HOLDINGS, INC., as Successor to TACOMA ASBESTOS COMPANY and THE BROWER COMPANY, et al.,<br>Defendants. | MDL DOCKET No. 875<br><br>U.S.D.C. No. C09-1457 RAJ<br><br>DEFENDANT HASKELL CORPORATION'S RULE 5.3 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Haskell Corporation, by and through its counsel of record, hereby states as follows:

1) There is no parent corporation of Haskell Corporation; and

2) There is no publicly held corporation owning 10% or more of Haskell Corporation's stock.

Haskell Corporation reserves the right to, and will, supplement this disclosure statement in accordance with Rule 5.3(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
NOV 13 P 1:
RECEIVED CLERK'S OFFICE

DEFENDANT HASKELL CORPORATION'S
RULE 5.3 CORPORATE DISCLOSURE
STATEMENT - 1

CHMELIK SITKIN & DAVIS PS
ATTORNEYS AT LAW
1500 Railroad Avenue, Bellingham, Washington 98225
phone 360.671.1796 • fax 360.671.3781

IMAGED NOV 19 2009

DATED this 12th day of November, 2009.

FRANK J. CHMELIK, WSBA #13969
Chmelik Sitkin & Davis P.S.
1500 Railroad Avenue
Bellingham, WA 98225
Telephone: (360) 671-1796
Facsimile: (360) 671-3781
Email: fchmelik@chmelik.com

## CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 12th day of November, 2009 I filed a true and correct copy of the foregoing document with the Clerk of the Panel and served counsel below by the method indicated:

Glenn S. Draper
Brian F. Ladenburg
Benjamin R. Couture
Bergman Draper & Frockt, PLLC
614 First Avenue, Third Floor
Seattle, WA 98104
glenn@bergmanlegal.com
brian@bergmanlegal.com
ben@bergmanlegal.com
**Attorneys for Plaintiff**

[X] U.S. Mail
[ ] Messenger
[X] Email
[ ] CM/EFC

Melissa K. Habeck
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
mhabeck@forsberg-umlauf.com
**Attorney for AAA Washington**

[X] U.S. Mail
[ ] Messenger
[X] Email
[ ] CM/EFC

Guy J. Sternal
Eisenhower & Carlson, PLLC
1201 Pacific Avenue, Suite 1200
Tacoma, WA 98402
gsternal@eisenhowerlaw.com
**Attorney for Key Bank National Assoc.**

[X] U.S. Mail
[ ] Messenger
[X] Email
[ ] CM/EFC

DEFENDANT HASKELL CORPORATION'S
RULE 5.3 CORPORATE DISCLOSURE
STATEMENT - 2

CHMELIK SITKIN & DAVIS P.S.
ATTORNEYS AT LAW
1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796 • fax 360.671.3781

| | | |
|---|---|---|
| 1 | | |
| 2 | Aaron P. Riensche<br>Robert G. Andre | [X] U.S. Mail<br>[ ] Messenger |
| 3 | Odgen, Murphy & Wallace, PLLC<br>1601 Fifth Avenue, Suite 2100 | [X] Email<br>[ ] CM/EFC |
| 4 | Seattle, WA 98101<br>ariensche@omwlaw.com | |
| 5 | randre@omwlaw.com<br>**Attorney for Lockheed Shipbuilding** | |
| 6 | | |
| | Eliot M. Harris | [X] U.S. Mail |
| 7 | David A Shaw<br>Williams, Kastner & Gibbs PLLC | [ ] Messenger<br>[X] Email |
| 8 | 601 Union Street, Suite 4100<br>Seattle, WA 98101 | [ ] CM/EFC |
| 9 | eharris@williamskastner.com<br>dshaw@williamskastner.com | |
| 10 | **Attorneys for Nestle USA, Inc.** | |
| 11 | Barry N. Mesher | |
| | Gwendolyn C. Payton | [X] U.S. Mail |
| 12 | Lane Powell, PC<br>1420 Fifth Avenue, Suite 4100 | [ ] Messenger<br>[X] Email |
| 13 | Seattle, WA 98101<br>mesherb@lanepowell.com | [ ] CM/ECF |
| 14 | paytong@lanepowell.com | |
| 15 | **Attorneys for Premera Blue Cross and<br>Texaco Inc.** | |
| 16 | Jeffrey M. Thomas | |
| 17 | Jeffrey I. Tilden<br>Gordon Tilden Thomas & Cordell, LLP | [X] U.S. Mail<br>[ ] Messenger |
| 18 | 1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154 | [X] Email<br>[ ] CM/ECF |
| 19 | jthomas@gordontilden.com<br>jtilden@gordontilden.com | |
| 20 | **Attorney for Puget Sound Energy** | |
| 21 | Timothy K. Thorson<br>Carney Badley Spellman, PS | [X] U.S. Mail<br>[ ] Messenger |
| 22 | 701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104 | [X] Email<br>[ ] CM/ECF |
| 23 | thorson@carneylaw.com<br>**Attorney for Saberhagen Holdings, Inc.** | |
| 24 | | |
| 25 | | |

DEFENDANT HASKELL CORPORATION'S
RULE 5.3 CORPORATE DISCLOSURE
STATEMENT - 3

CHMELIK SITKIN & DAVIS PS
ATTORNEYS AT LAW
1500 Railroad Avenue, Bellingham, Washington 98225
phone 360.671.1796 · fax 360.671.3781

1
2  Kevin C. Baumgardner                                    [X] U.S. Mail
   Corr Cronin Michelson Baumgardner                       [ ] Messenger
3   & Preece, LLP                                          [X] Email
   1001 Fourth Avenue, Suite 3900                          [ ] CM/ECF
4  Seattle, WA 98154
   kbaumgardner@corrcronin.com
5  **Attorney for Sequoia Ventures, Inc.**

6  Gene Barton                                             [X] U.S. Mail
   Karr Tuttle Campbell                                    [ ] Messenger
7  1201 Third Avenue, Suite 2900                           [X] Email
   Seattle, WA 98101                                       [ ] CM/ECF
8  gbarton@karrtuttle.com
   **Attorney for Todd Shipyard Corporation and**
9  **Todd Pacific Shipyard Corporation**

10 Jeffrey Wolf                                            [X] U.S. Mail
   Williams Kastner & Gibbs                                [ ] Messenger
11 601 Union Street, Suite 4100                            [X] Email
   Seattle, WA 98101                                       [ ] CM/ECF
12 jwolf@williamskastner.com
   **Attorney for CBS Corporation, General**
13 **Electric Company**

14

15                                            _Jeanne La Plante_
16                                            Jeanne La Plante
                                              Legal Assistant to Frank J. Chmelik
17
   F:\CLIENTS\A-H\Haskell Corporation\2009\Claim\JUDICIAL PANEL MULTIDISTRICT\Pleadings\Corporate Disclosure Statement 11-05-09.doc
18

19

20

21

22

23

24

25

DEFENDANT HASKELL CORPORATION'S              **CHMELIK SITKIN & DAVIS** P.S.
RULE 5.3 CORPORATE DISCLOSURE                      ATTORNEYS AT LAW
STATEMENT - 4                                1500 Railroad Avenue Bellingham, Washington 98225
                                             phone 360.671.1796 • fax 360.671.3781