# Brayton✦Purcell LLP



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 23 2009

FILED
CLERK'S OFFICE

TRIAL LAWYERS

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

*ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

November 20, 2009

**VIA FACSIMILE (202) 502-2888**

Jeffery N. Luthi
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re: Notice of Opposition - Conditional Transfer Order 328
Civil Action No. CAN 4 09-4929 Edwin Ball v. Asbestos Defs., et al.

Dear Mr. Luthi:

Please take notice that the Plaintiff, Edwin Ball, opposes transfer of civil action number CAN 4 09-4929 to docket number 875, as proposed in conditional transfer order number 328.

Very truly yours,

Richard M. Grant

RMG:jae

K:\Injured\109692\Fed\ltr-ntc of Opp CTO 328.wpd

**OFFICIAL FILE COPY**   IMAGED NOV 23 2009

Edwin Ball v. Asbestos Defendants, et al
U.S.D.C. CAN 4 09-4929 EMC

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 23 2009

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On November 20, 2009, I served the attached:

**LETTER NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 328**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LISTS**

__XXX__   BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **NOVEMBER 20, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD                1

RECEIVED
CLERK'S OFFICE
2009 NOV 20 P 12:31
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Date Created: 11/18/2009-4:03:09 PM                           Run By   Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 109692.001 - Edwin Ball

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
Defendants:
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
Defendants:
  Berry & Berry (B&B)

**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
310-576-2100   310-576-2200 (fax)
Defendants:
  McDonnell Douglas Corporation (MCDONL)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
Defendants:
  Goodyear Tire & Rubber Company, The (GOODYR)
  Meggitt Aircraft Braking Systems Corporation (fka Aircraft Braking Systems Corporation) (ABS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
Defendants:
  Garlock Sealing Technologies, LLC (GARLCK)
  Goodrich Corporation (BFGOOD)
  Rohr, Inc. (ROHR)

**Mendes & Mount**
445 S. Figueroa Street
38th Floor
Los Angeles, CA 90071
213-955-7700   213-955-7722 (fax)
Defendants:
  Curtiss-Wright Corporation (CURTWR)

**Perkins Coie LLP**
1888 Century Park E
Suite 1700
Los Angeles, CA 90067-1721
310-788-9900   310-788-3399 (fax)
Defendants:
  Boeing Company, The (BOEING)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
Defendants:
  Honeywell International, Inc. (HONEYW)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
Defendants:
  General Electric Company (GE)

**Tucker Ellis & West LLP**
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
213-430-3400   213-430-3409 (fax)
Defendants:
  United Technologies Corporation (UNTECH)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
Defendants:
  United Technologies Corporation (UNTECH)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
Defendants:
  Thomas Dee Engineering Co., Inc. (DEE)

1

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                       MDL No. 875

## INVOLVED COUNSEL LIST (CTO-328)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael L. Armitage
WATERS KRAUS &
PAUL LLP
222 N Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

Jon Barooshian
COOLEY MANION &
JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028

Kyle E. Bjornlund
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

Lawrence G. Cetrulo
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Karen Chedister
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Michael D. Chefitz
BONNER KIERNAN
TREBACH & CROCIATA
55 Pine Street
Providence, RI 02903

Demetra A. Christos
FOLEY & MANSFIELD
39 South LasSalle Street
Suite 1110
Chicago, IL 60603

Robert W. Cockren
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020

Susan J. Cole
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Frederick C. Cornish
ELDRIDGE COOPER
STEICHEN & LEACH PLLC
P.O. Box 3516
Tulsa, OK 74101-3566

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard Allen Davis
CHEMELIK SITKIN & DAVIS
1500 Railroad Avenue
Bellingham, WA 98225

Mark O. Denehy
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Timothy J. Dodd
215 Broadway
Providence, RI 02903

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

## MDL No. 875 - Involved Counsel List (CTO-328) (Continued)

Glenn S. Draper
LAW OFFICES OF MATTHEW BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

Joshua L. Ellis
NEXSEN PRUET ADAMS KLEEMEIER PLLC
205 King Street
Suite 400
P.O. Box 486
Charleston, SC 29401

C. Michael Evert, Jr.
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Kent M. Fandel
GRAHAM & DUNN PC
2801 Alaskan Way
Suite 300 Pier 70
Seattle, WA 98121-1128

Felicia Y. Feng
MCKENNA LONG ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

David S. Fishback
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Matthew J. Fisher
SCHIFF HARDIN LLP
Sears Tower
233 S. Wacker Drive
Suite 6600
Chicago, IL 60606-6473

