UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**Nov 24, 2009**

**FILED
CLERK'S OFFICE**

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-329)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,926 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                          MDL No. 875

## SCHEDULE CTO-329 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|

**CALIFORNIA CENTRAL**
| | | | |
|-------|------|--------|--------------|
| CAC | 2 | 09-7932 | Michael Langlois, et al. v. A.W. Chesterton Co., Inc., et al. |
| CAC | 2 | 09-7986 | Lawrence Boman, et al. v. Alfa Laval, Inc., et al. |
| CAC | 2 | 09-8261 | Fred Godbolt, Jr. v. A.W. Chesterton Co., et al. |

**CALIFORNIA NORTHERN**
| | | | |
|-------|------|--------|--------------|
| CAN | 3 | 09-5309 | Ardys Kasabian, et al. v. Kaiser Ventures LLC, et al. |
| CAN | 4 | 09-5140 | Ante Antolos v. Rockwell Automation, Inc., et al. |

**FLORIDA SOUTHERN**
| | | | |
|-------|------|--------|--------------|
| FLS | 9 | 09-81881 | William Hays, et al. v. Foster Wheeler Energy Corp., et al. |

**ILLINOIS NORTHERN**
| | | | |
|-------|------|--------|--------------|
| ILN | 1 | 09-6365 | Kathleen Gebhardt, etc. v. A.W. Chesterton Co., et al. |

**ILLINOIS SOUTHERN**
| | | | |
|-------|------|--------|--------------|
| ILS | 3 | 09-773 | Robert Gragg v. Alfa Laval, Inc., et al. |

**MASSACHUSETTS**
| | | | |
|-------|------|--------|--------------|
| MA | 1 | 09-10475 | Tricia Jean Murphy, et al. v. Rapid-American Corp., et al. |

**MAINE**
| | | | |
|-------|------|--------|--------------|
| ME | 2 | 09-568 | Fernand Bolduc, et al. v. Metropolitan Life Insurance Co., et al. |

**NORTH CAROLINA EASTERN**
| | | | |
|-------|------|--------|--------------|
| NCE | 5 | 09-452 | Terri Lynn Nicholas, etc. v. Anchor Packing Co., et al. |
| NCE | 5 | 09-454 | Trudie Tyson Winstead, etc. v. Anchor Packing Co., et al. |
| NCE | 5 | 09-456 | Lou Dove Herndon, etc. v. Anchor Packing Co., et al. |

**NORTH CAROLINA MIDDLE**
| | | | |
|-------|------|--------|--------------|
| NCM | 1 | 09-836 | James Edward Abernathy, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-875 | Eddie Smith, et al. v. A.W. Chesterton Co., et al. |

**MDL No. 875 - Schedule CTO-329 Tag-Along Actions (Continued)**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|-----------|----------|------------|------------------|

**NORTH CAROLINA WESTERN**

| | | | |
|-----------|----------|------------|------------------|
| NCW | 1 | 09-402 | Dennis Joe Bumgardner, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-403 | Maurice Alan Sanderson, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-404 | Charles Roger Stafford, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-408 | James Paul Reece, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-410 | Jerry Donald Sloan, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-412 | Maynard Ervin Humphries, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-415 | Joseph Gerald McClain, et al. v. A.W. Chesterton Co., et al. |

**NEW JERSEY**

| | | | |
|-----------|----------|------------|------------------|
| NJ | 2 | 09-5353 | Francisco Jimenez Egea v. American Standard Inc., et al. |
| NJ | 2 | 09-5497 | Alyce A. Damiani, etc. v. Foster Wheeler LLC, et al. |
| NJ | 3 | 09-5255 | Michael Tanier, etc. v. Owens Illinois, Inc., et al. |

**NEW YORK SOUTHERN**

| | | | |
|-----------|----------|------------|------------------|
| NYS | 1 | 09-7494 | Kenneth Robert Morrill, et al. v. Advance Auto Parts, Inc., et al. |
| NYS | 1 | 09-7496 | Elizabeth J. Coons, etc. v. A.O. Water Smith Products, et al. |

**OHIO NORTHERN**

| | | | |
|-----------|----------|------------|------------------|
| OHN | 1 | 09-10022 | Stephen Weidman v. A-C Product Liability Trust, et al. |

**SOUTH CAROLINA**

| | | | |
|-----------|----------|------------|------------------|
| SC | 0 | 09-2861 | Timothy Mark Davis, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2895 | Devan Claude Hoke, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2897 | Thomas Glenn Self, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 6 | 09-3009 | William Allen Mobley, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-3007 | Marvin Eugene Elledge, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2862 | Michael Dwayne Smith, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2921 | Chris Allen Schronce, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2923 | Roy Neal Smith, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2925 | Wayne Alan Woods, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2935 | Teresa R. Dummeyer, etc. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2936 | Johnny Dedrick Wald v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2943 | Walter Furman Whitmire, et al. v. A.W. Chesterton Co., et al. |

**TENNESSEE MIDDLE**

| | | | |
|-----------|----------|------------|------------------|
| TNM | 3 | 09-1104 | Tammy Barnes, etc. v. A.W. Chesterton Co., et al. |

**VIRGINIA EASTERN**

| | | | |
|-----------|----------|------------|------------------|
| VAE | 4 | 09-3268 | Charles King v. Amchem Products, Inc., et al. |