**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 3 0 2009

FILED
CLERK'S OFFICE

UNITED STATE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

To: Unites States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E. Room G-255
Washington, D.C. 20002

This form must be returned to
the Judicial Panel no later than
(Noon Eastern Time) December
9, 2009
Panel Fax No. 202-502-2888

MDL No. 875 IN RE: **Asbestos Product Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant - - attach list if necessary)**

Babbitt Steam Specialty Co.

**SHORT CASE CAPTION(s) (include District(s), Civil Action No.(s) - - attach list if necessary):**

Franciso Jimenez Egea v. American Standard Inc., et. als.
Civil Action No. 2:09-cv-05353-PGS-ES

*****************************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

November 24, 2009
Date

Signature of Attorney or Designee

**Name and address of Designated Attorney**
Kevin E. Hoffman, Esq.
Kent & McBride, P.C.
555 Route One South
Suite 440
Iselin, New Jersey 08830

Telephone No. 732-326-1711    Fax No. 732-326-1830

Email address: Khoffman@kentmcbride.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILLING
A certificate of service will be required if the appearance is received after the due date printed above.

JPML Form 18

PLEADING NO. 5983

OFFICIAL FILE COPY IMAGED NOV 3 0 2009