JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

NOV 3 0 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO**: United States Judicial Panel
  on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)** December 9, 2009
**Panel Fax No.**: (202) 502-2888

MDL No. 875 -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant, Strahman Valves, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s). -- attach list if necessary):**

Francisco Jimenez Egea v. American Standard, Inc., et als · United Stated District Court of New Jersey – Civil Action No. : 2: 09-cv-05353-PGS-ES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

November 24, 2009
_____
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

  Nicea J. D'Annunzio, Esq.
  Hardin, Kundla, McKeon & Poletto
  673 Morris Avenue
  Springfield, NJ 07081

Telephone No.: 973-912-5222                Fax No.: 973-912-9212

Email Address: ndannunzio@hkmpp.com

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 NOV 25  A 7:00

RECEIVED
CLERK'S OFFICE

### ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**     IMAGED NOV 3 0 2009

PLEADING NO. 5984