**MDL 875**

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 30 2009

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   December 9, 2009
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Honeywell International Inc., f/k/a AlliedSignal Inc. as successor-in-interest to the Bendix Corporation

PLEADING NO. 5985

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Southern District of NY
Kenneth Robert Morrill, et al. v. Advance Auto Parts, et al.   NYS 1 09-7494

EL-3. J. Coons, Jr. v. A.O. Smith Products, et al.   NYS 1 09-7496

*************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

Nov. 24, 2009                    Donald Pugliese
Date                             Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Donald Pugliese
McDermott Will & Emery
340 Madison
New York, NY

Telephone No.: 212.547.5424    Fax No.: 212 547.5444

Email Address: dpugliese@mwe.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

**OFFICIAL FILE COPY**     JPML Form 18
IMAGED NOV 30 2009