MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 1 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

TO:  United States Judicial Panel
     on Multidistrict Litigation
     Thurgood Marshall Federal Judiciary Bldg.
     One Columbus Circle, N.E., Room G-255
     Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   December 9, 2009
Panel Fax No.: (202) 502-2888

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):

DEFENDANT: UNIROYAL HOLDING, INC.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).--attach list if necessary):

**Plaintiff:**                                         Charles King
Charles King v. Amchem Products, Inc., et al.
**Transferor Jurisdiction:**                           Virginia
**Transferor Cause No.:**                              4:09-cv-03268
**MDL 875 Cause No.:**                                 Not Yet Assigned

PLEADING NO. 5987

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____11/30/09_____                                _____[signature]_____
Date                                              Signature of Attorney or Designee

Name and Address of Designated Attorney:

George J. Dancigers, Esq. (VSB # 16077)
McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA 23462

Telephone No.: (757) 461-2500          Fax No.: (757) 461-2341

Email Address: gjdancigers@va-law.org

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

OFFICIAL FILE COPY                                IMAGED DEC - 1 2009