**waterskraus**

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2009

FILED
CLERK'S OFFICE

November 30, 2009

PARTNERS
C. Andrew Waters (CA, DC, NE, TX)
Peter A. Kraus (TX, VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY, TX)
Michael L. Armitage (CA, LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TX, TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Michelle Whitman (TX)
Kyla Gail Cole (TX)
John S. Janofsky (PA, DC)
Michael B. Gurien (CA)
Scott L. Frost (CA, GA, IL, KY, TX)

ASSOCIATES
Greg W. Lisemby (TX)
Loren Jacobson (NY, YX)
Joy Sparling (IL)
Kevin M. Loew (CA)
Julie L. Calum (TX)
Dimitri N. Nichols (CA)
Banna Ashrafi (CA)
Mark Bratt (CA)
Demetrios T. Zacharopoulos (MO)
Jacqueline G. Badders (MD)
Susannah B. Chester (TX)
Jillian M. Rice (CA)
Cindy Young (CA)
Brent Zadorozny (CA)
Melanie J. Garner (DC, MD, NJ, NY)
Gibbs C. Henderson (TX)
Tae Kim (CA)
Carrie B. Waters (TX)
Laurel Halbany (CA)
Sundeep Patel (CA)
Robert S. Brown (CA)
Katherine Harvey-Lee (CA)
Mark Linder (TX)
Ari Friedman (CA)
Katharine N. Williams (CA, TX)
Jason Marks (CA)

OF COUNSEL
Kevin E. Oliver (TX)
William Galerston (IL, TX)
Randall L. Iola (IL, OK, TX)
George G. Tankard III (DC, MA, MD, PA, TX)
Ingrid Evans (CA, DC, NY)

<u>VIA FACSIMILE: 202-502-2888</u>

Mr. Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL Docket 875 (CTO-328)
IN RE: Asbestos Products Liability Litigation (No. VI)
United States Judicial Panel on Multidistrict Litigation
*Transferred from:*
Civil Action No. 3:09-cv-02327-JM-JMA
*James W. Stone, et al. vs. Alfa Laval, Inc., et al.;*
In the U.S. District Court of California, Southern District

PLEADING NO. 5988

Dear Mr. Lüthi:

Plaintiffs hereby withdraw their notice of opposition to the conditional transfer order entered in the above-referenced case. Should you have any questions, please do not hesitate to contact me in our Dallas office at 1-800-226-9880.

Sincerely,

WATERS & KRAUS, LLP

Charles S. Siegel

Attachment(s)

cc: All Known Counsel of Record (*via facsimile or regular mail* – see attached list)

MDL-875 LIFT STAY / ACT
RECOMMENDED ACTION

Approved/Date: JR 1/Dec09

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS
DALLAS: 3219 McKINNEY AVENUE DALLAS, TEXAS 75204 TEL 214 357 6244 FAX 214 357 7252
BALTIMORE: 315 NORTH CHARLES STREET BALTIMORE, MARYLAND 21201 TEL 410 528 1153 FAX 410 528 1006
SAN FRANCISCO: 601 VAN NESS AVENUE SUITE 2080 SAN FRANCISCO, CALIFORNIA 94102 TEL 800 226 9880 FAX 214 777 0470
LOS ANGELES: 222 NORTH SEPULVEDA BOULEVARD SUITE 1900 EL SEGUNDO, CALIFORNIA 90245 TEL 310 414 8146 FAX 310 414 8156

**OFFICIAL FILE COPY**

IMAGED DEC - 2 2009

RECEIVED CLERK'S OFFICE 2009 NOV 30 P 5:39 JUDICIAL PANEL MULTIDISTRICT LITIGATION

James W. Stone vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

San Diego Superior Court 37-2009-00097898-CU-AS-CTL

DEC - 2 2009

W&K File No. 09-0331-

Plaintiff's Service List

FILED
CLERK'S OFFICE

M. Slayen and Associates, Inc.
Kannett, Mark S.
BECHERER, KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608-2604
Tel: 510-658-3600   Fax: 510-658-1151
CA Speed Dial 131

General Refractories Company (Grefco)
GENERAL REFRACTORIES COMPANY (GREFCO)
225 City Ave.
Suite 114
BALA CYNWYD, PA 19004-0
Tel:   Fax:

Durabla Manufacturing Company
Thomas, Anthony S.
BOWMAN AND BROOKE LLP
879 West 190th St., #700
Gardena, CA 90248
Tel: 310-768-3068   Fax: 310-719-1019

John Crane, Inc.
Nelder, Robert L.
HASSARD BONNINGTON, LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
Tel: 415-288-9800   Fax: 415-288-9802
CA Speed Dial 136

Foster Wheeler Energy Corporation
Foster Wheeler, LLC
Hugo, Edward R. (Anticipated Counsel)
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105-1812
Tel: 415-808-0300   Fax: 415-808-0333

