UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Dec 02, 2009**

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    James W. Stone, et al. v. Alfa Laval, Inc., et al.,    )
        S.D. California, C.A. No. 3:09-2327           )    MDL No. 875

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Stone*) on November 5, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Stone* filed a notice of opposition to the proposed transfer. The Panel has been advised that plaintiff in *Stone* wishes to withdraw his opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-328" filed on November 5, 2009, is LIFTED insofar as it relates to this action. This action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel