MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 3 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| SIEANN M. ZOEGER, Individually and as Personal Representative of the Estate of RICHARD J. ZOEGER,<br><br>Plaintiff,<br><br>vs.<br><br>SABERHAGEN HOLDINGS, INC., as successor to TACOMA ASBESTOS COMPANY and THE BROWER COMPANY; LOCKHEED SHIPBUILDING COMPANY; TODD PACIFIC SHIPYARDS CORPORATION, Individually and as successor-in-interest to TODD SHIPYARDS CORPORATION; TODD SHIPYARDS CORPORATION, Individually and as successor-in-interest to TODD PACIFIC SHIPYARDS CORPORATION; AAA WASHINGTON; CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; HASKELL CORPORATION; KEY BANK NATIONAL ASSOCIATION; NESTLE USA, INC., as successor-in-interest to CARNATION EVAPORATED MILK | MDL Docket No. 875<br><br>USDC No. C09-1457 RAJ<br><br>NOTICE OF APPEARANCE OF DEFENDANT AAA WASHINGTON |

RECEIVED
CLERK'S OFFICE
2009 NOV 30 A 9:08
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

PLEADING NO. 5990

NOTICE OF APPEARANCE OF DEFENDANT AAA WASHINGTON – PAGE 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

OFFICIAL FILE COPY ORIGINAL
438583 / 2053.0001

IMAGED DEC - 3 2009

| | |
|---|---|
| 1 | COMPANY; PREMERA BLUE CROSS; PUGET SOUND ENERGY, INC.; SEQUOIA VENTURES, INC., f/k/a and as successor-in-interest to BECHTEL CORPORATION, BECHTEL, INC. BECHTEL MCCONE COMPANY, BECHTEL GROUP, INC.; THE SHAW GROUP, INC.; and TEXACO, INC. |
| | Defendants. |

TO: Clerk of the Panel, Judicial Panel on Multidistrict Litigation;

AND TO: All Counsel of Record.

Defendant AAA Washington, without waiving jurisdiction or service of process, enters its appearance in the above-entitled action through Forsberg & Umlauf, P.S., its attorneys of record, and requests that all further pleadings, exclusive of process, be served upon its attorneys at the office address below.

DATED this 24 day of November, 2009.

FORSBERG & UMLAUF, P.S.

By: _____
Melissa K. Habeck, WSBA #30836
Attorney for Defendant AAA Washington
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
Phone: 206-689-8500
Fax: 206-689-8501

NOTICE OF APPEARANCE OF DEFENDANT AAA WASHINGTON – PAGE 2

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

438583 / 2053.0001

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC - 3 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

1

2   The undersigned certifies under the penalty of perjury under the laws of the State of

3   Washington that I am now and at all times herein mentioned, a citizen of the United States, a

4   resident of the State of Washington, over the age of eighteen years, not a party to or interested

5   in the above-entitled action, and competent to be a witness herein.

6   On the date given below I caused to be served the foregoing NOTICE OF

7   APPEARANCE OF DEFENDANT AAA WASHINGTON on the following individuals in

8   the manner indicated:

9
Brian F. Ladenburg
Glenn S. Draper
10  Benjamin Couture
Bergman Draper & Frockt
11  614 First Ave., Fourth Floor
Seattle, WA 98104
12  Facsimile: 206-957-9549
( x ) Via Messenger
13

Peter G. Angelos
Law Offices of Peter G. Angelos PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
( x ) Via U.S. Mail

Kent M. Fandel
14  Graham & Dunn PC
2801 Alaskan Way
15  Suite 300 Pier 70
Seattle, Washington 98121-1128
16  Facsimile: 206-340-9599
( x ) Via Facsimile
17

Guy Sternal
Eisenhower & Carlson, PLLC
1201 Pacific Avenue, Suite 1200
Tacoma, WA 98402
Facsimile: 1-253-272-5732
( x ) Via Facsimile

Walter E. Barton
18  Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
19  Seattle, WA 98101
Facsimile: 206-682-7100
20  ( x ) Via Facsimile

Jeffrey M. Thomas
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Ave., Suite 4000
Seattle, WA 98154
Facsimile: 206-467-6292
( x ) Via Facsimile

21

22

23

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 NOV 30 A 9: 08
RECEIVED CLERK'S OFFICE

