UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Dec 04, 2009**

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**
Robert Gragg v. Alfa Laval, Inc., et al.,                    )
        S.D. Illinois, C.A. No. 3:09-773                    )                    MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Gragg*) on November 24, 2009.  The
Panel has now been advised that *Gragg* was remanded to the Circuit Court of the Third Judicial
Circuit, Madison County, Illinois, by the Honorable G. Patrick Murphy in an order filed on
November 20, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as
"CTO-329" filed on November 24, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel