**MDL 875**

# BELLUCK & FOX L.L.P.

546 Fifth Avenue, 4th Floor, New York, New York 10036
Tel (212) 681-1575  Fax (212) 681-1574
(877) NYLAW09 | www.belluckfox.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 7 2009

FILED
CLERK'S OFFICE

December 7, 2009

**By Fax**

Jeffery N. Luthi
Clerk of the Panel
United States Judical Panel
  On Multidistrict Litigation
Thurgood Marshall Federal Judicary Bldg.
One Columbus Circle, N.E. Room G-255
Washington, D.C. 20002

PLEADING NO. 5997

Re:  Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Products, et al., 09 CV 7496 (SDNY) (McKenna, J.);
Asbestos Products Liability Litigation (No. VI), MDL-875, CTO-329

Dear Mr. Luthi:

As discussed with your office today, please treat this letter as a **Notice of Opposition** by plaintiff Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased, ("Coons Estate"), to the transfer of the above-captioned case from the U.S. District Court for the Southern District of New York to the MDL. I understand that the MDL will advise us as to the subsequent briefing schedule.

I am also enclosing my **Notice of Appearance** form.

If I can provide any further information, please contact me. Thank you.

Very truly yours,

Brian T. FitzPatrick

1

Upstate Offices:
160 Linden Oaks Drive, Rochester, New York 14625 • 52 Laura Lane, Woodstock, New York 12498
18 Corporate Woods Boulevard, 4th Floor, Albany, New York 12211

**OFFICIAL FILE COPY**    IMAGED DEC - 7 2009

cc: Lawrence D. Bloomstein (by email)
    Counsel to Detroit Diesel Corporation

Counsel on attached service list (by email)