DEC. 4. 2009 3:05PM NO. 3448 P. 4
Case MDL No. 875 Document 6001 Filed 12/08/09 Page 1 of 2
Case 1:09-cv-07494-GBD Document 8 Filed 11/30/2009 Page 1 of 2
Case 1:09-cv-07494-GBD Document 7 Filed 11/24/2009 Page 3 of 25

MDL 875

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC -8 2009

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KENNETH MORRILL and BONNIE MORRILL,

    Plaintiffs,

v.

ADVANCED AUTO PARTS, INC., et al,

    Defendants.

STIPULATION OF DISCONTINUANCE AND REMAND

09 CV 7494 (GBD)

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between plaintiffs KENNETH MORRILL and BONNIE MORRILL and Defendant DETROIT DIESEL CORPORATION, as follows:

1. This action was commenced in Supreme Court of New York, New York County, on March 11, 2009 (Index No. 103352-09). Defendant DETROIT DIESEL CORPORATION was named in the Second Amended Complaint, filed on May 15, 2009.

2. Defendant DETROIT DIESEL CORPORATION removed the case from the Supreme Court of New York, New York County, to the United States District Court for the Southern District of New York.

3. The action is not a class action, and a receiver has not been appointed.

4. This action is hereby dismissed as to Defendant DETROIT DIESEL CORPORATION, in its entirety, with prejudice.

5. Upon the dismissal of this action as to Defendant DETROIT DIESEL CORPORATION, in its entirety, with prejudice, the action shall hereby be REMANDED to the Supreme Court of New York, New York County.

6. Dismissal of the action as to DETROIT DIESEL CORPORATION with prejudice followed by the REMAND to Supreme Court of New York, New York County, shall only be effective upon being So Ordered by this Court.

[*Signatures on the following page*]

{00172583.DOC}

PLEADING NO. 6001

MDL- 875
RECOMMENDED ACTION

VAC CTO-329    Jackson
Approved/Date:    7 Dec 09

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 DEC -4 P 3:09
RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY     IMAGED DEC -8 2009

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Jerome H. Block (JHB 5411)
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue
13th Floor
New York, New York, 10022
(212) 605-6208
*Attorneys for Plaintiffs*

AARONSON RAPPAPORT FEINSTEIN
& DEUTSCH, LLP

By: _____
Justin M. Kasmir (JMK 5496)
AARONSON RAPPAPORT FEINSTEIN
& DEUTSCH, LLP
757 Third Avenue
New York, New York, 10022
212-593-6700
*Attorneys for Detroit Diesel Corporation*

WEINER LESNIAK LLP

By: _____
Anna M. DiLonardo (AMD 1679)
WEINER LESNIAK, LLP
888 Veteran's Memorial Highway
Hauppauge, New York 11788
(631) 232-6130
*Counsel for Defendant Borg Warner Corporation*

NOV 3 0 2009
So Ordered this ____ day of _____, 2009.

_George B. Daniels_
Hon. George B. Daniels
HON. GEORGE B. DANIELS

{00172583.DOC}