12/04/2009  14:14  415-898-1247  BRAYTON PURCELL LLP  PAGE 04/07
Case MDL No. 875   Document 6003   Filed 12/08/09   Page 1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 8 2009

FILED
CLERK'S OFFICE

MDL 875

Case4:09-cv-05140-SBA Document15 Filed11/24/09 Page· of 2

1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  RICHARD M. GRANT, ESQ., S.B. #55677
   BRAYTON✦PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN CALIFORNIA OF CALIFORNIA

10 ANTE ANTOLOS                    )  Case No. CV 09-5140 SBA
11                                 )
          Plaintiff,               )  JOINT STIPULATION TO DISMISS
12                                 )  DEFENDANTS ROCKWELL
   vs.                             )  AUTOMATION, INC. AND RELIANCE
13                                 )  ELECTRIC COMPANY
   ASBESTOS DEFENDANTS, et al.,    )  AND TO REMAND ACTION TO STATE
14                                 )  COURT AND ORDER THEREON
          Defendants.              )
15                                 )
                                      [Local Rules 7-1 and 7-12; FRCP 41]
16

17

18       Come now Plaintiff ANTE ANTOLOS ("Plaintiff") and Defendants ROCKWELL

19 AUTOMATION, INC. AND RELIANCE ELECTRIC COMPANY ("Defendants"), who file

20 the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

21       WHEREAS, Defendants removed this case to the United States District Court for the

22 Northern District of California on October 29, 2009, on the ground that the Court has "federal

23 officer" subject matter jurisdiction under 28 U.S.C. section 1442(a); and

24       WHEREAS, Defendants were the sole removing defendants and no other defendant

25 joined in removal or filed a separate notice of removal;

26       WHEREAS, Plaintiffs have agreed to dismiss Defendants from this action; and

27       WHEREAS, Defendants desire for a federal forum for this action is now moot given the

28 dismissal of Plaintiffs' claims against them; and

---

MDL- 875

C:\Documents and Settings\Workstation\Local Settings\Tempnotes06E812\Stip-Dismiss ROCKWE & RELIANCE.wpd
JOINT STIPULATION TO DISMISS DEFENDANTS ROCKWELL AUTOMATION, INC. AND RELIANCE ELECTRIC COMPANY
AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON; CV 09-5140 SBA

RECOMMENDED ACTION

VAC CTO-329  /ackson
Approved/Date: JX  7 Dec/9

**OFFICIAL FILE COPY**  IMAGED DEC - 8 2009

1  WHEREAS, pursuant to the parties' agreement, Plaintiff and Defendants seek to have
2  this action remanded to state court;
3  IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendants, that
4  all claims against Defendants ROCKWELL AUTOMATION, INC. AND RELIANCE
5  ELECTRIC COMPANY shall be, and hereby are, dismissed pursuant to Rule 41 of the Federal
6  Rules of Civil Procedure and that this action shall be, and hereby is immediately remanded to
7  the San Francisco County Superior Court, the court in which it was originally filed and from
8  which it was removed.

10  Dated: November _____, 2009          BRAYTON ✦ PURCELL LLP

12                                       By:_____
13                                          Richard M. Grant
                                            Attorneys for Plaintiff
14                                          ANTE ANTOLOS

15  Dated: November _____, 2009          TUCKER, ELLIS & WEST LLP

17                                       By:_____
                                            Nicole Gage
18                                          Attorneys for Defendants
                                            ROCKWELL AUTOMATION, INC. AND
19                                          RELIANCE ELECTRIC COMPANY

21  PURSUANT TO STIPULATION, **IT IS SO ORDERED.** This case is REMANDED
22  to the Superior Court of California, County of San Francisco, Case No. CGC-09-275322. The
23  Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court
24  of California, County of San Francisco.

26  Dated: November 20, 2009        By: _____Saundra B Armstrong_____
                                            United States District Judge

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stip-Dismiss ROCKWB & RELIANCE.wpd
JOINT STIPULATION TO DISMISS DEFENDANTS ROCKWELL AUTOMATION, INC. AND RELIANCE ELECTRIC COMPANY
AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON; CV 09-5140 SBA