**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA: Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
DELAWARE: Wilmington
OHIO: Akron
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW JERSEY: Cherry Hill, Roseland
NEW YORK: New York

**200 Lake Drive East, Suite 300 · Cherry Hill, NJ 08002**
(856) 414-6000 · Fax (856) 414-6077 Richard L. Goldstein, Resident Managing Attorney

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DEC - 8 2009
FILED CLERK'S OFFICE

MDL 875

Direct Dial: 856-414-6008
Email: pcjohnson@mdwcg.com



October 22, 2009

Michael J. Beck, Clerk of the Panel
UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
1 Columbus Circle Northeast
Thurgood Marshall Federal Judiciary Bldg.
Rm. G, 225 North Lobby
Washington, DC 20002

    IN RE:  Asbestos Products Liability Litigation (NO. VI)
           Konopatski, Jr., Peter and Patricia Konopatski v. Allice Chalmers, et al
           Docket No. 2:05-cv-3760-JCL-MF
           Our File No. 10970-872-PCJ

Dear Mr. Beck:

    In compliance with R. 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425 (2001), Paul C. Johnson of this firm is hereby designated as counsel for defendants, Kaiser Gypsum Company, to receive service of all pleadings, notices, orders and other papers relating to this matter before the Judicial Panel on Multidistrict Litigation.

                              Very truly yours,

                              PAUL C. JOHNSON

PCJ:csc
cc:    All Counsel (see attached list)
06/1634235.v1

PLEADING NO. 6005

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 DEC -4 A 8:36
RECEIVED CLERK'S OFFICE

IMAGED DEC - 8 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 8 2009

FILED
CLERK'S OFFICE

**Konopatski Counsel List**

**Docket Nos:**
**2:05-cv-3760-JCL**

## COUNSEL LIST

| | | |
|---|---|---|
| Arnold Lakind, Esq.<br>Szaferman, Lakind, Blumstein, Blader & Lehmann, P.C.<br>Quakerbridge Executive Ctr.<br>101 Grovers Mill Rd.,<br>Ste. 104<br>Lawrenceville, NJ 08648 | alakind@szaferman.com | Plaintiff |
| Nate Falda, Esq.<br>Levy Phillips & Konigsberg, LLP<br>Quakerbridge Executive Center<br>101 Grovers Mill Rd.<br>Ste. 105<br>Lawrenceville, NJ 07666 | nfalda@lpklaw.com | Plaintiff |
| Kathleen Ramalho, Esq.<br>Brueninger & Fellman<br>1829 Front Street<br>Scotch Plains, NJ 07076 | kramalho@comcast.net | NAPA |
| Mark Galdieri, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | mgaldieri@dbr.com | Honeywell International |
| Charles Forer, Esq.<br>Eckert Seamans Cherin & Mellot, LLC<br>Two Liberty Place<br>50 S. 16th St., 22nd Flr.<br>Phila, PA 19102 | cforer@eckertseamans.com | Viacom, Inc. |
| Michael V. Giliberti, Esq.<br>Epstein & Giliberti, LLC<br>21 E. Front Street<br>Red Bank, NJ 07701 | gilberti@eg-law.com | Crane Co. |
| Nicea D'Annunzio, Esq.<br>Hardin Kundla, McKeon & Poletta<br>673 Morris Avenue<br>P.O. Box 730<br>Springfield, NJ 07081-0730 | ndannunzio@hkmpp.com | Daimler Chrysler |

| | | |
|---|---|---|
| Nora Grimbergen Esq.<br>Steven Satz, Esq.<br>Hoagland Longo Moran<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, NJ  08903 | dquinn@hoaglandlongo.com<br>ssatz@hoaglandlongo.com | Borg Warner. |
| Marina Ivolgina, Esq.<br>Hofheimer Gartlir & Gross<br>530 Fifth Avenue<br>New York, NY  10036 | mivolgina@hgg.com | Rapid American |
| Stuart Goldstein, Esq.<br>Hollstein Keating Cattell<br>750 Rt. 73 S., Ste. 301<br>Marlton, NJ  08053 | smg@hkcjg.com | Ford Motors Co.; GM |
| Rebecca Watson, Esq.<br>Sebastian Goldstein, Esq.<br>Marks O'Neill O'Brien & Courtney<br>6981 North Park Drive, Ste. 300<br>Pennsauken, NJ  08110 | rwatson@mooclaw.com<br>sgoldstein@mooclaw.com | Foster Wheeler |
| Paul Johnson, Esq.<br>Marshall Dennehey Warner Coleman & Goggin<br>200 Lake Drive East, Ste. 300<br>Cherry Hill, NJ  08002 | pcjohnson@mdwcg.com | Kaiser Gypsum |
| Bryan Mintz, Esq.<br>McCarter & English<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, NJ  07102 | jgarde@mccarter.com | Standard Motor Products |
| S. Ramirez, Esq.<br>McElroy Deutsch Mulvaney & Carpenter<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ  07962-2075 | sramirez@mdmc-law.com | Stewart-Warner Corp. |
| Thomas McNulty, Esq.<br>McGivney Kluger & Gannon<br>23 Vreeland Road, Ste. 220<br>Florham Park, NJ  07932 | tmcnulty@mcgivneyandkluger.com | Hercules; |
| Lisa Pascrarella, Esq<br>Pehlivanian Braaten & Pascarella, LLC<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, NJ  08736 | lp@pehli.com<br>cm@pehli.com | Ingersoll Rand |

| | | |
|---|---|---|
| Vincent Reilly, Esquire<br>Reilly Janiczek & McDevitt<br>Kevon Office Center<br>2500 McClellan Blvd.<br>Ste. 240<br>Merchantville, NJ 08109 | dmanning@rjm-law.com | Aurora Pump |
| John McGovern, Esq.<br>Ronca Hanley Nolan & Zaremba<br>Five Regent Street, Ste. 517<br>Livingston, NJ 07039 | jmcgovern@roncalawfirm.com | York Indstries Corp. |
| Allison Fihma, Esq.<br>Schnader Harrison Segal & Lewis<br>140 Broadway, Ste. 3100<br>New York, NY 10005-1101 | afihma@schnader.com | Ft. Kent Holdings |
| Joseph Gallo, Esq.<br>Wilson Elser<br>33 Washington Street,<br>18th Floor<br>Newark, NJ 07102-3017 | Joseph.gallo@wilsonelser.com | Warren Pumps |