To: MDL No. 875- Notice of Appearance    Page 2 of 2    2009-12-08 19:02:06 (GMT)    Ruckdeschel Law Firm  From: Jonathan Ruckdeschel

Case MDL No. 875   Document 6007   Filed 12/08/09   Page 1 of 1

MDL 875

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC - 8 2009

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   December 9, 2009
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

William Hays and Mary Charlene Hays — Plaintiffs

PLEADING NO. 6007

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

William Hays and Mary Hays, his wife vs. Foster Wheeler Energy Corp. et al.
Case No. 09-81881-CIV-KAM, U.S. Dist. Ct. for the Southern District of Florida
Removed from the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. 50 2009 CA 03374

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

11/25/09
Date

Signature of Attorney or Designee

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DEC - 8 P 2:08
RECEIVED CLERK'S OFFICE

**Name and Address of Designated Attorney:**

JONATHAN RUCKDESCHEL
THE RUCKDESCHEL LAW FIRM, LLC
5126 DORSEY HALL DRIVE, ELLICOTT CITY, MARYLAND 21042

Telephone No.: 410-884-7825    Fax No.: 443-583-0430

Email Address: ruck@rucklawfirm.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

**OFFICIAL FILE COPY**    JPML Form 18
IMAGED DEC - 8 2009