**MDL 875**

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 8 2009

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   December 9, 2009
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**
Defendant FST Engineers, Inc.

PLEADING NO. 6008

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**
SC   09-2861   Timothy Mark Davis vs. AW Chesterton, et al.
SC   09-2862   Michael Dwayne Smith vs. AW Chesterton, et al.
SC   09-3009   William Allen Mobley vs. AW Chesterton, et al.

RECEIVED CLERK'S OFFICE
2009 DEC -8 P 2:02
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

Dec. 8, 2009
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Thomas M. Kennaday
Turner Padget Graham & Laney P.A.
PO Box 1473
Columbia, SC 29202

Telephone No.: 803-254-2200                Fax No.: 803-400-1553

Email Address: tkennaday@turnerpadget.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**   IMAGED DEC - 8 2009