Case MDL No. 875   Document 6012   Filed 12/08/09   Page 1 of 1

**MDL 875**

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 8 2009

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) December 9, 2009
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiffs Michael and Gayle Langlois

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Langlois, et al. v. A. W. Chesterton Company, et al.
U.S. District Court, Central District Of California, Case No. Case No.
CV 09-7932-PSG (VBKx)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

12/7/09
Date

Signature of Attorney or Designee

2009 DEC -8 P 3:20
RECEIVED
CLERK'S OFFICE

**Name and Address of Designated Attorney:**
Diran H. Tashjian
KELLER, FISHBACK & JACKSON LLP
18425 Burbank Blvd., Suite 610
Tarzana, California 91356
Telephone No.: 818.342.7442    Fax No.: 818.342.7616
Email Address: dtashjian@kfjlegal.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**    IMAGED DEC - 8 2009

PLEADING NO. 6012