**MDL 875**

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 8 2009

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   December 9, 2009
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

defendnat, Riley Power

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Francisco Jimnenez Egea v. American Standard, Inc., Civil Action No. 09-5353

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

12/2/09
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Paul C. Johnson, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Woodland Falls Corporate Park
200 Lake Drive East, STe. 300
Cherry Hill, NJ  08002

Telephone No.: 856-414-6008   Fax No.: 856-414-6077

Email Address: pcjohnson@mdwcg.com

PLEADING NO. 6013

RECEIVED CLERK'S OFFICE 2009 DEC -7 P 3:42 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

**OFFICIAL FILE COPY**

JPML Form 18

IMAGED DEC - 8 2009