**MDL 875**

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 9 2009

FILED
CLERK'S OFFICE

**TO**: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) December 9, 2009
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant Flowserve US Inc., solely as successor to Rockwell Manufacturing Company, Edward Valves, Inc., and Edward Vogt Valve Company (improperly pled as Rockwell Automation, Inc., individually and as successor to Rockwell Manufacturing Company, Edward Valves, Reeves Pulley and Reliance Electric Manufacturing, and as Edward Vogt Valve Company, individually and as successor to Edward Valves, Inc.)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

FRANCISCO JIMENEZ EGEA v. AMERICAN STANDARD INC., et al.

CIVIL ACTION NO.: 2:09-cv-05353-PGS-ES

PLEADING NO. 6015

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

12/08/09
Date

Joseph P LaSala
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Joseph P. LaSala
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
Email:  jlasala@mdmc-law.com
             csinclair@mdmc-law.com



JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 DEC -9  A 6:33

RECEIVED
CLERK'S OFFICE

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

1365389_1

JPML Form 18

**OFFICIAL FILE COPY**          IMAGED DEC - 9 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SERVICE LIST
Egea v. American Standard, Inc., et al.
Docket No. MID-L-7317-09 AS
MDMC File No. R0164-1287

DEC - 9 2009

FILED
CLERK'S OFFICE

| SERVICE | DEFENDANT |
|---|---|
| Seeger Weiss LLP<br>550 Broad Street, Suite 920<br>Newark, New Jersey 07102<br>P: 973-639-9100<br>F: 973-639-9393<br>Legal Asst: dwright@seegerweiss.com | Plaintiff |
| Reilly, Janiczek & McDevitt, P.C.<br>2500 McClellan Boulevard<br>Kevon Office Center, Suite 240<br>Merchantville, New Jersey 08109<br>P: 856-317-7180<br>F: 856-317-7188<br>kstanzione@rjm-law.com<br>dmanning@rjm-law.com | Aurora Pump Company<br>I.T.T. Industries Inc. |
| Kent & McBride<br>555 Route 1 South<br>Woodbridge Towers, Fourth Floor<br>Iselin, New Jersey 08830<br>P: 732-326-1711<br>F: 732-326-1830<br>khoffmann@kentmcbride.com<br>Paralegal: jrigby@kentmcbride.com | Babbitt Steam Specialty Co.<br>Pulmosan Safety Equipment Corp. |
| Hoagland Longo Moran<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, New Jersey 08903<br>P: 732-545-4717<br>F: 732-545-4579<br>ngrimbergen@hoaglandlongo.com<br>mgaffrey@hoaglandlongo.com | Borg-Warner Corporation<br>Gould Pumps Inc.<br>Leslie Controls, Inc. |
| Segal McCambridge Singer & Mahoney, LTD<br>103 Carnegie Center<br>Suite 103<br>Princeton, New Jersey 08540 | BW/IP International, Inc.<br>Fairbanks Morse Pump<br>Gardner Denver, Inc.<br>Garlock Sealing Technologies, LLC, |

1358687-1

| | |
|---|---|
| P: 609-452-1558<br>F: 609-452-1559<br>lwildstein@smsm.com | f/k/a Garlock Inc. |
| Picillo Caruso Pope Edell Picini, P.C.<br>60 Route 46 East<br>Fairfield, New Jersey 07004<br>P: 973-667-6000<br>F: 973-667-1200<br>rsuss@carusopope.com | CertainTeed Corporation<br>Union Carbide |
| Epstein & Gilberti, LLC<br>21 East Front Street<br>Suite 210<br>Red Bank, New Jersey 07701<br>P: 732-212-0400<br>F: 732-212-8408<br>gilberti@eg-law.com | Crane Company |
| Tierney Law Office<br>116 Village Boulevard<br>Suite 200<br>Princeton, New Jersey 08540-5799<br>P: 609-734-7430; 215-790-2400<br>F: 215-790-2409<br>tierneylaw@aol.com | Edward Vogt Valve Company |
| Sedgwick Detert Moran & Arnold, LLP<br>Three Gateway Plaza, 12th Floor<br>Newark, New Jersey 07102-4072<br>P: 973-242-0002<br>F: 973-242-8099<br>christopher.keale@skdma.com<br>Michael.tanenbaum@sdma.com | Foster Wheeler Energy Corporation<br>General Electric Company |
| Speziali, Greenwald & Hawkins, P.C.<br>1081 Winslow Road<br>Box 1086<br>Williamstown, New Jersey 08094<br>P: 856-728-3600<br>F: 856-728-3996<br>josiehawkins@comcast.net | General Electric Company |
| Barry McTiernan & Moore<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | General Refractories Company |

