MDL 875

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

DEC - 9 2009

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) December 9, 2009
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):
Defendant Gardner Denver, Inc.

PLEADING NO. 6016

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):
SC  09-2861  Timothy Mark Davis vs. AW Chesterton, et al.
SC  09-2862  Michael Dwayne Smith vs. AW Chesterton, et al.

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

December 9, 2009                    Steven W. Ouzts
Date                                Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Steven W. Ouzts
Turner Padget Graham & Laney P.A.
PO Box 1473
Columbia, SC 29202

Telephone No.: 803-254-2200    Fax No.: 803-400-1520

Email Address: souzts@turnerpadget.com

2009 DEC -9 A 45
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

OFFICIAL FILE COPY    IMAGED DEC - 9 2009