# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 9 2009

FILED
CLERK'S OFFICE

TO:   United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary bldg.
One Columbus circle, NE Room G-255
Washington, D.C. 20002

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (NO. VI)

## NOTICE OF APPEARANCE

| FRANCISO JIMENEZ EGEA<br>Plaintiff(s) | : | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY LAW DIVISION |
|---|---|---|
| Vs. | : | CIVIL ACTION No. 09-CV-5353 |
| VIKING PUMP, INC., et al.<br>Defendant(s) | : | |

PLEADING NO. 6017

TO:   Clerk, United States District Court of the District of New Jersey
All Defense Counsel

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Viking Pump, Inc.

Date:   12/9/09

_____
Attorney's signature

Mark F. Macdonald, Esquire – 43520
Printed name and bar number

Baginski, Mezzanotte, Hasson & Rubinate
150 Independence Mall West
Suite 500, Public Ledger Bldg.
6th & Chestnut Streets
Philadelphia, PA 19106
Address

Mark.Macdonald@libertymutual.com
E-mail address

(215) 627-3087 ext. 254
Telephone #

(215) 627-1570
Fax #

**OFFICIAL FILE COPY**   IMAGED DEC - 9 2009