# KELLER, FISHBACK & JACKSON LLP

NEW YORK • LOS ANGELES • SAN F...

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

December 9, 2009

MDL 875

DEC 10 2009

FILED
CLERK'S OFFICE

**VIA FACSIMILE 202.502.2888**

Jeffery N. Lüthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 6018

Re: <u>Langlois, et al. v. A. W. Chesterton Company, et al.</u>
U.S. District Court, Central District Of California, Case No. Case No. CV 09-7932-PSG (VBKx)

Dear Mr. Lüthi:

On behalf of plaintiffs in the above-captioned action, this letter serves as Plaintiffs' Notice of Opposition to the Conditional Transfer Order transferring the above-captioned action to the United States District Court for the Eastern District of Pennsylvania. I also write to inform the Panel that plaintiffs and the removing defendant have stipulated to remand the instant action to the Superior Court of California, County of Los Angeles and are awaiting the approval of said stipulation by the Honorable Phillip S. Gutierrez of the United States District Court for the Central District of California. Accordingly, plaintiffs request that any decision on the transfer of the above captioned to the Eastern District of Pennsylvania be continued to a date after the Honorable Phillip S. Gutierrez has reviewed the stipulation agreed upon among plaintiffs and removing defendant. Plaintiffs will also file a motion to vacate the conditional transfer order and brief in support thereof in accordance with R.P.J.P.M.L. Rule 7.4.

Thank you for your attention regarding this matter. Please advise should you have any questions or concerns.

With regards,

Diran H. Tashjian

RECEIVED CLERK'S OFFICE
2009 DEC -9 P 3:13
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

cc: (via E-File and Courtesy copy)
Honorable Phillip S. Gutierrez
United States District Court
Central District of California
Courtroom 790
255 East Temple Street
Los Angeles, CA 90012

cc: (via E-File only)
All Defendants