|  |  |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | Nov 24, 2009<br>FILED<br>CLERK'S OFFICE |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                      MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-329)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,926 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Dec 10, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                    MDL No. 875


### SCHEDULE CTO-329 - TAG-ALONG ACTIONS


**DIST.**   **DIV.**   **C.A. #**         **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC      2         09-7932~~        ~~Michael Langlois, et al. v. A.W. Chesterton Co., Inc., et al.~~
                                       **Opposed 12/10/09**
CAC       2         09-7986           Lawrence Boman, et al. v. Alfa Laval, Inc., et al.
CAC       2         09-8261           Fred Godbolt, Jr. v. A.W. Chesterton Co., et al.

CALIFORNIA NORTHERN
CAN       3         09-5309           Ardys Kasabian, et al. v. Kaiser Ventures LLC, et al.
~~CAN      4         09-5140~~        ~~Ante Antolos v. Rockwell Automation, Inc., et al.~~
                                       **Vacated 12/08/09**

FLORIDA SOUTHERN
FLS       9         09-81881          William Hays, et al. v. Foster Wheeler Energy Corp., et al.

ILLINOIS NORTHERN
ILN       1         09-6365           Kathleen Gebhardt, etc. v. A.W. Chesterton Co., et al.

ILLINOIS SOUTHERN
~~ILS      3         09-773~~         ~~Robert Gragg v. Alfa Laval, Inc., et al.~~ **Vacated 12/04/09**

MASSACHUSETTS
MA        1         09-10475          Tricia Jean Murphy, et al. v. Rapid-American Corp., et al.

MAINE
ME        2         09-568            Fernand Bolduc, et al. v. Metropolitan Life Insurance Co., et al.

NORTH CAROLINA EASTERN
NCE       5         09-452            Terri Lynn Nicholas, etc. v. Anchor Packing Co., et al.
NCE       5         09-454            Trudie Tyson Winstead, etc. v. Anchor Packing Co., et al.
NCE       5         09-456            Lou Dove Herndon, etc. v. Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
NCM       1         09-836            James Edward Abernathy, et al. v. A.W. Chesterton Co., et al.
NCM       1         09-875            Eddie Smith, et al. v. A.W. Chesterton Co., et al.

**MDL No. 875 - Schedule CTO-329 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

**NORTH CAROLINA WESTERN**
| | | | |
|---|---|---|---|
| NCW | 1 | 09-402 | Dennis Joe Bumgardner, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-403 | Maurice Alan Sanderson, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-404 | Charles Roger Stafford, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-408 | James Paul Reece, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-410 | Jerry Donald Sloan, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-412 | Maynard Ervin Humphries, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-415 | Joseph Gerald McClain, et al. v. A.W. Chesterton Co., et al. |

**NEW JERSEY**
| | | | |
|---|---|---|---|
| NJ | 2 | 09-5353 | Francisco Jimenez Egea v. American Standard Inc., et al. |
| NJ | 2 | 09-5497 | Alyce A. Damiani, etc. v. Foster Wheeler LLC, et al. |
| NJ | 3 | 09-5255 | Michael Tanier, etc. v. Owens Illinois, Inc., et al. |

**NEW YORK SOUTHERN**
| | | | |
|---|---|---|---|
| ~~NYS~~ | ~~1~~ | ~~09-7494~~ | ~~Kenneth Robert Morrill, et al. v. Advance Auto Parts, Inc., et al.~~ **Vacated 12/08/09** |
| ~~NYS~~ | ~~1~~ | ~~09-7496~~ | ~~Elizabeth J. Coons, etc. v. A.O. Water Smith Products, et al.~~ **Opposed 12/07/09** |

**OHIO NORTHERN**
| | | | |
|---|---|---|---|
| OHN | 1 | 09-10022 | Stephen Weidman v. A-C Product Liability Trust, et al. |

**SOUTH CAROLINA**
| | | | |
|---|---|---|---|
| SC | 0 | 09-2861 | Timothy Mark Davis, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2895 | Devan Claude Hoke, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2897 | Thomas Glenn Self, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 6 | 09-3009 | William Allen Mobley, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-3007 | Marvin Eugene Elledge, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2862 | Michael Dwayne Smith, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2921 | Chris Allen Schronce, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2923 | Roy Neal Smith, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2925 | Wayne Alan Woods, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2935 | Teresa R. Dummeyer, etc. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2936 | Johnny Dedrick Wald v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2943 | Walter Furman Whitmire, et al. v. A.W. Chesterton Co., et al. |

**TENNESSEE MIDDLE**
| | | | |
|---|---|---|---|
| TNM | 3 | 09-1104 | Tammy Barnes, etc. v. A.W. Chesterton Co., et al. |

**VIRGINIA EASTERN**
| | | | |
|---|---|---|---|
| VAE | 4 | 09-3268 | Charles King v. Amchem Products, Inc., et al. |