**MDL 875**

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 10 2009

FILED
CLERK'S OFFICE

TO:  United States Judicial Panel
     on Multidistrict Litigation
     Thurgood Marshall Federal Judiciary Bldg.
     One Columbus Circle, N.E., Room G-255
     Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   December 9, 2009
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Mr. Charles King, plaintiff
VA 4 09-3268

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Mr. Charles King v. Amchem Corp., nka Bayer CropScience, Inc., et al
from U.S.D. Ct. for the Eastern District of Newport News
VA 4 09-3268

PLEADING NO. 6021

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

12/1/09
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Paul A. Weykamp
16 Stenersen Lane Suite 2
Hunt Valley, MD 21030

Telephone No.: 410-584-0660       Fax No.: 410-584-1005

Email Address: pweykamp@weykamplaw.com

RECEIVED CLERK'S OFFICE 2009 DEC 10 A 11:24 JUDICIAL PANEL MULTIDISTRICT LITIGATION

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

## OFFICIAL FILE COPY

JPML Form 18
IMAGED DEC 10 2009