**MDL 875**

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

DEC 10 2009

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)** December 9, 2009
**Panel Fax No.: (202) 502-2888**

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Foster Wheeler Energy Corp.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Please see attached.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

12-9-09.
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Veresa Jones Adams
Sedgwick Detert Moran + Arnold, LLP
2400 East Commercial Blvd
Suite 1100
Fort Lauderdale, FL 33308

Telephone No. (954) 351-4830          Fax No.: (954) 958-2513

Email Address: veresa.jonesadams@sdma.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

PLEADING NO. 6022

JUDICIAL PANEL
MULTIDISTRICT
LITIGATION
2009 DEC 10 A 11:31

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED DEC 10 2009

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PALM BEACH DIVISION

WILLIAM HAYS and MARY HAYS,         §
his wife,                            §
                                     §
      Plaintiffs,      §
                                     §
                                     §
    VS.                  §
                                     §
FOSTER WHEELER ENERGY                §
CORPORATION, et al.                  §
                                     §
    Defendants.              

**CIVIL ACTION NO.** 9:09-CV-81881-KAM

RECEIVED
CLERK'S OFFICE
2009 DEC 10 A 11: 31
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION