**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 14 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   December 9, 2009
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

The William Powell Company

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Francisco Jimenez Egea v. American Standard, Inc., et al.

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

December 11, 2009
Date

Signature of Attorney or Designee
William F. Mueller, Esq.
Clemente Mueller, P.A.
P.O. Box 1296
Morristown, NJ 07962-1296

**Name and Address of Designated Attorney:**

Telephone No.: 973-455-8008        Fax No.: 973-455-8118

Email Address: wmueller@cm-legal.com

PLEADING NO. 6023

RECEIVED CLERK'S OFFICE 2009 DEC 14 A 10:39
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**        IMAGED DEC 14 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# **CERTIFICATE OF SERVICE**

DEC 14 2009

FILED
CLERK'S OFFICE

I, Laurie E. Tichy, hereby certify that a true and correct copy of the foregoing Notice of Appearance for The William Powell Company has been served by the method described below, upon the following persons listed, this 11th day of December, 2009:

BY FEDERAL EXPRESS:

United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255
Washington, D.C. 20002

BY REGULAR MAIL:

The parties on the attached Panel Service List

_____
LAURIE E. TICHY

2009 DEC 14 A 10: 39
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                      MDL No. 875

PANEL SERVICE LIST (CTO-329)

Peter G. Angelos
LAW OFFICES OF PETER
  G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Joseph W. Belluck
BELLUCK & FOX
295 Madison Avenue
37th Floor
New York, NY 10017

Joshua H. Bennett
BENNETT & GUTHRIE
  PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Kay M. Brown
DEHAY & ELLISTON
36 South Charles Street
Suite 1300
Baltimore, MD 21201

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John M. Caron
LAW OFFICE OF ROGER
  G WORTHINGTON PC
273 West 7th Street
San Pedro, CA 90731

Michael P. Cascino
CASCINO VAUGHAN
  LAW OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399

Lawrence G. Cetrulo
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Gregory F. Coleman
COLMAN & EDWARDS PC
4800 Old Kingston Pike
Suite 120
Knoxville, TN 37919

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

John E. Cuttino
TURNER PADGET GRAHAM
  & LANEY PA
P.O. Box 1473
Columbia, SC 29202

Nicea J. D'Annunzio
HARDIN KUNDLA MCKEON
  POLETTO & POLIFRONI PC
673 Morris Avenue
P.O. Box 730
Springfield, NJ 07081-0730

George J. Dancigers
MCKENRY DANCIGERS
  WARNER DAWSON & LAKE
192 Ballard Court
Suite 400
Virginia Beach, VA 23462-6538

Evan Blair Delgado
SIMON EDDINS &
  GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Mark O. Denehy
ADLER POLLOCK &
  SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903-1345

Anna M. DiLonardo
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Julie Feigeles
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134

Stephen M. Fishback
KELLER FISHBACK
  JACKSON LLP
18425 Burbank Blvd.
Suite 610
Tarzana, CA 91356

John M. Fitzpatrick
WHEELER TRIGG
  O'DONNELL LLP
1801 California Street
Suite 3600
Denver, CO 80202-2617

**MDL No. 875 - Panel Service List (CTO-329) (Continued)**

Kevin J. Fleming
EDWARDS ANGELL PALMER
 & DODGE LLP
111 Huntington Avenue
Boston, MA 02199

Phillip Florence, Jr.
HEDRICK EATMAN
 GARDNER &
 KINCHELOE LLP
P.O. Box 11267
Columbia, SC 29211

Calvin W. Fowler Jr
WILLIAMS MULLEN
1021 E. Cary Street
P.O. Box 1320
Richmond, VA 23218-1320

James D. Gandy, III
PIERCE HERNS SLOAN &
 MCLEOD
P.O. Box 22437
Charleston, SC 29413

Michael V. Gilberti
EPSTEIN & GILBERTI LLC
21 East Front Street, Suite 210
Red Bank, NJ 07701

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Richard M. Grant
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

George C. Greatrex, Jr.
SHIVERS GOSNAY &
 GREATREX LLC
1415 Route 70 East, Suite 210
Cherry Hill, NJ 08034

Kevin Patrick Greene
WILLCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Tamar Lanuza Hagopian
ECKERT SEAMANS
 CHERIN & MELLOTT LLC
Two International Place
16th Floor
Boston, MA 02110

Patricia M. Henrich
REILLY JANICZEK &
 MCDEVITT PC
2500 McClellan Boulevard
Suite 240
Pennsauken, NJ 08109

Robert H. Hood, Jr.
HOOD LAW FIRM
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Arthur Timothy Jones
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Matthew Devins Joss
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
 FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Christopher J. Keale
SEDGWICK DETERT
 MORAN & ARNOLD LLP
Three Gateway Center
100 Mulberry Street -
12th Floor
Newark, NJ 07102

