

OFFICIAL FILE COPY   IMAGED DEC 1 6 2009

WHEREAS, Plaintiffs and General Electric Company do and hereby stipulate that General Electric Company should be dismissed from this action with prejudice pursuant to FRCP 41(a)(2), the parties will bear their own costs. Plaintiffs and removing party, General Electric Company consent to and request the immediate remand of this action to Superior Court of California, City and County of Los Angeles under these terms.

Accordingly, Plaintiffs and General Electric Company petition this Court for an order dismissing General Electric Company with prejudice with the parties bearing their own costs, and remanding this case to Superior Court of California, City and County of Los Angeles pursuant to this stipulation.

**IT IS SO ORDERED.**

Dated: November 30, 2009

_____
Judge of the United States District Court