UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Dec 16, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Willie Gill, etc. v. A.W. Chesterton Co., et al.,
        C.D. California, C.A. No. 2:09-6952

MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Gill*) on October 8, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Gill* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Gill* was remanded to the Superior Court of California, City and County of Los Angeles, California, by the Honorable Manuel L. Real in an order filed on November 30, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-327" filed on October 8, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel