UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Dec 16, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| Lawrence Boman, et al. v. Alfa Laval, Inc., et al., | ) | |
| C.D. California, C.A. No. 2:09-7986 | ) | MDL No. 875 |

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Boman*) on November 24, 2009. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Boman* was lifted on December 10, 2009, and the action was transferred to the Eastern District of Pennsylvania. Subsequently, on December 11, 2009, the Panel received a belated notice of opposition to the transfer submitted by plaintiffs in *Boman*. In their opposition, plaintiffs, through counsel, assert that they never received a copy of the Panel's November 24, 2009, order, and that this was the cause of their failure to submit a timely notice of opposition. Recourse to available sources reveals that the email address for plaintiffs' counsel as recorded in the Panel's records is the same as that recorded on the district court docket sheet available on PACER. A copy of the Panel's order was emailed to counsel at that address on November 24, 2009.

Counsel alone is responsible for maintaining correct contact information with the court. Nevertheless, based upon counsel's assertion of non-receipt, the Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Boman* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-329" filed on November 24, 2009, is REINSTATED insofar as it relates to this action. Plaintiffs' notice of opposition is deemed filed as of December 11, 2009. In accordance with Rule 7.4, plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order on or before December 28, 2009. No extensions of time will be granted.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel