

JEFFREY B. SIMON (CA, NY, TX)
RON C. EDDINS (CA, TX)
DAVID C. GREENSTONE (CA, NY, TX)
JENNIFER L. BARTLETT (CA)
CHRISTOPHER J. PANATIER (CA, TX)
ASSOCIATES
LISA M. BARLEY (CA)
BRIAN P. BARROW (CA)
JORDAN BLUMENFELD-JAMES (CA)
BENJAMIN D. BRALY (CA, TX)
LAURA M. CABUTTO (TX)
CLAY B. CARROLL (CA, TX)
SEAN R. COX (TX)
REBECCA A. CUCU (CA)
MEGAN A. DATRICE (CA)

SIMON, EDDINS & GREENSTONE, LLP

MDL 875

JESSICA M. DEAN (CA, TX)
EVAN B. DELGADO (CA, LA)
JOHN J. FOLEY (CA, IL, MO)
JONATHAN A. GEORGE (VA, TX, CA)
ROBERT A. GREEN (CA)
ETHAN A. HORN (CA)
H.W. TREY JONES (CA, TX)
DARREN P. McDOWELL (TX)
STUART J. PURDY (CA)
ALEXANDRA SHEF (CA)
LISA WHITE SHIRLEY (FL, LA, TX)
DANA C. SIMON (TX)
J. BRADLEY SMITH (TX)
CHARLES E. SOECHTING, JR. (TX)
JAY E. STUEMKE (TX)

PLEASE RESPOND TO THE CALIFORNIA OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 16 2009

December 11, 2009

FILED
CLERK'S OFFICE

Jeffery N. Lüthi, Clerk
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002

**VIA FACSIMILE ONLY**
(202) 502-2888

PLEADING NO. 6027

RE:  MDL 875
*Lawrence Boman et al. v. Alfa Laval, Inc. et al.*
Central District of California, Case No. 2:09-cv-7986

Dear Mr. Lüthi,

This office represents plaintiffs Lawrence and Shirley Boman in this asbestos-related product liability action. The Panel apparently issued a conditional transfer order on or about November 24, 2009, which then became final yesterday. I never received notice of either the conditional transfer order or the deadline to object until today. I learned of the conditional transfer order, and that it went final, when I received a document filed today by counsel for defendant Volkswagen of America, Inc. That filing requests the district court in California to refrain from ruling on a pending motion for remand that is set for hearing on Monday, December 14, 2009. Volkswagen attempts to use the event of transfer to prevent the district court from ruling on the merits of whether any federal court has subject matter jurisdiction over this case.

Needless to say, given my client's pending and fully-briefed motion for remand, had I been aware of the conditional transfer order, I would have timely objected as I have done in other cases before the Panel. By this letter, my clients hereby object to the conditional transfer order and request the Panel to temporarily vacate its order of transfer so that the district court may rule on the merits of the motion for remand.

TEXAS OFFICE:
3232 McKINNEY AVENUE, SUITE 610
DALLAS, TEXAS 75204
TEL: 214.276.7680
FAX: 214.276.7699

ATTORNEYS & COUNSELORS AT LAW
OFFICIAL FILE COPY

CALIFORNIA OFFICE:
301 E. OCEAN BLVD., SUITE 1950
LONG BEACH, CALIF. 90802
TEL: 562.590.3400
FAX: 562.590.3412

IMAGED DEC 16 2009

Re: MDL 875
   *Boman v. Alfa Laval, Inc., et al.*
   Central District of California, Case No. 2:09-cv-7986

Page Two

Given the circumstances, temporarily vacating the transfer order so that the remand issues may be promptly resolved will preserve judicial resources and eliminate the necessity of a duplicate motion for remand before the transferee court in Pennsylvania. If there is no proper federal jurisdiction over this case, it benefits all parties to have that issue resolved as soon as possible, particularly since the pending motion for remand is literally set for hearing this upcoming Monday.

Sincerely,

BRIAN P. BARROW

cc: Craig L. Winterman (counsel for Volkswagen)

RECEIVED CLERK'S OFFICE 2009 DEC 11 P 3:18 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION