JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on January 27, 2010, the Panel will convene a hearing session in Miami, Florida, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c).  *Id.*  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument.  *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | David G. Trager |

**IMAGED** DEC 17 2009

SCHEDULE OF MATTERS FOR HEARING SESSION
January 27, 2010 -- Miami, Florida


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL No. 2122 -- **IN RE: NATIONAL ARBITRATION FORUM ANTITRUST**
         **LITIGATION**

Motion of plaintiffs Kerry S. Sydnes; Rebecca Kuntz; Kelly Marquis, et al.; Tommi
Head; John Vassal; Robert Burgi; Roger A. Shuler; Nolan Vassar; and Karen Wicker, et al., for
centralization of certain of the following actions in the United States District Court for the
District of Minnesota and motion, as amended, of defendants National Arbitration Forum, Inc.;
National Arbitration Forum, LLC; and Dispute Management Services, LLC, for centralization of
the following actions in the United States District Court for the District of Minnesota:

> Middle District of Alabama

Adriane Daniels v. Worldwide Asset Purchasing, LLC, et al., C.A. No. 2:09-920

> Central District of California

Anthony Magnone, et al. v. Accretive, LLC, et al., C.A. No. 2:09-6375

> Middle District of Florida

Reginald Pelletier v. National Arbitration Forum, Inc., et al., C.A. No. 8:09-2229

> Middle District of Georgia

Portfolio Recovery Associates, LLC v. Erick Barkwell, C.A. No. 4:09-113

> District of Minnesota

Kerry S. Sydnes v. National Arbitration Forum, Inc., et al., C.A. No. 0:09-1939
Kelly Marquis, et al. v. National Arbitration Forum, Inc., et al., C.A. No. 0:09-1971
Tommi Head v. National Arbitration Forum, Inc., et al., C.A. No. 0:09-1977
Robert Burgi v. National Arbitration Forum, Inc., et al., C.A. No. 0:09-2200

Schedule of Matters for Hearing Session, Section A                              p. 2
Miami, Florida


MDL No. 2122 (Continued)


      <u>District of Minnesota</u> (Continued)

Karen Wicker, et al. v. National Arbitration Forum, Inc., et al., C.A. No. 0:09-2508
Amy Wilder v. National Arbitration Forum, Inc., et al., C.A. No. 0:09-3168

      <u>Western District of Washington</u>

Shirley Roarig v. National Arbitration Forum, Inc., et al., C.A. No. 3:09-5685


MDL No. 2124 -- **IN RE: CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendant Conseco Life Insurance Co. for centralization of the following actions in the United States District Court for the Middle District of Florida or, in the alternative, the United States District Court for the Southern District of Indiana:

      <u>Northern District of California</u>

Cedric Brady, et al. v. Conseco, Inc., et al., C.A. No. 3:08-5746

      <u>Middle District of Florida</u>

Bill W. McFarland v. Conseco Life Insurance Co., C.A. No. 3:09-598

      <u>Northern District of Florida</u>

William R. Muldrow, et al. v. Conseco Life Insurance Co., et al., C.A. No. 4:08-552

## MDL No. 2125 -- IN RE: TOYOTA MOTOR SALES USA LITIGATION

Motion of defendants Toyota Motor Corp.; Toyota Motor Sales, U.S.A., Inc.; Christopher Reynolds; Jane Howard Martin; Eric Taira; Dian Ogilvie; and Alicia McAndrews for centralization of the following actions in the United States District Court for the Central District of California:

### Central District of California

Dimitrios P. Biller, et al. v. Toyota Motor Corp., et al., C.A. No. 2:09-5429
Bella Basco, et al. v. Toyota Motor Corp., et al., C.A. No. 2:09-6307

### Eastern District of Texas

Ronald Lewis Cole, et al. v. Toyota Motor Corp., et al., C.A. No. 2:09-268
Raul Lopez, et al. v. Toyota Motor Corp., et al., C.A. No. 2:09-292

## MDL No. 2126 -- IN RE: TRAMADOL HYDROCHLORIDE EXTENDED-RELEASE TABLETS PATENT LITIGATION

Motion, as amended, of plaintiffs Purdue Pharma Products L.P. and Napp Pharmaceutical Group Ltd. for centralization of the following actions in the United States District Court for the District of Delaware:

