MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| SIEANN M. ZOEGER, Individually and as Personal Representative of the Estate of RICHARD J. ZOEGER,<br><br>Plaintiff,<br><br>vs.<br><br>SABERHAGEN HOLDINGS, INC., as successor to TACOMA ASBESTOS COMPANY and THE BROWER COMPANY; LOCKHEED SHIPBUILDING COMPANY; TODD PACIFIC SHIPYARDS CORPORATION, Individually and as successor-in-interest to TODD SHIPYARDS CORPORATION; TODD SHIPYARDS CORPORATION, Individually and as successor-in-interest to TODD PACIFIC SHIPYARDS CORPORATION; AAA WASHINGTON; CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; HASKELL CORPORATION; KEY BANK NATIONAL ASSOCIATION; NESTLE USA, INC., as successor-in-interest to CARNATION EVAPORATED MILK | MDL Docket No. 875<br><br>USDC No. C09-1457 RAJ<br><br>DEFENDANT AAA WASHINGTON'S RULE 5.3 CORPORATE DISCLOSURE STATEMENT |

PLEADING NO. 6030

2009 NOV 30 A 9:08
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY

IMAGED DEC 17 2009

DEFENDANT AAA WASHINGTON'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 1

438597 / 2053.0001

ORIGINAL

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| 1 | COMPANY; PREMERA BLUE CROSS; PUGET SOUND ENERGY, INC.; SEQUOIA VENTURES, INC., f/k/a and as successor-in-interest to BECHTEL CORPORATION, BECHTEL, INC. BECHTEL MCCONE COMPANY, BECHTEL GROUP, INC.; THE SHAW GROUP, INC.; and TEXACO, INC. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant AAA Washington, by and through its undersigned attorneys, makes the following corporate disclosure:

1. AAA Washington is a nongovernmental corporate party.

2. No parent company or any public held corporation holds 10% or more of the stock in AAA Washington.

DATED this __24__ day of November, 2009.

FORSBERG & UMLAUF, P.S.

By: _____
Melissa K. Habeck, WSBA #30836
Attorney for Defendant AAA Washington
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
Phone: 206-689-8500
Fax: 206-689-8501

DEFENDANT AAA WASHINGTON'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 2

438597 / 2053.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

PANEL ON MULTIDISTRICT LITIGATION
DEC 17 2009
FILED
CLERK'S OFFICE

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DEFENDANT AAA WASHINGTON'S RULE 5.3 CORPORATE DISCLOSURE STATEMENT on the following individuals in the manner indicated:

| | |
|---|---|
| Brian F. Ladenburg<br>Glenn S. Draper<br>Benjamin Couture<br>Bergman Draper & Frockt<br>614 First Ave., Fourth Floor<br>Seattle, WA 98104<br>Facsimile: 206-957-9549<br>( x ) Via Messenger | Peter G. Angelos<br>Law Offices of Peter G. Angelos PC<br>One Charles Center<br>100 North Charles Street<br>22nd Floor<br>Baltimore, MD 21201<br>( x ) Via U.S. Mail |
| Kent M. Fandel<br>Graham & Dunn PC<br>2801 Alaskan Way<br>Suite 300 Pier 70<br>Seattle, Washington 98121-1128<br>Facsimile: 206-340-9599<br>( x ) Via Facsimile | Guy Sternal<br>Eisenhower & Carlson, PLLC<br>1201 Pacific Avenue, Suite 1200<br>Tacoma, WA 98402<br>Facsimile: 1-253-272-5732<br>( x ) Via Facsimile |
| Walter E. Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue, Suite 2900<br>Seattle, WA 98101<br>Facsimile: 206-682-7100<br>( x ) Via Facsimile | Jeffrey M. Thomas<br>Gordon Tilden Thomas & Cordell LLP<br>1001 Fourth Ave., Suite 4000<br>Seattle, WA 98154<br>Facsimile: 206-467-6292<br>( x ) Via Facsimile |

RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2009 NOV 30 A 9:09

DEFENDANT AAA WASHINGTON'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 3

438597 / 2053.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

| | | |
|---|---|---|
| 1 | Timothy K. Thorson | Frank Chmelik |
| | Carney Badley Spellman | Chmelik Sitkin & Davis, P.S. |
| 2 | 701 5th Ave., Suite 3600 | 1500 Railroad Ave. |
| | Seattle, WA 98104 | Bellingham, WA 98225 |
| 3 | Facsimile: 206-622-8983 | Facsimile: 1-360-671-3781 |
| | ( x ) Via Facsimile | ( x ) Via U.S. Mail |
| 4 | | |
| | Robert G. Andre | Eliot M. Harris |
| 5 | Aaron P. Riensche | David A. Shaw |
| | Ogden Murphy Wallace, PLLC | Williams Kastner & Gibbs PLLC |
| 6 | 1601 Fifth Ave., Suite 2100 | 601 Union St. Ste 4100 |
| | Seattle, WA 98101-1686 | Seattle, Washington 98101 |
| 7 | Facsimile: 206-447-0215 | Facsimile: 206-628-6611 |
| | ( x ) Via Facsimile | ( x ) Via Facsimile |
| 8 | | |
| | Brian D. Zeringer | Janet W. Black |
| 9 | Mr. Barry Mesher | Ward Black PA |
| | Lane Powell Spears Lubersky, LLP | 208 West Wendover Avenue |
| 10 | 1420 Fifth Avenue, Suite 4100 | Greensboro, NC 27401-1307 |
| | Seattle, WA 98101-2338 | ( x ) Via U.S. Mail |
| 11 | Facsimile: 206-223-7107 | |
| | ( x ) Via Facsimile | |
| 12 | | |
| | Kevin M. Jordan | Russell W. Budd |
| 13 | Baker Botts LLP | Baron & Budd PC |
| | 910 Louisiana | 3102 Oaklawn Avenue |
| 14 | One Shell Plaza | Suite 1100 |
| | Houston, TX 77002-4995 | Dallas, TX 75219 |
| 15 | ( x ) Via U.S. Mail | ( x ) Via U.S. Mail |
| 16 | Paul Kalish | Steven Kazan |
| | Crowell & Moring LLP | Kazan McClain Abrams Fernandez Et Al |
| 17 | 1001 Pennsylvania Avenue, N.W. | 171 Twelfth Street |
| | Washington, DC 20004-2595 | Third Floor |
| 18 | ( x ) Via U.S. Mail | Oakland, CA 94607 |
| | | ( x ) Via U.S. Mail |
| 19 | | |
| | John D. Cooney | Peter A. Kraus |
| 20 | Cooney & Conway | Waters & Kraus LLP |
| | 120 North LaSalle Street, Suite 3000 | 3219 McKinney Avenue, Suite 3000 |
| 21 | Chicago, IL 60602-2415 | Dallas, TX 75204 |
| | ( x ) Via U.S. Mail | ( x ) Via U.S. Mail |
| 22 | | |
| 23 | | |

DEFENDANT AAA WASHINGTON'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 4

438597 / 2053.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

| | | |
|---|---|---|
| 1 | Gwendolyn C. Payton | Kevin C. Baumgardner |
| | Lane Powell PC | Corr Cronin Michelson Baumgardner & |
| 2 | 1420 Fifth Avenue, Ste. 4100 | Preece, LLP |
| | Seattle, WA 98101-2338 | 1001 4th Avenue, Suite 3900 |
| 3 | Facsimile: 206-223-7107 | Seattle, WA 98154 |
| | ( x ) Via Facsimile | Facsimile: 206-625-0900 |
| 4 | | ( x ) Via Facsimile |
| | | |
| 5 | David C. Landin | Thomas A. Packer |
| | Hunton & Williams | Gordon & Rees LLP |
| 6 | Riverfront Plaza | Embarcadero Center West |
| | East Tower | 275 Battery Street |
| 7 | 951 East Byrd Street | Suite 2000 |
| | Richmond, VA 23219-4074 | San Francisco, CA 94111 |
| 8 | ( x ) Via U.S. Mail | ( x ) Via U.S. Mail |
| | | |
| 9 | Roger B. Lane | Joseph F. Rice |
| | Roger B Lane PC | Motley Rice LLC |
| 10 | 1601 Reynolds Street | 28 Bridgeside Blvd. |
| | Brunswick, GA 31520 | P.O. Box 1792 |
| 11 | ( x ) Via U.S. Mail | Mount Pleasant, SC 29464 |
| | | ( x ) Via U.S. Mail |
| 12 | | |
| | William F. Mahoney | Robert C. Malaby |
| 13 | Segal McCambridge Singer & Mahoney LTD | Malaby & Bradley |
| | 233 South Wacker Drive | 150 Broadway, Suite 600 |
| 14 | Suite 5500 | New York, NY 10038 |
| | Chicago, IL 60606 | ( x ) Via U.S. Mail |
| 15 | ( x ) Via U.S. Mail | |
| | | |
| 16 | John P. McShea | Philip McWeeny |
| | McShea Tecce PC | Schiff Hardin LLP |
| 17 | Mellon Bank Center | One Market Plaza 32nd Floor |
| | 1717 Arch Street | Spear Street Tower |
| 18 | 28th Floor | San Francisco, CA 94105 |
| | Philadelphia, PA 19103 | ( x ) Via U.S. Mail |
| 19 | ( x ) Via U.S. Mail | |

DEFENDANT AAA WASHINGTON'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 5

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

438597 / 2053.0001

| | |
|---|---|
| Michael Thornton<br>Thornton & Naumes LLP<br>100 Summer Street<br>30th Floor<br>Boston, MA 02110<br>( x ) Via U.S. Mail | Walter G. Watkins, Jr.<br>Forman Perry Watkins Krutz & Tardy PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608<br>( x ) Via U.S. Mail |

SIGNED this 24th day of November, 2009, at Seattle, Washington.

_____
Shannon D. Walker

DEFENDANT AAA WASHINGTON'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 6

438597 / 2053.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX