Case 2:09-cv-08261-R-VBK   Document 10   Filed 11/30/2009   Page 1 of 2

**MDL 875**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC 17 2009

FILED
CLERK'S OFFICE

1  Stephen M. Fishback (State Bar No. 191646)
   Daniel L. Keller (State Bar No. 191738)
2  Allison J. Fairchild (State Bar No. 170095)
   **KELLER, FISHBACK & JACKSON LLP**
3  18425 Burbank Blvd., Suite 610
   Tarzana, California 91356
4  Telephone: 818.342.7442
5  Facsimile: 818.342.7616

6  Attorneys for Plaintiffs

JS-6

PLEADING NO. 6031

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED GODBOLT, JR; <br><br> Plaintiff, <br><br> vs. <br><br> A.W. CHESTERTON COMPANY; <br><br> Defendants. | Case No. **2:09-cv-08261-R-VBKx** <br><br> **ORDER DISMISSING GENERAL ELECTRIC COMPANY WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT** <br><br> Judge: Hon. Florence-Marie Cooper <br> Courtroom: 750 |

MDL- **875**
RECOMMENDED ACTION

VAc CTO-329
Approved/Date: 7X-17Dec09

RECEIVED
CLERK'S OFFICE
2009 DEC 16 P 4:56
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

[PROPOSED] ORDER DISMISSING GENERAL ELECTRIC COMPANY WITH PREJUDICE AND
REMANDING CASE TO CALIFORNIA SUPERIOR COURT                    PAGE 1

**OFFICIAL FILE COPY**    IMAGED DEC 17 2009

1   WHEREAS, Plaintiffs and General Electric Company do and hereby stipulate
2   that General Electric Company should be dismissed from this action with prejudice
3   pursuant to FRCP 41(a)(2), the parties will bear their own costs. Plaintiffs and
4   removing party, General Electric Company consent to and request the immediate
5   remand of this action to Superior Court of California, City and County of Los Angeles
6   under these terms.
7       Accordingly, Plaintiffs and General Electric Company petition this Court for an
8   order dismissing General Electric Company with prejudice with the parties bearing
9   their own costs, and remanding this case to Superior Court of California, City and
10  County of Los Angeles pursuant to this stipulation.

**IT IS SO ORDERED.**

Dated: 11-30-09

_____
FLORENCE-MARIE COOPER
Judge of the United States District Court
For MANUEL L. REAL
Judge of the United States District Court