UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Dec 17, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Fred Godbolt, Jr. v. A.W. Chesterton Co., et al.,
C.D. California, C.A. No. 2:09-8261

MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Godbolt*) on November 24, 2009. In the absence of any opposition, the conditional transfer order was finalized with respect to *Godbolt* on December 10, 2009. The Panel has now been advised that *Godbolt* was remanded to the Superior Court of California, City and County of Los Angeles, California, by the Honorable Florence-Marie Cooper in an order filed on November 30, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-329" filed on November 24, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel