UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 23, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
   Lawrence Boman, et al. v. Alfa Laval, Inc., et al.,       )
      C.D. California, C.A. No. 2:09-7986               )      MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER

     A conditional transfer order (CTO) was filed in this action (*Boman*) on November 24, 2009. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Boman* was lifted on December 10, 2009, and the action was transferred to the Eastern District of Pennsylvania. Subsequently, on December 11, 2009, the Panel received a belated notice of opposition to the transfer submitted by plaintiffs in *Boman*, alleging non-receipt of the CTO as the basis for the late filing. In the interest of due process, the Panel reinstated the stay with regard to *Boman* on December 16, 2009, in order to permit plaintiffs to pursue their opposition to transfer. The Panel has now been advised that *Boman* was remanded to Los Angeles County Superior Court, California, by the Honorable Percy Anderson, in a minute order entered on December 18, 2009.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-329" filed on November 24, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel