**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 3 2009

FILED
CLERK'S OFFICE

PLEADING NO. 6037

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

This document relates to:

Conditional Transfer Order No. 328

*Sieann Zoeger v. Saberhagen Holdings,
Inc., et al.*, United States District Court,
Western District of Washington, No.
C09-1457

MDL No. 875

DEFENDANT LOCKHEED SHIPBUILDING
COMPANY'S OPPOSITION TO HASKELL
CORPORATION'S MOTION TO VACATE
CONDITIONAL TRANSFER ORDER 328

17
18
19
20
21
22
23
24
25
26

## I.   RELIEF REQUESTED

Defendant Lockheed Shipbuilding Company ("Lockheed Shipbuilding") respectfully requests that this Panel deny Defendant Haskell Corporation's ("Haskell") Motion to Vacate Conditional Transfer Order ("CTO") No. 328.  CTO No. 328 is consistent with this Panel's prior decisions and with the principles underlying MDL-875's creation, and Haskell fails to establish any good cause for vacating it.  Haskell's primary argument is that the transferor court has not yet ruled on Haskell's motion to remand the lawsuit to state court.  As this Panel routinely has held, however, pending motions to remand are *not* grounds for delaying transfer to MDL-875 and, indeed, are *irrelevant* to the MDL transfer analysis.

{APR755541.DOC;1\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
OPPOSITION TO MOTION TO VACATE CONDITIONAL
TRANSFER ORDER 328

**OFFICIAL FILE COPY**

**IMAGED DEC 2 3 2009**

## II.   STATEMENT OF RELEVANT FACTS

1.   There is no legitimate dispute that this asbestos case falls squarely within the purview of MDL 875 – *In Re: Asbestos Products Liability Litigation (No. VI)*.

2.   Plaintiff Sieann Zoeger's lawsuit is based entirely on decedent Richard Zoeger's alleged exposure to asbestos, both directly and indirectly from asbestos dust brought home by his father, Bud Zoeger.  Plaintiff alleges, in part, that Richard and Bud Zoeger were exposed to asbestos while aboard military vessels constructed or repaired by Lockheed Shipbuilding for, and under the supervision of, the U.S. Navy.[1]

3.   On October 14, 2009, within thirty days of learning that the only alleged exposures concerning Lockheed Shipbuilding occurred during work performed pursuant to federal contracts and under government supervision and control, Lockheed Shipbuilding removed the case to the U.S. District Court for the Western District of Washington.[2]

## III.   ISSUE PRESENTED

To vacate this Panel's CTO No. 328, Haskell must prove that Plaintiff's lawsuit ***does not*** involve questions of fact common to the actions previously transferred to MDL-875 and that transfer ***will not*** serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  Haskell fails to make the required showing.  Therefore, the Panel should deny Haskell's Motion and immediately transfer this action to MDL-875.

## IV.   EVIDENCE RELIED UPON

Haskell Corporation has filed before this Panel a Motion to Vacate or Stay Conditional Transfer Order 328.  For its response, Lockheed Shipbuilding relies on Haskell's Motion and the exhibits attached thereto, the Declaration of Robert G. André in support hereof with attached exhibits, and the records on file herein.

---

[1] *See* First Amended Complaint for Wrongful Death and Survivorship, as Exhibit 1 to André Decl.

[2] *See* Notice of Removal of Action, as Exhibit 2 to André Decl.

{APR755541.DOC;1\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
OPPOSITION TO MOTION TO VACATE CONDITIONAL
TRANSFER ORDER 328 - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1

## V.   <u>AUTHORITY</u>

2

   Haskell fails to meet its mandatory burden of proving that Plaintiff's lawsuit does not

3

"involve questions of fact that are common to the actions previously transferred" to MDL-875

4

and that transfer will not "serve the convenience of the parties and witnesses and promote the

5

just and efficient conduct of the litigation." *See In re Asbestos Products Liability Litigation (No.*

6

*VI)*, 545 F. Supp.2d 1359, 1360 (J.P.M.L. 2008).

7

8

### A.   <u>Pending Jurisdictional Motions are Not Grounds for Delaying</u><br><u>Transfer.</u>

9

   Haskell's primary argument for vacating CTO-328 is that "there is a Motion to Remand

10

pending" in the transferor court. (*Motion*, p. 4:9-11.)  However, this Panel and the appellate

11

courts reviewing this Panel's decisions consistently affirm that tag-along cases appropriately are

12

transferred to MDL proceedings notwithstanding pending jurisdictional motions.  As the Second

13

Circuit explained, "the sole issue [before the Judicial Panel on Multidistrict Litigation] is the

14

merits of the transfer viewed against the purposes of the multidistrict statutory scheme, ***whether***

15

***or not there is a pending jurisdictional objection***."  *In Re Ivy*, 901 F.2d 7, 9 (2d Cir. 1990)

16

(emphasis added).  "The fact that there [are] pending jurisdictional objections [does] not deprive

17

the MDL panel of the ability to transfer the case."  *Grispino v. New England Mutual Life*

18

*Insurance Co.*, 358 F.3d 16, 19 n.3 (1st Cir. 2004).

19

20

   Given this Panel's specific and limited focus, every published JPML decision addressing

21

the propriety of transfer to MDL 875 despite pending remand motions has, not surprisingly,

22

ordered the transfer of such lawsuits.  For example, in *In Re Asbestos Products Liability*

23

*Litigation (No. VI),* 170 F.Supp.2d 1348 (J.P.M.L. 2001), this Panel summarily rejected

24

plaintiffs' argument that a lawsuit otherwise suitable for MDL 875 should remain in the

25

26

DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
OPPOSITION TO MOTION TO VACATE CONDITIONAL
TRANSFER ORDER 328 - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1   transferor district due to a pending motion to remand. *Id.* at 1349. The Panel reasoned that

2   "distinctions [between asbestos personal injury lawsuits] based on such matters as the pendency

3   of motions or other matters before the transferor court . . . were considered and rejected by us as

4   grounds for carving out exceptions to transfer in this extraordinary docket." *Id.* Indeed, in

5   specific response to plaintiffs' argument that pending remand motions should preclude transfer,

6   this Panel explained:

7

8           Certain plaintiffs argue that transfer of their actions should be
denied or deferred in order permit the resolution of motions to

9           remand the actions to state court. ***There is no need to delay***

10          ***transfer in order to accommodate such an interest*** . . . . [T]hose
courts wishing to address such motions have adequate time in

11          which to do so, while those courts concluding that such issues
should be addressed by the transferee judge need not rule on them,

12          and the process of Section 1407 transfer in MDL No. 875 can
continue without any unnecessary interruption or delay.

13

14   *Id.* at 1349 n.1 (*see also In re Asbestos Products Liability Litigation (No. VI)*, 1996 WL 143826,

15   p. 2 n.2 (J.P.M.L. 1996) (emphasis added). Last year, this Panel, using language ***identical*** to its

16   2001 and 1996 decisions, issued another published decision affirming that motions to remand

17   cannot delay transfer to MDL proceedings. *See In re Asbestos Products Liability Litigation (No.*

18   *VI),* 560 F.Supp.2d 1367, 1368 n.2 (J.P.M.L. 2008).

19         Here, Haskell's Motion is based on the same tired argument repeatedly rejected by this

20   Panel; i.e., that transfer should be "vacated or stayed" to permit resolution of its remand motion.

21

22   (*Motion*, p. 4:9-10.) Given this Panel's precedent that there is no "motion to remand exception"

23   to MDL 875 transfers, Haskell's Motion is meritless. *See In re Asbestos Products Liability*

24   *Litigation (No. VI)*, 560 F.Supp.2d 1367, 1368 (J.P.M.L. 2008) *citing In re Asbestos Products*

25   *Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991).

26

{APR755541.DOC;1\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
OPPOSITION TO MOTION TO VACATE CONDITIONAL
TRANSFER ORDER 328 - 4

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

**B.** **Haskell fails to establish good cause for vacating this Panel's CTO.**

In addition to relying on irrelevant motion practice pending in the transferor court, Haskell argues that "this case lacks the common questions of fact that would bring it within the ambit of 28 U.S.C. Sec. 1407." (*Motion*, p. 6:9-10.) The sole basis for Haskell's "no common facts" argument is that "Plaintiff's suit was filed against premise owners and contractors, [thus] it is reasonable to assume that the predominating issues of fact in our case – whether those defendants are liable for take-away and direct asbestos exposure – are not shared with MDL No. 875 cases." (*Id.* at p. 7:19-22.)

Setting aside the fact that Plaintiff is suing Lockheed Shipbuilding based on Richard and Bud Zoeger's alleged work on or around Lockheed Shipbuilding **products** (i.e., United States Naval vessels), Haskell cites no authority for the unique theory that MDL-875 is limited to asbestos personal-injury lawsuits against "manufacturers and distributors of asbestos products." (*Id.* at p. 7:23.) None exists. Rather, so long as a lawsuit is based on "allegations of personal injury or death caused by asbestos," the case properly is subject to transfer to MDL-875. *In re: Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415, 416-417 (J.P.M.L. 1991). Indeed, this Panel's original decision creating MDL-875 specifically rejected "distinctions based on . . . the uniqueness of a party's status, **the type of defendant**, [or] the presence of unique claims or additional claims not relating to asbestos injury or death . . . as grounds for carving out exceptions to transfer . . . ." *In re: Asbestos Products Liability Litigation (No. VI)*, 545 F.Supp.2d 1359, 1361 (J.P.M.L. 2008).

Here, Haskell does not dispute that Plaintiff's wrongful death lawsuit is based entirely on decedent's alleged exposure to asbestos or asbestos-containing products. Accordingly, this matter falls squarely within the parameters of MDL-875. Haskell presents no good cause for

{APR755541.DOC; 1\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
OPPOSITION TO MOTION TO VACATE CONDITIONAL
TRANSFER ORDER 328 - 5

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1   deviating from the CTO's transfer determination, and this matter should be transferred to the

2   Eastern District of Pennsylvania without delay.

3                              VI.   **CONCLUSION**

4       For all the foregoing reasons, Lockheed Shipbuilding respectfully requests that this Panel

5   deny Haskell's Motion and transfer the matter forthwith to MDL No. 875.

6

7       DATED this 21st day of December, 2009.

8                                    OGDEN MURPHY WALLACE, P.L.L.C.

9

10                              By

11                                    Robert G. André, WSBA #13072
                                      Aaron P. Riensche, WSBA #37202
12                                    1601 Fifth Avenue, Suite 2100
                                      Seattle, Washington 98101-1686
13                                    Tel: 206.447.7000/Fax: 206.447.0215
                                      Attorneys for Defendant Lockheed Shipbuilding
14                                    Company

15

16

17

18

19

20

21

22

23

24

25

26

{APR755541.DOC; 1\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
OPPOSITION TO MOTION TO VACATE CONDITIONAL
TRANSFER ORDER 328 - 6

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 3 2009

FILED
CLERK'S OFFICE

1

## CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 21st day of December
2009 I filed a true and correct copy of the foregoing document with the Clerk of the Panel and
served below by the method indicated:

| | |
|---|---|
| Clerk of the Court<br>U.S. District Court for the Western<br>District of Washington (Seattle) | [ X ]   CM/ECF |
| Brian Ladenburg<br>Bergman & Frockt<br>614 First Avenue<br>Third Floor<br>Seattle, Washington  98104<br>brain@bergmanlegal.com<br>**Attorney for Plaintiff** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |
| Gene Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue<br>Suite 2900<br>Seattle, Washington  98101<br>gbarton@karrtuttle.com<br>**Attorney for Todd Pacific Shipyards Corporation,**<br>**Todd Shipyards Corporation** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |
| Kevin Baumgardner<br>Corr Cronin<br>1001 Fourth Avenue<br>Suite 3900<br>Seattle, Washington  98101<br>asbestos@corrcronin.com<br>**Attorneys for Sequoia Ventures, Inc.** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |
| Richard Davis<br>Chmelik Sitkin & Davis<br>1500 Railroad Avenue<br>Bellingham, Washington  98225<br>rdavis@chmelik.com<br>**Attorneys for Haskell Corporation** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 DEC 22  A 11: 50

CLERK

{APR755541.DOC;1\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
OPPOSITION TO MOTION TO VACATE CONDITIONAL
TRANSFER ORDER 328 - 7

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| | | |
|---|---|---|
| Melissa K. Habeck<br>Forsberg & Umlauf<br>901 Fifth Avenue<br>Suite 1400<br>Seattle, Washington  98164<br>asbestos3@forsberg-umlauf.com<br>**Attorneys for AAA Washington** | [   ]<br>[   ]<br>[   ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Barry N. Mesher<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue<br>Suite 4100<br>Seattle, Washington  98101-2338<br>asbestos@lanepowell.com<br>**Attorneys for Premera Blue Cross, Texaco, Inc.** | [   ]<br>[   ]<br>[   ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| David A. Shaw<br>Williams Kastner & Gibbs<br>601 Union Street<br>Suite 4100<br>P.O. Box 21926<br>Seattle, Washington  98111-3926<br>asbestos@wkg.com<br>**Attorneys for Nestle USA, Inc.** | [   ]<br>[   ]<br>[   ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Guy J. Sternal<br>Eisenhower & Carlson<br>1201 Pacific Avenue<br>Suite 1200<br>Tacoma, Washington  98402<br>gsternal@eisenhower.com<br>**Attorneys for Key Bank National Association** | [   ]<br>[   ]<br>[   ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Jeffrey I. Thomas<br>Gordon Tilden Thomas & Cordell<br>1001 Fourth Avenue<br>Suite 4000<br>Seattle, Washington  98154-1007<br>jthomas@gordontilden.com<br>**Attorneys for Puget Sound Energy, Inc.** | [   ]<br>[   ]<br>[   ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |

{APR755541.DOC,1\12060.000017\ }<br>DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S<br>OPPOSITION TO MOTION TO VACATE CONDITIONAL<br>TRANSFER ORDER 328 - 8

OGDEN MURPHY WALLACE, P.L.L.C.<br>1601 Fifth Avenue, Suite 2100<br>Seattle, Washington 98101-1686<br>Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| Timothy K. Thorson<br>Carney Badley Smith & Spellman<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, Washington  98104<br>berman@carneylaw.com<br>**Attorneys for Saberhagen Holdings, Inc.** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |
| Jeff Wolf<br>Williams Kastner & Gibbs<br>601 Union Street<br>Suite 4100<br>P.O. Box 21926<br>Seattle, Washington  98111-3926<br>asbestos@wkg.com<br>**Attorneys for CBS Corporation, General Electric Company** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |

Attached hereto as exhibit A is a true and correct copy of the Involved Counsel List (CTO-328).

