JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 8 7 5**

DEC 2 9 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | **MDL DOCKET NO. 875** |
| EDWIN BALL,<br><br>Plaintiff,<br><br>v.<br><br>ASBESTOS DEFENDANTS, et al.,<br><br>Defendants. | N.D.-CA C.A. NO.: 4:09-4929 |

PLEADING NO. 6038

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
## UNITED TECHNOLOGIES CORPORATION

**PLEASE TAKE NOTICE** that JOHN K. SON of the law firm TUCKER ELLIS & WEST LLP, 515 South Flower Street, 42nd Floor, Los Angeles, California 90071, email address: john.son@tuckerellis.com, hereby enters his appearance as attorney of record for defendant UNITED TECHNOLOGIES CORPORATION in the above-captioned matter and requests that all future correspondence, pleadings, and notices be sent to the above-referenced address and/or email address.  He further requests that all future correspondence, pleadings, and notices also be sent to LANCE D. WILSON of the law firm TUCKER ELLIS & WEST LLP, 135 Main Street, Suite 700, San Francisco, California 94105, email address: lance.wilson@tuckerellis.com.

///

///

///

///

1

OFFICIAL FILE COPY

IMAGED DEC 2 9 2009

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 DEC 28  P 2: 09

RECEIVED
CLERK'S OFFICE

DATED: December 23, 2009

RESPECTFULLY SUBMITTED,

By: _____

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Lance D. Wilson
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
lance.wilson@tuckerellis.com

Attorneys for Defendant
**UNITED TECHNOLOGIES
CORPORATION**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2009 DEC 28  P 2: 09

RECEIVED
CLERK'S OFFICE

2