JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2009

FILED
CLERK'S OFFICE

MDL 875

PLEADING NO. 6039

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| EDWIN BALL, <br> Plaintiff, <br> v. <br> ASBESTOS DEFENDANTS, et al., <br> Defendants. | N.D.-CA C.A. NO.: 4:09-4929 |

## DEFENDANT UNITED TECHNOLOGIES CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 328

### Introduction

Plaintiff Edwin Ball is moving to vacate Conditional Transfer Order No. 328 on the grounds that: (1) Plaintiff has a motion for remand pending before the Northern District of California, (2) the case does not share common factual issues with other MDL cases, and (3) transfer will be inconvenient for the parties/witnesses and inefficient. This Panel, however, has repeatedly rejected these same arguments and found that consolidation of actions like this is proper. Accordingly, Plaintiff's motion to vacate should be denied.

### The Issue of Federal Subject Matter Jurisdiction is Not Properly Before this Panel

Plaintiff's contention that this court lacks subject matter jurisdiction is not properly before this Panel. Plaintiff has already filed a motion for remand in the Northern District of California, which is pending and set to be heard on January 20, 2009. This Panel need not vacate its conditional transfer order or delay transfer in order to permit the resolution of the motion for

remand. "Plaintiffs in these actions have argued in essence that transfer should be denied . . . in order to permit the resolution of pending motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest[,]" as the transferor courts have adequate time to rule on such pending motions before a final transfer order is issued. *In re Asbestos Prods. Liab. Litig. (No. VI)*, 170 F.Supp.2d 1348, 1349, n. 1. Plaintiff's motion for remand will almost certainly be decided before this Panel sets a hearing session and issues its subsequent order.

### Plaintiff Fails to Show that this Case Involves Different Questions of Fact with the Actions Previously Transferred to the MDL

The only issue before this Panel is whether this case involves common questions of fact with actions previously transferred to the Eastern District of Pennsylvania. Plaintiff fails to support his contention that this case is "dissimilar from the multi-party asbestos suits in the MDL 875." In addition, in the Panel's original decision ordering centralization of all pending federal asbestos cases, distinctions based on pendency of motions before the transferor court, the uniqueness of a party's status, the presence of unique claims, etc., were already considered and rejected as grounds for carving out exceptions to transfer to the MDL. In re Asbestos Products Liability Litigation (No. VI), 771 F.Supp. 415 (J.P.M.L. 1991). Thus, Plaintiff fails to advance any arguments warranting the vacating of CTO-328.

### Transfer to the MDL will Not Inconvenience the Parties and Witnesses

Plaintiff's contention that the travel expenses resulting from transfer to the MDL will inconvenience the parties and witnesses lacks merit. In creating MDL No. 875, the Panel weighed the interests of all parties and looked at "multiple litigation as a whole in light of the purposes of the law" when it determined that centralization was necessary. In re Asbestos Prods. Liab. Litig. (No. VI), 771 F.Supp. 415, 420 (J.P.M.L. 1991). The Panel, therefore, was not unmindful of convenience concerns and noted that judicious use of resources would "eliminate the need for most counsel ever to travel to the transferee district." Id. at 422.

