# Brayton✦Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 30 2009

FILED
CLERK'S OFFICE

December 29, 2009

**VIA FACSIMILE (202) 502-2888 AND U.S. MAIL**

Jeffrey N. Luthi
Clerk of the Judicial Panel on Multi-District Litigation
On Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

> Re: In Re: Asbestos Products Liability Litigation (No. VI), MDL #875, CTO 328
> *Oliver Brown v. Metalclad Insulation Corp., et al.* C.A. No.4:09-4681
> *Edwin Ball v. Asbestos Defendants, et al.*, C.A. No. 4:09-4929

Dear Mr. Luthi:

This letter replaces the letter to you dated December 24, 2009.

This will confirm our telephone conversation of December 23, 2009. The above cases have been set for hearing before the JPML on January 27, 2010. In Plaintiffs' Motions Before the JPML to Vacate Conditional Transfer Order 328, Movants requested that the motions be set for hearing following motions pending before the District Court for the Northern District of California to remand these proceedings to state court. *Ball* is presently set for hearing on January 20, 2010 and *Brown* is set for hearing on February 2, 2010. Accordingly Movants had asked that the hearing on the Motions to Vacate CTO 328 be set after February 2nd.

As we discussed, I respectfully request that the JPML hold or stay their Order until the Courts of this District hear and issue their Orders granting or denying plaintiffs' motions to remand. This would eliminate duplicative efforts and avoid wasting the preparation and time already expended by the parties and most importantly, that of the District Courts.

K:\Injured\108687\FED\ltr-luthi2.wpd

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
09 DEC 30 A 7:46
RECEIVED CLERK'S OFFICE

IMAGED DEC 30 2009

PLEADING NO. 6042

Jeffrey N. Luthi  
December 29, 2009

Page 2

    Thank you for your assistance and cooperation in relaying this request to the Judicial Panel.

    Very truly yours,

Richard M. Grant

K:\Injured\108687\FBD\ltr-luthi2.wpd

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 3 0 2009

FILED
CLERK'S OFFICE

1 *Oliver Brown v. Metalclad Insulation Corp.* CA 4:09-4681
2 *Edwin Ball v. Asbestos Defendants, et al.* CA 4:09-4929

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed the following document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following participants:

**SEE ATTACHED SERVICE LISTS**

Dated this 29th day of December, 2009.

/s/ Jane Ehni



RECEIVED CLERK'S OFFICE
2009 DEC 30 A 7: 46
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

INVOLVED COUNSEL LIST (Excerpted from CTO-328)

Oliver Brown v. Metalclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No. 4:09-4929
(Judge Phyllis J. Hamilton)

Peter G. Angelos
LAW OFFICES OF PETER G
 ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Garth W. Aubert
MENDES & MOUNT LLP
445 South Figueroa Street
38th Floor
Los Angeles, CA 90071

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Richard M. Grant
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

MDL No. 875 - Involved Counsel List (Excerpted from CTO-328) (Continued)

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
  MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Lisa L. Oberg
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Franisco, CA 94111

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

James C. Pettis
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
  TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Brayton-Purcell Service List

Date Created: 12/29/2009-4:20:42 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 108687.001 - Oliver Brown

Run By : Ehni, Jane (JAE)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
Defendants:
  J.T. Thorpe & Son, Inc. (THORPE)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
Defendants:
  CSK Auto, Inc. (CSKAUT)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5111 (fax)
Defendants:
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
Defendants:
  Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500   510-590-9595 (fax)
Defendants:
  J.C. Whitney & Company (JCWTNY)
  William Powell Company, The (WILPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
Defendants:
  Goodyear Tire & Rubber Company, The (GOODYR)
  Ingersoll-Rand Company (INGRSL)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
Defendants:
  Honeywell International, Inc. (HONEYW)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
Defendants:
  IMO Industries, Inc. (IMOIND)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
Defendants:
  Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
Defendants:
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Lankford & Crawford LLP**
2 Theatre Square
Suite 240
Orinda, CA 94563
925-258-9091   925-258-9695 (fax)
Defendants:
  Ford Motor Company (FORD)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
Defendants:
  Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
Defendants:
  Cameron International Corporation (fka Cooper Cameron Corporation) (COOCAM)

**Low, Ball & Lynch**
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630   415-982-1634 (fax)
Defendants:
  Armstrong International, Inc. (ARMINT)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
Defendants:
  Metalclad Insulation Corporation (METALC)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
Defendants:
  Yarway Corporation (YARWAY)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
Defendants:
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3194 (fax)
Defendants:
  FMC Corporation (FMC)
  McNally Industries, Inc. (MCNLLY)
  Viacom, Inc. (VIACOM)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
Defendants:
  Henry Vogt Machine Co. (HENVOG)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
Defendants:
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Co., Inc. (DEE)

Brayton-Purcell Service List

Date Created: 12/29/2009-4:20:46 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 109692.001 - Edwin Ball

Run By : Ehni, Jane (JAE)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006    415-397-1339 (fax)
**Defendants:**
    J.T. Thorpe & Son, Inc. (THORPE)
    Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330    510-835-5117 (fax)
**Defendants:**
    Berry & Berry (B&B)

**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
310-576-2100    310-576-2200 (fax)
**Defendants:**
    McDonnell Douglas Corporation (MCDONL)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900    415-986-8054 (fax)
**Defendants:**
    Goodyear Tire & Rubber Company, The (GOODYR)
    Meggitt Aircraft Braking Systems Corporation ( fka Aircraft Braking Systems Corporation) (ABS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300    925-947-1594 (fax)
**Defendants:**
    Garlock Sealing Technologies, LLC (GARLCK)
    Goodrich Corporation (BFGOOD)
    Rohr, Inc. (ROHR)

**Mendes & Mount**
445 S. Figueroa Street
38th Floor
Los Angeles, CA 90071
213-955-7700    213-955-7725 (fax)
**Defendants:**
    Curtiss-Wright Corporation (CURTWR)

**Perkins Coie LLP**
1888 Century Park E
Suite 1700
Los Angeles, CA 90067-1721
310-788-9900    310-788-3399 (fax)
**Defendants:**
    Boeing Company, The (BOEING)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000    415-344-7288 (fax)
**Defendants:**
    Honeywell International, Inc. (HONEYW)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900    415-781-2635 (fax)
**Defendants:**
    General Electric Company (GE)

**Tucker Ellis & West LLP**
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
213-430-3400    213-430-3409 (fax)
**Defendants:**
    United Technologies Corporation (UNTECH)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400    415-617-2409 (fax)
**Defendants:**
    United Technologies Corporation (UNTECH)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072    415-391-6258 (fax)
**Defendants:**
    Thomas Dee Engineering Co., Inc. (DEE)