MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 30 2009

FILED
CLERK'S OFFICE

**THE HONORABLE EDUARDO C. ROBRENO**

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| SIEANN M. ZOEGER, Individually and as Personal Representative of the Estate of RICHARD J. ZOEGER, <br>                      Plaintiff, <br> vs. <br> SABERHAGEN HOLDINGS, INC., as Successor to TACOMA ASBESTOS COMPANY and THE BROWER COMPANY, et al., <br>                      Defendants. | MDL DOCKET No. 875 <br><br> U.S.D.C. No. C09-1457 RAJ <br><br> DEFENDANT HASKELL CORPORATION'S REPLY IN SUPPORT OF MOTION TO VACATE OR STAY CONDITIONAL TRANSFER ORDER 328 |

## I. ARGUMENT

**A.  Transfer Should be Stayed Until the Motion to Remand is Resolved.**

Haskell Corporation ("Haskell") does not dispute Lockheed Shipbuilding Company's ("Lockheed") assertion that the Judicial Panel on Multidistrict Litigation (the "Judicial Panel") has on occasion transferred cases while a motion to remand was pending in District Court. However, where (as here) the motion to remand has been fully briefed and a decision is imminent, the Judicial Panel can and should stay the transfer until the District Court rules on the pending motion.

DEFENDANT HASKELL CORPORATION'S
REPLY IN SUPPORT OF MOTION TO
VACATE OR STAY CONDITIONAL
TRANSFER ORDER 328- 1

OFFICIAL FILE COPY

CHMELIK SITKIN & DAVIS P.S.
ATTORNEYS AT LAW
1500 Railroad Avenue Bellingham, Washington 98225
360.671.1796 • fax 360.671.3781

IMAGED DEC 30 2009

Lockheed relies on *In Re Ivy* to support its argument that the Judicial Panel should not stay Conditional Transfer Order 328. 901 F.2d 7 (2d Cir. 1990). That case is distinguishable. There, plaintiffs failed to move the transferee court to remand to state court, and instead petitioned for a writ of mandamus directing the Judicial Panel to vacate the transfer order on the ground that there was no federal subject matter jurisdiction. *Id.* at 8-9. *In Re Ivy* stands for the proposition that the Judicial Panel does not have the power to decide questions going to the jurisdiction or the merits of a case, including issues relating to a motion to remand. *Id.* at 9 (because the Circuit Court was only authorized to review certain orders of the Judicial Panel, the sole issue before it was the merits of the transfer).

Here, the issue is not whether the Judicial Panel should decide jurisdictional issues, but whether it has the *power to allow the District Court* to decide those jurisdictional issues, prior to transferring a case to Multidistrict Litigation. There can be little question that the Judicial Panel is entrusted with that power.

In our case, Haskell's Motion to Remand to Whatcom County Superior Court has been fully briefed, and the decision of the U.S. District Court for the Western District of Washington is imminent. Even if the Judicial Panel determines that the transfer of our case to MDL-875 will promote the just and efficient conduct of such actions, the same concern commands that it stay the transfer until the jurisdictional issues are decided in the Western District of Washington.

**B.     This Case Does Not Meet the Standard for Transfer Set Forth in 28 U.S.C. § 1407.**

When actions involving common questions of fact are pending in different judicial districts, the actions may be transferred for consolidated pretrial proceedings pursuant to Title 28 U.S.C. § 1407(a). "Such transfers shall be made by the judicial panel on

DEFENDANT HASKELL CORPORATION'S
REPLY IN SUPPORT OF MOTION TO
VACATE OR STAY CONDITIONAL
TRANSFER ORDER 328- 2

**CHMELIK SITKIN & DAVIS** P.S.
ATTORNEYS AT LAW

1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796  •  fax 360.671.3781

multidistrict litigation authorized by this section upon its determination that transfers for such proceedings will *be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions.*" *Id.* (emphasis added). Here, Lockheed claims that Haskell bears the burden of proving that this action does *not* meet the transfer standard set forth in § 1407. Lockheed has failed to cite any law in support of this position, and Haskell is aware of none. Nevertheless, Haskell has met that burden.

