MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2010

FILED
CLERK'S OFFICE

1  James P. Cunningham, California No. 121406
   **CARROLL, BURDICK & McDONOUGH LLP**
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone:   415.989.5900
4  Facsimile:   415.989.0932
   *Email:*     *jcunningham@cbmlaw.com*
5
   Attorneys for Defendant
6  WARREN PUMPS, LLC

7

8           BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

9                        UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF PENNSYLVANIA

11  ARDYS KASABIAN, as Wrongful Death        MDL No. 875
    Heir, and as Successor-in-Interest to
12  KAISER KASABIAN, Deceased, and            Transferred from Northern District of
    CURTIS KASABIAN, SUSAN KASABIAN,          California Case No. CV-09-5309 JL
13  BEN KASABIAN, as Legal Heirs of
    KAISER KASABIAN, Deceased,                **DEFENDANT WARREN PUMPS,**
14                                            **LLC'S DISCLOSURE STATEMENT**
                  Plaintiffs,                 **PURSUANT TO FEDERAL RULE OF**
15                                            **CIVIL PROCEDURE, RULE 7.1**
           v.
16
    KAISER VENTURES LLC, KARI
17  RASMUSSEN, WARREN PUMPS, LLC,
    et al.,
18
                  Defendants.
19

20

21       Pursuant to Federal Rules of Civil Procedure, Rule 7.1, counsel for Warren Pumps,

22  LLC certifies Warren Pumps, LLC is a private, non-governmental party and that the

23  following are corporate parents, affiliates and/or subsidiaries of said party:

24  ///

25  ///

26  ///    **OFFICIAL FILE COPY**

27

28

PLEADING NO. 6044

CBM-SF\SF465770.1

 IMAGED JAN - 5 2010

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Defendant Warren Pumps, LLC's Disclosure Statement Pursuant To Federal Rule Of Civil Procedure, Rule 7.1 **(MDL #875)**

1  Defendant Warren Pumps, LLC is a single member limited liability company
2  with IMO Industries as its only member.  Colfax Corporation is a publicly held
3  corporation and owns ten percent or more of Warren Pumps, LLC's stock.  No other
4  publicly held corporation owns more than 10% of its stock.

5  Dated: December 16, 2009

CARROLL, BURDICK & McDONOUGH LLP

By _____
James P. Cunningham
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  415.989.5900
Facsimile:  415.989.0932
Email:      *jcunningham@cbmlaw.com*
Attorneys for Defendant
WARREN PUMPS, LLC

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF465770.1                                    -2-

Defendant Warren Pumps, LLC's Disclosure Statement Pursuant To Federal Rule Of Civil Procedure, Rule 7.1 **(MDL #875)**