**MDL 875**

E-FILED 12-18-09
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2010

FILED
CLERK'S OFFICE

PLEADING NO. 6045

1 Stephen M. Fishback (State Bar No. 191646)
2 Daniel L. Keller (State Bar No. 191738)
  Diran H. Tashjian (State Bar. No. 259192)
3 **KELLER, FISHBACK & JACKSON LLP**
  18425 Burbank Blvd., Suite 610
4 Tarzana, California 91356
  Telephone: 818.342.7442
5 Facsimile: 818.342.7616

6 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANGLOIS and GAYLE LANGLOIS, | Case No. CV 09-7932-PSG (VBKx) |
| Plaintiffs, | [PROPOSED] ORDER DISMISSING CBS CORPORATION WITHOUT PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT |
| vs. | |
| A.W. CHESTERTON COMPANY, INC., et al., | Judge: Hon. Phillip S. Gutierrez |
| | Courtroom: 790 |
| Defendants. | |

MDL- 875  ✓rc CTU  |ALTR~
RECOMMENDED ACTION

Approved/Date: RN 1/4/10

[PROPOSED] ORDER DISMISSING CBS CORPORATION WITHOUT PREJUDICE AND REMANDING
CASE TO CALIFORNIA SUPERIOR COURT                                      PAGE 1

**OFFICIAL FILE COPY**

IMAGED JAN - 5 2010

1  WHEREAS, Plaintiffs and CBS Corporation do and hereby stipulate that CBS Corporation should be dismissed from this action without prejudice pursuant to Federal Rules Civil Procedure 41(a)(2); the parties will bear their own costs. Plaintiffs and removing party, CBS Corporation, consent to and request the immediate remand of this action to Superior Court of California, City and County of Los Angeles under these terms.

Accordingly, Plaintiffs and CBS Corporation hereby petition this Court for an order dismissing CBS Corporation without prejudice with the parties bearing their own costs, and remanding this case to Superior Court of California, City and County of Los Angeles pursuant to this stipulation.

IT IS SO ORDERED:

Dated: December 18, 2009

PHILIP S. GUTIERREZ
Judge of the United States District Court