UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jan 05, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Michael Langlois, et al. v. A.W. Chesterton Co.,     )
        Inc., et al., C.D. California, C.A. No. 2:09-7932     )     MDL No. 875


### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action *(Langlois)* on November 24, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Langlois* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Langlois* was remanded to the Superior Court of the State of California, City and County of Los Angeles, by the Honorable Philip S. Gutierrez in an order filed on December 18, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-329" filed on November 24, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel