MDL 875



James C. Pettis, Esq.
Direct: (310) 576-2182
Fax: (310) 576-2200
james.pettis@bryancave.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2010

FILED
CLERK'S OFFICE

December 30, 2009

**VIA FACSIMILE (202) 502-2888**

Jeffrey N. Luthi
Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re: *In re Asbestos Products Liability Litigation (No. VI)*, MDL 875
*Ball v. Asbestos Defendants*, N.D. Cal. Case No. 09-4929 PJH
Condition Transfer Order 328

Dear Clerk of the Panel:

We received plaintiff's counsel's December 24, 2009 letter to you regarding the above-entitled case on December 29, 2009. In that letter, plaintiff's counsel confirmed his *ex parte* communications with you requesting that the Panel continue the January 27, 2010 hearing on Conditional Transfer Order 328 to February 2, 2010.

Please be advised that our client McDonnell Douglas Corporation objects to plaintiff's *ex parte* requests and opposes any continuance. Although a hearing is currently set on plaintiff's motion to remand for January 20, 2010 in the Northern District of California, that hearing may not take place as scheduled or ever. The Northern District often vacates hearing dates, taking no oral argument, on motions. We also don't know if and when the Northern District might rule on the motion, if at all. Further, the MDL Court can and should address plaintiff's motion in any event. Simply put, this case should and likely will be transferred to MDL 875 with all other federal asbestos matters. Finally, plaintiff is seeking to vacate the CTO and should not be allowed to delay the inevitable transfer of the case to the MDL Court. Thus, there is no valid reason to continue the January 27, 2010 hearing date.

Very truly yours,

James C. Pettis

cc: Richard M. Grant, Esq., counsel for plaintiff

Bryan Cave LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
Tel (310) 576-2100
Fax (310) 576-2200
www.bryancave.com

Chicago
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
London
Los Angeles
Milan
New York
Phoenix
Shanghai
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Bryan Cave Strategies
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com

Washington, DC
St. Louis

PLEADING NO. 6047

OFFICIAL FILE COPY   IMAGED JAN - 5 2010

765888

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL NO. 875 — IN RE: Ball v. Asbestos Defendants, et al.**

**DECEMBER 30, 2009 LETTER TO JEFFREY N. LUTHI OF THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

2010 JAN -5 A 9: 01
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Case MDL No. 875   Document 6047   Filed 01/05/10   Page 3 of 13

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2010

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of California and the United States of America that, on December 30, 2009, a copy of the following was sent by U.S. first class mail, postage pre-paid, to the following:

**DOCUMENT TITLE: DECEMBER 30, 2009 LETTER TO JEFFREY N. LUTHI OF THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

David R. Donadio, Esq.
Justin S. Fish, Esq.
BRAYTON PURCELL, LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
Tel: 415-898-1555; Fax: 415-898-1247

Counsel for Plaintiff, Edwin Ball
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929


Ronald A. McIntire
Bo W. Kim
PERKINS COLE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Tel: 310-788-9900; Fax: 310-843-1284

Counsel for Defendant, The Boeing Company
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929


Michael T. McCall
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
Tel: (415) 781-7072; Fax: (415) 391-6258

Counsel for Defendant, Thomas Dee Engineering Company
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

## PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)


David M. Glaspy
Brian S. O'Malley
LAW OFFICES OF GLASPY & GLASPY, INC.
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Tel: (925) 947-1300; Fax: (925) 947-1594

Counsel for Defendant, Goodrich Corporation and Rohr, Inc.
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929



Michael J. Pietrykowski
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Tel: (415) 986-5900; Fax: (415) 986-8054

Counsel for Defendant, The Goodyear Tire & Rubber Company
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929


David T. Biderman
Brien F. McMahon
PERKINS COIE LLP
Four Embarcadero, Suite 2400
San Francisco, CA 94111
Tel: (415) 344-7000; Fax: (415) 344-7288

Counsel for Defendant, Honeywell International Inc., *f/k/a* Alliedsignal, Inc., Successor-In-Interest to the Bendix Corporation
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

## PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

Garth W. Aubert
Lan P. Nguyen
MENDES & MOUNT, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel: (213) 955-7700; Fax: (213) 955-7725

Counsel for Defendant, Curtiss-Wright Corporation
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929

Charles Sheldon
Marc Brainich
SEDGWICK, DETERT, MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: (415) 781-7900; Fax: (415) 781-2635

Counsel for Defendant, General Electric Company
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929

Lance Wilson
Ferlin P. Ruiz
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105
Tel: 415-617-2400; Fax: 415-617-2409

Counsel for Defendant, United Technologies Corporation
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

## PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

Jeffery J. Fadeff
Reshma A. Bajaj
BASSI, EDLIN, HUIE & BLUM LLP
351 California Street, Suite 200
San Francisco, CA 94104
Tel: (415) 397-9006; Fax: (415) 397-1339

Counsel for Defendant, J. T. Thorpe & Son, Inc.
N.D. California, C09-04929 EMC
JPML Case No.: 4:09-4929


David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169
Tel: (415) 898-1555; Fax (415) 898-1247

Counsel for Plaintiff, Oliver Brown
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Richard Martin Grant
BRAYTON PURCELL LLP
222 Rush Landing Road
Novato, CA 94948-6169
Tel: (415) 898-1555; Fax (415) 898-1247

Counsel for Plaintiff, Oliver Brown
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

Lisa Lurline Oberg
McKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, CA 94111
Tel.: (415) 267-4000; Fax: (415) 267-4198

Counsel for Defendant, Metaclad Insulation Corporation
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Felicia Yi-Wen Feng
McKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, CA 94111
Tel.: (415) 267-4000; Fax: (415) 267-4198

Counsel for Defendant, Metaclad Insulation Corporation
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Peter G. Angelos
LAW OFFICES OF PETER G. ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

### PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

Garth W. Aubert
MENDES & MOUNT LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

## PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

## PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Roger B. Lane
ROGER B. LANE PC
1601 Reynolds Street
Brunswick, GA 31520

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

William F. Mahoney
SEGAL McCAMBRIDGE SINGER & MAHONEY LTD.
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

## PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

John P. McShea
MCHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

## PROOF OF SERVICE

### INVOLVED COUNSEL LIST (Excerpted form CTO-328)
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

James C. Pettis
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd., P.O. Box 1792
Mount Pleasant, SC 29464

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

## PROOF OF SERVICE

**INVOLVED COUNSEL LIST (Excerpted form CTO-328)**
Oliver Brown v. Metaclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No.: 4:09-4929
(Judge Phyllis J. Hamilton)

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Counsel of Record
N.D. California, C09-04681 SBA
San Francisco Superior Court Case No.: CGC-08-274856

_____
Karina Lopez