**MDL 875**

# Brayton❖Purcell LLP

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 7 2010

FILED
CLERK'S OFFICE

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN I. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

[Attorney roster column omitted for legibility]

December 29, 2009

> Request by pltfs. in Brown, CAN 4:09-4681, and Ball, CAN 4:09-4929, to stay Panel decision until after ruling on pending motions for remand. – **DENIED**.
> (jnl - 6 Jan 10)

## VIA FACSIMILE (202) 502-2888 AND U.S. MAIL

PLEADING NO. 6048

Jeffrey N. Luthi
Clerk of the Judicial Panel on Multi-District Litigation
On Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: In Re: Asbestos Products Liability Litigation (No. VI), MDL #875, CTO 328
*Oliver Brown v. Metalclad Insulation Corp., et al.* C.A. No. 4:09-4681
*Edwin Ball v. Asbestos Defendants, et al.*, C.A. No. 4:09-4929

Dear Mr. Luthi:

This letter replaces the letter to you dated December 24, 2009.

This will confirm our telephone conversation of December 23, 2009. The above cases have been set for hearing before the JPML on January 27, 2010. In Plaintiffs' Motions Before the JPML to Vacate Conditional Transfer Order 328, Movants requested that the motions be set for hearing following motions pending before the District Court for the Northern District of California to remand these proceedings to state court. *Ball* is presently set for hearing on January 20, 2010 and *Brown* is set for hearing on February 2, 2010. Accordingly Movants had asked that the hearing on the Motions to Vacate CTO 328 be set after February 2nd.

As we discussed, I respectfully request that the JPML hold or stay their Order until the Courts of this District hear and issue their Orders granting or denying plaintiffs' motions to remand. This would eliminate duplicative efforts and avoid wasting the preparation and time already expended by the parties and most importantly, that of the District Courts.

K:\Injured\108697\FED\ltr-luthi2.wpd

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2009 DEC 30 A 7:46
RECEIVED
CLERK'S OFFICE

IMAGED JAN - 7 2010