



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN -7 2010

FILED
CLERK'S OFFICE

December 28, 2009

44 Montgomery Street
Suite 400
San Francisco, CA
94104-4606

415.989.5900
415.989.0932 Fax
www.cbmlaw.com

Los Angeles
Sacramento
Walnut Creek

Susanne G. Arani
Direct Dial: 415.743.2430
sarani@cbmlaw.com



PLEADING NO. 6049

Michael Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:  *Ardys Kasabian, et al. v. Kaiser Ventures, LLC, et al.*
     **MDL #875, U.S.D.C. of Northern California, Case #C-09-5309**

Dear Mr. Beck:

Pursuant to Rule 5.2(c), the designated attorney for Warren Pumps, LLC is James Cunningham of Carroll Burdick & McDonough, LLP, located at 44 Montgomery Street, Fourth Floor, San Francisco, California 94104.

Please contact me with any questions.

Sincerely,

CARROLL, BURDICK & McDONOUGH LLP

Susanne G. Arani

SGA:dd
cc:   David R Donadio, Brayton Purcell, LLP

CBM-SF\SF466481

**OFFICIAL FILE COPY**

IMAGED JAN - 7 2010