# MDL 875
# Brayton ✦ Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL:
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

*ADMITTED ONLY IN STATES OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

January 6, 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2010

FILED
CLERK'S OFFICE

<u>VIA FACSIMILE (202) 502-2888 AND U.S. MAIL</u>

Jeffrey N. Luthi
Clerk of the Judicial Panel on Multi-District Litigation
On Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 2002

    Re: In Re: Asbestos Products Liability Litigation (No. VI), MDL #875
        *Oliver Brown v. Asbestos Defendants et al.*, N.D. California, C.A. No. 4:09-4681 SBA

Dear Mr. Luthi:

    Please be advised that plaintiff Oliver Brown hereby withdraws his Motion to Vacate or Stay Conditional Transfer Order 328 in the above referenced matter. It is my understanding a hearing on this Motion is scheduled for January 27, 2010. The Motion may be dropped from that calendar, and the case transferred to the Eastern District of Pennsylvania..

    Thank you for your assistance.

                              Very truly yours,

                              Richard M. Grant

RMG:jae

2010 JAN -7 A 6
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL MULTIDISTRICT LITIGATION

K:\Injured\108687\FED\Ltr-Luthi3.wpd

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case Number 4:09-4681 SBA
Oliver Brown v. Metalclad Insulation Corp. et al.

**Jan 08, 2010**

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

I certify that I have mailed the following document:

LETTER TO JEFFREY N. LUTHI dated January 6, 2010

by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following parties:

**SEE ATTACHED SERVICE LIST**

Dated this __6th__, day of __January__, 2010.

/s/ Jane Ehni

2010 JAN -7 A 6: 29
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

Brayton-Purcell Service List

Date Created: 12/29/2009-4:20:42 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 108687.001 - Oliver Brown

Run By : Ehni, Jane (JAE)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006  415-397-1339 (fax)
Defendants:
 J.T. Thorpe & Son, Inc. (THORPE)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600  510-658-1151 (fax)
Defendants:
 CSK Auto, Inc. (CSKAUT)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94510
510-835-8330  510-835-5117 (fax)
Defendants:
 Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300  415-808-0333 (fax)
Defendants:
 Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500  510-590-9595 (fax)
Defendants:
 J.C. Whitney & Company (JCWTNY)
 William Powell Company, The (WILPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900  415-986-8054 (fax)
Defendants:
 Goodyear Tire & Rubber Company, The (GOODYR)
 Ingersoll-Rand Company (INGRSL)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800  415-288-9802 (fax)
Defendants:
 Honeywell International, Inc. (HONEYW)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715  650-364-5297 (fax)
Defendants:
 IMO Industries, Inc. (IMOIND)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200  415-882-8220 (fax)
Defendants:
 Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500  510-285-2505 (fax)
Defendants:
 Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Lankford & Crawford LLP**
2 Theatre Square
Suite 240
Orinda, CA 94563
925-258-9091  925-258-9695 (fax)
Defendants:
 Ford Motor Company (FORD)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100  415-979-0747 (fax)
Defendants:
 Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580  415-434-0882 (fax)
Defendants:
 Cameron International Corporation ( fka Cooper Cameron Corporation) (COOCAM)

**Low, Ball & Lynch**
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630  415-982-1634 (fax)
Defendants:
 Armstrong International, Inc. (ARMINT)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000  415-267-4198 (fax)
Defendants:
 Metalclad Insulation Corporation (METALC)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000  415-442-1001 (fax)
Defendants:
 Yarway Corporation (YARWAY)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000  415-344-7288 (fax)
Defendants:
 Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170  213-623-3594 (fax)
Defendants:
 FMC Corporation (FMC)
 McNally Industries, Inc. (MCNLLY)
 Viacom, Inc. (VIACOM)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946  562-495-0564 (fax)
Defendants:
 Henry Vogt Machine Co. (HENVOG)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072  415-391-6258 (fax)
Defendants:
 Quintec Industries, Inc. (QUINTC)
 Thomas Dee Engineering Co., Inc. (DEE)

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

INVOLVED COUNSEL LIST (Excerpted from CTO-328)

Oliver Brown v. Metalclad Insulation Corp., et al., N.D. California, C.A. No. 4:09-4681
(Judge Saundra Brown Armstrong)
Edwin Ball v. Asbestos Defendants, et al., N.D. California, C.A. No. 4:09-4929
(Judge Phyllis J. Hamilton)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Garth W. Aubert
MENDES & MOUNT LLP
445 South Figueroa Street
38th Floor
Los Angeles, CA 90071

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Richard M. Grant
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

MDL No. 875 - Involved Counsel List (Excerpted from CTO-328) (Continued)

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
 MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Lisa L. Oberg
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

James C. Pettis
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
 TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608