MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 2 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**

**on**

**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

Elizabeth J. Coons v. A.O. Water Smith Products, )
et al., S.D. New York, C.A. No. 1:09-7496 )            MDL 875

PLEADING NO. 6052

DEFENDANT, DETROIT DIESEL CORPORATION'S OPPOSITION TO PLAINTIFF'S
MOTON TO VACATE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S
CONDITIONAL TRANSFER ORDER 329

AARONSON RAPPAPORT FEINSTEIN
& DEUTSCH, LLP
Attorneys for Defendant
DETROIT DIESEL CORPORATION
Office & P.O. Address
757 Third Avenue
New York, New York 10017
Tel.: (212) 593-6700

Lawrence D. Bloomstein
Of counsel

**OFFICIAL FILE COPY**

IMAGED JAN 1 2 2010

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2010 JAN 11  A 10: 30

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 2 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**

**on**

**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Elizabeth J. Coons v. A.O. Water Smith Products, )
et al., S.D. New York, C.A. No. 1:09-7496          )          MDL 875

Defendant, Detroit Diesel Corporation ("Detroit Diesel") submits this opposition to

plaintiff's motion to vacate Conditional Transfer Order 329 within the matter of Elizabeth J.

Coons v. A.O. Smith Water Products, et al, Civil Action No. 1:09-cv-7496 (S.D.N.Y.).

I.   CONTRARY TO PLAINTIFF'S CONTENTION, THIS CASE WAS NOT
"MISTAKENLY TRANSFERRED" TO MDL 875.

Although plaintiff's counsel argues within his papers in support of the motion to vacate that

this case was "evidently mistakenly transferred" to the United States Judicial Panel on

Multidistrict Litigation by the Clerk's office in the Southern District of New York, counsel fails

to supply any evidence of such a "mistake".  While your affirmant agrees there were initial

discussions between opposing counsel and with the Part Clerk concerning plaintiff's desire to

file a motion to remand to state court, such discussions do not translate into an inference that the

S.D.N.Y. Clerk somehow then "mistakenly" transferred this case to MDL 875 in the Eastern

District of Pennsylvania.   Furthermore, plaintiff's counsel offers no legal authority in support of

the argument that such a purported mistake, assuming *arguendo* such a mistake occurred here,

should somehow prevent or nullify a transfer to the MDL of a case that otherwise warrants such transfer. Indeed, given that asbestos matters in the Federal District Courts have been and continue to be routinely transferred to MDL 875 for reasons that have been enumerated in numerous J.P.M.L. decisions dating back to 1991 (See In re Asbestos Products Liability Litigation (No. VI), 771 F.Supp. 415 (J.P.M.L. 1991)), this Court should reject plaintiff's characterization that the J.P.M.L.'s proposed transfer herein is the byproduct of the S.D.N.Y. Clerk's evident "mistake". This type of case – a suit alleging personal injury or wrongful death caused by asbestos or asbestos containing products – squarely fits the profile of those that are customarily transferred to MDL 875.

## II.   TRANSFER OF THIS MATTER TO MDL 875 IN THE EASTERN DISTRICT OF PENNSYLVANIA IS APPROPRIATE.

Pursuant to Conditional Transfer Order 329, the J.P.M.L. transferred this matter, which indisputably involves claims of wrongful death caused by exposure to asbestos or asbestos containing products, to MDL 875 pursuant to 28 U.S.C. § 1407. The claims in the case at bar are identical to those asserted in numerous other asbestos cases that have previously been transferred to MDL 875 from District Courts throughout the country, as well as those that continue to be transferred on an ongoing basis. Such cases involve common questions of fact and thus transfer is warranted. As this Court has explained:

> [T]ransfer of the actions to the Eastern District of
> Pennsylvania for inclusion in the coordinated or
> consolidated pretrial proceedings in that district
> will serve the convenience of the parties and witnesses
> and promote the just and efficient conduct of the litigation.

