UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 14, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

## NOTICE OF FILING OF
## CONDITIONAL TRANSFER ORDER (CTO-330)

Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). The order will be effective in 14 days unless opposed in accordance with Rule 7.4(c).

Notices of Opposition should be filed by facsimile. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Email or fax transmission of the motion and brief will not be accepted.**

Opposing counsel shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before: <u>January 28, 2010</u>  (12 noon EST)**

If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions. A Panel Service List is attached to this notice.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                              MDL No. 875

**PANEL SERVICE LIST (CTO-330)**

| | | |
|---|---|---|
| Monte L. Barton<br>COPELAND COOK<br>TAYLOR & BUSH PA<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Benno B. Ashrafi<br>WATERS KRAUS & PAUL<br>222 North Sepulveda Blvd.<br>Suite 1900<br>El Segundo, CA 90245 | Liane S. Binowitz<br>GORDON & REES LLP<br>7465 West Lake Mead Blvd.<br>Suite 200<br>Las Vegas, NV 89128 |
| Gerald Moses Abdalla, Jr.<br>3010 Lakeland Cove<br>Suite P<br>Flowood, MS 39232 | Eric Asquith<br>WILSON ELSER<br>MOSKOWITZ EDLEMAN &<br>DICKER LLP<br>260 Franklin Street<br>14th Floor<br>Boston, MA 02110-3112 | Janet W. Black<br>WARD BLACK PA<br>208 West Wendover Avenue<br>Greensboro, NC 27401-1307 |
| Stephen Adams<br>TAYLOR DUANE BARTON<br>& GILMAN LLP<br>10 Dorrance Street<br>Suite 700<br>Providence, RI 02903 | Melissa R. Badgett<br>COOLEY MANION JONES<br>HAKE ET AL<br>201 Spear Street<br>Suite 1800<br>San Francisco, CA 94105 | Stefan G. Bourn<br>FORMAN PERRY<br>WATKINS KRUTZ &<br>TARDY PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608 |
| Robert Gregory Andre<br>OGDEN MURPHY &<br>WALLACE<br>1601 5th Avenue<br>Suite 2100<br>Seattle, WA 98101 | David A. Barfield<br>BARFIELD & ASSOCIATES<br>P.O. Box 2749<br>Madison, MS 39130-2749 | Sarah M. Bowman<br>DEAN & GIBSON PLLC<br>301 South McDowell Street<br>Suite 900<br>Charlotte, NC 28204-2686 |
| Jack Angaran<br>GEORGESON<br>ANGARAN CHTD<br>5450 Longley Lane<br>Reno, NV 89511 | Walter E. Barton<br>KARR TUTTLE &<br>CAMPBELL<br>1201 3rd Avenue<br>Suite 2900<br>Seattle, WA 98101-3028 | Marc Brainich<br>SEDGWICK DETERT<br>MORAN & ARNOLD<br>One Market Plz<br>Steuart Tower<br>8th Floor<br>San Francisco, CA 94105 |
| Peter G. Angelos<br>LAW OFFICES OF PETER G<br>ANGELOS PC<br>One Charles Center<br>100 North Charles Street<br>22nd Floor<br>Baltimore, MD 21201 | Heidi A. Bean<br>FRIEDMAN GAYTHWAITE<br>WOLF & LEAVITT<br>Six City Center<br>P.O. Box 4726<br>Portland, ME 04112-4726 | Anthony D. Brosamle<br>TUCKER ELLIS &<br>WEST LLP<br>515 South Flower Street<br>42nd Floor<br>Los Angeles, CA 90017-2223 |
| Susanne Gheseri Arani<br>CARROLL BURDICK &<br>MCDONOUGH LLP<br>44 Montgomery Street<br>Suite 400<br>San Francisco, CA 94104 | Joshua H. Bennett<br>BENNETT &<br>GUTHRIE PLLC<br>1560 Westbrook Plaza Drive<br>Winston-Salem, NC 27103 | John R. Brydon<br>BRYDON HUGO &<br>PARKER<br>135 Main Street<br>20th Floor<br>San Francisco, CA 94105 |

**MDL No. 875 - Panel Service List (CTO-329) (Continued)**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

Cara Ann Ceraso
PULLMAN & COMLEY
850 Main St.
P.O Box 7006
Bridgeport, CT 06601-7006

Nairi Chakalian
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

Keith E. Coltrain
ELMORE & WALL PA
1001 Wade Avenue
Suite 423
P.O. Box 10937
Raleigh, NC 27605

William D. Conner
HAYNSWORTH SINKLER BOYD
P.o. Box 2048
Greenville, SC 29602

William David Conner
HAYNSWORTH SINKLER BOYD PA
Two Liberty Square
75 Beattie Place, 11th Floor
Greenville, SC 29601-2119

