
**Pullman & Comley** LLC
ATTORNEYS

**Thomas F. Maxwell, Jr.**
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p  203 330 2252
f  203 576 8888
tmaxwell@pullcom.com
www.pullcom.com

MDL 875

January 15, 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2010

FILED
CLERK'S OFFICE

*Via Facsimile (202) 502-2888*
Mr. Jeffrey Luthi
United States Judicial Panel
 on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE
Room G-255 North Lobby
Washington, DC 20002-8004

PLEADING NO. 6055

Re:   **MDL Asbestos Docket No. 875**

Dear Mr. Luthi:

On January 14, 2010, Attorney Cara Ceraso of this firm received an e-mail from Jakeia Mells enclosing notice of a Conditional Transfer Order concerning the matter of <u>Samuel Allen v. CBS Corp</u>, Case No. 09-1112 that is pending in the District of Connecticut. Please be advised that I am lead counsel for CBS Corporation for actions pending in the District of Connecticut and request that you change your records so that I receive any future notices in lieu of Ms. Ceraso. My e-mail address is tmaxwell@pullcom.com.

Please do not hesitate to contact me with any questions.

Very truly yours,

Thomas F. Maxwell, Jr.

TFM:alw

Bridgeport/58211.100/TXM/811132v1

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2010 JAN 15 P 4:38
RECEIVED
CLERK'S OFFICE

IMAGED JAN 19 2010