JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

JAN 19 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   January 28, 2010
Panel Fax No.: (202) 502-2888**

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (Indicate plaintiff or defendant—attach list if necessary):

Defendant - ITT Corporation
Defendant - Bell & Gossett Company

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Johnnie Richard Childers, Sr., et al. v. A.W. Chesterton Co., et al.
(SC) - Civil Action No. 0:09-3020
Eugene Webb v. 3M Co., et al.
(SC) - Civil Action No. 8:09-3260

PLEADING NO. 6056

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

January 15, 2009
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Angela M. Spivey (GA Bar No. 672522)
McGuireWoods LLP
1170 Peachtree Street, NE, Suite 2100
Atlanta, Georgia   30309

Telephone No.: 404-443-5720          Fax No.:   404-443-5792

Email Address:  aspivey@mcguirewoods.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

OFFICIAL FILE COPY

IMAGED JAN 1 9 2010