JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2010

FILED
CLERK'S OFFICE

**MDL 875**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABLITY LITIGATION (NO. VI) § § § § | |
| This Document Relates To: § | MDL 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Robert Plummer and Natalie Plummer, by their agent, The Federal-Mogul Asbestos Personal Injury Trust, §§§§§§ Plaintiffs, §§ VS. § T&N Limited, f/k/a T&N plc, Turner & Newell PLC, and Turner & Newell Limited; and TAF International Limited, f/k/a Turners Asbestos Fibres Limited and Raw Asbestos Distributors Limited, §§§§§§§§§ Defendants. § | CIVIL ACTION NO.: 6:09-CV-497 |

PLEADING NO. 6057

## NOTICE OF ATTORNEY DESIGNATION

Defendants T&N Limited, f/k/a T&N plc, Turner & Newell PLC, and Turner & Newell Limited; and TAF International Limited, f/k/a Turners Asbestos Fibres Limited and Raw Asbestos Distributors, pursuant to Multidistrict Litigation Rule 5.2(c) and hereby serves notice to the Clerk of the Panel designating Sharla J. Frost, attorney in charge of the above styled case, to

receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Sharla J. Frost may be served at the following address:

Sharla J. Frost
Texas Bar No.: 07491100
Powers & Frost, L.L.P.
2400 One Houston Center
1221 McKinney Street
Houston, Texas 77010-2007
Telephone:    (713) 767-1555
Telecopier:    (713) 767-1799
sfrost@powersfrost.com

Respectfully submitted,

*/s/ Sharla J. Frost*

Sharla J. Frost (attorney in charge)
Texas State Bar No. 07491100
Gwendolyn S. Frost
Texas State Bar No. 07488750
James H. Powers
Texas State Bar No. 16217400
Powers & Frost, L.L.P.
2400 One Houston Center
1221 McKinney
Houston, Texas 77010-2007
Telephone:    (713) 767-1555
Telecopier:    (713) 767-1799

**ATTORNEYS FOR DEFENDANTS:**
**T&N Limited, f/k/a T&N plc, Turner & Newell PLC, and Turner & Newell Limited; and TAF International Limited, f/k/a Turners Asbestos Fibres Limited and Raw Asbestos Distributors Limited**

*RECEIVED CLERK'S OFFICE 2009 DEC 28 P 3 38*

Mailed to:

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2009, a copy of the foregoing was sent by United States Certified Mail, Return Receipt Requested, to counsel for Plaintiffs listed below and to all known counsel of record and interested parties.

Badge Humphries
Joseph F. Rice
John A. Baden IV
Brian Bevon
Motley Rice LLC
28 Bridgeside BLVD.
Mount Pleasant, SC 29464

2009 DEC 28 P 3:38
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE