UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jan 19, 2010

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | |
|---|---|
| Robert Lindenmayer, et al. v. Allied Packing & Supply, Inc., et al., N.D. California, C.A. No. 3:09-5800 ) ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order (CTO) was filed in this action (*Lindenmayer*) on January 14, 2010. The Panel has now been advised that *Lindenmayer* was remanded to Alameda County Superior Court, State of California, by the Honorable Thelton E. Henderson in an order filed on January 14, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-330" filed on January 14, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel