**MDL 875**

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   January 28, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant—attach list if necessary):

Defendant Lockheed Shipbuilding Company

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).— attach list if necessary):

Richard E. Anderson and Lillian M. Anderson, husband and wife
v. Saberhagen Holdings, Inc., et al.

United States District Court
Western District of Washington at Tacoma
No. C-09-5801(RBL)

PLEADING NO. 6060

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

January 14, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Robert G. Andre
Ogden Murphy Wallace
1601 Fifth Avenue, Suite 2100
Seattle, WA   98101

Telephone No.: 206.447.7000         Fax No.: 206.447.0215
                Email Address: randre@omwlaw.com

RECEIVED CLERK'S OFFICE
2010 JAN 19 P 12:34
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED JAN 19 2010