# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN 19 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

MDL 875

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   January 28, 2010**
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Borg Warner Morse Tec, Inc., incorrectly identified as
Borg Warner, Inc. (Defendant)

PLEADING NO. 6061

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

See attached caption

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

1/13/10
Date

Signature of Attorney or Designee

2010 JAN 19 P 4: 04
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**Name and Address of Designated Attorney:**

Jake D. Kelsey, Esq.
Davis Kelsey
3110 S. Rainbow Blvd., Suite 105
Las Vegas, NV  89146

Telephone No.: **(702) 383-0110**         Fax No.: **(702) 383-7087**

Email Address: **jkelsey@daviskelsey.com**

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

**OFFICIAL FILE COPY**

JPML Form 18

IMAGED JAN 19 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2010

FILED
CLERK'S OFFICE

**ECC**
Jake D. Kelsey
Nevada Bar No. 9076
Evan D. Schwab
Nevada Bar No. 10984
**DAVIS KELSEY**
3110 S. Rainbow Blvd., Ste. 105
Las Vegas, Nevada 89146
(702) 383-0110
(702) 383-7087 (fax)
jkelsey@daviskelsey.com
eschwab@daviskelsey.com
Attorneys for Defendant,
*Borg Warner Morse Tec, Inc.*
*Incorrectly Identified as Borg Warner, Inc.*



## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| SUSAN TAFOYA, an individual; and SUSAN TAFOYA, as special administrator of the estate of RUDY TAFOYA, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> AC DELCO AUTO SERVICE CENTER, INC.; *et al.* ; <br><br> Defendants. | Case No.: 09-A-595568-C <br><br> Dept. No: XVIII |

### DEFENDANT, BORG-WARNER MORSE TEC, INC., AS SUCCESSOR IN INTEREST TO BORG WARNER CORPORATION'S INITIAL N.R.C.P. 16.1 PRODUCTION OF WITNESSES AND DOCUMENTS

Defendant, Borg-Warner Morse Tec, Inc. as successor in interest to Borg-Warner Corporation, incorrectly identified as BorgWarner, Inc. (hereinafter "BORG-WARNER"), by and through its counsel of record, DAVIS KELSEY, hereby submits its list of witnesses and

Case MDL No. 875   Document 6061   Filed 01/19/10   Page 3 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2010

FILED
CLERK'S OFFICE

Case 2:09-cv-02395-KJD-PAL   Document 1   Filed 12/18/09   Page 1 of 8

Paul W. Shakespear
Nevada Bar No. 10752
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorneys for Defendants
FORD MOTOR COMPANY, SUBARU OF AMERICA, INC. and VOLKSWAGEN GROUP OF AMERICA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN TAFOYA, an Individual; and SUSAN TAFOYA, as Special Administrator of the Estate of RUDY TAFOYA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AC DELCO AUTO SERVICE CENTER, INC., et al.,<br><br>Defendants. | **NOTICE OF REMOVAL**<br><br>Case No. 09-cv-2395<br><br>(Removed from District Court, Clark County, State of Nevada, Case No. A595568, Dept. No. XVIII) |

Defendants Ford Motor Company, Subaru of America, Inc., and Volkswagen Group of America, Inc. (the "Removing Defendants") hereby remove this action from the District Court of Clark County, Nevada, pursuant to 28 U.S.C. §§ 1441, 1446 and 1331. In support of its removal, the Removing Defendants state as follows:

1. Plaintiffs filed a Complaint in the District Court of Clark County, Nevada on or about July 20, 2009. Copies of all process, pleadings, and orders served upon the Removing Defendants in the state court action are attached hereto as **Exhibit A**.

2. As required by 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days of the date on which the removing defendants received "other paper from which" it was ascertained that the case is "one which is . . . removable." This case is a product liability action in which plaintiffs contend that Rudy Tafoya was injured as a result of his