# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 20 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   January 28, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

- See attached list

PLEADING NO. 6062

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Vickie Joyce Castle Speed, et al. v. Metropolitan Life Insurance Co., et al.
Southern District of Mississippi
Civil Action No: 4:09-cv-171 WJG/JR

****************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

1/15/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Stephen L. Shackelford
3010 Lakeland Cove, Suite P
Flowood, MS 39232

Telephone No.: 601-936-9939     Fax No.: 601-936-9934

Email Address: steve@stephenshackelford.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**       IMAGED JAN 20 2010

Attached List

JAN 20 2010

FILED
CLERK'S OFFICE

- VICKIE JOYCE CASTLE SPEED as EXECUTRIX of the ESTATE of JIMMIE R. CASTLE

- SARA MAXINE CASTLE as WRONGFUL DEATH BENEFICIARY and HEIR-AT-LAW of JIMMIE R. CASTLE
- GERALD RAY CASTLE as WRONGFUL DEATH BENEFICIARY and HEIR-AT-LAW of JIMMIE R. CASTLE
- VICKIE JOYCE CASTLE SPEED as WRONGFUL DEATH BENEFICIARY and HEIR-AT-LAW of JIMMIE R. CASTLE
- GLORIA ELIZABETH ANDERSON as WRONGFUL DEATH BENEFICIARY and HEIR-AT-LAW of JIMMIE R. CASTLE
- PATRICIA KAY GREEN as WRONGFUL DEATH BENEFICIARY and HEIR-AT-LAW of JIMMIE R. CASTLE
- BROOKE WILLIAMS as WRONGFUL DEATH BENEFICIARY and HEIR-AT-LAW of JIMMIE R. CASTLE
- PEGGY BOATNER as GUARDIAN AT LAW of COURTNEY WILLIAMS as WRONGFUL DEATH BENEFICIARY and HEIR-AT-LAW of JIMMIE R. CASTLE