**MDL 875**

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JAN 22 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) January 28, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Ingersoll-Rand - defendant

American Standard, Inc.- defendant

Trane U.S. Inc.- defendant

Flowserve Corporation - Solely alleged successor in interest to

Pacific Pumps, Sier-Bath Pumps - defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

| | | | |
|---|---|---|---|
| SC | 0 | 09-3020 | Johnnie Richard Childers, Sr., et al. v. A.W. Chesterton Co., et al |
| SC | 8 | 09-3260 | Eugene Webb v. 3M Co., et al |
| SC | 8 | 09-3356 | Tim David Mauldin, et al. v. 3M Co., et al. |

PLEADING NO. 6063

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

1-22-2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:** R. Bates Lovett / Hunter, Maclean, Exley & Dunn, P.C.
P.O. Box 9848 / Savannah, GA 31412

Telephone No.: 912-236-0261       Fax No.: 912-236-4936

Email Address: blovett@huntermaclean.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**       IMAGED JAN 22 2010