MDL 875

**UNITED STATES JUDICIAL PANEL**

**on**

**MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 25 2010

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Elizabeth J. Coons v. A.O. Water Smith Products, )
et al., S.D. New York, C.A. No. 1:09-7496        )        MDL 875

### RULE 5.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Detroit Diesel Corporation, a non-governmental corporate party, hereby discloses that:

1. Detroit Diesel Corporation is a wholly owned subsidiary of Daimler North America Corporation which in turn is a wholly owned subsidiary of Daimler AG.

2. No publically held corporation in the United States owns 10% or more of the stock in Detroit Diesel Corporation.

Dated: January 8, 2010

By: Justin M. Kasmir
(JMK 5496)
Aaronson Rappaport Feinstein
& Deutsch, L.L.P.
Attorneys for Defendant Detroit Diesel Corporation
757 Third Avenue
New York, New York 10017

PLEADING NO. 6064

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2010 JAN 11  A 10: 30

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY** IMAGED JAN 2 5 2010

{00824023.DOC }

**AFFIDAVIT OF SERVICE BY MAIL**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 25 2010

FILED
CLERK'S OFFICE

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK  )

  Vicki McFadyen, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Kings County, New York..

  That on the 8th day of January, 2010, deponent served the within **Rule 5.3 Corporate Disclosure Statement** on behalf of Detroit Diesel Corporation upon plaintiff's counsel and a letter notifying all remaining codefendants of such service upon plaintiff's counsel:

  Judicial Panel on Multidistrict Litigation **By Federal Express**
  Thurgood Marshall Federal Judiciary Building
  One Columbus Circle, NE
  Room G-255, North Lobby
  Washington, DC 20002-800

  PLEASE SEE ATTACHED RIDER

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Vicki McFadyen

Sworn to before me this
8th day of January, 2010

_____
Notary Public

RUTH A TIERNEY
Notary Public, State of New York
No. 01TI4898922
Qualified in Queens County
Commission Expires June 22, 2011

{00824048.DOC}

Our File No.: 5015.003

2010 JAN 11   A 10:30
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Suzanne Halbardier, Esq.
BARRY, MCTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10016
Counsel for: JOHN CRANE, INC.

Joseph Belluck, Esq.
BELLUCK & FOX, LLP
546 5th Avenue, 4th Floor
New York, New York 10036
Counsel for: PLAINITFF(S)

William Mueller, Esq.
CLEMENTE MUELLER, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, New Jersey 07961
Counsel for: YARWAY CORP.

Thomas Rhatigan, Esq. & Steve Garry, Esq.
COSTELLO, SHEA & GAFFNEY, LLP
44 Wall Street, 11th Floor
New York, New York 10005
Counsel for: HENRY VOGT MACHINE COMPANY, VOGT NEM INC.

John Fanning, Esq.
CULLEN and DYKMAN, LLP
177 Montague Street
Brooklyn, New York 11201
Counsel for: BURNHAM CORP., GOULDS PUMP, INC., HOWDEN BUFFALO. INC., LESLIE CONTROLS, SPENCE ENGINEERING CO.

Carol G. Snider, Esq.
DAMON & MOREY, LLP
1000 Cathedral Place
298 Main Street
Buffalo, New York 14202-4096
Counsel for: GENUINE PARTS CO.

Rob C. Tonogbanua, Esq.
DICKIE MCCAMEY & CHILCOTE, P.C.
Public Ledger Building
150 South Independence Mall, Suite 901
West Philadelphia, PA 19106-3409
Counsel for: TYCO FLOW CONTROL, INC., TYCO INTERNATIONAL

Wm. Lee Kinnally, Esq.
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Avenue
New York, New York 10022
Counsel for: GRINNELL CORP.

57140

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Cynthia Antonucci, Esq.
HARRIS BEACH, LLP
100 Wall Street, 19th Floor
New York, NY 10005
Counsel for: KENTILE FLOORS, PACCAR, INC., individually and through its division PETERBILT MOTORS CO.

