JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

JAN 26 2010

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWIN BALL,

    Plaintiff,

    v.

ASBESTOS DEFENDANTS (B P)

    Defendants.

No. C 09-4929 PJH

**ORDER GRANTING MOTION TO REMAND**

Plaintiff's motion for an order remanding the above-entitled action to the Superior Court of California, County of San Francisco, came on for hearing before this court on January 20, 2010. Plaintiff appeared by his counsel Richard M. Grant, and defendant McDonnell Douglas Corporation appeared by its counsel James C. Pettis. Having read the parties' papers and carefully considered their arguments, and good cause appearing, the court hereby rules as follows.

The motion is GRANTED, based on plaintiff's allegation that "[p]laintiff's claims against defendant McDonnell Douglas Corporation exclude plaintiff's asbestos exposure at military and federal government jobsites and aboard U.S. Navy vessels." Cplt ¶ 5. However, if plaintiff later attempts to proceed on any claims against McDonnell Douglas arising from asbestos exposure at military and federal government jobsites and aboard U.S. Navy vessels, and is allowed to do so by the state court despite the express waiver, McDonnell Douglas can remove the case once again. The request to stay is DENIED as moot.

**IT IS SO ORDERED.**

Dated: January 22, 2010

PHYLLIS J. HAMILTON
United States District Judge

MDL-875
RECOMMENDED ACTION
VAC C10-328140  Jackson
Approved/Date: JR for PN
26Jan10

**OFFICIAL FILE COPY**

IMAGED JAN 26 2010