UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 26, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Edwin Ball v. Asbestos Defendants, et al.,    )
        N.D. California, C.A. No. 4:09-4929    )    MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JANUARY 27, 2010, HEARING SESSION

    A conditional transfer order was filed in this action (*Ball*) on November 5, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Ball* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Ball* was remanded to the Superior Court of California, County of San Francisco, by the Honorable Phyllis J. Hamilton in an order filed on January 22, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-328" filed on November 5, 2009, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 17, 2009, are VACATED insofar as they relate to this action.

                                 FOR THE PANEL:

                                 Jeffery N. Lüthi
                                 Clerk of the Panel