# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**MDL 8 7 5**

TO:  United States Judicial Panel
    on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN**
(Noon Eastern Time)   January 28, 2010
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

JAN 2 8 2010

## NOTICE OF APPEARANCE

FILED
CLERK'S OFFICE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant **KAISER GYPSUM COMPANY, INC.**
Defendant **HANSON PERMANENTE CEMENT f/k/a KAISER CEMENT CORPORATION**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

**ANDERSON v. SABERHAGEN HOLDINGS, INC., et al.**
**U.S. District Court, Western District of Washington, Tacoma   No. C09-5801 (RBL)**

PLEADING NO. 6067

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. 1 am aware that only one attorney can be designated for each party.

1/27/2010
_____
Date

_____
Signature of Attorney of Designee

2010 JAN 27 P 4: 42
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**Name and Address of Designated Attorney:**

Jeffrey M. Wolf, WSBA #20107
Williams Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

Telephone No.:  **(206) 628-6600**          Fax No.:  **(206) 628-6611**

Email Address:  **jwolf@williamskastner.com**

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED JAN 2 8 2010