**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JAN 28 2010

FILED
CLERK'S OFFICE

TO:  United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  January 28, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

VIAD Corp. - Defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

| DIST. | DIV. | C.A. No. | CASE CAPTION |
|---|---|---|---|
| RI | 1 | 09-513 | Charles G. Newberry, et al. v. Elliott Turbomachinery, et al. |
| RI | 1 | 09-561 | Fred E. Strong, et al. v. Buffalo Pumps, et al. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

January 28, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Stephen Adams
Taylor Duane Barton & Gilman, LLP
Ten Dorrance Street, Suite 800
Providence, RI 02903

Telephone No.: (401) 273-7171       Fax No.: (401) 273-2904

Email Address: sadams@taylorduane.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

OFFICIAL FILE COPY

IMAGED JAN 28 2010