UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MULTIDISTRICT LITIGATION
JAN 28 2010
FILED
CLERK'S OFFICE

**MDL 875**

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  January 28, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant Salmon Bay Sand and Gravel Company, Inc.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Richard E. Anderson, et al., v. Saberhagen Holdings, Inc., et al.
Western Washington District Court No. 09-5801

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 1/27/10 | _(signature)_ |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**
David A. Shaw
Williams Kastner
601 Union Street, Suite 4100
Seattle, WA 98101

Telephone No.: 206-628-6600      Fax No.: 206-628-6611

Email Address: dshaw@williamskastner.com

PLEADING NO. 6069

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

OFFICIAL FILE COPY   ORIGINAL   IMAGED JAN 28 2010   JPML Form 18