# MDL 875

## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 28 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room 0-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) January 28, 2010
Panel Fax No.: (202) 502-2888**

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Charles Leonard Willis (plaintiff)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

*Charles Leonard Willis and Loretta Willis v. Allis Chalmers Corp. Product Liability Trust, et al.*,
Eastern District of Virginia (Norfolk), Cause No. 2:09-cv-09659

PLEADING NO. 6070

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

January 28, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Sean R. Cox
Simon, Eddins & Greenstone, LLP
3232 McKinney Ave. Suite 610
Dallas, Texas 75219

Telephone No.: (214) 276-7680     Fax No.: (214) 276-7699

Email Address: scox@seglaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED JAN 28 2010