MDL 875

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JAN 2 8 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) January 28, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

MAREMONT CORPORATION, DEFENDANT

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

VICKIE JOYCE CASTLE SPEED, ET AL. V.
METROPOLITAN LIFE INSURANCE CO., ET AL.

U.S.D.C.; SOUTHERN DISTRICT OF MISSISSIPPI; SOUTHERN DIVISION
CIVIL ACTION NO. 4:09CV171WJG/JR

***********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

1/23/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Telephone No.: (601) 354-5400    Fax No.: (601) 355-5850

Email Address: jphub1@wellsmoore.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

**OFFICIAL FILE COPY**    JPML Form 18

IMAGED JAN 2 8 2010

PLEADING NO. 6072