UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Feb 03, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Frank Delahaye v. Metalclad Insulation Corp., et al.,
N.D. California, C.A. No. 3:09-5504

MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order (CTO) was filed in this action (*Delahaye*) on January 14, 2010. In the absence of any opposition, the CTO was finalized with respect to *Delahaye* on Janaury 29, 2010. The Panel has now been advised that *Delahaye* was remanded to the Superior Court of California for the County of San Francisco by the Honorable Jeffrey S. White in an order filed on January 25, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-330" filed on January 14, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel