**MDL 875**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 2 5 2010

FILED
CLERK'S OFFICE



MICHAEL L. ARMITAGE, ESQ., CA Bar No. 152740
JOHN S. JANOFSKY, ESQ., CA Bar No. 74586
KATHERINE HARVEY-LEE, ESQ., CA Bar No. 216135
WATERS, KRAUS & PAUL
222 N. Sepulveda Blvd., Suite 1900
El Segundo, California 90245
Tel: (310) 414-8146
Fax: (310) 414-8156

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK B. HARTSFIELD and DORIS J. HARTSFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBAY CONSTRUCTION CO., et al.<br><br>Defendants | Case No. CV09-09186 DDP (VBKx)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND ACTION TO STATE COURT |

GOOD CAUSE appearing, and based on the stipulation of the parties, this action is hereby immediately REMANDED to the Superior Court of the State of California for the County of Los Angeles, Central District, the court in which it was originally filed and from which it was removed.

**IT IS SO ORDERED.**

Dated: February 2 2010   By: _____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

MDL 875  ✓ACC CPU FINAL  (ACT
RECOMMENDED ACTION

Approved/Date: VK 24 Feb 10

[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND ACTION TO STATE COURT

**OFFICIAL FILE COPY** IMAGED FEB 25 2010

PLEADING NO. 6078