| | |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>Feb 25, 2010<br><br>FILED<br>CLERK'S OFFICE |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

    Frederick B. Hartsfield, et al. v. Albay Construction )
        Co., et al., C.D. California, C.A. No. 2:09-9186 )    MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Hartsfield*) on January 14, 2010.  In the absence of any opposition, the conditional transfer order was finalized with respect to *Hartsfield* on January 29, 2010.  Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district.  In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on February 5, 2010.  The Panel has now been advised that *Hartsfield* was remanded to the Superior Court of the State of California for the County of Los Angeles, Central District, by the Honorable Dean D. Pregerson in an order filed on February 3, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-330" filed on January 14, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel
