**MDL 875**

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 4 2010

FILED
CLERK'S OFFICE

TO:  United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant – attach list if necessary):**

Industrial Holdings Corporation fka The Carborundum Company

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).—attach list if necessary):**

Wilbert Kirks, et al. v. Carborundum Corp., et al.
District: Delaware
C.A. No.: 08-856
Transferee District Master Court Docket: 2:01-MD-00875-ER

****************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/4/10
Date

Paul A Bradley
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Paul A. Bradley
Maron Marvel Bradley & Anderson, P.A.
1201 N. Market Street
Suite 900
Wilmington, DE 19801

Telephone No.: (302) 425-5177    Fax No.: (302) 425-0180

Email Address: pab@maronmarvel.com

PLEADING NO. 6082

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

{99999.00936 / W0453667}

**OFFICIAL FILE COPY**

IMAGED MAR - 4 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MAR - 4 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant – attach list if necessary):**

Industrial Holdings Corporation fka The Carborundum Company
Copes-Vulcan, Inc.
Fosceo, Inc.
Owens-Illinois, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).—attach list if necessary):**

Tommy Carroll Dalton, et al. v. 3M Co., et al.
District: Delaware
C.A. No.: 10-113 and 10-114
Transferee District Master Court Docket: 2:01-MD-00875-ER

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/4/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Paul A. Bradley
Maron Marvel Bradley & Anderson, P.A.
1201 N. Market Street
Suite 900
Wilmington, DE 19801

Telephone No.: (302) 425-5177          Fax No.: (302) 425-0180

Email Address: pab@maronmarvel.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

{99999.00936 / W045364}