# Harowitz & Tigerman, LLP

*Experienced Trial Lawyers*

**Steven Harowitz**
**Stephen Tigerman**

Ron K. Herron
Mia Mattis
Jane Koegel
Katherine Y. Wang
Roger E. Gold
Brenden G. Sullivan
Dria Fearn
Sarah E. Gilson

450 Sansome St., Suite 300
San Francisco, CA 94111
Telephone: (415) 788-1588
Facsimile: (415) 788-1598
www.htlaw.info

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2010

FILED
CLERK'S OFFICE

March 4, 2010

MDL 875

PLEADING NO. 6083

VIA FACSIMILE (202) 502-2888

Jeffery N. Luthi
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

    Re:    Notice of Opposition - Conditional Transfer Order 3331
            Civil Action No. CAN 3 10-712
            Ronald Palmer v. Pnuemo-Abex Corp., et al.

Dear Mr. Luthi:

    Please take notice that Plaintiff, Ronald Palmer, opposes transfer of civil action number CAN 3 10-712 to docket number 875, as proposed in Conditional Transfer Order number 331.

    Mr. Palmer suffers from mesothelioma. He is dying. His case was expedited for trial due to his exigent health condition. His case was in trial in state court in San Francisco when defendant removed it to the USDC, Northern District of California on February 19, 2010. Plaintiffs have filed an emergency remand motion and a motion to shorten time for that hearing. The Court granted Plaintiffs' motion to have the remand motion heard on shortened time and it will be heard on March 19, 2010. Attached to this letter you will find a copy of the Order shortening time for the remand motion to be heard.

    Accordingly, Plaintiffs request that the panel move Mr. Palmer's case to the next Conditional Transfer Order group to permit the District Court to consider plaintiffs motion to remand. In the event the Court does not grant his remand motion, plaintiffs will also oppose transfer to the MDL, docket number 875, on substantive grounds, but consideration of transfer at this time is premature.

    Thank you very much for your consideration. I was advised by your office to send this Order to you forthwith and provide my contact. Please do not hesitate to contact me via email (Tigerman@htlaw.info) or via phone at (415) 788-1588.

                                Sincerely,
                                HAROWITZ & TIGERMAN, LLP

                                Stephen M. Tigerman

Encl.

OFFICIAL FILE COPY     IMAGED MAR - 5 2010

MAR. 4.2010 11:11AM    Case MDL No. 875   Document 6083   Filed 03/05/10   Page 2 of 3   NO. 4181   P. 2
Case3:10-cv-00712-MMC Document31 Filed03/02/10 Page1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2010

FILED
CLERK'S OFFICE

1  Edward R. Hugo [Bar No. 124839]
   James C. Parker [Bar No. 106149]
2  Thomas J. Moses [Bar No. 116002]
   tmoses@bhplaw.com
3  BRYDON HUGO & PARKER
   135 Main Street, 20th Floor
4  San Francisco, CA 94105
   Telephone: (415) 808-0300
5  Facsimile: (415) 808-0333

6  Attorneys for Defendant
   PNEUMO ABEX LLC successor in interest to
7  ABEX CORPORATION erroneously sued herein as
   PNEUMO-ABEX CORPORATION'S
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   RONALD PALMER and CAROL          )  U.S.D.C. CV10-0712 MMC
13 PALMER,                           )
                                     )  [PROPOSED] ORDER RE PLAINTIFFS'
14         Plaintiffs,               )  MOTION TO SHORTEN TIME FOR
                                     )  HEARING OF PLAINTIFFS' EMERGENCY
15      vs.                          )  MOTION TO REMAND; FOR COST AND
                                     )  FEES; AND TO SHORTEN TIME FOR
16 AC and S, INC., et al.,           )  PLAINTIFFS' MOTION FOR RULE 11
                                     )  SANCTIONS OR, IN THE ALTERNATIVE,
17         Defendants.               )  FOR ISSUANCE FOR ORDER TO SHOW
                                     )  CAUSE RE SANCTIONS
18                                   )
                                     )  Date:      April 2, 2010
19                                   )  Time:      9:00 a.m.
                                     )  Courtroom: 7, 19th Floor
20                                   )  Judge:     Hon. Maxine M. Chesney
                                     )
21                                   )  Action Removed: February 19, 2010

22      This matter is before the Court on Plaintiffs' Motion To Shorten Time For Hearing
23 Of Plaintiffs' Emergency Motion To Remand, For Costs And Fees, And To Shorten Time
24 For Plaintiffs' Motion For Rule 11 Sanctions Or, In The Alternative, For Issuance For
25 Order To Show Cause. We have considered the papers filed in support of and any filed
26 in opposition to the Motion, the admissible evidence and the arguments of the parties,
27 and we deem this matter appropriate for resolution without oral argument. Accordingly,
28
                                         1
BRYDON      [PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS'
HUGO & PARKER    EMERGENCY MOTION TO REMAND; FOR COST AND FEES; AND TO SHORTEN TIME FOR
135 MAIN STREET   PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS OR, IN THE ALTERNATIVE, FOR ISSUANCE FOR
20TH FLOOR
San Francisco, CA 94105              ORDER TO SHOW CAUSE RE SANCTIONS (CV10-0712 MMC)

1  the Court hereby rules as follows:

2     1.   Plaintiffs' Motion is GRANTED; and

3     2.   The Defendant shall file any Opposition to Plaintiffs' Emergency Motion To Remand, and Plaintiffs' Motion for Rule 11 Sanctions, on or before _March 8_, 2010;

6     3.   Plaintiffs' Replies shall be due on or before _March 12_, 2010;

7     4.   The hearing, if any, on Plaintiffs' Motions will take place on Friday, _March 19_, 2010, at 9:00 a.m. in Courtroom 7 on the 19th Floor of the United States District Court for the Northern District of California, San Francisco Division.

IT IS SO ORDERED.

DATED: _March 2_, 2010

Hon. MAXINE M. CHESNEY
United States District Judge

---

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS' EMERGENCY MOTION TO REMAND; FOR COST AND FEES; AND TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS OR, IN THE ALTERNATIVE, FOR ISSUANCE FOR ORDER TO SHOW CAUSE RE SANCTIONS (CV10-0712 MMC)