# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL 875**

MAR - 5 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**
CLEAVER-BROOKS, INC. (DEFENDANT)
SB DECKING, INC., F/K/A SELBY, BATTERSBY &CO., INC. (DEFENDANT)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).– attach list if necessary):**
CHARLES LEONARD WILLIS V. ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST, ET AL.
U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
CIVIL ACTION NO.: 2:09-CV-09658
                   2:09-CV-09659

PLEADING NO. 6085

***********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____3/4/2010_____                 _____
        Date                            Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Jeffrey S. Poretz, Esq.
Miles & Stockbridge P.C.
1751 Pinnacle Dr., Suite 500
McLean, Virginia  22102

Telephone No.: _(703) 903-9000_            Fax No.: _(703) 610-8686_

Email Address: _jporetz@milesstockbridge.com_

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**   IMAGED MAR - 5 2010