JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR ~ 5 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**MDL 8 7 5**

**TO:**   United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO**
**THE JUDICIAL PANEL NO LATER THAN**
(Noon Eastern Time)   March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant – Illinois Central Railroad Company

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

*Betty S. Hill versus Illinois Central Railroad*
No. 3:09CV1866
United States District Court
Western District Of Louisiana
Monroe Division

***************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/4/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
John J. Hainkel, III
Frilot LLC
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone No.: (504) 599-8000         Fax No.: (504) 599-8121

Email Address: jhainkel@frilot.com

2010 MAR ~ 5 A
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

IMAGED MAR ~ 5 2010

PLEADING NO. 6086