# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

MDL 875

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) March 17, 2010
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2010

FILED
CLERK'S OFFICE

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

SEE ATTACHED LIST
Counsel for Plaintiffs

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

SEE ATTACHED LIST

PLEADING NO. 6087

2010 MAR -5 A 10: 05
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| March 5, 2010 | Karen M. Zello |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**
Karen M. Zello, Esq.
Glasser and Glasser, P.L.C.
Crown Center Building
580 East Main Street, Suite 600
Norfolk, Virginia 23510

Telephone No.: (757) 625-6787       Fax No.: (757) 625-5959

Email Address: karen@glasserlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

**OFFICIAL FILE COPY**   IMAGED MAR - 5 2010

JPML Form 18

03/05/2010 10:54 FAX 757 625 5959    GLASSER LAW
Case MDL No. 875   Document 6087   Filed 03/05/10   Page 2 of 2
☑002/002
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -5 2010

FILED
CLERK'S OFFICE

## MDL No. 875 - Schedule CTO-333 Tag-Along Actions (Continued)

Counsel for Plaintiffs

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 10-9660 | Thomas Andrade v. American Standard, Inc., et al. |
| VAE | 2 | 10-9661 | Jerry G. Bartley v. American Standard, Inc., et al. |
| VAE | 2 | 10-9662 | Robert L. Bates v. American Standard, Inc., et al. |
| VAE | 2 | 10-9663 | Gary Cook v. American Standard, Inc., et al. |
| VAE | 2 | 10-9664 | Leroy P. Grieder v. American Standard, Inc., et al. |
| VAE | 2 | 10-9665 | Richard E. Keller, Sr. v. American Standard, Inc., et al. |

VIRGINIA EASTERN

| VAE | 2 | 10-9666 | Roger W. Sanford v. American Standard, Inc., et al. |
|---|---|---|---|
| VAE | 2 | 10-9667 | Whitney A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 10-9668 | Everett D. Weed v. American Standard, Inc., et al. |
| VAE | 2 | 10-9669 | Mark S. Wolber v. American Standard, Inc., et al. |
| VAE | 2 | 10-9670 | William H. Monroe, Jr., etc. (Harold P. Fox) v. American Standard, Inc., et al. |
| VAE | 2 | 10-9671 | William H. Monroe, Jr., etc. (Billy Cole Lee) v. American Standard, Inc., et al. |
| VAE | 2 | 10-9672 | Theodore Selfors v. American Standard, Inc., et al. |



RECEIVED
CLERK'S OFFICE
2010 MAR -5 A 10:05
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION