JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**MDL 875**

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
<u>(Noon Eastern Time)   March 17, 2010</u>
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**
CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS
Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**
Elizabeth Lewis, Individually and as Executrix of the Estate of Thomas I. Lewis, Plaintiff
v. Asbestos Corporation, Ltd., et al., Defendants, United States District Court for the District
of New Jersey, Civ. A. No. 3:10-cv-00650 (FLW) (DEA)

PLEADING NO. 6088

***********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

<u>March 4, 2010</u>                                    <u>/s/ [signature]</u>
         Date                                         Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Charles F. Forer, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 50 S. 16th Street, 22nd Floor, Phila., PA  19102

Telephone No.: <u>215-851-8406</u>              Fax No.: <u>215-851-8383</u>

Email Address: <u>cforer@eckertseamans.com</u>

2010 MAR -9 P 2:30
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**          IMAGED MAR - 9 2010

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 9 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)  March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Plaintiffs, Tommy Carroll Dalton and Shirley Dalton

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

In the United States District Court for the District of Delaware

C.A. No. 1:10-cv-00114 (SLR)

Tommy Carroll Dalton and Shirley Jean Dalton, Plaintiffs, v. Foster Wheeler Energy Corporation et al., Defendants.

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

March 8, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Katherine McFarland
316 S. Baylen St. Ste 600
Pensacola, FL 32502

Telephone No.: 850-435-7184      Fax No.: 850-436-6185

Email Address: kmcfarland@levinlaw.com

RECEIVED CLERK'S OFFICE
2010 MAR -9  A 10: 25
JUDICIAL PANEL MULTIDISTRICT LITIGATION

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 9 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

ITT Corporation (defendant)
Bell & Gossett Company (defendant)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

John Hoyt Mitchell, et al. v. 3M Co., et al. (SC 0-10-218)
Ira Lewis Pittman, et al. v. 3M Co., et al. (SC 0-10-219)
Leonard David Brockman, et al. v. 3M Co., et al. (SC 6-10-244)
Roddey Darrell Ashley, et al. v. 3M Co., et al. (SC 8-10-216)

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

March 8, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**   Angela M. Spivey
McGuireWoods LLP
1170 Peachtree Street, NE, Suite 2100
Atlanta, Georgia   30309

Telephone No.: 404-443-5720    Fax No.: 404-443-5792

Email Address: aspivey@mcguirewoods.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18