

# Harowitz & Tigerman, LLP

*Experienced Trial Lawyers*

March 5, 2010

**MDL 8 7 5**

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 1 2010

FILED
CLERK'S OFFICE

**Steven Harowitz
Stephen Tigerman**

Ron K. Herron
Mia Mattis
Jane Koegel
Katherine Y. Wang
Roger E. Gold
Brenden G. Sullivan
Dria Fearn
Sarah E. Gilson

450 Sansome St., Suite 300
San Francisco, CA 94111
Telephone: (415) 788-1588
Facsimile: (415) 788-1598
www.htlaw.info

PLEADING NO. 6090

VIA FACSIMILE (202) 502-2888

Jeffery N. Luthi
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:  ***Withdrawal of mistaken Notice of Opposition – Conditional
     Transfer Order 331***
     Civil Action No. CAN 3 10-712
     *Ronald Palmer v. Pnuemo-Abex Corp.*, et al.

Dear Mr. Luthi:

Yesterday Plaintiffs sent a letter to you which is attached explaining the situation of Mr. Palmer's case. This letter was not intended to be taken as a formal opposition to the Transfer of Civil Action No. CAN 3 10-712 to docket number 875, as proposed in Conditional Transfer Order (CTO) number 331. Plaintiffs did not intend to have this be the formal notice of opposition, it was rather an explanation of the status of the case. As such, Plaintiffs wish to withdraw said letter and file a formal Notice of Opposition before the prescribed deadline of March 17, 2010. Because Plaintiffs expect the local District Court to rule on Plaintiffs' remand motion on or about March 19, 2010, Plaintiffs want to ensure their brief on the CTO needs to be filed after that time.

As such, the briefing of the CTO before the remand is decided is premature. Mr. Palmer is dying of mesothelioma and his case was expedited for trial due to his health status. His case was in trial in state court in San Francisco when Defendant moved it to USDC, Northern District of California on February 19, 2010. Plaintiffs have filed an emergency remand motion which is set to be heard on shortened time on March 19, 2010. A copy of the Order Shortening Time to have the remand motion is also attached to this letter. Accordingly, Plaintiffs find it necessary for the District Court to consider Plaintiffs' motion for remand before any briefing on the CTO is required, otherwise, if the case is remanded, the parties will have spent unnecessary effort briefing the CTO.

**OFFICIAL FILE COPY**

**IMAGED** MAR 1 1 2010

Therefore, Plaintiffs request that their letter dated March 4, 2010, which purportedly gave notice of Opposition of Transfer be withdrawn, and that Plaintiff be permitted to re-file said opposition on or before March 17, 2010.

Thank you very much for your consideration.  I was advised by your office to send this letter to you forthwith and provide my contact information.  Please do not hesitate to contact me via email (Tigerman@htlaw.info or via phone at (415) 788-1588.

Sincerely,
HAROWITZ & TIGERMAN,

Stephen M. Tigerman

Encl.

**HAROWITZ TIGERMAN LLP**

# Harowitz & Tigerman, LLP

*Experienced Trial Lawyers*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 1 2010

FILED
CLERK'S OFFICE

Steven Harowitz
Stephen Tigerman

Ron K. Herron
Mia Mattis
Jane Koegel
Katherine Y. Wang
Roger E. Gold
Brenden G. Sullivan
Dria Fearn
Sarah E. Gilson

450 Sansome St., Suite 300
San Francisco, CA 94111
Telephone: (415) 788-1588
Facsimile: (415) 788-1598
www.htlaw.info

March 4, 2010

<u>VIA FACSIMILE (202) 502-2888</u>

Jeffery N. Luthi
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Cirole, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

 FAXED

Re:    Notice of Opposition - Conditional Transfer Order 3331
Civil Action  No. CAN 3 10-712
Ronald Palmer v. Pnuemo-Abex Corp., et al.

Dear Mr. Luthi:

Please take notice that Plaintiff, Ronald Palmer, opposes transfer of civil action number CAN 3 10-712 to docket number 875, as proposed in Conditional Transfer Order number 331.

Mr. Palmer suffers from mesothelioma. He is dying. His case was expedited for trial due to his exigent health condition. His case was in trial in state court in San Francisco when defendant removed it to the USDC, Northern District of California on February 19, 2010. Plaintiffs have filed an emergency remand motion and a motion to shorten time for that hearing. The Court granted Plaintiffs' motion to have the remand motion heard on shortened time and it will be heard on March 19, 2010. Attached to this letter you will find a copy of the Order shortening time for the remand motion to be heard.

Accordingly, Plaintiffs request that the panel move Mr. Palmer's case to the next Conditional Transfer Order group to permit the District Court to consider plaintiffs motion to remand. In the event the Court does not grant his remand motion, plaintiffs will also oppose transfer to the MDL, docket number 875, on substantive grounds, but consideration of transfer at this time is premature.

Thank you very much for your consideration. I was advised by your office to send this Order to you forthwith and provide my contact. Please do not hesitate to contact me via email (Tigerman@htlaw.info or via phone at (415) 788-1588.

