# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MAR 11 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875** THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Elliott Company (Defendant)

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

VAE 2   09-9658 Charles Leonard Willis v. Allis Chalmers Corp. Product Liability Trust, et al.

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/11/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Brenna K. Newman
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia 23218

Telephone No.: 804-697-1304        Fax No.: 804-698-5139

Email Address: brenna.newman@troutmansanders.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**    IMAGED MAR 11 2010