# KELLER, FISHBACK & JACKSON LLP

NEW YORK • LOS ANGELES • SAN FRANCISCO

**MDL 875**

March 11, 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2010

FILED
CLERK'S OFFICE

***VIA FACSIMILE 202.502.2888***

Jeffery N. Luthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 6092

Re: <u>Luce v. A.W. Chesterton, et al.</u>
USDC Case No. 3:10-CV-00174-MMC
SFSC Case No.: CGC-09-275406
MDL No.: 875
CAN No.: 3 10-174
CTO No.: 331

2010 MAR 11 P 2:11
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Dear Mr. Luthi:

    On behalf of the plaintiff in the above-captioned action, I write to notify the Judicial Panel on Multidistrict Litigation of Plaintiff's opposition to the conditional transfer order transferring the above-captioned action to the United States District Court for the Eastern District of Pennsylvania. I also write to inform the Panel of Plaintiff's filing of a motion to remand the above-captioned action to the Superior Court of California, County of San Francisco set to be heard on March 19, 2010, before the Honorable Maxine M. Chesney in the U.S. District Court for the Northern District of California. Accordingly, Plaintiff requests that any decision on the transfer of the above captioned to the Eastern District of Pennsylvania be continued to a date after Plaintiffs' motion to remand is heard on March 19, 2010. Plaintiff intends to file a motion to vacate the conditional transfer order and brief in support thereof in accordance with R.P.J.P.M.L. Rule 7.4.

    Thank you for your attention regarding this matter. Please feel free to contact me should you have any questions.

Sincerely,



Jenny Mirzayan

18425 BURBANK BLVD., SUITE 610~ TARZANA, CALIFORNIA 91356
PH: 818.342.7442
FAX: 818.342.7616
WWW.KFJLEGAL.COM

**OFFICIAL FILE COPY**      IMAGED MAR 12 2010