UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 12, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

## NOTICE OF FILING OF
## CONDITIONAL TRANSFER ORDER (CTO-332)

Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). The order will be effective in 14 days unless opposed in accordance with Rule 7.4(c).

Notices of Opposition should be filed by facsimile. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Email or fax transmission of the motion and brief will not be accepted.**

Opposing counsel shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before: March 26, 2010 (12 noon EST)**

If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions. A Panel Service List is attached to this notice.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)            MDL No. 875

### PANEL SERVICE LIST (CTO-332)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Amaryah K. Bocchino
COOLEY MANION &
JONES LLP
500 Delaware Avenue
Suite 710
Wilmington, DE 19801

Paul A. Bradley
MARON MARVEL
BRADLEY & ANDERSON
PA
1201 North Market Street
Suite 900
Wilmington, DE 19801

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Maryalyce Walsh Cox
MEHAFFY WEBER PC
500 Dallas
Suite 1200
Houston, TX 77002

Louis Frances D'Onofrio
JACOBS & CRUMPLAR PA
2 East Seventh Street
P.O. Box 1271
Wilmington, DE 19899

George J. Dancigers
MCKENRY DANCIGERS
WARNER DAWSON &
LAKE
192 Ballard Court
Suite 400
Virginia Beach, VA
23462-6538

Adrienne E. Dominguez
THOMPSON KNIGHT LLP
1722 Routh Street
Suite 1500
Dallas, TX 75201-2533

James C. Ferrell
ROBERT G TAYLOR II PC
& ASSOCIATES
One Allen Center
500 Dallas Street
Suite 3400 Penthouse
Houston, TX 77002

Stephen M. Fishback
KELLER FISHBACK
JACKSON LLP
18425 Burbank Boulevard
Suite 610
Tarzana, CA 91356

Robert Lamar Foley
WILLCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Gwendolyn Sue Frost
POWERS & FROST
1221 Mckinney
Suite 2400
Houston, TX 77010

Katherine Paige Gardiner
SEDGWICK DETERT
MORAN & ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105

Joseph F. Giordano
SEMMES BOWEN &
SEMMES PC
1577 Spring Hill Road
Suite 200
Vienna, VA 22182

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Robert Allen Green
SIMON EDDINS &
GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Mary F. Higgins
MCGIVNEY & KLUGER PC
1201 North Orange Street
Suite 502
Wilmington, DE 19801

Edward R. Hugo
BRYDON HUGO &
PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Jason Irvin
HAWKINS PARNELL
4514 Cole Ave., Suite 500
Dallas, TX 75205

**MDL No. 875 - Panel Service List (CTO-332) (Continued)**

Josephine H. Jamison
SMITH & KNOTT
Aldolphus Tower
1412 Main Street, 5th Floor
Dallas, TX 75202

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Edward A. Kalabus, Jr.
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Jonathan D. Mattingly
BARNES & THORNBURG LLP
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204-3535

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Jeffrey Scott Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
McLean, VA 22102

Kenneth D. Rhodes
LOOPER REED
1300 Post Oak Boulevard
Suite 1000
Houston, TX 77056

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Michael L. Sensor
PERRY & SENSOR
One Customs House,
Suite 560
P.O. Box 1568
702 North King Street
Wilmington, DE 19899

Anthony Berardo Taddeo, Jr.
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Christopher N. Wahl
HILL FULWIDER MCDOWELL FUNK & MATTHEWS
One Indiana Square
Suite 2000
Indianapolis, IN 46204

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Paul A. Weykamp
LAW OFFICES OF PAUL A WEYKAMP
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

Christopher J. Wiemken
TAYLOR & WALKER PC
555 Main Street
P.O. Box 3490
Norfolk, VA 23514