# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) March 17, 2010   Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

MAR 16 2010

FILED
CLERK'S OFFICE

## NOTICE OF APPEARANCE

PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):
Ford Motor Company, Defendant

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):

J.B. Burke; Lunnetta Drake; Betty Echols; Kenneth P. Green; Stanley N. Hurst, Jr.; Arthur Lawler, Jr.; Earl Mogk; Glenn Joseph Murphy; Angeline Parker; Patricia Parker; Robert Reeves; Jimmy L. Smith; Albert Gene Taylor; and Billy Walton, Plaintiffs,

v.

Asbestos Defendants:

Allis-Chalmers Corporation Product Liability Trust, et al.

Civil Action No. 4:09-CV-3911

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3·16·2010
Date

Signature of Attorney or Designee

PLEADING NO. 6098

Name and Address of Designated Attorney:

Adrienne E. Dominguez
Thompson & Knight L.L.P.
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533

Telephone No.: 214/969-1674          Fax No.: 214/969-1751

Email Address: Adrienne.dominguez@tklaw.com

2010 MAR 16 P 12:19
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS
RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**   IMAGED MAR 16 2010

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 16 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(**Noon Eastern Time**) March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant—attach list if necessary):

AK Steel Corporation f/k/a Armco Steel Corporation (Defendant)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).— attach list if necessary):**

Tommy Carroll Dalton and Shirley Jean Dalton, Husband and Wife
v. A.W. Chesterton, et al.

Case No.: 1:10-cv-00113 (SLR)

District Court of Delaware

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

March 15, 2010
Date

Richard P. O'Leary
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Richard P. O'Leary, Esquire, McCarter & English, LLP
245 Park Avenue, 27th Floor, New York, NY 10167

Telephone No.: (212) 609-6812       Fax No.: (212) 935-1008

Email Address: roleary@mccarter.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 6 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

PARTIES REPRESENTED (indicate plaintiff or (defendant)-attach list if necessary):

① Flowserve US, Inc., Solely as Successor to Edward Valves, Inc., Nordstrom Valves, Inc. and Vogt Valve Company; ② Robertshaw Controls Company, Individually, and as Successor to Fulton Sylphon Company

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary): CASES ON CTO-331

M.D.N.C., Div. 1, Cases:
Jimmy W. Wilson, et al. v. 3M Co., et al., Case No. 10-17; Melanie S.G. Campbell, et al. v. 3M Co., et al., Case No. 10-81

W.D.N.C., Div. 1, Cases:
James O. Harris, et al. v. 3M Co., et al., Case No. 10-16; Janice T. Faires, et al. v. 3M Co., et al., Case No. 10-33; Jerry W. Simmons, et al. v. 3M Co., et al., Case No. 10-41

*******************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3-15-10
Date

Stephanie Underwood Roberts
Signature of Attorney or Designee

Name and Address of Designated Attorney:
Stephanie Underwood Roberts
Womble Carlyle Sandridge + Rice, PLLC
One W. Fourth St, Winston-Salem, NC 27101

Telephone No.: 336-721-3539     Fax No.: 336-726-6917

Email Address: suroberts@wcsr.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18