03/15/2010 14:29 FAX
Case MDL No. 875   Document 6099   Filed 03/16/10   Page 1 of 2
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
@002/002
MAR 16 2010
FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL 875

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)   March 26, 2010**
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-332)

**PARTIES REPRESENTED** (indicate plaintiff or defendant—attach list if necessary):

**RAPID-AMERICAN CORPORATION**

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).— attach list if necessary):

| | | |
|---|---|---|
| VIRGINIA EASTERN | | |
| VAE | 4 10-3269 | SHEILA NED V. 3M BUSINESS PRODUCTS SALES, INC., ET AL. |
| VAE | 4 10-3270 | WILLIE THOMAS JAMES V. 3M BUSINESS PRODUCTS SALES, INC., |
| VAE | 4 10-3271 | JOEY ARATA V. 3M BUSINESS PRODUCTS SALES, INC., ET AL. |
| VAE | 4 10-3272 | CESAR REYES BENITEZ V. 3M BUSINESS PRODUCTS SALES, INC., |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

**MARCH 15, 2010**
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Robert L. "Bo" Foley
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, VA  23510

Telephone No.: 757-628-5500     Fax No.: 757-628-5566

Email Address: bfoley@wilsav.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

OFFICIAL FILE COPY

IMAGED MAR 16 2010

PLEADING NO. 6099

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 16 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) March 26, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-332)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

HOPEMAN BROTHERS, INC., defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

| | |
|---|---|
| VAE 4 10-3269 | SHEILA NED v. 3M BUSINESS PRODUCTS SALES, INC., et al. |
| VAE 4 10-3270 | WILLIE THOMAS JAMES v. 3M BUSINESS PRODUCTS SALES, INC., et al. |
| VAE 4 10-3271 | JOEY ARATA v. 3M BUSINESS PRODUCTS SALES, INC., et al. |
| VAE 4 10-3272 | CESAR REYES BENITEZ V. 3M PRODUCTS SALES, INC., et al. |

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

03/16/2010
Date

*Signature of Attorney or Designee*

**Name and Address of Designated Attorney:**
GERARD E. W. VOYER
TAYLOR & WALKER, P.C.
555 E. MAIN STREET, 13TH FLOOR
NORFOLK, VA 23510

Telephone No.: 757-625-7300      Fax No.: 757-625-1504

Email Address: gvoyer@taylorwalkerlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18