JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

MAR 17 2010

FILED
CLERK'S OFFICE

STEPHEN M. TIGERMAN (State Bar No. 112127)
tigerman@htlaw.info
MIA MATTIS (State Bar No. 191027)
mattis@htlaw.info
ROGER E. GOLD (State Bar No. 214802)
gold@htlaw.info
HAROWITZ & TIGERMAN, LLP
450 Sansome St., 3rd Floor
San Francisco, CA 94111
Tel: (415) 788-1588
Fax: (415) 788-1598

Attorneys for Plaintiffs

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875 – In Re: Asbestos Products Liability Litigation (No. VI)

*Ronald Palmer and Carol Palmer v. Pneumo-Abex Corp., et al.*, N.D. California,
C.A. No. CV 10-0712 MMC

## NOTICE OF REQUEST FOR CONTINUANCE AND NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-331)

I represent Plaintiffs RONALD PALMER and CAROL PALMER in the above captioned action which is included on the Conditional Transfer Order (CTO-331).

Plaintiffs' Motion to Remand is set to be heard on March 19, 2010, by the Honorable Maxine M. Chesney. Plaintiffs have notified the panel by separate letter of this fact and request that the panel move Plaintiffs' case to the next Conditional Transfer Order Group to permit the District Court to consider Plaintiffs' Motion to Remand.

///
///
///
///

Palmer.notice.opp.cto-331                    1
NOTICE OF REQUEST FOR CONTINUANCE AND OPPOSITION TO CTO-331

OFFICIAL FILE COPY    IMAGED MAR 17 2010

In the alternative, if the Court will not continue this case, Plaintiffs RONALD PALMER and CAROL PALMER submit this opposition to the Conditional Transfer Order. I understand that the motion and brief to vacate are due in 14 days.

DATED: March 15, 2010

Respectfully Submitted,

STEPHEN M. TIGERMAN
HAROWITZ & TIGERMAN, LLP
450 Sansome St., 3rd Floor
San Francisco, CA 94111
Tel: (415) 788-1588
Fax: (415) 788-1598
Email: tigerman@htlaw.info
Counsel for RONALD PALMER and
CAROL PALMER

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 17 2010

# PROOF OF SERVICE

FILED
CLERK'S OFFICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 450 Sansome Street, 3rd Floor, San Francisco, CA 94111; and that on this date I served a true copy of the document(s) in the action of *Palmer v. Pneumo Abex, LLC, et al.*, United States District Court, Northern District of California Case No. CAN 3 10-712 MMC, entitled:

**NOTICE OF REQUEST FOR CONTINUANCE AND NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-331)**

on the following parties:

**SEE ATTACHED SERVICE LIST**

via the following method of service:

X    **Via U.S. Mail** on the recipients designated on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 15, 2010 at San Francisco, California.

Mark Betti

PROOF OF SERVICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-331)

Ronald Palmer, et al. v. Pneumo-Abex Corp., et al., N.D. California, C.A. No. 3:10-712
(Judge Maxine M. Chesney)

Peter G. Angelos
LAW OFFICES OF PETER
G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Edward R. Hugo
BRYDON HUGO &
PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL &
MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN
ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON &
NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Stephen M. Tigerman
HAROWITZ &
TIGERMAN LLP
450 Sansome Street
Suite 300
San Francisco, CA 94111

Walter G. Watkins, Jr.
FORMAN PERRY
WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608