# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

Mar 17, 2010

**FILED**
**CLERK'S OFFICE**

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

| | |
|---|---|
| Ronald Palmer, et al. v. Pneumo-Abex Corp., et al., | ) |
| N.D. California, C.A. No. 3:10-712 | ) |

MDL No. 875

## NOTICE OF FILED OPPOSITION
## AND PUBLICATION OF BRIEFING SCHEDULE

Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **Plaintiffs Ronald and Carol Palmer** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.

The Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed below. An ORIGINAL and FOUR copies of all pleadings, as well as a COMPUTER GENERATED DISK of the pleading in Adobe Acrobat (PDF) format, are currently required for filing. Counsel filing oppositions in more than one action should file a single motion and brief with an attached schedule of actions. **Email or fax transmission of the motion and brief or response will not be accepted.** *See* Panel Rule 5.12(d).

Papers must be served on the attached Panel Service List. Attach a copy of this list to the certificate of service. (Counsel who have subsequently made appearances in this action should be added to the certificate of service).

All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above. The briefing schedule is set as follows:

**Rule 5.3 Corporate Disclosure Statements Due on or Before:     March 31, 2010**

**Motion and Brief Due on or Before:          March 31, 2010**

**Responses Due on or Before:          April 21, 2010**

Failure to file and serve the required motion and brief within the allotted 14 days will be considered a withdrawal of the opposition, and the stay of the conditional transfer order will be lifted.

Counsel will be notified if/when this matter is scheduled for hearing before the Panel. Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## PANEL SERVICE LIST (Excerpted from CTO-331)

Ronald Palmer, et al. v. Pneumo-Abex Corp., et al., N.D. California, C.A. No. 3:10-712
(Judge Maxine M. Chesney)

Peter G. Angelos
LAW OFFICES OF PETER
G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Lynn R. Fiorentino
NIXON PEABODY LLP
One Embarcadero Center
Suite 1800
San Francisco, CA
94111-3600

Edward R. Hugo
BRYDON HUGO &
PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL &
MORING LLP
1001 Pennsylvania Avenue,
N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN
ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Michael P. Thornton
THORNTON &
NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

Stephen M. Tigerman
HAROWITZ &
TIGERMAN LLP
450 Sansome Street
3rd Floor
San Francisco, CA 94111

Walter G. Watkins, Jr.
FORMAN PERRY
WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608