# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MAR 17 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant Weil-McLain

PLEADING NO. 6102

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

SC 8 09-2006 James Steven Whysong, et al. v.
A.W. Chesterton Co., et al.

*****************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/17/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Frank J. Gordon
Millberg Gordon Stewart PLLC
1101 Haynes St., Suite 104
Raleigh, NC 27604

Telephone No.: 919 - 836-0090        Fax No.: 919-836-8027

Email Address: fgordon@mgsattorneys.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**            IMAGED MAR 17 2010

MAR 17 2010

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

TO: United States Judicial Panel On
On Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Rm. G-255

THIS FORM MUST BE RETURNED
TO THE JUDICIA; PANEL NO LATER
(Noon Eastern Time) March 17, 2010
Panel Fax No.: 202-502-2888

MDL No. 875      IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

## NOTICE OF APPEARANCE

PARTIES REPRESENTED (Indicate plaintiff or defendant - attach list if necessary):

YORK INTERNATIONAL CORP., as successor in interest to
York Ice Machinery Corporation

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s). - attach list if necessary):

ERVIN BRINDOWSKI and
ALICE BRINDOWSKI,

                    Plaintiffs,       Milwaukee County (Wisconsin)
        -vs-                          Circuit Court Case No. 2009CV006700
                                      U.S. District Court For the Eastern
ALCO VALVES, INC., individually and as   District of Wisconsin Case No. 10-CV-00070-CNC
successor in interest to McIntosh & Seymour
Corporation, et al.

                    Defendants.
************************************************************

In Compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the defendant, YORK INTERNATIONAL CORP., as successor in interest to York Ice Machinery Corporation. I am aware that only one attorney can be designated for each party.

3/15/2010
Date

Signature of Attorney or Designee

W. Ted Tornehl, Esq.
Borgelt, Powell, Peterson & Frauen, S.C.
735 North Water Street - 15th Floor
Milwaukee, WI 53202-4188

Telephone No. 414-276-3600
Fax No.:      414-276-0172
Email Address: ttornehl@borgelt.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**