JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2010

FILED
CLERK'S OFFICE

MDL 875

PLEADING NO. 6105

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re:  
Asbestos Product Liability Litigation (No. VI)

MDL Docket No. 875

---

THE ESTATE OF ROBERT J. DION, etc.,

    Plaintiffs,

v.

ANCHOR PACKING COMPANY, INC., et al.,

    Defendants.

Civil Action No's:    0875-WIE-2-09-1190  
                              0875-WIE-2-09-1193  
                              0875-WIE-2-09-1194

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Aaron R. Berndt of Borgelt, Powell, Peterson & Frauen, S.C., has been retained by and hereby appears as counsel on behalf of Nash Engineering Company in the above-referenced actions, and requests that all future notices and pleadings be served upon the undersigned at the address set forth below.

RECEIVED CLERK'S OFFICE
2010 MAR 17 P 4:43
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED MAR 18 2010

Respectfully submitted this 17th day of March, 2010.

                              **BORGELT, POWELL, PETERSON & FRAUEN S.C.**
                              Attorneys for the Defendant, Nash Engineering Company

                              By_____
                                Aaron R. Berndt
                                State Bar No. 1050339
                                aberndt@borgelt.com

P. O. ADDRESS:
Fifteenth Floor
735 N. Water Street
Milwaukee, WI  53202-4188
414-276-3600 (Phone)
414/276-0172 (Fax)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 18 2010

FILED
CLERK'S OFFICE

In Re:
Asbestos Product Liability Litigation (No. VI)

MDL Docket No. 875

---

THE ESTATE OF ROBERT J. DION, etc.,

Plaintiffs,

v.

ANCHOR PACKING COMPANY, INC., et al.,

Defendants.

Civil Action No's:  0875-WIE-2-09-1190
0875-WIE-2-09-1193
0875-WIE-2-09-1194

---

## PROOF OF SERVICE

I hereby certify that I served a copy of the foregoing Notice of Appearance by First Class Mail on March 17, 2010 to the following:

| | | |
|---|---|---|
| Atty. Mark S. DesRochers<br>Attorney at Law, LLC<br>2201 Enterprise Ave Ste 105<br>Appleton, WI 54913<br>markdesrochers1@gmail.com<br><br>For FMC Technologies, Inc. | Atty. Daniel S. Elger<br>Gass Weber Mullins LLC<br>309 N. Water St, Ste 700<br>Milwaukee, WI 53202<br>elger@gasswebermullins.com<br><br>For Westinghouse Electric Corp., a/k/a Viacom, Inc. | Atty. Thomas A. Gilligan<br>Murnane Brandt<br>30 E 7th St Ste 3200<br>Saint Paul, MN 55101-4919<br>tgilligan@murnane.com<br><br>For Aurora Pumps and Leslie Controls, Inc. |
| Atty. Joshua L. Johanningmeier<br>Godfrey & Kahn SC<br>One East Main St<br>Madison, WI 53701-2719<br>jjohanni@gklaw.com<br><br>For Crane Co., Crane Pumps & Systems, Crane Valves, Deming Pumps, and The Swartwout Company, a Division of Crane Co. | Atty. Eric P. Joranson<br>Murnane Brandt<br>30 E 7th St Ste 3200<br>Saint Paul, MN 55101-4919<br>ejoranson@murname.com<br><br>For Aurora Pumps and Leslie Controls, Inc. | Atty. Heather H. Neubauer<br>Foley & Mansfield PLLP<br>250 Marquette Ave Ste 1200<br>Minneapolis, MN 55401-1874<br>hneubauer@foleymansfield.com<br><br>For Warren Pumps, LLC, Invensys Controls, William Powell Company, and Viad Corp. |

