UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Mar 22, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Ronald Palmer, et al. v. Pneumo-Abex Corp., et al.,
N.D. California, C.A. No. 3:10-712

MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Palmer*) on March 3, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiff in *Palmer* filed a notice of opposition to the proposed transfer. The Panel has now been informed that *Palmer* was remanded to the Superior Court for the State of California, in and for the County of San Francisco, by the Honorable Maxine M Chesney in an order filed on March 18, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-331" filed on March 3, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel