# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2010

FILED
CLERK'S OFFICE

TO:  United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   March 17, 2010
Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant Crosby Valves, Inc.

PLEADING NO. 6113

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

ERVIN BRINDOWSKI and ALICE BRINDOWSKI v. ALCO VALVES, INC., et al
In the United States District Court for the Eastern District of
Wisconsin, Case NO. 10-CV-00070-CNC

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| March 17, 2010 | /s/ Mark S. DesRochers |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**
Mark S. DesRochers
Attorney at Law
2201 E. Enterprise Ave, Ste 105
Appleton WI 54913

Telephone No.: __920-882-1600__    Fax No.: __920-882-0232__

Email Address: MarkDesrochers1@gmail.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

**OFFICIAL FILE COPY**    IMAGED MAR 23 2010    JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2010

## IN THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

ERVIN BRINDOWSK AND ALICE BRINDOWSKI,

    Plaintiffs,

    -vs.-

Case No. 10-CV-00070-CNC

ALCO VALVES, INC., et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2010, I caused copies of the following document:

**NOTICE OF APPEARANCE**

To be filed with the Clerk of the Panel, Judicial Panel on Multidistrict Litigation to the following Panel:

| | |
|---|---|
| Ronald G. Tays<br>Law Office of Sara R. Vinopal<br>212 S Main St<br>Rice Lake WI 54868-2204 | Eric P. Joranson<br>Thomas A. Gilligan<br>Murnane Brandt<br>30 E 7th St, Ste 3200<br>St. Paul MN 55101 |
| Christopher P. Banaszak<br>James P. Denis, III<br>Nora Gierke<br>Reinhart Boerner Van Deuren SC<br>PO Box 2965<br>Milwaukee WI 53202 | Nathaniel Cade, Jr.<br>Juan S. Ramirez<br>Marisa R. Dondlinger<br>Michael Best & Friedrich LLP<br>100 E Wisconsin Ave, Ste 3300<br>Milwaukee WI 53202 |

| | |
|---|---|
| William P. Croke<br>Roy E. Wagner<br>Daniel J. Noonan<br>Von Briesen & Roper SC<br>411 E. Wisconsin Ave, Ste 700<br>Milwaukee WI 53202-4427 | Thomas Gonzalez<br>John J. Laffey<br>Sarah Thomas Pagels<br>Rhonda M. Matthews<br>Whyte Hirschboeck Dudek SC<br>555 E Wells St, Ste 1900<br>Milwaukee WI 53202 |
| Michael W. Drumke<br>Hepler Broom LLC<br>150 N Wacker Dr, Ste 3100<br>Chicago IL 60606 | Daniel S. Elger<br>John A. Franke<br>Gass Weber Mullins LLC<br>309 N Water St, Ste 700<br>Milwaukee WI 53202 |
| Thomas E. Goss, Jr.<br>Mueller Goss & Possi<br>744 North 4th St, Ste 600<br>Milwaukee WI 53203 | Jonathan R. Ingrisano<br>Andrew Oettinger<br>Karen A. Waple<br>Godfrey & Kahn<br>780 N Water St<br>Milwaukee WI 53202 |
| Joshua L. Johanningmeier<br>Godfrey & Kahn SC<br>1 E Main St, Ste 500<br>PO Box 2719<br>Madison WI 53701-2719 | Brett B. Larsen<br>Thomas R. Schrimpf<br>Hinshaw & Culbertson LLP<br>100 E Wisconsin Ave, Ste 2600<br>Milwaukee WI 53202-4115 |
| Joshua D. Lee<br>David T. Morris<br>Schiff Hardin LLP<br>Sears Tower<br>233 S Wacker Dr, Ste 6600<br>Chicago IL 60606-6473 | Mark K. Longua<br>SmithAmundsen LLC<br>4811 S 76th St, Ste 306<br>Milwaukee WI 53220-4351 |
| Gregory W. Lyons<br>O'Neil Cannon Hollman DeJong SC<br>111 E Wisconsin Ave, Ste 1400<br>Milwaukee WI 53202 | Heather H. Neubauer<br>Foley & Mansfield PLLP<br>250 Marquette Ave, Ste 1200<br>Minneapolis MN 55401 |
| James A. Niquet<br>Crivello Carlson SC<br>710 N Plankinton Ave, Ste 500<br>Milwaukee WI 53203-2404 | Katherine D. Spitz<br>Trevor J. Will<br>Daniel A. Manna<br>Foley & Lardner LLP<br>777 E Wisconsin Ave<br>Milwaukee WI 53202-5300 |

