# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 23 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) March 26, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-332)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Mallinckrodt, LLC, f/k/a Mallinckrodt Group, Inc.., f/k/a IMERCA Group, Inc. f/k/a International Minerals & Chemical Corporation

SB Decking, Inc., f/k/a Selby, Battersby & Co., Inc.

Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Joey Arata, Eastern District of Virginia, Case No.: 4:10-cv-03271-MSD
Cesar Reyes Benitez, Eastern District of Virginia, Case No.: 4:10-cv-03272-MSD
Willie Thomas James, Eastern District of Virginia, Case No.: 4:10-cv-03270-MSD
Sheila Ned, Eastern District of Virginia, Case No.: Case No.: 4:10-cv-03269-MSD

****************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/22/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Jeffrey S. Poretz, Esq.
Miles & Stockbrdige P.C.
1751 Pinnacle Dr., Suite 500
McLean, Virginia 22102

Telephone No.: (703) 903-9000      Fax No.: (703) 610-8686

Email Address: jporetz@milesstockbridge.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

PLEADING NO. 6114

OFFICIAL FILE COPY   IMAGED MAR 23 2010