# MDL 875

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN** (Noon Eastern Time) March 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):**
Plaintiffs Ervin Brindowski and Alice Brindowski

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).— attach list if necessary):**
Ervin Brindowski and Alice Brindowski v. Alco Valves, Inc., et al.
In the United States District Court for the Eastern District of Wisconsin
Case No.: 10-CV-00070-CNC

PLEADING NO. 6115

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

March 17, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Ronald G. Tays
Tays Law Office
812 East State Street
Milwaukee, WI  53202

Telephone No.: (414) 223-4555        Fax No.: (414) 223-0292

Email Address: rgt@tayslaw.net

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**    IMAGED MAR 23 2010