# KELLER, FISHBACK & JACKSON LLP

NEW YORK • LOS ANGELES • SAN FRANCISCO

March 22, 2010

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 5 2010

FILED
CLERK'S OFFICE

*VIA FACSIMILE 202.502.2888*

Michael Beck
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 6116

Re: <u>Barnes v. A.W. Chesterton, et al.</u>
USDC Case No. 2:10-cv-01379-R-VBK
LASC Case No.: BC 412240
MDL No.: 875
CAN No.: 10-1379
CTO No.: 332

Dear Mr. Beck:

On behalf of the plaintiffs in the above-captioned action, I write to notify the Judicial Panel on Multidistrict Litigation of Plaintiffs' opposition to the conditional transfer order transferring the above-captioned action to the United States District Court for the Eastern District of Pennsylvania. I also write to inform the Panel of Plaintiffs' filing of a motion to remand the above-captioned action to the Superior Court of California, County of Los Angeles set to be heard on May 3, 2010, before the Honorable Manuel Real in the U.S. District Court for the Central District of California. Accordingly, Plaintiffs request that any decision on the transfer of the above captioned to the Central District of Pennsylvania be continued to a date after Plaintiffs' motion to remand is heard on May 3, 2010. Plaintiffs intend to file a motion to vacate the conditional transfer order and brief in support thereof in accordance with R.P.J.P.M.L. Rule 7.4.

Thank you for your attention regarding this matter. Please feel free to contact me should you have any questions.

Sincerely,

Douglas V. Dukclow

**OFFICIAL FILE COPY**

IMAGED MAR 2 5 2010