# MDL 875

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 6 2010

FILED
CLERK'S OFFICE

MDL No. 10-101-SLR- In re Asbestos Litigation

*Michael Musselman, et. al. v. Amphenol Corporation, et. al.,* Superior Court of the State of Delaware in and for New Castle County; Case No. 09C-03-135 ASB

## NOTICE OF OPPOSITION TO CTO-332

PLEADING NO. 6118

I represent Plaintiff, Michael Musselman, in the above captioned action included on the conditional transfer order (CTO-332). Michael Musselman submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

By: _____
Andrew J. Balcer
322 East Broadway
P.O. Box 602
Alton, Illinois 62002
(618)465-3220
Fax: (618)465-3240
Attorney for Plaintiff

Counsel for Plaintiff Michael Musselman

2010 MAR 25 P 3:00
JUDICIAL PANEL
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED MAR 2 6 2010