03/25/2010 THU 14:02 FAX SAVILLE & FLINT, LLC ☑002/003
Case MDL No. 875   Document 6119   Filed 03/26/10   Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 875**

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MAR 2 6 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   March 26, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-332)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Michael Musselman, etc. - Plaintiff

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Federal:
District - Delaware
Division - 1
MDL No. - 10-101-SLR

State:
State of Delaware
County of New Castle
Case No. 09C-03-135 ASB

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/25/10
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Andrew J. Balcer

Saville & Flint, L.L.C.
322 E. Broadway
Alton, Illinois 62002

Telephone No.: 618-465-3220      Fax No.: 618-465-3240

Email Address: ABalcer@ToVerdict.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

## OFFICIAL FILE COPY

JPML Form 18

**IMAGED** MAR 2 6 2010

PLEADING NO. 6119