# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

TO: United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) March 26, 2010  Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 29 2010

FILED
CLERK'S OFFICE

MDL No. 875 — IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-332)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):
Ford Motor Company, Defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Louretha Bell, Individually and as the Administratrix of the Estate of Vannie Bell, Jr., Deceased, et al.
v.
Asbestos Defendants:

Allis-Chalmers Corporation Product Liability Trust, et al.

Civil Action No. 4:10-CV-48

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3.26.2010
Date

_____
Signature of Attorney or Designee

Name and Address of Designated Attorney:

Adrienne E. Dominguez
Thompson & Knight L.L.P.
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533

Telephone No.: 214/969-1674            Fax No.: 214/969-1751

Email Address: Adrienne.dominguez@tklaw.com

PLEADING NO. 6122

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**   IMAGED MAR 2 9 2010