|  |  |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>Apr 06, 2010<br><br>FILED<br>CLERK'S OFFICE |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                    MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-333)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,191 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY  
LITIGATION (NO. VI)    MDL No. 875

## SCHEDULE CTO-333 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10-1583 | Michael Eugene Morgan, et al. v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-1612 | Duane Smith v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-1784 | Sylvia J. Edem, et al. v. The C.P. Hall Co., et al. |
| CAC | 2 | 10-1823 | Charles Gregory, et al. v. A.W. Chesterton Co., et al. |
| CAC | 2 | 10-1952 | Duane Smith v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-2074 | Helena Rieniets, et al. v. A.O. Smith Corp., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-1058 | George S. Clark, et al. v. BHP Copper, Inc., et al. |
| **DELAWARE** | | | |
| DE | 1 | 10-174 | Olga Pavlick, etc. v. Advance Stores Co., Inc., et al. |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 10-186 | Irvin Allen, et al. v. BNSF Railway Co. |
| **INDIANA NORTHERN** | | | |
| INN | 3 | 09-149 | Rickey Young, Sr. v. Chambers Gasket & Manufacturing Co., et al. |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 10-164 | Joseph A. Ardoin, Jr. v. DSM Copolymer, Inc., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 10-57 | Gary Wayne Haddon, et al. v. 3M Co., et al. |
| NCW | 1 | 10-58 | Ronald Wade Taylor, et al. v. 3M Co., et al. |
| NCW | 1 | 10-59 | Dean Eugene Whipp, et al. v. 3M Co., et al. |
| **OHIO NORTHERN** | | | |
| OHN | 1 | 10-10000 | Eduardo C. Perez v. Acorn Iron & Supply Co., et al. |
| OHN | 1 | 10-10001 | Ephram Stanford v. Acorn Iron & Supply Co., et al. |
| OHN | 1 | 10-10002 | Edward Saunders v. Acorn Iron & Supply Co., et al. |
| OHN | 1 | 10-10003 | Edwin H. Ellison v. Acorn Iron & Supply Co., et al. |
| OHN | 1 | 10-10004 | Howard M. Zagoria v. Acorn Iron & Supply Co., et al. |
| OHN | 1 | 10-10005 | John P. Folan v. Acorn Iron & Supply Co., et al. |

**MDL No. 875 - Schedule CTO-333 Tag-Along Actions (Continued)**

**DIST.  DIV.  C.A. #   CASE CAPTION**

SOUTH CAROLINA

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| SC | 0 | 08-1043 | Robert W. Smith, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3202 | Johnny W. Phillips, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-291 | Ralph Floyd Gwin, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-471 | Charles Ison Howe, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-530 | Richard G. Parrish, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-531 | Gary Wayne Seaford, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-669 | Jerry Dean Sims, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-764 | Robert Dewey Lewis, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-887 | Ronald Cleve Giles, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-1194 | William Charles Ludlam, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-1195 | Don Paul Davis, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-1555 | John Roland Brown, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-1789 | Jack Ray Mobley, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2934 | Richard Brian Rogers v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-3062 | Gary Lynn Beale v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-3071 | Robert Glenn Clark, et al. v. A.W. Chesterton Co., et al. |
| SC | 6 | 09-554 | Frank Lane Gaddis v. Aqua-Chem, Inc., et al. |
| SC | 6 | 09-555 | Deothus Jeter, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-3201 | Charles J. Webb, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 09-470 | Winford Raymond Horton, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-529 | William David Gailey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-552 | Ronald Jackson Aiken, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-553 | Chikh Frihi, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-556 | Edwin G. LeGette, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-557 | Doyle S. Looney v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-598 | Howard M. Wilbanks, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-600 | Kenneth Ray Harrison, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-622 | Jimmy Dale Williams, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-628 | Michael Haney Marcengill, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-658 | David Warren Day, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-767 | Johnny Lynn Watson v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1478 | Alvin Eugene Wilson, et al. v. A.W. Chesterton Co., et al. |

VIRGINIA EASTERN

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| VAE | 2 | 10-9676 | Steve Gleason v. American Standard, Inc., et al. |
| VAE | 2 | 10-9677 | William H. Monroe, Jr., etc. (Gerald Rae McConnell) v. American Standard, Inc., et al. |
| VAE | 2 | 10-9678 | William Miller v. American Standard, Inc., et al. |
| VAE | 2 | 10-9679 | William Pidany v. American Standard, Inc., et al. |
| VAE | 2 | 10-9680 | Glen L. Weichold v. American Standard, Inc., et al. |