UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 06, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                          MDL No. 875

## NOTICE OF FILING OF
## CONDITIONAL TRANSFER ORDER (CTO-333)

    Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter.  This matter is transferred pursuant to Rule 7.4 of the [Rules of Procedure of the Judicial Panel on Multidistrict Litigation](), 199 F.R.D. 425, 435-36 (2001).  The order will be stayed for 14 days unless opposed in accordance with Rule 7.4(c).

    Notices of Opposition should be filed by email or facsimile.  Refer to Rule 5.1.1 et seq. for filing options and requirements.  File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action.  A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred.  **Fax transmission of the motion and brief will not be accepted.**

    Opposing counsel shall notify the Clerk of the Panel of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel.  An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.)  The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before: <u>April 20, 2010</u> (12 noon EST)**

    If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

    Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **by email (as a PDF attachment), at JPMLeFILE@jpml.uscourts.gov;  or by facsimile, at (202) 502-2888,** of any official changes in the status of the tag-along action.  Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

    Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions.  A Panel Service List is attached to this notice.

                                                                                FOR THE PANEL:

                                                                                Jeffery N. Lüthi
                                                                               Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

## PANEL SERVICE LIST (CTO-333)

David Lee Amell
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Peter G. Angelos
LAW OFFICES OF PETER
G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Melissa R. Badgett
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105

Joshua H. Bennett
BENNETT &
GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Allison Naquin Benoit
KEAN MILLER
HAWTHORNE ET AL
301 Main Street
18th Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Gary A. Bezet
KEAN MILLER
HAWTHORNE ET AL
One American Place
18th Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Ian Connor Bifferato
BIFFERATO LLC
800 North King Street
Plaza Level
Wilmington, DE 19801

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Roy B. Blackwell
KAUFMAN &
CANOLES PC
4801 Courthouse Street
Suite 300
P.O. Box 6000
Williamsburg, VA 21385

Jordan Blumenfeld-James
SIMON EDDINS &
GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802

Timothy W. Bouch
LEATH BOUCH &
CRAWFORD
P.O. Box 59
Charleston, SC 29402

Sarah M. Bowman
DEAN & GIBSON PLLC
301 South McDowell Street
Suite 900
Charlotte, NC 28204-2686

Richard A. Brody
BRENT COON &
ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Richard Soo Chon
PERKINS COIE LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131

William D. Conner
HAYNSWORTH SINKLER
BOYD
P.O. Box 2048
Greenville, SC 29602

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415

William Pearce Davis
BAKER RAVENEL &
BENDER
P.O. Box 8057
Columbia, SC 29202

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Alan Scott Goldberg
SELMAN BREITMAN LLP
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025-6538

**MDL No. 875 - Panel Service List (CTO-333) (Continued)**

William M. Graham
WALLACE &
GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Dean A. Hanley
PAUL HANLEY &
HARLEY
1608 Fourth Street
Suite 300
Berkeley, CA 94710

Anthony C. Hayes
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Edward W. Hearn
JOHNSON & BELL LTD
1435 E. 85th Avenue
Merrillville, IN 46410

Stephanie F. Holtzlander
CANTRELL STRENSKI &
MEHRINGER LLP
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204

Edward R. Hugo
BRYDON HUGO &
PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071

Arthur Timothy Jones
HAWKINS &
PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

David P. Jones
NEWBY LEWIS KAMINSKI &
JONES LLP
916 Lincolnway
P.O. Box 1816
LaPorte, IN 46350-1816

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Paul Kalish
CROWELL &
MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607

Daniel L. Keller
KELLER FISHBACK
JACKSON LLP
18425 Burbank Boulevard
Suite 610
Tarzana, CA 91356

James G. Kennedy
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Donald A. Krispin
MARITIME ASBESTOSIS
LEGAL CLINIC
645 Griswold Road
Suite 1550
Detroit, MI 48226

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520

Peter B. Langbord
FOLEY &
MANSFIELD PLLP
300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071

J. Burton LeBlanc, IV
BARON & BUDD PC
9015 Bluebonnet Blvd.
Baton Rouge, LA 70808

Jo Ann Lea
BARON & BUDD PC
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810

David L. Levy
HEDRICK GARDNER
KINCHELOE &
GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230

R. Bates Lovett
HUNTER MACLEAN
EXLEY & DUNN PC
P.O. Box 9848
Savannah, GA 31412

Helen Marie Luetto
WALSWORTH FRANKLIN
BEVINS & MCCALL LLP
One City Boulevard, West
Fifth Floor
Orange, CA 92868-3604

**MDL No. 875 - Panel Service List (CTO-333) (Continued)**

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105

Robert O. Meriwether
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013

Willard J. Moody, Jr.
MOODY LAW FIRM INC
500 Crawford Street
Suite 300
Portsmith, VA 23704

Thomas Jeffrey Moses
BRYDON HUGO &
PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Penelope B. O'Connell
ELZUFON AUSTIN
REARDON TARLOV &
MONDELL PA
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY
WARNER COLEMAN &
GOGGIN
1220 N. Market Street
Suite 500
P.O. Box 8888
Wilmington, DE 19899

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
P.O. Drawer 7788
Columbia, SC 29202

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Barry R. Schirm
GRACE COSGROVE &
SCHIRM APC
444 South Flower Street
11th Floor
Los Angeles, CA 90071

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106

Charles T. Sheldon
SEDGWICK DETERT
MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Erin J. Sparkuhl
SHOOK HARDY &
BACON LLP
Jamboree Center
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546

Kevin A. Sullivan
SAUTER
SULLIVAN ET AL
3415 Hampton Avenue
St. Louis, MO 63139

Robert E. Swickle
JAQUES ADMIRALTY
LAW FIRM PC
The Maritime Asbestosis
Legal Clinic
1370 Penobscot Building
645 Griwsold Street
Detroit, MI 48226-4192

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305

Michael P. Thornton
THORNTON &
NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110

**MDL No. 875 - Panel Service List (CTO-333) (Continued)**

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402

Mona Lisa Wallace
WALLACE &
GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Timothy J. Walsh
5415 Buffet Ct.
Granger, IN 46530

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Michelle Marie Weathers
SWANSON MARTIN & BELL LLP
330 North Wabash
Suite 3300
Chicago, IL 60611

Stephen B. Williamson
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street
Suite 2900
Charlotte, NC 28202-4213

Karen M. Zello
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510