# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

APR - 7 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) April 20, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-333)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Plaintiffs Helena Rieniets as successor in interest to Melvin Arnold Rieniets, Deborah Ziegler, Henry Rieniets, William Rieniets

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Helena Rieniets, et al v. A.O. Smith Corporation, et al.
Case no. 2:10-CV-02074-R-VBK

***

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/7/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Seth A. Curtis
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone No.: 415-489-7420     Fax No.: 415-489-7426
Email Address: seth.curtis@bcoonlaw.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

**OFFICIAL FILE COPY**

JPML Form 18
IMAGED APR - 7 2010

PLEADING NO. 6128

Richard A. Brody, ESQ. (SBN 100379)
Seth Curtis, Esq. (SBN 236263)
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile:  415.489.7426

Attorneys for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 7 2010

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENA RIENIETS as successor in interest to MELVIN ARNOLD RIENIETS, Deceased; DEBORAH ZIEGLER; HENRY RIENIETS; and WILLIAM RIENTIETS,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPPORATION, et al.<br><br>Defendants. | Case No. CV-10-2074 RGK (AJWx)<br><br>**PROOF OF SERVICE** |

2010 APR -7 P 1:02
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

1

*Rieniets v. A.O. Smith Corporation, et al.*
Case No.  CV-10-2074 RGK (AJWx)

PROOF OF MAIL SERVICE

*Rieniets v. A.O. Smith Corporation, et al.*
Case No. CV-10-2074 RGK (AJWx)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**PROOF OF SERVICE**

APR - 7 2010

FILED
CLERK'S OFFICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of San Francisco, California; my business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104. On the date below, I served a true and correct copy of the document(s) described below on the parties and/or their attorneys record to this action in the manner indicated below:

**Document(s) served:**

**NOTICE OF APPEARANCE (CTO-333)**

**Method of Service**

[XXX] **BY FACSIMILE:** I caused the said document to be transmitted by facsimile transmission to the number indicated after the address noted below or on the attachment herein.

**Parties served:**

See Attached Service List

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 7, 2010

Cheri Hericourt
Cheri Hericourt

---

*Rieniets v. A.O. Smith Corporation, et al.*
Case No. CV-10-2074 RGK (AJWx)

PROOF OF MAIL SERVICE

2

SERVICE LIST  Helena Rieniets, et al v. A.O. Smith Corporation, et al  BC424380  4/7/2010

CROWN CORK & SEAL COMPANY, INC., INDIVIDUALLY AND AS SUCCESSOR TO MUNDET CORK COMPANY
**ARMSTRONG AND ASSOCIATES LLP**
ONE KAISER PLAZA SUITE 625
OAKLAND, CA 94612
P: (510) 433-1830    F: (510) 433-1836

HANSON PERMANENTE CEMENT, INC., FORMERLY KNOWN AS KAISER CEMENT CORPORATION
**BASSI, EDLIN, HUIE & BLUM LLP**
351 CALIFORNIA ST STE 200
SAN FRANCISCO, CA 94104
P: (415) 397-9006    F: (415) 397-1339

J.T. THORPE & SON, INC
**BASSI, EDLIN, HUIE & BLUM LLP**
351 CALIFORNIA ST STE 200
SAN FRANCISCO, CA 94104
P: (415) 397-9006    F: (415) 397-1339

KAISER GYPSUM COMPANY, INC.
**BASSI, EDLIN, HUIE & BLUM LLP**
351 CALIFORNIA ST STE 200
SAN FRANCISCO, CA 94104
P: (415) 397-9006    F: (415) 397-1339

M. SLAYEN & ASSOCIATES, INC.
**BECHERER KANNETT AND SCHWEITZER**
1255 Powell Street
EMERYVILLE, CA 94608
P: (510) 658-3600    F: (510) 658-1151

A. O. SMITH CORPORATION
**BENNETT SAMUELSEN REYNOLDS AND ALLARD**
1301 MARINA VILLAGE PARKWAY STE 300
ALAMEDA, CA 94501
P: (510) 444-7688    F: (510) 444-5849

FOSTER WHEELER USA CORPORATION
**BRYDON HUGO AND PARKER**
135 MAIN STREET STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300    F: (415) 808-0333

