UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

Apr 19, 2010

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

## NOTICE OF FILING OF
## CONDITIONAL TRANSFER ORDER (CTO-334)

Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). The order will be stayed for 14 days unless opposed in accordance with Rule 7.4(c).

Notices of Opposition should be filed by email or facsimile. Refer to Rule 5.1.1 et seq. for filing options and requirements. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Fax transmission of the motion and brief will not be accepted.**

Opposing counsel shall notify the Clerk of the Panel of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before: <u>May 3, 2010</u> (12 noon EST)**

If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **by email (as a PDF attachment), at JPMLeFILE@jpml.uscourts.gov; or by facsimile, at (202) 502-2888,** of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions. A Panel Service List is attached to this notice.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                                    MDL No. 875

**PANEL SERVICE LIST (CTO-334)**

F. Saunders Aldridge, III
HUNTER MACLEAN EXLEY &
DUNN
P.O. Box 9848
Savannah, GA 31412
**saldridge@huntermaclean.com**

Thomas B. Almy
DOMBROFF & GILMORE PC
1676 International Drive
McLean, VA 22102
**talmy@dglitigators.com**

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Patrick J. Attridge
KING & ATTRIDGE
39 West Montgomery Avenue
Rockville, MD 20850
**pjattridge@kingattridge.com**

S. Allen Baker, Jr.
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P.O. Box 306
Birmingham, AL 35201-0306
**abaker@balch.com**

Robert R. Baugh
SIROTE & PERMUTT PC
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255
**baughnortherndistrict@sirote.com**

V. Brian Bevon
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
**bbevon@motleyrice.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Roy B. Blackwell
KAUFMAN & CANOLES PC
4801 Courthouse Street
Suite 300
P.O. Box 6000
Williamsburg, VA 23185
**rbblackwell@kaufcan.com**

Amaryah K. Bocchino
COOLEY MANION &
JONES LLP
500 Delaware Avenue
Suite 710
Wilmington, DE 19801
**abocchino@cmjlaw.com**

Emily S. Bonds
WALSTON WELLS
ANDERSON & BAINS
1819 5th Avenue North,
Suite 1100
P.O. Box 830642
Birmingham, AL 35203-0642
**ebonds@walstonwells.com**

Richard W. Boone
BOONE & ASSOCIATES PC
10195 Main Street
Suite D
Fairfax, VA 22031-2642
**rwboone@aol.com**

Timothy W. Bouch
LEATH BOUCH &
CRAWFORD
P.O. Box 59
Charleston, SC 29402
**tbouch@leathbouchlaw.com**

Allen Dale Bowers, II
LAW OFFICE OF JOSEPH RHOADES
1225 King Street
Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874
**dale.bowers@rhoadeslegal.com**

Alan R. Brayton
BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169
**ABrayton@braytonlaw.com**

Richard A. Brody
BRENT COON & ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104
**rick.brody@bcoonlaw.com**

Daniel A. Brown
BROWN & GOULD LLP
7700 Old Georgetown Road
Suite 500
Bethesda, MD 20814-6204
**dbrown@brownandgould.com**

Kay M. Brown
DEHAY & ELLISTON
36 South Charles Street
Suite 1300
Baltimore, MD 21201
**kbrown@dehay.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Laura Cabutto
SIMON EDDINS & GREENSTONE
3232 McKinney Avenue, Suite 610
Dallas, TX 75205
**lcabutto@seglaw.com**

**MDL No. 875 - Panel Service List (CTO-334) (Continued)**

Jennifer E. Cameron
MARKS O'NEILL O'BRIEN &
COURTNEY PC
600 Baltimore Avenue
Suite 305
Towson, MD 21204
**jcameron@mooclaw.com**

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308
**michaelp.cascino@gmail.com**

David T. Case
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006-1600
**david.case@klgates.com**

Stuart L. Cohen
BENNETT AIELLO COHEN &
FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131
**scohen@bennettaiello.com**

