**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2010

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Sylvia J. Edem et al. v. The C.P. Hall Company, et al.*
C.D. California, C.A.C. No. 2:10 - 1784

PLEADING NO. 6134

## NOTICE OF OPPOSITION TO CTO - 333

I represent plaintiffs in the above-referenced action, and which has been included on the also above-referenced conditional transfer order (CTO-333). Plaintiffs submit this opposition to the conditional transfer order. I understand that the Motion and Brief to Vacate the conditional transfer order are due in 14 days.

Sincerely,

Deborah R. Rosenthal,
PAUL & HANLEY, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
(510) 559-9980
drosenthal@paulandhanley.com

Counsel for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2010 APR 19 P 1:13

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**   IMAGED APR 20 2010