# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) April 20, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-333)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Plaintiffs Sylvia J. Edem, et al.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Sylvia J. Edem, et al. v. The C.P. Hall Company, et al.
C.D. California, C.A.C. No. 2:10-1784

PLEADING NO. 6135

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

April 19, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Deborah R. Rosenthal
PAUL & HANLEY, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710

Telephone No.: 510-559-9980      Fax No.: 510-559-9970

Email Address: drosenthal@paulandhanley.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

**OFFICIAL FILE COPY**   IMAGED APR 20 2010