Monday 19 of Apr 2010, Faxination ->202 502 2888 Page 4 of 9

Case MDL No. 875 Document 6137 Filed 04/20/10 Page 1 of 6

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2010

FILED
CLERK'S OFFICE

# MDL 875

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

This document relates to the
following case:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH A. ARDOIN, JR. | : | Case No. 3:10-cv-00164 |
| Plaintiffs, | : | |
| v. | : | |
| ANCO INSULATIONS, INC. ET AL | : | |
| Defendants. | : | |

PLEADING NO. 6137

## NOTICE OF OPPOSITION TO
## CONDITIONAL TRANSFER ORDER NO. 333

COMES NOW Plaintiff in the case identified above, and, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, notifies the Panel that he opposes transfer of this case to the United States District Court for the Eastern District of Pennsylvania. A motion to vacate the conditional transfer order and supporting brief will be filed within the time permitted by Rule 7.4(d).

NOTICE OF OPPOSITION -- PAGE 1



**OFFICIAL FILE COPY**

IMAGED APR 20 2010

Respectfully submitted,

By: _____
Michael S. Mills
**BARON & BUDD, P.C.**
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
Phone: 214/521-3605
Fax: 214/520-1181
mmills@baronbudd.com

*Attorneys for Plaintiff*

Date: April 19, 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2010

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2010, a true and correct copy of the above and foregoing instrument was served on all counsel of record via facsimile.

_____
Michael S. Mills

**NOTICE OF OPPOSITION -- PAGE 2**

**DEFENSE COUNSEL:**

Gary A. Bezet
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.
One American Place
22nd Floor, Suite 2200
301 Main Street
Baton Rouge, LA 70821
(225) 389-3748 (Phone)
(225) 388-9133 (Fax)
 Attorneys for BASF CORPORATION, EXXON MOBIL CORPORATION, SHELL OIL
 COMPANY

David M. Bienvenu, Jr.
Taylor, Porter, Brooks & Phillips, LLP
Chase Tower South
Eighth Floor
451 Florida Street
Baton Rouge, LA 70801
(225) 387-3221 (Phone)
(225) 346-8049 (Fax)
 Attorneys for ETHYL CORPORATION

Cory R. Cahn
Entergy Services, Inc.
26th Floor
639 Loyola Avenue
New Orleans, LA 70113
 (Phone)
281-297-5337 (Fax)
 Attorneys for ENTERGY GULF STATES, INC.

Thomas L. Cougill
Willingham, Fultz & Cougill, LLP
Niels Eperson Building
808 Travis Street, Suite 1608
Houston, TX 77002
(713) 333-7600 (Phone)
(713) 333-7601 (Fax)
 Attorneys for REILLY-BENTON COMPANY, INC.

No Default Counsel on Record
No Default Counsel or Firm of Record
No Counsel on Record

,
(Phone)
(Fax)

> Attorneys for BITUMINOUS FIRE & MARINE INSURANCE CORPORATION, BRANTON INSULATIONS, INC., FORT JAMES CORPORATION, FORT JAMES OPERATING COMPANY, GABLER INSULATIONS, INGERSOLL-RAND COMPANY, LEXINGTON INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, NEWARK INSURANCE COMPANY, TEXACO, INC., TRAVELERS INSURANCE COMPANY, THE, TURNER INDUSTRIES, LLC, UNIROYAL, INC., WESTCHESTER FIRE INSURANCE COMPANY

Ernest G. Foundas
Kuchler, Polk, Schell, Weiner & Richardson, LLC
1615 Poydras Street
Suite 1300
New Orleans, LA 70112
(504) 592-0691 (Phone)
(504) 592-0697 (Fax)
> Attorneys for UNION CARBIDE CORPORATION

John J. Hainkel, III
Frilot, L.L.C.
1100 Poydras Street, Ste. 3600
New Orleans, LA 70163-3600
(504)599-8000 (Phone)
(504)599-8100 (Fax)
> Attorneys for CLEAVER-BROOKS, INC.

William C. Harrison, Jr.
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 71030-3672
(504) 581-5141 (Phone)
(504) 566-1201 (Fax)
> Attorneys for CERTAINTEED CORPORATION, DANA CORPORATION

Margaret M. Joffe
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130-3672
(504)581-5141 (Phone)
(504)566-1201 (Fax)
    Attorneys for ANCO INSULATIONS, INC.

Susan B. Kohn
Simon, Peragine, Smith & Redfearn, LLP
Entergy Centre
30th Floor
1100 Poydras Street
New Orleans, LA 70163-3000
(504) 569-2030 (Phone)
(504) 569-2999 (Fax)
    Attorneys for EAGLE, INC., MCCARTY CORPORATION, THE

Glen E. Mercer
Salley, Hite & Mercer, LLC
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
(504) 566-8804 (Phone)
(504) 566-8828 (Fax)
    Attorneys for ZURICH INSURANCE COMPANY

David K. Nelson
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.
One American Place
22nd Floor, Suite 2200
301 Main Street
Baton Rouge, LA 70821
(225) 389-3748 (Phone)
(225) 388-9133 (Fax)
    Attorneys for DSM COPOLYMER, INC.

Dwight C. Paulsen, III
Bradley, Murchison, Kelly & Shea, LLC
1100 Poydras Street, Suite 2700
New Orleans, LA 70163
(504)596-6300 (Phone)
(504)596-6301 (Fax)
    Attorneys for MONOCHEM, INC.

Samuel M. Rosamond, III
Crawford Lewis, P.L.L.C.
400 Poydras Street, Suite 2100
New Orleans, LA 70130
(504) 568-1933 (Phone)
(504) 568-9699 (Fax)
    Attorneys for COMMERCIAL UNION INSURANCE COMPANY (AS INSURER FOR CORBESCO, MCCARTY)

Theodore L. White
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 77130-3672
(504) 581-5141 (Phone)
(504) 566-1201 (Fax)
    Attorneys for RILEY POWER, INC., ZURN INDUSTRIES, INC.

Forrest Ren Wilkes, III
Forman, Perry, Watkins, Krutz & Tardy, P.L.L.C.
1515 Poydras Street, Suite 1300
New Orleans, LA 70112
(504)799-4383 (Phone)
(504)799-4384 (Fax)
    Attorneys for GEORGIA-PACIFIC, LLC, OWENS-ILLINOIS, INC.

Robert W. Wilkinson
Wilkinson, Williams, Kinard, Smith & Edwards
734 Delmas Ave.
Pascagoula, MS 39568-1618
(228)762-2272 (Phone)
(228)762-3223 (Fax)
    Attorneys for CRANE CO.