# MDL 875
## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) April 20, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

### NOTICE OF APPEARANCE (CTO-333)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Joseph A. Ardoin, Jr., Plaintiff

PLEADING NO. 6138

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
Joseph A. Ardoin, Jr.                      C.A. No. 3:10-cv-00164

v.

Anco Insulation, Inc., et al
*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/19/10
Date                                        Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Michael S. Mills
Baron & Budd, P.C.
3102 Oak Lawn, Suite 1100
Dallas, Texas 75219

Telephone No.: 214-521-3605          Fax No.: 214-520-1181

Email Address: mmills@baronbudd.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED APR 20 2010