**MDL 875**

BEFORE THE JUDICIAL PANEL
On
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2010

FILED
CLERK'S OFFICE

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

*Ricky Young, Sr. v. Chambers Gasket & Manufacturing Co., et al.*
Northern District of Indiana, 3:09-CV-149

## NOTICE OF OPPOSITION TO CTO-333

COMES NOW, **Chambers Gasket & Manufacturing Co.**, through its counsel Edward W. Hearn of the law firm Johnson and Bell, Ltd., in the matter of *Ricky Young, Sr. v. Chambers Gasket & Manufacturing Co., et al.*, cause No. 3:09-CV-0149 pending in the Northern District of Indiana which is included on the conditional transfer order (CTO-333) and submits this opposition to the conditional transfer order. Defendant understands that the motion and brief to vacate are due in 14 days.

Respectfully submitted,

JOHNSON & BELL, LTD.

By: _____
Edward W. Hearn
1435 East 85th Avenue
Merrillville, IN 46410
(219) 791-1900
HearnE@jbltd.com
*Counsel for Defendant
Chambers Gasket & Manufacturing, Co.*

PLEADING NO. 6140

**OFFICIAL FILE COPY** IMAGED APR 20 2010