# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

APR 20 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875** THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Leslie Controls, Inc.
Foster Wheeler LLC

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

John M. Tyler, et al. v. Alfa Laval, Inc., et al.
United States District Court for the District of Columbia
Civil Action No., 1:10-cv-00351-RJL

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/20/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Scott H. Phillips
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201

Telephone No.: (410) 539-5040     Fax No.: (410) 539-5223

Email Address: sphillips@semmes.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED APR 20 2010

PLEADING NO. 6143