# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

APR 2 0 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

JOHN CRANE INC.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

JOHN M. TYLER, et al. v. ALFA LAVAL, et al.
Civil Action No.: 1:10-cv-00351-RJL
(D.C. Superior Court No.: 2009 CA 009663 A)

PLEADING NO. 6144

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/20/2010                           /s/ Peter A. Woolson
Date                                Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Peter A. Woolson
P.A. Woolson, P.A.
Redwood Tower, Suite 1600
217 E. Redwood Street
Baltimore, MD 21202
Telephone No.: (410) 625-0000          Fax No.: (410) 625-0201
Email Address: pwoolson@pawoolson.com
              lawfirm@pawoolson.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

**OFFICIAL FILE COPY**   IMAGED APR 2 0 2010