

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Apr 22, 2010**

**FILED**
**CLERK'S OFFICE**

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on May 27, 2010, the Panel will convene a hearing session in Chicago, Illinois, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c).  *Id.*  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument.  *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | |

SCHEDULE OF MATTERS FOR HEARING SESSION
May 27, 2010 -- Chicago, Illinois


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL No. 2152 -- **IN RE: AIR CRASH OVER THE HUDSON RIVER NEAR NEW YORK, NEW YORK, ON AUGUST 8, 2009**

Motion of plaintiffs Jaclyn Altman, et al., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

District of New Jersey

Ginevra Gallazzi, etc. v. Liberty Helicopters, Inc., et al., C.A. No. 2:09-6142

Eastern District of Pennsylvania

Pamela Altman, etc. v. The United States of America (Federal Aviation Administration), et al., C.A. No. 2:10-518
Jaclyn Altman, et al. v. Liberty Helicopters, Inc., et al., C.A. No. 2:10-545


MDL No. 2153 -- **IN RE: UNITED PARCEL SERVICE "AIR-IN-GROUND" MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Designer Imports International, Inc.; Pocino Foods Company, et al.; Arapahoe Hyundai, LLC; and Owens Financial Group, Inc., for centralization of the following actions in the United States District Court for the Central District of California:

Central District of California

Designer Imports International, Inc. v. United Parcel Service, Inc., et al., C.A. No. 2:10-733
Pocino Foods Co., et al. v. United Parcel Service, Inc., et al., C.A. No. 2:10-734

District of Colorado

Arapahoe Hyundai, LLC v. United Parcel Service, Inc., et al., C.A. No. 1:10-222

Schedule of Matters for Hearing Session, Section A                    p. 2
Chicago, Illinois


MDL No. 2153 (Continued)


        Northern District of Georgia

    Owens Financial Group, Inc. v. United Parcel Service, Inc., et al., C.A. No. 4:10-16


MDL No. 2155 -- **IN RE: THE BANK OF NEW YORK MELLON SECURITIES
        LENDING LITIGATION**

    Motion of defendants The Bank of New York Mellon; BNY Mellon Asset Servicing, B.V.; and BNY Mellon, N.A., for centralization of the following actions in the United States District Court for the Southern District of New York:

        Central District of California

    Pacific Select Fund v. The Bank of New York Mellon, et al., C.A. No. 8:10-198

        Southern District of New York

    Banco De La Republica De Colombia v. The Bank of New York Mellon, et al.,
        C.A. No. 1:10-536

        Eastern District of Oklahoma

    CompSource Oklahoma v. BNY Mellon, N.A., et al., C.A. No. 6:08-469

        Western District of Washington

    Regence Blueshield, et al. v. BNY Mellon Bank, N.A., C.A. No. 2:09-618

MDL No. 2156 -- **IN RE: AIR CRASH AT LAS VEGAS, NEVADA, ON AUGUST 28, 2008**

      Motion of plaintiff Susie Leahy, etc., for centralization of the following actions in the United States District Court for the District of Nevada:

              <u>District of Nevada</u>

Susie Leahy, etc. v. Lone Mountain Aviation, Inc., C.A. No. 2:10-82

              <u>Southern District of Ohio</u>

Susie Leahy, etc. v. Signature Engines, Inc., et al., C.A. No. 1:10-70

MDL No. 2157 -- **IN RE: JPMORGAN AUCTION RATE SECURITIES (ARS)
MARKETING LITIGATION**

      Motion of defendants JPMorgan Chase & Co.; J.P. Morgan Securities, Inc.; JPMorgan Chase Bank, N.A.; and Bear, Stearns & Co., Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

              <u>Eastern District of Louisiana</u>

Louisiana Citizens Property Insurance Corp. v. J.P. Morgan Securities, Inc., et al.,
  C.A. No. 2:09-7764

