UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 22, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Avery Fong, et al. v. Asbestos Defendants (B-P), et al., )
N.D. California, C.A. No. 3:10-287 )   MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE MAY 27, 2010, HEARING SESSION

    A conditional transfer order was filed in this action (*Fong*) on March 3, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiffs in *Fong* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Fong* was remanded to the Superior Court of California for the County of San Francisco by the Honorable Thelton E. Henderson, in an order filed on April 15, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-331" filed on March 3, 2010, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 22, 2010, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel