**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

MDL 875

APR 2 2 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010**
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Air & Liquid Systems Corporation, successor by Merger to Buffalo Pumps, Inc. (Defendant)

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Charles Curry v. Air & Liquid Systems Corporation, et al., Eastern District of Virginia, Case Number(s): 2:10-cv-09681-MSD and 2:10-cv-09682-MSD

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/22/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Jeffrey S. Poretz, Esq.
Miles & Stockbridge P.C.
1751 Pinnacle Dr., Suite 500
McLean, Virginia 22102

Telephone No.: (703) 903-9000    Fax No.: (703) 610-8686

Email Address: jporetz@milesstockbridge.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

**OFFICIAL FILE COPY**   IMAGED APR 2 2 2010