# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

APR 2 6 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant - IMO Industries, Inc.

PLEADING NO. 6150

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

SC 6 10-706 Darrell Crowe, etc. v. 3M Co., et al.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/20/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

William A. Collins, Jr., Esq.
Law Office of Thomas Dougall
1700 Woodcreek Farms Rd, Suite 100
Elgin, SC 29045

Telephone No.: (803) 865-8956    Fax No.: (803) 865-8944

Email Address: wcollins@dougallfirm.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

**OFFICIAL FILE COPY**

JPML Form 18

IMAGED APR 2 6 2010