MDL 875

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 27 2010

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| MICHAEL MUSSELMAN, etc., <br>     Plaintiff, <br> v. <br> AMPHENOL CORP., et al., <br>     Defendants. | D. DEL. - C.A. NO.: 1:10-101 |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
UNITED TECHNOLOGIES CORPORATION**

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, JOHN K. SON of the law firm TUCKER ELLIS & WEST LLP, 515 South Flower Street, 42nd Floor, Los Angeles, California 90071, email address: john.son@tuckerellis.com, hereby adds his appearance as attorney of record for defendant United Technologies Corporation in the above-captioned matter and requests that all future correspondence, pleadings, and notices be sent to the above-referenced address and/or email address.

DATED: April 26, 2010

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Attorneys for Defendant
**UNITED TECHNOLOGIES CORPORATION**

PLEADING NO. 6152

OFFICIAL FILE COPY

IMAGED APR 2 7 2010

1
UNITED TECHNOLOGIES CORPORATION'S
NOTICE OF APPEARANCE

LaImanage\074908.000614\661049.1-JKS