MDL 875

ORIGINAL

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2010

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| MICHAEL MUSSELMAN, etc., <br><br> Plaintiff, <br><br> v. <br><br> AMPHENOL CORP., et al., <br><br> Defendants. | D. DEL. - C.A. NO.:  1:10-101 |

**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO RULE 5.3**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant United Technologies Corporation ("UTC") states that it does not have a parent corporation, and no publicly held company owns 10 percent or more of UTC.

DATED: April 26, 2010

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Attorneys for Defendant
**UNITED TECHNOLOGIES
CORPORATION**

**OFFICIAL FILE COPY**

PLEADING NO. 6153

IMAGED APR 2 8 2010