# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) **May 3, 2010**
Panel Fax No.: (202) 502-2888

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

Apr 28, 2010

## NOTICE OF APPEARANCE (CTO-334)

FILED
CLERK'S OFFICE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Kris M. Childers, individually and as personal representative of the estate of Dayton Shepherd, deceased.
Plaintiff

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

In the United States District Court for the Northern District of Alabama, Southern Division
C.A. No. 10-PWG-944-S
Kris M. Childers, individually and as personal representative of the estate of Dayton Shepherd, deceased,
v. Long Lewis, Inc. et al.

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| April 20, 2010 | _[signature]_ |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**  Katherine McFarland
LEVIN, PAPANTONIO
316 S. Baylen St. Ste. 600
Pensacola, FL 32502

Telephone No.: 850-435-7184        Fax No.: 850-436-6185

Email Address: kmcfarland@levinlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18