**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Apr 28, 2010

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Kris M. Childers, etc. v. Long-Lewis, Inc., et al., | ) | |
| N.D. Alabama, C.A. No. 2:10-944 | ) | MDL No. 875 |

**NOTICE OF FILED OPPOSITION**
**AND PUBLICATION OF BRIEFING SCHEDULE**

Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **Plaintiff Kris M. Childers, etc.** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.

The Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed below. See Rule 5.1.1 et seq. for filing options and requirements. Counsel filing oppositions in more than one action should file a single motion and brief with an attached schedule of actions. **Fax transmission of the motion and brief or response will not be accepted.** See Panel Rule 5.1.2(d).

Papers must be served on the attached Panel Service List. Attach a copy of this list to the certificate of service. (Counsel who have subsequently made appearances in this action should be added to the certificate of service).

All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above. The briefing schedule is set as follows:

**Rule 5.3 Corporate Disclosure Statements Due on or Before:**     May 12, 2010

**Motion and Brief Due on or Before:**     May 12, 2010

**Responses Due on or Before:**     June 2, 2010

Failure to file and serve the required motion and brief within the allotted 14 days will be considered a withdrawal of the opposition, and the stay of the conditional transfer order will be lifted.

Counsel will be notified if/when this matter is scheduled for hearing before the Panel. Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                               MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-334)**

Kris M. Childers, etc. v. Long-Lewis, Inc., et al., N.D. Alabama, C.A. No. 2:10-944
(Judge Paul W. Greene)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

S. Allen Baker, Jr.
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P.O. Box 306
Birmingham, AL 35201-0306
**abaker@balch.com**

Robert R. Baugh
SIROTE & PERMUTT PC
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255
**baughnortherndistrict@sirote.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Emily S. Bonds
WALSTON WELLS ANDERSON
& BAINS
1819 5th Avenue North, Suite 1100
P.O. Box 830642
Birmingham, AL 35203-0642
**ebonds@walstonwells.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Rocky W. Eaton
AULTMAN TYNER RUFFIN &
SWETMAN LTD
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750
**reaton@aultmantyner.com**

Jenelle R. Evans
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2700
P.O. Box 306
Birmingham, AL 35201-0306
**jevans@balch.com**

Jeffrey E. Friedman
FRIEDMAN LEAK DAZZIO
ZULANAS & BOWLING PC
3800 Corporate Woods Drive, Suite 650
P.O. Box 43219
Birmingham, AL 35242
**jfriedman@friedmanleak.com**

Charles T. Greene
LIGHTFOOT FRANKLIN &
WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
**cgreene@lightfootlaw.com**

Mary B. Hankey
SIROTE & PERMUTT PC
(BIRMINGHAM)
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
**baughnortherndistrict@sirote.com**

Roy W. Harrell, III
VICKERS RIIS MURRAY &
CURRAN LLC
56 St. Joseph Street
P.O. Box 2568
Mobile, AL 36652-2568
**tharrell@vickersriis.com**

James A. Harris, III
HARRIS & HARRIS LLP
2501 20th Place South
Colonial Bank Building, Suite 450
Birmingham, AL 35223
**jamey@harris-harris.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

**MDL No. 875 - Panel Service List (Excerpted from CTO-334) (Continued)**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

Frank E. Lankford, Jr.
HUIE FERNAMBUCQ &
STEWART LLP
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484
**fel@hfsllp.com**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Brooke G. Malcom
LIGHTFOOT FRANKLIN &
WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
**bmalcom@lightfootlaw.com**

Edward Bailey McDonough, Jr.
EDWARD B
MCDONOUGH JR PC
1800 AmSouth Bank Building
P.O. Box 1943
Mobile, AL 36633
**ebm@emcdonoughlaw.com**

Katherine McFarland
LEVIN PAPANTONIO THOMAS
MITCHELL ECHSNER &
PROCTOR PC
316 South Baylen Street, Suite 600
Pensacola, FL 32502
**kmcfarland@levinlaw.com**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Edwin B. Nichols
MAYNARD COOPER &
GALE PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618
**bnichols@maynardcooper.com**

Robert F. Northcutt
CAPELL & HOWARD PC
150 S. Perry Street
P.O. Box 2069
Montgomery, AL 36102-2069
**julie@chlaw.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

F. Grey Redditt, Jr.
VICKERS RIIS MURRAY & CURRAN
Eleventh Floor, Regions Bank Building
106 Saint Francis Street
Post Office Drawer 2568
Mobile, AL 36652-2568
**gredditt@vickersriis.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
**jrice@motleyrice.com**

C. Winston Sheehan
BALL BALL MATTHEWS &
NOVACK PA
2000 Interstate Park Drive,
Suite 204
P.O. Box 2148
Montgomery, AL 36102-2148
**wsheehan@ball-ball.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Michael A. Vercher
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
**mavercher@csattorneys.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

Leila H. Watson
CORY WATSON CROWDER &
DEGARIS PC
2131 Magnolia Avenue, 2nd Floor
Birmingham, AL 35205
**lwatson@cwcd.com**

**MDL No. 875 - Panel Service List (Excerpted from CTO-334) (Continued)**

William L. Waudby
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202
**bwaudby@bakerdonelson.com**

Lance D. Wilson
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105
**lance.wilson@tuckerellis.com**