# MDL 875

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

   Hoffman-New Yorker Inc.
   John Crane Inc.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

   Joanne Lane v. Aldrich Co. Boilers, et al.
   District of Delaware   C.A. No. 09-586

PLEADING NO. 6157

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4-23-10
Date

[Signature]
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
   Jonathan L. Parshall, Esq.
   Murphy & Landon
   1011 Centre Rd., Suite 210
   Wilmington, DE 19805

Telephone No.: (302) 472-8106        Fax No.: (302) 472-8135

Email Address: jonp@msllaw.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED APR 2 8 2010