# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

TO:  United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-334)

Apr 28, 2010

FILED
CLERK'S OFFICE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

CITGO PETROLEUM CORPORATION – Defendant
UNION OIL COMPANY OF CALIFORNIA – Defendant
CHEVRON U.S.A. INC. – Defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

U.S. District Court, Northern District of Illinois, Eastern
Division, Civil Action No. 1:09-cv-7892
Susan T. Gehrke, Individually and as Special Administrator of the
Estate of David Gehrke, deceased v. Alcoa, Inc., et al

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/21/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Michael T. Trucco
Stamos & Trucco LLP
One East Wacker, 3rd Floor
Chicago, IL  60601

Telephone No.: 312-630-7979    Fax No.: 312-630-1209

Email Address:  mtrucco@stamostrucco.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18