# MDL 875

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) May 3, 2010**
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

### NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

3M Company (sued as 3M f/k/a Minnesota Mining & Manufacturing)

PLEADING NO. 6159

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Childers v. Long Lewis, Inc., et al.,
USDC Northern District of Alabama
Case No: 2:10-cv-00944-PWG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/26/2010
Date

Signature of Attorney or Designee

Name and Address of Designated Attorney:
James A. Harris, III
Harris & Harris LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
Telephone No.: 205-871-5777      Fax No.: 205-871-0029

Email Address: jamey@harris-harris.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

**OFFICIAL FILE COPY**          IMAGED APR 28 2010