UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 29, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-335)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 771 F.Supp. 415 (J.P.M.L. 1991).  Since that time, 85,246 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                         MDL No. 875

### SCHEDULE CTO-335 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-1638 | Homer Moore v. Asbestos Defendants, et al. |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 10-820 | Jimmy Bangaoil, et al. v. Air & Liquid Systems Corp., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-367 | Donald Crumrine v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-372 | Lorraine Allen, etc. v. General Electric Co., et al. |
| CT | 3 | 10-277 | William Carl Miller, etc. v. Air & Liquid Systems Corp., et al. |
| CT | 3 | 10-355 | William Boyd v. CBS Corp., et al. |
| CT | 3 | 10-520 | John Holmgren v. General Electric Co., et al. |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 09-2408 | Linda L. Pendergast, etc. v. American Optical Corp., et al. |
| **INDIANA NORTHERN** | | | |
| INN | 1 | 09-155 | Warren Percy v. CBS Corp., et al. |
| INN | 2 | 08-348 | Barbara A. Sobierajski, etc. v. A.W. Chesterton Co., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 10-968 | Calvin Stevens, et al. v. Cooper/T. Smith Stevedoring Co., Inc., et al. |
| **RHODE ISLAND** | | | |
| RI | 1 | 10-185 | Joseph J. Kanicki, etc. v. General Electric Co., et al. |
| **WISCONSIN EASTERN** | | | |
| WIE | 2 | 10-207 | Elizabeth I. Hakes, etc. v. A.W. Chesterton Co., et al. |