UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 29, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)   MDL No. 875

# NOTICE OF FILING OF
# CONDITIONAL TRANSFER ORDER (CTO-335)

Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the [Rules of Procedure of the Judicial Panel on Multidistrict Litigation](), 199 F.R.D. 425, 435-36 (2001). The order will be stayed for 14 days unless opposed in accordance with Rule 7.4(c).

Notices of Opposition should be filed by email or facsimile. Refer to Rule 5.1.1 et seq. for filing options and requirements. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Fax transmission of the motion and brief will not be accepted.**

Opposing counsel shall notify the Clerk of the Panel of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before: May 13, 2010 (12 noon EST)**

If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **by email (as a PDF attachment), at JPMLeFILE@jpml.uscourts.gov;  or by facsimile, at (202) 502-2888,** of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions. A Panel Service List is attached to this notice.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                                          MDL No. 875

## PANEL SERVICE LIST (CTO-335)

Knight S. Anderson
HILL FULWIDER MCDOWELL
FUNK & MATTHEWS
One Indiana Square
211 North Pennsylvania Street
Suite 2000
Indianapolis, IN 46204-2031
**knight@hfmfm.com**

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Michael L. Armitage
WATERS KRAUS & PAUL LLP
222 N. Sepulveda Blvd.
Suite 1900
El Segunda, CA 90245
**marmitage@waterskraus.com**

Ronald Austin, Jr.
BROTHERS & THOMPSON PC
100 West Monroe Street
Suite 1700
Chicago, IL 60603
**ra2law@cs.com**

Joshua M. Auxier
HALLORAN & SAGE
315 Post Road, West
Wesport, CT 06880-4739
**auxier@halloran-sage.com**

Robert M. Baker, III
LAW OFFICE OF ROBERT M
BAKER III
9150 North Meridan Street
P.O. Box 90289
Indianapolis, IN 46290
**rbaker@rbakerlaw.net**

Scott R. Bickford
MARTZELL & BICKFORD APC
338 Lafayette Street
New Orleans, LA 70130
**usdcedla@mbfirm.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Anthony D. Brosamle
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223
**anthony.brosamle@tuckerellis.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Dennis F. Cantrell
CANTRELL STRENSKI &
MEHRINGER LLP
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204
**dcantrell@csmlawfirm.com**

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308
**michaelp.cascino@gmail.com**

Thomas C. Clark
LITCHFIELD CAVO
40 Tower Lane Suite 200
Avon, CT 06001
**clark@litchfieldcavo.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Kenneth R. Costa
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Boston, MA 02114
**kcosta@piercedavis.com**

David A. Cyr
JOHNSON & BELL LTD
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404
**cyrd@jbltd.com**

Case A. Dam
FERRARO LAW FIRM
4000 Ponce de Leon Boulevard
Suite 700
Miami, FL 33146-1434
**cxd@ferrarolaw.com**

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**efletcher@hplegal.com**

Marcia A. Davis
BICE COLE LAW FIRM PL
15316 NW 140th Street
P.O. Box 1860
Alachua, FL 32616
**davis@bicecolelaw.com**

James D. Dilorenzo, II
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302
**jdl@fowler-white.com**

**MDL No. 875 - Panel Service List (CTO-335) (Continued)**

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Daniel S. Elger
GASS WEBER & MULLINS LLC
309 North Water Street
Milwaukee, WI 53202
**elger@gasswebermullins.com**

Bret Charles Gainsford
AKERMAN SENTERFITT
420 S. Orange Avenue
Suite 1200
P.O. Box 231
Orlando, FL 32801
**bret.gainsford@akerman.com**

Daniel Alberto Garcia
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131
**dgarcia@bennettaiello.com**

Jason Kirk Henderson
DANAHER LAGNESE & NEAL PC
Capitol Place
21 Oak Street
Suite 700
Hartford, CT 06106
**jhenderson@dtln.com**

Jonathan C. Hollingshead
FISHER RUSHMER WERRENRATH
DICKSON TALLEY & DUN
20 N. Orange Avenue
Suite 1500
P.O. Box 712
Orlando, FL 32802-0712
**jhollingshead@fisherlawfirm.com**

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
**kjamison@pondnorth.com**

Daniel G. Jardine
JARDINE LAW OFFICE LLC
119 South Main Street
DeForest, WI 53532-1109
**dan@jardinelawoffice.com**

Virginia E. Johnson
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137
**vjohnson@foleymansfield.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Jason L. Kennedy
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
**fedindasbestos@smsm.com**

Brian P. Kenney
EARLY LUDWICK & SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**bkenney@elslaw.com**

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square
211 North Pennsylvania Street
Suite 1800
Indianapolis, IN 46204-4208
**dking@woodmclaw.com**

Kevin R. Knight
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
**kevin.knight@icemiller.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

Kathleen M. LaBarge
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134
**labarge@bicecolelaw.com**

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880
**labelle@halloran-sage.com**

Robert Paul Landau
ROBERTS CARROLL FELDSTEIN & PEIRCE
10 Weybosset Street
8th Floor
Providence, RI 02903
**rlandau@rcfp.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

**MDL No. 875 - Panel Service List (CTO-335) (Continued)**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

Prescott Wayne Littlefield
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132
**plittlefiend@morganlewis.com**

Daniel M. Long
LOCKE REYNOLDS LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
**dlong@locke.com**

