UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 30, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Asbestos Products Liability Litigation             MDL No. 875

*Ricky Young, Sr., v. Chambers Gasket & Manufacturing Co., et al., N.D. Indiana, IN No. 3:09-cv-149*

**CORPORATE DISCLOSURE STATEMENT OF GRAND HAVEN GASKET CO.**

Pursuant to Rules of the Procedure of the Judicial Panel on Multidistrict Litigation 5.3, defendant, Grand Haven Gasket Co., submits the following corporate disclosure statement:

Grand Haven Gasket Co. is not a publically held corporation.  Grand Haven Gasket Co. has no publicly held parent corporation.  No publicly-held company owns ten percent or more of the stock of Grand Haven Gasket Co.

**SEGAL MCCAMBRIDGE SINGER & MAHONEY**

By: /s/ Jill M. Felkins

Jill M. Felkins, #27100-29
233 South Wacker Drive - Suite 5500
Chicago, Illinois 60606
(312) 644-6983
(312) 645-7711 [Fax]
jfelkins@smsm.com
Attorney for Defendant, Grand Haven Gasket Co.