UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 19, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-334)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,193 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 04, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                      MDL No. 875

### SCHEDULE CTO-334 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ~~ALN~~ | ~~2~~ | ~~10-944~~ | ~~Kris M. Childers, etc. v. Long-Lewis, Inc., et al.~~  Opposed 4/28/10 |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 10-494 | Maria Kovary, et al. v. Honeywell International, Inc., et al. |
| CAC | 2 | 10-2313 | Helena Rieniets, et al. v. A.O. Smith Corp., et al. |
| CAC | 2 | 10-2514 | Dr. Robert Houchin, et al. v. A.W. Chesterton Co., et al. |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 10-1180 | John Lambase v. Northrop Grumman Shipbuilding, Inc. |
| CAN | 3 | 10-1181 | Robin Shropshire, et al. v. General Dynamics Corp., et al. |
| CAN | 4 | 10-1398 | Timothy Culver, et al. v. Kaiser Ventures, LLC, et al. |
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 10-351 | John M. Tyler, et al. v. Alfa Laval, Inc., et al. |
| DELAWARE | | | |
| DE | 1 | 09-586 | Joanne Lane v. Aldrich Co. Boilers, et al. |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 10-20401 | Robert P. Bullion, etc. v. J.C. Penney Co., Inc., et al. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 09-7892 | Susan T. Gehrke v. Alcoa, Inc., et al. |
| INDIANA NORTHERN | | | |
| INN | 2 | 10-72 | Ray Martin v. CBS Corp., et al. |
| INN | 2 | 10-73 | Teola T. Lucas v. CBS Corp., et al. |
| SOUTH CAROLINA | | | |
| SC | 2 | 09-3048 | James Bouchillon, et al. v. A.W. Chesterton Co., et al. |
| SC | 2 | 10-343 | Jammie C. Tyndall, et al. v. Christopher H. Willis, et al. |
| SC | 6 | 10-706 | Darrell Crowe, etc. v. 3M Co., et al. |

**MDL No. 875 - Schedule CTO-334 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 09-9647 | Gary D. Angle v. American Standard, Inc., et al. |
| VAE | 2 | 09-9648 | John A. Barnard v. American Standard, Inc., et al. |
| VAE | 2 | 09-9649 | Earl W. Birchfield v. American Standard, Inc., et al. |
| VAE | 2 | 09-9650 | Jonah L. Birdwell v. American Standard, Inc., et al. |
| VAE | 2 | 09-9651 | James R. Boso v. American Standard, Inc., et al. |
| VAE | 2 | 09-9652 | Lynn L. Landis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9653 | Arnold R. Lunsford v. American Standard, Inc., et al. |
| VAE | 2 | 09-9654 | Honas H. Richards v. American Standard, Inc., et al. |
| VAE | 2 | 09-9655 | Herman W. Schaekel v. American Standard, Inc., et al. |
| VAE | 2 | 09-9656 | Travor P. Thomas v. American Standard, Inc., et al. |
| VAE | 2 | 09-9657 | Andrew C. Shores v. American Standard, Inc., et al. |
| VAE | 2 | 10-9681 | Charles Curry v. Air & Liquid Systems Corp., et al. |
| VAE | 2 | 10-9682 | Charles Curry v. Air & Liquid Systems Corp., et al. |
| **WISCONSIN EASTERN** | | | |
| WIE | 2 | 10-156 | Daniel Ahnert, et al. v. CBS Corp., et al. |