Case MDL No. 875   Document 6164   Filed 05/04/10   Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 04, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **TO:** United States Judicial Panel<br>On Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Bldg.<br>One Columbus Circle, N.E., Room G-255<br>Washington, D.C. 20002 | THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN<br><u>(Noon Eastern Time) May 3, 2010</u><br>Panel Fax No.: (202) 502-2888 |

MDL No. **875** – IN RE:  **Asbestos Products Liability Litigation (No. VI)**

### NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED:** John Crane, Inc., Defendant

| | |
|---|---|
| James Bouchillon and Joann Bouchillon, ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> A.W. Chesterton Company, et al., ) <br> ) <br> Defendants ) | Case No. 2:09-CV-03048 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_April 30, 2010_
Date

_[signature]_
Signature of Attorney or Designee

Name and Address of Designated Attorney:

James H. Elliott, Jr., Esquire
Pritchard & Elliott, LLC
P. O. Box 630
Charleston, SC 29402

Telephone No. 843-722-3300          Fax No. 843-722-3379

E-mail Address: jelliott@pritchard-elliott.com