# MDL 875

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -5 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Rickey Young, Sr. v. Chambers Gasket & Manufacturing )
    Co., et al., N.D. Indiana, C.A. No. 3:09-149          )    MDL No. 875

## CORPORATE DISCLOSURE STATEMENT OF
## CHICAGO-WILCOX MANUFACTURING COMPANY, INC.

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Chicago-Wilcox Manufacturing Company, Inc. submits the following corporate disclosure statement:

Chicago-Wilcox Manufacturing Company, Inc. is a not a publicly held Corporation. Chicago-Wilcox Manufacturing Company, Inc. has no publicly held parent corporation. No publicly-held company owns 10% or more of the stock of Chicago-Wilcox Manufacturing Company, Inc.

Respectfully submitted,

SWANSON MARTIN & BELL, LLP

By:    s/ Jody E. Kahn
        Jody Kahn
        Swanson, Martin & Bell, LLP
        330 N. Wabash Ave., Suite 3300
        Chicago, Illinois 60611
        (312) 321-9100
        (312) 321-0990 FAX
        jkahn@smbtrials.com

*Attorneys for defendant Chicago-Wilcox Manufacturing Company, Inc.*

PLEADING NO. 6165

**OFFICIAL FILE COPY**

IMAGED MAY - 5 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2010, a copy of the foregoing Corporate Disclosure Statement of Defendant Chicago-Wilcox Manufacturing Company, Inc. was sent to the following parties by facsimile and U.S. Mail:

| | |
|---|---|
| Timothy J. Walsh<br>5415 Buffet Court<br>Granger, Indiana 46530<br>Fax: (574) 258-6090 | Jill M. Felkins<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>233 S. Wacker Drive, Suite 5500<br>Chicago, Illinois 60606<br>Fax: (312) 645-7711 |
| Edward W. Hearn<br>Stephen M. Brandenburg<br>Johnson & Bell, Ltd.<br>1435 East 85th Ave.<br>Merrillville, Indiana 46410<br>Fax: (219) 791-1901 | Susan E. Mehringer<br>Cantrell, Strenski & Mehringer, LLP<br>2400 Market Tower<br>10 West Market Street<br>Indianapolis, Indiana 46204<br>Fax: (317) 352-3501 |

A copy was also faxed to the Clerk of the United States Judicial Panel on Multidistrict Litigation at (202) 502-2888.

By: s/ Jody E. Kahn
Jody Kahn,
330 N. Wabash Ave., Suite 3300
Chicago, Illinois 60611
(312) 321-5100
(312) 321-0990 FAX
jkahn@smbtrials.com

2