Case MDL No. 875   Document 6166   Filed 05/05/10   Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 05, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br>Sylvia Edem, et al. v. C.P. Hall Co., et al.<br>C.D. California, C.A. No. 2:10-1784 | MDL DOCKET NO. 875 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendants Lorillard Tobacco Company ("Lorillard") and Hollingsworth & Vose Company ("H&V") hereby disclose that Lorillard is a wholly owned subsidiary of Lorillard, Inc. Shares of Lorillard, Inc. are publicly traded. H&V is a privately held company. H&V is not a subsidiary of any corporation and no publicly held company owns 10% or more of its stock.

Dated: May 4, 2010

Respectfully submitted,

_____
Erin L. Sparkuhl (CA Bar No. 245583)
Randall D. Haimovici (CA Bar No. 213625)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Telephone:   (949) 475-1500
Fax:          (949) 475-0016
*Counsel for Defendants Lorillard Tobacco Company and Hollingsworth & Vose Company*

1

70504 v1

Case MDL No. 875   Document 6166   Filed 05/05/10   Page 2 of 7

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 05, 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to all counsel of record this 4th day of May, 2010.

_____
Attorney

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614. On May 4, 2010, I served on the interested parties in said action the within:

## RULE 5.3 – CORPORATE DISCLOSURE STATEMENT

placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☐ (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, on _____, to be delivered by their next business day delivery service on _____, to the addressee designated.

☒ (ELECTRONIC FILING/E-MAIL) I provided the document(s) listed above electronically.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 4, 2010, at Irvine, California.

_____Cynthia A. Deszcz_____          _____(signature)_____
(Type or print name)

57794 v2  (*Edem*)

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-333)

Sylvia J. Edem, et al. v. The C.P. Hall Co., et al., C.D. California, C.A. No. 2:10-1784
(Judge Gary Feess)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
mjolley@lawpga.com

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
jwblack@wardblacklaw.com

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
rbudd@baronbudd.com

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
jcooney@cooneyconway.com

Alan Scott Goldberg
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025-6538
sgoldberg@selmanbreitman.com

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
kevin.jordan@bakerbotts.com

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
pkalish@crowell.com

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
skazan@kazanlaw.com

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
kraus@waterskraus.com

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
DLandin@Hunton.com

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
attylane@bellsouth.net

**MDL No. 875 - Panel Service List (Excerpted from CTO-333) (Continued)**

Helen Marie Luetto
WALSWORTH FRANKLIN BEVINS &
MCCALL LLP
One City Boulevard, West
5th Floor
Orange, CA 92868-3677
**hluetto@wfbm.com**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
**jrice@motleyrice.com**

Deborah R. Rosenthal
PAUL & HANLEY LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710
**drosenthal@paulandhanley.com**

Barry R. Schirm
GRACE COSGROVE & SCHIRM APC
444 South Flower Street
11th Floor
Los Angeles, CA 90071
**bschirm@ggcs.net**

Erin J. Sparkuhl
SHOOK HARDY & BACON LLP
Jamboree Center
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546
**esparkuhl@shb.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

# SERVICE LIST

## Edem v. CP Hall Co., et al.
### 3/31/2010

| | |
|---|---|
| Dean A. Hanley, Esq.<br>Jon. R. Neumann, Esq.<br>David L. Amell, Esq.<br>PAUL & HANLEY LLP<br>Suite 300<br>1608 Fourth Street<br>Berkeley, CA 94710<br><br>Tel.: 510/559-9980<br>Fax: 510/559-9970<br><br>**Attorneys for Plaintiffs**<br>**SYLVIA J. EDEM** as successor-in-interest to **RICHARD F. EDEM,** deceased; and **SYLVIA J. EDEM, RACHELLE FELL, KARA L. FRAZIER, DWN M. PEARCE, and KELLY M SPIKER,** as legal heirs of **RICHARD F. EDEM,** deceased | A Scott Goldberg, Esq.<br>Bruce G. Chusid, Esq.<br>SELMAN BREITMAN LLP<br>Sixth Floor<br>11766 Wilshire Boulevard<br>Los Angeles, CA 90025<br><br>Tel: 310/445-0800<br>Fax: 310/473-2525<br><br><br>**Attorneys for Defendant**<br>**R.T. VANDERBILT COMPANY, INC.** |
| WALSWORTH FRANKLIN BEVINS & MCCALL, LLP<br>Fifth Floor<br>One City Boulevard West<br>Orange, CA 92868-3604<br><br>Tel: 714/634-2522<br>Fax: 714/634-0686<br><br>**Attorneys for Defendant**<br>**QUINTEC INDUSTRIES, INC.** | Barry Schirm, Esq.<br>GRACE, COSGROVE & SCHIRM<br>444 South Flower Street<br>Suite 1100<br>Los Angeles, CA 90071-2912<br><br>Tel: 213/533-5400<br>Fax: 213/533-5444<br><br>**Attorneys for Defendant**<br>**MICHELIN NORTH AMERICA, INC.** |

57794 v2  (*Edem*)

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 05, 2010

FILED
CLERK'S OFFICE



www.shb.com

May 4, 2010

Erin L. Sparkuhl

Jamboree Center
5 Park Plaza, Suite 1600
Irvine
California 92614-2546
949-475-1500
949-975-1713 DD
949-475-0016 Fax
esparkuhl@shb.com

**VIA FACSIMILE & E-MAIL (E-FILING)**

Mr. Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004
Fax: 202-502-2888
JPMLeFILE@jpml.uscourts.gov

Re:   *IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION* – MDL No. 875
      RULE 5.3 CORPORATE DISLOSURE STATEMENT

  Case Name:   *Sylvia J. Edem, et al. v. The C.P. Hall Company, et al.*
               United States District Court, Central District of California
               Case No.: CV10-1784 GAF (JCx)

Dear Mr. Luthi:

Please find enclosed Defendants Lorillard Tobacco Company and Hollingsworth & Vose Company's Corporate Disclosure Statement for MDL Docket No. 875, as required by Rule of Procedure 5.3 of the Judicial Panel on Multidistrict Litigation. If you have any questions or concerns, please feel free to contact me.

Thank you for your assistance.

Sincerely,

Erin L. Sparkuhl

Enclosure

cc:   Attached Counsel List

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

70502 v1