# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**JUDICIAL PANEL ON DISTRICT LITIGATION**

**MAY - 6 2010**

**FILED CLERK'S OFFICE**

TO: United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) April 20, 2010

Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-333)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant Michelin North America, Inc.

PLEADING NO. 6168

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):
Sylvia Edem, et al., vs. C.P. Hall Co., et al.
United States District Court, Central District of California
Case No. CV10-1784 GAF (JCx)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

April 28, 2010
Date

*Barry R. Schirm* (signature)
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Barry R. Schirm
Grace, Cosgrove & Schirm
444 S. Flower Street, Suite 1100
Los Angeles, CA 90071

Telephone No.: (213) 533-5400       Fax No.: (213) 533-5444

Email Address: bschirm@gcslaw.net

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**2010 APR 30 P 2:00**

**RECEIVED CLERK'S OFFICE**

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

**OFFICIAL FILE COPY**

JPML Form 18

**IMAGED MAY - 6 2010**

**PROOF OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2010

FILED
CLERK'S OFFICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 1100, Los Angeles, California 90071.

On April 28, 2010, I served the within document(s) described as:

NOTICE OF APPEARANCE (CTO-333)

on the interested parties in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is (213) 533-5444, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

Executed on April 28, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Silvia Moreno
(Type or print name)

(Signature)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
APR 30 P 2:0_
RECEIVED
CLERK'S OFFICE

-1-

Edem v. The C.P. Hall Company, et al.
Case No. CV 10-1784 GAF (JCx)

G:\Fileroom\MNA\Edem\Pleadings\federal court (pos) -pos.doc

GRACE, COSGROVE & SCHIRM
A PROFESSIONAL CORPORATION
444 S. FLOWER STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90071
(213) 533-5400

## SERVICE LIST

| | |
|---|---|
| Dean A. Hanley, Esq.<br>Jon R. Neumann, Esq.<br>David L. Amell, Esq.<br>PAUL & HANLEY LLP<br>1608 Fourth Street, Suite 300<br>Berkeley, CA 94710 | Attorneys for Plaintiffs<br><br>Phone: (510) 559-9980<br>Fax: (510) 559-9970 |
| A. Scott Goldberg<br>Bruce G. Chusid<br>Patrick J. Clifford<br>SELMAN BREITMAN<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025-6538 | Attorneys for R.T. Vanderbilt Company, Inc.<br><br>Phone: (310) 445-0800<br>Fax: (310) 473-2525 |
| Randall D. Haimovici<br>Erin L. Sparkuhl<br>SHOOK, HARDY & BACON LLP<br>333 Bush Street, Suite 600<br>San Francisco, CA 94104-2828 | Attorneys for Lorillard Tobacco Company and Hollingsworth & Vose Company<br><br>Phone: (415) 544-1900<br>Fax: (415) 391-0281 |
| Michael T. McCall<br>Kelly A. McMahon<br>WALSWORTH FRANKLIN BEVINS & McCALL LLP<br>1 City Boulevard West, Fifth Floor<br>Orange, CA 92868-3677 | Attorneys for Quintec Industries, Inc.<br><br>Phone: (714) 634-2522<br>Fax: (714) 634-0686 |

-2-

Edem v. The C.P. Hall Company, et al.
Case No. CV 10-1784 GAF (JCx)

G:\Fileroom\MNA\Edem\Pleadings\federal court (pos) -pos.doc