JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-334)

PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):

Defendant General Mills Cereals, LLC

PLEADING NO. 6169

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Susan T. Gehrke, Individually and as Special Administrator
for the Estate of David Gehrke, deceased,
                 Plaintiff,
v.                                                      Case No. 1:09-cv-07892

Alcoa Inc., et al.,
                 Defendants.

****************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

5/7/10
Date

_____
Signature of Attorney or Designee

Name and Address of Designated Attorney: Jerry W. Blackwell
Blackwell Burke P.A.
431 S. 7th Street, Suite 2500
Minneapolis, MN 55415

Telephone No.: 612-343-3200      Fax No.: 612-343-3205

Email Address: Blackwell@blackwellburke.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED MAY - 6 2010

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY - 6 2010

FILED
CLERK'S OFFICE

TO:  United States Judicial Panel
     on Multidistrict Litigation
     Thurgood Marshall Federal Judiciary Bldg.
     One Columbus Circle, N.E., Room G-255
     Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

John M. Tyler, Plaintiff
Doris Tyler, Plaintiff

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

John M. Tyler, et ux. v. Alfa Laval, Inc. et al.
District: DC
Div:     1
C.A.#    10-351

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/30/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Daniel A. Brown
Brown & Gould, LLP
7700 Old Georgetown Road, Ste. 500
Bethesda, MD 20814
Telephone No.: 301-718-4548       Fax No.: 301-718-8037
Email Address: dbrown@brownandgould.com

2010 APR 32  P 7:34
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MAY - 6 2010

FILED
CLERK'S OFFICE

TO:  United States Judicial Panel
     on Multidistrict Litigation
     Thurgood Marshall Federal Judiciary Bldg.
     One Columbus Circle, N.E., Room G-255
     Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):
Honeywell, Inc.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):
John Tyler, et al. v. Alfa Laval, Inc., et al., Civil Action No. 1:10cv-00351-RJL

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

5/3/2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Jennifer E. Cameron, Esq.
Marks, O'Neill, O'Brien, & Courtney, PC
600 Baltimore Avenue, Suite 305
Towson, MD 21204

Telephone No.: (410) 339-6880         Fax No.: (410) 339-6881

Email Address: jcameron@mooclaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Metropolitan Life Insurance Company

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

John A. Barnard v American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9648
Earl W. Birchfield v. American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9649
Jonah L. Birdwell v. American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9650

**\*\* SEE ATTACHED LIST OF ADDITIONAL CASES\*\***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

April 29, 2010

| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** John P. Fishwick, Jr.
Lichtenstein Fishwick & Johnson, PLC
101 S. Jefferson Street, Suite 400
Roanoke, Virginia 24011

Telephone No.: (540) 345-5890     Fax No.: (540) 345-5789

Email Address: jpf@vatrials.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

** ATTACHMENT **

James R. Boso v. American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9651
Lynn L. Landis v. American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9652
Arnold R. Lunsford v. American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9653
Honas H. Richards v. American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9654
Herman W. Schaekel v. American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9655
Travor P. Thomas v. American Standard, Inc., et al. (VAE Div. 2) C.A. #09-9656

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010
Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant, NATIONAL PRESTO INDUSTRIES, INC.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

| | |
|---|---|
| ROBERT P. BULLION, Individually and as Personal Representative of the Heirs and Estate of MARGARET O. BULLION,<br>Plaintiff,<br>v.<br>ANDIS COMPANY, et al.<br>Defendant | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>MIAMI DIVISION<br><br>CASE NO.: 1:10-cv-20401-FAM |

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4-29-10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Christopher E. Knight, Fla Bar #607363
Fowler White Burnett
1395 Brickell Avenue, 14th Floor
Miami, FL 33131

Telephone No.: 305-789-9200      Fax No.: 305-789-9201

Email Address:   cknight@fowler-white.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18