IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA ROGERS, et al., | CONSOLIDATED UNDER MDL 875 |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. |
| BNFL, INC., et al., | Transferred from the Central District of California |
| Defendants. | |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 10 2010

FILED
CLERK'S OFFICE

## SUGGESTION OF REMAND

**AND NOW**, this **19th** day of **April, 2010**, it is hereby **ORDERED** that Plaintiff's motion for a suggestion of remand to the Central District of California[1] received by the Court on March 29, 2010, is **GRANTED**.[2]

This Court **SUGGESTS** that the within entitled matter should be **REMANDED** to the United States District Court for the Central District of California for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

**AND IT IS SO ORDERED**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] The Central District of California cause number for this action was 04-5826

[2] Plaintiffs and remaining defendants have agreed to this stipulation to remand this case to the Central District of California because the only defendants against whom asbestos claims were alleged, Metal Insulation Co. and Thorpe Insulation Co., are no longer parties to this action.
All parties having agreed that a suggestion of remand is appropriate in this case, the Court will adjudicate the motion as uncontested under Local Rule of Civil Procedure 7.1(c). Under Rule 7.1(c) the Court may grant this motion as uncontested, without making a decision on the merits of the motion. The Court will grant the uncontested motion and suggest to the Judicial Panel on Multidistrict Litigation that this case be remanded to the Central District of California.

PLEADING NO. 6172

OFFICIAL FILE COPY   IMAGED MAY 10 2010