MDL 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERTAIN PLAINTIFFS, | CONSOLIDATED UNDER |
| | MDL 875 |
| v. | Exhibit A |
| | |
| BNFL, INC., et al., | Transferred from the |
| | Eastern District of Tennessee |
| Defendants. | |

SUGGESTION OF REMAND

**AND NOW**, this **19th** day of **April, 2010**, it is hereby

**ORDERED** that Plaintiffs' motions for remand to the Eastern District of Tennessee[1] (doc. no. 5), filed on January 5th, 2010 in the cases listed in Exhibit "A", attached, is **GRANTED**.[2]

This Court **SUGGESTS** that the within entitled matter should be **REMANDED** to the United States District Court for the Eastern District of Tennessee for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1]  The Eastern District of Tennessee cause number for each plaintiff in this action was 3:03-CV-52.

[2]  Plaintiffs have filed this motion to remand arguing that federal subject matter jurisdiction is lacking because the United States of America is no longer a defendant to this suit. None of the defendants in this action have filed responses contesting the Plaintiffs' motions.
Since there are no responses to Plaintiffs' motions to remand, the Court will treat this motion as uncontested under Local Rule of Civil Procedure 7.1(c). Under Rule 7.1(c) the Court may grant this motion as uncontested, without making a decision on the merits of the motion. The Court will grant the uncontested motion and suggest to the Judicial Panel on Multidistrict Litigation that this case be remanded to the Eastern District of Tennessee.

OFFICIAL FILE COPY    IMAGED MAY 10 2010

## Exhibit "A"

| | |
|---|---|
| 2:09-93092 | Christopher T. Upton |
| 2:09-93093 | Leslie D. Jones |
| 2:09-93094 | Jeffrey L. Keylon |
| 2:09-93095 | James D. Parten |
| 2:09-93096 | Timothy E. Robbins |
| 2:09-93097 | Paul Vance |