**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## BEFORE THE JUDICIAL PANEL
## On
## MULTIDISTRICT LITIGATION

MAY 1 2 2010

FILED
CLERK'S OFFICE

**MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)**

*Ricky Young, Sr. v. Chambers Gasket & Manufacturing Co., et al.*
Northern District of Indiana, 3:09-CV-149

## NOTICE OF WITHDRAW OF OPPOSITION TO TRANSFER

Defendant Chambers Gasket & Manufacturing, Co., through counsel Edward W. Hearn of JOHNSON AND BELL, LTD., withdraws its opposition to transfer of the matter Ricky Young, Sr. v. Chambers Gasket & Manufacturing, Co., et al., N.D. Indiana, C.A. No. 3:09-149 to MDL No. 875 - In Re Asbestos Products Liability Litigation (No. VI).

Respectfully submitted,

JOHNSON & BELL, LTD.

By: _____
Edward W. Hearn
1435 East 85th Avenue
Merrillville, IN 46410
(219) 791-1900
hearne@jbltd.com
*Counsel for Defendant*
*Chambers Gasket & Manufacturing, Co.*

PLEADING NO. 6176

2010 MAY 10  P 3:51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED MAY 1 2 2010

05/10/2010 13:29  12197911901  Case MDL No. 875  Document 6176  JOHNSON AND BELL LTD  Filed 05/12/10  Page 2 of 2  PAGE 02/02

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 12 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, a copy of the foregoing Notice of Withdraw of Opposition to Transfer of Defendant, Chambers Gasket & Manufacturing Co., was went to the following parties by facsimile and U.S. Mail.

| | |
|---|---|
| Timothy J. Walsh<br>ATTORNEY AT LAW<br>5415 Buffet Court<br>Granger, IN 46530<br>Fax: 574/272-1553 | Jody E. Kahn<br>SWANSON, MARTIN & BELL, LLP<br>330 N. Wabash Avenue, Ste. 3300<br>Chicago, IL 60611<br>Fax: 312/321-0990 |
| Jill M. Felkins<br>SEGAL, MCCAMBRIDGE SINGER & MAHONEY<br>233 S. Wacker Drive, Ste. 5500<br>Chicago, IL 60606<br>FAX: 312/644-6983 | Susan E. Mehringer<br>Cantrell, Strenski & Mehringer, LLP<br>2400 Market Tower<br>10 W. Market Street<br>Indianapolis, IN 46204<br>Fax: 317/352-3501 |

A copy has also been faxed to the Clerk of the United States Judicial Panel on Multidistrict Litigation at 202/502-2888.

By: _____
Edward W. Hearn
1435 East 85th Avenue
Merrillville, IN 46410
(219) 791-1900
hearne@jbltd.com
*Counsel for Defendant*
*Chambers Gasket & Manufacturing, Co.*

2010 MAY 10 P 3:51
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE