UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

May 12, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| Rickey Young, Sr. v. Chambers Gasket & Manufacturing Co., et al., N.D. Indiana, C.A. No. 3:09-149 | ) ) ) |
| Joseph A. Ardoin, Jr. v. DSM Copolymer, Inc., et al., M.D. Louisiana, C.A. No. 3:10-164 | ) ) |

MDL No. 875

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions (*Young* and *Ardoin*) on April 6, 2010. Prior to expiration of that order's 14-day stay of transmittal, a defendant in *Young* and plaintiff in *Ardoin* filed notices of opposition to the proposed transfer of their respective actions. In *Young*, defendant subsequently withdrew its opposition to transfer. In *Ardoin*, plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-333" filed on April 6, 2010, is LIFTED insofar as it relates to these actions. The actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel