MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

*Rickey Young, Sr. v. Chambers Gasket & Manufacturing* )      **MDL No. 875**
*Co., et al., N.D. Indiana, C.A. No. 3:09-149*                )

### DEFENDANT ALERT MANUFACTURING D/B/A ALL-STATE INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant, Alert Manufacturing d/b/a for All-State Industries, Inc., by counsel, discloses that it has no parent corporation. Alert Manufacturing does not exist as a legal entity. All-State Industries, Inc. is a privately held company. There is no parent corporation nor any publicly traded corporation involved.

Respectfully submitted,

*/s/ Susan E. Mehringer*
Susan E. Mehringer (#14608-49)
Attorney for Defendant,
Alert Manufacturing d/b/a for All-State
Industries, Inc.

CANTRELL, STRENSKI & MEHRINGER, LLP
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982
317.352.3500

PLEADING NO. 6178



**OFFICIAL FILE COPY**

**IMAGED** MAY 1 3 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2010, a copy of the foregoing Corporate Disclosure Statement of Defendant Alert Manufacturing d/b/a for All-State Industries, Inc. was sent to the following parties by facsimile and U.S. Mail:

Timothy J. Walsh
5145 Buffet Court
Granger, IN 46601
Fax: (574) 272-1553

Jill M. Felkins
SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Fax: (312) 645-7711

Edward W. Hearn
Stephen M. Brandenburg
JOHNSON & BELL, LTD.
1435 East 85th Ave.
Merrillville, IN 46410
Fax: (219) 791-1901

Jody E. Kahn
330 N. Wabash Ave., Suite 3300
SWANSON, MARTIN & BELL, LLP
Chicago, IL 60611
Fax: (312) 321-0990

A copy was also faxed to the Clerk of the United States Judicial Panel on Multidistrict Litigation at 202-502-2888.

/s/ Susan E. Mehringer
Susan E. Mehringer

CANTRELL, STRENSKI & MEHRINGER, LLP
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 352-3500
Telecopy: (317) 352-3501