**MARTZELL & BICKFORD**

ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE: (504) 581-7635

May 13, 2010

FILED
CLERK'S OFFICE

E-MAIL: MB@MBFIRM.COM

*Writer's Direct Email:*

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
REGINA O. MATTHEWS
SPENCER R. DOODY
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH
ROSHAWN H. DONAHUE

† *also admitted in Texas & Colorado*

May 12, 2010

<u>*Via Email*</u>
Hon. Jeff Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   *Docket No. 875 - Before the Judicial Panel on Multidistrict Litigation*
      *Conditional Transfer Order (CTO-335)*
      This pleading applies to:
      **Calvin Stevens, et al. v. Cooper/T. Smith Stevedoring Co., LAE 10-968**

Dear Mr. Luthi:

In accordance with Conditional Transfer Order (CTO-335), please note that the plaintiffs in the referenced matter oppose this transfer, and request that the Court issue a briefing schedule regarding their opposition.

Thank you for your assistance with this matter.

Very truly yours,

MARTZELL & BICKFORD

Spencer R. Doody
Counsel for Plaintiffs, Calvin Stevens, et al.

F:\Clients\Stevens, Green (dec)\Correspondence\notice of opp to cto.wpd