# Brayton❖Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
KATHERINE E. ALLEN
FRANK J. ANDERS
RON G. ARCHER
RAMONA H. ATANACIO
K. DOUGLAS ATKINSON
MURIEL E. AUBRY
VENUS BAREKATAIN
BRONSON D. BILLS*
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
JAMES G. GILYARD
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRIS E. HERSOM

SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
MATTHEW B. LEE
THEODORE LIEU
MAUREEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OREN P. NOAH
KIRK C. PEARSON
ATHENA R. REIS
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
JANE E. VETTO*
SHIN-YU WANG
NANCY T. WILLIAMS
NOAH J. WOODS
JENNIFER J. YUN

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 13, 2010

May 13, 2010

VIA FACSIMILE (202) 502-2888

FILED
CLERK'S OFFICE

Jeffery N. Luthi
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:   Notice of Opposition - Conditional Transfer Order- 335
      *Homer Moore v. Asbestos Defs. et al.*, CAN 3: 10-1638

Dear Mr. Luthi:

I represent Plaintiff, Homer Moore, in the above captioned action, which is included on the conditional transfer order 335 (CTO-335). Plaintiff submits this opposition to the CTO. I understand that the motion and brief to vacate are due in 14 days.

Very truly yours,

Richard M. Grant
Brayton ❖ Purcell LLP
222 Rush Landing Rd.
P.O. Box 6169
Novato, CA 94948-6169
rgrant@braytonlaw.com

Counsel for Plaintiff, Homer Moore

K:\Injured\111681\FED\Ltr-Opp CTO-335.wpd

Case MDL No. 875   Document 6181   Filed 05/13/10   P

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 13, 2010

FILED
CLERK'S OFFICE

1  ALAN R. BRAYTON, ESQ., S.B. #73685
   RICHARD M. GRANT, ESQ., S.B. #55677
2  BRAYTON✤PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   Tel: 415-898-1555
5  Fax: 415-898-1247

6  Attorneys for Plaintiff

7

8  **BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

9

10 IN RE: ASBESTOS PRODUCTS ) MDL 875, CTO-335
   LIABILITY LITIGATION,    )
11 _____ )
   HOMER MOORE,             )
12      Plaintiff,           ) USDC-Northern California,
   v.                        ) Case no. CAN 3 10-1638
13 ASBESTOS DEFENDANTS, et al., )
14 _____ /

15                    CERTIFICATE OF SERVICE

16 I hereby certify that I electronically filed the following with the Clerk of the Court for the

17 United States District Court by emailing to JPMLeFILE@jpml.uscourts.gov on

18 May 13, 2010.

19              NOTICE OF OPPOSITION - CONDITIONAL TRANSFER ORDER- 335
   and
20              PLAINTIFF'S NOTICE OF APPEARANCE (CTO-335)

21     I further certify that on May 13, 2010, I mailed the foregoing document(s) by First-Class

22 Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery

23 within 3 calendar days to the following participants:

24     TO ALL PARTIES ON THE ATTACHED SERVICE LISTS

25

26 Dated this 13th , day of May, 2010.

27                              /s/ Jane Ehni
                                Jane Ehni
28

K:\Injured\111681\FED\Cert-Ntc Opp-Ntc Appr.wpd            1
CERTIFICATE OF SERVICE: ASBESTOS-MDL 875, (CTO-335; CAN 10-1638)

Brayton-Purcell Service List
Case MDL No. 875   Document 6181   Filed 05/13/10   Page 3 of 8
1

Date Created: 5/11/2010-5:09:43 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 111681.001 - Homer Moore
Run By : Ehni, Jane (JAE)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
  Hopeman Brothers, Inc. (HOPE)
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Garlock Sealing Technologies, LLC (GARLCK)

**McKenna Long & Aldridge**
101 California Street, 41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Metalclad Insulation Corporation (METALC)

**Pond North, LLP**
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Company (DEE)

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

PANEL SERVICE LIST (CTO-335)

Knight S. Anderson
HILL FULWIDER MCDOWELL
FUNK & MATTHEWS
One Indiana Square
211 North Pennsylvania Street
Suite 2000
Indianapolis, IN 46204-2031
knight@hfmfm.com

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
mjolley@lawpga.com

Michael L. Armitage
WATERS KRAUS & PAUL LLP
222 N. Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245
marmitage@waterskraus.com

Ronald Austin, Jr.
BROTHERS & THOMPSON PC
100 West Monroe Street
Suite 1700
Chicago, IL 60603
ra2law@cs.com

Joshua M. Auxier
HALLORAN & SAGE
315 Post Road, West
Wesport, CT 06880-4739
auxier@halloran-sage.com

