| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685 |
|   | RICHARD M. GRANT, ESQ., S.B. #55677 |
| 2 | BRAYTON✦PURCELL LLP |
|   | ATTORNEYS AT LAW |
| 3 | 222 Rush Landing Road |
|   | P.O. Box 6169 |
| 4 | Novato, California 94948-6169 |
|   | Tel: 415-898-1555 |
| 5 | Fax: 415-898-1247 |

May 13, 2010

FILED
CLERK'S OFFICE

Attorneys for Plaintiff

**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS ) MDL 875, CTO-335
LIABILITY LITIGATION, )
 )
HOMER MOORE, )
 Plaintiff, ) USDC-Northern California,
v. ) Case no. CAN 3 10-1638
ASBESTOS DEFENDANTS, et al., )
 /

**PLAINTIFF'S NOTICE OF APPEARANCE (CTO-335)**

A Conditional Transfer Order (CTO - 335) was filed with the Clerk of the Judicial Panel. Pursuant to JPML Rule 5.2(c), the Clerk of the Judicial Panel on Multi-District Litigation is hereby notified that the attorney designated to receive service of all pleadings, notices, and other papers relating to practice before the Panel is as follows:

Counsel For Plaintiff: HOMER MOORE (*Homer Moore v. Asbestos Defs, et al.* CAN 3:10-1638).

Richard M. Grant
Brayton ✦Purcell LLP
222 Rush Landing Rd.
Novato, CA 94948-6168
Telephone: (415) 898-1555 x 621
Fax: (415) 898-1247
rgrant@braytonlaw.com

Dated: May 13, 2010              BRAYTON ✦ PURCELL LLP

                                 _____
                                 Richard M. Grant, California State Bar # 55677

---

K:\Injured\111681\FED\JPMDL-Not of Appear-RMG.wpd      1
PLAINTIFF'S NOTICE OF APPEARANCE: ASBESTOS-MDL 875, (CTO-335; CAN 10-1638)

Case MDL No. 875   Document 6182   Filed 05/13/10   Page

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 13, 2010

FILED
CLERK'S OFFICE

ALAN R. BRAYTON, ESQ., S.B. #73685
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON✥PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
Tel: 415-898-1555
Fax: 415-898-1247

Attorneys for Plaintiff

**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION, | MDL 875, CTO-335 |
| HOMER MOORE, Plaintiff, v. ASBESTOS DEFENDANTS, et al., | USDC-Northern California, Case no. CAN 3 10-1638 |

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by emailing to JPMLeFILE@jpml.uscourts.gov on May 13, 2010.

NOTICE OF OPPOSITION - CONDITIONAL TRANSFER ORDER- 335
and
PLAINTIFF'S NOTICE OF APPEARANCE (CTO-335)

I further certify that on May 13, 2010, I mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following participants:

TO ALL PARTIES ON THE ATTACHED SERVICE LISTS

Dated this 13th, day of May, 2010.

/s/ Jane Ehni
Jane Ehni

K:\Injured\111681\FED\Cert-Ntc Opp-Ntc Appr.wpd       1
CERTIFICATE OF SERVICE: ASBESTOS-MDL 875, (CTO-335; CAN 10-1638)

Date Created: 5/11/2010-5:09:43 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 111681.001 - Homer Moore
Run By : Ehni, Jane (JAE)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830  510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006  415-397-1339 (fax)
**Defendants:**
  Hopeman Brothers, Inc. (HOPE)
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330  510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900  415-986-8054 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300  925-947-1594 (fax)
**Defendants:**
  Garlock Sealing Technologies, LLC (GARLCK)

**McKenna Long & Aldridge**
101 California Street, 41st Floor
San Francisco, CA 94111
415-267-4000  415-267-4198 (fax)
**Defendants:**
  Metalclad Insulation Corporation (METALC)

**Pond North, LLP**
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
213-617-6170  213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700  415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400  213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072  415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Company (DEE)

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

PANEL SERVICE LIST (CTO-335)

Knight S. Anderson
HILL FULWIDER MCDOWELL
FUNK & MATTHEWS
One Indiana Square
211 North Pennsylvania Street
Suite 2000
Indianapolis, IN 46204-2031
knight@hfmfm.com

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
mjolley@lawpga.com

Michael L. Armitage
WATERS KRAUS & PAUL LLP
222 N. Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245
marmitage@waterskraus.com

Ronald Austin, Jr.
BROTHERS & THOMPSON PC
100 West Monroe Street
Suite 1700
Chicago, IL 60603
ra2law@cs.com

Joshua M. Auxier
HALLORAN & SAGE
315 Post Road, West
Wesport, CT 06880-4739
auxier@halloran-sage.com

