# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 13, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-335)

**PARTIES REPRESENTED (Indicate plaintiff or defendant--attach list if necessary):**

Defendant CertainTeed Corporation

Defendant Union Carbide Corporation

Defendant The Sherwin-Williams Company

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Linda L. Pendergrast, et al., v. American Optical Corporation, et al., Civil Action No. 8:09-cv-02408-VMC-AEP (M.D. Florida)

*************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

May 13, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Frank I. Chao, Esq.

Hawkins Parnell Thackston and Young, LLP

4000 Suntrust Plaza, 303 Peachtree St., NE, Atlanta, GA 30308

Telephone No.: 404-614-7439    Fax No.: 404-614-7500

Email Address: fchao@hptylaw.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED MAY 13 2010

PLEADING NO. 6184

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 13, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-335)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Ford Motor Company - Defendant
Pneumo Abex Corporation - Defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

United States District Court
Middle District of Florida

Linda Pendergast, as personal representative of the Estate of Robert Lowther.

Civil Action No. 8:09-cv-02408-JSM-AEP

v.

American Optical Corporation, et al.,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

May 11, 2010
Date

Signature of Attorney or Designee

Name and Address of Designated Attorney:
Henry Salas
Cole, Scott & Kissane P.A.
9150 S. Dadeland Blvd. Suite 1400
Miami, Florida 33156
Telephone No.: (305) 350-5300
Fax No.: (305) 373-2294

Email Address: Henry.salas@cskiegal.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18