**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

May 14, 2010

FILED
CLERK'S OFFICE

TO:   United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

MDL No. 875 - IN RE: **Asbestos Products Liability Litigation (No. VI)**

**NOTICE OF APPEARANCE (CTO-335)**

Defendant Minerals Technologies Inc.

Barbara Sobierajski, etc. v. A.W. Chesterton Co., et al.     Civil Action No. 08-348 (INN 2)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the defendant indicated. I am aware that only one attorney can be designated for each party.

5/13/10
Date                                       Signature of Attorney

C. James Zeszutek, Esq.
Dinsmore & Shohl, LLP
One Oxford Centre
301 Grant Street, 28th Floor
Pittsburgh, PA 15219

Telephone No.: 412-281-5000          Fax No.: 412-281-5055

E-Mail Address: james.zeszutek@dinslaw.com