MDL-875

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) May 13, 2010**
**Panel Fax No.: (202) 502-2888**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 14, 2010

FILED
CLERK'S OFFICE

Pleading No. 6187

MDL No. 875 -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-335)

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary**

Defendant, Northrop Grumman Shipbuilding, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

United States District Court for the District of Rhode Island

Joseph J. Kanicki, Individually and as Personal Representative of
The Estate of Kathleen M. Kanicki
vs. Civ. A. No. 10-185-S-LDA
General Electric Company, et als.

**************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

5/12/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Robert P. Landau
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

Telephone No.: (401) 521-7000    Fax No.: (401) 521-1328

Email Address: rlandau@rcfp.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

**OFFICIAL FILE COPY**

**IMAGED May 14 2010**