UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | May 25, 2010<br><br>FILED<br>CLERK'S OFFICE |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                           MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-336)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 771 F.Supp. 415 (J.P.M.L. 1991).  Since that time, 85,288 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

                                               FOR THE PANEL:

                                               Jeffery N. Lüthi
                                               Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                                                    MDL No. 875

### SCHEDULE CTO-336 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 3 | 10-8050 | Benson Yazzie, et al. v. BNSF Railway Co. |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10-1081 | Michael Langlois, et al. v. A.W. Chesterton Co., Inc., et al. |
| CAC | 2 | 10-1398 | Ronald Alvin Geist v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-1471 | Michael Eugene Morgan, et al. v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-2024 | Duane Smith v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-2403 | Nola Salamante, et al. v. Garlock Sealing Technologies, LLP, et al. |
| CAC | 2 | 10-3618 | Kathleen Smith, et al. v. A.W. Chesterton Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-1573 | Carole Truitt, et al. v. United Technologies Corp. |
| CAN | 3 | 10-1616 | Gloria Fanous O'Neil, et al. v. A.W. Chesterton Co., et al. |
| CAN | 3 | 10-1729 | Linda Olschewske, et al. v. Asbestos Defendants, et al. |
| CAN | 3 | 10-1851 | Donald Founds v. General Electric Co., et al. |
| CAN | 3 | 10-1960 | Bobby Floyd, et al. v. Air & Liquid Systems Corp., et al. |
| CAN | 4 | 10-1921 | Dale Powers v. Allis Chalmer Corp. Product Liability Trust, et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-1174 | Joanne L. Zema, etc. v. General Electric Co., et al. |
| CT | 3 | 10-269 | Ralph Iorlano, et al. v. General Electric Co., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 10-80594 | Johanna Krieger, etc. v. Alfa-Laval, Inc., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 10-1428 | Louis Wilson v. Laughlin-Thyssen, Inc., et al. |
| LAE | 2 | 10-1460 | Ronald Eckerle v. Northrop Grumman Shipbuildings, Inc., et al. |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 5 | 10-158 | Roger S. Page, et al. v. Armstrong International, Inc., et al. |
| NCE | 7 | 09-178 | Elnora Piner, et al. v. Anchor Packing Co., et al. |
| NCE | 7 | 10-18 | Charles Eugene Taylor, et al. v. 3M Co., et al. |

**MDL No. 875 - Schedule CTO-336 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NEBRASKA** | | | |
| NE | 8 | 10-180 | Thomas Hart v. BNSF Railway Co. |
| NE | 8 | 10-181 | Marvin Beuning v. BNSF Railway Co. |
| NE | 8 | 10-183 | Roger Schwab v. BNSF Railway Co. |
| **RHODE ISLAND** | | | |
| RI | 1 | 10-65 | William T. Nelson v. A.W. Chesterton Co., et al. |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 10-9673 | Frank E. Niemic v. American Standard, Inc., et al. |
| VAE | 2 | 10-9674 | Gary W. Howell v. American Standard, Inc., et al. |
| VAE | 2 | 10-9675 | Richard M. Mallory v. American Standard, Inc., et al. |
| VAE | 4 | 10-3273 | Ricky P. Debolt v. Garlock Sealing Technologies, LLC, et al. |
| VAE | 4 | 10-3274 | Cheryl E. Burns, etc. v. Garlock Sealing Technologies, LLC, et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 10-617 | Robert Lovett, etc. v. Todd Shipyards Corp., et al. |
| **WEST VIRGINIA SOUTHERN** | | | |
| WVS | 3 | 10-182 | Martin Randall Woodall, Jr. v. Campbell Transportation Co., Inc., et al. |