UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

May 25, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)      MDL No. 875

# NOTICE OF FILING OF
# CONDITIONAL TRANSFER ORDER (CTO-336)

    Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the [Rules of Procedure of the Judicial Panel on Multidistrict Litigation](#), 199 F.R.D. 425, 435-36 (2001). The order will be stayed for 14 days unless opposed in accordance with Rule 7.4(c).

    Notices of Opposition should be filed by email or facsimile. Refer to Rule 5.1.1 et seq. for filing options and requirements. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Fax transmission of the motion and brief will not be accepted.**

    Opposing counsel shall notify the Clerk of the Panel of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before: <u>June 8, 2010</u> (12 noon EST)**

    If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

    Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **by email (as a PDF attachment), at JPMLeFILE@jpml.uscourts.gov;  or by facsimile, at (202) 502-2888,** of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

    Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions. A Panel Service List is attached to this notice.

    FOR THE PANEL:

    Jeffery N. Lüthi
    Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                          MDL No. 875

## PANEL SERVICE LIST (CTO-336)

Mark E. Anderson
MCGUIRE WOODS LLP
2600 Two Hannover Square
P.O. Box 27507
Raleigh, NC 27601
**manderson@mcguirewoods.com**

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Susanne Gheseri Arani
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street
Suite 400
San Francisco, CA 94104
**sarani@cbmlaw.com**

Melissa R. Badgett
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105
**rbadgett@cmjhklaw.com**

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028
**gbarton@karrtuttle.com**

Gary L. Beaver
NEXSEN PRUET
P.O. Box 3463
Greensboro, NC 27402
**gbeaver@npaklaw.com**

Matthew D. Berkowitz
JACKSON & CAMPBELL PC
1120 20th Street, NW
Suite 300 S
Washington, DC 20036-3437
**mb@carrmaloney.com**

R. Dirk Bernhardt
MURRAY DUNHAM & MURRAY
200 W Thomas Street
Suite 350
P.O. Box 9844
Seattle, WA 98109-0844
**dirk@murraydunham.com**

Nickolas C. Berry
HINSHAW &
CULBERTSON LLP
Barnett Bank Building
1 East Broward Blvd.
Suite 1010
Fort Lauderdale, FL 33301
**nberry@hinshawlaw.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Roy B. Blackwell
KAUFMAN & CANOLES PC
4801 Courthouse Street
Suite 300
P.O. Box 6000
Williamsburg, VA 23188
**rbblackwell@kaufcan.com**

Anthony Michael Blalock
COOLEY MANION JONES HAKE
KUROWSKI LLP
201 Spear Street
18th Floor
San Francisco, CA 94105
**ablalock@cmjhklaw.com**

Jordan Blumenfeld-James
SIMON EDDINS & GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802
**jbj@seglaw.com**

Michael James Boland
IMAI TADLOCK KEENEY &
CORDERY LLP
100 Bush Street
Suite 1300
San Francisco, CA 94104
**mboland@itkc.com**

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
Suite 900
Metairie, LA 70002
**bbossier@bluewilliams.com**

Timothy W. Bouch
LEATH BOUCH & CRAWFORD
P.O. Box 59
Charleston, SC 29402-0059
**tbouch@leathbouchlaw.com**

William A. Brasher
BRASHER LAW FIRM
One Metropolitan Square,
Suite 2300
211 North Broadway
St. Louis, MO 63102
**wbrasher@boylebrasher.com**

Edward J. Briscoe
FOWLER WHITE
BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
**EJB@Fowler-White.com**

**MDL No. 875 - Panel Service List (CTO-336) (Continued)**

Richard A. Brody
BRENT COON & ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104
**rick.brody@bcoonlaw.com**

Kay M. Brown
DEHAY & ELLISTON
36 South Charles Street
Suite 1300
Baltimore, MD 21201
**kbrown@dehay.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Thomas F. Burris, III
LAW OFFICES OF PETER T NICHOLL
430 Crawford Street
Suite 202
Portsmouth, VA 23704
**tburris@nicholllaw.com**

Cameron O. Carter
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street
Suite 250
Portland, OR 97201
**ccarter@braytonlaw.com**

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399
**dan.casey@klgates.com**

Lillian Chia-Ai Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
**lillian.ma@tuckerellis.com**

Matthew L. Clark
KAYSER LAYNE & CLARK
P.O. Box 210
Point Pleasant, WV 25550
**matthew.clark@kayserlayneclark.com**

Thomas C. Clark
LITCHFIELD CAVO
40 Tower Lane Suite 200
Avon, CT 06001
**clark@litchfieldcavo.com**

Robert W. Cockren
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020-1059
**rcockren@sonnenschein.com**

Stuart L. Cohen
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131-1603
**scohen@bennettaiello.com**

Christopher J.M Collings
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
**ccollings@morganlewis.com**

