**MDL 875**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 26 2010

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL No. 875 |
|---|---|

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Campbell Transportation Company, Inc., in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

**GROGAN GRAFFAM, P.C.**

Dennis A. Watson, Esquire
WV #6188
dwatson@grogangraffam.com
Russell D. Giancola, Esquire
WV #10708
rgiancola@grogangraffam.com
Four Gateway Center, 12th Floor
Pittsburgh, PA 15222
Phone: 412.553.6300

*Counsel for Defendant,*
*Campbell Transportation Co., Inc.*

PLEADING NO. 6191

{W0257984.1}

**OFFICIAL FILE COPY**

JUDICIAL PANEL MULTIDISTRICT LITIGATION
2010 MAY 20 A 11:24
RECEIVED CLERK'S OFFICE

IMAGED MAY 27 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 26 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Corporate Disclosure Statement was served upon the following counsel of record on May 19, 2010, by e-mail and United States Mail, first class, postage prepaid:

Matthew L. Clark, Esquire
Kayser Layne & Clark, PLLC
PO Box 210 – 701 Viand Street
Point Pleasant, WV 25550
matthew.clark@kayserlayneclark.com

U.S. District Court for the Southern District of West Virginia
(via CM/ECF)

**GROGAN GRAFFAM, P.C.**

*Russell D. Giancola*

Dennis A. Watson, Esquire
WV #6188
dwatson@grogangraffam.com
Russell D. Giancola, Esquire
WV #10708
rgiancola@grogangraffam.com
Four Gateway Center, 12th Floor
Pittsburgh, PA 15222
Phone: 412.553.6300

*Counsel for Defendant,
Campbell Transportation Co., Inc.*

{W0258325.1}