# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **TO:** Unites States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Bldg.<br>One Columbus Circle, N.E., Room G-255<br>Washington, D.C. 20002-8004 | THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **(Noon Eastern Time)   June 8, 2010**<br>**Panel Fax No.:** (202) 502-2888 |

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. **875** – IN RE: **Asbestos Products Liability Litigation (No. VI)**

May 27, 2010

## NOTICE OF APPEARANCE (CTO-336)

FILED
CLERK'S OFFICE

**PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):**

Defendant Elliott Company *formerly known as* "Elliott Turbomachinery Co., Inc."

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No.(s).—attach list if necessary):**

***Bobby Floyd and Barbara Floyd v. Air & Liquid Systems Corp., et al.***
United States District Court for the Northern District of California, San Francisco Division
Case No. 3:10-cv-01960-MMC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431, (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| | |
|---|---|
| May 26, 2010<br>Date | _____<br>Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Theodore T. Cordery, Esq.
Imai, Tadlock, Keeney & Cordery, LLP
100 Bush Street, Suite 1300
San Francisco, CA  94104

Telephone No.:  (415) 675-7000          Fax No.:  (415) 675-7008

Email Address:   tcordery@itkc.com

**ORIGINAL ONLY OF APPERANCE NEEDED BY US FOR FILING**