BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

May 28, 2010

FILED
CLERK'S OFFICE

DOCKET NO. 875 (CTO-335)

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN STEVENS, MARK STEVENS, and JUANITA STEVENS ARENA<br>Plaintiffs | CIVIL ACTION NO. 10-968 |
| | DIVISION "S", SEC. "2" |
| VERSUS | |
| COOPER/T. STEVENS STEVEDORING COMPANY, INC., et al.<br>Defendants | JUDGE MARY ANN VIAL LEMMON |
| | MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Plaintiffs moves this Court to vacate the Conditional Transfer Order relative to this case until pending remand proceedings are completed.

This case was removed to the Eastern District of Louisiana on March 25, 2010.  ED La. Rec. Doc. 1. Plaintiffs' motion to remand was filed promptly on April 13, 2010. ED La. Rec. Doc. 7. Defendants' memoranda in opposition were filed on May 11, 2010.  ED La. Rec. Doc. 10-11. The Court will take oral argument on Plaintiffs' motion on June 16, 2010. ED La. Rec. Doc. 18.

Plaintiffs' motion to remand raises issues peculiar to Louisiana law and Louisiana's system of "fact pleading" (as opposed to the prevalent common law system of "notice pleading") in

particular. ED La. Rec. Doc. 7, *Attachment 1* at 3, 6-9. Specifically, Plaintiffs' motion to remand asks the Court to decide that under Louisiana law, the parties are bound by the stipulations contained in Plaintiffs' complaint. *See, e.g., State of Louisiana v. Ward*, 314 So.2d 383, 389 (La. App. 3 Cir. 1975); *Earnes v. McKnight*, 265 So.2d 220 (La. 1972); *Jackson v. Gulf Ins. Co.*, 199 So.2d 866 (La. 1967); *Sanders v. Frost*, 3 So.2d 626 (La. 1941). Though Plaintiffs' complaint disclaimed any cause of action which could stem from exposure to asbestos transported into the Port of New Orleans by certain South African entities, this case was removed citing precisely these disclaimed causes of action.

The Eastern District of Louisiana is in the best position to rule on this very discrete issue of Louisiana law (which has never been decided by the Middle District of Pennsylvania) and is expected to rule shortly. Transfer at this stage of remand proceedings would frustrate, not further, the stated purpose of MDL-875, and would needlessly distract Judge Robrano, sitting in MDL, from coordinated pre-trial proceedings in truly related matters.

Wherefore, Plaintiffs pray that their motion is granted.

Respectfully submitted,
**MARTZELL & BICKFORD, A.P.C.**

**SCOTT R. BICKFORD T.A. (#1165)**
**SPENCER R. DOODY (#27795)**
**NEIL F. NAZARETH (#28969)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (facsimile)
**ATTORNEYS FOR PLAINTIFF**

Page -2-

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 28, 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel

on the panel service list attached hereto by e-mailing same to all parties on the attached Panel Service

List (CTO-335) this 27th day of May, 2010.

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

PANEL SERVICE LIST (Excerpted from CTO-335)

Calvin Stevens, et al. v. Cooper/T. Smith Stevedoring Co., Inc., et al., E.D. Louisiana,
C.A. No. 2:10-968  (Judge Mary Ann Vial Lemmon)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
mjolley@lawpga.com

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
jwblack@wardblacklaw.com

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
rbudd@baronbudd.com

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415
jcooney@cooneyconway.com

Spencer R. Doody
MARTZELL & BICKFORD APC
338 Lafayette Street
New Orleans, LA 70130
usdcedla@mbfirm.com

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
kevin.jordan@bakerbotts.com

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
pkalish@crowell.com

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
skazan@kazanlaw.com

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
kraus@waterskraus.com

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
DLandin@Hunton.com

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
attylane@bellsouth.net

Gary Allen Lee
LEE FUTRELL &
PERLES LLP
201 St. Charles Avenue, Suite 4120
New Orleans, LA 70170-4120
glee@leefutrell.com

## MDL No. 875 - Panel Service List (CTO-335) (Continued)

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
wmahoney@smsm.com

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
rcmalaby@mblaw.net

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
jmcshea@mcshea-tecce.com

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
pmcweeny@schiffhardin.com

Pius Akamdi Obioha
LAW OFFICES OF PIUS A OBIOHA
P.O. Box 46385
Baton Rouge, LA 70895
pakamdi@aol.com

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
tpacker@gordonrees.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
jrice@motleyrice.com

Antonio J. Rodriguez
FOWLER RODRIGUEZ
400 Poyodras Street, 30th Floor
New Orleans, LA 70130
ajr@frc-law.com

