UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 01, 2010

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 875** |
| CHRIS CHILDERS, individually, and as the personal representative of the Estate of DAYTON SHEPHERD, deceased, | |
| Plaintiff, | |
| v. | N.D. ALA. - C.A. NO.: 2:10-cv-00944-PWG |
| LONG-LEWIS, INC. individually and as successor to BURRELL CORP., f/k/a LONG LEWIS HARDWARE COMPANY, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
UNITED TECHNOLOGIES CORPORATION**

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, JOHN K. SON of the law firm TUCKER ELLIS & WEST LLP, 515 South Flower

Street, 42nd Floor, Los Angeles, California 90071, email address: john.son@tuckerellis.com,

hereby adds his appearance as attorney of record for defendant United Technologies Corporation

in the above-captioned matter and requests that all future correspondence, pleadings, and notices

be sent to the above-referenced address and/or email address.

DATED: May 28, 2010

RESPECTFULLY SUBMITTED,

By: _____

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com
Admitted *pro hac vice*

Attorneys for Defendant
**UNITED TECHNOLOGIES
CORPORATION**

NOTICE OF APPEARANCE ON BEHALF OF
UNITED TECHNOLOGIES CORPORATION

LaImanage\074908.000625\664117.1-JKS