**MDL 875**

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 2 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal
Judicial Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) June 8, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 – IN RE: Asbestos Product Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-336)

**PARTIES REPRESENTED** (indicate plaintiff or defendant–attach list if necessary):

1. Defendant: Trane US Inc. f/k/a American Standard Inc.

2. Defendant: Defendant Sued as Elliott Turbomachinery Co., Inc.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s). – attach list if necessary):

*Johanna Krieger, Individually and as Personal Representative of the Estate of Alan Krieger vs. ALFA LAVAL, INC., et al., transferred to MDL 875 from USDC, Southern District of Florida, Case No. 10-80594.*

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the defendants indicated. I am aware that only one attorney can be designated for each party.

June 1, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Edward J. Briscoe, Esq.
Fowler White Burnett, P.A.
1395 Brickell Avenue, 14th Floor
Miami, FL 33131

Telephone No.: (305) 789-9200
E-Mail Address: Ebriscoe@Fowler-White.com

Fax No.: (305) 789-9201

PLEADING NO. 6198

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

**OFFICIAL FILE COPY** IMAGED JUN - 2 2010