BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ECKERLE** * | CIVIL ACTION NO. 2:10-cv-1460 | |
| * | | |
| **VS.** * | JUDGE: | LEMMON |
| * | SECTION: | L |
| * | | |
| **NORTHROP GRUMMAN SHIP,** * | MAGISTRATE: | ROBY |
| **SYSTEMS, INC., ET AL** * | DIVISION: | 4 |
| * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Pertains to:* MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
CONDITIONAL TRANSFER ORDER 336 (CTO-336)
Schedule CTO-336 - Tag-Along Action

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S NOTICE OF OBJECTION AND OPPOSITION TO CONDITIONAL TRANSFER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff who files his Notice of Opposition to the Conditional Transfer Order on the grounds that this action was originally filed in state court, was improperly removed by the defendants, and Plaintiff is currently seeking to have the case remanded to the state court from which it was wrongfully removed.

Contrary to the allegations in Northrop Grumman Ship Systems, Inc.'s Notice of Removal, this case is a state court class action and the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), is not a basis for federal jurisdiction. A district court must remand a case to state court if "at any time before final judgment it appears that the

1

district court lacks subject matter jurisdiction." 28 U.S.C. § 1447(c); *Preston v. Tenet Healthsys. Mem'l Med. Ctr., Inc. (Preston II),* 485 F.3d 804, 813 n. 3 (5th Cir.2007).

**WHEREFORE**, Plaintiff respectfully requests that this matter not be transferred to the MDL.

Respectfully submitted,

**LANDRY & SWARR, L.L.C.**

/s/ PHILIP C. HOFFMAN
Mickey P. Landry (La. Bar No. 22817)
Frank J. Swarr (La. Bar No. 23322)
David R. Cannella (La. Bar 26231)
Philip C. Hoffman (La. Bar 32277)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:  (504) 299-1215

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 2nd day of June, 2010, served a copy of the foregoing on counsel to all parties in this proceedings by the electronic filing system of the Eastern District of Louisiana.

/s/ PHILIP C. HOFFMAN