# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) June 8, 2010**
**Panel Fax No.: (202) 502-2888**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-336)

Jun 04, 2010

**PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary)**

Plaintiff Ronald Eckerle

FILED
CLERK'S OFFICE

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Ronald Eckerle v. Northrop Grumman Shipbuilding, Inc.
2:10-cv-1460, Eastern District of Louisiana

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

June 2, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Philip C. Hoffman
Landry & Swarr, LLC
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112

Telephone No.: (504) 299-1214     Fax No.: (504) 299-1215

Email Address: PHOFFMAN@landryswarr.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18