# Brayton ❖ Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
KATHERINE E. ALLEN
FRANK J. ANDERS
RON G. ARCHER
K. DOUGLAS ATKINSON
VENUS BAREKATAIN
BRONSON D. BILLS*
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
JAMES G. GILYARD
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRIS E. HERSOM

SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
MATTHEW B. LEE
THEODORE LIEU
MAUREEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OREN P. NOAH
KIRK C. PEARSON
ATHENA R. REIS
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
JANE E. VETTO*
SHIN-YU WANG
NANCY T. WILLIAMS
NOAH J. WOODS

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 09, 2010

FILED
CLERK'S OFFICE

June 7, 2010

<u>VIA FACSIMILE (202) 502-2888</u>

Jeffery N. Luthi
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

   Re: Notice of Opposition - Conditional Transfer Order- 336
     *LINDA OLSCHEWSKE, et al. v. ASBESTOS DEFENDANTS*
     CAN 3: 10-1729

Dear Mr. Luthi:

  I represent Plaintiffs, Linda Olschewske, et al., in the above captioned action, which is included on the Conditional Transfer Order 336. Plaintiff submits this opposition to CTO-336. I understand that the motion and brief to vacate are due in 14 days.

             Very truly yours,

             Richard M. Grant
             Brayton ❖ Purcell LLP
             222 Rush Landing Rd.
             P.O. Box 6169
             Novato, CA 94948-6169
             rgrant@braytonlaw.com

Case MDL No. 875   Document 6205   Filed 06/09/10   Pag

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 09, 2010

FILED
CLERK'S OFFICE

1  ASBESTOS MDL 875 - Re: CTO 336
2  *LINDA OLSCHEWSKE v. ASBESTOS DEFS.*, CAN 3:10-1729

4                          CERTIFICATE OF SERVICE

6       I hereby certify that I electronically filed the following with the Clerk of the Court for
the United States District Court by emailing to JPMLeFILE@jpml.uscourts.gov on
7  June 8, 2010

8       **NOTICE OF OPPOSITION - CONDITIONAL TRANSFER ORDER- 336**
   and
9       **PLAINTIFF'S NOTICE OF APPEARANCE (CTO-336)**

11      I further certify that on June 8, 2010, I mailed the foregoing document(s) by First-Class
Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery
within 3 calendar days to the following participants:

        TO ALL PARTIES ON THE ATTACHED SERVICE LISTS

15  Dated this 8th, day of June, 2010.

                                    /s/ Richard M. Grant

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                    MDL No. 875

## PANEL SERVICE LIST (CTO-336)

Mark E. Anderson
MCGUIRE WOODS LLP
2600 Two Hannover Square
P.O. Box 27507
Raleigh, NC 27601
manderson@mcguirewoods.com

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
mjolley@lawpga.com

Susanne Gheseri Arani
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street
Suite 400
San Francisco, CA 94104
sarani@cbmlaw.com

Melissa R. Badgett
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105
rbadgett@cmjhklaw.com

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028
gbarton@karrtuttle.com

Gary L. Beaver
NEXSEN PRUET
P.O. Box 3463
Greensboro, NC 27402
gbeaver@npaklaw.com

Matthew D. Berkowitz
JACKSON & CAMPBELL PC
1120 20th Street, NW
Suite 300 S
Washington, DC 20036-3437
mb@carrmaloney.com

R. Dirk Bernhardt
MURRAY DUNHAM & MURRAY
200 W Thomas Street
Suite 350
P.O. Box 9844
Seattle, WA 98109-0844
dirk@murraydunham.com

Nickolas C. Berry
HINSHAW &
CULBERTSON LLP
Barnett Bank Building
1 East Broward Blvd.
Suite 1010
Fort Lauderdale, FL 33301
nberry@hinshawlaw.com

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
jwblack@wardblacklaw.com

Roy B. Blackwell
KAUFMAN & CANOLES PC
4801 Courthouse Street
Suite 300
P.O. Box 6000
Williamsburg, VA 23188
rbblackwell@kaufcan.com

Anthony Michael Blalock
COOLEY MANION JONES HAKE
KUROWSKI LLP
201 Spear Street
18th Floor
San Francisco, CA 94105
ablalock@cmjhklaw.com

Jordan Blumenfeld-James
SIMON EDDINS & GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802
jbj@seglaw.com

