## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) June 8, 2010
**Panel Fax No.:** (202) 502-2888

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 09, 2010

FILED
CLERK'S OFFICE

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

### NOTICE OF APPEARANCE (CTO-336)

**PARTIES REPRESENTED** (indicated plaintiff or defendant–attach list if necessary):

Plaintiff - Dale Powers

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No.(s).– attach list if necessary):

DALE POWERS V. ALLIS CHALMER CORP. PROD. LIAB. TRUST, ET AL.
CAN 4 10-1921

*******************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L.,199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_6-7-10_
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Richard M. Grant
Brayton ◇ Purcell LLP
222 Rush Landing Rd.
Novato, CA 94949-6169

Telephone No.: 415/898-1555       Fax No.: 415/898-1247

Email Address: rgrant@braytonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**