Case MDL No. 875   Document 6210   Filed 06/09/10   Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 09, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| CAROL TRUITT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED TECHNOLOGIES CORPORATION, <br><br> Defendant. | N.D. CAL. - C.A. NO.: 10-cv-1573-JSW |

### NOTICE OF INTENT TO SEEK A STAY OF CTO-336

The undersigned counsel represents defendant United Technologies Corporation ("UTC") in the above-captioned action, which is included in Conditional Transfer Order No. 336. UTC submits this notice of intent to seek a stay of CTO-336 and respectfully requests that the Panel issue a briefing schedule for UTC to file its motion within 14 days of this notice.

DATED: June 7, 2010

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Attorneys for Defendant
**UNITED TECHNOLOGIES CORPORATION**