Case MDL No. 875   Document 6211   Filed 06/09/10   Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 09, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| CAROL TRUITT, et al., Plaintiffs, v. UNITED TECHNOLOGIES CORPORATION, Defendant. | N.D. CAL. - C.A. NO.: 10-cv-1573-JSW |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT UNITED TECHNOLOGIES CORPORATION

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, JOHN K. SON of the law firm TUCKER ELLIS & WEST LLP, 515 South Flower Street, 42nd Floor, Los Angeles, California 90071, email address: john.son@tuckerellis.com, hereby adds his appearance as attorney of record for defendant United Technologies Corporation in the above-captioned matter and requests that all future correspondence, pleadings, and notices be sent to the above-referenced address and/or email address.

DATED: June ___, 2010

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Attorneys for Defendant
**UNITED TECHNOLOGIES CORPORATION**