UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

Jun 09, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Carole Truitt, et al. v. United Technologies Corp., | ) | |
| N.D. California, C.A. No. 3:10-1573 | ) | MDL No. 875 |

**NOTICE OF FILED OPPOSITION
AND PUBLICATION OF BRIEFING SCHEDULE**

Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **Defendant United Technologies Corp.** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.

The Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed below. See Rule 5.1.1 et seq. for filing options and requirements**.** Counsel filing oppositions in more than one action should file a single motion and brief with an attached schedule of actions. **Fax transmission of the motion and brief or response will not be accepted.**  See Panel Rule 5.1.2(d).

Papers must be served on the attached Panel Service List. Attach a copy of this list to the certificate of service. (Counsel who have subsequently made appearances in this action should be added to the certificate of service).

All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above. The briefing schedule is set as follows:

**Rule 5.3 Corporate Disclosure Statements Due on or Before:   June 23, 2010**

**Motion and Brief Due on or Before:         June 23, 2010**

**Responses Due on or Before:                July 14, 2010**

Failure to file and serve the required motion and brief within the allotted 14 days will be considered a withdrawal of the opposition, and the stay of the conditional transfer order will be lifted.

Counsel will be notified if/when this matter is scheduled for hearing before the Panel. Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                           MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-336)

Carole Truitt, et al. v. United Technologies Corp., N.D. California, C.A. No. 3:10-1573
(Judge Jeffrey S. White)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

**MDL No. 875 - Panel Service List (Excerpted from-CTO-336) (Continued)**

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
**lillian.ma@tuckerellis.com**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
**jrice@motleyrice.com**

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
**john.son@tuckerellis.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**