MDL 875

VICTOR C. ROSE (1907-1972)
ALFRED M. KLEIN (1913-2000)
EUGENE MARIAS (1919-1982)

* ROBERT B. STEINBERG
* HOWARD N. LEHMAN
* JASON A. GOTTLIEB
* HERBERT I. GALPERSON
  MARVIN N. SHAPIRO
* BARRY I. GOLDMAN
* G. RONALD FEENBERG
  DENNIS D. WELCH
  GREGORY STAMOS
  DENNIS J. SHERWIN
* STEVEN M. HOFFBERG
* ROBERT I. VINES
* MANUEL L. NUNES
  DAVID A. ROSEN
  RICHARD G. BARONE
  WILLIAM M. GREWE
  HARRY H. SAMARGHACHIAN
  TONI RAYKOVICH

* DENOTES PROFESSIONAL CORPORATION
† ADMITTED ONLY IN SWEDEN

## LAW OFFICES OF
## ROSE, KLEIN & MARIAS LLP

401 E. OCEAN BOULEVARD, SUITE 300
LONG BEACH, CALIFORNIA 90802-5056
FAX (562) 436-6157
(562) 436-4696

June 15, 2010

WENDY HAYWARD-MARSHALL
ANDREW J. SHORENSTEIN
BABETTE F. BEMEL
LILIA BALLESTEROS
DAVID S. GALPERSON
ARLYN M. LATIN
†RONNY MARTINSSON
JANET U. KROPP
ALAN P. RIFFEL
LAUREN BELGER
CHRISTEL A. SCHOENFELDER
MARCUS S. LOO
MIA R. ELLIS
KEVIN MAHONEY
LISA F. JOU
ALEXIS B. DJIVRE
THOMAS F. MORTIMER JR.
BENHUR SHERVAN
KEVIN P. SMITH

> Request of pltfs. in Salamante, et al.,
> CAC 2:10-2403, to hold transfer in
> abeyance -- **DENIED.**
> (jnl - 16 Jun 10)

Clerk of the Panel
United States Judicial Panel on
Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle., N.E., Room G-255, North Lobby
Washington, DC 20002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 16 2010

FILED
CLERK'S OFFICE

RE: **MDL No. 875 - In Re: Asbestos Products Liability Litigation (No. VI)**
    ***NOLA SALAMANTE, et al. vs. GARLOCK SEALING TECHNOLOGIES, et al.***
    **CAC 2 10-2403**

Dear Sirs:

Please be advised that I was out of the country from May 18 through June 11, 2010. My first day back at the office was yesterday June 14, 2010. I reviewed your Notice of Filing containing your email of May 25, 2010, on June 14, 2010, at approximately 3:44 p.m. Also be advised that my email had an out of office response stating, "I will be out of the office 5/18/10 thru 6/11/10 returning Monday, 6/14/10. If you need assistance please contact JoAnn Levandoski at j.levandoski@rkmlaw.net or Tom Mortimer at t.mortimer@rkmlaw.net. Thanks." Neither of these individuals received the email or notice. Secondly, we have a Motion to Remand hearing scheduled for June 28, 2010 in the Central District Court and would request that we be allowed to be heard on the motion prior to transfer to MDL. Therefore, I would respectfully request the MDL transfer to be held in abeyance to await the hearing and a decision by the District Court as well as be granted an extension of time to filing a Notice of Opposition of the conditional transfer. For your information, I have attached the Civil Minutes dated June 2, 2010 and our Motion to Remand dated April 26, 2010.

Your continued courtesy and cooperation in this matter is appreciated.

Very truly yours,

ROSE, KLEIN & MARIAS LLP

Gregory Stamos

GS/jgl

Enclosures

333 SOUTH ANITA DRIVE, SUITE 700
ORANGE, CALIFORNIA 92868
(714) 937-9025 • FAX (714) 937-9218

801 SOUTH GRAND AVENUE, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90017-4645
(213) 626-0571 • FAX (213) 623-7755

3633 E. INLAND EMPIRE BLVD., SUITE 400
ONTARIO, CALIFORNIA 91764-4922
(909) 944-1711 • FAX (909) 944-1722

330 NORTH BRAND AVE., SUITE 310
GLENDALE, CALIFORNIA 91203
(213) 626-0571 • FAX (213) 623-7755

5740 RALSTON STREET, SUITE 301
VENTURA, CALIFORNIA 93003-6043
(805) 642-7101 • FAX (805) 642-9627

15910 VENTURA BOULEVARD, 16TH FLOOR
ENCINO, CALIFORNIA 91436-2819
(818) 761-1420 • FAX (213) 623-7755

5333 MISSION CENTER ROAD, SUITE 380
SAN DIEGO, CALIFORNIA 92108
(619) 278-0958 • FAX (619) 220-0667

1290 CENTER COURT DRIVE
COVINA, CALIFORNIA 91724
(626) 967-1406 • FAX (909) 944-1722

PLEADING NO. 6214

OFFICIAL FILE COPY

IMAGED JUN 16 2010