**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 17 2010

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) May 3, 2010**
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

### NOTICE OF APPEARANCE (CTO-334)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant - The Goodyear Tire & Rubber Company

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Kris M. Childers v. Long-Lewis, Inc., et al.
N.D. Ala.
(ALN-2 10:944)

PLEADING NO. 6215

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

6/15/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

William L. Waudby
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 20th Street North, Suite 1600
Birmingham, AL 35203

Telephone No.: 205-244-3894    Fax No.: 205-488-3737
Email Address: bwaudby@bakerdonelson.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED JUN 17 2010