# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUN 17 2010

FILED
CLERK'S OFFICE

**MDL 875**

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) June 8, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-336)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant ELLIOTT COMPANY a/k/a ELLIOTT
TURBOMACHINERY CO., INC.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

California Central Civil Action No. 10-2024
Duane Smith v. Air & Liquid Systems, Corp., et al.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

06/15/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Elizabeth L Huynh, Esq.
Walsworth, Franklin, Bevins & McCall
1 City Boulevard West, 5th Floor
Orange, CA 92868

Telephone No.: 714-634-2522      Fax No.: 714-634-0686

Email Address: elhuynh@wfbm.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

OFFICIAL FILE COPY

IMAGED JUN 17 2010

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 7 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) June 8, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-336)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant ELLIOTT COMPANY a/k/a ELLIOTT TURBOMACHINERY CO., INC.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

California Central Civil Action No. 10-1471
Michael Eugene Morgan v. Air & Liquid Systems Corp.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

06/15/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Elizabeth L Huynh, Esq.
Walsworth, Franklin, Bevins & McCall
1 City Boulevard West, 5th Floor
Orange, CA 92868

Telephone No.: 714-634-2522       Fax No.: 714-634-0686

Email Address: elhuynh@wfbm.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUN 17 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) June 8, 2010**
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-336)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant ELLIOTT COMPANY a/k/a ELLIOTT TURBOMACHINERY CO., INC.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

California Central Civil Action No. 10-1398
Ronald Alvin Geist v. Air & Liquid Systems Corp.

***********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

06/15/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Elizabeth L Huynh, Esq.
Walsworth, Franklin, Bevins & McCall
1 City Boulevard West, 5th Floor
Orange, CA 92868

Telephone No.: 714-634-2522     Fax No.: 714-634-0686

Email Address: elhuynh@wfbm.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUN 17 2010

FILED
CLERK'S OFFICE

TO:   United States Judicial Panel
      on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Bldg.
      One Columbus Circle, N.E., Room G-255
      Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  June 8, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE  (CTO-336)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant ELLIOTT COMPANY a/k/a ELLIOTT
TURBOMACHINERY CO., INC.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

California Central Civil Action No. 10-2403
Nola Salamante, et al. v. Garlock Sealing Technologies, LLP, et al

****************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

06/15/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Elizabeth L Huynh, Esq.
Walsworth, Franklin, Bevins & McCall
1 City Boulevard West, 5th Floor
Orange, CA 92868
Telephone No.:  714-634-2522         Fax No.:   713-634-0686

Email Address: elhuynh@wfbm.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUN 17 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) June 8, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-336)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant BRYAN STEAM LLC

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

California Central Civil Action No. 10-1081
Michael Langlois, et al v. A.W. Chesterton Co., Inc.et al

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

06/15/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Elizabeth L Huynh, Esq.
Walsworth, Franklin, Bevins & McCall
1 City Boulevard West, 5th Floor
Orange, CA 92868

Telephone No.: 714-634-2522       Fax No.: 714-634-0686

Email Address: elhuynh@wfbm.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18