UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 22, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| CAROL TRUITT, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED TECHNOLOGIES CORPORATION,<br><br>         Defendant. | N.D. CAL. - C.A. NO.: 10-cv-1573-JSW |

## DEFENDANT UNITED TECHNOLOGIES CORPORATION'S
## MOTION TO STAY CTO-336

### Introduction

Defendant United Technologies Corporation ("UTC") requests a stay of Conditional Transfer Order No. 336. While UTC does not oppose the ultimate transfer of this action to the Eastern District of Pennsylvania for consolidated pretrial proceedings in MDL-875, UTC requests that CTO-336 be stayed pending the transferor court's ruling on UTC's motion to dismiss plaintiffs' complaint.

### Facts

On April 13, 2010, plaintiffs Carole Truitt, Trenton Truitt, Kristina Wandzilak, Ashley Hellyer, Kathryn Truitt, and Frank Marino, as the personal representative of the Estate of James Truitt, filed this wrongful death action against UTC. Plaintiffs claim that decedent James Truitt died of an asbestos-related disease as a result of exposure to asbestos from a UTC product.

Prior to filing this federal court action, on September 15, 2009, the plaintiffs filed a wrongful death case in the Superior Court of California for the County of San Francisco. Plaintiffs' state court action also arose out of decedent James Truitt's alleged exposure to asbestos-containing products.

On May 17, 2010, UTC filed a motion to dismiss and strike portions of plaintiffs'

complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f) for failure to state a claim upon which relief can be granted. UTC also moved to dismiss the complaint on the ground that plaintiffs are pursuing identical claims in state and federal court, which will result in duplicative litigation and duplicative efforts by two different courts, deciding identical issues. Therefore, dismissal of the federal court action is warranted under *Colorado River Water Conservation Dist. v. U.S.*, 424 U.S. 800 (1976), purposes of promoting judicial administration, conservation of judicial resources, and comprehensive disposition of litigation.

On June 1, 2010, plaintiffs filed an opposition to the motion, and on June 7, 2010, UTC filed its reply. The hearing on UTC's motion to dismiss is set for **July 9, 2010**, in the United States District Court for the Northern District of California.

### Argument

UTC's motion to dismiss is fully briefed by all interested parties and is ready to be argued on July 9, 2010. While UTC does not oppose transfer of plaintiffs' claims to the Eastern District of Pennsylvania for coordinated pretrial proceedings in the asbestos MDL, it requests that transfer be stayed long enough for the transferor court to rule on the motion to dismiss. Plaintiffs' complaint not only fails to allege facts sufficient to state a cause of action against UTC, it is duplicative of its state court counterpart and should be dismissed as early as possible to avoid burdening an already overburdened asbestos docket in two separate courts with duplicative litigation. Presumably, the transferor court has reviewed the briefs and begun to analyze the issues. Transferring this case prior to the July 9, 2010 hearing date would effectively vacate the motion and force the parties to re-file the briefs in the Eastern District of Pennsylvania. UTC believes that staying the conditional transfer order long enough for the transferor court to rule on the motion would be the most efficient use of court resources.

UTC is aware of the lag time between the issuance of a conditional transfer order, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent transfer order. However, in the event the transferor court does not issue a ruling on UTC's motion to dismiss prior to Panel hearing session, UTC respectfully requests that the Panel

2
UNITED TECHNOLOGIES CORPORATION'S
MOTION TO STAY CTO-336
LaImanage\074908.000629\665977.1-JKS

stay CTO-336 as to this case. UTC believes that a stay of the CTO under these circumstances will avoid duplication of effort by the courts and the parties.

### Conclusion

For the foregoing reasons, UTC respectfully requests a stay of CTO-336 only until such time as the transferor court has ruled on UTC's motion to dismiss.

DATED: June 21, 2010

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Attorneys for Defendant
**UNITED TECHNOLOGIES CORPORATION**

Case MDL No. 875   Document 6217   Filed 06/22/10   Page

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 22, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| CAROL TRUITT, et al., <br> Plaintiffs, <br> v. <br> UNITED TECHNOLOGIES CORPORATION, <br> Defendant. | N.D. CAL. - C.A. NO.: 10-cv-1573-JSW |

## CERTIFICATE OF SERVICE

I, Christi Tormey, declare that I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071.

On June 21, 2010, I served a copy of **DEFENDANT UNITED TECHNOLOGIES CORPORATION'S MOTION TO STAY CTO-336** on all parties contained in the attached Panel Service List (excerpted from CTO-336) via first class mail:

Executed on June 21, 2010, at Los Angeles, California.

*/s/ Christi Tormey*
Christi Tormey

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)            MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-336)

Carole Truitt, et al. v. United Technologies Corp., N.D. California, C.A. No. 3:10-1573
(Judge Jeffrey S. White)

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ
ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

**MDL No. 875 - Panel Service List (Excerpted from-CTO-336) (Continued)**

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
lillian.ma@tuckerellis.com

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
wmahoney@smsm.com

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
rcmalaby@mblaw.net

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
jmcshea@mcshea-tecce.com

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
pmcweeny@schiffhardin.com

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
tpacker@gordonrees.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
jrice@motleyrice.com

John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
john.son@tuckerellis.com

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
mthornton@tenlaw.com

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
wwatkins@fpwk.com