UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 23, 2010**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION


## HEARING SESSION ORDER


The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on July 29, 2010, the Panel will convene a hearing session in Boise, Idaho, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c).  *Id.*  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument.  *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.


PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

Robert L. Miller, Jr.          Kathryn H. Vratil
David R. Hansen               W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.          Barbara S. Jones

SCHEDULE OF MATTERS FOR HEARING SESSION
July 29, 2010 -- Boise, Idaho


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL No. 2172 -- **IN RE: TOYOTA MOTOR CORP. ANTI-LOCK BRAKE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Jessica M. Kramer, Michael Choi, and Alexsandra Del Real for centralization of the following actions in the United States District Court for the Central District of California:

Middle District of Alabama

Johnny E. Griffin v. Toyota Motor Corp., et al., C.A. No. 1:10-114

Central District of California

Lisa Creighton, et al. v. Toyota Motor Corp., et al., C.A. No. 2:10-946
Jessica M. Kramer v. Toyota Motor Corp., et al., C.A. No. 2:10-1154
Michael Choi v. Toyota Motor Sales, USA, Inc., et al., C.A. No. 8:10-154
Alexsandra Del Real v. Toyota Motor Sales, USA, Inc., et al., C.A. No. 8:10-173

Eastern District of Kentucky

Christine Stadler v. Toyota Motor North America, Inc., et al., C.A. No. 2:10-30

District of Maryland

Bridgette Scott v. Toyota Motor North America, Inc., et al., C.A. No. 8:10-450

Northern District of Texas

Michael Scholten v. Toyota Motor Corp., et al., C.A. No. 3:10-295

**MDL No. 2173 -- IN RE: TRANSITIONS LENSES ANTITRUST LITIGATION**

Motion of plaintiff See-Mor Optical of Hewlett, Inc., for centralization of certain of the following actions in the United States District Court for the Southern District of Florida and motion of plaintiff Railway Optical, Inc., etc., for centralization of the following actions in the United States District Court for the Middle District of Florida:

Central District of California

Amanda Gable v. Transitions Optical, Inc., C.A. No. 8:10-487

Middle District of Florida

B & B Eyes, Inc. v. Transitions Optical, Inc., et al., C.A. No. 8:10-984
Railway Optical, Inc., etc. v. Transitions Optical, Inc., et al., C.A. No. 8:10-1004
First Image Optical v. Transitions Optical, Inc., et al., C.A. No. 8:10-1032

Southern District of Florida

See-Mor Optical of Hewlett, Inc. v. Transitions Optical, Inc., et al., C.A. No. 1:10-21289

Western District of Washington

Nouveau Vision, Inc. v. Transitions Optical, Inc., et al., C.A. No. 2:10-547
Arthur L. Cartier Optics v. Transitions Optical, Inc., et al., C.A. No. 2:10-694

Eastern District of Wisconsin

Axhi Sabani v. Transitions Optical, Inc., C.A. No. 2:10-332

**MDL No. 2174 -- IN RE: JP MORGAN CHASE & CO. FAIR LABOR STANDARDS ACT
         (FLSA) LITIGATION**

Motion of plaintiff Gayla Pickle for centralization of the following actions in the United States District Court for the Southern District of New York:

Southern District of New York

Gayla Pickle v. J.P. Morgan Chase & Co., C.A. No. 1:10-2791

Schedule of Matters for Hearing Session, Section A                    p. 3
Boise, Idaho


MDL No. 2174 (Continued)


       <u>Western District of New York</u>

Michael J. Davis, et al. v. J.P. Morgan Chase & Co., et al., C.A. No. 6:01-6492

       <u>Southern District of Texas</u>

Elizabeth Anne Ebert v. J.P. Morgan Chase & Co., C.A. No. 4:10-894


**MDL No. 2175 -- IN RE: UPS SUPPLY CHAIN SOLUTIONS, INC., FAIR LABOR STANDARDS ACT (FLSA) LITIGATION**

Motion of defendant UPS Supply Chain Solutions, Inc., for centralization of the following actions in the United States District Court for the Southern District of Florida:

