# TUCKER ELLIS & WEST LLP
### ATTORNEYS AT LAW

515 South Flower Street  Forty-Second Floor  Los Angeles, California  90071-2223
phone 213.430.3400  facsimile 213.430.3409  tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2010

FILED
CLERK'S OFFICE

Direct Dial: 213.430.3310
Email: john.son@tuckerellis.com

PLEADING NO. 6223

June 28, 2010

**VIA FACSIMILE**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004
**Fax: (202) 502-2888**

    Re:    MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)
             *Carol Truitt v. United Technologies Corporation*
             N.D. Cal. – C.A. No.: 10-cv-1573-JSW

Dear Clerk of the Panel:

    Please be advised that the transferor court in the above-referenced matter has vacated the hearing on defendant United Technologies Corporation's ("UTC's") motion to dismiss and/or strike plaintiffs' complaint, previously set for hearing on July 9, 2010. Enclosed for your reference is a copy of the court's order.

    As the enclosed order vitiates the basis for UTC's motion to stay CTO-336 pending the court's ruling on its motion to dismiss, UTC hereby withdraws said motion to stay and expresses no opposition to the transfer of this matter to MDL-875.

Respectfully submitted,

TUCKER ELLIS & WEST LLP

John K. Son

Enclosure

cc: All Counsel

L:\lmanage\074908.000629\666565.1-JKS

**OFFICIAL FILE COPY**

IMAGED JUN 30 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2010

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLE TRUITT, et al.,

    Plaintiffs,

v.

UNITED TECHNOLOGIES CORPORATION,

    Defendant.

No. C 10-01573 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS AND/OR TO STRIKE**

This matter is set for a hearing on July 9, 2010 on Defendant's motion to dismiss and/or to strike Plaintiffs' complaint. However, the Court has received a notice from the Judicial Panel on Multidistrict Litigation indicating that its conditional transfer order of this matter has been opposed and is currently under consideration.

Accordingly, the Court HEREBY VACATES the hearing on Defendant's motion to dismiss and/or to strike Plaintiffs' complaint set for July 9, 2010 at 9:00 a.m. The parties shall inform the Court no later than five court dates from the date the Judicial Panel makes its determination.

**IT IS SO ORDERED.**

Dated: June 24, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE