UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 30, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Carole Truitt, et al. v. United Technologies Corp.,  )
        N.D. California, C.A. No. 3:10-1573       )    MDL No. 875

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Truitt*) on May 25, 2010. Prior to expiration of that order's 14-day stay of transmittal, defendant in *Truitt* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Defendant subsequently withdrew its opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-336" filed on May 25, 2010, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel