UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 07, 2010**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Homer Moore v. Asbestos Defendants, et al.,     )
        N.D. California, C.A. No. 3:10-1638     )      MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JULY 29, 2010, HEARING SESSION**

    A conditional transfer order ("CTO-335") was filed in these actions (*Moore*) on April 29, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiff in *Moore* filed a notice of opposition to the proposed transfer and subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Moore* was remanded to the Superior Court of the State of California, County of San Francisco, by the Honorable Richard Seeborg in an order filed on July 1, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-335" filed on April 29, 2010, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 23, 2010, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel