UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 08, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                          MDL No. 875

## NOTICE OF FILING OF
## CONDITIONAL TRANSFER ORDER (CTO-337)

Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the [Rules of Procedure of the Judicial Panel on Multidistrict Litigation](), 199 F.R.D. 425, 435-36 (2001). The order will be stayed for 14 days unless opposed in accordance with Rule 7.4(c).

Notices of Opposition should be filed by email or facsimile. Refer to Rule 5.1.1 et seq. for filing options and requirements. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Fax transmission of the motion and brief will not be accepted.**

Opposing counsel shall notify the Clerk of the Panel of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before:   July 22, 2010 (12 noon EST)**

If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **by email (as a PDF attachment), at JPMLeFILE@jpml.uscourts.gov;  or by facsimile, at (202) 502-2888,** of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions. A Panel Service List is attached to this notice.

FOR THE PANEL:

*Jeffery Lüthi* (signature)

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                               MDL No. 875

PANEL SERVICE LIST (CTO-337)

Lawrence E. Abbott
COTTEN SCHMIDT &
ABBOTT LLP
650 Poydras Street
Suite 2810
New Orleans, LA 70130
**larry-abbott@abbott-simses.com**

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Susanne Gheseri Arani
CARROLL BURDICK &
MCDONOUGH LLP
44 Montgomery Street
Suite 400
San Francisco, CA 94104
**sarani@cbmlaw.com**

Melissa R. Badgett
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105
**rbadgett@cmjhklaw.com**

Anne Cherry Barnett
MCKENNA LONG &
ALDRIDGE LLP
101 California Street
41st. Floor
San Francisco, CA 94111
**abarnett@mckennalong.com**

Joshua H. Bennett
BENNETT & GUTHRIE PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103
**jbennett@bennett-guthrie.com**

Randall K. Bernard
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105
**rbernard@bhplaw.com**

Ian Connor Bifferato
BIFFERATO LLC
800 North King Street
Plaza Level
Wilmington, DE 19801
**cbifferato@bglawde.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Jesse James Blyth
CRANFILL SUMNER &
HARTZOG LLP
1209 Culbreth Drive
Suite 200
Wilmington, NC 28405
**jblyth@cshlaw.com**

Timothy W. Bouch
LEATH BOUCH &
CRAWFORD
P.O. Box 59
Charleston, SC 29402-0059
**tbouch@leathbouchlaw.com**

Sarah M. Bowman
DEAN & GIBSON PLLC
301 South McDowell Street
Suite 900
Charlotte, NC 28204-2686
**sbowman@deanandgibson.com**

Richard A. Brody
BRENT COON & ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104
**rick.brody@bcoonlaw.com**

Kay M. Brown
DEHAY & ELLISTON
36 South Charles Street
Suite 1300
Baltimore, MD 21201
**kbrown@dehay.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308
**michaelp.cascino@gmail.com**

Cara Ann Ceraso
PULLMAN & COMLEY
850 Main St.
P.O Box 7006
Bridgeport, CT 06601-7006
**cceraso@pullcom.com**

**MDL No. 875 - Panel Service List (CTO-337) (Continued)**

Brian Thomas Clark
KNOTT & GLAZIER
201 Spear Street
Suite 1520
San Francisco, CA 94105
**clark@knottglazier.com**

Thomas C. Clark
LITCHFIELD CAVO
40 Tower Lane Suite 200
Avon, CT 06001
**clark@litchfieldcavo.com**

Keith E. Coltrain
ELMORE & WALL PA
1001 Wade Avenue
Suite 423
Raleigh, NC 27605
**keith.coltrain@elmorewall.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Kenneth R. Costa
PIERCE DAVIS &
PERRITANO LLP
90 Canal Street
Boston, MA 02114
**kcosta@piercedavis.com**

Alexandra B. Cunningham
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
**acunningham@hunton.com**

George J. Dancigers
MCKENRY DANCIGERS
WARNER DAWSON & LAKE
192 Ballard Court
Suite 400
Virginia Beach, VA 23462-6538
**gjdancigers@va-law.org**

Whitney Aaron Davis
CHARTER DAVIS LLP
1730 I Street
Suite 240
Sacramento, CA 95811
**wdavis@charter-davis.com**

Erik C. DiMarco
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
22nd Floor
New York, NY 10017
**Erik.DiMarco@WilsonElser.com**

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Matthew P. Donelson
ELZUFON AUSTIN REARDON
TARLOV & MONDELL PA
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
**mdonelson@elzufon.com**

Michael W. Drumke
HEPLER BROOM LLC
150 North Wacker Drive
Suite 3100
Chicago, IL 60606
**mdrumke@heplerbroom.com**

