# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  June 8, 2010
**Panel Fax No.: (202) 502-2888**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-336)

Jul 09, 2010

FILED
CLERK'S OFFICE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

(See attached list)

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

(See attached list)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____7/8/10_____     _____[signature]_____
Date                     Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Paula A. Rasmussen, Esq.
Brent Coon & Associates
44 Montgomery St., Suite 800, San Francisco, CA 94104

Telephone No.: (415) 489-7420    Fax No.: (415) 489-7426

Email Address: paula.rasmussen@bcoonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

## Attachment to Notice of Appearance (CTO-336)

Parties Represented:

    Plaintiffs

Short Case Caption:

    *O'Neil, et al. v. A.W. Chesterton Company, et al.*
    USDC—N.D. of CA Case No. CV-10-1616 EDL

## ** Transmit Confirmation Report **

P.1
BRENT COON & ASSOC    Fax:415-489-7426                Jul  9 2010 07:44am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 12025022888 | Normal | 09,07:43am | 0'29" | 3 | # O K | |



### BRENT COON & ASSOCIATES

44 Montgomery, Suite 800 • San Francisco, CA 94104 • 415.489.7420 • 415.489.7426 Facsimile

# FACSIMILE TRANSMISSION

To:     U.S. Judicial Panel on Multidistrict Litigation

Fax:    (202) 502-2888

From:   Michelle Dantzman for Paula A. Rasmussen

Re:     O'Neil v. A.W. Chesterton Company, et al.
        USDC—N.D. of CA Case No. CV-10-1616 EDL

Date:  July 9, 2010

Pages: 3 (including cover sheet)

Original to Follow: Yes _____   No  X

☐ Urgent    ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Message**

**Attachment**

(Corrected) Notice of Appearance (CTO-336)

This facsimile transmission contains legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by telephone at 415.489.7420.