# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL -9 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

MDL 875

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) July 22, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-337)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

CBS Corporation f/k/a Viacom, Inc. f/k/a Westinghouse Electric Corporation

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

John Pianko v. General Electric Co., et al, District of Connecticut, Case No. 09-1053
Timothy O. Moore, et al. v. CBS Corp., et al., District of Connecticut, Case No.10-50
Dennis Gagnon v. CBS Corp., et al., District of Connecticut, Case No. 10-310
Susan Lawton, et al..v. General Electric Co., et al., District of Connecticut, Case No. 10-660
Joseph Killimade v. General Electric Co., et al., District of Connecticut, Case No. 10-845

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

7/9/10
Date

*Thomas F. Maxwell Jr.* (signature)
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Thomas F. Maxwell, Jr.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Telephone No.: (203) 330-2000      Fax No.: (203) 576-8888

Email Address: tmaxwell@pullcom.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED JUL - 9 2010

PLEADING NO. 6230

TOTAL P.01