# KELLER, FISHBACK & JACKSON LLP

NEW YORK    •    LOS ANGELES    •    SAN FRANCISCO

MDL 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 3 2010

FILED
CLERK'S OFFICE

July 8, 2010

***VIA FACSIMILE 202.502.2888***

Jeffery N. Luthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

PLEADING NO. 6231

    **Re:**   <u>Luce v. A.W. Chesterton, et al.</u>
           USDC Case No. 3:10-CV-02111-MMC
           SFSC Case No.: CGC-09-275406
           MDL No.: 875
           CAN No.: 3 10-2111
           CTO No.: 337

Dear Mr. Luthi:

On behalf of the plaintiff in the above-captioned action, I write to notify the Judicial Panel
on Multidistrict Litigation of Plaintiff's opposition to the conditional transfer order transferring
the above-captioned action to the United States District Court for the Eastern District of
Pennsylvania. I also write to inform the Panel of Plaintiff's filing of a motion to remand the
above-captioned action to the Superior Court of California, County of San Francisco set to be
heard on July 23 2010, before the Honorable Maxine M. Chesney in the U.S. District Court for
the Northern District of California. Accordingly, Plaintiff requests that any decision on the
transfer of the above captioned to the Eastern District of Pennsylvania be continued to a date
after Plaintiffs' motion to remand is heard on July 23, 2010. Plaintiff intends to file a
motion to vacate the conditional transfer order and brief in support thereof in accordance with
R.P.J.P.M.L. Rule 7.4.

Thank you for your attention regarding this matter. Please feel free to contact me should
you have any questions.

                         Sincerely,

                         /s/

                         Tenny Mirzayan

18425 BURBANK BLVD., SUITE 610~ TARZANA, CALIFORNIA 91356
PH: 818.342.7442
FAX: 818.342.7616
WWW.KFJLEGAL.COM

OFFICIAL FILE COPY

IMAGED JUL 1 3 2010