BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 16, 2010

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| DALE POWERS, <br><br> Plaintiff, <br><br> v. <br><br> ALLIS CHALMER CORP. PRODUCT LIABILITY TRUST, et al., <br><br> Defendants. | Transferor Court: <br> N.D. CAL. - C.A. NO.: 4:10-cv-01921-CW |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT ROCKWELL AUTOMATION, INC.

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, JOHN K. SON of the law firm TUCKER ELLIS & WEST LLP, 515 South Flower Street, 42nd Floor, Los Angeles, California 90071, email address: john.son@tuckerellis.com, hereby adds his appearance as attorney of record for defendant Rockwell Automation, Inc., in the above-captioned matter and requests that all future correspondence, pleadings, and notices be sent to the above-referenced address and/or email address.

DATED: July 14, 2010

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Admitted *pro hac vice*

Attorneys for Defendant
**ROCKWELL AUTOMATION, INC.**