# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUL 1 6 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
 on Multidistrict Litigation
 Thurgood Marshall Federal Judiciary Bldg.
 One Columbus Circle, N.E., Room G-255
 Washington, D.C. 20002

**MDL 875**

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  July 22, 2010**
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE  (CTO-337)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant Todd Shipyards Corporation

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Alan Bond v. CBS Corporation, et al.,
United State District Court, Northern District of California, Case No.  CV 10-1048 EMC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

July 9, 2010
_____
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
 GEORGE D. YARON, ESQ. (California State Bar #96246)
 **YARON & ASSOCIATES**
 601 California Street, 21st Floor
 San Francisco, California 94108

Telephone No.:  (415) 658-2929       Fax No.:  (415) 658-2930

Email Address:  gyaron@yaronlaw.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

# OFFICIAL FILE COPY

JPML Form 18
IMAGED JUL 1 6 2010

PLEADING NO. 6237

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 16 2010

FILED
CLERK'S OFFICE

1

## PROOF OF SERVICE

2

   I am a over 18 years of age and not a party to the within action.  I am employed in the County

3 of San Francisco; my business address is Yaron & Associates, 601 California Street, Suite 2100, San

Francisco, California  94108.

4

   On July 9, 2010, I served the within:

5

6   **Notice of Appearance (CTO-337)**

7  in a sealed envelope with postage thereon fully prepaid, addressed to:

8              PLEASE SEE ATTACHED SERVICE LIST

9

10  X       **VIA U.S. MAIL:**  I am "readily familiar" with the firms practice of collection and processing

correspondence for mailing.  Under that practice it would be deposited with the

11                                     U.S. Postal service on that same day with postage thereon fully prepaid in the

ordinary course of business.  I am aware that on motion of the party served,

12                                     service is presumed invalid if postal cancellation date or postage meter date is

more than one day after date of deposit for mailing in affidavit.

13

14

15       I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct, and that this declaration was executed on July 9, 2010, at San Francisco, California.

16

17                                          K. A. Adams

18

19

20

21

22

23

24

25

26

27

28

RECEIVED CLERK'S OFFICE
2010 JUL 13  A 8: 32
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**SERVICE LIST ATTACHMENT**
*Alan Bond v. CBS Corporation*
**Northern District of California USDC Court Case No. CV-10-1048 EMC**
**Our File No. 3436**

REPRESENTING:
**Plaintiff Alan Bond**
BRENT COON & ASSOCIATES
44 Montgomery Street, Ste. 800
San Francisco, CA 941040
Tel:    (415) 489-7420
Fax:    (415) 489-7426

REPRESENTING:
**Viad Corporation**
DAVIS LAW FIRM
3620 Fair Oaks Blvd., Ste. 200
Sacramento, CA 95864
Tel:    (916) 333-5363
Fax:    (916) 333-5373

REPRESENTING:
**Lockheed Shipbuilding Company**
KNOTT & GLAZIER LLP
201 Spear Street, Ste. 1520
San Francisco, CA 94105
Tel:    (415) 356-1100
Fax:    (415) 356-1105

REPRESENTING:
**Kaiser Ventures LLC**
BASSI, MARTINI & BLUM
155 Sansome Street, Ste. 700
San Francisco, CA 94104
Tel:    (415) 397-9006
Fax:

REPRESENTING:
**Northrup Grumman Corporation**
HAIGHT BROWN & BONESTEEL
LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105
Tel:    (415) 546-7500
Fax:    (415) 546-7505

REPRESENTING:
**Fraser's Boiler Service, Inc.**
POND NORTH LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Tel:    (415) 214-1240
Fax:

REPRESENTING:
**Foster Wheeler USA Corporation**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Tel:    (415) 808-0300
Fax:    (415) 808-0333

REPRESENTING:
**Cummins, Inc.**
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Tel:    (415) 982-3600
Fax:    (415) 982-3700