UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 21, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | **MDL DOCKET NO. 875** |
| LINDA OLSCHEWSKE, as Wrongful Death Heir, and as Successor-in-Interest to THOMAS OLSCHEWSKE, and ELLAMAE PIKE, as Legal Heirs of THOMAS OLSCHEWSKE, Deceased, | Transferor Court: N.D. CAL. - C.A. NO.: 4:10-cv-01729-PJH |
| Plaintiffs, | |
| v. | |
| ASBESTOS DEFENDANTS, et al., | |
| Defendants. | |

## DEFENDANT ROCKWELL AUTOMATION, INC.'S CORPORATE
## DISCLOSURE STATEMENT PURSUANT TO RULE 5.3

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Rockwell Automation, Inc. ("Rockwell") states that it does not have a parent corporation, and no publicly held company owns 10 percent or more of Rockwell.

DATED: July 14, 2010

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Admitted *pro hac vice*

Attorneys for Defendant
**ROCKWELL AUTOMATION, INC.**