Case MDL No. 875 Document 6239 Filed 07/22/10 Page

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 22, 2010

FILED
CLERK'S OFFICE


Case MDL No. 875  Document 6239  Filed 07/22/10  Page

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 22, 2010

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 875 - In re Asbestos Products Liability Litigation

*List only the cases you are opposing:*

Brenda J. Hartshorn v. Newport News Shipbuilding & Dry Dock Co., et al. VAE 4-10-3275
Brenda J. Hartshorn v. Newport News Shipbuilding & Dry Dock Co., et al. VAE 4-10-3276

## NOTICE OF OPPOSITION TO CTO - 337

I represent the Plaintiff, Brenda J. Hartshorn in the above captioned action(s) listed above which are included on the conditional transfer order (CTO -337.) Plaintiff, Brenda J. Hartshorn, submits this opposition to the conditional transfer order(s). I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

*/s/ Gary W. Kendall*

| | |
|---|---|
| Name: | Gary W. Kendall, |
| Address: | Michie Hamlett Lowry Rasmussen & Tweel, PLLC |
| | P. O. Box 298 |
| | 500 Court Square, Suite 300 |
| | Charlottesville, VA 22902 |
| Phone | 434-951-7200 |
| Fax | 434-951-7218 |
| Email | gkendall@michiehamlett.com |

Counsel for Plaintiff, Brenda J. Hartshorn