# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  July 22, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-337)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary)

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Brenda J. Hartshorn - Plaintiff

Jul 22, 2010

FILED
CLERK'S OFFICE

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Brenda J. Hartshorn v. Newport News Shipbuilding & Dry Dock Co., et al.   VAE 4 10-3275

Brenda J. Hartshorn v. Newport News Shipbuilding & Dry Dock Co., et al.   VAE 4 10-3276

********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

07/21/2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Gary W. Kendall, Esquire

Michie Hamlett Lowry Rasmussen & Tweel, PLLC

500 Court Square, Suite 300, Charlottesville, VA  22902

Telephone No.: (434) 951-7200      Fax No.: (434) 951-7218

Email Address: gkendall@michiehamlett.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18