# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

# MDL 875

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)  July 22, 2010**
**Panel Fax No.: (202) 502-2888**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 2 2010

FILED
CLERK'S OFFICE

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-337)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiff Alan Bond

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Bond v. CBS Corporation, et al.
USDC-N.D. of CA
Civil Action No. CV-10-1048 VRW

**PLEADING NO. 6242**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

7/21/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Richard A. Brody, Esq. (CSB#100379)
Brent Coon & Associates
44 Montgomery St., Suite 800
San Francisco, CA 94104

Telephone No.: (415) 489-7420        Fax No.: (415) 489-7426

Email Address: rick.brody@bcoonlaw.com
CA-mda@bcoonlaw.com

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2010 JUL 22   A 11:39

RECEIVED
CLERK'S OFFICE

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

# OFFICIAL FILE COPY

JPML Form 18

IMAGED JUL 2 2 2010

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:**  United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  July 22, 2010**
**Panel Fax No.: (202) 502-2888** JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

JUL 22 2010

FILED
**NOTICE OF APPEARANCE (CTO-337)** CLERK'S OFFICE
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiffs

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Grapenthin, et al. v. CBS Corporation, et. al.
USDC-N.D. of CA
Civil Action No. CV-10-1231 LB

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated
attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice
before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am
aware that only one attorney can be designated for each party.

7/21/10
Date

Signature of Attorney or Designee

2010 JUL 22 A 6:40
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**Name and Address of Designated Attorney:**
Paula A. Rasmussen, Esq. (CSB # 258 352)
Brent Coon & Associates
44 Montgomery St. Suite 800
San Francisco, CA 94104

Telephone No.: (415)489-7420

Fax No.: (415)489-7426

Email Address: paula.rasmussen@bcoonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

BRENT COON & ASSOC   Fax:415-489-7426   Jul 21 2010 04:01pm P002/002

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO**
**THE JUDICIAL PANEL NO LATER THAN**
(Noon Eastern Time) July 22, 2010 PANEL ON
**Panel Fax No.: (202) 502-2888** DISTRICT LITIGATION

JUL 2 2 2010

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

FILED
CLERK'S OFFICE

# NOTICE OF APPEARANCE (CTO-337)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiffs

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Cline, et al. v. CBS Corporation, et al.
U.S.D.C. - N.D. of CA
Civil Action No. CV-10-1256 SI

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

7/21/10

Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Paula A. Rasmussen, Esq. (CSB# 258352)
Brent Coon & Associates
44 Montgomery St., Suite 800
San Francisco, CA 94104
Telephone No.: (415) 489-7420          Fax No.: (415) 489-7426

Email Address: paula.rasmussen@bcoonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18