PLEADING NO. 6243

Stephen M. Fishback (State Bar No. 191646)
Daniel L. Keller (State Bar No. 191738)
Douglas V. Dukelow (State Bar. No. 225644)
**KELLER, FISHBACK & JACKSON LLP**
18425 Burbank Blvd., Suite 610
Tarzana, California 91356
Telephone: 818.342.7442
Facsimile: 818.342.7616

Attorneys for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2010

FILED
CLERK'S OFFICE

MDL 875

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES HRUSKA, Individually and as Successor-In-Interest to DENNIS HRUSKA; DONALD HRUSKA; DOUGLAS HRUSKA;<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. 3:10-cv-2214 SI<br><br>**[PROPOSED] ORDER DISMISSING GENERAL ELECTRIC COMPANY WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT**<br><br>Judge: Hon. Susan Illston<br>Courtroom: 10 |

MDL- 875
RECOMMENDED ACTION

VAC CTO-337- Lachen
Approved/Date: JH 23 July 10

**OFFICIAL FILE COPY**

STIPULATION AND PETITION FOR AN ORDER DISMISSING GENERAL ELECTRIC COMPANY
WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT        PAGE 1
IMAGED JUL 23 2010

1   WHEREAS, Plaintiffs and General Electric Company do and hereby stipulate that General
2   Electric Company should be dismissed from this action with prejudice pursuant to FRCP 41(a)(2);
3   the parties will bear their own costs; Plaintiffs and joining removing party, General Electric
4   Company, consent to and request the immediate remand of this action to Superior Court of
5   California, City and County of San Francisco under these terms.
6   Accordingly, Plaintiffs and General Electric Company petition this Court for an order
7   dismissing Foster Wheeler, LLC with prejudice with the parties bearing their own costs, and
8   remanding this case to Superior Court of California, City and County of San Francisco pursuant to
9   this stipulation.
10   IT IS SO ORDERED:
11   Dated: _____
12                           Judge of the United States District Court