UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Jul 23, 2010

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**
Frances Hruska, et al. v. A.W. Chesterton Co., et al.,      )
       N.D. California, C.A. No. 3:10-2214                        )                    MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Hruska*) on July 8, 2010.  The Panel has now been advised that *Hruska* was remanded to the Superior Court of California, City and County of San Francisco, California, by the Honorable Susan Illston in an order filed on June 30, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-337" filed on July 8, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel