# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

Jul 23, 2010

FILED
CLERK'S OFFICE

**TO:**   United States Judicial Panel
        on Multidistrict Litigation
        Thurgood Marshall Federal Judiciary Bldg.
        One Columbus Circle, N.E., Room G-255
        Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) July 22, 2010**
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE  (CTO-337)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant - Niantic Seal RIP, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

CT 3  10-310  Dennis Gagnon v CBS Corp., et al.

*****************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

7/22/10
Date

Reed Slatas
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Reed A. Slatas, Esq.                    2 Batterson Park Rd.
McGivney & Kluger, P.C.             Farmington, CT 06032

Telephone No.: 860-404-3000          Fax No.: 860-409-0794

Email Address: rslatas@mcgivneyandkluger.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18