# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

Jul 26, 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) July 22, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-337)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Plaintiffs Johnie O. Pelfrey, Jr. and Jan O. Pelfrey

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Pelfrey, et al. v. CBS Corporation, et al.
USDC-N.D. of CA
Civil Action No. 3:10-CV-01078 EMC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

7/21/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Paula A. Rasmussen, Esq. CCSB #258352
Brent Coon & Associates
44 Montgomery St., Suite 800
San Francisco, CA 94104

Telephone No.: (415) 489-7420    Fax No.: (415) 489-7426

Email Address: paula.rasmussen@bcoonlaw.com
CA-mda@bcoonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18