# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) <u>June 8, 2010</u>
Panel Fax No.: (202) 502-2888

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

MDL No. <u>875</u> -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-333)

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Plaintiffs Helena Rieniets, Deborah Ziegler, Henry Rieniets and William Rieniets

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Rieniets, et al. v. A.O. Smith Corporation, et al.
USDC- C.D. of CA Case No. CV-10-2074 RGK(AJWx)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____7/27/10_____      _____[signature]_____
Date                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Paula A. Rasmussen, Esq.
Brent Coon & Associates
44 Montgomery St., Suite 800
San Francisco, CA 94109

Telephone No.: (415) 489-7420         Fax No.: (415) 489-7426

Email Address: paula.rasmussen@bcoonlaw.com
rick.brody@bcoonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18