UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Jul 29, 2010

**FILED**
**CLERK'S OFFICE**

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Brenda J. Hartshorn v. Newport News Shipbuilding and Dry Dock Co., et al., E.D. Virginia, C.A. No. 4:10-3275 | ) ) | MDL No. 875 |
| Brenda J. Hartshorn v. Newport News Shipbuilding and Dry Dock Co., et al., E.D. Virginia, C.A. No. 4:10-3276 | ) ) | |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in these actions *(Hartshorn)* on July 8, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiff in *Hartshorn* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Hartshorn* was remanded to the Circuit Court for the City of Newport News, Virginia, by the Honorable Mark S. Davis in an order filed on July 22, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-337" filed on July 8, 2010, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel