UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 03, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                         MDL No. 875

## NOTICE OF FILING OF
## CONDITIONAL TRANSFER ORDER (CTO-338)

Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the [Rules of Procedure of the Judicial Panel on Multidistrict Litigation](), 199 F.R.D. 425, 435-36 (2001). The order will be stayed for 14 days unless opposed in accordance with Rule 7.4(c).

Notices of Opposition should be filed by email or facsimile. Refer to Rule 5.1.1 et seq. for filing options and requirements. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Fax transmission of the motion and brief will not be accepted.**

Opposing counsel shall notify the Clerk of the Panel of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before:  August 17, 2010 (12 noon EST)**

If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **by email (as a PDF attachment), at JPMLeFILE@jpml.uscourts.gov;  or by facsimile, at (202) 502-2888,** of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions. A Panel Service List is attached to this notice.

                                                                               FOR THE PANEL:

                                                                               Jeffery N. Lüthi
                                                                               Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                             MDL No. 875

PANEL SERVICE LIST (CTO-338)

Christina A. Agola
2100 First Federal Plaza
28 East Main Street
Rochester, NY 14614
**cagola@wnycivilrights.com**

Kevin C. Alexandersen
GALLAGHER SHARP
1501 Euclid Avenue
Bulkley Building
Sixth Floor
Cleveland, OH 44115
**kalexandersen@gallaghersharp.com**

Loretta M. Ames
PLUNKETT & COONEY
535 Griswold Street
Suite 2400
Detroit, MI 48226
**lames@plunkettcooney.com**

Robert Gregory Andre
OGDEN MURPHY & WALLACE
1601 5th Avenue
Suite 2100
Seattle, WA 98101
**randre@omwlaw.com**

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Michele C. Atkins
FAIN ANDERSON
VANDERHOEF PLLC
701 Fifth Avenue
Suite 4650
Seattle, WA 98104
**michele@favfirm.com**

David A. Barfield
BARFIELD & ASSOCIATES
P.O. Box 2749
Madison, MS 39130-2749
**dbarfield@barfieldlaw.com**

Walter E. Barton
KARR TUTTLE & CAMPBELL
1201 3rd Avenue
Suite 2900
Seattle, WA 98101-3028
**gbarton@karrtuttle.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Marianne E. Brown
22 Mill Street
Suite 408
Arlington, MA 02476
**marianne@marianna-brown.com**

Grant C. Buckley
JORDAN FIRM
1804 Frederica Road
Suite C
St. Simons Isl., GA 31522
**gbuckley@thejordanfirmssi.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Cameron O. Carter
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
**ccarter@braytonlaw.com**

Cara Ann Ceraso
PULLMAN & COMLEY
850 Main St.
P.O Box 7006
Bridgeport, CT 06601-7006
**cceraso@pullcom.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Michelle A. Corsi
LEE SMART PS INC
One Conventiona Place
701 Pike Street
Suite 1800
Seattle, WA 98101-3929
**mac@leesmart.com**

Gene M. Currier
LAW OFFICE OF GENE M
CURRIER PC
P.O. Box 1030
Dearborn Heights, MI 48127-1030
**gmclaw@concentric.net**

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Clayton F. Farrell
COLLINS EINHORN FARRELL &
ULANOFF PC
4000 Town Center, Suite 909
Southfield, MI 48075
**leah.anania@ceflawyers.com**

**MDL No. 875 - Panel Service List (CTO-338) (Continued)**

Robert C. Galloway
BUTLER SNOW O'MARA
STEVENS & CANNADA PLLC
P.O. Drawer 4248
Gulfport, MS 39502-4248
**bob.galloway@butlersnow.com**

Richard G. Gawlowski
WILSON SMITH COCHRAN &
DICKERSON
1215 4th Avenue
Suite 1700
Seattle, WA 98161-1007
**gawlowsk@wscd.com**

Melissa K. Habeck
FORSBERG & UMLAUF
901 5th Avenue
Suite 1400
Seattle, WA 98164-1039
**mhabeck@forsberg-umlauf.com**

Jeffrey P. Hubbard
WELLS MOORE SIMMONS &
HUBBARD
P.O. Box 1970
Jackson, MS 39215-1970
**jphub1@wellsmoore.com**

Christy D. Jones
BUTLER SNOW O'MARA
STEVENS & CANNADA PLLC
P.O. Box 6010
Ridgeland, MS 39158
**christy.jones@butlersnow.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

G. Patterson Keahey, Jr.
G PATTERSON KEAHEY PC
One Independence Plaza
Suite 612
Birmingham, AL 35209
**info@mesohelp.com**

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**bkenney@elslaw.com**

Daniel P. King
PEDERSEN KEENAN
4057 Pioneer Drive
Commerce Township, MI
48390-1363
**king@pkkwa.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

Donald A. Krispin
MARITIME ASBESTOSIS
LEGAL CLINIC
645 Griswold Road
Suite 1370
Detroit, MI 48226
**ladmiralty@aol.com**

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880
**labelle@halloran-sage.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

Frank E. Lankford, Jr.
HUIE FERNAMBUCQ &
STEWART LLP
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484
**fel@hfsllp.com**

Anthony John Long
HOWARD & HOWARD
ATTORNEYS PLLC
The Howard & Howard Office Center
450 West Fourth Street
Royal Oak, MI 48067
**ajl@h2law.com**

Christopher J. Lynch
LECLAIR RYAN
One Financial Plaza
755 Main Street
Suite 2000
Hartford, CT 06103
**christopher.lynch@leclairryan.com**

Wendy E. Lyon
RIDDELL WILLIAMS
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
**wlyon@riddellwilliams.com**

