**UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

Aug 03, 2010

**FILED
CLERK'S OFFICE**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                       MDL No. 875

NOTICE TO ALL INVOLVED COUNSEL
LITIGATION SELECTED FOR CM/ECF TESTING

(SEE ATTACHED SCHEDULE)

The United States Judicial Panel on Multidistrict Litigation, in conjunction with the Administrative Office of the United States Courts, has developed a case management/electronic case files (CM/ECF) system. Testing of the Panel's CM/ECF system involving selected litigations and counsel began June 1, 2010, and will continue until August 31, 2010.

This litigation has been selected for inclusion in the Panel's CM/ECF pilot program. All involved counsel who intend to file any pleading in this litigation are directed to register immediately for a Panel CM/ECF login and password by accessing the Panel's website at www.jpml.uscourts.gov and following the directions.

Once registered as a Panel ECF system user, counsel will be provided with additional information on participating in this test program. At a minimum, registered users will be expected to file all documents in this litigation electronically using the Panel's ECF System. Pursuant to Panel Rule 5.1.1 (b), possession of a CM/ECF account with any U.S. federal court is deemed consent to received electronic service of all orders, notices and other papers issued by the panel, as well as electronic service of papers filed with the Panel by other parties.

Your cooperation and constructive feed back during this important test period is requested and appreciated. Any questions should be directed to Mr. John Nichols, Chief Deputy Clerk, 202-502-2800.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE A

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

**ALABAMA NORTHERN**
  ALN   2   10-21       Harvey Lee Montgomery, et al. v. Long-Lewis, Inc., et al.

**CALIFORNIA NORTHERN**
  CAN   3   10-3165   James Mack v. General Electric Co., et al.
  CAN   4   10-2927   Stefan Petryk v. General Electric Co., et al.

**CONNECTICUT**
  CT   3   09-216    Ann Beckwith, et al. v. General Electric Co., et al.
  CT   3   09-1531   Lori Holt, etc. v. General Electric Co., et al.
  CT   3   09-2074   Leo Cannon, et al. v. Buffalo Pumps, Inc., et al.

**GEORGIA SOUTHERN**
  GAS   5   10-53     Larry C. Barnes, etc. v. CSX Transportation, Inc.
  GAS   5   10-61     Horace D. Lowman v. CSX Transportation, Inc., et al.

**MICHIGAN EASTERN**
  MIE   2   91-72010  Samuel S. Brown, et al. v. AC and S Inc., et al.
  MIE   2   91-72048  Williard C. Huggins, et al. v. AC and S, Inc., et al.

**MISSISSIPPI SOUTHERN**
  MSS  1   02-134   Mable Lenell Hancock, et al. v. Minnesota Mining & Manufacturing Co., et al.

**NEW YORK WESTERN**
  NYW  6   10-6345  Gail Garner, et al. v. DII Industries, LLC Asbestos PI, et al.

**RHODE ISLAND**
  RI   1   10-282    Stanley E. Trew, et al. v. Air & Liquid Systems Corp., et al.

**VIRGINIA EASTERN**
  VAE  2   10-9683   James D. Harman v. American Standard, Inc., et al.
  VAE  2   10-9684   George C. Dado v. American Standard, Inc., et al.
  VAE  2   10-9685   Allen R. Harksen v. The Budd Co., et al.
  VAE  2   10-9686   Charles T. Poling v. American Standard, Inc., et al.
  VAE  2   10-9687   Larry D. Thompson v. American Standard, Inc., et al.
  VAE  2   10-9688   Thomas M. Bijold v. American Standard, Inc., et al.

**WASHINGTON WESTERN**
  WAW  2   10-1121   Barbara Jean Lewis, etc. v. Albay Construction Co., et al.