UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 03, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Charles Luce, et al. v. A.W. Chesterton Co., Inc., et al., )
    N.D. California, C.A. No. 3:10-2111              )    MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Luce*) on July 8, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiffs in *Luce* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Luce* was remanded to the Superior Court for the State of California, in and for the County of San Francisco, by the Honorable Maxine M. Chesney in an order filed on July 29, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-337" filed on July 8, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel