UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 09, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)
    Calvin Stevens, et al. v. Cooper/T. Smith Stevedoring Co.,  )      MDL No. 875
        E.D. Louisiana, C.A. No. 2:10-968               )

### ORDER DEFERRING DECISION ON TRANSFER

**Before the entire Panel**: Plaintiffs in an action pending in the Eastern District of Louisiana have moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the respective portion of our order conditionally transferring the action to the Eastern District of Pennsylvania for inclusion in MDL No. 875. No defendant responded to the motion to vacate.

After considering all argument of counsel, we have decided, under the somewhat unusual circumstances presented here, to defer a decision on plaintiffs' motion for a period of 60 days in order to provide the Eastern District of Louisiana with a sufficient opportunity to rule upon plaintiffs' fully-briefed motion for remand to state court. A hearing on that motion has already taken place, and the question of remand appears to turn on the discrete and case-specific issue of whether certain South African vessels visited the Port of New Orleans prior to 1961. The Eastern District of Louisiana court has given the parties until August 4, 2010, to complete discovery on that issue, and thus a decision on plaintiffs' remand motion may come shortly.[1]

IT IS THEREFORE ORDERED that a decision on transfer of this action is deferred for a period of 60 days from the date of this order.

---

[1] Plaintiffs are directed to promptly notify the Clerk of the Panel when the Eastern District of Louisiana court rules on their remand motion.

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Robert L. Miller, Jr.           Kathryn H. Vratil
David R. Hansen                 W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.           Barbara S. Jones