# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

AUG - 9 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) August 17, 2010**
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

   CSX Transportation, Inc. - Defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):
   IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
                            WAYCROSS DIVISION

   LARRY C. BARNES, As Administrator of the
   Estate of JOSEPH J. BARNES, Deceased
        Plaintiff
   v.                                          Civil Action File No. 5:10-cv-00053-LGW-JEG
   CSX TRANSPORTATION, INC.
        Defendant
        ***********************************************************

   In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

8/4/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
   Grant C. Buckley
   The Jordan Firm
   1804 Frederica Road, Suite C
   St. Simons Island, GA  31522

Telephone No.: (912) 638-0505          Fax No.: (912) 638-0605

Email Address: gbuckley@thejordanfirmssi.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

**OFFICIAL FILE COPY**

JPML Form 18

IMAGED AUG 0 9 2010

PLEADING NO. 6261

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  August 17, 2010
Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

CSX Transportation, Inc. - Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**
IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

HORACE D. LOWMAN
  Plaintiff
v.                                      Civil Action No. 5:10-cv-00061-LGW-JEG
CSX TRANSPORTATION, INC., et al.
  Defendants

********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

8/4/10
Date                                    Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Grant C. Buckley
The Jordan Firm
1804 Frederica Road, Suite C
St. Simons Island, GA  31522

Telephone No.: (912) 638-0505           Fax No.: (912) 638-0605

Email Address:  gbuckley@thejordanfirmssi.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ORIGINAL

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)** August 17, 2010
**Panel Fax No.:** (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2010

FILED
CLERK'S OFFICE

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

TIMEC COMPANY, INC., Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Barbara Jean Lewis v. Albay Construction Co., et al.
District WAW, Civil Action No. 10-1121

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| August 4, 2010 | *[signature]* |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**
Wendy E. Lyon
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone No.: (206) 624-3600    Fax No.: (206) 389-1708
Email Address: wlyon@riddellwilliams.com

2010 AUG -6 P 2: 30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

AUG-04-2010 12:59 PULLMAN & COMLEY 203 576 8888 P.01
Case MDL No. 875 Document 6261 Filed 08/09/10 Page 4 of 4
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) August 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant CBS Corporation f/k/a Viacom, Inc. f/k/a Westinghouse Electric Corporation

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Lori Holt, etc. v. General Electric Co., et al., District of Connecticut, 09-1531

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_August 4, 2010_
Date

_[Signature]_
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Thomas F. Maxwell, Jr.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Telephone No.: (203) 330-2000    Fax No.: (203) 576-8888

Email Address: tmaxwell@pullcom.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18