UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Aug 12, 2010**

FILED
CLERK'S OFFICE

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on September 30, 2010, the Panel will convene a hearing session in Nashville, Tennessee, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id.* The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

Robert L. Miller, Jr.          Kathryn H. Vratil
David R. Hansen               W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.          Barbara S. Jones

SCHEDULE OF MATTERS FOR HEARING SESSION
September 30, 2010 -- Nashville, Tennessee

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**

MDL No. 2186 -- **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION**

Motion of plaintiffs Brigiotta's Farmland Produce and Garden Center, Inc., for centralization of the following actions in the United States District Court for the District of Idaho:

<u>Central District of California</u>

Todd Simon v. United Potato Growers of Idaho, Inc., et al., C.A. No. 2:10-4647

<u>District of Idaho</u>

Brigiotta's Farmland Produce and Garden Center, Inc. v. United Potato Growers of Idaho, Inc., et al., C.A. No. 4:10-307

---

[1]  This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rule 7.2(a)(ii), 199 F.R.D. 425, 433-34 (2001).  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Rule 7.4, Id. at 435-36.

Schedule of Matters for Hearing Session, Section A                                  p. 2
Nashville, Tennessee


MDL No. 2187 -- **IN RE: AVAULTA PELVIC SUPPORT SYSTEMS PRODUCTS
LIABILITY LITIGATION**

        Motion of plaintiffs for centralization of the following actions in the United States
District Court for the Southern District of West Virginia or, in the alternative, the United States
District Court for the Northern District of Georgia:

                Northern District of Georgia

        Gail Chaplin, et al. v. C.R. Bard, Inc., et al., C.A. No. 1:09-1876
        Cynthia H. Cowan, et al. v. C.R. Bard, Inc., et al., C.A. No. 1:09-3339
        Cindy Ezell, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3539
        Julie Dodd, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3540
        Janet McNally, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3541
        Patricia McCallan v. C.R. Bard, Inc., C.A. No. 1:09-3542
        Sally Pete, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3543
        Anne McVay, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3544
        Beatrice Santillan, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3545
        Mary Lou Riley v. C.R. Bard, Inc., C.A. No. 1:09-3546
        Kelly Poltermann, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3642
        Jacqueline M. Spangler v. C.R. Bard, Inc., et al., C.A. No. 1:09-3643
        Kathryn Huston, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3644
        Linda Rizzo, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3645
        Jerry Dalman v. C.R. Bard, Inc., C.A. No. 1:09-3646
        Debra Broussard, et al. v. Caldera Medical, Inc., et al., C.A. No. 1:10-1021
        Jeannie Everly, et al. v. C.R. Bard, Inc., C.A. No. 1:10-1094
        Lucy Tyson, et al. v. C.R. Bard, Inc., C.A. No. 1:10-1913
        Susan B. Hirt, et al. v. Bard Peripheral Vascular, Inc., et al., C.A. No. 1:10-1924


                District of South Dakota

        Theresa Ann Padgett, et al. v. C.R. Bard, Inc., C.A. No. 5:09-5068

                Northern District of West Virginia

        Robin Fabian, et al. v. C.R. Bard, Inc., et al., C.A. No. 5:10-70

Schedule of Matters for Hearing Session, Section A                    p. 3
Nashville, Tennessee


MDL No. 2187 (Continued)


      Southern District of West Virginia

      Angela Stroud, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-484
      Patty Lewis, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-485
      Louella Perry, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-524
      Martha Martin v. C.R. Bard, Inc., et al., C.A. No. 3:09-525
      Charlotte Deal, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-526
      Pamela Hatfield v. C.R. Bard, Inc., et al., C.A. No. 3:09-527
      Rayetta Baumgardner v. C.R. Bard, Inc., et al., C.A. No. 3:09-528
      Beulah Stephens, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-529
      Tammy Martin, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-625
      Linda Jones v. C.R. Bard, Inc., et al., C.A. No. 3:09-766
      Rebecca Smith v. C.R. Bard, Inc., et al., C.A. No. 3:09-893
      Mary Watson v. C.R. Bard, Inc., et al., C.A. No. 3:09-1555
      Tammy Clark, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:10-353
      Betty Adkins, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:10-824
      Marcie Holton, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:10-857


MDL No. 2188 -- **IN RE: APPLE INC. IPHONE 4 MARKETING, SALES PRACTICES,
      AND PRODUCTS LIABILITY LITIGATION**

      Motions of plaintiffs David Popik and Michael James Goodlick, et al., for centralization
of certain of the following actions in the United States District Court for the Northern District of
California and motion, as amended, of Steve Tietze for centralization of certain of the following
actions in the United States District Court for the Northern District of California:

