Case MDL No. 875   Document 6263   Filed 08/16/10   Page 1 of 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) August 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Harvey Lee Montgomery and Annie Montgomery
Plaintiffs

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

In The United States District Court For the Northern District of Alabama
Southern Division
Case Number: 2:10-CV-21-RDP
Harvey Lee Montgomery, et al. v. Long-Lewis, Inc., et al.
In the Circuit Court of Jefferson County, State of Alabama
Case Number: 01-CV-2009-901056

***********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 3, 21010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
G. Patterson Keahey, Esq.
The Law Offices of G. Patterson Keahey
One Independence Plaza, Ste 612
Birmingham, Alabama 35209
Telephone No.: 205-871-0707            Fax No.: 205-871-0871

Email Address: alasbestos@mesohelp.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18