# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon **Eastern Time**) August 17, 2010
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 6 2010

FILED
CLERK'S OFFICE

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Foster Wheeler LLC (Defendant)
Leslie Controls, Inc. (Defendant)
Elliott Company (Defendant)

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Leo Cannon et al v. Buffalo Pumps, Inc.
District of Connecticut, Civil Action No. 3:09-cv-2074

PLEADING NO. 6264

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 11, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
James R. Oswald, Esquire, Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903

Telephone No.: 401-274-7200         Fax No.: 401-351-4607

Email Address: joswald@apslaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

**OFFICIAL FILE COPY**

JPML Form 18

IMAGED AUG 1 6 2010

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)** August 17, 2010
**Panel Fax No.:** (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 6 2010

FILED
CLERK'S OFFICE

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Leslie Controls, Inc. (Defendant)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Lori Holt, Executrix for the Estate of Stephen Haluga v. General Electric Company
District of Connecticut, Civil Action No. 3:09-cv-1531

********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 11, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

James R. Oswald, Esquire, Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903

Telephone No.: 401-274-7200    Fax No.: 401-351-4607

Email Address: joswald@apslaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) August 17, 2010**
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 6 2010

FILED
CLERK'S OFFICE

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Foster Wheeler LLC (Defendant)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Stanley E. Trew et al v. Air & Liquid Systems
District of Rhode Island, Civil Action No. 1:10-cv-282

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 11, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

James R. Oswald, Esquire, Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903

Telephone No.: 401-274-7200      Fax No.: 401-351-4607

Email Address: joswald@apslaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18