UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICE LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

| TO: United States Judicial Panel On Multidistrict Litigation Thurgood Marshall Federal Judiciary Bldg. One Columbus Circle, N.E. Room G-255 Washington, D.C. 20002 | THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)  August 17, 2020 Panel Fax No. (202) 502-2888 |
|---|---|

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESTENTED (indicate plaintiff or defendant – attach list if necessary):**

Defendant Fraser's Boiler Service, Inc.

**SHORT CASE CAPTION(s) (Include Districts(s), Civil Action No(s). – attach list if necessary):**

Barbara Lewis, PRE of John Lewis v. Albay Construction Company, et al.
United States District Court Western District of Washington at Seattle Cause No. 2:10-cv-01121 RAJ
King County Superior Court Cause No. 08-2-21991-7 SEA

*****************************************************************

In compliance with Rule 5.2(c), R.P.J.M.L., 199 F.R.D. 425 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____8/12/10_____                               _____
        Date                                    Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Melissa K. Habeck, WSBA #30836, Forsberg & Umlauf, P.S., 901 5th Avenue, Suite 1400, Seattle, Washington 98164

Telephone No.: _206-689-8500_        Fax No.: _206-689-8501_

Email Address: **mhabeck@forsberg-umlauf.com**

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing NOTICE OF APPEARANCE on the following individuals in the manner indicated:

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

Mr. Cameron O. Carter
Ms. Jane Vetto
Brayton Purcell, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Facsimile: 1-503-241-2573
( x ) Via U.S. Mail
( x ) Via Facsimile

Ms. Wendy E. Lyon
Riddell Williams P.S.
1001 Fourth Avenue Plaza, #4500
Seattle, WA 98154-1065
Facsimile: 206-389-1708
( x ) Via Email

Mr. Eric L. Dahlin
Davis Wright Tremaine, LLP
1300 S.W. 5th Avenue, Suite 2300
Portland, OR 97201
Facsimile: 503-778-5299
( x ) Via U.S. Mail

Ms. Kathleen A. Stimeling
Schiff Hardin, LLP
One Market
Spear Street Tower
Thirty-Second Floor
San Francisco, California 94105
Facsimile: 1-415-901-8701
( x ) Via U.S. Mail

Mr. Timothy K. Thorson
Carney Badley Spellman
701 5th Ave., Suite 3600
Seattle, WA 98104
Facsimile: 206-622-8983
( x ) Via Hand Delivery

Mr. Gene Barton
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101
Facsimile: 206-682-7100
( x ) Via Hand Delivery

Mr. Jason C. Hawes
Jackson Jenkins Renstrom LLP
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Facsimile: 206-262-7601
( x ) Via Hand Delivery

Mr. Christopher Marks
Williams, Kastner & Gibbs PLLC
601 Union St., Suite 4100
Seattle, WA 98101-2380
Facsimile: 206-628-6611
( x ) Via Email

Mr. G. William Shaw
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Facsimile: 206-623-7022
( x ) Via Email

Mark B. Tuvim
Gordon & Rees, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Facsimile: 1-206-689-2822
( x ) Via Email

Kevin C. Baumgardner
Corr Cronin Michelson Baumgardner & Preece, LLP
1001 4th Avenue, Suite 3900
Seattle, WA 98154
Facsimile: 206-625-0900
( x ) Via Email

Ms. Katherine M. Steele
Stafford Frey Cooper
601 Union St., Suite 3100
Seattle, WA 98101
Facsimile: 206-624-6885
( x ) Via Email

Mr. Richard G. Gawlowski
Wilson Smith Cochran & Dickerson
1215 Fourth Ave., Suite 1700
Seattle, WA 98161
Facsimile: 206-623-9273
( x ) Via Email

Mr. Douglas K. Yoshida
Ogden Murphy Wallace, P.L.L.C.
1601 5th Avenue, Suite 2100
Seattle, WA, 98101-1686
Facsimile: 206-447-0215
( x ) Via Email

Mr. Barry Mesher
Lane Powell PC
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338
Facsimile: 206-223-7107
( x ) Via Email

Mr. Brian D. Zeringer
Lane Powell Spears Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Facsimile: 206-223-7107
( x ) Via Email

Mr. Rodney L. Umberger, Jr.
Williams, Kastner & Gibbs
601 Union St., Suite 4100
Seattle, WA 98111-3926
Facsimile: 206-628-6611
( x ) Via Email

**SIGNED** this 12th day of August, 2010, at Seattle, Washington.

Shannon D. Walker