UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
On Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) August 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-338)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):**

QUINTEC INDUSTRIES, INC. - DEFENDANT

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).—attach list if necessary):**

| | |
|---|---|
| BARBARA JEAN LEWIS, as Personal Representative of the Estate of JOHN ROBERT LEWIS, deceased, | ) ) ) MDL DOCKET NO. 875 |
| Plaintiff, | ) ) Western District of Washington |
| v. | ) Cause No.: 2:10-CV-01121 |
| ALBAY CONSTRUCTION COMPANY/ ASARCO INCORPORATED, et al., | ) ) ) ) |
| Defendants. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

8/4/2010
Date

Signature of Attorney or Designee

Name and Address of Designated Attorney:
D. K. Yoshida
1601 Fifth Avenue, Suite 2100
Seattle, WA  98101
Telephone No.: 206.447.7000            Fax No.: 206.447.0215

Email Address:  dyoshida@omwlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

{MVS808365.DOCX;1\12060.000020\ }