Case MDL No. 875   Document 6268   Filed 08/17/10   Page 1 of 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 17, 2010

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

Gail Garner, et al. v. DII Industries, LLC Asbestos PI Trust, et al., W.D.N.Y., C.A. No. 10-6345

### Notice of Opposition to CTO-338

I represent defendants DII Industries, LLC Asbestos PI Trust, Mark Gleason, and Marcellene Malouf ("Defendants") in the above-captioned action, which is included in Conditional Transfer Order 338. Defendants oppose the transfer of this action to MDL No. 875. I understand that a motion to vacate Conditional Transfer Order 338 and a brief in support thereof are due in 14 days.

Sincerely,

Gregg McHugh

DII Industries, LLC Asbestos PI Trust
7557 Rambler Road, Suite 285
Dallas, Texas 75231
214-271-0554
gmchugh@diiasbestostrust.org

Counsel for Defendants DII Industries, LLC Asbestos PI Trust, Mark Gleason, and Marcellene Malouf