Case MDL No. 875   Document 6269   Filed 08/17/10   Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 17, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                   MDL No. 875

NOTICE OF FILED OPPOSITION
AND PUBLICATION OF BRIEFING SCHEDULE

Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **Defendants DII Industries, LLC Asbestos PI Trust, Mark Gleason and Marcellene Malouf** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.

The Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed below. See Rule 5.1.1 et seq. for filing options and requirements**.** Counsel filing oppositions in more than one action should file a single motion and brief with an attached schedule of actions. **Fax transmission of the motion and brief or response will not be accepted.** See Panel Rule 5.1.2(d).

Papers must be served on the attached Panel Service List. Attach a copy of this list to the certificate of service. (Counsel who have subsequently made appearances in this action should be added to the certificate of service).

All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above. The briefing schedule is set as follows:

   **Rule 5.3 Corporate Disclosure Statements Due on or Before:    August 31, 2010**

   **Motion and Brief Due on or Before:           August 31, 2010**

   **Responses Due on or Before:                  September 21, 2010**

Failure to file and serve the required motion and brief within the allotted 14 days will be considered a withdrawal of the opposition, and the stay of the conditional transfer order will be lifted.

Counsel will be notified if/when this matter is scheduled for hearing before the Panel. Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

      Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

                                    FOR THE PANEL:

                                    Jeffery N. Lüthi
                                    Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                  MDL No. 875

## PANEL SERVICE LIST ( Excerpted from CTO-338)

Gail Garner, et al. v. DII Industries, LLC Asbestos PI, et al., W.D. New York, C.A. No. 6:10-6345
(Judge Charles J. Siragusa)

Christina A. Agola
2100 First Federal Plaza
28 East Main Street
Rochester, NY 14614
**cagola@wnycivilrights.com**

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Gregg McHugh
DII Industries LLC Asbestos PI Trust
7557 Rambler Road, Suite 285
Dallas, TX 75231
**gmchugh@diiasbestostrust.org**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Andrew Lee Morrison
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022-6030
**andrew.morrison@klgates.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29466
**OilSpillLitigationMDL@motleyrice.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**