# Brayton✦Purcell LLP

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. McDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

TRIAL LAWYERS

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
FRANK J. ANDERS
RON G. ARCHER
K. DOUGLAS ATKINSON
VENUS BAREKATAIN
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
JAMES G. GILYARD
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRIS E. HERSOM
SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
MATTHEW B. LEE
THEODORE LIEU
MAUREEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OREN P. NOAH
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
UMU K. TAFISI
ANNIE E. VERNON
JANE E. VETTO*
NANCY T. WILLIAMS
NOAH J. WOODS

August 3, 2010

SENT BY U.S. CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    *Elizabeth Taylor, et al., vs General Electric Company, et al*,
             U.S. District Court, Northern District of California, Case No. CV-10-3382

Dear Clerk of the Panel:

    Plaintiffs in the above-referenced matter have initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiffs informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

    I enclosed a photocopy of Plaintiffs' Notice of Tag-Along Action, which is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

                          Very truly yours,

                          /s/ *David R. Donadio*

                          David R. Donadio

Enclosure

K:\Injured\111206\corresp\Ltr Tag-Along 08 03 10.wpd

**OFFICIAL FILE COPY**      IMAGED AUG 17 2010

ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH TAYLOR, et al., | No. 3382 |
| Plaintiffs, | |
| vs. | NOTICE OF TAG-ALONG ACTION |
| GENERAL ELECTRIC COMPANY, et al., | Multi-District Rule 7.5(e) |
| Defendants. | |

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S. C.§1207 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," which refers to a civil action pending in a district court and involving common questions of fact with actions previously transferred under Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. *See* Multi-District Litigation Rules ("MDL Rule"), Rule 11.

Pursuant to MDL Rule 7.5(c),

> Any party or counsel in action previously transferred under Section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential 'tag-along" actions' in which that party is also named or in which that counsel appears.

K:\Injured\111206\FED\cmp fed (wd).wpd                                    1

1  Plaintiffs hereby notify the Court that this case is a potential "tag-along action" which
2  may be subject to transfer to the United States District Court, Eastern District of Pennsylvania.
3  Plaintiffs are sending a copy of this notice to the Clerk of the MDL Panel contemporaneous with
4  the filing of this notice. The Clerk of the Panel may either (1) enter a conditional transfer order
5  pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause why this action should not be
6  transferred, pursuant to MDL Rule 7.5(b).

Dated: 6/21/10

BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiffs