ONE MARKET PLAZA  STEUART TOWER, 8TH FLOOR  SAN FRANCISCO, CALIFORNIA 94105-1101

www.sdma.com  415.781.7900 phone  415.781.2635 fax

# Sedgwick
DETERT, MORAN & ARNOLD LLP

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 17 2010

FILED
CLERK'S OFFICE

July 30, 2010

MDL 875

PLEADING NO. 6274

<u>VIA FACSIMILE ONLY (202) 502-2888</u>

Michael Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Stefan Petryk v. General Electric Company, et al.*
      U.S. District Court, Northern District Of California, Case No. CV 10 2927 BZ
      Our File No.: 0045-079666

Dear Mr. Beck:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California.

Plaintiff in the above-referenced matter has initiated a personal injury, asbestos-related action. Plaintiff claim that he was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for consolidated pretrial proceedings. Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania.

This "tag-along" case was originally filed in the U.S. District Court for the Northern District of California on May 21, 2009. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose GE's Notice of Tag-Along Action, which was filed with the U.S. District Court for the Northern District of California and served on counsel for plaintiff.

SF/1713286v1

**OFFICIAL FILE COPY**



Celebrating 75 Years of Service 1933-2008

IMAGED AUG 17 2010

July 30, 2010
Page 2

Plaintiff in this action is represented by Brayton & Purcell, LLP, 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

*[signature]*

Marc Brainich
Sedgwick, Detert, Moran & Arnold LLP

MB/jmr

Enclosure

**cc: (via facsimile only) (w/out enclosure)**

Brayton * Purcell, LLP – Attn: Frank Anders

**cc: (via E-File only) (w/out enclosure)**

United States District Court
Northern District of California
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| | |
|---|---|
| 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
| CHARLES T. SHELDON  Bar No. 155598 | |
| 2  MARC BRAINICH (Bar No. 191034) | AUG 17 2010 |
| One Market Plaza | |
| 3  Steuart Tower, 8th Floor | FILED |
| San Francisco, California 94105 | CLERK'S OFFICE |
| 4  Telephone: (415) 781-7900 | |
| Facsimile: (415) 781-2635 | |

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN PETRYK, | CASE NO. CV 10 2927 BZ |
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTIONS** |
| v. | Local Civ. Rule 3-13; Multi-District Rule 7.5 |
| GENERAL ELECTRIC COMPANY, et al., | |
| Defendant. | |

**PLEASE TAKE NOTICE THAT** on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1207 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," which refers to a civil action pending in a district court and involving common questions of fact with actions previously transferred under Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. *See* Multi-District Litigation Rules ("MDL Rules), Rule 11.

Pursuant to MDL Rule 7.5(c),

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along" actions" in which that party is also named or in which that counsel appears.

1  Defendant GENERAL ELECTRIC COMPANY hereby notifies the Court that this case is
2  a potential "tag-along action" which may be subject to transfer to the United States District
3  Court, Eastern District of Pennsylvania. GENERAL ELECTRIC COMPANY has forwarded a
4  copy of this notice to the Clerk of the MDL Panel. The Clerk of the Panel may either (1) enter a
5  conditional transfer order pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause
6  why this action should not be transferred, pursuant to MDL Rule 7.5(b).

8  DATED: July 30, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  By:      /S/   Marc Brainich
                                         Marc Brainich
                                         Attorneys for Defendant
                                         GENERAL ELECTRIC COMPANY

## Notices
4:10-cv-02927-SBA Petryk v. General Electric Company et al
ADRMOP, E-Filing

### U.S. District Court
### Northern District of California
### Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are two hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Brainich, Marc entered on 8/3/2010 3:15 PM and filed on 8/3/2010
**Case Name:**      Petryk v. General Electric Company et al
**Case Number:**    4:10-cv-02927-SBA
**Filer:**          General Electric Company
**Document Number:** 16

**Docket Text:**
**NOTICE by General Electric Company *OF PENDENCY OF OTHER ACTIONS* (Brainich, Marc) (Filed on 8/3/2010)**

**4:10-cv-02927-SBA Notice has been electronically mailed to:**

Marc Brainich    marc.brainich@sdma.com

**4:10-cv-02927-SBA Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Alan R. Brayton
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

David R. Donadio
Brayton Purcell LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\smg1\Desktop\PetrykNoticeofPendency.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/3/2010] [FileNumber=6592941-0] [
1679988d9cb2da5da44415b0e500e3137e7e0eb0e1fc3a03172cadc350e9eb2f739275
d20b24e472805dc48a8fa6d1a52e1c28407f386f52eb563f402668d9e9]]