

**SIDLEY AUSTIN LLP**
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

jfonstad@sidley.com
(312) 853-0752

FOUNDED 1866

MDL 875

August 3, 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 17 2010

FILED
CLERK'S OFFICE

**By Facsimile (202.502.2888; letter only) & Federal Express**

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:   MDL 875: In re Asbestos Product Liability Litigation (No. VI)

Dear Mr. Lüthi:

Pursuant to Rules 7.2(i), 7.3(a) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel of the following potential tag-along action in MDL 875:

*Pauline A. Love, Individually and as Special Administrator for the Estate of Howard Love, deceased v. A.W. Chesterton Co., et al.*, Northern District of Illinois, Case No. 1:10-cv-4145, Hon. Samuel Der-Yeghiayan

Enclosed are copies of the docket sheet, complaint, civil cover sheet, and defendant General Electric Company's notice of tag-along action.

Please do not hesitate to contact me should you have any questions about the above.

Sincerely,

John Fonstad

John A. Fonstad

Enclosures

cc:   All Counsel of Record (by U.S. Mail) per attached service list

PLEADING NO. 6277

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

IMAGED AUG 17 2010

## SERVICE LIST

**PAULINE A. LOVE,** Individually and as Special Administrator for the Estate of **HOWARD LOVE,** deceased, v. A.W. Chesterton Co., et al., **Case No. 10-cv-4145**

Michael P. Cascino, Esq.
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
*Attorney for* Plaintiff

Demetra Arapakis Christos
Foley & Mansfield, P.L.L.P.
39 S. LaSalle, Suite 1110
Chicago, IL 60603
*Attorney for* CBS Corporation

William F. Mahoney, Esq.
Kathleen McDonough, Esq.
Segal, McCambridge, Singer & Mahoney
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
*Attorney for* A.W. Chesterton Co. and Foster Wheeler Corporation

Susan Gunty
Gunty & McCarthy
150 S. Wacker Drive, Suite 1025
Chicago, IL 60606
*Attorney* for Okonite Company

Charles E. Blackman
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
*Attorney* for United States Steel Corp.

Ronald Austin
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
*Attorney* for Miller Electric Manufacturing Co.

Joseph J. O'Hara, Jr.
Matthew Jardine
Schiff, Hardin & Waite, LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
*Attorney for* Georgia-Pacific Corp. and Owens-Illinois, Inc.

Daniel P. Stoeberl
Sonnenschein Nath & Rosenthal, LLP
One Metropolitan Square
St. Louis, MO 63102
*Attorney for* Rapid American Corporation

Christopher P. Larson
Tobin J. Taylor
Adam J. Lagocki
Heyl, Royster, Voelker & Allen
Chase Building, Suite 600
124 SW Adams Street
Peoria, IL 61502
*Attorney for* Union Carbide Corporation

Manueal Sanchez
Joseph P. Sullivan
Neal Beaton McQueeney
Sanchez Daniels & Hoffman LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606
*Attorney for* RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable

Unknown Counsel for Lincoln Electric Co.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 17 2010

FILED
CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PAULINE A. LOVE, Individually and as Special Administrator of the Estate of HOWARD LOVE, deceased, | ) ) ) ) Case No. 1:10-cv-4145 |
| Plaintiff, | ) ) IN RE: ASBESTOS PRODUCT |
| v. | ) LIABILITY LITIGATION (NO. VI) ) CIVIL ACTION NO. MDL 875 |
| A.W. Chesterton Co., et al., | ) PENDING IN THE UNITED STATES ) DISTRICT COURT FOR THE EASTERN ) DISTRICT OF PENNSYLVANIA |
| Defendants. | ) ) |

### NOTICE OF TAG-ALONG ACTION AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filings of the Panel's order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel also appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order, pursuant to MDL Rule 7.4(a) or

(2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

This is also to certify that this same pleading has been mailed to the Clerk of the Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room G-255, North Lobby, Washington, D.C. 20002-8004.

DEFENDANT DEMANDS
TRIAL BY JURY

Respectfully submitted,
SIDLEY AUSTIN LLP

/s/ John Fonstad

Maja C. Eaton
Edward P. Kenney
John A. Fonstad
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Attorneys for Defendant
General Electric Company

Dated: August 3, 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 17 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further certify that I caused a copy of the foregoing document to be served upon all other counsel of record, per the attached Service List, via U.S. Mail, postage prepaid, at their listed addresses, on this 3rd day of August, 2010.

s/ John Fonstad

## SERVICE LIST

**PAULINE A. LOVE,** Individually and as Special Administrator of the Estate of **HOWARD LOVE,** deceased, v. A.W. Chesterton Co., et al., **Case No. 1:10-cv-4145**

Michael P. Cascino, Esq.
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
*Attorney for* Plaintiff

Demetra Arapakis Christos
Foley & Mansfield, P.L.L.P.
39 S. LaSalle, Suite 1110
Chicago, IL 60603
*Attorney for* CBS Corporation

William F. Mahoney, Esq.
Kathleen McDonough, Esq.
Segal, McCambridge, Singer & Mahoney
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
*Attorney for* A.W. Chesterton Co. and Foster Wheeler Corporation

Susan Gunty
Gunty & McCarthy
150 S. Wacker Drive, Suite 1025
Chicago, IL 60606
*Attorney* for Okonite Company

Charles E. Blackman
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
*Attorney* for United States Steel Corp.

