UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 18, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Dale Powers v. Allis Chalmer Corp. Product Liability )
Trust, et al., N.D. California, C.A. No. 4:10-1921 )       MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE SEPTEMBER 30, 2010, HEARING SESSION

A conditional transfer order was filed in this action (*Powers*) on May 25, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiff in *Powers* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Powers* was remanded to the Superior Court of California for the County of San Francisco by the Honorable Claudia Wilken, in an order filed on July 21, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-336" filed on May 25, 2010, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 12, 2010, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel