# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 1 8 2010

FILED
CLERK'S OFFICE

**MDL 875**

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) August 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-338)

*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

DEFENDANT METALCLAD INSULATION CORPORATION

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

PLEADING NO. 6282

BARBARA JEAN LEWIS, as Personal
Representative of the Estate of JOHN ROBERT
LEWIS, deceased,

   Plaintiff,

v.

ALBAY CONSTRUCTION COMPANY, et al.,

   Defendants.

MDL #875

WDWA
CAUSE NO.: 2:10-CV-01121

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 16, 2010
Date

K. [signature]
Signature of Attorney or Designee

Name and Address of Designated Attorney:
Katherine M. Steele
601 Union Street, Ste. 3100
Seattle, WA 98101
Telephone No.: (206) 623-9900         Fax No.: (206) 624-6885

Email Address: ksteele@staffordfrey.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

**OFFICIAL FILE COPY**

IMAGED AUG 1 8 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 8 2010

FILED
CLERK'S OFFICE

## Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled DEFENDANT METALCLAD INSULATION CORPORATION'S NOTICE OF APPEARANCE on the following individual(s):

**Counsel for Plaintiff**

Cameron O. Carter
Brayton Purcell, LLP
111 SW Columbia Street
Suite 250
Portland, OR 97201
Phone: (503) 295-4931
Fax: (503) 241-2573
CCarter@braytonlaw.com

[x] Via Facsimile
[x] Via First Class Mail
[ ] Via Messenger
[ ] Via E-mail

**Counsel for Co-Defendants**

*Via Email Unless Otherwise Noted*

James K. McClendon
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093
Phone: (512) 472-5456
Fax: (512) 479-1101
jmcclendon@mailbmc.com
   Attorneys for Defendant Asarco, Inc.

James K. McClendon
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093
Phone: (512) 472-5456
Fax: (512) 479-1101
jmcclendon@mailbmc.com
   Attorneys for Defendant Lake Asbestos of Quebec, Ltd.

Timothy K. Thorson
Carney Badley Spellman, PS
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Phone: (206) 622-8020
Fax: (206) 467-8215
berman@carneylaw.com
   Attorneys for Defendant Saberhagen Holdings, Inc. - WA

CERTIFICATE OF SERVICE - 1
Lewis John Main Matter 585362x

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

```
 1  Kevin Baumgardner
    Corr Cronin Michelson Baumgardner & Preece, LLP
 2  1001 Fourth Avenue, Suite 3900
    Seattle, WA 98154-1051
 3  Phone: (206) 625-8600
    Fax: (206) 625-0900
 4  asbestos@corrcronin.com
        Attorneys for Defendant Bechtel Corporation - WA

 5  Kevin Baumgardner
    Corr Cronin Michelson Baumgardner & Preece, LLP
 6  1001 Fourth Avenue, Suite 3900
    Seattle, WA 98154-1051
 7  Phone: (206) 625-8600
    Fax: (206) 625-0900
 8  asbestos@corrcronin.com
        Attorneys for Defendant Oscar E. Erickson, Inc.

 9  Kevin Baumgardner
    Corr Cronin Michelson Baumgardner & Preece, LLP
10  1001 Fourth Avenue, Suite 3900
    Seattle, WA 98154-1051
11  Phone: (206) 625-8600
    Fax: (206) 625-0900
12  asbestos@corrcronin.com
        Attorneys for Defendant Sequoia Ventures, Inc. - WA

13  Mark B. Tuvim
    Gordon & Rees, LLP
14  701 Fifth Avenue, Suite 2130
    Seattle, WA 98104
15  Fax: (206) 689-2822
    aengelhardt@gordonrees.com
        Attorneys for Defendant Asbestos Corp., Ltd - WA

16  Jason C. Hawes
    Jackson Jenkins Renstrom LLP
17  701 Fifth Avenue, 42nd Floor
    Seattle, WA 98104
18  Fax: (206) 262-7601
    jhawes@jjr-law.com
19      Attorneys for Defendant General Dynamics Corporation

20  G. William Shaw
    K&L Gates LLP
21  925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
22  Phone: (206) 623-7580
    Fax: (206) 623-7022
23  asbestos@klgates.com
        Attorneys for Defendant Garlock. Inc. - WA
```

CERTIFICATE OF SERVICE - 2
Lewis John Main Matter 585562x

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

| | |
|---|---|
| 1 | W. Eugene Barton |
|   | Karr Tuttle Campbell, PLLC |
| 2 | 1201 Third Avenue, Suite 2900 |
|   | Seattle, WA 98101-3028 |
| 3 | Phone: (206) 223-1313 |
|   | Fax: (206) 682-7100 |
| 4 | GBarton@karrtuttle.com |

