Case MDL No. 875   Document 6283   Filed 08/18/10   Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 03, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                           MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-338)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 771 F.Supp. 415 (J.P.M.L. 1991).  Since that time, 85,341 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 18, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-338 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 10-21 | Harvey Lee Montgomery, et al. v. Long-Lewis, Inc., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-3165 | James Mack v. General Electric Co., et al. |
| CAN | 4 | 10-2927 | Stefan Petryk v. General Electric Co., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-216 | Ann Beckwith, et al. v. General Electric Co., et al. |
| CT | 3 | 09-1531 | Lori Holt, etc. v. General Electric Co., et al. |
| CT | 3 | 09-2074 | Leo Cannon, et al. v. Buffalo Pumps, Inc., et al. |
| **GEORGIA SOUTHERN** | | | |
| GAS | 5 | 10-53 | Larry C. Barnes, etc. v. CSX Transportation, Inc. |
| GAS | 5 | 10-61 | Horace D. Lowman v. CSX Transportation, Inc., et al. |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 91-72010 | Samuel S. Brown, et al. v. AC and S Inc., et al. |
| MIE | 2 | 91-72048 | Williard C. Huggins, et al. v. AC and S, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 02-134 | Mable Lenell Hancock, et al. v. Minnesota Mining & Manufacturing Co., et al. |
| **NEW YORK WESTERN** | | | |
| ~~NYW~~ | ~~6~~ | ~~10-6345~~ | ~~Gail Garner, et al. v. DII Industries, LLC Asbestos PI, et al.~~ |
| **RHODE ISLAND** | | | |
| RI | 1 | 10-282 | Stanley E. Trew, et al. v. Air & Liquid Systems Corp., et al. |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 10-9683 | James D. Harman v. American Standard, Inc., et al. |
| VAE | 2 | 10-9684 | George C. Dado v. American Standard, Inc., et al. |
| VAE | 2 | 10-9685 | Allen R. Harksen v. The Budd Co., et al. |
| VAE | 2 | 10-9686 | Charles T. Poling v. American Standard, Inc., et al. |
| VAE | 2 | 10-9687 | Larry D. Thompson v. American Standard, Inc., et al. |
| VAE | 2 | 10-9688 | Thomas M. Bijold v. American Standard, Inc., et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 10-1121 | Barbara Jean Lewis, etc. v. Albay Construction Co., et al. |