MDL ▉875

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

# Brayton❖Purcell LLP

TRIAL LAWYERS

AUG 19 2010

FILED
CLERK'S OFFICE

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
FRANK J. ANDERS
RON G. ARCHER
K. DOUGLAS ATKINSON
VENUS BAREKATAIN
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
JAMES G. GILYARD
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRIS E. HERSOM
SIDDHARTH JHANS

GARY V. JUDD
CLAYTON W. KENT
MATTHEW B. LEE
THEODORE LIEU
KRISTEN A. LOUIS
MAUREEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OREN P. NOAH
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
UMU K. TAFISI
ANNIE E. VERNON
JANE E. VETTO*
NANCY T. WILLIAMS
NOAH J. WOODS

August 13, 2010

__VIA FACSIMILE (202) 502-2888 & U.S. MAIL__

Jeffery N. Luthi
Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

     Re:   *LINDA OLSCHEWSKE, et al. v. ASBESTOS DEFENDANTS*
         CAN 4: 10-1729

Dear Mr. Luthi:

    Plaintiffs hereby withdrawal  their Motion to Vacate Conditional Transfer Order 336.
Please transfer this action to the Eastern District of Pennsylvania at your earliest convenience.

          Very truly yours,

          Richard M. Grant
          Brayton ❖ Purcell LLP
          222 Rush Landing Rd.
          P.O. Box 6169
          Novato, CA 94948-6169
          rgrant@braytonlaw.com

K:\Injured\110617\FED\Ltr-withdrawing MTV.wpd

MDL- 875 VAC HW & LIFT STAY
RECOMMENDED ACTION

Approved/Date: _____

**OFFICIAL FILE COPY**

IMAGED AUG 19 2010

RECEIVED
CLERK'S OFFICE
2010 AUG 16 P 2: 50
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

HEADING NO. 6284