UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION | Aug 19, 2010 FILED CLERK'S OFFICE |
|---|---|

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

    Linda Olschewske, et al. v. Asbestos Defendants, et al.,  )
        N.D. California, C.A. No. 4:10-1729             )    MDL No. 875


### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE SEPTEMBER 30, 2010, HEARING SESSION

      A conditional transfer order was filed in this action (*Olschewske*) on May 25, 2010.  Prior to expiration of that order's 14-day stay of transmittal, plaintiffs in *Olschewske* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order.  Plaintiffs have withdrawn their opposition to transfer.

      IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-336" filed on May 25, 2010, is LIFTED insofar as it relates to this action.  The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

      IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 12, 2010, are VACATED insofar as they relate to this action.


                          FOR THE PANEL:

                          Jeffery N. Lüthi
                          Clerk of the Panel