# MDL 875

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

AUG 2 3 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) August 17, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-338)

*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

**DEFENDANT J.T. THORPE & SON, INC.**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

| | |
|---|---|
| BARBARA JEAN LEWIS, as Personal Representative of the Estate of JOHN ROBERT LEWIS, deceased, | MDL #875 |
| Plaintiff, | WDWA |
| v. | CAUSE NO.: 2:10-CV-01121 |
| ALBAY CONSTRUCTION COMPANY, et al., | |
| Defendants. | |

PLEADING NO. 6287

***********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 16, 2010                    K. _____
Date                               Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Katherine M. Steele
601 Union Street, Ste. 3100
Seattle, WA 98101
Telephone No.: (206) 623-9900         Fax No.: (206) 624-6885

Email Address: ksteele@staffordfrey.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

# OFFICIAL FILE COPY

IMAGED AUG 2 3 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 3 2010

FILED
CLERK'S OFFICE

## Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled DEFENDANT J.T. THORPE & SON, INC.'S NOTICE OF APPEARANCE on the following individual(s):

**Counsel for Plaintiff**

Cameron O. Carter            [x] Via Facsimile
Brayton Purcell, LLP         [x] Via First Class Mail
111 SW Columbia Street       [ ] Via Messenger
Suite 250                    [ ] Via E-mail
Portland, OR 97201
Phone: (503) 295-4931
Fax: (503) 241-2573
CCarter@braytonlaw.com

**Counsel for Co-Defendants**            *Via Email Unless Otherwise Noted*

James K. McClendon
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093
Phone: (512) 472-5456
Fax: (512) 479-1101
jmcclendon@mailbmc.com
    Attorneys for Defendant Asarco, Inc.

James K. McClendon
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093
Phone: (512) 472-5456
Fax: (512) 479-1101
jmcclendon@mailbmc.com
    Attorneys for Defendant Lake Asbestos of Quebec, Ltd.

Timothy K. Thorson
Carney Badley Spellman, PS
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Phone: (206) 622-8020
Fax: (206) 467-8215
berman@carneylaw.com
    Attorneys for Defendant Saberhagen Holdings, Inc. - WA

CERTIFICATE OF SERVICE - 1
Lewis John Main Melter  585362a

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900 FAX 206.624.5885

| | |
|---|---|
| 1 | Kevin Baumgardner |
| | Corr Cronin Michelson Baumgardner & Preece, LLP |
| 2 | 1001 Fourth Avenue, Suite 3900 |
| | Seattle, WA 98154-1051 |
| 3 | Phone: (206) 625-8600 |
| | Fax: (206) 625-0900 |
| 4 | asbestos@corrcronin.com |
| |     Attorneys for Defendant Bechtel Corporation - WA |
| 5 | Kevin Baumgardner |
| | Corr Cronin Michelson Baumgardner & Preece, LLP |
| 6 | 1001 Fourth Avenue, Suite 3900 |
| | Seattle, WA 98154-1051 |
| 7 | Phone: (206) 625-8600 |
| | Fax: (206) 625-0900 |
| 8 | asbestos@corrcronin.com |
| |     Attorneys for Defendant Oscar E. Erickson, Inc. |
| 9 | Kevin Baumgardner |
| | Corr Cronin Michelson Baumgardner & Preece, LLP |
| 10 | 1001 Fourth Avenue, Suite 3900 |
| | Seattle, WA 98154-1051 |
| 11 | Phone: (206) 625-8600 |
| | Fax: (206) 625-0900 |
| 12 | asbestos@corrcronin.com |
| |     Attorneys for Defendant Sequoia Ventures, Inc. - WA |
| 13 | Mark B. Tuvim |
| | Gordon & Rees, LLP |
| 14 | 701 Fifth Avenue, Suite 2130 |
| | Seattle, WA 98104 |
| 15 | Fax: (206) 689-2822 |
| | aengelhardt@gordonrees.com |
| |     Attorneys for Defendant Asbestos Corp., Ltd - WA |
| 16 | Jason C. Hawes |
| | Jackson Jenkins Renstrom LLP |
| 17 | 701 Fifth Avenue, 42nd Floor |
| | Seattle, WA 98104 |
| 18 | Fax: (206) 262-7601 |
| | jhawes@jjr-law.com |
| 19 |     Attorneys for Defendant General Dynamics Corporation |
| 20 | G. William Shaw |
| | K&L Gates LLP |
| 21 | 925 Fourth Avenue, Suite 2900 |
| | Seattle, WA 98104-1158 |
| 22 | Phone: (206) 623-7580 |
| | Fax: (206) 623-7022 |
| 23 | asbestos@klgates.com |
| |     Attorneys for Defendant Garlock, Inc. - WA |

