Richard A. Brody, Esq. (SBN 100379)
E-mail Address: rick.brody@bcoonlaw.com
Paula A. Rasmussen, Esq. (SBN 258352)
E-mail Address: paula.rasmussen@bcoonlaw.com
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile: 415.489.7426

Attorneys for Plaintiffs

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 25 2010

FILED
CLERK'S OFFICE

MDL 875

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN GRAPENTHIN, individually and as successor in interest to LARRY W. GRAPENTHIN, Deceased; LARRY GRAPENTHIN; TERRANCE GRAPENTHIN; and TRACY GRAPENTHIN,<br><br>Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, et al.,<br><br>Defendants. | Case No. CV-10-1231 LB<br><br>[Proposed] ORDER OF DISMISSAL BY STIPULATION IN ACCORDANCE WITH FRCP 41(a)<br><br>Complaint Filed:  March 24, 2010<br>Trial Date:  Not Set |

Based upon the evidence presented that all parties stipulate to a dismissal without prejudice in case CV-10-1231LB, **IT IS HEREBY ORDERED** that Plaintiffs' wrongful death action is dismissed without prejudice in its entirety. All pending proceedings are vacated.

IT IS SO ORDERED.

DATED: August 2 _____, 2010

_____
HONORABLE JUDGE LAUREL BEELER
United States Magistrate Judge

PLEADING NO. 6288

---

*Grapenthin, et al. v. CBS Corporation., et al.*
Case No. CV-10-1231 LB

[Proposed] ORDER OF DISMISSAL BY STIPULATION
IN ACCORDANCE WITH FRCP 41(a)

**OFFICIAL FILE COPY**

IMAGED AUG 2 5 2010