UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

Aug 25, 2010

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Maureen Grapenthin, et al. v. CBS Corp., et al., | ) | |
| N.D. California, C.A. No. 4:10-1231 | ) | MDL No. 875 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Grapenthin*) on July 8, 2010.  In the absence of any opposition, the conditional transfer order was finalized with respect to *Grapenthin* on July 23, 2010.   Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district.  In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on July 23, 2010.  Nevertheless, the Panel has now been advised that, pursuant to a notice of voluntary dismissal, *Grapenthin* was dismissed without prejudice in the Northern District of California by the Honorable Laurel Beeler in an order filed on August 2, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-337" filed on July 8, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel