# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

AUG 2 7 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL** 8 7 5

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN**
(Noon Eastern Time)  August 17, 2010
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE  (CTO-338)

*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendant Metropolitan Life Insurance Company

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Montgomery, Harvey Lee., et al. v. Long-Lewis, Inc., Transferred from the Northern District
of Alabama-Southern Division, 2:10-CV-21

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated
attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice
before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am
aware that only one attorney can be designated for each party.

August 26, 2010

s/ Michael A. Vercher

| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Michael A. Vercher
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203

2010 AUG 26  P 4:52

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL
MULTIDISTRICT
LITIGATION

Telephone No.: (205) 795-6588

Fax No.: (205) 328-7234

Email Address: mavercher@csattorneys.com

### ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

## OFFICIAL FILE COPY

PLEADING NO. 6290