**MDL 8 7 5**

### BEFORE THE JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 1 2010

FILED
CLERK'S OFFICE

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

### NOTICE OF POTENTIAL TAG ALONG ACTION
### PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into court comes Christopher J. Keale, Esq., counsel for the defendants, Foster Wheeler Energy Corporation and General Electric Company, in the case of "Julia Denny vs. Benjamin Foster Company, et al., including Foster Wheeler Energy Corporation and General Electric Company." Docket No. 10-04299, United States District Court, District of New Jersey, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1.    Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Julia Denny vs. Benjamin Foster Company, et al., including Foster Wheeler Energy Corporation and General Electric Company." Docket No. 10-04299, United States District Court, District of New Jersey, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2.    Counsel hereto attaches proof of service on all parties to this action.

PLEADING NO. 6292

OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2010 AUG 26  A 9: 52

RECEIVED
CLERK'S OFFICE

IMAGED AUG 3 1 2010

Wherefore, counsel, Christopher J. Keale, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

This 25th day of August, 2010

Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP
Attorneys for Defendants
Foster Wheeler Energy Corporation and General
Electric Company

By: _____
Christopher J. Keale
Three Gateway Center – 12th Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Facsimile: (973) 242-8099

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2010 AUG 26  A  9: 52

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 1 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

### <u>CERTIFICATION OF SERVICE</u>

I hereby certify that I have on this 25th day of August, 2010, caused to be served a copy of Defendant, Foster Wheeler Energy Corporation and General Electric Company's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel by Electronic Mail and/or United States mail, first class postage, and on the 25th day of August, 2010, to all known defense counsel listed on the attached Attorney Service List by regular mail.

DATED:  August 25, 2010

Respectfully submitted,

Christopher J. Keale
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Three Gateway Center - 12th Floor
Newark, New Jersey 07102
(973) 242-0002
(973) 242-8099 (Fax)
Counsel for Defendants Foster Wheeler Energy
Corporation and General Electric Company

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2010 AUG 26  A  9: 52

CLERK'S OFFICE
RECEIVED

NJ/391075v1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 1 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                   :   MDL NO. 875

## ATTORNEY SERVICE LIST

Michael E. McMahon, Esq.                    Counsel for Plaintiff
Cohen, Placitella & Roth, P.C.
127 Maple Avenue
Red Bank, New Jersey 07701
cplacitella@cprlaw.com;
mmcmahon@cprlaw.com;

Lisa P.  Wildstein, Esq.                    Counsel for Coltec Co. and Coltec Industries
David C. Weinberg, Esq.
Segal, McCambridge, Singer & Mahoney, Ltd.
103 Carnegie Center, Suite 103
Princeton, NJ 08540
lwildstein@smsm.com
dweinberg@smsm.com

Anthony James Caruso, Esq.                  Counsel for Benjamin Foster Co., Certainteed
Picillo Caruso O'Toole                      Corp. and Union Carbide Corp.
60 Route 46 East
Fairfield, New Jersey 07004
acaruso@carusopope.com

Michael Waller, Esq.                        Counsel for Crane Co.
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
michael.waller@klgates.com

John Garde, Esq.                            Counsel for Owens-Illinois, Inc.
McCARTER & ENGLISH
100 Mulberry Street

2

Four Gateway Center
Newark, NJ 07101-0652
jgarde@mccarter.com

Joanne Hawkins, Esq.                                    Counsel for General Electric
SPEZIALI, GREENWALD & HAWKINS
1081 Winslow Road
Box 1086
Williamstown, NJ 08094
Josiehawkins@comcast.net

Charles F. Forer, Esq.                                  Counsel for CBS Corp. and Warren Pumps LLC
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
cforer@eckertseamans.com

Dawn Dezii                                              Counsel for Yarway Corp.
Margolis Edelstein
Sentry Office Plaza, Suite 200
216 Haddon Avenue, P.O. Box 2222
Westmont, New Jersey 08108
ddezii@margolisedelstein.com

Benajmin Bucca, Jr. Esq.                                Counsel for IMO Industries Inc.
Bucca & Campisano
90 Livingston Avenue
New Brunswick, New Jersey 08901
buccacampisano@verizon.net

Michael A. Moroney, Esq.                                Counsel for Copes-Vulcan, Inc.
Weber, Gallagher, Simpson, Stapleton, Fires &
Newby, LLP
33 Washington Street, 10th Floor
Newark, NJ 07102
mmoroney@wglaw.com

Christopher Iannicelli, Esq.                            Counsel for Tyco International
Morgan Lewis & Bockius
502 Carnegie Center
Princeton , New Jersey 08540
ciannicelli@morganlewis.com

Charles F. Holmgren, Esq.                               Counsel for Buffalo Pumps, Inc.
WILBRAHAM, LAWLER & BUBA, PC
1818 Market Street, Suite 3100
Philadelphia, Pennsylvania  19103
cfh@wlbdeflaw.com

Don Cipoletto, Esq.                                  Counsel for Blackmer Pump Co.
Joel R. Clark, Jr.
McGivney & Kluger, PC
23 Vreeland Road, Suite 220
Florham Park, New Jersey  07932
DCipoletto@mcgivneyandkluger.com
jclark@mcgivneyandkluger.com

Steven F. Satz, Esq.                                 Counsel for Gould Pumps, Inc.
Hoagland, Longo, Moran, Dunst & Doukas LLP
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903
ssatz@hoaglandlongo.com