# Merchant & Gould
An Intellectual Property Law Firm

110 McGhee Tyson Boulevard
Suite 203
Knoxville, Tennessee
37701-4105 USA
TEL 865.380.5960
FAX 865.380.5999
www.merchant-gould.com

A Professional Corporation

**MDL 875**

Direct Contact

kmillsaps@merchantgould.com
865.380.5973

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 31 2010

FILED
CLERK'S OFFICE

August 23, 2010

**Via Overnight Delivery**

Mr. Jeffrey N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

PLEADING NO. 6293

    Re:    **Notice of Related Action**
            *Robert W. Millsaps v. Alcoa Inc. et al* **U.S. District Court for the**
            **Eastern District of Tennessee, at Knoxville**
            **In re: Asbestos Products Liability Litigation (No. VI) MDL 875**

Dear Mr. Luthi:

    Enclosed please find an original and two (2) copies of Defendant Alcoa Inc.'s *Notice of Related Action* in "In re: Asbestos Products Liability Litigation (No. VI)," MDL 875. I ask that you please file the original Notice and return the two (2) file stamped copies in the envelope provided.

    Thank you for your assistance.

Sincerely,

*[signature]*

Kim Griffin-Millsaps
Paralegal

2010 AUG 24 A 9: 48
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

\kgm
Enclosures
cc:    Gregory Coleman, Esq.

**OFFICIAL FILE COPY**

IMAGED AUG 3 1 2010