876C

# TUCKER ELLIS & WEST LLP
ATTORNEYS AT LAW

135 Main Street  Suite 700  San Francisco, California  94105
phone 415.617.2400  facsimile 415.617.2409  www.tuckerellis.com

CLEVELAND   COLUMBUS   LOS ANGELES   SAN FRANCISCO

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 31 2010

FILED
CLERK'S OFFICE

Direct Dial: 415-617-2210
Email: monica.williams@tuckerellis.com

MDL 875

August 23, 2010

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

PLEADING NO. 6294

   Re:   In Re: Asbestos Product Liability Litigation (No. VI)
         MDL 875 Proceedings

Dear Clerk of the Panel:

   Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, defendant Carrier Corporation, to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

   <u>Billy Goss v. Armstrong International, Inc., et al.</u>

   This asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. <u>CV10-03714 JL</u>.

   As the enclosed Complaint indicates, this action involves questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Eduardo C. Robreno. We respectfully request that your "tag-along" procedures be utilized to transfer the <u>Goss</u> action to the MDL 875 proceedings pending before Judge Robreno of the Eastern District of Pennsylvania for coordinated pre-trial proceedings.

SFOiManage/011939/002764/191106

**OFFICIAL FILE COPY**

2010 AUG 26  A 8: 30
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

IMAGED AUG 31 2010

**TUCKER ELLIS & WEST LLP**

ATTORNEYS AT LAW

Clerk of the Panel
August 23, 2010
Page 2

Copies of this letter have been served on all known counsel in the Goss action. Additionally, a copy of this letter will be served on the Northern District Court, the Clerk of the Court for the Eastern District of Pennsylvania and to Judge Robreno, to whom the previously transferred asbestos actions have been assigned.

Respectfully submitted,

TUCKER ELLIS & WEST LLP

Lillian C. Ma

Enclosures

cc: All Counsel (w/out enclosures)
    Bruce Lassman, Esq. (enclosures)
    Honorable Eduardo C. Robreno (enclosures)
    Clerk, USDC Eastern District of PA (enclosures)
    Clerk, USDC Northern District of CA (enclosures)

*2010 AUG 26 A 8:30 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION RECEIVED CLERK'S OFFICE*

SFOiManage/011939/002764/191106

**TUCKER ELLIS & WEST LLP**

ATTORNEYS AT LAW

Clerk of the Panel
August 23, 2010
Page 3

DAVID R. DONADIO
BRAYTON PURCELL LLP
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CA 94948-6169

WOOD, SMITH, HENNING & BERMAN LLP
5000 BIRCH STREET, SUITE 8500
NEWPORT BEACH, CA 92660

BRYDON HUGO & PARKER
135 MAIN STREET, 20TH FLOOR
SAN FRANCISCO, CA 94105

STEPTOE & JOHNSON LLP
633 W. 5TH STREET #700
LOS ANGELES, CA 90071

SELMAN BREITMAN LLP
33 NEW MONTGOMERY ST
SIXTH FLOOR
SAN FRANCISCO, CA 94105

ARMSTRONG & ASSOCIATES, LLP
ONE KAISER PLAZA, SUITE 625
OAKLAND, CA 94612

BASSI, EDLIN, HUIE & BLUM LLP
351 CALIFORNIA STREET, SUITE 200
SAN FRANCISCO, CA 94104

BERRY & BERRY
P.O. BOX 16070
2930 LAKESHORE AVENUE
OAKLAND, CA 94610

BURNHAM & BROWN
1901 HARRISON STREET, 11TH FLOOR
OAKLAND, CA 94612

**TUCKER ELLIS & WEST LLP**

ATTORNEYS AT LAW

Clerk of the Panel
August 23, 2010
Page 4

GORDON & REES LLP
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA  94111

HASSARD BONNINGTON LLP
TWO EMBARCADERO CENTER, SUITE 1800
SAN FRANCISCO, CA  94111

LOMBARDI, LOPER & CONANT LLP
1999 HARRISON STREET, SUITE 2600
OAKLAND, CA  94612

LOW, BALL & LYNCH
505 MONTGOMERY STREET, 7TH FLOOR
SAN FRANCISCO, CA  94111-2584

PERKINS COIE LLP
FOUR EMBARCADERO CENTER, SUITE 2400
SAN FRANCISCO, CA  94111

POND NORTH, LLP
350 SOUTH GRAND AVENUE, SUITE 3300
LOS ANGELES, CA  90071

SCHIFF HARDIN LLP
ONE MARKET PLAZA
SPEAR STREET TOWER, 32ND FLOOR
SAN FRANCISCO, CA  94105

SINUNU BRUNI LLP
333 PINE STREET, SUITE 400
SAN FRANCISCO, CA  94104

WALSWORTH, FRANKLIN, BEVINS & MCCALL
601 MONTGOMERY STREET, 9TH FLOOR
SAN FRANCISCO, CA  94111