

**MDL 875**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 31 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI) - C.A. No. MDL 875

| UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA | |
|---|---|
| **SAMUEL MARTIN**<br><br>Plaintiff,<br><br>vs.<br><br>**THE BURLINGTON NORTHERN and SANTA FE RAILWAY COMPANY,** Individually and as Successor-in-Interest to the ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 3:10-CV-08092-FJM |

PLEADING NO. 6295

## NOTICE OF RELATED ACTION

The above captioned case is a Federal Employer's Liability Act asbestos action currently pending in the United States District Court, District of Arizona. The Panel has not listed this case for transfer or conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer orders and correction orders it has issued. The Plaintiff represented by the undersigned counsel hereby respectfully requests that the Panel take action to transfer this case to the Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerks of the relevant United States District Court that this action shall be transferred for consolidated pretrial proceedings under 28 U.S.C. §1407, pursuant to the Panel's July 29, 1991 order.

2010 AUG -9 P 2:26
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IMAGED AUG 3 1 2010

In accordance with the Panel's opinion and order and Rule 13(e), the undersigned counsel for the Plaintiff notifies the Clerk of the Panel of the above-captioned related action.

Respectfully submitted,

BY: _____
JOHN D. ROVEN
ROVEN-KAPLAN, LLP
2190 North Loop West, Suite 410
Houston, Texas 77018
(713) 465-8522
(713) 465-3658 (FAX)

MARK A. KILLE
The Kille Law Firm PLLC
8521 E. Florentine Rd., Suite A
Prescott Valley, AZ 86314

ATTORNEYS FOR SAMUEL MARTIN
COUNSEL FOR PLAINTIF

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Related Action to be served by sending a copy via United States Postal Service, on this 4th day of April, 2010 to the following:

William Thorpe, Esquire
Bradley D. Shwer, Esquire
FENNEMORE CRAIG, PC
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2913

_____
JOHN D. ROVEN