

**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

jfonstad@sidley.com
(312) 853-0752

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

FOUNDED 1866

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 1 2010

FILED
CLERK'S OFFICE

**MDL 875**
August 3, 2010

**By Facsimile (202.502.2888; letter only) & Federal Express**

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    <u>MDL 875: In re Asbestos Product Liability Litigation (No. VI)</u>

Dear Mr. Lüthi:

    Pursuant to Rules 7.2(i), 7.3(a) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel of the following potential tag-along action in MDL 875:

*Pauline A. Love, Individually and as Special Administrator for the Estate of Howard Love, deceased v. A.W. Chesterton Co., et al.*, Northern District of Illinois, Case No. 1:10-cv-4145, Hon. Samuel Der-Yeghiayan

Enclosed are copies of the docket sheet, complaint, civil cover sheet, and defendant General Electric Company's notice of tag-along action.

Please do not hesitate to contact me should you have any questions about the above.

                      Sincerely,

                      John A. Fonstad

Enclosures

cc:    All Counsel of Record (by U.S. Mail) per attached service list

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2010 AUG -3 P 12: 57

RECEIVED
CLERK'S OFFICE

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

**OFFICIAL FILE COPY**

IMAGED AUG 3 1 2010

PLEADING NO. 6296

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 31 2010

FILED
CLERK'S OFFICE

## SERVICE LIST

**PAULINE A. LOVE**, Individually and as Special Administrator for the
Estate of **HOWARD LOVE**, deceased, v. A.W. Chesterton Co., et al., **Case No. 10-cv-4145**

Michael P. Cascino, Esq.
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
*Attorney for* Plaintiff

Demetra Arapakis Christos
Foley & Mansfield, P.L.L.P.
39 S. LaSalle, Suite 1110
Chicago, IL 60603
*Attorney for* CBS Corporation

William F. Mahoney, Esq.
Kathleen McDonough, Esq.
Segal, McCambridge, Singer & Mahoney
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
*Attorney for* A.W. Chesterton Co. and Foster
Wheeler Corporation

Susan Gunty
Gunty & McCarthy
150 S. Wacker Drive, Suite 1025
Chicago, IL 60606
*Attorney* for Okonite Company

Charles E. Blackman
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
*Attorney* for United States Steel Corp.

Ronald Austin
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
*Attorney* for Miller Electric Manufacturing Co.

Joseph J. O'Hara, Jr.
Matthew Jardine
Schiff, Hardin & Waite, LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
*Attorney for* Georgia-Pacific Corp. and Owens-
Illinois, Inc.

Daniel P. Stoeberl
Sonnenschein Nath & Rosenthal, LLP
One Metropolitan Square
St. Louis, MO 63102
*Attorney for* Rapid American Corporation

Christopher P. Larson
Tobin J. Taylor
Adam J. Lagocki
Heyl, Royster, Voelker & Allen
Chase Building, Suite 600
124 SW Adams Street
Peoria, IL 61502
*Attorney for* Union Carbide Corporation

Manueal Sanchez
Joseph P. Sullivan
Neal Beaton McQueeney
Sanchez Daniels & Hoffman LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606
*Attorney for* RSCC Wire & Cable f/k/a
Rockbestos-Suprenant Cable

Unknown Counsel for Lincoln Electric Co.

2010 AUG -3 P 12: 51
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE