UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 01, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

# NOTICE OF FILING OF
# CONDITIONAL TRANSFER ORDER (CTO-339)

Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the [Rules of Procedure of the Judicial Panel on Multidistrict Litigation](), 199 F.R.D. 425, 435-36 (2001). The order will be stayed for 14 days unless opposed in accordance with Rule 7.4(c).

Notices of Opposition should be filed by email or facsimile. Refer to Rule 5.1.1 et seq. for filing options and requirements. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Fax transmission of the motion and brief will not be accepted.**

Opposing counsel shall notify the Clerk of the Panel of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CTO Notice:

**Notice of Opposition and Appearance Due on or Before:  September 15, 2010 (12 noon EST)**

If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, counsel are required by Rule 7.4(b) to notify this office **by email (as a PDF attachment), at JPMLeFILE@jpml.uscourts.gov;  or by facsimile, at (202) 502-2888,** of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

Counsel should review Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions. A Panel Service List is attached to this notice.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                          MDL No. 875

PANEL SERVICE LIST (CTO-339)

Veresa Jones Adams
SEDWICK DETERT MORAN &
ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308
**veresa.jonesadams@sdma.com**

Peter G. Angelos
LAW OFFICES OF PETER G
ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Melissa R. Badgett
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105
**rbadgett@cmjhklaw.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Charles E. Blackman
QUERREY & HARROW LTD
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
**cblackman@querrey.com**

Edward J. Briscoe
FOWLER WHITE
BURNETT PA
1395 Brickell Avenue
14th Floor
Miami, FL 33131
**Ebriscoe@fowler-white.com**

Richard A. Brody
BRENT COON & ASSOCIATES
44 Montgomery Street
Suite 800
San Francisco, CA 94104
**rick.brody@bcoonlaw.com**

Benjamin Bucca, Jr.
90 Livingston Avenue
New Brunswick, NJ 08901

Grant C. Buckley
JORDAN FIRM
1804 Frederica Road, Suite C
St. Simons Island, GA 31522
**gbuckley@thejordanfirmssi.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Anthony James Caruso
CARUSO POPE EDELL PICINI
60 Route 46 East
Fairfield, NJ 07004
**acaruso@carusopopesmith.com**

Michael P. Cascino
CASCINO VAUGHAN LAW
OFFICES LTD
220 South Ashland Avenue
Chicago, IL 60607-5308
**michaelp.cascino@gmail.com**

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399
**dan.casey@klgates.com**

Demetra A. Christos
FOLEY & MANSFIELD
39 South LasSalle Street
Suite 1110
Chicago, IL 60603
**dchristos@foleymansfield.com**

Don Cipoletto
23 Vreeland Road, Suite 220
Florham Park, NJ 07932

Timothy Clark
LAW OFFICES OF TIMOTHY
CLARK PA
888 E Las Olas Boulevard
Suite 700
Ft. Lauderdale, FL 33301
**tami@timclarklaw.com**

Stuart L. Cohen
BENNETT AIELLO COHEN &
FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131-1603
**scohen@bennettaiello.com**

Gregory F. Coleman
COLMAN & EDWARDS PC
4800 Old Kingston Pike
Suite 120
Knoxville, TN 37919
**gcoleman@colemanedwardspc.com**

Christopher J.M Collings
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
**ccollings@morganlewis.com**

Mary S. Cook
WILBRAHAM LAWLER & BUBA
24 Kings Highway West
Haddonfield, NJ 08033
**mcook@wlbdeflaw.com**

**MDL No. 875 - Panel Service List (CTO-339) (Continued)**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Case A. Dam
FERRARO & ASSOCIATES PA
4000 Ponce de Leon Boulevard
Suite 700
Miami, FL 33146-1434
**cxd@ferrarolaw.com**

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**efletcher@hplegal.com**

Dawn Dezii
MARGOLIS & EDELSTEIN
100 Century Pkwy Ste 200
Mt Laurel, NJ 08054
**ddezii@margolisedelstein.com**

David R. Donadio
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
**DDonadio@braytonlaw.com**

Michael W. Drumke
HEPLER BROOM LLC
150 North Wacker Drive
Suite 3100
Chicago, IL 60606
**mdrumke@heplerbroom.com**

Steven A. Edelstein
Biltmore Executive Center
1200 Anastasia Avenue
Suite 410
Coral Gables, FL 33134
**Stevee@saelaw.com**

Julie Feigeles
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134
**jf@adorno.com**

Matthew J. Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
**mfischer@schiffhardin.com**

Charles F. Forer
ECKERT SEAMANS CHERIN & MELLOTT LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
**cforer@eckertseamans.com**

Jana Marie Fried
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131
**jfried@bennettaiello.com**

John C. Garde
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
**jgarde@mccarter.com**

Diane Terese Gorczyca
PERKINS COIE LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
**dgorczyca@perkinscoie.com**

C.Darrell Gossett
C DARRELL GOSSETT PC
1601 Reynolds Street
Brunswick, GA 31520
**cdg_law@bellsouth.net**

Kimberly A. Grabarz
POND NORTH LLP
99 Derby Street, Suite 201
Hingham, MA 02043
**kgrabarz@pondnorth.com**

Joanne Hawkins
SPEZIALI GREENWALD & HAWKINS
1081 Winslow Road
Williamstown, NJ 08094
**josiehawkins@comcast.net**

Christopher Iannicello
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
**ciannicelli@morganlewis.com**

John Bruce Jackson
KELLER FISHBACK JACKSON LLP
18425 Burbank Bldv., Suite 610
Tarzana, CA 91356
**bjackson@kfjlegal.com**

Kevin D. Jamison
POND NORTH LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
**kjamison@pondnorth.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

