# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

SEP - 7 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**MDL 875**

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
**(Noon Eastern Time)** September 15, 2010
**Panel Fax No.: (202) 502-2888**

MDL No. **875** -- IN RE: **Asbestos Products Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-339)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Honeywell International Inc., f/k/a Allied Signal, as successor in interest to Allied Corporation, as successor in interest to the Bendix Corporation

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Gale Lyautey, et al v. Alfa Laval, Inc. et al
FLS 1:10-22891

PLEADING NO. 6300

***********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

9/3/10
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Julie Feigeles
Adorno + Yoss LLP
2525 Ponce de Leon Blvd, # 400
Miami FL 33134

Telephone No.: 305 460 1454    Fax No.: 305 503 8928

Email Address: JF@Adorno.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

**OFFICIAL FILE COPY**

JPML Form 18

IMAGED SEP - 7 2010

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

SEP - 7 2010

FILED
CLERK'S OFFICE

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) September 15, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-339)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (Indicate plaintiff or defendant--attach list if necessary):

Defendant Todd Shipyards Corporation

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):
Joy Stevens, et al. v. A.W. Chesterton, et al.
U.S. District Court, Northern District of California,
Case No. CV-10-3371

*************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

September 3, 2010
Date

Signature of Attorney or Designee

Name and Address of Designated Attorney:
George D. Yaron
YARON & ASSOCIATES
601 California St., 21st Fl.
San Francisco, CA 94108

Telephone No.: (415) 658-2929      Fax No.: (415) 658-2930

Email Address: gyaron@yaronlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18