Case MDL No. 875   Document 6301   Filed 09/13/10   Page 1 o

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 13, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| BARBARA JEAN LEWIS, as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ALBAY CONSTRUCTION COMPANY; ASARCO INCORPORATED; ASBESTOS CORPORATION LIMITED; ASBESTOS CLAIMS MANAGEMENT CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BARTELLS ASBESTOS SETTLEMENT TRUST; BECHTEL CORPORATION (DE) COLONIAL SUGAR REFINING COMPANY; CONGOLEUM CORPORATION; CONSOLIDATED INSULATION, INC.; CROWN CORK & SEAL COMPANY, INC., FLINTKOTE COMPANY, THE; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); FRYER-KNOWLES, INC.; FRASER'S BOILER SERVICE, INC.; FRASER-EDWARDS COMPANY; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; | MDL Docket No. 875<br><br>USDC No. 2:10-cv-01121 RAJ<br><br>DEFENDANT FRASER'S BOILER SERVICE, INC.'S RULE 5.3 CORPORATE DISCLOSURE STATEMENT |

DEFENDANT FRASER'S BOILER SERVICE, INC.'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

480511 / 459.1010

| | |
|---|---|
| 1 | GENERAL DYNAMICS CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; HARBISON-WALKER REFRACTORIES COMPANY; HARDIE-TYNES L.L.C.; HOPEMAN BROTHERS, INC.; J.T. THORPE & SON, INC.; J.T. THORPE, INC.; LAKE ASBESTOS OF QUEBEC, LTD.; LAMONS GASKET COMPANY; LOCKHEED SHIPBUILDING COMPANY; MACARTHUR COMPANY; METALCLAD INSULATION CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; OSCAR E. ERICKSON, INC.; OWENS-ILLINOIS, INC.; PACIFIC GAS & ELECTRIC COMPANY; PARKER-HANNIFIN CORPORATION; PLANT INSULATION COMPANY; QUINTEC INDUSTRIES, INC.; RILEY POWER INC.; SABERHAGEN HOLDINGS, INC.; SANTA FE BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC.; SHELL OIL COMPANY; SEQUOIA VENTURES INC.; SKINNER ENGINE COMPANY, INC.; TA COMPANY (FKA THE AUSTIN COMPANY); TEMPORARY PLANT CLEANERS, INC.; THOMAS DEE ENGINEERING CO., INC.; TIMEC COMPANY, INC.; TODD SHIPYARDS CORPORATION; VIACOM, INC.; WESTERN MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; ZURN INDUSTRIES, LLC; and FIRST DOE through ONE HUNDREDTH DOE;<br><br>Defendants. |

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Fraser's Boiler Service, Inc. by and through its undersigned attorneys, makes the following corporate disclosure:

1. Fraser's Boiler Service, Inc. is a nongovernmental corporate party.

DEFENDANT FRASER'S BOILER SERVICE, INC.'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 2

480511 / 459.1010

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

2.  No parent company or any public held corporation holds 10% or more of the stock in Fraser's Boiler Service, Inc.

DATED this 8th day of September, 2010.

FORSBERG & UMLAUF, P.S.

By _____
Melissa K. Habeck, WSBA #30836
Attorney for Defendant Fraser's Boiler Service, Inc.
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
Phone: 206-689-8500
Fax: 206-689-8501

DEFENDANT FRASER'S BOILER SERVICE, INC.'S RULE 5.3 CORPORATE DISCLOSURE STATEMENT – PAGE 3

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

480511 / 459.1010

Case MDL No. 875   Document 6301   Filed 09/13/10   Page 4 of 6

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 13, 2010

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DEFENDANT FRASER'S BOILER SERVICE, INC.'S RULE 5.3 CORPORATE DISCLOSURE STATEMENT on the following individuals in the manner indicated:

Mr. Cameron O. Carter
Brayton Purcell, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Facsimile: 1-503-241-2573
( x ) Via Facsimile
( x ) Via U.S. Mail

Ms. Jane Vetto
Brayton Purcell, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Facsimile: 1-503-241-2573
( x ) Via Facsimile
( x ) Via U.S. Mail

