UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 13, 2010

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

_____
                                                           :
IN RE: ASBESTOS PRODUCTS                :
LIABILITY LITIGATION                           :          MDL DOCKET NO. 875
                                                           :
_____:

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-339)
PURSUANT TO J.P.M.L. RULE 7.4(c)**

And now into court comes Michael E. McMahon, Esq., counsel for Plaintiff Julia Denny,

in the case of Julia Denny v. Benjamin Foster Company, et al., Docket No. 10-04299, United

States District Court, District of New Jersey, before the Honorable Freda Wolfson, U.S.D.J., for

the purpose of submitting this Opposition to Transfer to MDL 875 and states as follows:

1.  A Notice of Potential Tag Along Action was filed by Defendants Foster Wheeler

    Energy Corporation and General Electric Company on or about August 25, 2010 in

    the aforementioned case of  Julia Denny v. Benjamin Foster Company, et al., Docket

    No. 10-04299, United States District Court, District of New Jersey.

2.  Pursuant to J.P.M.L. 7.4(c), counsel hereby notifies the Clerk of the Panel and all

    counsel that the undersigned objects to the transfer of the aforementioned case, Julia

    Denny v. Benjamin Foster Company, et al., Docket No. 10-04299, United States

    District Court, District of New Jersey to the Asbestos Products Liability Litigation

    (No.VI), MDL No. 875 as a tag along action.

3.  Counsel hereto attaches proof of service on all parties to this action.

Wherefore, the undersigned respectfully submits that this Notice of Opposition be deemed good and sufficient.

Respectfully submitted,

COHEN, PLACITELLA & ROTH
Attorneys for Plaintiff
Julia Denny

By:   /s/ Michael E. McMahon
Michael E. McMahon, Esq.
127 Maple Ave.
Red Bank, NJ 07701
Telephone: (732) 747-9003
Facsimile:  (732) 747-9004

Date:  September 10, 2010