UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Sep 13, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Julia Denny v. Benjamin Foster Co., et al., | ) | |
|     D. New Jersey, C.A. No. 3:10-4299 | ) | MDL No. 875 |

### NOTICE OF FILED OPPOSITION
### AND PUBLICATION OF BRIEFING SCHEDULE

    Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **Plaintiff Julia Denny** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings.  In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.

    The Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed below.  See Rule 5.1.1 et seq. for filing options and requirements**.**  Counsel filing oppositions in more than one action should file a single motion and brief with an attached schedule of actions.  **Fax transmission of the motion and brief or response will not be accepted.**  See Panel Rule 5.1.2(d).

    Papers must be served on the attached Panel Service List.  Attach a copy of this list to the certificate of service.  (Counsel who have subsequently made appearances in this action should be added to the certificate of service).

    All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above.  The briefing schedule is set as follows:

    **Rule 5.3 Corporate Disclosure Statements Due on or Before:**    **September 27, 2010**

    **Motion and Brief Due on or Before:**    **September 27, 2010**

    **Responses Due on or Before:**    **October 18, 2010**

    Failure to file and serve the required motion and brief within the allotted 14 days will be considered a withdrawal of the opposition, and the stay of the conditional transfer order will be lifted.

    Counsel will be notified if/when this matter is scheduled for hearing before the Panel.  Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                                                                              MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-339)**

Julia Denny v. Benjamin Foster Co., et al., D. New Jersey, C.A. No. 3:10-4299  (Judge Freda L. Wolfson)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Michael J. Block
WILBRAHAM LAWLER & BUBA
24 Kings Highway West
Haddonfield, NJ 08033-2122
**mblock@wlbdeflaw.com**

Benjamin Bucca, Jr.
90 Livingston Avenue
New Brunswick, NJ 08901

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Bertram Busch
BUSCH & BUSCH
215 North Center Drive
P.O. Box 7448
North Brunswick, NJ 08902
**beb@buschlaw.com**

Anthony James Caruso
CARUSO POPE EDELL PICINI
60 Route 46 East
Fairfield, NJ 07004
**acaruso@carusopopesmith.com**

Joel R. Clark
MCGIVNEY & KLUGER PC
23 Vreeland Road
Suite 220
Florham Park, NJ 07932
**jclark@mcgivneyandkluger.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street,
Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Dawn Dezii
MARGOLIS & EDELSTEIN
100 Century Pkwy Ste 200
Mt Laurel, NJ 08054
**ddezii@margolisedelstein.com**

Charles F. Forer
ECKERT SEAMANS CHERIN & MELLOTT LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
**cforer@eckertseamans,com**

John C. Garde
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
**jgarde@mccarter.com**

Joanne Hawkins
SPEZIALI GREENWALD & HAWKINS
1081 Winslow Road
Williamstown, NJ 08094
**josiehawkins@comcast.net**

Christopher Iannicello
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
**ciannicelli@morganlewis.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Christopher J. Keale
SEDGWICK DETERT MORAN & ARNOLD LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102
**christopher.keale@sdma.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

**MDL No. 875 - Panel Service List (Excerpted from-CTO-339) (Continued)**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

Michael Emmett McMahon
COHEN PLACITELLA & ROTH PC
127 Maple Avenue
Red Bank, NJ 07701
**mmcmahon@cprlaw.com**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
**OilSpillLitigationMDL@motleyrice.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Michael E. Waller
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM
One Newark Center
Newark, NJ 07102
**michael.waller@klgates.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

David Weinberg
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
103 Carnegie Center
Suite 103
Princeton, NJ 08540
**dweinberg@smsm.com**

Lisa P. Wildstein
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
15 Exchange Place
Suite 1020
Jersey City, NJ 07302
**lwildstein@smsm.com**