UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 14, 2010

FILED
CLERK'S OFFICE

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS            )
LIABILITY LITIGATION (No. VI)       )        MDL DOCKET NO. 875

This document relates to:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT W. MILLSAPS, INDIVIDUALLY        )
And as PERSONAL REPRESENTATIVE OF        )
THE ESTATE OF BRENDA LEE MILLSAPS        )
AND FOR THE BENEFIT OF THE CHILDREN      )
OF ROBERT W. MILLSAPS AND BRENDA         )
LEE MILLSAPS,                            )
                                         )
            Plaintiff,                   )    Case No. 3:10-cv-358
                                         )
v.                                       )
                                         )
ALUMINUM COMPANY OF AMERICA              )
(ALCOA, INC.), a Pennsylvania Corporation )
                                         )
AND                                      )
                                         )
BREEDING INSULATION COMPANY, INC.        )
                                         )
            Defendants.                  )
                                         )

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER – 339

Pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the Plaintiff in the above referenced action, *Robert Millsaps, et al.*, Case No. 3:10-cv-358, which is pending in the United States District Court for the Eastern District of Tennessee, hereby gives notice of his opposition to the Conditional Transfer Order (CTO-339), entered on

September 1, 2010, transferring the above-referenced action to the Eastern District of Pennsylvania (MDL Docket No. 875).

In accordance with Rule 7.4(d) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, the Plaintiff, within 14 days of the filing of this Notice of Opposition, will file a Motion to Vacate the Conditional Transfer Order and Brief in support thereof.

Dated this 13th day of September, 2010.

RESPECTFULLY SUBMITTED,

BY: *Gregory F. Coleman*
Gregory F. Coleman
**GREG COLEMAN LAW PC**
Bank of America Center
550 Main Avenue, 6th Floor
Knoxville, TN 37902
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
greg@gregcolemanlaw.com

Mona Lisa Wallace
WALLACE & GRAHAM, PA
525 North Main Street
Salisbury, NC 28144
Telephone: (704) 633-5244
Facsimile: (704) 633-9434
mwallace@wallacegraham.com

Case MDL No. 875   Document 6306   Filed 09/14/10   Page 3

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 14, 2010

FILED
CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of September, 2010, this Notice of Opposition was sent electronically (via email) to Mr. Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room G-255, North Lobby, Washington, DC 20002-8004.

Gregory F. Coleman
**GREG COLEMAN LAW PC**
Bank of America Center
550 Main Avenue, 6th Floor
Knoxville, TN 37902
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
greg@gregcolemanlaw.com