MDL 875

MULTIDISTRICT LITIGATION

SEP 14 2010

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

TO:   United States Judicial Panel
      on Multidistrict Litigation
      Thurgood Marshall Federal
      Judicial Bldg.
      One Columbus Circle, N.E., Room G-255
      Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) September 15, 2010**
Panel Fax No.: (202) 502-2888

**MDL No. 875 – IN RE: Asbestos Product Liability Litigation (No. VI)**

## NOTICE OF APPEARANCE (CTO-336)

**PARTIES REPRESENTED** (indicate plaintiff or defendant–attach list if necessary):

1.   *Defendant:*   *Trane US Inc. f/k/a American Standard Inc.*

2.   *Defendant:*   *Defendant Sued as Elliott Turbomachinery Co., Inc.*

3.   *Defendant:*   *Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill*

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s). – attach list if necessary):**

*GALE LYAUTEY and PATRICIA LYAUTEY, his wife, vs. ALFA LAVAL, INC., et al., transferred to MDL 875 from USDC, Southern District of Florida, Case No. 1:10-cv-22891-AJ.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the defendants indicated. I am aware that only one attorney can be designated for each party.

September 10, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

**Edward J. Briscoe, Esq.
Fowler White Burnett, P.A.
1395 Brickell Avenue, 14th Floor
Miami, FL 33131**

Telephone No.: (305) 789-9200           Fax No.: (305) 789-9201
E-Mail Address: Ebriscoe@Fowler-White.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

**OFFICIAL FILE COPY**           IMAGED SEP 14 2010

PLEADING NO. 6308