**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 14 2010

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) September 15, 2010**
Panel Fax No.: (202) 502-2888

MDL No. **875** -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-339)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED** (indicate plaintiff or defendant—attach list if necessary):

Grinnell LLC

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Hinkle, Theresa (WD John Hinkle), et al. v. A.W. Chesterton Co., et al.;
Northern District of California Case No. 3:10-cv-3329;
San Francisco Superior Court Case No. CGC-09-275360

PLEADING NO. 6309

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

9/3/2010　　　　　　　　　　　　　　　Erica Cline
Date　　　　　　　　　　　　　　Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Morgan Lewis & Bockius LLP
Brady L. Green, Esq.: 1701 Market Street Philadelphia, PA 19103-2921
Phone: 215.963.5000 Fax: 215.963.5001: Email: bgreen@morganlewis.com
Erica Cline, Esq.: 1701 Market St. Philadelphia, PA 19103-2921
Phone: 215.963.5000 Fax: 215.963.5001 E-Mail: ecline@morganlewis.com

Telephone No.: 215-963-5149　　　　Fax No.: 215-963-5001

Email Address: ecline@morganlewis.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

JPML Form 18

**OFFICIAL FILE COPY**　　IMAGED SEP 14 2010

SEP-03-2010 FRI 12:25 PM　　　　　　　　　　FAX NO.　　　　　　　　　　　P. 03
Case MDL No. 875   Document 6309   Filed 09/14/10   Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 14 2010

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

*Theresa Hinkle, et al., v. A.W. Chesterton Company, et al.*
Northern District of California, San Francisco Division, Case No. 3:10-cv-03329-EMC
(San Francisco Superior Court Case No. CGC-09-275360)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On September 3, 2010, I served the within documents:

### 1. NOTICE OF APPEARANCE

☒ by transmitting via LexisNexis File & Serve the document(s) listed above to the persons(s) designated on the Transaction Receipt located on the LexisNexis File & Serve website. ***All Parties***

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. ***United States Judicial Panel on Multidistrict Litigation & Plaintiffs Keller, Fishback & Jackson***

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. ***United States Judicial Panel on Multidistrict Litigation & Plaintiffs Keller, Fishback & Jackson***

| **VIA FACSIMILE AND USPS** | **VIA FACSIMILE AND USPS** |
|---|---|
| United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Bldg.<br>One Columbus Circle N.E., Room G-255<br>Washington, D.C. 20002<br>Fax: (202) 502-2888 | Stephen M. Fishback, Esq.<br>Daniel L. Keller, Esq.<br>Tenny Mirzayan, Esq.<br>Keller, Fishback & Jackson LLP<br>18425 Burbank Blvd., Suite 610<br>Tarzana, CA 91356<br>Fax: (818) 342-7616 |

Executed on September 3, 2010, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

*/s/ K. Jerome*
Kristin Jerome

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21904890.1

PROOF OF SERVICE