**MDL-875**

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 14, 2010

FILED
CLERK'S OFFICE

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   September 15, 2010
Panel Fax No.: (202) 502-2888

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-339)

*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

Pleading No. 6312

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Defendant, Aluminum Company of America, now known as Alcoa Inc.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Robert W. Millsaps, et al. vs. Aluminum Company of America, et al.;
U.S. District Court, Eastern District of Tennessee at Knoxville,
Case No. 3:10-cv-358

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

September 14, 2010
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Benita W. Ellen, VSB No. 41421
Hunton & Williams, LLP
Riverfront Plaza, East Tower; 951 East Byrd Street
Richmond, VA 23219-4074
Telephone No.: 804-788-8597          Fax No.: 804-788-8218
                  Email Address: bellen@hunton.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

**OFFICIAL FILE COPY**                IMAGED Sep 14 2010