# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
<u>(Noon Eastern Time) September 15, 2010</u>
Panel Fax No.: (202) 502-2888

MDL No. <u>875</u> -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-339)
*(Appearances should be entered for parties in civil actions the MDL has been previously notified of)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiff, Robert W. Millsaps, Individually and as Personal Representative of The Estate of Brenda Lee Millsaps and for the benefit of the children of Robert W. Millsaps and Brenda Lee Millsaps

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Robert W. Millsaps, et al. vs. Aluminum Company of America, et al.;
U.S. District Court, Eastern District of Tennessee at Knoxville,
Case No. 3:10-cv-358

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| September 13, 2010 | *Mona Lisa Wallace* |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Mona Lisa Wallace
Wallace & Graham, PA
525 North Main Street
Salisbury, NC 28144

Telephone No.: <u>704-633-5244</u>    Fax No.: <u>704-633-9434</u>

Email Address: <u>mwallace@wallacegraham.com</u>

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

JPML Form 18

OFFICIAL FILE COPY    IMAGED SEP 14 2010