Case MDL No. 875   Document 6314   Filed 09/16/10   Page 1 of 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
Sep 16, 2010
FILED
CLERK'S OFFICE



| | | |
|---|---|---|
| JAMES L. FERRARO* <br> DAVID A. JAGOLINZER** <br><br> SCOTT A. KNOTT*** <br> GREGORY S. LYNAM+ <br> DINO G. GALARDI <br> CASE A. DAM**** <br> JUAN P. BAUTA, II <br> HILARY B. LEFKO++ <br> ERICA L. BRADY++++ <br> ILONA M. DEMENINA <br> JEFFREY H. SLOMAN <br> ALLAN B. KAISER****** <br> RUSSELL KOONIN <br> MELISSA DAMIAN VISCONTI <br><br> W. SAM HOLLAND +++ | **THE FERRARO LAW FIRM** <br><br> MIAMI • WASHINGTON, D.C. • NEW YORK <br><br> 4000 PONCE DE LEON BOULEVARD <br> SUITE 700 <br> MIAMI, FLORIDA 33146 <br> TELEPHONE (305) 375-0111 <br> TELEFAX (305) 379-6222 <br> TOLL FREE (800) 275-3332 <br> www.ferrarolaw.com | *ALSO LICENSED IN MA, NY, OH <br> **ALSO LICENSED IN MA, DC, NY <br> *** ALSO LICENSED IN DC <br> ****ALSO LICENSED IN IL <br> ***** ALSO LICENSED IN NY <br> ****** ALSO LICENSED IN MO <br> +ONLY LICENSED IN CA, IL <br> ++ONLY LICENSED IN TX <br> ++++ ONLY LICENSED IN CA,NY <br><br> +++OF COUNSEL |

September 16, 2010

**Via Electronic Mail**
Jeffery N. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C 20002

Re:   **Gale Lyautey et al. v. Alfa Laval, Inc., et al. S.D. Fla. Case No. 10-22891**
        *Notice of Opposition of CTO-339*

Dear Mr. Luthi:

By way of this letter and in conjunction with Plaintiffs' Motion to Vacate CTO-339 filed yesterday, please be advised that Plaintiffs in the above referenced matter oppose entry of the conditional transfer issued by the United State Judicial Panel on Multidistrict Litigation. Plaintiffs filed Motions for Summary Judgment against Defendants' government contractor defense and a Motion to Remand challenging the Court's jurisdiction, both of which are soon to be heard by the United States District Court for the Southern District of Florida.

Thank you for very much for your considerations and immediate attention to this, and please should you have any questions or concern please do not hesitate to contact me at the office.

Very truly yours,

THE FERRARO LAW FIRM, P.A.

Case A. Dam, Esq.

cc: Ms. Delora Davis

598 MADISON AVENUE • SUITE 2 • NEW YORK, NEW YORK 10022 • TELEPHONE (212) 355-8111 • TELEFAX (212) 355-8115
1001 CONNECTICUT AVENUE, NW • SUITE 1225 • WASHINGTON, DC 20036 • TELEPHONE (202) 775-1630 • TELEFAX (202) 775-1633