UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 16, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| Gale Lyautey, et al. v. Alfa Laval, Inc., et al., S.D. Florida, | ) | |
| C.A. No. 1:10-22891 | ) | MDL No. 875 |

NOTICE OF FILED OPPOSITION WITH
MOTION AND BRIEF
AND PUBLICATION OF BRIEFING SCHEDULE

Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **Plaintiffs Gale Lyautey, et al.** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. Simultaneously, the Panel also received and has filed the required Motion and Brief to Vacate the Conditional Transfer Order.

Counsel should refer to Panel Rule 5.1.1 et seq. for filing options and requirements. **Fax transmission of a response will not be accepted.** All papers must be served on the attached Panel Service List. Counsel should attach a copy of this list to their certificate of service.

All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above. The briefing schedule is set as follows:

**Rule 5.3 Corporate Disclosure Statements Due on or Before:** September 30, 2010

**Responses Due on or Before:** October 7, 2010

Counsel will be notified if/when this matter is scheduled for hearing before the Panel. Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                        MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-339)**

Gale Lyautey, et al. v. Alfa Laval, Inc., et al., C.A. No. 1:10-22891
(Judge Adalberto Jordan)

Veresa Jones Adams
SEDWICK DETERT MORAN & ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308
**veresa.jonesadams@sdma.com**

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Edward J. Briscoe
FOWLER WHITE BURNETT PA
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
**Ebriscoe@fowler-white.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399
**dan.casey@klgates.com**

Timothy Clark
LAW OFFICES OF TIMOTHY CLARK PA
888 E Las Olas Boulevard, Suite 700
Ft. Lauderdale, FL 33301
**tami@timclarklaw.com**

Stuart L. Cohen
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131-1603
**scohen@bennettaiello.com**

Christopher J.M Collings
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
**ccollings@morganlewis.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                      MDL No. 875

**PANEL SERVICE LIST (Excerpted from CTO-339)**

Gale Lyautey, et al. v. Alfa Laval, Inc., et al., C.A. No. 1:10-22891
(Judge Adalberto Jordan)

Veresa Jones Adams
SEDWICK DETERT MORAN & ARNOLD LLP
2400 East Commerce Boulevard
Suite 1100
Fort Lauderdale, FL 33308
**veresa.jonesadams@sdma.com**

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Edward J. Briscoe
FOWLER WHITE BURNETT PA
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
**Ebriscoe@fowler-white.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Daniel A. Casey
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399
**dan.casey@klgates.com**

Timothy Clark
LAW OFFICES OF TIMOTHY CLARK PA
888 E Las Olas Boulevard, Suite 700
Ft. Lauderdale, FL 33301
**tami@timclarklaw.com**

Stuart L. Cohen
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131-1603
**scohen@bennettaiello.com**

Christopher J.M Collings
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
**ccollings@morganlewis.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

**MDL No. 875 - Panel Service List (Excerpted from CTO-339) (Continued)**

Case A. Dam
FERRARO & ASSOCIATES PA
4000 Ponce de Leon Boulevard
Suite 700
Miami, FL 33146
**cxd@ferrarolaw.com**

Evelyn Fletcher Davis
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
**efletcher@hplegal.com**

Steven A. Edelstein
Biltmore Hotel Executive Offices
1200 Anastasia Avenue
Suite 410
Coral Gables, FL 33134
**SteveE@saelaw.com**

Julie Feigeles
ADORNO & YOSS LLP
2525  Ponce de Leon Blvd.
Suite 400
Miami, FL 33134
**jf@adorno.com**

Jana Marie Fried
BENNETT AIELLO COHEN & FRIED
The Ingraham Building
25 Southeast Second Avenue
Suite 808
Miami, FL 33131
**jfried@bennettaiello.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
     FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

Richard M. Lauth
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road
Suite 200
Atlanta, GA 30305-1764
**rmlauth@ewhlaw.com**

**MDL No. 875 - Panel Service List (Excerpted from CTO-339) (Continued)**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
    MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
**OilSpillLitigationMDL@motleyrice.com**

M. Stephen Smith, III
RUMBERGER KIRK & CALDWELL
Brickell Bayview Centre
80 S.W. 8th Street, Suite 3000
Miami, FL 33130-3047
**ssmith@rumberger.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Hugh J. Turner, Jr.
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-0006
**hugh.turner@akerman.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
    TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**

Beranton James Whisenant, Jr.
FOLEY & MANSFIELD PLLP
4770 Biscayne Boulevard
Suite 1000
Miami, FL 33137
**bwhisenant@foleymansfield.com**