# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
ATTORNEYS AT LAW

www.mooclaw.com

*DELAWARE OFFICE*
*Suite 800*
*913 N. Market Street*
*Wilmington, DE 19801*
*(302) 658-6538 Fax: (302) 658-6537*

*Megan T. Mantzavinos*
Member DE & MD Bars
mmantzavinos@mooclaw.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

September 14, 2010

SEP 21 2010

FILED
CLERK'S OFFICE

Mr. Jeffrey N. Luthi
Clerk of Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington, DC 20002-8004

PLEADING NO. 6319

## NOTICE OF TAG-ALONG ACTION TO
## ASBESTOS PRODUCT LIABILITY LITIGATION - MDL No. 875

**RE:** **Estate of Thomas Milstead v. Viad Corp., et al.**
**In the United States District Court for the District of Delaware**
**C.A. No. 10-cv-00767-UNA**

Dear Mr. Luthi:

Plaintiff filed his complaint in the above matter in the Superior Court of Delaware, New Castle County, Case No. N10C-07-246 ASB against numerous defendants alleging damages as a result of exposure to asbestos. Defendant Viad Corp., removed this matter from the Superior Court of Delaware, New Castle County to the United States District Court for the District of Delaware. Enclosed please find a copy of Plaintiff's complaint, a copy of Defendant Viad Corp.'s Notice of Removal, and a copy of the docket sheet for Case No. 1:10-cv-00767-UNA

This matter should be transferred in accordance with this Panel's prior practice of transferring tag-along actions involving asbestos claims to the Eastern District of Pennsylvania for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 in the Asbestos Products Liability Litigation (No. VI), MDL No. 875. This matter involves questions of fact that are common to actions previously transferred and pending actions currently managed by the Eastern District of Pennsylvania and the Honorable Eduardo C. Robreno.

Thank you for your attention to this matter.

{DE166605.1}

| Philadelphia | Pennsauken | New York City | Pittsburgh | Towson | Elmsford |
| Pennsylvania | New Jersey | New York | Pennsylvania | Maryland | New York |

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
September 14, 2010
Page 2

        Very truly yours,

        **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

        BY: _____
        Megan T, Mantzavinos, Esquire
        913 North Market Street, #800
        Wilmington, DE 19801
        (302) 658-6538
        *Attorneys for Defendant Viad Corp.*

/sas
Enclosures

cc:    United States District Court, District of Delaware (via electronic case filing)
        All counsel of record (via electronic case filing)

{DE166605.1}