# KELLER, FISHBACK & JACKSON LLP

NEW YORK · LOS ANGELES · SAN FRANCISCO

September 20, 2010

**VIA FACSIMILE 202.502.2888**

Jeffery N. Luthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 2 2010

FILED
CLERK'S OFFICE

> Request of pltfs. in Hinkle, et al., CAN 3:10-3329, to hold transfer in abeyance -- **DENIED. Opposition was due on or before Sept. 15, 2010. Action was transferred to PAE on Sept. 16, 2010.**
> (jnl - 22 Sept 10)

Re: **Hinkle, et al. v. A.W. Chesterton, et al.**
USDC Case No. 3:10-cv-03329-RS
SFSC Case No.: CGC-09-275360
MDL No.: 875

PLEADING NO. 6322

Dear Mr. Luthi:

On behalf of the Plaintiffs in the above-captioned action, I write to notify the Judicial Panel on Multidistrict Litigation of Plaintiffs' opposition to the conditional transfer order transferring the above-captioned action to the United States District Court for the Eastern District of Pennsylvania. I also write to inform the Panel that Plaintiffs have filed a motion to remand the above-captioned action to the Superior Court of California, County of San Francisco set to be heard on October 13 2010, in the U.S. District Court for the Northern District of California. Accordingly, Plaintiffs request that any decision on the transfer of the above captioned to the Eastern District of Pennsylvania be continued to a date after Plaintiffs' motion to remand has been heard. Plaintiffs intend to file a motion to vacate the conditional transfer order and brief in support thereof in accordance with R.P.J.P.M.L. Rule 7.4.

Thank you for your attention regarding this matter. Please feel free to contact me should you have any questions.

Sincerely,

/s/

James Zhu

2010 SEP 22 A 12: 23
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

18425 BURBANK BLVD., SUITE 610~ TARZANA, CALIFORNIA 91356
PH: 818.342.7442
FAX: 818.342.7616
WWW.KFJLEGAL.COM

**OFFICIAL FILE COPY**

IMAGED SEP 2 2 2010