IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES & ANGELA HENDERSON, | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Transferred from the |
| | : | District of Rhode Island |
| A.P. GREEN INDUS., INC., | : | (D.R.I. No. 02-cv-386) |
| et al., | : | |
| | : | CIVIL ACTION NO. |
| Defendants. | : | 10-63706 |

### SUGGESTION OF REMAND

**AND NOW**, this **27th** day of **August, 2010**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

    a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

    c.) All discovery has been completed.

    d.) Settlement negotiations have been exhausted as to the remaining viable defendants.

    e.) All outstanding motions have been either adjudicated or settled.

    f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

Accordingly, the Court **SUGGESTS** that the above

captioned case should be **REMANDED** to the United States District Court for the District of Rhode Island for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO

---

1. The Court finds that the issue of punitive damages must be resolved at a further date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILLIPS, et al.,

    Plaintiffs,

v.

VIACOM, INC., et al.,

    Defendants.

CONSOLIDATED UNDER
MDL 875

Transferred from the
District of Rhode Island
(D.R.I. No. 03-cv-378)

CIVIL ACTION NO.
07-63707

FILED
AUG 31 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2010

FILED
CLERK'S OFFICE

### SUGGESTION OF REMAND

**AND NOW**, this **27th** day of **August, 2010**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

    a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

    c.) All discovery has been completed.

    d.) Settlement negotiations have been exhausted as to the remaining viable defendants.

    e.) All outstanding motions have been either adjudicated or settled.

    f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District

Court for the District of Rhode Island for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO

---

1. The Court finds that the issue of punitive damages must be resolved at a further date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).