UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 23, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                      MDL No.875

## NOTICE OF FILING OF
## CONDITIONAL REMAND ORDER

Today, the Judicial Panel on Multidistrict Litigation filed a conditional remand order (CRO) involving the above-captioned matter. This order is filed pursuant to Rule 7.6(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-38 (2001). The order will be stayed for 14 days unless opposed in accordance with Rule 7.6(f)(ii).

Notices of Opposition should be filed by email or facsimile. Refer to Rule 5.1.1 et seq. for filing options and requirements. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the remand of more than one action. A consolidated Motion and Brief to Vacate the CRO, with attached schedule of actions, is acceptable and encouraged. **Fax transmission of the motion and brief will not be accepted**.

Opposing counsel shall notify the Clerk of the Panel of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel. An appearance form is attached. (Note: If filing an appearance, include an email address for notification of subsequent filings.) The following deadlines pertain to this CRO Notice:

**Notice of Opposition and Appearance Due on or Before:  October 7, 2010    (12 noon EST)**

If/when Notices of Opposition are filed, counsel will be notified of subsequent briefing schedules and related filings.

Pursuant to Rule 7.6(g), the parties are to furnish the Clerk for the transferee district court, the **Eastern District of Pennsylvania**, with a stipulation or designation of the contents of the records to be remanded and furnish all necessary copies of any pleadings or other documents filed. Parties should contact the Clerk of the transferee district court before furnishing copies of papers as much of the record may be available electronically.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel