**MDL 875**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  January 28, 2010
Panel Fax No.: (202) 502-2888**

MDL No. 875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

~~VIAD Corp. - Defendant~~

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

| DIST. | DIV. | C.A. No. | CASE CAPTION |
|---|---|---|---|
| RI | 1 | 09-513 | Charles G. Newberry, et al. v. Elliott Turbomachinery, et al. |
| RI | 1 | 09-561 | Fred E. Strong, et al. v. Buffalo Pumps, et al. |

PLEADING NO. 6331

••••••••••••••••••••••••••••••••••••••••••••••••

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

January 28, 2010
Date                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Stephen Adams
Taylor Duane Barron & Gilman, LLP
Ten Dorrance Street, Suite 800
Providence, RI 02903
Telephone No.: (401) 273-7171          Fax No.: (401) 273-2904
Email Address: sadams@taylorduane.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE.

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED SEP 27 2010