BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____

IN RE  ASBESTOS PRODUCTS           )

LIABILITY LITIGATION (No. VI)      )        MDL DOCKET NO. 875

_____

This document relates to:

_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT W. MILLSAPS, INDIVIDUALLY And as PERSONAL REPRESENTATIVE OF THE ESTATE OF BRENDA LEE MILLSAPS AND FOR THE BENEFIT OF THE CHILDREN OF ROBERT W. MILLSAPS AND BRENDA LEE MILLSAPS, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:10-cv-358 |
| v. | ) ) | |
| ALUMINUM COMPANY OF AMERICA (ALCOA, INC.), a Pennsylvania Corporation | ) ) ) | |
| AND | ) ) | |
| BREEDING INSULATION COMPANY, INC. | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (339)**

   Plaintiff, Robert W. Millsaps, Individually and as Personal Representative of the Estate

of Brenda Lee Millsaps (deceased), by and through undersigned counsel, files this Motion to

Vacate Conditional Transfer Order 339 pertaining to the above-captioned case because transfer is

1

inappropriate. There is no diversity of jurisdiction as argued more fully in Plaintiff's Brief in Support of Motion to Vacate.

WHEREFOR, Plaintiff requests that the panel grant its Motion to Vacate the Conditional Transfer Order and remand the above-captioned case to the United States District Court for the Eastern District of Tennessee.

Dated this 27th day of September, 2010.

RESPECTFULLY SUBMITTED,

BY:   /s/ Gregory F. Coleman_____

Gregory F. Coleman
**GREG COLEMAN LAW PC**
Bank of America Center
550 Main Avenue, 6th Floor
Knoxville, TN 37902
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
greg@gregcolemanlaw.com

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 27th day of September, 2010, service of the foregoing Motion to Vacate Conditional Transfer Order (339) was made this day by depositing a true copy of the same for mailing, first class mail at Knoxville, Tennessee, addressed as follows:

BY:   /s/ Gregory F. Coleman_____

Gregory F. Coleman