BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE  ASBESTOS PRODUCTS                              )

LIABILITY LITIGATION (No. VI)                        )          MDL DOCKET NO. 875

---

This document relates to:

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT W. MILLSAPS, INDIVIDUALLY | ) | |
| And as PERSONAL REPRESENTATIVE OF | ) | |
| THE ESTATE OF BRENDA LEE MILLSAPS | ) | |
| AND FOR THE BENEFIT OF THE CHILDREN | ) | |
| OF ROBERT W. MILLSAPS AND BRENDA | ) | |
| LEE MILLSAPS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-cv-358 |
| | ) | |
| v. | ) | |
| | ) | |
| ALUMINUM COMPANY OF AMERICA | ) | |
| (ALCOA, INC.), a Pennsylvania Corporation | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| BREEDING INSULATION COMPANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of September, 2010, service of Plaintiff's

Motion to Vacate Conditional Transfer Order (339) and Plaintiff's Brief in Support of Motion to

1

Vacate Conditional Transfer Order (339) was made this day by electronic mail to those listed on the attached panel service list.

Dated this 28th day of September, 2010.


RESPECTFULLY SUBMITTED,

BY:      /s/ Gregory F. Coleman_____

Gregory F. Coleman
**GREG COLEMAN LAW PC**
Bank of America Center
550 Main Avenue, 6th Floor
Knoxville, TN 37902
Telephone:  (865) 247-0080
Facsimile:  (865) 522-0049
greg@gregcolemanlaw.com

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

### PANEL SERVICE LIST (Excerpted from CTO-339)

Robert W. Millsaps, etc. v. Aluminum Co. of America, et al., E.D. Tennessee
C.A. No. 3:10-358  (Judge R. Leon Jordan)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
**mjolley@lawpga.com**

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
**jwblack@wardblacklaw.com**

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
**rbudd@baronbudd.com**

Gregory F. Coleman
COLMAN & EDWARDS PC
4800 Old Kingston Pike, Suite 120
Knoxville, TN 37919
**gcoleman@colemanedwardspc.com**

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415
**jcooney@cooneyconway.com**

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
**kevin.jordan@bakerbotts.com**

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
**pkalish@crowell.com**

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
**skazan@kazanlaw.com**

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
**kraus@waterskraus.com**

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza
East Tower
951 East Byrd Street
Richmond, VA 23219-4074
**DLandin@Hunton.com**

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
**attylane@bellsouth.net**

John A. Lucas
MERCHANT & GOULD PC
110 McGhee Tyson Boulevard, Suite 203
Knoxville, TN 37701
**jlucas@merchantgould.com**

**MDL No. 875 - Panel Service List (Excerpted from CTO-339) (Continued)**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**wmahoney@smsm.com**

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
**rcmalaby@mblaw.net**

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
**jmcshea@mcshea-tecce.com**

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
**pmcweeny@schiffhardin.com**

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
**tpacker@gordonrees.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
**OilSpillLitigationMDL@motleyrice.com**

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
**mthornton@tenlaw.com**

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**wwatkins@fpwk.com**