UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS  
LIABILITY LITIGATION (NO.VI)

MDL DOCKET NO. 875

GALE L. LYAUTEY, and  
PATRICIA LYAUTEY, his wife,

Plaintiffs,

v.

ALFA LAVAL, INC., et. al.,

Defendants.  
_____/

*Transferred from Unites States District Court, Southern District of Florida*  
*CASE NO.: 1:10-CV-22891*

### DEFENDANT, VIAD CORP'S CORPORATE DISCLOSURE STATEMENT

The Defendant, VIAD CORP ("Viad"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, files this instant Corporate Disclosure Statement and states that it is a corporation organized under the laws of Delaware with its principal place of business in Phoenix, Arizona. Viad has no parent corporation. There is one (1) publically held corporation owning 10% or more of Viad's outstanding common stock. This investor is Morgan Stanley & Co. Incorporated.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 24, 2010, I filed a copy of the foregoing via electronic mail and the original via U.S. Mail to the Clerk of the Judicial

Panel of Multidistrict Litigation Court. I also certify that the foregoing document is being served this day on all Counsel of Record or Pro Se Parties via electronic mail.

**FOLEY & MANSFIELD, P.L.L.P.**
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137
Telephone: (305) 438-9899
Facsimile: (305) 438-9819

By: _____
BERANTON J. WHISENANT, JR.
Florida Bar Number 0788651
bwhisenant@foleymansfield.com

Attorneys for **VIAD CORP**