UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

**Asbestos Products Liability Litigation
Caseload Statistics**
Office of the Clerk of Court

August 1, 2006  -  September 29, 2010

**Michael E. Kunz**
Clerk of Court

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## CUMULATIVE TOTALS

| | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CASES PENDING IN EDPA | |
|---|---|---|---|---|
| 8/1/2006 - 10/31/2008 | 53,794 | 1,806 | AS OF 10/31/08 | 51,988 |
| 11/1/2008 - 12/31/2009 | 43,417 | 45,028 | AS OF 12/31/09 | 50,377 |
| 1/1/2010 - 9/29/2010 | 21,881 | 54,966 | AS OF 9/29/10 | 17,292 |
| **TOTAL** | 119,092 | 101,800 | AS OF 9/29/10 | 17,292 |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| NOVEMBER 2008 | 1,020 | 33,982 | 2 | 2,304 | 2,064 | 0 |
| DECEMBER 2008 | 833 * | 16,112 | 12 | 4,278 | 143 | 56 |
| JANUARY 2009 | 2,461 | 72,511 | 0 | 10,681 | 358 | 152 |
| FEBRUARY 2009 | 1,247 | 35,222 | 5,221 | 216,095 | 222 | 542 |
| MARCH 2009 | 1,884 | 40,890 | 1,451 | 282,683 | 0 | 762 |
| APRIL 2009 | 2,432 | 51,932 | 3,183 | 149,129 | 695 | 72 |
| MAY 2009 | 2,220 | 71,401 | 9,738 | 1,151,139 | 3,890 | 46 |
| JUNE 2009 | 5,111 | 145,735 | 2,875 | 146,093 | 2,366 | 53 |
| JULY 2009 | 4,461 * | 114,537 | 4,583 | 404,157 | 4,576 | 24 |
| AUGUST 2009 | 5,698 | 971,937 | 3,878 | 60,009 | 1,022 | 138 |
| SEPTEMBER 2009 | 11,721 | 643,476 | 2,664 | 2,474,855 | 317 | 0 |
| OCTOBER 2009 | 2,160 | 93,632 | 6,007 | 435,802 | 645 | 92 |
| NOVEMBER 2009 | 1,162 | 53,768 | 3,238 | 77,986 | 2,618 | 53 |
| DECEMBER 2009 | 1,007 | 41,843 | 2,176 | 155,072 | 4,187 | 43 |
| TOTAL 11/1/2008 - 12/31/2009 | 43,417 | 2,386,978 | 45,028 | 5,570,283 | 23,103 | 2,033 |

\* EACH INCLUDE 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

|  | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| JANUARY 2010 | 425 | 12,185 | 2,409 | 59,644 | 727 | 1 |
| FEBRUARY 2010 | 967 | 21,427 | 797 | 44,821 | 270 | 37 |
| MARCH 2010 | 79 | 2,370 | 8,393 | 647,192 | 2,309 | 0 |
| APRIL 2010 | 4,511 | 218,523 | 3,761 | 235,284 | 2,415 | 31 |
| MAY 2010 | 2,233 * | 75,420 | 9,023 | 553,430 | 2,726 | 62 |
| JUNE 2010 | 1,498 | 20,241 | 14,555 | 1,071,056 | 770 | 0 |
| JULY 2010 | 175 | 9,858 | 3,136 | 111,232 | 5,438 | 34 |
| AUGUST 2010 | 9,553 | 47,840 | 12,121 | 114,556 | 5,273 | 91 |
| SEPTEMBER 2010 | 2,440 | 39,245 | 771 | 12,626 | 4,814 | 13 |
| OCTOBER 2010 |  |  |  |  |  |  |
| NOVEMBER 2010 |  |  |  |  |  |  |
| DECEMBER 2010 |  |  |  |  |  |  |
| TOTAL 1/1/2010 - 9/29/2010 | 21,881 | 447,109 | 54,966 | 2,849,841 | 24,742 | 269 |

* INCLUDES 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

**TOTAL CASELOAD**

11/1/2008 - 9/29/2010

|  | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| 11/1/2008 - 12/31/2009 | 43,417 | 2,386,978 | 45,028 | 5,570,283 | 23,103 | 2,033 |
| 1/1/2010 - 9/29/2010 | 21,881 | 447,109 | 54,966 | 2,849,841 | 24,742 | 269 |
| **TOTAL** 11/1/2008 - 9/29/2010 | **65,298** | **2,834,087** | **99,994** | **8,420,124** | **47,845** | **2,302** |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## 875 -IN RE: Asbestos Products Liability Litigation (No.VI)
### PENNSYLVANIA EASTERN
8/1/2006 - 9/29/2010

