# EXHIBIT 2

UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

**Asbestos Products Liability Litigation**
**Caseload Statistics**
Office of the Clerk of Court

**Michael E. Kunz**
Clerk of Court
6/30/2010

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## CUMULATIVE TOTALS

|  | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CASES PENDING IN EDPA | |
|---|---|---|---|---|
| 8/1/2006 - 10/31/2008 | 53,794 | 1,806 | AS OF 10/31/08 | 51,988 |
| 11/1/2008 - 12/31/2009 | 43,929 | 45,028 | AS OF 12/31/09 | 50,889 |
| 1/1/2010 - 6/30/2010 | 18,226 | 37,840 | AS OF 6/30/10 | 31,275 |
| **TOTAL** | 115,949 | 84,674 | AS OF 6/30/10 | 31,275 |