UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 23, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO.VI)                          MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 14 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 08, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)** — MDL No. 875

### SCHEDULE FOR CONDITIONAL REMAND ORDER

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| **DIST.** | **DIV.** | **C.A. NO.** | **DIST.** | **DIV.** | **C.A. NO.** | **CASE CAPTION** |
| PAE | 2 | 07-63993 | ME | 2 | 04-122 | Gail Boston, et al. v. Eastern Refractories Co., Inc., et al. |
| PAE | 2 | 07-66973 | NYE | 1 | 02-3701 | Family Discount Pharmacy, Inc., et al. v. Abbott Laboratories, et al. |
| PAE | 2 | 07-73417 | NYS | 1 | 07-4771 | Salvatore Gitto, et al. v. A.W. Chesterton Co., Inc., et al. |
| PAE | 2 | 09-65685 | NYS | 1 | 08-10228 | Michael Curry v. American Standard, Inc., et al. |
| PAE | 2 | 09-81446 * | NYE | 1 | 02-3701 | Jefferson Pharmacy, Inc. v. Abbott Laboratories, et al. |
| PAE | 2 | 09-81447 * | NYE | 1 | 02-3701 | Portis Pharmacy, Inc. v. Abbott Laboratories, et al. |
| PAE | 2 | 09-81448 * | NYE | 1 | 02-3701 | Zimm Pharmacy, Inc. v. Abbott Laboratories, et al. |
| PAE | 2 | 07-63706 | RI | 1 | 02-386 | James Henderson, et al. v. A.P. Green Industries, Inc., et al. |
| PAE | 2 | 07-63707 | RI | 1 | 03-378 | Nolan D. Phillips, et al. v. Viacom, Inc., et al. |

* PAE case number was assigned after severance order was issued in Eastern District of Pennsylvania.