UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO.VI)

MDL DOCKET NO. 875

GALE L. LYAUTEY, and
PATRICIA LYAUTEY, his wife,

Plaintiffs,

v.

ALFA LAVAL, INC., et. al.,

Defendants.

*Transferred from Unites States District Court, Southern District of Florida*
*CASE NO.: 1:10-CV-22891*

_____/

**DEFENDANT VIAD CORP'S NOTICE OF JOINDER IN DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendant VIAD CORP (hereinafter "VIAD"), improperly named as "VIAD CORPORATION, f/k/a THE DIAL CORPORATION, Individually and as Successor to GRISCOM RUSSELL COMPANY," by and through its undersigned counsel, hereby joins in Defendant Foster Wheeler Energy Corporation's Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Motion to Remand filed on or about October 6, 2010. Defendant VIAD, hereby adopts and incorporates said motion by references.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October ___, 2010, I filed a copy of the foregoing via electronic mail and the original via U.S. Mail to the Clerk of the Judicial Panel of Multidistrict

Litigation Court. I also certify that the foregoing document is being served this day on all Counsel of Record or Pro Se Parties via electronic mail.

**FOLEY & MANSFIELD, P.L.L.P.**
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137
Telephone: 305.438.9899
Facsimile: 305.438.9819

_____
VIRGINIA EASLEY JOHNSON, P.A.
Florida Bar No.: 559156
vjohnson@foleymansfield.com
BERANTON J. WHISENANT, JR., ESQ.
Florida Bar No.: 0788651
bwhisenant@foleymansfield.com

Attorneys for **VIAD CORP**
