UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO.VI)

MDL DOCKET NO. 875

GALE L. LYAUTEY, and
PATRICIA LYAUTEY, his wife,

Plaintiffs,

v.

ALFA LAVAL, INC., et. al.,

Defendants.
_____/

*Transferred from Unites States District Court, Southern District of Florida*
*CASE NO.: 1:10-CV-22891*

### DEFENDANT VIAD CORP'S NOTICE OF JOINDER IN DEFENDANT EATON HYDRAULICS LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR, ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT, MOTION TO STRIKE AND INCORPORATED MEMORANDUM OF LAW

Defendant VIAD CORP (hereinafter "VIAD"), improperly named as "VIAD CORPORATION, f/k/a THE DIAL CORPORATION, Individually and as Successor to GRISCOM RUSSELL COMPANY," by and through its undersigned counsel, hereby joins in Defendant Eaton Hydraulics LLC's Motion to Dismiss Plaintiffs' Complaint or, Alternatively, Motion for a More Definite Statement, Motion to Strike and Incorporated Memorandum of Law filed on or about August 16, 2010. Defendant VIAD, hereby adopts and incorporates said motion by references.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 11th, 2010, I filed a copy of the foregoing via

electronic mail and the original via U.S. Mail to the Clerk of the Judicial Panel of Multidistrict Litigation Court. I also certify that the foregoing document is being served this day on all Counsel of Record or Pro Se Parties via electronic mail.

**FOLEY & MANSFIELD, P.L.L.P.**
4770 Biscayne Boulevard, Suite 1000
Miami, Florida 33137
Telephone: 305.438.9899
Facsimile: 305.438.9819

VIRGINIA EASLEY JOHNSON, P.A.
Florida Bar No.: 559156
vjohnson@foleymansfield.com
BERANTON J. WHISENANT, JR., ESQ.
Florida Bar No.: 0788651
bwhisenant@foleymansfield.com

Attorneys for **VIAD CORP**