# FOLEY & MANSFIELD PLLP

Attorneys at Law

Chicago • Detroit • Los Angeles • **Miami** • Minneapolis • New York • St. Louis • San Francisco • Seattle

October 12, 2010

BERANTON J. WHISENANT, JR., ESQ.
bwhisenant@foleymansfield.com

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE , Room G-255,
North Lobby
Washington, DC 20002-8004

Re:   MDL 875
      Gale L. & Patricia Lyautey v. Alfa Laval, et al.,
      USDC – Southern District of Florida Case No.:  1:10-CV-22891

Dear Clerk of the Judicial Panel,

On October 11, 2010, our office erroneously filed the following documents on the Judicial Panel's CM/ECF website:

1- Defendant, VIAD Corp's Notice of Joinder in Defendant, Foster Wheeler Energy Corporation's Notice of Supplemental Authority in Support of its Opposition to Plaintiffs' Motion for Remand
2- Defendant, VIAD Corp's Notice of Joinder in Defendant, Eaton Hydraulics' Motion to Dismiss Plaintiffs' Complaint or Alternatively, Motion for a More Definite Statement, Motion to Strike and Incorporated Memorandum of Law

Please disregard these filings. Thank you for your attention to this matter.

Sincerely,

*Signed in his absence to avoid delay*

Beranton J. Whisenant, Jr.