## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| JULIA DENNY, | § |
| | § Civil Action No.: 10-04299 |
| Plaintiff, | § |
| | § |
| -against- | § |
| | § **CERTIFICATION OF SERVICE** |
| BENJAMIN FOSTER COMPANY, et. al. | § |
| | § |
| Defendants. | § |

## CERTIFICATION OF SERVICE

I hereby certify that I have on this 13th day of October, 2010, caused to be served a copy of Defendant, General Electric Company's Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-339) and Certification of Service upon the Judicial Panel for Multidistrict Litigation via electronic mail, and upon all counsel on the attached Panel Service List electronic mail and/or regular mail.

DATED: October 13, 2010

Respectfully submitted,

Christopher J. Keale
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Three Gateway Center - 12th Floor
Newark, New Jersey 07102
(973) 242-0002
(973) 242-8099 (Fax)
Counsel for Defendant General Electric Company

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## PANEL SERVICE LIST (Excerpted from CTO-339)

Julia Denny v. Benjamin Foster Co., et al., D. New Jersey, C.A. No. 3:10-4299  (Judge Freda L. Wolfson)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
mjolley@lawpga.com

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307
jwblack@wardblacklaw.com

Michael J. Block
WILBRAHAM LAWLER & BUBA
24 Kings Highway West
Haddonfield, NJ 08033-2122
mblock@wlbdeflaw.com

Benjamin Bucca, Jr.
90 Livingston Avenue
New Brunswick, NJ 08901

Russell W. Budd
BARON & BUDD PC
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219
rbudd@baronbudd.com

Bertram Busch
BUSCH & BUSCH
215 North Center Drive
P.O. Box 7448
North Brunswick, NJ 08902
beb@buschlaw.com

Anthony James Caruso
CARUSO POPE EDELL PICINI
60 Route 46 East
Fairfield, NJ 07004
acaruso@carusopopesmith.com

Joel R. Clark
MCGIVNEY & KLUGER PC
23 Vreeland Road
Suite 220
Florham Park, NJ 07932
jclark@mcgivneyandkluger.com

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street,
Suite 3000
Chicago, IL 60602-2415
jcooney@cooneyconway.com

Dawn Dezii
MARGOLIS & EDELSTEIN
100 Century Pkwy Ste 200
Mt Laurel, NJ 08054
ddezii@margolisedelstein.com

Charles F. Forer
ECKERT SEAMANS CHERIN &
MELLOTT LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
cforer@eckertseamans,com

John C. Garde
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
jgarde@mccarter.com

Joanne Hawkins
SPEZIALI GREENWALD &
HAWKINS
1081 Winslow Road
Williamstown, NJ 08094
josiehawkins@comcast.net

Christopher Iannicello
MORGAN LEWIS &
BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
ciannicelli@morganlewis.com

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
kevin.jordan@bakerbotts.com

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
pkalish@crowell.com

Steven Kazan
KAZAN MCCLAIN ABRAMS
FERNANDEZ ET AL
171 Twelfth Street
Third Floor
Oakland, CA 94607
skazan@kazanlaw.com

Christopher J. Keale
SEDGWICK DETERT MORAN &
ARNOLD LLP
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102
christopher.keale@sdma.com

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
kraus@waterskraus.com

## MDL No. 875 - Panel Service List (Excerpted from-CTO-339) (Continued)

David C. Landin
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
DLandin@Hunton.com

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
attylane@bellsouth.net

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
wmahoney@smsm.com

Robert C. Malaby
MALABY & BRADLEY
150 Broadway
Suite 600
New York, NY 10038
rcmalaby@mblaw.net

Michael Emmett McMahon
COHEN PLACITELLA & ROTH PC
127 Maple Avenue
Red Bank, NJ 07701
mmcmahon@cprlaw.com

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street
28th Floor
Philadelphia, PA 19103
jmcshea@mcshea-tecce.com

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza
32nd Floor
Spear Street Tower
San Francisco, CA 94105
pmcweeny@schiffhardin.com

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
tpacker@gordonrees.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
OilSpillLitigationMDL@motleyrice.com

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street
30th Floor
Boston, MA 02110
mthornton@tenlaw.com

Michael E. Waller
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM
One Newark Center
Newark, NJ 07102
michael.waller@klgates.com

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
wwatkins@fpwk.com

David Weinberg
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
103 Carnegie Center
Suite 103
Princeton, NJ 08540
dweinberg@smsm.com

Lisa P. Wildstein
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
15 Exchange Place
Suite 1020
Jersey City, NJ 07302
lwildstein@smsm.com