THREE GATEWAY CENTER, 12TH FLOOR   NEWARK, NEW JERSEY 07102-4072

*www.sdma.com*   973.242.0002 *phone*   973.242.8099 *fax*


Sedgwick
DETERT, MORAN & ARNOLD LLP

October 13, 2010

**VIA ECF & FEDERAL EXPRESS**

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re: Reply to Motion to Vacate Conditional Transfer Order (CTO-339)
*Julia Denny vs. Foster Wheeler Energy Corporation and General Electric Company, et al.*
In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875

Dear Mr. Luthi:

Enclosed please find defendant General Electric Company's Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-339) and Certification of Service. "In Re: Asbestos Products Liability Litigation (No. VI)," MDL 875.

Please contact me if you have any questions at (973) 242-0002. I thank you in advance for your assistance in this matter.

Very truly yours,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

Christopher J. Keale

CJK/mtk
Enclosures
cc: All Counsel on attached Panel Service List