## UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

October 15, 2010

NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:        November 18, 2010

LOCATION OF HEARING SESSION:   Duke University School of Law
                                Room 3041
                                210 Science Drive
                                Durham, North Carolina 27708

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

• Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2. Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.

• Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).

For those matters listed on Section A of the Schedule, the enclosed "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **November 1, 2010.** Note the procedures governing Panel oral argument in Panel Rule 11.1 (attached). These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on November 18, 2010, the Panel will convene a hearing session in Durham, North Carolina, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

_____
John G. Heyburn II
Chairman

Kathryn H. Vratil           David R. Hansen
W. Royal Furgeson, Jr.      Frank C. Damrell, Jr.
Barbara S. Jones

SCHEDULE OF MATTERS FOR HEARING SESSION
November 18, 2010 -- Durham, North Carolina



**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**


MDL No. 2195 -- **IN RE: CREDIT CARD PAYMENT PROTECTION PLAN MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Marilyn Rizera and Edward T. Esslinger, et al., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

District of New Jersey

Marilyn Rizera v. HSBC Bank USA Inc., et al, C.A. No. 1:10-3375

Eastern District of Pennsylvania

Anna Tractenberg v. Citigroup Inc., et al., C.A. No. 2:10-3092
Edward T. Esslinger, et al. v. HSBC Bank USA Inc., et al., C.A. No. 2:10-3213

---

[1] This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A                               p. 2
Durham, North Carolina


MDL No. 2196 -- **IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION**

    Motion of plaintiff Piazza's Carpet & Tile Shop, Inc., for centralization of the following actions in the United States District Court for the Western District of North Carolina:

        Western District of North Carolina

    Piazza's Carpet & Tile Shop, Inc. v. Hickory Springs Manufacturing Co., et al.,
      C.A. No. 5:10-111
    Jamestown Mattress Co., Inc. v. Hickory Springs Manufacturing Co., et al.,
      C.A. No. 5:10-113
    Thompson Trading Co. v. Hickory Springs Manufacturing Co., et al., C.A. No. 5:10-114
    Shore-Line Carpet Supplies, Inc. v. Hickory Springs Manufacturing Co., et al.,
      C.A. No. 5:10-115
    V&M, Inc., etc. v. Hickory Springs Manufacturing Co., et al., C.A. No. 5:10-116
    Martin Greenbaum Co., Inc. v. Hickory Springs Manufacturing Co., et al.,
      C.A. No. 5:10-118

        Northern District of Ohio

    Cambridge of California, Inc. v. Hickory Springs Manufacturing Co., et al.,
      C.A. No. 3:10-1858
    Atlantic Feather & Foam, Inc. v. Scottdel, Inc., et al., C.A. No. 3:10-1867


MDL No. 2197 -- **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT
              PRODUCTS LIABILITY LITIGATION**

    Motion of plaintiff Maurice Brigham for centralization of the following actions in the United States District Court for the District of New Jersey:

        Northern District of California

    Maurice Brigham v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:10-3886

        Middle District of Florida

    Kathleen Margenau v. DePuy Orthopaedics, Inc., C.A. No. 2:10-369

Schedule of Matters for Hearing Session, Section A　　　　　　　　　　　　p. 3
Durham, North Carolina

MDL No. 2197 (Continued)

    Northern District of Illinois

  Patrick Joseph Fitzgerald v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:10-4822

    District of Maryland

  Sandra Bloom v. DePuy Orthopaedics, Inc., C.A. No. 1:10-2170

    District of Utah

  Hilda Frances Williams, et al. v. DePuy Orthopaedics, et al., C.A. No. 2:10-691

MDL No. 2198 -- **IN RE: TOYOTA MOTOR CORP. PRIUS HID HEADLAMP
        PRODUCTS LIABILITY LITIGATION**

  Motion of plaintiffs Philip Gotthelf, et al., for centralization of the following actions in the United States District Court for the District of New Jersey:

    Central District of California

  Carlos Collado, et al. v. Toyota Motor Sales, U.S.A., Inc., C.A. No. 2:10-3113
  Elliot Fixler v. Toyota Motor Sales, U.S.A., Inc., C.A. No. 2:10-3124

    District of New Jersey

  Philip Gotthelf, et al. v. Toyota Motor Sales, U.S.A., Inc., et al., C.A. No. 2:10-4429

Schedule of Matters for Hearing Session, Section A         p. 4
Durham, North Carolina


MDL No. 2199 -- **IN RE: POM WONDERFUL, LLC, MARKETING AND SALES PRACTICES LITIGATION**

    Motion of plaintiffs John Alexander, et al., for centralization of the following actions in the United States District Court for the Central District of California:

