# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| G. DIANE CONROY, Individually and as Special Administrator of the Estate of THOMAS J. CONROY, deceased, | ) Case No. 1:10-cv-6190 ) ) ) |
| Plaintiff, | ) IN RE: ASBESTOS PRODUCT ) LIABILITY LITIGATION (NO. VI) |
| v. | ) CIVIL ACTION NO. MDL 875 ) PENDING IN THE UNITED STATES |
| A.W. Chesterton Co., et al., | ) DISTRICT COURT FOR THE EASTERN ) DISTRICT OF PENNSYLVANIA |
| Defendants. | ) ) |

## NOTICE OF TAG-ALONG ACTION AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filings of the Panel's order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel also appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order, pursuant to MDL Rule 7.4(a) or

(2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

This is also to certify that this same pleading has been mailed to the Clerk of the Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room G-255, North Lobby, Washington, D.C. 20002-8004.

DEFENDANT DEMANDS
TRIAL BY JURY


Respectfully submitted,

SIDLEY AUSTIN LLP

    *s/ John Fonstad*

Maja C. Eaton
Edward P. Kenney
John A. Fonstad
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Attorneys for Defendant
General Electric Company

Dated: October 18, 2010

## **CERTIFICATE OF SERVICE**

        I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.  I further certify that I caused a copy of the foregoing document to be served upon all other counsel of record, per the attached Service List, via U.S. Mail, postage prepaid, at their listed addresses, on this 18th day of October, 2010.


                                                 *s/ John Fonstad*

## SERVICE LIST

**G. DIANE CONROY,** Individually and as Special Administrator of the
Estate of **THOMAS J. CONROY,** deceased, v. A.W. Chesterton Co., et al., **Case No. 1:10-cv-6190**

Michael P. Cascino, Esq.
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
*Attorney for* Plaintiff

Demetra Arapakis Christos
Foley & Mansfield, P.L.L.P.
39 S. LaSalle, Suite 1110
Chicago, IL 60603
*Attorney for* CBS Corporation

William F. Mahoney, Esq.
Kathleen McDonough, Esq.
Segal, McCambridge, Singer & Mahoney
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
*Attorney for* A.W. Chesterton Co.

David A. Cyr
Johnson & Bell Ltd.
33 West Monroe St. – Suite 2700
Chicago, IL 60603
*Attorney for* Koppers Company, Inc.

Joseph J. O'Hara, Jr.
Matthew Jardine
Schiff, Hardin & Waite, LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
*Attorney for* Owens-Illinois, Inc.

Daniel P. Stoeberl
Sonnenschein Nath & Rosenthal, LLP
One Metropolitan Square
St. Louis, MO 63102
*Attorney for* Rapid American Corporation

Christopher P. Larson
Tobin J. Taylor
Adam J. Lagocki
Heyl, Royster, Voelker & Allen
Chase Building, Suite 600
124 SW Adams Street
Peoria, IL 61502
*Attorney for* Certainteed Corp. and Union Carbide Corporation

Unknown Counsel for BP America Inc.