

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL  60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON | LOS ANGELES<br>NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| jfonstad@sidley.com<br>(312) 853-0752 | FOUNDED 1866 | |

October 18, 2010

**Via CM/ECF**

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    <u>MDL 875: In re Asbestos Product Liability Litigation (No. VI)</u>

Dear Mr. Lüthi:

    Pursuant to Rules 7.2(i), 7.3(a) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel of the following potential tag-along action (listed below and set forth on the following schedule) in MDL 875:

    *G. Diane Conroy, Individually and as Special Administrator for the Estate of Thomas J. Conroy, deceased v. A.W. Chesterton Co., et al.*, Northern District of Illinois, Case No. 1:10-cv-6190, Hon. James F. Holderman

    Please note that this case was filed on September 27, 2010 with the Northern District of Illinois and meets the criteria for transfer to the MDL 875.

    Attached electronically are copies of the docket sheet, complaint, civil cover sheet, proof of service and defendant General Electric Company's notice of tag-along action.

    Please do not hesitate to contact me should you have any questions about the above.

    Sincerely,

    *s/ John Fonstad*

    John A. Fonstad

Enclosures

cc:    All Counsel of Record (by U.S. Mail) per attached service list

# SCHEDULE

| **Div.** | **C.A. #** | **Judge** | **Case Caption** |
|---|---|---|---|
| | | | |

**Northern District of Illinois**

| 1 | 10-6190 | Hon. James F. Holderman | G. Diane Conroy, Individually and as Special Administrator for the Estate of Thomas J. Conroy, deceased v. A.W. Chesterton Co., et al. |

**SERVICE LIST**

**G. DIANE CONROY,** Individually and as Special Administrator of the
Estate of **THOMAS J. CONROY,** deceased, v. A.W. Chesterton Co., et al., **Case No. 1:10-cv-6190**

Michael P. Cascino, Esq.
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
*Attorney for* Plaintiff

Demetra Arapakis Christos
Foley & Mansfield, P.L.L.P.
39 S. LaSalle, Suite 1110
Chicago, IL 60603
*Attorney for* CBS Corporation

William F. Mahoney, Esq.
Kathleen McDonough, Esq.
Segal, McCambridge, Singer & Mahoney
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
*Attorney for* A.W. Chesterton Co.

David A. Cyr
Johnson & Bell Ltd.
33 West Monroe St. – Suite 2700
Chicago, IL 60603
*Attorney for* Koppers Company, Inc.

Joseph J. O'Hara, Jr.
Matthew Jardine
Schiff, Hardin & Waite, LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
*Attorney for* Owens-Illinois, Inc.

Daniel P. Stoeberl
Sonnenschein Nath & Rosenthal, LLP
One Metropolitan Square
St. Louis, MO 63102
*Attorney for* Rapid American Corporation

Christopher P. Larson
Tobin J. Taylor
Adam J. Lagocki
Heyl, Royster, Voelker & Allen
Chase Building, Suite 600
124 SW Adams Street
Peoria, IL 61502
*Attorney for* Certainteed Corp. and Union Carbide Corporation

Unknown Counsel for BP America Inc.