

**Service of Process Transmittal**
09/29/2010
CT Log Number 517361398

| | |
|---|---|
| **TO:** | Carol Light, Senior Trial Risk Analyst<br>Electric Insurance Company<br>75 Sam Fonzo Drive<br>Beverly, MA 01915 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | General Electric Company (Domestic State: NY) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | G Diane Conroy, Individually and as Special Administrator for the Estate of Thomas J Conroy, Deceased, Pltf. vs. A.W. Chesterton Company, etc., et al. including General Electric Company, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Notice and Request, Waiver of Summons Form (2 sets), Attachment(s), Complaint, Exhibit(s), Business Reply Envelope |
| **COURT/AGENCY:** | United States District Court - Northern District, IL<br>Case # 10-CV-6190 |
| **NATURE OF ACTION:** | Asbestos Litigation - Fatal Injury/Wrongful Death |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 09/29/2010 postmarked on 09/28/2010 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after 9/28/10 - Return signed waiver // 60 days after September 28, 2010 - Answer |
| **ATTORNEY(S) / SENDER(S):** | Michael P. Cascino<br>Casino Vaughn Law Offices, Ltd.<br>220 S. Ashland Inc.<br>Chicago, IL 60607-5308<br>312-944-0600 |
| **REMARKS:** | Please note waiver of service of Summons which require your signature. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/29/2010, Expected Purge Date: 10/04/2010<br>Image SOP<br>Email Notification, Josh Miller josh.miller@electricinsurance.com<br>Email Notification, Laurie Konowitz Laura.konowitz@electricinsurance.com<br>Email Notification, Brigid Esposito besposito@sidley.com<br>Email Notification, Meredith Dudley mdudley@sidley.com<br>Email Notification, Cassandra Flavin cflavin@armstrongteasdale.com<br>Email Notification, Greg Iken giken@armstrongteasdale.com<br>Email Notification, Carol Light Carol.Light@electricinsurance.com<br>Email Notification, Joann Phillips joann.phillips@electricinsurance.com<br>Email Notification, Kate Cook kate.cook@ElectricInsurance.com<br>Email Notification, Shaina Rasmussen shaina.rasmussen@ge.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Thad DiBartelo<br>208 South LaSalle Street |

Page 1 of 2 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
09/29/2010
CT Log Number 517361398

**TO:** Carol Light, Senior Trial Risk Analyst
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**RE:** **Process Served in Illinois**

**FOR:** General Electric Company (Domestic State: NY)

**TELEPHONE:**
Suite 814
Chicago, IL 60604
312-345-4336

Page 2 of 2 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.