## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                MDL DOCKET NO. 875

**This Document Relates To:**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**BRADLEY BALLARD**                                                              **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 3:10cv530 TSL-FKB**

**AMERICAN OPTICAL CORPORATION;**
**MINE SAFETY APPLIANCES, INC.;**
**MISSISSIPPI RUBBER & SPECIALTY COMPANY;**
**SHERWIN-WILLIAMS COMPANY;**
**JOHN DOE DEFENDANTS 1-500; AND**
**JOHN DOE CORPORATE DEFENDANTS 1-500**                                        **DEFENDANTS**

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. 1207 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel

may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4 or (2) file an order to show cause why the action should not be transferred pursuant to MDL Rule 7.5(b).

RESPECTFULLY SUBMITTED, this the 28th day of September, 2010.

Respectfully submitted,

**AMERICAN OPTICAL CORPORATION**, Defendant

BY: _____
COREY D. HINSHAW (MSB #101520)

OF COUNSEL:

Walter T. Johnson (MSB #8712)
Joseph G. Baladi (MSB #100286)
Robert B. Ireland, III (MSB #100708)
Corey D. Hinshaw (MSB #101520)
WATKINS & EAGER PLLC
400 East Capitol Street
Post Office Box 650
Jackson, MS  39205
Phone: 601-965-1900
Fax:    601-965-1901

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, hereby certify that I have this day caused to be served via ECF filing and U.S. mail, postage prepaid, a true and correct copy of the foregoing document to the following counsel of record:

R. Allen Smith, Jr.
THE SMITH LAW FIRM, PLLC
681 Towne Center Blvd., Suite B
Ridgeland, MS  39157

Timothy W. Porter
John T. Givens
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, MS 39236-2768

Charles R. Wilbanks, Jr.
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
Post Office Box 1970
Jackson, MS   39215-1970

THIS 28th day of September, 2010.

Corey D. Hinshaw