# CASCINO VAUGHAN LAW OFFICES, LTD

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (WI, IL)
JONATHAN FREILICH (IL)
DAVID M. AMEN (IL, MO)

**220 SOUTH ASHLAND**
**CHICAGO, ILLINOIS**
**60607-5308**
**312-944-0600**
**312-944-1870 FAX**

OF COUNSEL
MICHAEL A. POLLACK (WI)

*Via Federal Express*

September 30, 2010

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G255, North Lobby
Washington, D.C. 20002-8004

    Re:    MDL 875: In re Asbestos Product Liability Litigation (No. VI)

Dear Clerk of the Panel:

Pursuant to Rules 7.2(I), 7.3(a) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff James A. Burkee, by his attorneys, hereby notifies the Panel of the following potential tag-along action in MDL 875:

    *James A. Burkee v. Degussa-Ney Dental, et al*, Eastern District of Wisconsin,
    Case No. 2:10-cv-00356, Magistrate Judge Aaron E. Goodstein

Enclosed are copies of the docket sheet, complaint, civil cover sheet, and plaintiff's notice of tag-along action.

Please do not hesitate to contact me should you have any questions about the above.

Respectfully,

*Mike Cascino*

Michael P. Cascino
MPC/ak
Enclosures

cc:    Magistrate Judge Aaron E. Goodstein, *by regular mail*
       Counsel on attached service list, *by regular mail*

## SERVICE LIST

*Burkee v. Degussa-Ney Dental, et al*, WI-ED Case No. 2:10-cv-00356

*Attorneys for Degussa-Ney Dental Inc. and Dentsply Prosthetics*
John J Laffey
Whyte Hirschboeck Dudek SC
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819
414-978-5441
Fax: 414-223-5000
Email: jlaffey@whdlaw.com

Kristina C Lemanski
Whyte Hirschboeck Dudek SC
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819
414-273-2100
Fax: 414-223-5000
Email: klemanski@whdlaw.com

Sarah Thomas Pagels
Whyte Hirschboeck Dudek SC
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819
414-273-2100
Fax: 414-223-5000
Email: stpagels@whdlaw.com

*Attorney for Georgia Pacific*
Michael W Drumke
Hepler Broom LLC
150 N Wacker Dr - Ste 3100
Chicago, IL 60606
312-205-7734
Fax: 312230-9201
Email: mdrumke@heplerbroom.com

*Attorneys for Grobet File Company of America*
David E Scouton
Foley & Mansfield PLLP
250 Marquette Ave - Ste 1200
Minneapolis, MN 55401
612-338-8788
Fax: 612-338-8690

Heather H Neubauer
Foley & Mansfield PLLP
250 Marquette Ave - Ste 1200
Minneapolis, MN 55401
612-338-8788
Fax: 612-338-8690
Email: hneubauer@foleymansfield.com

*Attorneys for Sybron Dental Specialties*
David B Bartel
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2040
Milwaukee, WI 53202-4497
414-277-5369
Fax: 414-271-3552
Email: david.bartel@quarles.com

Mitchell S Moser
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2040
Milwaukee, WI 53202-4497
414-277-5333
Fax: 414-271-3552
Email: mitchell.moser@quarles.com

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2010 OCT -4  A 10: 06
RECEIVED
CLERK'S OFFICE