BEFORE THE JUDICIAL PANEL OF MULTI-DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT     MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)

JOHN LEWIS JONES and KAREN
LEE JONES,

        Plaintiffs

vs.

AIR & LIQUID SYSTEMS
CORPORATION, et al.

        Defendants.

## **DEFENDANT'S NOTICE OF RELATED ACTION**

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendant Viad Corp (hereinafter "Defendant") hereby notify the Panel of the pendency of a tag-along action in Federal District Court, styled "John Lewis Jones and Karen Lee Jones v. Air & Liquid Systems Corporation, et al." in the United States District Court for the Central District of California (see Notice of Tag-Along Action attached hereto as EXHIBIT "A"). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. §1407.

Wherefore, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

FOLEY & MANSFIELD, PLLP

DATED: September 22, 2010     By: _____

Peter B. Langbord (#144319)
300 S. Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101
**Attorneys for Defendant
VIAD CORP**

