

# BASSI EDLIN HUIE & BLUM LLP

www.BEHBLAW.com

351 CALIFORNIA STREET, SUITE 200
SAN FRANCISCO, CA 94104
TEL 415-397-9006
FAX 415-397-1339

MAIN OFFICE

333 S. HOPE STREET, 40TH FLOOR
LOS ANGELES, CA 90071
TEL 213-406-2956
FAX 213-652-1992

September 17, 2010

Via Email (jpmlefile@jpml.uscourts.gov)
Jeffery Luthi, Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

Re:   *LINDA REYNOLDS, as Wrongful Death Heir, and as Successor-in-Interest to JAMES REYNOLD, Deceased; and JAMIE REYNOLDS and ALLIREE REYNOLDS, as Legal Heirs of JAMES REYNOLDS, Deceased v. Asbestos Defendants, et al.*
U.S. District Court Northern District Case No. 3:10-cv-02447-EDL
Our Client:   KAISER VENTURES LLC

Dear Mr. Luthi:

Please find the attached a copy of the complaint in Reynolds v. Asbestos Defendants, and the notice of removal to the United States District Court in the Northern District of California. I believe that this case is a potential tag-along action to MDL 875.

Very truly yours,

BASSI, EDLIN, HUIE & BLUM LLP

JEREMY D. HUIE

MS/ms

220979