# EXHIBIT A

Sep 01, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-339)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 771 F.Supp. 415 (J.P.M.L. 1991).  Since that time, 85,362 additional actions have been transferred to the Eastern District of Pennsylvania.  With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

### SCHEDULE CTO-339 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 3 | 10-8092 | Samuel Martin v. Burlington Northern & Sante Fe Railway Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-3329 | Theresa Hinkle, et al. v. A.W. Chesterton Co., Inc., et al. |
| CAN | 3 | 10-3371 | Joy Stevens, et al. v. A.W. Chesterton Co., et al. |
| CAN | 3 | 10-3382 | Elizabeth Taylor, et al. v. General Electric Co., et al. |
| CAN | 3 | 10-3468 | Thomas O. Morris v. Crown Cork & Seal Co., Inc., et al. |
| CAN | 3 | 10-3714 | Billy Goss v. Armstrong International, Inc., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 10-846 | Lenore Waddington, etc. v. Air & Fluid Corp., et al. |
| CT | 3 | 10-953 | William Turner v. General Electric Co., et al. |
| CT | 3 | 10-965 | Alberta F. Houlihan v. General Electric Co., et al. |
| CT | 3 | 10-1003 | Rudolph Bigda, et al. v. Air & Liquid Systems Corp., et al. |
| CT | 3 | 10-1004 | Mario Zerbarini, et al. v. Air & Liquid Systems Corp., et al. |
| CT | 3 | 10-1005 | Joyce Batchelder, etc. v. Air & Liquid Systems Corp., et al. |
| CT | 3 | 10-1055 | Loring Bailey v. General Electric Co., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 10-22891 | Gale Lyautey, et al. v. Alfa Laval, Inc., et al. |
| **GEORGIA SOUTHERN** | | | |
| GAS | 5 | 10-75 | Gloria F. Johns, et al. v. CSX Transportation, Inc. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 10-4145 | Pauline A. Love, et al. v. A.W. Chesterton Co., et al. |
| **NEW JERSEY** | | | |
| NJ | 3 | 10-4299 | Julia Denny v. Benjamin Foster Co., et al. |
| **TENNESSEE EASTERN** | | | |
| TNE | 3 | 10-358 | Robert W. Millsaps, et al. v. Aluminum Co. of America, et al. |