# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ROBERT W. MILLSAPS INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BRENDA LEE MILLSAPS AND FOR THE BENEFIT OF THE CHILDREN OF ROBERT W. MILLSAPS AND BRENDA LEE MILLSAPS, <br><br> Plaintiff, <br><br> v. <br><br> ALUMINUM COMPANY OF AMERICA (ALCOA INC.) and BREEDING INSULATION COMPANY, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:10-CV-358 |

**O R D E R**

On August 20, 2010, defendant Alcoa Inc. filed a notice [doc. 2] that this case is a potential "tag-along" action subject to a multidistrict litigation transfer. Currently pending before this court are "Plaintiff's Motion to Remand and to Stay Transfer to the MDL" [doc. 6] and "Defendant Alcoa Inc.'s Motion to Stay" [doc. 8]. Alcoa asks the court: (1) to stay this case pending a transfer ruling by the MDL Panel; and (2) to defer ruling on the remand motion unless and until the MDL Panel denies transfer.

The relief requested by the defendant is within the court's discretion and is warranted in the present case. *See, e.g., Daniel v. Merck & Co.*, No. 05-1329-T/AN, 2005 WL 3263872, at *1 (W.D. Tenn. Nov. 29, 2005) ("'We note that motions to remand . . . can

be presented to and decided by the transferee judge.' . . . The decision whether to grant a stay is within the inherent power of the Court and is discretionary.") (quoting Judicial Panel on Multidistrict Litigation Transfer Order, Feb. 16, 2005). In the interest of judicial economy, defendant's motion to stay [doc. 8] is **GRANTED**. It is hereby **ORDERED** that this civil action is **STAYED** pending a ruling on transfer by the United States Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge