# Brayton❖Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
ROBERT M. LEVY
WILLIAM G. MCDEVITT

* ADMITTED ONLY IN STATES OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
FRANK J. ANDERS
RON G. ARCHER
K. DOUGLAS ATKINSON
VENUS BAREKATAIN
JENNIFER C. BENADERET
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
CORRINE L. GAXIOLA
JAMES G. GILYARD
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRIS E. HERSOM
BRIAN O. HOLMBERG*
SIDDHARTH JHANS

GARY V. JUDD
CLAYTON W. KENT
MATTHEW B. LEE
KRISTEN A. LOUIS
MAUREEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OREN P. NOAH
JEFFREY R. ORITT*
JASON M. ROSE
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
ROBYN L. STEIN
LANCE R. STEWART
UMU K. TAFISI
ANNIE E. VERNON
JANE E. VETTO*
NANCY T. WILLIAMS
NOAH J. WOOD

September 24, 2010

SENT BY U.S. CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    *Belk vs General Electric Company, et al*,
               U.S. District Court, Northern District of California, Case No. CV-10-4258

Dear Clerk of the Panel:

      Plaintiff in the above-referenced matter has initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiff informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

      I enclosed a photocopy of Plaintiff's Notice of Tag-Along Action, which is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

                          Very truly yours,

                          /s/ *David R. Donadio*

                          David R. Donadio

Enclosure

K:\Injured\109534\FED\correspondence\ltr Tag-Along .wpd