# MURRAY, DUNHAM & MURRAY
### ATTORNEYS AT LAW

Jeffory E. Adams, P.S.
R. Dirk Bernhardt
Daira S. Faltens
Harold B. Field P.S.
Jennifer P. Murray
William W. Simmons
Jason E. Soderman
William W. Spencer, P.S.
Michael K. Taylor, P.S.

**Mailing Address:**
P.O. Box 9844
Seattle, WA 98109

**Physical Address:**
200 West Thomas, Ste.350
Seattle, Washington 98119

telephone: (206) 622-2655
facsimile : (206) 684-6924
e-mail     : mdm@murraydunham.com
website   : www.murraydunham.com

Matt Murray, P.S. - Of Counsel
Roger E. Dunham, P.S. - Retired
Wayne Murray, 1914-2000

October 7, 2010

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

      Re:    **Abbay v. Armstrong International, Inc., et al.**
              **U.S.D.C. Western District of Washington No. 2:10-cv-01585-TSZ**

Dear Clerk of the Panel:

      Enclosed is Defendant Foster Wheeler Energy Corporation's Notice of Tag-Along Action for the *Abbay v. Armstrong International, Inc., et al.* matter. This document has been mailed simultaneously with its filing in the U.S.D.C. Western District of Washington.

      If you have any questions, please do not hesitate to contact our office.

                            Kind regards,

                            Oscar Ramos Jr.,
                            Paralegal to Dirk Bernhardt

Enclosures
cc:     All counsel (w/o enclosure)

1
2
3
4
5
6
7
8   UNITED DISTRICT COURT
    EASTERN DISTRICT OF PENNSYLVANIA

9   IN RE: ASESTOS PRODUCTS           )
10  LIABILITY LITIGATION              )
                                      )           **MDL 875**
11  (VI)                              )
                                      )
12  This Document Relates To:         )
13  _____   )

14  UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON AT SEATTLE
15

16  MARA LYNNE ABBAY, as Personal     )
    Representative of the Estate of GEORGE  )  NO. 2:10-cv-01585-TSZ
17  ABBAY, Deceased,                  )
                                      )
18                                    )
                       Plaintiffs,    )  FOSTER WHEELER ENERGY
19  v.                                )  CORPORATION'S NOTICE OF
                                      )  TAG-ALONG ACTION
20  ARMSTRONG INTERNATIONAL, INC.,    )
    et al.,                           )
21                                    )
                       Defendants.    )
22  _____   )

23  TO:       THE UNITED STATES DISTRICT COURT FOR THE WESTERN
24            DISTRICT OF WASHINGTON;

25  AND TO:   THE CLERK OF THE PANEL, JUDICIAL PANEL ON
              MULTIDISTRICT LITIGATION.
26

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On

Multidistrict Litigation entered an order transferring all asbestos cases pending in federal

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF        MURRAY, DUNHAM & MURRAY
TAG-ALONG ACTION -1-                                 ATTORNEYS AT LAW
                                                     Post Office Box 9844
                                                     Seattle, WA 98109
                                                     (206) 622-2655, 684-6924 (FAX)



court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 1.1 and 7.4(a) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this, a state court action removed October 1, 2010 (a copy of the removed state court Complaint is attached as Exhibit 1), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The undersigned is providing a copy of this notice to the Clerk of the MDL Panel, and providing all adverse parties notification of this "tag-along action," along with the filing of this notice. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

DATED this 7th day of October, 2010.

/s/ Dirk Bernhardt
Dirk Bernhardt, WSBA #33071
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone: (206) 622-2655
Facsmile: (206) 684-6924
dirk@murraydunham.com
Of attorneys for Defendant Foster Wheeler Energy Corporation

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF
TAG-ALONG ACTION -2-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)