## DECLARATION OF SERVICE

I hereby certify that on this day of October 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiffs**
Janet Rice
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, WA 98104

**Counsel to Armstrong International, Inc.**
William E. Fitzharris, Jr.
Preg O'Donnell & Gillett
1800 Ninth Ave., #1500
Seattle, WA 98101
Tel:   (206) 287-1775
Fax:   (206) 287-9113
wfitzharris@pregodonnell.com

**Counsel to Aurora Pump Company**
Jeanne F. Loftis
Bullivant Houser Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, OR 97204-2089
asbestos-pdx@bullivant.com

**Counsel to BW/ IP International, Inc.**
Christine E. Dinsdale
Soha & Lang
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101-2570
asbestos@sohalang.com
dinsdale@sohalang.com

**Counsel to Cameron International Corp.; Warren Pumps LLC**
Jason Daywitt
Claude Bosworth
Rizzo Mattingly Bosworth PC
411 SW 2nd Avenue, Suite 200
Portland, OR 97204
recordsmanagement@rizzopc.com

**Counsel to Cleaver-Brooks; Saberhagen Holdings, Inc.;**
Timothy K. Thorson
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
thorson@carneylaw.com;
berman@carneylaw.com

**Counsel to Crane Company**
Barry N. Mesher
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
asbestos@lanepowell.com

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION -3-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

| | |
|---|---|
| **Counsel to Elliott Turbomachinery Company** | **Counsel to FMC Corporation; McNally Industries, Inc.; Sterling Fluid Systems, Inc.** |
| E. Pennock Gheen | Katherine M. Steele |
| Karr Tuttle Campbell | Stafford Frey Cooper |
| 1201 Third Avenue, Suite 2900 | Two Union Square |
| Seattle, WA 98101 | 601 Union St., Suite 3100 |
| pgheen@karrtuttle.com | Seattle, WA 98101 |
| | asbestos@staffordfrey.com |
| **Counsel to Fraser's Boiler Service, Inc.; The William Powell Company** | **Counsel to IMO Industies Inc.** |
| Melissa K. Habeck | James Horne |
| Forsberg & Umlauf | Gordon Thomas Honeywell Malanca Peterson & Daheim |
| 901 Fifth Avenue, Suite 1700 | One Union Square |
| Seattle, WA 98164 | 600 University, Suite 100 |
| asbestos3@forsberg-umlauf.com | Seattle, WA 98101 |
| | IMOservice@gth-law.com |
| **Counsel to Todd Shipyards Corp.** | **Counsel to Yarway Corp.** |
| Walter E. Barton | Ronald Gardner |
| Karr Tuttle Campbell | David D. Mordekhov |
| 1201 Third Ave., Suite 2900 | Gardner Bond Trabolsi St. Louis & Clement |
| Seattle, WA 98101 | 2200 Sixth Avenue, Suite 600 |
| gbarton@karrtuttle.com | Seattle, Washington 98121 |
| | rgardner@gardnerbond.com |
| | DMordekhov@gardnerbond.com |
| | asbestos@gardnerbond.com |

Executed this October 7, 2010, at Seattle, Washington.

/s/ Oscar Ramos Jr.
Oscar Ramos Jr., Paralegal

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION -4-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)