JURYDEMAND

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:10-cv-01585-TSZ

Abbay v. Armstrong International Inc et al          Date Filed: 10/01/2010
Assigned to: Judge Thomas S. Zilly                 Jury Demand: Defendant
Case in other court: King County Superior Court, 10-00002-    Nature of Suit: 368 P.I. : Asbestos
                                28023-5 SEA          Jurisdiction: Federal Question
Cause: 28:1332 Diversity-Asbestos Litigation

**Plaintiff**

**Mara Lynne Abbay**                    represented by   **Janet L Rice**
*as Personal Representative of the*                      SCHROETER GOLDMARK &
*estate of*                                              BENDER
George Abbay                                             810 3RD AVE
                                                         STE 500
                                                         SEATTLE, WA 98104
                                                         206-622-8000
                                                         Fax: 206-682-2305
                                                         Email: rice@sgb-law.com
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Armstrong International Inc**          represented by   **David E Chawes**
                                                         PREG O'DONNELL & GILLETT
                                                         1800 NINTH AVENUE
                                                         STE 1500
                                                         SEATTLE, WA 98101-1340
                                                         206-287-1775
                                                         Email: dchawes@pregodonnell.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William E. Fitzharris , Jr.**
                                                         PREG O'DONNELL & GILLETT
                                                         1800 NINTH AVENUE
                                                         STE 1500
                                                         SEATTLE, WA 98101-1340
                                                         206-287-1775
                                                         Fax: 206-287-9113
                                                         Email: wfitzharris@pregodonnell.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Aurora Pump Company**                 represented by   **Jeanne F Loftis**

BULLIVANT HOUSER BAILEY PC
(PORTLAND)
888 SW FIFTH AVENUE
STE 300
PORTLAND, OR 97204
503-228-6351
Email: jeanne.loftis@bullivant.com
*ATTORNEY TO BE NOTICED*

**Monica A. Wells**
BULLIVANT HOUSER BAILEY PC
(PORTLAND)
888 SW FIFTH AVENUE
STE 300
PORTLAND, OR 97204
503-499-4456
Fax: 503-295-0915
Email: monica.wells@bullivant.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BW/IP International Inc**                 represented by  **Christine E Dinsdale**
*sued individually and as successor in*                      SOHA & LANG PS
*interest to Byron Jackson Pump*                             1325 FOURTH AVENUE
*Company*                                                    SUITE 2000
                                                            SEATTLE, WA 98101-2570
                                                            206-624-1800
                                                            Fax: 206-624-3585
                                                            Email: asbestos@sohalang.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Cameron International Corporation**       represented by  **Jason H Daywitt**
*formerly known as*                                          RIZZO MATTINGLY BOSWORTH
Cooper Cameron Corporation                                  411 SW 2ND AVE STE 200
                                                            PORTLAND, OR 97204
                                                            503-229-1819
                                                            Fax: FAX 1-503-229-0630
                                                            Email: jdaywitt@rizzopc.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver-Brooks Inc**                       represented by  **Timothy Kost Thorson**
*formerly known as*                                          CARNEY BADLEY SPELLMAN
Aqua-Chem Inc                                               701 FIFTH AVENUE
*doing business as*                                          STE 3600
Cleaver-Brooks Division                                     SEATTLE, WA 98104-7010
                                                            206-622-8020
                                                            Email: thorson@carneylaw.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Company**
*sued individually and as successor-in-*
*interest to Cochrane Corporation and*
*Chapman Valve Co.*

represented by **Barry Neal Mesher**
LANE POWELL PC (SEA)
1420 FIFTH AVE
STE 4100
SEATTLE, WA 98101-2338
206-223-7100
Email: mesherb@lanepowell.com
*ATTORNEY TO BE NOTICED*

**Brian D Zeringer**
LANE POWELL PC (SEA)
1420 FIFTH AVE
STE 4100
SEATTLE, WA 98101-2338
206-223-7000
Email: zeringerb@lanepowell.com
*ATTORNEY TO BE NOTICED*

