**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                           MDL No. 875


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO–341)**


On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for
the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. §1407. *See* 170 F.Supp.2d 1348 (J.P.M.L. 2001). Since that time, 85,387 additional
actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court,
all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to
Judge Robreno.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the
consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk
shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 7–day period, the stay will be continued until further order of the Panel.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)** MDL No. 875

## SCHEDULE CTO–341 – TAG–ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|---|---|---|---|

CALIFORNIA CENTRAL

| | | | |
|---|---|---|---|
| CAC | 2 | 10–06698 | John Lewis Jones et al v. Air &Liquid Systems Corporation et al |
| CAC | 2 | 10–07264 | Kwang Scanlon v. Asbestos Companies |

CALIFORNIA NORTHERN

| | | | |
|---|---|---|---|
| CAN | 3 | 10–02447 | Reynolds et al v. Kaiser Ventures LLC, et al., |
| CAN | 3 | 10–04022 | Fong et al v. General Electric Company et al |
| CAN | 3 | 10–04258 | Belk v. Lockheed Martin Corporation |
| CAN | 4 | 10–04021 | Hancock v. General Electric Company et al |

DELAWARE

| | | | |
|---|---|---|---|
| DE | 1 | 10–00767 | Wolz v. Viad Corp. |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 10–06190 | Conroy v. A.W. Chesterton Company et al |

MAINE

| | | | |
|---|---|---|---|
| ME | 2 | 10–00386 | Donna M. Egeland, etc. v. General Electric Co., et al. |
| ME | 2 | 10–00387 | Laurel Elderkin–Graham, et al. v. New England Insulation Co., Inc., et al. |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 10–02573 | McElroy et al v. 3M Company et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 10–00491 | Ballard v. American Optical Corporation et al |
| MSS | 1 | 10–00492 | Sandifer v. North Bros. Co., Inc. et al |

NORTH CAROLINA MIDDLE

| NCM | 1 | 10–00722 | KELLY v. GUERLAIN, INC., et al |

WASHINGTON WESTERN

| WAW | 2 | 10–01585 | Abbay v. Armstrong International Inc et al |

WISCONSIN EASTERN

| WIE | 2 | 10–00356 | Burkee v. Degussa–Ney Dental Inc et al |