IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEITZ ET AL., | : Consolidated Under MDL 875 |
| Plaintiffs | : |
| | : Transferred from the District of |
| | : Delaware |
| v. | : (Civil Action No. 08-00353) |
| | : |
| ADEL WIGGINS GROUP, | : E.D. PA CIVIL ACTION No. |
| ET AL., | : 09-60004 |
| | : |
| Defendants | : |

### SUGGESTION OF REMAND

**AND NOW,** this **22nd** day of **September, 2010,** it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

    a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

    c.) All discovery has been completed.

    d.) Settlement conferences have been held in front of the Honorable Magistrate Judge Elizabeth T. Hey, and these negotiations have been exhausted as to the remaining viable defendants.

    e.) The Court has adjudicated all outstanding motions.

    f.) The Court finds that this case is prepared for trial without delay once on the transferor court's



docket.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*
*2010 SEP 27 P 5:00*
*RECEIVED CLERK'S OFFICE*

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).