BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No VI) ) | MDL No. 875 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ROBERT W. MILLSAPS INDIVIDUALLY ) | |
| And as PERSONAL REPRESENTATIVE OF ) | |
| THE ESTATE OF BRENDA LEE MILLSAPS ) | Transferor Court: |
| AND FOR THE BENEFIT OF THE ) | United States District Court |
| CHILDREN OF ROBERT W. MILLSAP ) | Eastern District of Tennessee |
| AND BRENDA LEE MILLSAPS, ) | |
| ) | |
| Plaintiff, ) | Transferor Court Case No. |
| ) | 3:10-cv-358 |
| v. ) | |
| ) | |
| ALCOA INC. (INCORRECTLY SUED AS ) | |
| ALUMINUM COMPANY OF AMERICA), ) | |
| *et al.*, ) | |
| | |
| Defendants. | |

## AMENDED CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Alcoa Inc. (incorrectly sued as Aluminum Company of America) certify to the best of my knowledge and belief that my client has no parent corporations and no publicly held company owns 10% or more of its stock.

Respectfully submitted,

    */s/ Benita W. Ellen*
Benita W. Ellen, Esq.
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219
804.788.8200
bellen@hunton.com
*Counsel for Alcoa Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2010, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail. Parties may access this filing through the Court's electronic filing system.

                Gregory F. Coleman, Esq.
                COLEMAN EDWARDS, PC
                4800 Old Kingston Pike
                Suite 120
                Knoxville, TN 37919
                (865) 247-0080
                Fax: (865) 247-0081
                gcoleman@colemanedwardspc.com
                *Counsel for Plaintiff*

                Mona Lisa Wallace, Esq.
                WALLACE AND GRAHAM, PC
                525 North Main Street
                Salisbury, NC 28144
                (704) 633-5244
                Fax: (704) 633-9434
                mwallace@wallacegraham.com
                *Counsel for Plaintiff*

                Steven L. Hurdle, Esq.
                ARNETT, DRAPER, & HAGOOD
                Suite 2300
                First Tennessee Plaza
                Knoxville, TN  37929-2300
                shurdle@adhknox.com
                *Counsel for Defendant Breeding Insulation Co.*

                                      */s/ Benita W. Ellen*

**PANEL SERVICE LIST (Excerpted from CTO-339)**

Robert W. Millsaps, etc. v. Aluminum Co. of America, et al., E.D. Tennessee
C.A. No. 3:10-358 (Judge R. Leon Jordan)

Peter G. Angelos
LAW OFFICES OF PETER G ANGELOS PC
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201
mjolley@lawpga.com

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC  27401-1307
jwblack@wardblacklaw.com

Russell W. Bond
BARON & BUDD PC
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
rbudd@baronbudd.com

Gregory F. Coleman
COLEMAN & EDWARDS PC
4800 Old Kingston Pike, Suite 120
Knoxville, TN 37919
gcoleman@colemanedwardspc.com

John D. Cooney
COONEY & CONWAY
120 North LaSalle Street, Suite 3000
Chicago, IL 60602-2415
jcooney@cooneyconway.com

Kevin M. Jordan
BAKER BOTTS LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995
kevin.jordan@bakerbotts.com

Paul Kalish
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
pkalish@crowell.com

Steven Kazan
KAZAN MCCLAIN ABRAMS FERNANDEZ ET AL
171 Twelfth Street, Third Floor
Oakland, CA 94607
skazan@kazanlaw.com

Peter A. Kraus
WATERS & KRAUS LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
kraus@waterskraus.com

David Craig Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
dlandin@hunton.com

Roger B. Lane
ROGER B LANE PC
1601 Reynolds Street
Brunswick, GA 31520
attylane@bellsouth.net

John A. Lucas
MERCHANT & GOULD PC
110 McGhee Tyson Boulevard, Suite 203
Knoxville, TN 37701
jlucas@merchantgould.com

**MDL NO. 875 - Panel Service List (Excerpted from CTO-339) (Continued)**

William F. Mahoney
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
wmahoney@smsm.com

Robert C. Malaby
MALABY & BRADLEY
150 Broadway, Suite 600
New York, New York 10038
rcmalaby@mblaw.net

John P. McShea
MCSHEA TECCE PC
Mellon Bank Center
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
jmcshea@mcshea-tecce.com

Philip McWeeny
SCHIFF HARDIN LLP
One Market Plaza, 32nd Floor
Spear Street Tower
San Francisco, CA 94105
pmcweeny@schiffhardin.com

Thomas A. Packer
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
tpacker@gordonrees.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgestone Boulevard
Mount Pleasant, SC 29464
oilspilllitigationmdl@motleyrice.com

Michael P. Thornton
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110
mthornton@tenlaw.com

Walter G. Watkins, Jr.
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
P.O. Box 26608
Jackson, MS 39225-2608
wwatkins@fpwk.com