# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **10/8/2010**

**District Court:** D. South Carolina

**Number of Actions:** 5

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL