# U.S. District Court
## District of South Carolina (Rock Hill)
## CIVIL DOCKET FOR CASE #: 0:10-cv-00546-ASB
### Internal Use Only

Moore et al v. 3M Company et al                         Date Filed: 03/05/2010
Assigned to: Unassigned - ASB                           Jury Demand: Defendant
Cause: 28:1332 Diversity-Asbestos Litigation            Nature of Suit: 368 P.I. : Asbestos
                                                        Jurisdiction: Diversity

**Plaintiff**

**Phillip Wayne Moore**               represented by   **Mona Lisa Wallace**
                                                       Wallace and Graham
                                                       525 North Main Street
                                                       Salisbury, NC 28144
                                                       704-633-5244
                                                       Fax: 704-633-9434
                                                       Email: mwallace@wallacegraham.com
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Jane Henderson Moore**       represented by   **Mona Lisa Wallace**
*spouse*                                               (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**                        represented by   **Robert O Meriwether**
*formerly known as*                                    Nelson Mullins Riley and Scarborough
Minnesota Mining and Manufacturing                     PO Box 11070
Company                                                Columbia, SC 29211
                                                       803-799-2000
                                                       Fax: 803-255-9060
                                                       Email:
                                                       robert.meriwether@nelsonmullins.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Anthony C Hayes**
                                                       Nelson Mullins Riley and Scarborough
                                                       PO Box 11070
                                                       Columbia, SC 29211
                                                       803-799-2000
                                                       Fax: 803-256-7500
                                                       Email: anthony.hayes@nelsonmullins.com
                                                       *ATTORNEY TO BE NOTICED*

**David Gaillard Traylor , Jr**
Nelson Mullins Riley and Scarborough
PO Box 11070
Columbia, SC 29211
803-799-2000
Email: david.traylor@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AW Chesterton Company**               represented by   **Jennifer M Techman**
Evert and Weathersby
3405 Piedmont Road NE
Suite 225
Atlanta, GA 30305
404-233-8718
Fax: 404-233-8933
Email: jmtechman@ewhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alfa Laval Inc**                      represented by   **Amy Harmon Geddes**
Nexsen Pruet Jacobs and Pollard
PO Drawer 2426
Columbia, SC 29202
803-771-8900
Fax: 803-540-2103
Email: ageddes@nexsenpruet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aurora Pump**                         represented by   **Robert O Meriwether**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony C Hayes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Gaillard Traylor , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Cropscience Inc**
*individually and as successor to Aventis
Cropscience USA Inc*

*formerly known as*
Rhone-Poulenc Ag Company Inc
*formerly known as*
Amchem Products Inc

**Defendant**

**Blackmer Pump**                        represented by   **Robert O Meriwether**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Anthony C Hayes**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David Gaillard Traylor , Jr**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Buffalo Pumps Inc**                    represented by   **Robert O Meriwether**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Anthony C Hayes**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David Gaillard Traylor , Jr**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**BW IP International Inc**              represented by   **Mark Hedderman Wall**
*a subsidiary of Flowserve Corporation*                   Elmore and Wall
                                                          PO Box 1200
                                                          Charleston, SC 29402
                                                          843-329-9500
                                                          Fax: 843-329-9501
                                                          Email: mark.wall@elmorewall.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Carrier Corporation**                  represented by   **Robert O Meriwether**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Anthony C Hayes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Gaillard Traylor , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**          represented by   **Jennifer M Techman**
*fka Viacom Inc successor by merger to*          (See above for address)
*CBS Corporation*                    *LEAD ATTORNEY*
*formerly known as*                *ATTORNEY TO BE NOTICED*
Westinghouse Electric Company

**Defendant**

**Certainteed Corporation**      represented by   **William David Conner**
Haynsworth Sinkler Boyd
PO Box 2048
Greenville, SC 29602
864-240-3200
Fax: 864-240-3336
Email: dconner@hsblawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver Brooks Inc**         represented by   **Steven J Pugh**
Richardson Plowden and Robinson
PO Drawer 7788
Columbia, SC 29202
803-771-4400
Fax: 803-779-0016
Email: spugh@richardsonplowden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co**              represented by   **Robert O Meriwether**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony C Hayes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Gaillard Traylor , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crown Cork & Seal USA Inc**
               represented by  **Timothy William Bouch**
Leath Bouch and Crawford
PO Box 59
Charleston, SC 29402
843-937-8811
Fax: 843-937-0606
Email: tbouch@leathbouchlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Curtiss-Wright Corporation**
               represented by  **John Edward Cuttino**
Turner Padget Graham and Laney
PO Box 1473
Columbia, SC 29202
803-227-4271
Fax: 803-400-1472
Email: jcuttino@turnerpadget.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Curtis Wright Flow Control Corporation**
*Individually and as Successor of Farris Valves and or Sprague Pumps*
               represented by  **John Edward Cuttino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Corporation**
*Individually and as successor-in-interest to Cutler Hammer Inc*
               represented by  **Arthur Timothy Jones**
Hawkins and Parnell
300 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400
Fax: 404-614-7500
Email: tjones@hplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve Corporation**
*individually and as successor to Anchor Darling Valve Company*

**Defendant**

**Flowserve Corporation**
*individually and as successor to Duriron Co Inc, and Durco International Inc*
               represented by  **Mark Hedderman Wall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve US Inc**                          represented by   **Tyler Paul Winton**
*individually and as successor to Edward*                      Sowell Gray Stepp and Laffitte
*Valves Inc, Vogt Valve Company and*                          PO Box 11449
*Nordstrom Valves Inc*                                        Columbia, SC 29211
                                                             803-231-7821
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert Erving Stepp**
                                                             Sowell Gray Stepp and Laffitte
                                                             PO Box 11449
                                                             Columbia, SC 29211
                                                             803-929-1400
                                                             Fax: 803-929-0336
                                                             Email: rstepp@sowell.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Fluor Daniel Services Corporation**        represented by   **William David Conner**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Fluor Daniel Inc**                          represented by   **William David Conner**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**        represented by   **Jennifer M Techman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Gardner Denver Inc**                        represented by   **Steven Wayne Ouzts**
                                                             Turner Padget Graham and Laney
                                                             PO Box 1473
                                                             Columbia, SC 29202
                                                             803-254-2200
                                                             Fax: 803-799-3957
                                                             Email: souzts@turnerpadget.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Garlock Sealing Technologies LLC**

