# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **10/14-15/2010**

**District Court:** W. D. North Carolina

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

*Signature*
CLERK OF THE PANEL