# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk      October 13, 2010      TELEPHONE:
CIVIL (336) 332-6030
CRIMINAL (336) 332-6020
ADMIN (336) 332-6015

Mr. Jeffery N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Lüthi:

Re: MDL - 875; In Re: Product Liability

For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed October 8, 2010, in the Middle District of North Carolina:

M.D.N.C. Case No. 1:10CV766; Edward Brewer Gregory, Sr., and Johnny Teague Gregory
v. CBS Corporation, A Delaware Corporation, et al

Sincerely,

John S. Brubaker, Clerk

By: /s/ Donna S. Lloyd
Deputy Clerk

JSB/dl

Enclosures