BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

*Kwang Scanlon. v. Asbestos Companies., et al.,* C.D. CALIFORNIA, C.A.
NO. 2:10-07264

PLAINTIFF'S NOTICE OF OPPOSITION TO
CTO-341-TAG-ALONG ACTIONS

I represent Plaintiff Kwang Scanlon in the above-captioned action, which is included on the conditional transfer order (CTO-341-TAG-ALONG ACTIONS), attached hereto as Exhibit A. Plaintiff submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due within 14 days.

Date: October 26, 2010

Sincerely,

BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

John Langdoc, Esq. (SBN 235509)
Tiffany Dickenson, Esq. (SBN 257049)
Counsel for Plaintiffs

1

Paul Kiesel, Esq. (SBN 119854)
KIESEL, BOUCHER & LARSON, L.L.P.
8648 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 854-4444
Facsimile: (310) 854-0812