## PROOF OF SERVICE

I am a resident of, or employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to this action. My business address is: 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219.

On the 26th of October, 2010, I served Plaintiff's Notice of Opposition to Conditional Transfer Order (CTO-341) via facsimile to the Defendants listed below:

Date: _/ 0 26-2010_

Karen Hewlett

DEFENSE COUNSEL:

Keith M. Ameele
Foley & Mansfield, P.L.L.P.
300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
(213) 283-2100 (Phone)
(213) 283-2101 (Fax)
Attorneys for FLOWSERVE
CORPORATION

Anthony J. Calero
Lombardi, Loper & Conant, L.L.P.
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612
(510)433-2600 (Phone)
(510)433-2699 (Fax)
Attorneys for MECHANICAL DRIVES &
BELTING

G. Jeffery Coons
Gordon & Rees, L.L.P.
Embarcadero Center West
Twentieth Floor
275 Battery Street
San Francisco, CA 94111
(415)986-5900 (Phone)
(415)986-8054 (Fax)
Attorneys for GOULDS PUMPS
INCORPORATED

Joseph Duffy
Morgan, Lewis & Bockius, L.L.P.
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132
(213) 612-2500 (Phone)
(213) 612-2501 (Fax)
Attorneys for YARWAY CORPORATION

Stephen P. Farkas
K&L Gates LLP
10100 Santa Monica Boulevard,
Seventh Floor
Los Angeles, CA 90067
(310)552-5000 (Phone)
(310)552-5001 (Fax)
Attorneys for CRANE CO.

Stephen C. Klausen
Prindle, Amaro, Goetz, Hillyard, Barnes &
Reinholtz, LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90801-5511
(562)436-3946 (Phone)
(562)495-0564 (Fax)
Attorneys for ALFA LAVAL, INC.

Michael T. McCall
Walsworth, Franklin, Bevins & McCall, L.L.P.
Fifth Floor
One City Blvd. West
Orange, CA 92868-3677
(714) 634-2522 (Phone)
(714) 634-0686 (Fax)
Attorneys for QUINTEC INDUSTRIES,
INC., THOMAS DEE ENGINEERING CO.

James G. Murray
Prindle, Amaro, Goetz, Hillyard, Barnes &
Reinholtz, LLP
Fourth Floor
310 Golden Shore
Long Beach, CA 90802
(562) 436-3946 (Phone)
(562) 495-0564 (Fax)
Attorneys for HENRY VOGT MACHINE
COMPANY

Robert L. Nelder
Hassard & Bonnington
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
(415) 288-9800 (Phone)
(415) 288-9802 (Fax)
Attorneys for JOHN CRANE, INC.

Dean A. Olson
Morris, Polich & Purdy, L.L.P.
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017
(213)891-9100 (Phone)
(213)488-1178 (Fax)
Attorneys for CROWN, CORK, & SEAL
COMPANY, INC.

Michael J. Pietrykowski
Gordon & Rees, L.L.P.
Embarcadero Center West
Twentieth Floor
275 Battery Street

San Francisco, CA 94111
(415)986-5900 (Phone)
(415)986-8054 (Fax)
Attorneys for AMERICAN STANDARD,
INC. (KEWANEE), INGERSOLL-RAND
COMPANY, BUFFALO PUMPS, INC.

Frank D. Pond
Pond North, L.L.P.
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
(213) 617-6170 (Phone)
(213) 623-3594 (Fax)
Attorneys for CBS CORPORATION
(WESTINGHOUSE, VIACOM)

William J. Sayers
McKenna, Long & Aldridge, L.L.P.
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071-2901
(213)688-1000 (Phone)
(213)243-6330 (Fax)
Attorneys for METALCLAD INSULATION
CORPORATION

Robert Thackston
Hawkins, Parnell & Thackston, LLP
444 South Flower Street, Suite 1100
Los Angeles, CA 90071
(213) 486-8000 (Phone)
(213) 486-8080 (Fax)
Attorneys for WARREN PUMPS, L.L.C.

Jeffrey R. Williams
Schiff Hardin, L.L.P.
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
(415)901-8700 (Phone)
(415)901-8701 (Fax)
Attorneys for OWENS-ILLINOIS,