BEFORE THE UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS  : MDL NO. 875
LIABILITY LITIGATION (NO. VI) :
                              :

CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

JOSEPH P. McELROY and              :
CAROL McELROY, his wife,           :
                                   :
          Plaintiffs,              :
                                   :
v.                                 :  Case No. 24x10000289
                                   :
                                   :
3-M CORPORATION., et al.,     :
                                   :
          Defendants.              :

## NOTICE OF OPPOSITION TO CTO-341

To the Clerk of this Panel:

I represent Plaintiffs Joseph and Carol McElroy in the above-captioned action which is included on the conditional transfer order (CTO-341).  Plaintiffs submit this opposition to the conditional transfer order.  I understand that the motion and brief to vacate are due in 15 days.

                                                 /s/
                                      Daniel A. Brown
                                      BROWN & GOULD, LLP
                                      7700 Old Georgetown Road, Suite 500
                                      Bethesda, Maryland 20814
                                      Tel: (301) 718-4548
                                      Fax: (301) 718-8037
                                      dbrown@brownandgould.com
                                      Attorney for Plaintiff Joseph McElroy

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on October, 27 2010, a true and correct copy of the foregoing Notice of Opposition to CTO-341 was served by CM-ECF pursuant to JPMDL Rule 4.1 to all counsel in the involved actions and by regular mail on any party not participating with CM-ECF.

               ___/s/_____
                Daniel A. Brown

Laura A. Abenes, Esq.
Katherine S. Duyer, Esq.
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855
*Counsel for AC&R Insulation Co., Inc.*

Keith R. Truffer, Esq.
Royston Mueller McLean & Reid
102 W. Pennsylvania Avenue
Towson, MD 21204
*Counsel for A.W. Chesterton Company*

John Ruff, Esq.
Steven J. Parrott, Esq.
DeHay & Elliston, LLP
36 S. Charles St., 13th Floor
Baltimore, MD 21201
*Counsel for 3M Company, Bayer CorpScience,* and *Union Carbide Corporation*

Michael A. Haslup, Esq.
Vincent J. Palmiotto, Esq.
Robin Silver, Esq.
Miles & Stockbridge, PC
10 Light Street
Baltimore, MD 21202
*Counsel for CertainTeed Corporation, Cleaver Brooks Boilers, Georgia-Pacific Corporation,* and *Superior Boiler Works, Inc.*

Donald S. Meringer, Esq.
Meringer, Zois & Quigg, LLC
320 N. Charles Street
Baltimore, MD 21201
*Counsel for General Electric Company*

Philip A. Kulinski, Esq.

Evert, Weathersby, Houff
120 E. Baltimore St., Ste. 1300
Baltimore, MD 21202
*Counsel for CBS Corporation*

Theodore F. Roberts, Esq.
Venable LLP
210 W. Pennsylvania Avenue, Ste. 500
Towson, MD 21204
*Counsel for American Standard Co., Inc., Crown Cork & Seal Co., Inc.,* and *Rapid American Corporation*

Louis E. Grenzer, Jr., Esq.
James T. Smith, Esq.
Bodie, Bolina, Smith & Hobbs, PC
21 West Susquehanna Avenue
Towson, MD 21204
*Counsel for MCIC, Inc.*

Richard D. Albert, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036
*Counsel for Metropolitan Life Ins. Co.*

Patrick C. Smith, Esq.
Powers & Frost, LLP
502 Washington Ave., Ste. 200
Towson, MD 21204
*Counsel for AVCO Corporation*

Neil J. MacDonald, Esq.
Hartel Kane DeSantis MacDonald &
 Howie, LLP
11720 Beltsville Drive, Ste. 500
Beltsville, MD 20705
*Counsel for Crane Co., Federated Development Co., Krafft-Murphy Co.,* and *Oakfabco*

Richard L. Flax, Esq.
Law Offices of Richard L. Flax, LLC
29 W. Susquehanna Ave., Ste. 500
Towson, MD 21204
*Counsel for Walter E. Campbell Co.* and *Ric-Wil, Inc.*

Jeremy W. North, Esq.
North 7 Cobb, PA
7313 York Road

Towson, MD 21204
*Counsel for Uniroyal, Inc.*

David W. Allen, Esq.
Malcolm S. Brisker, Esq.
Goodell DeVries Leech & Dann, LLP
One South St., 20th Floor
Baltimore, MD 21202
*Counsel for Hampshire Industries, Inc.*