# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **September 29, 2010**

**District Court:** W.D. North Carolina

**Number of Actions:** 1

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL