# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 10/20/10

District Court: E.D. Virginia

Number of Actions: 6

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL