# SCHEDULE

| **Div.** | **C.A. #** | **Judge** | **Case Caption** |
|---|---|---|---|

**Northern District of Illinois**

| | | | |
|---|---|---|---|
| 1 | 10-6974 | Hon. Rebecca R. Pallmeyer | Glen Ellis, Special Administrator of the Estate of Delmar Ellis, Deceased v. Rapid American Co., et al. |