**SERVICE LIST**

**GLEN ELLIS,** Special Administrator of the Estate of **DELMAR ELLIS,** Deceased, v. Rapid American Corp., et al., **Case No. 1:10-cv-6974**

| | |
|---|---|
| David O. Barrett<br>Timothy G. Martin<br>Michael T. Egan<br>Cooney and Conway<br>120 North LaSalle Street, 30th Floor<br>Chicago, IL 60602<br>*Attorney for* Plaintiff | Douglas Prochnow<br>Jennifer A. Johnston<br>Martha Brown<br>Wildman, Harrold, Allen & Dixon, LLP<br>225 West Wacker Drive, Suite 2800<br>Chicago, IL 60606-1229<br>*Attorney for* Square D Co., and Metropolitan Life Insurance Co. |
| Stephen Hoke<br>Sarah Hixon<br>Stephen Hoke Associates LLC<br>117 N. Jefferson Street, L2<br>Chicago, IL 60661-2387<br>*Attorney for* C P Hall Co. | Christopher M. Davis<br>Steptoe & Johnson<br>Complex Litigation Support Center<br>400 A Guide Drive<br>Rockville, Maryland 20850<br>*Attorney for* Metropolitan Life Insurance Co. |
| Kevin Dreher<br>Morgan Lewis & Bockius<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094<br>*Attorney for* Grinnell Corp., Mueller Co. and Yarway Corp. | Demetra Arapakis Christos<br>Foley & Mansfield, P.L.L.P.<br>39 S. LaSalle, Suite 1110<br>Chicago, IL 60603<br>*Attorney for* Kelly Moore Paint Co. and Viacom |
| William F. Mahoney<br>Kathleen McDonough<br>Segal, McCambridge, Singer & Mahoney<br>Sears Tower – Suite 5500<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Attorney for* Kentile Floors Inc., DAP Inc., Gardner Denver Inc., Joy Technologies Inc., Aurora Pump Co., BW/IP Inc., Foster Wheeler Energy Co., and Cummins Inc. | Christopher P. Larson<br>Tobin J. Taylor<br>Adam J. Lagocki<br>Heyl, Royster, Voelker & Allen<br>Chase Building, Suite 600<br>124 SW Adams Street<br>Peoria, IL 61502<br>*Attorney for* H.B. Fuller Co., Certainteed Corp., Air & Liquid Systems Inc., Buffalo Pumps Co., Riley Stoker Corp. and Union Carbide Corporation |

| | |
|---|---|
| Joseph J. O'Hara, Jr.<br>Matthew Jardine<br>Edward M. Casmere<br>Schiff, Hardin & Waite, LLP<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6473<br>*Attorney for* Anderson Greenwood & Co., Henry Pratt Co., Uniroyal Co. and Deere & Co. | George Fitzpatrick<br>McRay Judge<br>Swanson, Martin & Bell<br>One IBM Plaza, Suite 3300<br>330 N. Wabash Ave.<br>Chicago, IL 60611<br>*Attorney for* Sterling Fluid Systems Inc., FMC Corp. |
| Scott Solberg<br>David M. Stahl<br>Eimer Stahl Klevorn & Solberg LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, Illinois 60604<br>*Attorney for* Borg-Warner Corp. | Law Offices of Robert P. Harris<br>180 North Michigan Ave., Suite 2105<br>Chicago, IL 60601-7478<br>*Attorney for* Crown Cork & Seal Co. |
| Edward Matushek, III<br>David Warren<br>Matushek, Nilles & Sinars L.L.C.<br>55 West Monroe, Suite 700<br>Chicago, IL 60603<br>*Attorney for* Maremont Corp. | Daniel O'Connell<br>O'Connell Tivin Miller & Burns LLC<br>135 S. LaSalle Street, Suite 2300<br>Chicago, IL 60603<br>*Attorney for* John Crane Co. |
| James P. Kasper<br>Gunty & McCarthy<br>150 South Wacker Drive<br>Chicago, IL 60606-4163<br>*Attorney for* Crane Co. | Brenda G. Baum<br>George Kiser<br>Hepler Broom<br>150 N. Wacker Dr., Suite 3100<br>Chicago, IL 60606<br>*Attorney for* Georgia Pacific LLC f/k/a Georgia Pacific Corp. |
| Robert W. Scott<br>Swain, Hartshorn & Scott<br>411 Hamilton Blvd., Suite 1812<br>Peoria, IL 61602<br>*Attorney for* Pneumo-Abex, Inc. | Steven P. Sanders<br>Thomas L. Orris<br>Williams Venker & Sanders LLC<br>10 South Broadway, Ste. 1600<br>St. Louis, MO 63102<br>*Attorney for* Caterpillar Inc. |
| John J. Kurowski<br>Kurowski Bailey & Schultz, LLC<br>24 Bronze Point<br>Swansea, IL 62226<br>*Attorney for* A.W. Chesterton Co. | Daniel J. Cheely<br>Cheely, O'Flaherty, & Ayres<br>19 S. LaSalle Street, Suite 1203<br>Chicago, IL 60603<br>*Attorney for* Ingersoll Rand Co. and Henry Vogt Inc. |

<div style="display: flex;">

Edward H. MacCabe
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL  60601
*Attorney for* Eaton Corp.

Undray Willes
Paul Doerscheln
McGuireWoods
77 West Wacker Drive, Suite 4110
Chicago, IL 60601-8100
*Attorney for* ITT Industries Corp. and Bell & Gossett Co.

Craig Liljestrand
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago, IL 60601
*Attorney for* Goulds Pumps Inc.

Lance Mueller
Celba & Desrochers LLC
225 E. Mason Street, 5th Fl.
Milwaukee, WI 53202
*Attorney for* Dana Companies

Leslie Davis
Roger K. Heidenreich
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606-6404
*Attorney for* Rapid American Co.

David A. Cyr
Jeffrey G. Chrones
Johnson & Bell Ltd.
33 West Monroe St. – Suite 2700
Chicago, IL 60603
*Attorney for* CNH America Co.

Anthony Goldner
David Holmes
Wilson Elser Moskowitz Edelman & Dicker LLP
120 N. LaSalle St., Suite 2600
Chicago, IL 60602-2729
*Attorney for* Kelsey-Hayes Co.

</div>