BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875 (ASBESTOS)

U.S.D.C. CASE NO. 8:10-cv-02430-VMC-TGW

BARBARA OWENS, Individually and
as Personal Representative of the
Estate of RUSSELL OWENS,

    Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY,
INC., et al.,

    Defendants.

### NOTICE OF DEFENDANT, SUED AS ELLIOTT TURBOMACHINERY CO., INC.'S TAG-ALONG ACTION

To:   CLERK OF THE PANEL, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applied to tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 1.1 and 7.4(a) provides:

> Any party or counsel in action previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

MDL DOCKET NO. 875 (ASBESTOS)
U.S.D.C. CASE NO. 8:10-cv-02430-VMC-TGW

The undersigned hereby notifies the Court that this case, currently pending in United States District Court of the Middle District of Florida at Tampa (Case No. 8:10-cv-02430-VMC-TGW), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4 or (2) file an order to show cause why the action should not be transferred pursuant to MDL Rule 7.3.

Respectfully submitted,

*s/ Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
hgoodner@fowler-white.com
James D. DiLorenzo
Fla. Bar No. 0576441
jdilorenzo@fowler-white.com
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Counsel for Defendant, sued as Elliott Turbomachinery Company, Inc.*

MDL DOCKET NO. 875 (ASBESTOS)<br>
U.S.D.C. CASE NO. 8:10-cv-02430-VMC-TGW

### CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2010, the foregoing document was electronically filed with the Clerk of the Panel using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Edward J. Briscoe*
Edward J. Briscoe