# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:**     11/1/10

**District Court: E.D. Virginia**

**Number of Actions: 10**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL