

Phone (919) 645-1700
Fax (919) 645-1750

**United States District Court**
**Office of the Clerk**
PO Box 25670
Raleigh, NC 27611

Dennis P. Iavarone
Clerk of Court

October 22, 2010

Jeffery N. Luthi, Clerk of the Judicial
  Panel on Multidistrict Litigation
Thurgood Marshal Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

IN RE: Asbestos Products Liability Litigation

Dear Mr. Luthi:

Enclosed please find a copy of the Complaint and docket sheet on the following five (5) "tag-along" cases from the Eastern District of North Carolina:

| | |
|---|---|
| 4:10-cv-136 | 4:10-cv-138 |
| 4:10-cv-146 | 4:10-cv-152 |
| 5:10-cv-364 | |

If you have any questions, please call me at: 919-645-1731. Please acknowledge receipt of these cases by signing, dating and returning the enclosed copy of this letter. Thank you.

Sincerely,

Elizabeth Berryhill
Deputy Clerk

2010 NOV -1  A 10: 40
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE