BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| **GWENDELL EVANS** as administrator of the estate of **JAMES HOUSTON EVANS**, deceased; | **NOTICE OF TAG-ALONG ACTION** |
| **BETTY JO STANLEY** as administrator of the estate of **ARTHUR JEROME STANLEY,** deceased**;** | **CV-10-PWG-2935-S** |
| PLAINTIFFS, | **JURY DEMAND** |
| V. | |
| **SEPCO CORPORATION,** | |
| DEFENDANT. | |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal court to the United states District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

1

The undersigned hereby notifies the court that this case is a potential "tag-along action" within the meaning of Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 (a), or 2) file an order to show cause why the action should not be transferred, pursuant o MDL Rule 7.5(b).

Dated this 5th day of November, 2010.

s/ G. Patterson Keahey
G. Patterson Keahey, Attorney for Plaintiffs
Alabama Bar No: ASB-6357-A64G

LAW OFFICE OF G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Ste 612
Birmingham, Alabama 35209
(205) 871-0707        Telephone
(205) 871-0801        Facsimile
alasbestos@mesohelp.com

Courtesy copy mailed to:

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurmond Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, D.C. 20002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I did cause a true and correct copy of the foregoing NOTICE OF TAG-ALONG ACTION, and this CERTIFICATE OF SERVICE to be served by United States Mail upon:

Sepco Corporation
c/o C.T. Corporation System
818 West Seventh Street
Los Angeles, California 90017

This the 5th Day of November, 2010

s/ G. Patterson Keahey
G. Patterson Keahey