# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:10-cv-02935-PWG

Evans et al v. CBS Corporation et al
Assigned to: Magistrate Judge Paul W Greene
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 11/01/2010
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

### Plaintiff

**Gwendell Evans**
*as administrator of the estate of James Houston Evans, deceased*

represented by **G Patterson Keahey , Jr**
LAW OFFICES OF G PATTERSON KEAHEY PC
1 Independence Plaza, Suite 612
Birmingham, AL 35209
871-0707
Fax: 871-0801
Email: info@mesohelp.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Betty Jo Stanley**
*as administrator of the estate of Arthur Jerome Stanley, deceased*

represented by **G Patterson Keahey , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**CBS Corporation**
*a Delaware corporation, f/k/a Viacom Inc, successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation*

### Defendant

**Crown Cork & Seal Co., Inc.**

### Defendant

**Georgia Pacific LLC**
*individually and as a successor to Bestwall Gypsum Company*

### Defendant

**Honeywell Incorporated**
*individually and as successors in interest to Bendix*

**Defendant**

**John Crane Inc**
*formerly known as*
John Crane Packing Company

**Defendant**

**Sepco Corporation**

**Defendant**

**Metropolitan Life Insurance Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2010 | 1 | COMPLAINT against CBS Corporation, Crown Cork & Seal Co., Inc., Georgia Pacific LLC, Honeywell Incorporated, John Crane Inc, Metropolitan Life Insurance Company, Sepco Corporation (Filing fee $ 350, receipt #B4601016955.), filed by Betty Jo Stanley, Gwendell Evans.(ASL) (Entered: 11/04/2010) |
| 11/04/2010 | 2 | NOTICE of Voluntary Dismissal by Gwendell Evans, Betty Jo Stanley (Keahey, G) (Entered: 11/04/2010) |
| 11/05/2010 | 3 | NOTICE by Gwendell Evans, Betty Jo Stanley *of Potential Tag-Along - Asbestos MDL 875* (Keahey, G) (Entered: 11/05/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/09/2010 08:15:39 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-cv-02935-PWG |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gwendell Evans administrator of the estate of James Houston Evans and Betty Jo Stanley as administrator of the estate of Arthur Jerome Stanley

**(b)** County of Residence of First Listed Plaintiff  Jackson
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
G. Patterson Keahey, One Independence Plaza, 612, Bham. AL 35209
(205) 871-0707

## DEFENDANTS
CBS Corp., Crown Cork & Seal, Co., Inc., Georgia Pacific, LLC, Honeywell Inc., John Crane, Inc., Sepco Corporation, Metropolitan

County of Residence of First Listed Defendant  _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☒ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332
Brief description of cause:
Wrongful death, toxic tort, asbestos exposure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 10/29/2010
SIGNATURE OF ATTORNEY OF RECORD: /s/ Patterson Keahey

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

FILED
2010 NOV -4
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| GWENDELL EVANS as administrator of the estate of JAMES HOUSTON EVANS, deceased; ) ) ) ) ) ) | |
| BETTY JO STANLEY as administrator of the estate of ARTHUR JEROME STANLEY, deceased; ) ) ) ) ) ) | Civil Action No.: |
| PLAINTIFFS, ) ) | CV-10-PWG-2935-S |
| V. ) ) | |
| CBS CORPORATION, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation; ) ) ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| CROWN, CORK & SEAL CO., INC.; ) ) ) | |
| GEORGIA PACIFIC, LLC, individually and as a Successor to Bestwall Gypsum Company; ) ) ) ) ) | |
| HONEYWELL INCORPORATED, ) ) | |

1

| | |
|---|---|
| individually and as successors in interest to **Bendix**; | )<br>)<br>)<br>) |
| JOHN CRANE, INC., f/k/a John Crane Packing Company; | )<br>)<br>)<br>) |
| SEPCO CORPORATION; | )<br>) |
| METROPOLITAN LIFE INSURANCE COMPANY, | )<br>)<br>) |
| DEFENDANTS. | ) |

## COMPLAINT

### BACKGROUND FACTS - THE PLAINTIFFS

Plaintiff Gwendell Evans is a resident of Pisgah, Alabama, and is the administrator of the estate of James Houston Evans, who died on October 29, 2008, (hereinafter, "Evans.")

Plaintiff Betty Jo Stanley is a resident of Hanceville, Alabama, and is the administrator of the estate of Arthur J. Stanley, who died on November 2, 2008, (hereinafter, "Stanley.") Evans and Stanley, deceased, were continually exposed to asbestos-containing products that were produced, manufactured, specified for use, installed,

2

distributed, sold and/or placed into the stream of commerce by the following defendants as specified herein during their employment.

As a result of their exposure to asbestos materials and products, Evans and Stanley contracted one or more asbestos-related diseases.

