FILED
2010 Nov-04 PM 04:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| **GWENDELL EVANS** as administrator of the estate of **JAMES HOUSTON EVANS**, deceased; | NOTICE OF VOLUNTARY DISMISSAL |
| **BETTY JO STANLEY** as administrator of the estate of **ARTHUR JEROME STANLEY,** deceased; | Civil Action No.: CV-10-PWG-2935-S |
| PLAINTIFFS, | |
| V. | |
| **CBS CORPORATION,** a Delaware corporation, f/k/a **Viacom Inc.,** successor by merger to **CBS Corporation,** a Pennsylvania Corporation, f/k/a **Westinghouse Electric Corporation;** | |
| **CROWN, CORK & SEAL CO., INC.;** | |
| **GEORGIA PACIFIC, LLC,** individually and as a Successor to **Bestwall Gypsum Company;** | |
| **HONEYWELL INCORPORATED,** individually and as | |

1

```
successors in              )
interest to Bendix;        )
                           )
JOHN CRANE, INC.,          )
f/k/a John Crane           )
Packing Company;           )
                           )
SEPCO CORPORATION;         )
                           )
METROPOLITAN LIFE          )
INSURANCE COMPANY,         )
                           )
       DEFENDANTS.
```

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CBS CORPORATION, CROWN, CORK & SEAL, GEORGIA PACIFIC, HONEYWELL, INC., JOHN CRANE, INC. AND METROPOLITAN LIFE INSURANCE

COME NOW the Plaintiffs by and through their attorney of record, and move this Court for the Voluntary dismissal of the following Defendants from the above-referenced matter, without prejudice, with each party to bear his, her or its own costs:

**1. CBS CORPORATION,** a Delaware corporation, f/k/a **Viacom Inc.,** successor by merger to **CBS Corporation,** a Pennsylvania Corporation, f/k/a **Westinghouse Electric Corporation;**

**2. CROWN, CORK & SEAL CO., INC.;**

**3. GEORGIA PACIFIC, LLC,** individually and as a Successor to **Bestwall Gypsum Company;**

2

**4. HONEYWELL INCORPORATED,** individually and as successors in interest to **Bendix;**

**5. JOHN CRANE, INC.,** f/k/a **John Crane Packing Company;**

**6. METROPOLITAN LIFE INSURANCE COMPANY,**

This Voluntary Dismissal is effective only as to the claims against CBS Corporation, Crown Cork & Seal, Georgia Pacific, Honeywell, Inc., John Crane, and Metropolitan Life Insurance Company. Plaintiffs reserve their right to pursue any other claims they may have against any other Defendant. This Dismissal does not alter the Plaintiffs claims against the remaining Defendant.

Respectfully submitted this 4th day of November, 2010.

s/G. Patterson Keahey
G. PATTERSON KEAHEY
ASB-6357-A64G
*Attorney for Plaintiff*

3

LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
PHONE:   205-8871-0707
FACSIMILE:   205-871-0801
EMAIL:   alasbestos@mesohelp.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on 4th Day of November, 2010 a copy of the foregoing Voluntary Dismissal Without Prejudice was filed electronically.  Notice of this filing will be available to all parties by operation of the Court's electronic filing system and the United States Mail. Parties may access this filing through the Court's system.

s/G. Patterson Keahey
G. PATTERSON KEAHEY

4