BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875 (ASBESTOS)

USDC, MIDDLE DIST. OF FLORIDA CASE NO. 8:10-cv-02430-VMC-TGW

BARBARA OWENS, Individually and
as Personal Representative of the
Estate of RUSSELL OWENS,

    Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY,
INC., et al.,

    Defendants.

## NOTICE OF WITHDRAWAL OF DEFENDANT, SUED AS ELLIOTT TURBOMACHINERY CO., INC.'S NOTICE OF TAG-ALONG ACTION

    Defendant, sued as Elliott Turbomachinery Co., Inc. ("Defendant"), by and through undersigned counsel, hereby gives notice of withdrawal of its Notice of Tag-Along Action filed with the Judicial Panel on Multidistrict Litigation ("JPML") on November 4, 2010. Defendant's Notice of Tag-Along Action is being withdrawn due to the exclusion of required exhibits to same (the Complaint in the underlying State Court action and the docket sheet for the United States District Court for the Middle District of Florida for the instant action). Pursuant to the Clerk's instructions, Defendant shall re-file its Notice of Tag-Along Action with the JPML with the requisite exhibits.

    Respectfully submitted,

*s/ Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
hgoodner@fowler-white.com
FOWLER WHITE BURNETT P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Case MDL No. 875   Document 6386   Filed 11/05/10   Page 2 of 2

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2010, the foregoing document was electronically filed with the Clerk of the Panel using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      *s/ Edward J. Briscoe*
      Edward J. Briscoe