BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS <br> LIABILITY LITIGATION (No. II) | § <br> §     MDL Docket No. 875 <br> § <br> § |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Judicial Panel on Multidistrict Litigation Rules of Procedure, Plaintiff VICTOR L. RICE hereby notifies the Clerk of the Panel of the following potential tag-along action.

*Victor L. Rice v. American Standard, Inc., et al.*

The Action was removed to the United States District Court for Delaware on July 15, 2010, and is now styled as Civil Action No. 1:10-CV-00606 SLR. A true and correct copy of Plaintiff's Third Amended Complaint, along with the Court's docket sheet, is attached hereto as Exhibit A.

DATED: November 5, 2010.

                                                       **FLEMING & ASSOCIATES, L.L.P.**

                                                       /s/ G. Sean Jez
                                                      G. Sean Jez (TX # 00796829)
                                                      1330 Post Oak Blvd., Suite 3030
                                                      Houston, TX  77056-3104
                                                      Telephone (713) 621-7944

                                                       **ATTORNEY FOR PLAINTIFF**

33740-277256-001 Ric 10-11-04 Ntc Tag-Along Action JPML gsj.doc