**CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2010, I electronically filed the foregoing Notice of Tag-Along Action with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served this document upon all counsel of record who are registered with the Court's CM/ECF system.

| | |
|---|---|
| **ERIC SCOTT THOMPSON**<br>**ANA MARINA MCCANN**<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br>1220 N. MARKET ST, SUITE 500<br>P.O. BOX 8888<br>WILMINGTON, DE 19899<br>*Attorneys for Bondex International, Ingersoll-Rand Company, Trane U.S. Inc. f/k/a American Standard, Inc., Kelly-Moore, and Carrier Corporation* | **BETH E. VALOCCHI**<br>**NICHOLAS E. SKILES**<br>SWARTZ CAMPBELL, L.L.C.<br>300 DELAWARE AVENUE, SUITE 1130<br>WILMINGTON, DE 19899<br>*Attorneys for Certainteed Corporation, CBS Corporation, Crane, Cleaver-Brooks, Inc., and Union Carbide Corporation* |
| **JOSETTE FERRAZZA SPIVAK**<br>HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN<br>1201 ORANGE STREET, SUITE 730<br>WILMINGTON, DE 19801<br>*Attorney for General Electric Company* | **MATTHEW P. DONELSON**<br>ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.<br>300 DELAWARE AVE., SUITE 1700<br>P.O. BOX 1630<br>WLMINGTON, DE 19899-1630<br>*Attorneys for DAP Products, Gardner Denver, Inc., D.B. Riley, Inc., Lockheed Martin Corporation, Northrop Grumman Corporation, Akzo Nobel Paints, LLC, f/k/a The Glidden Company,* |
| **TIMOTHY A. DILLON**<br>SALMON RICCHEZZA SINGER & TURCHI, LLP<br>222 DELAWARE AVE., 11TH FLOOR<br>WILMINGTON, DE 19801<br>*Attorney for Metropolitan Life Insurance* | **PAUL A. BRADLEY**<br>MARON MARVEL BRADLEY & ANDERSON PA<br>1201 N. MARKET ST, SUITE 900<br>P.O. BOX 288<br>WILMINGTON, DE 19801<br>*Attorneys for Copes-Vulcan, Industrial Holdings, Corporation, f/k/a The Carborundum Company, Owens-Illinois, and United Technologies* |
| **NEAL C. GLENN**<br>KELLEY JASONS MCGOWAN SPINELLI & HANNA, L.L.P.<br>THE WEBSTER BLDG., SUITE 209<br>3411 SILVERSIDE ROAD<br>WILMINGTON, DE 19810<br>*Attorney for Zurn Industries, LLC* | **MEGAN T. MANTZAVINOS**<br>**JEFFREY S. MARLIN**<br>MARKS, O'NEILL, O'BRIEN AND COURTNEY<br>913 NORTH MARKET STREET, #800<br>WILMINGTON, DE 19801<br>*Attorneys for Foster Wheeler and IMO Industries, Inc.* |

| | |
|---|---|
| **AMARYAH K. BOCCHINO**<br>**MARGARET E. JULIANO**<br>COOLEY MANION JONES LLP<br>1105 NORTH MARKET STREET<br>SUITE 200<br>WILMINGTON, DE 19801<br>*Attorneys for A.W. Chesterton Company, and Georgia-Pacific Corporation* | **CHRISTIAN J. SINGEWALD**<br>WHITE & WILLIAMS<br>824 MARKET STREET, SUITE 902<br>P.O. BOX 709<br>WILMINGTON, DE 19899-0709<br>*Attorneys for Ford and The Boeing Company, Individually and as Successor to McDonnell Douglas Corporation* |
| **JAMES J. FREEBERY**<br>McCARTER & ENGLISH, LLP<br>RENAISSANCE CENTRE<br>405 NORTH KING STREET, 8TH FLOOR<br>WILMINGTON, DE 19801<br>*Attorney for Chicago Pneumatic Tool Company, LLC* | **KEVIN A. GUERKE**<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 DELAWARE AVE., SUITE 1500<br>P.O. BOX 68<br>WILMINGTON, DE 19899<br>*Attorneys for Deere &Company and Navistar Inc.* |
| **ROBERT S. GOLDMAN**<br>PHILLIPS, GOLMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806<br>*Attorney for Goulds Pumps, Inc.* | *C. SCOTT REESE*<br>COOCH AND TAYLOR<br>THE BRANDYWINE BUILDING<br>10TH FLOOR<br>1000 WEST STREET<br>P.O. BOX 1680<br>WILMINGTON, DE 19899-1680<br>*Attorney for Caterpillar, Inc.* |
| *SARAH A. FRUEHAUF*<br>RAWLE & HENDERSON LLP<br>300 DELAWARE AVENUE, SUITE 1015<br>WILMINGTON, DE 19801<br>*Attorney for Honeywell International, Inc.,* | |

          */S/ G. Sean Jez*
          G. Sean Jez