BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. II) | §<br>§<br>§<br>§ | MDL Docket No. 875 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Judicial Panel on Multidistrict Litigation Rules of Procedure, Plaintiffs LEE WIERSMA and JANICE WIERSMA hereby notify the Clerk of the Panel of the following potential tag-along action.

*Lee Wiersma & Janice Wiersma v. A.W. Chesterton Co., et al.*

The Action was removed to the United States District Court for Delaware on November 18, 2008, and is now styled as Civil Action No. 1:08-cv-00857-SLR. A true and correct copy of Plaintiffs' Original Complaint, along with the Court's docket sheet, is attached hereto as Exhibit A.

DATED:  November 5, 2010.

**FLEMING & ASSOCIATES, L.L.P.**

  */s/G. Sean Jez*
G. Sean Jez
1330 Post Oak Blvd., Suite 3030
Houston, TX  77056-3104
Telephone (713) 621-7944

**ATTORNEY FOR PLAINTIFFS**

32100-268244-001 Wie 10-11-04 Ntc Tag-Along Action JPML gsj.doc