**CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2010, I electronically filed the foregoing Notice of Tag-Along Action with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served this document upon all counsel of record who are registered with the Court's CM/ECF system.

| | |
|---|---|
| **AMARYAH K. BOCCHINO**<br>COOLEY MANION JONES LLP<br>1105 NORTH MARKET STREET<br>SUITE 200<br>WILMINGTON, DE 19801<br>*Attorney for A.W. Chesterton Company, and Georgia-Pacific Corporation* | **ANTRANIG N. GARIBIAN**<br>WILBRAHAM LAWLER & BUBA<br>901 NORTH MARKET STREET<br>SUITE 800<br>WILMINGTON, DE 19801<br>*Attorney for Buffalo Pumps, Inc.* |
| **BETH E. VALOCCHI**<br>SWARTZ CAMPBELL, L.L.C.<br>300 DELAWARE AVENUE, SUITE 1130<br>WILMINGTON, DE 19899<br>*Attorneys for Certainteed Corporation, CBS Corporation, Union Carbide Corporation* | **NICHOLAS E. SKILES**<br>SWARTZ CAMPBELL<br>300 DELAWARE AVENUE, SUITE 1130<br>P.O. BOX 330<br>WILMINGTON, DE 19899<br>*Attorney for Crane Company, R.T. Vanderbilt Company, Inc.* |
| **JOSEPH W. BENSON**<br>**ANDREW G. AHERN, III**<br>JOSEPH W. BENSON, P.A.<br>1701 NORTH MARKET STREET<br>P.O. BOX 248<br>WILMINGTON, DE 19899<br>*Attorneys Crown Cork & Seal Company* | **JAMES S. GREEN**<br>**KEVIN A. GUERKE**<br>**MICHAEL T. WHARTON**<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 DELAWARE AVE., SUITE 1500<br>P.O. BOX 68<br>WILMINGTON, DE 19899<br>*Attorneys for Deere &Company and Navistar Inc., Individually and as Successor-in-Interest to International Harvester* |
| **CHRISTIAN J. SINGEWALD**<br>WHITE & WILLIAMS<br>824 MARKET STREET, SUITE 902<br>P.O. BOX 709<br>WILMINGTON, DE 19899-0709<br>*Attorney for Ford Motor Company* | **MEGAN T. MANTZAVINOS**<br>**JEFFREY S. MARLIN**<br>MARKS, O'NEILL, O'BRIEN AND COURTNEY<br>913 NORTH MARKET STREET, #800<br>WILMINGTON, DE 19801<br>*Attorneys for Foster Wheeler, IMO Industries, Inc., Ingersoll-Rand Company* |
| **JOSETTE FERRAZZA SPIVAK**<br>**LYNNE M. PARKER**<br>HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN<br>1201 ORANGE STREET, SUITE 730<br>WILMINGTON, DE 19801<br>*Attorney for General Electric Company* | *J. MICHAEL JOHNSON*<br>RAWLE & HENDERSON LLP<br>300 DELAWARE AVENUE, SUITE 1015<br>WILMINGTON, DE 19801<br>*Attorney for Honeywell International, Inc., as Successor in Interest to Bendix Corporation* |

| | |
|---|---|
| **PETER S. MURPHY**<br>ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.<br>300 DELAWARE AVE., SUITE 1700<br>P.O. BOX 1630<br>WLMINGTON, DE 19899-1630<br>*Attorneys for Johnson Controls, Inc., and Warren Pumps, Inc.* | **PAUL A. BRADLEY**<br>MARON MARVEL BRADLEY & ANDERSON PA<br>1201 N. MARKET ST, SUITE 900<br>P.O. BOX 288<br>WILMINGTON, DE 19801<br>*Attorney for National Automotive Parts Association* |
| **DUANE D. WERB**<br>WERB & SULLIVAN<br>300 DELAWARE AVENUE<br>13TH FLOOR<br>P.O. BOX 25046<br>WILMINGTON, DE 19899-1630<br>*Attorney for Rapid-American Corporation* | **ERIC SCOTT THOMPSON**<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br>1220 N. MARKET ST, SUITE 500<br>P.O. BOX 8888<br>WILMINGTON, DE 19899<br>*Attorney for Republic Powdered Metals Inc.* |
| **TIMOTHY A. DILLON**<br>SALMON RICCHEZZA SINGER & TURCHI, LLP<br>222 DELAWARE AVE., 11TH FLOOR<br>WILMINGTON, DE 19801<br>*Attorney for Metropolitan Life Insurance* | |

                                                                          */s/G. Sean Jez*
                                                                           G. Sean Jez