BEFORE THE UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: ASPESTOS PRODUCTS          :          MDL NO. 875
LIABILITY LITIGATION (NO. VI)     :
                                  :

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

JOSEPH P. McELROY and             :
CAROL McELROY, his wife,          :
                                  :
        Plaintiffs,               :
                                  :
v.                                :          Civil Action No.: 1:10-cv-02573-WDQ
                                  :
                                  :
3-M CORPORATION., et al.,         :
                                  :
        Defendants.               :

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel A. Brown, Esq. as attorney for Plaintiffs Joseph P. McElroy and Carol McElroy.

In compliance with **Rule 4.1(c)**, the undersigned attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiffs indicated. I am aware that only one attorney can be designated for each party.

                                                    /s/
                                     Daniel A. Brown
                                     BROWN & GOULD, LLP
                                     7700 Old Georgetown Road, Suite 500
                                     Bethesda, Maryland 20814
                                     Tel: (301) 718-4548
                                     Fax: (301) 718-8037
                                     dbrown@brownandgould.com
                                     Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on November 8, 2010, a true and correct copy of the foregoing Notice of Appearance was served by CM-ECF pursuant to JPML Rule 4.1 to all counsel in the involved actions and by regular mail on any party not participating with CM-ECF.

               /s/
              Daniel A. Brown

Laura A. Abenes, Esq.
Katherine S. Duyer, Esq.
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855
*Counsel for AC&R Insulation Co., Inc.*

Keith R. Truffer, Esq.
Royston Mueller McLean & Reid
102 W. Pennsylvania Avenue
Towson, MD 21204
*Counsel for A.W. Chesterton Company*

John Ruff, Esq.
Steven J. Parrott, Esq.
DeHay & Elliston, LLP
36 S. Charles St., 13th Floor
Baltimore, MD 21201
*Counsel for 3M Company, Bayer CorpScience,* and *Union Carbide Corporation*

Michael A. Haslup, Esq.
Vincent J. Palmiotto, Esq.
Robin Silver, Esq.
Miles & Stockbridge, PC
10 Light Street
Baltimore, MD 21202
*Counsel for CertainTeed Corporation, Cleaver Brooks Boilers, Georgia-Pacific Corporation,* and *Superior Boiler Works, Inc.*

Donald S. Meringer, Esq.
Meringer, Zois & Quigg, LLC
320 N. Charles Street
Baltimore, MD 21201
*Counsel for General Electric Company*

Philip A. Kulinski, Esq.
Evert, Weathersby, Houff
120 E. Baltimore St., Ste. 1300
Baltimore, MD 21202
*Counsel for CBS Corporation*

Theodore F. Roberts, Esq.
Venable LLP
210 W. Pennsylvania Avenue, Ste. 500
Towson, MD 21204
*Counsel for American Standard Co., Inc., Crown Cork & Seal Co., Inc.,* and *Rapid American Corporation*

Louis E. Grenzer, Jr., Esq.
James T. Smith, Esq.
Bodie, Bolina, Smith & Hobbs, PC
21 West Susquehanna Avenue
Towson, MD 21204
*Counsel for MCIC, Inc.*

Richard D. Albert, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036
*Counsel for Metropolitan Life Ins. Co.*

Patrick C. Smith, Esq.
Powers & Frost, LLP
502 Washington Ave., Ste. 200
Towson, MD 21204
*Counsel for AVCO Corporation*

Neil J. MacDonald, Esq.
Hartel Kane DeSantis MacDonald &
  Howie, LLP
11720 Beltsville Drive, Ste. 500
Beltsville, MD 20705
*Counsel for Crane Co., Federated Development Co., Krafft-Murphy Co.,* and *Oakfabco*

Richard L. Flax, Esq.
Law Offices of Richard L. Flax, LLC
29 W. Susquehanna Ave., Ste. 500
Towson, MD 21204
*Counsel for Walter E. Campbell Co.* and *Ric-Wil, Inc.*

Jeremy W. North, Esq.
North 7 Cobb, PA

7313 York Road
Towson, MD 21204
*Counsel for Uniroyal, Inc.*

David W. Allen, Esq.
Malcolm S. Brisker, Esq.
Goodell DeVries Leech & Dann, LLP
One South St., 20th Floor
Baltimore, MD 21202
*Counsel for Hampshire Industries, Inc.*