**LYNCH**
**DASKAL**
**EMERY** LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

November 8, 2010

Mr. Michael J. Beck
Clerk of the Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E., Room G255
Washington, D.C. 20002

Re: Notice of Potential Tag-Along Action
Asbestos Products Liability Litigation
MDL Docket No. 875

Dear Mr. Beck:

I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

The potential tag-along action is entitled Willie Otis Clark v. Georgia-Pacific LLC, et al., pending in the United States District Court, Southern District of New York, 10 CV 7345 (GBD).

Enclosed are copies of plaintiff's complaint and the docket sheet for this case.

Respectfully,

Lawrence G. Lee

Encls.

cc: Clerk of the Court, Southern District of New York (by electronic filing)
All Counsel (by electronic filing)