# SCHEDULE

**Southern District of New York**

| Index No. | Case Name | Judge |
|---|---|---|
| 10-cv-7345 | Willie Otis Clark v. Georgia-Pacific LLC, *et al.* | Hon. George B. Daniels |