BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; et al.,<br><br>　　　　　Defendants. | MDL DOCKET NO. 875 (ASBESTOS)<br><br>NOTICE OF TAG-ALONG ACTION<br><br>U.S.D.C. NO. 2:10-cv-01810 |

To:  Clerk of the Panel, Judicial Panel on Multidistrict Litigation:

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.  MDL Rule 1.1 and 7.4(a) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

NOTICE OF TAG-ALONG ACTION - 1
(MDL 875)  (2:10-cv-01810)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2973845.1

1  The undersigned hereby notifies the Court that this case, currently pending in United States District Court Western District of Washington at Seattle (Case No. 2:10-cv-01810), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

DATED this 8th day of November, 2010.

<u>s/Christopher S. Marks, WSBA #28634</u>
Samantha W. Noonan, WSBA #41885
Attorneys for Defendant CBS Corporation
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:   cmarks@williamskastner.com
            snoonan@williamskastner.com

NOTICE OF TAG-ALONG ACTION - 2
(MDL 875)  (2:10-cv-01810)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2973845.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF in the MDL and USDC, which will send notification of such filing to any of the following who are registered with CM/ECF and I hereby certify that I have caused hand delivery of the foregoing document to the following via ABC Legal Messengers:

| | |
|---|---|
| Janet L. Rice<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>***Attorneys for Plaintiff*** | David R. West<br>GARVEY SCHUBERT BARER<br>1191 Second Avenue, 18th Floor<br>Seattle, WA 98101<br>***Attorneys for Foss Maritime Company*** |
| Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA  98109-0844<br>***Attorneys for Foster Wheeler Energy Corporation; Hopeman Brothers Inc.*** | T. Arlen Rumsey<br>GORDON & POLSCER LLC<br>1000 Second Avenue, Suite 1500<br>Seattle, WA  98104<br>***Attorneys for Fryer-Knowles, Inc.*** |
| Walter Barton<br>KARR, TUTTLE, CAMPBELL<br>1201 Third Avenue, Suite 2900<br>Seattle, WA  98101-3028<br>***Attorneys for Todd Shipyards Corp.*** | Robert G. Andre<br>OGDEN MURPHY WALLACE PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101<br>***Attorneys for Lockheed Shipbuilding Company*** |
| Melissa Habeck<br>FORSBERG & UMLAUF, PS<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>***Attorneys for Lake Union Drydock Company*** | J. Michael Mattingly<br>RIZZO MATTINGLY BOSWORTH PC<br>411 SW Second Avenue, Suite 200<br>Portland, OR 97204<br>***Attorneys for International Paper Company*** |

Signed at Seattle, Washington this  8th day of November, 2010.

s/Samantha W. Noonan
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  snoonan@williamskastner.com

NOTICE OF TAG-ALONG ACTION - 3
(MDL 875)  (2:10-cv-01810)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2973845.1