BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband,<br><br>  Plaintiffs,<br><br>  v.<br><br>CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; et al.,<br><br>  Defendants. | MDL DOCKET NO. 875 (ASBESTOS)<br><br>CERTIFICATE OF SERVICE OF NOTICE OF TAG-ALONG ACTION<br><br>U.S.D.C. NO. 2:10-cv-01810 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF in the JPML and USDC, which will send notification of such filing to any of the following who are registered with CM/ECF and I hereby certify that I have caused hand delivery of the foregoing document to the following via ABC Legal Messengers:

| | |
|---|---|
| Janet L. Rice<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>***Attorneys for Plaintiff*** | David R. West<br>GARVEY SCHUBERT BARER<br>1191 Second Avenue, 18th Floor<br>Seattle, WA 98101<br>***Attorneys for Foss Maritime Company*** |

CERTIFICATE OF SERVICE OF NOTICE OF TAG-ALONG
ACTION - 1
(MDL 875)  (2:10-cv-01810)

2974303.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA  98109-0844<br>***Attorneys for Foster Wheeler Energy Corporation; Hopeman Brothers Inc.*** | T. Arlen Rumsey<br>GORDON & POLSCER LLC<br>1000 Second Avenue, Suite 1500<br>Seattle, WA  98104<br>***Attorneys for Fryer-Knowles, Inc.*** |
| Walter Barton<br>KARR, TUTTLE, CAMPBELL<br>1201 Third Avenue, Suite 2900<br>Seattle, WA  98101-3028<br>***Attorneys for Todd Shipyards Corp.*** | Robert G. Andre<br>OGDEN MURPHY WALLACE PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101<br>***Attorneys for Lockheed Shipbuilding Company*** |
| Melissa Habeck<br>FORSBERG & UMLAUF, PS<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>***Attorneys for Lake Union Drydock Company*** | J. Michael Mattingly<br>RIZZO MATTINGLY BOSWORTH PC<br>411 SW Second Avenue, Suite 200<br>Portland, OR 97204<br>***Attorneys for International Paper Company*** |

Signed at Seattle, Washington this  8th day of November, 2010.

s/Samantha W. Noonan
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  snoonan@williamskastner.com

CERTIFICATE OF SERVICE OF NOTICE OF TAG-ALONG
ACTION - 2
(MDL 875)  (2:10-cv-01810)

2974303.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600