**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 875 IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Kwang Scanlon. v. Asbestos Companies, et al.,* C.D. CALIFORNIA, C.A. NO. 2:10-07264

**PLAINTIFF'S MOTION TO VACATE
CONDITIONAL TRANSFER ORDER NO. 341**

COME NOW Plaintiff and hereby Moves this Honorable Court to Vacate Conditional Transfer Order No. 341, filed on October 21, 2010, to the extent that the Order affects Plaintiff's cause of action. A Brief in Support of Plaintiff's Motion to Vacate Conditional Transfer Order No. 341 is attached hereto and incorporated herein.

Date:   November 12, 2010          Respectfully Submitted,

                                   BARON & BUDD, P.C.

                                   /s/ Denyse F. Clancy
                                   Denyse F. Clancy, Esq. (SBN 255276)
                                   Counsel for Plaintiff, Kwang Scanlon
                                   BARON & BUDD, P.C.
                                   3102 Oak Lawn Avenue, Suite 1100
                                   Dallas, Texas 75219
                                   Telephone: (214) 521-3605
                                   Facsimile: (214) 520-1181

1