**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No.  875 IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

*Kwang Scanlon.  v. Asbestos Companies, et al.,* C.D. CALIFORNIA, C.A. NO. 2:10-07264

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Kwang Scanlon<br>**Defendants:**<br>ASBESTOS COMPANIES;<br>A.W. CHESTERTON COMPANY;<br>ALFA LAVAL, INC.;<br>AMERICAN STANDARD, INC., individually and as successor-in-interest to The TRANE COMPANY;<br>ARMSTRONG INTERNATIONAL, INC.; ASTENJOHNSON INC. (f/k/a Asten, Inc.);<br>BUFFALO PUMPS, INC.;<br>CBS CORPORATION, f/k/a Viacom, Inc. (successor-by-merger to CBS Corporation, successor-by-merger to Westinghouse Electric Corporation);<br>CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc.;<br>CRANE CO., individually and as successor in interest to Chapman Valves;<br>CROWN CORK & SEAL COMPANY, INC. (individually and as successor-in-interest to Mundet Cork Company);<br>DOUGLASS INSULATION COMPANY, INC.;<br>FLOWSERVE CORPORATION, f/k/a The Duriron Company;<br>FMC CORPORATION, individually, on behalf of and as successor-in-interest to Peerless Pump Co., John Bean Pumps, Chicago Pumps, Dayton-Dowd | C. D. California | 2:10-07264 | Hon. Stephen V. Wilson |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Pump Co, Ohio Apex Division, and Link Belt Company; FOSTER WHEELER ENERGY CORPORATION; GOULDS PUMPS INCORPORATED; HENRY VOGT MACHINE COMPANY; INGERSOLL-RAND COMPANY individually and as successor-in-interest to The Aldrich Company; JOHN CRANE, INC.; J.T. THORPE & SON, INC.; MECHANICAL DRIVES & BELTING (f/k/a L.A. Rubber Company); METALCLAD INSULATION CORPORATION; OWENS-ILLINOIS, INC.; QUINTEC INDUSTRIES, INC. individually and successor-by-merger to Western Fibrous Glass Products Company (f/k/a Western Fiberglas Company); THOMAS DEE ENGINEERING CO.; TRIPLE A MACHINE SHOP, INC. (a/k/a Triple A Shipyard); WARREN PUMPS, L.L.C. (f/k/a Warren Pumps, Inc.); YARWAY CORPORATION; and DOES 1-300 | C. D. California | 2:10-07264 | Hon. Stephen V. Wilson |

Date:   November 12, 2010

Respectfully Submitted,

BARON & BUDD, P.C.

/s/ Denyse F. Clancy
Denyse F. Clancy, Esq. (SBN 255276)
Counsel for Plaintiff, Kwang Scanlon
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181