## PROOF OF SERVICE

I am a resident of, or employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to this action. My business address is: 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219.

On the 12th day of November, 2010, I served the following documents:

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 341**

**PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 341**

**SCHEDULE OF ACTIONS**

via the CM/ECF system on the parties listed below:

Glen R Powell
James G Scadden
Michael J Pietrykowski
Gordon & Rees LLP
275 Battery Street Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
ATTORNEYS FOR BUFFALO PUMPS, INC.

Francis D. Pond
David G. Larmore
Kevin D. Jamison
Pond North LLP
350 South Grand Avenue Suite 3300
Los Angeles, CA 90071
213-617-6170
Fax: 213-623-3594
ATTORNEYS FOR CBS CORPORATION

Dated: November 12, 2010

_____
Renee' Vasquez