

210 W. PENNSYLVANIA AVE. TOWSON, MD 21204
T 410.494.6200   F 410.821.0147   www.Venable.com

November 16, 2010

Theodore F. Roberts
T (410)494-6261
F 410.821.0147
tfroberts@venable.com

Clerk, United States Judicial Panel
On MultiDistrict Litigation
Via ECF Electronic Filing

Re:   Joseph P. McElroy, et ux. v. 3M Company, et al
      D. Md. C.A. No. 1:10-cv-02573

Dear Mr./Ms. Clerk

    Please withdraw the Notices of Appearance filed previously on November 10, 2010 docket numbers 6404 and 6405 filed on behalf of our clients Rapid American Corporation and Crown Cork & Seal Company, Inc.. I will be refiling one Notice of Appearance today.

    Thank you for your attention to this matter.

                                    Very truly yours,

                                    */s/ Theodore F. Roberts*

                                    Theodore F. Roberts

/sbh

TO1DOCS1-#291690-v1-Letter_to_Clerk_JPML.DOC