# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Lola and Michael Bouchard v. CBS Corporation, et al.*, W.D. Washington No. 2:10-cv-01810

## NOTICE OF OPPOSITION TO CTO-343

I represent plaintiffs, Lola and Michael Bouchard in the above captioned actions which are included on the conditional transfer order (CTO-343). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

*/s/ Janet L. Rice*

JANET L. RICE, WSBA #9386
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
rice@sgb-law.com

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2010 NOV 18 A 7: 14
RECEIVED CLERK'S OFFICE