UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                     MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−343)**

On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 170 F.Supp.2d 1348 (J.P.M.L. 2001). Since that time, 85,420 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Nov 18, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)   MDL No. 875

### SCHEDULE CTO−343 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

**ALABAMA NORTHERN**

| | | | |
|---|---|---|---|
| ALN | 2 | 10−02935 | Evans et al v. CBS Corporation et al |

**FLORIDA MIDDLE**

| | | | |
|---|---|---|---|
| FLM | 8 | 10−02430 | Owens v. American Honda Motor Company, Inc. et al |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ILN | 1 | 10−06974 | Ellis et al v. Rapid American Corporation et al |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 10−07345 | Clark v. Georgia−Pacific, LLC et al |

**VIRGINIA EASTERN**

| | | | |
|---|---|---|---|
| VAE | 2 | 10−09706 | Cohenour v. Dana Companies, LLC et al |
| VAE | 2 | 10−09707 | Crews v. American Standard, Inc. et al |
| VAE | 2 | 10−09708 | Hillman v. American Standard, Inc. et al |
| VAE | 2 | 10−09709 | Kelleher v. American Standard, Inc. et al |
| VAE | 2 | 10−09710 | Loveless v. American Standard, Inc. et al |
| VAE | 2 | 10−09711 | Monroe v. American Standard, Inc. et al |
| VAE | 2 | 10−09712 | Mote v. American Standard, Inc. et al |
| VAE | 2 | 10−09713 | Smith v. American Standard, Inc. et al |
| VAE | 2 | 10−09714 | Stockwell v. American Standard, Inc. et al |
| VAE | 2 | 10−09715 | Baroni v. American Standard, Inc. et al |

**WASHINGTON WESTERN**

| | | | |
|---|---|---|---|
| ~~WAW~~ | ~~2~~ | ~~10−01810~~ | ~~Bouchard et al v. CBS Corporation et al~~ |