BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS  )  MDL-875
LIABILITY LITIGATION (NO. VI)  )
                              )
                              )
                              )

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

GALE LYAUTEY and              )
PATRICIA LYAUTEY, his wife,   )  CASE NO.: 1:10-CV-22891-AJ
                              )
    Plaintiffs,              )
                              )
vs.                           )
                              )
ALFA LAVAL, INC., etc., et al )
                              )
    Defendants.              )
_____)

## DEFENDANT EATON HYDRAULICS LLC'S NOTICE OF JOINDER

Defendant Eaton Hydraulics LLC (hereinafter "Eaton"), (successor by merger to Eaton Hydraulics Inc. (f/k/a Vickers, Incorporated), incorrectly identified as "Eaton-Hydraulics, Inc., f/k/a and/or successor-in-interest to Vickers, Inc.", by and through its undersigned counsel, hereby joins in:

1. Defendant Viad Corp's Memorandum of Law in Opposition to Plaintiffs' Amended Motion to Vacate Conditional Transfer Order No. 339 to Multidistrict Litigation 875, filed on or about October 5, 2010;

2. Defendant Elliot's Response in Opposition to Plaintiffs' Amended Motion to Vacate Conditional Transfer Order No. 339, filed on or about October 6, 2010; and

3. Defendant Foster Wheeler Energy Corporation's Opposition to Plaintiffs' Motion to Vacate CTO-339, filed on or about October 7, 2010.

CASE NO.:  1:10-CV-22891

Eaton hereby adopts and incorporates said Memoranda by reference.

Respectfully submitted,

By: /s/ Stuart L. Cohen
    Stuart L. Cohen
    Florida Bar Number 927066
    Laura E. Gabbamonte
    Florida Bar Number 067927
    **BENNETT AIELLO COHEN & FRIED**
    The Ingraham Building, Eighth Floor
    25 Southeast Second Avenue
    Miami, Florida 33131-1603
    (305) 358-9011 (Telephone)
    (305) 358-9012 (Facsimile)
    scohen@bennettaiello.com
    lgabbamonte@bennettaiello.com

**CERTIFICATE OF SERVICE**

**I hereby certify** that on November 23, 2010, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Stuart L. Cohen
    Stuart L. Cohen
    Florida Bar Number 927066
    scohen@bennettaiello.com