BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS              )              MDL-875
LIABILITY LITIGATION (NO. VI)         )
                                      )
                                      )
                                      )

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

GALE LYAUTEY and                      )
PATRICIA LYAUTEY, his wife,           )              CASE NO.:  1:10-CV-22891-AJ
                                      )
        Plaintiffs,                   )
                                      )
vs.                                   )
                                      )
ALFA LAVAL, INC., etc., et al         )
                                      )
        Defendants.                   )
_____)

## DEFENDANT GEORGIA-PACIFIC LLC'S NOTICE OF JOINDER

Defendant, Georgia-Pacific LLC f/k/a Georgia-Pacific Corporation ("Georgia-Pacific"),

by and through its undersigned counsel, hereby joins in:

1.    Defendant Viad Corp's Memorandum of Law in Opposition to Plaintiffs'
      Amended Motion to Vacate Conditional Transfer Order No. 339 to Multidistrict
      Litigation 875, filed on or about October 5, 2010;

2.    Defendant Elliot's Response in Opposition to Plaintiffs' Amended Motion to
      Vacate Conditional Transfer Order No. 339, filed on or about October 6, 2010;
      and

3.    Defendant Foster Wheeler Energy Corporation's Opposition to Plaintiffs' Motion
      to Vacate CTO-339, filed on or about October 7, 2010.

CASE NO.:  1:10-CV-22891

Georgia-Pacific hereby adopts and incorporates said Memoranda by reference.

Respectfully submitted,

By: /s/ Jana Marie Fried
      Jana Marie Fried
      Florida Bar Number 060267
      Laura E. Gabbamonte
      Florida Bar Number 067927
      **BENNETT AIELLO COHEN & FRIED**
      The Ingraham Building, Eighth Floor
      25 Southeast Second Avenue
      Miami, Florida 33131-1603
      (305) 358-9011 (Telephone)
      (305) 358-9012 (Facsimile)
      jfried@bennettaiello.com
      lgabbamonte@bennettaiello.com

### CERTIFICATE OF SERVICE

**I hereby certify** that on November 23, 2010, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jana Marie Fried
      Jana Marie Fried
      Florida Bar Number 060267
      jfried@bennettaiello.com