IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM AND JANET VOKES, | : | Consolidated Under MDL 875 |
| Plaintiffs | : | Transferred from the Northern District of Iowa |
| v. | : | (Civil Action No. 96-02118) |
| A.H. BENNETT CO., ET AL., Defendants | : | E.D. PA CIVIL ACTION NO. 2:09-cv-66542 |

## SUGGESTION OF REMAND

**AND NOW**, this **20th** day of **October, 2010**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining viable Defendants in this case to proceed to trial are listed in "Exhibit A" attached.

Accordingly, the Court **SUGGESTS** that the above

captioned case should be **REMANDED** to the United States District Court for the Northern District of Iowa for resolution of all matters pending within this case except punitive damages.[1]

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

Exhibit A

**Defendant**
A P GREEN INDUSTRIES, INC.

**Defendant**
A.W. CHESTERTON COMPANY  represented by **WILLIAM R. HUGHES , JR.**
STUART, TINLEY, PETERS, THORN AND HUGHES
310 W. KANESVILLE BLVD.
2ND FLOOR, P.O. BOX 398
COUNCIL BLUFFS, IA 51502
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
FOSTER WHEELER CORPORATION  represented by **WILLIAM R. HUGHES , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
INGERSOLL-RAND CORPORATION  represented by **ROBERT D. SHARP**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
KAISER REFRACTORIES

**Defendant**
PLIBRICO COMPANY  represented by **WILLIAM R. HUGHES , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
WORTHINGTON PUMP, INC.  represented by **DOUGLAS R. OELSCHLAEGER**

SHUTTLEWORTH & INGERSOLL
POBOX 2107
CEDAR RAPIDS, IA 52406-2107
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**WESTINGHOUSE ELECTRIC CORPORATION**

represented by **J. RIC GASS**
GASS WEBER MULLINS LLC
309 N WATER ST STE 700
MILWAUKEE, WI 53202
*TERMINATED: 05/07/2010*
*LEAD ATTORNEY*

**LAWRENCE MCLELLAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANIEL S. ELGER**
GASS WEBER MULLINS
309 N. WATER ST SUITE 700
MILWAUKEE, WI 53202
414-223-3300
Email: elger@gasswebermullins.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**3M COMPANY**

represented by **BARBARA R. HATCH**
6504 NAVAHO TRAIL
EDINA, MN 55439
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANIEL L. HARTNETT**
CRARY HUFF INKSTER HECHT SHEEHAN
POBOX 27
SIOUX CITY, IA 51101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**KAISER ALUMINUM AND CHEMICAL CORPORATION**

represented by **DAVID SWINTON**
AHLERS, COONEY, DORWEILER,

HAYNIE, SMITH & ALLBEE, P.C.
100 COURT AVE., SUITE 600
DES MOINES, IA 50309-2231
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*