# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
#### OFFICE OF THE CLERK

NICK J. LORIO  
CLERK OF COURT

Telephone: 225-389-3500  
Facsimile: 225-389-3501

November 12, 2010

Multidistrict Litigation Panel  
Jeffrey N. Luthi  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobby  
Washington, DC 20002-8004

Re: Civil Action 10-0730-FJP-SCR  
    McKenzie v. North Brothers Co. Inc., et al

Dear Clerk:

    Enclosed you will find a copy of the docket sheet and complaint in reference to a possible MDL case.

Respectfully submitted,

Nick J. Lorio, Clerk

By: _Nicole R. Joseph_  
Deputy Clerk