# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk

November 12, 2010

TELEPHONE:
CIVIL (336) 332-6030
CRIMINAL (336) 332-6020
ADMIN (336) 332-6015

Mr. Jeffery N. Lüthi, Clerk

One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Lüthi:

Re: MDL- 875- In Re: Product Liability

For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed 11/12/10 in the Middle District of North Carolina:

M.D.N.C. Case No. 1:10CV00852; REBA S. BOWERS and AIR & LIQUID SYSTEMS CORPORATION , et al.

Sincerely,

John S. Brubaker, Clerk

By:   /s/ Abby Taylor
         Deputy Clerk

JSB/at

Enclosures