# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk    November 12, 2010    TELEPHONE:
CIVIL (336) 332-6030
CRIMINAL (336) 332-6020
ADMIN (336) 332-6015

Mr. Jeffery N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Lüthi:

      Re: MDL- 875- In Re: Product Liability

  For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed 11/11/10 in the Middle District of North Carolina:

  M.D.N.C. Case No. 1:10CV00850; LINDA WATSON WAGONER and AIR & LIQUID SYSTEMS CORPORATION, et al.


            Sincerely,

            John S. Brubaker, Clerk

         By: /s/ Abby Taylor
            Deputy Clerk

JSB/at

Enclosures

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*
*2010 NOV 16  A 8: 45*
*RECEIVED CLERK'S OFFICE*