BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; FOSS MARITIME COMPANY, a Washington corporation; FOSTER WHEELER USA CORPORATION; FRYER-KNOWLES, INC., A WASHINGTON CORPORATION; GENERAL ELECTRIC COMPANY, a Delaware corporation; HOPEMAN BROTHERS INC.; INTERNATIONAL PAPER; LAKE UNION DRYDOCK COMPANY, a Washington corporation; LOCKHEED SHIPBUILDING CO.; and TODD SHIPYARDS CORP.,<br><br>Defendants. | MDL Docket No. 875<br><br>USDC No. 2:10-cv-01810-RAJ<br><br>DEFENDANT LAKE UNION DRYDOCK COMPANY'S RULE 5.3 CORPORATE DISCLOSURE STATEMENT |

DEFENDANT LAKE UNION DRYDOCK COMPANY'S RULE 5.3
CORPORATE DISCLOSURE STATEMENT
– PAGE 1

500522 / 808.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1.    Lake Union Drydock Company is a nongovernmental corporate party.

2.    No parent company or any public held corporation holds 10% or more of the stock in Lake Union Drydock

DATED this ___24___ day of November, 2010.

FORSBERG & UMLAUF, P.S.

By: _____
Melissa K. Roeder, WSBA #30836
Attorneys for Defendant Lake Union
Drydock Company

---

DEFENDANT LAKE UNION DRYDOCK COMPANY'S RULE 5.3
CORPORATE DISCLOSURE STATEMENT
– PAGE 2

500522 / 808.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DEFENDANT LAKE UNION DRYDOCK COMPANY'S RULE 5.3 CORPORATE DISCLOSURE STATEMENT on the following individuals in the manner indicated:

Ms. Janet L. Rice
Schroeter Goldmark & Bender
810 Third Ave., Suite 500
Seattle, WA 98104
Facsimile: 206-682-2305
( x ) Via ECF

Mr. Gene Barton
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101
Facsimile: 206-682-7100
( x ) Via ECF

Mr. David R. West
Garvey Schubert Barer
1191 2nd Ave., 18th Floor
Seattle, WA 98101-2939
Facsimile: 206-464-0125
( x ) Via ECF

Mr. Christopher Marks
Williams, Kastner & Gibbs PLLC
601 Union St., Suite 4100
Seattle, WA 98101-2380
Facsimile: 206-628-6611
( x ) Via ECF

Mr. Eliot M. Harris
Williams Kastner & Gibbs PLLC
601 Union St. Ste 4100
Seattle, Washington 98101
Facsimile: 206-628-6611
( x ) Via ECF

Mr. T. Arlen Rumsey
Gordon & Polscer, LLC
1000 Second Ave., Suite 1500
Seattle, WA 98104
Facsimile: 206-223-5459
( x ) Via ECF

DEFENDANT LAKE UNION DRYDOCK COMPANY'S RULE 5.3
CORPORATE DISCLOSURE STATEMENT
– PAGE 3

500522 / 808.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| Mr. Dirk Bernhardt<br>Murray Dunham & Murray<br>200 W. Thomas St., Suite 350<br>Seattle, WA  98119<br>Facsimile: 206-684-6924<br>( x ) Via ECF | Mr. Robert G. Andre<br>Ogden Murphy Wallace, PLLC<br>1601 Fifth Ave., Suite 2100<br>Seattle, WA  98101-1686<br>Facsimile: 206-447-0215<br>( x ) Via ECF |

**SIGNED** this 29th day of November, 2010, at Seattle, Washington.

*/s/ Shannon Walker*
Shannon D. Walker

DEFENDANT LAKE UNION DRYDOCK COMPANY'S RULE 5.3
CORPORATE DISCLOSURE STATEMENT
– PAGE 4

500522 / 808.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX