JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:10-cv-01810

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010

COME NOW plaintiffs, Lola Bouchard and Michael Bouchard, by and through their attorney, Janet L. Rice of Schroeter, Goldmark & Bender, and move the Judicial Panel on Multidistrict Litigation for a suggestion of remand and for an order, pursuant to Rule of Procedure 12(d) and (f), vacating the Conditional Transfer Order, dated November 10, 2010. This Motion is based upon the Memorandum in Support of Plaintiffs' Motions for a Suggestion of Remand and to Vacate Conditional Transfer Order, Dated November 10, 2010, filed herewith, and the records and documents on file in <u>Bouchard v. CBS Corp., et al.</u>, United States District Court, Western District of Washington at Seattle, Cause No. 2:10-cv-01810.

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF
REMAND AND TO VACATE CONDITIONAL
TRANSFER ORDER, DATED NOVEMBER 10, 2010- 1
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotVacateCTO-mot-111510.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1 | RESPECTFULLY SUBMITTED, this 17th day of November, 2010.

2 | SCHROETER, GOLDMARK & BENDER

3

4 | *s/ Janet L. Rice*_____
JANET L. RICE, WSBA #9386

5 | Counsel for Plaintiffs
810 Third Avenue, Suite 500

6 | Seattle, Washington  98104
(206) 622-8000

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010- 2
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotVacateCTO-mot-111510.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **November 17, 2010,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **CBS Corporation and General Electric Company**
Christopher Marks
WILLIAMS, KASTNER & GIBBS, PLLC
601 Union Street, Suite 4100
Seattle, Washington 98111-3926

Counsel for **Foster-Wheeler Energy Corp. and Hopeman Brothers, Inc.**
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, Washington 98119

Counsel for **Foss Maritime Company**
David West
GARVEY SCHUBERT & BARER
1191 Second Avenue, 18th Floor
Seattle, Washington 98101-2939

Counsel for **Fryer Knowles Inc.**
T. Arlen Rumsey
GORDON & POLSCER, LLC
1000 Second Avenue, Suite 1500
Seattle, Washington 98104

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **International Paper Co.**
Steve Rizzo
RIZZO MATTINGLY BOSWORTH, PC
411 SW 2nd Avenue, Suite 200
Portland, Oregon 97204

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

I further certify that I served the foregoing on attorney of record for defendant Lake Union Drydock Company by having said copies sent via legal messenger to the office address below:

Counsel for **Lake Union Drydock Company**
Melissa Roeder
FORSBERG & UMLAUF
901 Fifth Ave., Suite 1400
Seattle, Washington 98164

*s/ Rhonda Moretz*
RHONDA MORETZ
Paralegal

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010- 3
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotVacateCTO-mot-111510.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305