JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:10-cv-01810

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE
CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010

## I.   FACTS

Plaintiff Lola Bouchard is a 51-year-old woman who was diagnosed with mesothelioma in April 2010.  Exhibit A attached to the Affidavit of Janet L. Rice in Support of Plaintiffs' Motions for a Suggestion of Remand and to Vacate Conditional Transfer Order, Dated November 10, 2010.[1]  Plaintiff was exposed to asbestos, in part, from washing the clothes of her deceased husband Ronald Burger who was employed as a shipscaler by various shipyards and other companies on the Seattle, Washington waterfront during the late 1970's.  Plaintiff filed this

---

[1] All referenced exhibits are attached to the rice Affidavit.

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 1
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotVacateCTO-memo-111510.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

case in the Superior Court of the State of Washington, County of King on September 13, 2010 under cause no. 10-2-32586-7SEA. The defendants against whom the case was brought are: CBS Corporation; Foss Maritime Company; Foster Wheeler Energy Corporation; Fryer-Knowles, Inc.; General Electric Company; Hopeman Brothers Inc.; International Paper; Lake Union Drydock Company; Lockheed Shipbuilding Company; and Todd Shipyards Corporation.

On November 5, 2010, defendant General Electric Company ("GE") removed this case to federal court. Because there is no valid basis for removal of Ms. Bouchard's case from state court, plaintiffs intend to file a Motion to Remand for Want of Federal Jurisdiction by December 3, 2010. This case does <u>not</u> lack a local defendant to keep it in state court. Defendant GE has removed this case pursuant to 28 U.S.C. § 1442(a)(1). This statute provides:

> (a) A civil action or criminal prosecution commenced in a State court against any of the following persons may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> (1) Any officer of the United States or any agency thereof, or person acting under him, or any act under color of such office . . .

Counsel for plaintiff, Schroeter, Goldmark & Bender, has filed at least 14 lawsuits against GE. To date, every case filed against GE that remained in state court has been settled or dismissed before trial.

Ms. Bouchard is likely to die of mesothelioma. She may survive a few more months but there is substantial doubt that she will survive beyond one year. Exhibit B (Declaration of James E. Congdon, D.O. in Support of Plaintiffs' Motion for Accelerated Trial Setting). For this reason, the state court in this case, granted a motion to expedite the trial setting and

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 2
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotVacateCTO-memo-111510.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

scheduled a trial for April 18, 2010. Exhibit C (Order Granting Accelerated Trial Setting, signed October 14, 2010). Defendants in this case were served with a notice of a videotaped perpetuation deposition of the plaintiff on November 4, 2010. Exhibit D (Notice of Deposition Upon Oral Examination for Perpetuation Purposes of Lola Burchard scheduling the deposition on December 9, 2010) and Exhibit E (declarations of service on defendants). Defendants were also served on November 16, 2010 with a notice of the deposition of Fred Gerlach, Ms. Bouchard's father. The only other discovery that has taken place in the case is that the plaintiff has answered "style" interrogatories and produced social security records and medical records. Further discovery in this case should be taken while the plaintiff is still living. For this reason, plaintiff intends to ask the court for expedited discovery in this case.

Plaintiffs have filed another case against other companies in state court, King County cause no. 10-2-32587-5SEA. The other case has not been removed. Plaintiffs have served defendants in the state case with the notices of the perpetuation of Lola Bouchard and Fred Gerlach. Plaintiffs have served the same style interrogatory answers on these defendants. In addition, the plaintiffs have signed stipulations for release of the plaintiff's medical and employment records for both cases. The discovery of the state case and the federal case should be coordinated so there is no duplication of discovery and the two cases can quickly proceed to trial.

## II.  ARGUMENT

Based on the foregoing, transferring this case to the Multi-District Litigation No. 875 is unjust and would be prejudicial to plaintiff, as she will likely be deceased before the resolution of her case.

28 U.S.C. Section 1367(c) states:

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 3
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotVacateCTO-memo-111510.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

      (c)      The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if --
            (1)      the claim raises a novel or complex issue of State law,
            (2)      the claim substantially predominates over the claim or claims over which the district court has original jurisdiction,
            (3)      the district court has dismissed all claims over which it has original jurisdiction, or
            (4)      **in exceptional circumstance, there are other compelling reasons for declining jurisdiction.**

(Emphasis added)

In any event, it appears to be an unnecessary use of judicial resources to transfer this case to the MDL at this time. If, as plaintiffs believe, there is no federal jurisdiction for this case, it would appear wise to await the outcome of Judge Jones's decision. This would allow for the proper return of this case to state court, where the case would have a reasonable chance of being resolved in the reasonable future.[2] In the event the case is not remanded to federal court, plaintiff intends to request an expedited trial date and expedited discovery in this case in the local district court. The discovery should be coordinated between the federal court and the state court. This would be easier to achieve if the federal case remained in the local district court.

RESPECTFULLY SUBMITTED, this 17th day of November, 2010.

            SCHROETER, GOLDMARK & BENDER

            *s/ Janet L. Rice*
            JANET L. RICE, WSBA #9386
            Counsel for Plaintiffs
            810 Third Avenue, Suite 500
            Seattle, Washington  98104
            (206) 622-8000

---

[2] Complying with Administrative Order No. 18, plaintiff states that a Rule 26(f) report has not yet been made nor have plaintiffs complied yet with Administrative orders 12 and 12A. There are no outstanding motions in the case other than the motion for remand which will be filed soon. No settlement conferences have been scheduled in the case because discovery has just begun.

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 4
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotVacateCTO-memo-111510.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **November 17, 2010,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **CBS Corporation and General Electric Company**
Christopher Marks
WILLIAMS, KASTNER & GIBBS, PLLC
601 Union Street, Suite 4100
Seattle, Washington 98111-3926

Counsel for **Foster-Wheeler Energy Corp. and Hopeman Brothers, Inc.**
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, Washington 98119

Counsel for **Foss Maritime Company**
David West
GARVEY SCHUBERT & BARER
1191 Second Avenue, 18th Floor
Seattle, Washington 98101-2939

Counsel for **Fryer Knowles Inc.**
T. Arlen Rumsey
GORDON & POLSCER, LLC
1000 Second Avenue, Suite 1500
Seattle, Washington 98104

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **International Paper Co.**
Steve Rizzo
RIZZO MATTINGLY BOSWORTH, PC
411 SW 2nd Avenue, Suite 200
Portland, Oregon 97204

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

I further certify that I served the foregoing on attorney of record for defendant Lake Union Drydock Company by having said copies sent via legal messenger to the office address below:

Counsel for Lake Union Drydock Company
Melissa Roeder
FORSBERG & UMLAUF
901 Fifth Ave., Suite 1400
Seattle, Washington 98164

*s/ Rhonda Moretz*
RHONDA MORETZ
Paralegal

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 5
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotVacateCTO-memo-111510.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305