# EXHIBIT A



1321 Colby Avenue
Everett, WA 98206
(425) 261-3670

1124 Columbia Street, Suite 200
Seattle, WA 98104
(866) 236-8296

Tajinder S. Bisla, MD
Alan C. Boudousquie, MD
Mark A. Edgar, MD
Chris Chong, MD
Barry T. Kahn, MD
Ernest Kawamoto, MD
Deirdre P. McDonagh, MD
Kirstine Y. Oh, MD
Martin J. Pointon, MD
Jon A. Reed, MD
Charles Sturgis, MD
Donald T. Tran, MD

| | | | |
|---|---|---|---|
| Patient Name: | **Bouchard, Lola S** | Pathology No.: | S10-022221 |
| Patient ID: | | Collection Date: | 4/30/2010 |
| | | Received Date: | 4/30/2010 |

## SURGICAL PATHOLOGY REPORT

### FINAL DIAGNOSIS:

**Right Chest Pleural Mass, CT-Guided Core Biopsy:**
   **Poorly differentiated epithelioid malignant neoplasm, consistent with malignant mesothelioma (see comment).**

### DIAGNOSIS COMMENT:
The biopsy consists of tissue that is extensively infiltrated by a sheet-like tumor; a small portion of non-neoplastic lung parenchyma is seen. The tumor has a poorly differentiated epithelioid morphology. The differential diagnosis includes malignant mesothelioma and adenocarcinoma.

Immunohistochemistry was performed to help clarify the diagnosis. Although the neoplastic cells are negative for WT1, they are positive for calretinin, CK5/6 and D2-40; they are also focally positive for CK7. The neoplasm is negative for adenocarcinoma markers (TTF1, BerEp4, MOC31, monoclonal CEA and Bg8), CK20, S100 (background staining present) and CD45 (abundant background of inflammatory cells present).

Overall, this is a malignant neoplasm has morphologic and immunophenotypic features that are most consistent with a diagnosis of malignant epithelioid mesothelioma. Clinical correlation is recommended.

### CLINICAL INFORMATION:
A 50-year-old female with a very large right lung mass involving a large portion of the chest. Clinical differential diagnosis includes mesothelioma. Please note, this is a rush case.

### INTRAPROCEDURAL EVALUATION:
Right chest pleural mass (touch prep): "Neoplastic cells. Diagnostic material obtained".
Performed by: Tajinder S. Bisla, M.D.

### GROSS DESCRIPTION:

| | | | |
|---|---|---|---|
| Patient: | Bouchard, Lola S | Clinician: | James E Congdon, DO |
| Patient ID: | | Group: | **Providence Regional Cancer Partnership** |
| Date of Birth: | Age: 50 | | 1717 13th St. |
| Gender: | F | | Ste. 300 |
| Location: | PEMC Colby - Outpatient | | EVERETT, WA. 98201 |
| Reference No: | | | CR: 26 |
| Referring Clinician: | James E Congdon, DO | | |
| Copies To: | Mohammed F Quraishi, MD | | |

Additional CellNetix Pathologists: TS Bisla, MD, AC Boudousquie, MD, KM Braaten, MD, F Cady, MD, C Chong, MD, D Coco, MD, DJ Corwin, MD, MA Edgar, MD, N Fidde, MD, JA Freed, MD, MP Horton, MD, DR Howard, MD PhD, CJ Hunter, MD, C Isacson, MD, BT Kahn, MD, E Kawamoto, MD, CC Kitchell, MD, RH Knierim, MD, BG Kulander, MD,KM Mantei, MD, DP McDonagh, MD, JM Odell, MD, KY Oh, MD, DF Peck, MD, N Perez-Reyes, MD, ES Pizer, MD, PhD, MJ Pointon, MD, RD Ranguelov, MD, JP Rank, MD, JA Reed, MD, SW Rostad, MD, C Sturgis, MD, SD Thornton, MD, RJ Tickman, MD, DT Tran, MD, NP Wang, MD, PhD, RO Whitten, MD, DC Wolinsky, MD

