JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:10-cv-01810

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE

**I.     FACTS**

Plaintiff Lola Bouchard is a 51-year-old woman who was diagnosed with mesothelioma in April 2010.  Exhibit A attached to Affidavit of Janet L. Rice in Support of Plaintiffs' Motion to Allow Discovery Prior to Fed. R. Civ. P. 26(f) Conference.[1]  Plaintiff was exposed to asbestos, in part, from washing the clothes of her deceased husband Ronald Burger who was employed as a shipscaler by various shipyards and other companies on the Seattle, Washington waterfront during the late 1970's.  Plaintiffs filed this case in the Superior Court of the State of Washington, County of King on September 13, 2010 under cause no. 10-2-32586-7SEA.  The defendants

---

[1] All exhibits referenced are attached to the Rice Affidavit.

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO ALLOW DISCOVERY PRIOR TO FED. R.
CIV. P. 26(f) CONFERENCE - 1
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-memo-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1
2
3
4
5
6
against whom the case was brought are: CBS Corporation; Foss Maritime Company; Foster Wheeler Energy Corporation; Fryer-Knowles, Inc.; General Electric Company; Hopeman Brothers Inc.; International Paper; Lake Union Drydock Company; Lockheed Shipbuilding Company; and Todd Shipyards Corporation. On November 5, 2010, defendant General Electric Company ("GE") removed this case to Federal Court.

7
8
9
10
11
12
13
Ms. Bouchard is likely to die of mesothelioma. She may survive a few more months but there is substantial doubt that she will survive beyond one year. Exhibit B (Declaration of James E. Congdon, D.O. in Support of Plaintiffs' Motion for Accelerated Trial Setting). For this reason, the state court in this case, granted a motion to expedite the trial setting and scheduled a trial for April 18, 2010. Exhibit C (Order Granting Accelerated Trial Setting, signed October 14, 2010).

14
15
16
17
18
19
20
21
22
23
Prior to removal of the case, Defendants were served with a notice of a videotaped perpetuation deposition of the plaintiff on November 4, 2010. Exhibit D (Notice of Deposition Upon Oral Examination for Perpetuation Purposes of Lola Bouchard scheduling the deposition on December 9, 2010) and Exhibit E (declarations of service on defendants). Defendants have also been served on November 16, 2010 with a notice of the deposition of Fred Gerlach, Ms. Bouchard's father. Rice Affidavit. Prior to the removal of the case, plaintiffs served defendants with plaintiffs' answers to interrogatories including medical records and social security records. Id. Plaintiffs also served defendants with a disclosure of their witnesses. Id.

24
25
26
Plaintiffs have filed another case against other companies in state court, King County cause no. 10-2-32587-5SEA. The other case has not been removed. Plaintiffs have served defendants in the state case with the notice of the perpetuation of the Lola Bouchard and Fred

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO ALLOW DISCOVERY PRIOR TO FED. R.
CIV. P. 26(f) CONFERENCE - 2
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-memo-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Gerlach. Plaintiffs have served the same style interrogatory answers on these defendants. In addition, the plaintiffs have signed stipulations for release of the plaintiff's medical and employment records for both cases. The state court case has a trial date of April 18, 2010.

## II.  ARGUMENT

Pursuant to Fed. R. Civ. P. 26(a)(1), the court may authorize discovery prior to the Rule 26(f) conference:

> **(d) Timing and Sequence of Discovery.**
>
> **(1) *Timing.*** A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(1)(1)(B), or when authorized by these rules, by stipulation, or <u>by court order</u>.

Emphasis added.

Discovery in this case should be allowed to proceed prior to the Rule 26(f) conference. A motion to remand will be filed in this case. The Rule 26(f) conference will be delayed by the court's ruling on the remand motion. Therefore, without court order, the discovery in this case will be delayed for a significant amount of time.

Ms. Bouchard's health is precarious. Ms. Bouchard's deposition should be taken while she is still healthy enough to answer questions. Further discovery should proceed while Ms. Bouchard can participate in her case. The defendants have been served with notice of the witnesses and experts that plaintiffs intend to call in the case and have been served with answers to interrogatories that outline the claims of exposure to asbestos by defendants. Therefore, the defendants have the information that would be disclosed in plaintiffs' initial disclosure filed pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i).

Discovery should be allowed prior to the Rule 26(f) conference in order to coordinate the discovery of the state case and the federal case. Taking depositions in both cases at the same

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO ALLOW DISCOVERY PRIOR TO FED. R.
CIV. P. 26(f) CONFERENCE - 3
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-memo-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

time would avoid duplication of discovery and would expedite the discovery in both cases so that trial can take place before Ms. Bouchard succumbs to her cancer.  The Manual for Complex Litigation, Fourth (2010), §20.14, encourages coordination between courts in the MDL "to avoid or minimize duplicative activity and conflicts".

### III.   CONCLUSION

Discovery prior to the Rule 26(f) conference should be allowed in this case.  This would allow the plaintiff Lola Bouchard to participate in the discovery in the case and would allow coordination of the discovery with the parallel state case.

RESPECTFULLY SUBMITTED, this 17th day of November, 2010.

SCHROETER, GOLDMARK & BENDER

*s/ Janet L. Rice*_____
JANET L. RICE, WSBA #9386
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington  98104
(206) 622-8000

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO ALLOW DISCOVERY PRIOR TO FED. R.
CIV. P. 26(f) CONFERENCE - 4
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-memo-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **November 17, 2010,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **CBS Corporation and General Electric Company**
Christopher Marks
WILLIAMS, KASTNER & GIBBS, PLLC
601 Union Street, Suite 4100
Seattle, Washington 98111-3926

Counsel for **Foster-Wheeler Energy Corp. and Hopeman Brothers, Inc.**
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, Washington 98119

Counsel for **Foss Maritime Company**
David West
GARVEY SCHUBERT & BARER
1191 Second Avenue, 18th Floor
Seattle, Washington 98101-2939

Counsel for **Fryer Knowles Inc.**
T. Arlen Rumsey
GORDON & POLSCER, LLC
1000 Second Avenue, Suite 1500
Seattle, Washington 98104

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **International Paper Co.**
Steve Rizzo
RIZZO MATTINGLY BOSWORTH, PC
411 SW 2nd Avenue, Suite 200
Portland, Oregon 97204

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

I further certify that I served the foregoing on attorney of record for defendant Lake Union Drydock Company by having said copies sent via legal messenger to the office address below:

Counsel for **Lake Union Drydock Company**
Melissa Roeder
FORSBERG & UMLAUF
901 Fifth Ave., Suite 1400
Seattle, Washington 98164

*s/ Rhonda Moretz*
RHONDA MORETZ
Paralegal

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 5
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-memo-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305