1  JANET L. RICE, WSBA#9386
   SCHROETER GOLDMARK & BENDER
2  500 Central Building
   810 Third Avenue
3  Seattle, Washington 98104
   Telephone: (260) 622-8000
4  Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

Bouchard v. CBS Corp., et al.
United States District Court
Western District of Washington
Cause No. 2:10-cv-01810

AFFIDAVIT OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE

STATE OF WASHINGTON  )
                     ) ss:
COUNTY OF KING       )

Janet L. Rice, being first duly sworn upon oath, deposes and says:

1. I am one of the attorneys for the plaintiff.

2. Plaintiffs filed this case in the Superior Court of the State of Washington, County of King on September 13, 2010 under cause no. 10-2-32586-7SEA.

3. On November 5, 2010, defendant General Electric Company ("GE") removed this case to Federal Court.

AFFIDAVIT OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION TO ALLOW DISCOVERY
PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 1
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-JLR Dec-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

4. Plaintiff Lola Bouchard is likely to die of mesothelioma and may survive a few more months but there is substantial doubt that she will survive beyond one year. Attached as Exhibit A and B are true and correct copies of diagnosis of mesothelioma and the declaration of Dr. James Congdon.

5. The state court in this case granted a motion to expedite the trial setting and scheduled a trial for April 18, 2010. Attached as Exhibit C is a true and correct copy of the Order Granting Accelerated Trial Setting, signed October 14, 2010.

6. Defendants in this case were served with a notice of a videotaped perpetuation deposition of the plaintiff, Lola Bouchard, on November 4, 2010. Attached as Exhibit D is a true and correct copy of the Notice of Deposition Upon Oral Examination for Perpetuation Purposes of Lola Bouchard, scheduling the deposition for December 9, 2010. Attached as Exhibit E are true and correct copies of the declarations of service on defendants. The notice of deposition of Fred Gerlach was served on defendants on November 16, 2010.

7. Further discovery in this case should be taken while the plaintiff is still living.

8. Plaintiffs have filed another case against other companies in state court, King County cause no. 10-2-32587-5SEA. The other case has not been removed. Plaintiffs have served defendants in the state case with notice of the perpetuation of the Lola Bourchard and Fred Gerlach. Plaintiffs have served the same style interrogatory answers to these defendants. In addition, the plaintiffs have signed stipulations for release of the plaintiff's medical and employment records for both cases. Plaintiffs also served defendants in both cases with a disclosure of their witnesses.

AFFIDAVIT OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION TO ALLOW DISCOVERY
PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 2
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-
JLR Dec-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

_____
JANET L. RICE

SUBSCRIBED AND SWORN TO before me this 17 day of November, 2010.

_____
Name: Rhonda L. Jones
NOTARY PUBLIC in and for the State of Washington, residing at Poulsbo.
My Commission expires: 5/29/13



AFFIDAVIT OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION TO ALLOW DISCOVERY
PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 3
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-JLR Dec-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **November 17, 2010,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **CBS Corporation and General Electric Company**
Christopher Marks
WILLIAMS, KASTNER & GIBBS, PLLC
601 Union Street, Suite 4100
Seattle, Washington 98111-3926

Counsel for **Foster-Wheeler Energy Corp. and Hopeman Brothers, Inc.**
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, Washington 98119

Counsel for **Foss Maritime Company**
David West
GARVEY SCHUBERT & BARER
1191 Second Avenue, 18th Floor
Seattle, Washington 98101-2939

Counsel for **Fryer Knowles Inc.**
T. Arlen Rumsey
GORDON & POLSCER, LLC
1000 Second Avenue, Suite 1500
Seattle, Washington 98104

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **International Paper Co.**
Steve Rizzo
RIZZO MATTINGLY BOSWORTH, PC
411 SW 2nd Avenue, Suite 200
Portland, Oregon 97204

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

I further certify that I served the foregoing on attorney of record for defendant Lake Union Drydock Company by having said copies sent via legal messenger to the office address below:

Counsel for **Lake Union Drydock Company**
Melissa Roeder
FORSBERG & UMLAUF
901 Fifth Ave., Suite 1400
Seattle, Washington 98164

*s/ Rhonda Moretz*
RHONDA MORETZ
Paralegal

AFFIDAVIT OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 4
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Federal Pleadings\MotDiscovery-JLR Dec-111710.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305