IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| This Document Relates To:<br><br>LOLA and MICHAEL BOUCHARD, wife and husband,<br><br>    Plaintiffs,<br><br>  v.<br><br>CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; et al.,<br><br>    Defendants. | ORDER PARTIALLY GRANTING AND PARTIALLY DENYING PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FRCP 26(f) CONFERENCE<br><br>[PROPOSED]<br><br>United States District Court for the Western District of Washington Cause No. 2:10-cv-01810 |

This matter having come on for hearing before the undersigned judge of the above entitled court on Plaintiffs' Motion To Allow Discovery Prior To FRCP 26(F) Conference, the parties being represented by counsel, this Court having reviewed the pleadings submitted in support of this motion, and in opposition to the same, and being fully advised in the premises, now, therefore,

ORDER GRANTING DEFENDANT GENERAL ELECTRIC
COMPANY'S MOTION FOR PROTECTIVE ORDER RE: NOTICES
OF DEPOSITION OF LOLA BOUCHARD AND FRED GERLACH
(2:10-cv-01810) - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2993785.1

IT IS ORDERED that Plaintiffs' Motion To Allow Discovery Prior To FRCP 26(F) Conference is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED as follows:

1.  The deposition of Lola Bouchard shall not proceed until the following occurs: (1) the parties have completed their discovery conference; (2) Plaintiffs make their initial disclosures under FRCP 26(a)(1); and (3) Defendants are allowed to conduct an off-camera discovery deposition prior to the videotaped perpetuation cross-examination deposition.

2.  Plaintiffs' Motion To Allow Discovery Prior To FRCP 26(F) Conference with respect to the deposition of Fred Gerlach is DENIED. The parties shall comply with the Federal Rules regarding discovery before proceeding with Mr. Gerlach's deposition.

DATED this ___ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/Christopher S. Marks, WSBA #28634
Eliot M. Harris, WSBA #36590
Samantha W. Noonan, WSBA #41885
Attorneys for Defendant General Electric Company
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  cmarks@williamskastner.com
        eharris@williamskastner.com
        snoonan@williamskastner.com

ORDER GRANTING DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION FOR PROTECTIVE ORDER RE: NOTICES OF DEPOSITION OF LOLA BOUCHARD AND FRED GERLACH (2:10-cv-01810) - 2

2993785.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2010, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| Janet L. Rice<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>*Attorneys for Plaintiff* | David R. West<br>GARVEY SCHUBERT BARER<br>1191 Second Avenue, 18th Floor<br>Seattle, WA 98101<br>*Attorneys for Foss Maritime Company* |
| Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98109-0844<br>*Attorneys for Foster Wheeler Energy Corporation; Hopeman Brothers Inc.* | T. Arlen Rumsey<br>GORDON & POLSCER LLC<br>1000 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>*Attorneys for Fryer-Knowles, Inc.* |
| Walter Barton<br>KARR, TUTTLE, CAMPBELL<br>1201 Third Avenue, Suite 2900<br>Seattle, WA 98101-3028<br>*Attorneys for Todd Shipyards Corp.* | Robert G. Andre<br>OGDEN MURPHY WALLACE PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101<br>*Attorneys for Lockheed Shipbuilding Company* |
| Melissa Habeck<br>FORSBERG & UMLAUF, PS<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>*Attorneys for Lake Union Drydock Company* | J. Michael Mattingly<br>RIZZO MATTINGLY BOSWORTH PC<br>411 SW Second Avenue, Suite 200<br>Portland, OR 97204<br>*Attorneys for International Paper Company* |

Signed at Seattle, Washington this 1st day of December, 2010.

s/Eliot M. Harris, WSBA #36590
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: eharris@williamskastner.com
Attorneys for Defendant General Electric Company

ORDER GRANTING DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION FOR PROTECTIVE ORDER RE: NOTICES OF DEPOSITION OF LOLA BOUCHARD AND FRED GERLACH (2:10-cv-01810) - 3

2993785.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600