1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

10

11

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL DOCKET NO. 875

12

13

This Document Relates To:

14

15

LOLA and MICHAEL BOUCHARD, wife and
husband,

16

Plaintiffs,

17

v.

18

CBS CORPORATION f/k/a WESTINGHOUSE
ELECTRIC CORPORATION; et al.,

19

Defendants.

DECLARATION OF ELIOT M. HARRIS
IN SUPPORT OF DEFENDANT
GENERAL ELECTRIC COMPANY'S
OPPOSITION TO PLAINTIFFS' MOTION
TO ALLOW DISCOVERY PRIOR TO
FRCP 26(f) CONFERENCE

United States District Court for the Western
District of Washington Cause No. 2:10-cv-
01810

20

I, Eliot M. Harris, declare as follows:

21

1.      I am counsel for Defendant General Electric Company in this lawsuit and have

22

personal knowledge of the matters set forth below.

23

2.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Complaint

24

in King County Cause No. 10-2-32586-7 SEA.

25

DECLARATION OF ELIOT M. HARRIS IN SUPPORT OF
GENERAL ELECTRIC COMPANY'S OPPOSITION TO
PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO
FRCP 26(f) CONFERENCE  (2:10-cv-01810) - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2993783.1

1    3.    Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Complaint

2  in King County Cause No. 10-2-32587-5 SEA.

3    4.    Attached hereto as Exhibit 3 is a true and correct copy of General Electric's

4  Notice of Removal.

5    5.    Attached hereto as Exhibit 4 is a true and correct copy of the Conditional

6  Transfer Order entered by the United States Judicial Panel on Multidistrict Litigation.

7    6.    Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Notice of

8  Opposition to Conditional Transfer Order.

9

10    I declare under penalty of perjury under the laws of the State of Washington that the

11  above is true and correct.

12    DATED this 1st day of December, 2010.

13
      s/Eliot M. Harris, WSBA #36590
      WILLIAMS, KASTNER & GIBBS PLLC
14    601 Union Street, Suite 4100
      Seattle, WA  98101-2380
15    Telephone:  (206) 628-6600
      Fax:  (206) 628-6611
16    Email:  eharris@williamskastner.com
      Attorneys for Defendant General Electric
17    Company

18

19

20

21

22

23

24

25

DECLARATION OF ELIOT M. HARRIS IN SUPPORT OF
GENERAL ELECTRIC COMPANY'S OPPOSITION TO
PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO
FRCP 26(f) CONFERENCE  (2:10-cv-01810) - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2993783.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2010, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Janet L. Rice
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
*Attorneys for Plaintiff*

David R. West
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101
*Attorneys for Foss Maritime Company*

Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA  98109-0844
*Attorneys for Foster Wheeler Energy Corporation; Hopeman Brothers Inc.*

T. Arlen Rumsey
GORDON & POLSCER LLC
1000 Second Avenue, Suite 1500
Seattle, WA  98104
*Attorneys for Fryer-Knowles, Inc.*

Walter Barton
KARR, TUTTLE, CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, WA  98101-3028
*Attorneys for Todd Shipyards Corp.*

Robert G. Andre
OGDEN MURPHY WALLACE PLLC
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101
*Attorneys for Lockheed Shipbuilding Company*

Melissa Habeck
FORSBERG & UMLAUF, PS
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
*Attorneys for Lake Union Drydock Company*

J. Michael Mattingly
RIZZO MATTINGLY BOSWORTH PC
411 SW Second Avenue, Suite 200
Portland, OR 97204
*Attorneys for International Paper Company*

Signed at Seattle, Washington this 1st day of December, 2010.

s/Eliot M. Harris, WSBA #36590
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  eharris@williamskastner.com
Attorneys for Defendant General Electric Company

DECLARATION OF ELIOT M. HARRIS IN SUPPORT OF GENERAL ELECTRIC COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FRCP 26(f) CONFERENCE  (2:10-cv-01810) - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2993783.1