IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br>Plaintiffs,<br>v.<br>CSK AUTO, INC.;<br>E&E LUMBER, INC., a Washington corporation;<br>GENERAL REFRACTORIES COMPANY;<br>GEORGIA-PACIFIC CORPORATION;<br>HONEYWELL INTERNATIONAL INC., as successor-in-interest to BENDIX;<br>J.T. THORPE & SON, INC.;<br>LONGVIEW FIBRE COMPANY, a Washington corporation;<br>METALCLAD;<br>METROPOLITAN LIFE INSURANCE COMPANY;<br>QUINTEC INDUSTRIES, INC.;<br>RAPID-AMERICAN CORPORATION;<br>SABERHAGEN HOLDINGS, INC.;<br>SAINT GOBAIN CONTAINERS INC., individually and as successor-in-interest to, SAINT GOBAIN CONTAINER, INC., BALL GLASS CONTAINER CORPORATION, BALL CORPORATION, INDIAN HEAD and NORTHWESTERN GLASS COMPANY;<br>SOCO WEST, INC., f/k/a BRENNTAG WEST; and<br>UNION CARBIDE CORPORATION<br>Defendants. | No. 10-2-32587-5 SEA<br><br>SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY |

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 1
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Complaint - noashipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

**EXHIBIT 2**

## FACTUAL BACKGROUND:

1. Plaintiffs are Lola and Michael Bouchard, wife and husband. Plaintiffs reside in Everett, Washington.

2. For Plaintiff Lola Bouchard:

   A. Date of Birth: November 7, 1959.

   B. Plaintiff Lola Bouchard was exposed to asbestos from asbestos dust and fibers brought home on her ex-husband Ronald Berger's work clothing when they were married from 1975 to 1979. During 1975, Mr. Berger worked as a floorboy at Northwestern Glass Company in Seattle, WA. From approximately 1976 to 1979, Mr. Berger was a shipscaler working out of the Shipscalers Union, Local 541 at local shipyards including Todd Shipyard, Lockheed Shipyard, Foss Shipyard and Lake Union Shipyard. Throughout Mrs. Bouchard's marriage to Mr. Berger, Mr. Berger also performed brake work on cars, both his own and those of friends and family. Mr. Berger purchased all of his brake materials at CSK Auto. During his employment and home brake work, he was exposed to asbestos and asbestos-containing products manufactured, sold, supplied, and/or installed by the defendants.

   C. Plaintiff Lola Bouchard was also exposed to asbestos from asbestos dust and fibers brought home on her father, Fred Carl Gerlach's clothes. Mr. Gerlach began building his family home in 1969. Plaintiff Lola Bouchard resided in this home during its construction, which included drywall and joint compound work. Additionally, during Plaintiff Lola Bouchard's childhood from 1960 until 1975, Mr. Gerlach worked at Northwestern Glass Company in Seattle, WA. Mr. Gerlach's work at Northwestern Glass Company included facility maintenance as a floorboy, machinery maintenance and operation as an oiler, operator, and working foreman. During his employment and home construction work, he was exposed to

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 2
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Complaint - noshipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

asbestos and asbestos-containing products manufactured, sold, supplied, and/or installed by defendants.

   D.   Based on information and belief Plaintiff Lola Bouchard has been exposed to the asbestos-containing products of every named defendant in this lawsuit, except Metropolitan Life Insurance Company.

   E.   As a result of the exposure, Plaintiff Lola Bouchard has developed an asbestos-related disease, mesothelioma. The defendants' products and/or their negligence proximately caused the development of the mesothelioma. Plaintiff Lola Bouchard first learned in approximately April, 2010 that she had mesothelioma, caused by asbestos exposure. Plaintiff has been treated for mesothelioma by Dr. James Congdon.

   3.   Defendant CSK Auto, Inc., is an Arizona corporation licensed to do business in the state of Washington. CSK Auto, Inc., and/or its predecessor(s) was an auto parts retailer engaged in the manufacture, sale, distribution and/or supply of products that contained asbestos.

   4.   Defendant E&E Lumber, Inc. is a Washington state corporation. E&E Lumber, Inc., and/or its predecessor(s) sold and distributed asbestos-containing materials to individuals, contractors and sub-contractors.

   5.   Defendant General Refractories Company is a Pennsylvania corporation. General Refractories Company and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of products that contained asbestos.

