# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Kwang Scanlon v. Asbestos Companies, et al., C.D. California, C.A. No. 2:10-07264

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for **see attached**, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

☑ The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (briefly describe nature of the interest)

Ampco-Pittsburgh Corporation, Utica National Insurance Group, Resolute Management, Inc. and Liberty Mutual

**OR**

☐ This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

_____    Gordon & Rees LLP
Signature of Attorney                           Name of Firm

275 Battery Street, 20th Floor                San Francisco, CA 94111
Address                                                  City/State/Zip Code

Date December ___, 2010

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## Attached List to Corporate Disclosure Statement

AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC. is a wholly-owned subsidiary of Ampco-Pittsburgh Corporation, Utica National Insurance Group, Resolute Management, Inc. and Liberty Mutual.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date set forth below, I served the within documents:

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by personally arranging for the hand delivery via *USA Network Messengers* the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

| Baron & Budd, PC<br>9465 Wilshire Blvd Ste 460<br>Beverly Hills, CA 90212<br>Telephone:      310.860.0476<br>Facsimile:       310.860.0480<br>***Plaintiffs' Counsel*** | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.      Executed on **December 2, 2010**, at San Francisco, California.

*Samantha Oryall*
Samantha Oryall

BUFFP/1065431/8555541v.1