## UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:  11/30/10**

**District Court: D. Minnesota**

**Number of Actions: 4**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL