IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| This Document Relates To:<br><br>LOLA and MICHAEL BOUCHARD, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; et al.,<br><br>Defendants. | CBS CORPORATION F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, F/K/A WESTINGHOUSE ELECTRIC'S CORPORATE DISCLOSURE STATEMENT<br><br>United States District Court for the Western District of Washington Cause No. 2:10-cv-01810 |

Pursuant to Multidistrict Litigation Rule 5.3, CBS Corporation makes the following corporate disclosure:

1. Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation"), by and through the undersigned counsel, Multidistrict

CBS CORPORATION, F/K/A VIACOM, INC'S CORPORATE
DISCLOSURE STATEMENT- 1
(2:10-cv-01810)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2996893.1

1. Litigation Rule 5.3, states that on December 31, 2005, Viacom Inc. changed its name to CBS Corporation.

2. CBS Corporation is a publicly traded company with no parent company; however, National Amusements, Inc. is a privately held company which owns the majority of the voting stock of CBS Corporation.

3. No publicly held corporation owns 10% or more of the stock of CBS Corporation.

4. The undersigned party understands that it must promptly file a supplemental statement upon any change in the information that the statement requires.

DATED this 6th day of December, 2010.

<u>s/Christopher S. Marks, WSBA #28634</u>
Samantha W. Noonan, WSBA #41885
Attorneys for Defendant CBS Corporation, f/k/a Viacom, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: cmarks@williamskastner.com
snoonan@williamskastner.com

CBS CORPORATION, F/K/A VIACOM, INC'S CORPORATE DISCLOSURE STATEMENT- 2
(2:10-cv-01810)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2996893.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2010, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Janet L. Rice
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
*Attorneys for Plaintiff*

David R. West
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101
*Attorneys for Foss Maritime Company*

Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA 98109-0844
*Attorneys for Foster Wheeler Energy Corporation; Hopeman Brothers Inc.*

T. Arlen Rumsey
GORDON & POLSCER LLC
1000 Second Avenue, Suite 1500
Seattle, WA 98104
*Attorneys for Fryer-Knowles, Inc.*

Walter Barton
KARR, TUTTLE, CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, WA 98101-3028
*Attorneys for Todd Shipyards Corp.*

Robert G. Andre
OGDEN MURPHY WALLACE PLLC
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101
*Attorneys for Lockheed Shipbuilding Company*

Melissa Habeck
FORSBERG & UMLAUF, PS
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
*Attorneys for Lake Union Drydock Company*

J. Michael Mattingly
RIZZO MATTINGLY BOSWORTH PC
411 SW Second Avenue, Suite 200
Portland, OR 97204
*Attorneys for International Paper Company*

Signed at Seattle, Washington this 6th day of December, 2010.

s/Christopher S. Marks, WSBA #28634
Samantha W. Noonan, WSBA #41885
Attorneys for Defendant CBS Corporation, f/k/a Viacom, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: cmarks@williamskastner.com
snoonan@williamskastner.com

CBS CORPORATION, F/K/A VIACOM, INC'S CORPORATE DISCLOSURE STATEMENT- 3
(2:10-cv-01810)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2996893.1