1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| This Document Relates To: | |
| LOLA and MICHAEL BOUCHARD, wife and husband, | GENERAL ELECTRIC COMPANY'S CORPORATE DISCLOSURE STATEMENT |
| Plaintiffs, | United States District Court for the Western District of Washington Cause No. 2:10-cv-01810 |
| v. | |
| CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; et al., | |
| Defendants. | |

Pursuant to Multidistrict Litigation Rule 5.3, General Electric Company makes the following corporate disclosure:

1)      Publicly-traded companies in which GE and affiliates (including NBCU and GE Capital) own 10% or more of the outstanding stock:

GENERAL ELECTRIC COMPANY'S CORPORATE DISCLOSURE STATEMENT- 1
(2:10-cv-01810)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2995774.1

1    ValueVision Media, Inc. (NBCU and GE Capital Equity) Genesis Lease Limited (GE

2  Capital) ) Krauses Furniture (GE Capital)

3        2)      GE's subsidiaries which have outstanding securities in the hands of the public

4  (debt, equity or other types of securities) are:

5        General Electric Capital Services, Inc. (formerly, General Electric Financial Services,

6  Inc.) General Electric Capital Corporation Universal City Development Partners, Ltd. (50%

7  ownership), and its wholly owned subsidiary, UCDP Finance, Inc.

8        3)      There is no parent of GE and no publicly traded company or other entity owns

9  10% or more of GE.

10       DATED this 6th day of December, 2010.

11
                                 Samantha W. Noonan, WSBA #41885
12                               Christopher S. Marks, WSBA #28634
                                 Attorneys for Defendant General Electric
13                               Company
                                 WILLIAMS, KASTNER & GIBBS PLLC
14                               601 Union Street, Suite 4100
                                 Seattle, WA  98101-2380
15                               Telephone:  (206) 628-6600
                                 Fax:  (206) 628-6611
16                               Email:  snoonan@williamskastner.com
                                              cmarks@williamskastner.com
17

18

19

20

21

22

23

24

25

GENERAL ELECTRIC COMPANY'S CORPORATE DISCLOSURE        **Williams, Kastner & Gibbs PLLC**
STATEMENT- 2                                            601 Union Street, Suite 4100
(2:10-cv-01810)                                         Seattle, Washington 98101-2380
                                                        (206) 628-6600

2995774.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2010, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Janet L. Rice
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
***Attorneys for Plaintiff***

David R. West
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101
***Attorneys for Foss Maritime Company***

Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA  98109-0844
***Attorneys for Foster Wheeler Energy
Corporation; Hopeman Brothers Inc.***

T. Arlen Rumsey
GORDON & POLSCER LLC
1000 Second Avenue, Suite 1500
Seattle, WA  98104
***Attorneys for Fryer-Knowles, Inc.***

Walter Barton
KARR, TUTTLE, CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, WA  98101-3028
***Attorneys for Todd Shipyards Corp.***

Robert G. Andre
OGDEN MURPHY WALLACE PLLC
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101
***Attorneys for Lockheed Shipbuilding
Company***

Melissa Habeck
FORSBERG & UMLAUF, PS
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
***Attorneys for Lake Union Drydock Company***

J. Michael Mattingly
RIZZO MATTINGLY BOSWORTH PC
411 SW Second Avenue, Suite 200
Portland, OR 97204
***Attorneys for International Paper Company***

Signed at Seattle, Washington this 6th day of December, 2010.

<u>s/Samantha W. Noonan, WSBA #41885</u>
Attorneys for Defendant General Electric
Company
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  snoonan@williamskastner.com

GENERAL ELECTRIC COMPANY'S CORPORATE DISCLOSURE
STATEMENT- 3
(2:10-cv-01810)

2995774.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600