

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | LOS ANGELES |
| ONE SOUTH DEARBORN | BRUSSELS | NEW YORK |
| CHICAGO, IL 60603 | CHICAGO | SAN FRANCISCO |
| (312) 853 7000 | DALLAS | SHANGHAI |
| (312) 853 7036 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |

jfonstad@sidley.com
(312) 853-0752

FOUNDED 1866

December 6, 2010

**Via CM/ECF**

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    <u>MDL 875: In re Asbestos Product Liability Litigation (No. VI)</u>

Dear Mr. Lüthi:

    Pursuant to Rules 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel of the following potential tag-along action (listed below and set forth on the following schedule) in MDL 875:

    *Robert W. Cropper and Norma Cropper v. Rapid American Co., et al.*,
    Northern District of Illinois, Case No. 1:10-cv-7738, Hon. Judge Hibbler.

    Please note that this case was filed on December 6, 2010 with the Northern District of Illinois and meets the criteria for transfer to the MDL 875.

    Attached electronically are copies of the docket sheet, complaint, civil cover sheet, proof of service and defendant General Electric Company's notice of tag-along action.

    Please do not hesitate to contact me should you have any questions about the above.

    Sincerely,

    *s/ John Fonstad*

    John A. Fonstad

Enclosures

cc:    All Counsel of Record (by U.S. Mail) per attached service list