# SCHEDULE

| Div. | C.A. # | Judge | Case Caption |
|---|---|---|---|
| **Northern District of Illinois** | | | |
| 1 | 10-7738 | Hon. Hibbler | Robert W. Cropper and Norma Cropper v. Rapid American Co., et al. |