## SERVICE LIST

**ROBERT W. CROPPER and NORMA CROPPER**,
v. **RAPID AMERICAN CORP.**, et al., **Case No. 1:10-cv-7738**

David O. Barrett
Timothy G. Martin
Michael T. Egan
Cooney and Conway
120 North LaSalle Street, 30th Floor
Chicago, IL 60602
*Attorney for* Plaintiff

Douglas Prochnow
Jennifer A. Johnston
Martha Brown
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
*Attorney for* Metropolitan Life Insurance Co.

Stephen Hoke
Sarah Hixon
Stephen Hoke Associates LLC
117 N. Jefferson Street, L2
Chicago, IL 60661-2387
*Attorney for* C P Hall Co.

Christopher M. Davis
Steptoe & Johnson
Complex Litigation Support Center
400 A Guide Drive
Rockville, Maryland 20850
*Attorney for* Metropolitan Life Insurance Co.

Kevin Dreher
Morgan Lewis & Bockius
77 West Wacker Dr.
Chicago, IL 60601-5094
*Attorney for* Mueller Co. and Yarway Corp.

Demetra Arapakis Christos
Foley & Mansfield, P.L.L.P.
39 S. LaSalle, Suite 1110
Chicago, IL 60603
*Attorney for* Blackmer Inc., Elliott Turbomachinery Corp., Fisher Controls Intl., Taco Inc. and Viacom Inc.

William F. Mahoney
Kathleen McDonough
Segal, McCambridge, Singer & Mahoney
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
*Attorney for* Gardner Denver Inc., Aurora Pump Co., DAP Inc., BW/IP Inc. and Foster Wheeler Energy Co.

Christopher P. Larson
Tobin J. Taylor
Adam J. Lagocki
Heyl, Royster, Voelker & Allen
Chase Building, Suite 600
124 SW Adams Street
Peoria, IL 61502
*Attorney for* H.B. Fuller Co., Certainteed Corp., Air & Liquid Systems Inc., Buffalo Pumps Co., Imo Industries Inc., Riley Power Inc., Union Carbide Corporation and Warren Pumps, LLC

John J. Kurowski
Kurowski Bailey & Schultz, LLC
24 Bronze Point
Swansea, IL 62226
*Attorney for* A.W. Chesterton Co.

| | |
|---|---|
| Joseph J. O'Hara, Jr.<br>Matthew Jardine<br>Edward M. Casmere<br>Schiff, Hardin & Waite, LLP<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6473<br>*Attorney for* Anderson Greenwood & Co., Grinnell Corp., Grinnell LLC, Henry Pratt Co., Mueller Co. and Uniroyal Co. | George Fitzpatrick<br>McRay Judge<br>Swanson, Martin & Bell<br>One IBM Plaza, Suite 3300<br>330 N. Wabash Ave.<br>Chicago, IL 60611<br>*Attorney for* Sterling Fluid Systems Inc. and FMC Corp. |
| Craig Liljestrand<br>Hinshaw & Culbertson<br>222 N. LaSalle St., Suite 300<br>Chicago, IL 60601<br>*Attorney for* Goulds Pumps Inc. | Law Offices of Robert P. Harris<br>180 North Michigan Ave., Suite 2105<br>Chicago, IL 60601-7478<br>*Attorney for* Crown Cork & Seal Co. |
| Leslie Davis<br>Roger K. Heidenreich<br>SNR Denton US LLP<br>233 South Wacker Drive, Suite 7800<br>Chicago, IL 60606-6404<br>*Attorney for* Rapid American Co. | Brenda G. Baum<br>George Kiser<br>Hepler Broom<br>150 N. Wacker Dr., Suite 3100<br>Chicago, IL 60606<br>*Attorney for* Georgia Pacific LLC f/k/a Georgia Pacific Corp. and Trane US, Inc. |
| James P. Kasper<br>Gunty & McCarthy<br>150 South Wacker Drive<br>Chicago, IL 60606-4163<br>*Attorney for* Crane Co. | Daniel J. Cheely<br>Cheely, O'Flaherty, & Ayres<br>19 S. LaSalle Street, Suite 1203<br>Chicago, IL 60603<br>*Attorney for* Ingersoll Rand Co. and Henry Vogt Inc. |
| Daniel O'Connell<br>O'Connell Tivin Miller & Burns LLC<br>135 S. LaSalle Street, Suite 2300<br>Chicago, IL 60603<br>*Attorney for* John Crane Inc. | Eric D. Carlson<br>Agatha K. Raynor<br>Crivello Carlson SC<br>710 North Plankinton Ave., Suite 500<br>Milwaukee, WI 53203-2404<br>*Attorney for* A O Smith Corp. |