UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI) - C.A. No. MDL 875

| UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA ||
|---|---|
| **TRACY MANKER,**<br><br>Plaintiff,<br><br>vs.<br><br>**The BNSF Railway Company**, a corporation, individually and as successor-in-interest to the Burlington Northern and Santa Fe Railway Company,<br><br>Defendant. | CIVIL ACTION NO. <u>2:10-CV-01707-ROS</u> |

## NOTICE OF RELATED ACTION

The above captioned case is a Federal Employer's Liability Act asbestos action currently pending in the United States District Court, District of Arizona. The Panel has not listed this case for transfer or conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer orders and correction orders it has issued. The Plaintiff represented by the undersigned counsel hereby respectfully requests that the Panel take action to transfer this case to the Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerks of the relevant United States District Court that this action shall be transferred for consolidated pretrial proceedings under 28 U.S.C. §1407, pursuant to the Panel's July 29, 1991 order.

In accordance with the Panel's opinion and order and Rule 13(e), the undersigned counsel for the Plaintiff notifies the Clerk of the Panel of the above-captioned related action.

Respectfully submitted,

BY: _____
HECTOR L. SANDOVAL
ROVEN-KAPLAN, LLP
2190 North Loop West, Suite 410
Houston, Texas 77018
(713) 465-8522
(713) 465-3658 (FAX)

MARK A. KILLE
THE KILLE LAW FIRM, PLLC
8521 East Florentine Road, Suite A
Prescott Valley, AZ 86314
(928) 775-9398
(928) 775-9817 (FAX)

ATTORNEYS FOR TRACY MANKER

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Related Action to be served by sending a copy via Federal Express, on this __7th__ day of December, 2010 to the following:

_____
HECTOR L. SANDOVAL

William L. Thorpe
Bradley D. Shwer
FENNEMORE CRAIG, P.C.
3003 North Central Ave, Ste 2600
Phoenix, AZ 85012

William A. Brasher
Linda R. Self
BOYLE BRASHER, LC
211 N. Broadway, Ste 2300
St. Louis, MO 63102