STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:10-cv-01707-ROS

Manker v. BNSF Railway Company  
Assigned to: Judge Roslyn O Silver  
Cause: 45:51 Railways: Fed. Employer's Liability Act

Date Filed: 08/11/2010  
Jury Demand: Both  
Nature of Suit: 330 Federal Employer's Liability  
Jurisdiction: Federal Question

**Plaintiff**

**Tracy Manker**     represented by     **Hector L Sandoval**  
Roven-Kaplan LLP  
2190 North Loop West  
Ste 410  
Houston, TX 77018  
713-465-8522  
Fax: 713-465-3658  
Email: hsandoval@rovenlaw.com  
*ATTORNEY TO BE NOTICED*

**John D Roven**  
Roven-Kaplan LLP  
2190 North Loop West  
Ste 410  
Houston, TX 77018  
713-465-8522  
Fax: 713-465-3658  
Email: jroven@rovenlaw.com  
*ATTORNEY TO BE NOTICED*

**Mark Anthony Kille**  
The Kille Law Firm PLLC  
7550 E Addis Ave  
Prescott Valley, AZ 86314  
928-775-9398  
Fax: 928-775-9817  
Email: mark@killelaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BNSF Railway Company**     represented by     **Bradley David Shwer**  
*a corporation, individually and as successor in interest*     Fennemore Craig PC  
3003 N Central Ave

Burlington Northern and Santa Fe
Railway Company

Ste 2600
Phoenix, AZ 85012-2913
602-916-5000
Fax: 602-916-5671
Email: bshwer@fclaw.com
*ATTORNEY TO BE NOTICED*

**William A Brasher**,
Boyle Brasher LLC
211 N Broadway
Ste 2300
St Louis, MO 63102
314-621-7700
Fax: 314-621-1088
Email: wbrasher@boylebrasher.com
*ATTORNEY TO BE NOTICED*

**William Lee Thorpe**
Fennemore Craig PC
3003 N Central Ave
Ste 2600
Phoenix, AZ 85012-2913
602-916-5000
Fax: 602-916-5550
Email: wthorpe@fclaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2010 | 1 | COMPLAINT. Filing fee received: $ 350.00, receipt number 0970-4219402, filed by Tracy Manker. Case opened with the following number: CV-10-1707-PHX-ROS submitted by Mark Kille and John D. Roven. (Attachments: # 1 Civil Cover Sheet)(MHA) Modified on 8/12/2010 (MHA). (Entered: 08/12/2010) |
| 08/11/2010 | 2 | SUMMONS Submitted by Tracy Manker. (MHA) (Entered: 08/12/2010) |
| 08/11/2010 | 4 | Filing fee paid, receipt number 0970-4219402. This case has been assigned to the Honorable Roslyn O Silver. All future pleadings or documents should bear the correct case number: CV-10-1707-PHX-ROS. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (MHA) (Entered: 08/12/2010) |
| 08/12/2010 | 3 | Summons Issued as to BNSF Railway Company. (MHA). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 08/12/2010) |
| 08/27/2010 | 5 | AFFIDAVIT of Service for Complaint served on BNSF on 08/23/10, filed by Tracy Manker. (Kille, Mark) (Entered: 08/27/2010) |
| 09/13/2010 | 6 | ANSWER to 1 Complaint, by BNSF Railway Company.(Thorpe, William) |

