**WILLIAMS KASTNER**™

December 7, 2010

08515.1422

Clerk of the Court
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle
NE Room G-255, North Lobby
Washington, DC 20002

Re: In Re: Asbestos Products Liability Litigation (No. VI) – MDL No. 875
Bouchard v. CBS Corporation, USDC No. 2:10-cv-0180

Dear Clerk of the Court:

I am withdrawing previously filed docket number 6455 (CBS Corporation f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric's Corporate Disclosure Statement) because I failed to spread the document correctly. The clerk's office called and requested that I withdraw this document and re-file today.

Very truly yours,

L. Alexandra Sandiforth
Legal Assistant to Christopher S. Marks
(206) 628-6600

Williams, Kastner & Gibbs PLLC
Two Union Square
601 Union Street, Suite 4100
Seattle, Washington 98101
main 206.628.6600 fax 206.628.6611
www.williamskastner.com
SEATTLE . TACOMA . PORTLAND

*Practicing law with greater resolve*™

2998136.1