# SCHEDULE

**Div.**  **C.A. #**       **Judge**                              **Case Caption**

**Northern District of Illinois**

1        10-7760          Hon. Judge Manning                     David Lee Scott
                                                                 v. Rapid American Co., et al.