## SERVICE LIST

### DAVID LEE SCOTT
v. **RAPID AMERICAN CORP.**, et al., **Case No. 1:10-cv-7760**

| | |
|---|---|
| David O. Barrett<br>Timothy G. Martin<br>Michael T. Egan<br>Cooney and Conway<br>120 North LaSalle Street, 30th Floor<br>Chicago, IL 60602<br>*Attorney for* Plaintiff | Douglas Prochnow<br>Jennifer A. Johnston<br>Martha Brown<br>Wildman, Harrold, Allen & Dixon, LLP<br>225 West Wacker Drive, Suite 2800<br>Chicago, IL 60606-1229<br>*Attorney for* Metropolitan Life Insurance Co. and Square D Co. |
| Stephen Hoke<br>Sarah Hixon<br>Stephen Hoke Associates LLC<br>117 N. Jefferson Street, L2<br>Chicago, IL 60661-2387<br>*Attorney for* C P Hall Co. | Christopher M. Davis<br>Steptoe & Johnson<br>Complex Litigation Support Center<br>400 A Guide Drive<br>Rockville, Maryland 20850<br>*Attorney for* Metropolitan Life Insurance Co. |
| Kevin Dreher<br>Morgan Lewis & Bockius<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094<br>*Attorney for* Mueller Co., Mueller Group Co. and Yarway Corp. | Robert Brummond<br>Demetra Arapakis Christos<br>Foley & Mansfield, P.L.L.P.<br>39 S. LaSalle, Suite 1110<br>Chicago, IL 60603<br>*Attorney for* Armstrong International Inc., Blackmer Inc., Taco Inc., P & H Mining Equipment Inc. and Viacom Inc. |
| William F. Mahoney<br>Kathleen McDonough<br>Segal, McCambridge, Singer & Mahoney<br>Sears Tower – Suite 5500<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Attorney for* Foster Wheeler Energy Corp., Flowserve US Inc., Gardner Denver Inc., Aurora Pump Co., DAP Inc., BW/IP Inc., Kentile Floors, Inc. and Lindbergh Corp. | Christopher P. Larson<br>Tobin J. Taylor<br>Adam J. Lagocki<br>Heyl, Royster, Voelker & Allen<br>Chase Building, Suite 600<br>124 SW Adams Street<br>Peoria, IL 61502<br>*Attorney for* H.B. Fuller Co., Certainteed Corp., Air & Liquid Systems Inc., Buffalo Pumps Co., Imo Industries Inc., Riley Power Inc., Union Carbide Corporation and Warren Pumps, LLC |

James P. Kasper
Gunty & McCarthy
150 South Wacker Drive
Chicago, IL 60606-4163
*Attorney for* Crane Co.

John J. Kurowski
Kurowski Bailey & Schultz, LLC
24 Bronze Point
Swansea, IL 62226
*Attorney for* A.W. Chesterton Co. and Rockwell Automation Inc.

Joseph J. O'Hara, Jr.
Matthew Jardine
Edward M. Casmere
Schiff, Hardin & Waite, LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
*Attorney for* Anderson Greenwood & Co., Grinnell Corp., Grinnell LLC, Henry Pratt Co., Mueller Co., Mueller Group Co., Ajax Magnathermic Corp. and Uniroyal Co.

Craig Liljestrand
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago, IL 60601
*Attorney for* Goulds Pumps Inc., Howden Buffalo Inc., On Marine Services Co. and Spirax Sarco Inc.

Leslie Davis
Roger K. Heidenreich
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606-6404
*Attorney for* Rapid American Co.

George Fitzpatrick
McRay Judge
Swanson, Martin & Bell
One IBM Plaza, Suite 3300
330 N. Wabash Ave.
Chicago, IL 60611
*Attorney for* Crosby Valve Inc., Sterling Fluid Systems Inc. and FMC Corp.

Law Offices of Robert P. Harris
180 North Michigan Ave., Suite 2105
Chicago, IL 60601-7478
*Attorney for* Crown Cork & Seal Co.

Brenda G. Baum
George Kiser
Hepler Broom
150 N. Wacker Dr., Suite 3100
Chicago, IL 60606
*Attorney for* Foseco Inc., Georgia Pacific LLC f/k/a Georgia Pacific Corp. and Trane US, Inc.

Daniel J. Cheely
Cheely, O'Flaherty, & Ayres
19 S. LaSalle Street, Suite 1203
Chicago, IL 60603
*Attorney for* Ingersoll Rand Co. and Henry Vogt Machine Co.

Eric D. Carlson
Agatha K. Raynor
Crivello Carlson SC
710 North Plankinton Ave., Suite 500
Milwaukee, WI 53203-2404
*Attorney for* A O Smith Corp. and Rockwell Automation Inc.

<div style="column-count:2">

Daniel O'Connell
O'Connell Tivin Miller & Burns LLC
135 S. LaSalle Street, Suite 2300
Chicago, IL 60603
*Attorney for* John Crane Inc.

Charles E. Blackman
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
*Attorney for* United States Steel Corp.

Robert Spitkovsky
Frederick Mueller
Johnson & Bell Ltd.
33 W. Monroe Street, Suite 2700
Chicago, IL 60603-5404
*Attorney for* Beazer East Inc., H B Fuller Co., Goodyear Tire & Rubber Co. and Luse Stevenson Co.

Randall Smith
Schoen Mangan & Smith Ltd.
200 W. Adams Street, Suite 1005
Chicago, IL 60606-5222
*Attorney for* Brand Insulations Inc.

Edward H. MacCabe
MacCabe & McGuire
77 West Wacker Dr., Suite 3333
Chicago, IL 60601-1634
*Attorney for* Eaton Corp.

Unknown Counsel for Pettibone Traverse Lift LLC, service upon registered agent:
CT Corporation
208 S. LaSalle Street
Chicago, IL 60604

Christopher Lang
Rabbitt Pitzer & Snodgrass PC
100 South 4th Street, Suite 400
St. Louis, MO 63102-1821
*Attorney for* Surface Combustion Inc.

Edward J. Matushek
David Nilles
Matushek, Nilles & Sinars L.L.C.
55 West Monroe, Suite 700
Chicago, IL 60603
*Attorney for* Ajax Magnethermic Corp., B M I Refractory Services Inc. and Morgan Engineering Inc.

Robert W. Scott
Swain, Hartshorn & Scott
411 Hamilton Blvd., Suite 1812
Peoria, IL 61602
*Attorney for* Pneumo-Abex Corp.

Undray Wilkes
Paul Doerscheln
McGuireWoods
77 West Wacker Drive, Suite 4110
Chicago, IL 60601-8100
*Attorney for* ITT Industries Inc.

Margaret M. Foster
Thomas W. Hayes
McKenna & Storer
33 N. LaSalle, Suite 1400
Chicago, IL 60602-2610
*Attorney for* William Powell Co.

Unknown Counsel for Manitowoc Co Inc., service upon registered agent:
John D. West
500 S. Sixteenth Street
Manitowoc, WI 54220

</div>