# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.1.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:10-cv-07760

Scott v. Rapid American Corporation et al
Assigned to: Honorable Blanche M. Manning
Case in other court: Circuit Court of Cook County, Law
                     Division, 10L 12585
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 12/07/2010
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**David Lee Scott**                    represented by   **David Lee Scott**
                                                        PRO SE


V.

**Defendant**

**Rapid American Corporation**

**Defendant**

**H.B. Fuller Company**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Certainteed Corporation**

**Defendant**

**Uniroyal Inc**

**Defendant**

**Crown, Cork & Seal USA, Inc.**

**Defendant**

**Kentile Floors Inc**

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**John Crane, Inc.**

**Defendant**

**Georgia-Pacific Corporation**

**Defendant**

**DAP, Inc.**

**Defendant**

Ingersoll-Rand Company

**Defendant**

**Goulds Pumps Inc**

**Defendant**

**Sterling Fluid Systems (USA)**

**Defendant**

**FMC Corporation**

**Defendant**

**Gardner Denver Inc**

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**BW/IP Inc**

**Defendant**

**Air & Liquid Systems Inc.**

**Defendant**

**ITT Industries Inc**

**Defendant**

**Aurora Pump Company**

**Defendant**

**Flowserve US Inc**

**Defendant**

**Taco, Inc.**

**Defendant**

**Armstrong International Inc.**

**Defendant**

**Spirax Sarco, Inc.**

**Defendant**

**General Electric Company**                    represented by **Edward P Kenney**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: ekenney@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael Schieber**
Sidley Austin LLP
1 South Dearborn

Chicago, IL 60603
(312) 853-7925
Email: jschieber@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Anthony Fonstad**
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-0752
Email: jfonstad@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maja C. Eaton**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: meaton@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Viacom Inc.**

<u>Defendant</u>

**Crane Co.**

<u>Defendant</u>

**Henry Vogt Machine Company**

<u>Defendant</u>

**Flowserve US Inc**

<u>Defendant</u>

**Edward Valve and Manufacturing Company, The**

<u>Defendant</u>

**Yarway Corporation**

<u>Defendant</u>

**Anderson, Greenwood & Co.**

<u>Defendant</u>

**Grinnell Corporation**

<u>Defendant</u>

**Grinnell LLC**

<u>Defendant</u>

**Mueller Group LLC**

**Defendant**

**Mueller Company**

**Defendant**

**Henry Pratt Company**

**Defendant**

**William Powell Company, The**

**Defendant**

**Crosby Valve Inc.**

**Defendant**

**Foster Wheeler Energy Corporation**

**Defendant**

**Riley Power, Inc.**

**Defendant**

**A.O. Smith Corporation**

**Defendant**

**Trane U.S. Inc.**

**Defendant**

**Square D Company**

**Defendant**

**Rockwell Automation**

**Defendant**

**Eaton Corporation**

**Defendant**

**Warren Pumps, LLC**

**Defendant**

**Blackmer**

**Defendant**

**Howden Buffalo, Inc.**

**Defendant**

**Beazer East Inc.**

**Defendant**

**Foseco Inc.**

**Defendant**

**BMI Refractory Services Inc.**

**Defendant**

**Lindberg**

**Defendant**

**Pneumo-Abex**

**Defendant**

**Brand Insulations Inc**

**Defendant**

**Luse-Stevenson Co**

**Defendant**

**Goodyear Tire & Rubber Company**

**Defendant**

**P&H Mining Equipment Inc.**

**Defendant**

**Morgan Engineering Inc.**

**Defendant**

**Manitowoc Company, Inc.**

**Defendant**

**Ajax Magnathermic Corporation**

**Defendant**

**Surface Combustion, Inc.**

**Defendant**

**Pettibone Traverse Lift LLC**

**Defendant**

**United States Steel Corporation**

**Defendant**

**Metropolitan Life Insurance Co.**

| Date Filed | # | clear | Docket Text |
|---|---|---|---|
| 12/07/2010 | 1 | ☐ | NOTICE of Removal from Circuit Court of Cook County, Law Division, case number (10L 12585) filed by General Electric Company Filing fee $ 350, receipt number 0752-5492831. (Schieber, Jeffrey) (Entered: 12/07/2010) |
| 12/07/2010 | 2 | ☐ | CIVIL Cover Sheet (Schieber, Jeffrey) (Entered: 12/07/2010) |
| 12/07/2010 | 3 | ☐ | ATTORNEY Appearance for Defendant General Electric Company by Jeffrey Michael Schieber (Schieber, Jeffrey) (Entered: 12/07/2010) |
| 12/07/2010 | 4 | ☐ | ATTORNEY Appearance for Defendant General Electric Company by Maja C. Eaton (Eaton, Maja) (Entered: 12/07/2010) |
| 12/07/2010 | 5 | ☐ | ATTORNEY Appearance for Defendant General Electric Company by Edward P Kenney (Kenney, Edward) (Entered: 12/07/2010) |

