UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARVEY DAVIDSON,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br><br>  successor by merger with CBS<br>  CORPORATION f/k/a WESTINGHOUSE<br>  ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION,<br>  As successor by merger to BUFFALO<br>  PUMPS, INC.<br><br>    Defendants. | Civil Action<br>No.:  3:10-cv-01728-SRU |

**NOTICE OF FILING OF TAG-ALONG NOTICE**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc.'s counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on November 8, 2010.  <u>See</u> Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

       Defendant/Cross-claim Plaintiff,
       AIR & LIQUID SYSTEMS CORPORATION, AS
       SUCCESSOR BY MERGER TO BUFFALO PUMPS,
       INC.,

            /s/ *Michael D. Simons*
       By: _____
       Michael D. Simons
       CT Federal Bar No. 28100
       Bryna Rosen Misiura, Esq.
       CT Federal Bar No. 27675

1

> GOVERNO LAW FIRM LLC
> Two International Place, 15th Floor
> Boston, MA  02110
> (Ph) 617-737-9045
> (Fax) 617-737-9046
> msimons@governo.com
> bmisiura@governo.com

Dated: November 8, 2010

## **CERTIFICATION**

This is to certify that on this 8th day of November 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

> /s/ *Michael D. Simons*
> _____
> Michael D. Simons

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARVEY DAVIDSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>　　successor by merger with CBS<br>　　CORPORATION f/k/a WESTINGHOUSE<br>　　ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION,<br>　　As successor by merger to BUFFALO<br>　　PUMPS, INC.<br><br>　　　Defendants. | Civil Action<br>No.:  3:10-cv-01728-SRU |

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION,
AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'s
NOTICE OF TAG-ALONG ACTION**

　　　PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

　　　MDL Rule 7.5(e) provides:

　　　Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the

1

Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc.[1] hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania.  A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

> Respectfully submitted,
> Defendant/Cross-claim Plaintiff,
> Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.,
>
> By:     /s/ *MDS 7745*
> Michael D. Simons
> Bryna Rosen Misiura, Esq.
> BRM 3561
> GOVERNO LAW FIRM LLC
> Two International Place, 15th Floor
> Boston, MA  02110
> (Ph) 617-737-9045
> (Fax) 617-737-9046
> msimons@governo.com

DATED:  November 8, 2010

---

[1] Buffalo Pumps, Inc. merged into Air & Liquid Systems Corporation on December 31, 2009.  The prior operations of Buffalo Pumps, Inc. now are conducted by the Buffalo Pumps Division of Air & Liquid Systems Corporation.

2

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of November 2010, the undersigned served a copy of the above referenced document documents via first class mail to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

and upon all counsel of record via the Pacer/ECF electronic service system

/s/ Michael D. Simons
Michael D. Simons

DATED: November 8, 2010

3