**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| HARVEY DAVIDSON,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>   successor by merger with CBS<br>   CORPORATION f/k/a WESTINGHOUSE<br>   ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION,<br>   As successor by merger to BUFFALO<br>   PUMPS, INC.<br><br>    Defendants. | Civil Action<br>No.: 3:10-cv-01728-SRU |

## SCHEDULE OF ACTIONS

1. <u>Harvey Davidson v. General Electric Company, et. al.</u>, Civil Action No.: 3:10-cv-01728-SRU (United States District Court for the District of Connecticut)

                      Respectfully submitted,
                      Defendant/Cross-claim Plaintiff,
                      Air & Liquid Systems Corporation, as Successor by
                      Merger to Buffalo Pumps, Inc.,

                      By:    /s/ *MDS 7745*
                      Michael D. Simons
                      Bryna Rosen Misiura, Esq.
                      BRM 3561
                      GOVERNO LAW FIRM LLC
                      Two International Place, 15th Floor
                      Boston, MA  02110
                      (Ph) 617-737-9045
                      (Fax) 617-737-9046
                      msimons@governo.com

2

DATED:  December 8, 2010

## CERTIFICATE OF SERVICE

      This is to certify that on this 8th day of December 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Michael D. Simons_____
                                      Michael D. Simons

DATED: December 8, 2010