UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)
    Gail Garner, et al. v. DII Industries, LLC Asbestos PI, et al.,    )
        W.D. New York, C.A. No. 6:10-6345                               )         MDL No. 875

## ORDER POSTPONING TRANSFER

**Before the entire Panel**[*]:  Defendant DII Industries, LLC, Asbestos PI Trust (the Trust) has moved to postpone transfer of this Western District of New York action (*Garner*) to MDL No. 875, pending a ruling on the Trust's motion to dismiss.  Plaintiffs did not submit a response to the Trust's motion.

      After considering all argument of counsel, we have decided, under the somewhat unusual circumstances presented here, to grant the Trust's motion, and postpone transfer for a period of 180 days.  The *Garner* action is largely duplicative of another since-dismissed action brought in the Western District of New York.  Gail Garner, the sole or principal plaintiff in both actions, commenced the earlier action in April 2008, and the same judge who oversaw that action is also overseeing *Garner*.  The issues in *Garner* thus have largely been before the same judge for well over two years.  In addition, the resolution of the Trust's motion to dismiss appears to turn, at least in part, on the case-specific issue of whether Gail Garner's late father displayed all the symptoms of mesothelioma prior to his death in 1966.  Given these circumstances and the lack of any opposition, the Panel finds the Trust's motion to be well-taken.

      IT IS THEREFORE ORDERED that transfer of this action is postponed for a period of one hundred and eighty (180) days from the date of this order.[1]

---

[*]    Judges John G. Heyburn II and W. Royal Furgeson, Jr., took no part in the disposition of this matter.

[1]    The Trust is directed promptly to notify the Clerk of the Panel when the Western District of New York court rules on the Trust's motion to dismiss.  If the court denies the motion to dismiss or takes no action within the 180 day period, the Panel will effect immediate transfer of the action to MDL No. 875.

PANEL ON MULTIDISTRICT LITIGATION

_____
Kathryn H. Vratil
Acting Chair

David R. Hansen        Frank C. Damrell, Jr.
Barbara S. Jones       Paul J. Barbadoro