BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: ASESTOS PRODUCTS LIABILITY LITIGATION

(VI)

This Document Relates To:

MDL 875

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHARLES JERRY YOCKEY AND SCARLETT YOCKEY,
Plaintiff,
vs.
BARTELLS ASBESTOS SETTLEMENT TRUST, et al.,
Defendants.

NO. 2:10-cv-01967-MSP

FOSTER WHEELER LLC'S NOTICE OF TAG-ALONG ACTION

TO: THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON;

AND TO: THE CLERK OF THE PANEL, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

Case MDL No. 875 Document 6469 Filed 12/09/10 Page 2 of 4

court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 1.1 and 7.4(a) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this, a state court action removed December 7, 2010, is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The undersigned is providing notification of this "tag-along action" to all adverse parties, along with the filing of this notice. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

DATED this 9th day of December, 2010.

/s/ Dirk Bernhardt
Dirk Bernhardt, WSBA #33071
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone: (206) 622-2655
Facsmile: (206) 684-6924
dirk@murraydunham.com
Of attorneys for Defendant
Foster Wheeler LLC

FOSTER WHEEELR LLC'S NOTICE OF TAG-ALONG ACTION -2-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

**DECLARATION OF SERVICE**

I hereby certify that on this day of December, 2010, I caused the foregoing to be filed with the Judicial Panel on Multidistrict Litigation and the United States District Court for Western Washington at Seattle using the CM/ECF E-Filing system which will send notification of such filing to the following and that copies of such filing will also be delivered to the following in the manner indicated therein:

***Via Federal Express:***

**Counsel for Plaintiffs**
Cameron O. Carter
Jane Vetto
Brayton Purcell
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland OR 97201
ccarter@braytonlaw.com
jvetto@braytonlaw.com

***Via Electronic Mail:***

**Counsel to American Premier Underwriters, Inc.**
Tim Wackerbarth
Brian D. Zeringer
Lane Powell PC
1420 Fifth Ave., Suite 4100
Seattle, WA 98101-2338
asbestos@lanepowell.com

**Counsel to Atlantic Richfield Co.**
K. Michael Fandel
Graham & Dunn PC
2801 Alaskan Way, Suite 300
Pier 70
Seattle, WA 98121-1128
mfandel@grahamdunn.com
asbestos@grahamdunn.com

**Counsel to CBS Corporation f/k/a Viacom, Inc.**
Christopher Marks
Williams, Kastner & Gibbs
601 Union St., Suite 4100
Seattle, WA 98111-3926
Asbestos2@williamskastner.com

**Counsel to Dana Companies, LLC; MacArthur Company**
Diane Kero
Gordon Thomas Honeywell
One Union Square
600 University, Suite 2101
Seattle, WA 98101-4185
Dkero@gth-law.com
service@gth-law.com

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

**Counsel to The Goodyear Tire & Rubber Company**
Ronald Gardner
Gardner Trabolsi & Associates
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
rgardner@gardnerbond.com
asbestos@gardnerbond.com

**Counsel to J.T. Thorpe & Son, Inc.**
Katherine M. Steele
Stafford Frey Cooper
Two Union Square
601 Union St., Suite 3100
Seattle, WA 98101
asbestos@staffordfrey.com

**Counsel to Metropolitan Life Insurance Company**
Richard Gawloski
Wilson, Smith, Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
MetLifeAsbestos@wscd.com

**Counsel to Western Asbestos Co.**
David Tewell
The Tewell Firm
600 Stewart Street, Suite 1100
Seattle, WA 98101
dtewell@tewellfirm.com

Signed at Seattle, Washington, this 9th day of December, 2010.

/s/ Oscar Ramos Jr.
Oscar Ramos Jr., Paralegal
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone: (206) 622-2655
Facsmile: (206) 684-6924
asbestos@murraydunham.com



MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)