BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASESTOS PRODUCTS LIABILITY LITIGATION <br><br> (VI) <br><br> This Document Relates To: | ) ) ) ) ) ) ) ) ) ) MDL 875 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHARLES JERRY YOCKEY AND SCARLETT YOCKEY, <br>   Plaintiff, <br><br> vs. <br><br> BARTELLS ASBESTOS SETTLEMENT TRUST, et al., <br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) NO.  2:10-cv-01967-MSP <br><br> DECLARATION OF SERVICE OF TAG-ALONG ACTION |

## **DECLARATION OF SERVICE**

I hereby certify that on this 9th day of December, 2010, I caused the foregoing to be filed with the Judicial Panel on Multidistrict Litigation and the United States District Court for Western Washington at Seattle using the CM/ECF E-Filing system which will send

FOSTER WHEEELR LLC'S NOTICE OF TAG-ALONG ACTION -1-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

notification of such filing to the following and that copies of such filing will also be delivered to the following in the manner indicated therein:

*Via Federal Express:*

**Counsel for Plaintiffs**
Cameron O. Carter
Jane Vetto
Brayton Purcell
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland OR 97201
ccarter@braytonlaw.com
jvetto@braytonlaw.com

*Via Electronic Mail:*

| **Counsel to American Premier Underwriters, Inc.** | **Counsel to Atlantic Richfield Co.** |
|---|---|
| Tim Wackerbarth | K. Michael Fandel |
| Brian D. Zeringer | Graham & Dunn PC |
| Lane Powell PC | 2801 Alaskan Way, Suite 300 |
| 1420 Fifth Ave., Suite 4100 | Pier 70 |
| Seattle, WA 98101-2338 | Seattle, WA 98121-1128 |
| asbestos@lanepowell.com | mfandel@grahamdunn.com |
| | asbestos@grahamdunn.com |

| **Counsel to CBS Corporation f/k/a Viacom, Inc.** | **Counsel to Dana Companies, LLC; MacArthur Company** |
|---|---|
| Christopher Marks | Diane Kero |
| Williams, Kastner & Gibbs | Gordon Thomas Honeywell |
| 601 Union St., Suite 4100 | One Union Square |
| Seattle, WA 98111-3926 | 600 University, Suite 2101 |
| Asbestos2@williamskastner.com | Seattle, WA 98101-4185 |
| | Dkero@gth-law.com |
| | service@gth-law.com |

| **Counsel to The Goodyear Tire & Rubber Company** | **Counsel to J.T. Thorpe & Son, Inc.** |
|---|---|
| Ronald Gardner | Katherine M. Steele |
| Gardner Trabolsi & Associates | Stafford Frey Cooper |
| 2200 Sixth Avenue, Suite 600 | Two Union Square |
| Seattle, Washington 98121 | 601 Union St., Suite 3100 |
| rgardner@gardnerbond.com | Seattle, WA 98101 |
| asbestos@gardnerbond.com | asbestos@staffordfrey.com |

FOSTER WHEEELR LLC'S NOTICE OF TAG-ALONG ACTION -2-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

**Counsel to Metropolitan Life Insurance Company**
Richard Gawloski
Wilson, Smith, Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
MetLifeAsbestos@wscd.com

**Counsel to Western Asbestos Co.**
David Tewell
The Tewell Firm
600 Stewart Street, Suite 1100
Seattle, WA 98101
dtewell@tewellfirm.com

Signed at Seattle, Washington, this 9th day of December, 2010.

/s/ Oscar Ramos Jr.
Oscar Ramos Jr., Paralegal
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone:   (206) 622-2655
Facsmile:    (206) 684-6924
asbestos@murraydunham.com

FOSTER WHEEELR LLC'S NOTICE OF TAG-ALONG ACTION -3-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)