# ROVEN-KAPLAN, LLP
ATTORNEYS AND COUNSELORS AT LAW

December 10, 2010

*Clerk of Court*
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle
NE Room G-255, North Lobby
Washington, DC 20002

Re: In Re: Asbestos Products Liability (No. VII)- MDL NO:875
Tracy Manker vs. BNSF Railway Company;
District of Arizona: USDC No: 2:10-CV-01707-ROS

Dear Clerk of Court:

I am withdrawing previously filed docket **number 6461**(Notice of Related Action) because the document was improperly titled and not styled correctly. I was contacted by the clerk's office and was requested to withdraw this filing. A corrected document will be filed with the court in reference to this case.

Thank and please do not hesitate to contact me if you should have any questions.

Sincerely,

ROVEN-KAPLAN, LLP

Hector L. Sandoval

HLS/jfa
Enclosures

John D. Roven  *  Michael L. Kaplan  *  Hector L. Sandoval
2190 North Loop West, Suite 410  *  Houston, Texas 77018
(713) 465-8522-Telephone  **  (713) 465-3658-Facsimile