E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081   FAX: (602) 258-8864

IN THE UNITED STATED DISTRICT COURT

STATE OF ARIZONA
**TRACY MANKER**                                         CASE NO. 2:10-CV-01707-ROS
        VS
**THE BNSF RAILWAY COMPANY**

| STATE OF ARIZONA | ) | AFFIDAVIT OF SERVICE |
| PINAL COUNTY | ) | |

THE AFFIANT, being sworn, states: That I am a private process server registered in PINAL COUNTY and an Officer of the Court. On 08/20/10 I received the SUMMONS IN A CIVIL ACTION; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; COMPLAINT (TORT-FEDERAL EMPLOYERS' LIABILITY);

from THE KILLE LAW FIRM PLLC and by MARK A. KILLE in each instance I personally served a copy of each document listed above upon:
THE BNSF RAILWAY COMPANY, BY SERVICE UPON ITS STATUTORY AGENT, C.T. CORPORATION on 08/23/10 at 8:30 am at 2394 E. CAMELBACK RD. PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with GAIL FLOCK, PROCESS SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 60 yrs. of age, 5' 4" tall, Weighing 250lbs., BROWN Eyes, GREY Hair,

CHAD AUSTIN BARBER    Affiant
Sworn to before me the Aug 24, 2010

JoAnn Romo    Notary

My Commission expires: 04/27/2014

1969042 16396
ORIGINAL



| SERVICE OF PROCESS | $ | 16.00 |
| MILES | 8 $ | 19.20 |
| SERVICE CHARGE | $ | 6.50 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 51.70 |