# BEFORE THE  UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)** | **MDL DOCKET NO.  875** |
| **DAVID OVERBY and MARGARET RUTH OVERBY** | **USDC, Central District of California** |
| | **Case No.: 2:10-cv-09250 R (VBKx)** |
| Plaintiffs | |
| vs. | |
| **AIR & LIQUID SYSTEMS CORPORATION, et al.** | |
| Defendants. | |

_____

## DEFENDANT'S NOTICE OF RELATED ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendant Viad Corp (hereinafter "Defendant") hereby notify the Panel of the pendency of a tag-along action in Federal District Court, styled "David Overby and Margaret Ruth Overby v. Air & Liquid Systems Corporation, et al." in the United States District Court for the Central District of California (see Notice of Tag-Along Action attached hereto as EXHIBIT "A"). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. §1407.

1

Wherefore, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

DATED:  December 13, 2010          FOLEY & MANSFIELD, PLLP


By:   /s/ Peter B. Langbord
      Peter B. Langbord, Esq. (#144319)
      300 S. Grand Avenue, Suite 2800
      Los Angeles, CA 90071
      Telephone: (213) 283-2100
      Facsimile: (213) 283-2101
      plangbord@foleymansfield.com
      **Attorneys for Defendant**
      **VIAD CORP**

2

# EXHIBIT A
## Notice of Tag-Along Action

1  Peter B. Langbord, Esq. (SBN 144319)
2  plangbord@foleymansfield.com
   **Foley & Mansfield, PLLP**
3  300 South Grand Avenue, Suite 2800
4  Los Angeles, CA  90071
   Telephone:    (213) 283-2100
5  Facsimile:    (213) 283-2101
6
   Attorneys for Defendant
7  **VIAD CORP**
8
                **UNITED STATES DISTRICT COURT**
9
               **CENTRAL DISTRICT OF CALIFORNIA**
10
11  DAVID OVERBY and MARGARET        ) Case No:
    RUTH OVERBY                       )
12                                    )
                                      ) **NOTICE OF TAG-ALONG ACTION**
13          Plaintiff,                )
                                      )
14      vs.                           )
                                      )
15  AIR & LIQUID SYSTEMS             )
16  CORPORATION (sued as successor-   )
    by-merger to BUFFALO PUMPS,       )
17  INC.); CARRIER CORPORATION;       )
18  CBS CORPORATION f/k/a VIACOM,    )
    INC. (sued as successor-by merger to )
19  CBS CORPORATION f/k/a            )
20  WESTINGHOUSE ELECTRIC            )
    CORPORATION, and also as          )
21  successor-in-interest to BF       )
22  STURTEVANT); FOSTER WHEELER      )
    ENERGY CORPORATION;               )
23  GENERAL ELECTRIC COMPANY;        )
24  JOHN CRANE, INC.; SYD            )
    CARPENTER, MARINE                 )
25  CONTRACTOR, INC.; VIAD           )
26  CORPORATION f/k/a THE DIAL       )
    CORPORATION (sued individually    )
27  and as successor-in-interest to   )
28  GRISCOM-RUSSELL COMPANY),        )

                            1

FILED

10 DEC -2  PM 1: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

CV10   9250   MMM (FFMx)

1

2          Defendants,                )
                                       )
3    _____  )

4          **PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel of

5    Multi-District Litigation entered an order transferring all asbestos exposure cases

6    pending in any United States Court to the United States District Court for the

7    Eastern District of Pennsylvania, for coordination or consolidated pretrial

8    proceedings, all pursuant to 28 U.S.C. §1407(a) (the "MDL Transfer Order"). The

9    MDL Transfer Order applies to "tag-along action[s]" as defined in Multi-District

10   Litigation Rule 1.1, or actions involving common questions of law or fact filed

11   after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule

12   7.5(e) provides:

13

14        Any party or counsel in actions previously transferred under
          Section 1407 or under consideration by the Panel for transfer under
15        1407 shall promptly notify the Clerk of the Panel of any potential
          "tag-along actions" in which that party is also named or in which
16        that counsel appears.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

NOTICE OF TAG-ALONG ACTION

1    The undersigned hereby notifies the Court that this case is a potential "tag-

2  along action" which may be subject to transfer to the Eastern District of

3  Pennsylvania.  The clerk of the Panel may either (1) enter a Conditional Transfer

4  Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the

5  action should not be transferred pursuant to MDL Rule 7.5(b).

6

7  DATED: December 1, 2010                FOLEY & MANSFIELD PLLP

8

9                                   By:

10                                        Peter B. Langbord
                                          Attorneys for Defendant
11                                        **VIAD CORP**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF TAG-ALONG ACTION