Peter B. Langbord, Esq. (SBN 144319)
plangbord@foleymansfield.com
**Foley & Mansfield, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101

Attorneys for Defendant
**VIAD CORP**

FILED
10 DEC -2 PM 1:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OVERBY and MARGARET RUTH OVERBY<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION (sued as successor-by-merger to BUFFALO PUMPS, INC.); CARRIER CORPORATION; CBS CORPORATION f/k/a VIACOM, INC. (sued as successor-by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION, and also as successor-in-interest to BF STURTEVANT); FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; JOHN CRANE, INC.; SYD CARPENTER, MARINE CONTRACTOR, INC.; VIAD CORPORATION f/k/a THE DIAL CORPORATION (sued individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY), | Case No: CV10 9250 MMM (FFMx)<br><br>**NOTICE OF RELATED CASES**<br>**(L.R. 83-1.3.1.)** |

1

|   |   |
|---|---|
| 1 | Defendants, ) |
| 2 | ) |
| 3 | ) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. §§ 1442, Viad Corp hereby provides notice of related actions previously filed in this court:

1. Nelson v. Alfa Laval, et al, case number CV 07-8338 VBF (RCx);
2. Oberstar v. CBS Corporation, et al, case number CV 08-0118 R (JTLx);
3. Munn v. Cla-Val, et al, case number CV 08-0248 R (PLAx);
4. Munn v. Cla-Val, et al, case number CV 08-00282 VBF (AGRx);
5. Lindquist, et al v. Cla-Val Co., et al, case number CV 08-00501 GPS (AJWx);
6. Reaser v. Allis Chambers, et al, case number CV 08-1296-R (JTLx);
7. Christiansen v. CBS Corporation, et al case number CV 08-3133 R (JTLx);
8. Vidergar v. Buffalo Pumps, et al, case number CV 08-04735 R (JTLx);
9. Vaught v. CBS Corporation, et al, case number CV 08-04736 R (JCx);
10. Demko, et al v. CBS Corporation, et al case number CV 08-05156 JFW (SSx);
11. Diana Calkins, et al v. Allied Packing & Supply, et al., case number CV-08-06004 R (JTLx);
12. Gwendolyn Glenn, et al v. Allied Packing & Supply, et al., case number CV-08-6007 R (JTLX);
13. Carol S. Dudash, et al v. Alstom Power, Inc., et al., case number CV

2

NOTICE OF RELATED CASES

| | | |
|---|---|---|
| | | 08-07434 SVW (CTx) |
| | 14. | Ellis Michael Staton, et al. v. American Standard, et al., case number CV 09-03724-R-VBK. |
| | 15. | Nancy Jo Banchik v. Buffalo Pumps, Inc., et al. case number CV09-4744 R (VBKx). |
| | 16. | William Pfeifer and Anne Pfeifer, et al v. Buffalo Pumps, Inc., et al., case number CV09-5549 R (VBKx) |
| | 17. | Lilia Nepomuceno, et al. v. A.W. Chesterton Company, et al., case number CV09-6092 GHK (RZx) |
| | 18. | Leroy Eisler, et al. v. CBS Corporation, et al., case number CV10-01190 R (VBKx) |
| | 19. | Michael Eugene Morgan, et al. v. Air & Liquid Systems Corporation, et al., case number CV10-01192 R (VBKx) |
| | 20. | Ronald Alvin Geist v. Air & Liquid Systems Corporation, et al., case number 2:09-CV-01191-R (VBKx) |
| | 21. | John Lewis Jones, et al. v. Air & Liquid Systems Corporation, et al., case number CV10-6698 R (VBKx) |

The above cases are related to the above-captioned case in that: (1) it involves claims of personal injury and loss of consortium based on plaintiffs' exposure to asbestos and asbestos-containing products, (2) it calls for determination of the same or substantially identical questions of law, and (3) it is likely to entail duplication of labor if heard by different judges.

DATED: December 1, 2010                          FOLEY & MANSFIELD PLLP

                                                 By: _____
                                                     Peter B. Langbord
                                                     Attorneys for Defendant
                                                     **VIAD CORP**