ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:10-cv-04713-JSW

Ricco v. Advance Mechanical Contractors, Inc. et al
Assigned to: Hon. Jeffrey S. White
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/19/2010
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Frank Ricco**                                    represented by **Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
*ATTORNEY TO BE NOTICED*

**David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Advance Mechanical Contractors, Inc.**

**Defendant**

**American Optical Corporation**

**Defendant**

**Bacou-Dalloz Safety, Inc.**

**Defendant**

**Bayer Cropscience, Inc.**

**Defendant**

**Better-Bilt Scaffolds, Inc.**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Certainteed Corporation**

**Defendant**

**Chevron U.S.A. Inc.**

**Defendant**

**Cleaver-Brooks, Inc.**

**Defendant**

**Consolidated Insulation, Inc.**

**Defendant**

**Crown Cork & Seal Company, Inc.**

**Defendant**

**CSK Auto, Inc.**

**Defendant**

**Del Webb Corporation**

**Defendant**

**Douglass Insulation Company, Inc.**

**Defendant**

**Fluor Corporation**

**Defendant**

**Ford Motor Company**

**Defendant**

**Foster Wheeler LLC**
*formerly known as*
Foster Wheeler Corporation

**Defendant**

**General Electric Company**

**Defendant**

**Genuine Parts Company**

**Defendant**
George M. Raymond CO. North

**Defendant**
Goulds Pumps, Inc.

**Defendant**
Grinnell Corporation

**Defendant**
H & C Investment Associates, Inc.

**Defendant**
Hamilton Materials, Inc.

**Defendant**
Honeywell International Inc.

**Defendant**
Hopeman Brothers, Inc.

**Defendant**
Ingersoll-Rand Company

**Defendant**
J.T. Thorpe & Sons, Inc.

**Defendant**
Johnson Controls, Inc.

**Defendant**
Kaiser Gypsum Company Inc.

**Defendant**
Kelly-Moore Paint Company, Inc.

**Defendant**
M. Slayen & Associates, Inc.

**Defendant**
Metalclad Insultation Corporation

**Defendant**
Oakfabco, Inc.

**Defendant**
Oscar E. Erickson, Inc.

**Defendant**

Parker-Hannifin Corporation

**Defendant**

Pep Boys Manny Moe & Jack of California

**Defendant**

The Perini Corporation

**Defendant**

Plant Products & Supply Company

**Defendant**

Quintec Industries, Inc.

**Defendant**

San Diego Gas and Electric Company

**Defendant**

Scott Technologies, Inc.

**Defendant**

Sequoia Ventures, Inc.

**Defendant**

Temporary Plant Cleaners Inc

**Defendant**

Textron Inc.

**Defendant**

Thomas Dee Engineering Company

**Defendant**

Trane US, Inc.
*formerly known as*
American Standard, Inc.

**Defendant**

University Mechanical & Engineering Contractors, Inc.

**Defendant**

Viking Northwest Company

**Defendant**

Zurn Industries, LLC

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2010 | 11 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 1/28/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 1/21/2011.. Signed by Judge Jeffrey S. White on 10/28/10. (jjoS, COURT STAFF) (Filed on 10/28/2010) (Entered: 10/28/2010) |
| 10/25/2010 | 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Judge Hon. Richard Seeborg no longer assigned to the case. Signed by Executive Committee on 10/25/10. (mab, COURT STAFF) (Filed on 10/25/2010) (Entered: 10/25/2010) |
| 10/25/2010 | 9 | ORDER OF RECUSAL. Signed by Judge Richard Seeborg on 10/25/10. (cl, COURT STAFF) (Filed on 10/25/2010) (Entered: 10/25/2010) |
| 10/22/2010 | 8 | ORDER RE 7 REASSIGNING CASE TO JUDGE SEEBORG. Case Management Conference set for 1/27/2011 10:00 AM in Courtroom 3, 17th Floor, San Francisco. Signed by Judge Richard Seeborg on 10/22/10. (cl, COURT STAFF) (Filed on 10/22/2010) (Entered: 10/22/2010) |
| 10/21/2010 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Richard Seeborg for all further proceedings. Magistrate Judge James Larson no longer assigned to the case. Signed by Executive Committee on 10/21/10. (mab, COURT STAFF) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (fj, COURT STAFF) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/19/2010 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 10/19/2010) (Entered: 10/20/2010) |
| 10/19/2010 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 1/19/2011. Case Management Conference set for 1/26/2011 10:30 AM in Courtroom F, 15th Floor, San Francisco.. Signed by Judge James Larson on 10/19/10. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 10/19/2010) (Entered: 10/20/2010) |
| 10/19/2010 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Frank Ricco. (ga, COURT STAFF) (Filed on 10/19/2010) (Entered: 10/20/2010) |
| 10/19/2010 | 3 | NOTICE OF TAG-ALONG ACTION by Frank Ricco (ga, COURT STAFF) (Filed on 10/19/2010) (Entered: 10/20/2010) |
| 10/19/2010 | 2 | Certificate of Interested Entities by Frank Ricco re 1 Complaint,,,,, (ga, COURT STAFF) (Filed on 10/19/2010) (Entered: 10/20/2010) |
| 10/19/2010 | 1 | COMPLAINT /issued summons against Advance Mechanical Contractors, Inc., American Optical Corporation, Bacou-Dalloz Safety, Inc., Bayer Cropscience, Inc., Better-Bilt Scaffolds, Inc., CBS Corporation, CSK Auto, Inc., Certainteed Corporation, Chevron U.S.A. Inc., Cleaver-Brooks, Inc., Consolidated Insulation, Inc., Crown Cork & Seal Company, Inc., Del Webb |

| | | Corporation, Douglass Insulation Company, Inc., Fluor Corporation, Ford Motor Company, Foster Wheeler LLC, General Electric Company, Genuine Parts Company, George M. Raymond CO. North, Goulds Pumps, Inc., Grinnell Corporation, H & C Investment Associates, Inc., Hamilton Materials, Inc., Honeywell International Inc., Hopeman Brothers, Inc., Ingersoll-Rand Company, J.T. Thorpe & Sons, Inc., Johnson Controls, Inc., Kaiser Gypsum Company Inc., Kelly-Moore Paint Company, Inc., M. Slayen & Associates, Inc., Metalclad Insulation Corporation, Oakfabco, Inc., Oscar E. Erickson, Inc., Parker-Hannifin Corporation, Pep Boys Manny Moe & Jack of California, Plant Products & Supply Company, Quintec Industries, Inc., San Diego Gas and Electric Company, Scott Technologies, Inc., Sequoia Ventures, Inc., Temporary Plant Cleaners Inc, Textron Inc., The Perini Corporation, Thomas Dee Engineering Company, Trane US, Inc., University Mechanical & Engineering Contractors, Inc., Viking Northwest Company, Zurn Industries, LLC ( Filing fee $ 350, receipt number 34611051832.). Filed byFrank Ricco. (ga, COURT STAFF) (Filed on 10/19/2010) (Additional attachment(s) added on 11/12/2010: # 1 Exhibit) (ga, COURT STAFF). (Entered: 10/20/2010) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/13/2010 12:55:23 | | | |
| **PACER Login:** | bp0355 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:10-cv-04713-JSW |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |