ADRMOP, E-Filing

## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:10-cv-05095-SBA

McCoy et al v. Northrop Grumman Shipbuilding, Inc.
Assigned to: Hon. Saundra Brown Armstrong
Demand: $0
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 11/10/2010
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Louisa Keoseyan McCoy**
*as Wrongful Death Heir, and as Successor-in-Interest to Howard McCoy, Deceased*

represented by **David R. Donadio**
Brayton Purcell LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
(415) 898-1555
Fax: (415) 898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
Brayton Purcell LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
(415) 898-1555
Fax: (415) 898-1247
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce McCoy**

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dwayne McCoy**

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Ann Suddith**
*as Legal Heirs of Howard McCoy, Deceased*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Northrop Grumman Shipbuilding, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2010 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Saundra Brown Armstrong for all further proceedings. Judge Magistrate Judge Elizabeth D. Laporte no longer assigned to the case.. Signed by Executive Committee on 11/17/10. (as, COURT STAFF) (Filed on 11/17/2010) (Entered: 11/17/2010) |
| 11/16/2010 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (lmh, COURT STAFF) (Filed on 11/16/2010) (Entered: 11/16/2010) |
| 11/10/2010 |   | CASE DESIGNATED for Electronic Filing. (kk, COURT STAFF) (Filed on 11/10/2010) (Entered: 11/19/2010) |
| 11/10/2010 | 6 | Declination to Proceed Before a United States Magistrate Judge & Request for Reassignment to a United States District Court Judge filed by Bruce McCoy, Dwayne McCoy, Louisa Keoseyan McCoy & Cheryl Ann Suddith. (tn, COURT STAFF) (Filed on 11/10/2010) (Entered: 11/12/2010) |
| 11/10/2010 | 5 | NOTICE of Tag-Along Action filed by Bruce McCoy, Dwayne McCoy, Louisa Keoseyan McCoy & Cheryl Ann Suddith. (tn, COURT STAFF) (Filed on 11/10/2010) (mjj2, COURT STAFF). (Entered: 11/12/2010) |
| 11/10/2010 | 4 | Certification of Interested Entities or Persons filed by Bruce McCoy, Dwayne McCoy, Louisa Keoseyan McCoy & Cheryl Ann Suddith. (tn, COURT STAFF) (Filed on 11/10/2010) (mjj2, COURT STAFF). (Entered: 11/12/2010) |
| 11/10/2010 | 3 | ADR SCHEDULING ORDER: Joint Case Management Statement due 2/15/2011 & InitialCase Management Conference set for 2/22/2011 at 10:00 AM.. (tn, COURT STAFF) (Filed on 11/10/2010) (Entered: 11/12/2010) |

| 11/10/2010 | 2 | SUMMONS Issued as to Defendant Northrop Grumman Shipbuilding, Inc.. (tn, COURT STAFF) (Filed on 11/10/2010) (mjj2, COURT STAFF). (Entered: 11/12/2010) |
|---|---|---|
| 11/10/2010 | 1 | COMPLAINT for Survival, Wrongful Death - Asbestos & Demand for Jury Trial - [Summons Issued] against Northrop Grumman Shipbuilding, Inc., [Filing Fee:$350.00, Receipt Number 34611052784] Filed by Plaintiffs Louisa Keoseyan McCoy, Bruce McCoy, Dwayne McCoy & Cheryl Ann Suddith. (tn, COURT STAFF) (Filed on 11/10/2010) (Additional attachment(s) added on 11/18/2010: # 1 Civil Cover Sheet) (mjj2, COURT STAFF). (Entered: 11/12/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/13/2010 12:54:25 | | | |
| PACER Login: | bp0355 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:10-cv-05095-SBA |
| Billable Pages: | 3 | Cost: | 0.24 |