ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:10-cv-05563-EDL

| | |
|---|---|
| Leonard v. General Electric Company et al | Date Filed: 12/08/2010 |
| Assigned to: Magistrate Judge Elizabeth D. Laporte | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity-Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**John Leonard**                                    represented by   **David R. Donadio**
Brayton & Purcell LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
(415) 898-1555
Fax: (415) 898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
(415) 898-1555
Fax: (415) 898-1247
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Electric Company**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Foster Wheeler LLC**
*formerly known as*

Foster Wheeler Corporation

**Defendant**

**Northrop Grumman Shipbuilding, Inc.**

**Defendant**

**General Dynamics Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2010 | 1 | COMPLAINT for Asbestos Personal Injury/Products Liability & Demand for Jury Trial - [Summons Issued] against CBS Corporation, Foster Wheeler LLC, General Dynamics Corporation, General Electric Company, Northrop Grumman Shipbuilding, Inc., [Filing Fee: $350.00, Receipt Number 34611053703] Filed by John Leonard.(tn, COURT STAFF) (Filed on 12/8/2010) (Entered: 12/09/2010) |
| 12/08/2010 | 2 | SUMMONS Issued as to CBS Corporation, Foster Wheeler LLC, General Dynamics Corporation, General Electric Company, Northrop Grumman Shipbuilding, Inc.. (tn, COURT STAFF) (Filed on 12/8/2010) (Entered: 12/09/2010) |
| 12/08/2010 | 3 | ADR SCHEDULING ORDER: Joint Case Management Statement due 3/15/2011 & InitialCase Management Conference set for 3/22/2011 at 10:00 AM. (tn, COURT STAFF) (Filed on 12/8/2010) (Entered: 12/09/2010) |
| 12/08/2010 | 4 | Certification of Interested Entities or Persons filed by John Leonard. (tn, COURT STAFF) (Filed on 12/8/2010) (Entered: 12/09/2010) |
| 12/08/2010 | 5 | NOTICE of Tag-Along Action filed by John Leonard. (tn, COURT STAFF) (Filed on 12/8/2010) (Entered: 12/09/2010) |
| 12/08/2010 | 6 | Declination to Proceed Before a U.S. Magistrate Judge & Request for Reassignment to a United States District Court Judge filed by John Leonard. (tn, COURT STAFF) (Filed on 12/8/2010) (Entered: 12/09/2010) |
| 12/08/2010 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 12/09/2010) |
| 12/13/2010 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (lmh, COURT STAFF) (Filed on 12/13/2010) (Entered: 12/13/2010) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/13/2010 12:45:17 | | |
| **PACER Login:** | bp0355 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:10-cv-05563-EDL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |