ADRMOP, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:10-cv-05508-JSW

Hensley et al v. AVCO Corporation
Assigned to: Hon. Jeffrey S. White
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 12/03/2010
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

### Plaintiff

**Gillian Hensley**
*as Wrongful Death Heir, and as Successor-in-Interest to Bobby Joe Hensley, Deceased*

represented by **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Bobby Joe Hensley, Jr.**
*as Legal Heir ob Bobby Joe Hensley, Deceased*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Kim Hensley**
*as Legal Heir ob Bobby Joe Hensley, Deceased*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

AVCO Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2010 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by the Executive Committee on December 9, 2010. (cjl, COURT STAFF) (Filed on 12/9/2010) (Entered: 12/09/2010) |
| 12/07/2010 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ig, COURT STAFF) (Filed on 12/7/2010) (Entered: 12/08/2010) |
| 12/03/2010 |   | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 12/3/2010) (Entered: 12/07/2010) |
| 12/03/2010 | 6 | ADR SCHEDULING ORDER: Case Management Statement due by 3/9/2011. Case Management Conference set for 3/16/2011 01:30 PM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 12/3/2010) (Entered: 12/07/2010) |
| 12/03/2010 | 5 | Summons Issued as to AVCO Corporation. (cjl, COURT STAFF) (Filed on 12/3/2010) (cjl, COURT STAFF). (Entered: 12/07/2010) |
| 12/03/2010 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Bobby Joe Hensley, Jr, Gillian Hensley, Kim Hensley. (cjl, COURT STAFF) (Filed on 12/3/2010) (cjl, COURT STAFF). (Entered: 12/07/2010) |
| 12/03/2010 | 3 | NOTICE of Tag-Along Action by Bobby Joe Hensley, Jr, Gillian Hensley, Kim Hensley. (cjl, COURT STAFF) (Filed on 12/3/2010) (cjl, COURT STAFF). (Entered: 12/07/2010) |
| 12/03/2010 | 2 | Certificate of Interested Entities by Bobby Joe Hensley, Jr, Gillian Hensley, Kim Hensley. (cjl, COURT STAFF) (Filed on 12/3/2010) (cjl, COURT STAFF). (Entered: 12/07/2010) |
| 12/03/2010 | 1 | COMPLAINT (with jury demand) against AVCO Corporation (Filing fee $350, receipt number 34611053522). Filed by Gillian Hensley, Bobby Joe Hensley, Jr, Kim Hensley. (cjl, COURT STAFF) (Filed on 12/3/2010) (Additional attachment(s) added on 12/8/2010: # 1 Civil Cover Sheet) (cjl, COURT STAFF). (Entered: 12/07/2010) |

| PACER Service Center |
|---|
| Transaction Receipt |
|   |

| 12/13/2010 12:53:39 | | | |
|---|---|---|---|
| **PACER Login:** | bp0355 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:10-cv-05508-JSW |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |