ADRMOP, E-Filing

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:10-cv-05096-CW

Gottschall et al v. General Electric Company et al
Assigned to: Hon. Claudia Wilken
Demand: $0
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 11/10/2010
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Kimbra Gottschall**
*as Wrongful Death Heir, and as Successor-in-Interest to Robert Gottschall, Deceased*

represented by **David R. Donadio**
Brayton Purcell LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
(415) 898-1555
Fax: (415) 898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
Brayton Purcell LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
(415) 898-1555
Fax: (415) 898-1247
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Gaball**

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Gottschall**

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*

                *ATTORNEY TO BE NOTICED*

                **Alan R. Brayton**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert W. Gottschall**     represented by    **David R. Donadio**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Alan R. Brayton**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Gottschall**     represented by    **David R. Donadio**
*as Legal Heirs of Robert Gottschall,*            (See above for address)
*Deceased*                 *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Alan R. Brayton**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Electric Company**

**Defendant**

**Northrop Grumman Shipbuilding, Inc.**

**Defendant**

**Viad Corp.**

**Defendant**

**Unisys Corporation**

**Defendant**

**General Dynamics Corporation**

**Defendant**

**Todd Shipyards Corporation**

| Date Filed | # | Docket Text |
|---|---|---|

| Date | # | Description |
|---|---|---|
| 11/18/2010 | 9 | CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE: Case Management Statement due by 2/15/2011. Case Management Conference set for 2/22/2011 02:00 PM. Signed by Judge Claudia Wilken on 11/18/2010. (ndr, COURT STAFF) (Filed on 11/18/2010) (Entered: 11/18/2010) |
| 11/17/2010 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Claudia Wilken for all further proceedings. Judge Magistrate Judge Elizabeth D. Laporte no longer assigned to the case.. Signed by Executive Committee on 11/17/10. (as, COURT STAFF) (Filed on 11/17/2010) (Entered: 11/17/2010) |
| 11/16/2010 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (lmh, COURT STAFF) (Filed on 11/16/2010) (Entered: 11/16/2010) |
| 11/10/2010 |   | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 11/12/2010) |
| 11/10/2010 | 6 | Declination to Proceed Before a United States Magistrate Judge & Request for Reassignment to a United States District Court Judge filed by Debra Gaball, Kimbra Gottschall, Raymond Gottschall, Robert W. Gottschall & Ronald Gottschall.(tn, COURT STAFF) (Filed on 11/10/2010) (Entered: 11/12/2010) |
| 11/10/2010 | 5 | NOTICE of Tag-Along Action filed by Debra Gaball, Kimbra Gottschall, Raymond Gottschall, Robert W. Gottschall & Ronald Gottschall. (tn, COURT STAFF) (Filed on 11/10/2010) (mjj2, COURT STAFF). (Entered: 11/12/2010) |
| 11/10/2010 | 4 | Certification of Interested Entities or Persons filed by Debra Gaball, Kimbra Gottschall, Raymond Gottschall, Robert W. Gottschall & Ronald Gottschall.(tn, COURT STAFF) (Filed on 11/10/2010) (mjj2, COURT STAFF). (Entered: 11/12/2010) |
| 11/10/2010 | 3 | ADR SCHEDULING ORDER: Joint Case Management Statement due 2/15/2011 & InitialCase Management Conference set for 2/22/2011 at 10:00 AM.. (tn, COURT STAFF) (Filed on 11/10/2010) (Entered: 11/12/2010) |
| 11/10/2010 | 2 | SUMMONS Issued as to Defendants General Dynamics Corporation, General Electric Company, Northrop Grumman Shipbuilding, Inc., Todd Shipyards Corporation, Unisys Corporation & Viad Corp.. (tn, COURT STAFF) (Filed on 11/10/2010) (mjj2, COURT STAFF). (Entered: 11/12/2010) |
| 11/10/2010 | 1 | COMPLAINT for Survival, Wrongful Death - Asbestos; Demand for Jury Trial - [Summons Issued] against General Dynamics Corporation, General Electric Company, Northrop Grumman Shipbuilding, Inc., Todd Shipyards Corporation, Unisys Corporation & Viad Corp., [Filing Fee: $350.00, Receipt Number 34611052787] Filed by Plaintiffs Raymond Gottschall, Debra Gaball, Kimbra Gottschall, Robert W. Gottschall & Ronald Gottschall. (tn, COURT STAFF) (Filed on 11/10/2010) (Additional attachment(s) added on 11/18/2010: # 1 Civil Cover Sheet) (mjj2, COURT STAFF). (Entered: 11/12/2010) |

**PACER Service Center**

**Transaction Receipt**

|  | 12/13/2010 13:08:38 | | |
|---|---|---|---|
| PACER Login: | bp0355 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:10-cv-05096-CW |
| Billable Pages: | 3 | Cost: | 0.24 |