BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL DOCKET 875
IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| DAVID LEE SCOTT, ) | |
| ) | |
| Plaintiff, ) | *Transferor District Court* |
| v. ) | Northern District of Illinois, Eastern Division |
| ) | Civil Action No. 1:10-CV-07760 |
| RAPID AMERICAN CORP, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 346
### AND MOTION TO VACATE CONDITIONAL TRANSFER ORDER 346

NOW COMES the Plaintiff, DAVID LEE SCOTT, by and through his attorneys, COONEY & CONWAY, and pursuant to Multidistrict Litigation Rule 7.4(c), notifies this Honorable Court, Clerk and Panel of Plaintiff's opposition to the conditional transfer of this cause of action to MDL 875 in the Eastern District of Pennsylvania, and moves the Court to vacate the conditional transfer order.

Pursuant to Rule 7.4(c), the filing of this notice of opposition within the fifteen day period after the issuance of a conditional transfer order shall preclude transmittal of the

1

conditional transfer order to the transferee district court. This notice of opposition is filed within the fifteen day period.

Among the reasons for opposition are:

1. A motion for remand was filed by Plaintiff on December 9, 2010 in the United States District Court for the Northern District of Illinois – Eastern Division (attached as Exhibit 1). The removing party, GENERAL ELECTRIC COMPANY, stipulated its consent to Plaintiff's motion on December 10, 2010 (attached as Exhibit 2). On December 14, 2010, the presiding judge in the transferor district court granted Plaintiff's motion and remanded the action to the Circuit Court of Cook County, Illinois (attached as Exhibit 3). Accordingly, this action is no longer pending in the transferor district court.

WHEREFORE, in light of the ruling by the transferor district court, Plaintiff respectfully submits his Notice of Opposition to Conditional Transfer Order and Motion to Vacate Conditional Transfer Order.

Submitted this 14th day of December, 2010.

_____
David O. Barrett, on behalf of the Plaintiff

COONEY & CONWAY
David O. Barrett
120 North LaSalle Street, Suite 3000
Chicago, Illinois 60602

Telephone:   312-236-6166
Facsimile:   312-236-3029
Email:       dbarrett@cooneyconway.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| DAVID LEE SCOTT, | ) | | |
| | ) | | |
| Plaintiff, | ) | In re: | Asbestos Litigation |
| | ) | | |
| v. | ) | No. | 1:10-cv-07760 |
| | ) | | |
| RAPID AMERICAN CORP., et al., | ) | Judge Blanche Manning | |
| | ) | | |
| Defendants. | ) | | |

**PLAINTIFF'S MOTION FOR REMAND**

NOW COMES the Plaintiff, DAVID LEE SCOTT, by and through his attorneys, COONEY & CONWAY, and files this Motion For Remand, and submits the following facts, to wit:

1. Defendant, GENERAL ELECTRIC COMPANY, filed its Notice of Removal on December 7, 2010.

2. Plaintiff's original Complaint was filed in the Circuit Court of Cook County, Illinois, on November 4, 2010, as Docket Number 2010 L 012585.

3. GENERAL ELECTRIC COMPANY was served with Plaintiff's Complaint on November 15, 2010.

4. Pursuant to Stipulation, Plaintiff can represent to this Honorable Court that GENERAL ELECTRIC COMPANY has joined his Motion For Remand.

WHEREFORE, premises considered, Plaintiff prays this Court grant this Motion For Remand.

Respectfully submitted:

_____
One of the attorneys for Plaintiff

Kathy Byrne
David Barrett
COONEY & CONWAY
120 N. LaSalle St., Suite 3000
Chicago, IL 60602
Tel. 312-236-6166



PLAINTIFF'S EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SCOTT, | ) Case No. 1:10-CV-07760 |
| Plaintiff, | ) IN RE: ASBESTOS LITIGATION |
| v. | ) |
| RAPID AMERICAN CORPORATION, et al., | ) |
| Defendants. | ) |

**DEFENDANT GENERAL ELECTRIC COMPANY'S STIPULATION OF CONSENT TO PLAINTIFF'S MOTION TO REMAND**

Defendant General Electric Company consents to and does not oppose Plaintiff David Lee Scott's Motion to Remand [D.E. 13].

Dated: December 10, 2010

Maja C. Eaton
Edward P. Kenney
John A. Fonstad
Jeffrey M. Schieber
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

General Electric Company

By:   *s/ Jeffrey Schieber*
          Jeffrey M. Schieber



PLAINTIFF'S EXHIBIT 2

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
### Eastern Division

David Lee Scott

                                    Plaintiff,

v.                                                            Case No.: 1:10−cv−07760
                                                             Honorable Blanche M. Manning

Rapid American Corporation, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2010:

      MINUTE entry before Honorable Blanche M. Manning:Plaintiff's motion to remand [13] is granted. The Clerk of Court is directed to remand this action to the Circuit Court of Cook County forthwith. Counsel for plaintiff is reminded that all motions must comply with Local Rule 5.3(b). Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



PLAINTIFF'S EXHIBIT
3