

# U. S. DISTRICT COURT
## Western District of Virginia
### Office of the Clerk
116 North Main Street
Harrisonburg, Virginia  22802

*Julia C. Dudley*
*Clerk of Court*

Voice: 540/434-3181
Facsimile: 540/434-3319

Novmeber 23, 2010

Jeffery N. Luthi
Clerk of the Panel
Judicial Panel on
 Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE
Room G-255, North Lobby
Washington, DC  20002-8004

RE:  Asbestos Products Liability Litigation

Dear Mr. Luthi:

In accordance with your memorandum of July 10, 1992, enclosed are copies of the complaints and the docket sheets in the following civil actions filed in this court.

    5:10cv00110        Phyllis H. Kiser vs. A.W. Chesterton Co., et al.,

                                    Very truly yours,
                                    JULIA C. DUDLEY, CLERK

                                By    s/ Jody Turner
                                    Supervisory Deputy Clerk

Enclosure

*[Received stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION / 2010 NOV 29 A 10:16 / RECEIVED CLERK'S OFFICE]*