# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**M. Therese Bollerup**
**Chief Deputy Clerk**

December 8, 2010

MDL Judicial Panel
1 Columbus Circle, NE
Room G255
Thurgood Marshall Federal Judiciary Bldg
Washington, DC 20002-8004

Re:   8:10cv450
      Wallman v. BNSF Railway Company
      MDL 875 Asbestos Products Liability

Dear Sir/Madam:

Please find enclosed a copy of the complaint and docket sheet in this case. This is an action regarding MDL 875 Asbestos Products Liability Litigation.

Sincerely,

By:   s/ Tiwauna Lawrence
      Deputy Clerk

Enclosures

cc:   Counsel of Record (without enclosures)

---

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-1900
Fax: (402) 437-1911
Toll Free: (866) 220-4379

Approved: September 20, 2010

Forms-MDL-Letter_to_Panel