# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **12/13/10**

District Court: W.D. North Carolina

Number of Actions: 2

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL