ASBESTOS

# U.S. District Court
## Western District of North Carolina (Asheville)
### CIVIL DOCKET FOR CASE #: 1:10–cv–00281–MR

| | |
|---|---|
| Perkins v. Air &Liquid Systems Corporation et al | Date Filed: 12/02/2010 |
| Assigned to: District Judge Martin Reidinger | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity–Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**Willie James Perkins**　　　　　　　　represented by **William M. Graham**
Wallace &Graham
525 North Main Street
Salisbury, NC 28144
704–633–5244
Fax: 704–633–9434
Email: bgraham@wallacegraham.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly L. Perkins**　　　　　　　　represented by **William M. Graham**
*Spouse*　　　　　　　　(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Air &Liquid Systems Corporation**
*Successor By Merger to*
*other*
Buffalo Pumps, Inc.

**Defendant**

**AstenJohnson, Inc.**

**Defendant**

**Aurora Pump**

**Defendant**

**Blackmer Pump**

**Defendant**

**Carrier Corporation**

**Defendant**

**CBS Corporation**　　　　　　　　represented by **Jennifer M. Techman**
*a Delaware Corporation*　　　　　　　　Evert Weathersby Houff
*formerly known as*　　　　　　　　3405 Piedmont Road
Viacom, Inc.　　　　　　　　Suite 200
*as successor to*　　　　　　　　Atlanta, GA 30305
CBS Corporation　　　　　　　　678–651–1200 x:238
*formerly known as*　　　　　　　　Fax: 678–651–1201
Westinghouse Electric Corporation　　　　　　　　Email: jmtechman@ewhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver–Brooks, Inc.**

**Defendant**

**Cooper Cameron Corporation**
*Individually and*
*as successor to*
Pennsylvania Pump &Compressor Company
*as successor to*
Cooper Bessemer

**Defendant**

**Crane Co.**

**Defendant**

**Dana Companies, LLC**

**Defendant**

**Eaton Corporation**
*individually and*
*now known as*
Eaton Electrical, Inc.
*as successor to*
Vickers Pump Company
*as successor to*
Cutler–Hammer, Inc.

**Defendant**

**Flowserve Corporation**
*Individually and*
*as successor to*
Byron Jackson

**Defendant**

**Flowserve Corporation**
*Individually and*
*as successor to*
Duriron Co., Inc.
*as successor to*
Durco International, Inc.

**Defendant**

**Foster Wheeler Energy Corporation**     represented by  **Jennifer M. Techman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Company**

**Defendant**

**Georgia–Pacific LLC,**
*formerly known as*
Georgia–Pacific Corporation

**Defendant**

**Goulds Pumps, Inc.**

**Defendant**

**ITT Corporation**
*Individually and as Successor in Interest*
*to*
*other*
Kennedy Valve Manufacturing Company

**Defendant**

**Henry Vogt Machine Co.,**

**Defendant**

**Honeywell International, Inc.**

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**Industrial Holdings Corporation**
*formerly known as*
The Carborundum Company

**Defendant**

**Ingersoll–Rand Company**

**Defendant**

**J–Line Pump Co.**
*doing business as*
American Marsh Pumps

**Defendant**

**Knoxville Glove Company**

**Defendant**

**Lawrence Pumps, Inc.**

**Defendant**

**Marshal Safety &Environmental**
*formerly known as*
Marshal Glove and Safety Supply

**Defendant**

**Metropolitan Life Insurance Company**
*a Wholly Owned Subsidiary of*
*other*
Metlife Inc.

**Defendant**

**Milton Roy Company**

**Defendant**

**Pneumo Abex Corporation**
*Successor−in−interest to*
*other*
Abex Corporation
*formerly known as*
American Brake Shoe Company
*formerly known as*
American Brake Shoe and Foundry Company
*other*
American Brakeblok Division
*as successor to*
American Brake Shoe and Foundry

**Defendant**

**Rapid American Corporation**

**Defendant**

**Red Seal Electric Company**
*as successor to*
Taylored Industries, Inc.

**Defendant**

**Riley Power, Inc.**
*formerly known as*
Babcock Borsig Power, Inc.
*formerly known as*
D.B. Riley, Inc.
*formerly known as*
Riley Stoker Corporation

**Defendant**

**Schneider Electric USA, Inc**
*formerly known as*
Square D Company

**Defendant**

**Sepco Corporation**

**Defendant**

**SFS (USA) Holding Inc.**
*doing business as*
Peerless Pump Company

**Defendant**

**Taylored Industries, Inc.**

**Defendant**

**The Gorman−Rupp Company**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Uniroyal, Inc.**
*formerly known as*
United States Rubber Company, Inc.

**Defendant**

**Velan Valve Corp.**

**Defendant**

**Viking Pump, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2010 | 1 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 350 receipt number 0419–1222796), filed by Willie James Perkins.(Graham, William) (Entered: 12/02/2010) |
| 12/06/2010 |  | Case assigned to District Judge Martin Reidinger. *This is your only notice – you will not receive a separate document.*(emw) (Entered: 12/06/2010) |
| 12/06/2010 |  | In Re: Asbestos Products Liability Litigation – MDL #875. Notice to Clerk of MDL Panel of tag–along case. (emw) (Entered: 12/06/2010) |
| 12/06/2010 | 2 | Summons Issued Electronically as to All Defendants. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (emw) (Entered: 12/06/2010) |
| 12/06/2010 | 3 | **ASBESTOS PRETRIAL ORDER that this case shall be included in the Coordinated Proceeding In Re: Asbestos–Related Litigation, WDCP–83–1. Signed by Clerk, Frank G. Johns.(emw)** (Entered: 12/06/2010) |
| 12/10/2010 |  | In Re: Asbestos Products Liability Litigation – MDL #875. 2nd NOTICE to Clerk of MDL Panel of tag–along case – 1st notice sent 12/6/10. (nll) (Entered: 12/10/2010) |
| 12/14/2010 | 4 | ANSWER to 1 Complaint by CBS Corporation.(Techman, Jennifer) (Entered: 12/14/2010) |
| 12/14/2010 | 5 | Corporate Disclosure Statement by CBS Corporation (Techman, Jennifer) (Entered: 12/14/2010) |
| 12/14/2010 | 6 | ANSWER to 1 Complaint by Foster Wheeler Energy Corporation.(Techman, Jennifer) (Entered: 12/14/2010) |
| 12/14/2010 | 7 | Corporate Disclosure Statement by Foster Wheeler Energy Corporation (Techman, Jennifer) (Entered: 12/14/2010) |