ASBESTOS

# U.S. District Court
## Western District of North Carolina (Asheville)
### CIVIL DOCKET FOR CASE #: 1:10–cv–00223–MR

| | |
|---|---|
| Proctor et al v. Crane Co. et al | Date Filed: 10/05/2010 |
| Assigned to: District Judge Martin Reidinger | Jury Demand: Both |
| Demand: $100,000 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity–Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**Ivey Grey Proctor**      represented by    **William M. Graham**
Wallace &Graham
525 North Main Street
Salisbury, NC 28144
704–633–5244
Fax: 704–633–9434
Email: bgraham@wallacegraham.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cecil Alverson Proctor**      represented by    **William M. Graham**
*spouse*     (See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Crane Co.**      represented by    **Tracy Edward Tomlin**
Nelson, Mullins, Riley &Scarborough, LLP
100 N. Tryon St.
42nd Floor
Charlotte, NC 28202
704–417–3101
Fax: 704–417–3227
Email: tracy.tomlin@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Company**

**Defendant**

**Metlife Inc.**      represented by    **Keith E. Coltrain**
Elmore &Wall PA
1001 Wade Ave., Ste. 423
Raleigh, NC 27605
919 865–9500
Fax: 919 865–9501
Email: keith.coltrain@elmorewall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Service Industries, Inc.**      represented by    **Carter T. Lambeth**
*formerly known as*     Johnson &Lambeth

| | | | |
|---|---|---|---|
| North Brothers Company | | | P.O. Box 660<br>Wilmington, NC 28402<br>910–763–0481<br>Fax: 910–251–1276<br>Email: ctl@johnsonandlambeth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | | |
| **Owens–Illinois, Inc.** | | represented by | **Robert O. Meriwether**<br>Nelson, Mullins, Riley &Scarborough, LLP<br>1320 Main St., Suite 17<br>P.O. Box 11070<br>Columbia, SC 29201<br>803–799–2000<br>Fax: 803–256–7500<br>Email: robert.meriwether@nelsonmullins.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | | |
| **Sepco Corporation** | | | |
| **Defendant** | | | |
| **Trane U.S. Inc.**<br>*formerly known as*<br>American Standard Inc. | | represented by | **Timothy Peck**<br>Smith Moore LLP<br>P.O. Box 21927<br>Greensboro, NC 27420<br>336/ 378–5307<br>Fax: 336/ 433–7471<br>Email: tim.peck@smithmoorelaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | | |
| **Zurn Industries, LLC** | | represented by | **Tracy Edward Tomlin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2010 | 1 | COMPLAINT against Crane Co., General Electric Company, General Refractories Company, Metlife Inc., National Service Industries, Inc. (f/k/a North BrothersCompany), Owens–Illinois, Inc., Sepco Corporation, Trane U.S. Inc., f/k/a American Standard Inc., Zurn Industries, LLC with Jury Demand ( Filing fee $ 350 receipt number 0419–1176791), filed by Cecil Alverson Proctor, Ivey Grey Proctor.(Graham, William) (Entered: 10/05/2010) |
| 10/05/2010 | | Case assigned to District Judge Martin Reidinger. *This is your only notice – you will not receive a separate document.*(siw) (Entered: 10/05/2010) |
| 10/05/2010 | | In Re: Asbestos Products Liability Litigation – MDL #875. Notice to Clerk of MDL Panel of tag–along case. (siw) (Entered: 10/05/2010) |
| 10/05/2010 | 2 | Summons Issued Electronically as to Crane Co., General Electric Company, General Refractories Company, Metlife Inc., National Service Industries, Inc. (f/k/a North BrothersCompany), Owens–Illinois, Inc., Sepco Corporation, Trane U.S. Inc., f/k/a American Standard Inc., Zurn Industries, LLC. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (siw) (Entered: 10/05/2010) |

| | | |
|---|---|---|
| 10/05/2010 | 3 | Document deleted – entry entered twice. (Entered: 10/05/2010) |
| 10/06/2010 | 4 | **ASBESTOS PRETRIAL ORDER that this case shall be included in the Coordinated Proceeding In Re: Asbestos−Related Litigation, WDCP−83−1. Signed by Clerk, Frank G. Johns.(siw)** (Entered: 10/06/2010) |
| 10/21/2010 | 5 | AFFIDAVIT of Service filed by Cecil Alverson Proctor, Ivey Grey Proctor. All Defendants. (Graham, William) (Entered: 10/21/2010) |
| 10/21/2010 | | Reset Answer Deadlines: General Electric Company, Trane U.S. Inc. &Zurn Industries, LLC served on 10/7/10, answer due 12/6/10; General Refractories Company &Owens−Illinois, Inc. served on 10/8/10, answer due 12/7/10; Metlife Inc. &Sepco Corporation served on 10/12/10, answer due 12/13/10; Crane Co. &National Service Industries, Inc. served on 10/13/10, answer due 12/13/10. (ejb) (Entered: 10/22/2010) |
| 11/11/2010 | 6 | *Crane Co.* ANSWER to 1 Complaint, with Jury Demand by Crane Co..(Tomlin, Tracy) (Entered: 11/11/2010) |
| 11/11/2010 | 7 | Corporate Disclosure Statement by Crane Co. (Tomlin, Tracy) (Entered: 11/11/2010) |
| 11/11/2010 | 8 | *Zurn Industries, LLC* ANSWER to 1 Complaint, with Jury Demand by Zurn Industries, LLC.(Tomlin, Tracy) (Entered: 11/11/2010) |
| 11/11/2010 | 9 | Corporate Disclosure Statement by Zurn Industries, LLC (Tomlin, Tracy) (Entered: 11/11/2010) |
| 11/15/2010 | 10 | ANSWER to 1 Complaint, with Jury Demand *and to Cross Claims of Any and All Other Defendants* by Metlife Inc..(Coltrain, Keith) (Entered: 11/15/2010) |
| 11/15/2010 | 11 | Corporate Disclosure Statement by Metlife Inc. (Coltrain, Keith) (Entered: 11/15/2010) |
| 12/07/2010 | 12 | ANSWER to Complaint with Jury Demand by Owens−Illinois, Inc..(Meriwether, Robert) (Entered: 12/07/2010) |
| 12/09/2010 | 13 | ANSWER to 1 Complaint, with Jury Demand *and Answer to All Cross−Claims* by Trane U.S. Inc..(Peck, Timothy) (Entered: 12/09/2010) |
| 12/09/2010 | 14 | Corporate Disclosure Statement by Trane U.S. Inc. (Peck, Timothy) (Entered: 12/09/2010) |
| 12/10/2010 | | In Re: Asbestos Products Liability Litigation – MDL #875. 2nd NOTICE to Clerk of MDL Panel of tag−along case − 1st Notice sent 10/5/2010. (nll) (Entered: 12/10/2010) |
| 12/13/2010 | 15 | *ENTRY OF APPEARANCE AND* ANSWER to 1 Complaint, with Jury Demand by National Service Industries, Inc..(Lambeth, Carter) (Entered: 12/13/2010) |
| 12/13/2010 | 16 | Corporate Disclosure Statement by National Service Industries, Inc. (Lambeth, Carter) (Entered: 12/13/2010) |