MICHAEL J. PIETRYKOWSKI (SBN: 118677)
mpietrykowski@gordonrees.com
GLEN R. POWELL (SBN 219453)
gpowell@gordonrees.com
KRISTINE M. GLOVER (SBN 245246)
kglover@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
AIR & LIQUID SYSTEMS CORPORATION,
successor by merger to BUFFALO PUMPS, INC

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 875 |
| KWANG SCANLON v. ASBESTOS COMPANIES, ET AL. | NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC. |

PLEASE TAKE NOTICE that Glen R. Powell of the law firm of GORDON & REES LLP, 275 Battery Street, 20th Floor, San Francisco, CA 94111, email address: gpowell@gordonrees.com, hereby enters his appearance as attorney of record for defendant AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC. in the above-captioned matter and requests that all future correspondence, pleadings, and notices be sent to the above-

- 2 -

referenced address and/or email address.

Dated:  December 14, 2010            GORDON & REES LLP

By: _____
GLEN R. POWELL
Attorneys for Defendant
AIR & LIQUID SYSTEMS
CORPORATION, successor by merger to
BUFFALO PUMPS, INC.

## CERTIFICATE OF SERVICE

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On **December 14, 2010**, I served the within documents:

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.**

☒    by electronically serving the document(s) described above via the Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **December 14, 2010**, at San Francisco, California.

*Samantha Oryall*
Samantha Oryall