IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WANDA NISWONGER AND ET AL.,       :
                                   :      CONSOLIDATED UNDER
                                   :      MDL 875
       Plaintiffs,                 :
                              FILED        Transferred from the Eastern
       v.                                  District of Missouri
                              NOV - 8 2010  (Case No. 91-01329)
                                   :
PITTSBURGH CORNING CORP.           :
ET AL.,                                    E.D. PA CIVIL ACTION NO.
                                   :       2:09-66350
       Defendants.                 :

## SUGGESTION OF REMAND

**AND NOW,** this **20th** day of **October, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's
> docket.  The remaining viable Defendants in this case
> to proceed to trial are listed in "Exhibit A" attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Eastern District of Missouri for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Defendant OWENS-ILLINOIS, INCORPORATED**
*AN OHIO CORPORATION*



| | | |
|---|---|---|
| PETER KONOPATSKI, JR., | : | |
| | : | CONSOLIDATED UNDER |
| Plaintiff | : | MDL 875 |
| | : | |
| | : | |
| | : | Transferred from the District |
| v. | : | of New Jersey |
| | : | (05-03760) |
| | : | |
| AGCO CORPORATION | : | |
| ET AL., | : | E.D. PA CIVIL ACTION NO. |
| | : | 2:07-63343 |
| Defendants. | : | |

## SUGGESTION OF REMAND

**AND NOW,** this **5th** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's
> docket. The remaining viable Defendants in this case
> to proceed to trial are listed in Exhibit "A" attached.

The Defendants listed in Exhibit "A" have notified the court that they wish to assert their cross-claims on remand. Bankrupt Defendants, against which proceedings are stayed, are listed in Exhibit "B."

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of New Jersey for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**<u>Defendant</u> (and Cross Defendant)**
**BURNS INTERNATIONAL**
**SECURITY SERVICES**
**CORPORATION**
*FORMERLY KNOWN AS BORG-*
*WARNER CORPORATION*

**<u>Defendant</u> (and Cross Defendant)**
**FOSTER WHEELER ENERGY**
**CORP.**

represented by **CHRISTOPHER J. KEALE**
SEDGWICK DETERT MORAN &
ARNOLD LLP
THREE GATEWAY CENTER
100 MULBERRY ST.
12TH FL
NEWARK, NJ 07102
973-242-0002
Email: christopher.keale@sdma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DENNIS E. VEGA**
SEDGWICK DETERT MORAN &
ARNOLD
THREE GATEWAY CENTER 12TH
FL
NEWARK, NJ 07102
973-242-0002
Email: dennis.vega@sdma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u> (and Cross Defendant)**

**GENERAL ELECTRIC**
**COMPANY** represented by
**CHRISTOPHER J. KEALE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DENNIS E. VEGA**
(See above for address)
*LEAD ATTORNEY*

**Defendant** **(and Cross Defendant)**
**HONEYWELL INTERNATIONAL,**
**INC.**
*AS SUCCESSOR TO AND*
*FORMERLY KNOWN AS DELAVAL*
*TURBINE, TRANSAMERICA*
*DELAVAL, AND IMO DELAVAL*

represented by**ETHAN D. STEIN**
GIBBONS P.C.
ONE PENNSYLVANIA PLAZA
37TH FLOOR
NEW YORK, NY 10119-3701
973-596-4500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant** **(and Cross Defendant)**
**INTERNATIONAL TRUCK AND**
**ENGINE CORPORATION**

**Defendant** **(and Cross Defendant)**
**NATIONAL AUTO PARTS**
**ASSOCIATION**

represented by**SUSAN B. FELLMAN**
BREUNINGER & FELLMAN
1829 FRONT ST.
SCOTCH PLAINS, NJ 07076
908-490-9900
Email: sfellman@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**GENERAL MOTORS**
**CORPORATION**
*INDIVIDUALLY AND AS A*
*SUCCESSOR-IN-INTEREST TO*
*DELCO PRODUCTS DIVISION OF*
*GENERAL MOTORS CORPORATION*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCINE PELUSO | : | |
| | : | |
| | : | |
| Plaintiff, | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| v. | : | |
| | : | |
| | : | |
| | : | Transferred from the District |
| | : | of New Jersey (08-5112) |
| ASBESTOS CORPORATION LTD., | : | |
| ET AL., | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| | : | 09-65683 |
| Defendants. | : | |

**SUGGESTION OF REMAND**

**AND NOW,** this **27th** day of **October, 2010,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining viable Defendants in this case to proceed to trial are listed in "Exhibit A" attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of New Jersey for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).  See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

|  |  |  |
|---|---|---|
| | : | MDL 875 |
| Francine Peluso, | : | Civil Action No.: 2:09-cv-65683 |
| | : | Asbestos Litigation |
| Plaintiff | : | |
| | : | Transferor Court: |
| v. | : | U.S. District Court: |
| | : | District of NJ (Newark) |
| Asbestos Corporation Limited, | : | Civil Action No.: 08-05112 |
| et al. | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |

## PLAINTIFF'S LIST OF DEFENDANTS TO BE INCLUDED IN PROPOSED REMAND ORDER

### Viable Defendants

Asbestos Corporation Limited
Benjamin Foster Company, a Division of Amchem
Blackmer Pump Company
Coltec Industries
Foster Wheeler Energy Corporation
General Electric Company
IMO Industries
Walter H. Eagon Company
Fairchild Corporation
Superior Lidgerwood Mundy

