# FOLEY & MANSFIELD <sub>PLLP</sub>
Attorneys at Law

Chicago • Detroit • **Los Angeles** • Miami • Minneapolis • New York • Oakland • St. Louis • Seattle

December 15, 2010

**Peter B. Langbord**
Managing Partner
*plangbord@foleymansfield.com*

*<u>Electronic Filing</u>*
United Status Judicial Panel on Multidistrict Litigation
Attn: Jeffery Luthi, Clerk of the Panel

Re:   In re: Asbestos Product Liability Litigation (No. VI)
        MDL Docket No. 875

Dr. Mr. Luthi:

Defendant Viad Corp would like to withdraw its Notice of Related Action e-filed on December 13, 2010 as document number 6475. The Notice of Related Action was inadvertently e-filed under the incorrect category. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/ Peter B. Langbord

Peter B. Langbord
Managing Partner

cc:   Ron C. Eddins, Esq.
       Jennifer L. Bartlett, Esq.
       **SIMON, EDDINS & GREENSTONE, LLP**
       301 E. Ocean Blvd., Suite 1950
       Long Beach, CA 90802
       **Via U.S. Mail**