## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| DAVID OVERBY and MARGARET RUTH OVERBY<br><br>Plaintiffs<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | USDC, Central District of California<br>Case No.: 2:10-cv-09250 R (VBKx) |

_____

### DEFENDANT'S NOTICE OF RELATED ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendant Viad Corp (hereinafter "Defendant") hereby notify the Panel of the pendency of a tag-along action in Federal District Court, styled "David Overby and Margaret Ruth Overby v. Air & Liquid Systems Corporation, et al." in the United States District Court for the Central District of California (see Notice of Tag-Along Action attached hereto as EXHIBIT "A"). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. §1407.

1

Wherefore, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

DATED:  December 15, 2010          FOLEY & MANSFIELD, PLLP

                                      By:   /s/ Peter B. Langbord
                                               Peter B. Langbord, Esq. (#144319)
                                               300 S. Grand Avenue, Suite 2800
                                               Los Angeles, CA 90071
                                               Telephone: (213) 283-2100
                                               Facsimile: (213) 283-2101
                                               plangbord@foleymansfield.com
                                               **Attorneys for Defendant**
                                               **VIAD CORP**