# EXHIBIT A
## Notice of Tag-Along Action

1  Peter B. Langbord, Esq. (SBN 144319)
2  plangbord@foleymansfield.com
   **Foley & Mansfield, PLLP**
3  300 South Grand Avenue, Suite 2800
4  Los Angeles, CA  90071
   Telephone:    (213) 283-2100
5  Facsimile:    (213) 283-2101
6
7  Attorneys for Defendant
   **VIAD CORP**
8

FILED

10 DEC -2 PM 1:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11  DAVID OVERBY and MARGARET       ) Case No:
    RUTH OVERBY                     )
12                                  )
                                    ) **NOTICE OF TAG-ALONG ACTION**
13               Plaintiff,         )
                                    )
14        vs.                       )
                                    )
15  AIR & LIQUID SYSTEMS            )
16  CORPORATION (sued as successor- )
    by-merger to BUFFALO PUMPS,     )
17  INC.); CARRIER CORPORATION;     )
18  CBS CORPORATION f/k/a VIACOM,   )
    INC. (sued as successor-by merger to )
19  CBS CORPORATION f/k/a           )
20  WESTINGHOUSE ELECTRIC           )
    CORPORATION, and also as        )
21  successor-in-interest to BF     )
22  STURTEVANT); FOSTER WHEELER     )
    ENERGY CORPORATION;             )
23  GENERAL ELECTRIC COMPANY;       )
24  JOHN CRANE, INC.; SYD           )
    CARPENTER, MARINE               )
25  CONTRACTOR, INC.; VIAD          )
26  CORPORATION f/k/a THE DIAL      )
    CORPORATION (sued individually  )
27  and as successor-in-interest to )
28  GRISCOM-RUSSELL COMPANY),       )

CV10  9250  MMM (FFMx)

1

NOTICE OF TAG-ALONG ACTION

Defendants,                    )
                               )
_____)

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos exposure cases pending in any United States Court to the United States District Court for the Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings, all pursuant to 28 U.S.C. §1407(a) (the "MDL Transfer Order"). The MDL Transfer Order applies to "tag-along action[s]" as defined in Multi-District Litigation Rule 1.1, or actions involving common questions of law or fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

///
///
///
///
///
///
///
///
///
///
///
///

2

1   The undersigned hereby notifies the Court that this case is a potential "tag-
2   along action" which may be subject to transfer to the Eastern District of
3   Pennsylvania.  The clerk of the Panel may either (1) enter a Conditional Transfer
4   Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the
5   action should not be transferred pursuant to MDL Rule 7.5(b).

6
7   DATED: December 1, 2010                    FOLEY & MANSFIELD PLLP
8
9                                      By: _____
10                                         Peter B. Langbord
11                                         Attorneys for Defendant
                                           **VIAD CORP**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF TAG-ALONG ACTION