**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**NOTICE OF HEARING SESSION**

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:              January 27, 2011

LOCATION OF HEARING SESSION:    Hale Boggs Federal Building
                                                              U.S. Courthouse
                                                          Courtroom C-501, 5th Floor
                                                          500 Poydras Street
                                                          New Orleans, Louisiana  70130

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

For those matters listed on Section A of the Schedule, the enclosed "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **January 10, 2011.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  These procedures are strictly adhered to.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

cc: Clerk, U.S. District Court for the Eastern District of Louisiana

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION


### HEARING SESSION ORDER


The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on January 27, 2011, the Panel will convene a hearing session in New Orleans, Louisiana, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.


PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr. |
| Barbara S. Jones | Paul J. Barbadoro |

SCHEDULE OF MATTERS FOR HEARING SESSION
January 27, 2011 -- New Orleans, Louisiana

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**

MDL No. 2202 -- **IN RE: REGIONS BANK ATM FEE NOTICE LITIGATION**

Motion of defendant Regions Bank for centralization of the following actions in the United States District Court for the Northern District of Mississippi:

Northern District of Mississippi

Jason Reeves v. Regions Bank, C.A. No. 2:10-00142

Southern District of Mississippi

Debra Miller v. Regions Bank, C.A. No. 5:10-00140

Western District of Tennessee

Suzette Hogan, et al. v. Regions Bank, C.A. No. 2:10-02607

---

[1]  This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

MDL No. 2203 -- **IN RE: PROPERTY ASSESSED CLEAN ENERGY (PACE)
                  PROGRAMS LITIGATION**

Motion of defendant Federal Housing Finance Agency for centralization of the following
actions in the United States District Court for the Northern District of California:

<u>Northern District of California</u>

City of Palm Desert v. Federal Housing Finance Agency, et al., C.A. No. 3:10-04482
People of the State of California, ex rel., et al. v. Federal Housing Finance Agency, et al.,
  C.A. No.  4:10-03084
County of Sonoma v. Federal Housing Finance Agency, et al., C.A. No. 4:10-03270
Sierra Club v. Federal Housing Finance Agency, et al., C.A. No. 4:10-03317

<u>Northern District of Florida</u>

Leon County Florida, et al. v. Federal Housing Finance Agency, C.A. No. 4:10-00436

<u>Southern District of New York</u>

Natural Resources Defense Council, Inc. v. Federal Housing Finance Authority, et al.,
  C.A. No. 1:10-07647

MDL No. 2204 -- **IN RE: SCHNEIDER NATIONAL CARRIERS, INC., WAGE AND
                  HOUR EMPLOYMENT PRACTICES LITIGATION**

Motion of plaintiff Richard A. Beaudoin for centralization of the following actions in the
United States District Court for the Northern District of California:

<u>Central District of California</u>

Richard A. Beaudoin v. Schneider National Carriers, Inc., et al., C.A. No. 2:10-04975

<u>Northern District of California</u>

Morris Bickley, et al. v. Schneider National Carriers, Inc., C.A. No. 3:08-05806

MDL No. 2206 -- **IN RE: WEBLOYALTY.COM, INC., MARKETING AND SALES
                PRACTICES LITIGATION (NO. II)**

Motion of defendant Webloyalty.com, Inc., for centralization of the following actions in
the United States District Court for the District of Connecticut:

        Southern District of California

Patrick Berry v. Webloyalty.com, Inc., et al., C.A. No. 3:10-01358

        District of Connecticut

Liam Slyne v. Webloyalty.com, Inc., et al., C.A. No. 3:10-01372

MDL No. 2207 -- **IN RE: HUNGARIAN HOLOCAUST LITIGATION**

Motion of plaintiffs Rosalie Simon, et al., for centralization of the following actions in the
United States District Court for the District of District of Columbia:

