

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | NEW YORK |
| ONE SOUTH DEARBORN STREET | BRUSSELS | PALO ALTO |
| CHICAGO, IL 60603 | CHICAGO | SAN FRANCISCO |
| (312) 853 7000 | DALLAS | SHANGHAI |
| (312) 853 7036 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |
| | LOS ANGELES | |
| jfonstad@sidley.com | | |
| (312) 853 0752 | FOUNDED 1866 | |

December 16, 2010

**Via U.S. Mail and CM/ECF**

Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, DC  20002-8004

     Re:    <u>MDL 875: In re Asbestos Product Liability Litigation (No. VI)</u>

Dear Mr. Lüthi:

     Pursuant to Rule 6.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel that the following cases, previously identified as potential tag-along actions to MDL-875, have been remanded to state court:

> *Cropper et al. v. Rapid American Corp. et al.*, N.D. Illinois, C.A. No. 1:10-cv-7738 (Judge Hibbler) (included on Conditional Transfer Order 346);
>
> *Scott v. Rapid American Corp. et al.*, N.D. Illinois, C.A. No. 1:10-cv-7760 (Judge Manning) (included on Conditional Transfer Order 346).

     Enclosed are copies of the orders remanding these cases to the Circuit Court of Cook County, Illinois.

     Please do not hesitate to contact me should you have any questions.

                      Sincerely,

                      *s/ John A. Fonstad*

Enclosure

cc:    All Counsel of Record (via CM/ECF)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships