# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Robert W. Cropper, et al.

                            Plaintiff,

v.                                              Case No.: 1:10–cv–07738
                                                             Honorable William J. Hibbler

Rapid American Corporation, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 15, 2010:

      MINUTE entry before Honorable William J. Hibbler: Pursuant to defendant General Electric's stipulation of consent, plaintiffs' Motion to remand [13] is granted. Motion to remand [11] is terminated as moot. Detailed order to follow. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.