# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

David Lee Scott

                       Plaintiff,

v.                                                Case No.: 1:10–cv–07760
                                                           Honorable Blanche M. Manning

Rapid American Corporation, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2010:

      MINUTE entry before Honorable Blanche M. Manning:Plaintiff's motion to remand [13] is granted. The Clerk of Court is directed to remand this action to the Circuit Court of Cook County forthwith. Counsel for plaintiff is reminded that all motions must comply with Local Rule 5.3(b). Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.