1  MICHAEL J. PIETRYKOWSKI (SBN: 118677)
   mpietrykowski@gordonrees.com
2  JAMES SCADDEN (SBN: 90127)
   jscadden@gordonrees.com
3  GLEN R. POWELL (SBN: 219453)
   gpowell@gordonrees.com
4  GORDON & REES LLP
   275 Battery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: (415) 986-5900
6  Facsimile: (415) 986-8054

7  Attorneys for Defendant
   AIR & LIQUID SYSTEMS CORPORATION,
8  successor by merger to BUFFALO PUMPS, INC.
   (erroneously sued as BUFFALO PUMPS INC.
9  (sued individually and as successor-in-interest
   to BUFFALO FORGE COMPANY))
10

11                  UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13

14 EDWARD SMITH, JR., an individual;      CASE NO. 2:10-cv-09275-JFW (SSx)
   SHIRLEY SMITH, an individual,
15                                         Los Angeles County Superior Court
                Plaintiffs,                BC447887
16
         v.
17                                         **CERTIFICATE OF SERVICE
   GENERAL DYNAMICS CORPORATION, a        REGARDING REMOVAL
18 Delaware corporation; et al.,           DOCUMENTS**

19              Defendants.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On **December 3, 2010**, the following documents:

Notice of Assignment to United States Magistrate Judge for Discovery

Defendant Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc.'s Notice of Removal of Action Under 28 USC § § 1442 and 1446

Defendant Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc.'s Notice of Removal to Adverse Party

Defendant Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc.'s Notice of Tag-Along Action

Defendant Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc.'s Certificate of Interested Parties

☐ (By Electronic Transfer) I caused the above document to be served through CM/ECF addressed to all parties appearing on the electronic service list on the date executed below. The file transmission was reported as complete and a copy of the "file & serve receipt" page will be maintained with the original document(s) in our office.

☒ by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

| Attorneys for Plaintiffs<br>John R. DaCorsi<br>Jason L. Rumsey<br>DaCORSI, PLACENCIO & RUMSEY, P.C.<br>21031 Ventura Blvd., Suite 1200<br>Woodland Hills, CA 91364<br>T: 818.884.6666<br>F: 818.884.8677 | Attorneys for Plaintiffs<br>Phil Heeger<br>HEEGER & ASSOCIATES<br>21031 Ventura Blvd., Suite 1200<br>Woodland Hills, CA 91364<br>T: 818.703.6415<br>F: 818.703.7063 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **December 3, 2010**, at San Francisco, California.

*Samantha Oryall*
Samantha Oryall