1
2
3
4
5

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| MYRA P. CLODIUS, Individually and as Personal Representative of the Estate of CHARLES H. CLODIUS, | MDL DOCKET NO. 875 (ASBESTOS) |
| | NOTICE OF TAG-ALONG ACTION |
| Plaintiff, | U.S.D.C. NO. 2:10-cv-02019 |
| v. | |
| SABERHAGEN HOLDINGS, INC.; et al., | |
| Defendants. | |

TO:     Clerk of the Panel, Judicial Panel on Multidistrict Litigation:

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.  MDL Rule 1.1 and 7.4(a) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

NOTICE OF TAG-ALONG ACTION - 1
(MDL 875) (2:10-cv-02019)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3001803.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

The undersigned hereby notifies the Court that this case, currently pending in United States District Court Western District of Washington at Seattle (Case No. 2:10-cv-02019), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4 or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

DATED this 16th day of December, 2010.

s/Christopher S. Marks
Christopher S. Marks, WSBA #28634
Attorneys for Defendant General Electric
Company
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:   cmarks@williamskastner.com

NOTICE OF TAG-ALONG ACTION - 2
(MDL 875) (2:10-cv-02019)

3001803.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600