BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| MYRA P. CLODIUS, Individually and as Personal Representative of the Estate of CHARLES H. CLODIUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SABERHAGEN HOLDINGS, INC.; et al.,<br><br>　　　　Defendants. | MDL DOCKET NO. 875 (ASBESTOS)<br><br>CERTIFICATE OF SERVICE OF NOTICE OF TAG-ALONG ACTION<br><br>U.S.D.C. NO. 2:10-cv-02019 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF in the JPML and USDC, which will send notification of such filing to any of the following who are registered with CM/ECF and I hereby certify that I have caused hand delivery of the foregoing document to the following via ABC Legal Messengers:

Glenn S. Draper
Brian F. Ladenberg
Anna D. Knudson
BERGMAN DRAPER & FROCKT
614 First Avenue, Fourth Floor
Seattle, WA 98104
*Attorneys for Plaintiff*

Timothy K. Thorson
CARNEY, BADLEY, SMITH & SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
*Attorneys for Saberhagen Holdings, Inc.*

CERTIFICATE OF SERVICE OF NOTICE OF TAG-ALONG
ACTION - 1
(MDL 875)  (2:10-cv-02019)

3006824.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| Mark Tuvim<br>Kevin Craig<br>GORDON & REES, LLP<br>701 Fifth Avenue, Suite 2130<br>Seattle, WA 98104<br>***Attorneys for Asbestos Corporation Limited; Ingersoll-Rand Company*** | Diane J. Kero<br>GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM<br>600 University Street, Suite 2100<br>Seattle, WA 98101<br>***Attorneys for Bayer Cropscience, Inc.; Union Carbide Corporation*** |
| Matthew Turetsky<br>Jennifer Campbell<br>Bert Markovich<br>SCHWABE WILLIAMSON & WYATT<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101-4010<br>***Attorneys for General Refractories Company*** | Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, WA 98161<br>***Attorneys for Metropolitan Life Insurance Company*** |
| Ronald Gardner<br>GARDNER BOND TRABOLSI<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121<br>***Attorneys for Yarway Corporation*** | |

Signed at Seattle, Washington this 16th day of December, 2010.

s/Christopher S. Marks
Christopher S. Marks, WSBA #28634
Attorneys for Defendant General Electric Company
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: cmarks@williamskastner.com

CERTIFICATE OF SERVICE OF NOTICE OF TAG-ALONG ACTION - 2
(MDL 875) (2:10-cv-02019)

3006824.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600