# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:10-cv-02019

| | |
|---|---|
| Clodius v. Saberhagen Holdings Inc et al | Date Filed: 12/15/2010 |
| Assigned to: | Jury Demand: None |
| Case in other court: Pierce County Superior Court, 10-00002-10743-1 | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Federal Question |
| Cause: 28:1442 Notice of Removal | |

**Plaintiff**

**Myra P Clodius**
*Individually and as Personal Representative of the Estate of Charles H. Clodius*

represented by **Myra P Clodius**
PRO SE

V.

**Defendant**

**Saberhagen Holdings Inc**
*as Successor to Tacoma Asbestos Company and The Brower Company*

represented by **Timothy Kost Thorson**
CARNEY BADLEY SPELLMAN
701 FIFTH AVENUE
STE 3600
SEATTLE, WA 98104-7010
206-622-8020
Email: thorson@carneylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Asbestos Corporation Limited**

represented by **Kevin J Craig**
GORDON & REES LLP
701 FIFTH AVENUE
SUITE 2100
SEATTLE, WA 98104
206-695-5100
Fax: 206-689-2822
Email: kcraig@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Mark B Tuvim**
GORDON & REES (WA)
701 FIFTH AVE
STE 2100
SEATTLE, WA 98104
206-695-5100
Fax: 206-689-2822
Email: mtuvim@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Cropscience Inc.**
*successor to Amchem, successor to Benjamin Foster*

represented by **Diane J. Kero**
GORDON THOMAS HONEYWELL (SEA)
600 UNIVERSITY
STE 2100
SEATTLE, WA 98101-4185
206-676-7500
Fax: 206-447-9505
Email: dkero@gth-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**
*a Delaware corporation*
*formerly known as*
Viacom Inc Successor by merger to CBS Corporation, a Pennsylvania corporation
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**General Electric Company**

represented by **Christopher S Marks**
WILLIAMS KASTNER & GIBBS (SEA)
601 UNION ST
STE 4100
SEATTLE, WA 98101
206-628-6600
Email: cmarks@wkg.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Refractories Company**

represented by **Bert W. Markovich**
SCHWABE WILLIAMSON & WYATT (SEA)
1420 5TH AVE
STE 3400
SEATTLE, WA 98101-2339
206-689-1210
Email: bmarkovich@schwabe.com
*ATTORNEY TO BE NOTICED*

**Jennifer Campbell**
SCHWABE WILLIAMSON & WYATT (SEA)
1420 5TH AVE
STE 3400

        SEATTLE, WA 98101-2339
206-622-1711
Email: jcampbell@schwabe.com
*ATTORNEY TO BE NOTICED*

**Matthew Turetsky**
SCHWABE WILLIAMSON & WYATT (SEA)
1420 5TH AVE
STE 3400
SEATTLE, WA 98101-2339
206-622-1711
Fax: FAX 292-0460
Email: mturetsky@schwabe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ingersoll-Rand Company**     represented by **Kevin J Craig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark B Tuvim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance Company**     represented by **Richard G Gawlowski**
WILSON SMITH COCHRAN & DICKERSON
1700 FINANCIAL CENTER
1215 4TH AVE
SEATTLE, WA 98161-1007
206-623-4100
Fax: 206-623-4100
Email: gawlowski@wscd.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**     represented by **Diane J. Kero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yarway Corporation**     represented by **Ronald C Gardner**
GARDNER BOND TRABOLSI MCDONALD & CLEMENT
2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309

Fax: FAX 256-6318
Email: rgardner@gandtlawfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2010 | 1 | NOTICE OF REMOVAL from Pierce County Superior Court, case number 10-2-10743-1; (Receipt # 0981-2275665), filed by General Electric Company. (Attachments: # 1 Civil Cover Sheet)(Marks, Christopher) (Entered: 12/15/2010) |
| 12/15/2010 | 2 | DECLARATION of Christopher S. Marks in Support of General Electric Company's Notice of Removal from State Court re 1 Notice of Removal by Defendant General Electric Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Marks, Christopher) (Entered: 12/15/2010) |
| 12/16/2010 | 3 | PRAECIPE to attach document re 2 Declaration (non motion), Declaration (non motion) by Defendant General Electric Company. (Attachments: # 1 Exhibit A)(Marks, Christopher) (Entered: 12/16/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/16/2010 13:11:25 | | | |
| PACER Login: | wk0005 | Client Code: | 08516.0420 |
| Description: | Docket Report | Search Criteria: | 2:10-cv-02019 |
| Billable Pages: | 3 | Cost: | 0.24 |

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 01 2010 10:29 AM

KEVIN STOCK
COUNTY CLERK
NO: 10-2-10743-1

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| MYRA P. CLODIUS, individually and as Personal Representative of the Estate of CHARLES H. CLODIUS,<br><br>Plaintiff,<br><br>v.<br><br>SABERHAGEN HOLDINGS, INC., as successor to TACOMA ASBESTOS COMPANY and THE BROWER COMPANY; ASBESTOS CORPORATION LIMITED; BAYER CROPSCIENCE, INC., successor to AMCHEM, successor to BENJAMIN FOSTER; CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; GENERAL REFRACTORIES COMPANY; INGERSOLL-RAND COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; UNION CARBIDE CORPORATION; and YARWAY CORPORATION,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR WRONGFUL DEATH AND SURVIVORSHIP |

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 1
s:\clients\c\clodius, charles\clodiusc_pleadings\clodiusc_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

## I. PARTIES

Plaintiff Myra P. Clodius, resides in Bremerton, Washington and is the surviving spouse of Charles H. Clodius. Plaintiff has been or shortly will be appointed the Personal Representative of the Estate of Charles H. Clodius.

