TUCKER ELLIS & WEST LLP
LANCE D. WILSON – STATE BAR NO. 183852
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
lance.wilson@tuckerellis.com

TUCKER ELLIS & WEST LLP
JOHN K. SON – STATE BAR NO. 238516
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE RIDGEDELL and MARY RIDGEDELL,<br><br>  Plaintiffs,<br><br>  v.<br><br>A.W. CHESTERTON COMPANY; BRIDGESTONE AMERICAS HOLDING, INC.; BAE SYSTEMS, INC.; BORG-WARNER CORPORATION by its successor-in-interest BORGWARNER MORSE TEC INC.; CASE NEW HOLLAND, INC.; CURTISS-WRIGHT CORPORATION; DANA CORPORATION; FORD MOTOR COMPANY; GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS COMPANY; GOODRICH CORPORATION, formerly known as THE B.F. GOODRICH COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; HONEYWELL INTERNATIONAL, INC. formerly known as ALLIED SIGNAL, INC., as successor-in-interest to THE BENDIX CORPORATION; LOCKHEED MARTIN CORPORATION as successor-in-interest to LOCKHEED AIRCRAFT; McDONNELL DOUGLAS | Case No. CV 10-4577-SC<br><br>**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION**<br><br>Multi-District Rule 7.5(e)<br>Local Rule 83-1.4.3 |

Tucker Ellis & West LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

1
DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION
LaImanage/074908/000653/678040/1

| | |
|---|---|
| CORPORATION; NACCO, INC.; | ) |
| NATIONAL AUTOMOTIVE PARTS | ) |
| ASSOCIATION; NORTHROP-GRUMANN, | ) |
| individually and as successor-in-interest to | ) |
| NORTHROP and GRUMMAN AEROSPACE | ) |
| CORPORATION; PNEUMO-ABEX | ) |
| CORPORATION; ROLLS ROYCE | ) |
| CORPORATION, individually and as | ) |
| successor-in-interest to ALLISON ENGINE | ) |
| COMPANY; THE BOEING COMPANY; | ) |
| THE PEP BOYS MANNY MOE & JACK OF | ) |
| CALIFORNIA; UNITED TECHNOLOGIES | ) |
| CORPORATION, individually and as | ) |
| successor-in-interest to PRATT & WHITNEY; | ) |
| AND DOES 1-8500, | ) |
| | ) |
| Defendants. | ) |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Tucker Ellis & West LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

LaImanage/074908/000653/678040/1

2
DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: October 7, 2010                            TUCKER ELLIS & WEST LLP

By: _____
Lance D. Wilson
John K. Son
Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

Tucker Ellis & West LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

LaImanage/074908/000653/678040/1

3
DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION