

# TUCKER ELLIS & WEST LLP

ATTORNEYS AT LAW

135 Main Street • Suite 700 • San Francisco, California 94105
phone 415.617.2400  facsimile 415.617.2409  tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

Direct Dial: 415-617-2205
Email: lance.wilson@tuckerellis.com

October 12, 2010

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:    **In Re: Asbestos Product Liability Litigation (No. VI)**
            **MDL 875 Proceedings**

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, defendant Carrier Corporation, to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

<u>Lyle Ridgedell, et al. v. A.W. Chesterton Company, et al.</u>

This asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. <u>CV 10-4577-SC</u>.

As the enclosed Complaint indicates, this action involves questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Eduardo C. Robreno. We respectfully request that your "tag-along" procedures be utilized to transfer the <u>Ridgedell</u> action to the MDL 875 proceedings pending before Judge Robreno of the Eastern District of Pennsylvania for coordinated pre-trial proceedings.

SFOiManage/074908/000653/193564



# TUCKER ELLIS & WEST LLP
ATTORNEYS AT LAW

Clerk of the Panel
October 12, 2010
Page 2

      Copies of this letter have been served on all known counsel in the <u>Ridgedell</u> action. Additionally, a copy of this letter will be served on the Northern District Court, the Clerk of the Court for the Eastern District of Pennsylvania and to Judge Robreno, to whom the previously transferred asbestos actions have been assigned.

                                    Respectfully submitted,

                                    TUCKER ELLIS & WEST LLP

                                          Lance Wilson

Enclosures

cc:    All Counsel (w/out enclosures)
        Bruce Lassman, Esq. (enclosures)
        Honorable Eduardo C. Robreno (enclosures)
        Clerk, USDC Eastern District of PA (enclosures)
        Clerk, USDC Northern District of CA (enclosures)



# TUCKER ELLIS & WEST LLP
ATTORNEYS AT LAW

Clerk of the Panel
October 12, 2010
Page 3

## SERVICE LIST

STEPHEN M. FISHBACK, ESQ.
DANIEL L. KELLER, ESQ.
J. BRUCE JACKSON, ESQ.
KELLER, FISHBACK & JACKSON LLP
18425 BURBANK BLVD., SUITE 610
TARZANA, CALIFORNIA 91356
TELEPHONE: (818) 342-7442
FACSIMILE: (818) 342-7616

BURNHAM BROWN
P.O. BOX 119
OAKLAND, CA 94604
(510) 444-6800

SELMAN BREITMAN LLP
33 NEW MONTGOMERY, SIXTH FLOOR
SAN FRANCISCO, CA 94105
(415) 979-0400

GORDON & REES LLP
EMBARCADERO CENTER WEST
275 BATTERY STREET, 20TH FL
SAN FRANCISCO, CA 94111
(415) 986-5900

FOLEY & MANSFIELD, PLLP
300 LAKESIDE DRIVE, STE 1900
OAKLAND, CA 94612
(510) 590-9500

SCHIFF HARDIN LLP
ONE MARKET
SPEAR STREET TOWER, 32ND FLOOR
SAN FRANCISCO, CA 94105
415-901-8700 (PHONE)
415-901-8701 (FAX)