1  TUCKER ELLIS & WEST LLP
   LANCE D. WILSON – STATE BAR NO. 183852
2  135 Main Street, Suite 700
   San Francisco, California 94105
3  Telephone: 415.617.2400
   Facsimile: 415.617.2409
4  lance.wilson@tuckerellis.com

5  TUCKER ELLIS & WEST LLP
   JOHN K. SON – STATE BAR NO. 238516
6  515 South Flower Street
   Forty-Second Floor
7  Los Angeles, CA 90071-2223
   Telephone: 213.430.3400
8  Facsimile: 213.430.3409
   john.son@tuckerellis.com
9
   Attorneys for Defendant
10 UNITED TECHNOLOGIES CORPORATION

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15 | LYLE RIDGEDELL and MARY      | ) | Case No.  C 10 4577 SC |
   | RIDGEDELL,                    | ) |                        |
16 |                               | ) |                        |
   |        Plaintiffs,            | ) | **DEFENDANT UNITED TECHNOLOGIES** |
17 |                               | ) | **CORPORATION'S CERTIFICATE OF**  |
   |        v.                     | ) | **SERVICE**                       |
18 |                               | ) |                        |
   | A.W. CHESTERTON COMPANY;      | ) |                        |
19 | BRIDGESTONE AMERICAS HOLDING, | ) |                        |
   | INC.; BAE SYSTEMS, INC.; BORG-| ) |                        |
20 | WARNER CORPORATION by its successor- | ) |                 |
   | in-interest BORGWARNER MORSE TEC | ) |                     |
21 | INC.; CASE NEW HOLLAND, INC.; | ) |                        |
   | CURTISS-WRIGHT CORPORATION;   | ) |                        |
22 | DANA CORPORATION; FORD MOTOR  | ) |                        |
   | COMPANY; GENERAL DYNAMICS     | ) |                        |
23 | CORPORATION; GENERAL ELECTRIC | ) |                        |
   | COMPANY; GENUINE PARTS COMPANY;| ) |                       |
24 | GOODRICH CORPORATION, formerly| ) |                        |
   | known as THE B.F. GOODRICH    | ) |                        |
25 | COMPANY; THE GOODYEAR TIRE &  | ) |                        |
   | RUBBER COMPANY; HONEYWELL     | ) |                        |
26 | INTERNATIONAL, INC. formerly known as | ) |                |
   | ALLIED SIGNAL, INC., as successor-in- | ) |                |
27 | interest to THE BENDIX CORPORATION; | ) |                  |
   | LOCKHEED MARTIN CORPORATION as | ) |                       |
28 | successor-in-interest to LOCKHEED | ) |                    |
   | AIRCRAFT; McDONNELL DOUGLAS   | ) |                        |

**Tucker Ellis & West LLP**
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

1
DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE

LaImanage/074908/000653/678042/1

CORPORATION; NACCO, INC.;  )
NATIONAL AUTOMOTIVE PARTS  )
ASSOCIATION; NORTHROP-GRUMANN,  )
individually and as successor-in-interest to  )
NORTHROP and GRUMAN AEROSPACE )
CORPORATION; PNEUMO-ABEX  )
CORPORATION; ROLLS ROYCE  )
CORPORATION, individually and as  )
successor-in-interest to ALLISON ENGINE  )
COMPANY; THE BOEING COMPANY;  )
THE PEP BOYS MANNY MOE & JACK OF )
CALIFORNIA; UNITED TECHNOLOGIES  )
CORPORATION, individually and as  )
successor-in-interest to PRATT & WHITNEY;)
AND DOES 1-8500,  )
                              )
            Defendants.       )
                              )

I, Anna Pasynkova, certify and declare as follows:

I am over the age of 18 years and not a party to this action. I am employed by the law firm Tucker Ellis & West LLP, and my business address is 135 Main Street, Suite 700, San Francisco, California 94105, which is located in the city, county and state where the mailing described below took place.

On October 12, 2010. I served on all interested parties in this action a copy of **DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1442(A)(1) (GOVERNMENT CONTRACTOR IMMUNITY-ACTING UNDER DIRECTION OF FEDERAL OFFICERS); DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION; NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES; DEFENDANT NORTHROP GRUMMAN CORPORATION'S JOINDER AND NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1442(A)(1) (GOVERNMENT CONTRACTOR IMMUNITY-ACTING UNDER DIRECTION OF FEDERAL OFFICERS); DEFENDANT NORTHROP GRUMMAN CORPORATION'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION**

**Tucker Ellis & West LLP**
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

2
DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE

LaImanage/074908/000653/678042/1

**INFORMATION HANDOUT; GUIDELINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; and CERTIFICATE OF SERVICE**,, by placing it in an enclosed sealed envelope addressed as follows:

Stephen M. Fishback, Esq.
Daniel L. Keller, Esq.
J. Bruce Jackson, Esq.
Keller, Fishback & Jackson LLP
18425 Burbank Blvd., Suite 610
Tarzana, California  91356
Telephone:  (818) 342-7442
Facsimile:  (818) 342-7616

See Attached Service List

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the Unites States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

     I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 12, 2010.

*Anna Pasynkova* (signature)

Anna Pasynkova

Tucker Ellis & West LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

3
DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE

LaImanage/074908/000653/678042/1

## SERVICE LIST

BURNHAM BROWN
P.O. BOX 119
OAKLAND, CA 94604
(510) 444-6800

SELMAN BREITMAN LLP
33 NEW MONTGOMERY, SIXTH FLOOR
SAN FRANCISCO, CA 94105
(415) 979-0400

GORDON & REES LLP
EMBARCADERO CENTER WEST
275 BATTERY STREET, 20TH FL
SAN FRANCISCO, CA 94111
(415) 986-5900

FOLEY & MANSFIELD, PLLP
300 LAKESIDE DRIVE, STE 1900
OAKLAND, CA 94612
(510) 590-9500

SCHIFF HARDIN LLP
ONE MARKET
SPEAR STREET TOWER, 32ND FLOOR
SAN FRANCISCO, CA 94105
415-901-8700 (PHONE)
415-901-8701 (FAX)

Tucker Ellis & West LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

1
DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE

LaImanage/074908/000653/678042/1