ADRMOP, E-Filing

## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:10-cv-05678-DMR

Andrus v. Foster Wheeler LLC
Assigned to: Magistrate Judge Donna M. Ryu
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 12/14/2010
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Richard Andrus**          represented by    **David R. Donadio**
                                              Brayton Purcell LLP
                                              222 Rush Landing Road
                                              Novato, CA 94948-6169
                                              (415) 898-1555
                                              Fax: 415-898-1247
                                              Email: DDonadio@braytonlaw.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Alan R. Brayton**
                                              Brayton Purcell LLP
                                              222 Rush Landing Road
                                              P.O. Box 6169
                                              Novato, CA 94948-6169
                                              415-898-1555
                                              Fax: 415-898-1247
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Foster Wheeler LLC**
*formerly known as*
Foster Wheeler Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2010 | | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 12/14/2010) (Entered: 12/16/2010) |
| 12/14/2010 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 3/16/2011. Case Management Conference set for 3/23/2011 01:30 PM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 12/14/2010) (Entered: 12/16/2010) |

| 12/14/2010 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Richard Andrus. (cjl, COURT STAFF) (Filed on 12/14/2010) (Entered: 12/16/2010) |
| --- | --- | --- |
| 12/14/2010 | 3 | NOTICE of Tag-Along Action by Richard Andrus. (cjl, COURT STAFF) (Filed on 12/14/2010) (Entered: 12/16/2010) |
| 12/14/2010 | 2 | Certificate of Interested Entities by Richard Andrus. (cjl, COURT STAFF) (Filed on 12/14/2010) (Entered: 12/16/2010) |
| 12/14/2010 | 1 | COMPLAINT (with jury demand) against Foster Wheeler LLC (Filing fee $350, receipt number 34611053938). Filed by Richard Andrus. (cjl, COURT STAFF) (Filed on 12/14/2010) (Entered: 12/16/2010) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 12/16/2010 16:24:51 | | | |
| PACER Login: | bp0355 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:10-cv-05678-DMR |
| Billable Pages: | 2 | Cost: | 0.16 |