BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL DOCKET 875
IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| DAVID LEE SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | *Transferor District Court* |
| v. | ) | Northern District of Illinois, Eastern Division |
| | ) | Civil Action No. 1:10-CV-07760 |
| RAPID AMERICAN CORP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### WITHDRAWAL OF FILING

NOW COMES the Plaintiff, DAVID LEE SCOTT, by and through his attorneys, COONEY & CONWAY, and hereby withdraws his Appearance and Notice of Opposition, which were filed in error as a joint motion on December 14, 2010.

Respectfully submitted this 17th day of December, 2010.

_____
David O. Barrett, on behalf of the Plaintiff

COONEY & CONWAY
David O. Barrett
IL State Bar No. 06292344
120 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
Telephone: 312-236-6166
Facsimile: 312-236-3029