BRUCE IMAI
T.G. TADLOCK
ROBERT C. KEENEY
THEODORE T. CORDERY

MICHAEL J. BOLAND
DANA M. LEAHY
STEPHEN E. CARLSON
JILL J. HOFFMAN
OF COUNSEL

TINA YIM
EUNICE CHANG
VALERIE R. MARVIN
DAVID E. TOOMEY
KIMBERLY M. PILE
RAMON V. LOPEZ

LAW OFFICES
# IMAI, TADLOCK, KEENEY & CORDERY, LLP
SUITE 1300
100 BUSH STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 675-7000

FACSIMILE
(415) 675-7008

www.itkc.com

November 18, 2010

Michael J. Boland
E-Mail: mboland@itkc.com

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-225, North Lobby
Washington, DC 20002-8004

    Re:    <u>King, Hazel (Kenneth King, Deceased) v. A.O. Smith Corp., et al.</u>
              United States District Court, Northern District of California
              Civil Action No. 10-CV-04921-RWS
              [San Francisco Superior Court Case No. CGC-09-275285]
              Our File No.: 00059.3567

Dear Clerk of the Panel:

      This letter will serve as defendant Elliott Company fka "Elliott Turbomachinery Co., Inc.'s" (Elliott Company) formal request for the above-referenced tag-along action to be transferred to the MDL Panel No. 875, pursuant to 28 U.S.C. Section 1407.

      On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of pretrial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

      Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
November 18, 2010
Page 2

    The undersigned hereby notifies the Court that this state court action removed to the United States District Court, Northern District of California on October 29, 2010 (a copy of the notice of tag-along action and the state court complaint is attached hereto as Exhibit 1) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

    Please contact me with any questions at (415) 675-7000.

                               Very truly yours,

                               IMAI, TADLOCK, KEENEY & CORDERY, LLP

                               Michael J. Boland

MJB:sec

00059.3567.34

## Ryan Halog

**From:** ECF-CAND@cand.uscourts.gov
**Sent:** Tuesday, November 23, 2010 10:30 AM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:10-cv-04921-JSW King et al v. A.O.Smith Corp. et al Letter

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Carlson, Stephen entered on 11/23/2010 10:29 AM PST and filed on 11/23/2010
**Case Name:**      King et al v. A.O.Smith Corp. et al
**Case Number:**    3:10-cv-04921-JSW
**Filer:**          Elliott Company
**Document Number:** 31

**Docket Text:**
**Letter from Michael J. Boland** *Formal request to be transferred to MDL Panel No. 875.* **(Carlson, Stephen) (Filed on 11/23/2010)**


**3:10-cv-04921-JSW Notice has been electronically mailed to:**

Edward Kong Low     edward.low@snrdenton.com, deanna.arthur@snrdenton.com

11/23/2010

Gavin David Whitis    gwhitis@pondnorth.com, skruger@pondnorth.com

Kevin Douglas Jamison    kjamison@pondnorth.com, files@pondnorth.com, mback@pondnorth.com, ncrystal@pondnorth.com, rpelletier@pondnorth.com

Kristina Francia Almquist    kalmquist@morganlewis.com

Michael James Boland    mboland@itkc.com

Richard A. Brody    rick.brody@bcoonlaw.com, chris.mandujan@bcoonlaw.com, thomas.dresner@bcoonlaw.com

Stephen Earl Carlson    scarlson@itkc.com, rhalog@itkc.com

Susanne Gheseri Arani    sarani@linerlaw.com, ddilling@linerlaw.com

Theodore Thomas Cordery    tcordery@itkc.com

**3:10-cv-04921-JSW Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** KING MDL LTR2.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/23/2010] [FileNumber=6930972-0]
[2043f2459700ae58d83c36b88a5336337c5a49476fd6f6b760557325fb660749cd4c
161226ada50db3915e1de7bc07535c68d1e2089667e0f9df8e8dd91c90c5]]

11/23/2010