ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:10-cv-04921-JSW

King et al v. A.O.Smith Corp. et al
Assigned to: Hon. Jeffrey S. White
Case in other court: San Francisco County Superior Court, CGC 09-275285
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 10/29/2010
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Hazel King**
*as successor in interest to Kenneth Kay King, deceased*

represented by **Richard A. Brody**
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
415-489-7420
Fax: 415-489-7426
Email: rick.brody@bcoonlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori King**

represented by **Richard A. Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teri Parslow**

represented by **Richard A. Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerry King**

represented by **Richard A. Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.O.Smith Corp.**

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**Advocate Mines, Ltd.**

**Defendant**

**Aker Kvaernew Power, Inc.**

represented by **Kathryn Jean LaFevers**
275 Battery St., Ste.2000

        San Francisco, CA 94111
        415-956-5900
        Email: klafevers@gordonrees.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Alfa Laval, Inc.**
*individually and as successor in interest to Sharples, Inc*

**Defendant**

**Alfa Laval Separator, Inc.**

**Defendant**

**Delaval Separator Company**

**Defendant**

**Allied Packing & Supply, Inc.**

**Defendant**

**Allis-Chalmers Corporation Product Liability Trust**

**Defendant**

**Bethehem Steel Company**

**Defendant**

**Bryan Steam, LLC**

**Defendant**

**Buffalo Pumps, Inc.**
*individually and as successor in interest to AMPCO Pittsburgh Corporation and Buffalo Forge Company*

**Defendant**

**Carrier Corporation**     represented by **Lillian C. Ma**
        Tucker Ellis & West LLP
        135 Main Street
        Suite 700
        San Francisco, CA 94105
        415-617-2231
        Fax: 415-617-2409
        Email: lillian.ma@tuckerellis.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**     represented by **Kevin Douglas Jamison**
*individually and as successor in interest to*         Pond North LLP
*Westinghouse Electric, and WECO*         350 South Grand Avenue, Suite 2850
*International*         Los Angeles, CA 90071
*formerly known as*         (213) 617-6170

Viacom Inc.

Fax: (213) 623-3594
Email: kjamison@pondnorth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver-Brooks, Inc.**

**Defendant**

**Coltec Industries, Inc.**
*Fairbanks Morse Engine Division*

**Defendant**

**Crane Co.**

**Defendant**

**Crown Cork & Seal Company, Inc.**
*individually and as successor in interest to Mundet Cork Company*

**Defendant**

**Dresser-RandGroup, Inc.**
*individually and as successor in interest to Terry Steam Turbine Company*

**Defendant**

**Durabla Manufacturing Company**

**Defendant**

**Duro Dyne West Corporation**

**Defendant**

**Eaton Hydraulics LLC**
*formerly known as*
Vickers, Inc.

**Defendant**

**Elliott Company**
*also known as*
Elliott Turbomachinery Co., Inc.

represented by **Michael James Boland**
Imai, Tadlock, Keeney & Cordery, LLP
100 Bush St.
Ste. 1300
San Francisco, CA 04105
415-675-7000
Fax: 415-675-7008
Email: mboland@itkc.com
*ATTORNEY TO BE NOTICED*

**Stephen Earl Carlson**
Imai, Tadlock, Keeney & Cordery, LLP
100 Bush Street
Suite 1300
San Francisco, CA 94104
415-675-7000

Fax: 415-675-7008
Email: scarlson@itkc.com
*ATTORNEY TO BE NOTICED*

**Theodore Thomas Cordery**
Imai Tadlock Keeney & Cordery, LLP
100 Bush Street
Suite 1300
San Francisco, CA 94104
415-675-7000
Fax: 415-675-7008
Email: tcordery@itkc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fairbanks Morse Pump Corporation**

**Defendant**

**Federal Shipbuilding & Dry Dock, Co.**

**Defendant**

**Flowserve Corporation**
*formerly known as*
The DurironCompany
*formerly known as*
Durco International

**Defendant**

**Flowserve International, Inc.**
*formerly known as*
BW/P International, Inc.

**Defendant**

**BW/IP, Inc.**

**Defendant**

**Byron Jackson Pump Co.**

**Defendant**

**Flowserve US, Inc.**
*individually and as successor in interest to*
*Vogt Value Company*

**Defendant**

**FMC Corporation**              represented by **Gavin David Whitis**
Pond North
505 Montgomery St.
13th Floor
San Francisco, CA 94111
4152171240
Fax: 4153940484
Email: gwhitis@pondnorth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Foster Wheeler USA Corporation

**Defendant**

Fraser's Boiler Service, Inc.

