# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Cropper et al., v. Rapid American Corporation et al., ) | |
|     N.D. Illinois, C.A. No. 1:10-07738 ) | MDL No. 875 |
| Scott v. Rapid American Corporation et al., ) | |
|     N.D. Illinois, C.A. No. 1:10-07760 ) | |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in these actions *(Cropper and Scott)* on December 10, 2010. The Panel has now been advised that *Cropper* was remanded to the Circuit Court of Cook County, Illinois, by the Honorable William J. Hibbler in an order filed on December 15, 2010, and that *Scott* was remanded to the Circuit Court of Cook County, Illinois, by the Honorable Blanche M. Manning in an order filed on December 14, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-346" filed on December 10, 2010, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel