## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875   &   TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Bouchard v. CBS Corp et al., USDC Western WA 2:10-cv-01810

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Fryer-Knowles, Inc., a WA Corp, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

☑ The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (briefly describe nature of the interest)

See Exhibit A attached.

**OR**

☐ This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

_____   Gordon & Polscer, L.L.C.
Signature of Attorney         Name of Firm

1000 Second Avenue, Suite 1500   Seattle, WA 98104
Address                          City/State/Zip Code

Date December 13, 2010

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL No. 875   In Re: Asbestos Products Liability Litigation (No. VI)

Bouchard v. CBS Corp et al., USDC Western WA 2:10-cv-01810

RE:  FRYER-KNOWLES, INC., A Washington Corporation,

## CORPORATE DISCLOSURE STATEMENT

The following publicly-held corporations, although not parties to the matter, have a financial interest in the outcome of the matter:

The Travelers Companies, Inc., by reason of insurance.

Fairfax Financial Holdings, by reason of insurance.

CNA Financial Corporation, by reason of insurance.  Loews Corporation owns the majority of the stock of CNA Financial Corporation.  No other corporation owns 10% or more of the stock of CNA Financial Corporation.

This corrects and replaces the Corporate Disclosure Statement filed on December 7, 2010, Document No. 6460.

# EXHIBIT A