**RUDOLPH & HAMMOND, LLC**
Kent Hammond, Esq., #015100
8686 E. San Alberto Drive, Ste. 200
Scottsdale, Arizona 85258
480-951-9700
kent@rudolphhammond.com

Attorneys for the Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLIE SAM, SR,; JOHN SLOWTALKER; and JACK MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, Individually and as successor-in-interest to the Burlington Northern & Santa Fe Railway Company, Atchison Topeka and Santa Fe Railway Company, Chicago, Burlington and Quincy Railroad Company, Burlington Northern Inc., and Burlington Northern Railroad Company,<br><br>Defendant. | Case 3:10-CV-08189-GMS<br><br>**CERTIFICATE OF SERVICE<br>BY PRIVATE PROCESS SERVER** |

DOUGLAS D. SARRETT states: That he is duly qualified and licensed to serve process in this cause within the State in which it was served, having been so appointed by the Court; that he received the documents as described below:

**Summons & Complaint**

That he personally served true copies of the above documents at 1:55 p.m. on October 5, 2010 at 2394 E Camelback Road, Phoenix, Arizona 85016. Service was effected by leaving copies with Stephanie Stanley, Clerk with CT Corporation Systems, Statutory Agent for **BNSF Railway Company.**

Service Fees:    Service                                                                 50.00

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2010.

*[signature]*
Douglas D. Sarrett, Reg. #5534
Extreme Process Service
602-404-2075

- 1 -

PDF processed with CutePDF evaluation edition www.CutePDF.com