# GORDON & POLSCER, L.L.C.
ATTORNEYS AT LAW

Suite 1500
1000 Second Avenue
Seattle, WA 98104
Tel: (206) 223-4226
Fax: (206) 223-5459

T. ARLEN RUMSEY
Admitted in Washington
arumsey@gordon-polscer.com

December 22, 2010

United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002

    Re:   *Bouchard v. CBS Corp., et al.*
          MDL No. 875, In Re: Asbestos Products Liability Litigation (No. VI)
          United States District Court for Western Washington 2:10-cv-01810

## REASON FOR WITHDRAWAL OF FILING OF CORPORATE DISCLOSURE STATEMENT OF FRYER-KNOWLES, INC., A WASHINGTON CORPORATION

The Corporate Disclosure Statement filed December 7, 2010, by Fryer-Knowles, Inc., a Washington Corporation, was incorrect. A new Corporate Disclosure Statement dated December 13, 2010 replaces the Corporate Disclosure Statement filed December 7, 2010.

                              Sincerely,

                              T. Arlen Rumsey

TAR:mmk