**RUDOLPH & HAMMOND, LLC**
Kent Hammond, Esq. #015100
8686 E. San Alberto Drive, Ste. 200
Scottsdale, Arizona 85258
Phone: 480-951-9700
kent@rudolphhammond.com

Attorneys for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEN SAM, KEE LEE BEGAY, and ROMAN JARAMILLO<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF Railway Company, Individually and as successor-in-interest to Burlington Northern & Santa Fe Railway Company, Atchison Topeka and Santa Fe Railway Company, Chicago, Burlington and Quincy Railroad Company, Burlington Northern Inc., and Burlington Northern Railroad Company,<br><br>Defendant. | Case No: 3:10-CV-08196<br><br>**CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER** |

REBECCA A. SARRETT states: That she is duly qualified and licensed to serve process in this cause within the State in which it was served, having been so appointed by the Court; that she received the documents as described below:

**Summons & Complaint**

That she personally served true copies of the above documents at 10:18 a.m. on October 14, 2010 at 2394 East Camelback Road, Phoenix, Arizona, 85016. Service was effected by leaving the documents with Stephanie Stanley, Clerk, with CT Corporation Services, who accepted service on behalf of **BNSF Railway Company.**

Service Fees:     Service                                         50.00

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2010.

*/s/ Rebecca Sarrett*
Rebecca A. Sarrett, Reg. #8204
Extreme Process Service
602-404-2075

- 1 -

PDF processed with CutePDF evaluation edition www.CutePDF.com