ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101
www.sdma.com   415.781.7900 *phone*   415.781.2635 *fax*


Sedgwick
DETERT, MORAN & ARNOLD LLP

December 16, 2010

**VIA ECF FILING**

Michael Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Edward Smith, Jr., et al. v. 3M Co., et al.*
      U.S. District Court, Central District Of California, Case No. CV 10-9276-JFW(Ex)
      and CV 10-9275-JFW(SSx)
      Our File No.: 0045-072465

Dear Mr. Beck:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Central District of California.

Plaintiffs in the above-referenced matter have initiated a personal injury and loss of consortium asbestos-related action. Plaintiffs claim that plaintiff Edward Smith, Jr. was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE requests that the Panel transfer these cases to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

These "tag-along" cases were originally filed in the U.S. District Court for the Central District of California on December 2, 2010. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose plaintiffs' complaint in this action, as well as the docket sheet for these cases in the U.S. District Court for the Central District of California.

SF/1901024v1

*Celebrating 75 Years of Service 1933-2008*

December 16, 2010
Page 2

Plaintiffs in this action are represented by John DaCorsi and Jason Rumsey of DaCorsi, Placencio & Rumsey, P.C., 21031 Ventura Boulevard, Suite 1200, Woodland Hills, CA 91364 (telephone: (818) 884-6666; fax: (818) 884-8677) and Phil Heeger of Heeger & Associates, 21031 Ventura Boulevard, Suite 1200, Woodland Hills, CA 91364 (telephone: (818) 703-6415; fax: (818) 703-7063).

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Derek S. Johnson
Sedgwick, Detert, Moran & Arnold LLP

Enclosure

**cc: (via facsimile only) (w/out enclosure)**

DaCorsi, Placencio & Rumsey, P.C.
Heeger & Associates

SF/1901024v1

| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | CHARLES T. SHELDON (Bar No. 155598) |
| 2 | charles.sheldon@sdma.com |
| 3 | KATHERINE GARDINER (Bar No. 215542) |
| | katherine.gardiner@sdma.com |
| 4 | DEREK S. JOHNSON (Bar No. 220988) |
| 5 | derek.johnson@sdma.com |
| | One Market Plaza |
| 6 | Steuart Tower, 8th Floor |
| 7 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 8 | Facsimile: (415) 781-2635 |

Attorneys for
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SMITH, JR. and SHIRLEY SMITH, | CASE NOS. 2:10-cv-09276-JFW–E and 2:10-cv-09275-JFW -SS |
| Plaintiffs, | (State Court Case No. BC 447887) |
| vs. | **PROOF OF SERVICE FOR LETTER DATED DECEMBER 16, 2010 TO MICHAEL BECK, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
| GENERAL DYNAMICS CORPORATION, et al., | |
| Defendants | |

SF/1902075v1

PROOF OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105-1008. On December 16, 2010, I served the within document(s):

**PROOF OF SERVICE FOR LETTER DATED DECEMBER 16, 2010 TO MICHAEL BECK, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

☑ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

**DaCORSI, PLACENCIO & RUMSEY, P.C.**   Attorneys For Plaintiffs
John R. DaCorsi, Esq.
Jason L. Rumsey, Esq.
21031 Ventura Boulevard, Suite 1200
Woodland Hills, CA 91364
Tel: (818) 884-6666 / **Fax: (818) 884-8677**

**HEEGER & ASSOCIATES**
Phil Heeger, Esq.
21031 Ventura Boulevard, Suite 1200
Woodland Hills, CA 91364-2229
Tel: (818) 703-6451 / **Fax: (818) 703-7063**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 16, 2010, at San Francisco, California.

_/s/ Christine P. Williams_

SF/1902075v1

PROOF OF SERVICE