(Ex), DISCOVERY, MANADR

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:10-cv-09276-JFW -E

Smith et al v. General Dynamics Corporation et al
Assigned to: Judge John F. Walter
Referred to: Magistrate Judge Charles F. Eick
Case in other court: Superior Court of CA County of Los Angeles, BC447887
Cause: 28:1441 Notice of Removal - Personal Injury

Date Filed: 12/02/2010
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Edward Smith, Jr.**
*an individual*

represented by **Jason L Rumsey**
DaCorsi Placencio and Rumsey PC
21031 Ventura Boulevard Suite 1200
Woodland Hills, CA 91364-2229
818-884-6666
Fax: 818-884-8677
Email: jrumsey@dacorsi.net
*ATTORNEY TO BE NOTICED*

**John R DaCorsi**
DaCorsi Placencio and Rumsey PC
21031 Ventura Boulevard Suite 1200
Woodland Hills, CA 91364-2229
818-884-6666
Fax: 818-884-8677
*ATTORNEY TO BE NOTICED*

**Phillip L Heeger**
Heeger & Associates
21031 Ventura Boulevard Suite 1200
Woodland Hills, CA 91364-2229
818-703-6415
Fax: 818-703-7063
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Smith**

represented by **Jason L Rumsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R DaCorsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip L Heeger**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Dynamics Corporation**
*a Delaware corporation*

**Defendant**

**Bath Iron Works**

**Defendant**

**American Standard, Inc.**
*doing business as*
American Standard Products, Inc

**Defendant**

**Bechtel Construction Company**

**Defendant**

**Bechtel Corporation**

**Defendant**

**Buffalo Pumps, Inc.**
*sued individually and as successor in interest to Successor*
Buffalo Forge Company

**Defendant**

**BW/IP International, Inc.**
*sued individually and as successor in interest to Successor*
Byron Jackson Pumps

**Defendant**

**CBS Corporation**
*successor by merger with CBS Corporation*

*formerly known as*
Viacom, Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

Cooper US, Inc
*sued individually and as successor in interest to*
*formerly known as*
Cooper Industries, LLC
*Successor*
Gardner Denver, Inc.

**Defendant**

**Crane Co**

**Defendant**

**Durabla Manufacturing Company**

**Defendant**

**Flowserve Corporation**
*sued individually and as successor in interest to*
*Successor*
Byron Jackson Pump Co.

**Defendant**

**FMC Corporation**
*sued individually and as successor in interest to*
*Successor*
Northern Pump Company

**Defendant**

**Gardner Denver Inc**

**Defendant**

**Garlock Sealing Technologies, LLC**
*sued individually and as successor in interest to*
*Successor*
Garlock, Inc.

**Defendant**

**General Electric Company**    represented by    **Charles T Sheldon**
Sedgwick Detert Moran and Arnold LLP
Steuart Tower
One Market Plaza 8th Floor
San Francisco, CA 94105
415-781-7900
Fax: 415-781-2635
Email: charles.sheldon@sdma.com
*ATTORNEY TO BE NOTICED*

**Derek S Johnson**
Sedgwick Detert Moran & Arnold LLP
Steuart Tower 18th Floor
One Market Plaza
San Francisco, CA 94105
415-781-7900
Fax: 415-781-2635
*ATTORNEY TO BE NOTICED*

**Katherine Paige Gardiner**
Sedgwick Detert Moran and Arnold LLP
Steuart Tower
One Market Plaza 8th Floor
San Francisco, CA 94105
415-781-7900
Fax: 415-781-2635
Email: katherine.gardiner@sdma.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries, Inc.**
*sued individually and as successor in interest to*
*Successor*
Delaval Steam Turbine Company

