IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD SPERLING, | CONSOLIDATED UNDER |
| Plaintiff, | MDL 875 |
| v. | Transferred from the District of New Jersey (Case No. 90-03424) |
| ARMSTRONG WORLD INDUSTRIES, INC., ET AL., | E.D. PA CIVIL ACTION NO. 2:07-63366 |
| Defendants. | |



## SUGGESTION OF REMAND

**AND NOW,** this **20th** day of **October, 2010,** it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

    a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

    c.) All discovery has been completed.

    d.) The Court has adjudicated all outstanding motions.

    e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining viable Defendants in this case to proceed to trial are listed in "Exhibit A" attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of New Jersey for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Defendant**
ARMSTRONG WORLD INDUSTRIES, INC.

represented by **ELAINE ZAMULA**
WILBRAHAM & COLEMAN
116 VILLAGE BLVD.
STE. 350
PRINCETON, NJ 08540
Fax: UNDELIVERABLE
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
AC & S, INC.

represented by **ANDREW T. BERRY**
MCCARTER & ENGLISH
100 MULBERRY ST.
P.O. BOX 652
4 GATEWAY CENTER
NEWARK, NJ 07102
Fax: MDL TERMINATED
*TERMINATED: 04/06/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
A.P. GREEN REFRACTORIES, INC.

represented by **ELAINE ZAMULA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
ASBESTOS CORPORATION

**Defendant**
CAREY-CANADA, INC.

**Defendant**
THE CELOTEX CORPORATION

**Defendant**
EAGLE-PICHER INDUSTRIES, INC.

**Defendant**
EMPIRE ACE INSULATION MFG.
CORPORATION

**Defendant**
GEORGIA PACIFIC
CORPORATION

represented by **NANCY SIVILLI**
SAIBER SCHLESINGER SATZ &
GOLDSTEIN
ONE GATEWAY CENTER
SUITE 1300
NEWARK, NJ 07102
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
H.K. PORTER COMPANY, INC.

**Defendant**
KEENE CORPORATION

represented by **ANDREW T. BERRY**
(See above for address)
*TERMINATED: 04/06/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
METROPOLITAN LIFE
INSURANCE CO.

**Defendant**
NATIONAL GYPSUM COMPANY

represented by **ELAINE ZAMULA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
OWENS-CORNING FIBERGLAS,
INC.

**Defendant**
OWENS-ILLINOIS, INC.

represented by **ANDREW T. BERRY**
(See above for address)
*TERMINATED: 04/06/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant**<br>PITTSBURGH-CORNING<br>CORPORATION | represented by | **ANDREW T. BERRY**<br>(See above for address)<br>*TERMINATED: 04/06/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>PLIBRICO COMPANY | represented by | **MARK F. MACDONALD**<br>LIBERTY MUTUAL INS GROUP<br>PUBLIC LEGER BUILDING SUITE 500<br>6TH & CHESTNUT STREETS<br>PHILADELPHIA, PA 19106<br>215-627-3087<br>Email: mark.macdonald@libertymutual.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>IBRICO SALES & SERVICE, INC. | | |
| **Defendant**<br>TURNER & NEWALL, P.L.C. | represented by | **ELAINE ZAMULA**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>UNITED STATES GYPSUM | represented by | **ELAINE ZAMULA**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**
OWENS-CORNING FIBERGLAS CORP.

V.
**ThirdParty Defendant**
THE MANVILLE CORPORATION ASBESTOS DISEASE COMPENSATION FUND (THE

MANVILLE FUND)