```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA       FILED
```



NOV 17 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

```
ARLEN R. ADAMSON AND JANICE    :
S. ADAMSON                     :     CONSOLIDATED UNDER
                               :     MDL 875
      Plaintiffs,             :
                               :     Transferred from the District
                               :     of Utah
      v.                       :     (Case No. 02-00716)
                               :
                               :
ALLIED SIGNAL, ET AL.,         :
                               :     E.D. PA CIVIL ACTION NO.
      Defendants.             :     2:09-68906
                               :
```

## SUGGESTION OF REMAND

**AND NOW,** this **16th** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's
> docket. The remaining viable Defendants in this case
> to proceed to trial are listed in Exhibit "A,"

attached. Bankrupt Defendants, against whom proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Utah for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
**FOSTER WHEELER ENERGY**                    represented by **MARK J. WILLIAMS**
                                                            JONES WALDO HOLBROOK &
                                                            MCDONOUGH (SLC)
                                                            170 S. MAIN STREET
                                                            SUITE 1500
                                                            SALT LAKE CITY, UT 84101
                                                            801-534-7281
                                                            Email: mwilliams@joneswaldo.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
**OWENS-ILLINOIS**                           represented by **LAURIE K. ANGER**
                                                            PO BOX 533
                                                            CORTE MADERA, CA 94976
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **MELINDA A. MORGAN**
                                                            VANTUS LAW GROUP
                                                            3165 EAST MILLROCK DR
                                                            SUITE 160
                                                            SALT LAKE CITY, UT 84121
                                                            801-833-0500
                                                            Email: melinda@vantuslaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **NEIL C. LUDMAN**
                                                            MORGENSTEIN JUBELIRER LLP
                                                            ONE MARKET 32ND FL
                                                            SPEAR TOWER
                                                            SAN FRANCISCO, CA 94105
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
**GARLOCK, INC.**


**Defendant**
**ANCHOR PACKING COMPANY, THE**


**Defendant**
**NORTH AMERICAN REFRACTORIES**


**Defendant**
**KAISER ALUMINUM & CHEMICAL CORPORATION**


**Defendant**
**PROKO INDUSTRIES**


**Defendant**
**FLINTKOTE COMPANY, THE**          represented by **JOSEPH J JOYCE**
                                        J JOYCE & ASSOCIATES
                                        10813 S RIVER FRONT PKWY #460
                                        SOUTH JORDAN, UT 84095
                                        801-302-2255
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

FILED

NOV 17

ADA BELLE JOHNSON,                    :    CONSOLIDATED UNDER
Individually and as Special           :    MDL 875
Administrator for Deceased            :
WILBERT JOHNSON                        :
                                       :
                                       :
     Plaintiffs,                       :
                                       :    Transferred from the Eastern
     v.                                :    District of Missouri
                                       :    (92-01321)
                                       :
ASBESTOS CORP. LTD., ET AL.,           :
                                       :    E.D. PA CIVIL ACTION NO.
                                       :    2:09-66361
     Defendants.                       :

## SUGGESTION OF REMAND

**AND NOW,** this **15th** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's
> docket.  The remaining viable Defendants in this case

to proceed to trial are listed in "Exhibit A" attached. Bankrupt Defendants, against which proceedings are stayed, are listed in "Exhibit B."

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Eastern District of Missouri for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Defendant**
**BELL ASBESTOS MINES, LTD.**
*A CANADIAN CORPORATION*

represented by **ROBERT E. KEANEY , JR.**
DUFF & ASSOC PC
PO BOX 621
ST LOUIS, MO 63117
Fax: UNDELIVERABLE
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CASSIAR MINING**
**CORPORATION**
*A CANADIAN CORPORATION*
*formerly known as*
BRINCO MINING, LTD.
*formerly known as*
CASSAIR ASBESTOS CORP., LTD.

represented by **FRANCIS H. KENNEDY , JR.**
319 N. FOURTH ST STE 503
ST LOUIS, MO 63102
Fax: UNDELIVERABLE
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**GAF CORPORATION**
*INDIVIDUALLY AND AS*
*SUCCESSOR IN INTEREST, A*
*DELAWARE CORPORATION*

represented by **ELIZABETH ANN KLUKAS**
BLOCK, KROCKEY, CERNUGEL
AND COWGILL
19 W. JEFFERSON STREET
JOLIET, IL 60431
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**TURNER & NEWALL, PLC**
*INDIVIDUALLY ANS AS*
*SUCCESSOR IN INTEREST TO A*
*UNITED KINGDOM CORPORATION*

represented by **ELIZABETH ANN KLUKAS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**TAF INTERNATIONAL, LTD.**
*A UNITED KINGDOM*
*CORPORATION*
*formerly known as*
TURNER ASBESTOS FIBERS, LTD.

