IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

NOV 10 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| BARBARA JEAN LEWIS, ET AL., v. ALBAY CONSTRUCTION CO., ET AL., | Transferred from the Western District of of Washington<br><br>10-CV-76996 |

## O R D E R

**AND NOW**, this **9th** day of **November, 2010**, it is hereby

**ORDERED** that Plaintiff's Motion to Remand (doc. no. 14) filed on

September 22, 2010 is **GRANTED**.[1]

---

[1] The instant action was brought by the heirs of John Robert Lewis for injuries suffered from his alleged exposure to Defendants' asbestos-containing products. (Pl.'s Mot. Remand, doc. no. 14, at 1.) This action was filed in the Superior Court of the State of Washington, in and for the County of King on June 25, 2008. (Id.) Defendant Lockheed Shipbulding Company filed its Notice of Removal on July 9, 2010, asserting that it acted under the direction of an officer of the United States within the meaning of 28 U.S.C. § 1442(a)(1) and has a colorable defense based on such direction. (Id.)

Plaintiffs filed a Motion to Remand in the United States District Court for the Western District of Washington on August 9, 2010, but the case was transferred to the Eastern District of Pennsylvania as part of MDL 875 on August 20, 2010, prior to the motion being heard. (Id.)

Plaintiffs properly re-filed their Motion to Remand with this Court. Defendant has not responded to the motion within the fourteen (14) day period provided for by Local Rule of Civil Procedure 7.1(c). Therefore, Defendants have failed to assert "a colorable claim that the government contractor defense shields them from liability to Plaintiff[s]." Hagen v. Benjamin Foster

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

Co., 07-63345 (E.D. Pa. 2010) (Robreno, J.) <u>available at</u>
http://www.paed.uscourts.gov/documents/MDL/MDL875/opinions/Federa
l%20Officer%20Removal%20Memorandum.pdf.