UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 11/16/10

**District Court:** D. South Carolina

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL