# WILSON SMITH COCHRAN DICKERSON
A Professional Service Corporation
ATTORNEYS AT LAW

Michael A. Jaeger

December 9, 2010

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

RE:   In Re: Asbestos Product Liability Litigation (No. VI)
      MDL 875 Proceedings

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, defendant Carrier Corporation, to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

*James A. Brown v. Kaiser Gypsum Company, et al.*

This asbestos-related action is pending in the United States District Court for the Western District of Washington at Tacoma, Civil Action No. 3:10-cv-05873-BHS

As the enclosed Complaint indicates, this action involves questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Eduardo C. Robreno. We respectfully request that your "tag-along" procedures be utilized to transfer the *James A. Brown v. Kaiser Gypsum Company, et al.* action to the MDL 875 proceedings pending before Judge Robreno of the Eastern District of Pennsylvania for coordinated pre-trial proceedings.

December 9, 2010
Page 2

Copies of this letter have been served on all known counsel in the *James A. Brown v. Kaiser Gypsum Company, et al.* action. Additionally, a copy of this letter will be served on the Clerk of the Court for the Western District of Washington at Tacoma, the Clerk of the Court for the Eastern District of Pennsylvania and to Judge Robreno, to whom the previously transferred asbestos actions have been assigned.

Very truly yours,

WILSON SMITH COCHRAN DICKERSON

Michael A. Jaeger
Enclosures
bp/MAJ1021.115/630324

cc: All Counsel of Record (w/out enclosures)
 Bruce Lassman, Esq. (enclosures)
 Honorable Eduardo C. Robreno (enclosures)
 Clerk, USDC Eastern District of PA (enclosures)
 Clerk, USDC Western District of WA (enclosures)