E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 26 2010 10:57 AM

KEVIN STOCK
COUNTY CLERK
NO: 10-2-12525-1

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| JAMES ALLAN BROWN and CAROL ELIZEBETH BROWN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER GYPSUM COMPANY, INC.;<br>CARRIER CORPORATION;<br>CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;<br>GENERAL ELECTRIC COMPANY;<br>GENERAL REFRACTORIES COMPANY;<br>GOULDS PUMPS (IPG), INC.;<br>HANSON PERMANENTE CEMENT, INC., f/k/a KAISER CEMENT CORPORATION;<br>IMO INDUSTRIES, INC., individually and as successor-in-interest to DE LAVAL TURBINE, INC.;<br>INGERSOLL-RAND COMPANY;<br>METROPOLITAN LIFE INSURANCE COMPANY;<br>NEWPORT NEWS SHIPBUILDING AND DRYDOCK COMPANY, n/k/a NORTHROP GRUMMAN SHIPBUILDING, INC.;<br>SABERHAGEN HOLDINGS, INC.;<br>UNION CARBIDE CORPORATION;<br>WARREN PUMPS, LLC., Individually and as | NO.<br><br>COMPLAINT FOR PERSONAL INJURIES |

COMPLAINT FOR PERSONAL INJURIES- 1

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1  successor in interest to QUIMBY PUMP COMPANY;
2  YARWAY CORPORATION; and YORK INTERNATIONAL
3  CORPORATION,
4          Defendants.

## I. PARTIES

Plaintiffs James Allan Brown and Carol Elizebeth Brown, husband and wife, reside in Yakima, Washington.

Defendants and/or their predecessors-in-interest are corporations who, at all times relevant herein, manufactured, sold or distributed asbestos-containing products or products that were used in conjunction with asbestos.

## II. JURISDICTION

This Court has jurisdiction over this cause pursuant to RCW 4.12.025 because, at all times relevant herein, defendants transacted business and/or may be served with process in Pierce County, Washington.

## III. FACTS

Plaintiff James Allan Brown (DOB: ▆▆▆ 1945; SSN: ▆▆▆▆▆▆) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendants and/or was exposed to asbestos through the use of products manufactured by defendants. As a direct and proximate result of this exposure, plaintiff James Allan Brown developed lung cancer. Plaintiff provides the following information:

    A.    Specific Disease:    Lung Cancer

COMPLAINT FOR PERSONAL INJURIES- 2
s:\clients\b\brown, james\brown\_pleadings\brown\_pld\_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

|   |   |   |   |
|---|---|---|---|
| B. | Date of Diagnosis: | June 2009 |
| C. | Military: | U.S. Navy, 1964 to 1968 |
| D. | Occupation: | Ship Maintenance and Repair; Air Conditioning Mechanic; Machinery Technician |
| E. | Places of Exposure: | Household exposure from home remodeling jobs in Washington State; Aboard various Naval ships, facilities, and shipyards |
| F. | Dates of Exposure: | 1960 to 1980 |
| G. | Current Address: | 12708 W Tieton Drive, Yakima, WA 98098 |

## IV. LIABILITY

Plaintiffs claim liability based upon the theories of product liability (RCW 7.72 et. seq.); negligence; conspiracy; spoliation; willful or wanton misconduct; strict product liability under Section 402B of the Restatement of Torts; premises liability; breach of warranty; (RCW 62A); enterprise liability; market-share liability and/or market share alternate liability; and any other applicable theory of liability. The liability-creating conduct of defendants consisted, inter alia, of negligent and unsafe design; failure to inspect, test, warn, instruct, monitor and/or recall; failure to substitute safe products; marketing or installing unreasonably dangerous or extra-hazardous and/or defective products; marketing or installing products not reasonably safe as designed; marketing or installing products not reasonably safe for lack of adequate warning and marketing or installing products with misrepresentations of product safety.

With respect to any defendant that is a manufacturer of products or equipment aboard naval or other U.S. government vessels, plaintiffs claim liability, strictly based on state tort law, arising from the defendants' failure to provide adequate warnings of their products' dangerous propensities and negligence. Plaintiff expressly disclaims and is not seeking relief for any and all

