E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

October 21 2010 1:11 PM

KEVIN STOCK
COUNTY CLERK
NO: 10-2-14263-6



SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| ANN MARIE WALLACE, individually and as Personal Representative of the Estate of BELDON U. WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>**CARRIER CORPORATION**,<br><br>Defendant. | NO.<br><br>COMPLAINT FOR WRONGFUL DEATH AND SURVIVORSHIP |

## I.   PARTIES

Plaintiff Ann Marie Wallace, resides in Battleground, Washington and is the surviving spouse of Beldon U. Wallace. Plaintiff has been or shortly will be appointed the Personal Representative of the Estate of Beldon U. Wallace.

Defendants and/or their predecessors-in-interest are corporations who, at all times relevant herein, manufactured, sold or distributed asbestos-containing products or products that were used in conjunction with asbestos. Specifically, Carrier Corporation manufactured, sold and distributed equipment made with asbestos-containing insulation, gaskets and packing, and also supplied asbestos-containing replacement parts for its equipment.

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 1
\\dataserver\clientdata\clients\w\wallace, beldon\wallaceb, pleadings\wallaceb_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

## II. JURISDICTION

This Court has jurisdiction over this cause pursuant to RCW 4.12.025 because, at all times relevant herein, defendants transacted business and/or may be served with process in Pierce County, Washington.

## III. FACTS

Plaintiff's decedent Beldon U. Wallace (DOB: ███████ 1925; SSN: ███████) was exposed to asbestos and asbestos-containing products which had been manufactured, produced, and/or placed into the stream of commerce by the defendants and/or was exposed to asbestos through the use of products manufactured by defendants. As a direct and proximate result of this exposure, Plaintiff's decedent Beldon U. Wallace developed asbestosis and died on April 1, 2009. Plaintiff provides the following information:

| | | |
|---|---|---|
| A. | Specific Disease: | Asbestosis |
| B. | Date of Diagnosis: | April 2005 |
| C. | Military: | U.S. Navy, 1943 - 1964 |
| D. | Occupation: | Ship fitter; metal smith; welder |
| E. | Places of Exposure: | Norfolk Shipbuilding and Drydock, Norfolk VA; National Shipbuilding and Drydock, San Diego CA; US Navy |
| F. | Dates of Exposure: | 1942 to 1980 |
| G. | Current Address: | Deceased |

## IV. LIABILITY

Plaintiff claims liability based upon the theories of product liability (RCW 7.72 et. seq.); negligence; conspiracy; spoliation; willful or wanton misconduct; strict product liability under Section 402B of the Restatement of Torts; premises liability; breach of warranty; (RCW 62A);

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 2
\\dataserver\clientdata\clients\w\wallace, beldon\wallaceb_pleadings\wallaceb_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

enterprise liability; market-share liability and/or market share alternate liability; and any other applicable theory of liability. The liability-creating conduct of defendants consisted, inter alia, of negligent and unsafe design; failure to inspect, test, warn, instruct, monitor and/or recall; failure to substitute safe products; marketing or installing unreasonably dangerous or extra-hazardous and/or defective products; marketing or installing products not reasonably safe as designed; marketing or installing products not reasonably safe for lack of adequate warning and marketing or installing products with misrepresentations of product safety.

With respect to any defendant that is a manufacturer of products or equipment aboard naval or other U.S. government vessels, Plaintiff claims liability, strictly based on state tort law, arising from the defendants' failure to provide adequate warnings of their products' dangerous propensities and negligence. Plaintiff expressly disclaims and is not seeking relief for any and all claims for injury against any defendant whose conduct, whether by omission or commission, was engaged in at the behest of the United States or any agency or person acting under him or under color of such office to the extent such a claim would implicate federal court jurisdiction under the federal officer removal statute, 28 U.S.C. §1442(a)(1), predicated on the government contractor's defense articulated in <u>Boyle v. United Technologies Corp.</u>, 487 U.S. 500 (1988). Most specifically with respect to Plaintiff's state tort law failure-to-warn claims, Plaintiff alleges that no U.S. agency, officer, or person prohibited or forbid any defendant in this case from issuing and placing warnings on or with its products. Such a showing is mandatory for any defendant to meet the <u>Boyle</u> test. All such claims that legitimately implicate such a defense, in the unlikely event that they exist and are factually supported, are not asserted and are hereby expressly and preemptively disclaimed. Plaintiff hereby puts any defendant who may nonetheless assert such a defense as a basis for federal jurisdiction over this case that Plaintiff

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 3
\\dataserver\clientdata\clients\w\wallace, beldon\wallaceb_pleadings\wallaceb_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

seeks no recovery for injuries sustained as a result of conduct that meets the three-prong Boyle test and constitutes actions of a federal officer sufficient to trigger jurisdiction under 28 U.S.C. §1442(a)(1). Plaintiff specifically advises all defendants of its position that such express, clear, and unequivocal disclaiming of claims implicating the substantive Boyle defense, as well as any other claims that legitimately implicate 28 U.S.C. §1442(a)(1), render any potential future removal of this case to federal court on one of these clearly-disclaimed bases objectively unreasonable under Martin v. Franklin Capital Corp., 546 U.S. 132 (2005).

