BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| Janice J. Herr, individually and as Special Administrator on behalf of the Estate of Richard J. Herr, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> Linde, Inc., f/k/a the BOC Group, Inc. and/or Airco, Inc., *et al*. <br><br> Defendants. | WIED Case No. 2:10-cv-01114 <br><br> MDL No. 875 |

## PROOF OF SERVICE

     I hereby certify that on December 28, 2010, I electronically filed the foregoing Notice of Tag-Along Action and Motion to Stay Proceedings with the United States Judicial Panel on Multidistrict Litigation using the ECF system.  I further certify that I caused a copy of the forgoing document to be served via U.S. Mail and e-mail upon counsel of record.

                     HEPLERBROOM LLC

                     By:     /s/Michael W. Drumke
                     MICHAEL W. DRUMKE
                     State Bar No. 1010146
                     Attorney for Defendant, BOC
                     150 North Wacker Drive, Suite 3100
                     Chicago, IL 60606
                     Phone: (312) 230-9100
                     Fax:  (312) 230-9201

*Janice J. Herr, individually and as Special Administrator on behalf of the*
*Estate of Richard J. Herr, Deceased v. Linde, Inc. f/k/a/ The BOC Group, Inc.*
*And/or Airco, Inc. and Rapid- American Corporation*
*United States District Court for the Eastern District of Wisconsin Case Number 10-cv-018791*

## SERVICE LIST

**PLAINTIFF:**
Robert G. McCoy
Cascino Vaughan Law Offices
220 S. Ashland Avenue
Chicago, IL 60607-5308
Phone: (312) 944-0600
Fax:    (312) 944-1870

The Techmeier Law Firm S.C.
Willard P. Techmeier
111 E. Wisconsin Avenue
Suite 1760
Milwaukee, WI 53202
Phone: (414) 223-1050
Fax:    (414) 223-4355

**RAPID-AMERICAN CORPORATION**
Mark R. Feldmann
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Phone: (920) 731-6631
Fax:    (920) 560-4745