*BEFORE THE JUDICIAL PANEL ON*
*MULTIDISTRICT LITIGATION*

| | | |
|---|---|---|
| **In re:** | § § § § | **MDL 875** |
| **Asbestos Product Liability Litigation (No. VI)** | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNIE L. JEFFERSON, ET AL., | * * | CIVIL ACTION NO. 10-4442 |
| Plaintiffs, | * * | |
| VS. | * * | DIVISION "J" |
| | * | JUDGE CARL BARBIER |
| AMERICAN SUGAR REFINING, INC., ET AL., | * * * | SECTION 4 MAGISTRATE JUDGE KAREN W. ROBY |
| Defendants. | * * | |

## PLAINTIFFS' MOTION TO REINSTATE CONDITIONAL TRANSFER ORDER NO. 348

Come Now Plaintiffs, Joannie L. Jefferson, Adraine J. Georges, Derrie K. Jefferson, Thomas H. Jefferson IV, Kevin L. Jefferson, Brad A. Jefferson, and Lisa M. William, by and through their attorney, Denyse Clancy of Baron and Budd, PC, and move the Judicial Panel on Multidistrict Litigation (MDL) for immediate reinstatement of Conditional Transfer Order No. 348. This emergency Motion is based upon the Memorandum in Support of Plaintiffs' Motion to Reinstate Conditional Transfer Order No. 348 and the attachments thereto, as well as the records and documents on file in *Jefferson et al. v. American Sugar Refining, Inc., et al.*, United States District Court, Eastern District of Louisiana, Civil Action No. 07-13834.

Respectfully submitted,
BARON & BUDD, P.C.

BY: *[signature: Denyse Clancy]*

Denyse F. Clancy
Louisiana State Bar No. 32968
Christopher Colley
Louisiana State Bar No. 30322
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75201
(214) 521-3605 (telephone)
(214) 520-1181 (facsimile)
dclancy@baronbudd.com
ccolley@baronbudd.com

ATTORNEY FOR PLAINTIFFS