# Exhibit 3

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 875– In re Asbestos Products Liability Litigation (No. VI)**

*Jefferson, et al. v. American Sugar Refining Inc., et al.,* E.D. Louisiana, C.A. No. 10-4442

      I represent Plaintiffs in the above captioned action, which is included on the attached conditional transfer order (CTO-348). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

                                                Sincerely,

                                                */s/ Denyse Clancy*

                                                Baron & Budd, PC
                                                Denyse Clancy
                                                3102 Oak Lawn Ave.
                                                Suite 1100
                                                Dallas, TX 75219
                                                (214) 523-3605
                                                dclancy@baronbudd.com
                                                Counsel for Plaintiffs