# Exhibit 4

ASBEST

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:10-cv-04442-CJB-KWR
## Internal Use Only

Jefferson, et al v. American Sugar Refining, Inc., et al
Assigned to: Judge Carl Barbier
Referred to: Magistrate Judge Karen Wells Roby
Case in other court: Civil District Court, Orleans Parish,
    07-13834 I-14
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 12/01/2010
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Joannie L. Jefferson**     represented by **Cameron Waddell**
Baron & Budd, P.C. (Baton Rouge)
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
225-768-7222
Email: cwaddell@leblancwaddell.com   *[handwritten: no longer in service]*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher C. Colley**
LeBlanc & Waddell, LLP
6955 Perkins Road
Suite 100
Baton Rouge, LA 70808
214-874-7077
Fax: 214-874-7117
Email: ccolley@leblancwaddell.com   *[handwritten: no longer in service]*
*ATTORNEY TO BE NOTICED*

**J. Burton LeBlanc , IV**
Baron & Budd, P.C. (Baton Rouge)
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
225-927-5441
Fax: 225-927-5449
Email: bleblanc@baronbudd.com   *[handwritten: different section]*
*ATTORNEY TO BE NOTICED*

**Jason K. Placke**
Brent Coon & Associates (Baton Rouge)
619 Jefferson Hwy.
Suite 1D
Baton Rouge, LA 80806
225-928-5753

|  |  |
|---|---|
|  | **Jo Ann Lea**<br>Baron & Budd, P.C. (Baton Rouge)<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>225-927-5441 |
|  | **Jody Edward Anderman**<br>Waddell Anderman LLC<br>8708 Jefferson Hwy.<br>Suite A<br>Baton Rouge, LA 70809<br>225-454-8166 |
| **Plaintiff**<br>**Adraine J Georges** | represented by **Cameron Waddell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher C. Colley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Burton LeBlanc , IV**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason K. Placke**<br>(See above for address)<br><br>**Jo Ann Lea**<br>(See above for address)<br><br>**Jody Edward Anderman**<br>(See above for address) |
| **Plaintiff**<br>**Derrie K Jefferson** | represented by **Cameron Waddell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher C. Colley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Burton LeBlanc , IV**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |