# Exhibit 5

-----Original Message-----
**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Monday, December 27, 2010 8:15 AM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-cv-04442-CJB-KWR Jefferson, et al v. American Sugar Refining, Inc., et al Notice of Conditional Transfer Order to MDL

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U. S. District Court

**Eastern District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered on 12/27/2010 at 8:15 AM CST and filed on 12/27/2010
**Case Name:**        Jefferson, et al v. American Sugar Refining, Inc., et al
**Case Number:**      2:10-cv-04442-CJB-KWR
**Filer:**
**Document Number:** 17

1

**Docket Text:**
**Notice of Conditional Transfer Order to MDL regarding MDL 875. (sek, )**

**2:10-cv-04442-CJB-KWR Notice has been electronically mailed to:**

Wilton Ellwood Bland, III wbland@mblb.com, dhartman@mblb.com, pcabibi@mblb.com

John A. Bolles bollesj@phelps.com, adamsg@phelps.com

Mark John Spansel mark.spansel@arlaw.com, lisa.guidry@arlaw.com

Gary Allen Lee glee@leefutrell.com

Susan Beth Kohn suek@spsr-law.com, droberts@spsr-law.com

Douglass Michael Moragas dmoragas8305@bellsouth.net

Gustave A. Fritchie, III gfritchie@irwinllc.com, jmartinez@irwinllc.com, lmelinie@irwinllc.com

Edwin Christian Laizer Edwin.Laizer@arlaw.com, wendy.quillin@arlaw.com

Patricia Cowen Penton ppenton@leefutrell.com, yadcock@leefutrell.com

Antonio J. Rodriguez ajr@frc-law.com, jbeall@frc-law.com, mriess@frc-law.com

H. Philip Radecker, Jr hpradecker@pugh-law.com, dharris@pugh-law.com

Lawrence G. Pugh, III lpugh@pugh-law.com, asbestos@pugh-law.com, dmusselman@pugh-law.com, nreid@pugh-law.com

Richard Marshall Perles rperles@leefutrell.com, dlaurent@leefutrell.com, sfarr@leefutrell.com

Robert Edward Williams, IV rwilliams@sulzerandwilliams.com, amartin@sulzerandwilliams.com, cfalco@sulzerandwilliams.com, jnegrotto@sulzerandwilliams.com

※ J. Burton LeBlanc, IV bleblanc@baronbudd.com, jhaynes@baronbudd.com, jwright@baronbudd.com, lphilpot@baronbudd.com, lweaver@baronbudd.com, rbudd@baronbudd.com, spetersen@baronbudd.com, ssummy@baronbudd.com

Tyson B. Shofstahl shofstahltb@arlaw.com, casciopj@arlaw.com, edwardsbp@arlaw.com

Richard P. Sulzer rsulzer@sulzerandwilliams.com, shollingsworth@sulzerandwilliams.com

Cameron Waddell cwaddell@leblancwaddell.com, jhoffman@leblancwaddell.com, jwright@leblancwaddell.com

Paul E. Harrison pharrison@pharrisonlaw.com, sleblanc@pharrisonlaw.com

Roland M. Vandenweghe, Jr roland.vandenweghe@arlaw.com, nadine.terrebonne@arlaw.com

John K. Nieset jknieset@christovich.com, jtreuting@christovich.com

Philip C. Brickman pbrickman@frc-law.com, cjenkins@frvf-law.com, kpoteet@frvf-law.com, rricca@frc-law.com

Patrick E. Costello pcostello@mblb.com, dhartman@mblb.com, lweber@mblb.com

Anita Ann Cates acates@leefutrell.com

Jacques P. DeGruy jdegruy@mblb.com, Tcrane@mblb.com

Susan Grace Keller-Garcia skgarcia@frvf-law.com

Christopher C. Colley ccolley@baronbudd.com

Christy L. McMannen clmcmannen@christovich.com, mdonaldson@christovich.com

**2:10-cv-04442-CJB-KWR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=12/27/2010] [FileNumber=4487924-0] [3de913e9d3c9f42a5b410b6c2a692600cf356f76cce24437c11632e658cc733cbb 04f259f17bbb96cffc8210a879356980dc4e8aac3d19d08d424fc39a8860bd]]