# Exhibit 6

Chris Colley
ccolley@baronbudd.com
3102 Oak Lawn Ave. Suite 1100
Dallas, TX 75219-4281
(214) 521-3605

Denyse Clancy
dclancy@baronbudd.com
3102 Oak Lawn Ave. Suite 1100
Dallas, TX 75219-4281
(214) 521-3605

Jacke Wright-Haynes
jhaynes@baronbudd.com
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810-2812
(225) 927-5441

Karen Hewlett
khewlett@baronbudd.com
3102 Oak Lawn Ave. Suite 1100
Dallas, TX 75219-4281
(214) 521-3605