# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **MDL 875** |
| **Asbestos Product Liability Litigation (No. VI)** | § | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNIE L. JEFFERSON, ET AL., | * | CIVIL ACTION NO. |
| | * | 10-4442 |
| Plaintiffs, | * | |
| | * | DIVISION "J" |
| VS. | * | |
| | * | JUDGE CARL BARBIER |
| AMERICAN SUGAR REFINING, INC., | * | |
| ET AL., | * | SECTION 4 |
| | * | MAGISTRATE JUDGE |
| | * | KAREN W. ROBY |
| Defendants. | * | |
| | * | |

## MOTION TO REMAND OR, ALTERNATIVELY, TO SEVER THE THIRD PARTY CLAIMS AND REMAND THE MAIN ACTION

Plaintiffs, Joannie Jefferson, et al., move this Honorable Court to remand this case to the Civil District Court for the Parish of Orleans, or alternatively, to sever the third-party claims from the main demand and remand the main demand to the state court. For the reasons fully discussed in the accompanying memorandum, Plaintiffs pray that their motion be granted.

Respectfully submitted,
BARON & BUDD, P.C.

BY: *[signature: Denyse Clancy]*

Denyse F. Clancy
Louisiana State Bar No. 32968
Christopher Colley
Louisiana State Bar No. 30322
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75201
(214) 521-3605 (telephone)
(214) 520-1181 (facsimile)
dclancy@baronbudd.com
ccolley@baronbudd.com

ATTORNEY FOR PLAINTIFFS