# Exhibit 2

# STATE OF LOUISIANA

THIS RECORD IS VALID FOR DEATH ONLY

5088390

**DECEDENT**
- 1A. LAST NAME OF DECEDENT: Jefferson Jr.
- 1B. FIRST NAME: Thomas
- 1C. MIDDLE NAME: Harvey
- 2A. DATE OF DEATH: December 25, 2006
- 2B. HOUR OF DEATH: 9:30 P.M.
- 3. SEX: Male
- 4. RACE: Black
- 5. MARITAL STATUS: Married
- 6. SURVIVING SPOUSE: Joannie Lewis
- 7. DATE OF BIRTH: August 26, 1934
- 8A. AGE YEARS: 72
- 9. BIRTHPLACE: Angie, Louisiana
- 10. USUAL OCCUPATION: Longshoreman
- 11. KIND OF BUSINESS/INDUSTRY: Longshore
- 12. OF HISPANIC ORIGIN: No
- 13. EVER IN U.S. ARMED FORCES: No
- 14. SOCIAL SECURITY NUMBER: 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
- 15. DECEDENT'S EDUCATION: Elementary/Secondary 11

**PLACE OF DEATH**
- 16A. PLACE OF DEATH: 5 Residence (X)
- 16B. NAME OF FACILITY: 32183 Harvey Jefferson Rd.
- 16C. PLACE OF DEATH IN CITY LIMITS: No
- 17A. CITY, TOWN OR LOCATION OF DEATH: Angie
- 17B. PARISH OF DEATH: Washington

**RESIDENCE**
- 18A. STREET ADDRESS: 32183 Harvey Jefferson Rd.
- 18B. PARISH OF RESIDENCE: Washington
- 18C. STATE OF RESIDENCE: Louisiana
- 18D. USUAL RESIDENCE OF DECEDENT: Angie
- 18E. ZIP CODE: 70426
- 18F. RESIDENCE INSIDE CITY LIMITS: No

**PARENTS**
- 19A. FATHER'S LAST NAME: Jefferson Sr. / FIRST: Thomas / MIDDLE: Harvey
- 19B. FATHER'S PLACE OF BIRTH: Angie
- 19C. STATE: Louisiana
- 20A. MOTHER'S MAIDEN NAME: Bickham / FIRST: Zena
- 20B. MOTHER'S PLACE OF BIRTH: Hackley
- 20C. STATE: Louisiana

**INFORMANT**
- 21A. TYPE OR PRINT NAME OF INFORMANT: Joannie Jefferson
- 21B. INFORMANT'S ADDRESS: 32183 Harvey Jefferson Rd., Angie, La. 70426
- 21C. DATE: Dec. 26, 2006

**DISPOSITION**
- 22A. METHOD OF DISPOSITION: Burial (X)
- 22B. DATE THEREOF: Dec. 30, 2006
- 22C. NAME AND LOCATION OF CEMETERY: Jefferson Cemetery, Angie, La.
- 23A. SIGNATURE AND ADDRESS OF FUNERAL DIRECTOR: Crain & Sons Funeral Home, 809 E. Third Street, Bogalusa, La. 70427
- 23B. FACILITY NUMBER: 2079
- 23C. LICENSE NUMBER: U826

**REGISTRAR**
- 25A. BURIAL TRANSIT PERMIT: 5905567
- 25B. PARISH OF ISSUE: Washington
- 25C. DATE OF ISSUE: Dec. 27, 2006
- 26. SIGNATURE OF LOCAL REGISTRAR: Jennifer Fagan /sm

**MANNER OF DEATH**
- 27. MANNER OF DEATH: 1 Natural (X)

**CERTIFIER**
- 29A. I CERTIFY THAT I ATTENDED THE DECEDENT FROM / TO: 25 Nov / interim
- 29B. SIGNATURE OF PHYSICIAN OR CORONER: R. A. Cmns
- 29C. DATE: 1/23/07
- 29D. TYPE OR PRINT NAME AND TITLE: R. A. Casama, M.D., Coroner
- 29E. ADDRESS OF PHYSICIAN OR CORONER: 102 Manning Dr. Franklinton, La. 70438

**CAUSE OF DEATH**
- 30. PART I.
  - a. IMMEDIATE CAUSE: Pleural Effusion — Unknown
  - b. DUE TO: Mesothelioma
  - c. DUE TO: Asbestosis

- 30. PART II. OTHER SIGNIFICANT CONDITIONS: (Tobacco / Other — blank)

PHS 16 - (REV. 04/04)

OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

IN ACCORDANCE WITH LSA.R.S. 40:50 (C) I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF A DEATH CERTIFICATE IN MY CUSTODY.

Jennifer Fagan
LOCAL REGISTRAR

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S. 40:32, ET SEQ.

Darlene W. Smith
ACTING STATE REGISTRAR

WARNING: It is illegal to alter or counterfeit this copy.