# Exhibit 3

| | |
|---|---|
| JOANNIE L. JEFFERSON, ET AL. | * NO. 2007-13834 |
| VERSUS | * CIVIL DISTRICT COURT |
| AMERICAN SUGAR REFINING, INC., ET AL | * PARISH OF ORLEANS |
| | * STATE OF LOUISIANA |

**********************************

FILED: _____

                                                          DEPUTY CLERK

## JUDGMENT

This matter came for hearing on August 5, 2010, on a Re-Urged Motion to Continue Trial Date filed on behalf of Hartford Accident and Indemnity Company.

Present were:

        John K. Nieset
        Christovich & Kearney, L.L.P.
        601 Poydras St., Suite 2300
        New Orleans, Louisiana 70130
        Attorney for Hartford Accident and Indemnity Co.

        Christopher C. Colley, Esq.
        Baron & Budd, P.C.
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX 75219
        Attorney for Plaintiffs

After considering the Motion, Memoranda, evidence, and arguments of counsel,

IT IS ORDERED that the trial of this matter is continued to **February 14, 2011**.

New Orleans, Louisiana, this SEP 0 1 2010 day of August, 2010.

                                                      _____
                                                      Hon. Piper D. Griffin
                                                      District Judge

CK_DOCS 452815v1

**Civil District Court for the Parish of Orleans**
**STATE OF LOUISIANA**

No. 2007 - 13834                                                Section: 14 - I

JEFFERSON, JOANNIE L.    E TAL
versus
AMERICAN SUGAR REFINING, INC.    ET AL

Date Case Filed: 10/16/2007

### NOTICE OF SIGNING OF JUDGMENT

TO:

Christopher C Colley Esq        30322
9015 Bluebonnet Blvd
Baton Rouge        LA 70810

John K Nieset Esq        25196
Pan American Life Center
601 Poydras St, Ste 2300
New Orleans        LA 70130-6023


RECEIVED SEP 1 5 2010

In accordance with Article 1913 C.C.P., you are hereby notified that Judgment in the above entitled and numbered cause was signed on    September 1 , 2010
New Orleans, Louisiana.
September 10, 2010

_Sharon Carter Sheridan_
MINUTE CLERK