# Exhibit 6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNIE L. JEFFERSON *ET AL.* <br> *Plaintiffs* | * <br> * <br> * <br> * | CIVIL ACTION NO. <br><br> DIVISION " " |
| VERSUS | * <br> * | JUDGE |
| AMERICAN SUGAR REFINING, INC., <br> *ET AL.* <br> *Defendants* | * <br> * <br> * <br> * | SECTION ( ) |
| *   *   *   *   *   *   * | * | |

### NOTICE OF REMOVAL OF THIRD-PARTY DEFENDANT, INDUSTRIAL DEVELOPMENT CORPORATION OF SOUTH AFRICA, LIMITED

Industrial Development Corporation of South Africa, Limited (hereinafter "IDC") files this Notice of Removal of Civil Action No. 2007-13834, filed in Division I, in the Civil District Court for the Parish of Orleans, State of Louisiana, and in support thereof states the grounds for removal as follows:

1.

The claims by third-party plaintiff, Cooper/T. Smith Stevedoring Company, Inc., against third-party defendant, IDC, involve matters over which the Federal courts have jurisdiction pursuant to 28 U.S.C. §1330, and therefore are subject to removal pursuant to 28 U.S.C. §1441(d).

2.

Specifically, IDC is a political subdivision, agency or instrumentality of a foreign state, as determined by 28 U.S.C. § 1603, and as such this court has original jurisdiction over the claims herein.

3.

At all times IDC's sole shareholder has been, and is currently, the South African government.

4.

Copies of all pleadings served on IDC are attached as Exhibit 1.

5.

This Notice of Removal is timely because it has been filed within 30 days from the date service was attempted on IDC.

Industrial Development Corporation of South Africa, Limited hereby removes Civil Action No. 2007-13834, filed in Division I, Civil District Court for the Parish of Orleans, State of Louisiana, to this Court. A copy of this notice has been sent to the Clerk for the Civil District Court, Parish of Orleans, State of Louisiana, in which this action was commenced, in accordance with 28 U.S.C. §1446(d).

RESPECTFULLY SUBMITTED:

/s/ Philip C. Brickman
ANTONIO J. RODRIGUEZ (11375)
PHILIP C. BRICKMAN (25586)
SUSAN KELLER-GARCIA (30574)
**FOWLER RODRIGUEZ VALDES-FAULI**
400 Poydras St., 30th Floor
New Orleans, LA 70130
Telephone: (504) 523-2600
Fax: (504) 523-2705
*Attorneys for Industrial Development Corporation of South Africa, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of December, 2010, served a copy of the foregoing pleading on counsel to all parties in this proceeding, by fax, e-mail or by mailing the same by United States mail, properly addressed, with first class postage prepaid:

Honorable Judge Piper Griffin
Division "I"
Civil District Court
Parish of Orleans
421 Loyola Avenue
Room 405
New Orleans, LA 70112

Roland M. Vandenweghe, Jr., Esq.
Adams & Reese
701 Poydras Street
Suite 4500
New Orleans, LA 70139
Attorneys for Cooper T. Smith Stevedoring Company

H. Phillip Radecker, Jr., Esq.
Pugh, Accardo, Haas & Radecker
1100 Poydras Street
Suite 2000
New Orleans, LA 70163
Attorneys for Buck Kreihs Company, Inc., j/k/a Sank, Inc.

John Bolles, Esq.
Phelps Dunbar
Canal Place
365 Canal Place, Suite 2000
New Orleans, LA 70130
Attorneys for Crowley Marine Services, Inc.

Patricia Penton, Esq.
Lee, Futrell & Perles, L.L.P.
136 Metairie Lawn Drive
Metairie, LA 70001
Attorneys for Dixie Machine, Welding & Metal Works, Inc.

Wilton Bland, III, Esq.
Jacques P. DeGruy, Esq.
Mouledoux, Bland, Legrant & Brackett, L.L.C.
701 Poydras Street
Suite 4250
New Orleans, LA 70139
Attorneys for Ports America Gulfport, Inc.

Susan Kohn, Esq.
Simon, Peragine, Smith & Redfearn
1100 Poydras Street, 30th Floor
New Orleans, LA 70163
Attorneys for McCarty Corporation The Eagle, Inc.

Douglas M. Moragas, Esq.
1999 Hickory Ave., Ste. 101
Harahan, LA 70123
Attorneys for James J. Flanagan Shipping Corp.

Paul Harrison, Esq.
Law Offices of Paul E. Harrison
532 Girod Street
Mandeville, LA 70448
Attorneys for American Sugar Refining, Inc.

Gus A. Fritchie, III, Esq.
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Attorneys for BCI Acquisitions, Inc.

Richard P. Sulzer, Esq.
Robert E. Williams, IV, Esq.
Sulzer & Williams, LLC
201 Holiday Blvd., Ste. 335
Covington, La 70433
Attorneys for SSA Gulf Terminals, Inc.

John K. Nieset, Esq.
Christovich & Kearney, LLP
Pan American Life Building
601 Poydras Street, Suite 2300
New Orleans, LA 70130
Attorneys for Hartford Accident & Indemnity Co.

J. Burton LeBlanc, IV, Esq.
Denyse Finn Clancy, Esq.
Christopher C. Colley, Esq.
JoAnne Lea, Esq.
Jason K. Placke, Esq.
Lindsey L. Goldstein, Esq.
Baron & Budd, PC
901 Blue Bonnet Blvd.
Baton Rouge, LA 70801
Attorneys for Joannie L. Jefferson, *et al.*

/s/ Philip C. Brickman

562937