Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
cpark@bhplaw.com
Thomas J. Moses [Bar No. 116002]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
|---|---|
| NO VI | MDL 875 |
| This Document Relates To: | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV10 9658 DSF (SHx)

| DAVID OVERBY and MARGARET RUTH OVERBY, | (ASBESTOS) |
|---|---|
| Plaintiffs, | U.S.D.C. Case No. _____ |
| vs. | Los Angeles Superior Court Case No. BC449713 |
| AIR & LIQUID SYSTEMS CORPORATION (sued as successor-by-merger to BUFFALO PUMPS, INC.); CARRIER CORPORATION; CBS CORPORATION f/k/a VIACOM, INC. (sued as successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION, and also as successor-in-interest to BF STURTEVANT); FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; JOHN CRANE, INC.; SYD CARPENTER, MARINE | DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION

1 | CONTRACTOR, INC.; VIAD
2 | CORPORATION f/k/a THE DIAL CORPORATION (sued individually and as successor-in-interest to GRISCOM-
3 | RUSSELL COMPANY),
4 |        Defendants.

6 TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
7 CALIFORNIA, PLEASE TAKE NOTICE OF THE FOLLOWING:

8    1.   On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

   2.   The undersigned hereby notifies the court that this state court action being removed (a copy of the removed state court complaint is attached hereto as **Exhibit "A"**) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MSL Rule 13(b).

///
///
///
///

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION

3.   Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") is providing written notice of this Notice of Tag-Along Action to all adverse parties. Foster Wheeler reserves the right to amend or supplement this Notice of Tag-Along Action.

Date: December 15, 2010

BRYDON HUGO & PARKER

By: _____
Edward R. Hugo
Charles S. Park
Thomas J. Moses
Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION

1  <u>Via Hand Delivery</u>

2  Ron C. Eddins, Esq.
   SIMON, EDDINS & GREENSTONE, LLP
3  301 E. Ocean Blvd., Suite 1950
   Long Beach, CA 90802
4  Tel. (562) 590-3400
   Fax (562) 590-3412
5  ATTORNEYS FOR PLAINTIFFS

6  All Known Defense Counsel (via regular mail)

7

8

...

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION