Edward R. Hugo [Bar No. 124839]
Shelley K. Tinkoff [Bar No. 187498]
Edward R. Hugo [Bar No. 124839]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: tmoses@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OVERBY and MARGARET RUGH OVERBY,<br><br>Plaintiff(s),<br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, ET AL.,<br><br>Defendants. | (ASBESTOS)<br>Case No. 2:10-cv-09658 DSF<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S SCHEDULE OF ACTIONS |

*David Overby and Margaret Rugh Overby v Air & Liquid Systems Corporation, et al.*, United States District Court, Central district, Case No. 2:10-cv-09658 DSF

*Hazel King v A.O. Smith Corp., et al.*, United States District Court, Northern District, Case No. 3:10-cv-04921 JSW

Dated: January 4, 2011                    BRYDON HUGO & PARKER

                                  By:   /s/ Thomas J. Moses
                                        Edward R. Hugo
                                        Shelley K. Tinkoff
                                        Edward R. Hugo
                                        Attorneys for Defendant
                                        FOSTER WHEELER LLC