| | |
|---|---|
| 1 | Edward R. Hugo [Bar No. 124839] |
| | Charles S. Park [Bar No. 161430] |
| 2 | cpark@bhplaw.com |
| | Thomas J. Moses [Bar No. 116002] |
| 3 | tmoses@bhplaw.com |
| | BRYDON HUGO & PARKER |
| 4 | 135 Main Street, 20th Floor |
| | San Francisco, CA 94105 |
| 5 | Telephone: (415) 808-0300 |
| | Facsimile: (415) 808-0333 |
| 6 | |
| 7 | Attorneys for Defendant |
| | FOSTER WHEELER ENERGY CORPORATION |

| | | |
|---|---|---|
| 10 | DAVID OVERBY and MARGARET RUTH OVERBY, | (ASBESTOS) |
| 11 | | U.S.D.C. Case No. CV10-69658 |
| | Plaintiffs, | |
| 12 | vs. | Los Angeles Superior Court Case No. BC449713 |
| 13 | AIR & LIQUID SYSTEMS CORPORATION (sued as successor-by-merger to BUFFALO PUMPS, INC.); CARRIER CORPORATION; CBS CORPORATION f/k/a VIACOM, INC. (sued as successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION, and also as successor-in-interest to BF STURTEVANT); FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; JOHN CRANE, INC.; SYD CARPENTER, MARINE CONTRACTOR, INC.; VIAD CORPORATION f/k/a THE DIAL CORPORATION (sued individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY), | DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S PROOF OF SERVICE OF NOTICE OF TAG-ALONG ACTION |
| | Defendants. | |

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S PROOF OF SERVICE OF NOTICE OF TAG-ALONG ACTION

*Overby, David & Margaret Ruth*
United States District Court Central District of California Case No. CV10-9658
**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. The following was hand delivered on December 16, 2010:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION

on the following:

Simon, Eddins & Greenstone, LLP
301 East Ocean Boulevard, Suite 1950
Long Beach, CA 90802
Fax: (562) 590-3412

X   Nationwide Legal, Inc. delivered the document(s) listed above to the person(s) at the address(es) set forth above.

I declare under penalty of perjury that the above is true and correct. Executed on December 23, 2010, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

1