UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br><br>This Document Relates To: | <br><br>MDL 875 |

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

| | |
|---|---|
| HAZEL KING, individually and as successor in interest to KENNETH KAY KING, Deceased; LORI KING; TERI PARSLOW; and KERRY KING<br><br>          Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.<br><br>          Defendants. | Case No. 3:10-cv-04921-JSW<br><br><br>DEFENDANT NIBCO INC.'S NOTICE OF TAG-ALONG ACTION |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under
>
> section 1407 or under consideration by the Panel for transfer under
>
> section 1407 shall promptly notify the Clerk of the Panel of any

potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2.    The undersigned hereby notifies the court that this state court action being removed (a copy of the removed state court complaint is attached hereto as Exhibit "A") is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MSL Rule 13(b).

Defendant NIBCO INC. ("NIBCO") is providing written notice of this Notice of Tag-Along Action to all adverse parties. NIBCO reserves the right to amend or supplement this Notice of Tag-Along Action.

Dated: November 24, 2010

_____/s/ Thomas J. Moses_____
Edward R. Hugo [CA SBN 124839]
Gregory S. Rosse [CA SBN 157965]
Thomas J. Moses [Bar No. 116002]
Josette D. Johnson [CA SBN 195977]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: tmoses@bhplaw.com

Attorneys for Defendant
NIBCO INC.

2