Edward R. Hugo [Bar No. 124839]
Josette D. Johnson [Bar No. 157965]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: tmoses@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL KING, individually and as successor in interest to KENNETH KAY KING, Deceased; LORI KING; TERI PARSLOW; and KERRY KING,<br><br>Plaintiff(s),<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, ET AL.,<br><br>Defendants. | (ASBESTOS)<br>Case No. 3:10-CV-4921 JSW<br><br>DEFENDANT NIBCO INC.'S SCHEDULE OF ACTIONS |

*Hazel King v A.O. Smith Corp., et al.*, United States District Court, Northern District, Case No. 3:10-cv-04921 JSW

*David Overby and Margaret Rugh Overby v Air & Liquid Systems Corporation, et al.*, United States District Court, Central District, Case No. 2:10-cv-09658 DSF

Dated: January 4, 2011                    BRYDON HUGO & PARKER

                                          By:   /s/ Thomas J. Moses
                                                Edward R. Hugo
                                                Josette D. Johnson
                                                Thomas J. Moses
                                                Attorneys for Defendant
                                                NIBCO INC.