Edward R. Hugo [CA SBN 124839]
Gregory S. Rosse [CA SBN 157965]
Thomas J. Moses [Bar No. 116002]
Josette D. Johnson [CA SBN 195977]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email:tmoses@bhplaw.com

Attorneys for Defendant
NIBCO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL KING, individually and as successor in interest to KENNETH KAY KING, Deceased; LORI KING; TERI PARSLOW; and KERRY KING<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.<br><br>Defendants. | U.S. District Court Case No. 3:10-cv-04921-JSW<br><br>(ASBESTOS)<br>San Francisco Superior Court Case No. Case No. CGC-09-275285<br><br>DEFENDANT NIBCO INC.'S CERTIFICATE OF SERVICE OF NOTICE OF TAG-ALONG ACTION<br><br>Complaint Filed: July 28, 2009 |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On, November 24, 2010 the following:

**DEFENDANT NIBCO, INC.'S NOTICE OF TAG-ALONG ACTION**

was served on all parties via the Northern District of California Court's CM/ECF service list.

*3Vanda D. Claudio*
Wanda D. Claudio

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE