BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION § § § § § | DOCKET NO. 875 |

## NOTICE OF POTENTIAL TAG ALONG ACTION

**E. I. DU PONT DE NEMOURS AND COMPANY** ("DuPont") notifies the Judicial Panel on Multidistrict Litigation of the filing of an action related to MDL 875, pending in the United States District Court, Eastern District of Pennsylvania. The related action is **Civil Action No. 1:10-CV-00792, styled Joe P. Freeman and Gloria K. Freeman, Plaintiffs, vs. AMF, Incorporated, et al., Defendants, and was filed on December 8, 2010, in the United States District Court, Eastern District of Texas, Beaumont Division.** DuPont is named as a Defendant in the action. Copies of Plaintiffs' Original Complaint, the Eastern District of Texas court's docket sheet, Schedule of Cases, and Service List for counsel having currently appeared in the matter are attached to this Notice as Exhibit 1, Exhibit 2, Exhibit 3 and Exhibit 4, respectively.

The action filed in the Eastern District of Texas is a tag-along action to MDL 875, as admitted by the Plaintiffs in ¶ 20 of their Original Complaint. DuPont asks the Panel to enter an Order transferring this action to MDL 875 in the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407(a).

Respectfully submitted,

*signature*

**Sandra F. Clark**
State Bar No. 04294520
**MEHAFFY WEBER, P.C.**
2615 Calder Avenue, Suite 800
Beaumont, Texas 77704
Telephone: (409) 835-5011
Facsimile: (409) 835-5177

**Larry E. Cotten**
State Bar No. 04861600
**COTTEN SCHMIDT & ABBOTT, L.L.P.**
550 Bailey Avenue, Suite 600
Fort Worth, TX 76107
(817) 338-4500
(817) 338-4599  Facsimile

**ATTORNEYS FOR DEFENDANT
E. I. DU PONT DE NEMOURS AND COMPANY**

## CERTIFICATE OF SERVICE

A true and correct copy of the above notice was served via ECF Pacer Service, on this the 4th day of January, 2011, on all counsel of record.

*signature*
**Counsel for DuPont**