## SCHEDULE

| **Div.** | **C.A.#** | **Judge** | **Case Caption** |
|---|---|---|---|
| Eastern District of Texas | | | |
| 1. | 10-792 | Hon. Ron Clark | Joe P. Freeman and Gloria K. Freeman v. AMF, Incorporated (*sued individually and as successor-in-interest to* B & B Engineering and Supply Company, Inc., and B&B Insulators), et al. |

EXHIBIT 3