## SERVICE LIST

Joe P. Freeman and Gloria K. Freeman v. AMF, Incorporated (*sued individually and as successor-in-interest to* B & B Engineering and Supply Company, Inc., and B&B Insulators), et al.; **Case No. 1:10-cv-792**[1]

**Julie Lynn Celum**
**Peter Andrew Kraus**
WATERS & KRAUS, LLP
3219 McKinney Avenue
Suite 3000
Dallas, Texas 75204
 *Attorneys for Plaintiffs*

**Paul Dunford Henderson**
**Attorney at Law**
712 W. Division Avenue
Orange, Texas 77630-6320
 *Attorney for Plaintiffs*

**Laura A. Frase**
FOREMAN PERRY WATKINS KRUTZ & TARDY
2001 Bryan Street; Suite 1300
Dallas, Texas 75201
 *Attorney for Defendant Ingersoll Rand Company*

**Barbara J. Barron**
MEHAFFY WEBER
P.O. Box 16
Beaumont, Texas 77704-0016
 *Attorney for Defendant William Powell Company*

**Sandra F. Clark**
MEHAFFY WEBER
P.O. Box 16
Beaumont, Texas 77704-0016
 *Attorney for Defendant E. I. du Pont de Nemours and Company*

**Larry E. Cotten**
COTTEN SCHMIDT & ABBOTT, LLP
550 Bailey Avenue,
Suite 600
Fort Worth, Texas 76102
 *Attorney for Defendant E. I. du Pont de Nemours and Company*

---

[1] Counsel appearing for the parties as of January 4, 2011


EXHIBIT 4