ADRMOP, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:10-cv-05931-WHA

Benesole v. CBS Corporation et al
Assigned to: Hon. William H. Alsup
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/28/2010
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**In Re**

**Honeywell International, Inc.**

**Plaintiff**

**John Benesole**     represented by **Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
*ATTORNEY TO BE NOTICED*

**David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Borg-Warner Corporation**
*By its Successor in Interest,*
Borgwarner Morse Tec Inc.

**Defendant**

Goodrich Corporation

Defendant

Goodyear Tire & Rubber Company, The

Defendant

Metropolitan Life Insurance Company

Defendant

Lockheed Martin Corporation

Defendant

United Technologies Corporation

Defendant

Northrop Grumman Corporation

Defendant

Curtiss-Wright Corporation

Defendant

Hawker Beechcraft Corporation

Defendant

McDonnell Douglas Corporation

Defendant

Rolls-Royce Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2011 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William H. Alsup for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case. Signed by Executive Committee on 1/3/11. (mab, COURT STAFF) (Filed on 1/3/2011) (Entered: 01/03/2011) |
| 01/03/2011 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 1/3/2011) (Entered: 01/03/2011) |
| 12/28/2010 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/28/2010 | 6 | ADR SCHEDULING ORDER: Case Management Statement due by 4/1/2011. Case Management Conference set for 4/8/2011 01:30 PM in Courtroom A, 15th Floor, San Francisco. (gba, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/28/2010 | 5 | Summons Issued as to Borg-Warner Corporation, CBS Corporation, Curtiss- |

| | | |
|---|---|---|
| | | Wright Corporation, Goodrich Corporation, Goodyear Tire & Rubber Company, The, Hawker Beechcraft Corporation, Honeywell International, Inc., Lockheed Martin Corporation, McDonnell Douglas Corporation, Metropolitan Life Insurance Company, Northrop Grumman Corporation, Rolls-Royce Corporation, United Technologies Corporation. (gba, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/28/2010 | 4 | NOTICE of Tag-Along Action by John Benesole (gba, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/28/2010 | 3 | Certificate of Interested Entities by John Benesole (gba, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/28/2010 | 2 | Declination to Proceed Before a U.S. Magistrate Judge by John Benesole. (gba, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/28/2010 | 1 | COMPLAINT for Asbestos Personal Injury/Products Liability; Demand for Jury Trial against Borg-Warner Corporation, CBS Corporation, Curtiss-Wright Corporation, Goodrich Corporation, Goodyear Tire & Rubber Company, The, Hawker Beechcraft Corporation, Honeywell International, Inc., Lockheed Martin Corporation, McDonnell Douglas Corporation, Metropolitan Life Insurance Company, Northrop Grumman Corporation, Rolls-Royce Corporation, United Technologies Corporation (Filing fee $ 350.00, receipt number 34611054382). Filed by John Benesole. (Attachments: # 1 Civil Cover Sheet) (gba, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2011 13:39:20 | | | |
| PACER Login: | bp0355 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:10-cv-05931-WHA |
| Billable Pages: | 2 | Cost: | 0.16 |