ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:10-cv-05932-JSW

Turner v. General Electric Company et al
Assigned to: Hon. Jeffrey S. White
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 12/28/2010
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**George W. Turner**

represented by **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Electric Company**

**Defendant**

**Foster Wheeler LLC**
*formerly known as*
Foster Wheeler Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2011 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case. Signed by the Executive Committee on January 4, 2011. (cjl, COURT STAFF) (Filed on 1/4/2011) (Entered: 01/04/2011) |

| 01/03/2011 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (ls, COURT STAFF) (Filed on 1/3/2011) (Entered: 01/03/2011) |
| 12/28/2010 | | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/28/2010 | 6 | ADR SCHEDULING ORDER: Case Management Statement due by 4/14/2011. Case Management Conference set for 4/21/2011 01:30 PM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/28/2010 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by George W. Turner. (cjl, COURT STAFF) (Filed on 12/28/2010) (cjl, COURT STAFF). (Entered: 12/29/2010) |
| 12/28/2010 | 4 | Summons Issued as to Foster Wheeler LLC, General Electric Company. (cjl, COURT STAFF) (Filed on 12/28/2010) (cjl, COURT STAFF). (Entered: 12/29/2010) |
| 12/28/2010 | 3 | NOTICE of Tag-Along Action by George W. Turner. (cjl, COURT STAFF) (Filed on 12/28/2010) (cjl, COURT STAFF). (Entered: 12/29/2010) |
| 12/28/2010 | 2 | Certificate of Interested Entities by George W. Turner. (cjl, COURT STAFF) (Filed on 12/28/2010) (cjl, COURT STAFF). (Entered: 12/29/2010) |
| 12/28/2010 | 1 | COMPLAINT (with jury demand) against Foster Wheeler LLC, General Electric Company (Filing fee $350, receipt number 34611054384). Filed by George W. Turner. (cjl, COURT STAFF) (Filed on 12/28/2010) (Additional attachment(s) added on 12/30/2010: # 1 Civil Cover Sheet) (cjl, COURT STAFF). (Entered: 12/29/2010) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/04/2011 13:39:50 | | |
| PACER Login: bp0355 | Client Code: | |
| Description: Docket Report | Search Criteria: | 3:10-cv-05932-JSW |
| Billable Pages: 2 | Cost: | 0.16 |