ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

www.sdma.com   415.781.7900 *phone*   415.781.2635 *fax*



Sedgwick
DETERT, MORAN & ARNOLD LLP

January 3, 2010

**VIA ECF FILING**

Michael Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Luther Eugene Carter, et al. v. A.W. Chesterton Co., et al.*
      U.S. District Court, Northern District Of California, Case No. CV-10-5960 MEJ
      Our File No.: 0045-072465

Dear Mr. Beck:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Central District of California.

Plaintiffs in the above-referenced matter have initiated a personal injury and loss of consortium asbestos-related action. Plaintiffs claim that plaintiff Luther Eugene Carter was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was originally filed in the U.S. District Court for the Northern District of California on December 29, 2010. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose plaintiffs' complaint in this action, as well as the docket sheet for this case in the U.S. District Court for the Northern District of California.

SF/1917898v1

*Celebrating 75 Years of Service 1933-2008*

January 3, 2010
Page 2

Plaintiffs in this action are represented by Richard A. Brody and Paula A. Rasmussen of Brent Coon & Associates, 44 Montgomery Street, Suite 800, San Francisco, CA 94104, Telephone: (415) 489-7420, Facsimile: (415) 489-7426 and by J. Dennis Weitzel of Morgan & Morgan, PA, at 20 N. Orange Avenue, Suite 1600, Orlando, FL 32802, Telephone: (407) 420-1414, Facsimile: (407) 422-8925.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Katherine P. Gardiner
Sedgwick, Detert, Moran & Arnold LLP

Enclosure

**cc: (via facsimile only) (w/out enclosure)**

Brent Coon & Associates
Morgan & Morgan, PA

SF/1917898v1