ADRMOP, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:10-cv-05960-MEJ

Carter et al v. A.W. Chesterson Company et al  
Assigned to: Magistrate Judge Maria-Elena James  
Case in other court: San Francisco County Superior Court, CGC 10-275695  
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 12/29/2010  
Jury Demand: None  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question

**Plaintiff**

**Luther Eugene Carter**          represented by   **Paula Ann Rasmussen**
Brent Coon & Associates
44 Montgomery Street
Suite 800
San Francisco, CA 94104
415-489-7420
Fax: 415-489-7426
*ATTORNEY TO BE NOTICED*

**Richard A. Brody**
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
415-489-7420
Fax: 415-489-7426
Email: rick.brody@bcoonlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonja C. Carter**               represented by   **Paula Ann Rasmussen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterson Company**

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps,*

*Inc.*

**Defendant**

**Alfa Laval Inc.**
*Individually and as successor in interest to*
Sharples, Inc.

**Defendant**

**Alfa Laval Separation, Inc.**

**Defendant**

**Delaval Separator Company**

**Defendant**

**Bayer Cropscience, Inc.**
*formerly known as*
Amchem Products, Inc.

**Defendant**

**Benjamin Foster Company**

**Defendant**

**BW/IP, Inc.**

**Defendant**

**Crane Co.**

**Defendant**

**Crown Cork & Seal Company, Inc.**
*Individually and as successor to Mundet*
*Cork Company*

**Defendant**

**Eaton Corporation**
*individually and as successor in interest to*
*Eaton Electrical, Inc., fna Cutler-Hammer,*
*Inc.*

**Defendant**

**Elliott Company**
*also known as*
Elliott Turbomachinery Co., Inc.

**Defendant**

**Ericsson, Inc.**
*which will do business in California as Eus*
*Inc. individually and as successor in*
*interest to Anaconda Cable & Wire Co.*

**Defendant**
Continental Wire & Cable Company

**Defendant**
General Electric Company                represented by   **Charles Todd Sheldon**
                                                         Sedgwick Detert Moran & Arnold LLP
                                                         One Market Plaza
                                                         Steuart Tower, 8th Floor
                                                         San Francisco, CA 94105
                                                         (415) 781-7900
                                                         Fax: (415) 781-2635
                                                         Email: charles.sheldon@sdma.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Derek S. Johnson**
                                                         Sedgwick Detert Moran & Arnold LLP
                                                         One Market Plaza
                                                         Steuart Tower, 8th Floor
                                                         San Francisco, CA 94105
                                                         415-781-7900 x1569
                                                         Fax: 415-781-2635
                                                         Email: derek.johnson@sdma.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Katherine Paige Gardiner**
                                                         Sedgwick, Detert, Moran & Arnold
                                                         One Market Plaza
                                                         Steuart Tower, 8th Floor
                                                         San Francisco, CA 94105
                                                         415-781-7900
                                                         Email: katherine.gardiner@sdma.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**
Goulds Pumps, Incorporated

**Defendant**
Graybar Electric Company, Inc.

**Defendant**
Hill Brothers Chemical Company

**Defendant**
Imo Industries, Inc.
*individually and as successor in interest to Delaval Steam Turbine Company*

**Defendant**
Ingersoll Rand Company

*individually and as successor in interest to Terry Steam Turbine Company*

**Defendant**

**J.T. Thorpe And Son, Inc.**

**Defendant**

**John Crane, Inc.**
*as successor to Crane Packing Company*

**Defendant**

**John Crane-Houdaille Inc**

**Defendant**

**Metalclad Insulation Corporation**
*individually and as successor in interest to Northern California Insulation*

**Defendant**

**Owens-Illinois Inc.**

**Defendant**

**Parker-Hannifin Corporation**
*Individually and as successor in interest to Sacoma-Sierra, Inc.*

**Defendant**

**Quintec Industries, Inc.**

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Rockwell Automation, Inc.**
*individually and as successor in interest to Allen-Bradley Company, LLC*

**Defendant**

**SB Decking, Inc.**
*formerly known as*
Selby Battersby & Company

**Defendant**

**Schneider Electric USA, Inc.**
*formerly known as*
Square D Co.

**Defendant**

**Sulzer Pumps (US), Inc.**

**Defendant**

The WM. Powell Company

**Defendant**

Union Carbide Corporation

**Defendant**

Uniroyal Holdings, Inc.

**Defendant**

Viad Corporation
*individually and as successor in interest to Griscom-Russell*

**Defendant**

Dial Corporation

**Defendant**

Warren Pumps, LLC

**Defendant**

Yarway Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2010 | 1 | NOTICE OF REMOVAL /no process from San Francisco County Superior Court. Their case number is CGC 10-275695. (Filing fee $350 receipt number 34611054429). Filed byGeneral Electric Company. (Attachments: # 1 Notice of Removal)(ga, COURT STAFF) (Filed on 12/29/2010) (Entered: 12/29/2010) |
| 12/29/2010 | 2 | Certificate of Interested Entities by General Electric Company re 1 Notice of Removal, (ga, COURT STAFF) (Filed on 12/29/2010) (Entered: 12/29/2010) |
| 12/29/2010 | 3 | NOTICE OF PENDENCY by General Electric Company re 1 Notice of Removal, (ga, COURT STAFF) (Filed on 12/29/2010) (Entered: 12/29/2010) |
| 12/29/2010 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 3/31/2011. Case Management Conference set for 4/7/2011 10:00 AM in Courtroom B, 15th Floor, San Francisco.. Signed by Judge Maria-Elena James on 12/29/10. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 12/29/2010) (Entered: 12/29/2010) |
| 12/29/2010 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 12/29/2010) (Entered: 12/29/2010) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 12/30/2010 13:26:47 |

| PACER Login: | sd0076 | Client Code: | 00045-132554 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:10-cv-05960-MEJ |
| Billable Pages: | 3 | Cost: | 0.24 |