1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   CHARLES T. SHELDON (Bar No. 155598)
2  charles.sheldon@sdma.com
   KATHERINE GARDINER (Bar No. 215542)
3  katherine.gardiner@sdma.com
   DEREK S. JOHNSON (Bar No. 220988)
4  derek.johnson@sdma.com
5  One Market Plaza
   Steuart Tower, 8th Floor
6  San Francisco, California 94105
   Telephone: (415) 781-7900
7  Facsimile: (415) 781-2635

8
   Attorneys for
9  GENERAL ELECTRIC COMPANY

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

| LUTHER EUGENE CARTER and SONJA C. CARTER,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | CASE NO. CV-10-5960 MEJ<br><br>(State Court Case No. CGC-10-275695)<br><br>**CERTIFICATE OF SERVICE FOR LETTER DATED JANUARY 3, 2011 TO MICHAEL BECK, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
|---|---|

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 5th day of January, 2011, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.


                                        SEDGWICK, DETERT, MORAN & ARNOLD LLP



                              By:       /s/Katherine P. Gardiner
                                        CHARLES SHELDON
                                        KATHERINE P. GARDINER
                                        DEREK S. JOHNSON
                                        Attorneys for Defendant
                                        GENERAL ELECTRIC COMPANY

SF/1924820v1                         -1-
NOTICE OF ENTRY OF ORDER **CASE NO. CV-10-5960** MEJ