# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

*Cathy Ann Baxley v. Advance Auto Parts, Inc. et al.*, D. South Carolina, C.A. No. 3:10-02985.

## NOTICE OF OPPOSITION TO CTO-350

I represent the Plaintiff Cathy Ann Baxley in the above captioned actions, which are included on the conditional transfer order (CTO-350). Plaintiff Cathy Ann Baxley submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

s/ Christran H. Hartley\_\_\_

Christian H. Hartley
P.O. Box 2492
Mt. Pleasant, SC 29465
Office Telephone:  (843) 388-1330
Facsimile:  (803) 753-9931
Chartley@MRHFMlaw.com

Counsel for Plaintiff

Date:  1/5/2011

CERTIFICATE OF SERVICE

I, the undersigned hereby certify that I have served all counsel of record by electronic filing via CM/ECF and via Electronic and/or U.S. Mail a copy of the foregoing *NOTICE OF OPPOSITION TO CTO-350* to all counsel of record on this 6th day of January, 2010.

s/Christian Hartley_____