IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED PASI and JEAN PASI, | CONSOLIDATED UNDER MDL 875 |
| Plaintiffs, | |
| v. | Transferred from the District of New Jersey (Case No. 91-05148) |
| BASIC, INC., ET AL., | E.D. PA CIVIL ACTION NO. 2:09-72535 |
| Defendants. | |

FILED
NOV - 1 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### SUGGESTION OF REMAND

**AND NOW,** this **20th** day of **October, 2010,** it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

    a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

    c.) All discovery has been completed.

    d.) The Court has adjudicated all outstanding motions.

    e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining viable Defendants in this case to proceed to trial are listed in "Exhibit A" attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of New Jersey for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
BASIC, INC.                                represented by **ANTHONY JAMES CARUSO**
                                           PICILLO CARUSO PC
                                           60 US HIGHWAY 46
                                           FAIRFIELD, NJ 07004
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **ARTHUR DAVID BROMBERG**
                                           WEINER LESNIAK, LLP
                                           629 PARSIPPANY ROAD
                                           PARSIPPANY, NJ 07054
                                           973-403-1100
                                           Email: abromberg@weinerlesniak.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**
GEORGIA PACIFIC CORPORATION

**Defendant**
OWENS-ILLINOIS, INC.                       represented by **ANDREW T. BERRY**
                                           (See above for address)
                                           *TERMINATED: 04/06/2010*
                                           *LEAD ATTORNEY*

                                           **JOHN C. GARDE**
                                           MCCARTER & ENGLISH
                                           FOUR GATEWAY CENTER
                                           100 MULBERRY STREET
                                           P.O. BOX 652
                                           NEWARK, NJ 07101
                                           973-639-2032
                                           Email: jgarde@mccarter.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**
JOHN DOE

**Defendant**
NEVADA VERMICULITE LLC
*also known as* INTERNATIONAL VERMICULITE