# MERINGER, ZOIS & QUIGG, LLC

ATTORNEYS AT LAW
320 NORTH CHARLES STREET
BALTIMORE, MD 21201
WWW.MERINGERLAW.COM

443-524-7978

January 7, 2011

**VIA ECF FILING**

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:   *Hubert A. Cheek  v. John Crane-Houdaille, Inc., et al.*
      U.S. District Court for the District of Maryland, Case No. **1:11-cv-00013-BEL**

Dear Mr. Beck:

On behalf of my client, General Electric Company ("GE"), I write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the District of Maryland, Northern Division.

Plaintiff in the above-referenced matter has initiated a personal injury asbestos-related action. Plaintiff Hubert A. Cheek claims he was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407.  Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was filed in the U.S. District Court for the District of Maryland, Northern Division on January 3, 2011.  Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, this panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose Plaintiff's complaint in this action, as well as the Docket Sheet for this case in the U.S. District Court for the District of Maryland, Northern Division.

Plaintiff in this action is represented by John A. Pica, Jr. of the Law Offices of Peter G. Angelos, One Charles Center, 100 N. Charles Street, Suite 2200, Baltimore, MD 21201, Telephone: (410) 649-2020, Facsimile: (410) 649-2112.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Very truly yours,

David J. Quigg

Enclosure

**cc: (via facsimile only) (w/out enclosure)**

John A. Pica, Jr.