IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| HUBERT A. CHEEK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action: **1:11-cv-00013-BEL** |
| | * | |
| JOHN CRANE-HOUDAILLE, INC., et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **7th** day of January, 2011, a copy of the letter dated January 7, 2001 to Michael Beck, Judicial Panel on Multidistrict Litigation was served via CM/ECF upon all counsel of record in the Court's electronic filing system.

/s/  David J. Quigg
Donald S. Meringer, Federal Bar #24408
David J. Quigg, Federal Bar #26401
Meringer, Zois & Quigg, LLC
320 North Charles Street
Baltimore, Maryland 21201
(443) 524-7978
(443) 524-7982 (fax)

*Attorneys for General Electric Company*