Phillip Florence, Jr.
HEDRICK EATMAN GARDNER & KINCHELOE LLP
P.O. Box 11267
Columbia, SC 29211

John A. Gardner III
HEDRICK GARDNER KINCHELOE & GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

David A. Goldman
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Mark C. Greene
BANKER LOPEZ GASSLER
501 East Kennedy
Suite 1500
Tampa, FL 33601

Brooke L. Guenot
RUMBERGER KIRK & CALDWELL
80 SW 8th Street
P.O. Box 01-9041
Miami, FL 33130-3047

Todd S. Holbrook
MORGAN LEWIS & BOCKIUS LLP
225 Franklin Street
16th Floor
Boston, MA 02110

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

David A. Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

David Aaron Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd
Suite 700
Miami, FL 33146

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Danielle T. Jenkins
MORRISON MAHONEY LLP
10 Weybosset Street
Suite 900
Providence, RI 02903-714:

Arthur Timothy Jones
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

## MDL No. 875 - Involved Counsel List (CTO-328) (Continued)

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Theodore H. Kirchner
NORMAN HANSON &
DETROY
415 Congress Street
P.O. Box 4600 DTS
Portland, ME 04112

Jerry D. Kirksey
JERRY KIRKSEY &
ASSOCIATES
212 E 2nd Street
Edmond, OK 73034

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Brian F. Ladenburg
BERGMAN & FROCKT
614 First Avenue
4th Floor
Seattle, WA 98104

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Tanya M. Lawson
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308-3092

J. Burton Leblanc, IV
BARON & BUDD PC
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810

Gary Allen Lee
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Nicole Colby Longton
MCDERMOTT WILL &
EMERY LLP
340 Madison Avenue
New York, NY 10017

Francis M. Lynch
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113

Thomas W. Lyons, III
STRAUSS FACTOR LAING &
LYONS
222 Richmond Street
Suite 208
Providence, RI 02903-2914

Edward S. MacColl
THOMPSON BULL FURLEY
BASS & MACCOLL
120 Exchange Street
P.O. Box 447
Portland, ME 04112

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

James J. McKenna
MCKENNA & MCCORMICK
128 Dorrance Street
Suite 330
Providence, RI 02903

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Natalia Medina
MORGAN LEWIS & BOCKIUS
200 S. Biscayne Boulevard
Suite 5300 Wachovia Financial
Center
Miami, FL 33131-2339

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

# MDL No. 875 - Involved Counsel List (CTO-328) (Continued)

Barry N. Mesher
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St
Suite 300
Portsmouth, VA 23705

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Lisa L. Oberg
MCKENNA LONG &
ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903-1345

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

James C. Pettis
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Douglas L. Prochnow
WILDMAN HARROLD ALLEN
& DIXON LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Aaron P. Riensche
OGDEN MURPHY &
WALLACE
1601 5th Avenue
Suite 2100
Seattle, WA 98101

Samuel M. Rosamond, III
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

Peter A. Santos
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Frederick Schenk
CASEY GERRY SCHENK
FRANCAVILLA ET AL
110 Laurel Street
San Diego, CA 92101

David A. Shaw
WILLIAMS KASTNER &
GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101

Karen Lynn Silbiger
HAWKINS PARNELL &
THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin St., 15th Fl
Boston, MA 02110

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Guy Jeffrey Sternal
EISENHOWER & CARLSON
1201 Pacific Avenue
Suite 1200
Tacoma, WA 98402

Robert J. Sweeney
EARLY LUDWICK &
SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

Tobin J. Taylor
HEYL ROYSTER VOELKER &
ALLEN
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

## MDL No. 875 - Involved Counsel List (CTO-328) (Continued)

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154

Mark S. Thomas
WILLIAMS MULLEN
RBC Plaza, Suite 1700
301 Fayettville Street
P.O. Box 1000
Raleigh, NC 27601

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006

Craig R. Waksler
MCGIVNEY & KLUGER PC
72 Pine Street
1st Floor
Providence, RI 02903

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

C. Andrew Waters
WATERS KRAUS & PAUL
222 North Sepulveda Boulevard
Suite 1900
El Segundo, CA 90245

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jennifer A. Whelan
MCGIVNEY & KLUGER PC
1 State Street
Boston, MA 02109

Paul White
DEHAY & ELLISTON LLP
800 West 6th Street
Suite 788
Los Angeles, CA 90017

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Kristopher T. Wilson
LUGENBUHL WHEATON PECK RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

Karen M. Zello
GLASSER & GLASSER PLC
580 E Main Street
Suite 600
Norfolk, VA 23510