Warren Pumps, LLC (sii to Quimby Pump Company, Inc.)
HAWKINS, PARNELL & THACKSTON, LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Tel: 213-486-8000   Fax: 213-486-8080

OG Supply, Inc. f/k/a Otto Gasket Company
Buty, Madeline L.
BUTY & CURLIANO, LLP
555 City Center
555-12th Street, Suite 1280
Oakland, CA 94607
Tel: 510-267-3000   Fax: 510-267-0117
CA Speed Dial 141

IMO Industries, Inc. (indiv. & sii to DeLaval Steam Turbine Company)
Rome, Henry D.
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715   Fax: 650-364-5297
CA Speed Dial 08

Fryer-Knowles, Inc.
CONNOR & BISHOP
44 Montgomery Street
Suite 1750
San Francisco, CA 94104
Tel: 415-434-3006   Fax: 415-434-1445

Crane Co.
Farkas, Stephen P.
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000   Fax: 310-552-5001
CA Speed Dial 118

Leslie Controls, Inc.
Judin, Jennifer
DEHAY & ELLISTON, L.L.P.
800 West 6th St.
Suite 788
Los Angeles, CA 90017
Tel: 213-271-2720   Fax: 213-271-2730

Garlock Sealing Technologies, LLC (sued individually and as sii to Garlock, Inc.)
Glaspy, David M. (Anticipated Counsel)
LAW OFFICES OF GLASPY & GLASPY
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Tel: 925-947-1300   Fax: 925-947-1594
CA Speed Dial 204

James W. Stone vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)

San Diego Superior Court 37-2009-00097898-CU-AS-CTL

W&K File No. 09-0331-

Plaintiff's Service List

**Durabla Manufacturing Company**
Storm, Lucinda L.
LAW OFFICES OF LUCINDA STORM
610 A Third Street
San Francisco, CA 94107
Tel: 415-777-6990          Fax: 415-777-6992

**Plant Products & Supply Co.**
LEWIS BRISBOIS BISGAARD & SMITH, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Tel: 213-250-1800          Fax: 213-250-7900

**The Goodyear Tire & Rubber Company**
Foley, Patrick J.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Tel: 213-250-1800          Fax: 213-250-7900

**Armstrong International, Inc.**
Blomquist, Sonja E.
LOW, BALL & LYNCH LLP
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Tel: 415-981-6630          Fax: 415-982-1634

**Yarway Corporation**
Duffy, Joe
MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

**Yarway Corporation**
Takagi, Tricia A.
MORGAN LEWIS & BOCKIUS, LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949-399-7000          Fax: 949-399-7001

**CBS Corporation f/k/a Viacom, Inc. successor by merger with CBS Corporation f/k/a Westinghouse Elect**
**Fraser Boiler Service, Inc.**
**Genuine Parts Company (sii to Nat'l Automotive Parts Assoc a/k/a NAPA)**
Jamison, Kevin
Pond, Frank
Ip, Daniel W.S.
POND NORTH LLP
350 S. Grand Avenue
Suite 3300
Los Angeles, CA 90071
Tel: 213-617-6170          Fax: 213-623-3594
CA Speed Dial 146

**Alfa Laval, Inc. (sii to DeLaval Separator Company)**
**Triple A Machine Shop, Inc. a/k/a Triple A South**
Klausen, Stephen C.
Milbrodt, Jeremy D.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946          Fax: 562-495-0564
CA Speed Dial 29

**Campbell Industries (Indiv & successor by merger to San Diego Marine Construction Corp.)**
Prindle, Kenneth B.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: 562-436-3946          Fax: 562-495-0564
CA Speed Dial 29

**Eaton Corporation (Ind & sii Eaton Electrical, Inc. and Cutler Hammer, Inc.)**
Baronian, Robert H.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
301 East Colorado Blvd.
Suite 618
Pasadena, CA 91101
Tel: 626-568-0834          Fax: 626-449-4566

**Parker-Hannifin Corporation (sii to Sacomo-Sierra, Inc.)**
Barnes, Craig S.
SEDGWICK DETERT MORAN & ARNOLD
801 South Figueroa Street
19th Floor
Los Angeles, CA 90017
Tel: 213-426-6900          Fax: 213-426-6921
CA Speed Dial 85

### James W. Stone vs. Alfa Laval, Inc. (sii to DeLaval Separator Company)

San Diego Superior Court 37-2009-00097898-CU-AS-CTL

W&K File No. 09-0331-

Plaintiff's Service List

**Fryer-Knowles, Inc., A Washington Corporation**
Chusid, Bruce G. (Anticipated Counsel)
SELMAN-BREITMAN, LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025-6538
Tel: 310-445-0800      Fax: 310-473-2525
CA Speed Dial 137