NOTICE OF APPEARANCE OF DEFENDANT AAA WASHINGTON – PAGE 3

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

438583 / 2053.0001

| | | |
|---|---|---|
| 1 | Timothy K. Thorson | Frank Chmelik |
| | Carney Badley Spellman | Chmelik Sitkin & Davis, P.S. |
| 2 | 701 5th Ave., Suite 3600 | 1500 Railroad Ave. |
| | Seattle, WA 98104 | Bellingham, WA 98225 |
| 3 | Facsimile: 206-622-8983 | Facsimile: 1-360-671-3781 |
| | ( x ) Via Facsimile | ( x ) Via U.S. Mail |
| 4 | | |
| | Robert G. Andre | Eliot M. Harris |
| 5 | Aaron P. Riensche | David A. Shaw |
| | Ogden Murphy Wallace, PLLC | Williams Kastner & Gibbs PLLC |
| 6 | 1601 Fifth Ave., Suite 2100 | 601 Union St. Ste 4100 |
| | Seattle, WA 98101-1686 | Seattle, Washington 98101 |
| 7 | Facsimile: 206-447-0215 | Facsimile: 206-628-6611 |
| | ( x ) Via Facsimile | ( x ) Via Facsimile |
| 8 | | |
| | Brian D. Zeringer | Janet W. Black |
| 9 | Mr. Barry Mesher | Ward Black PA |
| | Lane Powell Spears Lubersky, LLP | 208 West Wendover Avenue |
| 10 | 1420 Fifth Avenue, Suite 4100 | Greensboro, NC 27401-1307 |
| | Seattle, WA 98101-2338 | ( x ) Via U.S. Mail |
| 11 | Facsimile: 206-223-7107 | |
| | ( x ) Via Facsimile | |
| 12 | | |
| | Kevin M. Jordan | Russell W. Budd |
| 13 | Baker Botts LLP | Baron & Budd PC |
| | 910 Louisiana | 3102 Oaklawn Avenue |
| 14 | One Shell Plaza | Suite 1100 |
| | Houston, TX 77002-4995 | Dallas, TX 75219 |
| 15 | ( x ) Via U.S. Mail | ( x ) Via U.S. Mail |
| | | |
| 16 | Paul Kalish | Steven Kazan |
| | Crowell & Moring LLP | Kazan McClain Abrams Fernandez Et Al |
| 17 | 1001 Pennsylvania Avenue, N.W. | 171 Twelfth Street |
| | Washington, DC 20004-2595 | Third Floor |
| 18 | ( x ) Via U.S. Mail | Oakland, CA 94607 |
| | | ( x ) Via U.S. Mail |
| 19 | | |
| | John D. Cooney | Peter A. Kraus |
| 20 | Cooney & Conway | Waters & Kraus LLP |
| | 120 North LaSalle Street, Suite 3000 | 3219 McKinney Avenue, Suite 3000 |
| 21 | Chicago, IL 60602-2415 | Dallas, TX 75204 |
| | ( x ) Via U.S. Mail | ( x ) Via U.S. Mail |
| 22 | | |
| 23 | | |

NOTICE OF APPEARANCE OF DEFENDANT AAA WASHINGTON – PAGE 4

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

438583 / 2053.0001

| | | |
|---|---|---|
| 1 | Gwendolyn C. Payton | Kevin C. Baumgardner |
| 2 | Lane Powell PC<br>1420 Fifth Avenue, Ste. 4100 | Corr Cronin Michelson Baumgardner &<br>Preece, LLP |
| 3 | Seattle, WA 98101-2338<br>Facsimile: 206-223-7107 | 1001 4th Avenue, Suite 3900<br>Seattle, WA 98154 |
| 4 | ( x ) Via Facsimile | Facsimile: 206-625-0900<br>( x ) Via Facsimile |
| 5 | David C. Landin | Thomas A. Packer |
| 6 | Hunton & Williams<br>Riverfront Plaza | Gordon & Rees LLP<br>Embarcadero Center West |
| 7 | East Tower<br>951 East Byrd Street | 275 Battery Street<br>Suite 2000 |
| 8 | Richmond, VA 23219-4074<br>( x ) Via U.S. Mail | San Francisco, CA 94111<br>( x ) Via U.S. Mail |
| 9 | Roger B. Lane | Joseph F. Rice |
| 10 | Roger B Lane PC<br>1601 Reynolds Street | Motley Rice LLC<br>28 Bridgeside Blvd. |
| 11 | Brunswick, GA 31520<br>( x ) Via U.S. Mail | P.O. Box 1792<br>Mount Pleasant, SC 29464 |
| 12 | | ( x ) Via U.S. Mail |
| 13 | William F. Mahoney<br>Segal McCambridge Singer & Mahoney LTD | Robert C. Malaby<br>Malaby & Bradley |
| 14 | 233 South Wacker Drive<br>Suite 5500 | 150 Broadway, Suite 600<br>New York, NY 10038 |
| 15 | Chicago, IL 60606<br>( x ) Via U.S. Mail | ( x ) Via U.S. Mail |
| 16 | John P. McShea | Philip McWeeny |
| 17 | McShea Tecce PC<br>Mellon Bank Center | Schiff Hardin LLP<br>One Market Plaza 32nd Floor |
| 18 | 1717 Arch Street<br>28th Floor | Spear Street Tower<br>San Francisco, CA 94105 |
| 19 | Philadelphia, PA 19103<br>( x ) Via U.S. Mail | ( x ) Via U.S. Mail |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |

NOTICE OF APPEARANCE OF DEFENDANT AAA WASHINGTON – PAGE 5    FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

438583 / 2053.0001

| | |
|---|---|
| Michael Thornton<br>Thornton & Naumes LLP<br>100 Summer Street<br>30th Floor<br>Boston, MA 02110<br>( x ) Via U.S. Mail | Walter G. Watkins, Jr.<br>Forman Perry Watkins Krutz & Tardy PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608<br>( x ) Via U.S. Mail |

**SIGNED** this 24th day of November, 2009, at Seattle, Washington.

_____
Shannon D. Walker

NOTICE OF APPEARANCE OF DEFENDANT AAA WASHINGTON – PAGE 6

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

438583 / 2053.0001