P: 856-728-3600
F: 856-728-3996
shalbardier@bmmfirm.com

| | |
|---|---|
| Bucca & Campisano<br>90 Livingston Avenue<br>New Brunswick, New Jersey 08901<br>P: 732-247-0009<br>F: 732-247-9727<br>buccacampisano@verizon.net | IMO Industries Inc. |
| Pehlivanian Braaten & Pascarella, LLC<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, New Jersey 08736<br>P: 732-528-8888<br>F: 732-528-4445<br>lp@pehli.com<br>cm@pehli.com | Ingersoll Rand Company<br>Trane US, Inc. f/k/a American Standard, Inc. |
| Dicki McCamey & Chilcote, P.C.<br>Public Ledger Building, Suite 901<br>150 South Independence Mall, West<br>Philadelphia, Pennsylvania 19106-3409<br>P: 215-925-2289<br>F: 215-925-0307<br>ewilber@dmclaw.com | Kunkle Industries, Inc. |
| Law Offices of Roger V. Jones, LLP<br>45 North Broad Street<br>Suite 501<br>Ridgewood, New Jersey 07450<br>P: 201-652-3760<br>Rjones040538@mac.com | Metropolitan Life Ins. Co. |
| McCarter & English<br>4 Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>P: 973-639-2032<br>F: 973-297-3876<br>jgarde@mccarter.com | Owens-Illinois, Inc. |
| Sonnenschein Nath & Rosenthal<br>101 JFK Parkway<br>Short Hills, New Jersey 07078 | Rapid American Corp. |

1358687-1

| | |
|---|---|
| P: 973-912-7100<br>F: 973-912-7199<br>corseck@sonnenschein.com<br>Paralegal: slattoz@sonnenschein.com | |
| Marshall Dennehey Warner Coleman & Groggin, P.C.<br>200 Lake Drive East, Suite 300<br>Cherry Hill, New Jersey 08002<br>P: 856-414-6000<br>F: 856-414-6077<br>pjohnson@mdwcg.com | Riley Power Inc. f/k/a Riley-Stoker Corp. |
| Hardin Kundla McKeon & Poletta<br>673 Morris Avenue<br>P.O. Box 730<br>Springfield, New Jersey 07081-0730<br>P: 973-315-2254<br>F: 973-912-9212<br>ndannunzio@hkmpp.com | Strahman Valves, Inc. |
| Morgan Lewis & Bockius<br>502 Carnegie Center<br>Princeton, New Jersey 08540<br>P: 609-919-6623<br>F: 609-919-6701<br>ciannicelli@morganlewis.com | TYCO International, Inc. |
| Grubb Law Office<br>1465 Route 31<br>P.O. Box 546<br>Annandale, New Jersey 08801<br>P: 908-238-9400<br>F: 908-238-9401<br>grubblaw@earthlink.net | Union Pump Company |
| Baginski Mezzanotte Hasson & Rubinate<br>150 South Independence Mall West<br>Suite 500<br>Philadelphia, Pennsylvania 19106<br>P: 215-627-3087 x254<br>F: 215-627-0399<br>Mark.macdonald@libertymutual.com<br>Stephanie.dyer@libertymutual.com | Viking Pumps, Inc. |
| Wilson Elser Moskowitz Edelman & Dicker, LLP<br>33 Washington Street | Warren Pumps, LLC |

1358687-1

Newark, New Jersey 07102-3017
P: 973-624-0800
F: 973-624-0808
Joseph.gallo@wilsonelser.com

McGivney & Kluger, P.C.                              Weil-McLain Company, Inc.
23 Vreeland Avenue, Suite 220                              a division of The Marley
Florham Park, New Jersey 07932                          Company
P: 973-822-1110                                      Weir Valves and Controls
F: 973-822-1116
jclark@mcgivneyandkluger.com

Edwards Angell Palmer & Dodge, LLP                   Western Electric Company
One Giralda Farms
Madison, New Jersey 07840
P: 973-520-2387
F: 973-520-2600
rhornby@eapdlaw.com

Clemente Mueller & Robia                             The William Powell Company
218 Ridgedale Avenue
P.O. Box 1296
Morristown, New Jersey 07962-1296
P: 973-455-8008
F: 973-455-8118
wmueller@cm-legal.com
Legal Asst: smelo@cm-legal.com

Eckert Seamans Cherin & Mellott, LLC                 Viacom, Inc.
2 Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102
P: 215-851-8406
F: 215-851-8400
cforer@eckertseamns.com

1358687-1