Daniel L. Keller
KELLER FISHBACK
 JACKSON LLP
18425 Burbank Boulevard
Suite 610
Tarzana, CA 91356

James F. Kelly
BRENT COON &
 ASSOCIATES
12201 Big Bend Road
Suite 200
St. Louis, MO 63122

Thomas M. Kennaday
TURNER PADGET
 GRAHAM & LANEY PA
P.O. Box 1473
Columbia, SC 29202

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Deaborn Street
Chicago, IL 60603

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
 FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

**MDL No. 875 - Panel Service List (CTO-329) (Continued)**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

Joseph P. Lasala
MCELROY DEUTSCH
  MULVANEY &
CARPENTER LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

April M. Luna
ADLER POLLOCK &
  SHEEHAN PC
175 Federal Street
Boston, MA 02110

William F. Mahoney
SEGAL MCCAMBRIDGE
  SINGER &
  MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Zoran Malesevic
THORNTON &
  NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

John C. McGuire
SEDGWICK DETERT
  MORAN & ARNOLD LLP
Three Gateway Center
100 Mulberry Street
12th Floor
Newark, NJ 07102

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Francis M. Mckeown
MCKEOWN & ASSOCIATES
2550 Ninth Street
Suite 202
Berkeley, CA 94710

Evan Craig Nelson
TUCKER ELLIS &
  WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105

William W. Nexsen
STACKHOUSE NEXSEN &
  TURRIETTA PLLC
4505 Colley Avenue
P.O. Box 3640
Norfolk, VA 23508

Lisa Lurline Oberg
MCKENNA LONG &
  ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111

Richard Hooper Ottinger
VANDEVENTER
  BLACK LLP
500 World Trade Center
Norfolk, VA 23510

Steven W. Ouzts
TURNER PADGET
  GRAHAM & LANEY PA
P.O. Box 1473
Columbia, SC 29202

LaRana J. Owens
City of Virginia Beach
Municipal Center, Building 1
2401 Courthouse Drive
Virginia Beach, VA 23456

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Lisa M. Pascarella
PEHLIVANIAN &
  BRAATEN LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

Nancy Loraine Pennie
AARONSON RAPPAPORT
  FEINSTEIN &
  DEUTSCH LLP
757 Third Avenue
New York, NY 10017

James J. Pettit
LOCKS LAW FIRM LLC
457 Haddonfield Road
Suite 500
Cherry Hill, NJ 08002

Jeffrey Scott Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Donald Richard Pugliese, Sr.
MCDERMOTT WILL &
  EMERY LLP
340 Madison Avenue
New York, NY 10017

## MDL No. 875 - Panel Service List (CTO-329) (Continued)

Marsad A. Quraishi
BICE COLE LAW FIRM PL
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134

Richard T. Radcliffe Jr.
DEHAY & ELLISTON LLP
36 South Charles Street
13th Floor
Baltimore, MD 21201

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

James T. Rollins
MATUSHEK NILLES ET AL
55 West Monroe Street
Suite 700
Chicago, IL 60603

Jonathan Ruckdeschel
RUCKDESCHEL LAW
  FIRM LLC
5126 Dorsey Hall Drive
Suite 201
Ellicott City, MD 21042

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106

Christopher A. Seeger
SEEGER WEISS LLP
One William Street, 10th Floor
New York, NY 10004-2502

Charles T. Sheldon
SEDGWICK DETERT
  MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin St., 15th Fl
Boston, MA 02110

James L. Svajgl
SEGAL MCCAMBRIDGE
  SINGER &
  MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

John Swenson
STEPTOE & JOHNSON LLP
633 West Fifth Street
Suite 700
Los Angeles, CA 90071

Anthony Berardo Taddeo, Jr.
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220

George R. Talarico
EDWARDS ANGELL
  PALMER & DODGE LLP
One Giralda Farms
Madison, NJ 07940

Michael A. Tanenbaum
SEDGWICK DETERT
  MORAN & ARNOLD LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Jennifer M. Techman
EVERT WEATHERSBY &
  HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

Michael P. Thornton
THORNTON &
  NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Patrick J. Timmins
LEVY PHILLIPS &
  KONIGSBERG LLP
800 Third Ave
13th Floor
New York, NY 10022

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
  KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Stuart Aaron Weinstein
SEDWICK DETERT MORAN
  & ARNOLD LLP
2400 East Commerce
Boulevard
Suite 1100
Fort Lauderdale, FL
33308-3092

Paul A. Weykamp
LAW OFFICES OF PAUL A
  WEYKAMP
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Previn A. Wick
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Stephen B. Williamson
KATTEN MUCHIN
  ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Craig L. Winterman
HERZFELD & RUBIN LLP
1925 Century Park East
Los Angeles, CA 90067