### District of Delaware

Purdue Pharma Products L.P., et al. v. Impax Laboratories, Inc., C.A. No. 1:08-519
Purdue Pharma Products L.P., et al. v. Paddock Laboratories, Inc., C.A. No. 1:09-666
Purdue Pharma Products L.P., et al. v. Sun Pharmaceutical Industries, Ltd., et al.,
    C.A. No. 1:09-833

### District of Minnesota

Purdue Pharma Products L.P., et al. v. Paddock Laboratories, Inc., C.A. No. 0:09-2411

### Eastern District of Virginia

Purdue Pharma Products L.P., et al. v. Cipher Pharmaceuticals, Inc., C.A. No. 2:09-544

Schedule of Matters for Hearing Session, Section A                    p. 4
Miami, Florida


MDL No. 2127 -- **IN RE: NATIONAL ASSOCIATION OF MUSIC MERCHANTS,**
                **MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST**
                **LITIGATION**

Motion of plaintiffs Walter Witherspoon, et al., for centralization of the following actions
in the United States District Court for the Southern District of California:

Central District of California

Allen Hale v. Guitar Center, Inc., et al., C.A. No. 2:09-6897
Mark O'Leary v. Guitar Center, Inc., et al., C.A. No. 2:09-7015
Niranjan Parikh v. Guitar Center, Inc., et al., C.A. No. 2:09-7254
Kate MacWilliamson v. Guitar Center, Inc., et al., C.A. No. 2:09-7375
Agustin Cervantes v. Guitar Center, Inc., et al., C.A. No. 2:09-7526
William S. Poff, Jr. v. Guitar Center, Inc., et al., C.A. No. 2:09-7614

Southern District of California

David Giambusso v. National Association of Music Merchants, Inc., et al.,
    C.A. No. 3:09-2002
Colby Giles v. Guitar Center, Inc., et al., C.A. No. 3:09-2146
Rory W. Collins v. Guitar Center, Inc., et al., C.A. No. 3:09-2151
David Keel v. Guitar Center, Inc., et al., C.A. No. 3:09-2156
Walter Witherspoon, et al. v. National Association of Music Merchants, Inc., et al.,
    C.A. No. 3:09-2178
Joshua Ramsey, et al. v. National Association of Music Merchants, Inc., et al.,
    C.A. No. 3:09-2211
Cynthia Sepulveda v. Guitar Center, Inc., et al., C.A. No. 3:09-2267
Jason Paradise v. National Association of Music Merchants, Inc., et al.,
    C.A. No. 3:09-2285
Alex Bohl v. National Association of Music Merchants, Inc., et al., C.A. No. 3:09-2332

District of District of Columbia

Kenneth Manyin v. Guitar Center, Inc., et al., C.A. No. 1:09-1950

Northern District of Illinois

Alex Teller v. Guitar Center, Inc., C.A. No. 1:09-6104

Schedule of Matters for Hearing Session, Section A                                    p. 5
Miami, Florida


**MDL No. 2128 -- IN RE: GAIAM, INC., WATER BOTTLE MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Erinn Tozer for centralization of the following actions in the United
States District Court for the District of Colorado or, in the alternative, the United States District
Court for the Southern District of California:

<u>Southern District of California</u>

Erinn Tozer v. Gaiam, Inc., C.A. No. 3:09-2388

<u>District of Colorado</u>

Daniel Smith v. Gaiam, Inc., C.A. No. 1:09-2545


**MDL No. 2129 -- IN RE: BEST BUY CO., INC., PRICE MATCH MARKETING AND
SALES PRACTICES LITIGATION**

Motion of plaintiff Thomas Jermyn for centralization of the following actions
in the United States District Court for the Southern District of New York:

<u>Central District of California</u>

Duc Truong, et al. v. Best Buy Stores, L.P., et al., C.A. No. 8:09-997

<u>Northern District of Illinois</u>

Todd Laff v. Best Buy Stores, L.P., et al., C.A. No. 1:09-6649

<u>District of New Jersey</u>

Joseph Disanto v. Best Buy Stores, L.P., et al., C.A. No. 2:09-4727

<u>Southern District of New York</u>

Thomas Jermyn v. Best Buy Stores, L.P., C.A. No. 1:08-214

Schedule of Matters for Hearing Session, Section A                                        p. 6
Miami, Florida