DATED this 21st day of December, 2009.

s/ Robert G. André
Robert G. André, WSBA #13072

{APR755541.DOC;1\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
OPPOSITION TO MOTION TO VACATE CONDITIONAL
TRANSFER ORDER 328 - 9

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 3 2009

FILED
CLERK'S OFFICE

RECEIVED
CLERK'S OFFICE
2009 DEC 22   A 11: 51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# EXHIBIT A

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                        MDL No. 875

## INVOLVED COUNSEL LIST (CTO-328)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael L. Armitage
WATERS KRAUS &
PAUL LLP
222 N Sepulveda Blvd.
Suite 1900
El Segunda, CA 90245

Jon Barooshian
COOLEY MANION &
JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028

Kyle E. Bjornlund
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

Lawrence G. Cetrulo
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Karen Chedister
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Michael D. Chefitz
BONNER KIERNAN
TREBACH & CROCIATA
55 Pine Street
Providence, RI 02903

Demetra A. Christos
FOLEY & MANSFIELD
39 South LasSalle Street
Suite 1110
Chicago, IL 60603

Robert W. Cockren
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020

Susan J. Cole
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Frederick C. Cornish
ELDRIDGE COOPER
STEICHEN & LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard Allen Davis
CHEMELIK SITKIN & DAVIS
1500 Railroad Avenue
Bellingham, WA 98225

Mark O. Dennehy
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Timothy J. Dodd
215 Broadway
Providence, RI 02903

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Glenn S. Draper
LAW OFFICES OF MATTHEW
BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

Joshua L. Ellis
NEXSEN PRUET ADAMS
KLEEMEIER PLLC
205 King Street
Suite 400
P.O. Box 486
Charleston, SC 29401

C. Michael Evert, Jr.
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Kent M. Fandel
GRAHAM & DUNN PC
2801 Alaskan Way
Suite 300 Pier 70
Seattle, WA 98121-1128

Felicia Y. Feng
MCKENNA LONG
ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

David S. Fishback
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Matthew J. Fisher
SCHIFF HARDIN LLP
Sears Tower
233 S. Wacker Drive
Suite 6600
Chicago, IL 60606-6473

Phillip Florence, Jr.
HEDRICK EATMAN
GARDNER &
KINCHELOE LLP
P.O. Box 11267
Columbia, SC 29211

John A. Gardner III
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

David A. Goldman
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Mark C. Greene
BANKER LOPEZ GASSLER
501 East Kennedy
Suite 1500
Tampa, FL 33601

Brooke L. Guenot
RUMBERGER KIRK &
CALDWELL
80 SW 8th Street
P.O. Box 01-9041
Miami, FL 33130-3047

Todd S. Holbrook
MORGAN LEWIS &
BOCKIUS LLP
225 Franklin Street
16th Floor
Boston, MA 02110

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

David A. Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

David Aaron Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Danielle T. Jenkins
MORRISON MAHONEY LLP
10 Weybosset Street
Suite 900
Providence, RI 02903-7141

Arthur Timothy Jones
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Theodore H. Kirchner
NORMAN HANSON &
DETROY
415 Congress Street
P.O. Box 4600 DTS
Portland, ME 04112

Jerry D. Kirksey
JERRY KIRKSEY &
ASSOCIATES
212 E 2nd Street
Edmond, OK 73034

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Brian F. Ladenburg
BERGMAN & FROCKT
614 First Avenue
4th Floor
Seattle, WA 98104

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Tanya M. Lawson
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308-3092

J. Burton Leblanc, IV
BARON & BUDD PC
9015 Bluebonnet Blvd,
Baton Rouge, LA 70810

Gary Allen Lee
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Nicole Colby Longton
MCDERMOTT WILL &
EMERY LLP
340 Madison Avenue
New York, NY 10017

Francis M. Lynch
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113

Thomas W. Lyons, III
STRAUSS FACTOR LAING &
LYONS
222 Richmond Street
Suite 208
Providence, RI 02903-2914

Edward S. MacColl
THOMPSON BULL FURLEY
BASS & MACCOLL
120 Exchange Street
P.O. Box 447
Portland, ME 04112

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

James J. McKenna
MCKENNA & MCCORMICK
128 Dorrance Street
Suite 330
Providence, RI 02903

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Natalia Medina
MORGAN LEWIS & BOCKIUS
200 S. Biscayne Boulevard
Suite 5300 Wachovia Financial
Center
Miami, FL 33131-2339

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Barry N. Mesher
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St
Suite 300
Portsmouth, VA 23705

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Lisa L. Oberg
MCKENNA LONG &
ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903-1345

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

James C. Pettis
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Douglas L. Prochnow
WILDMAN HARROLD ALLEN
& DIXON LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Aaron P. Riensche
OGDEN MURPHY &
WALLACE
1601 5th Avenue
Suite 2100
Seattle, WA 98101

Samuel M. Rosamond, III
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

Peter A. Santos
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Frederick Schenk
CASEY GERRY SCHENK
FRANCAVILLA ET AL
110 Laurel Street
San Diego, CA 92101

David A. Shaw
WILLIAMS KASTNER &
GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101

Karen Lynn Silbiger
HAWKINS PARNELL &
THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin St., 15th Fl
Boston, MA 02110

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Guy Jeffrey Sternal
EISENHOWER & CARLSON
1201 Pacific Avenue
Suite 1200
Tacoma, WA 98402

Robert J. Sweeney
EARLY LUDWICK &
SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

Tobin J. Taylor
HEYL ROYSTER VOELKER &
ALLEN
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154

Mark S. Thomas
WILLIAMS MULLEN
RBC Plaza, Suite 1700
301 Fayettville Street
P.O. Box 1000
Raleigh, NC 27601

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006

Craig R. Waksler
MCGIVNEY & KLUGER PC
72 Pine Street
1st Floor
Providence, RI 02903

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

C. Andrew Waters
WATERS KRAUS & PAUL
222 North Sepulveda Boulevard
Suite 1900
El Segundo, CA 90245

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jennifer A. Whelan
MCGIVNEY & KLUGER PC
1 State Street
Boston, MA 02109

Paul White
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Kristopher T. Wilson
LUGENBUHL WHEATON PECK RANKIN &
HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

Karen M. Zello
GLASSER & GLASSER PLC
580 E Main Street
Suite 600
Norfolk, VA 23510

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 23 2009

FILED
CLERK'S OFFICE

1

2

3

4

5

6

7

8              BEFORE THE JUDICIAL PANEL
                         ON
9              MULTIDISTRICT LITIGATION

10  IN RE ASBESTOS PRODUCTS LIABILITY
    LITIGATION (NO. VI)
11                                              MDL No. 875

12  This document relates to:
                                                DECLARATION OF ROBERT G. ANDRÉ IN
13      Conditional Transfer Order No. 328      OPPOSITION TO HASKELL CORPORATION'S
                                                MOTION TO VACATE CONDITIONAL
14      *Sieann Zoeger v. Saberhagen Holdings,* TRANSFER ORDER 328
        *Inc.*, *et al.*, United States District Court,
15      Western District of Washington, No.
        C09-1457

16

17      I, ROBERT G. ANDRÉ, declare under penalty of perjury under the laws of the state of

18  Washington as follows:

19      1.      I am over the age of (18) eighteen and am competent to testify to the matters

20  herein based on my personal knowledge.