Indeed, the Panel has repeatedly found that the convenience of parties and witnesses was served by transferring the case to the MDL despite repeated attempts to vacate conditional transfer orders. E.g., In re Asbestos Prods. Liab. Litig. (No. VI), 560 F.Supp.2d 1367, 1368 (J.P.M.L. 2008) (transferring cases from California, Florida, and Rhode Island); In re Asbestos Prods. Liab. Litig. (No. VI), 545 F.Supp.2d 1359, 1360 (J.P.M.L. 2008) (transferring cases from Connecticut, Illinois, Maryland, and New Jersey); In re Asbestos Prods. Liab. Litig. (No. VI), 170 F.Supp.2d 1348, 1348 (J.P.M.L. 2001) (transferring cases from Mississippi and Texas); In re Asbestos Prods. Liab. Litig. (No. VI), Nos. 875, 3:01-540, 3:02-1627, & 1:00-1454, 2001 WL 1042562 (J.P.M.L. Aug. 29, 2001) (transferring cases from California and Illinois); In re Asbestos Prods. Liab. Litig. (No. VI), Nos. 3:95-3705, 3:95-3709, 3:95-652, 3:95-1337, & 3:95-1543, 1996 WL 143826 (J.P.M.L. Feb. 16, 1996) (transferring cases from California, Louisiana, and Oregon). Despite the limited intrusion upon parties and counsel envisioned by the panel creating MDL No. 875, a transferee court acts well within its discretion in tailoring pretrial proceedings for the convenience of the parties if and when the proceedings become unduly burdensome. In re East of the Rockies Concrete Pipe Antitrust Cases, 302 F.Supp. 244 (J.P.M.L. 1969). Outright exclusion from the MDL, however, is unjustified.

Accordingly, Plaintiff's perceived inconvenience is an insufficient basis for vacating the conditional transfer order.

### Conclusion

Vacating the conditional transfer order is unwarranted. Common questions of fact exist between Plaintiff's asbestos-related personal injury case and those cases previously transferred to MDL No. 875. And as repeatedly determined by the Panel under conditions almost identical to those presented here, tag-along consolidation with MDL No. 875 serves the convenience of the parties and witnesses, and promotes the just and efficient conduct of the litigation. For the foregoing reasons, United Technologies Corporation respectfully requests that the Panel deny Plaintiff's Motion Before The Judicial Panel On Multi-District Litigation To Vacate Conditional

Transfer Order 328.

DATED: December 24, 2009

RESPECTFULLY SUBMITTED,

By: _____

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Lance D. Wilson
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
lance.wilson@tuckerellis.com

Attorneys for Defendant
**UNITED TECHNOLOGIES CORPORATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| EDWIN BALL,<br><br>    Plaintiff,<br><br>v.<br><br>ASBESTOS DEFENDANTS, et al.,<br><br>    Defendants. | N.D.-CA C.A. NO.: 4:09-4929 |

### PROOF OF SERVICE

I, Monica Brandenberg, declare that I am a citizen of the United States and employed in the County of Los Angles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071.

On December 24, 2009, I served the following documents:

(1) Defendant United Technologies Corporation's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 328;
(2) Defendant United Technologies Corporation's Corporate Disclosure Statement Pursuant to Rule 5.3; and
(3) Notice of Appearance on Behalf of Defendant United Technologies Corporation

on all parties contained in the attached Service List and Involved Counsel List via first class mail.

Executed on December 24, 2009, at Los Angeles, California.

_/s/ Monica Brandenberg_

1
CERTIFICATE OF SERVICE

LAimanage\074908.000602\643728.1

Brayton-Purcell Service List

Date Created: 12/7/2009-2:11:43 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 109692.001 - Edwin Ball

Run By : Ehni, Jane (JAE)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
Defendants:
 J.T. Thorpe & Son, Inc. (THORPE)
 Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
Defendants:
 Berry & Berry (B&B)

**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
310-576-2100   310-576-2200 (fax)
Defendants:
 McDonnell Douglas Corporation
 (MCDONL)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
Defendants:
 Goodyear Tire & Rubber Company, The
 (GOODYR)
 Meggitt Aircraft Braking Systems
 Corporation ( fka Aircraft Braking Systems
 Corporation) (ABS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
Defendants:
 Garlock Sealing Technologies, LLC
 (GARLCK)
 Goodrich Corporation (BFGOOD)
 Rohr, Inc. (ROHR)

**Mendes & Mount**
445 S. Figueroa Street
38th Floor
Los Angeles, CA 90071
213-955-7700   213-955-7725 (fax)
Defendants:
 Curtiss-Wright Corporation (CURTWR)