This case does not share common questions of fact with cases pending in MDL-875. Because the purpose of multidistrict litigation is to prevent the duplication of discovery and conserve the parties' resources, a case should not be transferred if individual questions of fact predominate over common questions of fact. *In re Eastern Airlines, Inc. Flight Attendant Weight Program Litigation*, 391 F. Supp. 763, 764 (J.P.M.L. 1975); *In re Global Crossing Ltd. Securities & "ERISA" Litigation*, 223 F. Supp. 2d 1384 (J.P.M.L. 2002); *In re Asbestos School Products Liability Litigation*, 606 F. Supp. 713, 714 (J.P.M.L. 1985). Our case is a *premises liability* case, with the predominating questions of fact being individual to it, and dominating over any questions of fact common to MDL-875 *products liability* cases.

Furthermore, the parties in our case have cooperated in discovery, which has thus far been focused on which particular asbestos products were used at which job sites, proof that Plaintiff's decedent worked at the jobsites, and whether there were jobsite warnings regarding the dangers of asbestos. Because of the nature of discovery in our case, transfer to multidistrict litigation would ***not*** promote the convenience of parties and witnesses or promote the just and efficient conduct of such actions. Therefore, even though the lawsuit contains allegations of personal injury or death caused by asbestos, the case is not properly subject to transfer to MDL-875.

DEFENDANT HASKELL CORPORATION'S
REPLY IN SUPPORT OF MOTION TO
VACATE OR STAY CONDITIONAL
TRANSFER ORDER 328- 3

CHMELIK SITKIN & DAVIS P.S.
ATTORNEYS AT LAW

1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796 • fax 360.671.3781

## II. CONCLUSION

Defendant Haskell Corporation respectfully requests that the Judicial Panel vacate Conditional Transfer Order 328, or at a minimum, stay any transfer until after the U.S. District Court for the Western District of Washington has ruled on Haskell's Motion to Remand this action to state court.

DATED this 28th day of December, 2009.

*/s/ Frank J. Chmelik*

FRANK J. CHMELIK, WSBA #13969
Chmelik Sitkin & Davis P.S.
1500 Railroad Avenue
Bellingham, WA 98225
Telephone: (360) 671-1796
Facsimile: (360) 671-3781
Email: fchmelik@chmelik.com

F:\CLIENTS A-H\Haskell Corporation\Zoeger Claim\JUDICAL PANEL MULTIDISTRICT\Pleadings\Opposition to Transfer_Reply_12-28-09.doc

DEFENDANT HASKELL CORPORATION'S
REPLY IN SUPPORT OF MOTION TO
VACATE OR STAY CONDITIONAL
TRANSFER ORDER 328- 4

**CHMELIK SITKIN & DAVIS** P.S.
ATTORNEYS AT LAW

1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796 • fax 360.671.3781

**THE HONORABLE EDUARDO C. ROBRENO**

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| SIEANN M. ZOEGER, Individually and as Personal Representative of the Estate of RICHARD J. ZOEGER ) ) ) ) | MDL Docket No. 875 |
| Plaintiff, ) ) | U.S.D.C. No. C09-1457 RAC |
| vs. ) ) | CERTIFICATE OF SERVICE OF HASKELL CORPORATION |
| SABERHAGEN HOLDINGS, INC., as Successor to TACOMA ASBESTOS COMPANY and THE BROWER COMPANY, et al. ) ) ) ) ) | |
| Defendants. ) | |

I certify under the laws of the United States of America that on the 29th day of December, 2009 I served the following documents:

1. Defendant Haskell Corporation's Reply in Support of Motion to Vacate or Stay Conditional Transfer Order 328; and

2. Certificate of Service of Haskell Corporation;

with the Clerk of the Panel and served below by the method indicated:

Clerk of the Court                                               [X] CM/EFC
U.S. District Court for the Western
District of Washington (Seattle)

Glenn S. Draper
Brian F. Ladenburg                                          [ ] U.S. Mail
Benjamin R. Couture                                         [ ] Messenger
Bergman Draper & Frockt, PLLC                               [ ] Email
614 First Avenue, Third Floor                               [X] CM/EFC
Seattle, WA 98104
**Attorneys for Plaintiff**

CHMELIK SITKIN & DAVIS P.S.
ATTORNEYS AT LAW
1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796 • fax 360.671.3781