In re Asbestos Products Liability Litigation (No. VI), 1996 WL 143826 (J.P.M.L. February 16, 1996). See also In re Asbestos Products Liability Litigation, (No. VI), 170 F. Supp 2d 1348 (J.P.M.L. 2001).

This Court has further explained:

> [I]n the Panel's original decision distinctions based on such
> matters as the pendency of motions or other matters before the
> transferor court, the uniqueness of a party's status, the type of
> defendant, the docket condition of any specific federal district,
> the state of pretrial proceedings, the presence of unique claims
> or additional claims not relating to asbestos injury or death,
> and/or the unanimity of opposition to transfer by the parties
> to an action were considered and rejected by the Panel
> as grounds for carving out exceptions to transfer in this
> extraordinary docket.

Plaintiff's counsel's argument that a  planned motion to remand to state court should

arrest transfer of this asbestos suit to MDL 875 is off the mark as identical arguments have been

rejected by this Court on prior occasions. This Court has previously held that even *pending*

motions, including motions to remand to state court, shall not serve as an exception to the rule

favoring transfer of asbestos suits to MDL 875.  See In re Asbestos Products Liability Litigation

(No. VI), 1996 WL 143826 (J.P.M.L. February 16, 1996).  See also In re Asbestos Products

Liability Litigation, (No. VI), 170 F. Supp 2d 1348 (J.P.M.L. 2001).

In the case at bar, plaintiff stands on even less stable footing since there exists no pending

motion to remand.  Rather plaintiff *planned* to file a motion to remand and the parties were still

in the stages of discussing a briefing schedule when CTO 329 was issued.  Certainly, if this

Court has previously ruled that a pending motion to remand will not serve as an exception to the

rule favoring transfer, a mere planned and as yet unbriefed motion to remand cannot lead to a

different result.

For the foregoing reasons, defendant, Detroit Diesel Corporation requests that plaintiff's

motion be denied.

AARONSON RAPPAPORT FEINSTEIN
& DEUTSCH, LLP
Attorneys for Defendant
DETROIT DIESEL CORPORATION
Office & P.O. Address
757 Third Avenue
New York, New York 10017
Tel.: (212) 593-6700

By: LAWRENCE D. BLOOMSTEIN (LDB 0603)

Lawrence D. Bloomstein
Of Counsel

RECEIVED
CLERK'S OFFICE
2010 JAN 11   A 10: 30
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 2 2010

FILED
CLERK'S OFFICE

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                             ss.:

COUNTY OF NEW YORK  )

        Vicki McFadyen, being duly sworn, deposes and says:  that deponent is not a party to the action, is over 18 years of age and resides at Kings County, New York.

        That on the 8th day of January, 2010, deponent served the within **Opposition to Plaintiff's Motion to Vacate the Judicial Panel on Multidistrict Litigation's Conditional Transfer Order 329** on behalf of Detroit Diesel Corporation upon plaintiff's counsel and all remaining codefendants.

        That on the 12th day of January, 2010 deponent served the within **Opposition to Plaintiff's Motion to Vacate the Judicial Panel on Multidistrict Litigation's Conditional Transfer Order 329** on the panel service list excerpted from CTO 329.

        PLEASE SEE ATTACHED RIDER

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Vicki McFadyen

Sworn to before me this
12th day of January, 2010

_____
Notary Public

**TRACY DASH**
Commissioner of Deeds
City of New York - No. 4-4611
Certificate Filed in New York County
Commission Expires May 1, 20 _11_

**Our File No.: 5015.001**

{00823917.DOC }

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-329)

Peter G. Angelos
LAW OFFICES OF PETER G
  ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Anna M. DiLonardo
WEINER & LESNIAK LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Brian T. Fitzpatrick
BELLUCK & FOX LLP
546 5th Avenue
4th Floor
New York, NY 10036-5000

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
  FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
  MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

**MDL No. 875 – Panel Service List (Excerpted from CTO-329) (Continued)**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Nancy Loraine Pennie
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH LLP
757 Third Avenue
New York, NY 10017

Donald Richard Pugliese, Sr.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

**AFFIDAVIT OF SERVICE BY MAIL**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 2 2010

FILED
CLERK'S OFFICE

STATE OF NEW YORK      )
                               ss.:

COUNTY OF NEW YORK  )

        Vicki McFadyen, being duly sworn, deposes and says:  that deponent is not a party to the action, is over 18 years of age and resides at Kings County, New York..