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Ronald B. Cox
PROFITT & COX
8910 Two Notch Road
Suite 400
Columbia, SC 29223

Joshua W. Danos
DOGAN & WILKINSON PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

Mark O. Denehy
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903-1345

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Patricia A. Eberwine
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

W. Mark Edwards
PAGE MANNINO PERESICH & MCDERMOTT PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

Daniel S. Elger
GASS WEBER & MULLINS LLC
309 North Water Street
Milwaukee, WI 53202

Felicia Y. Feng
MCKENNA LONG ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111

Stephen M. Fishback
KELLER FISHBACK JACKSON LLP
18425 Burbank Boulevard
Suite 610
Tarzana, CA 91356

Brita J. Forssberg
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Eric O. Freeman
SELMAN BREITMAN LLP
3980 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89169

Sharla J. Frost
POWERS & FROST LLP
2400 One Houston Center
1221 McKinney Street
Houston, TX 77010-2007

James D. Gandy, III
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Katherine Paige Gardiner
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza, 8th Floor
San Francisco, CA 94105

Richard G. Gawlowski
WILSON SMITH COCHRAN & DICKERSON
1215 4th Avenue
Suite 1700
Seattle, WA 98161-1007

Amy Harmon Geddes
NEXSEN PRUET ADAMS KLEEMEIER LLC
PO Drawer 2426
Columbia, SC 29202

**MDL No. 875 - Panel Service List (CTO-330) (Continued)**

Robert L. Gibbs
BRUNINI GRANTHAM
GROWER & HEWES PLLC
P.O. Drawer 119
Jackson, MS 39205-0119

David A. Goldman
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110

Julia A. Gowin
HAWKINS PARNELL &
THACKSTON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Cheri D. Green
BRUNINI GRANTHAM
GROWER & HEWES PLLC
190 East Capital Street
Suite 100
Jackson, MS 39201

Mitchell Bruce Greenberg
ABBEY WEITZENBERG
WARREN & EMERY
100 Stony Point Road
Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566

Franklin Greene
MCGUIRE WOODS
Bank of American Plaza
100 North Tryon Street
Suite 2900
Charlotte, NC 28280

Steven E. Guinn
LAXALT & NOMURA LTD
9600 Gateway Drive
Reno, NV 89521

Jon Haddow
FARRELL ROSENBLATT &
RUSSELL
P.O. Box 738
Bangor, ME 04402

Terry Hall
WOLFSTONE PANCHOT &
BLOCH
1111 Third Avenue
Suite 1800
Seattle, WA 98101

Kip Harbison
GLASSER & GLASSER PLC
580 East Main Street
Suite 600
Norfolk, VA 23510

Bradley Adam Hays
SWETMAN BAXTER
MASSENBURG LLC
1700 South 28th Avenue
Suite D
Hattiesburg, MS 39402

G. William Higbee
MCTEAGUE HIGBEE CASE
COHEN WHITNEY &
TOKER
4 Union Park
P.O. Box 5000
Topsham, ME 04086-5000

Todd S. Holbrook
MORGAN LEWIS &
BOCKIUS LLP
225 Franklin Street
16th Floor
Boston, MA 02110

Jeffrey P. Hubbard
WELLS MOORE SIMMONS
& HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970

Edward R. Hugo
BRYDON HUGO &
PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Badge Shields Humphries
MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

John S. Janofsky
WATERS KRAUS & PAUL
222 North Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245

Danielle T. Jenkins
MORRISON
MAHONEY LLP
10 Weybosset Street
Suite 900
Providence, RI 02903-7141

Derek Spencer Johnson
SEDGWICK DETERT
MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Arthur Timothy Jones
HAWKINS &
PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

**MDL No. 875 - Panel Service List (CTO-330) (Continued)**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Brian P. Kenney
EARLY LUDWICK & SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Diane J. Kero
GORDON THOMAS HONEYWELL MALANCA ET AL
One Union Square
600 University
Suite 2100
Seattle, WA 98101

Theodore H. Kirchner
NORMAN HANSON & DETROY
415 Congress Street
P.O. Box 4600 DTS
Portland, ME 04112

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Brian F. Ladenburg
BERGMAN DRAPER & FROCKT
614 First Avenue
4th Floor
Seattle, WA 98104

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

David L. Levy
HEDRICK GARDNER KINCHELOE & GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230

Jeanne F. Loftis
BULLIVANT HOUSER BAILEY PC
888 SW Fifth Avenue
300 Pioneer Tower
Portland, OR 97204