Edward L. Birnbaum, Esq.
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, New York 10004
Counsel for: FREIGHTLINER CORP.

Linda Clark, Esq.
HISCOCK & BARCLAY
50 Beaver Street
Albany, New York 12207
Counsel for: ENPRO INDUSTRIES

Mark S. Gaffrey, Esq.
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLC
P.O. Box 480
40 Patterson Street
New Brunswick, NJ 08903
Counsel for: YORK INTERNATIONAL

George Hodges, Esq.
HODGES WALSH & SLATER, LLP
55 Church Street, Suite 211
White Plains, New York 10601
Counsel for: ELECTROLUX HOME PRODUCTS

Christine Montenegro, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway, 23rd Floor
New York, New York 10019
Counsel for: MAREMOUNT CORP.

Christopher P. Hannan, Esq.
KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, New York 10005
Counsel for: CROSBY VALVE AND GAGE COMPANY, FMC CORPORATION

Kirsten Alford Kneis, Esq.
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS, LLP
One Newark Center, 10th Floor
Newark, New Jersey 07102 -5285
Counsel for: CRANE CO.

Donna duBeth Gardiner, Esq.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
P.O. Box 2075
Morristown, New Jersey 07962
Counsel for: STEWART WARNER

Thomas M. Beneventano, Esq.
LASORSA & BENEVENTANO
3 Barker Avenue
White Plains, New York 10601
Counsel for: ARMSTRONG INTERNATIONAL, INC., individually and as successor to ARMSTRONG MACHINE WORKS

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Timothy Mchugh, Esq.
LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
420 Lexington Avenue, Suite 2900
Graybar Building
New York, New York 10170
Counsel for: CUMMINS ENGINE COMPANY, INC., DETROIT DIESEL CO. as successor to DETROIT DIESEL ALLISON DIVISION OF GENERAL MOTORS, INTERNATIONAL TRUCK & ENGINE CORP., NAVISTAR INTERATIONAL TRANSPORTATION CORP.

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, New York 10017
Counsel for: IMO INDUSTRIES

Richard L. Mendelsohn, Esq.
LONDON FISCHER, LLP
59 Maiden Lane, 41st Floor
New York, New York 10038
Counsel for: ALFA LAVAL

Jim Lynch, Esq. & Scott Emery, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40 Street
New York, New York 10018
Counsel for: CHRYSLER LLC f/k/a DAIMLER CHRYSLER, GEORGIA PACIFIC, GOODYEAR CANADA, INC., GOODYEAR TIRE & RUBBER CORP.

Tom Maimone, Esq.
MAIMONE & ASSOCIATES, PLLC
170 Old Country Road, Suite 609
Mineola, New York 11501
Counsel for: MACK TRUCKS, INC.

Bob Malaby, Esq.
MALABY & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
Counsel for: CBS CORPORATION, f/k/a VIACOM INC. successor by Merger to CBS CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION, CLEAVER BROOKS CO. f/k/a AQUA-CHEM, MARLEY CO., SEARS, ROEBUCK & COMPANY, WARREN PUMPS, INC., WEIL MC-CLAIN

Donald R. Pugliese, Esq.
McDERMOTT WILL & EMERY
340 Madison Avenue
New York, New York 10017
Counsel for: HONEYWELL INTERNATIONAL, INC. f/k/a ALLIED SIGNAL, INC.successor in interest to BENDIX, as successor in interest to MERGENTHALER LINOTYPE CO.

Nancy McDonald, Esq.
McELROY DEUTSCH MULVANY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07692
Counsel for: A.O. SMITH WATER PRODUCTS, EATON CORPORATION INDUSTRIAL n/k/a EATON ELECTRICAL, INC. and as successors to VICKERS PUMP CO. and CUTTLER-HAMMER, INC., FLOWSERVE US, solely as successor to ROCKWELL MANUFACTURING COMPANY AND EDWARD VALVES, INC.