Sincerely,
HAROWITZ & TIGERMAN, LLP

Stephen M. Tigerman

Encl.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 1 2010

FILED
CLERK'S OFFICE

1   Edward R. Hugo [Bar No. 124839]
    James C. Parker [Bar No. 106149
2   Thomas J. Moses [Bar No. 116002]
    tmoses@bhplaw.com
3   BRYDON HUGO & PARKER
    135 Main Street, 20th Floor
4   San Francisco, CA 94105
    Telephone: (415) 808-0300
5   Facsimile: (415) 808-0333

6   Attorneys for Defendant
    PNEUMO ABEX LLC successor in interest to
7   ABEX CORPORATION erroneously sued herein as
    PNEUMO-ABEX CORPORATION'S
8

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12

13   RONALD PALMER and CAROL          U.S.D.C. CV10-0712 MMC
     PALMER,
14                                    [PROPOSED] ORDER RE PLAINTIFFS'
             Plaintiffs,              MOTION TO SHORTEN TIME FOR
15                                    HEARING OF PLAINTIFFS' EMERGENCY
        vs.                           MOTION TO REMAND; FOR COST AND
16                                    FEES; AND TO SHORTEN TIME FOR
     AC and S, INC., et al.,          PLAINTIFFS' MOTION FOR RULE 11
17                                    SANCTIONS OR, IN THE ALTERNATIVE,
             Defendants.              FOR ISSUANCE FOR ORDER TO SHOW
18                                    CAUSE RE SANCTIONS

19                                    Date:       April 2, 2010
                                      Time:       9:00 a.m.
20                                    Courtroom:  7, 19th Floor
                                      Judge:      Hon. Maxine M. Chesney
21
                                      Action Removed: February 19, 2010
22
            This matter is before the Court on Plaintiffs' Motion To Shorten Time For Hearing

23   Of Plaintiffs' Emergency Motion To Remand, For Costs And Fees, And To Shorten Time

24   For Plaintiffs' Motion For Rule 11 Sanctions Or, In The Alternative, For Issuance For

25   Order To Show Cause.  We have considered the papers filed in support of and any filed

26   in opposition to the Motion, the admissible evidence and the arguments of the parties,

27   and we deem this matter appropriate for resolution without oral argument.  Accordingly,

28                                              1

BRYDON
HUGO & PARKER
135 MAIN STREET
30TH FLOOR
San Francisco, CA 94105

[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS'
EMERGENCY MOTION TO REMAND; FOR COST AND FEES; AND TO SHORTEN TIME FOR
PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS OR, IN THE ALTERNATIVE, FOR ISSUANCE FOR
ORDER TO SHOW CAUSE RE SANCTIONS (CV10-0712 MMC)

1   the Court hereby rules as follows:

2       1.   Plaintiffs' Motion is GRANTED; and

3       2.   The Defendant shall file any Opposition to Plaintiffs' Emergency Motion To

4           Remand, and Plaintiffs' Motion for Rule 11 Sanctions, on or before

5           March 8 , 2010;

6       3.   Plaintiffs' Replies shall be due on or before March 12 , 2010;

7       4.   The hearing, if any, on Plaintiffs' Motions will take place on Friday,

8           March 19 , 2010, at 9:00 a.m. in Courtroom 7 on the 19th Floor of

9           the United States District Court for the Northern District of California, San

10         Francisco Division.

11   IT IS SO ORDERED.

12   DATED: March 2 , 2010

13

14

15                       Hon. MAXINE M. CHESNEY
                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS'
EMERGENCY MOTION TO REMAND; FOR COST AND FEES; AND TO SHORTEN TIME FOR
PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS OR, IN THE ALTERNATIVE, FOR ISSUANCE FOR
ORDER TO SHOW CAUSE RE SANCTIONS (CV10-0712 MMC)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 1 2010

**PROOF OF SERVICE**

FILED
CLERK'S OFFICE

1

2

3      I certify that I am over the age of 18 years and not a party to the within action;

4  that my business address is 450 Sansome Street, 3rd Floor, San Francisco, CA 94111;

5  and that on this date I served a true copy of the document(s) in the action of _Palmer_

6  _v.Pneumo Abex, LLC, et al.,_ United States District Court, Northern District of California

7  Case No. CAN 3 10-712 MMC, entitled:

8      **Letter from Stephen M. Tigerman to Jeffrey N. Luthi dated March 5, 2010**

9  on the following parties:

10     **SEE ATTACHED SERVICE LIST**

11  via the following method of service:

12  X   Via U.S. Mail on the recipients designated on the attached Service List.

13

14      I declare under penalty of perjury that the foregoing is true and correct and that

15  this declaration was executed on March 9, 2010 at San Francisco, California.

16

17                                          Mark Betti

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-331)

Ronald Palmer, et al. v. Pneumo-Abex Corp., et al., N.D. California, C.A. No. 3:10-712
(Judge Maxine M. Chesney)

Peter G. Angelos
LAW OFFICES OF PETER
G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Edward R. Hugo
BRYDON HUGO &
PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL &
MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN
ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON &
NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Stephen M. Tigerman
HAROWITZ &
TIGERMAN LLP
450 Sansome Street
Suite 300
San Francisco, CA 94111

Walter G. Watkins, Jr.
FORMAN PERRY
WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608