| | | |
|---|---|---|
| Atty. James A. Niquet<br>Crivello Carlson, SC<br>710 N. Plankinton Ave, Ste 500<br>Milwaukee, WI 53203<br>jniquet@crivellocarlson.com<br><br>*For Elliot Company and Hammond Valve Co.* | Oettinger, Andrew S.<br>Godfrey & Kahn SC<br>780 N. Water Street<br>Milwaukee, WI 53202<br>aoettinger@gklaw.com<br><br>*For Crane Co., Crane Pumps & Systems, Crane Valves, Deming Pumps, and The Swartwout Company, a Division of Crane Co.* | Atty. Ronald G. Tays<br>Law Office of Ronald G Tays<br>812 E State St<br>Milwaukee, WI 53202-7003<br>rgt@tayslaw.net<br><br>*For Plaintiff, The Estate of Robert J. Dion, by its Special Administrator Christine M. Dion* |
| Waple, Karen A.<br>Godfrey & Kahn SC<br>780 N. Water Street<br>Milwaukee, WI 53202<br>kwaple@gklaw.com<br><br>*For Crane Co., Crane Pumps & Systems, Crane Valves, Deming Pumps, and The Swartwout Company, a Division of Crane Co.* | | |

| | | |
|---|---|---|
| Atty. Christopher Banaszak<br>Reinhart Boerner Van Deuren SC<br>1000 N Water St Ste 1700<br>PO Box 2965<br>Milwaukee, WI 53201-2965<br>cbanaszak@reinhartlaw.com<br><br>*For General Electric* | Atty. Gregg Bridge<br>Bridge Law Office<br>2300 North Mayfair Rd, Ste 470<br>Wauwatosa, WI 53226-1505<br>gbridge@bridge-law.com<br><br>*For Crown Holdings, Inc.* | Atty. Steven W. Celba<br>Celba, LLC<br>225 E. Mason St., 5th Fl<br>Milwaukee, WI 53202<br>scelba@celba.com<br><br>*For Foster Wheeler, LLC* |
| Atty. Christopher J. Conrad<br>Nelson, Connell, Conrad,<br>   Tallmadge & Slein, SC<br>N14 W23755 Stone Ridge Dr<br>Ste 150<br>Waukesha, WI 53187-1109<br>cjconrad@ncctslaw.com<br><br>*For Bell and Gossett* | Atty. Timothy E. Corriston, Esq.<br>Connell Foley, LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068<br>Mscarpa@connellfoley.com<br><br>*For Thrush Company, Inc.* | Atty. William P. Croke<br>von Briesen & Roper, SC<br>411 E Wisconsin Ave #700<br>P.O. Box 3262<br>Milwaukee, WI 53201-3262<br>bcroke@vonbriesen.com<br><br>*For Metropolitan Life Insurance Company* |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  2010 MAR 17 P 4:4  RECEIVED CLERK'S OFFICE

| | | |
|---|---|---|
| Atty. Michael W. Drumke<br>Hepler Broom LLC<br>150 N Wacker Dr Ste 3100<br>Chicago, IL 60606-1659<br>mdrumke@heplerbroom.com<br><br>For Georgia Pacific, LLC and Lincoln Electric | Atty. Jon E. Fredrickson<br>Kravit, Hovel & Krawczyk SC<br>825 N Jefferson St Fl 5<br>Milwaukee, WI 53202-3721<br>jef@kravitlaw.com<br><br>For Carborundum Company | Atty. Manuel R. Galang<br>Law Offices of Manuel R Galang SC<br>2525 N. Mayfair Rd. #210<br>Milwaukee, WI 53226-1403<br>attymrgalang@netzero.net<br><br>For IMO Industries, Inc. |
| James H. Gempeler<br>Foley & Mansfield PLLP<br>250 Marquette Ave Ste 1200<br>Minneapolis, MN 55401-1874<br><br>For Warren Pumps, LLC, Invensys Controls, William Powell Company, and Viad Corp. | Dan Griffin, Esq.<br>O'Connell, Tivin, Miller & Burns, LLC<br>135 South LaSalle St, Ste. 2300<br>Chicago, IL 60603<br><br>For John Crane Packing | Atty. Scott Henry<br>Segal McCambridge Singer & Mahoney Ltd<br>233 S Wacker Dr Ste 5500<br>Chicago, IL 60606-6366<br>shenry@smsm.com<br><br>For A.W. Chesterton |
| Atty. Daniel G. Jardine<br>Jardine Law Office LLP<br>119 South Main St<br>De Forest, WI 53532-0501<br>dan@jardinelawoffice.com<br><br>For John Crane Packing | Atty. Todd Koebele<br>Murnane Brandt<br>30 7th St E Ste 3200<br>St. Paul, MN 55101-4919<br><br>For A.P. Green Industries, Inc. | Atty. John J. Laffey<br>Whyte Hirschboeck Dudek SC<br>555 East Wells St, Ste 1900<br>Milwaukee, WI 53202-3837<br>jlaffey@whdlaw.com<br><br>For Strahman Valves Inc. |
| Atty. Brett B. Larsen<br>Hinshaw & Culbertson LLP<br>100 E Wisconsin Ave, Ste 2600<br>Milwaukee, WI 53202-4124<br>blarsen@hinshawlaw.com<br><br>For Goulds Pumps, Inc. | Atty. Joshua D. Lee<br>Schiff Hardin LLP<br>6600 Sears Tower<br>233 S Wacker Dr<br>Chicago, IL 60606-6473<br>jdlee@schiffhardin.com<br><br>For Owens Illinois, Inc., Yarway Corporation, and Tyco Flow Control | Atty. Daniel Manna<br>Foley & Lardner LLP<br>777 E. Wisconsin Ave<br>Milwaukee, WI 53202-5300<br>dmanna@foley.com<br><br>For Certainteed Corporation and Union Carbide Corporation |