| | |
|---|---|
| Frank Terschan<br>Terschan Steinle & Ness<br>309 N Water St, Ste 215<br>Milwaukee WI 53202-5713 | W. Ted Tornehl<br>Borgelt Powell Peterson & Frauen SC<br>735 N Water St, 15th Fl<br>Milwaukee WI 53202-4188 |
| John E. Herrick<br>Motley Rice LLC<br>PO Box 1792<br>Mt. Pleasant SC 29465<br>Jherrick@motleyrice.com | Stephen Copenhaver<br>Schiff Hardin LLP<br>Sears Tower<br>233 S Wacker Dr, Ste 6600<br>Chicago IL 60606<br>scopenhaver@schiffhardin.com |
| Brent Swanson<br>Heyl Royster Voelker & Allen<br>120 W State St<br>PO Box 1288<br>Rockford IL 61105-1288<br>bswanson@hrva.com | |

Dated this 18th day of March, 2010.

                                      MARK DESROCHERS
                                      ATTORNEY AT LAW, LLC
                                      Attorney for Defendant, Crosby Valves, Inc.

                                      Mark S. DesRochers
                                      State Bar No. 1001259

MARK DESROCHERS
ATTORNEY AT LAW, LLC
2201 Enterprise Avenue
Suite 105
Appleton WI 54913
(920) 882-1600 phone
(920) 882-0232 fax
Markdesrochers1@gmail.com

**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 23 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)   March 17, 2010**
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant FMC Technologies, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

THE ESTATE OF ROBERT J. DION v. ANCHOR PACKING CO., INC., et al.
In the United States District Court for the Eastern District
of Wisconsin, Case No. 09-CV-1190-LA

********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| March 17, 2010 | _Mark S. DesRochers_ (signature) |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Mark S. DesRochers
Attorney at Law
2201 E. Enterprise Ave., Ste 105
Appleton WI 54913

Telephone No.: ~~920-882-1600~~              Fax No.: ~~920-882-0232~~

Email Address: MarkDesrochers1@gmail.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2010

FILED
CLERK'S OFFICE

## IN THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

THE ESTATE OF ROBERT J. DION,
By its Special Administrator, Christine M. Dion,

       Plaintiff,

       Case No. 09-CV-1190-LA

-vs.-

ANCHOR PACKING CO., INC., et al.,

       Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2010, I caused copies of the following document:

### NOTICE OF APPEARANCE

To be filed with the Clerk of the Panel, Judicial Panel on Multidistrict Litigation to the following Panel:

| | |
|---|---|
| Ronald G. Tays<br>Law Office of Sara R. Vinopal<br>212 S Main St<br>Rice Lake WI 54868-2204 | Eric P. Joranson<br>Thomas A. Gilligan<br>Murnane Brandt<br>30 E 7th St, Ste 3200<br>St. Paul MN 55101 |
| Karen M. Rheingans<br>Scott W. Henry<br>Segal McCambridge Singer & Mahoney Ltd<br>Sears Tower<br>233 S Wacker Dr, Ste 5500<br>Chicago IL 60606 | Christopher J. Conrad<br>Nelson Connell Conrad Tallmadge & Slein SC<br>N14 W23755 Stone Ridge Dr, Ste 150<br>Waukesha WI 53187-1109 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2010 MAR 23 A 9 03
RECEIVED
CLERK'S OFFICE