UNION CARBIDE CORPORATION
**BRYDON HUGO AND PARKER**
135 MAIN STREET STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300    F: (415) 808-0333

BAE SYSTEMS, INC., INDIVIDUALLY AND AS THE PARENT TO BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., BAE SYSTEMS NORFOLK SHIP REPAIR, INC. BAE SYSTEMS HAWAII SHIPYARDS, INC. AND BAE SYSTEMS SAN DIEGO SHIP REPAIR, INC.
**BUTY AND CURLIANO LLP**
555 12TH ST STE 1280
OAKLAND, CA 94607
P: (510) 267-3000    F: (510) 267-0117

WARREN PUMPS LLC

CARROLL BURDICK ET AL
44 MONTGOMERY ST STE 400
SAN FRANCISCO, CA 94104
P: (415) 989-5900    F: (415) 989-0932

A.W. CHESTERTON COMPANY
**COOLEY MANION JONES HAKE AND KUROWSKI**
201 Spear St Suite 1800
SAN FRANCISCO, CA 94105
P: (415) 512-4381    F: (415) 512-6791

OAKFABCO, INC, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO KEWANEE BOILERS
**FILICE BROWN ET AL**
1999 HARRISON ST 18TH FLR
OAKLAND, CA 94612
P: (510) 444-3131    F: (510) 839-7940

KELLY MOORE PAINT COMPANY, INC.
**FOLEY AND MANSFIELD PLLP**
300 South Grand Ave, Suite 2800
LOS ANGELES, CA 90071
P: (213) 283-2100    F: (213) 283-2101

COLTEC INDUSTRIES, INC., FAIRBANKS MORSE ENGINE DIVISION
**GLASPY AND GLASPY**
100 PRINGLE AVE SUITE 750
WALNUT CREEK, CA 94596
P: (925) 947-1300    F: (925) 947-1594

FAIRBANKS MORSE PUMP CORPORATION
**GLASPY AND GLASPY**
100 PRINGLE AVE SUITE 750
WALNUT CREEK, CA 94596
P: (925) 947-1300    F: (925) 947-1594

GARLOCK SEALING TECHNOLOGIES, LLC INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ANCHOR PACKING COMPANY
**GLASPY AND GLASPY**
100 PRINGLE AVE SUITE 750
WALNUT CREEK, CA 94596
P: (925) 947-1300    F: (925) 947-1594

KEELER/DOOR-OLIVER BOILER COMPANY
**GORDON AND REES**
275 BATTERY ST STE 2000
SAN FRANCISCO, CA 94111
P: (415) 986-5900    F: (415) 986-8054

GOULDS PUMPS, INCORPORATED
**GORDON AND REES**
275 BATTERY ST STE 2000
SAN FRANCISCO, CA 94111
P: (415) 986-5900    F: (415) 986-8054

INGERSOLL-RAND COMPANY

**GORDON AND REES**
275 BATTERY ST STE 2000
SAN FRANCISCO, CA 94111
P: (415) 986-5900    F: (415) 986-8054

MANNINGTON MILLS, INC.
**GORDON AND REES**
275 BATTERY ST STE 2000
SAN FRANCISCO, CA 94111
P: (415) 986-5900    F: (415) 986-8054

ALLIED PACKING & SUPPLY, INC.
**HERR AND ZAPALA**
152 N THIRD ST STE 500
SAN JOSE, CA 95112
P: (408) 287-7788    F: (408) 927-0408

IMO INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DELAVAL STEAM TURBINE CO.
**HOWARD ROME MARTIN AND RIDLEY LLP**
1775 WOODSIDE RD STE 200
REDWOOD CITY, CA 94061
P: (650) 365-7715    F: (650) 364-5297

AIR & LIQUID SYSTEMS CORPORATION AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.
**JACKSON AND WALLACE LLP**
17424 VENTURA BLVD STE 1210
SHERMAN OAKS, CA 91403
P: (818) 379-4700    F: (818) 379-4702

GENERAL DYNAMICS CORPORATION
**JACKSON AND WALLACE LLP**
17424 VENTURA BLVD STE 1210
SHERMAN OAKS, CA 91403
P: (818) 379-4700    F: (818) 379-4702