Christopher J.M Collings
MORGAN LEWIS &
BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
**ccollings@morganlewis.com**

William Ansel Collins, Jr.
THOMAS DOUGALL LAW
OFFICE
1700 Woodcreek Farms Road
Suite 100
Elgin, SC 29045
**wcollins@dougallfirm.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Ronald B. Cox
PROFITT & COX
8910 Two Notch Road
Suite 400
Columbia, SC 29223
**rcox@proffittcox.com**

John E. Cuttino
TURNER PADGET GRAHAM &
LANEY PA
P.O. Box 1473
Columbia, SC 29202
**jcuttino@turnerpadget.com**

Case A. Dan
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146
**cxd@ferrarolaw.com**

Richard Patrick Darke
DUANE MORRIS LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603
**rpdarke@duanemorris.com**

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**efletcher@hplegal.com**

Thomas F. Dougall
LAW OFFICE OF THOMAS F
DOUGALL
1713 Woodcreek Farms Road
Elgin, SC 29045
**tdougall@dougallfirm.com**

Rocky W. Eaton
AULTMAN TYNER RUFFIN &
SWETMAN LTD
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750
**reaton@aultmantyner.com**

Daniel S. Elger
GASS WEBER & MULLINS LLC
309 North Water Street
Milwaukee, WI 53202
**elger@gasswebermullins.com**

James H. Elliott
PRITCHARD & ELLIOTT
129 Broad Street
Charleston, SC 29401
**jelliott@pritchard-elliott.com**

Jenelle R. Evans
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 2700
P.O. Box 306
Birmingham, AL 35201-0306
**jevans@balch.com**

Paul N. Farquharson
SEMMES BOWEN &
SEMMES PC
25 South Charles Street
Suite 1400
Baltimore, MD 21201
**pfarguharson@semmes.com**

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
**mfischer@schiffhardin.com**

Stephanie G. Flynn
GALLIVAN WHITE &
BOYD PA
P.O. Box 10589
Greenville, SC 29603
**sflynn@gwblawfirm.com**

Jeffrey E. Friedman
FRIEDMAN LEAK DAZZIO
ZULANAS & BOWLING PC
3800 Corporate Woods Drive
Suite 650
P.O. Box 43219
Birmingham, AL 35242
**jfriedman@friedmanleak.com**

**MDL No. 875 - Panel Service List (CTO-334) (Continued)**

James D. Gandy, III
PIERCE HERNS SLOAN &
MCLEOD
P.O. Box 22437
Charleston, SC 29413
**trippgandy@phsm.net**

Amy Harmon Geddes
NEXSEN PRUET LLC
PO Drawer 2426
Columbia, SC 29202
**ageddes@nexsenpruet.com**

Neal C. Glenn
KELLEY JASONS MCGOWAN
SPINELLI & HANNAThe
Webster Building
3411 Silverside Road, Suite 209
Wilmington, DE 19801
**nglenn@kjmsh.com**

Robert S. Goldman
PHILLIPS GOLDMAN &
SPENCE PA
1200 North Broom Street
Wilmington, DE 19806
**rsg@pgslaw.com**

Thomas M. Goss
GOODELL DEVRIES LEECH &
DANN LLP
Commerce Place
One South Street, 20th Floor
Baltimore, MD 21202
**tmg@gdldlaw.com**

Noah Green
GORDON EDELSTEIN
KREPACK GRANT FELTON &
GOLDSTEIN
3580 Wilshire Blvd.
Suite 1800
Los Angeles, CA 90010
**nxg@geklaw.com**

Charles T. Greene
LIGHTFOOT FRANKLIN &
WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
**cgreene@lightfootlaw.com**

Franklin Greene
MCGUIRE WOODS
Bank of American Plaza
100 North Tryon Street
Suite 2900
Charlotte, NC 28280
**fgreene@mcguirewoods.com**