              <u>Southern District of Mississippi</u>

Cellular South, Inc. v. J.P. Morgan Securities, Inc., C.A. No. 3:10-80

              <u>Southern District of New York</u>

Ed O'Gara v. JP Morgan Chase & Co., et al., C.A. No. 1:09-6199
Bankruptcy Management Solutions, Inc., et al. v. JPMorgan Chase Bank, N.A.,
  C.A. No. 1:10-926

Schedule of Matters for Hearing Session, Section A                                    p. 4
Chicago, Illinois


MDL No. 2157 (Continued)


          Eastern District of Pennsylvania

    Fulton Financial Advisors, National Association v. Bear, Stearns & Co., Inc.,
       C.A. No. 5:09-2236
    Fulton Financial Advisors, National Association v. J.P. Morgan Securities, Inc.,
       C.A. No. 5:09-2237


MDL No. 2158 -- **IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY
               LITIGATION**

    Motion of plaintiffs Larry Ramsey, et al., and Christine Brady for centralization of the
following actions in the United States District Court for the Eastern District of Texas:

          District of Arizona

    Dale B. Bullock, et al. v. Zimmer, Inc., et al., C.A. No. 2:10-334

          Western District of Arkansas

    Thomas James Stewart v. Zimmer Holdings, et al., C.A. No. 4:08-4074

          Southern District of Florida

    Michael Schwartz v. Zimmer, Inc., C.A. No. 9:09-80555

          Northern District of Illinois

    Larry Lambrix v. Zimmer Holdings, Inc., C.A. No. 1:09-5527

          Eastern District of Kentucky

    Kathy Bowling v. Zimmer, Inc., C.A. No. 0:10-13

Schedule of Matters for Hearing Session, Section A                    p. 5
Chicago, Illinois


MDL No. 2158 (Continued)


### Western District of Kentucky

Todd Lovelace, et al. v. Zimmer Holdings, Inc., et al., C.A. No. 3:10-125

### Western District of Louisiana

Larry Ramsey, et al. v. Zimmer, Inc., et al., C.A. No. 5:08-1519
Kyle Mark Myers, et al. v. Zimmer, Inc., et al., C.A. No. 5:09-831
Christine Tison, et al. v. Zimmer, Inc., et al., C.A. No. 5:09-934
Calvin Farmer, et al. v. Zimmer, Inc., et al., C.A. No. 5:09-1033
Beverly Joyce Authier, et al. v. Zimmer, Inc., et al., C.A. No. 5:09-1062

### District of New Jersey

Richard E. Fitzgerald, et al. v. Zimmer Holdings, Inc., C.A. No. 2:09-2843
Sonya R. Perry v. Zimmer Holdings, Inc., C.A. No. 2:09-3744
Juanita M. Adkins v. Zimmer Holdings, Inc., C.A. No. 2:09-4386
Margo A. Barr v. Zimmer Holdings, Inc., C.A. No. 2:09-4387
Rita D. Browning v. Zimmer Holdings, Inc., C.A. No. 2:09-4388
Charles W. Cartwright v. Zimmer Holdings, Inc., C.A. No. 2:09-4389
Patricia Conrad v. Zimmer Holdings, Inc., C.A. No. 2:09-4390
Robert C. Dodman v. Zimmer Holdings, Inc., C.A. No. 2:09-4391
Lawrence P. English v. Zimmer Holdings, Inc., C.A. No. 2:09-4392
Linda Esparza v. Zimmer Holdings, Inc., C.A. No. 2:09-4393
Dana L. Freed v. Zimmer Holdings, Inc., C.A. No. 2:09-4394
Pamela Fuman v. Zimmer Holdings, Inc., C.A. No. 2:09-4395
William E. Garrett v. Zimmer Holdings, Inc., C.A. No. 2:09-4396
Patricia E. Johnson v. Zimmer Holdings, Inc., C.A. No. 2:09-4397
David Jones v. Zimmer Holdings, Inc., C.A. No. 2:09-4398
Steve Jugo v. Zimmer Holdings, Inc., C.A. No. 2:09-4399
Mary J. Kasbach v. Zimmer Holdings, Inc., C.A. No. 2:09-4400
Janet Kearney v. Zimmer Holdings, Inc., C.A. No. 2:09-4401
Timothy Lee v. Zimmer Holdings, Inc., C.A. No. 2:09-4402
Connie Lightner v. Zimmer Holdings, Inc., C.A. No. 2:09-4408
Valerie Love v. Zimmer Holdings, Inc., C.A. No. 2:09-4410
Kimberly Meisenzahl v. Zimmer Holdings, Inc., C.A. No. 2:09-4413