Christopher J. Lynch
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
**lynchc@halloran-sage.com**

Christopher J. Lynch
LECLAIR RYAN
One Financial Plaza
755 Main Street
Suite 2000
Hartford, CT 06103
**christopher.lynch@leclairryan.com**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Daniel A. Manna
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
**dmanna@foley.com**

Jonathan D. Mattingly
BARNES & THORNBURG LLP
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204-3535
**jonathan.mattingly@btlaw.com**

Gregory H. Maxwell
CRONIN & MAXWELL
2223 Oak Street
Jacksonville, FL 32204
**greg@croninmaxwell.com**

Thomas F. Maxwell, Jr.
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
**tmaxwell@pullcom.com**

Andrew J. McElaney Jr.
NUTTER MCCLENNEN &
FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
**ajm@nutter.com**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**cmeisenkothen@elslaw.com**

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110
**bmisiura@governo.com**

Raymond H. Modesitt
WILKINSON GOELLER
MODESITT WILKINSON &
DRUMMY LLP
333 Ohio Street
P.O. Box 800
Terre Haute, IN 47808-0800
**rhmodesitt@wilkinsonlaw.com**

David T. Morris
SCHIFF HARDIN LLP
Sears Tower
233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
**dmorris@schiffhardin.com**

William E. Murray
EDWARDS ANGELL PALMER &
DODGE LLP
20 Church Street
20th Floor
Hartford, CT 06103
**wmurray@eapdlaw.com**

Lisa L. Oberg
MCKENNA LONG &
ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111
**loberg@mckennalong.com**

**MDL No. 875 - Panel Service List (CTO-335) (Continued)**

Pius Akamdi Obioha
LAW OFFICES OF PIUS A OBIOHA
P.O. Box 46385
Baton Rouge, LA 70895
**pakamdi@aol.com**

Steven A. Oldham
DINSMORE & SHOHL LLP - CIN/OH
255 E Fifth Street Suite 1900
Cincinnati, OH 45202
**steven.oldman@dinslaw.com**

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
**molson@embryneusner.com**

James R. Oswald
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903-1345
**joswald@apslaw.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Terri L. Parker
SHOOK HARDY & BACON LLP
100 N. Tampa Street
Suite 2900
Tampa, FL 33602
**rparker@shb.com**

Katharine S. Perry
ADLER POLLOCK & SHEEHAN PC
175 Federal Street
Boston, MA 02110
**kperry@apslaw.com**

James M. Portelli
SPANGLER JENNINGS & DOUGHERTY PC
8396 Mississippi Street
Merrillville, IN 46410
**jportelli@sjdlaw.com**

Mary K. Reeder
RILEY BENNETT & EGLOFF LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204
**mreeder@rbelaw.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
**jrice@motleyrice.com**

Antonio J. Rodriguez
FOWLER RODRIGUEZ
400 Poyodras Street
30th Floor
New Orleans, LA 70130
**ajr@frc-law.com**

Lori M. Rovner
750 NE 64th Street
Apt. B-511
Miami, FL 33138-6418
**lrovner@foleymansfield.com**

John A. Sheffer
SHEFFER LAW FIRM PLLC
101 South Fifth Street
Suite 1600
Louisville, KY 40202
**jsheffer@kylaw.com**

Ronald J. Sholes
ADAMS & REESE LLP (NEW ORLEANS)
One Shell Square
701 Poydras Street
Suite 4500
New Orleans, LA 70139
**sholesrj@arlaw.com**

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110
**msimons@governo.com**

Frank J. Sioli, Jr.
BROWN SIMS PC
9100 South Dadeland Boulevard
Suite 908
Miami, FL 33156
**fsioli@brownsims.com**

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601
**gsquitiero@maherandmurtha.com**

Clark S. Sturge
COLE SCOTT & KISSANE PA
9150 South Dadeland Boulevard
Miami, FL 33156
**clark.sturge@csklegal.com**

Norman Charles Sullivan, Jr.
FOWLER RODRIGUEZ
Texaco Center
400 Poydras Street
30th Floor
New Orleans, LA 70130
**nsullivan@frc-law.com**

David A. Temple
DREWRY SIMMONS VORNEHM LLP
8888 Keystone Crossing
Suite 1200
Indianapolis, IN 46240
**dtemple@drewrysimmons.com**

**MDL No. 875 - Panel Service List (CTO-335) (Continued)**

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495
**jthomen@mccarter.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007
**tracy.tomlin@nelsonmullins.com**

Alex A. Toribio
MCCARTER & ENGLISH LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3495
**atoribio@mccarter.com**

R. Bart Totten
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903
**btotten@apslaw.com**

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006
**hugh.turner@akerman.com**

Anthony Nolan Upshaw
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134
**anu@adorno.com**

Christopher N. Wahl
HILL FULWIDER MCDOWELL FUNK & MATTHEWS
One Indiana Square
211 North Pennsylvania Street
Suite 2000
Indianapolis, IN 46204-2031
**chris@hfmfm.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

Matthew Jason Zamaloff
CETRULO & CAPONE
Two Seaport Lane
10th Floor
Boston, MA 02210
**mzamaloff@cetcap.com**

C. James Zeszutek
DINSMORE & SHOHL LLP
One Oxford Centre
301 Grant Street, 28th Floor
Pittsburgh, PA 15219-1425
**james.zeszutek@dinslaw.com**