Robert M. Baker, III
LAW OFFICE OF ROBERT M
BAKER III
9150 North Meridan Street
P.O. Bax 90289
Indianapolis, IN 46290
rbaker@rbakerlaw.net

Scott R. Bickford
MARTZELL & BICKFORD APC
338 Lafayette Street
New Orleans, LA 70130
usdcedla@mbfirm.com

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
jwblack@wardblacklaw.com

Anthony D. Brosamle
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223
anthony.brosamle@tuckerellis.com

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
rbudd@baronbudd.com

Dennis F. Cantrell
CANTRELL STRENSKI &
MEHRINGER LLP
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204
dcantrell@csmlawfirm.com

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308
michaelp.cascino@gmail.com

Thomas C. Clark
LITCHFIELD CAVO
40 Tower Lane Suite 200
Avon, CT 06001
clark@litchfieldcavo.com

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
jcooney@cooneyconway.com

Kenneth R. Costa
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Boston, MA 02114
kcosta@piercedavis.com

David A. Cyr
JOHNSON & BELL LTD
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404
cyrd@jbltd.com

Case A. Dam
FERRARO LAW FIRM
4000 Ponce de Leon Boulevard
Suite 700
Miami, FL 33146-1434
cxd@ferrarolaw.com

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
efletcher@hplegal.com

Marcia A. Davis
BICE COLE LAW FIRM PL
15316 NW 140th Street
P.O. Box 1860
Alachua, FL 32616
davis@bicecolelaw.com

James D. Dilorenzo, II
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302
jdl@fowler-white.com

MDL No. 875 - Panel Service List (CTO-335) (Continued)

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Daniel S. Elger
GASS WEBER & MULLINS LLC
309 North Water Street
Milwaukee, WI 53202
**elger@gasswebermullins.com**

Bret Charles Gainsford
AKERMAN SENTERFITT
420 S. Orange Avenue
Suite 1200
P.O. Box 231
Orlando, FL 32801
**bret.gainsford@akerman.com**

Daniel Alberto Garcia
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131
**dgarcia@bennettaiello.com**

Jason Kirk Henderson
DANAHER LAGNESE & NEAL PC
Capitol Place
21 Oak Street
Suite 700
Hartford, CT 06106
**jhenderson@dtln.com**

Jonathan C. Hollingshead
FISHER RUSHMER WERRENRATH
DICKSON TALLEY & DUN
20 N. Orange Avenue
Suite 1500
P.O. Box 712
Orlando, FL 32802-0712
**jhollingshead@fisherlawfirm.com**

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
**kjamison@pondnorth.com**

Daniel G. Jardine
JARDINE LAW OFFICE LLC
119 South Main Street
DeForest, WI 53532-1109
**dan@jardinelawoffice.com**

Virginia E. Johnson
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137
**vjohnson@foleymansfield.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Jason L. Kennedy
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
**fedindasbestos@smsm.com**

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**bkenney@elslaw.com**

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square
211 North Pennsylvania Street
Suite 1800
Indianapolis, IN 46204-4208
**dking@woodmclaw.com**

Kevin R. Knight
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
**kevin.knight@icemiller.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

Kathleen M. LaBarge
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134
**labarge@bicecolelaw.com**

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880
**labelle@halloran-sage.com**

Robert Paul Landau
ROBERTS CARROLL
FELDSTEIN & PEIRCE
10 Weybosset Street
8th Floor
Providence, RI 02903
**rlandau@rcfp.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

MDL No. 875 - Panel Service List (CTO-335) (Continued)

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
attylane@bellsouth.net

Prescott Wayne Littlefield
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132
plittlefiend@morganlewis.com

Daniel M. Long
LOCKE REYNOLDS LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
dlong@locke.com

Christopher J. Lynch
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
lynchc@halloran-sage.com

Christopher J. Lynch
LECLAIR RYAN
One Financial Plaza
755 Main Street
Suite 2000
Hartford, CT 06103
christopher.lynch@leclairryan.com

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
wmahoney@smsm.com

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
rcmalaby@mblaw.net

Daniel A. Manna
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
dmanna@foley.com

Jonathan D. Mattingly
BARNES & THORNBURG LLP
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204-3535
jonathan.mattingly@btlaw.com

Gregory H. Maxwell
CRONIN & MAXWELL
2223 Oak Street
Jacksonville, FL 32204
greg@croninmaxwell.com

Thomas F. Maxwell, Jr.
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
tmaxwell@pullcom.com