Robert M. Baker, III
LAW OFFICE OF ROBERT M
BAKER III
9150 North Meridan Street
P.O. Bax 90289
Indianapolis, IN 46290
rbaker@rbakerlaw.net

Scott R. Bickford
MARTZELL & BICKFORD APC
338 Lafayette Street
New Orleans, LA 70130
usdcedla@mbfirm.com

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
jwblack@wardblacklaw.com

Anthony D. Brosamle
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223
anthony.brosamle@tuckerellis.com

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
rbudd@baronbudd.com

Dennis F. Cantrell
CANTRELL STRENSKI &
MEHRINGER LLP
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204
dcantrell@csmlawfirm.com

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308
michaelp.cascino@gmail.com

Thomas C. Clark
LITCHFIELD CAVO
40 Tower Lane Suite 200
Avon, CT 06001
clark@litchfieldcavo.com

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
jcooney@cooneyconway.com

Kenneth R. Costa
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Boston, MA 02114
kcosta@piercedavis.com

David A. Cyr
JOHNSON & BELL LTD
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404
cyrd@jbltd.com

Case A. Dam
FERRARO LAW FIRM
4000 Ponce de Leon Boulevard
Suite 700
Miami, FL 33146-1434
cxd@ferrarolaw.com

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
efletcher@hplegal.com

Marcia A. Davis
BICE COLE LAW FIRM PL
15316 NW 140th Street
P.O. Box 1860
Alachua, FL 32616
davis@bicecolelaw.com

James D. Dilorenzo, II
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302
jdl@fowler-white.com

## MDL No. 875 - Panel Service List (CTO-335) (Continued)

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Daniel S. Elger
GASS WEBER & MULLINS LLC
309 North Water Street
Milwaukee, WI 53202
**elger@gasswebermullins.com**

Bret Charles Gainsford
AKERMAN SENTERFITT
420 S. Orange Avenue
Suite 1200
P.O. Box 231
Orlando, FL 32801
**bret.gainsford@akerman.com**

Daniel Alberto Garcia
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131
**dgarcia@bennettaiello.com**

Jason Kirk Henderson
DANAHER LAGNESE & NEAL PC
Capitol Place
21 Oak Street
Suite 700
Hartford, CT 06106
**jhenderson@dtln.com**

Jonathan C. Hollingshead
FISHER RUSHMER WERRENRATH
DICKSON TALLEY & DUN
20 N. Orange Avenue
Suite 1500
P.O. Box 712
Orlando, FL 32802-0712
**jhollingshead@fisherlawfirm.com**

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
**kjamison@pondnorth.com**

Daniel G. Jardine
JARDINE LAW OFFICE LLC
119 South Main Street
DeForest, WI 53532-1109
**dan@jardinelawoffice.com**

Virginia E. Johnson
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137
**vjohnson@foleymansfield.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Jason L. Kennedy
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
**fedindasbestos@smsm.com**

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**bkenney@elslaw.com**

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square
211 North Pennsylvania Street
Suite 1800
Indianapolis, IN 46204-4208
**dking@woodmclaw.com**

Kevin R. Knight
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
**kevin.knight@icemiller.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

Kathleen M. LaBarge
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134
**labarge@bicecolelaw.com**

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880
**labelle@halloran-sage.com**

Robert Paul Landau
ROBERTS CARROLL
FELDSTEIN & PEIRCE
10 Weybosset Street
8th Floor
Providence, RI 02903
**rlandau@rcfp.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

MDL No. 875 - Panel Service List (CTO-335) (Continued)

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
attylane@bellsouth.net

Prescott Wayne Littlefield
MORGAN LEWIS &
BOCKIUS LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132
plittlefiend@morganlewis.com

Daniel M. Long
LOCKE REYNOLDS LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
dlong@locke.com

Christopher J. Lynch
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
lynchc@halloran-sage.com

Christopher J. Lynch
LECLAIR RYAN
One Financial Plaza
755 Main Street
Suite 2000
Hartford, CT 06103
christopher.lynch@leclairryan.com

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
wmahoney@smsm.com

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
rcmalaby@mblaw.net

Daniel A. Manna
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
dmanna@foley.com

Jonathan D. Mattingly
BARNES & THORNBURG LLP
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204-3535
jonathan.mattingly@btlaw.com

Gregory H. Maxwell
CRONIN & MAXWELL
2223 Oak Street
Jacksonville, FL 32204
greg@croninmaxwell.com

Thomas F. Maxwell, Jr.
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
tmaxwell@pullcom.com

Andrew J. McElaney Jr.
NUTTER MCCLENNEN &
FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
ajm@nutter.com