Keith E. Coltrain
ELMORE & WALL PA
1001 Wade Avenue, Suite 423
Raleigh, NC 27605
**keith.coltrain@elmorewall.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Kenneth R. Costa
PIERCE DAVIS & PERRITANO LLP
90 Canal Street
Boston, MA 02114
**kcosta@piercedavis.com**

Anne Swoboda Cruz
TUCKER ELLIS & WEST LLP
515 South Flower Stree
42nd Floor
Los Angeles, CA 90071-2223
**Anne.Cruz@tuckerellis.com**

George J. Dancigers
MCKENRY DANCIGERS WARNER DAWSON & LAKE
192 Ballard Court
Suite 400
Virginia Beach, VA 23462-6538
**gjdancigers@va-law.org**

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street
Suite 240
Sacramento, CA 95811
**wdavis@charter-davis.com**

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Steven A. Edelstein
Biltmore Executive Center
1200 Anastasia Avenue
Suite 410
Coral Gables, FL 33134
**Stevee@saelaw.com**

Jennifer S. Edwards
KILLEEN & STERN PC
1770 St. James Place
Suite 300
Houston, TX 77056
**jedwards@killeen-law.com**

**MDL No. 875 - Panel Service List (CTO-336) (Continued)**

Lois Ann Frankforter
BERSHTEIN BERSHTEIN & BERSHTEIN
1188 Dixwell Avenue
Hamden, CT 06514
**lfrankforter@bershteinlawcenter.com**

Naomi Fribourg
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road
Suite 200
Redwood, CA 94061
**nfribourg@hrmrlaw.com**

Katherine Paige Gardiner
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105
**katherine.gardiner@sdma.com**

Meyer H. Gertler
GERTLER GERTLER VINCENT & PLOTKIN
127-129 Carondelet Street
New Orleans, LA 70130
**mhgertler@ggvplaw.com**

David A. Goldman
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110
**dgoldman@governo.com**

Erin L. Golembiewski
MORRISON MAHONEY LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810
**egolembiewski@morrisonmahoney.com**

Julia A. Gowin
HAWKINS PARNELL & THACKSTON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
**jgowin@hplegal.com**

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144
**bgraham@wallacegraham.com**

Robert Allen Green
SIMON EDDINS & GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802
**rgreen@seglaw.com**

Brian D. Gross
COOLEY MANION & JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110
**bgross@cmjlaw.com**

Kent Jeffrey Hammond
RUDOLPH & HAMMOND LLC
8686 East San Alberto, Suite 200
Scottsdale, AZ 85258
**kent.rudolp@hhammond.com**

Jason Kirk Henderson
DANAHER LAGNESE & NEAL PC
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106
**jhenderson@dtln.com**

Stephanie A. Hingle
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329
**Stephanie.Hingle@KutakRock.com**

John T. Holden
DICKIE MCCAMEY & CHILCOTE PC
2115 Rexford Road
Suite 210
Charlotte, NC 28211
**jholden@dmclaw.com**

Michael Roland Holt
RUMBERGER KIRK & CALDWELL
80 SW 8th Street
Suite 3000
Miami, FL 33130-3047
**mholt@rumberger.com**

Christine A. Huntoon
MURPHY PEARSON BRADLEY & FEENEY
88 Kearny Street
10th Floor
San Francisco, CA 94108-5530
**chuntoon@jacksonwallace.com**

Elizabeth L. Huynh
WALSWORTH FRANKLIN BEVINS & MCCALL LLP
One City Boulevard, West
Fifth Floor
Orange, CA 92868
**elhuynh@wfbm.com**

David Aaron Jagolinzer
FERRARO & ASSOCIATES PA
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146
**daj@ferrarolaw.com**

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
**kjamison@pondnorth.com**

John S. Janofsky
WATERS KRAUS & PAUL
222 North Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245
**jjanofsky@waterskraus.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

**MDL No. 875 - Panel Service List (CTO-336) (Continued)**

Matthew Devins Joss
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220
**joss@taddeosturm.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Daniel L. Keller
KELLER FISHBACK
JACKSON LLP
18425 Burbank Boulevard
Suite 610
Tarzana, CA 91356
**dkeller@kfjlegal.com**

Daniel J. Kelly
HAIGHT BROWN &
BONESTEEL LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981
**dkelly@hbblaw.com**

Susan B. Kohn
SIMON PERAGINE SMITH &
REDFEARN LLP
Energy Centre
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
**suek@spsr-law.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880
**labelle@halloran-sage.com**

Carter T. Lambeth
JOHNSON LAMBETH & BROWN
232 Princess Street
Wilmington, NC 28402
**ctl@johnsonandlambeth.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

Richard Matthew Lauth
EVERT WEATHERSBY HOUFF
3405 Piedmont Road, NE
Suite 200
Atlanta, GE 30305
**rmlauth@ewhlaw.com**