Ronald J. Sholes
ADAMS & REESE LLP (NEW ORLEANS)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
sholesrj@arlaw.com

Norman Charles Sullivan, Jr.
FOWLER RODRIGUEZ
Texaco Center
400 Poydras Street, 30th Floor
New Orleans, LA 70130
nsullivan@frc-law.com

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
mthornton@tenlaw.com

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
wwatkins@fpwk.com

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

DOCKET NO. 875 (CTO-335)

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALVIN STEVENS, MARK STEVENS, and JUANITA STEVENS ARENA<br>Plaintiffs | \* <br> \* <br> \* | CIVIL ACTION NO. 10-968 |
| | \* | DIVISION "S", SEC. "2" |
| VERSUS | \* <br> \* | |
| COOPER/T. STEVENS STEVEDORING COMPANY, INC., et al. | \* | JUDGE MARY ANN VIAL LEMMON |
| | \* | |
| Defendants | \* | MAG. JOSEPH C. WILKINSON, JR. |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### BRIEF IN SUPPORT OF PLAINTIFFS' MOTION
### TO VACATE CONDITIONAL TRANSFER ORDER

MAY IT PLEASE THE COURT:

Plaintiffs moves this Court to vacate the Conditional Transfer Order relative to this case until

pending remand proceedings are completed.

This case was removed to the Eastern District of Louisiana on March 25, 2010.   ED La.

Rec. Doc. 1. Plaintiffs' motion to remand was filed promptly on April 13, 2010. ED La. Rec. Doc.

7. Defendants' memoranda in opposition were filed on May 11, 2010. ED La. Rec. Doc. 10-11.

The Court will take oral argument on Plaintiffs' motion on June 16, 2010. ED La. Rec. Doc. 18.

Plaintiffs' motion to remand raises issues peculiar to Louisiana law and Louisiana's system

of "fact pleading" (as opposed to the prevalent common law system of "notice pleading") in

particular. ED La. Rec. Doc. 7, *Attachment 1* at 3, 6-9. Specifically, Plaintiffs' motion to remand

asks the Court to decide that under Louisiana law, the parties are bound by the stipulations contained

in Plaintiffs' complaint. *See, e.g., State of Louisiana v. Ward*, 314 So.2d 383, 389 (La. App. 3 Cir.

1975); *Earnes v. McKnight*, 265 So.2d 220 (La. 1972); *Jackson v. Gulf Ins. Co.*, 199 So.2d 866 (La.

1967); *Sanders v. Frost*, 3 So.2d 626 (La. 1941). Though Plaintiffs' complaint disclaimed any cause

of action which could stem from exposure to asbestos transported into the Port of New Orleans by

certain South African entities, this case was removed citing precisely these disclaimed causes of

action.

The Eastern District of Louisiana is in the best position to rule on this very discrete issue of

Louisiana law (which has never been decided by the Middle District of Pennsylvania) and is

expected to rule shortly. Transfer at this stage of remand proceedings would frustrate, not further,

the stated purpose of MDL-875, and would needlessly distract Judge Robrano, sitting in MDL, from

coordinated pre-trial proceedings in truly related matters.

Wherefore, Plaintiffs pray that their motion is granted.

Respectfully submitted,

**MARTZELL & BICKFORD, A.P.C.**

_____

**SCOTT R. BICKFORD T.A. (#1165)**
**SPENCER R. DOODY (#27795)**
**NEIL F. NAZARETH (#28969)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (facsimile)

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel on the panel service list attached hereto by placing same in the United States Mail, properly addressed and postage prepaid on May 27, 2010.

_____

F:\Clients\Stevens, Green (dec)\Pleadings\motion to vacate.wpd

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

May 28, 2010

FILED
CLERK'S OFFICE

DOCKET NO. 875 (CTO-335)

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS PLEADING APPLIES TO:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALVIN STEVENS, MARK STEVENS, and JUANITA STEVENS ARENA<br>Plaintiffs | \*<br>\*<br>\*<br>\* | CIVIL ACTION NO. 10-968<br><br>DIVISION "S", SEC. "2" |
| VERSUS | \*<br>\* | |
| COOPER/T. STEVENS STEVEDORING COMPANY, INC., et al.<br>Defendants | \*<br>\*<br>\*<br>\* | JUDGE MARY ANN VIAL LEMMON<br><br>MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED THAT the Conditional Transfer Order be vacated and this matter

shall not be transferred to the Eastern District of Pennsylvania, MDL 875.

Signed this _____ day of _____ 2010 in _____, _____.

_____