Michael James Boland
IMAI TADLOCK KEENEY &
CORDERY LLP
100 Bush Street
Suite 1300
San Francisco, CA 94104
mboland@itkc.com

Brian C. Bossier
BLUE WILLIAMS LLP
3421 N. Causeway Boulevard
Suite 900
Metairie, LA 70002
bbossier@bluewilliams.com

Timothy W. Bouch
LEATH BOUCH & CRAWFORD
P.O. Box 59
Charleston, SC 29402-0059
tbouch@leathbouchlaw.com

William A. Brasher
BRASHER LAW FIRM
One Metropolitan Square,
Suite 2300
211 North Broadway
St. Louis, MO 63102
wbrasher@boylebrasher.com

Edward J. Briscoe
FOWLER WHITE
BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
EJB@Fowler-White.com

MDL No. 875 - Panel Service List (CTO-336) (Continued)

Richard A. Brody
BRENT COON & ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104
rick.brody@bcoonlaw.com

Kay M. Brown
DEHAY & ELLISTON
36 South Charles Street
Suite 1300
Baltimore, MD 21201
kbrown@dehay.com

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
rbudd@baronbudd.com

Thomas F. Burris, III
LAW OFFICES OF PETER T
NICHOLL
430 Crawford Street
Suite 202
Portsmouth, VA 23704
tburris@nicholllaw.com

Cameron O. Carter
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street
Suite 250
Portland, OR 97201
ccarter@braytonlaw.com

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399
dan.casey@klgates.com

Lillian Chia-Ai Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
lillian.ma@tuckerellis.com

Matthew L. Clark
KAYSER LAYNE & CLARK
P.O. Box 210
Point Pleasant, WV 25550
matthew.clark@kayserlayneclark.com

Thomas C. Clark
LITCHFIELD CAVO
40 Tower Lane Suite 200
Avon, CT 06001
clark@litchfieldcavo.com

Robert W. Cockren
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020-1059
rcockren@sonnenschein.com

Stuart L. Cohen
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131-1603
scohen@bennettaiello.com

Christopher J.M Collings
MORGAN LEWIS &
BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
ccollings@morganlewis.com

Keith E. Coltrain
ELMORE & WALL PA
1001 Wade Avenue, Suite 423
Raleigh, NC 27605
keith.coltrain@elmorewall.com

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
jcooney@cooneyconway.com

Kenneth R. Costa
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Boston, MA 02114
kcosta@piercedavis.com

Anne Swoboda Cruz
TUCKER ELLIS & WEST LLP
515 South Flower Stree
42nd Floor
Los Angeles, CA 90071-2223
Anne.Cruz@tuckerellis.com

George J. Dancigers
MCKENRY DANCIGERS
WARNER DAWSON & LAKE
192 Ballard Court
Suite 400
Virginia Beach, VA 23462-6538
gjdancigers@va-law.org

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street
Suite 240
Sacramento, CA 95811
wdavis@charter-davis.com

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
DDonadio@braytonlaw.com

Steven A. Edelstein
Biltmore Executive Center
1200 Anastasia Avenue
Suite 410
Coral Gables, FL 33134
Stevee@saelaw.com

Jennifer S. Edwards
KILLEEN & STERN PC
1770 St. James Place
Suite 300
Houston, TX 77056
jedwards@killeen-law.com

**MDL No. 875 - Panel Service List (CTO-336) (Continued)**

Lois Ann Frankforter
BERSHTEIN BERSHTEIN & BERSHTEIN
1188 Dixwell Avenue
Hamden, CT 06514
lfrankforter@bershteinlawcenter.com

Naomi Fribourg
HOWARD ROME MARTIN &
RIDLEY LLP
1775 Woodside Road
Suite 200
Redwood, CA 94061
nfribourg@hrmrlaw.com

Katherine Paige Gardiner
SEDGWICK DETERT MORAN &
ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105
katherine.gardiner@sdma.com

Meyer H. Gertler
GERTLER GERTLER VINCENT &
PLOTKIN
127-129 Carondelet Street
New Orleans, LA 70130
mhgertler@ggvplaw.com

David A. Goldman
GOVERNO LAW FIRM LLC
260 Franklin Street
Boston, MA 02110
dgoldman@governo.com

Erin L. Golembiewski
MORRISON MAHONEY LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810
egolembiewski@morrisonmahoney.com