       <u>Southern District of Florida</u>

Ernesto Carrera, et al. v. UPS Supply Chain Solutions, Inc., C.A. No. 0:10-60263

       <u>District of Oregon</u>

Ray Dunakin, et al. v. UPS Supply Chain Solutions, Inc., et al., C.A. No. 3:10-381


**MDL No. 2176 -- IN RE: STRUCTURED TRUST ADVANTAGED REPACKAGED SECURITIES (STARS) TRANSACTIONS LITIGATION**

Motion of defendant United States of America for centralization of the following actions in the United States District Court for the District of Massachusetts:

       <u>District of Massachusetts</u>

Sovereign Bancorp, Inc. v. United States of America, C.A. No. 1:09-11043

       <u>District of Minnesota</u>

Wells Fargo & Co. v. United States of America, C.A. No. 0:09-2764

Schedule of Matters for Hearing Session, Section A                    p. 4
Boise, Idaho


**MDL No. 2177 -- IN RE: DIVERSIFIED LENDING GROUP, INC., SECURITIES
          LITIGATION**

    Motion of defendant Jackson National Life Insurance Company for centralization of the
following actions in the United States District Court for the Central District of California:

        <u>Central District of California</u>

    Martin L. Markowitz, et al. v. Diversified Lending Group, Inc., et al., C.A. No. 2:09-483
    Steven B. Soltman, et al. v. Jackson National Life Insurance Co., et al.,
      C.A. No. 2:10-612
    David A. Gill, etc. v. Bruce F. Friedman, et al., C.A. No. 2:10-1554

        <u>Middle District of Florida</u>

    Kenneth Mirfield, etc. v. Jackson National Life Insurance Co., et al., C.A. No. 6:09-1905

        <u>Western District of Michigan</u>

    Kraig S. Ivie v. Diversified Lending Group, Inc., et al., C.A. No. 1:09-751


**MDL No. 2178 -- IN RE: H&R BLOCK, INC., WAGE AND HOUR EMPLOYMENT
          PRACTICES LITIGATION**

    Motion of defendants H&R Block, Inc.; H&R Block Group, Inc.; H&R Block Tax
Services, Inc.; H&R Block Enterprises LLC; H&R Block Enterprises, Inc.; and H&R Block
Eastern Enterprises, Inc., for centralization of the following actions in the United States District
Court for the Western District of Missouri:

        <u>Southern District of California</u>

    Lance Hom, et al. v. H&R Block, Inc., et al., C.A. No. 3:10-476

        <u>Western District of Missouri</u>

    Barbara Petroski, et al. v. H&R Block, Inc., et al., C.A. No. 4:10-75

MDL No. 2179 -- **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Motion, as amended, of plaintiffs Brent J. Rodrigue, Sr., et al., for centralization of certain of the following actions in the United States District Court for the Eastern District of Louisiana; motion of plaintiff Nova Affiliated, S.A., for centralization of certain of the following actions in the United States District Court for the Southern District of Texas; and motion of defendant BP Exploration & Production Inc. for centralization of certain of the following actions in the United States District Court for the Southern District of Texas:

Northern District of Alabama

Ben Chenault, etc. v. Transocean, Ltd., et al., C.A. No. 2:10-1139

Southern District of Alabama

James F. Mason, Jr., etc. v. Transocean, Ltd., et al., C.A. No. 1:10-191
Peter Burke v. BP Corp. of North of America, Inc., et al., C.A. No. 1:10-195
Shannon Trahan v. BP, PLC, et al., C.A. No. 1:10-198
Jud Smith, et al. v. BP, PLC, et al., C.A. No. 1:10-200
Billy Wilkerson, et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-201
Fishtrap Charters, LLC, et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-202
Fort Morgan Sales, Rentals & Development, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-203
Bon Secour Fisheries, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-206
George C. Simpson v. Transocean, Ltd., et al., C.A. No. 1:10-210
Gulf Shores West Beach Investments, LLC v. Transocean Holdings, Inc., et al., C.A. No. 1:10-213
Billy's Seafood, Inc. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-215
David Meyer, et al. v. BP America, et al., C.A. No. 1:10-216
Orange Beach Marina, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-217
Robert V. Pendarvis, et al. v. BP, PLC, et al., C.A. No. 1:10-218
Fran Hopkins, et al. v. Transocean, Ltd., et al., C.A. No. 1:10-221
Steven Lavigne, et al. v. British Petroleum, PLC, et al., C.A. No. 1:10-222
Original Oyster House, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-223