Douglas V. Dukelow
KELLER FISHBACK
JACKSON LLP
18425 Burbank Blvd.
Suite 610
Tarzana, CA 91356
**ddukelow@kfjlegal.com**

Kathleen B. Ebrahimi
POND NORTH LLP
505 Montgomery Street
13th Floor
San Francisco, CA 94111
**kebrahimi@pondnorth.com**

Daniel S. Elger
GASS WEBER &
MULLINS LLC
309 North Water Street
Milwaukee, WI 53202
**elger@gasswebermullins.com**

Mark R. Feldmann
MENN LAW FIRM
2501 East Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
**mark.feldmann@mennlaw.com**

Charles F. Forer
ECKERT SEAMANS CHERIN
& MELLOTT LLC
Two Libert Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
**cforer@eckertseamans.com**

**MDL No. 875 - Panel Service List (CTO-337) (Continued)**

Lois Ann Frankforter
BERSHTEIN BERSHTEIN &
BERSHTEIN
1188 Dixwell Avenue
Hamden, CT 06514
**lfrankforter@bershteinlawcenter.com**

Katherine Paige Gardiner
SEDGWICK DETERT MORAN &
ARNOLD LLP
One Market Plaza
8th Floor
San Francisco, CA 94105
**katherine.gardiner@sdma.com**

John F. Geida
EMBRY & NEUSNER
118 Poquonnock Road
Groton, CT 06340-1409
**jgeida@embryneusner.com**

David A. Goldman
GOVERNO LAW FIRM LLC
Two International Place
Boston, MA 02110
**dgoldman@governo.com**

Erin L. Golembiewski
MORRISON MAHONEY LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810
**egolembiewski@morrisonmahoney.com**

Julia A. Gowin
HAWKINS PARNELL &
THACKSTON LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
**jgowin@hplegal.com**

William M. Graham
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144
**bgraham@wallacegraham.com**

Jon Haddow
FARRELL ROSENBLATT &
RUSSELL
P.O. Box 738
Bangor, ME 04402
**jah@frrlegal.com**

Joanne Hawkins
SPEZIALI GREENWALD &
HAWKINS
1081 Winslow Road
Williamstown, NJ 08094
**josiehawkins@comcast.net**

Jason Kirk Henderson
DANAHER LAGNESE &
NEAL PC
Capitol Place
21 Oak Street
Suite 700
Hartford, CT 06106
**jhenderson@dtln.com**

Todd S. Holbrook
MORGAN LEWIS &
BOCKIUS LLP
225 Franklin Street
16th Floor
Boston, MA 02110
**tholbrook@morganlewis.com**

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105
**ehugo@bhplaw.com**

Jeremy D. Huie
BASSI MARTINI EDLIN &
BLUM LLP
351 California Street
Suite 200
San Francisco, CA 94104
**jhuie@bmeblaw.com**

Hillary H. Huth
601 Montgomery Street
9th Floor
San Francisco, CA 94111
**hhuth@wfbm.com**

Sarah E. Iiams
152 Hollywood Drive
Metairie, LA 70005
**sarah.iiams@gmail.com**

Stephen R. Jackson
WILCOX & SAVAGE PC
440 Monticello Avenue
Suite 2200
Norfolk, VA 23510
**sjackson@wilsav.com**

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
**kjamison@pondnorth.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

## MDL No. 875 - Panel Service List (CTO-337) (Continued)

Matthew Devins Joss
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220
**joss@taddeosturm.com**

Jennifer Judin
DEHAY & ELLISTON LLP
800 West 6th Strret
Suite 788
Los Angeles, CA 90017
**jjudin@dehay.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Christopher J. Keale
SEDGWICK DETERT MORAN &
ARNOLD LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102
**christopher.keale@sdma.com**

Daniel L. Keller
KELLER FISHBACK
JACKSON LLP
18425 Burbank Boulevard
Suite 610
Tarzana, CA 91356
**dkeller@kfjlegal.com**

Daniel Lee Keller
KELLER FISHBACK &
JACKSON LLP
28720 Roadside Drive
Suite 201
Agoura Hills, CA 91301
**dkeller@kfjlegal.com**

Daniel J. Kelly
HAIGHT BROWN &
BONESTEEL LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981
**dkelly@hbblaw.com**

Gary W. Kendall
MICHIE HAMLETT LOWRY
RASMUSSEN & TWEEL
500 Court Square
Suite 300
P.O. Box 298
Charlottesville, VA 22902-0298
**gkendall@michiehamlett.com**

Christine Kennedy-Jensen
DOUGLAS DENHAM
BUCCINA & ERNST
103 Exchange Street
P.O. Box 7108
Portland, ME 04112-7108
**ckenjen@dougden.com**