## MDL No. 875 - Panel Service List (CTO-338) (Continued)

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Christopher O. Massenburg
SWETMAN BAXTER
MASSENBURG LLC
1700 South 28th Avenue
Suite D
Hattiesburg, MS 39402
**cmassenburg@sbm-legla.com**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Kerry R. McDonald
LAW OFFICES OF KERRY R
MCDONALD PC
1301 Kings Way Lane
Birmingham, AL 35243
**krmfelalaw@bellsouth.net**

Barry N. Mesher
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101
**mesherb@lanepowell.com**

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
Two International Place
Boston, MA 02110
**bmisiura@governo.com**

Willard J. Moody, Jr.
MOODY LAW FIRM INC
500 Crawford Street
Commerce Bank Bldg.
Suite 300
Portsmouth, VA 23704
**will@moodyrrlaw.com**

Andrew Lee Morrison
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022-6030
**andrew.morrison@klgates.com**

Walter C. Morrison, IV
SESSUMS DALLAS &
MORRISON PLLC
240 Trace Colony Park Drive
Suite 100
Ridgeland, MS 39157
**bmorrison@sdmlaw.com**

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
**molson@embryneusner.com**

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
2300 Bank Boston Plaza
Providence, RI 02903
**joswald@apslaw.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Elizabeth B. Padgett
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**epadgett@hplegal.com**

Edward H. Pappas
DICKINSON WRIGHT
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304-2970
**epappas@dickinsonwright.com**

Katharine S. Perry
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110
**kperry@apslaw.com**

Timothy W. Porter
PORTER & MALOUF PA
P.O. Box 12768
Jackson, MS 39236-2768
**tim@portermalouf.com**

Sara G. Rajan
STARK REGAN
1111 W. Long Lake Road
Suite 202
Troy, MI 48098-6310
**srajan@starkreagan.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29466
**OilSpillLitigationMDL@motleyrice.com**

**MDL No. 875 - Panel Service List (CTO-338) (Continued)**

G. William Shaw
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158
**bill.shaw@klgates.com**

Michael D. Simons
GOVERNO LAW FIRM LLC
Two International Place
Boston, MA 02110
**msimons@governo.com**

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601
**gsquitiero@maherandmurtha.com**

Gail Ann Y Stargardter
ARCHER NORRIS
2033 North Main Street
Suite 800
Walnut Creek, CA 94596
**gstargardter@archmorris.com**

Katherine M. Steele
STAFFORD FREY & COOPER PC
601 Union Street
3100 Two Union Square
Seattle, WA 98101-1374
**ksteele@staffordfrey.com**

James P. Streetman, III
SCOTT SULLIVAN STREETMAN &
FOX PC
P.O. Box 13847
Jackson, MS 39236-3847
**jstreetman@sssf.-ms.com**

Joseph J. Stroble
WATKINS & EAGER
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650
**jstroble@watkinseager.com**

James W. Stuart
OGNE ALBERTS & STUART PC
1869 E. Maple Road
Suite 100
Troy, MI 48083
**jstuart@oaspc.com**

Thomas W. Tardy, III
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**mseservice@fpwk.com**

David Tewell
TEWELL FIRM
600 Stewart Street
Suite 1100
Seattle, WA 98101
**dtewell@tewellfirm.com**

Samantha A. Thomas
HEARN & THOMAS PA
The Plaza Building
120 North Congress Street
Jackson, MS 39201

Jeffrey M. Thomen
MCCARTER & ENGLISH LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3495
**jthomen@mccarter.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Timothy Kost Thorson
CARNEY BADLEY SPELLMAN
701 Fifth Avenue
Suite 3600
Seattle, WA 98104-7010
**thorson@carneylaw.com**

David L. Trewolla
DOGAN & WILKINSON PLLC
P.O. Box 23062
Jackson, MS 39225-3062
**DTrewolla@dwpllc.com**

Mark B. Tuvim
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051
**mtuvim@gordonrees.com**

Thomas W. Tyner
AULTMAN TYNER RUFFIN &
SWETMAN LTD
P.O. Drawer 750
Hattiesburg, MS 39403-0750
**tomtyner@yahoo.com**

Rodney L. Umberger, Jr.
WILLIAMS KASTNER &
GIBBS PLLC
601 Union Street
Suite 4100
Seattle, WA 98101
**rumberger@williamskastner.com**

Thomas E. Vaughn
VAUGHN BOWDEN &
WOOTEN PA
1617 25th Avenue
P.O. Drawer 240
Gulfport, MS 39502-0240
**vaughn@vbwlawfirm.com**

**MDL No. 875 - Panel Service List (CTO-338) (Continued)**

Michael A. Vercher
CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696
**mavercher@csattorneys.com**

Gregory H. Wagoner
ANSPACH MEEKS ELLENBERGER
300 Madison Avenue
Suite 1600
Toledo, OH 43604-2633
**gwagoner@anspachlaw.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

Robert W. Wilkinson
DOGAN & WILKINSON PLLC
P.O. Box 1618
Pascagoula, MS 39568-1618
**rwilkinson@doganwilkinson.com**

Mark A. Wisniewski
KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK
One Woodward Avenue
Suite 2400
Detroit, MI 48226
**mark.wisniewski@fitch.com**

Jeffrey M. Wolf
WILLIAMS KASTNER & GIBBS PLLC
601 Union Street
Suite 4100
Seattle, WA 98101
**jwolf@williamskastner.com**

James E. Wynne
BUTZEL LONG
150 W. Jefferson Avenue
Suite 900
Detroit, MI 48226
**wynne@butzel.com**

D.K. Yoshida
OGDEN MURPHY WALLACE PLLC
1601 Fifth Avenue
Suite 2100
Seattle, WA 98101-1686
**dyoshida@omwlaw.com**

Karen M. Zello
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street
Suite 600
Norfolk, VA 23510
**karen@glasserlaw.com**