      Northern District of California

      Greg Aguilera, II v. Apple, Inc., et al., C.A. No. 3:10-3056
      Michael James Goodlick, et al. v. Apple, Inc., et al., C.A. No. 5:10-2862
      Alan Benvenisty v. Apple, Inc., C.A. No. 5:10-2885
      Christopher Dydyk v. Apple, Inc., C.A. No. 5:10-2897
      Jeffrey Rodgers v. Apple, Inc., C.A. No. 5:10-2916
      David Popik v. Apple, Inc., et al., C.A. No. 5:10-2928
      Steve Tietze v. Apple Inc., C.A. No. 5:10-2929

Schedule of Matters for Hearing Session, Section A                              p. 4
Nashville, Tennessee

MDL No. 2188 (Continued)

                    Northern District of California (Continued)

        Charles Pasano v. Apple, Inc., et al., C.A. No. 5:10-3010
        A. Todd Mayo v. Apple, Inc., et al., C.A. No. 5:10-3017

                    Southern District of Florida

        Stacy Milrot v. Apple Inc., et al., C.A. No. 0:10-61130

                    District of Massachusetts

        Dr. Thomas Gionis v. Apple, Inc., et al., C.A. No. 1:10-11110

                    District of Maryland

        Kevin McCaffrey, et al. v. Apple, Inc., et al., C.A. No. 1:10-1776

                    Middle District of Tennessee

        David C. Purdue v. Apple, Inc., et al., C.A. No. 3:10-687

                    Southern District of Texas

        Hung Michael Nguyen v. Apple, Inc., C.A. No. 3:10-252


MDL No. 2189 -- **IN RE: BP SECURITIES, DERIVATIVE AND EMPLOYEE
                RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

        Motion of plaintiff Charis Moule for centralization of the following actions in the United
States District Court for the Northern District of Illinois:

                    Northern District of Illinois

        Charis Moule v. BP Corp., North America, Inc., et al., C.A. No. 1:10-3990
        Syed Arshadullah, et al. v. BP, PLC, et al., C.A. No. 1:10-4026

Schedule of Matters for Hearing Session, Section A                                    p. 5
Nashville, Tennessee


MDL No. 2189 (Continued)


       <u>Southern District of New York</u>

    Ralph Whitley v. BP, PLC, et al., C.A. No. 1:10-4935


MDL No. 2190 -- **IN RE: MCNEIL CONSUMER HEALTHCARE, ET AL., MARKETING
               AND SALES PRACTICES LITIGATION**

    Motion of plaintiff John Smith for centralization of certain of the following actions in the
United States District Court for the Northern District of Illinois and motion of plaintiff Dana
Rivera for centralization of the following actions in the United States District Court for the
Central District of California:

       <u>Central District of California</u>

    Dana Rivera v. Johnson & Johnson, et al., C.A. No. 2:10-5216

       <u>Northern District of Illinois</u>

    John Smith v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-3198
    Wayne Burrell v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4252
    Jennifer DeGroot v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4253
    Justin Michaud v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4254
    Landy Nguyen v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4255
    Emile Roberson, et al. v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4256

       <u>Eastern District of Pennsylvania</u>

    Barbara Haviland, et al. v. McNeil Consumer Healthcare, et al., C.A. No. 2:10-2195

MDL No. 2191 -- **IN RE: TRANSOCEAN LTD. SECURITIES LITIGATION**

     Motion of plaintiff Johnson Investment Counsel, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

        Eastern District of Louisiana

     Thomas Yuen, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1467

        Southern District of New York

     Johnson Investment Counsel, Inc. v. Transocean, Ltd., et al., C.A. No. 1:10-4515


MDL No. 2192 -- **IN RE: FEDEX OFFICE AND PRINT SERVICES, INC., CALIFORNIA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

     Motion of defendant FedEx Office and Print Services, Inc., for centralization of the following actions in the United States District Court for the Central District of California:

        Central District of California

     Narek Eloyan, et al. v. FedEx Office & Print Services, Inc., et al., C.A. No. 2:10-4715

        Northern District of California

     Gary Minor, et al. v. FedEx Office & Print Services, Inc., et al., C.A. No. 3:09-1375


MDL No. 2193 -- **IN RE: BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION**

     Motion of plaintiffs Isaac Mikhail, et al., for centralization of the following actions in the United States District Court for the District of New Jersey or, in the alternative, the United States District Court for the Central District of California, or the United States District Court for the Western District of Washington:

        District of Arizona

     Teresa Follmer, et al. v. Bank of America, NA, et al., C.A. No. 2:10-1435

Schedule of Matters for Hearing Session, Section A                                    p. 7
Nashville, Tennessee


MDL No. 2193 (Continued)


       Central District of California

Debra Matthews v. BAC Home Loans Servicing, LP, et al., C.A. No. 2:10-5506

       Northern District of California

Britta Brewer, et al. v. Bank of America, NA, et al., C.A. No. 3:10-1884

       Eastern District of Louisiana

Dominique Flicher, et al. v. BAC Home Loan Servicing, LP, et al., C.A. No. 2:10-1902

       District of Massachusetts

Patricia Johnson v. BAC Home Loans Servicing, LP, C.A. No. 1:10-10316
Francilot Mangura v. BAC Home Loans Servicing, LP, C.A. No. 1:10-11008

       District of New Jersey

Isaac Mikhail, et al. v. Bank of America, NA, et al., C.A. No. 2:10-3630

       Eastern District of Pennsylvania

Joseph Haber, et al. v. Bank of America, NA, et al., C.A. No. 2:10-3524

       Western District of Washington

Michael Chugg v. BAC Home Loans Servicing LP, et al., C.A. No. 2:10-332
Kamie Kahlo, et al. v. Bank of America NA, et al., C.A. No. 2:10-488
Anthony Soper, et al. v. Bank of America, N.A., et al., C.A. No. 2:10-1194

       Southern District of West Virginia

Beatrice D.C. Zubaidi v. Countrywide Home Loans Servicing, LP, C.A. No. 2:09-1070
Marion V. Smith v. BAC Home Loans Servicing, LP, C.A. No. 2:10-354

Schedule of Matters for Hearing Session, Section A                                    p. 8
Nashville, Tennessee


MDL No. 2193 (Continued)


       Eastern District of Wisconsin

    Anna Modenhauer v. BAC Home Loan Servicing LP,  et al., C.A. No. 2:10-544

# SECTION B
# MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Linda Olschewske, et al.; Dale Powers; and Ronald Eckerle to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of California

Linda Olschewske, et al. v. Asbestos Defendants, et al., C.A. No. 4:10-1729
Dale Powers v. Allis Chalmer Corp. Product Liability Trust, et al., C.A. No. 4:10-1921

Eastern District of Louisiana

Ronald Eckerle v. Northrop Grumman Shipbuildings, Inc., et al., C.A. No. 2:10-1460

MDL No. 1358 -- **IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Ashland, Inc., et al., to transfer of the following actions to the United States District Court for the Southern District of New York:

Southern District of Illinois

Village of Bethalto v. Ashland, Inc., et al., C.A. No. 3:10-396

Northern District of Indiana

Town of Kouts v. Ashland, Inc., et al., C.A. No. 2:10-186

**MDL No. 1551 -- IN RE: RECIPROCAL OF AMERICA (ROA) SALES PRACTICES
LITIGATION**

Opposition of plaintiff Bullock County Hospital to transfer of the following action to the
United States District Court for the Western District of Tennessee:

Middle District of Alabama

Bullock County Hospital v. Ronald Ferguson, et al., C.A. No. 2:10-429

**MDL No. 1769 -- IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**

Opposition of defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP to
remand, under 28 U.S.C. § 1407(a), of 5,999 actions to their respective transferor courts (these
actions are listed in MDL No. 1769 pleading numbers 353 and 356).

**MDL No. 1905 -- IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION**

Opposition of plaintiff Robin Perry, etc., to transfer of the following action to the United
States District Court for the District of Minnesota:

Eastern District of Texas

Robin Perry, etc. v. Medtronic, Inc., C.A. No. 6:10-306

**MDL No. 1928 -- IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Bayer Corp.; Bayer HealthCare Pharmaceuticals, Inc.; and
Bayer HealthCare LLC to transfer of the following action to the United States District Court for
the Southern District of Florida:

District of New Jersey

Laurie Simpson, et al. v. Bayer Pharmaceutical Corp., et al., C.A. No. 2:05-3895

MDL No. 1968 -- **IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

   Oppositions of plaintiff Felecia Beasley, etc., and defendants Guardian Pharmacies, LLC; Guardian Pharmacy of Southeast Georgia, LLC; and Senior Care Pharmacy of Statesboro to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