Ronald Austin
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
*Attorney* for Miller Electric Manufacturing Co.

Joseph J. O'Hara, Jr.
Matthew Jardine
Schiff, Hardin & Waite, LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
*Attorney for* Georgia-Pacific Corp. and Owens-Illinois, Inc.

Daniel P. Stoeberl
Sonnenschein Nath & Rosenthal, LLP
One Metropolitan Square
St. Louis, MO 63102
*Attorney for* Rapid American Corporation

Christopher P. Larson
Tobin J. Taylor
Adam J. Lagocki
Heyl, Royster, Voelker & Allen
Chase Building, Suite 600
124 SW Adams Street
Peoria, IL 61502
*Attorney for* Union Carbide Corporation

Manueal Sanchez
Joseph P. Sullivan
Neal Beaton McQueeney
Sanchez Daniels & Hoffman LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606
*Attorney for* RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable

Unknown Counsel for Lincoln Electric Co.

KIM
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 7 2010

FILED
CLERK'S OFFICE

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.0.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:10-cv-04145

Love et al v. A.W. Chesterton Company et al
Assigned to: Honorable Samuel Der-Yeghiayan
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 07/02/2010
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Pauline A Love**
*individually and as Special*
*Administrator of the Estate of, deceased*

*estate of*
Howard Love

represented by **Michael Peter Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: michaelp.cascino@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**CBS Corporation**
*a corporation*

**Defendant**

**Foster Wheeler Corporation**

**Defendant**

**General Electric Company**

represented by **Edward P Kenney**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: ekenney@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Anthony Fonstad**
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-0752

Email: jfonstad@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maja C. Eaton**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: meaton@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia Pacific LLC**

**Defendant**

**Lincoln Electric Company**

**Defendant**

**Miller Electric Manufacturing Company**

represented by **Ronald Austin , Jr.**
Brothers & Thompson, P.C.
100 West Monroe Street
Suite 1700
Chicago, IL 60603
(312) 372-2909
Email: raustin@brothersthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc.**

**Defendant**

**Rapid American Corporation**

**Defendant**

**The Okonite Company**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**United States Steel Corporation**

**Defendant**

**RSCC Wire & Cable**
*a corporation*
*formerly known as*

represented by **Manuel Sanchez**
Sanchez & Daniels
333 West Wacker Drive

Rockbestos-Suprenant Cable

Suite 500
Chicago, IL 60606
(312) 641-1555
Email: msanchez@sanchezdh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Beaton McQueeney**
Sanchez & Daniels
333 West Wacker Drive
Suite 500
Chicago, IL 60606
(312) 641-1555
Email: nmcqueeney@sanchezdh.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2010 | 1 | COMPLAINT filed by Howard Love, Pauline A Love; Jury Demand. Filing fee $ 350, receipt number 0752-4980360. (Attachments: # 1 Exhibit A - Defendants home states and principal places of business, # 2 Exhibit B - Decedent's work history)(Cascino, Michael) (Entered: 07/02/2010) |
| 07/02/2010 | 2 | ATTORNEY Appearance for Plaintiffs Howard Love, Pauline A Love by Michael Peter Cascino (Cascino, Michael) (Entered: 07/02/2010) |
| 07/02/2010 | 3 | CIVIL Cover Sheet (Cascino, Michael) (Entered: 07/02/2010) |
| 07/02/2010 | 4 | Notice of Tag-Along action by Howard Love, Pauline A Love (Cascino, Michael) (Entered: 07/02/2010) |
| 07/02/2010 | 5 | CERTIFICATE of Interest *Pauline A. Love* (Cascino, Michael) (Entered: 07/02/2010) |
| 07/02/2010 |  | CASE ASSIGNED to the Honorable Samuel Der-Yeghiayan. Designated as Magistrate Judge the Honorable Young B. Kim. (emd, ) (Entered: 07/02/2010) |
| 07/08/2010 | 6 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Initial status hearing set for 09/02/10 at 9:00 a.m. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's Courtroom Deputy in Room 1906. The Court's standing orders on the Initial Status Report and Joint Jurisdictional Status Report maybe obtained from Judge Der-Yeghiayan's web page or from this Court's Courtroom Deputy. Counsel for the Plaintiff is warned that failure to serve summons and complaint on Defendants will result in a dismissal of the action and/or a dismissal of that Defendant not properly served pursuant to FRCP 4. Counsel for Plaintiff is further directed to file with the Clerk of Court, the appropriate returns of service and/or waivers of service. Mailed notice (mw, ) (Entered: 07/08/2010) |