1  W. Eugene Barton
   Karr Tuttle Campbell, PLLC
2  1201 Third Avenue, Suite 2900
   Seattle, WA 98101-3028
3  Phone: (206) 223-1313
   Fax: (206) 682-7100
4  GBarton@karrtuttle.com
       Attorneys for Defendant Todd Shipyards Corporation

5  Michelle A Corsi
   Lee Smart, P.S., Inc.
6  1800 One Convention Place
   701 Pike Street
7  Seattle, WA 98101-3929
   Phone: (206) 624-7990
8  Fax: (206) 624-5944
   mac@leesmart.com
       Attorneys for Defendant Congoleum Corp. - WA

9  Robert G. Andre
   Ogden Murphy Wallace, PLLC
10 1601 Fifth Avenue, Suite 2100
   Seattle, WA 98101-1686
11 Phone: (206) 447-7000
   Fax: (206) 447-0215
12 asbestos@omwlaw.com
       Attorneys for Defendant Lockheed Shipbuilding Co. - WA

13 Doug Yoshida
   Ogden Murphy Wallace, PLLC
14 1601 Fifth Avenue, Suite 2100
   Seattle, WA 98101-1686
15 Phone: (206) 447-7000
   Fax: (206) 447-0215
16 asbestos@omwlaw.com
       Attorneys for Defendant Quintec Industries, Inc.

17 Wendy E. Lyon
   Riddell Williams, PS
18 1001 Fourth Avenue Plaza, Suite 4500
   Seattle, WA 98154
19 Fax: (206) 389-1708
   wlyon@riddellwilliams.com
       Attorneys for Defendant Timec Company, Inc.
20

21

22

23

CERTIFICATE OF SERVICE - 3
Lewis John Main Matter 585362x

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1  Kathleen A. Stimeling
   Schiff Hardin LLP
2  One Market, Spear Street Tower
   32nd Floor
3  San Francisco, CA 94105
   Fax: (202) 778-6460
   kstimeling@schiffhardin.com
4      Attorneys for Defendant Owens-Illinois, Inc. - CA

5  Rodney L. Umberger, Jr.
   Williams Kastner
6  Two Union Square
   601 Union Street, Suite 4100
   Seattle, WA 98101-2380
7  Fax: (206) 628-6611
   asbestos2@williamskastner.com
8      Attorneys for Defendant Riley Power, Inc. - WA

9  Jan C. Kirkwood
   Williams Kastner
10 Two Union Square
   601 Union Street, Suite 4100
   Seattle, WA 98101-2380
11 Fax: (206) 628-6611
   asbestos@wkg.com
12     Attorneys for Defendant Parker Hannifin - WA

13 John D. Wilson, Jr.
   Wilson Smith Cochran Dickerson
   1215 Fourth Avenue, Suite 1700
14 Seattle, WA 98161-1007
   Phone: (206) 623-4100
15 Fax: (206) 623-9273
   metlifeasbestos@wscd.com
16     Attorneys for Defendant Metropolitan Life Insurance Company - WA

17 John M. Silk
   Wilson Smith Cochran Dickerson
   1215 Fourth Avenue, Suite 1700
18 Seattle, WA 98161-1007
   Phone: (206) 623-4100
19 Fax: (206) 623-9273
       Attorneys for Defendant Metropolitan Life Insurance Company - WA

20 Howard T. Hall
   Wolfstone, Panchot & Bloch PS, Inc.
21 1111 Third Avenue, Suite 1800
   Seattle, WA 98101-3217
22 Fax: (206) 340-8837
   asbestos@wpblaw.com
       Attorneys for Defendant Harbison-Walker Refractories Co. - WA
23

CERTIFICATE OF SERVICE - 4
Lewis John Main Matter 585362x

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1 | Howard T. Hall
Wolfstone, Panchot & Bloch PS, Inc.
2 | 1111 Third Avenue, Suite 1800
Seattle, WA 98101-3217
Fax: (206) 340-8837
3 | asbestos@wpblaw.com
    Attorneys for Defendant Halliburton - WA
4

5 | DATED this 17TH day of August, 2010, at Seattle, Washington.

6

7 |                       *Freida Mason*
                     Freida Mason

CERTIFICATE OF SERVICE - 5
Lewis John Main Matter 585362x

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885