CERTIFICATE OF SERVICE - 2
Lewis John Main Matter 583562x

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

| | |
|---|---|
| 1 | W. Eugene Barton |
|   | Karr Tuttle Campbell, PLLC |
| 2 | 1201 Third Avenue, Suite 2900 |
|   | Seattle, WA 98101-3028 |
|   | Phone: (206) 223-1313 |
| 3 | Fax: (206) 682-7100 |
|   | GBarton@karrtuttle.com |
| 4 |    Attorneys for Defendant Todd Shipyards Corporation |

1    W. Eugene Barton
     Karr Tuttle Campbell, PLLC
2    1201 Third Avenue, Suite 2900
     Seattle, WA 98101-3028
     Phone: (206) 223-1313
3    Fax: (206) 682-7100
     GBarton@karrtuttle.com
4        Attorneys for Defendant Todd Shipyards Corporation

5    Michelle A Corsi
     Lee Smart, P.S., Inc.
6    1800 One Convention Place
     701 Pike Street
     Seattle, WA 98101-3929
7    Phone: (206) 624-7990
     Fax: (206) 624-5944
8    mac@leesmart.com
       Attorneys for Defendant Congoleum Corp. - WA

9    Robert G. Andre
     Ogden Murphy Wallace, PLLC
10   1601 Fifth Avenue, Suite 2100
     Seattle, WA 98101-1686
11   Phone: (206) 447-7000
     Fax: (206) 447-0215
12   asbestos@omwlaw.com
       Attorneys for Defendant Lockheed Shipbuilding Co. - WA

13   Doug Yoshida
     Ogden Murphy Wallace, PLLC
14   1601 Fifth Avenue, Suite 2100
     Seattle, WA 98101-1686
15   Phone: (206) 447-7000
     Fax: (206) 447-0215
16   asbestos@omwlaw.com
       Attorneys for Defendant Quintec Industries, Inc.

17   Wendy E. Lyon
     Riddell Williams, PS
18   1001 Fourth Avenue Plaza, Suite 4500
     Seattle, WA 98154
19   Fax: (206) 389-1708
     wlyon@riddellwilliams.com
       Attorneys for Defendant Timec Company, Inc.

20

21

22

23

CERTIFICATE OF SERVICE - 3
Lewis John Main Matter 585362x

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

```
 1  Kathleen A. Stimeling
    Schiff Hardin LLP
 2  One Market, Spear Street Tower
    32nd Floor
 3  San Francisco, CA 94105
    Fax: (202) 778-6460
    kstimeling@schiffhardin.com
 4      Attorneys for Defendant Owens-Illinois, Inc. - CA

 5  Rodney L. Umberger, Jr.
    Williams Kastner
 6  Two Union Square
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
 7  Fax: (206) 628-6611
    asbestos2@williamskastner.com
 8      Attorneys for Defendant Riley Power, Inc. - WA

 9  Jan C. Kirkwood
    Williams Kastner
    Two Union Square
10  601 Union Street, Suite 4100
    Seattle, WA 98101-2380
11  Fax: (206) 628-6611
    asbestos@wkg.com
12      Attorneys for Defendant Parker Hannifin - WA

    John D. Wilson, Jr.
13  Wilson Smith Cochran Dickerson
    1215 Fourth Avenue, Suite 1700
14  Seattle, WA 98161-1007
    Phone: (206) 623-4100
15  Fax: (206) 623-9273
    metlifeasbestos@wscd.com
        Attorneys for Defendant Metropolitan Life Insurance Company - WA
16
    John M. Silk
17  Wilson Smith Cochran Dickerson
    1215 Fourth Avenue, Suite 1700
18  Seattle, WA 98161-1007
    Phone: (206) 623-4100
    Fax: (206) 623-9273
19      Attorneys for Defendant Metropolitan Life Insurance Company - WA

20  Howard T. Hall
    Wolfstone, Panchot & Bloch PS, Inc.
21  1111 Third Avenue, Suite 1800
    Seattle, WA 98101-3217
22  Fax: (206) 340-8837
    asbestos@wpblaw.com
        Attorneys for Defendant Harbison-Walker Refractories Co. - WA
23
```

CERTIFICATE OF SERVICE - 4
Lewis John Main Matter 585362k

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1  Howard T. Hall
   Wolfstone, Panchot & Bloch PS, Inc.
2  1111 Third Avenue, Suite 1800
   Seattle, WA 98101-3217
3  Fax: (206) 340-8837
   asbestos@wpblaw.com
      Attorneys for Defendant Halliburton - WA
4

5  DATED this 17th day of August, 2010, at Seattle, Washington.
6
7
                                    *Freida Mason* (signature)
8                                   Freida Mason

CERTIFICATE OF SERVICE - 5
Lewis John Main Master 585362u

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885