**MDL No. 875 - Panel Service List (CTO-339) (Continued)**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Christopher J. Keale
SEDGWICK DETERT MORAN &
ARNOLD LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102
**christopher.keale@sdma.com**

Brian P. Kenney
EARLY LUDWICK &
SWEENEY LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**bkenney@elslaw.com**

Edward P. Kenney
SIDLEY AUSTIN LLP
One South Deaborn Street
Chicago, IL 60603
**ekenney@sidley.com**

Mark Anthony Kille
KILLE LAW FIRM PLLC
8521 East Florentine Road
Suite A
Prescott Valley, AZ 86314
**mark@killelaw.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

Dan E. LaBelle
HALLORAN & SAGE
315 Post Road, West
Westport, CT 06880
**labelle@halloran-sage.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

Richard M. Lauth
EVERT WEATHERSBY &
HOUFF LLC
3405 Piedmont Road
Suite 200
Atlanta, GA 30305-1764
**rmlauth@ewhlaw.com**

Carrie S. Lin
COOLEY MANION JONES
HAKE ET AL
201 Spear Street
Suite 1800
San Francisco, CA 94105
**clin@cmjhklaw.com**

Edward Kong Low
SONNENSCHEIN NATH &
ROSENTHAL LLP
525 Market Street
26th Floor
San Francisco, CA 94105
**eklow@sonnenschein.com**

John A. Lucas
MERCHANT & GOULD PC
110 McGhee Tyson Boulevard
Suite 203
Knoxville, TN 37701
**jlucas@merchantgould.com**

Christopher J. Lynch
LECLAIR RYAN
One Financial Plaza
755 Main Street, Suite 2000
Hartford, CT 06103
**christopher.lynch@leclairryan.com**

Lillian C. Ma
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco, CA 94105
**lillian.ma@tuckerellis.com**

William F. Mahoney
SEGAL MCCAMBRIDGE
SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Thomas F. Maxwell, Jr.
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
**tmaxwell@pullcom.com**

Michael Emmett McMahon
COHEN PLACITELLA &
ROTH PC
127 Maple Avenue
Red Bank, NJ 07701
**mmcmahon@cprlaw.com**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

**MDL No. 875 - Panel Service List (CTO-339) (Continued)**

Christopher Meisenkothen
EARLY LUDWICK & SWEENEY LLC
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**cmeisenkothen@elslaw.com**

Bryna Rosen Misiura
GOVERNO LAW FIRM LLC
Two International Place
Boston, MA 02110
**bmisiura@governo.com**

Elizabeth Murray
EARLY LUDWICK & SWEENEY
One Century Tower
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**emurray@elslaw.com**

Melissa M. Olson
EMBRY & NEUSNER
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
**molson@embryneusner.com**

James R. Oswald
ADLER POLLOCK &
SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
**joswald@apslaw.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Katharine S. Perry
ADLER POLLOCK &
SHEEHAN PC
175 Federal Street
Boston, MA 02110
**kperry@apslaw.com**

Ross Morton Petty
NIXON PEABODY LLP
One Embarcadero Center
Suite 1800
San Francisco, CA 94111-3600
**phoefs@nixonpeabody.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
**OilSpillLitigationMDL@motleyrice.com**

Henry D. Rome
HOWARD ROME MARTIN &
RIDLEY LLP
1775 Woodside Road
Suite 200
Redwood, CA 94061-7715
**hrome@hrmrlaw.com**

Manuel Sanchez
SANCHEZ DANIELS &
HOFFMAN LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606
**msanchez@sanchezdh.com**

Hector Lee Sandoval
ROVEN-KAPLAN LLP
2190 North Loop West, Suite 410
Houston, TX 77018
**hsandoval@rovenlaw.com**

Steven F. Satz
BUSCH & BUSCH
215 North Center Drive
P.O. Box 1938
North Brunswick, NJ 08902

Bradley David Shwer
FENNEMORE CRAIG PC
3003 North Central Avenue,
Suite 2600
Phoenix, AZ 85012-2913
**bshwer@fclaw.com**

Michael D. Simons
GOVERNO LAW FIRM LLC
Two International Place
Boston, MA 02110
**msimons@governo.com**

M. Stephen Smith, III
RUMBERGER KIRK &
CALDWELL
Brickell Bayview Centre
80 S.W. 8th Street, Suite 3000
Miami, FL 33130-3047
**ssmith@rumberger.com**

Geoffrey Lane Squitiero
MAHER & MURTHA
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601
**gsquitiero@maherandmurtha.com**

Courtney C. Stabnick
POMERANZ DRAYTON &
STABNICK
95 Glastonbury Boulevard
Glastonbury, CT 06033-4412
**courtneys@pdslaw.com**

Amy Jo Talarico
MORGAN LEWIS &
BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
**atalarico@morganlewis.com**

Tobin J. Taylor
HEYL ROYSTER VOELKER &
ALLEN
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602
**ttaylor@hrva.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

**MDL No. 875 - Panel Service List (CTO-339) (Continued)**

Hugh J. Turner Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006
**hugh.turner@akerman.com**

Michael E. Waller
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM
One Newark Center
Newark, NJ 07102
**michael.waller@klgates.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

David Weinberg
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
103 Carnegie Center
Suite 103
Princeton, NJ 08540
**dweinberg@smsm.com**

Beranton James Whisenant, Jr.
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137
**bwhisenant@foleymansfield.com**

Gavin David Whitis
POND NORTH LLP
505 Montgomery Street
13th Floor
San Francisco, CA 94111
**gwhitis@pondnorth.com**

Lisa P. Wildstein
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
15 Exchange Place, Suite 1020
Jersey City, NJ 07302
**lwildstein@smsm.com**

George D. Yaron
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, CA 94108
**gyaron@yaronlaw.com**