Mr. Eric L. Dahlin
Davis Wright Tremaine, LLP
1300 S.W. 5th Avenue, Suite 2300
Portland, OR 97201
Facsimile: 503-778-5299
( x ) Via U.S. Mail

Ms. Kathleen A. Stimeling
Schiff Hardin, LLP
One Market
Spear Street Tower
Thirty-Second Floor
San Francisco, California 94105
Facsimile: 1-415-901-8701
( x ) Via U.S. Mail

Mr. Gordon G. Hauschild
Jackson & Wallace
1201 3rd Ave, Suite 3080
Seattle, WA 98101
Facsimile: 206-386-0216
( x ) Via Hand Delivery

Mr. Timothy K. Thorson
Carney Badley Spellman
701 5th Ave., Suite 3600
Seattle, WA 98104
Facsimile: 206-622-8983
( x ) Via Hand Delivery

DEFENDANT FRASER'S BOILER SERVICE, INC.'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 4

480511 / 459.1010

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| Mr. Gene Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue, Suite 2900<br>Seattle, WA 98101<br>Facsimile: 206-682-7100<br>( x ) Via Hand Delivery | Mr. Christopher Marks<br>Williams, Kastner & Gibbs PLLC<br>601 Union St., Suite 4100<br>Seattle, WA 98101-2380<br>Facsimile: 206-628-6611<br>( x ) Via Email |
| Mr. G. William Shaw<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Facsimile: 206-623-7022<br>( x ) Via Email | Mr. Douglas K. Yoshida<br>Ogden Murphy Wallace, P.L.L.C.<br>1601 5th Avenue, Suite 2100<br>Seattle, WA, 98101-1686<br>Facsimile: 206-447-0215<br>( x ) Via Email |
| Mark B. Tuvim<br>Gordon & Rees, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Facsimile: 1-206-689-2822<br>( x ) Via Email | Kevin C. Baumgardner<br>Corr Cronin Michelson Baumgardner & Preece, LLP<br>1001 4th Avenue, Suite 3900<br>Seattle, WA 98154<br>Facsimile: 206-625-0900<br>( x ) Via Email |
| Ms. Katherine M. Steele<br>Stafford Frey Cooper<br>601 Union St., Suite 3100<br>Seattle, WA 98101<br>Facsimile: 206-624-6885<br>( x ) Via Email | Mr. Rodney L. Umberger, Jr.<br>Williams, Kastner & Gibbs<br>601 Union St., Suite 4100<br>Seattle, WA 98111-3926<br>Facsimile: 206-628-6611<br>( x ) Via Email |
| Mr. Richard G. Gawlowski<br>Wilson Smith Cochran & Dickerson<br>1215 Fourth Ave., Suite 1700<br>Seattle, WA 98161<br>Facsimile: 206-623-9273<br>( x ) Via Email | Ms. Wendy E. Lyon<br>Riddell Williams P.S.<br>1001 Fourth Avenue Plaza, #4500<br>Seattle, WA 98154-1065<br>Facsimile: 206-389-1708<br>( x ) Via Email |
| Mr. Robert G. Andre<br>Ogden Murphy Wallace, PLLC<br>1601 Fifth Ave., Suite 2100<br>Seattle, WA 98101-1686<br>Facsimile: 206-447-0215<br>( x ) Via Email | Ms. Jane Savard<br>Ogden Murphy Wallace P.L.L.C.<br>1601 Fifth Ave., Suite 2100<br>Seattle, WA 98101<br>Facsimile: 206-447-0215<br>( x ) Via Email |

DEFENDANT FRASER'S BOILER SERVICE, INC.'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT – PAGE 5

480511 / 459.1010

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

**SIGNED** this 8th day of September, 2010, at Seattle, Washington.

_/s/ Shannon Walker_
Shannon D. Walker

DEFENDANT FRASER'S BOILER SERVICE, INC.'S RULE 5.3 CORPORATE
DISCLOSURE STATEMENT -- PAGE 6

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

480511 / 459.1010