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---:|---:|---:|
| **DC** | **32** | **29** | **3** |
| District of Columbia | 32 | 29 | 3 |
| **1ST CIRCUIT** | **1,190** | **1,013** | **177** |
| Maine | 277 | 214 | 63 |
| Massachusetts | 444 | 355 | 89 |
| New Hampshire | 127 | 118 | 9 |
| Puerto Rico | 77 | 77 | 0 |
| Rhode Island | 265 | 249 | 16 |
| **2ND CIRCUIT** | **17,940** | **17,316** | **624** |
| Connecticut | 222 | 64 | 158 |
| New York Eastern | 6,865 | 6,606 | 259 |
| New York Northern | 323 | 322 | 1 |
| New York Southern | 10,082 | 9,878 | 204 |
| New York Western | 446 | 445 | 1 |
| Vermont | 2 | 1 | 1 |
| **3RD CIRCUIT** | **9,739** | **9,339** | **400** |
| Delaware | 448 | 438 | 10 |
| New Jersey | 807 | 464 | 343 |
| Pennsylvania Eastern | 8,196 | 8,164 | 32 |
| Pennsylvania Middle | 1 | 1 | 0 |
| Pennsylvania Western | 85 | 71 | 14 |
| Virgin Islands | 202 | 201 | 1 |
| **4TH CIRCUIT** | **18,224** | **9,804** | **8,420** |
| Maryland | 1,300 | 669 | 631 |
| North Carolina Eastern | 910 | 510 | 400 |
| North Carolina Middle | 806 | 585 | 221 |
| North Carolina Western | 1,772 | 1,313 | 459 |
| South Carolina | 2,227 | 1,640 | 587 |
| Virginia Eastern | 10,141 | 4,211 | 5,930 |
| Virginia Western | 905 | 723 | 182 |
| West Virginia Northern | 66 | 65 | 1 |
| West Virginia Southern | 97 | 88 | 9 |
| **5TH CIRCUIT** | **40,967** | **37,997** | **2,970** |
| Louisiana Eastern | 318 | 271 | 47 |
| Louisiana Middle | 125 | 61 | 64 |
| Louisiana Western | 78 | 66 | 12 |
| Mississippi Northern | 563 | 510 | 53 |
| Mississippi Southern | 33,227 | 31,224 | 2,003 |
| Texas Eastern | 4,401 | 3,892 | 509 |
| Texas Northern | 1,505 | 1,283 | 222 |
| Texas Southern | 667 | 628 | 39 |
| Texas Western | 83 | 62 | 21 |

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|
| **6TH CIRCUIT** | **12,704** | **12,411** | **293** |
| Kentucky Eastern | 274 | 240 | 34 |
| Kentucky Western | 255 | 202 | 53 |
| Michigan Eastern | 119 | 103 | 16 |
| Michigan Western | 31 | 27 | 4 |
| Ohio Northern | 11,350 | 11,173 | 177 |
| Ohio Southern | 248 | 244 | 4 |
| Tennessee Eastern | 249 | 245 | 4 |
| Tennessee Middle | 87 | 87 | 0 |
| Tennessee Western | 91 | 90 | 1 |
| **7TH CIRCUIT** | **8,524** | **6,072** | **2,452** |
| Illinois Central | 1,712 | 1,381 | 331 |
| Illinois Northern | 1,079 | 774 | 305 |
| Illinois Southern | 416 | 269 | 147 |
| Indiana Northern | 1,513 | 1,019 | 494 |
| Indiana Southern | 1,973 | 1,390 | 583 |
| Wisconsin Eastern | 1,193 | 767 | 426 |
| Wisconsin Western | 638 | 472 | 166 |
| **8TH CIRCUIT** | **1,555** | **1,156** | **399** |
| Arkansas Eastern | 85 | 83 | 2 |
| Arkansas Western | 19 | 19 | 0 |
| Iowa Northern | 27 | 23 | 4 |
| Iowa Southern | 92 | 91 | 1 |
| Minnesota | 461 | 364 | 97 |
| Missouri Eastern | 349 | 328 | 21 |
| Missouri Western | 109 | 103 | 6 |
| Nebraska | 121 | 117 | 4 |
| North Dakota | 270 | 6 | 264 |
| South Dakota | 22 | 22 | 0 |
| **9TH CIRCUIT** | **2,636** | **2,046** | **590** |
| Alaska | 120 | 116 | 4 |
| Arizona | 548 | 401 | 147 |
| California Central | 216 | 182 | 34 |
| California Eastern | 19 | 10 | 9 |
| California Northern | 676 | 412 | 264 |
| California Southern | 56 | 33 | 23 |
| Guam | 3 | 2 | 1 |
| Hawaii | 57 | 28 | 29 |
| Idaho | 112 | 107 | 5 |
| Montana | 143 | 129 | 14 |
| Nevada | 185 | 180 | 5 |
| Northern Mariana Island | 4 | 4 | 0 |
| Oregon | 158 | 134 | 24 |
| Washington Eastern | 173 | 169 | 4 |
| Washington Western | 166 | 139 | 27 |

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---:|---:|---:|
| **10TH CIRCUIT** | **2,513** | **2,455** | **58** |
| Colorado | 503 | 503 | 0 |
| Kansas | 609 | 609 | 0 |
| New Mexico | 277 | 255 | 22 |
| Oklahoma Eastern | 28 | 26 | 2 |
| Oklahoma Northern | 222 | 212 | 10 |
| Oklahoma Western | 303 | 297 | 6 |
| Utah | 449 | 435 | 14 |
| Wyoming | 122 | 118 | 4 |
| **11TH CIRCUIT** | **3,068** | **2,162** | **906** |
| Alabama Middle | 67 | 65 | 2 |
| Alabama Northern | 402 | 393 | 9 |
| Alabama Southern | 291 | 274 | 17 |
| Florida Middle | 119 | 73 | 46 |
| Florida Northern | 21 | 6 | 15 |
| Florida Southern | 575 | 391 | 184 |
| Georgia Middle | 35 | 29 | 6 |
| Georgia Northern | 677 | 527 | 150 |
| Georgia Southern | 881 | 404 | 477 |
| **TOTAL** | **119,092** | **101,800** | **17,292** |