    Central District of California

    John Alexander, et al. v. Pom Wonderful LLC, C.A. No. 2:09-08182

    Southern District of Florida

    Mary Giles v. POM Wonderful LLC, C.A. No. 0:10-61684

    Northern District of Ohio

    Lena Pogrebinksy v. POM Wonderful, LLC, C.A. No. 1:10-01455


MDL No. 2200 -- **IN RE: ARMODAFINIL PATENT LITIGATION**

    Motion of plaintiffs Cephalon Inc., et al., for centralization of the following actions in the United States District Court for the District of Delaware:

    District of Delaware

    Cephalon Inc., et al. v. Teva Pharmaceuticals USA Inc., et al., C.A. No. 1:09-00918
    Cephalon Inc., et al. v. Actavis Group, et al., C.A. No. 1:09-00940
    Cephalon Inc., et al. v. Mylan Pharmaceuticals Inc., C.A. No. 1:09-00954
    Cephalon Inc., et al. v. Watson Laboratories Inc., C.A. No. 1:09-00007
    Cephalon Inc., et al. v. Sandoz Inc., C.A. No. 1:10-00055
    Cephalon Inc., et al. v. Lupin Limited, et al., C.A. No. 1:10-00210
    Cephalon Inc., et al. v. Apotex Corp., et al., C.A. No. 1:10-00695

    Southern District of Florida

    Cephalon Inc., et al. v. Apotex Corp., et al., C.A. No. 1:10-22997

Schedule of Matters for Hearing Session, Section A     p. 5
Durham, North Carolina

MDL No. 2201 -- **IN RE: TRANSOCEAN LTD. SECURITIES LITIGATION (NO. II)**

     Motion of plaintiffs Johnson Mutual Funds Trust, et al., for centralization of the following actions in the United States District Court for the Southern District of Texas:

     <u>Southern District of New York</u>

     Donald P. Foley, et al. v. Transocean Ltd., et al., C.A. No. 1:10-05233

     <u>Southern District of Texas</u>

     Johnson Mutual Funds Trust, et al. v. Transocean Ltd., et al., C.A. No. 4:10-03487

Schedule of Matters for Hearing Session, Section B  p. 6
Durham, North Carolina

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Gale Lyautey, et al.; Julia Denny; and Robert W. Millsaps, etc.; and defendants DII Industries, LLC Asbestos PI; Mark Gleason; and Marcellene Malouf to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Southern District of Florida

Gale Lyautey, et al. v. Alfa Laval, Inc., et al., C.A. No. 1:10-22891

District of New Jersey

Julia Denny v. Benjamin Foster Co., et al., C.A. No. 3:10-4299

Western District of New York

Gail Garner, et al. v. DII Industries, LLC Asbestos PI, et al., C.A. No. 6:10-6345

Eastern District of Tennessee

Robert W. Millsaps, etc. v. Aluminum Co. of America, et al., C.A. No. 3:10-358

Schedule of Matters for Hearing Session, Section B                                                                p. 7
Durham, North Carolina


MDL No. 1657 -- **IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

    Opposition of plaintiffs Ronald Quackenbush, Sr., et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

    Northern District of New York

    Ronald Quackenbush, Sr., et al. v. Merck & Co., Inc., C.A. No. 3:10-932


MDL No. 1699 -- **IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

    Opposition of plaintiff Health Care Service Corp. to transfer of the following action to the United States District Court for the Northern District of California:

    Eastern District of Texas

    Health Care Service Corp. v. Mark Brown, et al., C.A. No. 2:10-189


MDL No. 1715 -- **IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

    Motion of plaintiffs Eleanor Schiano, et al., transfer the following action to the United States District Court for the Northern District of Illinois:

    District of New Jersey

    Eleanor Schiano, et al. v. MBNA Corp., et al., C.A. No. 2:05-1771

Schedule of Matters for Hearing Session, Section B                                                          p. 8
Durham, North Carolina


MDL No. 2013 -- **IN RE: FANNIE MAE SECURITIES AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

    Opposition of plaintiffs Liberty Mutual Insurance Company, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

    District of Massachusetts

    Liberty Mutual Insurance Co., et al. v. Goldman, Sachs & Co., C.A. No. 1:10-11150


MDL No. 2015 -- **IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION**

    Opposition of plaintiffs Bernardo Bettinelli, et al., to transfer of the following action to the United States District Court for the Northern District of California:

    District of Massachusetts

    Bernardo Bettinelli, et al. v. Wells Fargo Home Mortgage, Inc., C.A. No. 1:09-11079