**Jeffrey M Odom**
LANE POWELL PC
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338
206-223-7093
Fax: 206-223-7107
Email: odomj@lanepowell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elliott Turbomachinery Company**
*also known as*
Elliott Company

represented by **E. Pennock Gheen**
KARR TUTTLE CAMPBELL
1201 THIRD AVE
STE 2900
SEATTLE, WA 98101-3028
206-223-1313
Fax: 206-682-7100
Email: pgheen@karrtuttle.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fraser's Boiler Service Inc**

represented by **Carl Edward Forsberg**
FORSBERG & UMLAUF (SEA)
901 5TH AVE
STE 1400
SEATTLE, WA 98164-1039
206-689-8500
Fax: FAX 689-8501
Email: cforsberg@forsberg-umlauf.com

*ATTORNEY TO BE NOTICED*

**Melissa K Habeck**
FORSBERG & UMLAUF (SEA)
901 5TH AVE
STE 1400
SEATTLE, WA 98164-1039
206-689-8500
Email: mhabeck@forsberg-umlauf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries Inc**                  represented by    **James Edward Horne**
*sued individually and as sucessor-in-*                   GORDON THOMAS HONEYWELL
*interest to Delaval Turbine Inc*                         MALANCA PETERSON & DAHEIM
                                                          (SEA)
                                                          600 UNIVERSITY
                                                          STE 2100
                                                          SEATTLE, WA 98101-4185
                                                          206-676-7511
                                                          Email: jhorne@gth-law.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**FMC Corporation**                     represented by    **James R Lynch**
*sued individually and as sucessor-in-*                   STAFFORD FREY COOPER
*interest to Northern Pump Company*                       3100 TWO UNION SQ
*formerly known as*                                       601 UNION ST
Northern Fire Apparatus Company                           SEATTLE, WA 98101-1374
                                                          206-623-9900
                                                          Email: jlynch@staffordfrey.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Katherine M. Steele**
                                                          STAFFORD FREY COOPER
                                                          3100 TWO UNION SQ
                                                          601 UNION ST
                                                          SEATTLE, WA 98101-1374
                                                          206-623-9900
                                                          Email: ksteele@staffordfrey.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Saberhagen Holdings Inc.**            represented by    **Timothy Kost Thorson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Shipyards Corporation**          represented by    **Walter Eugene Barton**
                                                          KARR TUTTLE CAMPBELL

1201 THIRD AVE
STE 2900
SEATTLE, WA 98101-3028
206-223-1313
Fax: FAX 682-7100
Email: gbarton@karrtuttle.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Powell Company**                     represented by   **Melissa K Habeck**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps LLC**                           represented by   **Jason H Daywitt**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Yarway Corporation**                         represented by   **David D Mordekhov**
*sued individually and as successor-in-*                        GARDNER BOND TRABOLSI PLLC
*interest to Gimpel Corporation*                                2200 6TH AVE
                                                                STE 600
                                                                SEATTLE, WA 98121
                                                                206-256-6309
                                                                Email: dmordekhov@gardnerbond.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Ronald C Gardner**
                                                                GARDNER BOND TRABOLSI
                                                                MCDONALD & CLEMENT
                                                                2200 6TH AVE
                                                                STE 600
                                                                SEATTLE, WA 98121
                                                                206-256-6309
                                                                Fax: FAX 256-6318
                                                                Email:
                                                                RGARDNER@GARDNERBOND.COM