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Company, .**

**Defendant**

**Georgia Pacific LLC**                          represented by    **Robert O Meriwether**
*formerly known as*                                               (See above for address)
Georgia Pacific Corporation                                      *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Anthony C Hayes**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **David Gaillard Traylor , Jr**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Goulds Pumps Inc**                            represented by    **Joseph A Rhodes , Jr**
                                                                 Ogletree Deakins Nash Smoak and Stewart
                                                                 PO Box 2757
                                                                 Greenville, SC 29602
                                                                 864-271-1300
                                                                 Fax: 864-241-1861
                                                                 Email: drew.rhodes@ogletreedeakins.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Gus Suarez**
                                                                 Ogletree Deakins Nash Smoak and Stewart
                                                                 PO Box 2757
                                                                 Greenville, SC 29602
                                                                 864-271-1300
                                                                 Fax: 864-235-4754
                                                                 Email: gus.suarez@ogletreedeakins.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Grinnell LLC**                                represented by    **Robert O Meriwether**
*formerly known as*                                              (See above for address)
Grinnell Corporation                                            *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Anthony C Hayes**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**David Gaillard Traylor , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries Inc**

**Defendant**

**Ingersoll Rand Company**                    represented by     **Robert Bates Lovett**
Hunter Maclean Exley and Dunn
PO Box 9848
Savannah, GA 31412
912-236-0261
Email: blovett@huntermaclean.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F Saunders Aldridge , III**
Hunter Maclean Exley and Dunn
PO Box 9848
Savannah, GA 31412
912-236-0261
*ATTORNEY TO BE NOTICED*

**Defendant**

**ITT Corporation**                    represented by     **Franklin Greene**
*individually and as successor in interest to*                McGuireWoods (Char NC)
*Kennedy Valve Manufacturing Company*                100 N Tryon Street
Suite 2900
Charlotte, NC 28280
704-373-8527
Fax: 704-373-8826
Email: fgreene@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ITT Corporation**                    represented by     **Franklin Greene**
*individually and as successor to Bell &*                (See above for address)
*Gossett*                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MetLife Inc**                    represented by     **Mark Hedderman Wall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Services Industries**
*formerly known as*
North Brothers Company and North
Brothers Corporation

represented by **James Dowell Gandy , III**
Pierce Herns Sloan and McLeod
PO Box 22437
Charleston, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patterson Pump Company**

represented by **William David Conner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**

represented by **James Dowell Gandy , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Riley Power Inc**
*formerly known as*
Babcock Borsig Power Inc
*formerly known as*
DB Riley Inc
*formerly known as*
Riley Stoker Corporation

represented by **Arthur Timothy Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robertshaw Controls Company**
*individually and as successor to Fulton
Sylphon Company*

**Defendant**

**Sepco Corporation**

represented by **Arthur Timothy Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JR Clarkson Company, The**
*solely as a successor by merger to
Anderson Greenwood & Co
formerly known as*
Kunkle Valve Company Inc
*formerly known as*
JE Longergan Co

represented by **Robert O Meriwether**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William David Conner**
(See above for address)

*formerly known as*
Crosby Valve Inc

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony C Hayes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Gaillard Traylor , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Moffatt Grier McDonald**
Haynsworth Sinkler Boyd
PO Box 2048
Greenville, SC 29602
864-240-3200
Email: mmcdonald@hsblawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trane US Inc**          represented by   **Robert Bates Lovett**
*formerly known as*                         (See above for address)
American Standard Inc               *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**F Saunders Aldridge , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unifrax I LLC**
*formerly known as*
Unifrax Corporation
*formerly known as*
Carborundum Company, The
*doing business as*
North American Ceramic Fibers

**Defendant**

**Union Carbide Corporation**      represented by   **William David Conner**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal Inc**
*formerly known as*
United States Rubber Company Inc

**Defendant**

| | | | |
|---|---|---|---|
| **Viking Pump Inc** | | represented by | **Steven Wayne Ouzts** |
| | | | (See above for address) |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | | |
|---|---|---|---|
| **Warren Pumps LLC** | | represented by | **Steven Wayne Ouzts** |
| | | | (See above for address) |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | | |
|---|---|---|---|
| **Yarway Corporation** | | represented by | **Robert O Meriwether** |
| | | | (See above for address) |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | **Anthony C Hayes** |
| | | | (See above for address) |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | **David Gaillard Traylor , Jr** |
| | | | (See above for address) |
| | | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | | |
|---|---|---|---|
| **Zurn Industries LLC** | | represented by | **Robert O Meriwether** |
| | | | (See above for address) |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | **Anthony C Hayes** |
| | | | (See above for address) |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | **David Gaillard Traylor , Jr** |
| | | | (See above for address) |
| | | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2010 | 1 | COMPLAINT against Certainteed Corporation, Cleaver Brooks Inc, Crane Co, Crown Cork & Seal USA Inc, Curtis Wright Flow Control Corporation, Curtiss-Wright Corporation, Eaton Corporation, Flowserve Corporation(individually and as successor to Anchor Darling Valve Company), Flowserve Corporation(individually and as successor to Duriron Co Inc, and Durco International Inc), Flowserve US Inc, Fluor Daniel Inc, Fluor Daniel Services Corporation, Foster Wheeler Energy Corporation, Gardner Denver Inc, Garlock Sealing Technologies LLC, General Electric Company, General Refractories Company, Georgia Pacific LLC, Goulds Pumps Inc, Grinnell LLC, IMO Industries |