### BACKGROUND FACTS - THE DEFENDANTS

1. The Plaintiffs adopt, allege, and incorporate herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

2. Except for Metropolitan Life Insurance, the following defendants are "Producer or Distributor Defendants". (The asbestos-containing products produced or distributed by each defendant that have been identified at Evans' & Stanley's workplaces during their employment years, including, but not limited to, those set out herein below).

3. CBS Corporation, f/k/a Viacom Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, is a Pennsylvania corporation may be served with process by and through its Registered Agent at Corporation Service Company, 80 State Street, Albany, New York 12207-2543.

4. Crown, Cork & Seal Co., Inc., who may be served with process by and through its principal place of business at One Crown Way, Philadelphia, Pennsylvania 19154.

5. Georgia Pacific Corporation, individually and as successor to Bestwall Gypsum Company, is a Georgia corporation whose principal place of business is 133 Peachtree Street, Atlanta, Georgia 30303 and may be served c/o CT Corporation System, 2000 Interstate Park Drive, Ste. 204, Montgomery, Alabama 36109.

6. Honeywell International, Inc. individually and as successor in interest to Allied-Signal, Inc.

f/k/a Bendix Corporation may be served with process by and through its Registered Agent at, CSC Lawyers Incorporating SVC, Inc., 150 South Perry Street, Montgomery, Alabama 36104.

7. John Crane, Inc. f/k/a John Crane Packing Company may be served with process by and through its Registered Agent at The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109.

8. Sepco Corporation is a California corporation whose principal place of business is 29982 Ivy Glenn Drive, Laguna Niguel, California 92677 and may be served c/o C.T. Corporation System, 818 West Seventh Street, Los Angeles, California 90017.

9. Metropolitan Life Insurance Company a New York Corporation whose principal place of business is One Madison Avenue, New York, New York 01001 and may be served c/o Earnest M. Farrow, 601 Vestavia Parkway, Ste. 100, Birmingham, Alabama

5

35216, did not produce or distribute asbestos or asbestos containing products, rather, Metropolitan Life Insurance Company insured asbestos products.

## VENUE

10. This Court has subject jurisdiction over this case pursuant to 28 U.S.C. § 1332. Plaintiffs are resident citizens Alabama. Defendants are corporations whose principal places of business are in states other than Alabama. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and is within the jurisdiction of the Court.

## DAMAGES

11. The Decedents asbestos related cancer was their direct and/or efficient cause of death. Each and every exposure to asbestos contributed to cause their asbestos related cancer.

## CERCLA

12. Plaintiffs assert that they have filed suit either within the applicable state statute of

6

limitations period, and/or that their claims are timely as a matter of law pursuant to 42 U.S.C. § 9658, a provision of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). Under this provision, the running of the state statute of limitations for applicable actions is delayed until "the date the plaintiff knew (or reasonably should have known) that the personal injury or property damages ... were caused or contributed to by the hazardous substance or pollutant or contaminant concerned." 42 U.S.C. § 9658(b)(4)(A). The provision " 'creates a federally mandated discovery rule for the accrual of state law claims involving releases of hazardous substances that cause or contribute to personal injury.... ' " *Kowalski v. Goodyear Tire and Rubber Co.*, 841 F. Supp. 104, 107 (W.D.N.Y. 1994)(quoting *Soo Line Ry. Co. v. B.J. Carney & Co.*, 797 1472, 1487 (D.Minn. 1992). Application of the statute to a state law cause of action does not depend on the

7

existence of an underlying federal CERCLA action. *Id.* at 107-08.

### COUNT ONE
### ALABAMA WRONGFUL DEATH ACT

13. The Plaintiffs adopt, allege, and incorporate herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

14. Plaintiffs allege a cause of action against all of the Defendants, jointly and severally, for the wrongful death of Decedents, Evans and Stanley, pursuant to *Ala. Code* § 6-5-410 (1975) ("The Alabama Wrongful Death Act"). No other cause of action is alleged herein by the Plaintiffs against any Defendant.

15. Prior to their death, Evans and Stanley could have filed a cause of action in this or another jurisdiction for their personal injuries resulting from the same series of wrongful acts alleged herein.

8

16. This action was commenced within two years from and after the death of Evans and Stanley.

17. The Alabama Wrongful Death Act entitles a Plaintiff to recover punitive damages for even the simple negligence of the Defendants without any applicable cap on same. The Plaintiffs seek monetary damages which, exclusive of interest and costs, exceed $75,000.00.

WHEREFORE, Plaintiffs demand judgment against said Defendants, separately and severally in a sum to be determined by a jury together with interest from the date of injury, and the costs of this proceeding.

THIS the 29th day of October, 2010.

                                                    s/G. Patterson Keahey
                                                  G. PATTERSON KEAHEY
                                                  ASB-6357-A64G
                                                  *Attorney for Plaintiff*

LAW OFFICES OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
PHONE: 205-871-0707
FACSIMILE: 205-871-0801
EMAIL: alasbestos@mesohelp.com

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

s/G. Patterson Keahey
G. PATTERSON KEAHEY