Page 1 of 2       Cellnetix Path Labs, Tran MD Page 1 of 2

Affidavit of Janet L. Rice           Exhibit A

Received in formalin labeled, "Bouchard, Lola", and designated "**right chest pleural mass**", are seven 0.1 cm diameter elongated portions of tissue, 0.2, 0.2, 0.3, 0.3, 0.4, 0.6 and 0.6 cm in length, submitted in A1. (axp/bas)

## IMMUNOHISTOCHEMISTRY STUDY:

Deparaffinized sections of formalin-fixed tissue and the appropriate controls are incubated with a panel of antibodies or a specific fluorescein-labeled (oligo)nucleotide probe. Localization is via one or all of the following three systems: Alkaline Phosphatase multimer-based method, indirect biotin streptavidin immunoperoxidase method, and biotin free multimer immunoperoxidase method. Results are outlined in the table below:

Block A1

| Antibody | Result | Comment |
|---|---|---|
| CK7 | Focally positive | |
| CK20 | Negative | |
| TTF-1 | Negative | A positive internal control is identified. |
| WT-1 | Negative | A positive internal control is identified. |
| Calretinin | Positive | |
| D2-40 | Positive | |
| BerEP4 | Negative | |
| BG8 | Negative | |
| S-100 | Negative | Background staining and probably some dendritic cells present |
| CD45 | Negative | Background inflammatory cells positive |
| CK 5/6 | Variably positive | |
| MOC31 | Negative | |
| CEA-M | Negative | |

**Impression:** See above.
**Interpreted by:** Don T Tran M.D.
**Comment:**

The immunohistochemical tests reported were developed and performance characteristics determined by CellNetix Labs, LLC. Some tests have not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. These tests may be used for clinical purposes. They should not be regarded as investigational or for research use only. CellNetix Labs, LLC is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical laboratory testing.

## PHYSICIAN NOTIFICATION:

A preliminary diagnosis of malignant epithelioid neoplasm was verbally communicated to Dr. James Congdon on 5/3/10.

## INTRADEPARTMENTAL CONSULTATION:

CellNetix Pulmonary pathologist, Dr. Matthew Horton, also reviewed this case and agrees with the above diagnosis of malignant mesothelioma.


**Don T Tran, M.D.** Electronically signed 05/07/2010

---

Patient: **Bouchard, Lola S**
Gender: F    Age: 50

**Surgical Pathology Report**
**S10-022221**

Page 2 of 2 CellNetix Path Labs, Tran MD Page 2 of 2

Affidavit of Janet L. Rice    Exhibit A

# EXHIBIT B

Honorable Douglass North

Hearing Date:

Without Oral Argument

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br><br>Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, et al.,<br><br>Defendants. | No. 10-2-32586-7SEA<br><br>**DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING**<br><br>**Clerk's Action Required**<br><br>Hearing Date: |

I, James E. Congdon, D.O., declare as follows:

1. I am licensed to practice medicine in the State of Washington. I am board certified in Internal Medicine. I am the treating Oncologist for LOLA BOUCHARD. My office is located at 1717 13th St., Everett, Washington 98201.

2. Mrs. BOUCHARD, who is 50 years old, has been seen by me on multiple occasions, most recently on or about September 9, 2010. She is terminally ill with mesothelioma.

3. LOLA BOUCHARD initially presented to the emergency room on April 17, 2010 at Everett Providence Regional Medical Center in Everett, Washington complaining of a several week history of increasing exertional dyspnea along with a dry cough with a small amount of whitish-yellow sputum along with a several day history of a low-grade fever. In the course of the emergency room evaluation, they performed a chest x-ray, which revealed a large pleural base mass in the right hemithorax with possible mediastinal adenopathy. They then went on to

1
DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING

Document

perform a CT scan of the chest which revealed a massive right hemithorax mass filling perhaps 75% of the total right hemithorax volume. The lesion was multilobular and likely pleural-based in origin. Within the tumor mass were noted scattered foci of calcium. The mass had deformed and displaced the heart more laterally into the left chest. It filled the mesoesophageal recess while abutting the esophagus and aorta. The right hilum was engulfed. There was no evidence of pericardial infusion and no obvious bone destruction. The major airways were not occluded and the left lung was clear.