   6.   Defendant Georgia-Pacific Corp. is a Georgia corporation licensed to do business in the state of Washington. Georgia-Pacific Corp. manufactured asbestos-

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 3
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Complaint - asmshipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  containing materials and distributed these products to numerous contractors and sub-
2  contractors in Washington.

3      7.    Defendant Honeywell International Inc., as successor-in-interest to Bendix is
4  a Delaware corporation. Honeywell International Inc. and/or its predecessor(s) manufactured
5  and/or distributed asbestos-containing automotive brake and clutch products.
6
7      8.    Defendant J.T. Thorpe & Son, Inc. is a California corporation licensed to do
8  business in the state of Washington. J.T. Thorpe & Son, Inc. and/or its predecessor(s)
9  supplied and installed refractory materials, which contained asbestos, at Northwestern Glass
10 Company in Seattle, WA.

11     9.    Defendant Longview Fibre Company is a Washington State corporation.
12 Longview Fibre Company was engaged in the manufacture, sale, distribution and/or supply
13 of products that contained asbestos.
14
15     10.    Defendant Metalclad is a California corporation, licensed to do business in the
16 state of Washington. Metalclad and/or its predecessor(s) supplied and installed insulation
17 materials, which contained asbestos.

18     11.    Defendant Metropolitan Life Insurance Company was involved in actions to
19 prevent the dissemination of accurate information to the public concerning the hazards of
20 asbestos dust and to cause false or misleading information about the health effects of asbestos to
21 be published. Metropolitan Life Insurance Company acted in concert with and aided and
22 abetted the defendants and other manufacturers of asbestos-containing products in wrongful
23 conduct which was a cause of harm to Plaintiff.
24
25
26

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 4
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Complaint - nonshipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

12. Defendant Quintec Industries, Inc. is a California corporation. Quintec Industries, Inc. and/or its predecessor(s) supplied and installed insulation materials, which contained asbestos.

13. Defendant Rapid-American Corporation is a Delaware corporation. Rapid-American Corporation and/or its predecessor(s) supplied and installed insulation materials, which contained asbestos.

14. Defendant Saint Gobain Containers Inc., individually and as successor-in-interest to, Saint Gobain Container, Inc., Ball Glass Container Corporation, Ball Corporation, Indian Head and Northwestern Glass Company is a Delaware corporation licensed to do business in the state of Washington. Saint Gobain Containers Inc., and/or its predecessor(s), during the relevant periods of time, negligently failed to provide a safe place to work and were negligent towards plaintiff.

15. Defendant Soco West, Inc., f/k/a Brenntag West is a Delaware corporation. Soco West, Inc., f/k/a Brenntag West and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of asbestos-containing products.

16. Defendant Union Carbide Corporation is a New York corporation licensed to do business in the state of Washington. Union Carbide was engaged in the sale, distribution, and manufacture of raw asbestos fiber used in the manufacture of various hazardous asbestos-containing products as well as the manufacture, supply, and distribution of hazardous asbestos-containing products.

### THEORIES OF LIABILITY

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 5
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Complaint - no shipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

17.   Plaintiffs' claims are as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

18.   Plaintiffs' claims against each defendant are based *inter alia* on strict product liability pursuant to Restatement Second of Torts, Section 402A including both design defect and failure to provide warnings and also based on negligence.

## DAMAGES

19.   Plaintiffs have suffered the following damages:

A.   Past and future medical expenses;

B.   Loss of wage-earning capacity;

C.   Past and future disability; pain and suffering, both physical and emotional; greatly increased risk of further disease; anxiety and fear of further disease and shortening of life expectancy; and interference with normal life, all resulting in general damages;

D.   Interest from the date of injury;

E.   Plaintiff Michael Bouchard has suffered and will suffer damages for loss of companionship, services and consortium;

F.   Mrs. Bouchard's children have also suffered and will suffer damages for loss of love, care, and companionship; and

G.   The aforementioned damages sought from each of the above-named defendants are in an amount to be proved at trial.

SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY – 6
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Complaint - nonshipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1   DATED this 13th day of September, 2010.

2                               SCHROETER, GOLDMARK & BENDER

3

4                               _____
                                JANET L. RICE, WSBA #9386
5                               Counsel for Plaintiffs

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY -- 7
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\Complaint - nonshipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305