| | | |
|---|---|---|
| | | Modified on 9/14/2010 (SAT). CORRECTION: Added co-counsel. (Entered: 09/13/2010) |
| 09/13/2010 | 7 | Corporate Disclosure Statement by BNSF Railway Company. (Thorpe, William) (Entered: 09/13/2010) |
| 09/13/2010 | 8 | DEMAND for Trial by Jury by BNSF Railway Company. (Thorpe, William) (Entered: 09/13/2010) |
| 09/15/2010 | 9 | ORDER SETTING SCHEDULING CONFERENCE - IT IS HEREBY ORDERED that pursuant to Fed.R.Civ.P. (FRCP) 16 a Scheduling Conference is set for November 23, 2010 at 11:00 a.m. in Courtroom 604 at the Sandra Day O'Connor U.S. Courthouse, 401 West Washington, Phoenix, Arizona. IT IS FURTHER ORDERED that at the Case Management Meeting the counsel/parties shall prepare a Proposed Case Management Plan and a Proposed Scheduling Order and shall file them with the Court, not less than ten days before the Scheduling Conference (See Order for further details). Signed by Judge Roslyn O Silver on 9/15/10. (CLB) (Entered: 09/15/2010) |
| 10/27/2010 | 10 | NOTICE re Notice of Attorney's Address by Tracy Manker. (Kille, Mark) (Entered: 10/27/2010) |
| 11/08/2010 | 11 | MOTION for Admission Pro Hac Vice as to attorney William A Brasher on behalf of BNSF Railway Company. (BAS) (Entered: 11/09/2010) |
| 11/09/2010 | | PRO HAC VICE FEE PAID. $ 50, receipt number PHX103266 as to William A Brasher. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 11/09/2010) |
| 11/09/2010 | 12 | ORDER pursuant to General Order 05-25 granting 11 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS)(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 11/09/2010) |
| 11/11/2010 | 13 | REPORT of Rule 26(f) Planning Meeting by Tracy Manker. (Kille, Mark) (Entered: 11/11/2010) |
| 11/12/2010 | 14 | AMENDED DOCUMENT by BNSF Railway Company. Amendment to 13 Report of Rule 26(f) Planning Meeting. (Thorpe, William) (Entered: 11/12/2010) |
| 11/17/2010 | 15 | Proposed Pretrial Order *Proposed Scheduling Order* by Tracy Manker. (Kille, Mark) (Entered: 11/17/2010) |
| 11/22/2010 | 16 | Due to a conflict in the Court's calendar, IT IS ORDERED the Rule 16 Scheduling Conference, presently set for 11/23/2010 at 11:00 AM, is VACATED and RESET for 12/3/2010 at 11:00 AM before Judge Roslyn O. Silver. Ordered by Judge Roslyn O. Silver. (ROS)(This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry.) (Entered: 11/22/2010) |
| 11/22/2010 | 17 | REQUEST re: Request to Appear Telephonically by Plaintiff Tracy Manker. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Order to Appear Telephonically)(Kille, Mark) Modified on 11/23/2010 (SAT). NOTIFICATION: Incorrect event selected. (Entered: 11/22/2010) |
| 11/23/2010 | 18 | IT IS ORDERED granting Plaintiff's Request to Appear Telephonically for the December 3, 2010 Scheduling Conference (Doc. 17). Mr. Kille may appear telephonically from a land line only. No cell or speaker phone appearances are allowed. Signed by Judge Roslyn O. Silver on 11/23/2010. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ROS) (Entered: 11/23/2010) |
| 12/03/2010 | 19 | TEXT ONLY Minute Entry. Proceedings held before Judge Roslyn O Silver: Scheduling Conference held on 12/3/2010. Appearances: Mark Kille (telephonically) for the Pltf; William Thorpe for the Dft. Joint Status Report due by 4/8/2011. Interim Status Conference set for 4/15/2011 at 10:00 AM in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Judge Roslyn O Silver. The Court signs the Rule 16 Scheduling Order in open court. Scheduling Order to follow.(Court Reporter Elaine Cropper.) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB) (Entered: 12/03/2010) |
| 12/03/2010 | 20 | RULE 16 SCHEDULING ORDER - Pursuant to the terms of the Case Management Plan and the representations made by the parties at the Rule 16 Scheduling Conference, all parties shall comply with the deadlines established in this Order. All Discovery due by 6/10/2011. Dispositive motions due by 7/8/2011. Joint Proposed Pretrial Order due by 9/15/2011. Joint Status Report due by 4/8/2011. Interim Status Conference set for 4/15/2011 at 10:00 AM in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Judge Roslyn O Silver (See Order for further details). Signed by Judge Roslyn O Silver on 12/3/10. (CLB) (Entered: 12/03/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/07/2010 11:17:26 | | | |
| PACER Login: | ro1369 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:10-cv-01707-ROS |
| Billable Pages: | 3 | Cost: | 0.24 |