Case MDL No. 875   Document 6464-3   Filed 12/07/10   Page 6 of 46

| 12/07/2010 | 6 | ☐ | ATTORNEY Appearance for Defendant General Electric Company by John Anthony Fonstad (Fonstad, John) (Entered: 12/07/2010) |
| 12/07/2010 | 7 | ☐ | Notice of Tag-Along Action by General Electric Company (Fonstad, John) (Entered: 12/07/2010) |
| 12/07/2010 | 8 | ☐ | ANSWER to Complaint by General Electric Company(Schieber, Jeffrey) (Entered: 12/07/2010) |
| 12/07/2010 | 9 | ☐ | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by General Electric Company (Schieber, Jeffrey) (Entered: 12/07/2010) |

[ View Selected ]

or

[ Download Selected ]

10-0622 DOB/kl                                                    Firm I.D. No: 90200

STATE OF ILLINOIS   }
                    } §
COUNTY OF COOK      }

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DAVID LEE SCOTT,                          IN RE:   ASBESTOS LITIGATION

                    Plaintiff,            NO:

          vs.

RAPID AMERICAN CORPORATION, Individually and as
Successor-in-Interest to Philip Carey Manufacturing
Corporation; H.B. FULLER COMPANY; UNION CARBIDE
CORPORATION, Individually and f/k/a Union Carbide
Chemicals and Plastics Company; CERTAINTEED            2010L012585
CORPORATION; UNIROYAL, INC.; C.P. HALL COMPANY;        CALENDAR/ROOM J1
CROWN, CORK AND SEAL, USA, INC.; KENTILE FLOORS,       TIME 00:00
INC.; A.W. CHESTERTON COMPANY; JOHN CRANE, INC.        Asbestos
f/k/a Crane Packing Company; GEORGIA-PACIFIC
CORPORATION a.k.a. Hopper Paper Company; DAP,
INC.; INGERSOLL-RAND COMPANY; GOULDS PUMPS,
INC.; STERLING FLUID SYSTEMS (USA), Individually and
as Successor-in-Interest to Peerless Pump Company
and as Successor-in-Interest to Indian Head, Inc.; FMC
CORPORATION; GARDNER DENVER, INC.; GARDNER
DENVER, INC., as Successor-in-Interest to JOY
MANUFACTURING CO.; IMO INDUSTRIES, INC.; BW/IP,
Inc. and its Wholly Owned Subsidiaries; AIR & LIQUID
SYSTEMS, INC., Successor by Merger to BUFFALO
PUMPS, INC.; ITT INDUSTRIES, INC., Individually and as
Successor-in-Interest to BELL & GOSSETT PUMP CO.;
AURORA PUMP COMPANY; FLOWSERVE US, INC. f/k/a
THE DURIRON COMPANY;  TACO, INC.; FMC,
Individually and as successor-in-Interest to Chicago
Pump Company; ARMSTRONG INTERNATIONAL, INC.;
SPIRAX SARCO, INC.; GENERAL ELECTRIC COMPANY;
VIACOM, INC., Successor-by-Merger to CBS Corporation
f/k/a Westinghouse Electric Corporation; CRANE CO.;
HENRY VOGT MACHINE COMPANY; FLOWSERVE US,
INC. a.k.a. FLOWSERVE PUMP CORP., Individually and
as Successor-in-Interest to THE EDWARD VALVE AND
MANUFACTURING COMPANY; YARWAY CORPORATION;
ANDERSON, GREENWOOD & CO.; GRINNELL
CORPORATION f/k/a GRINNELL FIRE PROTECTION
SYSTEMS, INC.; GRINNELL LLC; MUELLER GROUP, LLC

d/b/a MUELLER FLOW, LLC; MUELLER COMPANY;
HENRY PRATT COMPANY; THE WILLIAM POWELL
COMPANY; CROSBY VALVE, INC.; FOSTER WHEELER
ENERGY CORPORATION; RILEY POWER, INC. f/k/a RILEY
STOKER CORPORATION; A.O. SMITH CORPORATION;
TRANE U.S., INC.; SQUARE D COMPANY; ROCKWELL
AUTOMATION, as Successor-in-Interest to ALLEN
BRADLEY COMPANY; EATON CORPORATION,
Individually and as Successor-in-Interest to CUTLER
HAMMER, INC.; WARREN PUMPS, LLC; BLACKMER, a
Dover Company; HOWDEN BUFFALO, INC., Individually
and as Successor-in-Interest to BUFFALO FORGE
COMPANY; BEAZER EAST, INC., Individually and as
Successor-in-Interest to Koppers Company, Inc. & as
Successor-in-Interest to Theim Corporation and
Universal Refractories Company; FOSECO, INC.; ON
Marine Services Company, a Delaware corporation, and
a wholly owned subsidiary of Oglebay Norton
Company, an Ohio corporation; BMI REFRACTORY
SERVICES, INC.; LINDBERG; PNEUMO-ABEX, as
Successor-in-Interest to Abex Corporation; BRAND
INSULATIONS, INC.; LUSE-STEVENSON CO.; GOODYEAR
TIRE AND RUBBER CO.; P&H MINING EQUIPMENT, INC.;
MORGAN ENGINEERING, INC., as Successor-in-Interest
to ALLIANCE MACHINE CO.; THE MANITOWOC
COMPANY, INC.; AJAX MAGNATHERMIC
CORPORATION; SURFACE COMBUSTION, INC.;
PETTIBONE TRAVERSE LIFT, LLC; UNITED STATES STEEL
CORPORATION; METROPOLITAN LIFE INSURANCE CO.,

Defendants.