### Bankrupt Defendants

Garlock
Garlock Sealing Technologies
Leslie Controls

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY G. LOSITO, | : | |
| INDIVIDUALLY AND AS THE | : | CONSOLIDATED UNDER |
| ADMINISTRATOR OF THE ESTATE | : | MDL 875 |
| OF ANTHONY LOSITO | : | |
| | : | |
| | : | Transferred from the District |
| v. | : | of New Jersey |
| | : | (Case No. 09-02945) |
| | : | |
| BENJAMIN FOSTER COMPANY, | : | |
| ET AL., | : | |
| | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| | : | 2:09-80051 |
| Defendants. | : | |

## SUGGESTION OF REMAND

**AND NOW,** this **27th** day of **October, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining viable Defendants in this case

to proceed to trial are listed in "Exhibit A" attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of New Jersey for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBREÑO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).  See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

|  |  |
|---|---|
| : | MDL 875 |
| Anthony Losito, Jr as Executorix : | Civil Action No.: 2:09-CV-80051 (ER) |
| Of the Estate of Anthony Losito : | Asbestos Litigation |
| Plaintiff : |  |
| : | Transferor Court: |
| v. : | U.S. District Court: |
| : | District of NJ (Newark) |
| Benjamin Foster Company et al, : | Civil Action No.: 09-02945 |
| : |  |
| Defendants : | JURY TRIAL DEMANDED |
| : |  |

## **PLAINTIFF'S LIST OF DEFENDANTS TO BE INCLUDED IN PROPOSED REMAND ORDER**

### **Viable Defendants**

Benjamin Foster Company, a Division of Amchem
Blackmer Pump Company
Coltec Industries
Foster Wheeler Energy Corp.
General Electric Co.
IMO Industries
Walter H. Eagon Company
Fairchild Corporation
Manning Maxwell & Moore

### **Bankrupt Defendants**

Garlock Sealing Technologies

| | | |
|---|---|---|
| MICHAEL J. LINDEMANN, | : | |
| Executor of the Estate of | : | Consolidated under MDL-875 |
| George W. Lindemann, Jr. | : | |
| | : | |
| Plaintiff, | : | |
| | : | Transferred from the Western |
| v. | : | District of Pennsylvania |
| | : | (Case No. 06-00244) |
| | : | |
| GARLOCK INC., ET AL. | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| | : | 2:07-63080 |
| Defendants. | : | |

**SUGGESTION OF REMAND**

**AND NOW**, this **27th** day of **October, 2010**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) Settlement conferences have been held in front of the Honorable Magistrate Judge Elizabeth T. Hey, and these negotiations have been exhausted as to the remaining viable defendants.
>
> e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining viable Defendants in this case to proceed to trial are listed in "Exhibit A" attached. The remaining Bankrupt Defendants, against whom proceedings are stayed, are listed in "Exhibit B", attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Western District of Pennsylvania for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Defendant**
**GEORGE V. HAMILTON, INC.**

**PENNSYLVANIA POWER COMPANY**

represented by **JENNIFER E. WATSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGHAN FAWCETT WISE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
GARLOCK, INC.                    represented by **GREGORY L. FITZPATRICK**
MARGOLIS EDELSTEIN
525 WILLIAM PENN PL STE 3300
PITTSBURGH, PA 15219
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

JOSEPH WEIDNER                    :
                                  :    CONSOLIDATED UNDER
        Plaintiff,                :    MDL 875
                                  :
                            FILED :    Transferred from the Western
    v.                            :    District of Pennsylvania
                                  :    (Case No. 97-00722)
                                  :
UNITED MINERAL PRODUCTS, CO.,     :
                                  :    E.D. PA CIVIL ACTION NO.
                                  :    2:07-cv-63072
        Defendants.               :

## SUGGESTION OF REMAND

**AND NOW,** this **27th** day of **October, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's
> docket.  The remaining viable Defendants in this case
> to proceed to trial are listed in "Exhibit A" attached.
> The remaining Bankrupt Defendants, against whom

proceedings are stayed, are listed in "Exhibit B", attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Western District of Pennsylvania for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_EDUARDO C. ROBRENO, J._

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Defendant**
**GEORGE V. HAMILTON, INC.**              represented by **RONALD J. RICHERT**
WILLMAN & ARNOLD
705 MCKNIGHT PARK DR
PITTSBURGH, PA 15237
412-366-3333
Email: rrichert@willmanlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**INSUL COMPANY, INC.**

**Defendant**
**POWER PIPING CO**              represented by **ANNE D. HARMAN**
BAILEY RILEY BUCH & HARMAN
900 RILEY BLDG
POBOX 631
WHEELING, WV 26003
304-232-6675
Email: aharman@brbhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RONALD J. RICHERT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**RAPID-AMERICAN CORP**
*IN ITS OWN RIGHT AND*
*SUCCESSOR IN INTEREST TO THE*
*PHILIP CAREY CORPORATION,*
*BRIGGS MANUFACTURING*
*COMPANY, PANCON COMPANY*
*AND GLEN ALDEN CORPORATION*

**Defendant**
**SAFETY-FIRST INDUSTRIES,**              represented by **MARK G. LIONETTI**
**INC.**              (See above for address)
*IN ITS OWN RIGHT AND AS*              *ATTORNEY TO BE NOTICED*
*SUCCESSOR IN INTEREST TO*
*SAFETY FIRST SUPPLY, INC.*              **TERRY A. SCHROCK**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**TOWNSEND & BOTTUM, INC.**

**Defendant**
**BIGELOW-LIPTAK**
**CORPORATION**

**Defendant**
**CHICAGO FIREBRICK**
**COMPANY**

**Defendant**
**DURABLA MANUFACTURING**
**COMPANY**
*IN ITS OWN RIGHT AND AS*
*SUCCESSOR TO DURABLA*
*CANADA, LTD.*

**Defendant**
**NORTH AMERICAN**
**REFRACTORIES COMPANY**

**Defendant**
**UNITED MINERAL PRODUCTS**
**COMPANY**