        District of District of Columbia

Rosalie Simon, et al. v. The Republic of Hungary, et al., C.A. No. 1:10-01770

        Northern District of Illinois

Victims of the Hungarian Holocaust v. Hungarian State Railways, C.A. No. 1:10-00868

MDL No. 2208 -- **IN RE: PRUDENTIAL INSURANCE COMPANY OF AMERICA
                SGLI/VGLI CONTRACT LITIGATION**

Motion of defendant The Prudential Insurance Company of America for centralization of
the following actions in the United States District Court for the District of New Jersey:

        District of Massachusetts

Kevin Lucey, et al. v. Prudential Insurance Company of America, C.A. No. 3:10-30163

        District of New Jersey

Barbara Phillips, et al. v. Prudential Insurance Company of America, et al.,
  C.A. No. 2:10-05735

Schedule of Matters for Hearing Session, Section A                     p. 4
New Orleans, Louisiana


MDL No. 2209 -- **IN RE: EQUINOX FITNESS WAGE AND HOUR EMPLOYMENT
PRACTICES LITIGATION**

Motion, as amended, of defendants Equinox Holdings, Inc.; The Equinox Group, Inc.;
Equinox Fitness Century City, Inc.; Equinox Fitness Newport Beach, Inc.; Equinox Fitness Palo
Alto, Inc.; Equinox Fitness Palos Verdes, Inc.; Equinox Fitness Pasadena, Inc.; Equinox Fitness
San Mateo, Inc.; Equinox Fitness Santa Monica, Inc.; Equinox Fitness South Bay, Inc.; Equinox
Fitness Westwood, Inc.; and Equinox Fitness Woodland Hill, Inc., for centralization of the
following actions in the United States District Court for the Central District of California:

Central District of California

Tamara Evans v. Equinox Holdings, Inc., et al., C.A. No. 2:10-05961
Gregory Wilkins v. Equinox Holdings, Inc., et al., C.A. No. 2:10-08638

Northern District of California

Sean Barnes v. The Equinox Group, Inc., C.A. No. 4:10-03586


MDL No. 2210 -- **IN RE: LISTERINE TOTAL CARE MOUTHWASH MARKETING
AND SALES PRACTICES LITIGATION**

Motion of plaintiff Nikki Pelkey for centralization of the following actions in the United
States District Court for the Southern District of District of Florida:

Northern District of California

Charlene A. Britton v. Johnson & Johnson, et al., C.A. No. 3:10-04450

Southern District of Florida

Nikki Pelkey v. McNeil Consumer Healthcare, C.A. No. 0:10-61853

District of New Jersey

David Evoy v. Johnson & Johnson Healthcare Products Division of McNeil-PPC, Inc.,
C.A. No. 2:10-05252
Scott J. Duca v. Johnson & Johnson, et al., C.A. No. 3:10-05292

Schedule of Matters for Hearing Session, Section A                     p. 5
New Orleans, Louisiana


MDL No. 2211 -- **IN RE: ABBOTT LABORATORIES, INC., SIMILAC PRODUCTS
LIABILITY LITIGATION**

Motion of plaintiff Chalonda Jasper for centralization of the following actions in the
United States District Court for the Northern District of Illinois:

Central District of California

Gildefonso Rodriguez v. Abbott Laboratories, Inc., et al., C.A. No. 2:10-07520

Eastern District of California

Jessica L. Tosh-Surryhne v. Abbott Laboratories, Inc., et al., C.A. No. 2:10-02603

Northern District of Illinois

Chalonda Jasper v. Abbott Laboratories, Inc., C.A. No. 1:10-06252
Alimah Gray, et al. v. Abbott Laboratories, Inc., et al., C.A. No. 1:10-06377
Rebecca Brown v. Abbott Laboratories, Inc., C.A. No. 1:10-06674