Defendants and/or their predecessors-in-interest are corporations who, at all times relevant herein, manufactured, sold or distributed asbestos-containing products or products that were used in conjunction with asbestos.

## II. JURISDICTION

This Court has jurisdiction over this cause pursuant to RCW 4.12.025 because, at all times relevant herein, defendants transacted business and/or may be served with process in Pierce County, Washington.

## III. FACTS

Plaintiff's decedent Charles H. Clodius (DOB: March 30, 1921; SSN: \*\*\*-\*\*-1711) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendants and/or was exposed to asbestos through the use of products manufactured by defendants. As a direct and proximate result of this exposure, plaintiff's decedent Charles H. Clodius developed mesothelioma and died on May 21, 2010. Plaintiff provides the following information:

A. Specific Disease: Mesothelioma
B. Date of Diagnosis: February 2010
C. Military: U.S. Navy
D. Occupation: Shipfitter
E. Places of Exposure: Puget Sound Naval Shipyard

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 2
s:\clients\c\clodius, charles\clodiusc_pleadings\clodiusc_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

F.  Dates of Exposure:   1940s to 1980

G.  Current Address:     Deceased

## IV.  LIABILITY

Plaintiff claims liability based upon the theories of product liability (RCW 7.72 et. seq.); negligence; conspiracy; spoliation; willful or wanton misconduct; strict product liability under Section 402B of the Restatement of Torts; premises liability; breach of warranty; (RCW 62A); enterprise liability; market-share liability and/or market share alternate liability; and any other applicable theory of liability. The liability-creating conduct of defendants consisted, inter alia, of negligent and unsafe design; failure to inspect, test, warn, instruct, monitor and/or recall; failure to substitute safe products; marketing or installing unreasonably dangerous or extra-hazardous and/or defective products; marketing or installing products not reasonably safe as designed; marketing or installing products not reasonably safe for lack of adequate warning and marketing or installing products with misrepresentations of product safety.

With respect to any defendant that is a manufacturer of products or equipment aboard naval or other U.S. government vessels, plaintiff claims liability, strictly based on state tort law, arising from the defendants' failure to provide adequate warnings of their products' dangerous propensities and negligence. Plaintiff expressly disclaims and is not seeking relief for any and all claims for injury against any defendant whose conduct, whether by omission or commission, was engaged in at the behest of the United States or any agency or person acting under him or under color of such office to the extent such a claim would implicate federal court jurisdiction under the federal officer removal statute, 28 U.S.C. §1442(a)(1), predicated on the government contractor's defense articulated in <u>Boyle v. United Technologies Corp.</u>, 487 U.S. 500 (1988). Most specifically with respect to Plaintiffs' state tort law failure-to-warn claims, Plaintiffs allege

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 3
s:\clients\c\clodius, charles\clodiusc_pleadings\clodiusc_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1  that no U.S. agency, officer, or person prohibited or forbid any defendant in this case from
2  issuing and placing warnings on or with its products. Such a showing is mandatory for any
3  defendant to meet the Boyle test. All such claims that legitimately implicate such a defense, in
4  the unlikely event that they exist and are factually supported, are not asserted and are hereby
5  expressly and preemptively disclaimed. Plaintiffs hereby put any defendant who may
6  nonetheless assert such a defense as a basis for federal jurisdiction over this case that Plaintiff
7  seeks no recovery for injuries sustained as a result of conduct that meets the three-prong Boyle
8  test and constitutes actions of a federal officer sufficient to trigger jurisdiction under 28 U.S.C.
9  §1442(a)(1). Plaintiff specifically advises all defendants of its position that such express, clear,
10 and unequivocal disclaiming of claims implicating the substantive Boyle defense, as well as any
11 other claims that legitimately implicate 28 U.S.C. §1442(a)(1), render any potential future
12 removal of this case to federal court on one of these clearly-disclaimed bases objectively
13 unreasonable under Martin v. Franklin Capital Corp., 546 U.S. 132 (2005).

### V. DAMAGES

As a proximate result of defendants' negligence and/or product liability, plaintiff's decedent Charles H. Clodius sustained pain, suffering and disability prior to death in an amount not now known, but which will be proven at trial. Plaintiff's decedent Charles H. Clodius also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial. Plaintiff Myra P. Clodius has sustained loss of spousal relationship as a result of Charles H. Clodius's illness and death.

WHEREFORE, plaintiff prays for judgment against the defendants and each of them as follows:

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 4
s:\clients\c\clodius, charles\clodiusc_pleadings\clodiusc_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1. For general and special damages specified above, including pain, suffering, loss of spousal relationship, disability, and wrongful death;

2. For medical and related expenses, economic loss, and funeral expenses, all of which will be proven at the time of trial;

3. For plaintiff's costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

DATED this 1st day of July, 2010.

BERGMAN DRAPER & FROCKT, PLLC

By _____
Glenn S. Draper, WSBA #24419
Brian F. Ladenburg, WSBA #29531
Anna D. Knudson, WSBA #37959
Attorneys for Plaintiff

COMPLAINT FOR WRONGFUL DEATH AND SURVIVORSHIP- 5
s:\clients\c\clodius, charles\clodiusc_pleadings\clodiusc_pld_complaint.doc