**Defendant**

Fryer-Knowles, Inc.

**Defendant**

**Gardner Denver, Inc.**
*and as successor in interest to Champion Air Compressors*
*formerly known as*
Gardner Denver Machinery, Inc.

**Defendant**

**Garlock Sealing Technologies, LLC.**
*and as successor in interest to Anchor Packing Company*

**Defendant**

**General Dynamics Corporation**
*and as scccessor in interest to Asbestos Corporation, Ltd.*

**Defendant**

**General Electric Company**     represented by **Katherine Paige Gardiner**
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900
Email: katherine.gardiner@sdma.com
*ATTORNEY TO BE NOTICED*

**Defendant**

(The) Goodyear Tire & Rubber Company

**Defendant**

**Goulds Pumps, Incorporated**     represented by **Amy Margaret Kimmel**
Crosby & Rowell LLP
The American Bag Bldg
299 3rd St 2FL
Oakland, CA 94607
510-267-0300
Email: akimmel@crosbyrowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Henry Vogt Machine Co.

**Defendant**

**Hopeman Brothers, Inc.**

**Defendant**

**Imo Industries, Inc.**
*and as successor in interest to Delaval Stgeam Turbine, Co.*

**Defendant**

**ITT Corporation**
*and as succerror in interest to Allis-Chalmers Corp and Bell & Gossett*
*formerly known as*
ITT Industries, Inc.

**Defendant**

**J.T. Thorpe & Sons, Inc.**

**Defendant**

**Johnson Controls, Inc.**

**Defendant**

**Lake Washington Shipyards**

**Defendant**

**Lamons Gasket Company**
*ans as successor in interest to Power Engineering and Equipment, Inc.*

**Defendant**

**Leslie Controls, Inc.**

**Defendant**

**M. Slayen & Associates, Inc.**                    represented by  **Constance R. Fraenkel**
                                                                    Becherer Kannett & Schweitzer
                                                                    2200 Powell Street
                                                                    Suite 805
                                                                    Emeryville, CA 94608
                                                                    510-658-3600x236
                                                                    Fax: 510-658-1151
                                                                    Email: cfraenkel@bkscal.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Lysle James Kapp**
                                                                    Becherer, Kannett, & Schweitzer
                                                                    2200 Powell St Ste 805
                                                                    Emeryville, CA 94608
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Mark S. Kannett**
                                                                    Becherer Kannett & Schweitzer
                                                                    2200 Powell Street
                                                                    Suite 805

                                        Emeryville, CA 94608
                                        510 548-3600
                                        Fax: 510 648-1151
                                        Email: mkannett@bkscal.com
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Master Pumps & Equipment Corporation**

**Defendant**

**Metalclad Insultation Corporation**
*and as successor in interest to Northern California Insulations*

**Defendant**

**Moore Dry Dock Company**

**Defendant**

**(The ) Nash Enineering Company**       represented by  **Kristi L.K. Okumoto**
                                                                    Foley & Mansfield PLLP
                                                                    300 Lakeside Drive, Suite 1900
                                                                    Oakland, CA 94612
                                                                    510-590-9500
                                                                    Fax: 510-590-9595
                                                                    Email: kokumoto@foleymansfield.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Nash Engineering Company**                   represented by  **Douglas Garth Wah**
                                                                      Adams Nye Sinunu Walker
                                                                    One Jackson Place
                                                                    633 Battery St
                                                                    5th Flr
                                                                    San Francisco, CA 94111
                                                                    (415) 982-8955
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Khaled Taqi-Eddin**
                                                                    Foley & Mansfield PLLP
                                                                    1111 Broadway
                                                                    10th Floor
                                                                    Oakland, CA 94607
                                                                    510-590-9500
                                                                    Fax: 510-590-9595
                                                                    Email: ktaqi@foleymansfield.com
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Newport News Shipbuilding and Dry Dock Company**