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Leslie Controls, Inc.**

**Defendant**

**Owens-Illinois, Inc.**
*sued individually and as successor in interest to*
*Successor*
Owens-Illinois Glass Company

**Defendant**

**Thorpe Insulation Company**

**Defendant**

**Warren Pumps LLC**
*sued individually and as successor in interest to*
*Successor*
Quimby Pump Company

**Defendant**

**Does**
*1-350 Inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2010 | 1 | NOTICE OF REMOVAL from Superior Court of CA County of Los Angeles, case number BC447887 with conformed copy of summons and complaint. Case assigned to Judge John F. Walter, Discovery to Magistrate Judge Charles F. Eick. (Filing fee $350 PAID), filed by Defendant General Electric Company.(cbr) (Additional attachment(s) added on 12/7/2010: # 1 part 2) (mg). (Entered: 12/07/2010) |
| 12/02/2010 |   | CONFORMED COPY OF ANSWER TO COMPLAINT RE Notice of Removal 1 filed by Defendant General Electric Company. [FILED IN STATE COURT ON DECEMBER 1, 2010 SUBMITTED ATTACHED TO EXHIBIT B](cbr) (Entered: 12/07/2010) |
| 12/02/2010 | 2 | NOTICE of Interested Parties filed by Defendant General Electric Company, (cbr) (mg). (Entered: 12/07/2010) |
| 12/02/2010 | 3 | NOTICE of Pendency of Other Actions Proceedings filed by Defendant General Electric Company. (cbr) (mg). (Entered: 12/07/2010) |
| 12/02/2010 | 4 | PROOF OF SERVICE filed by Defendant General Electric Company, re Certificate/Notice of Interested Parties 2 , Notice (Other) 3 , Notice of Removal, 1 served on 12/2/10. (cbr) (mg). (Entered: 12/07/2010) |
| 12/02/2010 | 5 | NOTICE TO PARTIES OF ADR PROGRAM filed.(cbr) (Entered: 12/07/2010) |
| 12/06/2010 | 7 | STANDING ORDER by Judge John F. Walter: READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES; Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages; replies shall not exceed 12 pages. Counsel are ORDERED to deliver 2 courtesy copies of all documents filed electronically in this action to Chambers. For each document filed electronically, one courtesy copy shall be marked CHAMBERS COPY and the other shall be marked COURTESY COPY. The courtesy copies shall be delivered to Chambers no later than 10:00 a.m. on the next business day after the document was electronically filed (see document for further details). (jp) (Entered: 12/07/2010) |
| 12/07/2010 | 6 | Correspondence filed by Defendant General Electric Company *to Michael Beck, Judicial Panel on Multidistric Litigation* re: Notice of Removal, 1 (Gardiner, Katherine) (Entered: 12/07/2010) |
| 12/07/2010 | 8 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Correspondence [Letter] 6 . The following error(s) was found with document(s) are specified: Pursuant to LR 83-2.11, attorneys or parties shall refrain from writing letters to the judge. All matters shall be called to a judge's attention by appropriate application or motion.. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 12/07/2010) |

| Date | # | Description |
|---|---|---|
| 12/14/2010 | 9 | Plaintiffs' Demand for Jury Trial filed by Plaintiffs Edward Smith, Jr, Shirley Smith (Rumsey, Jason) (Entered: 12/14/2010) |
| 12/14/2010 | 10 | Plaintiffs' Demand for Jury Trial filed by Plaintiffs Edward Smith, Jr, Shirley Smith (Rumsey, Jason) (Entered: 12/14/2010) |
| 12/15/2010 | 11 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document [DEMAND FOR JURY TRIAL] 9 . The following error(s) was found: (1) Case number is incorrect. (2) Incorrect event selected. The correct event is: Jury Demand - under Category - PRETRIAL AND TRIAL DOCUMENTS. In the future, please use the SEARCH feature on the CM/ECF Menu Bar if you are unsure of the events to use. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 12/15/2010) |
| 12/15/2010 | 12 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document [DEMAND FOR JURY TRIAL] 10 . The following error(s) was found: Incorrect event selected. The correct event is: Jury Demand - under Category - PRETRIAL AND TRIAL DOCUMENTS. In the future, please use the SEARCH feature on the CM/ECF Menu Bar if you are unsure of the events to use. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 12/15/2010) |
| 12/15/2010 | 13 | NOTICE filed by defendant General Electric Company. *of Notice to Plaintiffs and State Court of Filing Notice of Removal* (Attachments: # 1 Notice of Related Cases) (Gardiner, Katherine) (Entered: 12/15/2010) |
| 12/15/2010 | 14 | DECLARATION *of Lead Trial Counsel re Compliance with General Order Authorizing Electronic Filing* filed by Defendant General Electric Company. (Gardiner, Katherine) (Entered: 12/15/2010) |
| 12/15/2010 | 15 | NOTICE filed by defendant General Electric Company. *of Order* (Gardiner, Katherine) (Entered: 12/15/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/16/2010 10:21:03 | | | |
| PACER Login: | sd0076 | Client Code: | 00045-148711 |
| Description: | Docket Report | Search Criteria: | 2:10-cv-09276-JFW -E End date: 12/16/2010 |
| Billable Pages: | 5 | Cost: | 0.40 |