represented by **ELIZABETH ANN KLUKAS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


FILED

NOV 17 2010

DAVID RAY (DONALD) CONGLETON, :    CONSOLIDATED UNDER
ET AL.,                 :    MDL 875
                       :
     Plaintiffs,        :
                       :    Transferred from the Eastern
    v.                 :    District of Missouri
                       :    (95-01253)
                       :
ASBESTOS CORP. LTD., ET AL.,   :
                       :    E.D. PA CIVIL ACTION NO.
                       :    2:09-66411
    Defendants.       :

### SUGGESTION OF REMAND

**AND NOW,** this **15th** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining viable Defendants in this case to proceed to trial are listed in "Exhibit A" attached.

Bankrupt Defendants, against which proceedings are

stayed, are listed in "Exhibit B."

Accordingly, the Court **SUGGESTS** that the above captioned

case should be **REMANDED** to the United States District Court for

the Eastern District of Missouri for resolution of all matters

pending within this case except punitive damages.[1]


**AND IT IS SO ORDERED.**


_____
**EDUARDO C. ROBREÑO, J.**


---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Defendant ASBESTOS CORPORATION, LTD.** represented by **REED W. SUGG**
SANDBERG PHOENIX
515 NORTH SIXTH ST
ONE CITY CENTRE, 15TH FL
ST. LOUIS, MO 63101
214-231-3332
Email: rsugg@sandbergphoenix.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant BELL ASBESTOS MINES, LTD.** represented by **THOMAS J. MAGEE**
MOSER & MARSALEK PC
200 N. BROADWAY STE 700
ST LOUIS, MO 63102
Fax: UNDELIVERABLE
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant CASSAIR MINING CORP.**
*FORMERLY KNOWN AS BRINCO MINING, LTD.; FORMERLY KNOWN AS CASSAIR ASBESTOS CORP., LTD.*

FILED

NOV 17 2010

| | | |
|---|---|---|
| GEORGE AND MILDRED TURNBAUGH | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| | : | |
| Plaintiffs, | : | |
| | : | Transferred from the Eastern |
| v. | : | District of Missouri |
| | : | (95-01788) |
| | : | |
| ASBESTOS CORP. LTD., ET AL., | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| | : | 2:09-66414 |
| Defendants. | : | |

**SUGGESTION OF REMAND**

**AND NOW,** this **16th** day of **November, 2010,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the

Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for

trial without delay once on the transferor court's

docket.  The remaining viable Defendants in this case

to proceed to trial are listed in "Exhibit A" attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Eastern District of Missouri for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Defendant**

**ASBESTOS CORPORATION,
LTD.**

represented by **REED W. SUGG**
SANDBERG PHOENIX
515 NORTH SIXTH ST
ONE CITY CENTRE, 15TH FL
ST. LOUIS, MO 63101
214-231-3332
Email: rsugg@sandbergphoenix.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BELL ASBESTOS MINES, LTD.**

represented by **THOMAS J. MAGEE**
MOSER & MARSALEK PC
200 N. BROADWAY STE 700
ST LOUIS, MO 63102
Fax: UNDELIVERABLE
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FILED**

NOV 17 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

NORMA MCJUNKIN, ET AL., : CONSOLIDATED UNDER
: MDL 875
:
Plaintiffs, :
: Transferred from the Eastern
v. : District of Missouri
: (96-01857)
:
BEAZER INC., ET AL., :
: E.D. PA CIVIL ACTION NO.
: 2:09-66425
Defendants. :