COMPLAINT FOR PERSONAL INJURIES- 3
s:\clients\b\brown, james\brownj_pleadings\brownj_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

claims for injury against any defendant whose conduct, whether by omission or commission, was engaged in at the behest of the United States or any agency or person acting under him or under color of such office to the extent such a claim would implicate federal court jurisdiction under the federal officer removal statute, 28 U.S.C. §1442(a)(1), predicated on the government contractor's defense articulated in Boyle v. United Technologies Corp., 487 U.S. 500 (1988). Most specifically with respect to Plaintiffs' state tort law failure-to-warn claims, Plaintiffs allege that no U.S. agency, officer, or person prohibited or forbid any defendant in this case from issuing and placing warnings on or with its products. Such a showing is mandatory for any defendant to meet the Boyle test. All such claims that legitimately implicate such a defense, in the unlikely event that they exist and are factually supported, are not asserted and are hereby expressly and preemptively disclaimed. Plaintiffs hereby put any defendant who may nonetheless assert such a defense as a basis for federal jurisdiction over this case that Plaintiff seeks no recovery for injuries sustained as a result of conduct that meets the three-prong Boyle test and constitutes actions of a federal officer sufficient to trigger jurisdiction under 28 U.S.C. §1442(a)(1). Plaintiff specifically advises all defendants of its position that such express, clear, and unequivocal disclaiming of claims implicating the substantive Boyle defense, as well as any other claims that legitimately implicate 28 U.S.C. §1442(a)(1), render any potential future removal of this case to federal court on one of these clearly-disclaimed bases objectively unreasonable under Martin v. Franklin Capital Corp., 546 U.S. 132 (2005).

## V.   DAMAGES

As a proximate result of defendants' negligence and/or product liability, plaintiff James Allan Brown sustained pain, suffering and disability in an amount not now known, but which will be proven at trial. Plaintiff James Allan Brown also sustained medical expenses, economic

COMPLAINT FOR PERSONAL INJURIES- 4
s:\clients\b\brown, james\brown_pleadings\brown_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

losses in an amount to be proven at trial. Plaintiff Carol Elizebeth Brown has sustained loss of spousal relationship as a result of James Allan Brown's illness.

WHEREFORE, plaintiffs pray for judgment against the defendants and each of them as follows:

1. For general and special damages specified above, including pain, suffering, loss of spousal relationship disability;

2. For medical and related expenses economic loss, all of which will be proven at the time of trial;

3. For plaintiffs' costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

DATED this 26th day of August, 2010.

BERGMAN DRAPER & FROCKT, PLLC

By _____
Glenn S. Draper, WSBA #24419
Brian F. Ladenburg, WSBA #29531
Attorneys for Plaintiffs

COMPLAINT FOR PERSONAL INJURIES- 5

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
### CIVIL DOCKET FOR CASE #: 3:10-cv-05873-BHS

Brown et al v. Kaiser Gypsum Company Inc et al
Assigned to: Judge Benjamin H Settle
Case in other court: Pierce County Superior Court, 10-00002-12525-1
Cause: 28:1442 Notice of Removal

Date Filed: 11/30/2010
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**James Allan Brown**     represented by    **Brian F Ladenburg**
BERGMAN DRAPER & FROCKT
614 FIRST AVENUE
THIRD FLOOR
SEATTLE, WA 98104
206-957-9510
Fax: 206-957-9549
Email: brian@bergmanlegal.com
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**
BERGMAN DRAPER & FROCKT
614 FIRST AVENUE
THIRD FLOOR
SEATTLE, WA 98104
206-957-9510
Email: glenn@bergmanlegal.com
*ATTORNEY TO BE NOTICED*

**Vanessa Firnhaber-Baker**
BERGMAN DRAPER & FROCKT
614 FIRST AVENUE
THIRD FLOOR
SEATTLE, WA 98104
206-957-9536
Email: vanessa@bergmanlegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Elizebeth Brown**     represented by    **Brian F Ladenburg**
*husband and wife*                                  (See above for address)
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Firnhaber-Baker**

                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kaiser Gypsum Company Inc**     represented by   **Jeffrey M Wolf**
                                                             WILLIAMS KASTNER & GIBBS (SEA)
                                                             601 UNION ST
                                                             STE 4100
                                                             SEATTLE, WA 98101
                                                             206-628-6600
                                                             Email: jwolf@williamskastner.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Carrier Corporation**                  represented by   **Mick Anthony Jaeger**
                                                              WILSON, SMITH, COCHRAN & DICKERSON
                                                              1215 4TH AVE
                                                              STE 1700
                                                              SEATTLE, WA 98161-1007
                                                              206-623-4100
                                                              Email: jaeger@wscd.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**
*a Delaware corporation*
*formerly known as*
Viacom, Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Company**

**Defendant**

**Goulds Pumps (IPG) Inc**             represented by   **Christine E Dinsdale**
                                                              SOHA & LANG PS
                                                              1325 FOURTH AVENUE
                                                              SUITE 2000
                                                              SEATTLE, WA 98101-2570
                                                              206-624-1800
                                                              Fax: 206-624-3585