## V.   DAMAGES

As a proximate result of defendants' negligence and/or product liability, Plaintiff's decedent Beldon U. Wallace sustained pain, suffering and disability prior to death in an amount not now known, but which will be proven at trial. Plaintiff's decedent Beldon U. Wallace also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial. Plaintiff Ann Marie Wallace has sustained loss of spousal relationship as a result of Beldon U. Wallace's illness and death.

WHEREFORE, Plaintiff prays for judgment against the defendants and each of them as follows:

1. For general and special damages specified above, including pain, suffering, loss of spousal relationship, disability, and wrongful death;

2. For medical and related expenses, economic loss, and funeral expenses, all of which will be proven at the time of trial;

3. For Plaintiff's costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 4
\\dataserver\clientdata\clients\w\wallace, beldon\wallaceb_pleadings\wallaceb_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1  DATED this 21st day of October, 2010.

2          BERGMAN DRAPER & FROCKT, PLLC

3

4  By _____/s/ Anna D. Knudson_____
        Glenn S. Draper, WSBA #24419
5          Anna D. Knudson, WSBA #37959
        Attorneys for Plaintiff

COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP- 5
\\dataserver\clientdata\clients\w\wallace, beldon\wallaceb_pleadings\wallaceb_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
### CIVIL DOCKET FOR CASE #: 3:10-cv-05869-RBL

| | |
|---|---|
| Wallace v. Carrier Corporation | Date Filed: 11/24/2010 |
| Assigned to: Judge Ronald B. Leighton | Jury Demand: Defendant |
| Case in other court: Pierce County Superior Court, 10-00002-14263-6 | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Federal Question |
| Cause: 28:1442 Petition for Removal | |

**Plaintiff**

**Ann Marie Wallace**
*individually and as Personal Representative of the estate of*
Beldon U Wallace

represented by **Anna D Knudson**
BERGMAN DRAPER & FROCKT
614 FIRST AVENUE
THIRD FLOOR
SEATTLE, WA 98104
206-957-9512
Email: annk@bergmanlegal.com
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**
BERGMAN DRAPER & FROCKT
614 FIRST AVENUE
THIRD FLOOR
SEATTLE, WA 98104
206-957-9510
Email: glenn@bergmanlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Carrier Corporation**   represented by **Mick Anthony Jaeger**
WILSON, SMITH, COCHRAN & DICKERSON
1215 4TH AVE
STE 1700
SEATTLE, WA 98161-1007
206-623-4100
Email: jaeger@wscd.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2010 | 1 | NOTICE OF REMOVAL from Pierce County Superior Court, case number 10-2-14263-6; (Receipt # 0981-2255057), filed by Carrier Corporation. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit PAGES 10-60, # 3 Exhibit |

| | | |
|---|---|---|
| | | PAGES 61-109, # 4 Exhibit PAGES 110-151)(Jaeger, Mick) (Entered: 11/24/2010) |
| 11/24/2010 | 2 | NOTICE *of Pendency of Other Action or Proceeding* ; filed by Defendant Carrier Corporation. (Jaeger, Mick) (Entered: 11/24/2010) |
| 11/24/2010 | 3 | NOTICE *of Tag-Along Action* ; filed by Defendant Carrier Corporation. (Jaeger, Mick) (Entered: 11/24/2010) |
| 11/24/2010 | 4 | DECLARATION *of Michael Jaeger* by Defendant Carrier Corporation. (Jaeger, Mick) (Entered: 11/24/2010) |
| 11/24/2010 | 5 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Carrier Corporation Filed by Defendant Carrier Corporation.(Jaeger, Mick) (Entered: 11/24/2010) |
| 11/26/2010 | | Judge Ronald B. Leighton added. (PM) (Entered: 11/26/2010) |
| 11/26/2010 | 6 | LETTER from Clerk to counsel re receipt of case from Pierce County Superior Court and advising of WAWD case number and judge assignment. (PM) (Entered: 11/26/2010) |
| 11/29/2010 | 7 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge Ronald B. Leighton. (DN) (Entered: 11/29/2010) |
| 11/29/2010 | 8 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT Joint Status Report due by 2/28/2011, FRCP 26f Conference Deadline is 2/14/2011, Initial Disclosure Deadline is 2/22/2011, by Judge Ronald B. Leighton. (DN) (Entered: 11/29/2010) |
| 12/03/2010 | 9 | MOTION to Dismiss *Plaintiff's Complaint* by Defendant Carrier Corporation. (Attachments: # 1 Proposed Order) Noting Date 1/7/2011, (Jaeger, Mick) (Entered: 12/03/2010) |
| 12/14/2010 | 10 | NOTICE OF FILING POTENTIAL TAG ALONG CASE WITH MDL PANEL re MDL 875 Proceedings; filed by Defendant Carrier Corporation. (RS) (Entered: 12/16/2010) |