## MDL No. 2130 -- **IN RE: MEMANTINE HYDROCHLORIDE PATENT LITIGATION**

Motion of plaintiffs Forest Laboratories, Inc.; Forest Laboratories Holdings, Ltd.; Merz PharmaGmbH & Co. KGaA; and Merz Pharmaceuticals GmbH for centralization of the following actions in the United States District Court for the District of Delaware:

#### District of Delaware

Forest Laboratories, Inc., et al. v. Lupin Pharmaceuticals, Inc., et al., C.A. No. 1:08-21
Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al., C.A. No. 1:09-52

#### District of New Jersey

Forest Laboratories, Inc., et al. v. Orgenus Pharma Inc., et al., C.A. No. 3:09-5105


## MDL No. 2131 -- **IN RE: MANSFIELD OIL COMPANY OF GAINESVILLE, INC., CONTRACT LITIGATION**

Motion of  WNC Stores, LLC; WNC Solo, Inc.; White's Solo, LLC; Andy P. Jordan; and Deborah Dupuis for centralization of the following actions in the United States District Court for the Western District of North Carolina:

#### Northern District of Georgia

Mansfield Oil Co. of Gainesville, Inc. v. WNC Solo, Inc., et al., C.A. No. 2:09-108

#### Western District of North Carolina

Mansfield Oil Co. of Gainesville, Inc. v. Andy P. Jordan, et al., C.A. No. 1:09-205
WNC Stores, LLC, et al. v. Mansfield Oil Co. of Gainesville, Inc., C.A. No. 2:09-33

Schedule of Matters for Hearing Session, Section A                    p. 7
Miami, Florida


MDL No. 2132 -- **IN RE: DIRECTBUY, INC., MARKETING AND SALES PRACTICES
              LITIGATION**

Motion of plaintiff Brian Vance for centralization of the following actions in the United
States District Court for the Southern District of Indiana:

> Central District of California

Phil Ganezer, et al. v. DirectBuy, Inc., et al., C.A. No. 2:08-8666

> District of Connecticut

Christopher Wilson, et al. v. DirectBuy, Inc., et al., C.A. No. 3:09-590

> Southern District of Indiana

Brian Vance v. DirectBuy, Inc., et al., C.A. No. 1:09-1360

> Eastern District of New York

Jamila Swift, et al. v. DirectBuy, Inc., et al., C.A. No. 1:09-4067


MDL No. 2134 -- **IN RE: CVS CAREMARK CORP. WAGE AND HOUR EMPLOYMENT
              PRACTICES LITIGATION**

Motion of plaintiffs Elizabeth Ducasse; William Nash, et al.; and Jeanette Belanger for
centralization of the following actions in the United States District Court for the District of
Rhode Island:

> District of Connecticut

Antoinette McLean v. CVS Caremark Corp., et al., C.A. No. 3:09-345

> Southern District of Florida

Joachim E. Traebecke v. Holiday CVS, LLC, et al., C.A. No. 1:09-22553
Kristy Henderson, et al. v. Holiday CVS, LLC, et al., C.A. No. 9:09-80909

Schedule of Matters for Hearing Session, Section A                    p. 8
Miami, Florida


MDL No. 2134 (Continued)


<u>Eastern District of New York</u>

Elizabeth Ducasse v. CVS Caremark Corp., et al., C.A. No. 1:09-4359

<u>Southern District of New York</u>

Reinaldo Cruz, et al. v. Hook-Superx, LLC, et al., C.A. No. 1:09-7717

<u>District of Rhode Island</u>

William Nash, et al. v. CVS Caremark Corp., et al., C.A. No. 1:09-79
Jeanette Belanger v. CVS Caremark Corp., et al., C.A. No. 1:09-522


MDL No. 2135 -- **IN RE: AIR CRASH AT MADRID, SPAIN, ON AUGUST 20, 2008**

Motion of defendants The Boeing Co.; McDonnell Douglas Corp.; Esterline
Technologies Corp.; Leach International, Inc.; Honeywell International Inc.; Eaton Corp.; and
Ametek Inc. for centralization of the following actions in the United States District Court for the
Central District of California:

<u>Central District of California</u>

Kim Ivonne Tate Perez, et al. v. The Boeing Co., et al., C.A. No. 2:09-7285

<u>Middle District of Florida</u>

Maria Del Carmen Hernandez, et al. v. McDonnel Douglas Corp., et al.,
    C.A. No. 8:09-1553
Leandro Ortega Pena v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1641
Angeles Carpintero Ruiz, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1642
Gloria Ester Diepa Martin, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1643
Gloria Ester Diepa Martin, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1644
Higinio Ibanez Fraca, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1645
Eugenio Nunez Pavillard, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1646
Shirley Mani, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1647

Schedule of Matters for Hearing Session, Section A                                    p. 9
Miami, Florida


MDL No. 2135 (Continued)


<u>Middle District of Florida</u> (Continued)

Vicenta Guerreo, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1648
Josefa Ortiz Perea, etc v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1649
Carmelo Alvardo Castro, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1650
Juan Diepa Hernanda, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1651
Maria Dolores Florez Rodriguez, etc. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1655
Sonia MAria Castillo Martinez, etc. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1656
Daniel Estevez Ruiz, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1657
Maria Loreto Gonzalez Cabanas, et al. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1658
Zaida Rodriguez Ramirez, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1659
Juan de Dios Font Marin, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1661
Jose Jesus Placeres Perez, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1662
Maximo Diaz Delgado, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1663
Maria Candelaria Perez Mateo, et al. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1664
Tereza Suarez Quebedo, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1665
Rafael Moreno Perez, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1666
Maria Estrella Cigala Marrero, etc. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1667
Maria De La Paz Soto Lloves Concepcion, etc. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1668
Maria Estrella Cigala Marrero, et al. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1669
Maria Estrella Cigala Marrero, et al. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1670
Yolanda Villanueva Martin, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1671
Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1673
Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1680
Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1683
Eugenio Nunez Pavillard, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1684
Angel Francisco Santa Castillo, etc. v. McDonnell Douglas Corp., et al.,
    C.A. No. 8:09-1685

Schedule of Matters for Hearing Session, Section A                          p. 10
Miami, Florida


MDL No. 2135 (Continued)


      <u>Middle District of Florida</u> (Continued)

Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al.,
   C.A. No. 8:09-1687
Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al.,
   C.A. No. 8:09-1689
Maria Jesus Melian Perez, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1690
Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al.,
   C.A. No. 8:09-1691
Maria Jesus Melian Perez, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1692
Irina Hult, etc. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1693
Johan L. Rondonuwu, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1694
Anna Maria Sanchez Diez, et al. v. McDonnell Douglas Corp., et al., C.A. No. 8:09-1707


      <u>Northern District of Illinois</u>

Elena Celia Fortaner, et al. v. The Boeing Co., et al., C.A. No. 1:09-5808
Antonio Garcia Martin, etc. v. The Boeing Co., et al., C.A. No. 1:09-5810


MDL No. 2136 -- **IN RE: JPMORGAN CHASE BANK AND MILLENNIUM BANK
      SECURITIES LITIGATION**

   Motion of plaintiffs Kimberly Benson, et al., for centralization of the following actions in
the United States District Court for the Northern District of California:

      <u>Northern District of California</u>

Kimberly Benson, et al. v. J.P. Morgan Chase Bank, N.A., C.A. No. 3:09-5272
John Alexander Lowell v. J.P. Morgan Chase Bank, N.A., C.A. No. 3:09-5560

      <u>Northern District of Texas</u>

Anne Marie Litson-Gruenberg v. J.P. Morgan Chase & Co., C.A. No. 7:09-56

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

**MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Charles Corley, et al.; Myrtes Faye Kollar, et al.; Oliver Brown; and Edwin Ball, and defendant Haskell Corp., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Alabama

Charles Corley, et al. v. Long-Lewis, Inc., et al., C.A. No. 2:09-1812

Northern District of California

Myrtes Faye Kollar, et al. v. Metalclad Insulation Corp., et al., C.A. No. 3:09-5106
Oliver Brown v. Metalclad Insulation Corp., et al., C.A. No. 4:09-4681
Edwin Ball v. Asbestos Defendants, et al., C.A. No. 4:09-4929

Western District of Washington

Sieann M. Zoeger, etc. v. Saberhagen Holdings, Inc., et al., C.A. No. 2:09-1457

**MDL No. 1431 -- IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Neal Garrison, etc., to transfer of the following action to the United States District Court for the District of Minnesota:

Western District of Oklahoma

Neal Garrison, etc. v. Central Oklahoma Medical Group, Inc., et al., C.A. No. 5:09-1008

Schedule of Matters for Hearing Session, Section B                                   p. 12
Miami, Florida


MDL No. 1657 -- **IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS
                      LIABILITY LITIGATION**

Opposition of plaintiff State of South Carolina ex rel. Henry McMaster to transfer of the
following action to the United States District Court for the Eastern District of Louisiana:

                <u>District of South Carolina</u>

State of South Carolina ex rel. Henry McMaster v. Merck & Co., Inc.,
   C.A. No. 6:09-2515


MDL No. 1769 -- **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Middle District of Florida:

                <u>Northern District of California</u>

Lisa Bain, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4147
Lisa Saunders, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4148
Kimberly Kessler, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4149
Donald Bates, Jr., et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4150
Carolyn Harrison, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4151
Cynthia Arnold, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4157
Angel Colon, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4158
Todd Boggis, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4159
Paul Trim, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4160
Mark Coffey, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4161
Antonio Burton, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4162
Gloria Miller, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4163
David Marte, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4164
Sharon Diston, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4165
Bong Nguygen, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4166

Schedule of Matters for Hearing Session, Section B                                    p. 13
Miami, Florida


## MDL No. 1842 -- IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Cindie Torrey, et al., to transfer of the following action to the United States District Court for the District of Rhode Island:

District of Utah

Cindie Torrey, et al. v. Davol, Inc., et al., C.A. No. 2:09-883


## MDL No. 1871 -- IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Odell Waller, et al., and defendant Bernadette Anderson, M.D., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Southern District of Ohio

Odell Waller, et al. v. SmithKline Beecham Corp., et al., C.A. No. 2:09-887


## MDL No. 1905 -- IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Patricia M. Egan-Alford to transfer of the following action to the United States District Court for the District of Minnesota:

Eastern District of New York

Patricia M. Egan-Alford v. Medtronic, Inc., et al., C.A. No. 2:09-4838

Schedule of Matters for Hearing Session, Section B                           p. 14
Miami, Florida


**MDL No. 1950 -- IN RE: MUNICIPAL DERIVATIVES ANTITRUST LITIGATION**

Opposition of plaintiff State of West Virginia ex rel. Darrell V. McGraw, Jr., to transfer of the following action to the United States District Court for the Southern District of New York:

Southern District of West Virginia

State of West Virginia ex rel. Darrell V. McGraw, Jr. v. Bank of America, N.A., C.A. No. 3:09-1116


**MDL No. 1984 -- IN RE: DIRECTECH SOUTHWEST, INC., FAIR LABOR STANDARDS ACT (FLSA) LITIGATION**

Opposition of defendants DirecTech Delaware, Inc., and DirectTech Holding Co. to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

District of Massachusetts

Jon D. Gruchy, et al. v. Directec, Inc., et al., C.A. No. 1:08-10755


**MDL No. 2020 -- IN RE: AETNA, INC., OUT-OF-NETWORK "UCR" RATES LITIGATION**

Opposition of plaintiff Luminate Ohai to transfer of the following action to the United States District Court for the District of New Jersey:

Northern District of Georgia

Luminate Ohai v. Aetna Life Insurance Inc., et al., C.A. No. 1:09-2791

Schedule of Matters for Hearing Session, Section B                    p. 15
Miami, Florida


MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

Oppositions of defendants Regions Financial Corp.; Regions Bank; M&T Bank Corp.; PNC Bank, N.A.; and Branch Banking & Trust Co. to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

Northern District of Georgia

Lawrence D. Hough, et al. v. Regions Financial Corp., C.A. No. 1:09-2545

District of Maryland

Maxine Aarons Given v. M&T Bank Corp., C.A. No. 1:09-2207

District of New Jersey

Virgilio S. Casayuran, Jr. v. PNC Bank, N.A., C.A. No. 2:09-5155

Middle District of North Carolina

Doris Powell-Perry v. Branch Banking & Trust, Inc., et al., C.A. No. 1:09-619
Lacy Barras v. Branch Banking & Trust Co., C.A. No. 1:09-678