21      2.      I am one of the attorneys representing defendant Lockheed Shipbuilding

22  Company in the above-referenced case and I make this declaration in that capacity.

23      3.      Attached hereto and incorporated by reference are true and correct copies of the

24  following documents:

25      //

26

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1

2

Exhibit 1   First Amended Complaint for Survivorship and Personal Injuries dated
June 23, 2009; and

3

Exhibit 2   Lockheed Shipbuilding's Notice of Removal of Action, which was filed in
the United States District Court for the Western District of Washington on
October 14, 2009.

4

5

EXECUTED this 21st day of December, 2009, at Seattle, Washington

6

7

8

Robert G. André

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{APR755590.DOC;1\12060.000017\ }
DECLARATION OF ROBERT G. ANDRÉ - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 23 2009

FILED
CLERK'S OFFICE

1

## CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 21st day of December

2  2009 I filed a true and correct copy of the foregoing document with the Clerk of the Panel and

3  served below by the method indicated:

| | |
|---|---|
| 4  Clerk of the Court<br>U.S. District Court for the Western<br>5  District of Washington (Seattle) | [ X ]   CM/ECF |
| 6  Brian Ladenburg<br>Bergman & Frockt<br>7  614 First Avenue<br>Third Floor<br>8  Seattle, Washington  98104<br>9  brain@bergmanlegal.com<br>**Attorney for Plaintiff**<br>10 | [ ]   U.S. Mail<br>[ ]   Messenger<br>[ ]   Email<br>[ X ]   CM/ECF |
| 11  Gene Barton<br>Karr Tuttle Campbell<br>12  1201 Third Avenue<br>Suite 2900<br>13  Seattle, Washington  98101<br>14  gbarton@karrtuttle.com<br>**Attorney for Todd Pacific Shipyards Corporation,**<br>15  **Todd Shipyards Corporation** | [ ]   U.S. Mail<br>[ ]   Messenger<br>[ ]   Email<br>[ X ]   CM/ECF |
| 16  Kevin Baumgardner<br>Corr Cronin<br>17  1001 Fourth Avenue<br>Suite 3900<br>18  Seattle, Washington  98101<br>19  asbestos@corrcronin.com<br>**Attorneys for Sequoia Ventures, Inc.** | [ ]   U.S. Mail<br>[ ]   Messenger<br>[ ]   Email<br>[ X ]   CM/ECF |
| 20  Richard Davis<br>Chmelik Sitkin & Davis<br>21  1500 Railroad Avenue<br>22  Bellingham, Washington  98225<br>23  rdavis@chmelik.com<br>**Attorneys for Haskell Corporation** | [ ]   U.S. Mail<br>[ ]   Messenger<br>[ ]   Email<br>[ X ]   CM/ECF |

24

25

26

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

RECEIVED
CLERK'S OFFICE
2009 DEC 22 A 11: 51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

| | | |
|---|---|---|
| Melissa K. Habeck<br>Forsberg & Umlauf<br>901 Fifth Avenue<br>Suite 1400<br>Seattle, Washington 98164<br>asbestos3@forsberg-umlauf.com<br>**Attorneys for AAA Washington** | [ ]<br>[ ]<br>[ ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Barry N. Mesher<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue<br>Suite 4100<br>Seattle, Washington 98101-2338<br>asbestos@lanepowell.com<br>**Attorneys for Premera Blue Cross, Texaco, Inc.** | [ ]<br>[ ]<br>[ ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| David A. Shaw<br>Williams Kastner & Gibbs<br>601 Union Street<br>Suite 4100<br>P.O. Box 21926<br>Seattle, Washington 98111-3926<br>asbestos@wkg.com<br>**Attorneys for Nestle USA, Inc.** | [ ]<br>[ ]<br>[ ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Guy J. Sternal<br>Eisenhower & Carlson<br>1201 Pacific Avenue<br>Suite 1200<br>Tacoma, Washington 98402<br>gsternal@eisenhower.com<br>**Attorneys for KeyBank National Association** | [ ]<br>[ ]<br>[ ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Jeffrey I. Thomas<br>Gordon Tilden Thomas & Cordell<br>1001 Fourth Avenue<br>Suite 4000<br>Seattle, Washington 98154-1007<br>jthomas@gordontilden.com<br>**Attorneys for Puget Sound Energy, Inc.** | [ ]<br>[ ]<br>[ ]<br>[ X ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |

{APR755590.DOC;1\12060.000017\ }
DECLARATION OF ROBERT G. ANDRÉ - 4

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| Timothy K. Thorson<br>Carney Badley Smith & Spellman<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, Washington  98104<br>berman@carneylaw.com<br>**Attorneys for Saberhagen Holdings, Inc.** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |
|---|---|
| Jeff Wolf<br>Williams Kastner & Gibbs<br>601 Union Street<br>Suite 4100<br>P.O. Box 21926<br>Seattle, Washington  98111-3926<br>asbestos@wkg.com<br>**Attorneys for CBS Corporation, General Electric Company** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |

Attached hereto as exhibit A is a true and correct copy of the Involved Counsel List (CTO-328).

DATED this 21st day of December, 2009.

s/ Robert G. André
Robert G. André, WSBA #13072

{APR755590.DOC;1\12060.000017\ }
DECLARATION OF ROBERT G. ANDRÉ - 5

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 3 2009

FILED
CLERK'S OFFICE

# EXHIBIT 1

HONORABLE CHARLES R. SNYDER

1

2

3

4

5

6

7

SUPERIOR COURT OF WASHINGTON FOR WHATCOM COUNTY

8    SIEANN M. ZOEGER, Individually and as          NO.  09-2-00606-3
     Personal Representative of the Estate of
9    RICHARD J. ZOEGER,                             FIRST AMENDED COMPLAINT
                                                    FOR WRONGFUL DEATH AND
10                       Plaintiff,                 SURVIVORSHIP

11          v.