**Perkins Coie LLP**
1888 Century Park E
Suite 1700
Los Angeles, CA 90067-1721
310-788-9900   310-788-3399 (fax)
Defendants:
 Boeing Company, The (BOEING)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
Defendants:
 Honeywell International, Inc. (HONEYW)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
Defendants:
 General Electric Company (GE)

**Tucker Ellis & West LLP**
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
213-430-3400   213-430-3409 (fax)
Defendants:
 United Technologies Corporation
 (UNTECH)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
Defendants:
 United Technologies Corporation
 (UNTECH)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
Defendants:
 Thomas Dee Engineering Co., Inc. (DEE)

1

Brayton-Purcell Service List

Date Created: 12/7/2009-2:11:47 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 108687.001 - Oliver Brown

Run By : Ehni, Jane (JAE)

1

Bassi, Edlin, Huie & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
Defendants:
  J.T. Thorpe & Son, Inc. (THORPE)

Becherer, Kannett & Schweitzer
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
Defendants:
  CSK Auto, Inc. (CSKAUT)

Berry & Berry
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
Defendants:
  Berry & Berry (B&B)

Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
Defendants:
  Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

Foley & Mansfield PLLP
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500   510-590-9595 (fax)
Defendants:
  J.C. Whitney & Company (JCWTNY)
  William Powell Company, The (WILPOW)

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
Defendants:
  Goodyear Tire & Rubber Company, The (GOODYR)
  Ingersoll-Rand Company (INGRSL)

Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
Defendants:
  Honeywell International, Inc. (HONEYW)

Howard Rome Martin & Ridley
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
Defendants:
  IMO Industries, Inc. (IMOIND)

K & L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
Defendants:
  Crane Co. (CRANCO)

Knox Ricksen LLP
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
Defendants:
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)

Lankford & Crawford LLP
2 Theatre Square
Suite 240
Orinda, CA 94563
925-258-9091   925-258-9695 (fax)
Defendants:
  Ford Motor Company (FORD)

Law Offices of Glaspy & Glaspy
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
Defendants:
  Garlock Sealing Technologies, LLC (GARLCK)

Law Offices of Nancy E. Hudgins
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
Defendants:
  Uniroyal Holding, Inc. (UNIROY)

Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
Defendants:
  Cameron International Corporation ( fka Cooper Cameron Corporation) (COOCAM)

Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630   415-982-1634 (fax)
Defendants:
  Armstrong International, Inc. (ARMINT)

McKenna Long & Aldridge
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
Defendants:
  Metalclad Insulation Corporation (METALC)

Morgan, Lewis & Bockius LLP
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
Defendants:
  Yarway Corporation (YARWAY)

Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
Defendants:
  Honeywell International, Inc. (HONEYW)

Pond North, LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
Defendants:
  FMC Corporation (FMC)
  McNally Industries, Inc. (MCNLLY)
  Viacom, Inc. (VIACOM)

Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
Defendants:
  Henry Vogt Machine Co. (HENVOG)

Schiff Hardin LLP
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
Defendants:
  Owens-Illinois, Inc. (OI)

Brayton-Purcell Service List

2

Date Created: 12/7/2009-2:11:47 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 108687.001 - Oliver Brown

Run By : Ehni, Jane (JAE)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
 Quintec Industries, Inc. (QUINTC)
 Thomas Dee Engineering Co., Inc. (DEE)

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## INVOLVED COUNSEL LIST (Excerpted from CTO-328)

Oliver Brown v. Metalclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No. 4:09-4929
(Judge Phyllis J. Hamilton)

Peter G. Angelos
LAW OFFICES OF PETER G
 ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Garth W. Aubert
MENDES & MOUNT LLP
445 South Figueroa Street
38th Floor
Los Angeles, CA 90071

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Richard M. Grant
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

**MDL No. 875 - Involved Counsel List (Excerpted from CTO-328) (Continued)**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
 MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Lisa L. Oberg
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

James C. Pettis
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
 TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608