CERTIFICATE OF SERVICE
OF HASKELL CORPORATION - 1

| | |
|---|---|
| Melissa K. Habeck<br>Forsberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>**Attorney for AAA Washington** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/EFC |
| K. Michael Fandel<br>Graham & Dunn, PC<br>Pier 70, 2801 Alaskan Way, Suite 300<br>Seattle, WA 98121-1128 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/EFC |
| Guy J. Sternal<br>Eisenhower & Carlson, PLLC<br>1201 Pacific Avenue, Suite 1200<br>Tacoma, WA 98402<br>**Attorney for Key Bank National Assoc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/EFC |
| Aaron P. Riensche<br>Robert G. Andre<br>Odgen, Murphy & Wallace, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101<br>**Attorney for Lockheed Shipbuilding** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/EFC |
| Eliot M. Harris<br>David A Shaw<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>**Attorneys for Nestle USA, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/EFC |
| Barry N. Mesher<br>Gwendolyn C. Payton<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>**Attorneys for Premera Blue Cross and Texaco Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Jeffrey M. Thomas<br>Jeffrey I. Tilden<br>Gordon Tilden Thomas & Cordell, LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154<br>**Attorney for Puget Sound Energy** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |

CERTIFICATE OF SERVICE
OF HASKELL CORPORATION - 2

CHMELIK SITKIN & DAVIS P.S.
ATTORNEYS AT LAW
1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796 · fax 360.671.3781

| | |
|---|---|
| Timothy K. Thorson<br>Carney Badley Spellman, PS<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>thorson@carneylaw.com<br>**Attorney for Saberhagen Holdings, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Kevin C. Baumgardner<br>Corr Cronin Michelson Baumgardner<br> & Preece, LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>kbaumgardner@corrcronin.com<br>**Attorney for Sequoia Ventures, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Gene Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue, Suite 2900<br>Seattle, WA 98101<br>gbarton@karrtuttle.com<br>**Attorney for Todd Shipyard Corporation and Todd Pacific Shipyard Corporation** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Christopher S. Marks<br>Williams Kastner & Gibbs<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>cmarks@williamskastner.com<br>**Attorney for CBS Corporation, General Electric Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Peter G. Angelos<br>Law Offices of Peter G. Angelos<br>One Charles Center<br>100 North Charles Street<br>22nd Floor<br>Baltimore, MD 21201 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Janet W. Black<br>Ward Black PA<br>208 West Wendover Avenue<br>Greensboro, NC 27401-1307 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Kevin M. Jordan<br>Baker Botts LLP<br>910 Louisiana<br>One Shell Plaza<br>Houston, TX 77002-4995 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |

CERTIFICATE OF SERVICE
OF HASKELL CORPORATION - 3

| | |
|---|---|
| Paul Kalish<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Russell W. Budd<br>Baron & Budd PC<br>3102 Oaklawn Avenue, Suite 1100<br>Dallas, TX 75219 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Steven Kazan<br>Kazan McClain Abrams Fernandez et al<br>171 Twelfth Street, Third Floor<br>Oakland, CA 94607 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| John D. Cooney<br>Cooney & Conway<br>120 North LaSalle St., Suite 3000<br>Chicago, IL 60602-2415 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Peter A. Kraus<br>Waters & Kraus LLP<br>3219 McKinney Avenue, Suite 3000<br>Dallas, TX 75204 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| David C. Landin<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4074 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Thomas A. Packer<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Roger B. Lane<br>Roger B. Lane PC<br>1601 Reynolds Street<br>Brunswick, GA 31520 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mount Pleasant, SC 29464 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |

CERTIFICATE OF SERVICE
OF HASKELL CORPORATION - 4

| | |
|---|---|
| William F. Mahoney<br>Segal McCambridge Singer & Mahoney Ltd.<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Robert C. Malaby<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| John P. McShea<br>McShea Tecce PC<br>Mellon Bank Center<br>1717 Arch Street, 28th Floor<br>Philadelphia, PA 19103 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Philip McWenny<br>Schiff Hardin LLP<br>One Market Plaza, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Michael P. Thornton<br>Thornton & Naumes LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Walter G. Watkins, Jr.<br>Forman Perry Watkins Krutz & Tardy PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |

Dated this 29th day of December, 2009.

*Jeanne La Plante*
Jeanne La Plante
Legal Assistant to Frank J. Chmelik

F:\CLIENTS A-H\Haskell Corporation\Zoeger Claim\JUDICAL PANEL MULTIDISTRICT\Pleadings\Certificate of Service-Reply.doc

CERTIFICATE OF SERVICE
OF HASKELL CORPORATION - 5

**CHMELIK SITKIN & DAVIS** P.S.
ATTORNEYS AT LAW
1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796 • fax 360.671.3781