        That on the 8th day of January, 2010, deponent served the within **Opposition to Plaintiff's Motion to Vacate the Judicial Panel on Multidistrict Litigation's Conditional Transafer Order 329** on behalf of Detroit Diesel Corporation upon plaintiff's counsel and a letter notifying all remaining codefendants of such service upon plaintiff's counsel:

        Judicial Panel on Multidistrict Litigation  **By Federal Express**
        Thurgood Marshall Federal Judiciary Building
        One Columbus Circle, NE
        Room G-255, North Lobby
        Washington, DC 20002-800

        PLEASE SEE ATTACHED RIDER

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Vicki McFadyen
_____
Vicki McFadyen

Sworn to before me this
8th day of January, 2010

_____
Notary Public

RUTH A TIERNEY
Notary Public, State of New York
No. 01TI4898922
Qualified in Queens County
Commission Expires June 22, 2011

{00823917.DOC }

2010 JAN 11 A 10: 30
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

**Our File No.: 5015.003**

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Suzanne Halbardier, Esq.
BARRY, MCTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York  10016
Counsel for:  JOHN CRANE, INC.

Joseph Belluck, Esq.
BELLUCK & FOX, LLP
546 5th Avenue, 4th Floor
New York, New York 10036
Counsel for:  PLAINITFF(S)

William Mueller, Esq.
CLEMENTE MUELLER, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, New Jersey  07961
Counsel for:  YARWAY CORP.

Thomas Rhatigan, Esq. & Steve Garry, Esq.
COSTELLO, SHEA & GAFFNEY, LLP
44 Wall Street, 11th Floor
New York, New York 10005
Counsel for:  HENRY VOGT MACHINE COMPANY,
VOGT NEM INC.

John Fanning, Esq.
CULLEN and DYKMAN, LLP
177 Montague Street
Brooklyn, New York  11201
Counsel for:  BURNHAM CORP., GOULDS PUMP,
INC., HOWDEN BUFFALO. INC., LESLIE
CONTROLS, SPENCE ENGINEERING CO.

Carol G. Snider, Esq.
DAMON & MOREY, LLP
1000 Cathedral Place
298 Main Street
Buffalo, New York 14202-4096
Counsel for: GENUINE PARTS CO.

Rob C. Tonogbanua, Esq.
DICKIE MCCAMEY & CHILCOTE, P.C.
Public Ledger Building
150 South Independence Mall, Suite 901
West Philadelphia, PA 19106-3409
Counsel for:  TYCO FLOW CONTROL, INC., TYCO
INTERNATIONAL

Wm. Lee Kinnally, Esq.
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Avenue
New York, New York 10022
Counsel for:  GRINNELL CORP.

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Cynthia Antonucci, Esq.
HARRIS BEACH, LLP
100 Wall Street, 19th Floor
New York, NY 10005
Counsel for: KENTILE FLOORS, PACCAR, INC.,
individually and through its division PETERBILT
MOTORS CO.

Edward L. Birnbaum, Esq.
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, New York 10004
Counsel for: FREIGHTLINER CORP.