Robert Bates Lovett
HUNTER MACLEAN EXLEY & DUNN
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412-0048

Edward Kong Low
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105

Jason E. Luckasevic
GOLDBERG PERSKY & WHITE
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA 15219

Francis M. Lynch
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113

Thomas W. Lyons, III
STRAUSS FACTOR LAING & LYONS
222 Richmond Street
Suite 208
Providence, RI 02903-2914

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Daniel A. Manna
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Christopher S. Marks
WILLIAMS KASTNER & GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101-2380

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452

David B. McConnell
PERKINS THOMPSON PA
One Canal Plaza
P.O. Box 426 DTS
Portland, ME 04112

Robert R. McCoy
MORRIS PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

**MDL No. 875 - Panel Service List (CTO-330) (Continued)**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Alexandra B. Mcleod
BRADY VORWERCK
RYDER & CASPINO
2795 East Desert Inn Road
Las Vegas, NV 89121

Robert O. Meriwether
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

Edward W. Mizell
BUTLER SNOW O'MARA
STEVENS & CANNADA
PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Willard J. Moody, Jr.
MOODY STROPLE
KLOEPPEL &
HIGGINBOTHAM INC
500 Crawford St
Suite 300
Portsmouth, VA 23705

Peter D. Navarro
KOLESAR & LEATHAM
CHTD
3320 West Sahara Avenue
Suite 380
Las Vegas, NV 89102

Evan Craig Nelson
TUCKER ELLIS &
WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

Steven W. Ouzts
TURNER PADGET
GRAHAM & LANEY PA
P.O. Box 1473
Columbia, SC 29202

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Michael G. Phelan
BUTLER WILLIAMS &
SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
P.O. Drawer 7788
Columbia, SC 29202

Antonio D. Pyle
LAW OFFICE OF ANTONIO
D PYLE PC
227 Upper Baird Road
Stowe, VT 05672

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Kenneth M. Roberts
DEMPSEY ROBERTS &
SMITH LTD
520 South Fourth Street
Suite 360
Las Vegas, NV 89101

Peter J. Rubin
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Peter A. Santos
NEXSEN PRUET ADAMS
KLEEMEIER PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Michael E. Saucier
THOMPSON & BOWIE
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Evan D. Schwab
DAVIS KELSEY
3110 South Rainbow Blvd.
Las Vegas, NV 89146

Tom B. Scott, III
SCOTT & SCOTT LLP
P.O. Box 2009
Jackson, MS 39215-2009

Stephen L. Shackelford
2001 Airport Road
Suite 301
Jackson, MS 39232

Paul W. Shakespear
SNELL & WILMER LLP
3883 Howard Hughes
Parkway
Suite 1100
Las Vegas, NV 89169

**MDL No. 875 - Panel Service List (CTO-330) (Continued)**

Charles T. Sheldon
SEDGWICK DETERT
MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Katherine D. Spitz
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5300

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Elizabeth G. Stouder
RICHARDSON WHITMAN
LARGE & BADGER
465 Congress St.
P.O. Box 9545
Portland, ME 04112-9545

Glenn L.M. Swetman
SWETMAN BAXTER
MASSENBURG LLC
650 Poydras Street
Suite 2400
New Orleans, LA 70130

Anthony Berardo Taddeo, Jr.
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

Mark S. Thomas
WILLIAMS MULLEN
RBC Plaza, Suite 1700
301 Fayettville Street
P.O. Box 1000
Raleigh, NC 27601

Jeffrey M. Thomen
MCCARTER &
ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Michael P. Thornton
THORNTON &
NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Timothy Kost Thorson
CARNEY BADLEY
SPELLMAN
701 Fifth Avenue
Suite 3600
Seattle, WA 98104-7010

Alex A. Toribio
MCCARTER &
ENGLISH LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3495

Mark B. Tuvim
GORDON & REES
701 Fifth Ave.
2130
Seattle, WA 98104

Jeffrey A. Varas
P.O. Box 886
Hazelhurst, MS 39083

Rose Marie Wade
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Christopher D. Wasson
KAZAN MCCLAIN LYONS
GREENWOOD & HARLEY
171 Twelfth Street
3rd Floor
Oakland, CA 94607

Walter G. Watkins, Jr.
FORMAN PERRY
WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Paul White
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017

Christopher J. Wiemken
TAYLOR & WALKER PC
555 Main Street
P.O. Box 3490
Norfolk, VA 23514

Stephen B. Williamson
KATTEN MUCHIN
ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Jeffrey M. Wolf
WILLIAMS KASTNER &
GIBBS
601 Union Street
Suite 4100
Seattle, WA 98101-2380

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101