57140

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Joan Gasior, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
Counsel for: ATWOOD & MORILL CO., NASH ENGINEERING AURORA PUMP, CURTISS –WRIGHT FLOW CONTROL, PATTERSON PUMP CO. as subsidiary of GORMANN-RUPP CO. and indiviudally and as successor to CH WHEELER MANUFACTURING AND GRISCOM RUSSELL, ZURN INDUSTRIES

Phillip Goldstein, Esq.
McGUIREWOODS, LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
Counsel for: I.T.T INDUSTRIES as successor to BELL & GOSSETT COMPANY and as successor to KENNEDY VALVE MANUFACTURING CO., INC., and as successor to GRINNELL VALVE CO., INC.

Lisa M. Pascarella, Esq.
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
2430 Route 34
P.O. Box 648
Manasquan, New Jersey 08736
Counsel for: AMERICAN STANDARD, : BIRD INC., RHEEM MFG., TRANE U.S. INC. f/k/a AMERICAN STANDARD, INC.

James W. Whitcomb, Esq.
PHILLIPS LYTLE, LLP
3400 HSBC Center
Buffalo, New York 14203
Counsel for: DEAN PUMP DIVISION

Judith Yavitz, Esq.
REEDSMITH, LLP
599 Lexington Avenue
New York, New York 10022
Counsel for: CERTAINTEED CORPORATION, DANA COMPANIES, LLC

Paul Scrudato, Esq.
SCHIFF HARDIN, LLP
900 Third Avenue, 23rd Floor
New York, New York 10022
Counsel for: ALMA PRODUCTS CO., OWENS-ILLINOIS

Michael Tanenbaum, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Counsel for: CATERPILLAR, FOSTER WHEELER, GENERAL ELECTRIC CO.

Ted Eder, Esq.
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
830 Third Avenue, Suite 400
New York, New York 10022
Counsel for: FAIRBANKS MORSE ENGINE, FAIRBANKS MORSE PUMP SVCS., GARDNER DENVER, GARLOCK SEALING TECHNOLOGIES LLC., f/k/a GARLOCK, INC.

57140

Elizabeth J. Coons, Individually and as Executrix of the Estate of Vincent W. Coons, Deceased v. A.O. Smith Water Proeducts
Index No: 190138/09
Our File No: 5015.001

Amiel Gross, Esq.
SONNENSCHEIN, NATH & ROSENTHAL, LLP
1221 Avenue of the Americas
New York, New York 10020
Counsel for: RAPID-AMERICAN CORPORATION

Justin Perri, Esq.
STEPTOE & JOHNSON, LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
Counsel for: METROPOLITAN LIFE INS CO.

**UNKNOWN COUNSEL**
ALLEGHENY ENERGY INC.
FLORIDA POWER & LIGHT CO.

John J. Kot, Esq.
WATERS, MCPHERSON & MCNEIL
300 Lighting Way, 7th Floor
Secaucus, New Jersey 07096
Counsel for: ELLIOTT TURBOMACHINERY INC., RILEY POWER INC.

Anna DiLonardo, Esq.
WEINER LESNIAK, LLP
888 Veterans Memorial Highway, Suite 540
Hauppauge, New York 11788
Counsel for: BW/IP INTERNATIONAL, INC. f/k/a BORG WARNER INDUSTRIAL PRODUCTS, successor to BYRON JACKSON PUMPS, RPM INTERNATIONAL, INC., BONDEX INTERNATIONAL, BORG-WARNER CORPORATION, n/k/a BURNS INTERNATIONAL SERVICES CORPORATION

Edward Wilbraham, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street, Suite 3100
Philadelphia, PA 19103
Counsel for: BUFFALO PUMPS

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Counsel for: A.W. CHESTERTON, CARRIER CORPORATION

Lewis J. O'Rourke, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street.
Suite 2500
New York, New York 10038
Counsel for PEERLESS INDUSTRIES, d/b/a PEERLESS HEATING CO.

57140