| Kyle B. Mansfield<br>Foley & Mansfield PLLP<br>250 Marquette Ave Ste 1200<br>Minneapolis, MN 55401-1874<br>kmansfield@foleymansfield.com<br><br>*For Warren Pumps, LLC,<br>Invensys Controls, William Powell<br>Company, and Viad Corp.* | Atty. Laurie J. McLeRoy<br>Otjen, Van Ert & Weir, SC<br>700 N. Water Street, Ste. 800<br>Milwaukee, WI 53202<br>lmcleroy@otjen.com<br><br>*For Ericsson, Inc.* | Atty. Mitchell S. Moser<br>Quarles & Brady LLP<br>411 E Wisconsin Ave<br>Milwaukee, WI 53202-4426<br>mitchell.moser@quarles.com<br><br>*For Flowserve Corp.* |
|---|---|---|
| Atty. Karen M. Rheingans<br>Segal McCambridge Singer &<br>Mahoney Ltd<br>233 S Wacker Dr Ste 5500<br>Chicago, IL 60606-6366<br>krheingans@smsm.com<br><br>*For Anchor Packing Company,<br>Inc. and Gardner Denver, Inc.* | Atty. Michael D. Rosenberg<br>Whyte Hirschboeck Dudek SC<br>555 East Wells St, Ste 1900<br>Milwaukee, WI 53202-3837<br>mrosenberg@whdlaw.com<br><br>*For Viking Pump, Inc.* | Atty. Brent Swanson<br>Heyl, Royster, Voelker & Allen<br>120 W State St<br>Rockford, IL 61105-1288<br>bswanson@heylroyster.com<br><br>*For Buffalo Pumps, Inc.* |

**Garlock Seal & Technologies**
1666 Division St
Palmyra, NY 14522

**Northern Ordnance Inc**
1803 Gears Rd
Houston, TX 77067

**Singer Company**
1224 Heil Quaker Blvd
La Vergne, TN 37086

**Kieley and Mueller Inc**
1300 E Arapaho Ste 204
Richardson, TX 75081

**Sepco Company**
123 Airpak Industrial Rd
Alabaster, AL 35007

**Murray Boiler Company**
4462 Lilburn Industrial Way SW
Lilburn, GA 30047

**Stockham Valves**
2129 3rd Ave SE
Cullman, AL 35055

*[signature]*
Aaron R. Berndt
Wisconsin State Bar Number: 1050339
Attorneys for Defendant, Nash Engineering Co.
BORGELT, POWELL, PETERSON & FRAUEN, S.C.
735 North Water Street, Suite 1500
Milwaukee, Wisconsin 53202-4188
Phone: (414) 276-3600
Fax: (414) 276-0172
E-mail: aberndt@borgelt.com

4