| | |
|---|---|
| Brent Alan Swanson<br>Heyl Royster Voelker & Allen<br>2nd Floor, National City Bank Bldg<br>120 W State St<br>Rockford IL 61105 | Jon E Fredrickson<br>Kravit Hovel & Krawczyk SC<br>825 N Jefferson St, Fl 5<br>Milwaukee WI 53202-3721 |
| Trevor J. Will<br>Katherine D. Spitz<br>Daniel Manna<br>Foley & Lardner LLP<br>777 E Wisconsin Ave<br>Milwaukee WI 53202-5306 | Gregg E. Bridge<br>Bridge Law Office<br>2300 N Mayfair Rd, Ste 470<br>Wauwatosa WI 53226-1584 |
| James A. Niquet<br>Travis J. Rhoades<br>Crivello Carlson SC<br>710 N Plankinton Ave, Ste 500<br>Milwaukee WI 53203 | Laurie McLeRoy<br>Otjen Van Ert & Weir SC<br>700 N Water St, Ste 800<br>Milwaukee WI 53202-4221 |
| Mitchell Moser<br>Quarles & Brady LLP<br>411 E Wisconsin Ave, Ste 2040<br>Milwaukee WI 53202-4426 | Steven W. Celba<br>Celba LLC<br>225 E Mason St, 5th Fl<br>Milwaukee WI 53202 |
| Christopher Banazak<br>Reinhart Boerner Van Deuren SC<br>1000 N Water St, Ste 1700<br>Milwaukee WI 53201-2965 | Michael W. Drumke<br>Michael T. Antikainen<br>Hepler Broom LLC<br>150 N Wacker Dr., Ste 3100<br>Chicago IL 60606-1659 |
| Brett B. Larsen<br>Thomas R. Schrimpf<br>Hinshaw & Culbertson LLP<br>100 E Wisconsin Ave, Ste 2600<br>Milwaukee WI 53202-4124 | Manuel R. Galang<br>Law Offices of Manuel R. Galang SC<br>2525 N Mayfair Rd, Ste 210<br>Milwaukee WI 53226-1403 |
| William Patrick Croke<br>Von Briesen & Roper SC<br>411 E Wisconsin Ave, Ste 700<br>Milwaukee WI 53202-4427 | Aaron R. Berndt<br>Frederick J. Strampe<br>Borgelt Powell Peterson & Frauen SC<br>735 N Water St, Ste 1500<br>Milwaukee WI 53202-4106 |

| | |
|---|---|
| Joshua D. Lee<br>Schiff Hardin LLP<br>6600 Sears Tower<br>233 S. Wacker Dr<br>Chicago IL 60606-6360 | John J. Laffey<br>Sarah Thomas Pagels<br>Whyte Hirshboeck Dudek SC<br>555 E Wells St, Ste 1900<br>Milwaukee WI 53202 |
| Timothy E. Corriston<br>Connell Foley LLP<br>85 Livingston Ave<br>Roseland NJ 07068 | Heather H. Neubauer<br>James H. Gempeler<br>Foley & Mansfield PLLP<br>250 Marquette Ave, Ste 1200<br>Minneapolis MN 55401-1874 |
| Michael Rosenberg<br>Whyte Hirschboeck Dudek SC<br>555 E Wells St, Ste 1900<br>Milwaukee WI 53202-3800 | Daniel S. Elger<br>John Franke<br>Gass Weber Mullins LLC<br>309 N Water St, Ste 700<br>Milwaukee WI 53202-5767 |
| Josh Johanningmeier<br>Karen Waple<br>Andrew S. Oettinger<br>Godfrey & Kahn SC<br>PO Box 2719<br>Madison WI 53701-2719<br><br>780 N Water St<br>Milwaukee WI 53202 | |

Dated this 18th day of March, 2010.

MARK DESROCHERS
ATTORNEY AT LAW, LLC
Attorney for Defendant, FMC Technologies,
Inc.