ZURN INDUSTRIES, LLC, FORMERLY KNOWN AS ZURN INDUSTRIES, INC.
**JACKSON AND WALLACE LLP**
17424 VENTURA BLVD STE 1210
SHERMAN OAKS, CA 91403
P: (818) 379-4700    F: (818) 379-4702

CRANE CO.
**K AND L GATES LLP**
10100 Santa Monica Boulevard Seventh Floor
LOS ANGELES, CA 90067
P: (310) 552-5000    F: (310) 552-5001

THE GOODYEAR TIRE & RUBBER COMPANY
**LEWIS BRISBOIS BISGAARD AND SMITH LLP.**
221 North Figueroa St Suite 1200
Los Angeles, CA 90012
P: (213) 250-1800    F: (213) 580-7942

METALCLAD INSULATION CORPORATION, INDIVIDUALLY AND AS SII NORTHERN CALIFORNIA INSULATION

MCKENNA LONG AND ALDRIDGE LLP
300 S. Grand Avenue 14th Floor
LOS ANGELES, CA 90071
P: (213) 688-1000          F: (213) 243-6330

SOCO WEST, INC., FORMERLY KNOWN AS BRENNTAG WEST, INC.
**MURRIN AND ASSOCIATES LLC**
71 LafayetteCircle Suite B
LAFAYETTE, CA 94549
P: (925) 262-2105          F: (925) 262-2111

GEORGIA-PACIFIC LLC FORMERLY KNOWN AS GEORGIA-PACIFIC CORPORATION
**PERKINS COIE**
1888 Century Park East Suite 1700
LOS ANGELES, CA 90067
P: (310) 788-9900          F: (310) 843-1284

CBS CORPORATION, A DELEWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION
**POND NORTH LLP**
350 S GRAND AVE STE 3300
LOS ANGELES, CA 90071
P: (213) 617-6170          F: (213) 623-3594

FMC CORPORATION
**POND NORTH LLP**
350 S GRAND AVE STE 3300
LOS ANGELES, CA 90071
P: (213) 617-6170          F: (213) 623-3594

FRASER'S BOILER SERVICE, INC.
**POND NORTH LLP**
350 S GRAND AVE STE 3300
LOS ANGELES, CA 90071
P: (213) 617-6170          F: (213) 623-3594

STERLING FLUID SYSTEMS (U.S.A), LLC, FORMERLY KNOWN AS PEERLESS PUMP COMPANY
**POND NORTH LLP**
350 S GRAND AVE STE 3300
LOS ANGELES, CA 90071
P: (213) 617-6170          F: (213) 623-3594

ALFA LAVAL, INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO SHARPLES, INC., ALFA LAVAL SEPARATION, INC. AND DELAVAL SEPARATOR COMPANY
**PRINDLE AMARO GOETZ HILLYARD BARNES AND REINHOLTZ LLP**
310 GOLDEN SHORE, 4TH FLR PO BOX 22711
LONG BEACH, CA 90801
P: (562) 436-3946          F: (562) 495-0564

SYD CARPENTER MARINE ENGINEERING INC.
**PRINDLE AMARO GOETZ HILLYARD BARNES AND REINHOLTZ LLP**
310 GOLDEN SHORE, 4TH FLR PO BOX 22711
LONG BEACH, CA 90801
P: (562) 436-3946          F: (562) 495-0564

TRIPLE A MACHINE SHOP
**PRINDLE AMARO GOETZ HILLYARD BARNES AND REINHOLTZ LLP**
310 GOLDEN SHORE, 4TH FLR PO BOX 22711
LONG BEACH, CA 90801
P: (562) 436-3946          F: (562) 495-0564

TUTHILL CORPORATION
**SCHIFF HARDIN LLP**
ONE MARKET, SPEAR TOWER 32ND FLR
SAN FRANCISCO, CA 94105
P: (312) 258-5500          F: (415) 901-8701

GENERAL ELECTRIC COMPANY
**SEDGWICK DETERT MORAN AND ARNOLD LLP**
801 S FIGUEROA ST 18TH FLR
LOS ANGELES, CA 90017
P: (213) 426-6900          F: (213) 426-6821