Derrick L. Haddox
SWANSON MARTIN &
BELL LLP
One IBM Plaza
330 North Wabash Avenue
Suite 3300
Chicago, IL 60611
**dhaddox@smbtrials.com**

James A. Harris, III
HARRIS & HARRIS LLP
2501 20th Place South
Colonial Bank Building, Suite 450
Birmingham, AL 35223
 **jamey@harris-harris.com**

Christian H. Hartley
HARTLEY LAW
P.O. Box 2492
Mt. Pleasant, SC 29465
**chartley@christianhartley.com**

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070
**anthony.hayes@nelsonmullins.com**

Roger K. Heidenreich
SONNENSCHEIN NATH &
ROSENTHAL LLP
One Metropolitan Square
211 North Broadway
Suite 3000
St. Louis, MO 63102-2711
**rheidenreic@sonnenschein.com**

Robert H. Hood
HOOD LAW FIRM
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402
**bobbyjr.hood@hoodlaw.com**

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105
**ehugo@bhplaw.com**

George L. Inabinet, Jr.
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413
**beauinabinet@phsm.net**

David Aaron Jagolinzer
FERRARO LAW FIRM
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146
**daj@ferrarolaw.com**

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
**kjamison@pondnorth.com**

Zandra Lynn Johnson
SMITH MOORE
LEATHERWOOD LLP
P.O. Box 87
Greenville, SC 29602
**zandra.johnson@smithmoorelaw.com**

Arthur Timothy Jones
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**tjones@hplegal.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

**MDL No. 875 - Panel Service List (CTO-334) (Continued)**

Gary H. Kaplan
MARSHALL DENNEHEY
WARNER COLEMAN &
GOGGIN
1220 North Market Street
5th Floor
Wilmington, DE 19801
**gkaplan@goldfeinlawde.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square
211 North Pennsylvania Street
Suite 1800
Indianapolis, IN 46204-4208
**dking@woodmclaw.com**

Donald R. Kinsley
MARKS O'NEILL O'BRIEN &
COURTNEY PC
913 North Market Street
Suite 800
Wilmington, DE 19801
**dkinsley@mooclaw.com**

Christopher E. Knight
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302
**cknight@fowler-white.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

Kathleen M. LaBarge
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134
**labarge@bicecolelaw.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

Frank E. Lankford, Jr.
HUIE FERNAMBUCQ &
STEWART LLP
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484
**fel@hfsllp.com**

F. Ford Loker, Jr.
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
**floker@milesstockbridge.com**

R. Bates Lovett
HUNTER MACLEAN EXLEY &
DUNN PC
P.O. Box 9848
Savannah, GA 31412
**blovett@huntermaclean.com**

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Daniel A. Manna
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
**dmanna@foley.com**

Megan Trocki Mantzavinos
MARKS O'NEILL O'BRIEN &
COURTNEY PC
913 North Market Street
Suite 800
Wilmington, DE 19801
**mmantzavinos@mooclaw.com**

Mark A. Marder
2121 Ponce de Leon Boulevard
Suite 900
Coral Gables, FL 33134
**mamarder@marderlaw.com**

Jonathan D. Mattingly
BARNES & THORNBURG LLP
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204-3535
**jonathan.mattingly@btlaw.com**

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452
**rmayo@reedmayolaw.com**

Bruce W. McCullough
BODELL BOVE GRACE & VAN
HORN PC
1225 North King Street
Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
**bmccullough@bodellbove.com**

Moffatt Grier McDonald
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602
**mmcdonald@hsblawfirm.com**

**MDL No. 875 - Panel Service List (CTO-334) (Continued)**

Edward Bailey McDonough, Jr.
EDWARD B
MCDONOUGH JR PC
1800 AmSouth Bank Building
P.O. Box 1943
Mobile, AL 36633
**ebm@emcdonoughlaw.com**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Natalia Medina
MORGAN LEWIS & BOCKIUS
200 S. Biscayne Boulevard
Suite 5300 Wachovia Financial Center
Miami, FL 33131-2339
**nmedina@morganlewis.com**