Schedule of Matters for Hearing Session, Section A                          p. 6
Chicago, Illinois


MDL No. 2158 (Continued)


> District of New Jersey (Continued)

Connie J. Miller v. Zimmer Holdings, Inc., C.A. No. 2:09-4414
Michael R. O'Brien v. Zimmer Holdings, Inc., C.A. No. 2:09-4415
Nancy L. Ray v. Zimmer Holdings, Inc., C.A. No. 2:09-4416
Harry Seeger v. Zimmer Holdings, Inc., C.A. No. 2:09-4418
Danita Sumter v. Zimmer Holdings, Inc., C.A. No. 2:09-4419
Lawrence J. Terry v. Zimmer Holdings, Inc., C.A. No. 2:09-4420
Bryan Tulk v. Zimmer Holdings, Inc., C.A. No. 2:09-4423
John D. Yeary v. Zimmer Holdings, Inc., C.A. No. 2:09-4424
Paul David Jones v. Zimmer Holdings, Inc., C.A. No. 2:09-4622
Mary Muhammad v. Zimmer Holdings, Inc., C.A. No. 2:09-4930
Marian Steinberg, et al. v. Zimmer, Inc., C.A. No. 2:10-639

> Southern District of Ohio

Barbara J. Weygandt v. Zimmer Holdings, Inc., et al., C.A. No. 2:09-856
Deborah Williams v. Zimmer, Inc., et al., C.A. No. 3:09-472

> Eastern District of Texas

John Allred v. Zimmer, Inc., et al., C.A. No. 2:10-46
Christine Brady v. Zimmer, Inc., et al., C.A. No. 2:10-74


MDL No. 2159 -- **IN RE: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT
                  PRACTICES LITIGATION**

Motion of defendant AutoZone, Inc., for centralization of the following actions in the
United States District Court for the Northern District of California:

> Central District of California

Bruce Paul Maynard v. AutoZone, Inc., C.A. No. 2:09-7209
William Doland v. AutoZone, Inc., C.A. No. 8:09-1138

Schedule of Matters for Hearing Session, Section A                    p. 7
Chicago, Illinois


MDL No. 2159 (Continued)


       Northern District of California

Jimmy Ellison v. AutoZone, Inc., C.A. No. 3:06-7522
Silvia Escobar v. AutoZone, Inc., C.A. No. 3:09-5415


MDL No. 2160 -- **IN RE: AMERICAN-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs George Brincku, et al., for centralization of the following actions in the United States District Court for the Southern District of Florida:

       District of Arizona

Raymond Yee v. Lowe's HIW, Inc., et al., C.A. No. 3:09-8189

       Southern District of Florida

Adolfo Cotilla, et al. v. New NGC, Inc., C.A. No. 0:10-60172
James Paige Visintin, et al. v. National Gypsum Co., et al., C.A. No. 0:10-60266
George Brincku, et al. v. National Gypsum Co., et al., C.A. No. 1:10-20109


MDL No. 2161 -- **IN RE: EASYSAVER REWARDS MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendant Provide Commerce, Inc., for centralization of the following actions in the United States District Court for the Southern District of California:

       Southern District of California

In Re EasySaver Rewards Litigation, C.A. No. 3:09-2094
Josue Romero, et al. v. Provide Commerce, Inc., et al., C.A. No. 3:09-2111

       District of New Jersey

Alissa Herbst v. Encore Marketing International, Inc., et al., C.A. No. 2:10-870

Schedule of Matters for Hearing Session, Section A                              p. 8
Chicago, Illinois

## MDL No. 2162 -- **IN RE: PROVIDENT SECURITIES LITIGATION**

Motion of plaintiffs Joseph Billitteri, et al., for centralization of the following actions in the United States District Court for the Northern District of Texas:

Northern District of Georgia

Ron Brown, et al. v. J.P. Turner & Co., LLC, C.A. No. 1:09-2649

District of Idaho

C. Richard Toomey, et al. v. Bradley K. Hofhines, et al., C.A. No. 1:09-613

Northern District of Texas

Joseph Billitteri, et al. v. Securities America, Inc., et al., C.A. No. 3:09-1568

## MDL No. 2163 -- **IN RE: CABLENET SERVICES UNLIMITED, INC., FAIR LABOR STANDARDS ACT (FLSA) LITIGATION**

Motion of defendants CableNet Services Unlimited, Inc., and CableNet Services Unlimited (Florida), LLC, for centralization of the following actions in the United States District Court for the Southern District of Florida:

Middle District of Florida

Brett Bachman, et al. v. CableNet Services Unlimited, Inc., et al., C.A. No. 2:10-67

Southern District of Florida

Menique Mertilus, et al. v. CableNet Services Unlimited, Inc., et al., C.A. No. 0:09-61919

## MDL No. 2164 -- IN RE: NISSAN NORTH AMERICA, INC., INFINITI FX DASHBOARD PRODUCTS LIABILITY LITIGATION

Motion of defendant Nissan North America, Inc., for centralization of the following actions in the United States District Court for the Middle District of Tennessee:

<u>Eastern District of California</u>

Craig Sadek, et al. v. Nissan North America, Inc., C.A. No. 2:10-274

<u>Western District of Missouri</u>

Tracie Hope, et al. v. Nissan North America, Inc., C.A. No. 4:10-142

<u>Eastern District of Texas</u>

Jerry Aaron v. Nissan North America, Inc., C.A. No. 2:10-47

## MDL No. 2165 -- IN RE: ENDANGERED SPECIES ACT SECTION 4 DEADLINE LITIGATION

Motion of defendants Ken Salazar and the U.S. Fish and Wildlife Service for centralization of the following actions in the United States District Court for the District of District of Columbia:

<u>District of Arizona</u>

WildEarth Guardians v. Ken Salazar, C.A. No. 2:10-102
Center for Biological Diversity v. Ken Salazar, et al., C.A. No. 4:10-106

<u>Eastern District of California</u>

Center for Biological Diversity v. Ken Salazar, et al., C.A. No. 2:10-401

<u>District of Colorado</u>

WildEarth Guardians v. Ken Salazar, C.A. No. 1:09-2990
WildEarth Guardians v. Ken Salazar, C.A. No. 1:09-2997
WildEarth Guardians v. Ken Salazar, C.A. No. 1:10-57

Schedule of Matters for Hearing Session, Section A                    p. 10
Chicago, Illinois


MDL No. 2165 (Continued)


   <u>District of Colorado</u> (Continued)

 WildEarth Guardians v. Ken Salazar, C.A. No. 1:10-169
 WildEarth Guardians v. Ken Salazar, C.A. No. 1:10-256
 WildEarth Guardians v. Ken Salazar, C.A. No. 1:10-263

   <u>District of District of Columbia</u>

 WildEarth Guardians v. Ken Salazar, C.A. No. 1:10-48
 Center for Biological Diversity v. Ken Salazar, et al., C.A. No. 1:10-149
 Center for Biological Diversity v. Ken Salazar, et al., C.A. No. 1:10-230
 Friends of Animals, et al. v. Ken Salazar, C.A. No. 1:10-357
 WildEarth Guardians v. Ken Salazar, C.A. No. 1:10-421

   <u>District of Nevada</u>

 WildEarth Guardians v. Ken Salazar, C.A. No. 3:10-53

   <u>District of New Mexico</u>

 WildEarth Guardians v. Ken Salazar, C.A. No. 6:09-1212
 WildEarth Guardians v. Ken Salazar, C.A. No. 6:10-80
 WildEarth Guardians, et al. v. Ken Salazar, C.A. No. 6:10-86
 WildEarth Guardians v. Ken Salazar, C.A. No. 6:10-122