Andrew J. McElaney Jr.
NUTTER MCCLENNEN &
FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
ajm@nutter.com

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
jmcshea@mcshea-tecce.com

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
pmcweeny@schiffhardin.com

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110
bmisiura@governo.com

Raymond H. Modesitt
WILKINSON GOELLER
MODESITT WILKINSON &
DRUMMY LLP
333 Ohio Street
P.O. Box 800
Terre Haute, IN 47808-0800
rhmodesitt@wilkinsonlaw.com

David T. Morris
SCHIFF HARDIN LLP
Sears Tower
233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
dmorris@schiffhardin.com

William E. Murray
EDWARDS ANGELL PALMER &
DODGE LLP
20 Church Street
20th Floor
Hartford, CT 06103
wmurray@eapdlaw.com

Lisa L. Oberg
MCKENNA LONG &
ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111
loberg@mckennalong.com

MDL No. 875 - Panel Service List (CTO-335) (Continued)

Pius Akamdi Obioha
LAW OFFICES OF PIUS A OBIOHA
P.O. Box 46385
Baton Rouge, LA 70895
pakamdi@aol.com

Steven A. Oldham
DINSMORE & SHOHL LLP - CIN/OH
255 E Fifth Street Suite 1900
Cincinnati, OH 45202
steven.oldman@dinslaw.com

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
molson@embryneusner.com

James R. Oswald
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903-1345
joswald@apslaw.com

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
tpacker@gordonrees.com

Terri L. Parker
SHOOK HARDY & BACON LLP
100 N. Tampa Street
Suite 2900
Tampa, FL 33602
rparker@shb.com

Katharine S. Perry
ADLER POLLOCK & SHEEHAN PC
175 Federal Street
Boston, MA 02110
kperry@apslaw.com

James M. Portelli
SPANGLER JENNINGS & DOUGHERTY PC
8396 Mississippi Street
Merrillville, IN 46410
jportelli@sjdlaw.com

Mary K. Reeder
RILEY BENNETT & EGLOFF LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204
mreeder@rbelaw.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
jrice@motleyrice.com

Antonio J. Rodriguez
FOWLER RODRIGUEZ
400 Poyodras Street
30th Floor
New Orleans, LA 70130
ajr@frc-law.com

Lori M. Rovner
750 NE 64th Street
Apt. B-511
Miami, FL 33138-6418
lrovner@foleymansfield.com

John A. Sheffer
SHEFFER LAW FIRM PLLC
101 South Fifth Street
Suite 1600
Louisville, KY 40202
jsheffer@kylaw.com

Ronald J. Sholes
ADAMS & REESE LLP (NEW ORLEANS)
One Shell Square
701 Poydras Street
Suite 4500
New Orleans, LA 70139
sholesrj@arlaw.com

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110
msimons@governo.com

Frank J. Sioli, Jr.
BROWN SIMS PC
9100 South Dadeland Boulevard
Suite 908
Miami, FL 33156
fsioli@brownsims.com

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601
gsquitiero@maherandmurtha.com

Clark S. Sturge
COLE SCOTT & KISSANE PA
9150 South Dadeland Boulevard
Miami, FL 33156
clark.sturge@csklegal.com

Norman Charles Sullivan, Jr.
FOWLER RODRIGUEZ
Texaco Center
400 Poydras Street
30th Floor
New Orleans, LA 70130
nsullivan@frc-law.com

David A. Temple
DREWRY SIMMONS VORNEHM LLP
8888 Keystone Crossing
Suite 1200
Indianapolis, IN 46240
dtemple@drewrysimmons.com

MDL No. 875 - Panel Service List (CTO-335) (Continued)

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495
**jthomen@mccarter.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007
**tracy.tomlin@nelsonmullins.com**

Alex A. Toribio
MCCARTER & ENGLISH LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3495
**atoribio@mccarter.com**

R. Bart Totten
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903
**btotten@apslaw.com**

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006
**hugh.turner@akerman.com**

Anthony Nolan Upshaw
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134
**anu@adorno.com**

Christopher N. Wahl
HILL FULWIDER MCDOWELL FUNK & MATTHEWS
One Indiana Square
211 North Pennsylvania Street
Suite 2000
Indianapolis, IN 46204-2031
**chris@hfmfm.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

Matthew Jason Zamaloff
CETRULO & CAPONE
Two Seaport Lane
10th Floor
Boston, MA 02210
**mzamaloff@cetcap.com**

C. James Zeszutek
DINSMORE & SHOHL LLP
One Oxford Centre
301 Grant Street, 28th Floor
Pittsburgh, PA 15219-1425
**james.zeszutek@dinslaw.com**