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
jmcshea@mcshea-tecce.com

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
pmcweeny@schiffhardin.com

Christopher Meisenkothen
EARLY LUDWICK &
SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
Suite 1500
Boston, MA 02110
bmisiura@governo.com

Raymond H. Modesitt
WILKINSON GOELLER
MODESITT WILKINSON &
DRUMMY LLP
333 Ohio Street
P.O. Box 800
Terre Haute, IN 47808-0800
rhmodesitt@wilkinsonlaw.com

David T. Morris
SCHIFF HARDIN LLP
Sears Tower
233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
dmorris@schiffhardin.com

William E. Murray
EDWARDS ANGELL PALMER &
DODGE LLP
20 Church Street
20th Floor
Hartford, CT 06103
wmurray@eapdlaw.com

Lisa L. Oberg
MCKENNA LONG &
ALDRIDGE LLP
101 California Street
41st. Floor
San Franisco, CA 94111
loberg@mckennalong.com

MDL No. 875 - Panel Service List (CTO-335) (Continued)

Pius Akamdi Obioha
LAW OFFICES OF PIUS A OBIOHA
P.O. Box 46385
Baton Rouge, LA 70895
pakamdi@aol.com

Steven A. Oldham
DINSMORE & SHOHL LLP - CIN/OH
255 E Fifth Street Suite 1900
Cincinnati, OH 45202
steven.oldman@dinslaw.com

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
molson@embryneusner.com

James R. Oswald
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903-1345
joswald@apslaw.com

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
tpacker@gordonrees.com

Terri L. Parker
SHOOK HARDY & BACON LLP
100 N. Tampa Street
Suite 2900
Tampa, FL 33602
rparker@shb.com

Katharine S. Perry
ADLER POLLOCK & SHEEHAN PC
175 Federal Street
Boston, MA 02110
kperry@apslaw.com

James M. Portelli
SPANGLER JENNINGS & DOUGHERTY PC
8396 Mississippi Street
Merrillville, IN 46410
jportelli@sjdlaw.com

Mary K. Reeder
RILEY BENNETT & EGLOFF LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204
mreeder@rbelaw.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
jrice@motleyrice.com

Antonio J. Rodriguez
FOWLER RODRIGUEZ
400 Poyodras Street
30th Floor
New Orleans, LA 70130
ajr@frc-law.com

Lori M. Rovner
750 NE 64th Street
Apt. B-511
Miami, FL 33138-6418
lrovner@foleymansfield.com

John A. Sheffer
SHEFFER LAW FIRM PLLC
101 South Fifth Street
Suite 1600
Louisville, KY 40202
jsheffer@kylaw.com

Ronald J. Sholes
ADAMS & REESE LLP (NEW ORLEANS)
One Shell Square
701 Poydras Street
Suite 4500
New Orleans, LA 70139
sholesrj@arlaw.com

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110
msimons@governo.com

Frank J. Sioli, Jr.
BROWN SIMS PC
9100 South Dadeland Boulevard
Suite 908
Miami, FL 33156
fsioli@brownsims.com

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601
gsquitiero@maherandmurtha.com

Clark S. Sturge
COLE SCOTT & KISSANE PA
9150 South Dadeland Boulevard
Miami, FL 33156
clark.sturge@csklegal.com

Norman Charles Sullivan, Jr.
FOWLER RODRIGUEZ
Texaco Center
400 Poydras Street
30th Floor
New Orleans, LA 70130
nsullivan@frc-law.com

David A. Temple
DREWRY SIMMONS VORNEHM LLP
8888 Keystone Crossing
Suite 1200
Indianapolis, IN 46240
dtemple@drewrysimmons.com

MDL No. 875 - Panel Service List (CTO-335) (Continued)

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495
jthomen@mccarter.com

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
mthornton@tenlaw.com

Tracy E. Tomlin
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007
tracy.tomlin@nelsonmullins.com

Alex A. Toribio
MCCARTER & ENGLISH LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3495
atoribio@mccarter.com

R. Bart Totten
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903
btotten@apslaw.com

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006
hugh.turner@akerman.com

Anthony Nolan Upshaw
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134
anu@adorno.com

Christopher N. Wahl
HILL FULWIDER MCDOWELL FUNK & MATTHEWS
One Indiana Square
211 North Pennsylvania Street
Suite 2000
Indianapolis, IN 46204-2031
chris@hfmfm.com

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
wwatkins@fpwk.com

Matthew Jason Zamaloff
CETRULO & CAPONE
Two Seaport Lane
10th Floor
Boston, MA 02210
mzamaloff@cetcap.com

C. James Zeszutek
DINSMORE & SHOHL LLP
One Oxford Centre
301 Grant Street, 28th Floor
Pittsburgh, PA 15219-1425
james.zeszutek@dinslaw.com