Tanya M. Lawson
SEDWICK DETERT MORAN &
ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308-3092
**tanya.lawson@sdma.com**

David L. Levy
HEDRICK GARDNER
KINCHELOE & GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230
**dlevy@hedrickgardner.com**

Carrie Lin
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105
**clin@cmjhklaw.com**

Edward Kong Low
SONNENSCHEIN NATH &
ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105
**eklow@sonnenschein.com**

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
**lillian.ma@tuckerellis.com**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Adam C. Martin
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110
**amartin@keeganwerlin.com**

Kevin C. McCaffrey
CULLEN & DYKMAN LLP
Garden City Center
100 Quentin Roosevelt Blvd.
Garden City, NY 11530
**KMcCaffrey@cullenanddykman.com**

**MDL No. 875 - Panel Service List (CTO-336) (Continued)**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
**dmigliori@motleyrice.com**

Pierre V. Miller, II
PATRICK MILLER LAW FIRM
Texaco Center
400 Poydras Street
Suite 1680
New Orleans, LA 70130
**pmiller@patrickmillerlaw.com**

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110
**bmisiura@governo.com**

Willard J. Moody, Jr.
MOODY LAW FIRM INC
500 Crawford Street
Suite 300
Portsmith, VA 23704
**will@moodyrrlaw.com**

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105
**tmoses@bhplaw.com**

Monica L. Mroz
LICHTENSTEIN FISHWICK &
JOHNSON PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601
**monica@vatrials.com**

William E. Murray
EDWARDS ANGELL PALMER &
DODGE LLP
20 Church Street
20th Floor
Hartford, CT 06103
**wmurray@eapdlaw.com**

Sharon A. Neiberg
UPDIKE KELLY &
SPELLACY PC
P.O. Box 231277
Hartford, CT 06123
**sneiberg@uks.com**

Evan Craig Nelson
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
**evan.nelson@tuckerellis.com**

Brenna Kathleen Newman
TROUTMAN SANDERS LLP
PO Box 1122
Richmond, VA 23218-1122
**newman@troutmansanders.com**

Robert L. Norton
JONES GRANGER TRAMUTO
CHRISTY & HALSTEAD
10000 Memorial Drive
P.O. Box 4340
Houston, TX 77210
**bnor@jonesgranger.com**

Beth A. Oldmixon
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Fourth Floor
Boston, MA 02114
**boldmixon@piercedavis.com**

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
**molson@embryneusner.com**

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903
**joswald@apslaw.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603
**esp@m-j.com**

Francis D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
**fpond@pondnorth.com**

Albert H. Poole
HUFF POOLE & MAHONEY PC
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462-1521
**apoole@hpmlaw.com**

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**gpowell@gordonrees.com**

**MDL No 875 - Panel Service List (CTO-336) (Continued)**

Robert David Proffitt
PROFITT & COX
8910 Two Notch Road
Suite 400
Columbia, SC 29223
**dprofifitt@proffittcox.com**

Richard M. Reed
SEMMES BOWEN &
SEMMES PC
1577 Spring Hill Road
Suite 200
Vienna, VA 22182
**rreed@semmes.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
**jrice@motleyrice.com**

Shawn Michael Ridley
HOWARD ROME MARTIN &
RIDLEY LLP
1775 Woodside Road
#200
Redwood City, CA 94061-3436
**sridley@hrmrlaw.com**

Henry D. Rome
HOWARD ROME MARTIN &
RIDLEY LLP
1775 Woodside Road
Suite 200
Redwood, CA 94061-7715
**hrome@hrmrlaw.com**

Samuel M. Rosamond, III
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130
**srosamond@crawford-lewis.com**

Thomas C. Sattler
WOLFE SNOWDEN LAW FIRM
Wells Fargo Center
1248 O Street, Suite 800
Lincoln, NE 68508
**tsattler@wolfesnowden.com**

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106
**cschwertz@duanehauck.com**

Charles T. Sheldon
SEDGWICK DETERT MORAN &
ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
**charles.sheldon@sdma.com**

Bradley David Shwer
FENNEMORE CRAIG PC
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
**bshwer@fclaw.com**

E. Terry Sibbernsen
SIBBERNSEN & STRIGENZ PC
1111 North 102nd Court
Suite 330
Omaha, NE 68114
**etsibbernsen@sibbandstrig.com**

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin Street, 15th Floor
Boston, MA 02110
**msimons@governo.com**

Jan E. Simonsen
CARR MALONEY PC
1615 L St NW, 5th Floor
Washington, DC 20036
**jes@carrmaloney.com**

Frank J. Sioli, Jr.
BROWN SIMS PC
9130 South Dadeland Boulevard
Suite 1609
Miami, FL 33156
**fsioli@brownsims.com**