Julia A. Gowin
HAWKINS PARNELL &
THACKSTON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
jgowin@hplegal.com

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144
bgraham@wallacegraham.com

Robert Allen Green
SIMON EDDINS &
GREENSTONE LLP
301 East Ocean Boulevard
Suite 1950
Long Beach, CA 90802
rgreen@seglaw.com

Brian D. Gross
COOLEY MANION & JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110
bgross@cmjlaw.com

Kent Jeffrey Hammond
RUDOLPH & HAMMOND LLC
8686 East San Alberto, Suite 200
Scottsdale, AZ 85258
kent.rudolp@hhammond.com

Jason Kirk Henderson
DANAHER LAGNESE &
NEAL PC
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106
jhenderson@dtln.com

Stephanie A. Hingle
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329
Stephanie.Hingle@KutakRock.com

John T. Holden
DICKIE MCCAMEY &
CHILCOTE PC
2115 Rexford Road
Suite 210
Charlotte, NC 28211
jholden@dmclaw.com

Michael Roland Holt
RUMBERGER KIRK &
CALDWELL
80 SW 8th Street
Suite 3000
Miami, FL 33130-3047
mholt@rumberger.com

Christine A. Huntoon
MURPHY PEARSON BRADLEY &
FEENEY
88 Kearny Street
10th Floor
San Francisco, CA 94108-5530
chuntoon@jacksonwallace.com

Elizabeth L. Huynh
WALSWORTH FRANKLIN
BEVINS & MCCALL LLP
One City Boulevard, West
Fifth Floor
Orange, CA 92868
elhuynh@wfbm.com

David Aaron Jagolinzer
FERRARO & ASSOCIATES PA
4000 Ponce De Leon Blvd.
Suite 700
Miami, FL 33146
daj@ferrarolaw.com

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
kjamison@pondnorth.com

John S. Janofsky
WATERS KRAUS & PAUL
222 North Sepulveda Blvd.
Suite 1900
El Segundo, CA 90245
jjanofsky@waterskraus.com

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
kevin.jordan@bakerbotts.com

MDL No. 875 - Panel Service List (CTO-336) (Continued)

Matthew Devins Joss
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220
joss@taddeosturm.com

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
pkalish@crowell.com

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
skazan@kazanlaw.com

Daniel L. Keller
KELLER FISHBACK
JACKSON LLP
18425 Burbank Boulevard
Suite 610
Tarzana, CA 91356
dkeller@kfjlegal.com

Daniel J. Kelly
HAIGHT BROWN &
BONESTEEL LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981
dkelly@hbblaw.com

Susan B. Kohn
SIMON PERAGINE SMITH &
REDFEARN LLP
Energy Centre
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
suek@spsr-law.com

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
kraus@waterskraus.com

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880
labelle@halloran-sage.com

Carter T. Lambeth
JOHNSON LAMBETH & BROWN
232 Princess Street
Wilmington, NC 28402
ctl@johnsonandlambeth.com

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
DLandin@Hunton.com

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
attylane@bellsouth.net

Richard Matthew Lauth
EVERT WEATHERSBY HOUFF
3405 Piedmont Road, NE
Suite 200
Atlanta, GE 30305
rmlauth@ewhlaw.com

Tanya M. Lawson
SEDWICK DETERT MORAN &
ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308-3092
tanya.lawson@sdma.com

David L. Levy
HEDRICK GARDNER
KINCHELOE & GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230
dlevy@hedrickgardner.com

Carrie Lin
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105
clin@cmjhklaw.com

Edward Kong Low
SONNENSCHEIN NATH &
ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105
eklow@sonnenschein.com

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
lillian.ma@tuckerellis.com

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
wmahoney@smsm.com

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
rcmalaby@mblaw.net

Adam C. Martin
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110
amartin@keeganwerlin.com

Kevin C. McCaffrey
CULLEN & DYKMAN LLP
Garden City Center
100 Quentin Roosevelt Blvd.
Garden City, NY 11530
KMcCaffrey@cullenanddykman.com

## MDL No. 875 - Panel Service List (CTO-336) (Continued)

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
**dmigliori@motleyrice.com**

Pierre V. Miller, II
PATRICK MILLER LAW FIRM
Texaco Center
400 Poydras Street
Suite 1680
New Orleans, LA 70130
**pmiller@patrickmillerlaw.com**