Blue Water Yacht Sales & Services, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-224
Marine Horizons, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-227
George Jett v. BP, PLC, et al., C.A. No. 1:10-228

Schedule of Matters for Hearing Session, Section A                    p. 6
Boise, Idaho


MDL No. 2179 (Continued)


       Southern District of Alabama (Continued)

Captain Edward Lockridge v. BP, PLC, et al., C.A. No. 1:10-233
Terry Drawdy v. Transocean, Ltd., et al., C.A. No. 1:10-235
Sea Eagle Fisheries, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-238

       Northern District of Florida

John T. Harris v. Transocean, Ltd., et al., C.A. No. 3:10-129
Ocean Reef Realty, Inc. v. Transocean Holdings, Inc., et al., C.A. No. 3:10-132
Michael Salley v. Transocean Holdings, Inc., et al., C.A. No. 3:10-133
Nicholas Harris, et al. v. Transocean, Ltd., et al., C.A. No. 3:10-134
Charles Douglass, et al. v. Transocean Holdings, Inc., et al., C.A. No. 3:10-136
Joe Patti Seafood Co., et al. v. Transocean, Ltd., et al., C.A. No. 3:10-137
Dewey Destin, et al. v. BP, PLC, et al., C.A. No. 3:10-141
Stacey P. Walsh v. British Petroleum, PLC, et al., C.A. No. 3:10-143
George Weems Ward, et al. v. BP, PLC, et al., C.A. No. 4:10-157
Water Street Seafood, Inc., et al. v. BP Products North America Inc., et al.,
     C.A. No. 4:10-162

       Eastern District of Louisiana

Shane Roshto, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1156
Michelle Jones, etc. v. Transocean, Ltd., et al., C.A. No. 2:10-1196
Troy Wetzel, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1222
Acy J. Cooper, Jr., et al. v. BP, PLC, et al., C.A. No. 2:10-1229
Michael Williams v. Transocean, Ltd, et al., C.A. No. 2:10-1243
Darleen Jacobs Levy v. Transocean, Ltd., et al., C.A. No. 2:10-1245
James J. Friloux, et al. v. BP, PLC, et al., C.A. No. 2:10-1246
Ben Robin, et al. v. BP, PLC, et al., C.A. No. 2:10-1248
Michael Ivic, et al. v. BP, PLC, et al., C.A. No. 2:10-1249
Felix Alexie, Jr. v. BP, PLC, et al., C.A. No. 2:10-1250
Ray Vath, et al. v. BP, PLC, et al., C.A. No. 2:10-1273
Charles Robin, III, et al. v. BP, PLC, et al., C.A. No. 2:10-1295
Bill's Oyster House, LLC, et al. v. BP, PLC, et al., C.A. No. 2:10-1308

Schedule of Matters for Hearing Session, Section A                                    p. 7
Boise, Idaho


MDL No. 2179 (Continued)

      Eastern District of Louisiana (Continued)

    Nova Affiliated, S.A. v. BP, PLC, et al., C.A. No. 2:10-1313
    Robin Seafood Co., Inc., et al. v. BP, PLC, et al., C.A. No. 2:10-1314
    Bryan C. Carrone, et al. v. BP Products North America, Inc., et al., C.A. No. 2:10-1315
    George Barisich, et al. v. BP, PLC, et al., C.A. No. 2:10-1316
    Eugene B. Dugas, et al. v. BP, PLC, et al., C.A. No. 2:10-1322
    George Barisich, et al. v. BP, PLC, et al., C.A. No. 2:10-1324
    Brent J. Rodrigue, Sr., et al. v. BP, PLC, et al., C.A. No. 2:10-1325
    T&D Fishery, LLC, et al. v. BP, PLC, et al., C.A. No. 2:10-1332
    Fish Commander, LLC v. BP, PLC, et al., C.A. No. 2:10-1339
    Cajun Offshore Charters, LLC v. BP, PLC, et al., C.A. No. 2:10-1341
    Gulf Crown Seafood, Inc. v. BP, PLC, et al., C.A. No. 2:10-1344
    Joseph Kunstler, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1345
    Isadore Crepple v. BP, PLC, et al., C.A. No. 2:10-1346
    Eric Dumas, etc. v. BP, PLC, et al., C.A. No. 2:10-1348
    William D. Gregoire, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1351
    Robroy J. Terrebonne v. BP, PLC, et al., C.A. No. 2:10-1352
    Curtis Silver, et al. v. BP, PLC, et al., C.A. No. 2:10-1387
    Tom Garner v. BP, PLC, et al., C.A. No. 2:10-1482