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**bkenney@elslaw.com**

Hatcher B. Kincheloe, Jr.
HEDRICK GARDNER KINCHELOE
& GAROFALO LLP
P.O. Box 30397
Charlotte, NC 28230
**hkincheloe@hedrickgardner.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

Deborah DeRoche Kuchler
KUCHLER POLK SCHELL
WEINER & RICHESON
1615 Poydras Street
Suite 1300
New Orleans, LA 70112
**dkuchler@kuchlerpolk.com**

William L. Kuzmin
COHEN PLACITELLA & ROTH PC
127 Maple Avenue
Red Bank, NJ 07701
**wkuzmin@cprlaw.com**

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880
**labelle@halloran-sage.com**

Carter T. Lambeth
JOHNSON LAMBETH & BROWN
232 Princess Street
P.O. Box 660
Wilmington, NC 28402
**ctl@johnsonandlambeth.com**

**MDL No. 875 - Panel Service List (CTO-337) (Continued)**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Mickey P. Landry
LANDRY & SWARR LLC
1010 Common Street
Suite 2050
New Orleans, LA 70112
**mlandry@landryswarr.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

Brett B. Larsen
HINSHAW & CULBERTSON LLP
100 East Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202-4115
**blarsen@hinshawlaw.com**

Teresa Fizardi Lazzaroni
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**tlazzaroni@hplegal.com**

David L. Levy
HEDRICK GARDNER
KINCHELOE & GAROFALO LLP
6000 Fairview Road
Suite 1000
P.O. Box 30397
Charlotte, NC 28230
**dlevy@hedrickgardner.com**

Charlotte P. Livingston
KING KREBS & JURGENS PLLC
St. Charles Place
201 St. Charles Avenue
45th Floor
New Orleans, LA 70170
**clivingston@kingKrebs.com**

Edward Kong Low
SONNENSCHEIN NATH &
ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105
**eklow@sonnenschein.com**

Christopher J. Lynch
LECLAIR RYAN
One Financial Plaza
755 Main Street
Suite 2000
Hartford, CT 06103
**christopher.lynch@leclairryan.com**

Neil J. MacDonald
HARTEL KANE DESANTIS
MACDONALD & HOWIE LLP
6301 Ivy Lane
Suite 800
Greenbelt, MD 20770
**nmacdonald@hartelkane.com**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Daniel A. Manna
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
**dmanna@foley.com**

Adam C. Martin
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110
**amartin@keeganwerlin.com**

Thomas F. Maxwell, Jr.
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
**tmaxwell@pullcom.com**

Kenneth Reed Mayo
REED MAYO LAW FIRM PC
484 Viking Drive
Suite 130
Virginia Beach, VA 23452
**rmayo@reedmayolaw.com**

Kevin C. McCaffrey
CULLEN & DYKMAN LLP
Garden City Center
100 Quentin Roosevelt Blvd.
Garden City, NY 11530
**KMcCaffrey@cullenanddykman.com**

**MDL No. 875 - Panel Service List (CTO-337) (Continued)**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Laurie J. Mcleroy
OTJEN VAN ERT & WEIR SC
700 North Water Street
Suiet 800
Milwaukee, WI 53202-4206
**lmcleroy@otjen.com**

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
**dmigliori@motleyrice.com**

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
260 Franklin Street
15th Floor
Boston, MA 02110
**bmisiura@governo.com**

David T. Morris
SCHIFF HARDIN LLP
Sears Tower
233 South Wacker Drive, Suite 6600
Chicago, IL 60606-6473
**dmorris@schiffhardin.com**

Thomas J. Moses
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105
**tmoses@bhplaw.com**

William E. Murray
EDWARDS ANGELL PALMER &
DODGE LLP
20 Church Street
20th Floor
Hartford, CT 06103
**wmurray@eapdlaw.com**

Sharon A. Neiberg
UPDIKE KELLY &
SPELLACY PC
One State Street
Suite 2400
P.O. Box 231277
Hartford, CT 06123-1373
**sneiberg@uks.com**

Evan Craig Nelson
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105
**evan.nelson@tuckerellis.com**

Farah Sohaili Nicol
MCKENNA LONG &
ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
**fnicol@mckennalong.com**

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
**molson@embryneusner.com**

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza
8th Floor
Providence, RI 02903
**joswald@apslaw.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Timothy D. Pagel
CELBA LLC
225 E Mason Street
5th Floor
Milwaukee, WI 53202
**tpagel@celba.com**

Timothy Peck
SMITH MOORE
LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
P.O. Box 21927
Greensboro, NC 27429-1927
**tim.peck@smithmoorelaw.com**

Lindsay M. Peed
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
201 South College Street, Suite 2300
Charlotte, NC 28202
**lindsay.peed@ogletreedeakins.com**