     Middle District of Alabama

  Felecia Beasley, etc. v. Actavis Group hf, et al., C.A. No. 2:10-375

     Southern District of Georgia

  Stephen Yarbrough, et al. v. Actavis Totowa, LLC, et al., C.A. No. 4:10-129

MDL No. 2029 -- **IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION**

   Opposition of movant Blockbuster Inc. to transfer of the following action to the United States District Court for the Northern District of California:

     Northern District of Texas

  In re: Rule 45 Deposition Subpoena served on Blockbuster Inc., Misc. No. 3:10-67

MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

   Oppositions of plaintiff Harold J. Joseph and defendants BancorpSouth, Inc., and Webster Bank, N.A., to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

     Northern District of Florida

  Shane Swift v. BancorpSouth, Inc., C.A. No. 1:10-90

     Western District of Missouri

  Harold J. Joseph, Jr. v. Commerce Bank N.A., et al., C.A. No. 4:10-685

Schedule of Matters for Hearing Session, Section B                           p. 12
Nashville, Tennessee


MDL No. 2036 (Continued)


      Southern District of New York

    Jane Emmons v. Webster Bank, N.A., C.A. No. 1:10-4172


MDL No. 2047 -- **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS
         LIABILITY LITIGATION**

    Motions of plaintiffs Taylor Morrison, Inc., et al., and defendants Lennar Corp.; Lennar
Homes, LLC; and U.S. Home Corp. to transfer their respective following actions to the United
States District Court for the Eastern District of Louisiana:

      Middle District of Florida

    Taylor Morrison, Inc., et al. v. American International Specialty Lines Insurance Co.,
      C.A. No. 8:10-1347

      Southern District of Florida

    Mid-Continent Casualty Co. v. Active Drywall South, Inc., et al., C.A. No. 1:10-20859
    Mid-Continent Casualty Co. v. JDM Builders, Inc., et al., C.A. No. 1:10-20862


MDL No. 2068 -- **IN RE: LIGHT CIGARETTES MARKETING AND SALES
         PRACTICES LITIGATION**

    Opposition of plaintiffs Lisa Watson, et al., to transfer of the following action to the
United States District Court for the District of Maine:

      Eastern District of Arkansas

    Lisa Watson, et al. v. Altria Group, Inc., et al., C.A. No. 4:10-396

Schedule of Matters for Hearing Session, Section B                    p. 13
Nashville, Tennessee


**MDL No. 2073 -- IN RE: OPTIMAL STRATEGIC U.S. EQUITY FUND SECURITIES
        LITIGATION**

Opposition of plaintiffs Abraham Rembaum, et al., to transfer of the following action to
the United States District Court for the Southern District of Florida:

        Southern District of New York

    Abraham Rembaum, et al. v. Banco Santander, S.A., et al., C.A. No. 1:10-4095


**MDL No. 2100 -- IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING,
        SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Shevawn Feeney to transfer of the following action to the United
States District Court for the Southern District of Illinois:

        Northern District of Illinois

    Shevawn Feeney v. Bayer Corp., et al., C.A. No. 1:10-3696


**MDL No. 2119 -- IN RE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
        (MERS) LITIGATION**

Motion of plaintiffs Michele A. Christian, et al., to transfer the following action to the
United States District Court for the District of Arizona:

        Eastern District of Pennsylvania

    Michele A. Christian, et al. v. Fulton Financial Corp., et al., C.A. No. 5:10-789

Schedule of Matters for Hearing Session, Section B                          p. 14
Nashville, Tennessee


MDL No. 2151 -- **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY
LITIGATION**

Oppositions of plaintiffs Beverly Ifergan; Mary O'Rourke, et al.; and Janice Markowitz
to transfer of their respective following actions to the United States District Court for the Central
District of California:

Eastern District of New York

Beverly Ifergan v. Toyota Motor Sales U.S.A., Inc., et al., C.A. No. 1:10-1116

Southern District of Ohio

Mary O'Rourke, et al. v. Toyota Motor Sales U.S.A., Inc., C.A. No. 3:10-124

Western District of Pennsylvania

Janice Markowitz v. Toyota Motor Sales U.S.A., Inc., C.A. No. 2:10-644


MDL No. 2158 -- **IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY
LITIGATION**

Opposition of defendant Zimmer, Inc., to transfer of the following action to the United
States District Court for the District of New Jersey:

Middle District of Florida

Karen Stinson v. Zimmer, Inc., C.A. No. 8:10-1079

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such  statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.1.2 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
     (i)    the dispositive issue(s) have been authoritatively decided; or
    (ii)    the facts and legal arguments are adequately presented in the briefs and record,
      and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.1.2 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.