| 07/09/2010 | 7 | MOTION by Plaintiff Pauline A Loveto Appoint Special Administrator (Cascino, Michael) (Entered: 07/09/2010) |
|---|---|---|
| 07/14/2010 | 8 | ATTORNEY Appearance for Defendant Miller Electric Manufacturing Company by Ronald Austin, Jr (Austin, Ronald) (Entered: 07/14/2010) |
| 07/14/2010 | 9 | ANSWER to Complaint with Jury Demand by Miller Electric Manufacturing Company(Austin, Ronald) (Entered: 07/14/2010) |
| 07/14/2010 | 10 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Miller Electric Manufacturing Company (Austin, Ronald) (Entered: 07/14/2010) |
| 07/21/2010 | 11 | ATTORNEY Appearance for Defendant RSCC Wire & Cable by Neal Beaton McQueeney (McQueeney, Neal) (Entered: 07/21/2010) |
| 07/21/2010 | 12 | ATTORNEY Appearance for Defendant RSCC Wire & Cable by Manuel Sanchez (Sanchez, Manuel) (Entered: 07/21/2010) |
| 07/21/2010 | 13 | ANSWER to Complaint with Jury Demand by RSCC Wire & Cable(Sanchez, Manuel) (Entered: 07/21/2010) |
| 07/21/2010 | 14 | LETTER from Scott LaScala dated 7/12/10. (smm) (Entered: 07/23/2010) |
| 08/03/2010 | 15 | ATTORNEY Appearance for Defendant General Electric Company by Maja C. Eaton (Eaton, Maja) (Entered: 08/03/2010) |
| 08/03/2010 | 16 | ATTORNEY Appearance for Defendant General Electric Company by Edward P Kenney (Kenney, Edward) (Entered: 08/03/2010) |
| 08/03/2010 | 17 | ATTORNEY Appearance for Defendant General Electric Company by John Anthony Fonstad (Fonstad, John) (Entered: 08/03/2010) |
| 08/03/2010 | 18 | ANSWER to Complaint by General Electric Company(Fonstad, John) (Entered: 08/03/2010) |
| 08/03/2010 | 19 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by General Electric Company (Fonstad, John) (Entered: 08/03/2010) |
| 08/03/2010 | 20 | Notice of Tag-Along Action by General Electric Company (Fonstad, John) (Entered: 08/03/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/03/2010 11:18:58 | | | |
| PACER Login: | sa0019 | Client Code: | 07900-40130-30152 |
| Description: | Docket Report | Search Criteria: | 1:10-cv-04145 |
| Billable Pages: | 3 | Cost: | 0.24 |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 17 2010

FILED
CLERK'S OFFICE

Pauline A Love, individually and as Special
Administrator of the Estate of Howard Love,
deceased

                Plaintiff,

v.

A.W. Chesterton Company, a corporation,
CBS Corporation, a corporation,
Foster Wheeler Corporation, a corporation,
General Electric Company, a corporation,
Georgia Pacific, LLC, a corporation,
Lincoln Electric Company, a corporation,
Miller Electric Manufacturing Company, a
corporation,
Owens-Illinois Inc., a corporation,
Rapid American Corporation, a corporation,
RSCC Wire & Cable f/k/a Rockbestos-
Suprenant Cable, a corporation,
The Okonite Company, a corporation,
Union Carbide Corporation, a corporation,
and United States Steel Corporation, a
corporation,

                Defendants.

Case No.

## COMPLAINT

Now comes the plaintiff, Pauline A Love, (hereinafter "Plaintiff"), individually and as Special Administrator of the Estate of Howard Love (hereinafter "Decedent"), by and through her attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a corporation, CBS Corporation, a corporation, Foster Wheeler Corporation, a corporation, General Electric Company, a corporation, Georgia Pacific, LLC, a corporation, Lincoln Electric Company, a corporation, Miller Electric Manufacturing Company, a corporation, Owens-Illinois Inc., a corporation, Rapid American Corporation, a corporation,

RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable, a corporation, The Okonite Company, a

corporation, Union Carbide Corporation, a corporation, and United States Steel Corporation, a corporation, as follows:

## JURISDICTION

1. Plaintiff, Pauline A Love is the wife of decedent, Howard Love, and resides in Gary, Indiana

2. Decedent was an adult citizen and resident of Indiana.

3. Decedent passed away on 02/14/2009.

4. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

5. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

6. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

7. Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

8. Decedent during the course of his employment as a steel worker and electrician at various job sites, including those listed on the attached Exhibit B, was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

9. Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

10. Decedent became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

11. As a direct and proximate result of the conduct of Defendants, Decedent developed and had been diagnosed with lung cancer on 7/7/2008.