MDL No. 2016 -- **IN RE: YAMAHA MOTOR CORP. RHINO ATV PRODUCTS LIABILITY LITIGATION**

    Opposition of plaintiffs Sherri L. Harris, et al., to transfer of the following action to the United States District Court for the Western District of Kentucky:

    Southern District of Mississippi

    Sherri L. Harris, et al. v. Yamaha Motor Corp., USA, et al., C.A. No. 1:10-238

MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

Oppositions of plaintiffs David Johnson and Stephanie Avery and defendant Bank of Oklahoma, N.A., to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

Western District of Missouri

David Johnson v. UMB Bank N.A., et al., C.A. No. 4:10-654

Eastern District of North Carolina

Stephanie Avery v. RBC Bank, C.A. No. 5:10-329

Western District of Oklahoma

Terry Case v. Bank of Oklahoma, N.A., C.A. No. 5:10-901

MDL No. 2047 -- **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Lennar Corp., et al., to transfer the following action to the United States District Court for the Eastern District of Louisiana:

Southern District of Florida

Lennar Corp., et al. v. Nautilus Insurance Co., C.A. No. 1:10-21909

MDL No. 2051 -- **IN RE: DENTURE CREAM PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Michael Burke, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

Eastern District of Missouri

Michael Burke, et al. v. The Procter & Gamble Co., et al., C.A. No. 4:10-1136

Schedule of Matters for Hearing Session, Section B p. 10
Durham, North Carolina

MDL No. 2083 -- **IN RE: KBR, INC., BURN PIT LITIGATION**

Opposition of plaintiff Beth Oshiro Burton to transfer of the following action to the United States District Court for the District of Maryland:

District of South Carolina

Beth Oshiro Burton v. KBR, Inc., et al., C.A. No. 2:10-1723

MDL No. 2122 -- **IN RE: NATIONAL ARBITRATION FORUM TRADE PRACTICES LITIGATION**

Opposition of plaintiff Charles V. Montalbano to transfer of the following action to the United States District Court for the District of Minnesota:

District of Maryland

Charles V. Montalbano v. National Arbitration Forum, LLC, et al., C.A. No. 8:10-2237

MDL No. 2151 -- **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Motion of defendants Toyota Motor Sales U.S.A., Inc.; Toyota Motor Corp.; Toyota Motor North America, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.; Toyota Motor Manufacturing California, Inc.; Toyota Motor Manufacturing Indiana, Inc.; Toyota Motor Manufacturing Kentucky, Inc.; Toyota Motor Manufacturing Texas, Inc.; Toyota Motor  Manufacturing West Virginia, Inc.; Toyota de Puerto Rico Corp.; and New United Motor Manufacturing, Inc., transfer the following action to the United States District Court for the Central District of California:

Southern District of California

Michael Tomaszewski v. Toyota Motor Sales U.S.A., Inc., C.A. No. 3:10-1019

Schedule of Matters for Hearing Session, Section B                                    p. 11
Durham, North Carolina


MDL No. 2179 -- **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

   Oppositions of plaintiffs Pappas Restaurant, Inc.; Joshua Kritzer, et al.; and M.P. Cheng, LLC, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

   Southern District of Texas

   Pappas Restaurant, Inc. v. Transocean, Ltd., et al., C.A. No. 3:10-303
   Joshua Kritzer, et al. v. Transocean, Ltd., et al., C.A. No. 4:10-1854
   M.P. Cheng, LLC, et al. v. BP Co. North America, Inc., et al., C.A. No. 4:10-2717


MDL No. 2181 -- **IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS ('858) PATENT LITIGATION**

   Opposition of defendant/counter-claimant Adkins Energy, LLC, to transfer of the following action to the United States District Court for the Southern District of Indiana:

   Northern District of Illinois

   GS CleanTech Corp. v. Adkins Energy, LLC, C.A. No. 1:10-4391


MDL No. 2185 -- **IN RE: BP P.L.C. SECURITIES LITIGATION**

   Oppositions of defendants BP p.l.c., and BP America Inc., to transfer of the following actions to the United States District Court for the Southern District of Texas:

   Northern District of Florida

   Robert L. Rinke v. BP, PLC, et al., C.A. No. 3:10-206

   Western District of Louisiana

   Armands Bistro, LLC v. BP, PLC, et al., C.A. No. 6:10-1007

   Northern District of Mississippi

   Mid South Seafood, Inc. v. BP, P.L.C., et al., C.A. No. 4:10-105

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

> (i)     The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

> (i)     the dispositive issue(s) have been authoritatively decided; or
>
> (ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

> (i)     Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
>
> (ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)     <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.