                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**          represented by   **R Dirk Bernhardt**
                                                                MURRAY DUNHAM & MURRAY
                                                                PO BOX 9844
                                                                200 W THOMAS ST, SUITE 350
                                                                SEATTLE, WA 98109-0844
                                                                206-622-2655
                                                                Email: asbestos@murraydunham.com
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **McNally Industries LLC**<br>*successor to Northern Fire Apparatus Company* | represented by | **James R Lynch**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Katherine M. Steele**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sterling Fluid Systems (USA) LLC** | represented by | **James R Lynch**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Katherine M. Steele**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2010 | 1 | NOTICE OF REMOVAL submitted by Defendant Foster Wheeler Energy Corporation. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(Bernhardt, R) Modified on 10/4/2010 (RE). (Entered: 10/01/2010) |
| 10/04/2010 | | Filing fee Paid: $ 350.00, receipt number SEA 036919 (RE) (Entered: 10/04/2010) |
| 10/04/2010 | | Judge Thomas S. Zilly added. (MKB) (Entered: 10/04/2010) |
| 10/04/2010 | 2 | LETTER from Clerk to counsel re receipt of case from King County Superior Court and advising of WAWD case number and judge assignment.(MKB) (Entered: 10/04/2010) |
| 10/06/2010 | 3 | NOTICE of Appearance by attorney Barry Neal Mesher on behalf of Defendant Crane Company. (Mesher, Barry) (Entered: 10/06/2010) |
| 10/06/2010 | 4 | ANSWER to Complaint with JURY DEMAND by Crane Company.(Mesher, Barry) (Entered: 10/06/2010) |
| 10/07/2010 | 5 | NOTICE *of Tag-Along Action* ; filed by Defendant Foster Wheeler Energy Corporation. (Attachments: # 1 Exhibit Exhibit 1)(Bernhardt, R) (Entered: 10/07/2010) |
| 10/08/2010 | 6 | ANSWER to Complaint *and Affirmative Defenses* by Aurora Pump Company. (Wells, Monica) (Entered: 10/08/2010) |
| 10/08/2010 | 7 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1.. (Wells, Monica) (Entered: 10/08/2010) |
| 10/08/2010 | 8 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1.. (Bernhardt, R) (Entered: 10/08/2010) |

| 10/08/2010 | 9 | NOTICE of Appearance by attorney Katherine M. Steele on behalf of Defendant FMC Corporation. (Steele, Katherine) (Entered: 10/08/2010) |
| 10/08/2010 | 10 | NOTICE of Appearance by attorney Katherine M. Steele on behalf of Defendant McNally Industries LLC. (Steele, Katherine) (Entered: 10/08/2010) |
| 10/08/2010 | 11 | NOTICE of Appearance by attorney Katherine M. Steele on behalf of Defendant Sterling Fluid Systems (USA) LLC. (Steele, Katherine) (Entered: 10/08/2010) |
| 10/12/2010 | | Attorney James R Lynch for FMC Corporation,James R Lynch for McNally Industries LLC,James R Lynch for Sterling Fluid Systems (USA) LLC added per 9 Notice of Appearance, 10 Notice of Appearance, 11 Notice of Appearance. (KN) (Entered: 10/12/2010) |
| 10/15/2010 | 12 | NOTICE of Appearance by attorney Melissa K Habeck on behalf of Defendant Fraser's Boiler Service Inc. (Habeck, Melissa) (Entered: 10/15/2010) |
| 10/15/2010 | 13 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1.. (Habeck, Melissa) (Entered: 10/15/2010) |
| 10/15/2010 | 14 | NOTICE of Appearance by attorney Jason H Daywitt on behalf of Defendant Cameron International Corporation. (Daywitt, Jason) (Entered: 10/15/2010) |
| 10/15/2010 | 15 | ANSWER to Complaint by Cameron International Corporation.(Daywitt, Jason) (Entered: 10/15/2010) |
| 10/18/2010 | 16 | NOTICE of Appearance by attorney William E. Fitzharris, Jr on behalf of Defendant Armstrong International Inc. (Fitzharris, William) (Entered: 10/18/2010) |
| 10/18/2010 | 17 | ANSWER to Complaint *and Affirmative Defenses* with JURY DEMAND by Armstrong International Inc.(Fitzharris, William) (Entered: 10/18/2010) |
| 10/19/2010 | | Attorney David E Chawes for Armstrong International Inc added per 17 Answer. (KN) (Entered: 10/19/2010) |
| 10/19/2010 | 18 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Armstrong International Inc Filed by Defendant Armstrong International Inc. (Fitzharris, William) (Entered: 10/19/2010) |
| 10/19/2010 | 19 | NOTICE of Appearance by attorney James Edward Horne on behalf of Defendant IMO Industries Inc. (Horne, James) (Entered: 10/19/2010) |
| 10/19/2010 | 20 | ANSWER to Complaint *for Wrongful Death* by IMO Industries Inc.(Horne, James) (Entered: 10/19/2010) |
| 10/19/2010 | 21 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by IMO Industries Inc identifying Corporate Parent DeLaval Steam Turbine Co., Other Affiliate IMO DeLaval, Inc., Other Affiliate Transamerica DeLaval, Inc., Other Affiliate DeLaval Turbine, Inc. for IMO Industries Inc. Filed by Defendants IMO Industries Inc, DeLaval Steam Turbine Co., IMO DeLaval, Inc., Transamerica DeLaval, Inc., DeLaval Turbine, Inc..(Horne, James) (Entered: 10/19/2010) |

| 10/19/2010 | 22 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Elliott Turbomachinery Company Filed by Defendant Elliott Turbomachinery Company.(Gheen, E.) (Entered: 10/19/2010) |
| 10/19/2010 | 23 | ANSWER to Complaint by Elliott Turbomachinery Company.(Gheen, E.) (Entered: 10/19/2010) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/20/2010 05:56:05 | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-cv-01585-TSZ |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