| | | |
|---|---|---|
| | | Inc, ITT Corporation(individually and as successor to Bell & Gossett), ITT Corporation(individually and as successor in interest to Kennedy Valve Manufacturing Company), Ingersoll Rand Company, JR Clarkson Company, The, MetLife Inc, National Services Industries, Patterson Pump Company, 3M Company, AW Chesterton Company, Alfa Laval Inc, Aurora Pump, BW IP International Inc, Bayer Cropscience Inc, Blackmer Pump, Buffalo Pumps Inc, CBS Corporation, Carrier Corporation, Rapid American Corporation, Riley Power Inc, Robertshaw Controls Company, Sepco Corporation, Trane US Inc, Unifrax I LLC, Union Carbide Corporation, Uniroyal Inc, Viking Pump Inc, Warren Pumps LLC, Yarway Corporation, Zurn Industries LLC ( Filing fee $ 350 receipt number 0420-2589554.), filed by Martha Jane Henderson Moore, Phillip Wayne Moore. (gpre, ) (Entered: 03/08/2010) |
| 03/05/2010 | 2 | (Court only) CIVIL COVER SHEET - Private Entry. (gpre, ) (Entered: 03/08/2010) |
| 03/08/2010 | 3 | Summons Issued as to Certainteed Corporation, Cleaver Brooks Inc, Crane Co, Crown Cork & Seal USA Inc, Curtis Wright Flow Control Corporation, Curtiss-Wright Corporation, Eaton Corporation, Flowserve Corporation(individually and as successor to Anchor Darling Valve Company), Flowserve Corporation(individually and as successor to Duriron Co Inc, and Durco International Inc), Flowserve US Inc, Fluor Daniel Inc, Fluor Daniel Services Corporation, Foster Wheeler Energy Corporation, Gardner Denver Inc, Garlock Sealing Technologies LLC, General Electric Company, General Refractories Company, Georgia Pacific LLC, Goulds Pumps Inc, Grinnell LLC, IMO Industries Inc, ITT Corporation(individually and as successor to Bell & Gossett), ITT Corporation(individually and as successor in interest to Kennedy Valve Manufacturing Company), Ingersoll Rand Company, JR Clarkson Company, The, MetLife Inc, National Services Industries, Patterson Pump Company, 3M Company, AW Chesterton Company, Alfa Laval Inc, Aurora Pump, BW IP International Inc, Bayer Cropscience Inc, Blackmer Pump, Buffalo Pumps Inc, CBS Corporation, Carrier Corporation, Rapid American Corporation, Riley Power Inc, Robertshaw Controls Company, Sepco Corporation, Trane US Inc, Unifrax I LLC, Union Carbide Corporation, Uniroyal Inc, Viking Pump Inc, Warren Pumps LLC, Yarway Corporation, Zurn Industries LLC. (gpre, ) (Entered: 03/08/2010) |
| 03/16/2010 | 4 | ANSWER to 1 Complaint,,,,, *Jury Trial Demanded* by Gardner Denver Inc.(Ouzts, Steven) (Entered: 03/16/2010) |
| 03/16/2010 | 5 | Corporate Disclosure Statement by Gardner Denver Inc. (Ouzts, Steven) (Entered: 03/16/2010) |
| 03/17/2010 | 6 | *Defendant Eaton Corporation, Individually, And As Successor-In-Interest To Cutler-Hammer, Inc.'s* ANSWER to 1 Complaint,,,,, by Eaton Corporation.(Jones, Arthur) (Entered: 03/17/2010) |
| 03/19/2010 | 7 | *ENTRY OF APPEARANCE AND SHORT FORM* ANSWER to 1 Complaint,,,,, by Cleaver Brooks Inc.(Pugh, Steven) (Entered: 03/19/2010) |
| 03/25/2010 | 8 | ANSWER to 1 Complaint,,,,, *Jury Trial Demanded* by Warren Pumps LLC.(Ouzts, Steven) (Entered: 03/25/2010) |
| 03/25/2010 | 9 | Corporate Disclosure Statement by Warren Pumps LLC. (Ouzts, Steven) (Entered: 03/25/2010) |

| 03/25/2010 | 10 | *Short Form* ANSWER to 1 Complaint,,,,, *and Certificate of Service* by AW Chesterton Company.(Techman, Jennifer) (Entered: 03/25/2010) |
| 03/25/2010 | 11 | Corporate Disclosure Statement by AW Chesterton Company. (Techman, Jennifer) (Entered: 03/25/2010) |
| 03/25/2010 | 12 | *Short Form* ANSWER to 1 Complaint,,,,, *and Certificate of Service* by Foster Wheeler Energy Corporation.(Techman, Jennifer) (Entered: 03/25/2010) |
| 03/25/2010 | 13 | Corporate Disclosure Statement by Foster Wheeler Energy Corporation. (Techman, Jennifer) (Entered: 03/25/2010) |
| 03/25/2010 | 14 | *Entry of Appearance,* ANSWER to 1 Complaint,,,,, *and Certificate of Service* by CBS Corporation.(Techman, Jennifer) (Entered: 03/25/2010) |
| 03/25/2010 | 15 | Corporate Disclosure Statement by CBS Corporation. (Techman, Jennifer) (Entered: 03/25/2010) |
| 03/29/2010 | 16 | ANSWER to 1 Complaint,,,,, by Riley Power Inc.(Jones, Arthur) (Entered: 03/29/2010) |
| 03/29/2010 | 17 | Corporate Disclosure Statement by Riley Power Inc. (Jones, Arthur) (Entered: 03/29/2010) |
| 03/29/2010 | 18 | *Entry of Appearance and* ANSWER to 1 Complaint,,,,, by Ingersoll Rand Company.(Lovett, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 19 | ANSWER to Complaint by Aurora Pump.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 20 | ANSWER to Complaint by Blackmer Pump.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 21 | ANSWER to Complaint by Buffalo Pumps Inc.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 22 | ANSWER to Complaint by Carrier Corporation.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 23 | ANSWER to Complaint by Crane Co.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 24 | ANSWER to Complaint by Georgia Pacific LLC.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 25 | ANSWER to Complaint by Grinnell LLC.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 26 | ANSWER to Complaint *of Anderson Greenwood & Co. f/k/a J.E. Longergan Co.* by JR Clarkson Company, The.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 27 | ANSWER to Complaint *by Anderson Greenwood & Co. f/k/a Kunkle Valve Company, Inc.* by JR Clarkson Company, The.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 28 | ANSWER to Complaint by 3M Company.(Meriwether, Robert) (Entered: 03/29/2010) |