4. On April 26, 2010 Mrs. BOUCHARD was referred to my care for a medical oncology consultation after she was informed she probably had a primary lung cancer. Following my thorough review of her current illness, past medical history, social history, family history and in person physical examination I recommended a repeat of her prior laboratory examinations and a CT-directed core needle biopsy. The biopsy was performed on April 30, 2010 at Providence Everett Medical Center. The treating pathologist who reviewed the pathology materials diagnosed poorly differentiated epithelioid malignant neoplasm, consistent with malignant mesothelioma. On May 5, 2010 I informed Mrs. BOUCHARD and her husband of the malignancy.

5. On May 7, 2010, while waiting for the final results of the additional pathology review, Mrs. BOUCHARD underwent the placement of an implanted in-chest power port as well as an MRI of her brain. On May 13, 2010 Mrs. BOUCHARD underwent a PET-CT scan of the chest for tumor staging. The results of the PET-CT scan indicated that the disease was regionally advanced and unresectable.

6. The reviewing pathologist performed additional Immunohistochemical stains and completed an interdepartmental consultation which confirmed the diagnosis of malignant mesothelioma. On May 19, 2010 I informed Mrs. BOUCHARD and her husband of the diagnosis and prognosis. I informed them that mesothelioma is not curable and is poorly responsive to therapy.

2
DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING

Document

Affidavit of Janet L. Rice                                                                                                   Exhibit B

7. Unfortunately Mrs. BOUCHARD was not seen as a surgical candidate due to the local extensive infiltration into surrounding tissues and mediastinal nodal involvement. Subsequently, radiation therapy would have been ineffective and quite toxic. The best chance for palliation was systemic chemotherapy.

8. Palliative systemic chemotherapy, with Cisplatin and Alimta, commenced on May 26, 2010. Chemotherapy would be administered every three weeks. To date, Mrs. BOUCHARD has undergone 5 cycles of chemotherapy. The chemotherapy is not being administered with curative intent; rather Mrs. BOUCHARD's treatment is solely palliative.

9. LOLA BOUCHARD's disease is currently measured as Stage III mesothelioma, a terminal disease. Mrs. BOUCHARD's condition will continue to deteriorate as a result of her mesothelioma. On July 26, 2010, following the third cycle of her chemotherapy Mrs. BOUCHARD underwent a CT scan of the chest to determine if there was any objective response to the treatment. The interpreting radiologist noted bulky masses within the right hemithorax involving the visceral and parietal pleura. Though there was no measurable change in size the masses were noted to be quite extensive. A new, small right sided pleural effusion was also noted. Following the administration of chemotherapy Mrs. BOUCHARD suffers from nausea and fatigue. Prior to her diagnosis of mesothelioma and commencement of chemotherapy Mrs. BOUCHARD weighed 135-138 pounds. She has lost approximately 20 pounds and currently weighs 114 pounds and is now anemic. She complains of intermittent chest pain with coughing, deep breathing and strenuous activity. She appears chachetic and chronically ill. Narcotic pain medications have been prescribed and will be administered in increasing dosages in the near future. Neither surgery, radiation nor the chemotherapy will cure her of her disease and she will likely die from it or its complications.