## COMPLAINT AT LAW

### COUNT 1

NOW COMES the Plaintiff, DAVID LEE SCOTT, by and through his attorneys, COONEY and

CONWAY, and for his cause of action against the Defendants, individually and concurrently, states:

1.     The Plaintiff, DAVID LEE SCOTT, was employed from 1947 to 1978 in various capacities

including, Millwright at various locations. The Plaintiff was also exposed to asbestos through his Father,

DAVID A. SCOTT, from 1930 to 1949 while he was employed in various capacities including, Roller at

various locations.

2.     During the course of his employment, non-occupational work projects (including, but

not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the

Plaintiff, DAVID LEE SCOTT, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers

and Plaintiff's Father, DAVID A. SCOTT, was exposed to and carried home on his clothing large amounts

of asbestos fibers emanating from certain products they were working with and around that were

manufactured, sold, marketed, distributed or installed by the Defendants: RAPID AMERICAN

CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation; H.B.

FULLER COMPANY; UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and

Plastics Company; CERTAINTEED CORPORATION; UNIROYAL, INC.; C.P. HALL COMPANY; CROWN, CORK

AND SEAL, USA, INC.; KENTILE FLOORS, INC.; A.W. CHESTERTON COMPANY; JOHN CRANE, INC. f/k/a

Crane Packing Company; GEORGIA-PACIFIC CORPORATION a.k.a. Hopper Paper Company; DAP, INC.;

INGERSOLL-RAND COMPANY; GOULDS PUMPS, INC.; STERLING FLUID SYSTEMS (USA), Individually and as

Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.; FMC

CORPORATION; GARDNER DENVER, INC.; GARDNER DENVER, INC., as Successor-in-Interest to JOY

MANUFACTURING CO.; IMO INDUSTRIES, INC.; BW/IP, Inc. and its Wholly Owned Subsidiaries; AIR &

LIQUID SYSTEMS, INC., Successor by Merger to BUFFALO PUMPS, INC.; ITT INDUSTRIES, INC., Individually

and as Successor-in-Interest to BELL & GOSSETT PUMP CO.; AURORA PUMP COMPANY; FLOWSERVE US,

INC. f/k/a THE DURIRON COMPANY;   TACO, INC.; FMC, Individually and as successor-in-Interest to

Chicago Pump Company; ARMSTRONG INTERNATIONAL, INC.; SPIRAX SARCO, INC.; GENERAL ELECTRIC

COMPANY; VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric

Corporation; CRANE CO.; HENRY VOGT MACHINE COMPANY; FLOWSERVE US, INC. a.k.a. FLOWSERVE

PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING

COMPANY; YARWAY CORPORATION; ANDERSON, GREENWOOD & CO.; GRINNELL CORPORATION f/k/a

GRINNELL FIRE PROTECTION SYSTEMS, INC.; GRINNELL LLC; MUELLER GROUP, LLC d/b/a MUELLER

FLOW, LLC; MUELLER COMPANY; HENRY PRATT COMPANY; THE WILLIAM POWELL COMPANY; CROSBY

VALVE, INC.; FOSTER WHEELER ENERGY CORPORATION; RILEY POWER, INC. f/k/a RILEY STOKER

CORPORATION; A.O. SMITH CORPORATION; TRANE U.S., INC.; SQUARE D COMPANY; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; WARREN PUMPS, LLC; BLACKMER, a Dover Company; HOWDEN BUFFALO, INC., Individually and as Successor-in-Interest to BUFFALO FORGE COMPANY; BEAZER EAST, INC., Individually and as Successor-in-Interest to Koppers Company, Inc. & as Successor-in-Interest to Theim Corporation and Universal Refractories Company; FOSECO, INC.; ON Marine Services Company, a Delaware corporation, and a wholly owned subsidiary of Oglebay Norton Company, an Ohio corporation; BMI REFRACTORY SERVICES, INC.; LINDBERG; PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation; BRAND INSULATIONS, INC.; LUSE-STEVENSON CO.; GOODYEAR TIRE AND RUBBER CO.; P&H MINING EQUIPMENT, INC.; MORGAN ENGINEERING, INC., as Successor-in-Interest to ALLIANCE MACHINE CO.; THE MANITOWOC COMPANY, INC.; AJAX MAGNATHERMIC CORPORATION; SURFACE COMBUSTION, INC.; and PETTIBONE TRAVERSE LIFT, LLC. (See Exhibit "A" and Exhibit "B" attached hereto)

3.     At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

4.     DAVID LEE SCOTT's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

5.     The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

6.     The Plaintiff, DAVID LEE SCOTT, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about September 23, 2010, and, subsequently thereto, became aware that the same was wrongfully caused.

7.     At all times herein relevant, the Defendants had a duty to exercise reasonable care and

caution for the safety of the Plaintiff and others working with and around the asbestos-containing products of the Defendants.