Eastern District of Louisiana

Kathleen A. Brandner v. Abbott Laboratories, Inc., et al., C.A. No. 2:10-03242

Eastern District of New York

Shelly A. Leonard, et al. v. Abbott Laboratories, Inc., C.A. No. 2:10-04676


MDL No. 2212 -- **IN RE: STUDENT-ATHLETE NAME & LIKENESS LITIGATION**

Motion of plaintiffs Samuel Michael Keller, Bryon Bishop, Bryan Cummings, and Lamar
Watkins for centralization of the following actions in the United States District Court for the
Northern District of California:

Northern District of California

Ishmael Thrower v. National Collegiate Athletic Association, et al., C.A. No. 3:10-00632
Samuel Michael Keller v. Electronic Arts Inc., et al., C.A. No. 4:09-01967

Schedule of Matters for Hearing Session, Section A                p. 6
New Orleans, Louisiana


MDL No. 2212 (Continued)


      Northern District of California (Continued)

Edward C. O'Bannon, Jr. v. National Collegiate Athletic Association, et al.,
  C.A. No. 4:09-03329
Bryon Bishop v. Electronic Arts, Inc., et al., C.A. No. 4:09-04128
Craig Newsome v. National Collegiate Athletic Association, et al., C.A. No. 4:09-04882
Michael Anderson v. National Collegiate Athletic Association, et al.,
  C.A. No. 4:09-05100
Danny Wimprine v. National Collegiate Athletic Association, et al., C.A. No. 4:09-05134
Samuel Jacobson v. National Collegiate Athletic Association, et al., C.A. No. 4:09-05372
Damien Rhodes v. National Collegiate Athletic Association, et al., C.A. No. 4:09-05378

      District of New Jersey

Ryan Hart et al. v. Electronic Arts, Inc., et al., C.A. No. 3:09-05990

      Eastern District of Tennessee

Tommy Hubbard v. Electronic Arts Inc., C.A. No. 2:09-00234


MDL No. 2213 -- **IN RE: COMMODITY EXCHANGE, INC., SILVER FUTURES AND
      OPTIONS TRADING LITIGATION**

    Motion of plaintiff Christopher DePaoli for centralization of certain of the following
actions in the United States District Court for the Eastern District of New York and motion of
plaintiff Eric Nalven for centralization of the following actions in the United States District Court
for the Southern District of New York:

      Eastern District of New York

Christopher DePaoli v. JPMorgan Chase & Co., et al., C.A. No. 1:10-05054

Schedule of Matters for Hearing Session, Section A                    p. 7
New Orleans, Louisiana


MDL No. 2213 (Continued)

      <u>Southern District of New York</u>

      Brian J. Beatty v. JP Morgan Chase & Co., et al., C.A. No. 1:10-08146
      Peter Laskaris v. JPMorgan Chase & Co., et al., C.A. No. C.A. No. 1:10-08157
      Paul D. Kaplan v. JP Morgan Chase & Co., et al., C.A. No. 1:10-08180
      Blackbriar Holdings, LLC v. JP Morgan Chase & Co., et al., C.A. No. 1:10-08254
      Eric Nalven v. JPMorgan Chase & Co., et al., C.A. No. 1:10-08284
      Carl F. Loeb v. JPMorgan Chase & Co., et al., C.A. No. 1:10-08288


MDL No. 2214 -- **IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT
              PRACTICES LITIGATION (NO. II)**

      Motion of defendant Wells Fargo Bank, N.A., for centralization of the following actions
in the United States District Court for the Northern District of California:

      <u>Eastern District of California</u>

      Marie Pope, et al. v. Wells Fargo Bank, N.A., C.A. No. 2:10-02807

      <u>Northern District of California</u>

      Steven Strickland, et al. v. Wells Fargo Bank, N.A., C.A. No. 3:10-02812
      Sanjay Bhalla, et al. v. Wells Fargo Bank, N.A., C.A. No. 3:10-03452
      Irasema E. Greene, et al. v. Wells Fargo Bank, N.A., C.A. No. 3:10-03466