**Defendant**

| | | |
|---|---|---|
| Nibco, Inc. | represented by | **Thomas J. Moses**<br>Brydon Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>(415) 808-0300<br>Fax: (415) 808-0333<br>Email: tmoses@bhplaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Oakfabco, Inc.**

**Defendant**

**Parker-Hannifin Corp**
*individually and as successor in interest to SACOMO-SIERRA*

**Defendant**

**Patterson Pump Company**

**Defendant**

**Pentair Pump Group**
*individually and as successor in interest to AURORA PUMPS*

**Defendant**

**Plant Insulation Company**

**Defendant**

**Quintec Industires, Inc.**

| | | |
|---|---|---|
| **Defendant**<br>**Rapid-American Corporation** | represented by | **Edward Kong Low**<br>Sonnenschein Nath & Rosenthal LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105<br>415-882-5018<br>Fax: 415-882-0300<br>Email: edward.low@snrdenton.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Richard Klinger, Inc.**

**Defendant**

**Riley Power, Inc.**
*individually and as successor in interest to RILEY STOKER CORPORATION*

**Defendant**

| | | |
|---|---|---|
| SB Decking, Inc. | represented by | **Allison Elizabeth Mullings**<br>Walsworth Franklin Bevins McCall<br>601 Montgomery Street |

9th Floor
San Francisco, CA 94111
415-781-7072
Email: amullings@wfbm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sepco Corporation**

**Defendant**

**Square D Co.**

**Defendant**

**Sterling Fluid Systems (USA), LLC**     represented by **Gavin David Whitis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Y C Kuo**
Pond North LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170
Fax: 213-623-3594
Email: akuo@pondnorth.com
*ATTORNEY TO BE NOTICED*

**Francis Dennis Pond**
Pond North LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90017
213-617-6170
Fax: 213-623-3594
Email: fpond@pondnorth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sulzer Pumps (US) Inc.**

**Defendant**

**Syd Carpenter Marine Contractor, Inc.**     represented by **Jeremy David Milbrodt**
310 Golden Shore
4th Floor
Long Beach, CA 90802
562-436-3946
Email: jmilbrodt@pdalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tate Andale, Inc.**
*individually and as successor in interest to*

C.H. WHEELER, MANUFACTURING CO.

**Defendant**

**Darcoid Company of California**

**Defendant**

**Trac Regulator Co., Inc.**
*individually and as the parent and/or successor in interest to ATLAS VALVE COMPANY, INC.*

**Defendant**

**Trane US, Inc.**                              represented by **Glen R. Powell**
                                                Gordon & Rees LLP
                                                Embarcadero Center West
                                                275 Battery Street
                                                Suite 2000
                                                San Francisco, CA 94111
                                                415-986-5900
                                                Fax: 415-986-8054
                                                Email: gpowell@gordonrees.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Triple A Machine Shop, Inc.**