(SSx), DISCOVERY, MANADR

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:10-cv-09275-JFW -SS

Edward Smith Jr. v. General Dynamics Corporation et al
Assigned to: Judge John F. Walter
Referred to: Magistrate Judge Suzanne H. Segal
Case in other court: Superior Court State of CA County of Los Angeles, BC444887
Cause: 28:1441 Notice of Removal - Asbestos Litigation

Date Filed: 12/02/2010
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

### Plaintiff
**Edward Smith, Jr.**
*an individual*

represented by **Jason L Rumsey**
DaCorsi Placencio and Rumsey PC
21031 Ventura Boulevard Suite 1200
Woodland Hills, CA 91364-2229
818-884-6666
Fax: 818-884-8677
Email: jrumsey@dacorsi.net
*ATTORNEY TO BE NOTICED*

**John R DaCorsi**
DaCorsi Placencio and Rumsey PC
21031 Ventura Boulevard Suite 1200
Woodland Hills, CA 91364-2229
818-884-6666
Fax: 818-884-8677
*ATTORNEY TO BE NOTICED*

**Phillip L Heeger**
Heeger & Associates
21031 Ventura Boulevard Suite 1200
Woodland Hills, CA 91364-2229
818-703-6415
Fax: 818-703-7063
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Shirley Smith**
*an individual*

represented by **Jason L Rumsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R DaCorsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

          **Phillip L Heeger**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Dynamic Corporation**
*a Delaware corporation*

**Defendant**

**Bath Iron Works**

**Defendant**

**American Standard Inc**
*doing business as*
American Standard Products Inc

**Defendant**

**Bechtel Corporation**

**Defendant**

**Buffalo Pumps Inc**
*sued individually and as successor-in-interest to Buffalo Forge Company*
*Erroneously Sued As*
Air and Liquid Systems Corporation
successor by merger to Buffalo Pumps Inc

represented by **Glen R Powell**
Gordon and Rees LLP
275 Battery Street Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
Email: gpowell@gordonrees.com
*ATTORNEY TO BE NOTICED*

**James G Scadden**
Gordon and Rees LLP
275 Battery Street Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
*ATTORNEY TO BE NOTICED*

**Michael J Pietrykowski**
Gordon and Rees LLP
275 Battery Street Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
*ATTORNEY TO BE NOTICED*