### SUGGESTION OF REMAND

**AND NOW,** this **16th** day of **November, 2010,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the

Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for

trial without delay once on the transferor court's

docket. The remaining viable Defendants in this case

to proceed to trial are listed in Exhibit "A,"

attached. Bankrupt Defendants, against which

proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Eastern District of Missouri for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand.");  See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).  See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
**BEAZER EAST, INC.**
*INDIVIDUALLY AND AS*
*SUCCESSOR IN INTEREST TO --*
*KOPPERS COMPANY, INC.*

represented by **ERIC C. YOUNG**
DONOVAN ROSE NESTER &
JOLEY, PC
8 EAST WASHINGTON STREET
BELLEVILLE, IL 62220
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**OWENS-ILLINOIS, INC.**

represented by **CLAYTON E. DICKEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOEL A. POOLE**
HOLLORAN WHITE
2000 S. EIGHTH STREET
ST. LOUIS, MO 63104
314/772-8989
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KRISTINE K. KRAFT**
SCLICHTER BOGARD
100 S. FOURTH STREET
SUITE 900
ST. LOUIS, MO 63102
314/621-6115
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JENNIFER MARIE STUDEBAKER**

FORMAN PERRY WATKINS
KRUTZ & TARDY
200 SOUTH LAMAR ST
JACKSON, MS 39201-2131
601-960-8600
Email: studebakerjm@fpwk.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**RAPID AMERICAN**
**CORPORATION**

represented by **JONATHAN E. BROZ**
RASMUSSEN & WILLIS
9200 WARD PARKWAY
SUITE 310
KANSAS CITY, MO 64111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEVEN B. MOORE**
RASMUSSEN & WILLIS
9200 WARD PARKWAYS TE 310
KANSAS CITY, MO 64111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**FLINTKOTE COMPANY, THE**

represented by SEAN P. SHEEHAN
HEPLER BROOM
103 WEST VANDALIA ST. STE 300
PO BOX 510
EDWARDSVILLE, IL 62025-0510
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**OWENS CORNING FIBERGLASS**
**CORP.**

represented by CLAYTON E. DICKEY
9200 WARK PARKWAY STE 310
KANSAS CITY, MO 64114
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

KATHERINE J. RODGERS
OFFICE OF GUARDIAN AS
LITEM
625 EAST 26TH ST
KANSAS CITY, MO 64108
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

KAY G. NOONAN
NATL ASSOC INS COM
2301 MCGEE
KANSAS CITY, MO 64108
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

KURT L. RASMUSSEN
RASMUSSEN, WILLIS, DICKY &
MOORE
9200 WARD PARKWAY
SUITE 400
KANSAS CITY, MO 64111-4735
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

RAYMOND R. FOURNIE

**ARMSTRONG, TEASDALE,**
**SCHLAFLY & DAVIS**
**ONE METROPOLITAN SQ STE**
**2600**
**211 N. BROADWAY**
**ST. LOUIS, MO 63102**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**STEVEN P. SANDERS , SR.**
**WILLIAMS VENKER &**
**SANDERS, LLC**
**BANK OF AMERICA TOWER**
**100 NORTH BROADWAY**
**21ST FLOOR**
**ST. LOUIS, MO 63102**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**THOMAS L. ORRIS**
**WILLIAMS VENKER**
**10 SOUTH BROADWAY STE 1600**
**ST. LOUIS, MO 63102**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

<u>Defendant</u>
**PITTSBURGH CORNING**
**CORPORATION**

<u>Defendant</u>
**W.R. GRACE & COMPANY**          represented by **DENNIS E. O'CONNELL**
                                    BRYAN CAVE LLP
                                    211 N BROADWAY STE 3600
                                    ST LOUIS, MO 63102
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **PETER W. HERZOG , III**
                                    BRYAN CAVE, LLP
                                    211 N. BROADWAY
                                    SUITE 3600, 1 METROPOLITAN SQ.
                                    ST. LOUIS, MO 63102
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**CONGOLEUM CORPORATION**

represented by **CURTIS R. BAILEY**
**KUROWSKI BAILEY LAW FIRM**
**24 BRONZE POINTE**
**SWANSEA, IL 62226**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**Defendant**
**ARMSTRONG WORLD**
**INDUDSTRIES, INC.**
formerly known as
**ARMSTRONG CORK COMPANY**

represented by **LISA A. LACONTE**
**HEYL & ROYSTER**
**124 SW ADAMS ST STE 600**
**PEORIA, IL 61602**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**Defendant**
**ASBESTOS CLAIMS**
**MANAGEMENT CORPORATION**
*(NATIONAL GYPSUM COMPANY)*

represented by **LISA A. LACONTE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GAF CORPORATION**

represented by **LISA A. LACONTE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**T & N, PLC**

represented by **LISA A. LACONTE**
**(See above for address)**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**Defendant**
**U.S. GYPSUM COMPANY**

represented by **LISA A. LACONTE**
**(See above for address)**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**