        Email: asbestos@sohalang.com
*ATTORNEY TO BE NOTICED*

        **David J. Fisher**
SOHA & LANG PS
1325 FOURTH AVENUE
SUITE 2000
SEATTLE, WA 98101-2570
206-624-1800
Fax: 206-624-3585
Email: fisher@sohalang.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hanson Permanente Cement Inc.**
*formerly known as*
Kaiser Cement Corporation

represented by **Jeffrey M Wolf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries, Inc.**
*individually and as successor in interest*
De Laval Turbine Inc

represented by **James Edward Horne**
GORDON THOMAS HONEYWELL (SEA)
600 UNIVERSITY
STE 2100
SEATTLE, WA 98101-4185
206-676-7511
Email: jhorne@gth-law.com
*ATTORNEY TO BE NOTICED*

**Michael Edward Ricketts**
GORDON THOMAS HONEYWELL (SEA)
600 UNIVERSITY
STE 2100
SEATTLE, WA 98101-4185
206-676-7500
Fax: 206-676-7575
Email: mricketts@gth-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ingersoll-Rand Company**

represented by **Kevin J Craig**
GORDON & REES LLP
701 FIFTH AVENUE
SUITE 2100
SEATTLE, WA 98104
206-695-5100
Fax: 206-689-2822
Email: kcraig@gordonrees.com
*ATTORNEY TO BE NOTICED*

|  |  | Mark B Tuvim<br>GORDON & REES (WA)<br>701 FIFTH AVE<br>STE 2100<br>SEATTLE, WA 98104<br>206-695-5100<br>Fax: 206-689-2822<br>Email: mtuvim@gordonrees.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant**<br>Metropolitan Life Insurance Company | represented by | Richard G Gawlowski<br>WILSON SMITH COCHRAN & DICKERSON<br>1700 FINANCIAL CENTER<br>1215 4TH AVE<br>SEATTLE, WA 98161-1007<br>206-623-4100<br>Fax: 206-623-4100<br>Email: gawlowski@wscd.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Newport News Shipbuilding and Dry Dock Company<br>*now known as*<br>Northrop Grumman Shipbuilding Inc | represented by | James H Gidley<br>PERKINS COIE (OR)<br>1120 NW COUCH ST<br>10TH FL<br>PORTLAND, OR 97209-4128<br>503-727-2038<br>Fax: 503-727-2222<br>Email: JGidley@perkinscoie.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Saberhagen Holdings, Inc. | represented by | Timothy Kost Thorson<br>CARNEY BADLEY SPELLMAN<br>701 FIFTH AVENUE<br>STE 3600<br>SEATTLE, WA 98104-7010<br>206-622-8020<br>Email: thorson@carneylaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Union Carbide Corporation | represented by | Diane J. Kero<br>GORDON THOMAS HONEYWELL (SEA)<br>600 UNIVERSITY<br>STE 2100 |

        SEATTLE, WA 98101-4185
        206-676-7500
        Fax: 206-447-9505
        Email: dkero@gth-law.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, LLC**      represented by    **Allen Eraut**
*Individually*                                                         RIZZO MATTINGLY BOSWORTH
*successor in interest*                                     411 SW 2ND AVE STE 200
Quimby Pump Company                               PORTLAND, OR 97204
        503-229-1819
        Email: aeraut@rizzopc.com
        *ATTORNEY TO BE NOTICED*

        **John Michael Mattingly**
        RIZZO MATTINGLY BOSWORTH
        411 SW 2ND AVE STE 200
        PORTLAND, OR 97204
        503-229-1819
        Email: mmattingly@rizzopc.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Yarway Corporation**      represented by    **Ronald C Gardner**
        GARDNER BOND TRABOLSI
        MCDONALD & CLEMENT
        2200 6TH AVE
        STE 600
        SEATTLE, WA 98121
        206-256-6309
        Fax: FAX 256-6318
        Email: rgardner@gandtlawfirm.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**York International Corporation**      represented by    **Brandon Revere Carroll**
        BETTS PATTERSON & MINES
        ONE CONVENTION PLACE
        STE 1400
        701 PIKE ST
        SEATTLE, WA 98101-3927
        206-292-9988
        Email: bcarroll@bpmlaw.com
        *ATTORNEY TO BE NOTICED*