MDL No. 2040 -- **IN RE: CONOCOPHILLIPS CO. SERVICE STATION RENT
                    CONTRACT LITIGATION**

Oppositions of plaintiffs Ray Merpour; Moussa Karimi; HM Khosh, Inc.; Fariborz David Massoudi, et al.; and Kasra Khadivi Dimbali to transfer of their respective following actions to the United States District Court for the Northern District of California:

Central District of California

Ray Merpour v. ConocoPhillips Co., C.A. No. 2:09-5704
Moussa Karimi v. ConocoPhillips Co., C.A. No. 2:09-5705
HM Khosh, Inc. v. ConocoPhillips Co., C.A. No. 2:09-6361
Fariborz David Massoudi, et al. v. ConocoPhillips Co., C.A. No. 2:09-6650

Eastern District of California

Kasra Khadivi Dimbali v. ConocoPhillips Co., C.A. No. 2:09-2242

Schedule of Matters for Hearing Session, Section B                    p. 16
Miami, Florida


MDL No. 2047 -- **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS
            LIABILITY LITIGATION**

Opposition of defendant Andrews Hardware, Inc., to transfer of the following action to
the United States District Court for the Eastern District of Louisiana:

### Southern District of Alabama

Claude McDuffie, et al. v. Knauf Gips KG, et al., C.A. No. 1:09-550


Motion of Plaintiffs' Liaison Counsel in MDL No. 2047 to transfer the following action
to the United States District Court for the Eastern District of Louisiana:

### Eastern District of Virginia

Builders Mutual Insurance Co. v. Dragas Management Corp., et al., C.A. No. 2:09-185


MDL No. 2088 -- **IN RE: FAIRFIELD GREENWICH GROUP SECURITIES
            LITIGATION**

Oppositions of plaintiffs Maria Akriby Valladolid; Ricardo Lopez; and Maridom Ltd., et
al., to transfer of their respective following actions to the United States District Court for the
Southern District of New York:

### Central District of California

Maria Akriby Valladolid v. American Express Bank Ltd., et al., C.A. No. 2:09-6937

### Southern District of Florida

Ricardo Lopez v. Standard Chartered Bank International (Americas) Ltd., et al.,
      C.A. No. 1:09-22451
Maridom Ltd., et al. v. Standard Chartered Bank International (Americas) Ltd.,
      C.A. No. 1:09-22868

Schedule of Matters for Hearing Session, Section B                    p. 17
Miami, Florida


MDL No. 2094 -- **IN RE: CHEERIOS MARKETING AND SALES PRACTICES
                  LITIGATION**

Opposition of plaintiff National Consumers League to transfer of the following action to
the United States District Court for the District of New Jersey:

District of District of Columbia

National Consumers League v. General Mills, Inc., C.A. No. 1:09-1881


MDL No. 2096 -- **IN RE: ZICAM COLD REMEDY MARKETING, SALES PRACTICES
                  AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Fernando L. Pages-Rangel and Edwin H. Nunez-Maldonado to
transfer of their respective following actions to the United States District Court for the District of
Arizona:

District of Puerto Rico

Fernando L. Pages-Rangel v. Zicam, LLC, et al., C.A. No. 3:09-1801
Edwin H. Nunez-Maldonado v. Matrixx Initiatives, Inc., et al., C.A. No. 3:09-1976


MDL No. 2099 -- **IN RE: STANFORD ENTITIES SECURITIES LITIGATION**

Oppositions of plaintiffs James Roland, et al., and Leah Farr, et al., to transfer of their
respective following actions to the United States District Court for the Northern District of
Texas:

Middle District of Louisiana

James Roland, et al. v. Jason Green, et al., C.A. No. 3:09-676
Leah Farr, et al. v. Jason Green, et al., C.A. No. 3:09-678

Schedule of Matters for Hearing Session, Section B                                   p. 18
Miami, Florida


MDL No. 2100 -- **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES
              PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Marquisa Jankins to transfer of the following action to the United
States District Court for the Southern District of Illinois:

Central District of California

Marquisa Jankins v. Bayer Corp., et al., C.A. No. 5:09-2052

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel.  Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See generally</u> <u>In re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
     (i)    the dispositive issue(s) have been authoritatively decided; or
     (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

    (h)    So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

    (i)    After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.