12   SABERHAGEN HOLDINGS, INC., as
     successor to TACOMA ASBESTOS
13   COMPANY and THE BROWER COMPANY;
     LOCKHEED SHIPBUILDING COMPANY;
14   TODD PACIFIC SHIPYARDS
     CORPORATION, Individually and as
15   successor-in-interest to TODD SHIPYARDS
     CORPORATION;
16   TODD SHIPYARDS CORPORATION,
     Individually and as successor-in-interest to
17   TODD PACIFIC SHIPYARDS
     CORPORATION;
18   AAA WASHINGTON;
     CBS CORPORATION, a Delaware
19   corporation, f/k/a VIACOM, INC., successor by
     merger to CBS CORPORATION, a
20   Pennsylvania corporation, f/k/a
     WESTINGHOUSE ELECTRIC
21   CORPORATION;
     GENERAL ELECTRIC COMPANY;
22   HASKELL CORPORATION;
     KEY BANK NATIONAL ASSOCIATION;
23   NESTLE USA.INC., as successor-in-interest to

FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH          BERGMAN DRAPER & FROCKT, PLLC
AND SURVIVORSHIP- 1                                       614 FIRST AVENUE, THIRD FLOOR
S:\Clients\ZOEGER, Richard\Zoeger\R_Pleadings\Zoeger\R_FLD_Complaint_1stAmd.doc        SEATTLE, WA 98104
                                                          TELEPHONE: 206.957.9510
                                                          FACSIMILE: 206.957.9549

1   CARNATION EVAPORATED MILK
    COMPANY;
2   **PREMERA BLUE CROSS;**
    **PUGET SOUND ENERGY, INC.;**
3   **SEQUOIA VENTURES, INC.,** formerly
    known as and as successor in interest to
4   BECHTEL CORPORATION, BECHTEL, INC.
    BECHTEL MCCONE COMPANY, BECHTEL
5   GROUP, INC.;
    **THE SHAW GROUP, INC.;** and
6   **TEXACO, INC.,**

7               Defendants.

8

9                    I.      **PARTIES**

10       Plaintiff Sieann M. Zoeger, resides in Bellingham, Washington and is the surviving

11   spouse of Richard J. Zoeger.  Plaintiff has been or shortly will be appointed the Personal

12   Representative of the Estate of Richard J. Zoeger.

13       Defendants and/or their predecessors-in-interest are corporations who, at all times

14   relevant herein, manufactured, sold or distributed asbestos-containing products or products that

15   were used in conjunction with asbestos.

16                   II.     **JURISDICTION**

17       This Court has jurisdiction over this cause pursuant to RCW 4.12.025 because, at all

18   times relevant herein, defendants transacted business and/or may be served with process in

19   Whatcom County, Washington.

20                   III.    **FACTS**

21       Plaintiff's decedent Richard J. Zoeger (DOB: December 27, 1942; SSN: ***-**-) was

22   exposed to asbestos and asbestos-containing products which had been mined, manufactured,

23   produced, and/or placed into the stream of commerce by the defendants and/or was exposed to

FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH
AND SURVIVORSHIP- 2
S:\Clients\ZOEGER, Richard\Zoeger\R_Pleadings\ZoegerR_FLD_Complaint_1stAmd.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1  asbestos through the use of products manufactured by defendants.  As a direct and proximate

2  result of this exposure, plaintiff's decedent Richard J. Zoeger developed mesothelioma and died

3  on March 10, 2009.  Plaintiff provides the following information:

| | | |
|---|---|---|
| A. | Specific Disease: | Mesothelioma |
| B. | Date of Diagnosis: | December 2008 |
| C. | Military: | U.S. Army, 1968 to 1971 |
| D. | Occupation: | Laborer |
| E. | Places of Exposure: | Household exposure through father who worked as an insulator in Western Washington.  Exposure aboard various ships at shipyards in Washington. Home remodel projects |
| F. | Dates of Exposure: | 1942 to 1980 |
| G. | Current Address: | Deceased |

## IV.    LIABILITY

Plaintiff claims liability based upon the theories of product liability (RCW 7.72 et. seq.); negligence; conspiracy; spoliation; willful or wanton misconduct; strict product liability under Section 402B of the Restatement of Torts; premises liability; breach of warranty; (RCW 62A) enterprise liability; market-share liability and/or market share alternate liability; and any other applicable theory of liability.  The liability-creating conduct of defendants consisted, inter alia, of negligent and unsafe design; failure to inspect, test, warn, instruct, monitor and/or recall; failure to substitute safe products; marketing or installing unreasonably dangerous or extra-hazardous and/or defective products; marketing or installing products not reasonably safe as designed; marketing or installing products not reasonably safe for lack of adequate warning and marketing or installing products with misrepresentations of product safety.

FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH
AND SURVIVORSHIP- 3
S:\Clients\ZOEGER, Richard\Zoeger\R_Pleadings\Zoeger R_PLD_Complaint_1stAmd.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1    With respect to any defendant that is a manufacturer of products or equipment aboard

2    naval or other U.S. government vessels, plaintiff claims liability, strictly based on state tort law,

3    arising from the defendants' failure to provide adequate warnings of their products' dangerous

4    propensities and negligence. Plaintiff expressly disclaims and is not seeking relief for any and all

5    claims for injury against any defendant whose conduct, whether by omission or commission, was

6    engaged in at the behest of the United States or any agency or person acting under him or under

7    color of such office to the extent such a claim would implicate federal court jurisdiction under

8    the federal officer removal statute, 28 U.S.C. §1442(a)(1), predicated on the government

9    contractor's defense articulated in <u>Boyle v. United Technologies Corp.</u>, 487 U.S. 500 (1988).

10    Most specifically with respect to Plaintiffs' state tort law failure-to-warn claims, Plaintiffs allege

11    that no U.S. agency, officer, or person prohibited or forbid any defendant in this case from

12    issuing and placing warnings on or with its products.  Such a showing is mandatory for any

13    defendant to meet the <u>Boyle</u> test.  All such claims that legitimately implicate such a defense, in

14    the unlikely event that they exist and are factually supported, are not asserted and are hereby

15    expressly and preemptively disclaimed.  Plaintiffs hereby put any defendant who may

16    nonetheless assert such a defense as a basis for federal jurisdiction over this case that Plaintiff

17    seeks no recovery for injuries sustained as a result of conduct that meets the three-prong <u>Boyle</u>

18    test and constitutes actions of a federal officer sufficient to trigger jurisdiction under 28 U.S.C.

19    §1442(a)(1).  Plaintiff specifically advises all defendants of its position that such express, clear,

20    and unequivocal disclaiming of claims implicating the substantive <u>Boyle</u> defense, as well as any

21    other claims that legitimately implicate 28 U.S.C. §1442(a)(1), render any potential future

22    removal of this case to federal court on one of these clearly-disclaimed bases objectively

23    unreasonable under <u>Martin v. Franklin Capital Corp.</u>, 546 U.S. 132 (2005).

FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH
AND SURVIVORSHIP- 4
S:\Clients\XZ\ZOEGER_Richard\Zoeger\I_Pleadings\Zoeger\I_PLD_Complaint_1stAmd.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

## V.   DAMAGES

As a proximate result of defendants' negligence and/or product liability, plaintiff's decedent Richard J. Zoeger sustained pain, suffering and disability prior to death in an amount not now known, but which will be proven at trial:  Plaintiff's decedent Richard J. Zoeger also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial.  Plaintiff has sustained loss of spousal relationship as a result of Richard J. Zoeger's illness and death.

WHEREFORE, plaintiff prays for judgment against the defendants and each of them as follows:

1.     For general and special damages specified above, including pain, suffering, loss of spousal relationship, disability, and wrongful death;

2.     For medical and related expenses, economic loss, and funeral expenses, all of which will be proven at the time of trial;

3.     For plaintiff's costs and disbursements herein;

4.     For prejudgment interest in the amount to be proven at trial; and

5.     For such other relief as the Court deems just.

DATED this 23rd day of June, 2009.