Linda Clark, Esq.
HISCOCK & BARCLAY
50 Beaver Street
Albany, New York 12207
Counsel for: ENPRO INDUSTRIES

Mark S. Gaffrey, Esq.
HOAGLAND, LONGO, MORAN, DUNST &
DOUKAS, LLC
P.O. Box 480
40 Patterson Street
New Brunswick, NJ 08903
Counsel for: YORK INTERNATIONAL

George Hodges, Esq.
HODGES WALSH & SLATER, LLP
55 Church Street, Suite 211
White Plains, New York 10601
Counsel for: ELECTROLUX HOME PRODUCTS

Christine Montenegro, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway, 23rd Floor
New York, New York 10019
Counsel for: MAREMOUNT CORP.

Christopher P. Hannan, Esq.
KELLEY JASONS MCGOWAN SPINELLI &
HANNA, LLP
120 Wall Street, 30th Floor
New York, New York 10005
Counsel for: CROSBY VALVE AND GAGE
COMPANY, FMC CORPORATION

Kirsten Alford Kneis, Esq.
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS, LLP
One Newark Center, 10th Floor
Newark, New Jersey 07102 -5285
Counsel for: CRANE CO.

Donna duBeth Gardiner, Esq.
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
P.O. Box 2075
Morristown, New Jersey 07962
Counsel for: STEWART WARNER

Thomas M. Beneventano, Esq.
LASORSA & BENEVENTANO
3 Barker Avenue
White Plains, New York 10601
Counsel for: ARMSTRONG INTERNATIONAL,
INC., individually and as successor to ARMSTRONG
MACHINE WORKS

57140

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Timothy Mchugh, Esq.
LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
420 Lexington Avenue, Suite 2900
Graybar Building
New York, New York 10170
Counsel for: CUMMINS ENGINE COMPANY, INC.,
DETROIT DIESEL CO. as successor to DETROIT DIESEL
ALLISON DIVISION OF GENERAL MOTORS,
INTERNATIONAL TRUCK & ENGINE CORP.,
NAVISTAR INTERATIONAL TRANSPORTATION
CORP.

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, New York 10017
Counsel for: IMO INDUSTRIES

Richard L. Mendelsohn, Esq.
LONDON FISCHER, LLP
59 Maiden Lane, 41st Floor
New York, New York 10038
Counsel for: ALFA LAVAL

Jim Lynch, Esq. & Scott Emery, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40 Street
New York, New York 10018
Counsel for: CHRYSLER LLC f/k/a DAIMLER
CHRYSLER, GEORGIA PACIFIC, GOODYEAR
CANADA, INC., GOODYEAR TIRE & RUBBER
CORP.

Tom Maimone, Esq.
MAIMONE & ASSOCIATES, PLLC
170 Old Country Road, Suite 609
Mineola, New York 11501
Counsel for: MACK TRUCKS, INC.

Bob Malaby, Esq.
MALABY & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
Counsel for: CBS CORPORATION, f/k/a VIACOM INC.
successor by Merger to CBS CORPORATION, f/k/a
WESTINGHOUSE ELECTRIC CORPORATION,
CLEAVER BROOKS CO. f/k/a AQUA-CHEM, MARLEY
CO., SEARS, ROEBUCK & COMPANY, WARREN
PUMPS, INC., WEIL MC-CLAIN

Donald R. Pugliese, Esq.
McDERMOTT WILL & EMERY
340 Madison Avenue
New York, New York 10017
Counsel for: HONEYWELL INTERNATIONAL, INC.
f/k/a ALLIED SIGNAL, INC.successor in interest to
BENDIX, as successor in interest to
MERGENTHALER LINOTYPE CO.

Nancy McDonald, Esq.
McELROY DEUTSCH MULVANY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07692
Counsel for: A.O. SMITH WATER PRODUCTS, EATON
CORPORATION INDUSTRIAL n/k/a EATON ELECTRICAL,
INC. and as successors to VICKERS PUMP CO. and CUTTLER-
HAMMER, INC., FLOWSERVE US, solely as successor to
ROCKWELL MANUFACTURING COMPANY AND EDWARD
VALVES, INC.