Mark S. DesRochers
State Bar No. 1001259

MARK DESROCHERS
ATTORNEY AT LAW, LLC
2201 Enterprise Avenue
Suite 105
Appleton WI 54913
(920) 882-1600 phone
(920) 882-0232 fax
Markdesrochers1@gmail.com

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MAR 2 3 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)   March 17, 2010**
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant Staff Electric Co.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

ERVIN BRINDOWSKI and ALICE BRINDOWSKI v. ALCO VALVES, INC., et al.
In the United States District Court for the Eastern District of Wisconsin
Case No. 10-CV-00070-CNC

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

March 15, 2010
_____                              _____
Date                                          Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Gregory W. Lyons
O'Neil, Cannon, Hollman, DeJong S.C.
111 East Wisconsin Avenue, Suite 1400
Milwaukee, WI  53202-4870

Telephone No.: 414-276-5000          Fax No.: 414-276-6581

Email Address: greg.lyons@wilaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL No. 875

MAR 23 2010

FILED
CLERK'S OFFICE

PANEL SERVICE LIST (CTO-331)

Richard D. Addison
ROGERS TOWNSEND &
THOMAS PC
P.O. Box 100200
Columbia, SC 29202-3200

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Christopher Banaszak
REINHART BOERNER VAN
DEUREN SC
1000 North Water Street
Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965

Christopher P. Banaszak
REINHART BOERNER VAN
DEUREN SC
1000 N Water Street
Suite 2100
P.O. Box 2965
Milwaukee, WI 53202

Gary L. Beaver
NEXSEN PRUET ADAMS
KLEEMEIER PLLC
P.O. Box 3463
Greensboro, NC 27402

Joshua H. Bennett
BENNETT &
GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Jordan Blumenfeld-James
SIMON EDDINS &
GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Amaryah K. Bocchino
COOLEY MANION &
JONES LLP
500 Delaware Avenue
Suite 710
Wilmington, DE 19801

Sarah M. Bowman
DEAN & GIBSON PLLC
301 South McDowell Street
Suite 900
Charlotte, NC 28204-2686

Paul A. Bradley
MARON MARVEL
BRADLEY &
ANDERSON PA
1201 North Market Street
Suite 900
P.O. Box 288
Wilmington, DE 19801

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169

Kay M. Brown
DEHAY & ELLISTON
36 South Charles Street
Suite 1300
Baltimore, MD 21201

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Nathaniel Cade, Jr.
MICHAEL BEST &
FRIEDRICH LLP
100 E. Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308

William Ansel Collins, Jr.
THOMAS DOUGALL LAW
OFFICE
1700 Woodcreek Farms Road
Suite 100
Elgin, SC 29045

William D. Conner
HAYNSWORTH SINKLER
BOYD
P.O. Box 2048
Greenville, SC 29602

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

Stephen Copenhaver
SCHIFF HARDIN LLP
Sears Tower
233 South Wacker Drive
Ste 6600
Chicago, IL 60606-6473

Maryalyce Walsh Cox
MEHAFFY WEBER PC
500 Dallas, Suite 1200
Houston, TX 77002

Ronald B. Cox
PROFITT & COX
8910 Two Notch Road
Suite 400
Columbia, SC 29223

## MDL No. 875 - Panel Service List (CTO-331) (Continued)

William P. Croke
VON BRIESEN & ROPER
411 E. Wisconsin Avenue
Suite 700
Milwaukee, WI 53201

Thomas C. Crumplar
JACOBS & CRUMPLAR PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Tina Marie Cundari
SOWELL GRAY STEPP &
LAFFITTE LLC
P.O. Box 11449
Columbia, SC 29211

John E. Cuttino
TURNER PADGET
GRAHAM & LANEY PA
P.O. Box 1473
Columbia, SC 29202

George J. Dancigers
MCKENRY DANCIGERS
WARNER DAWSON &
LAKE
192 Ballard Court
Suite 400
Virginia Beach, VA
23462-6538

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

Mark S. Des Rochers
CELBA &
DES ROCHERS LLC
600 East Northland Avenue
Appleton, WI 54911

Mark S. Des Rochers
2201 Enterprise Avenue
Suite 105
Appleton, WI 54913-7411

Adrienne E. Dominguez
THOMPSON KNIGHT LLP
1722 Routh Street
Suite 1500
Dallas, TX 75201-2533