KENTILE FLOORS, INC.
**SELMAN BREITMAN LLP**
33 NEW MONTGOMERY ST SIXTH FLR
SAN FRANCISCO, CA 94105
P: (415) 979-0400          F: (415) 979-2099

SEPCO CORPORATION
**SELMAN BREITMAN LLP**
11766 Wilshire Boulevard, Sixth Floor
LOS ANGELES, CA 90025
P: (310) 445-0800          F: (310) 473-2525

THE DARCOID COMPANY OF CALIFORNI
**SELMAN BREITMAN LLP**
11766 Wilshire Boulevard, Sixth Floor
LOS ANGELES, CA 90025
P: (310) 445-0800          F: (310) 473-2525

PARKER-HANNIFIN CORPORATION, AS SUCCESSOR IN INTEREST TO SOCOMO-SIERRA
**SEMPER LAW GROUP**
333 South Hope Street Suite 3950
LOS ANGELES, CA 90071
P: (213) 437-9700          F: (213) 596-1466

RAPID AMERICAN CORPORATION
**SONNENSCHEIN NATH AND ROSENTHAL LLP**
525 MARKET ST 26TH FLOOR
SAN FRANCISCO, CA 94105
P: (415) 882-5000          F: (415) 882-0300

DOMCO INC.
**STEVENS DRUMMOND AND GIFFORD**
1910 OLYMPIC BLVD SUITE 250
WALNUT CREEK, CA 94596
P: (925) 944-5550          F: (925) 256-9669

HOBART BROTHERS COMPANY
**TUCKER ELLIS AND WEST**
515 South Flower Street Forty-Second Floor
LOS ANGELES, CA 90017
P: (213) 430-3400          F: (213) 430-3409

LINCOLN ELECTRIC COMPANY

TUCKER ELLIS AND WEST
515 South Flower Street Forty-Second Floor
LOS ANGELES, CA 90017
P: (213) 430-3400          F: (213) 430-3409

HILL BROTHERS CHEMICAL COMPANY
**VASQUEZ ESTRADA AND CONWAY LLP**
1000 4TH ST STE 700
SAN RAFAEL, CA 94901
P: (415) 453-0555          F: (415) 453-0549

BONDEX INTERNATIONAL, INC.
**WALSWORTH FRANKLIN BEVINS AND MCCALL LLP**
1 City Boulevard West, Fifth Floor
ORANGE, CA 92868
P: (714) 634-2522          F: (714) 634-0686

BRYAN STEAM LLC (FKA: BRYAN STEAM CORP.)
**WALSWORTH FRANKLIN BEVINS AND MCCALL LLP**
1 City Boulevard West, Fifth Floor
ORANGE, CA 92868
P: (714) 634-2522          F: (714) 634-0686

CLEAVER-BROOKS, INC.
**WALSWORTH FRANKLIN BEVINS AND MCCALL LLP**
601 MONTGOMERY ST 9TH FLR
SAN FRANCISCO, CA 94111
P: (415) 781-7072          F: (415) 391-6258

ELLIOTT COMPANY ALSO KNOWN AS ELLIOTT TURBOMACHINERY COMPANY, INC.
**WALSWORTH FRANKLIN BEVINS AND MCCALL LLP**
1 City Boulevard West, Fifth Floor
ORANGE, CA 92868
P: (714) 634-2522          F: (714) 634-0686

HAMILTON MATERIALS, INC.
**WALSWORTH FRANKLIN BEVINS AND MCCALL LLP**
1 City Boulevard West, Fifth Floor
ORANGE, CA 92868
P: (714) 634-2522          F: (714) 634-0686

QUINTEC INDUSTRIES, INC.
**WALSWORTH FRANKLIN BEVINS AND MCCALL LLP**
1 City Boulevard West, Fifth Floor
ORANGE, CA 92868
P: (714) 634-2522          F: (714) 634-0686

SB DECKING, INC., FORMERLY KNOWN AS SELBY, BATTERSBY & COMPANY
**WALSWORTH FRANKLIN BEVINS AND MCCALL LLP**
1 City Boulevard West, Fifth Floor
ORANGE, CA 92868
P: (714) 634-2522          F: (714) 634-0686