Gary E. Merenstein
545 Manhattan Drive
#201
Boulder, CO 80303
**gemlegal@aol.com**

Robert O. Meriwether
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-0013
**robert.meriwether@nelsonmullins.com**

Willard J. Moody, Jr.
MOODY LAW FIRM INC
500 Crawford Street
Suite 300
Portsmith, VA 23704
**will@moodyrrlaw.com**

Howard P. Morris
JOHNSON & BELL LTD
33 West Monroe Street
Suite 2700
Chicago, IL 60603
**morris@jbltd.com**

Monica L. Mroz
LICHTENSTEIN FISHWICK &
JOHNSON PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601
**monica@vatrials.com**

Brenna K. Newman
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218
**brenna.newman@troutmansanders.com**

Edwin B. Nichols
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618
**bnichols@maynardcooper.com**

Robert F. Northcutt
CAPELL & HOWARD PC
150 S. Perry Street
P.O. Box 2069
Montgomery, AL 36102-2069
**julie@chlaw.com**

Steven W. Ouzts
TURNER PADGET GRAHAM &
LANEY PA
P.O. Box 1473
Columbia, SC 29202
**souzts@turnerpadget.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Vincent J. Palmiotto
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
**vpalmiotto@milesstockbridge.com**

Jonathan L. Parshall
MURPHY SPADARO & LANDON
1011 Centre Road
Suite 210
Wilmington, DE 19805
**jonp@msllaw.com**

Timothy Peck
SMITH MOORE
LEATHERWOOD LLP
300 N. Greene Street
Suite 1400
P.O. Box 21927
Greensboro, NC 27429-1927
**tim.peck@smithmoorelaw.com**

Michael G. Phelan
BUTLER WILLIAMS &
SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
**mphelan@butlerwilliams.com**

Scott Hamilton Phillips
SEMMES BOWEN & SEMMES PC
25 South Charles Street
Suite 1400
Baltimore, MD 21201
**sphillips@semmes.com**

Albert H. Poole
HUFF POOLE & MAHONEY PC
Huff, Poole & Mahoney Building
Suite 100
4705 Columbus Street
Virginia Beach, VA 23462
**apoole@hpmlaw.com**

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 500
Mclean, VA 22102
**jporetz@milesstockbridge.com**

**MDL No. 875 - Panel Service List (CTO-334) (Continued)**

Armand J. Della Porta, Jr.
MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN
1220 N. Market Street
Suite 500
P.O. Box 8888
Wilmington, DE 19899
**ajdellaporta@mdwcg.com**

Steven J. Pugh
RICHARSON PLOWDEN &
ROBINSON PA
P.O. Drawer 7788
Columbia, SC 29202
**spugh@richardsonplowden.com**

David J. Quigg
MCCARTER & ENGLISH LLP
201 North Charles Street
Suite 1000
Baltimore, MD 21202
**dquigg@meringerlaw.com**

Marsad A. Quraishi
BICE COLE LAW FIRM PL
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134
**mquaraish@rsglawyers.com**

Alyssa L. Rebensdorf
BLACKWELL BURKE PA
431 South 7th Street
Suite 2500
Minneapolis, MN 55415
**blackwell@blackwellburke.com**

Joseph J. Rhoades
LAW OFFICE OF JOSEPH
RHOADES
1225 King Street
Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874
**joe.rhoadeslegal.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
**jrice@motleyrice.com**

Scott M. Richmond
VENABLE LLP
210 West Pennsylvania Ave.
Suite 500
Towson, MD 21204
**smrichmond@venable.com**

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106
**cschwertz@duanehauck.com**

John C. Seipp, Jr.
SEIPP & FLICK LLP
2 Alhambra Plaza
Suite 800
Miami, FL 33134-5214
**jseipp@seippflick.com**