   <u>District of Oregon</u>

 Center for Biological Diversity v. Ken Salazar, et al., C.A. No. 3:10-176

Schedule of Matters for Hearing Session, Section A                     p. 11
Chicago, Illinois


**MDL No. 2166 -- IN RE: FIFTH THIRD BANK CHECKING ACCOUNT OVERDRAFT
LITIGATION**

Motion of defendant Fifth Third Bank for centralization of the following actions in the
United States District Court for the Northern District of Illinois:

   Northern District of Georgia

Marlene Willard v. Fifth Third Bancorp, C.A. No. 1:10-271

   Northern District of Illinois

Shannon Schulte v. Fifth Third Bank, C.A. No. 1:09-6655


**MDL No. 2167 -- IN RE: JPMORGAN CHASE BANK HOME EQUITY LINE OF
CREDIT LITIGATION**

Motion of plaintiffs Michael Walsh; Robert Wilder; Robert M. Frank, et al.; Michael
Malcolm; Michell Kimball; Shannon Hackett; and Daryl Mayes for centralization of the
following actions in the United States District Court for the Northern District of Illinois or, in the
alternative, the United States District Court for the Northern District of California:

   Central District of California

Michael Walsh v. JPMorgan Chase Bank, N.A., et al., C.A. No. 2:09-4387
Robert Wilder v. JPMorgan Chase Bank, N.A., et al., C.A. No. 8:09-834

   Eastern District of California

Robert M. Frank, et al. v. Washington Mutual Bank, Henderson, Nevada, et al.,
 C.A. No. 2:09-3408

   Northern District of California

Mary Jane Yakas v. Chase Manhattan Bank USA, N.A., C.A. No. 3:09-2964
Michael Malcolm v. JPMorgan Chase Bank, N.A., C.A. No. 5:09-4496

Schedule of Matters for Hearing Session, Section A                                    p. 12
Chicago, Illinois


MDL No. 2167 (Continued)


       Southern District of California

Michell Kimball v. Washington Mutual Bank, Henderson, Nevada, et al.,
  C.A. No. 3:09-1261
Stephen I. Ostrow v. JPMorgan Chase & Co., et al., C.A. No. 3:09-1445

       Northern District of Illinois

Shannon Hackett v. JPMorgan Chase Bank, N.A., C.A. No. 1:09-7986

       District of Minnesota

William Cavanagh v. JPMorgan Chase Bank, N.A., C.A. No. 0:09-3389

       Northern District of Texas

Daryl Mayes v. JPMorgan Chase Bank, N.A., et al., C.A. No. 4:10-157


MDL No. 2168 -- **IN RE: NEBUAD DEVICE PRIVACY LITIGATION**

    Motion of defendant Cable One, Inc., for centralization of the following actions in the
United States District Court for the Middle District of Georgia:

       Northern District of Alabama

Samuel Green v. Cable One, Inc., C.A. No. 1:10-259

       Middle District of Georgia

Andrew Paul Manard v. Knology, Inc., C.A. No. 4:10-15

MDL No. 2169 -- **IN RE: GENERAL MILLS, INC., YOPLUS YOGURT PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants General Mills, Inc., and Yoplait USA, Inc., for centralization of the following actions in the United States District Court for the Southern District of Florida:

<u>Central District of California</u>

Jeremiah Johnson v. General Mills, Inc., et al., C.A. No. 8:10-61

<u>Southern District of Florida</u>

Julie Fitzpatrick v. General Mills, Inc., et al., C.A. No. 0:09-60412

<u>District of New Jersey</u>

Nipul S. Amin v. General Mills, Inc., et al., C.A. No. 2:10-305

<u>Northern District of Ohio</u>

Melissa Brock v. General Mills, Inc., et al., C.A. No. 1:10-60

MDL No. 2170 -- **IN RE: PATIENT PROTECTION AND AFFORDABLE CARE ACT LITIGATION**

Motion of plaintiff Orly Taitz for centralization of the following actions in the United States District Court for the District of District of Columbia:

<u>District of District of Columbia</u>

Orly Taitz v. Barack Hussein Obama, C.A. No. 1:10-151

<u>Northern District of Florida</u>

State of Florida, et al. v. U.S. Department of Health & Human Services, et al., C.A. No. 3:10-91

Schedule of Matters for Hearing Session, Section B                    p. 14
Chicago, Illinois


MDL No. 2171 -- **IN RE: CAPITAL ONE BANK CREDIT CARD INTEREST RATE
HIKE LITIGATION**

Motion of plaintiffs Nancy Mancuso, et al., for centralization of the following actions in the United States District Court for the Eastern District of Virginia:

<u>Northern District of Georgia</u>

Kevin S. Barker, et al. v. Capital One Bank (USA), N.A., C.A. No. 1:09-2692

<u>District of Massachusetts</u>

Dorothy Phillips v. Capital One Bank (USA), N.A., et al., C.A. No. 1:09-11706

<u>Eastern District of Virginia</u>

Nancy Mancuso, et al. v. Capital One Bank (USA), N.A., et al., C.A. No. 1:10-326

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Avery Fong, et al., and Michael Musselman, etc., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of California

Avery Fong, et al. v. Asbestos Defendants (B-P), et al., C.A. No. 3:10-287

District of Delaware

Michael Musselman, etc. v. Amphenol Corp., et al., C.A. No. 1:10-101

MDL No. 1203 -- **IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/
DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Laurel Anderson, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

District of Utah

Laurel Anderson, et al. v. Martin Rudolph, C.A. No. 2:09-688

## MDL No. 1507 -- **IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiff Sherrie Lewis and defendants PDX, Inc.; National Health Information Network, Inc.; and Kmart Corp. to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

<u>Northern District of Georgia</u>

Sherrie Lewis v. Kmart Corp., et al., C.A. No. 1:09-1448

## MDL No. 1552 -- **IN RE: UNUMPROVIDENT CORP. SECURITIES, DERIVATIVE & "ERISA" LITIGATION**

Opposition of plaintiffs Edmundo M. Rombeiro and Thomas P. Davis, et al., to remand, under 28 U.S.C. § 1407(a), of the following actions to their respective transferor courts:

<u>Eastern District of Tennessee</u>

Edmundo M. Rombeiro v. Unum Life Insurance Co. of America, et al.,
   C.A. No. 1:03-1000 (N.D. California, C.A. No. 3:02-4018)
Thomas P. Davis, et al. v. UnumProvident Corp., et al., C.A. No. 1:03-1004
   (E.D. Pennsylvania, C.A. No. 2:03-940)

## MDL No. 1596 -- **IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION**

Motion of defendant Eli Lilly & Co. to transfer the following action to the United States District Court for the Eastern District of New York:

<u>Eastern District of Louisiana</u>

Paulette Kelly, etc. v. Eli Lilly & Co., C.A. No. 2:09-4470

Schedule of Matters for Hearing Session, Section B                          p. 17
Chicago, Illinois


**MDL No. 1828 -- IN RE: IMAGITAS, INC., DRIVERS' PRIVACY PROTECTION ACT LITIGATION**

Motion of defendants Imagitas, Inc., and Globedirect, LLC, to transfer the following action to the United States District Court for the Middle District of Florida:

District of Delaware

Matthew K. Downing v. GlobeDirect, LLC, C.A. No. 1:09-693


**MDL No. 1845 -- IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Bobby L. Knight to transfer of the following action to the United States District Court for the Northern District of Georgia:

Eastern District of North Carolina

Bobby L. Knight v. ConAgra Foods, Inc., et al., C.A. No. 5:09-540


**MDL No. 1871 -- IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Sarah Aaron, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Southern District of Illinois

Sarah Aaron, et al. v. SmithKline Beecham Corp., C.A. No. 3:09-1071

Schedule of Matters for Hearing Session, Section B                                  p. 18
Chicago, Illinois


## MDL No. 1899 -- **IN RE: SOUTHEASTERN MILK ANTITRUST LITIGATION**

Opposition of plaintiff McArthur Diary, LLC, and third party defendant Dean Foods Co. to transfer of the following action to the United States District Court for the Eastern District of Tennessee:

<u>Southern District of Florida</u>

McArthur Diary, LLC v. McCowtree Brothers Dairy, Inc., et al., C.A. No. 0:09-62033


## MDL No. 1905 -- **IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiff Rosemary Soderberg, etc., to transfer of the following actions to the United States District Court for the District of Minnesota:

<u>District of Massachusetts</u>

Rosemary Soderberg, etc. v. Medtronic, Inc., et al., C.A. No. 4:10-40035
Rosemary Soderberg, etc. v. Medtronic, Inc., et al., C.A. No. 4:10-40049


## MDL No. 1932 -- **IN RE: FAMILY DOLLAR STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

Opposition of plaintiff Ruth Friedman to transfer of the following action to the United States District Court for the Western District of North Carolina:

<u>District of Connecticut</u>

Ruth Friedman v. Family Dollar Stores, Inc., et al., C.A. No. 3:10-74

MDL No. 1953 -- **IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION**

 Opposition of defendant Charleston Area Medical Center, Inc., to transfer of the following action to the United States District Court for the Northern District of Ohio:

  <u>Southern District of West Virginia</u>

 James Bradley, et al. v. Geoffrey R. Cousins, M.D., et al., C.A. No. 2:09-1298

MDL No. 2009 -- **IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

 Oppositions of plaintiffs Agnes Donalson Roberts, etc.; J. Scott Bolton, et al.; and Douglas Ballinger, et al., to transfer of their respective following actions to the United States District Court for the Western District of Tennessee:

  <u>Northern District of Alabama</u>

 Agnes Donalson Roberts, etc. v. Regions Bank, et al., C.A. No. 2:10-404

  <u>Eastern District of Tennessee</u>

 J. Scott Bolton, et al. v. Morgan Asset Management, Inc., et al., C.A. No. 3:10-1

  <u>Middle District of Tennessee</u>

 Douglas Ballinger, et al. v. Morgan Keegan & Co., Inc., et al., C.A. No. 3:10-6

MDL No. 2014 -- **IN RE: BANK OF AMERICA CORP. AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION**

 Opposition of plaintiffs Banc of America Securities, LLC, et al., to transfer of the following action to the United States District Court for the Northern District of California:

  <u>Northern District of Illinois</u>

 Banc of America Securities, LLC, et al. v. Independence Tube Corp., C.A. No. 1:09-7381

Schedule of Matters for Hearing Session, Section B                                    p. 20
Chicago, Illinois


MDL No. 2016 -- **IN RE: YAMAHA MOTOR CORP. RHINO ATV PRODUCTS
                    LIABILITY LITIGATION**

     Opposition of plaintiffs Patricia Rogers, et al., to transfer of the following action to the
United States District Court for the Western District of Kentucky:

<u>Southern District of Mississippi</u>

Patricia Rogers, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 3:09-608


MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

     Oppositions of plaintiffs Robert Townsend, Marlene Willard, and Shannon Schulte and
defendants Fifth Third Bancorp and Fifth Third Bank to transfer of their respective following
actions to the United States District Court for the Southern District of Florida:

<u>Central District of California</u>

Robert Townsend v. Wells Fargo Bank & Co., et al., C.A. No. 2:10-550

<u>Northern District of Georgia</u>

Marlene Willard v. Fifth Third Bancorp, C.A. No. 1:10-271

<u>Northern District of Illinois</u>

Shannon Schulte v. Fifth Third Bank, C.A. No. 1:09-6655

MDL No. 2047 -- **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS
               LIABILITY LITIGATION**