Reed Adam Slatas
MCGIVNEY & KLUGER PC
2 Batterson Park Road
Farmington, CT 06032
**rslatas@mcgivneyandkluger.com**

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
**john.son@tuckerellis.com**

Frances Spinthorakis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**fspinthourakis@hplegal.com**

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048
**csprinkle@hsblawfirm.com**

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601
**gsquitiero@maherandmurtha.com**

Gregory Stamos
ROSE KLEIN & MARIAS LLP
401 East Ocean Boulevard, Suite 300
P.O. Box 22792
Long Beach, CA 90801-5792
**g.stamos@rkmlaw.net**

Edward Taylor Stukes
NEXSEN PRUET
227 West Trade Street, Suite 1550
Charlotte, NC 28202
**tstukes@nexsenpruet.com**

Frank J. Swarr
LANDRY & SWARR LLC
1010 Common Street, Suite 2050
New Orleans, LA 70112
**fswarr@landryswarr.com**

**MDL No 875 - Panel Service List (CTO-336) (Continued)**

| | | |
|---|---|---|
| Jonathan F. Tabasky<br>COOLEY MANION & JONES LLP<br>21 Custom House Street<br>6th Floor<br>Boston, MA 02110<br>**jtabasky@cmjlaw.com** | Alex A. Toribio<br>MCCARTER & ENGLISH LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103<br>**atoribio@mccarter.com** | Stephen B. Williamson<br>KATTEN MUCHIN<br>ROSENMAN LLP<br>550 South Tryon Street<br>Suite 2900<br>Charlotte, NC 28202-4213<br>**stephen.williamson@kattenlaw.com** |
| Jennifer M. Techman<br>EVERT WEATHERSBY &<br>HOUFF LLC<br>3405 Piedmont Road, NE<br>Suite 200<br>Atlanta, GA 30305<br>**jmtechman@ewhlaw.com** | R. Bart Totten<br>ADLER POLLOCK &<br>SHEEHAN PC<br>One Citizens Plaza<br>8th Floor<br>Providence, RI 02903<br>**btotten@apslaw.com** | Kristopher T. Wilson<br>LUGENBUHL WHEATON PECK<br>RANKIN & HUBBARD<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130<br>**kwilson@lawla.com** |
| Mark S. Thomas<br>WILLIAMS MULLEN<br>RBC Plaza, Suite 1700<br>301 Fayettville Street<br>P.O. Box 1000<br>Raleigh, NC 27601<br>**mthomas@williamsmullen.com** | John R. Wallace<br>JACKSON & WALLACE LLP<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>**jwallace@jacksonwallace.com** | Mary E.H. Yoost<br>MCGUIREWOODS LLP<br>100 North Tryon Street<br>Suite 2900<br>P.O. Box 31247<br>Charlotte, NC 28202<br>**myoost@mcguirewoods.com** |
| Jeffrey M. Thomen<br>MCCARTER & ENGLISH LLP<br>185 Asylum Street<br>City Place I<br>Hartford, CT 06103<br>**jthomen@mccarter.com** | Adam David Warden<br>2001 12th Street, NW<br>Apt. 109<br>Wasington, DC 20009 | Karen M. Zello<br>GLASSER & GLASSER PLC<br>Crown Center Building<br>580 East Main Street<br>Suite 600<br>Norfolk, VA 23510<br>**karen@glasserlaw.com** |
| Eric Robert Thompson<br>RUMBERGER KIRK &<br>CALDWELL<br>80 SW 8th Street<br>30th Floor<br>Miami, FL 33130<br>**ethompson@bennettaiello,com** | Walter G. Watkins, Jr.<br>FORMAN PERRY WATKINS<br>KRUTZ & TARDY PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608<br>**wwatkins@fpwk.com** | |
| Michael P. Thornton<br>THORNTON & NAUMES LLP<br>100 Summer Street<br>30th Floor<br>Boston, MA 02110<br>**mthornton@tenlaw.com** | Dennis A. Watson<br>GROGAN GRAFFAM<br>Four Gateway Center, 12th Floor<br>Pittsburgh, PA 15222-1009<br>**dwatson@grogangraffam.com** | |
| Tracy E. Tomlin<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>100 North Tryon Street<br>42nd Floor<br>Charlotte, NC 28202-4007<br>**tracy.tomlin@nelsonmullins.com** | Branton James Whisenant, Jr.<br>FOLEY & MANSFIELD PLLP<br>4770 Biscayne Boulevard<br>Suite 1000<br>Miami, FL 33137<br>**bwhisenant@foleymansfield.com** | |
| | Previn A. Wick<br>POND NORTH LLP<br>350 South Grand Avenue<br>Suite 3300<br>Los Angeles, CA 90071<br>**pwick@pondnorth.com** | |