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110
**bmisiura@governo.com**

Willard J. Moody, Jr.
MOODY LAW FIRM INC
500 Crawford Street
Suite 300
Portsmith, VA 23704
**will@moodyrrlaw.com**

Thomas Jeffrey Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105
**tmoses@bhplaw.com**

Monica L. Mroz
LICHTENSTEIN FISHWICK &
JOHNSON PLC
101 South Jefferson Street
Suite 400
P.O. Box 601
Roanoke, VA 24004-0601
**monica@vatrials.com**

William E. Murray
EDWARDS ANGELL PALMER &
DODGE LLP
20 Church Street
20th Floor
Hartford, CT 06103
**wmurray@eapdlaw.com**

Sharon A. Neiberg
UPDIKE KELLY &
SPELLACY PC
P.O. Box 231277
Hartford, CT 06123
**sneiberg@uks.com**

Evan Craig Nelson
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
**evan.nelson@tuckerellis.com**

Brenna Kathleen Newman
TROUTMAN SANDERS LLP
PO Box 1122
Richmond, VA 23218-1122
**newman@troutmansanders.com**

Robert L. Norton
JONES GRANGER TRAMUTO
CHRISTY & HALSTEAD
10000 Memorial Drive
P.O. Box 4340
Houston, TX 77210
**bnor@jonesgranger.com**

Beth A. Oldmixon
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Fourth Floor
Boston, MA 02114
**boldmixon@piercedavis.com**

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
**molson@embryneusner.com**

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
2300 Bank Boston Plaza
8th Floor
Providence, RI 02903
**joswald@apslaw.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

E. Spencer Parris
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603
**esp@m-j.com**

Francis D. Pond
POND NORTH LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
**fpond@pondnorth.com**

Albert H. Poole
HUFF POOLE & MAHONEY PC
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462-1521
**apoole@hpmlaw.com**

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**gpowell@gordonrees.com**

## MDL No. 875 - Panel Service List (CTO-336) (Continued)

Robert David Proffitt
PROFITT & COX
8910 Two Notch Road
Suite 400
Columbia, SC 29223
dprofifitt@proffittcox.com

Richard M. Reed
SEMMES BOWEN &
SEMMES PC
1577 Spring Hill Road
Suite 200
Vienna, VA 22182
rreed@semmes.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
jrice@motleyrice.com

Shawn Michael Ridley
HOWARD ROME MARTIN &
RIDLEY LLP
1775 Woodside Road
#200
Redwood City, CA 94061-3436
sridley@hrmrlaw.com

Henry D. Rome
HOWARD ROME MARTIN &
RIDLEY LLP
1775 Woodside Road
Suite 200
Redwood, CA 94061-7715
hrome@hrmrlaw.com

Samuel M. Rosamond, III
CRAWFORD LEWIS PLLC
400 Poydras Street
Suite 2100
New Orleans, LA 70130
srosamond@crawford-lewis.com

Thomas C. Sattler
WOLFE SNOWDEN LAW FIRM
Wells Fargo Center
1248 O Street, Suite 800
Lincoln, NE 68508
tsattler@wolfesnowden.com

Carl R. Schwertz
DUANE HAUCK & GNAPP
10 East Franklin Street
Richmond, VA 23219-2106
cschwertz@duanehauck.com

Charles T. Sheldon
SEDGWICK DETERT MORAN &
ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
charles.sheldon@sdma.com

Bradley David Shwer
FENNEMORE CRAIG PC
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
bshwer@fclaw.com

E. Terry Sibbernsen
SIBBERNSEN & STRIGENZ PC
1111 North 102nd Court
Suite 330
Omaha, NE 68114
etsibbernsen@sibbandstrig.com

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin Street, 15th Floor
Boston, MA 02110
msimons@governo.com

Jan E. Simonsen
CARR MALONEY PC
1615 L St NW, 5th Floor
Washington, DC 20036
jes@carrmaloney.com

Frank J. Sioli, Jr.
BROWN SIMS PC
9130 South Dadeland Boulevard
Suite 1609
Miami, FL 33156
fsioli@brownsims.com

Reed Adam Slatas
MCGIVNEY & KLUGER PC
2 Batterson Park Road
Farmington, CT 06032
rslatas@mcgivneyandkluger.com

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
john.son@tuckerellis.com

Frances Spinthorakis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
fspinthourakis@hplegal.com