      Western District of Louisiana

    Matthews Gaskins, Jr. v. BP, PLC, et al., C.A. No. 2:10-738
    Ellis Schouest, III, et al. v. BP Products North America, Inc., et al., C.A. No. 6:10-727

      Southern District of Mississippi

    Paul Hopper, et al. v. Cameron International Corp., et al., C.A. No. 1:10-173
    Cajun Maid, LLC, et al. v. BP, PLC, et al., C.A. No. 1:10-176
    Hiep Trieu, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 1:10-177
    Michael D. Sevel, et al. v. BP, PLC, et al., C.A. No. 1:10-179
    Jessica Staley v. Cameron International Corp., et al., C.A. No. 1:10-181
    Ronnie Daniels v. Cameron International Corp., et al., C.A. No. 1:10-182
    Stacey Van Duyn, et al. v. Cameron International Corp., et al., C.A. No. 1:10-183
    Aleen Grieshaber, et al., v. BP Products North America, Inc., et al., C.A. No. 1:10-185

Schedule of Matters for Hearing Session, Section A                    p. 8
Boise, Idaho


MDL No. 2179 (Continued)


　　　　　Southern District of Texas

　　　Ben Nelson, et al. v. Transocean, Ltd., et al., C.A. No. 3:10-172
　　　National Vietnamese American Fisherman Emergency Association, et al. v. BP, PLC,
　　　　et al., C.A. No. 4:10-1607


MDL No. 2180 -- **IN RE: GROUPWARE INTERNATIONAL INC. WAGE AND HOUR
EMPLOYMENT PRACTICES LITIGATION**

　　　Motion of defendants Groupware International Inc. and Ronald Dean, Jr., for
centralization of the following actions in the United States District Court for the Middle District
of Florida:

　　　　　Middle District of Florida

　　　Jerry Joiner, et al. v. Groupware International Inc., C.A. No. 8:09-1943

　　　　　Southern District of Florida

　　　Yuri Reyes, et al. v. Groupware International Inc., et al., C.A. No. 1:10-21247

MDL No. 2181 -- **IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS ('858) PATENT LITIGATION**

Motion of GreenShift Corp. and GS CleanTech Corp. for centralization of the following actions in the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Indiana, or the United States District Court for the District of Minnesota:

        <u>Northern District of Illinois</u>

GS CleanTech Corp. v. Big River Resources Galva, LLC, et al., C.A. No. 1:10-990
GS CleanTech Corp. v. Center Ethanol, LLC, et al., C.A. No. 1:10-2727

        <u>Northern District of Indiana</u>

GS CleanTech Corp. v. Iroquois Bio-Energy Co. LLC, C.A. No. 4:10-38

        <u>Southern District of Indiana</u>

GS CleanTech Corp. v. Cardinal Ethanol, LLC, C.A. No. 1:10-180

        <u>Northern District of Iowa</u>

GS CleanTech Corp. v. Amaizing Energy Atlantic, LLC, et al., C.A. No. 5:10-4036

        <u>District of Kansas</u>

ICM, Inc. v. GS CleanTech Corp., et al., C.A. No. 6:09-1315

        <u>District of Minnesota</u>

GS CleanTech Corp. v. Bushmills Ethanol, Inc., et al., C.A. No. 0:10-1944

        <u>Southern District of New York</u>

GEA Westfalia Separator, Inc., et al. v. GreenShift Corp., C.A. No. 1:09-7686
GS CleanTech Corp. v. GEA Westfalia Separator, Inc., et al., C.A. No. 1:09-8642