**MDL No. 875 - Panel Service List (CTO-337) (Continued)**

Michael G. Phelan
BUTLER WILLIAMS & SKILLING PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
**mphelan@butlerwilliams.com**

Michael J. Pietrykowski
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111
**mpietrykowski@gordonrees.com**

Holly M. Polglase
CAMPBELL CAMPBELL EDWARDS & CONROY PC
1 Constitution Plaza
3rd Floor
Boston, MA 02129
**hpolglase@campbell-trial-laywers.com**

Jeffrey S. Poretz
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 500
Mclean, VA 22102
**jporetz@milesstockbridge.com**

Glen R. Powell
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**gpowell@gordonrees.com**

Robert David Proffitt
PROFITT & COX
8910 Two Notch Road
Suite 400
Columbia, SC 29223
**dprofitt@proffittcox.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
**jrice@motleyrice.com**

Peter A. Santos
NEXSEN PRUET
227 West Trade Street
Suite 1550
Charlotte, NC 28202
**psantos@nexsenpruet.com**

Charles T. Sheldon
SEDGWICK DETERT MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
**charles.sheldon@sdma.com**

Carolin K. Shining
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
**cshining@paulandhanley.com**

Michael D. Simons
GOVERNO LAW FIRM LLC
260 Franklin Street, 15th Floor
Boston, MA 02110
**msimons@governo.com**

Reed Adam Slatas
MCGIVNEY & KLUGER PC
2 Batterson Park Road
Farmington, CT 06032
**rslatas@mcgivneyandkluger.com**

Katherine D. Spitz
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5300
**kspitz@foley.com**

Charles Monroe Sprinkle, III
HAYNSWORTH SINKLER BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048
**csprinkle@hsblawfirm.com**

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601
**gsquitiero@maherandmurtha.com**

Courtney C. Stabnick
POMERANZ DRAYTON & STABNICK
95 Glastonbury Boulevard
Glastonbury, CT 06033-4412
**courtneys@pdslaw.com**

Guy Wainwright Stilson
LOW BALL & LYNCH
505 Montgomery Street
Seventh Floor
San Francisco, CA 94111
**gstilson@lowball.com**

Elizabeth G. Stouder
RICHARDSON WHITMAN LARGE & BADGER
465 Congress St.
P.O. Box 9545
Portland, ME 04112-9545
**estouder@rwlb.com**

Jonathan F. Tabasky
COOLEY MANION & JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110
**jtabasky@cmjlaw.com**

## MDL No. 875 - Panel Service List (CTO-337) (Continued)

Anthony Berardo Taddeo, Jr.
TADDEO STURM PLC
3 West Cary Street
Richmond, VA 23220
**taddeo@taddeosturm.com**

Jennifer M. Techman
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road, NE
Suite 200
Atlanta, GA 30305
**jmtechman@ewhlaw.com**

Mark S. Thomas
WILLIAMS MULLEN
RBC Plaza
301 Fayettville Street
Suite 1700
P.O. Box 1000
Raleigh, NC 27602
**mthomas@williamsmullen.com**

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495
**jthomen@mccarter.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Tracy E. Tomlin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 North Tryon Street
42nd Floor
Charlotte, NC 28202-4007
**tracy.tomlin@nelsonmullins.com**

Alex A. Toribio
MCCARTER & ENGLISH LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3495
**atoribio@mccarter.com**

Mark Hedderman Wall
ELMORE & WALL
P.O. Box 1200
Charleston, SC 29402
**mark.wall@elmorewall.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ
& TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

Shari I. Weintraub
GORDON & REES LLP
101 West Broadway
Suite 2000
San Diego, CA 92101-3541
**sweintraub@gordonrees.com**

Stephen B. Williamson
KATTEN MUCHIN
ROSENMAN LLP
550 South Tryon Street
Suite 2900
Charlotte, NC 28202-4213
**stephen.williamson@kattenlaw.com**

Jeffrey Scott Wood
FOLEY & MANSFIELD PLLP
1111 Broadway
10th Floor
Oakland, CA 94607
**swood@foleymansfield.com**

Steven F. Wright
WRIGHT & ASSOCIATES
615 Congress Street
Suite 201
P.O. Box 4077
Portland, ME 04101
**sfw@legalwrights.com**

George D. Yaron
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, CA 94108
**gyaron@yaronlaw.com**

Mary E.H. Yoost
MCGUIREWOODS LLP
100 North Tryon Street
Suite 2900
P.O. Box 31247
Charlotte, NC 28202
**myoost@mcguirewoods.com**

Matthew Jason Zamaloff
CETRULO & CAPONE
Two Seaport Lane, 10th Floor
Boston, MA 02210
**mzamaloff@cetcap.com**