12. Decedent suffered great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

13. Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

14. It was reasonably foreseeable that decedent and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

15. Defendants had a duty to exercise reasonable care for the safety of decedent and others who worked with or were exposed to the defendants' asbestos products.

16. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Decedent did not know that asbestos products were dangerous or harmful at the time of his exposures.

17. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

    a. Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

    b. Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

    c. Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

    d.    Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

    e.    Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

### COUNT III- NEGLIGENCE - PREMISE OWNER

18. Plaintiff reasserts and realleges the above general allegations 1-17 above.

19. This claim for negligence is brought against the following Defendant;

    a: United States Steel Corporation

20. Defendant was the owner of the premise during the dates and times of Decedent's exposures to asbestos indicated on exhibit B.

21. The condition of airborne dust containing asbestos insulation fibers released during the process of applying and removing thermal insulation existed at the premises in exhibit B.

22. When Decedent worked at the premises, defendant knew or should have known about the health hazards of asbestos.

23. Defendant in the exercise of ordinary care knew or should have known that the condition of its property involved an unreasonable risk of harm to persons on the premises, including employees of independent contractors such as Decedent, working at the premises.

24. Defendant knew or should have known that persons on the premises would not discover or realize the danger or would otherwise fail to protect themselves against it.

25. As the owner of the premises, defendant owed a duty to use ordinary care to provide a reasonably safe place for persons lawfully on the property, including Decedent.

26. Defendant breached its duty of care and was negligent by one or more of the following

acts or omissions:

   a. failing to adequately warn Decedent of the dangers of harm from exposure to asbestos;

   b. failing to instruct Decedent adequately about safety precautions for exposure to asbestos;

   c. failing to establish adequate safety measures to protect Decedent from exposure to asbestos;

   d. failing to adequately test for asbestos where Decedent worked;

   e. employing any contractor which failed to take reasonable precautions against the danger of asbestos;

   f. allowing the use of asbestos containing products at the premises;

   g. failing to assign or hire personnel qualified to recognize, evaluate and control asbestos exposures at the premises.

27. As a direct and proximate result of defendant's negligence, Decedent suffered injuries as described above.

## WRONGFUL DEATH

28. Plaintiff brings this count for wrongful death against all defendants and incorporates by reference all allegations 1 through 27 above.

29. Defendants' actions, jointly and severally, as described in the preceding paragraphs, caused the wrongful death of Decedent and loss of society and companionship, funeral, medical and other expenses, pecuniary damages and other damages have been suffered by Decedent and Plaintiff.

## PRAYER FOR RELIEF

30. Plaintiff prays for relief as follows:

   a. Judgment against defendants, jointly and severally, for compensatory and general

damages.

b. Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: July 1, 2010

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

## Exhibit A
## Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| CBS Corporation | Delaware | Pennsylvania |
| Foster Wheeler Corporation | Pennsylvania | New York |
| General Electric Company | New York | Connecticut |
| Georgia Pacific, LLC | Delaware | Georgia |
| Lincoln Electric Company | Ohio | Ohio |
| Miller Electric Mfg. Co. | Wisconsin | Wisconsin |
| Owens-Illinois Inc. | Delaware | Ohio |
| RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable | Delaware | Connecticut |
| Rapid American Corporation | Delaware | New York |
| The Okonite Company | New Jersey | New Jersey |
| Union Carbide Corporation | New York | Texas |
| United States Steel Corporation | Delaware | Pennsylvania |

## Exhibit B
## Decedent's work history

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Sheridan Hotel | Gary | IN | 1969 | 1972 |
| Illinois Bell Telephone | Chicago | IL | 1969 | 1972 |
| US Steel Gary Works | Gary | IN | 1968 | 1968 |
| Inland Steel | East Chicago | IN | 1965 | 1966 |

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Pauline A Love, individually and as Special Administrator of the Estate of Howard Love, deceased,

## DEFENDANTS
A.W. Chesterton Company, et al.,

(b) County of Residence of First Listed Plaintiff: **Lake County, IN**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue, Chicago, IL 60607
(312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☒ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**Title 28, United States Sec. 1332**
Brief description of cause:
**Asbestos Injury Occupational Exposure**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **>75,000.00**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE **7-1-2010**
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____