1

2

3

4

5

6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

7          IN AND FOR THE COUNTY OF KING

8   MARA LYNNE ABBAY, as Personal
    Representative of the Estate of GEORGE ABBAY,   No.
9   Deceased,

10          Plaintiff,                               COMPLAINT FOR WRONGFUL
                                                     DEATH
11          v.

12  ARMSTRONG INTERNATIONAL, INC.;
    AURORA PUMP COMPANY;
13  BW/IP INTERNATIONAL INC. (sued
    individually and as successor in interest to BYRON
14  JACKSON PUMP COMPANY);
    CAMERON INTERNATIONAL
15  CORPORATION (f/k/a COOPER CAMERON
    CORPORATION);
16  CLEAVER-BROOKS, INC. (f/k/a AQUA-CHEM,
    INC., d/b/a CLEAVER-BROOKS DIVISION);
17  CRANE CO. (sued individually and as successor-in-
    interest to COCHRANE CORPORATION and
18  CHAPMAN VALVE CO.);
    ELLIOTT TURBOMACHINERY COMPANY
19  a/k/a ELLIOT COMPANY; FMC CORPORATION
    (sued individually and as successor-in-interest to
20  PEERLESS PUMP company and CROSBY
    VALVES);
21  FRASER'S BOILER SERVICE, INC.;
    FOSTER WHEELER ENERGY
22  CORPORATION;

23  IMO INDUSTRIES, INC., (sued individually and
    as successor-in-interest to DELAVAL TURBINE,
    INC.);

COMPLAINT FOR WRONGFUL DEATH-1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
· Phone (206) 622-8000 • Fax (206) 682-2305

1

2  **FMC CORPORATION** (sued individually and as
   successor-in-interest to NORTHERN PUMP
   COMPANY  f/k/a NORTHERN FIRE

3  APPARATUS COMPANY);
   **McNALLY INDUSTRIES, LLC** (successor to

4  NORTHERN FIRE APPARATUS COMPANY);
   **SABERHAGEN HOLDINGS, INC.;**

5  **STERLING FLUID SYSTEMS, (USA), LLC.;**
   **TODD SHIPYARDS CORPORATION;**

6  **THE WILLIAM POWELL COMPANY;**
   **WARREN PUMPS LLC.;**

7  **YARWAY CORPORATION** (sued individually
   and as successor-in-interest to GIMPEL

8  CORPORATION),

9         Defendants.

10

11         COME NOW the plaintiff and present the following claims for relief:

12                              **I. PARTIES**

13         Plaintiff resides in Bremerton, Washington, and is the surviving spouse of George Abbay.

14  She was appointed Personal Representative of the Estate of George Abbay on October 31, 2008.

15  Plaintiff brings this action on behalf of herself, George Abbay estate, and on behalf of George

16  Abbay's statutory beneficiaries.

17         Defendants and/or their predecessors-in-interest (hereinafter collectively referred to as

18  "defendants") are corporations who, at all times relevant herein, manufactured, sold, distributed

19  or supplied asbestos-containing products or products that were used in conjunction with asbestos,

20  or who suppressed information regarding the hazards of asbestos.

                                **II. JURISDICTION**

21         This Court has jurisdiction over this cause pursuant to RCW 4.12.025 and 4.28.185

22  because, at all times relevant herein, defendants transacted business, committed tortious acts,

23  and/or may be served with process in King County, Washington.   Defendants Saberhagen

**COMPLAINT FOR WRONGFUL DEATH-2**

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Holdings, Inc., Fraser's Boiler Service, Inc., and Todd Shipyards Corporation are Washington Corporations with their principal places of business in Washington.