| 03/29/2010 | 29 | ANSWER to Complaint by Yarway Corporation.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 30 | ANSWER to Complaint by Zurn Industries LLC.(Meriwether, Robert) (Entered: 03/29/2010) |
| 03/29/2010 | 31 | ANSWER to 1 Complaint,,,,, *Jury Trial Demanded* by Viking Pump Inc.(Ouzts, Steven) (Entered: 03/29/2010) |
| 03/29/2010 | 32 | Corporate Disclosure Statement by Viking Pump Inc identifying Corporate Parent IDEX Corporation for Viking Pump Inc.. (Ouzts, Steven) (Entered: 03/29/2010) |
| 03/29/2010 | 33 | ANSWER to 1 Complaint,,,,, by National Services Industries.(Gandy, James) (Entered: 03/29/2010) |
| 03/29/2010 | 34 | ANSWER to 1 Complaint,,,,, by Rapid American Corporation.(Gandy, James) (Entered: 03/29/2010) |
| 03/30/2010 | 35 | ANSWER to 1 Complaint,,,,, *Jury Trial Demanded* by Curtiss-Wright Corporation.(Cuttino, John) (Entered: 03/30/2010) |
| 03/30/2010 | 36 | Corporate Disclosure Statement by Curtiss-Wright Corporation. (Cuttino, John) (Entered: 03/30/2010) |
| 03/30/2010 | 37 | ANSWER to 1 Complaint,,,,, *Jury Trial Demanded* by Curtis Wright Flow Control Corporation.(Cuttino, John) (Entered: 03/30/2010) |
| 03/30/2010 | 38 | Corporate Disclosure Statement by Curtis Wright Flow Control Corporation identifying Corporate Parent Curtiss-Wright Corporation for Curtis Wright Flow Control Corporation.. (Cuttino, John) (Entered: 03/30/2010) |
| 03/30/2010 | 39 | ANSWER to 1 Complaint,,,,, by Alfa Laval Inc.(Geddes, Amy) (Entered: 03/30/2010) |
| 03/30/2010 | 40 | Corporate Disclosure Statement by Alfa Laval Inc. (Geddes, Amy) (Entered: 03/30/2010) |
| 03/30/2010 | 41 | ANSWER to 1 Complaint,,,,, by Certainteed Corporation.(Conner, William) (Entered: 03/30/2010) |
| 03/30/2010 | 42 | ANSWER to 1 Complaint,,,,, by Union Carbide Corporation.(Conner, William) (Entered: 03/30/2010) |
| 03/30/2010 | 43 | ANSWER to 1 Complaint,,,,, by Fluor Daniel Inc.(Conner, William) (Entered: 03/30/2010) |
| 03/30/2010 | 44 | ANSWER to 1 Complaint,,,,, by Fluor Daniel Services Corporation.(Conner, William) (Entered: 03/30/2010) |
| 03/30/2010 | 45 | ANSWER to 1 Complaint,,,,, by Patterson Pump Company.(Conner, William) (Entered: 03/30/2010) |
| 03/31/2010 | 46 | ANSWER to 1 Complaint,,,,, by ITT Corporation(individually and as successor to Bell & Gossett), ITT Corporation(individually and as successor in interest to Kennedy Valve Manufacturing Company).(Greene, Franklin) (Entered: 03/31/2010) |

| 03/31/2010 | 47 | Local Rule 26.01 Answers to Interrogatories by ITT Corporation(individually and as successor to Bell & Gossett), ITT Corporation(individually and as successor in interest to Kennedy Valve Manufacturing Company).(Greene, Franklin) (Entered: 03/31/2010) |
| 03/31/2010 | 48 | ANSWER to 1 Complaint,,,,, by Flowserve US Inc.(Winton, Tyler) (Entered: 03/31/2010) |
| 03/31/2010 | 49 | Corporate Disclosure Statement by Flowserve US Inc. (Winton, Tyler) (Entered: 03/31/2010) |
| 04/02/2010 | 50 | ANSWER to 1 Complaint,,,,, by Goulds Pumps Inc.(Rhodes, Joseph) (Entered: 04/02/2010) |
| 04/02/2010 | 51 | Corporate Disclosure Statement by Goulds Pumps Inc. (Rhodes, Joseph) (Entered: 04/02/2010) |
| 04/05/2010 | 52 | *Short Form Answer* ANSWER to 1 Complaint,,,,, by Sepco Corporation.(Jones, Arthur) (Entered: 04/05/2010) |
| 04/05/2010 | 53 | Corporate Disclosure Statement by Sepco Corporation. (Jones, Arthur) (Entered: 04/05/2010) |
| 04/05/2010 | 54 | ANSWER to 1 Complaint,,,,, by MetLife Inc.(Wall, Mark) (Entered: 04/05/2010) |
| 04/06/2010 | 55 | *Entry of Appearance and* ANSWER to 1 Complaint,,,,, by Trane US Inc.(Lovett, Robert) (Entered: 04/06/2010) |
| 04/08/2010 | 56 | ANSWER to 1 Complaint,,,,, by JR Clarkson Company, The.(Conner, William) (Entered: 04/08/2010) |
| 04/12/2010 | 57 | ANSWER to 1 Complaint,,,,, by BW IP International Inc.(Wall, Mark) (Entered: 04/12/2010) |
| 04/12/2010 | 58 | ANSWER to 1 Complaint,,,,, by Flowserve Corporation(individually and as successor to Duriron Co Inc, and Durco International Inc).(Wall, Mark) (Entered: 04/12/2010) |
| 04/12/2010 | 59 | ANSWER to 1 Complaint,,,,, by Crown Cork & Seal USA Inc.(Bouch, Timothy) (Entered: 04/12/2010) |
| 04/12/2010 | 60 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Crown Cork & Seal USA Inc.(Bouch, Timothy) (Entered: 04/12/2010) |
| 04/16/2010 | 61 | MOTION to Set Aside Default *with Certificate of Service* by Trane US Inc. Response to Motion due by 5/3/2010 (Attachments: # 1 Memo in Support Brief in Support of Motion to Open Default, # 2 Exhibit Exhibit A to Brief in Support of Motion to Open Default, # 3 Proposed Order Proposed Order granting Motion to Open Default)No proposed order(Lovett, Robert) (Entered: 04/16/2010) |
| 08/03/2010 | 62 | MOTION to Withdraw as Attorney *Tyler P. Winton* by Flowserve US Inc. Response to Motion due by 8/20/2010 No proposed order(Stepp, Robert) (Entered: 08/03/2010) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |

This Document Relates to:

Phillip Wayne Moore and Martha Jane Henderson
Moore, spouse,
                  Plaintiffs,

            vs.