10. It is my medical opinion, as a physician involved in the care and treatment of LOLA BOUCHARD, she may survive a few more months but there is substantial medical doubt Mrs. BOUCHARD will survive beyond one year from the date of this declaration. My medical

3
DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING

Case MDL No. 875   Document 6445-3   Filed 11/30/10   Page 8 of 19

Sep 17 2010 4:51PM    Cancer Partnership    425-297-5549         p.8
ite: 9/16/2010  Time: 2:08 PM  To: James E. Congdon; D.O. @ 1-4252975568    F
& Hanley LLP    Page: 007

1  opinion is based on all of the facts and factors as specifically outlined below. My opinion is
2  based upon several factors: my training as a physician; my considerable experience treating
3  cancer patients; my experience treating patients suffering from Mrs. BOUCHARD's specific
4  disease of mesothelioma; my specialized knowledge regarding the typical course of this cancer
5  in patients like Mrs. BOUCHARD; my knowledge of the specifics of Mrs. BOUCHARD's
6  current condition; how her condition has deteriorated since her diagnosis and the significance of
7  her signs and symptoms; and my knowledge of the specifics of the recent treatments rendered to
8  Mrs. BOUCHARD and how such treatments affect her prognosis.

9      11. There is no set mathematical formula and "decision matrix" for estimating life
10 expectancy in terminal patients. Rather, such judgments are made on a case by case basis based
11 on the physician's training, education, and experience. I have attempted to present, in so far as
12 possible, the basis for my conclusions and opinions regarding Mrs. BOUCHARD.

13     I declare under penalty of perjury under the laws of the State of Washington that the
14 foregoing is true and correct.

15     Executed on September 16, 2010 in Everett, Washington.

17     _____
    James E. Congdon, D.O.

28 DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING

4

# EXHIBIT C

RECEIVED
OCT 18 2010
SCHROETER GOLDMARK & BENDER

Honorable Douglass North
Hearing Date: October 13, 2010
Without Oral Argument

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

LOLA and MICHAEL BOUCHARD, wife and husband
    Plaintiffs,

v.

CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
FOSS MARITIME COMPANY, a Washington corporation;
FOSTER WHEELER USA CORPORATION;
FRYER-KNOWLES, INC., A WASHINGTON CORPORATION;
GENERAL ELECTRIC COMPANY, a Delaware corporation;
HOPEMAN BROTHERS INC.;
INTERNATIONAL PAPER;
LAKE UNION DRYDOCK COMPANY, a Washington corporation;
LOCKHEED SHIPBUILDING CO.; and
TODD SHIPYARDS CORP.,
    Defendants.

No. 10-2-32586-7 SEA

ORDER GRANTING ACCELERATED TRIAL SETTING

(PROPOSED)

THIS MATTER having come on for hearing before the undersigned Judge of the above-entitled Court; plaintiffs appearing by and through their attorneys, Schroeter, Goldmark & Bender; defendants appearing by and through their attorneys of record; and the Court having reviewed the declaration of counsel and other records in this case, having afforded all parties an opportunity to present evidence, having heard the argument of counsel and being fully apprised in the premises; now, therefore,

ORDER GRANTING ACCELERATED TRIAL SETTING - 1
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Accelerate Trial - Order-092810.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Affidavit of Janet L. Rice     Exhibit C

1   IT IS HEREBY ORDERED that plaintiff's motion for an accelerated trial setting, setting this
2   case for trial on __April 18, 2011__ is GRANTED.

3
4
5
6   DONE IN OPEN COURT this _14_ day of __October__, 2010.
7
                    /s/  *Douglass A. North*
8                   _____
                    HON. DOUGLASS NORTH
9
10  Presented by:

11  SCHROETER, GOLDMARK & BENDER

12
    *Janet L. Rice*
13  _____
    JANET RICE, WSBA #9386
14  Counsel for Plaintiff

15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING ACCELERATED TRIAL
SETTING - 2
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Accelerate Trial - Order-092810.doc
Affidavit of Janet L. Rice                          Exhibit C

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# EXHIBIT D

```
                                              Honorable Douglass North
                                              Trial Date: April 18, 2011
```

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br>　　　　　　　Plaintiffs,<br>v.<br>CBS CORPORATION, et al.,<br>　　　　　　　Defendants. | No. 10-2-32586-7 SEA |
| LOLA and MICHAEL BOUCHARD, wife and husband<br>　　　　　　　Plaintiffs,<br>v.<br>CSK AUTO, INC., et al.,<br>　　　　　　　Defendants. | No. 10-2-32587-5SEA<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION FOR PERPETUATION PURPOSES OF LOLA BOUCHARD |