8.     The Defendants failed to exercise ordinary care and caution for the safety of DAVID LEE SCOTT and DAVID A. SCOTT in one or more of the following respects:

(a)     Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as DAVID LEE SCOTT and DAVID A. SCOTT working with or around them would inhale, ingest or otherwise absorb asbestos;

(b)     Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c)     Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d)     Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e)     Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f)     Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as DAVID LEE SCOTT and DAVID A. SCOTT might be exposed while working with the products.

(g)     Marketed and/or distributed a product containing asbestos fibers;

(h)     Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i)     Failed to develop alternative, non-asbestos containing products in a timely manner;

(j)     Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k)     Failed to provide safe packaging for its products.

9.     That as a direct and proximate result of one or more of the foregoing acts or omissions

on the part of the defendants, DAVID LEE SCOTT was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing DAVID LEE SCOTT to develop Mesothelioma; DAVID LEE SCOTT is compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; DAVID LEE SCOTT experiences great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, DAVID LEE SCOTT is hindered from enjoying his normal life activities and routines; lastly, his family has been deprived of his means of support.

WHEREFORE, the Plaintiff, DAVID LEE SCOTT, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

## COUNT 2

### (Premises Liability)

NOW COMES the Plaintiff, DAVID LEE SCOTT, by and through his attorneys, COONEY AND CONWAY, and complaining of the Defendant, UNITED STATES STEEL CORPORATION, states:

1.      The Defendant, UNITED STATES STEEL CORPORATION, owned, operated, managed, maintained and controlled the premises located at U.S. Steel Garyworks Plant (Gary, IN), from 1930 to 1949.

2.      That at all times relevant herein, the Defendant, UNITED STATES STEEL CORPORATION, was and is doing business within the State of Illinois and has established the necessary minimal contacts within the State of Illinois.

3.      That at all times relevant herein, DAVID LEE SCOTT lived with his Father, DAVID A. SCOTT.

4.      That at all times relevant herein, DAVID A. SCOTT was lawfully at UNITED STATES STEEL CORPORATION's facility.

5.      That while at the defendant's facility, DAVID A. SCOTT was caused to work with and/or around asbestos and friable asbestos containing products and was regularly exposed to friable asbestos and asbestos containing materials while at the defendant's facility.

6.      That as a result of his regular exposure to asbestos and asbestos containing materials at the defendant's facility, DAVID A. SCOTT's clothes and hair became contaminated with asbestos fibers on a frequent and regular basis.

7.      That DAVID LEE SCOTT was regularly exposed to asbestos fibers by coming into contact with his Father, DAVID A. SCOTT, upon his return from work with his clothes and hair contaminated with asbestos fibers.

8.      That as a result of DAVID A. SCOTT's clothes and hair being contaminated with asbestos at the defendant's facility, the SCOTT household and those living there, including DAVID LEE SCOTT, were regularly exposed to asbestos fibers.

9..     That as a result of DAVID A. SCOTT's clothes and hair being contaminated with asbestos from the defendant's facility, the SCOTT vehicles and those riding in them, including DAVID LEE SCOTT, were regularly exposed to asbestos fibers.

10.     That at all times relevant herein, the Defendant knew or should have known of the dangers and health risks associated with asbestos.

11.     That at all times relevant herein, the Defendant knew or should have known of the dangers of asbestos exposure to  household members created  by workers' asbestos contaminated clothes and hair.

12.     That at all times relevant herein, the Defendant, UNITED STATES STEEL CORPORATION had a duty to exercise reasonable care in the ownership, maintenance, and control of its facilities to prevent others, including the Plaintiff herein, from being exposed to asbestos and asbestos containing materials used at its facilities.

13.     Notwithstanding its duties at said time and place, the Defendant was then and there guilty of one or more of the following wrongful acts and/or omissions:

    (a)     permitted friable asbestos containing products to be used on its premises, when it knew, or in the exercise of ordinary care, should have known of the dangerous, deadly and carcinogenic propensities of asbestos;

    (b)     failed to provide any or adequate warnings of the dangers of asbestos when it knew, or in the exercise of ordinary care, should have known of the dangerous, deadly and carcinogenic propensities of asbestos;

    (c)     failed to warn of the dangers of asbestos contaminated clothing and hair when it knew, or in the exercise of ordinary care, should have known of the dangerous, deadly and carcinogenic propensities of asbestos;

    (d)     allowed employees, contractors, and others to leave its facility with asbestos contaminated clothes and hair, when it knew, or in the exercise of ordinary care, should have known of the dangerous, deadly and carcinogenic propensities of asbestos

    (e)     failed to provide protective clothing to employees, contractors, and others coming into contact with friable asbestos and asbestos containing materials when it knew, or in the exercise of ordinary care, should have known, of the dangerous, deadly and carcinogenic propensities of asbestos;

    (f)     failed to provide or encourage on-site laundering of asbestos contaminated clothes when it knew, or in the exercise of ordinary care, should have known, of the dangerous, deadly and carcinogenic propensities of asbestos.

14.     That due to his exposure to asbestos from the asbestos contaminated clothes and hair of DAVID A. SCOTT, DAVID LEE SCOTT developed an asbestos related disease, specifically Mesothelioma, and the injuries were not discovered until September 23, 2010.