MDL No. 2215 -- **IN RE: GLACEAU VITAMINWATER MARKETING AND SALES
              PRACTICES LITIGATION (NO. II)**

      Motion of defendants The Coca-Cola Company and Energy Brands Inc., for centralization
of the following actions in the United States District Court for the Eastern District of New York:

      <u>Southern District of Florida</u>

      Scott Cook, et al. v. The Coca-Cola Company, et al., C.A. No. 0:10-61621

Schedule of Matters for Hearing Session, Section A                    p. 8
New Orleans, Louisiana


MDL No. 2215 (Continued)


       Eastern District of New York

Batsheva Ackerman, et al. v. Coca-Cola Company, et al., C.A. No. 1:09-00395

       District of Virgin Islands

Vivian E. St. Juste, et al. v. The Coca-Cola Company, et al., C.A. No. 3:10-00118


MDL No. 2216 -- **IN RE: CRYSTAL POOLE LITIGATION**

Motion of plaintiff Crystal Poole for centralization of the following actions in the United States District Court for the Northern District of California:

       Northern District of California

Crystal Poole v. United States of America, et al., C.A. No. 3:10-02668

       Northern District of Texas

Crystal Poole v. United States of America, et al., C.A. No. 4:10-00501


MDL No. 2217 -- **IN RE: DISCOVER CARD PAYMENT PROTECTION PLAN**
              **MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Renee Walker, et al., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

       Central District of California

Devavani Conroy v. Discover Financial Services, Inc., et al., C.A. No. 2:10-05260

MDL No. 2217 (Continued)


   Northern District of Illinois

Renee Walker, et al. v. Discover Financial Services, Inc., et al., C.A. No. 1:10-06994
Kathleen Callahan v. Discover Financial Services, Inc., et al., C.A. No. 1:10-07181

   District of South Carolina

Diane Marie Alexander v. Discover Financial Services, Inc., et al., C.A. No. 7:10-02754


MDL No. 2218 -- **IN RE: CAMP LEJEUNE, NORTH CAROLINA, WATER
     CONTAMINATION LITIGATION**

   Motion of plaintiff Laura J. Jones for centralization of the following actions in the United States District Court for the Eastern District of North Carolina:

   Northern District of Alabama

John Edwards, et al. v. United States of America, C.A. No. 2:10-01998

   Southern District of Florida

Leandro Perez, et al. v. The United States of America, C.A. No. 1:09-22201

   Northern District of Georgia

Erica Y. Bryant v. United States of America, C.A. No. 1:10-02741

   Eastern District of North Carolina

Laura J. Jones v. United States of America, C.A. No. 7:09-00106

Schedule of Matters for Hearing Session, Section A                          p. 10
New Orleans, Louisiana


MDL No. 2219 -- **IN RE: BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,
            FAIR LABOR STANDARDS ACT (FLSA) LITIGATION**

Motion of plaintiff Catherine Copello for centralization of the following actions in the
United States District Court for the District of Connecticut:

        Northern District of California

Peter Batchkoff v. Boehringer Ingelheim Pharmaceuticals, Inc., C.A. No. 3:10-04830

        District of Connecticut

Luann Ruggeri, et al. v. Boehringer Ingelheim Corp., C.A. No. 3:06-01985

        Southern District of Florida

Marta Lopez-Lima v. Boehringer Ingelheim Pharmaceuticals, Inc., C.A. No. 1:10-22398

        Northern District of Illinois

Catherine Copello v. Boehringer Ingelheim Pharmaceuticals, Inc., C.A. No. 1:10-07396


MDL No. 2220 -- **IN RE: KABA SIMPLEX LOCKS MARKETING AND SALES
            PRACTICES LITIGATION**

Motion of plaintiff Yeshai Michael Kutoff for centralization of the following actions in
the United States District Court for the Northern District of Ohio:

        District of New Jersey

Dov Strickman, et al. v. Kaba Ilco Corp., et al., C.A. No. 3:10-06212

        Eastern District of New York

Aaron Glucksman, et al. v. Kaba Ilco Corp., et al., C.A. No. 1:10-05508

        Southern District of New York

Sol Biderman v. Kaba Ilco Corp., et al., C.A. No. 1:10-08997

Schedule of Matters for Hearing Session, Section A                    p. 11
New Orleans, Louisiana


MDL No. 2220 (Continued)


      <u>Northern District of Ohio</u>

    Yeshai Michael Kutoff v. Kaba Ilco Corp., et al., C.A. No. 1:10-02699
    Eli Frank v. Kaba Ilco Corp., et al., C.A. No. 1:10-02725
    Chaya Gitty Kohn, et al. v. Kaba Ilco Corp., et al., C.A. No. 1:10-02727
    Nachum Dov Kutoff v. Kaba Ilco Corp., et al., C.A. No. 1:10-02728
    Mary Ireland v. KABA Corporation, et al., C.A. No. 1:10-02730


MDL No. 2221 -- **IN RE: AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST**
               **LITIGATION**

    Motion, amended, of plaintiff Plymouth Oil Corp. for centralization of the following
actions in the United States District Court for the Eastern District of New York:

      <u>Eastern District of New York</u>

    Rite Aid Corporation, et al. v. American Express Travel Related Services Company, Inc.,
      et al., C.A. No. 1:08-02315
    United States of America, et al. v. American Express Company, et al.,
      C.A. No. 1:10-04496
    Firefly Air Solutions, LLC v. American Express Company, et al., C.A. No. 2:10-05200
    Plymouth Oil Corp. v. American Express Company, et al., C.A. No. 2:10-05369

      <u>Southern District of New York</u>

    In Re: American Express Anti-Steering Rules Antitrust Litigation, C.A. No. 1:06-02974

MDL No. 2222 -- **IN RE: ENFAMIL LIPIL MARKETING AND SALES PRACTICES
LITIGATION**

Motion of defendant Mead Johnson & Company, LLC, for centralization of the following
actions in the United States District Court for the Southern District of Indiana:

<u>Central District of California</u>

Michelle Weeks v. Mead Johnson Nutrition Company, et al., C.A. No. 2:09-05835

<u>District of Colorado</u>

Katherine Francis v. Mead Johnson & Company, C.A. No. 1:10-00701

<u>Middle District of Florida</u>

Stuart Kaplan v. Mead Johnson Nutrition Company, et al., C.A. No. 2:09-00644

<u>Southern District of Florida</u>

Allison Nelson v. Mead Johnson Nutrition Company, et al., C.A. No. 0:09-61625

<u>District of Massachusetts</u>

Gina Martin v. Mead Johnson Nutrition Company, et al., C.A. No. 1:09-11609

<u>District of New Hampshire</u>

Kimberly Pelkey v. Mead Johnson Nutrition Company, et al., C.A. No. 1:10-00516

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

  Oppositions of plaintiffs Kwang Scanlon and Lola Bouchard, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

    <u>Central District of California</u>

  Kwang Scanlon v. Asbestos Companies, C.A. No. 2:10-07264

    <u>Western District of Washington</u>

  Lola Bouchard, et al. v. CBS Corporation, et al., C.A. No. 2:10-01810

MDL No. 1203 -- **IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION**

  Opposition of plaintiff Colleen Pawelczyk to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

    <u>District of Massachusetts</u>

  Colleen Pawelczyk v. Indevus Pharmaceuticals, Inc., et al., C.A. No. 1:10-11544

Schedule of Matters for Hearing Session, Section B                           p. 14
New Orleans, Louisiana


MDL No. 1603 -- **IN RE: OXYCONTIN ANTITRUST LITIGATION**

      Opposition of defendants Varam, Inc., and KVK-Tech, Inc., to transfer of the following action to the United States District Court for the Southern District of New York:

            Eastern District of Pennsylvania

      Purdue Pharma L.P., et al. v. Varam, Inc., et al., C.A. No. 2:10-04028


MDL No. 1626 -- **IN RE: ACCUTANE (ISOTRETINOIN) PRODUCTS LIABILITY LITIGATION**

      Opposition of plaintiff Bo Walbrick to transfer of the following action to the United States District Court for the Middle District of Florida:

            Western District of Oklahoma

      Bo Walbrick v. Hoffmann-La Roche Inc., et al., C.A. No. 5:10-01052


MDL No. 1715 -- **IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

      Motion of plaintiffs Eleanor Schiano, et al., for reconsideration of the Panel's order denying transfer in the following action:

            District of New Jersey

      Eleanor Schiano, et al. v. MBNA Corp., et al., C.A. No. 2:05-1771


MDL No. 1736 -- **IN RE: CELEXA AND LEXAPRO PRODUCTS LIABILITY LITIGATION**

      Opposition of plaintiff Robin Hall, etc., to transfer of the following action to the United States District Court for the Eastern District of Missouri:

            Southern District of West Virginia

      Robin Hall, etc. v. Forest Laboratories, Inc., et al., C.A. No. 2:10-01088

## MDL No. 1827 -- **IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION**

Oppositions of plaintiffs State of Illinois and State of New York to transfer of their respective following actions to the United States District Court for the Northern District of California:

<u>Northern District of Illinois</u>

State of Illinois ex rel. Lisa Madigan v. AU Optronics Corp., et al., C.A. No. 1:10-05720

<u>Southern District of New York</u>

The State of New York v. AU Optronics Corp., et al., C.A. No. 1:10-06673

## MDL No. 1928 -- **IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Richard N. Coleman, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

<u>Eastern District of Missouri</u>

Richard N. Coleman, et al. v. Bayer Corporation, et al., C.A. No. 4:10-01639

## MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

Oppositions of plaintiffs Mathena Kelly; Thomas Griner, et al.; and Morr Solomon and defendants Webster Bank, N.A.; Compass Bank; Synovus Bank; TCF Bank, N.A.; TCF Financial Corp.; and International Bancshares Corp. to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

<u>District of Connecticut</u>

Mathena Kelly v. Webster Bank, N.A., C.A. No. 3:10-01448

<u>Northern District of Florida</u>

Stephen T. Anderson v. Compass Bank, C.A. No. 1:10-00208

Schedule of Matters for Hearing Session, Section B                              p. 16
New Orleans, Louisiana


MDL No. 2036 (Continued)


#### Northern District of Georgia

Thomas Griner, et al. v. Synovus Bank, C.A. No. 1:10-02747

#### Northern District of Illinois

Morr Solomon v. Bank of America, N.A., et al., C.A. No. 1:10-05961

#### District of Minnesota

Kimberly Pellett, et al. v. TCF Bank, N.A., et al., C.A. No. 1:10-03943

#### Southern District of Texas

Alethea Bevins v. International Bancshares Corporation, C.A. No. 4:10-03911


MDL No. 2047 -- **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS
LIABILITY LITIGATION**

Motion of plaintiffs liaison counsel and plaintiffs lead counsel in MDL No. 2047 to transfer the following action to the United States District Court for the Eastern District of Louisiana:

#### Eastern District of Virginia

Nationwide Mutual Insurance Co., et al. v. The Overlook, LLC, et al., C.A. 4:10-00069

MDL No. 2048 -- **IN RE: COX ENTERPRISES, INC., SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION**

Opposition of plaintiff Brittni Cottle-Banks to transfer of the following action to the United States District Court for the Western District of Oklahoma:

Southern District of California

Brittni Cottle-Banks v. Cox Communications, Inc., et al., C.A. No. 3:10-02133

MDL No. 2083 -- **IN RE: KBR, INC., BURN PIT LITIGATION**

Opposition of plaintiffs Andrew Mason, et al.; Charles Kinney; and Michael McClain to transfer of their respective following actions to the United States District Court for the District of Maryland:

Southern District of Texas

Andrew Mason, et al. v. KBR, Inc., et al., C.A. No. 4:10-04369
Charles Kinney v. KBR, Inc., et al., C.A. No. 4:10-04370
Michael McClain v. KBR, Inc., et al., C.A. No. 4:10-04371

MDL No. 2088 -- **IN RE: FAIRFIELD GREENWICH GROUP SECURITIES LITIGATION**

Opposition of plaintiffs Lorrene Da Silva Ferreira et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Southern District of Florida

Lorrene Da Silva Ferreira, et al. v. EFG Capital International Corp., et al.,
    C.A. No. 1:10-20206

## MDL No. 2100 -- IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Kimble T. Colbert, et al.; Jessy Quintana-Yong, et al.; and Tonji L. Cooke-Bates to transfer of their respective following actions to the United States District Court for the Southern District of Illinois:

<u>Central District of California</u>

Kimble T. Colbert, et al. v. Bayer Corporation, et al., C.A. No. 2:10-07423
Jessy Quintana-Yong, et al. v. Bayer Corporation, et al., C.A. No. 2:10-07516

<u>Eastern District of Virginia</u>

Tonji L. Cooke-Bates v. Bayer Corp., et al., C.A. No. 3:10-00261

## MDL No. 2158 -- IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Rachel Sattinger, et al., and Kenneth Ruz to transfer of their respective following actions to the United States District Court for the District of New Jersey:

<u>District of Arizona</u>

Rachel Sattinger, et al. v. Zimmer, Inc., et al., C.A. No. 4:10-00534

<u>Central District of California</u>

Kenneth Ruz v. Zimmer Inc., et al., C.A. No. 2:10-07620

MDL No. 2179 -- **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs St. Joe Company; Scott Carswell, et al.; Billy Coon, et al.; Allen Seriale; and Buddy Trahan and defendants BP Exploration & Production Inc.; BP America Production Company; BP Corporation North America Inc.; BP Company North America Inc.; BP Products North America Inc.; and BP America Inc., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

District of Delaware

St. Joe Company v. Halliburton Energy Services, Inc., C.A. No. 1:10-00733
St. Joe Company v. M-I LLC, C.A. No. 1:10-00810

Northern District of Florida

Scott Carswell, et al. v. Lisa Echeverri, et al., C.A. No. 4:10-00486

Southern District of Texas

Billy Coon, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 3:10-00290
Allen Seriale v. Transocean Offshore Deepwater Drilling, Inc., et al.,
    C.A. No. 3:10-00373
Certain Underwriters at Lloyd's, London v. BP plc, et al., C.A. No. 4:10-01823
Ranger Insurance Limited v. BP plc, et al., C.A. No. 4:10-02009
Buddy Trahan v. BP plc, et al., C.A. No. 4:10-03198

Motion of defendants BP America, Inc.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Halliburton Energy Services, Inc.; and Cameron International Corp. to transfer the following action to the United States District Court for the Eastern District of Louisiana:

Southern District of Alabama

Joseph Matranga, et al. v. BP Products North America, Inc., et al., C.A. No. 1:10-00607

Schedule of Matters for Hearing Session, Section B                         p. 20
New Orleans, Louisiana


MDL No. 2183 -- **IN RE: BRICAN AMERICA LLC EQUIPMENT LEASE LITIGATION**

     Opposition of plaintiffs Vijay Patel, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

            <u>Central District of California</u>

     Vijay Patel, et al. v. NCMIC Finance Corporation, et al., C.A. No. 8:10-01493

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

     (a)    Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

     (b)    Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

          (I)    The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

     (c)    Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

          (I)    the dispositive issue(s) have been authoritatively decided; or

          (ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

     (d)    Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

          (I)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

          (ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

    (e)    <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

    (f)    <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.