**Defendant**

**Tuthill Corporation**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Uniroyal Holding, Inc.**

**Defendant**

**Viad Corporation**
*individually and as successor in interest to GRISCOM-RUSSELL*

**Defendant**

**Warren Pumps, LLC**                           represented by **Susanne Gheseri Arani**
                                                Carroll Burdick & McDonough LLP
                                                44 Montgomery Street
                                                Suite 400
                                                San Francisco, CA 94104
                                                415-989-5900
                                                Fax: 415-989-0932
                                                Email: sarani@linerlaw.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **William Powell Company** | represented by **Khaled Taqi-Eddin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Kristi L.K. Okumoto**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Yarway Corporation**<br>*TERMINATED: 11/24/2010* | represented by **Amy Jo Talarico**<br>Morgan Lewis & Bockius LLP<br>1 Market Spear St Twr<br>San Francisco, CA 94105<br>(415) 442-1227<br>Fax: (415) 442-1000<br>Email: atalarico@morganlewis.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kristina Francia Almquist**<br>Morgan Lewis and Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>(415) 442-1000<br>Fax: (415) 442-1000<br>Email: kalmquist@morganlewis.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**York International Corporation** | |
| **Defendant**<br>**Zurn Industries, LLC** | |
| **Defendant**<br>**Ingersoll-Rand Company** | represented by **Glen R. Powell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2010 | 1 | COMPLAINT against Elliott Company, (The ) Nash Enineering Company, (The) Goodyear Tire & Rubber Company, A.O.Smith Corp., A.W. Chesterton Company, Advocate Mines, Ltd., Aker Kvaernew Power, Inc., Alfa Laval Separator, Inc., Alfa Laval, Inc., Allied Packing & Supply, Inc., Allis-Chalmers Corporation Product Liability Trust, BW/IP, Inc., Bethehem Steel Company, Bryan Steam, LLC, Buffalo Pumps, Inc., Byron Jackson Pump Co., CBS Corporation, Carrier Corporation, Cleaver-Brooks, Inc., Coltec Industries, Inc., Crane Co., Crown Cork & Seal Company, Inc., Delaval Separator Company, Dresser-RandGroup, Inc., Durabla Manufacturing Company, Duro Dyne West Corporation, Eaton Hydraulics LLC, FMC Corporation, Fairbanks Morse Pump Corporation, Federal Shipbuilding & Dry Dock, Co., Flowserve Corporation, Flowserve International, Inc., Flowserve US, Inc., Foster Wheeler USA Corporation, Fraser's Boiler Service, Inc., Fryer-Knowles, Inc., Gardner Denver, Inc., Garlock Sealing Technologies, LLC., General Dynamics Corporation, General Electric Company, Goulds Pumps, Incorporated, Henry Vogt Machine Co., Hopeman Brothers, Inc., ITT Corporation, Imo Industries, Inc., J.T. Thorpe & Sons, Inc., Johnson |