**Defendant**

**BWIP International Inc**
*sued individually and as Successor*
Byron Jackson Pumps.

**Defendant**

**CBS Corporation**
*f/k/a Viacom Inc, successor by merger with CBS Corporation f/k/a Westinghouse Electric Corporation*

**Defendant**

**Cooper US Inc**
*f/k/a Cooper Industries LLC sued individually and as successor-in-interest to Gardner Denver Inc*

**Defendant**

**Crane Co**

**Defendant**

**Durabla Manufacturing Company**

**Defendant**

**Flowserve Corporation**
*sued individually and as Successor*
Byron Jackson Pump Co

**Defendant**

**FMC Corporation**
*sued individually and as Successor*
Northern Pump Company

**Defendant**

**Gardner Denver Inc**

**Defendant**

**Garlock Sealing Technologies LLC**
*sued individually and as Successor*
Garlock Inc

**Defendant**

**General Electric Company**

**Defendant**

**IMO Industries Inc**

*sued individually and as Successor*
Delaval Steam Turbine Company

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Leslie Controls Inc**

**Defendant**

**Owens-Illinois Inc**
*sued individually and as Successor*
Owens-Illinois Glass Company

**Defendant**

**Thorpe Insulation Company**

**Defendant**

| | |
|---|---|
| **Warren Pumps LLC**<br>*sued individually and as Successor*<br>Qimby Pump Co | represented by **Kim Zeldin**<br>Liner Yankelevitz Sunshine and Regenstreif<br>199 Fremont Street 20th Floor<br>San Francisco, CA 94105<br>415-489-7700<br>Email: kzeldin@linerlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Does**
*1-350, Inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2010 | 1 | NOTICE OF REMOVAL from Superior Court State of CA County of Los Angeles, case number BC444887 with Conformed copy of complaint [Conformed Copy of Summons not included with Notice of Removal]. Case assigned to Judge John F. Walter, Discovery to Magistrate Judge Suzanne Segal. (Filing fee $ 350 PAID), filed by Defendant Buffalo Pumps Inc.(car) (Additional attachment(s) added on 12/6/2010: # 1 Ntc of Asgmt, # 2 Civil Cover Sheet, # 3 Exhibit part 1, # 4 Exhibit part 2, # 5 Exhibit part 3, # 6 Exhibit part 4, # 7 Exhibit part 5) (mg). (Entered: 12/03/2010) |
| 12/02/2010 | 2 | Defendant Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc's Notice of Removal to Adverse Party filed by Defendant Buffalo Pumps Inc. (car) (Additional attachment(s) added on 12/6/2010: # 1 part 2, # 2 part 3, # 3 part 4, # 4 part 5) (mg). (Entered: 12/03/2010) |
| 12/02/2010 | 3 | Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc.'s |

| | | |
|---|---|---|
| | | Notice of Tag-Along Action filed by Defendant Buffalo Pumps Inc. (car) (mg). (Entered: 12/03/2010) |
| 12/02/2010 | 4 | Defendant Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps Inc.'s Certification of Interested Parties, identifying Corporate Parent Ampco-Pittsburgh Corporation, Other Affiliate Resolute Management Inc, Other Affiliate Liberty Mutual, Other Affiliate Utica National Insurance Group for Buffalo Pumps Inc. (car) (mg). (Entered: 12/03/2010) |
| 12/02/2010 | 5 | NOTICE TO PARTIES OF ADR PROGRAM filed.(car) (Entered: 12/03/2010) |
| 12/03/2010 | 6 | SUMMONS TO PLAINTIFFS' COMPLAINT FOR DAMAGES filed by Defendant Buffalo Pumps Inc re: Notice (Other) 2 , Notice of Removal, 1 , Certificate/Notice of Interested Parties, 4 , Notice (Other) 3 (Powell, Glen) (Entered: 12/03/2010) |
| 12/03/2010 | 7 | CERTIFICATE OF SERVICE filed by defendant Buffalo Pumps Inc, re Miscellaneous Document 6 , Notice (Other) 2 , Notice of Removal, 1 , Certificate/Notice of Interested Parties, 4 , Notice (Other) 3 served on December 3, 2010. (Powell, Glen) (Entered: 12/03/2010) |
| 12/03/2010 | 8 | STANDING ORDER by Judge John F. Walter: READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. (kbr) (Entered: 12/03/2010) |
| 12/09/2010 | 9 | ANSWERJURY DEMAND. filed by Defendant Warren Pumps LLC.(Zeldin, Kim) (Entered: 12/09/2010) |
| 12/14/2010 | 10 | Plaintiffs' Demand for Jury Trial filed by Plaintiffs Edward Smith, Jr, Shirley Smith (Rumsey, Jason) (Entered: 12/14/2010) |
| 12/15/2010 | 11 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document [DEMAND FOR JURY TRIAL] 10 . The following error(s) was found: Incorrect event selected. The correct event is: Jury Demand - under Category - PRETRIAL AND TRIAL DOCUMENTS. In the future, please use the SEARCH feature on the CM/ECF Menu Bar if you are unsure of the events to use. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 12/15/2010) |
| 12/15/2010 | 12 | NOTICE of Related Case(s) filed by defendant General Electric Company. Related Case(s): 2:10-cv-09276-JFW-E (Gardiner, Katherine) (Entered: 12/15/2010) |
| 12/15/2010 | 13 | DECLARATION *of Lead Trial Counsel re: Compliance with General Order Authorizing Electronic Filing* filed by Defendant General Electric Company. (Gardiner, Katherine) (Entered: 12/15/2010) |
| 12/15/2010 | 14 | NOTICE filed by defendant General Electric Company. *of Order* (Gardiner, Katherine) (Entered: 12/15/2010) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 12/16/2010 10:21:06 | | | |
|---|---|---|---|
| PACER Login: | sd0076 | Client Code: | 00045-148711 |
| Description: | Docket Report | Search Criteria: | 2:10-cv-09275-JFW -SS End date: 12/16/2010 |
| Billable Pages: | 5 | Cost: | 0.40 |