        **Christopher W Tompkins**
        BETTS PATTERSON & MINES
        701 PIKE ST
        STE 1400

SEATTLE, WA 98101-3927
206-292-9988
Fax: FAX 343-7053
Email: ctompkins@bpmlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2010 | 1 | NOTICE OF REMOVAL from Pierce County Superior Court, case number 10-2-12525-1; (Receipt # 0981-2258609), filed by Carrier Corporation. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit)(Jaeger, Mick) (Entered: 11/30/2010) |
| 11/30/2010 | 2 | NOTICE of Related Case(s) by Defendant Carrier Corporation. (Jaeger, Mick) (Entered: 11/30/2010) |
| 11/30/2010 | 3 | NOTICE *of Tag-Along Action* ; filed by Defendant Carrier Corporation. (Jaeger, Mick) (Entered: 11/30/2010) |
| 11/30/2010 | 4 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Carrier Corporation Filed by Defendant Carrier Corporation.(Jaeger, Mick) (Entered: 11/30/2010) |
| 11/30/2010 | 5 | CERTIFICATE OF SERVICE by Defendant Carrier Corporation *re Notice to Adverse Party of Removal*. (Jaeger, Mick) (Entered: 11/30/2010) |
| 12/01/2010 | 6 | MOTION for Leave *to take Deposition* by Plaintiff James Allan Brown. (Attachments: # 1 Exhibit Declaration of Vanessa Firnhaber-Baker with Exhibits, # 2 Proposed Order, # 3 Certificate of Service) Noting Date 12/17/2010, (Ladenburg, Brian) (Entered: 12/01/2010) |
| 12/02/2010 |   | Judge J. Richard Creatura added. (DJ) (Entered: 12/02/2010) |
| 12/02/2010 | 7 | LETTER from Clerk to counsel re: receipt of case from Pierce County Superior Court and advising of WAWD case number and judge assignment. (DJ) (Entered: 12/02/2010) |
| 12/03/2010 | 8 | NOTICE OF INITIAL ASSIGNMENT TO A US MAGISTRATE JUDGE AND CONSENT FORM. If consent, return the executed form by 2/7/2011. **Please Note: Consents must not be electronically filed with the Court.** (KAM) (Entered: 12/03/2010) |
| 12/03/2010 | 9 | MINUTE ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge J Richard Creatura. (KAM) (Entered: 12/03/2010) |
| 12/03/2010 | 10 | MINUTE ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT. Joint Status Report due by 3/3/2011. FRCP 26f Conference Deadline is 2/17/2011. Initial Disclosure Deadline is 2/24/2011 by Judge J Richard Creatura. (KAM) (Entered: 12/03/2010) |
| 12/03/2010 |   | Joint Status Report NOTED on motion calendar; Noting Date 3/3/2010. (KAM) (Entered: 12/03/2010) |

| 12/03/2010 | 11 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Ingersoll-Rand Company Filed by Defendant Ingersoll-Rand Company. (Tuvim, Mark) (Entered: 12/03/2010) |
|---|---|---|
| 12/06/2010 | 12 | MINUTE ORDER REASSIGNING CASE. Case reassigned to Judge Benjamin H Settle for all further proceedings by Judge J Richard Creatura. (KAM) (Entered: 12/06/2010) |
| 12/06/2010 | 13 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Newport News Shipbuilding and Dry Dock Company identifying Corporate Parent Northrop Grumman Corporation for Newport News Shipbuilding and Dry Dock Company. Filed by Defendants Newport News Shipbuilding and Dry Dock Company, Northrop Grumman Corporation.(Gidley, James) (Entered: 12/06/2010) |
| 12/07/2010 | 14 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by IMO Industries, Inc. identifying Corporate Parent DeLaval Turbine, Inc. for IMO Industries, Inc.. Filed by Defendants IMO Industries, Inc., DeLaval Turbine, Inc..(Horne, James) (Entered: 12/07/2010) |
| 12/07/2010 | 15 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Union Carbide Corporation identifying Corporate Parent Dow Chemical Company for Union Carbide Corporation. Filed by Defendants Union Carbide Corporation, Dow Chemical Company.(Kero, Diane) (Entered: 12/07/2010) |
| 12/09/2010 | 16 | STATEMENT of Goulds Pumps, Inc. *Corporate Disclosure [FRCP Rule 7.1]* by Defendant Goulds Pumps (IPG) Inc. (Dinsdale, Christine) (Entered: 12/09/2010) |
| 12/10/2010 | 17 | VERIFICATION OF STATE COURT RECORDS re 1 Notice of Removal by Defendant Carrier Corporation. (Attachments: # 1 Exhibit Pgs 6-78, # 2 Exhibit Pgs 79-156, # 3 Exhibit Pgs 157-233, # 4 Exhibit Pgs 234-300, # 5 Exhibit Pgs 301-368)(Jaeger, Mick) (Entered: 12/10/2010) |
| 12/13/2010 | 18 | RESPONSE, by Defendant Carrier Corporation, to 6 MOTION for Leave *to take Deposition*. (Attachments: # 1 Exhibit Declaration of Michael Jaeger) (Jaeger, Mick) (Entered: 12/13/2010) |
| 12/14/2010 | 20 | NOTICE OF FILING POTENTIAL TAG ALONG CASE WITH MDL PANEL re MDL 875 Proceedings; filed by dft Carrier Corp (RS) (Entered: 12/16/2010) |
| 12/15/2010 | 19 | STATEMENT *York International Corporation's Corporate Disclosure Statement* by Defendant York International Corporation. (Carroll, Brandon) (Entered: 12/15/2010) |