BERGMAN DRAPER & FROCKT, PLLC


By _____
Glenn S. Draper, WSBA #26419
Brian F. Ladenburg, WSBA #29531
Counsel for Plaintiff

FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH
AND SURVIVORSHIP- 5
8:\Clients\ZOEGER, Richard\Zoeger\R_Pleadings\Zoeger\R_PLD_Complaint_1stAmd.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

# EXHIBIT 2

✓ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

★ OCT 1 4 2009 ★

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIEANN M. ZOEGER, Individually and as Personal
Representative of the Estate of RICHARD J.
ZOEGER,

                    Plaintiff,

        v.

SABERHAGEN HOLDINGS, INC., as successor to
TACOMA ASBESTOS COMPANY and THE
BROWER COMPANY; LOCKHEED
SHIPBUILDING COMPANY; TODD PACIFIC
SHIPYARDS CORPORATION, Individually and as
successor-in-interest to TODD SHIPYARDS
CORPORATION; TODD SHIPYARDS
CORPORATION, Individually and as successor-in-
interest to TODD PACIFIC SHIPYARDS
CORPORATION; AAA WASHINGTON; CBS
CORPORATION, a Delaware corporation, f/k/a
VIACOM, INC., successor by merger to CBS
CORPORATION, a Pennsylvania corporation, f/k/a
WESTINGHOUSE ELECTRIC CORPORATION;
GENERAL ELECTRIC COMPANY; HASKELL
CORPORATION; KEY BANK NATIONAL
ASSOCIATION; NESTLE USA, INC., as successor-
in-interest to CARNATION EVAPORATED MILK
COMPANY; PREMERA BLUE CROSS; PUGET
SOUND ENERGY, INC.; SEQUOIA VENTURES,
INC. f/k/a and successor-in-interest to BECHTEL
CORPORATION, BECHTEL, INC., BECHTEL
MCCONE COMPANY, BECHTEL GROUP, INC.;
THE SHAW GROUP, INC. and TEXACO, INC.

                    Defendants.

NO. C09-1457 RAJ

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1442(a)(1)
[Federal Officer Removal]

Whatcom County Superior Court
Cause No. 09-2-00606-3

{APR742987.DOC;3\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1        TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

2   WESTERN DISTRICT OF WASHINGTON:

3        PLEASE TAKE NOTICE that defendant Lockheed Shipbuilding Company

4   ("Lockheed"), by and through its undersigned counsel of record, removes the above-entitled

5   action from the Superior Court of the State of Washington, in and for the County of Whatcom, to

6   this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

7        This action is a civil action over which this Court has subject matter jurisdiction under

8   28 U.S.C. § 1331, as the action arises under the Constitution, laws, or treaties of the United

9   States within the meaning of 28 U.S.C. § 1331 by virtue of plaintiff's attempt to adjudicate

10  claims with respect to persons acting under an officer of the United States pursuant to 28 U.S.C.

11  § 1442(a)(1).

12       The grounds for removal are as follows:

13       1.       On January 9, 2009, plaintiff filed a civil action in the Superior Court of the State

14  of Washington in and for the County of Whatcom, entitled *Sieann Zoeger v. Saberhagen*

15  *Holdings, Inc., et al.*, Case No. 09-2-00606-3.  Plaintiff's Complaint claims that Lockheed is

16  liable for alleged asbestos-related injuries to plaintiff's decedent, Richard Zoeger, on theories of

17  negligence and premises liability, based on direct and secondary exposures to asbestos, and

18  perhaps other grounds.

19       2.       Lockheed was personally served with the Summons and Complaint through its

20  registered agent on June 5, 2009.  Pursuant to 28 U.S.C. § 1446(b), the case stated by the initial

21  Complaint was not removable, since plaintiff did not identify the circumstances of the decedent's

22  alleged exposure to asbestos at Lockheed nor, more specifically, did she identify any vessels

23  upon which plaintiff alleges the decedent was exposed to asbestos at Lockheed (see André Decl.,

24  Ex. 1).

25       3.       Lockheed did not have notice that the case was removable until September 15,

26  2009, when plaintiff's fact witness, Edward T. Lontz, testified that plaintiff's decedent's father,

{APR742987.DOC;3\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1   Harold Zoeger, worked on "military vessels" at the Lockheed shipyard.  (André Decl., Ex. 2).

2   The next day, plaintiff's fact witness James E. Lyness testified that he observed the decedent,

3   Richard Zoeger, perform work on a U.S. Navy destroyer at the Lockheed shipyard. (André Decl.,

4   Ex. 3).

5           4.      Lockheed is therefore filing this Notice of Removal within thirty (30) days after

6   receipt of "an amended pleading, motion, order or other paper from which it may first be

7   ascertained that the case is one which is or has become removable," as required by 28 U.S.C.

8   § 1446(b):

9           A civil action or criminal prosecution commenced in a State court against
            any of the following may be removed by them to the district court of the
10          United States for the district and division embracing the place wherein it
            is pending:
11
            (1)  The United States or any agency thereof or any officer (or any person
12          acting under that officer) of the United States or of any agency thereof,
            sued in an official or individual capacity for any act under color of such
13          office or on account of any right, title or authority claimed under any Act
            of Congress for the apprehension or punishment of criminals or the
14          collection of the revenue.

15          The basis for the removal of this action is that it involves a person — Lockheed — that

16  acted under the authority of officers of the United States or any agency thereof, in this case, the

17  United States Navy, within the meaning of 28 U.S.C. § 1442(a)(1).  *Mesa v. California*, 489 U.S.

18  121, 124-25; 109 S. Ct. 959 (1989); *Pack v. AC&S, Inc.*, 838 F. Supp. 1099, 1101 (D. Md. 1993).

19          5.      In *Fung v. Abex Corp.*, 816 F. Supp. 569 (N.D. Cal. 1993), the court addressed the

20  propriety of the removal of a case involving the alleged exposure to asbestos while aboard

21  submarines manufactured by General Dynamics.  In denying plaintiffs' motion to remand, the

22  Court stated that, to satisfy removal under 28 U.S.C. § 1442(a), General Dynamics must show

23  that, in manufacturing submarines, it: "(1) acted under the direction of a federal officer, (2) raised

24  a federal defense to plaintiffs' claims, and (3) demonstrated a causal nexus between plaintiffs'

25  claims and the acts it performed under color of federal office."  *Id.* at 571-72.

26

{APR742987.DOC;3\12060.00001\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

6. In the present case, during the 1950s and 1960s, the relevant time period, Lockheed was involved in the construction and maintenance of vessels for the U.S. Navy. For the purposes of this removal, Lockheed acknowledges having constructed, converted or repaired vessels for the U.S. Navy at its Seattle shipyard facility. However, such construction, conversion or repair was necessarily performed pursuant to government contracts and specifications executed by an officer of the United States — the U.S. Navy.

7. Lockheed's construction, conversion or repair of vessels for the U.S. Navy was performed pursuant to: (a) contracts that mandated adherence to comprehensive and detailed U.S. Navy-created specifications regarding, among other things, the use of asbestos-containing products, and (b) repair oversight by on-site U.S. Navy representatives. Therefore, under the terms of its contracts with the U.S. Navy, Lockheed's construction, conversion or repair of vessels for the U.S. Navy was necessarily performed under the authority and control of an officer of the United States. Thus, during all phases of Lockheed's construction, conversion or repair of vessels for the U.S. Navy, pursuant to U.S. Navy contracts and specifications, Lockheed performed its work under the control and supervision of officers of the U.S. Navy. (*See* André Decl., Ex. 4).