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Joan Gasior, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York  10004
Counsel for:  ATWOOD & MORILL CO., NASH
ENGINEERING AURORA PUMP, CURTISS –WRIGHT
FLOW CONTROL, PATTERSON PUMP CO. as subsidiary
of GORMANN-RUPP CO. and individually and as successor
to CH WHEELER MANUFACTURING AND GRISCOM
RUSSELL, ZURN INDUSTRIES

Phillip Goldstein, Esq.
McGUIREWOODS, LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
Counsel for:  I.T.T INDUSTRIES as successor to BELL
& GOSSETT COMPANY and as successor to
KENNEDY VALVE MANUFACTURING CO., INC.,
and as successor to GRINNELL VALVE CO., INC.

Lisa M. Pascarella, Esq.
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
2430 Route 34
P.O. Box  648
Manasquan, New Jersey  08736
Counsel for:  AMERICAN STANDARD, :  BIRD
INC., RHEEM MFG., TRANE U.S. INC. f/k/a
AMERICAN STANDARD, INC.

James W. Whitcomb, Esq.
PHILLIPS LYTLE, LLP
3400 HSBC Center
Buffalo, New York 14203
Counsel for:  DEAN PUMP DIVISION

Judith Yavitz, Esq.
REEDSMITH, LLP
599 Lexington Avenue
New York, New York 10022
Counsel for:  CERTAINTEED CORPORATION,
DANA COMPANIES, LLC

Paul Scrudato, Esq.
SCHIFF HARDIN, LLP
900 Third Avenue, 23rd Floor
New York, New York 10022
Counsel for:  ALMA PRODUCTS CO., OWENS-
ILLINOIS

Michael Tanenbaum, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Counsel for:  CATERPILLAR, FOSTER WHEELER,
GENERAL ELECTRIC CO.

Ted Eder, Esq.
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
830 Third Avenue, Suite 400
New York, New York  10022
Counsel for:  FAIRBANKS MORSE ENGINE,
FAIRBANKS MORSE PUMP SVCS., GARDNER
DENVER, GARLOCK SEALING TECHNOLOGIES
LLC., f/k/a GARLOCK, INC.

57140

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Amiel Gross, Esq.
SONNENSCHEIN, NATH & ROSENTHAL, LLP
1221 Avenue of the Americas
New York, New York 10020
Counsel for: RAPID-AMERICAN CORPORATION

Justin Perri, Esq.
STEPTOE & JOHNSON, LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
Counsel for: METROPOLITAN LIFE INS CO.

**UNKNOWN COUNSEL**
ALLEGHENY ENERGY INC.
FLORIDA POWER & LIGHT CO.

John J. Kot, Esq.
WATERS, MCPHERSON & MCNEIL
300 Lighting Way, 7th Floor
Secaucus, New Jersey 07096
Counsel for: ELLIOTT TURBOMACHINERY INC.,
RILEY POWER INC.

Anna DiLonardo, Esq.
WEINER LESNIAK, LLP
888 Veterans Memorial Highway, Suite 540
Hauppauge, New York 11788
Counsel for: BW/IP INTERNATIONAL, INC. f/k/a BORG
WARNER INDUSTRIAL PRODUCTS, successor to
BYRON JACKSON PUMPS, RPM INTERNATIONAL,
INC., BONDEX INTERNATIONAL, BORG-WARNER
CORPORATION, n/k/a BURNS INTERNATIONAL
SERVICES CORPORATION

Edward Wilbraham, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street, Suite 3100
Philadelphia, PA 19103
Counsel for: BUFFALO PUMPS

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER, LLP
150 East 42nd Street
New York, New York 10017
Counsel for: A.W. CHESTERTON, CARRIER
CORPORATION

Lewis J. O'Rourke, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street.
Suite 2500
New York, New York 10038
Counsel for PEERLESS INDUSTRIES, d/b/a
PEERLESS HEATING CO.

57140