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Michael W. Drumke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

Michael W. Drumke
HEPLER BROOM LLC
150 North Wacker Drive
Suite 3100
Chicago, IL 60606

Daniel S. Elger
GASS WEBER &
MULLINS LLC
309 North Water Street
Milwaukee, WI 53202

Joshua L. Ellis
NEXSEN PRUET ADAMS
KLEEMEIER PLLC
205 King Street
Suite 400
P.O. Box 486
Charleston, SC 29401

Felicia Y. Feng
MCKENNA LONG
ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111

James C. Ferrell
ROBERT G TAYLOR II PC
& ASSOCIATES
One Allen Center
500 Dallas Street
Suite 3400 Penthouse
Houston, TX 77002

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473

David S. Fishback
US Department of Justice
Civil Division
1331 Pennsylvania Avenue
Room 8014S
Washington, DC 20004

Phillip Florence, Jr.
HEDRICK EATMAN
GARDNER &
KINCHELOE LLP
P.O. Box 11267
Columbia, SC 29211

Charles F. Forer
ECKERT SEAMANS
CHERIN & MELLOTT LLC
Two Libert Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

Gwendolyn Sue Frost
POWERS & FROST
1221 Mckinney
Suite 2400
Houston, TX 77010

Sharla J. Frost
POWERS & FROST LLP
2400 One Houston Center
1221 McKinney Street
Houston, TX 77010-2007

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Katherine Paige Gardiner
SEDGWICK DETERT
MORAN & ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105

**MDL No. 875 - Panel Service List (CTO-331) (Continued)**

Amy Harmon Geddes
NEXSEN PRUET LLC
PO Drawer 2426
Columbia, SC 29202

John F. Geida
EMBRY & NEUSNER
118 Poquonnock Road
Groton, CT 06340-1409

Nora E. Gierke
REINHART BOERNER VAN DEUREN SC
1000 North Water Street,
Suite 2100
P.O. Box 2965
Milwaukee, WI 53202

Thomas A. Gilligan
MURNANE BRANDT
30 East Seventh Street
Suite 3200
St. Paul, MN 55101-4919

Frank J. Gordon
MILLBERG GORDON & STEWARS PLLC
1101 Haynes Street
Suite 104
Raleigh, NC 27604

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Robert Allen Green
SIMON EDDINS & GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Franklin Greene
MCGUIRE WOODS
Bank of American Plaza
100 North Tryon Street
Suite 2900
Charlotte, NC 28280

John J. Hainkel, III
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

Emily Grace Haldeman
BARG COFFIN LEWIS & TRAPP LLP
350 California Street
22nd Floor
San Francisco, CA 94104-1435

Carrie A. Hanger
WOMBLE CARLYLE SANDRIDGE & RICE
One West 4th Street
Winston-Salem, NC 27101

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510-2212

Anthony C. Hayes
NELSON MULLINS RILEY & SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

John E. Herrick
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.o. Box 1792
Mt. Pleasant, SC 29465

Mary F. Higgins
MCGIVNEY & KLUGER PC
1201 North Orange Street
Suite 502
Wilmington, DE 19801

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Jason Irvin
HAWKINS PARNELL
4514 Cole Ave.
Suite 500
Dallas, TX 75205

Stephen R. Jackson
WILCOX & SAVAGE PC
One Commercial Place
Suite 1800
Norfolk, VA 23510

Daniel G. Jardine
JARDINE LAW OFFICE LLC
119 South Main Street
DeForest, WI 53532-1109

Joshua L. Johanningmeier
GODFREY & KAHN SC
One East Main Street
Suite 500
P.O. Box 2719
Madison, WI 53701-2719

Arthur Timothy Jones
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Eric P. Joranson
MURNANE BRANDT
30 East Seventh Street
Suite 3200
St. Paul, MN 55101-4919

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Lewis Stephen Kahn
KAHN SWICK & FOTI LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