Valerie Shea
SEDWICK DETERT MORAN &
ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308
**Valerie.Shea@sdma.com**

C. Winston Sheehan
BALL BALL MATTHEWS &
NOVACK PA
2000 Interstate Park Drive
Suite 204
P.O. Box 2148
Montgomery, AL 36102-2148
**wsheehan@ball-ball.com**

John A. Sheffer
SHEFFER LAW FIRM PLLC
101 South Fifth Street
Suite 1600
Louisville, KY 40202
**jsheffer@kylaw.com**

Nicholas E. Skiles
SWARTZ CAMPBELL LLC
300 Delaware Avenue
Suite 1130
P.O. Box 330
Wilmington, DE 19899
**nskiles@swartzcampbell.com**

M. Stephen Smith, III
RUMBERGER KIRK &
CALDWELL
Brickell Bayview Centre
80 S.W. 8th Street
Suite 3000
Miami, FL 33130-3047
**ssmith@rumberger.com**

Josette Ferrazz Spivak
HOLLSTEIN KEATING
CATTELL ET AL
1201Orange Street
Suite 730
Wilmington, DE 19801
**jspivak@hollsteinkeating.com**

Brett Steinberg
Public Defender's Office
Dade County
1320 NW 14th Street
Miami, FL 33125

Michael Alan Stodghill
POWERS & FROST LLP
Nottingham Center
502 Washington Ave
Suite 200
Towson, MD 21204
**mstodgill@powerfrost.com**

Gus Suarez
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
P.O. Box 2757
Greenville, SC 29602
**gus.suarez@olgletreedeakins.com**

Paul D. Sunshine
1140 S State Street
P.O. Box 541
Dover, DE 19903

Afred M. Swanson, Jr.
GREENE & LETTS
111 West Washington
Suite 1650
Chicago, IL 60602
**amswanson@greeneandletts.com**

**MDL No. 875 - Panel Service List (CTO-334) (Continued)**

Anthony Berardo Taddeo, Jr.
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220
**taddeo@taddeosturm.com**

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 225
Atlanta, GA 30305
**jmtechman@ewhlaw.com**

Eric Robert Thompson
RUMBERGER KIRK & CALDWELL
80 SW 8th Street
Suite 3000
Miami, FL 33130
**ethompson@bennettaiello,com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007
**tracy.tomlin@nelsonmullins.com**

Michael T. Trucco
STAMOS & TRUCCO
One East Wacker Drive
Third Floor
Chicago, IL 60601
**mtrucco@stamostrucco.com**

Beth E. Valocchi
SWARTZ CAMPBELL LLC
300 Delaware Avenue
Suite 1130
P.O. Box 330
Wilmington, DE 19801
**bvalocchi@swartzcampbell.com**

Christopher N. Wahl
HILL FULWIDER MCDOWELL
FUNK & MATTHEWS
One Indiana Square
211 North Pennsylvania Street
Suite 2000
Indianapolis, IN 46204-2031
**chris@hfmfm.com**

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402
**mark.wall@elmorewall.com**

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144
**mwallace@wallacegraham.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

Leila H. Watson
CORY WATSON CROWDER &
DEGARIS PC
2131 Magnolia Avenue
2nd Floor
Birmingham, AL 35205
**lwatson@cwcd.com**

William L. Waudby
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202
**bwaudby@bakerdonelson.com**

Germaine W. Willett
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200
**germaine.willett@icemiller.com**

John Bell Williams, III
VENEABLE BAETJER &
HOWARD LLP
575 7th Street, N.W.
Washington, DC 20004-1601
**jbwilliams@venable.com**

Peter A. Woolson
PA WOOLSON PA
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202
**lawfirm@pawoolson.com**

Karen M. Zello
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510
**karen@glasserlaw.com**

Jeffrey S. Zipes
COOTS HENKE & WHEELER
255 E Carmel Drive
Carmel, IN 46032
**jzipes@chwlaw.com**