Motions of plaintiff Taylor Woodrow Communities at Vasari, LLC, and defendants Jerrold Seth Parker; Dawn M. Barrios; Victor Manuel Diaz; Ben Gordon; Daniel E. Becnel, Jr.; Ervin Amanda Gonzalez; Hugh P. Lambert; Arnold Levin; Christopher Seeger; Scott Weinstein; Gerald E. Meunier; James Robert Reeves; Bruce William Steckler; Russ M. Herman; Leonard Davis; Banner Supply Co.; Banner Supply Co., Inc.; Banner Supply Co. Fort Myers, LLC; Banner Supply Co. Tampa, LLC; Banner Supply Co. Pompano, LLC; Banner Supply Co. Port St. Lucie, LLC; Banner International, LLC; Northstar Holdings, Inc.; Northstar Homes, Inc.; and Northstar Holdings at B&A, LLC, to transfer their respective following actions to the United States District Court for the Eastern District of Louisiana:

                  <u>Northern District of California</u>

Cataphora, Inc. v. Jerrold Seth Parker, et al., C.A. No. 3:09-5749

                  <u>Middle District of Florida</u>

Taylor Woodrow Communities at Vasari, LLC v. Mid-Continent Casualty Co.,
  C.A. No. 2:09-823
Chartis Specialty Insurance Co., et al. v. Banner Supply Co., et al., C.A. No. 8:10-339

                  <u>Southern District of Florida</u>

General Fidelity Insurance Co. v. Katherine L. Foster, et al., C.A. No. 9:09-80743

MDL No. 2066 -- **IN RE: ORAL SODIUM PHOSPHATE SOLUTION-BASED
               PRODUCTS LIABILITY LITIGATION**

Oppositions of defendants Gemini Insurance Company, Aspen Insurance UK Ltd., and Aspen Underwriting Ltd. to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

                  <u>Western District of Virginia</u>

C.B. Fleet Co., Inc. v. Gemini Insurance Co., C.A. No. 6:09-52
C.B. Fleet Co., Inc. v. Aspen Insurance UK Ltd., et al., C.A. No. 6:09-62

Schedule of Matters for Hearing Session, Section B                    p. 22
Chicago, Illinois


## MDL No. 2096 -- IN RE: ZICAM COLD REMEDY MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Johnny Mikolas to transfer of the following action to the United States District Court for the District of Arizona:

Southern District of Texas

Johnny Mikolas v. Matrixx Initiatives, Inc., et al., C.A. No. 4:09-3682


## MDL No. 2098 -- IN RE: KITEC PLUMBING SYSTEM PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Rebecca Steiner, et al., and Nathaniel Hillary, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

Western District of Washington

Rebecca Steiner, et al. v. IPEX USA, Inc., et al., C.A. No. 2:10-272
Nathaniel Hillary, et al. v. IPEX USA, Inc., et al., C.A. No. 2:10-273


## MDL No. 2100 -- IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Diana Sheehan, et al.; Alisia Rhodes; and Evangeline Semark Lemoine to transfer of their respective following actions to the United States District Court for the Southern District of Illinois:

Central District of California

Diana Sheehan, et al. v. Bayer Corp., et al., C.A. No. 8:10-180

Eastern District of California

Alisia Rhodes v. Bayer Corp., et al., C.A. No. 1:10-418

Schedule of Matters for Hearing Session, Section B                              p. 23
Chicago, Illinois


MDL No. 2100 (Continued)


        Northern District of Illinois

    Evangeline Semark Lemoine v. Teva Pharmaceuticals Industries, Ltd., et al.,
        C.A. No. 1:10-360


MDL No. 2122 -- **IN RE: NATIONAL ARBITRATION FORUM TRADE PRACTICES
        LITIGATION**

        Oppositions of plaintiff Robert Townsend and defendants JPMorgan Chase & Co.; Chase
Bank USA, N.A.; Palisades Collection, LLC; Asta Funding, Inc.; Asta Funding Acquisition I,
LLC; Asta Funding Acquisition II, LLC; Asta Funding III, LLC; Asta Commercial, LLC; and
Asta Group to transfer of the following action to the United States District Court for the District
of Minnesota:

        Central District of California

    Robert Townsend v. National Arbitration Forum, Inc., et al., C.A. No. 2:09-9325

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (effective April 2, 2001).  Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel.  Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such  statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.1.2 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
        (i)     the dispositive issue(s) have been authoritatively decided; or
        (ii)    the facts and legal arguments are adequately presented in the briefs and record,
            and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.1.2 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.