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER
BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048
csprinkle@hsblawfirm.com

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601
gsquitiero@maherandmurtha.com

Gregory Stamos
ROSE KLEIN & MARIAS LLP
401 East Ocean Boulevard, Suite 300
P.O. Box 22792
Long Beach, CA 90801-5792
g.stamos@rkmlaw.net

Edward Taylor Stukes
NEXSEN PRUET
227 West Trade Street, Suite 1550
Charlotte, NC 28202
tstukes@nexsenpruet.com

Frank J. Swarr
LANDRY & SWARR LLC
1010 Common Street, Suite 2050
New Orleans, LA 70112
fswarr@landryswarr.com

**MDL No. 875 - Panel Service List (CTO-336) (Continued)**

Jonathan F. Tabasky
COOLEY MANION & JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110
jtabasky@cmjlaw.com

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305
jmtechman@ewhlaw.com

Mark S. Thomas
WILLIAMS MULLEN
RBC Plaza, Suite 1700
301 Fayettville Street
P.O. Box 1000
Raleigh, NC 27601
mthomas@williamsmullen.com

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103
jthomen@mccarter.com

Eric Robert Thompson
RUMBERGER KIRK &
CALDWELL
80 SW 8th Street
30th Floor
Miami, FL 33130
ethompson@bennettaiello,com

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
mthornton@tenlaw.com

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007
tracy.tomlin@nelsonmullins.com

Alex A. Toribio
MCCARTER & ENGLISH LLP
City Place I
185 Asylum Street
Hartford, CT 06103
atoribio@mccarter.com

R. Bart Totten
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903
btotten@apslaw.com

John R. Wallace
JACKSON & WALLACE LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
jwallace@jacksonwallace.com

Adam David Warden
2001 12th Street, NW
Apt. 109
Wasington, DC 20009

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS
KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608
wwatkins@fpwk.com

Dennis A. Watson
GROGAN GRAFFAM
Four Gateway Center, 12th Floor
Pittsburgh, PA 15222-1009
dwatson@grogangraffam.com

Branton James Whisenant, Jr.
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137
bwhisenant@foleymansfield.com

Previn A. Wick
POND NORTH LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
pwick@pondnorth.com

Stephen B. Williamson
KATTEN MUCHIN
ROSENMAN LLP
550 South Tryon Street
Suite 2900
Charlotte, NC 28202-4213
stephen.williamson@kattenlaw.com

Kristopher T. Wilson
LUGENBUHL WHEATON PECK
RANKIN & HUBBARD
601 Poydras Street
Suite 2775
New Orleans, LA 70130
kwilson@lawla.com

Mary E.H. Yoost
MCGUIREWOODS LLP
100 North Tryon Street
Suite 2900
P.O. Box 31247
Charlotte, NC 28202
myoost@mcguirewoods.com

Karen M. Zello
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510
karen@glasserlaw.com

Date Created: 6/2/2010-10:54:20 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 110617.001 - Linda Olschewske
Run By : Ehni, Jane (JAE)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
   Graybar Electric Company, Inc.
(GRAYBR)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
   Crown Cork & Seal Company, Inc.
(CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
   Hopeman Brothers, Inc. (HOPE)
   J.T. Thorpe & Son, Inc. (THORPE)
   Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
   Berry & Berry (B&B)

**Cooley, Manion, Jones, Hake, & Kurowski LLP**
201 Spear Street
Suite 1800
San Francisco, CA 94105
415-512-4381   415-512-6791 (fax)
**Defendants:**
   A.W. Chesterton Company (CHESTR)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
   Eaton Corporation (EATON)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
   Crane Co. (CRANCO)
   Schneider Electric USA, Inc. (fka Square D Company) (SQUARE)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
   CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
One California Street
Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
   ITT Industries, Inc. (ITTIND)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
   General Electric Company (GE)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
   Metropolitan Life Insurance Company (MET)

**Stevens, Drummond & Gifford**
1910 Olympic Boulevard
Suite 250
Walnut Creek, CA 94596
925-944-5550   925-256-9669 (fax)
**Defendants:**
   Cooper Industries, LLC ( fka Cooper Industries, Inc.) (COOPIN)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
   Rockwell Automation, Inc. (ROCAUT)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
   Quintec Industries, Inc. (QUINTC)
   Thomas Dee Engineering Company (DEE)