Schedule of Matters for Hearing Session, Section A                    p. 10
Boise, Idaho

MDL No. 2181 (Continued)

      <u>District of North Dakota</u>

GS CleanTech Corp. v. Blue Flint Ethanol LLC, C.A. No. 1:10-37

      <u>Western District of Wisconsin</u>

GS CleanTech Corp. v. United Wisconsin Grain Producers, LLC, C.A. No. 3:10-236

MDL No. 2182 -- **IN RE: AMERICREDIT DEFICIENCY BALANCE COLLECTION LITIGATION**

Motion of plaintiff Ronald Wright for centralization of the following actions in the United States District Court for the Southern District of California:

      <u>Northern District of California</u>

Brandi N. Bankston v. Americredit Financial Services, Inc., C.A. No. 4:09-4892
Juan A. Cardenas, et al. v. Americredit Financial Services, Inc., C.A. No. 4:09-4978

      <u>Southern District of California</u>

Robert Smith v. Americredit Financial Services, Inc., C.A. No. 3:09-1076
Ronald Wright v. Americredit Financial Services, Inc., C.A. No. 3:10-922

MDL No. 2183 -- **IN RE: BRICAN AMERICA LLC EQUIPMENT LEASE LITIGATION**

Motion of plaintiffs Steven Wigdor O.D., PA, et al., for centralization of the following actions in the United States District Court for the Southern District of Florida:

      <u>Central District of California</u>

Vijay Patel v. NCMIC Finance Corp., et al., C.A. No. 8:10-453

Schedule of Matters for Hearing Session, Section A                    p. 11
Boise, Idaho


MDL No. 2183 (Continued)


       <u>Southern District of Florida</u>

Peter M. Blauzvern DDS PC, et al. v. Brican America, Inc., et al., C.A. No. 1:10-20782
Steven Wigdor O.D., PA, et al. v. NCMIC Finance Corp., et al., C.A. No. 1:10-21608

       <u>District of New Jersey</u>

Dr. Frank Derienzo v. Brican America, LLC, et al., C.A. No. 2:10-1173


MDL No. 2184 -- **IN RE: GOOGLE INC. INTERCEPTION OF ELECTRONIC
COMMUNICATIONS LITIGATION**

Motion of plaintiffs Patrick Keyes, et al., for centralization of the following actions in the
United States District Court for the District of District of Columbia:

       <u>Northern District of California</u>

Matthew Berlage, et al. v. Google, Inc., C.A. No. 5:10-2187
B. Stokes v. Google, Inc., C.A. No. 5:10-2306

       <u>District of District of Columbia</u>

Jeffrey Colman v. Google, Inc., C.A. No. 1:10-877
Patrick Keyes, et al. v. Google, Inc., C.A. No. 1:10-896

       <u>Southern District of Illinois</u>

John E. Redstone, et al. v. Google, Inc., C.A. No. 3:10-400

       <u>District of Massachusetts</u>

Galaxy Internet Services, Inc. v. Google, Inc., C.A. No. 1:10-10871

Schedule of Matters for Hearing Session, Section A                    p. 12
Boise, Idaho


MDL No. 2184 (Continued)



<u>District of Oregon</u>

Vicki Van Valin, et al. v. Google, Inc., C.A. No. 3:10-557

   <u>Eastern District of Pennsylvania</u>

Stephanie Carter, et al. v. Google, Inc., C.A. No. 2:10-2649


MDL No. 2185 -- **IN RE: BP P.L.C. SECURITIES LITIGATION**

   Motion of plaintiff Robert Ludlow for centralization of the following actions in the
United States District Court for the Western District of Louisiana:

   <u>Central District of California</u>

Thomas Yuen, et al. v. BP p.l.c., et al., C.A. No. 2:10-4164

   <u>Western District of Louisiana</u>

Robert Ludlow v. BP, PLC, et al., C.A. No. 6:10-818
Johnson Investment Counsel, Inc. v. BP, PLC, et al., C.A. No. 6:10-903

# SECTION B
# MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

**MDL No. 875 -- IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Kris M. Childers, etc.; Sylvia J. Edem, et al.; Homer Moore; and Calvin Stevens, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Alabama