## III. FACTS

Plaintiff's Decedent George Abbay (DOB: 1944) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, designed, specified and placed into the stream of commerce by, used in conjunction with the products of the defendants. As a direct and proximate result of this exposure, Decedent George Abbay developed mesothelioma and died on October 7, 2008. Plaintiffs provide the following information:

| | | |
|---|---|---|
| A. | Specific Disease: | Mesothelioma |
| B. | Date of Diagnosis: | August 3, 2007 |
| C. | Occupation: | Puget Sound Naval Shipyard: Rigger<br>United States Navy: Bosun's Mate |
| D. | Places of Exposure: | Some of such places include Bremerton, Washington; San Diego, CA, Long Beach, CA and San Francisco, CA. |
| E. | Dates of Exposure: | 1960s, and 1970s. |
| F. | Current Address of Plaintiff: | 1925 N. Callow Avenue<br>Bremerton, WA 98312 |

## IV. LIABILITY

Plaintiff claims liability based upon the theories of product liability; negligence; conspiracy; spoliation; willful or wanton misconduct; strict product liability under Section 402A of the Restatement (Second) of Torts; breach of warranty; enterprise liability; market-share liability and/or market share alternate liability, if applicable; and any other applicable theory of liability. The liability-creating conduct of defendants consisted, inter alia, of negligent and unsafe design; failure to properly inspect, test, warn, instruct, monitor and/or recall; failure to

COMPLAINT FOR WRONGFUL DEATH-3

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

substitute safe products; marketing or installing unreasonably dangerous or extra-hazardous and/or defective products; marketing or installing products not reasonably safe as designed; marketing or installing products not reasonably safe for lack of adequate warning; and marketing or installing products with misrepresentations of product safety.

## V. DAMAGES

Plaintiff seeks only wrongful death damages from the following defendants: Armstrong International, Inc., BW/IP International Inc., Cameron International Corporation, Cleaver-Brooks, Inc., Crane Co., Elliott Turbomachinery Company, FMC Corporation, Foster Wheeler Energy Corporation, IMO Industries, Inc., Saberhagen Holdings, Inc., Sterling Fluid Systems, Inc., The William Powell Company, Warren Pumps LLC., and Yarway Corporation.

Plaintiff seeks both wrongful death and survivorship damages from the following defendants: Fraser's Boiler Service, Inc., McNally Industries, LLC, and Todd Shipyards Corporation.

As a proximate result of defendants' negligence, premises liability and/or product liability, plaintiff's Decedent George Abbay has sustained pain, suffering and disability in an amount not now known, but which will be proven at trial. Plaintiff, the remaining beneficiaries of George Abbay's estate and his estate are entitled to damages for his physical pain and suffering he endured up until his death, the mental anguish he suffered due to his impending death, physical impairment and loss of enjoyment of life, disfigurement, and his reasonable and necessary medical, funeral and other expenses incurred as a result of his mesothelioma; the pecuniary value of the loss of care, maintenance, support, advice, counsel and guidance which plaintiff Mrs. Abbay and other family members would have received from Mr. Abbay but for his mesothelioma; Mrs. Abbay's and other family members' loss of consortium; and the mental

COMPLAINT FOR WRONGFUL DEATH-4

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

anguish of each of the family members for the emotional damage to the family caused by Mr. Abbay's suffering and subsequent death.

WHEREFORE, plaintiff prays for judgment against the defendants and each of them as follows:

1.    For general and special damages specified above, including pain, suffering, mental anguish, disability, and as to all defendants, the value of the loss of care, maintenance, support, advice, counsel and guidance which plaintiff Mrs. Abbay and other family members would have received from Mr. Abbay.

2.    For medical, funeral and related expenses, and economic losses, all of which will be proven at the time of trial;

3.    For plaintiff's costs and disbursements herein;

4.    For prejudgment interest in the amount to be proven at trial; and

5.    For such other relief as the Court deems just.

DATED this _____ day of August, 2010.

JANET L. RICE, WSBA #9386
Counsel for Plaintiffs

COMPLAINT FOR WRONGFUL DEATH-5

SCHROETER GOLDMARK & BENDER
500 Central Building · 810 Third Avenue · Seattle, WA 98104
Phone (206) 622-8000 · Fax (206) 682-2305