District of South Carolina
Civil Action No. 0:10-cv-546

**COMPLAINT**

3M Company f/k/a Minnesota
    Mining and Manufacturing
    Company;
A.W. Chesterton Company;
Alfa Laval, Inc;
Aurora Pump;
Bayer Cropscience, Inc.,
    individually and as successor
    to Aventis Cropscience USA,
    INC. f/k/a Rhone-Poulence AG
    CO. f/k/a Amchem Products, Inc.;
Blackmer Pump;
Buffalo Pumps, Inc.;
BW/IP Inc., a subsidiary of
    Flowserve Corporation;
Carrier Corporation;
CBS Corporation, (f/k/a Viacom, Inc.,
    successor by merger to CBS Corporation, f/k/a
    Westinghouse Electric Corporation);
CertainTeed Corporation;
Cleaver-Brooks, Inc.;
Crane Co.;
CROWN Cork & Seal USA, Inc.;
Curtiss-Wright Corporation;
Curtiss-Wright Flow Control
    Corporation, Individually and
    as Successor of Farris Valves
    and/or Sprague Pumps;
Eaton Corporation,
    individually and as
    succesor-in-interest to Cutler

Hammer, Inc.;
Flowserve Corporation,
     individually and as successor
     to Anchor/Darling Valve Company;
Flowserve Corporation,
     individually and as successor
     to Duriron Co., Inc., and
     Durco International Inc.;
Flowserve US Inc.,
     individually and as successor
     to Edward Valves Inc., Vogt
     Valve Company, and Nordstrom
     Valves, Inc.;
Fluor Daniel Services Corporation;
Fluor Daniel, Inc.;
Foster Wheeler Energy Corporation;
Gardner Denver, Inc.;
Garlock Sealing Technologies,
     LLC;
General Electric Company;
General Refractories Company;
Georgia-Pacific LLC, f/k/a
     Georgia-Pacific Corporation;
Goulds Pumps, Inc.;
Grinnell LLC, (f/k/a Grinnell Corp)
IMO Industries, Inc.;
Ingersoll-Rand Company;
ITT Corporation, individually
     and as successor in interest
     to Kennedy Valve Manufacturing
     Company;
ITT Corporation, individually
     and as successor to Bell & Gossett;
Metlife Inc.;
National Services Industries,
     Inc. (f/k/a North Brothers
     Company) and North Brothers
     Corporation;
Patterson Pump Company;
Rapid American Corporation;
Riley Power, Inc., f/k/a
     Babcock Borsig Power, Inc.,
     f/k/a/ D.B. Riley, Inc., f/k/a
     Riley Stoker Corporation;
Robertshaw Controls Company,
     Individually and as successor

to Fulton Sylphon Company;
SEPCO Corporation;
The J.R. Clarkson Company
    solely as a successor by
    merger to Anderson Greenwood &
    Co. f/k/a J.E. Longergan Co.;
The J.R. Clarkson Company
    solely as a successor by
    merger to Anderson Greenwood &
    Co. f/k/a Kunkle Valve Company, Inc.;
The J.R. Clarkson Company
    solely as a successor by
    merger to Crosby Valve, Inc.;
Trane U.S. Inc., f/k/a
    American Standard Inc.;
Unifrax I LLC f/k/a Unifrax
    Corporation f/k/a The
    Carborundum Company,  d/b/a
    North American Ceramic Fibers;
Union Carbide Corporation;
Uniroyal, Inc., f/k/a/ United
    States Rubber Company, Inc;
Viking Pump, Inc.;
Warren Pumps LLC;
Yarway Corporation;
Zurn Industries, LLC

Defendants

_____

Plaintiffs hereby adopt and incorporate Plaintiffs' Master Long Form Complaint in Re: Asbestos Litigation in the United States District Court for the Eastern District of Pennsylvania, filed as Miscellaneous No. 86-0457.  Pursuant to the August 20, 1986 Order of this Court, the following short-form Complaint is utilized in this asbestos action:

1.      The Plaintiffs are:  Phillip Wayne Moore, the Injured Plaintiff ("plaintiff-worker") and Martha Jane Henderson Moore ("plaintiff spouse").  Plaintiff's Address, Social Security Number, and Date of Birth information is available upon request.

2.      The Court has jurisdiction of this matter pursuant to the Multidistrict Litigation Order dated July 29, 1991, Civil Action No. MDL 875.  Moreover, the Plaintiffs are citizens of the State of South Carolina and no defendant is a citizen or has a principal place of business in the State of South Carolina.  Further, the amount in controversy, exclusive of interest and costs, exceeds $100,000.00.

3.      The Defendants are those companies listed in the caption.

4.      Plaintiffs hereby incorporate by reference the following counts from the Master Long-Form Complaint:  Counts I, II, III, IV and V.

5.      Plaintiff-worker's asbestos employment history, including, to the extent possible at this time, the asbestos products to which plaintiff-worker was exposed is attached hereto as Schedule I.