TO:       ALL PARTIES OF RECORD:

AND TO:   ALL COUNSEL OF RECORD:

The videotape perpetuation deposition upon oral examination of the following-described person will be taken on the following date, at the following time and place, subject to continuance or adjournment from time to time:

```
WITNESS:       Lola Bouchard
DATE:          December 9, 2010
TIME:          9:30 a.m.
PLACE:         Best Western Cascadia Inn
               2800 Pacific Avenue
               Everett, WA 98201
COURT REPORTER: Seattle Deposition Court Reporters (206) 622-6661
```

NOTICE OF DEPOSITION UPON ORAL
EXAMINATION FOR PERPETUATION PURPOSES
OF LOLA BOUCHARD – 1
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Dep Notice Perpet Lola Bouchard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Affidavit of Janet L. Rice                                  Exhibit D

You are further notified that plaintiffs intend to videotape Lola Bouchard's testimony for presentation at the trial in this matter. A stenographic record of the deposition shall be made simultaneously with the videotape at the expense of the noting party.

DATED this 4th day of November, 2010.

SCHROETER, GOLDMARK & BENDER

*/s/ Janet L. Rice*
JANET L. RICE, WSBA #9386
Counsel for Plaintiffs

NOTICE OF DEPOSITION UPON ORAL
EXAMINATION FOR PERPETUATION PURPOSES
OF LOLA BOUCHARD – 2
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Dep Notice Perpet Lola Bouchard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Affidavit of Janet L. Rice                    Exhibit D

# EXHIBIT E

Honorable Douglass North
Trial Date: April 18, 2011

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br>　　　　　　　　　Plaintiffs,<br>v.<br>CBS CORPORATION, et al.<br>　　　　　　　　　Defendants. | No. 10-2-32586-7 SEA<br><br>DECLARATION OF SERVICE |

The undersigned declares under penalty of perjury under the laws of the State of Washington as follows:

1. I am an employee of Schroeter Goldmark & Bender, over the age of 18, not a party to this action and competent to make the following statements:

2. On **November 4, 2010** copies of Notice of Deposition upon Oral Examination for Perpetuation Purposes of Lola Bouchard and this Declaration of Service were sent to all attorneys of record for all defendants by having said documents sent via legal messenger, electronic mail, U.S. Mail and/or Federal Express to the office addresses below:

DECLARATION OF SERVICE – 1

N:\ASBESTOS\Bouchard 18387\CBS et al\P\IDec Svc\Dec Svc-Dep Ntc Lola Bouchard-110410.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Affidavit of Janet L. Rice　　　　　　　　　Exhibit E

| | |
|---|---|
| 1<br>2<br>3<br>4 | Christopher Marks Counsel for **CBS CORPORATION**, f/k/a **VIACOM, INC.**, f/k/a **WESTINGHOUSE ELECTRIC**, WILLIAMS, KASTNER & GIBBS, PLLC; **GENERAL ELECTRIC CPMPANY** 601 Union Street, Suite 4100 Seattle, Washington 98111-3926 | Counsel for **Foss Maritime Company**, a Washington Corporation Garvey, Schubert & Barer 1191 Second Avenue, 18th Floor Seattle, Washington 98101-2939 |
| 5<br>6<br>7<br>8 | Counsel for **Foster-Wheeler Energy Corp.**; **Hopeman Brothers, Inc.** Dirk Bernhardt MURRAY, DUNHAM & MURRAY 200 West Thomas, Suite 350 Seattle, WA 98119 | Counsel for **Fryer Knowles Inc., Washington Corp.** Stephanie Anderson T. Arlen Rumsey GORDON & POLSCER, LLC 1000 Second Avenue, Suite 1500 Seattle, WA 98104 |
| 9<br>10<br>11<br>12 | Robert Andre Counsel for **Lockheed Shipbuilding Co.** OGDEN MURPHY WALLACE, PLLC 1601 Fifth Avenue, Suite 2100 Seattle, Washington 98101 | Counsel for **Lake Union Drydock Company** Melissa Habeck FORSBERG & UMLAUF 901 Fifth Ave., Suite 1400 Seattle, Washington 98164 |
| 13<br>14<br>15<br>16 | Counsel for **Todd Shipyards** KARR TUTTLE CAMPBELL Walter Barton Gene Barton 1201 Third Avenue, Suite 2900 Seattle, Washington 98101-3028 | Counsel for **International Paper Co.** Steve Rizzo RIZZO MATTINGLY BOSWORTH, PC 411 SW 2nd Avenue, Suite 200 Portland, Oregon 97204 |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 4th day of November 2010.