16.     As a direct and proximate result of the aforesaid negligent acts and or omissions, the Plaintiff developed the said asbestos-caused disease

17.     The Plaintiff suffered and continues to suffer severe shocks to the nervous system, digestive system and respiratory system causing him to become sick and disabled and to suffer great pain, discomfort and physical impairment. The Plaintiff will continue to suffer the same in the future, all of which injuries are permanent. He has lost and will lose monetary earnings which he otherwise would

have made, and has become liable for large sums of money for medical and hospital care and has suffered losses to his personal property and possessions.

WHEREFORE, the Plaintiff, DAVID LEE SCOTT, demands judgment against the Defendant, UNITED STATES STEEL CORPORATION, in an amount in excess of the jurisdictional amount.

<u>COUNT 3</u>

NOW COMES the Plaintiff, DAVID LEE SCOTT, by and through his attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1.      DAVID LEE SCOTT contracted Mesothelioma as a result of his exposure to asbestos.

2.      Before Plaintiff worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3.      Asbestos was present, and rendered airborne, at the aforesaid jobsites.

4.      Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T&N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

5.      Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

6.      Hereafter "Conspirators" refers to each of the corporations named in paragraphs 4 through 5.

7.      DAVID LEE SCOTT was exposed to asbestos, including asbestos from one or more of the Conspirators.

8.      Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

9.      The Mesothelioma from which DAVID LEE SCOTT suffers is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

10.     Before DAVID LEE SCOTT's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

11.     Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

12.     Before and during his exposure to asbestos, DAVID LEE SCOTT, was unaware that exposure to asbestos caused serious disease and death.

13.     The knowledge of the Conspirators included the following:

 (a) two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

 (b) each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

14.     Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

15.     Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

16.     Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

17.     Conspirators knowingly conspired and agreed among themselves to, among others:

 (a) positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

 (b) suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

19.     One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

(a)     sold asbestos products which were used at locations within the state of Illinois, where DAVID LEE SCOTT worked without warning of the hazards known to the seller;

(b)     refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

(c)     edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

(d)     agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

(e)     obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

(f)     suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

(g)     through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h)     edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948 1951; and

(i)     suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Coring, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

20.     The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the of the injury, specifically Mesothelioma.

WHEREFORE, the Plaintiff, DAVID LEE SCOTT, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

By: _____

Attorney for Plaintiff

David O. Barrett
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200

10-0622
David Lee Scott

EXHIBIT "A"
Personal Exposure,
**David Lee Scott**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| U.S. Steel Garyworks (Gary, IN) | 1947-1948 | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:** Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos Containing Products |
| Taylor Forge (Gary, IN) | 1953-1964 | |
| Bethlehem Steel (Burns Harbor, IN) | 1964-1978 | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| | | **UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products |
| | | **UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products |
| | | **C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products |
| | | **KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products |
| | | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **GEORGIA-PACIFIC CORPORATION a.k.a. Hopper Paper Company:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **BW/IP, INC. and its Wholly Owned Subsidiaries:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. f/k/a THE DURIRON COMPANY:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**TACO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment<br>**HENRY VOGT MACHINE COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**YARWAY CORPORATION:** Asbestos Containing Valves, |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **ANDERSON, GREENWOOD & CO.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **CROSBY VALVE, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **SQUARE D COMPANY:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment |
| | | **ROCKWELL AUTOMATION, INC., as Successor-in Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper |
| | | **EATON CORPORATION, individually and as Successor-in-Interest to Cutler-Hammer, Inc.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials |
| | | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
| | | **BLACKMER, a Dover Company:** Asbestos Containing Pumps, Compressors, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Products and Equipment |
| | | **HOWDEN BUFFALO, INC., Individually and as Successor-in-Interest to BUFFALO FORGE COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
| | | **BEAZER EAST, INC., Individually and as Successor-in-Interest to Koppers Company, Inc. & as Successor-in-Interest to Theim Corporation and Universal Refractories Company:** Asbestos Containing Slag Lines, Fly Ash Systems, Blowers, Breechings, Gaskets, Packings, Block, Cement, Coke Ovens, Blast Furnaces, Refractory, Cement, Brick, Blankets, Roofing Felts, Mastics and Other Asbestos Containing Products and Equipment |
| | | **FOSECO, INC:** Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products |
| | | **ON Marine Services Company, a Delaware corporation, and a wholly owned subsidiary of Oglebay Norton Company, an Ohio corporation:** Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **BMI REFRACTORY SERVICES, INC.:** Asbestos containing refractory brick, cements, castables, and other asbestos containing materials |
| | | **LINDBERG:** Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment |
| | | **PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment |
| | | **BRAND INSULATIONS, INC.:** Asbestos Containing Pipe Covering, Block and Cement and Other Asbestos Containing Products and Equipment |
| | | **LUSE-STEVENSON CO.:** Asbestos Containing Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
| | | **GOODYEAR TIRE AND RUBBER CO.:** Asbestos Comtaining Gaskets , Packings and Other Asbestos Containing Products and Equipment |
| | | **P&H MINING EQUIPMENT, INC.:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers and Other Asbestos Containing Products and Equipment |
| | | **MORGAN ENGINEERING, INC., as Successor-in-Interest to ALLIANCE MACHINE CO.:** Asbestos Containing Cranes, Hoist, Lift Systems, Braking Systems, Motors, Board, Felts, Electrical Systems, Insulation, Wire, Cable and Other Asbestos Containing Components, and Equipment |
| | | **THE MANITOWOC COMPANY, INC.:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers and Other Asbestos Containing Products and Equipment |
| | | **AJAX MAGNATHERMIC CORPORATION:** Asbestos Containing Ovens and Furnaces, Refractory, Cement, Brick, Block, Gaskets, and Blankets and Other Asbestos Containing Products and Equipment |
| | | **SURFACE COMBUSTION, INC.:** Furnaces, Refractory Cement, Brick, Block and Blankets and Other Asbestos Containing Products and Equipment |
| | | **PETTIBONE TRAVERSE LIFT, LLC:** Asbestos Containing Cranes, Hoist, Lift Systems, Braking Systems, Motors, Board, Felts, Electrical Systems, Insulation, Wire, Cable and Other Asbestos Containing Components, and Equipment |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| U.S. navy<br>• Great Lakes Naval Base (Great Lakes, IL)<br>• USS Holder (DDE-819) | 1949-1953 | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:** Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---|---|---|
| • Norfolk Naval Yard (Norfolk, VA) | | Containing Products<br>**H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products<br>**KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products<br>**A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**GEORGIA-PACIFIC CORPORATION a.k.a. Hopper Paper Company:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **BW/IP, INC. and its Wholly Owned Subsidiaries:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. f/k/a THE DURIRON COMPANY:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **TACO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Containing Products and Equipment |
| | | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment |
| | | **HENRY VOGT MACHINE COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **YARWAY CORPORATION:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **ANDERSON, GREENWOOD & CO.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Other Asbestos Containing Products and Equipment |
| | | **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **CROSBY VALVE, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
| | | **BLACKMER, a Dover Company:** Asbestos Containing |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Pumps, Compressors, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Products and Equipment<br>**HOWDEN BUFFALO, INC., Individually and as Successor-in-Interest to BUFFALO FORGE COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**GOODYEAR TIRE AND RUBBER CO.:** Asbestos Comtaining Gaskets , Packings and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Home Remodeling and Renovations | 1960s-0970s | **UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products<br>**KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products<br>**GEORGIA-PACIFIC CORPORATION a.k.a. Hopper Paper Company:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |

10-0622
David Lee Scott

EXHIBIT "B"
Secondary Exposure through Plaintiff's Father,
David A. Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| U.S. Steel Garyworks (Gary, IN) | 1930-1949 | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:** Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos Containing Products<br>**H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products<br>**KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products<br>**A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**GEORGIA-PACIFIC CORPORATION a.k.a. Hopper Paper Company:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **BW/IP, INC. and its Wholly Owned Subsidiaries:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. f/k/a THE DURIRON COMPANY:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **TACO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment |
| | | **HENRY VOGT MACHINE COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **YARWAY CORPORATION:** Asbestos Containing Valves, |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **ANDERSON, GREENWOOD & CO.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **CROSBY VALVE, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment **SQUARE D COMPANY:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment **ROCKWELL AUTOMATION, INC., as Successor-in Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper **EATON CORPORATION, individually and as Successor-in-Interest to Cutler-Hammer, Inc.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment **BLACKMER, a Dover Company:** Asbestos Containing Pumps, Compressors, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Products and Equipment **HOWDEN BUFFALO, INC., Individually and as Successor-in-Interest to BUFFALO FORGE COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment **BEAZER EAST, INC., Individually and as Successor-in-Interest to Koppers Company, Inc. & as Successor-in-Interest to Theim Corporation and Universal Refractories Company:** Asbestos Containing Slag Lines, Fly Ash Systems, Blowers, Breechings, Gaskets, Packings, Block, Cement, Coke Ovens, Blast Furnaces, Refractory, Cement, Brick, Blankets, Roofing Felts, Mastics and Other Asbestos Containing Products and Equipment **FOSECO, INC:** Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products **ON Marine Services Company, a Delaware corporation, and a wholly owned subsidiary of Oglebay Norton Company, an Ohio corporation:** Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products |

10-0622
David Lee Scott

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **BMI REFRACTORY SERVICES, INC.:** Asbestos containing refractory brick, cements, castables, and other asbestos containing materials |
| | | **LINDBERG:** Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment |
| | | **PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment |
| | | **BRAND INSULATIONS, INC.:** Asbestos Containing Pipe Covering, Block and Cement and Other Asbestos Containing Products and Equipment |
| | | **LUSE-STEVENSON CO.:** Asbestos Containing Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
| | | **GOODYEAR TIRE AND RUBBER CO.:** Asbestos Comtaining Gaskets , Packings and Other Asbestos Containing Products and Equipment |
| | | **P&H MINING EQUIPMENT, INC.:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers and Other Asbestos Containing Products and Equipment |
| | | **MORGAN ENGINEERING, INC., as Successor-in-Interest to ALLIANCE MACHINE CO.:** Asbestos Containing Cranes, Hoist, Lift Systems, Braking Systems, Motors, Board, Felts, Electrical Systems, Insulation, Wire, Cable and Other Asbestos Containing Components, and Equipment |
| | | **THE MANITOWOC COMPANY, INC.:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers and Other Asbestos Containing Products and Equipment |
| | | **AJAX MAGNATHERMIC CORPORATION:** Asbestos Containing Ovens and Furnaces, Refractory, Cement, Brick, Block, Gaskets, and Blankets and Other Asbestos Containing Products and Equipment |
| | | **SURFACE COMBUSTION, INC.:** Furnaces, Refractory Cement, Brick, Block and Blankets and Other Asbestos Containing Products and Equipment |
| | | **PETTIBONE TRAVERSE LIFT, LLC:** Asbestos Containing Cranes, Hoist, Lift Systems, Braking Systems, Motors, Board, Felts, Electrical Systems, Insulation, Wire, Cable and Other Asbestos Containing Components, and Equipment |