| | | |
|---|---|---|
| | | Controls, Inc., Lake Washington Shipyards, Lamons Gasket Company, Leslie Controls, Inc., M. Slayen & Associates, Inc., Master Pumps & Equipment Corporation, Metalclad Insultation Corporation, Moore Dry Dock Company, Nash Engineering Company, Newport News Shipbuilding and Dry Dock Company, Nibco, Inc., Oakfabco, Inc., Parker-Hannifin Corp, Patterson Pump Company, Pentair Pump Group, Plant Insulation Company, Quintec Industires, Inc., Rapid-American Corporation, Richard Klinger, Inc., Riley Power, Inc., SB Decking, Inc., Sepco Corporation, Square D Co., Sterling Fluid Systems (USA), LLC, Sulzer Pumps (US) Inc., Syd Carpenter Marine Contractor, Inc., Tate Andale, Inc., Darcoid Company of California, Trac Regulator Co., Inc., Trane US, Inc., Triple A Machine Shop, Inc., Tuthill Corporation, Union Carbide Corporation, Uniroyal Holding, Inc., Viad Corporation, Warren Pumps, LLC, William Powell Company, Yarway Corporation, York International Corporation, Zurn Industries, LLC ( Filing fee $ 350, receipt number 34611052287.). Filed byElliott Company. (rcs, COURT STAFF) (Filed on 10/29/2010) (Entered: 11/03/2010) |
| 10/29/2010 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 1/26/2011. Case Management Conference set for 2/2/2011 at 10:30 AM in Courtroom F, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order for All Judges)(rcs, COURT STAFF) (Filed on 10/29/2010) (Entered: 11/03/2010) |
| 10/29/2010 | | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 10/29/2010) (Entered: 11/23/2010) |
| 11/04/2010 | 3 | ORDER OF RECUSAL. Signed by Judge James Larson on 11/4/10. (jlsec, COURT STAFF) (Filed on 11/4/2010) (Entered: 11/04/2010) |
| 11/04/2010 | 4 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Richard Seeborg for all further proceedings. Judge Magistrate Judge James Larson no longer assigned to the case.. Signed by Executive Committee on 11/4/10. (as, COURT STAFF) (Filed on 11/4/2010) (Entered: 11/04/2010) |
| 11/04/2010 | 5 | ORDER RE: 4 REASSIGNING CASE TO JUDGE SEEBORG. Initial Case Management Conference set for 2/10/2011 10:00 AM in Courtroom 3, 17th Floor, San Francisco. Signed by Judge Richard Seeborg on 11/4/10. (cl, COURT STAFF) (Filed on 11/4/2010) (Entered: 11/04/2010) |
| 11/05/2010 | 6 | *** FILED IN ERROR, PLEASE DISREGARD *** ORDER OF RECUSAL. Signed by Judge Richard Seeborg on 11/5/10. (rslc3, COURT STAFF) (Filed on 11/5/2010) Modified on 11/5/2010 (rslc3, COURT STAFF). (Entered: 11/05/2010) |
| 11/05/2010 | 7 | ORDER OF RECUSAL (CORRECTED DATE). Signed by Judge Richard Seeborg on 11/5/10. (rslc3, COURT STAFF) (Filed on 11/5/2010) (Entered: 11/05/2010) |
| 11/08/2010 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Judge Hon. Richard Seeborg no longer assigned to the case.. Signed by Executive Committee on 11/8/10. (as, COURT STAFF) (Filed on 11/8/2010) (Entered: 11/08/2010) |
| 11/09/2010 | 9 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 2/4/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 1/28/2011.. Signed by Judge Jeffrey S. White on 11/9/10. (jjoS, COURT STAFF) (Filed on 11/9/2010) (Entered: 11/09/2010) |
| 11/09/2010 | 10 | NOTICE by Warren Pumps, LLC *of Filing State Court Answer* (Arani, Susanne) (Filed on 11/9/2010) (Entered: 11/09/2010) |
| 11/09/2010 | 11 | NOTICE by Warren Pumps, LLC *Disclosure Statement Pursuant to FRCP Rule 7.1* (Arani, Susanne) (Filed on 11/9/2010) (Entered: 11/09/2010) |
| 11/10/2010 | 12 | Certificate of Interested Entities by FMC Corporation *On Behalf of Its Former Peerless Pump business Pursuant to FRCP Rule 7.1* (Whitis, Gavin) (Filed on 11/10/2010) (Entered: 11/10/2010) |