8. Moreover, Lockheed can and will assert a federal defense to this action. Its work was performed pursuant to contracts with, and under the supervision of, the United States government, and any recovery by plaintiff is barred by the judicially recognized doctrine of immunity conferred upon that contractual relationship and any occurrences arising therefrom, otherwise known as the government contractor defense. *Boyle v. United Technologies Corp.*, 487 U.S. 500, 509-11; 108 S. Ct. 2510 (1988); *Niemann v. McDowell Douglas Corp.*, 721 F. Supp. 1019, 1021-23 (S.D. Ill. 1989).

9. Further, Lockheed is entitled to the federal defense of derivative sovereign immunity. *See Yearsley v. W.A. Ross Construction Co.*, 309 U.S. 18 (1940); *see also City of Worcester v. HCA Management Co., Inc.*, 753 F. Supp. 31, 37 (D. Mass. 1990).

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1        10.    Finally, because Lockheed acted under color of a federal officer or agency in its

2    construction, conversion or repair of any U.S. Navy vessels on which plaintiff claims Richard

3    Zoeger or his father, Harold Zoeger, were aboard at Lockheed and from which plaintiff claims

4    Richard Zoeger and his father, Harold Zoeger, were exposed to asbestos-containing materials,

5    removal of this civil action pursuant to 28 U.S.C. § 1442(a)(1) is proper. *Durham v. Lockheed*

6    *Martin Corp.*, 445 F.3d 1247 (9th Cir. 2006); *Williams v. Brooks*, 945 F.2d 1322, 1325 n.2 (5th

7    Cir. 1991); *Ballenger v. AGCO Corp.*, 2007 U.S. Dist. LEXIS 47042 (June 22, 2007 N.D. Cal.).

8        11.    Should plaintiff file a motion to remand this case, Lockheed respectfully requests

9    an opportunity to respond more fully in writing, including the submission of affidavits and

10   authorities.

11       12.    As Lockheed was acting under an officer of the United States of America pursuant

12   to 28 U.S.C. § 1442(a)(1), Lockheed is not required to notify and obtain the consent of any other

13   defendant in this action in order to remove plaintiff's action as a whole under 28 U.S.C.

14   § 1442(a)(1). *Ely Mines, Inc. v. Hartford Accident & Indem. Co.*, 644 F.2d 1310, 1315 (9th Cir.

15   1981); *National Audubon Soc. v. Department of Water & Power*, 496 F. Supp. 499, 509 (E.D.

16   Cal. 1980).

17       13.    Written notice of the filing of this Notice of Removal will be given to plaintiff and

18   to the other defendants in this action, together with a copy of the Notice of Removal to plaintiff

19   and supporting papers with the Superior Court of Washington, County of Whatcom, as required

20   by 28 U.S.C. § 1446(d).

21       14.    Further, by separate notice, Lockheed is requesting that this case be added as a

22   tag-along case to the Multi-District Litigation No. 875 (MDL-875) (*In re Asbestos Cases*) in the

23   U.S. District Court, Eastern District of Pennsylvania.

24       15.    Venue is proper in this Court because it is the "district and division embracing the

25   place where such action is pending." 28 U.S.C. § 1441(a).

26

{APR742987.DOC;3\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 5

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1       16.     This Court is the District Court of the United States for the district and division

2 embracing the place where the state court action was filed and is, therefore, the appropriate court

3 for this removal. 28 U.S.C. § 1441(a).

4       WHEREFORE, Lockheed hereby removes this action to this Court.

5       DATED this 14th day of October, 2009.

6

7                         Robert G. André, WSBA #13072

8                         Aaron P. Riensche, WSBA #37202

                         Ogden Murphy Wallace, PLLC

9                         1601 Fifth Avenue, Suite 2100

10                        Seattle, Washington 98101-1686

                        Email: randre@omwlaw.com

11                        Tel: 206.447.7000

                        Fax: 206.447.0215

12                        Attorneys for Defendant

                        Lockheed Shipbuilding Company

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{APR742987.DOC:3\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 6

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1

## CERTIFICATE OF SERVICE

2          I certify under the laws of the United States of America that on the 14th day of October,

3    2009 I filed a true and correct copy of the foregoing document with the Clerk of the Court and

     served counsel below by the method indicated:

4

5
| | |
|---|---|
| Brian Ladenburg<br>Bergman & Frockt<br>614 First Avenue<br>Third Floor<br>Seattle, Washington  98104<br>**Attorney for Plaintiff** | [ ]  U.S. Mail<br>[X]  Messenger<br>[ ]  Email<br>[ ]  CM/ECF |
| Gene Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue<br>Suite 2900<br>Seattle, Washington  98101<br>gbarton@karrtuttle.com<br>**Attorney for Todd Pacific Shipyards Corporation, Todd Shipyards Corporation** | [ ]  U.S. Mail<br>[ ]  Messenger<br>[X]  Email<br>[ ]  CM/ECF |
| Richard Davis<br>Chmelik Sitkin & Davis<br>1500 Railroad Avenue<br>Bellingham, Washington  98225<br>rdavis@chmelik.com<br>**Attorneys for Haskell Corporation** | [ ]  U.S. Mail<br>[ ]  Messenger<br>[X]  Email<br>[ ]  CM/ECF |
| K. Michael Fandel<br>Graham & Dunn<br>2801 Alaskan Way<br>Suite 300<br>Seattle, Washington  98121·<br>mfandel@grahamdunn.com<br>**Attorneys for AAA Washington** | [ ]  U.S. Mail<br>[ ]  Messenger<br>[X]  Email<br>[ ]  CM/ECF |
| Barry N. Mesher<br>Lane Powell Spears Lubersky<br>1420 Fifth Avenue<br>Suite 4100<br>Seattle, Washington  98101-2338<br>asbestos@lanepowell.com<br>**Attorneys for Premera Blue Cross, Texaco, Inc.** | [ ]  U.S. Mail<br>[ ]  Messenger<br>[X]  Email<br>[ ]  CM/ECF |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{APR742987.DOC;3\12060.000017\ }
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 7

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| | | |
|---|---|---|
| David A. Shaw<br>Williams Kastner & Gibbs<br>601 Union Street<br>Suite 4100<br>P.O. Box 21926<br>Seattle, Washington 98111-3926<br>asbestos@wkg.com<br>**Attorneys for Nestle USA, Inc.** | [ ]<br>[ ]<br>[X]<br>[ ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Guy J. Sternal<br>Eisenhower & Carlson<br>1201 Pacific Avenue<br>Suite 1200<br>Tacoma, Washington 98402<br>gsternal@eisenhower.com<br>**Attorneys for KeyBank National Association** | [ ]<br>[ ]<br>[X]<br>[ ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Jeffrey I. Thomas<br>Gordon Tilden Thomas & Cordell<br>1001 Fourth Avenue<br>Suite 4000<br>Seattle, Washington 98154-1007<br>jthomas@gordontilden.com<br>**Attorneys for Puget Sound Energy, Inc.** | [ ]<br>[ ]<br>[X]<br>[ ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Timothy K. Thorson<br>Carney Badley Smith & Spellman<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, Washington 98104<br>berman@carneylaw.com<br>**Attorneys for Saberhagen Holdings, Inc.** | [ ]<br>[ ]<br>[X]<br>[ ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |
| Jeff Wolf<br>Williams Kastner & Gibbs<br>601 Union Street<br>Suite 4100<br>P.O. Box 21926<br>Seattle, Washington 98111-3926<br>asbestos@wkg.com<br>**Attorneys for CBS Corporation, General Electric Company** | [ ]<br>[ ]<br>[X]<br>[ ] | U.S. Mail<br>Messenger<br>Email<br>CM/ECF |

DATED this 14th day of October, 2009.