**MDL No. 875 - Panel Service List (CTO-331) (Continued)**

Edward A. Kalabus, Jr.
K&L GATES LLP
1717 Main Street
Suite 2800
Dallas, TX 75201

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Daniel L. Keller
KELLER FISHBACK JACKSON LLP
18425 Burbank Boulevard
Suite 610
Tarzana, CA 91356

Brian P. Kenney
EARLY LUDWICK & SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Deaborn Street
Chicago, IL 60603

Donald R. Kinsley
MARKS O'NEILL O'BRIEN & COURTNEY PC
913 North Market Street
Suite 800
Wilmington, DE 19801

Stacie Corbett Knight
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 South Tryon Street
Suite 3500
Charlotte, NC 28280

Colleen Konicek
FLETCHER & SIPPEL LLC
29 North Wacker Drive
Suite 920
Chicago, IL 60606

Christopher S. Kozak
LANDMAN CORSI BALLAINE & FORD PC
One Penn Center
1617 John F. Kennedy Boulevard
Suite 955
Phildelphia, PA 19103

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Mark R. Kurz
GUNDLACH LEE EGGMANN BOYLE & ROESSLER
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880

John J. Laffey
WHYTE HIRSCHBOECK & DUDEK SC
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY & MANSFIELD PLLP
150 South Los Robles Avenue
Suite 400
Pasedena, CA 91101

Brett B. Larsen
HINSHAW & CULBERTSON LLP
100 East Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202-4115

Joshua D. Lee
SCHIFF HARDIN LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

David L. Levy
HEDRICK GARDNER KINCHELOE & GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230

Mark K. Longua
SMITH AMUNDSEN LLC
4811 S. 76th Street, Suite 306
Milwaukee, WI 53220

R. Bates Lovett
HUNTER MACLEAN EXLEY & DUNN PC
P.O. Box 9848
Savannah, GA 31412

Edward Kong Low
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105

Christopher J. Lynch
LECLAIR RYAN
One Financial Plaza
755 Main Street
Suite 2000
Hartford, CT 06103

**MDL No. 875 - Panel Service List (CTO-331) (Continued)**

Gregory W. Lyons
O'NEILL CANNON &
HOLLMAN
111 E. Wisconsin Avenue
Suite 1400
Milwaukee, WI 53202

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038

Marileni Mattis
HAROWITZ &
TIGERMAN LLP
450 Sansome Street
3rd Floor
San Francisco, CA 94111

Thomas F. Maxwell, Jr.
PULLMAN &
COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Katharine L. Mayer
MCCARTER & ENGLISH
Renaissance Center, 8th Floor
405 N. King Street
Wilmington, DE 19801

Kenneth R. Mayo
REED MAYO LAW
FIRM PC
484 Viking Dr Ste 130
Virginia Beach, VA 23452

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Robert O. Meriweher
NELSON MULLINS RILEY
AND SCARBOROUGH
P.O. Box 11070
Columbia, SC 29211

Robert O. Meriwether
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110

Willard J. Moody, Jr.
MOODY LAW FIRM
500 Crawford St
Suite 300
Portsmouth, VA 23705

David T. Morris
SCHIFF HARDIN LLP
Sears Tower
233 S Wacker Drive
6600
Chicago, IL 60606-6473

Lance E. Mueller
CELBA LLC
225 East Mason Street
5th Floor
Milwaukee, WI 53202

Christopher T. Nettles
HOOD LAW FIRM
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402

Heather H. Neubauer
FOLEY & MANSFIELD
PLLP
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401

Brenna K. Newman
TROUTMAN
SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122

James A. Niquet
CRIVELLO CARLSON SC
The Empire Building
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

Daniel J. Noonan
VON BRIESEN &
ROPER SC
411 East Wisconsin Ave
Suite 700
Milwaukee, WI 53202-4427

Patrick S. O'Brien
O'BRIEN CHOD LLC
326 South 21st Street
Suite #306
St. Louis, MO 63103

Andrew S. Oettinger
GODFREY & KAHN SC
780 North Water Street
Milwaukee, WI 53202-3590