Kris M. Childers, etc. v. Long-Lewis, Inc., et al., C.A. No. 2:10-944

Central District of California

Sylvia J. Edem, et al. v. The C.P. Hall Co., et al., C.A. No. 2:10-1784

Northern District of California

Homer Moore v. Asbestos Defendants, et al., C.A. No. 3:10-1638

Eastern District of Louisiana

Calvin Stevens, et al. v. Cooper/T. Smith Stevedoring Co., Inc., et al., C.A. No. 2:10-968

**MDL No. 1635 -- IN RE: DOLLAR GENERAL CORP. FAIR LABOR STANDARDS ACT LITIGATION**

Motion of plaintiffs to transfer over 700 actions to the United States District Court for the Northern District of Alabama (these actions are listed in MDL No. 1635 pleading number 30 exhibits A, B, and C).

**MDL No. 1905 -- IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION**

Opposition of plaintiff Donald K. Alexander to transfer of the following action to the
United States District Court for the District of Minnesota:

Western District of Missouri

Donald K. Alexander v. Boone Hospital Center, et al., C.A. No. 2:10-4081

**MDL No. 1916 -- IN RE: CHIQUITA BRANDS INTERNATIONAL, INC., ALIEN TORT
STATUTE AND SHAREHOLDERS DERIVATIVE LITIGATION**

Opposition of plaintiffs Keith Stansell, et al., to transfer of the following action to the
United States District Court for the Southern District of Florida:

Middle District of Florida

Keith Stansell, et al. v. Chiquita Brands International, Inc., C.A. No. 8:10-786

**MDL No. 1932 -- IN RE: FAMILY DOLLAR STORES, INC., WAGE AND HOUR
EMPLOYMENT PRACTICES LITIGATION**

Opposition of defendants Family Dollar Stores, Inc.; Family Dollar, Inc.; and Family
Dollar Stores of New York, Inc., to remand, under 28 U.S.C. § 1407(a), of the following actions
to their respective transferor courts:

Western District of North Carolina

Anthony Rancharan v. Family Dollar Stores, Inc., C.A. No. 3:09-1943 (E.D. New York,
C.A. No. 2:09-1911)
Tanya Youngblood, et al. v. Family Dollar Stores, Inc., et al., C.A. No. 3:09-1941
(S.D. New York, C.A. No. 1:09-3176)

Schedule of Matters for Hearing Session, Section B                    p. 15
Boise, Idaho


MDL No. 1932 (Continued)


Motion of defendant Family Dollar, Inc., to transfer the following action to the United States District Court for the Western District of North Carolina:

Western District of Kentucky

Donna Barker, et al. v. Family Dollar, Inc., C.A. No. 3:10-170


MDL No. 2005 -- **IN RE: AIR CRASH AT TEGUCIGALPA, HONDURAS, ON MAY 30, 2008**

Opposition of defendant TACA International Airlines, S.A., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Central District of California:

Southern District of Florida

Rubenia Bonilla-Maldonado, et al. v. TACA International Airlines, S.A., et al., C.A. No. 1:09-20401 (C.D. California, C.A. No. 2:08-4216)


MDL-2017 -- **IN RE: LEHMAN BROTHERS HOLDINGS, INC., SECURITIES & EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Opposition of plaintiffs Retirement Housing Foundation, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Central District of California

Retirement Housing Foundation, et al. v. Richard S. Fuld, et al., C.A. No. 2:10-2746

MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

Oppositions of plaintiffs Ramona Trombley, et al., and Michael L. Blankenship and defendants Bank of the West; National City Bank; Comerica, Inc.; and Associated Banc-Corp. to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

Central District of California

Betty Orallo v. Bank of the West, C.A. No. 2:10-2469

District of District of Columbia

Ramona Trombley, et al. v. National City Bank, C.A. No. 1:10-232

District of Rhode Island

Michael L. Blankenship v. RBS Citizens, N.A., et al., C.A. No. 1:10-163

Northern District of Texas

Delphia Simmons v. Comerica, Inc., C.A. No. 3:10-326

Western District of Wisconsin

Pamela Harris v. Associated Banc-Corp., C.A. No. 3:10-182

MDL No. 2047 -- **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Mid-Continent Casualty Company to transfer of the following actions to the United States District Court for the Eastern District of Louisiana:

Middle District of Florida

Mid-Continent Casualty Co. v. Robert C. Pate, et al., C.A. No. 2:10-121

Schedule of Matters for Hearing Session, Section B                     p. 17
Boise, Idaho


MDL No. 2047 (Continued)


      <u>Southern District of Florida</u>

    Mid-Continent Casualty Co. v. Centerline Homes Construction, Inc., et al.,
      C.A. No. 0:10-60484
    Mid-Continent Casualty Co. v. Design Drywall of South Florida, LLC, et al.,
      C.A. No. 1:10-20861
    Mid-Continent Casualty Co. v. Precision Drywall, Inc., et al., C.A. No. 9:10-80457


    Motions of defendants Albanese-Popkin The Oaks Development Group, L.P.; Alan
Goddard; and Annette Goddard to transfer the following action to the United States District
Court for the Eastern District of Louisiana:

      <u>Southern District of Florida</u>

    Amerisure Insurance Co., et al. v. Albanese Popkin The Oaks Development Group, LP,
      et al., C.A. No. 9:09-81213


MDL No. 2056 -- **IN RE: ENTERPRISE RENT-A-CAR WAGE & HOUR
               EMPLOYMENT PRACTICES LITIGATION**

    Opposition of plaintiff Hilary Noland to transfer of the following action to the United
States District Court for the Western District of Pennsylvania:

      <u>District of Kansas</u>

    Hilary Noland v. Enterprise Holdings, Inc., et al., C.A. No. 2:10-2140

## MDL No. 2088 -- **IN RE: FAIRFIELD GREENWICH GROUP SECURITIES LITIGATION**

Opposition of plaintiffs Carlos Carrillo and Ricardo Almiron to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Southern District of Florida

Carlos Carrillo v. Standard Chartered Bank International (Americas) Ltd., et al.,
   C.A. No. 1:10-20762
Ricardo Almiron v. Standard Chartered Bank International (Americas) Ltd., et al.,
   C.A. No. 1:10-20763

## MDL No. 2100 -- **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Sharon Henley and Tonji L. Cooke-Bates, etc., to transfer of their respective following actions to the United States District Court for the Southern District of Illinois:

### Northern District of California

Sharon Henley v. Bayer Corp., et al., C.A. No. 3:10-1366

### Eastern District of Virginia

Tonji L. Cooke-Bates, etc. v. Bayer Corp., et al., C.A. No. 3:10-261

Motion of defendants Barr Laboratories, Inc., and Bayer Healthcare Pharmaceuticals, LLC, to transfer the remaining claims in the following action to the United States District Court for the Southern District of Illinois:

### Northern District of Ohio

Christopher Plevniak, et al. v. Barr Laboratories, Inc., et al., C.A. No. 4:09-2824

MDL No. 2119 -- **IN RE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
          (MERS) LITIGATION**

Opposition of defendant Mortgage Electronic Registration Systems, Inc., to transfer of certain claims in the following action to the United States District Court for the District of Arizona:

District:

Eastern District of Kentucky

Aurora Loan Services, LLC v. Mark B. Moody, et al., C.A. No. 5:10-122

MDL No. 2122 -- **IN RE: NATIONAL ARBITRATION FORUM TRADE PRACTICES
          LITIGATION**

Opposition of plaintiff Alfred T. Giuliano, etc., to transfer of the following action to the United States District Court for the District of Minnesota:

District of Delaware

Alfred T. Giuliano, etc. v. MB Solutions Second Acquisition Corp., et al.,
   Bky. Advy. No. 1:10-50861

MDL No. 2145 -- **IN RE: MEDICAL CAPITAL SECURITIES LITIGATION**

Opposition of plaintiffs Katrina A. Zinner, et al., to transfer of the following action to the United States District Court for the Central District of California:

District of Nebraska

Katrina A. Zinner, et al. v. Securities America, Inc., et al., C.A. No. 8:10-3051

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman.  The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.1.2 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
    (i)   the dispositive issue(s) have been authoritatively decided; or
    (ii)   the facts and legal arguments are adequately presented in the briefs and record,
      and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.1.2 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.