6.      Plaintiff-worker was diagnosed with Asbestosis by David A. Schwartz MD on 04/27/07.

7.      Plaintiffs hereby demand a trial by jury on all issues of fact.

Respectfully submitted,

WALLACE AND GRAHAM, P.A.


s/Mona Lisa Wallace

Attorney for Plaintiff
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC  28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
E-Mail: mwallace@wallacegraham.com



Date:   03/05/10

Phillip Wayne Moore
SCHEDULE I
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Bag boy, clerk
Construction, Power House Mechanic (Instrumentation Dept.)
Maintenance, Construction Instrument and Electric Technician
Student - no degree
Truck Driver/ Ammo Handler
Worked around abatement crews building enclosures

| EMPLOYER/WORKSITE: | APPROXIMATE DATES: |
|---|---|
| Community Cash Stores Inc. - Spartanburg, SC | 09/01/67 - 04/01/70 |
| University of South Carolina - Spartanburg, SC | 09/01/67 - 05/31/68 |
| National Guard Reserves - South Carolina | 01/01/69 - 12/31/75 |
| Duke Energy Corporation - Oconee | 04/20/70 - 12/31/73 |
| Duke Energy Corporation - Belews Creek | 01/01/73 - 12/31/74 |
| Duke Energy Corporation - McGuire | 01/01/74 - 12/31/78 |
| Duke Energy Corporation - Catawba | 01/01/78 - 12/31/87 |
| Duke Energy Corporation - Allen | 01/01/87 - 12/31/88 |
| Duke Energy Corporation - Catawba | 01/01/88 - |

SMOKING HISTORY:

Never;

PRODUCTS CONTAINING ASBESTOS:

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials,
Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS:

None

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

<u>**SC DEFENDANTS LIST**</u>

3M Company f/k/a Minnesota Mining and Manufacturing Company
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

A.W. Chesterton Company
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Alfa Laval, Inc
5400 International Trade Dr
Richmond, VA 23231

Aurora Pump
Lynette Jones
13515 Ballantyne Corp Pl
Charlotte, NC 28277

Bayer Cropscience, Inc., individually and as successor to Aventis Cropscience USA,
INC. f/k/a Rhone-Poulence AG CO. f/k/a Amchem Products, Inc.
Corporation Service Company - SC
1703 Laurel St
Columbia, SC 29203

Blackmer Pump
1809 Century Ave SW
Grand Rapids, MI 49503-1530

Buffalo Pumps, Inc.
874 Oliver St
North Tanawanda, NY 14120-3298

BW/IP Inc., a subsidiary of Flowserve Corporation
Flowserve Legal Department 5212 N. O'Connor Blvd
Irving, TX 75039

Carrier Corporation
CT Corp System
2 Office Park CT Ste 103

Columbia, SC 29223

CBS Corporation
Corporation Service Company - SC
1703 Laurel St
Columbia, SC 29203

CertainTeed Corporation
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Cleaver-Brooks, Inc.
11950 W Lake Park Dr
Milwaukee, WI 53224

Crane Co.
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

CROWN Cork & Seal USA, Inc.
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Curtiss-Wright Corporation
10 Waterview Blvd. 2ND Flr
Parisippany, NJ 07054

Curtiss-Wright Flow Control Corporation
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Eaton Corporation, individually and as succesor-in-interest to Cutler Hammer, Inc.
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Flowserve Corporation, individually and as successor to Anchor/Darling Valve Company
5215 N. O'Connor Blvd. Ste 2300
Irving, TX 75039

Flowserve Corporation, individually and as successor to Duriron Co., Inc., and Durco
International Inc.

5215 N. O'Connor Blvd. Ste 2300
Irving, TX 75039

Flowserve US Inc., individually and as successor to Edward Valves Inc., Vogt Valve
Company, and Nordstrom Valves, Inc.
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Fluor Daniel Services Corporation
Corporation Service Company - SC
1703 Laurel St
Columbia, SC 29203

Fluor Daniel, Inc.
Corporation Service Company - SC
1703 Laurel St
Columbia, SC 29203

Foster Wheeler Energy Corporation
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Gardner Denver, Inc.
Corporation Service Company - NY
80 State St
Albany, NY 12207

Garlock Sealing Technologies, LLC
1666 Division St
Palmyra, NY 14522

General Electric Company
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

General Refractories Company
1 Bala Ave. Suite 310
Bala Cynwyd, PA 19004

Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Goulds Pumps, Inc.
240 Falls St
Seneca Falls, NY 13148

Grinnell LLC, (f/k/a Grinnell Corp)
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

IMO Industries, Inc.
1009 Lenox Dr Bldg. 4 West
Lawrenceville, NJ 08648

Ingersoll-Rand Company
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

ITT Corporation, individually and as successor in interest to Kennedy Valve
Manufacturing Company
CT Corporation System
111 Eighth Ave
New York, NY  10011

ITT Corporation, individually and as successor in interest to Bell & Gossett
CT Corporation System - NY
111 Eighth Ave
New York, NY 10011

Metlife Inc.
200 Park Ave.
New York, NY 10166

National Services Industries, Inc.
Corporation Service Company - GA
40 Technology Parkway S Ste 300
Norcross, GA 30092

Patterson Pump Company
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Rapid American Corporation
Corporation Service Company - DE
2711 Centerville Rd Ste 400
Wilmington, DE 19808

Riley Power, Inc.
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Robertshaw Controls Company,
1602 Mustang Dr
Maryville, TN 37801

SEPCO Corporation
CT Corporation System - CA
818 W Seventh St
Los Angeles, CA 90017

The J.R. Clarkson Company solely as a successor by merger to Anderson Greenwood &
Co. f/k/a J.E. Longergan Co.
The Corporation Trust Company of Nevada
311 S. Division St.
Carson City, NV 89703

The J.R. Clarkson Company solely as a successor by merger to Anderson Greenwood &
Co. f/k/a Kunkle Valve Company, Inc.
The Corporation Trust Company of Nevada
311 S. Division St.
Carson City, NV 89703

The J.R. Clarkson Company solely as a successor by merger to Crosby Valve, Inc.
The Corporation Trust Company of Nevada
311 S. Division St.
Carson City, NV 89703

Trane U.S. Inc., f/k/a American Standard Inc.
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Unifrax I LLC
2351 Whirlpool St
Niagara Falls, NY 14305

Union Carbide Corporation
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Uniroyal, Inc., f/k/a/ United States Rubber Company, Inc
70 Great Hill Rd
Naugatuck, CT 06770

Viking Pump, Inc.
406 State St
Cedar Falls, IN 50613-0008

Warren Pumps LLC
PO Box 969
Warren, MA 01083-0969

Yarway Corporation
C.T. Corporation
116 Pine St. Suite 320
Harrisburg, PA 17101

Zurn Industries, LLC
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |

This Document Relates to:

Phillip Wayne Moore and Martha Jane Henderson
Moore, spouse,
           Plaintiffs,

                    vs.