*/s/ Robert Ylitalo*
ROBERT YLITALO

DECLARATION OF SERVICE – 2

N:\ASBESTOS\Bouchard 18387\CBS et al\P\!Dec Svc\Dec Svc-Dep Ntc Lola Bouchard-110410.doc

**SCHROETER GOLDMARK & BENDER**
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Affidavit of Janet L. Rice                                                    Exhibit E

Honorable Bruce Heller

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br><br>Plaintiffs,<br><br>v.<br><br>**CSK AUTO, INC.**; *et al.*<br><br>Defendants | No. 10-2-32587-5SEA<br><br>DECLARATION OF SERVICE |

The undersigned declares under penalty of perjury under the laws of the State of Washington as follows:

1. I am an employee of Schroeter Goldmark & Bender, over the age of 18, not a party to this action and competent to make the following statements:

2. On **November 4, 2010** copies of Notice of Deposition upon Oral Examination for Perpetuation Purposes of Lola Bouchard and this Declaration of Service were sent to attorneys of record for all defendants by having said copies sent via legal messenger, electronic mail, U.S. Mail and/or Federal Express to the office addresses below:

| | |
|---|---|
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **E & E Lumber, Inc.** a Washington Corporation<br>Ronald G. Housh, P.S.<br>*Seattle Office:*<br>800 Fifth Avenue, Suite 4000<br>Seattle, WA 98104-3180 |

DECLARATION OF SERVICE – 1

N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Dec Svc\Dec Svc-DepNtc LolaBouchard-110410.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Affidavit of Janet L. Rice                    Exhibit E

| | |
|---|---|
| Counsel for **General Refractories Co.**<br>Mathew Turetsky<br>Schwabe Williamson & Wyatt, PC<br>1420 Fith Avenue, Suite 3010<br>Seattle, WA 98101-2393 | Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 |
| Counsel for **Honeywell International, Inc.**, Counsel for **Longview Fibre Paper And Packaging, Inc.**<br>Daniel Ruttenberg<br>PERKINS COIE<br>1201 Third Ave, Suite 4800<br>Seattle, Washington 98101 | **Counsel for J.T. Thorpe & Son, Inc.; Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| **Counsel for Metropolitan Life Insurance Co.**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | Counsel for **Quintec Industries, Inc.**<br>D. K. Yoshida<br>OGDEN MURPHY WALLACE, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101-1686 |
| **Rapid-American Corporation**<br>Christopher Marks<br>WILLIAMS, KASTNER & GIBBS, PLLC<br>601 Union Street, Suite 4100<br>Seattle, Washington 98111-3926 | Counsel for **Saberhagen Holdings, Inc.**<br>Randy Aliment /Timothy Thorson<br>CARNEY, BADLEY, SMITH & SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Union Carbide; Saint Gobain Containers Inc**<br>Diane Kero<br>GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 | |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 4th day of November 2010.

_____
ROBERT YLITALO

DECLARATION OF SERVICE – 2

N:\ASBESTOS\Bouchard  18387\CSK  Auto  et  al\P\!Dec  Svc\Dec  Svc-DepNtc
LolaBouchard-110410.doc

**SCHROETER GOLDMARK & BENDER**
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Affidavit of Janet L. Rice                               Exhibit E