| | |
|---|---|
| 120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS - SUMMONS          (Rev. 5/1/92) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DAVID LEE SCOTT,

                    Plaintiff,

        vs.

RAPID AMERICAN CORP., et al.

                    Defendants.

IN RE: ASBESTOS LITIGATION 685
        CALENDAR/ROOM J1
        TIME 00:00
        Asbestos

PLEASE SERVE
See Attached Service Information

2010 L 012585
General Elect.

### SUMMONS

To Each Defendant: See Attached Service List

        YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which s hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room* 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

        To the Officer:

        This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after its date.

Witness, _____NOV - 4 2010_____, 2010

Clerk of Court

Name: Cooney and Conway
Attorneys for Plaintiff
Address: 120 N. LaSalle St.
City: Chicago, IL 60602
Telephone: (312) 236-6166
Atty. No. 90200

**Service by Facsimile Transmission will be accepted at

Date of Service:_____, 2010
(To be inserted by Officer on Copy Left with Defendant or Other Person)

_____
(A.C.)(Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
 County Division Room 801

Chancery-Divorce Room 802
Probate Division Room 1202

**10-0622**
**David Lee Scott**

## SUMMONS SERVICE LIST

Rapid American Corporation, Individually and as
Successor-in-Interest to Philip Carey Manufacturing Co.
R/A: The Prentice Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

H.B. Fuller Company
R/A:  CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL  60604

Union Carbide Corporation,
Individually and f/k/a Union
Carbide Chemicals & Plastics Co.
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

CertainTeed Corporation
R/A:  CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Uniroyal, Inc.
c/o Uniroyal Holding, Inc.
70 Great Hill Road
Naugatuck, CT 06770

C.P. Hall Company
Kevin Meshek-Registered Agent
c/o Stephen Hoke & Associates
117 N. Jefferson #100
Chicago, IL 60661

Crown, Cork and Seal, USA, Inc.
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Kentile Floors, Inc.
4 Rita Street
Syosset, NY 11791

A.W. Chesterton Company
R/A: Robert Congdon
650 W. Grand, Unit 313
Elmhurst, IL 60126

John Crane, Inc. f/k/a Crane Packing Company
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Georgia-Pacific Corporation
a.k.a. Hopper Paper Company
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

DAP, Inc.
R/A: The Prentice Hall Corporation
50 West Broad Street, Suite 1800
Columbus, OH 43215

Ingersoll-Rand Company
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Goulds Pumps, Inc.
R/A: CT Corporation System
111 Eighth Avenue
New York, NY 10011

Sterling Fluid Systems (USA), Individually and as
Successor-in-Interest to Peerless Pump Company
and as Successor-in-Interest to Indian Head, Inc.
R/A: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FMC Corporation
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Gardner Denver, Inc.
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Gardner Denver, Inc. as Successor-in-Interest to Joy Manufacturing Co.
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Imo Industries, Inc.
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

BW/IP, Inc. and its Wholly Owned Subsidiaries
5215 N. O'Conner Blvd., Suite 2300
Irving, TX 75039

Air & Liquid Systems, Inc., Successor by Merger to Buffalo Pumps, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ITT Industries, Inc., Individually and as
Successor-in-Interest to Bell & Gossett Pump Co.
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Aurora Pump Company
R/A: Lynette Jones
13515 Ballantyne Corporate Place
Charlotte, NC 28277

Flowserve US, Inc. f/k/a the Duriron Company
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Taco, Inc.
1160 Cranston Street
Cranston, RI 02920

Armstrong International, Inc.
900 Maple St.
Three Rivers, MI 49093

Spirax Sarco, Inc.
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

General Electric Company
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Viacom, Inc., Successor-by-Merger to CBS Corporation
f/k/a Westinghouse Electric Corporation
R/A: Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Crane Co.
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Henry Vogt Machine Company
1000 West Ormsby Ave
Louisville, KY 40210

Flowserve US, Inc. a.k.a. Flowserve Pump Corp.,
Individually and as Successor-in-Interest to
The Edward Valve and Manufacturing Company
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Yarway Corporation
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Anderson, Greenwood & Co.
10707 Clay Rd.,
Houston, TX 77041

Grinnell Corporation
f/k/a Grinnell Fire Protection Systems.
116 Pine St. 3325
Harrisburg, PA 17101

Grinnell LLC
1209 Orange St.
Wilmington, DE 19801

Mueller Group, LLC d/b/a Mueller Flow, LLC
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Mueller Company
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Henry Pratt Company
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