| 11/10/2010 | 13 | NOTICE by FMC Corporation *On Behalf of Its Former Peerless Pump Business of Answer To Complaint and Demand For Jury Trial* (Whitis, Gavin) (Filed on 11/10/2010) (Entered: 11/10/2010) |
|---|---|---|
| 11/10/2010 | 14 | ANSWER to Complaint with Jury Demand *Wrongful Death - Asbestos* byCBS Corporation. (Jamison, Kevin) (Filed on 11/10/2010) (Entered: 11/10/2010) |
| 11/10/2010 | 15 | Certificate of Interested Entities by CBS Corporation *and Parties Pursuant to Civil Local Rule 3-16* (Jamison, Kevin) (Filed on 11/10/2010) (Entered: 11/10/2010) |
| 11/10/2010 | 16 | NOTICE by CBS Corporation *of Related Cases* (Jamison, Kevin) (Filed on 11/10/2010) (Entered: 11/10/2010) |
| 11/15/2010 | 17 | SUMMONS Returned Executed by Hazel King. Carrier Corporation served on 9/29/2010, answer due 10/20/2010. (Brody, Richard) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/15/2010 | 18 | SUMMONS Returned Executed by Hazel King. Flowserve Corporation served on 10/23/2010, answer due 11/15/2010. (Brody, Richard) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/15/2010 | 19 | SUMMONS Returned Executed by Hazel King. Henry Vogt Machine Co. served on 10/23/2010, answer due 11/15/2010. (Brody, Richard) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/15/2010 | 20 | SUMMONS Returned Executed by Hazel King. Patterson Pump Company served on 10/23/2010, answer due 11/15/2010. (Brody, Richard) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/15/2010 | 21 | SUMMONS Returned Executed by Hazel King. Zurn Industries, LLC served on 10/23/2010, answer due 11/15/2010. (Brody, Richard) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/18/2010 | 22 | ANSWER to Complaint with Jury Demand bySterling Fluid Systems (USA), LLC. (Whitis, Gavin) (Filed on 11/18/2010) (Entered: 11/18/2010) |
| 11/18/2010 | 23 | Certificate of Interested Entities by Sterling Fluid Systems (USA), LLC *Pursuant to FRCP Rule 7.1* (Whitis, Gavin) (Filed on 11/18/2010) (Entered: 11/18/2010) |
| 11/19/2010 | 24 | NOTICE by Hazel King *Notice of Entry of Order* (Brody, Richard) (Filed on 11/19/2010) (Entered: 11/19/2010) |
| 11/19/2010 | 25 | NOTICE of Appearance by Kristina Francia Almquist *Notice of Appearance of Counsel for Defendant Yarway Corporation* (Almquist, Kristina) (Filed on 11/19/2010) (Entered: 11/19/2010) |
| 11/19/2010 | 26 | Certificate of Interested Entities by Yarway Corporation identifying Corporate Parent Keystone France Holdings Corp. for Yarway Corporation. *Corporate Disclosure Statement and Certification of Interested Entities or Persons for Defendant Yarway Corporation* (Almquist, Kristina) (Filed on 11/19/2010) (Entered: 11/19/2010) |
| 11/19/2010 | 27 | STIPULATION *Stipulation and [Proposed] Order to Dismiss Defendant Yarway Corporation with Prejudice* by Yarway Corporation. (Almquist, Kristina) (Filed on 11/19/2010) (Entered: 11/19/2010) |
| 11/22/2010 | 28 | NOTICE of Appearance by Edward Kong Low *on behalf of Rapid-American Corporation* (Low, Edward) (Filed on 11/22/2010) (Entered: 11/22/2010) |
| 11/22/2010 | 29 | NOTICE by Rapid-American Corporation *OF RE-FILING OF STATE COURT ANSWER* (Attachments: # 1 Exhibit Exhibit A - Answer to Complaint filed in State Court)(Low, Edward) (Filed on 11/22/2010) (Entered: 11/22/2010) |
| 11/22/2010 | 30 | Certificate of Interested Entities by Rapid-American Corporation (Low, Edward) (Filed on 11/22/2010) (Entered: 11/22/2010) |