*Aaron P. Riensche*
Aaron P. Riensche, WSBA#37202

{APR742987.DOC:3\12060.000017\}
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 8

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

# EXHIBIT A

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## INVOLVED COUNSEL LIST (CTO-328)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Michael L. Armitage
WATERS KRAUS &
PAUL LLP
222 N Sepulveda Blvd.
Suite 1900
El Segunda, CA 90245

Jon Barooshian
COOLEY MANION &
JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028

Kyle E. Bjornlund
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

Lawrence G. Cetrulo
CETRULO & CAPONE LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

Karen Chedister
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Michael D. Chefitz
BONNER KIERNAN
TREBACH & CROCIATA
55 Pine Street
Providence, RI 02903

Demetra A. Christos
FOLEY & MANSFIELD
39 South LasSalle Street
Suite 1110
Chicago, IL 60603

Robert W. Cockren
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020

Susan J. Cole
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Frederick C. Cornish
ELDRIDGE COOPER
STEICHEN & LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Richard Allen Davis
CHEMELIK SITKIN & DAVIS
1500 Railroad Avenue
Bellingham, WA 98225

Mark O. Dennehy
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Timothy J. Dodd
215 Broadway
Providence, RI 02903

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Glenn S. Draper
LAW OFFICES OF MATTHEW
BERGMAN
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070

Joshua L. Ellis
NEXSEN PRUET ADAMS
KLEEMEIER PLLC
205 King Street
Suite 400
P.O. Box 486
Charleston, SC 29401

C. Michael Evert, Jr.
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Kent M. Fandel
GRAHAM & DUNN PC
2801 Alaskan Way
Suite 300 Pier 70
Seattle, WA 98121-1128

Felicia Y. Feng
MCKENNA LONG
ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

David S. Fishback
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Matthew J. Fisher
SCHIFF HARDIN LLP
Sears Tower
233 S. Wacker Drive
Suite 6600
Chicago, IL 60606-6473

Phillip Florence, Jr.
HEDRICK EATMAN
GARDNER &
KINCHELOE LLP
P.O. Box 11267
Columbia, SC 29211

John A. Gardner III
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230

David A. Goldman
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Mark C. Greene
BANKER LOPEZ GASSLER
501 East Kennedy
Suite 1500
Tampa, FL 33601

Brooke L. Guenot
RUMBERGER KIRK &
CALDWELL
80 SW 8th Street
P.O. Box 01-9041
Miami, FL 33130-3047

Todd S. Holbrook
MORGAN LEWIS &
BOCKIUS LLP
225 Franklin Street
16th Floor
Boston, MA 02110

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

David A. Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

David Aaron Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Danielle T. Jenkins
MORRISON MAHONEY LLP
10 Weybosset Street
Suite 900
Providence, RI 02903-7141

Arthur Timothy Jones
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Theodore H. Kirchner
NORMAN HANSON &
DETROY
415 Congress Street
P.O. Box 4600 DTS
Portland, ME 04112

Jerry D. Kirksey
JERRY KIRKSEY &
ASSOCIATES
212 E 2nd Street
Edmond, OK 73034

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226-4192

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

Brian F. Ladenburg
BERGMAN & FROCKT
614 First Avenue
4th Floor
Seattle, WA 98104

Carter T. Lambeth
JOHNSON & LAMBETH
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

Harold S. Lawlor
GLASSER & GLASSER PLC
580 E Main St
Suite 600
Norfolk, VA 23510

Tanya M. Lawson
SEDWICK DETERT MORAN
& ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308-3092

J. Burton Leblanc, IV
BARON & BUDD PC
9015 Bluebonnet Blvd,
Baton Rouge, LA 70810

Gary Allen Lee
LEE FUTRELL & PERLES LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Nicole Colby Longton
MCDERMOTT WILL &
EMERY LLP
340 Madison Avenue
New York, NY 10017

Francis M. Lynch
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113

Thomas W. Lyons, III
STRAUSS FACTOR LAING &
LYONS
222 Richmond Street
Suite 208
Providence, RI 02903-2914

Edward S. MacColl
THOMPSON BULL FURLEY
BASS & MACCOLL
120 Exchange Street
P.O. Box 447
Portland, ME 04112

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

James J. McKenna
MCKENNA & MCCORMICK
128 Dorrance Street
Suite 330
Providence, RI 02903

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Natalia Medina
MORGAN LEWIS & BOCKIUS
200 S. Biscayne Boulevard
Suite 5300 Wachovia Financial
Center
Miami, FL 33131-2339

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Barry N. Mesher
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St
Suite 300
Portsmouth, VA 23705

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Lisa L. Oberg
MCKENNA LONG &
ALDRIDGE LLP
101 California Street
41st. Floor
San Fransico, CA 94111

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903-1345

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

James C. Pettis
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Douglas L. Prochnow
WILDMAN HARROLD ALLEN
& DIXON LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Aaron P. Riensche
OGDEN MURPHY &
WALLACE
1601 5th Avenue
Suite 2100
Seattle, WA 98101

Samuel M. Rosamond, III
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130

Peter A. Santos
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Frederick Schenk
CASEY GERRY SCHENK
FRANCAVILLA ET AL
110 Laurel Street
San Diego, CA 92101

David A. Shaw
WILLIAMS KASTNER &
GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101

Karen Lynn Silbiger
HAWKINS PARNELL &
THACKSON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin St., 15th Fl
Boston, MA 02110

Charles Monroe Sprinkle III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Guy Jeffrey Sternal
EISENHOWER & CARLSON
1201 Pacific Avenue
Suite 1200
Tacoma, WA 98402

Robert J. Sweeney
EARLY LUDWICK &
SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Robert E. Swickle
JAQUES ADMIRALTY LAW
FIRM PC
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

Tobin J. Taylor
HEYL ROYSTER VOELKER &
ALLEN
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

**MDL No. 875 - Involved Counsel List (CTO-328) (Continued)**

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154

Mark S. Thomas
WILLIAMS MULLEN
RBC Plaza, Suite 1700
301 Fayettville Street
P.O. Box 1000
Raleigh, NC 27601

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006

Craig R. Waksler
MCGIVNEY & KLUGER PC
72 Pine Street
1st Floor
Providence, RI 02903

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

C. Andrew Waters
WATERS KRAUS & PAUL
222 North Sepulveda Boulevard
Suite 1900
El Segundo, CA 90245

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jennifer A. Whelan
MCGIVNEY & KLUGER PC
1 State Street
Boston, MA 02109

Paul White
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Kristopher T. Wilson
LUGENBUHL WHEATON PECK RANKIN &
HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101

Karen M. Zello
GLASSER & GLASSER PLC
580 E Main Street
Suite 600
Norfolk, VA 23510