MDL No. 875 - Panel Service List (CTO-331) (Continued)

Steven W. Ouzts
TURNER PADGET
GRAHAM & LANEY PA
P.O. Box 1473
Columbia, SC 29202

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Katharine S. Perry
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110

Michael G. Phelan
BUTLER WILLIAMS &
SKILLING PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219

Christopher M. Placitella
COHEN PLACITELLA &
ROTH PC
127 Maple Avenue
Red Bank, NJ 07701

Francis D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071

Albert H. Poole
HUFF POOLE &
MAHONEY PC
Huff, Poole &
Mahoney Building
Suite 100
4705 Columbus Street
Virginia Beach, VA 23462

Jeffrey Scott Poretz
MILES &
STOCKBRIDGE PC
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
P.O. Drawer 7788
Columbia, SC 29202

Juan S. Ramirez
MICHAEL BEST &
FRIEDRICH
100 E. Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202

Joseph A. Rhodes, Jr.
OGLETREE DEAKINS
NASH SMOAK &
STEWART PC
P.O. Box 2757
Greenville, SC 29602

Kenneth D. Rhodes
LOOPER REED
1300 Post Oak Boulevard
Suite 1000
Houston, TX 77056

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Shawn Michael Ridley
HOWARD ROME MARTIN
& RIDLEY LLP
1775 Woodside Road
#200
Redwood City, CA
94061-3436

Thomas Schrimpf
HINSHAW &
CULBERTSON LLP
100 East Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202-4115

Michael L. Sensor
PERRY & SENSOR
One Customs House
Suite 560
P.O. Box 1568
702 North King Street
Wilmington, DE 19899

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin St., 15th Fl
Boston, MA 02110

Katherine D. Spitz
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5300

Josette Ferrazz Spivak
HOLLSTEIN KEATING
CATTELL ET AL
1201Orange Street
Suite 730
Wilmington, DE 19801

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER
BOYD PA
75 Beattie Place
Eleventh Floor
P.O. Box 2048
Greenville, SC 29602-2048

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Robert Erving Stepp
SOWELL GRAY STEPP &
LAFFITTE LLC
P.O. Box 11449
Columbia, SC 29211

Brent Swanson
HEYL ROYSTER VOELKER
& ALLEN
120 West State Street
P.O. Box 1288
Rockford, IL 61102-1288

## MDL No. 875 - Panel Service List (CTO-331) (Continued)

Ronald G. Tays
TAYS LAW OFFICES
812 East State Street
Milwaukee, WI 53202

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

Frank R. Terschan
TERSCHAN STEINLE & NESS
309 North Water Street
Suite 215
Milwaukee, WI 53202-5713

Mark S. Thomas
WILLIAMS MULLEN
RBC Plaza, Suite 1700
301 Fayettville Street
P.O. Box 1000
Raleigh, NC 27601

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

W. Ted Tornehl
BORGELT POWELL PETERSON & FRAUEN
735 N. Water Street, 15th Floor
Milwaukee, WI 53202-4188

Beth E. Valocchi
SWARTZ & CAMPBELL
300 Delaware Avenue
Suite 1130
P.O. Box 330
Wilmington, DE 19801

Roy E. Wagner
VON BRIESEN & ROPER
411 E. Wisconsin Avenue
Suite 700
Milwaukee, WI 53202-4427

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Karen A. Waple
GODFREY & KAHN SC
780 North Water Street
Milwaukee, WI 53202-3590

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Gavin David Whitis
POND NORTH LLP
505 Montgomery Street
13th Floor
San Francisco, CA 94111

Trevor J. Will
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN
401 South Tryon Street
Suite 2600
Charlotte, NC 28202

Jamie P. Yadgaroff
LAW OFFICES OF JAMIE P YADGAROFF LLC
1 Bala Ave.
Suite 310
Bala Cynwyd, PA 19004

Karen M. Zello
GLASSER & GLASSER PLC
580 East Main Street
Suite 600
Norfolk, VA 23510