District of South Carolina
Civil Action No. 0:10-cv-546

**COMPLAINT**

3M Company f/k/a Minnesota
    Mining and Manufacturing
    Company;
A.W. Chesterton Company;
Alfa Laval, Inc;
Aurora Pump;
Bayer Cropscience, Inc.,
    individually and as successor
    to Aventis Cropscience USA,
    INC. f/k/a Rhone-Poulence AG
    CO. f/k/a Amchem Products, Inc.;
Blackmer Pump;
Buffalo Pumps, Inc.;
BW/IP Inc., a subsidiary of
    Flowserve Corporation;
Carrier Corporation;
CBS Corporation, (f/k/a Viacom, Inc.,
    successor by merger to CBS Corporation, f/k/a
    Westinghouse Electric Corporation);
CertainTeed Corporation;
Cleaver-Brooks, Inc.;
Crane Co.;
CROWN Cork & Seal USA, Inc.;
Curtiss-Wright Corporation;
Curtiss-Wright Flow Control
    Corporation, Individually and
    as Successor of Farris Valves
    and/or Sprague Pumps;
Eaton Corporation,
    individually and as
    succesor-in-interest to Cutler

Hammer, Inc.;
Flowserve Corporation,
    individually and as successor
    to Anchor/Darling Valve Company;
Flowserve Corporation,
    individually and as successor
    to Duriron Co., Inc., and
    Durco International Inc.;
Flowserve US Inc.,
    individually and as successor
    to Edward Valves Inc., Vogt
    Valve Company, and Nordstrom
    Valves, Inc.;
Fluor Daniel Services Corporation;
Fluor Daniel, Inc.;
Foster Wheeler Energy Corporation;
Gardner Denver, Inc.;
Garlock Sealing Technologies,
    LLC;
General Electric Company;
General Refractories Company;
Georgia-Pacific LLC, f/k/a
    Georgia-Pacific Corporation;
Goulds Pumps, Inc.;
Grinnell LLC, (f/k/a Grinnell Corp)
IMO Industries, Inc.;
Ingersoll-Rand Company;
ITT Corporation, individually
    and as successor in interest
    to Kennedy Valve Manufacturing
    Company;
ITT Corporation, individually
    and as successor to Bell & Gossett;
Metlife Inc.;
National Services Industries,
    Inc. (f/k/a North Brothers
    Company) and North Brothers
    Corporation;
Patterson Pump Company;
Rapid American Corporation;
Riley Power, Inc., f/k/a
    Babcock Borsig Power, Inc.,
    f/k/a/ D.B. Riley, Inc., f/k/a
    Riley Stoker Corporation;
Robertshaw Controls Company,
    Individually and as successor

to Fulton Sylphon Company;
SEPCO Corporation;
The J.R. Clarkson Company
    solely as a successor by
    merger to Anderson Greenwood &
    Co. f/k/a J.E. Longergan Co.;
The J.R. Clarkson Company
    solely as a successor by
    merger to Anderson Greenwood &
    Co. f/k/a Kunkle Valve Company, Inc.;
The J.R. Clarkson Company
    solely as a successor by
    merger to Crosby Valve, Inc.;
Trane U.S. Inc., f/k/a
    American Standard Inc.;
Unifrax I LLC f/k/a Unifrax
    Corporation f/k/a The
    Carborundum Company,  d/b/a
    North American Ceramic Fibers;
Union Carbide Corporation;
Uniroyal, Inc., f/k/a/ United
    States Rubber Company, Inc;
Viking Pump, Inc.;
Warren Pumps LLC;
Yarway Corporation;
Zurn Industries, LLC

Defendants

---

Plaintiffs hereby adopt and incorporate Plaintiffs' Master Long Form Complaint in Re: Asbestos Litigation in the United States District Court for the Eastern District of Pennsylvania, filed as Miscellaneous No. 86-0457.  Pursuant to the August 20, 1986 Order of this Court, the following short-form Complaint is utilized in this asbestos action:

1.      The Plaintiffs are:  Phillip Wayne Moore, the Injured Plaintiff ("plaintiff-worker") and Martha Jane Henderson Moore ("plaintiff spouse").  Plaintiff's Address, Social Security Number, and Date of Birth information is available upon request.

2.      The Court has jurisdiction of this matter pursuant to the Multidistrict Litigation Order dated July 29, 1991, Civil Action No. MDL 875.  Moreover, the Plaintiffs are citizens of the State of South Carolina and no defendant is a citizen or has a principal place of business in the State of South Carolina.  Further, the amount in controversy, exclusive of interest and costs, exceeds $100,000.00.

3.      The Defendants are those companies listed in the caption.

4.      Plaintiffs hereby incorporate by reference the following counts from the Master Long-Form Complaint:  Counts I, II, III, IV and V.

5.      Plaintiff-worker's asbestos employment history, including, to the extent possible at this time, the asbestos products to which plaintiff-worker was exposed is attached hereto as Schedule I.