The William Powell Company
D R Cowart
2503 Spring Grove Ave
Cincinnati, OH 45214

Crosby Valve, Inc.
CT Corporation System
101 Federal Street
Boston, MA 02110

Foster Wheeler Energy Corporation
c/o Thomas R. O'Brian, Esq.
Perryville Corporate Park
Clinton, NJ 08809

Riley Power, Inc. f/k/a Riley Stoker Corporation
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

A.O. Smith Corporation
R/A: The Prentice Hall Corporation
33 N. LaSalle St.
Chicago, IL 60602

Trane U.S. Inc.
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Square D Company
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Rockwell Automation, Inc.,
as Successor-in-Interest to Allen Bradley
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Eaton Corporation, Individually and as
Successor-in-Interest to Cutler Hammer, Inc.
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Warren Pumps, LLC.
R/A: Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

Blackmer, a Dover Company
1809 Century Ave. SW
Grand Rapids, MI 49503-1530

Howden Buffalo, Inc., Individually and as
Successor-in-Interest to Buffalo Forge Company
R/A: CT Corporation System
2 Office Park Ct. #103
Columbia, SC 29223

Beazer East, Inc.
f/k/a Koppers Company, Inc.
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Foseco, Inc.
1209 Orange Street
Wilmington, DE 19801

ON Marine Services Company,
a Delaware corporation, and a wholly owned subsidiary of Oglebay Norton Company,
an Ohio corporation
c/o National Registered Agents, Inc.
145 Baker St.
Marion, OH 43302

BMI Refractory Services, Inc.
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Lindberg
c/o Lynette Jones
13515 Ballantyne Corporate Place
Charlotte, North Carolina 28277

Pneumo-Abex, as Successor-in-Interest to Abex Corporation
R/A: The Prentice Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Brand Insulations, Inc.
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Luse-Stevenson Company
R/A: Fred Deutschmann
3990 Enterprise Ct.
Aurora, IL 60504-8132

The Goodyear Tire & Rubber Company
R/A: Illinois Corporation Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

P&H Mining Equipment
R/A: CT Corporation System
8040 Excelsior Drive, Suite 200
Madison, WI 53717

Morgan Engineering, Inc., as Successor-in-Interest
to ALLIANCE MACHINE CO.
CT Corp. Systems
1300 E 9th St.
Cleveland, OH 44114

The Manitowoc Company, Inc.
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Ajax Magnathermic Corporation
Riley, Hewitt, Witte & Romano, Attn: Patrick Hewitt,
650 Washington Rd., Suite 300
Pittsburgh, PA 15228

Surface Combustion, Inc.
Richard R. Malone
7654 West Bancroft Street
Toledo, Ohio 43617-1604

Pettibone Traverse Lift, LLC
R/A: The Corporation Company
30600 Telegraph Road Suite 2345
Bingham Farms, MI 48025

United States Steel Corporation
R/A: National Registered Agents, Inc.
200 W. Adams Street
Chicago, IL 60606

Metropolitan Life Insurance Co.
ATTN: Director of Insurance of the State of Illinois
100 W. Randolph St., Suite 15-100
Chicago, IL 60601

 CT Corporation

**Service of Process Transmittal**
11/15/2010
CT Log Number 517600315

**TO:** Carol Light, Senior Trial Risk Analyst
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**RE:** **Process Served in Illinois**

**FOR:** General Electric Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | David Lee Scott, Pltf. vs. Rapid American Corporation, etc., et al. including General Electric Company, Dfts.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Service List, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2010L012585 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/15/2010 at 08:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | David O. Barrett<br>Cooney and Conway<br>120 North LaSalle Street<br>30th Floor<br>Chicago, IL 60602<br>312-236-6166 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/15/2010, Expected Purge Date: 11/20/2010<br>Image SOP<br>Email Notification, Josh Miller josh.miller@electricinsurance.com<br>Email Notification, Laurie Konowitz Laura.konowitz@electricinsurance.com<br>Email Notification, Brigid Esposito besposito@sidley.com<br>Email Notification, Meredith Dudley mdudley@sidley.com<br>Email Notification, Cassandra Flavin cflavin@armstrongteasdale.com<br>Email Notification, Greg Iken giken@armstrongteasdale.com<br>Email Notification, Carol Light Carol.Light@electricinsurance.com<br>Email Notification, Joann Phillips joann.phillips@electricinsurance.com<br>Email Notification, Kate Cook kate.cook@ElectricInsurance.com<br>Email Notification, Shaina Rasmussen shaina.rasmussen@ge.com<br>Email Notification, Mark Cohen mark.cohen1@ge.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Thad DiBartelo<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process
Transmittal**
11/15/2010
CT Log Number 517600315

**TO:**   Carol Light, Senior Trial Risk Analyst
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**RE:**   **Process Served in Illinois**

**FOR:**   General Electric Company (Domestic State: NY)

**TELEPHONE:**                    312-345-4336

Information displayed on this transmittal is for CT Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal
opinion as to the nature of action, the amount of damages, the
answer date, or any information contained in the documents
themselves. Recipient is responsible for interpreting said
documents and for taking appropriate action. Signatures on
certified mail receipts confirm receipt of package only, not
contents.