| | | |
|---|---|---|
| 11/23/2010 | 31 | Letter from Michael J. Boland *Formal request to be transferred to MDL Panel No. 875*. (Carlson, Stephen) (Filed on 11/23/2010) (Entered: 11/23/2010) |
| 11/23/2010 | 32 | Statement *Defendant Elliott Company's Corporate Disclosure Pursuant to F.R.C.P., Rule 7.1, and Local Rule 3-16* by Elliott Company. (Carlson, Stephen) (Filed on 11/23/2010) (Entered: 11/23/2010) |
| 11/23/2010 | 33 | Statement *Defendant Elliott Company's Certification as to Interested Parties Pursuant to Local Rule 3-16 and F.R.C.P. 7.1* by Elliott Company. (Carlson, Stephen) (Filed on 11/23/2010) (Entered: 11/23/2010) |
| 11/24/2010 | 34 | NOTICE by General Electric Company *of Refiling State Court Answer to Complaint for Damages* (Attachments: # 1 Notice of Interested Parties)(Gardiner, Katherine) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 35 | ORDER GRANTING 27 Stipulation to Dismiss Defendant Yarway Corporation with Prejudice. Signed by Judge JEFFREY S. WHITE on 11/24/10. (jjoS, COURT STAFF) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 36 | SUMMONS Returned Executed by Hazel King. Allied Packing & Supply, Inc. served on 11/17/2010, answer due 12/8/2010. (Brody, Richard) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 37 | SUMMONS Returned Executed by Hazel King. Darcoid Company of California served on 11/17/2010, answer due 12/8/2010. (Brody, Richard) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 38 | SUMMONS Returned Executed by Hazel King. Durabla Manufacturing Company served on 11/15/2010, answer due 12/6/2010. (Brody, Richard) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 39 | SUMMONS Returned Executed by Hazel King. J.T. Thorpe & Sons, Inc. served on 11/15/2010, answer due 12/6/2010. (Brody, Richard) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 40 | SUMMONS Returned Executed by Hazel King. Moore Dry Dock Company served on 11/15/2010, answer due 12/6/2010. (Brody, Richard) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 41 | SUMMONS Returned Executed by Hazel King. M. Slayen & Associates, Inc. served on 11/17/2010, answer due 12/8/2010. (Brody, Richard) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 42 | SUMMONS Returned Executed by Hazel King. Sulzer Pumps (US) Inc. served on 10/23/2010, answer due 11/15/2010. (Brody, Richard) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 43 | SUMMONS Returned Executed by Hazel King. Syd Carpenter Marine Contractor, Inc. served on 11/15/2010, answer due 12/6/2010. (Brody, Richard) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 44 | *NIBCO, INC.'S* ANSWER to Complaint *FOR DAMAGES* byNibco, Inc.. (Attachments: # 1 DISCLOSURE STATEMENT, # 2 CERTIFICATE AND NOTICE OF INTERESTED PARTIES, # 3 NOTICE OF TAG-ALONG ACTION, # 4 CERTIFICATE OF SERVICE) (Moses, Thomas) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 45 | ANSWER to Complaint by(The ) Nash Enineering Company. (Okumoto, Kristi) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 46 | Certificate of Interested Entities by (The ) Nash Enineering Company (Okumoto, Kristi) (Filed on 11/24/2010) (Entered: 11/24/2010) |

| | | |
|---|---|---|
| 11/24/2010 | 47 | Statement *of Disclosure* by (The ) Nash Enineering Company. (Okumoto, Kristi) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/30/2010 | 48 | NOTICE of Appearance by Allison Elizabeth Mullings (Mullings, Allison) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 49 | Notice of MOTION to Dismiss *Complaint* filed by SB Decking, Inc.. Motion Hearing set for 1/14/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Mullings, Allison) (Filed on 11/30/2010) Modified on 11/30/2010 (hdj, COURT STAFF). (Entered: 11/30/2010) |
| 11/30/2010 | 50 | ANSWER to Complaint byWilliam Powell Company. (Taqi-Eddin, Khaled) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 51 | MOTION to Dismiss *Complaint and Memo of Points and Authorities in Support of Motion to Dismiss Complaint* filed by SB Decking, Inc.. Motion Hearing set for 1/14/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Mullings, Allison) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 52 | Declaration of Allison E. Mullings *in Support of Motion of Defendant SB Decking, Inc. to Dismiss Complaint* filed bySB Decking, Inc.. (Mullings, Allison) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 53 | Request for Judicial Notice *in Support of Motion to Dismiss Complaint* filed bySB Decking, Inc.. (Mullings, Allison) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 54 | Proposed Order *Granting Defendant SB Decking, Inc.'s Motion to Dismiss Complaint* by SB Decking, Inc.. (Mullings, Allison) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 55 | Certificate of Interested Entities by William Powell Company (Okumoto, Kristi) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 56 | Statement *Pursuant to FRCP 7.1* by William Powell Company. (Okumoto, Kristi) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 12/01/2010 | 57 | *Defendant Keeler Dorr Oliver Boiler Company, Inc.'s* ANSWER to Complaint with JURY DEMAND *For Jury Trial* byAker Kvaernew Power, Inc.. (LaFevers, Kathryn) (Filed on 12/1/2010) (Entered: 12/01/2010) |
| 12/03/2010 | 58 | NOTICE of Appearance by Amy Margaret Kimmel *on behalf of Goulds Pumps, Inc.* (Kimmel, Amy) (Filed on 12/3/2010) (Entered: 12/03/2010) |
| 12/03/2010 | 59 | NOTICE of Appearance by Amy Margaret Kimmel *on behalf of Goulds Pumps, Inc.* (Kimmel, Amy) (Filed on 12/3/2010) (Entered: 12/03/2010) |
| 12/03/2010 | 60 | NOTICE by Goulds Pumps, Incorporated *of Filing State Court Answer to Complaint and Demand for Jury Trial* (Kimmel, Amy) (Filed on 12/3/2010) (Entered: 12/03/2010) |
| 12/06/2010 | 61 | ANSWER to Complaint byCarrier Corporation. (Ma, Lillian) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/06/2010 | 62 | Certificate of Interested Entities by Carrier Corporation identifying Corporate Parent United Technologies Corporation for Carrier Corporation. (Ma, Lillian) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/06/2010 | 63 | NOTICE by Carrier Corporation *of Tag-Along Action* (Ma, Lillian) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/08/2010 | 64 | ANSWER to Complaint *for damages and personal injuries* bySyd Carpenter Marine Contractor, Inc.. (Milbrodt, Jeremy) (Filed on 12/8/2010) (Entered: 12/08/2010) |