6.      Plaintiff-worker was diagnosed with Asbestosis by David A. Schwartz MD on 04/27/07.

7.      Plaintiffs hereby demand a trial by jury on all issues of fact.

Respectfully submitted,

WALLACE AND GRAHAM, P.A.


s/Mona Lisa Wallace

Attorney for Plaintiff
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC  28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
E-Mail: mwallace@wallacegraham.com


Date:   03/05/10

Phillip Wayne Moore
SCHEDULE I
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Bag boy, clerk
Construction, Power House Mechanic (Instrumentation Dept.)
Maintenance, Construction Instrument and Electric Technician
Student - no degree
Truck Driver/ Ammo Handler
Worked around abatement crews building enclosures

| EMPLOYER/WORKSITE: | APPROXIMATE DATES: |
|---|---|
| Community Cash Stores Inc. - Spartanburg, SC | 09/01/67 - 04/01/70 |
| University of South Carolina - Spartanburg, SC | 09/01/67 - 05/31/68 |
| National Guard Reserves - South Carolina | 01/01/69 - 12/31/75 |
| Duke Energy Corporation - Oconee | 04/20/70 - 12/31/73 |
| Duke Energy Corporation - Belews Creek | 01/01/73 - 12/31/74 |
| Duke Energy Corporation - McGuire | 01/01/74 - 12/31/78 |
| Duke Energy Corporation - Catawba | 01/01/78 - 12/31/87 |
| Duke Energy Corporation - Allen | 01/01/87 - 12/31/88 |
| Duke Energy Corporation - Catawba | 01/01/88 - |

SMOKING HISTORY:

Never;

PRODUCTS CONTAINING ASBESTOS:

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials,
Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS:

None

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## SC DEFENDANTS LIST

3M Company f/k/a Minnesota Mining and Manufacturing Company
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

A.W. Chesterton Company
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Alfa Laval, Inc
5400 International Trade Dr
Richmond, VA 23231

Aurora Pump
Lynette Jones
13515 Ballantyne Corp Pl
Charlotte, NC 28277

Bayer Cropscience, Inc., individually and as successor to Aventis Cropscience USA,
INC. f/k/a Rhone-Poulence AG CO. f/k/a Amchem Products, Inc.
Corporation Service Company - SC
1703 Laurel St
Columbia, SC 29203

Blackmer Pump
1809 Century Ave SW
Grand Rapids, MI 49503-1530

Buffalo Pumps, Inc.
874 Oliver St
North Tanawanda, NY 14120-3298

BW/IP Inc., a subsidiary of Flowserve Corporation
Flowserve Legal Department 5212 N. O'Connor Blvd
Irving, TX 75039

Carrier Corporation
CT Corp System
2 Office Park CT Ste 103

Columbia, SC 29223

CBS Corporation
Corporation Service Company - SC
1703 Laurel St
Columbia, SC 29203

CertainTeed Corporation
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Cleaver-Brooks, Inc.
11950 W Lake Park Dr
Milwaukee, WI 53224

Crane Co.
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

CROWN Cork & Seal USA, Inc.
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Curtiss-Wright Corporation
10 Waterview Blvd. 2ND Flr
Parisippany, NJ 07054

Curtiss-Wright Flow Control Corporation
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Eaton Corporation, individually and as succesor-in-interest to Cutler Hammer, Inc.
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Flowserve Corporation, individually and as successor to Anchor/Darling Valve Company
5215 N. O'Connor Blvd. Ste 2300
Irving, TX 75039

Flowserve Corporation, individually and as successor to Duriron Co., Inc., and Durco
International Inc.

5215 N. O'Connor Blvd. Ste 2300
Irving, TX 75039

Flowserve US Inc., individually and as successor to Edward Valves Inc., Vogt Valve
Company, and Nordstrom Valves, Inc.
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Fluor Daniel Services Corporation
Corporation Service Company - SC
1703 Laurel St
Columbia, SC 29203

Fluor Daniel, Inc.
Corporation Service Company - SC
1703 Laurel St
Columbia, SC 29203

Foster Wheeler Energy Corporation
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Gardner Denver, Inc.
Corporation Service Company - NY
80 State St
Albany, NY 12207

Garlock Sealing Technologies, LLC
1666 Division St
Palmyra, NY 14522

General Electric Company
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

General Refractories Company
1 Bala Ave. Suite 310
Bala Cynwyd, PA 19004

Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Goulds Pumps, Inc.
240 Falls St
Seneca Falls, NY 13148

Grinnell LLC, (f/k/a Grinnell Corp)
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

IMO Industries, Inc.
1009 Lenox Dr Bldg. 4 West
Lawrenceville, NJ 08648

Ingersoll-Rand Company
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

ITT Corporation, individually and as successor in interest to Kennedy Valve
Manufacturing Company
CT Corporation System
111 Eighth Ave
New York, NY 10011

ITT Corporation, individually and as successor in interest to Bell & Gossett
CT Corporation System - NY
111 Eighth Ave
New York, NY 10011

Metlife Inc.
200 Park Ave.
New York, NY 10166

National Services Industries, Inc.
Corporation Service Company - GA
40 Technology Parkway S Ste 300
Norcross, GA 30092

Patterson Pump Company
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Rapid American Corporation
Corporation Service Company - DE
2711 Centerville Rd Ste 400
Wilmington, DE 19808

Riley Power, Inc.
CT Corporation System - SC
2 Office Park CT Ste 103
Columbia, SC 29223

Robertshaw Controls Company,
1602 Mustang Dr
Maryville, TN 37801

SEPCO Corporation
CT Corporation System - CA
818 W Seventh St
Los Angeles, CA 90017

The J.R. Clarkson Company solely as a successor by merger to Anderson Greenwood &
Co. f/k/a J.E. Longergan Co.
The Corporation Trust Company of Nevada
311 S. Division St.
Carson City, NV 89703

The J.R. Clarkson Company solely as a successor by merger to Anderson Greenwood &
Co. f/k/a Kunkle Valve Company, Inc.
The Corporation Trust Company of Nevada
311 S. Division St.
Carson City, NV 89703

The J.R. Clarkson Company solely as a successor by merger to Crosby Valve, Inc.
The Corporation Trust Company of Nevada
311 S. Division St.
Carson City, NV 89703

Trane U.S. Inc., f/k/a American Standard Inc.
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Unifrax I LLC
2351 Whirlpool St
Niagara Falls, NY 14305

Union Carbide Corporation
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223

Uniroyal, Inc., f/k/a/ United States Rubber Company, Inc
70 Great Hill Rd
Naugatuck, CT 06770

Viking Pump, Inc.
406 State St
Cedar Falls, IN 50613-0008

Warren Pumps LLC
PO Box 969
Warren, MA 01083-0969

Yarway Corporation
C.T. Corporation
116 Pine St. Suite 320
Harrisburg, PA 17101

Zurn Industries, LLC
CT Corp System
2 Office Park CT Ste 103
Columbia, SC 29223