| | | |
|---|---|---|
| 12/08/2010 | 65 | DEMAND for Trial by Jury by (The ) Nash Enineering Company. (Okumoto, Kristi) (Filed on 12/8/2010) (Entered: 12/08/2010) |
| 12/08/2010 | 66 | DEMAND for Trial by Jury by William Powell Company. (Okumoto, Kristi) (Filed on 12/8/2010) (Entered: 12/08/2010) |
| 12/09/2010 | 67 | ANSWER to Complaint byM. Slayen & Associates, Inc.. (Fraenkel, Constance) (Filed on 12/9/2010) (Entered: 12/09/2010) |
| 12/09/2010 | 68 | NOTICE of Appearance by Glen R. Powell *on Behalf of Ingersoll-Rand Company* (Powell, Glen) (Filed on 12/9/2010) (Entered: 12/09/2010) |
| 12/09/2010 | 69 | Certificate of Interested Entities by Ingersoll-Rand Company (Powell, Glen) (Filed on 12/9/2010) (Entered: 12/09/2010) |
| 12/09/2010 | 70 | NOTICE of Appearance by Glen R. Powell *on Behalf of Trane U.S., Inc.* (Powell, Glen) (Filed on 12/9/2010) (Entered: 12/09/2010) |
| 12/09/2010 | 71 | Certificate of Interested Entities by Trane US, Inc. (Powell, Glen) (Filed on 12/9/2010) (Entered: 12/09/2010) |
| 12/13/2010 | 72 | SUMMONS Returned Executed by Hazel King. A.W. Chesterton Company served on 12/2/2010; answer due 12/23/2010. (Brody, Richard) (Filed on 12/13/2010) (Entered: 12/13/2010) |
| 12/13/2010 | 73 | SUMMONS Returned Executed by Hazel King. Crane Co. served on 11/17/2010, answer due 12/8/2010. (Brody, Richard) (Filed on 12/13/2010) (Entered: 12/13/2010) |
| 12/13/2010 | 74 | SUMMONS Returned Executed by Hazel King. Crown Cork & Seal Company, Inc. served on 11/17/2010, answer due 12/8/2010. (Brody, Richard) (Filed on 12/13/2010) (Entered: 12/13/2010) |
| 12/13/2010 | 75 | SUMMONS Returned Executed by Hazel King. Lamons Gasket Company served on 11/17/2010, answer due 12/8/2010. (Brody, Richard) (Filed on 12/13/2010) (Entered: 12/13/2010) |
| 12/13/2010 | 76 | SUMMONS Returned Executed by Hazel King. (Brody, Richard) (Filed on 12/13/2010) (Entered: 12/13/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/15/2010 15:02:44 | | | |
| PACER Login: | it0393 | Client Code: | 00059.3567.4 |
| Description: | Docket Report | Search Criteria: | 3:10-cv-04921-JSW |
| Billable Pages: | 11 | Cost: | 0.88 |