ASB

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:11-cv-00013-BEL

Cheek v. John Crane-Houdaille, Inc. et al

Assigned to: Judge Benson Everett Legg

Case in other court: Circuit Court for Baltimore City,
                     Maryland, 24X08000519

Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 01/03/2011

Jury Demand: Plaintiff

Nature of Suit: 368 P.I. : Asbestos

Jurisdiction: Federal Question

**Plaintiff**

**Hubert A. Cheek**                    represented by   **Marlo Ann Trotta**
                                                        Law Offices of Peter G Angelos
                                                        5905 Harford Rd
                                                        Baltimore, MD 21214
                                                        14104263200
                                                        Fax: 14104261269
                                                        Email: mtrotta@lawpga.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Crane-Houdaille, Inc.**        represented by   **Peter Allan Woolson**
                                                        P A Woolson PA
                                                        217 E Redwood St Ste 1600
                                                        Baltimore, MD 21202
                                                        14106250000
                                                        Fax: 14106250201
                                                        Email: pwoolson@pawoolson.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Glass Co.**          represented by   **Steven Andrew Luxton**
*formerly known as*                                     Morgan Lewis and Bockius LLP
Owens-Illinois, Inc.                                    1111 Pennsylvania Ave NW
                                                        Washington, DC 20004
                                                        12027395452
                                                        Fax: 12027393001
                                                        Email: sluxton@morganlewis.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**E.L. Stebbing & Co., Inc.**                    represented by  **Louis E Grenzer , Jr**
                                                 Bodie Nagle Dolina Smith and Hobbs PA
                                                 21 W Susquehanna Ave
                                                 Towson, MD 21204
                                                 14108231250
                                                 Fax: 14102960432
                                                 Email: lgrenzer@bodienagle.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Hampshire Industries, Inc.**                   represented by  **Thomas M Goss**
*formerly known as*                              Goodell DeVries Leech and Dann LLP
John H. Hampshire Co.                            One South St 20th Fl
                                                 Baltimore, MD 21202
                                                 14107834000
                                                 Fax: 14107834040
                                                 Email: tmg@gdldlaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Refractories Company**

**Defendant**

**Garlock Sealing Technologies LLC.,
Inc.**

**Defendant**

**Premier Refractories, Inc.**                   represented by  **Katherine S Duyer**
*formerly known as*                              Gavett and Datt PC
J.H. France Refractories Co.                     15850 Crabbs Branch Way Ste 180
                                                 Rockville, MD 20855
                                                 13019481177
                                                 Fax: 13019484334
                                                 Email: kduyer@gavettdatt.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**The Goodyear Tire & Rubber
Company**                                        represented by  **M King Hill , III**
*formerly known as*                              Venable LLP
Kelly Springfield Tire Company                   210 W. Pennsylvania Avenue
                                                 Suite 500
                                                 Towson, MD 21204
                                                 14104946200
                                                 Fax: 14108210147

Email: mkhill@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Durabla Manufacturing Company**

**Defendant**

**MCIC, Inc.**                              represented by **Louis E Grenzer , Jr**
*and Its Remaining Director Trustees,*                      (See above for address)
*Robert I. McCormick, Elizabeth*                            *LEAD ATTORNEY*
*McCormick and Patricia Schunk*                             *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**                          represented by **Philip A Kulinski**
*and B.F. Sturtevant*                                       Evert Weathersby Houff
*formerly known as*                                         SunTrust Bank Bldg
Westinghouse                                                120 E Baltimore St Ste 1300
                                                            Baltimore, MD 21201
                                                            14105738500
                                                            Fax: 14105738501
                                                            Email: pakulinski@ewhlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Clare Marie Maisano**
                                                            Evert Weathersby Houff
                                                            1300 SunTrust Bldg
                                                            120 E Baltimore St
                                                            Baltimore, MD 21202
                                                            14435738500
                                                            Fax: 14435738501
                                                            Email: cmmaisano@ewhlaw.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**RHI Refractories America**
*also known as*
RHI AG

**Defendant**

**Metropolitan Life Insurance Co.**

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**Certainteed Corporation**
*Individually and as Successor to*
*Bestwall Gypsum Co.*

represented by **Laura A Cellucci**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: lcellucci@milesstockbridge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bondex International, Inc.**

**Defendant**

**RPM, Inc.**
*(Indivually and as Successor in Interest*
*to and/or alter of the Reardon Company*
*and Bondex International)*

**Defendant**

**Kaiser Gypsum Company, Inc.**

**Defendant**

**Union Carbide Corporation**

represented by **R Thomas Radcliffe , Jr**
Dehay and Elliston LLP
36 S Charles St 13th Fl
Baltimore, MD 21201
14107837225
Fax: 14107837221
Email: rtr@dehay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J Parrott**
Dehay and Elliston LLP
36 S Charles St Ste 1300
Baltimore, MD 21201
14107837225
Fax: 14107837221
Email: sjp@dehay.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Paper Company**
*(Individually and as Successor in*
*Interest to CHAMPION*
*INTERNATIONAL CORPORATION and*
*U.S. PLYWOOD CORP.)*

represented by **Philip A Kulinski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case MDL No. 875    Document 6566-2    Filed 01/07/11    Page 5 of 31

Clare Marie Maisano
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Cropscience, Inc.**                represented by **R Thomas Radcliffe , Jr**
*(Individually and as Successor In*                  (See above for address)
*Interest to Benjamin Foster Co.,*                  *LEAD ATTORNEY*
*Amchen Products, Inc. H.B. Fuller Co.,*            *ATTORNEY TO BE NOTICED*
*Aventis CropScience USA, Inc., Rhone-*
*Poulenc AG Company, Inc., Rhone-*                 **Steven J Parrott**
*Poulenc, Inc., and Rhodia, Inc.)*                  (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Cooper Industries, Inc.**                represented by **Thomas Peter Bernier**
*(Individually and as Successor in*                 Segal McCambridge Singer and
*Interest to Crouse Hinds Co.)*                      Mahoney Ltd
                                                     One N Charles St Ste 2500
                                                     Baltimore, MD 21201
                                                     14107793960
                                                     Fax: 14107793967
                                                     Email: TBernier@smsm.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Corporation**                     represented by **Patrick C Smith**
                                                     Powers and Frost LLP
                                                     502 Washington Ave Ste 200
                                                     Nottingham Center
                                                     Towson, MD 21204
                                                     14432799700
                                                     Fax: 14432799704
                                                     Email: psmith@powersfrost.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Square D Company, Inc.**                 represented by **Neil J MacDonald**
*Individually and as Successor in Interest*          Hartel Kane DeSantis MacDonald and
*to Electric Controller and*                         Howie LLP
*Manufacturing Co.*                                  11720 Beltsville Dr Ste 500
                                                     Beltsville, MD 20705
                                                     13014861200
                                                     Fax: 13014860935
                                                     Email: nmacdonald@hartelkane.com
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**The Wallace & Gale Asbestos**          represented by   **Theodore F Roberts**
**Settlement Trust**                                      Venable LLP
                                                          210 W Pennsylvania Ave Ste 500
                                                          Towson, MD 21285
                                                          14104946200
                                                          Fax: 14108210147
                                                          Email: tfroberts@venable.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Conweed Corporation**                   represented by   **Jon W Brassel**
                                                          Brassel Law Group
                                                          900 Bestgate Road
                                                          Suite 402
                                                          Annapolis, MD 21401
                                                          14438379800
                                                          Fax: 14438379801
                                                          Email: jbrassel@brassellaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Corporation**            represented by   **R Thomas Radcliffe , Jr**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven J Parrott**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Hopeman Brothers, Inc.**                represented by   **David W Allen**
                                                          Goodell DeVries Leech and Dann LLP
                                                          One South St 20th Fl
                                                          Baltimore, MD 21202
                                                          14107834000
                                                          Fax: 14107834040
                                                          Email: dwa@gdldlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas M Goss**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Selby, Battersby & Company**      represented by   **Laura A Cellucci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Green, Tweed & Co.**      represented by   **Thomas Peter Bernier**
*(Individually and as Successor in*            (See above for address)
*Interest to Palmetto, Inc.)*                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wayne Manufacturing Corporation**

**Defendant**

**Lofton Corporation**
*(As Successor-in-Interest to Wayne*
*Manufacturing Corporation)*

**Defendant**

**General Refractories Company**

**Defendant**

**Koppers Company, Inc.**

**Defendant**

**General Electric Company**      represented by   **Donald S Meringer**
Meringer, Zois & Quigg, LLC
320 North Charles Street
Baltimore, MD 21201
14435247978
Fax: 14435247982
Email: dmeringer@meringerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J Quigg**
Meringer, Zois & Quigg, LLC
320 North Charles Street
Baltimore, MD 21201
14435247978
Fax: 14435247982
Email: dquigg@meringerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2011 | 1 | NOTICE OF REMOVAL from Circuit Court for Baltimore City, Maryland, case number 24X08000519. ( Filing fee $ 350 receipt number 14637047524), filed by General Electric Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit E-1, # 7 Exhibit E-2, # 8 Exhibit E-3, # 9 Exhibit E-4, # 10 Exhibit E-5, # 11 Exhibit E-6, # 12 Exhibit E-7, # 13 Exhibit E-8, # 14 Exhibit E-9, # 15 Exhibit E-10, # 16 Exhibit E-11, # 17 Exhibit E-12, # 18 Exhibit E-13, # 19 Exhibit E-14, # 20 Exhibit E-15)(ljs, Deputy Clerk) (Entered: 01/05/2011) |
| 01/03/2011 | 2 | NOTICE of Filing of Additional Exhibits to Removal by General Electric Company (Attachments: # 1 Exhibit 17, # 2 Exhibit 18, # 3 Exhibit 19, # 4 Exhibit 20, # 5 Exhibit 21, # 6 Exhibit 22, # 7 Exhibit 23, # 8 Exhibit 24, # 9 Exhibit 25, # 10 Exhibit 26, # 11 Exhibit 27, # 12 Exhibit 28, # 13 Exhibit 29, # 14 Exhibit 30, # 15 Exhibit 31)(ljs, Deputy Clerk) (Entered: 01/05/2011) |
| 01/03/2011 | 3 | COMPLAINT against A.W. Chesterton Company, Bayer Cropscience, Inc., Bondex International, Inc., CBS Corporation, Certainteed Corporation, Conweed Corporation, Cooper Industries, Inc., Durabla Manufacturing Company, E.L. Stebbing & Co., Inc., Foster Wheeler Corporation, Garlock Sealing Technologies LLC., Inc., General Electric Company, General Refractories Company, Green, Tweed & Co., Hampshire Industries, Inc., Hopeman Brothers, Inc., International Paper Company, John Crane-Houdaille, Inc., Kaiser Gypsum Company, Inc., Koppers Company, Inc., Lofton Corporation, MCIC, Inc., Metropolitan Life Insurance Co., Owens-Illinois Glass Co., Pfizer Corporation, Premier Refractories, Inc., RHI Refractories America, RPM, Inc., Selby, Battersby & Company, Square D Company, Inc., The Goodyear Tire & Rubber Company, The Wallace & Gale Asbestos Settlement Trust, Union Carbide Corporation, Universal Refractories Company, Wayne Manufacturing Corporation, filed by Hubert A. Cheek.(ljs, Deputy Clerk) (Entered: 01/05/2011) |
| 01/03/2011 |  | Jury Trial Demand by Hubert A. Cheek. (ljs, Deputy Clerk) (Entered: 01/05/2011) |
| 01/03/2011 | 4 | Summons Issued 60 days as to General Electric Company. (ljs, Deputy Clerk) (Entered: 01/05/2011) |
| 01/03/2011 | 5 | SUMMONS Returned Executed by Hubert A. Cheek. General Electric Company served on 1/26/2009. (ljs, Deputy Clerk) (Entered: 01/05/2011) |
| 01/03/2011 | 6 | ANSWER to 3 Complaint,,, by General Electric Company.(ljs, Deputy Clerk) (Entered: 01/05/2011) |
| 01/03/2011 |  | The above pleadings 3 through 6 are copies filed in the Circuit Court for Baltimore City, Maryland (ljs, Deputy Clerk) (Entered: 01/05/2011) |
| 01/05/2011 | 7 | Standing ORDER re: Removal. Signed by Judge Benson Everett Legg on 1/5/11. (ljs, Deputy Clerk) (Entered: 01/05/2011) |

| 01/05/2011 | | Deficiency Notice as tp John Crane-Hooudaille, Inc., Owens-Illinois Glass Co., E.L. Stebbing & Co., Inc., Hampshire Industries, Inc., Premier Refractories, Inc., The Goodyear Tire & Rubber Company, MCIC, Inc., CBS Corporation, Certainteed Corporation, Union Carbide Corporation, International Paper Company, Bayer Cropscience, Inc., Cooper Industries, Inc., Pfizer Corporation, Square D Company, Inc., The Wallace & Gale Asbestos Settlement Trust, Conweed Corporation, Foster Wheeler Corporation, Hopeman Brothers, Inc., Selby, Battersby & Company, Green, Tweed & Co., General Electric Company Your Local Rule 103.3 disclosure statement has not been filed. The Statement must be filed by 1/18/2011 (ljs, Deputy Clerk) Modified on 1/6/2011 (ljs, Deputy Clerk). (Entered: 01/05/2011) |
| 01/05/2011 | 8 | Local Rule 103.3 Disclosure Statement by General Electric Company. (Quigg, David) (Entered: 01/05/2011) |
| 01/05/2011 | 9 | NOTICE by General Electric Company *of Tag-Along Action* (Quigg, David) (Entered: 01/05/2011) |
| 01/06/2011 | 10 | Local Rule 103.3 Disclosure Statement by Pfizer Inc.. (Smith, Patrick) (Entered: 01/06/2011) |
| 01/06/2011 | 11 | Local Rule 103.3 Disclosure Statement by CBS Corporation. (Maisano, Clare) (Entered: 01/06/2011) |
| 01/06/2011 | 12 | Local Rule 103.3 Disclosure Statement by International Paper Company. (Maisano, Clare) (Entered: 01/06/2011) |
| 01/07/2011 | 13 | Local Rule 103.3 Disclosure Statement by John Crane-Houdaille, Inc. identifying Corporate Parent Smith Group, PLC for John Crane-Houdaille, Inc... (Woolson, Peter) (Entered: 01/07/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/07/2011 10:26:24 | | |
| **PACER Login:** | mz0298 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-00013-BEL |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |

 CT Corporation

**Service of Process Transmittal**
01/26/2009
CT Log Number 514352113



**TO:** Henry King, Attorney
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**RE:** **Process Served in Maryland**

**FOR:** General Electric Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Hubert A. Cheek, Pltf. vs. John Crane-Houdaille, Inc., et al. including General Electric Company, Dfts. |
| **DOCUMENT(S) SERVED:** | Writ of Summons, Short Form Complaint, Prayer for Jury Trial, Attachment, Plaintiff Information, Case Information |
| **COURT/AGENCY:** | Baltimore City Circuit Court, MD<br>Case # 24X08000519 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Incorporated, Baltimore, MD |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/26/2009 postmarked on 01/23/2009 |
| **APPEARANCE OR ANSWER DUE:** | Within 60 days after service of this summons upon you |
| **ATTORNEY(S) / SENDER(S):** | Marlo A. Trotta<br>Law Offices of Peter G. Angelos, P.C.<br>One Charles Center<br>100 N. Charles Street, 22nd Floor<br>Baltimore, MD 21201-3812<br>410-649-2000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/26/2009, Expected Purge Date: 01/31/2009<br>Image SOP<br>Email Notification, Josh Miller josh.miller@electricinsurance.com<br>Email Notification, Lisa DeMario lisa.demario@electricinsurance.com |
| **SIGNED:** | The Corporation Trust Incorporated |
| **PER:** | Billie Swoboda |
| **ADDRESS:** | 300 E. Lombard Street<br>Baltimore, MD 21202 |
| **TELEPHONE:** | 410-539-2837 |

Page 1 of  1 / RL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**CIRCUIT COURT FOR BALTIMORE CITY**
**FRANK M. CONAWAY, CLERK**
**111 NORTH CALVERT STREET - ROOM 462**
**BALTIMORE, MARYLAND 21202**

WRIT OF SUMMONS                    CASE NUMBER: ____ 24x08000519 ____

STATE OF MARYLAND, CITY OF BALTIMORE, TO WIT:

TO:    GENERAL ELECTRIC COMPANY
       SERVE ON: THE CORPORATION TRUST, INC.
       300 East Lombard Street
       Baltimore, MD 21202

You are hereby summoned to file a <u>written</u> response by pleading or motion in this Court to

the attached Complaint filed by _____ HUBERT A. CHEEK  5208 WILKENS AVENUE CATONSVILLE,

MD 21228 _____

within _____ 60 _____ days after service of this summons upon you.

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland.

Date Issued: JAN 2 0 2009 _____
                              FRANK M. CONAWAY, CLERK      Clerk

TO THE PERSON SUMMONED:

    1.   PERSONAL ATTENDANCE IN COURT ON THE DAY NAMED IS NOT REQUIRED .
    2.   FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU .

**SHERIFF'S RETURN**

| | | |
|---|---|---|
| Person Served _____ | Time _____ | Date _____ |
| Person Served _____ | Time _____ | Date _____ |
| *Non Est* (Reason) _____ | | |
| Fee $_____ | Sheriff _____ | |

NOTE:
1.  This summons is effective for service only if served within 60 days after the date it is issued.
2.  Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason.
3.  Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.  If this summons is served by private process, Process server shall file a separate affidavit as required by Rule 2-126(a).

HUBERT A. CHEEK                                    *
5208 Wilkins Avenue
Catonsville, MD 21228                              *          IN THE

    Plaintiffs                               *          CIRCUIT COURT

VS                                                *          FOR

JOHN CRANE-HOUDAILLE, INC.                        *          BALTIMORE CITY
Morton Grove, IL  60053
                                                  *          CT-4    OTHER ASBESTOS
Serve On:                                                    CASES
President                                         *
John Crane-Houdaille, Inc.
6400 Oakton Street                                *          CASE NO. : 24X08000519
Morton Grove, IL  60053
                                                  *
and
                                                  *
OWENS-ILLINOIS GLASS CO.,
f/k/a OWENS-ILLINOIS, INC.                        *
P.O. Box 1035
Toledo, OH  43604                                 *

Serve On:                                         *
Owens-Illinois, Inc.-Legal Dept.
One Michael Owens Way                             *
Perrysburg, OH 43351-2999
                                                  *
and
                                                  *
E.L. STEBBING & CO., INC.
1600 Clough Street                                *
Baltimore, MD  21213
                                                  *
Serve On:
John J. Nagle III                                 *
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Ave.                            *
Towson, MD 21204
                                                  *
and
                                                  *
HAMPSHIRE INDUSTRIES, INC.
f/k/a JOHN H. HAMPSHIRE CO.                        *
320 West 24th Street
Baltimore, MD  21211                              *

Serve On:                                         *
Resident Agent

Charles E. Fry, Jr.                                  *
Secretary/Treasurer
320 W. 24th Street                                   *
Baltimore, MD  21211
                                                     *
and
                                                     *
UNIVERSAL REFRACTORIES COMPANY
P.O. Box 97                                          *
Wampum, PA  16151
                                                     *
Serve On:
Jim M. Blundon, Esq.                                 *
C/o Three Rivers Management, Inc.
One Oxford Centre, Suite 3000                        *
Pittsburgh, PA  15219
                                                     *
and
                                                     *
GARLOCK SEALING TECHNOLOGIES LLC.
1666 Division Street                                 *
Palmyra, NY 14522
                                                     *
Serve On:
Garlock, Inc.                                        *
1666 Division Street
Palmyra, NY 14522                                    *

and                                                  *

PREMIER REFRACTORIES, INC., f/k/a                    *
J.H. FRANCE REFRACTORIES CO.
c/o CT Corporation System                            *
1635 Market Street
Philadelphia, PA 19103                               *

Serve On:                                            *
C/O Donald E. Ward, President
Special Claims Services, Inc.                        *
809 Coshocton Avenue, Suite I
Mount Vernon, Ohio 43050                             *

and                                                  *

THE GOODYEAR TIRE & RUBBER                           *
COMPANY, f/k/a KELLY SPRINGFIELD TIRE
COMPANY                                              *
1144 E. Market Street
Akron, OH  44316                                     *

Serve On:                                          *
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Suite 1660                       *
Baltimore, MD 21202
                                                    *
and
                                                    *
DURABLA MANUFACTURING COMPANY
821 Lancaster Avenue                                *
Strafford-Wayne, PA 19087
                                                    *
Serve On:                                           *
William F. Mueller, Esquire
Clemente, Mueller & Tobia, P.A.                     *
218 Ridgedale Avenue
P.O. Box 1296                                       *
Morristown, NJ 07962-1296
                                                    *
and
                                                    *
MCIC, INC., and
Its Remaining Director Trustees,                    *
Robert I. McCormick,
Elizabeth McCormick and                             *
Patricia Schunk
                                                    *
Serve On:                                           *
John J. Nagle, III, Esquire
Bodie, Nagle, Dolina, Smith                         *
& Hobbs, P.A.
21 West Susquehanna Avenue                          *
Towson, Maryland 21204
                                                    *
and
                                                    *
CBS CORPORATION, f/k/a
WESTINGHOUSE                                        *
and B.F. STURTEVANT
Westinghouse Bldg.                                  *
Gateway Center
Pittsburgh, PA  15222                               *

Serve On:                                           *
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Ste. 1660                        *
Baltimore, MD 21202
                                                    *
and
                                                    *
GENERAL ELECTRIC COMPANY

1 River Road                                        *
Schenectady, NY
                                                    *

Serve On:                                           *
Resident Agent:
The Corporation Trust, Inc.                          *
300 E. Lombard Street
Baltimore, MD  21202                                *

                                                    *
and
                                                    *

RHI REFRACTORIES AMERICA                            *
a/k/a RHI AG
600 Grant Street                                    *
Floor 51
Pittsburgh, PA 15219                                *

Serve On:                                           *
Chief Executive Officer Guenter Karhut              *
600 Grant Street
Floor 51                                            *
Pittsburgh, PA 15219
                                                    *
and
                                                    *
METROPOLITAN LIFE INSURANCE CO.
                                                    *
SERVE ON:
Teresa Wynn Roseborough                             *
Metropolitan Life Insurance Company
1 METLIFE PLAZA                                     *
27-01 QUEENS PLAZA NORTH, 6TH FLOOR,
LEGAL DEPARTMENT                                    *
LONG ISLAND CITY, NY 11101
                                                    *
and
                                                    *
A.W. CHESTERTON COMPANY
Middlesex Industrial Park                           *
Stoneham, MA  02180
                                                    *
Serve On:
Gail Constantine                                    *
P.O. Box 4004
Woburn, MA 01888-4004                               *

                                                    *
and
                                                    *
CERTAINTEED CORPORATION
Individually and as Successor to

Bestwall Gypsum Co.
750 E. Swedesford Road
Valley Forge, PA 19482

Serve On:
The Corporation Trust, Inc.
300 East Lombard Street
Baltimore, MD 21202

and

BONDEX INTERNATIONAL, INC.
707 Spirit, 40 Park Drive
Suite 130
Chesterfield, MO 63005

Serve On:
Resident Agent
707 Spirit, 40 Park Drive
Suite 130
Chesterfield, MO 63005

and

RPM, INC., (Individually and as Successor in
Interest to and/or alter ego of The Reardon
Company and Bondex International)

Serve On:
Prentice-Hall Corporation
50 West Broad Street
Suite 1800
Columbus, Ohio 43215

and

KAISER GYPSUM COMPANY, INC.
John Bosche, Secretary
300 Lakeside Drive
Oakland, California 94612

Serve On:
CT Corporation Systems
818 W. 7th Street
Los Angeles, California 90017

and

UNION CARBIDE CORPORATION
30 East 42nd Street

New York, New York 10017                              *

Serve On:                                            *
The Corporation Trust, Inc.
300 East Lombard Street                              *
Baltimore, Maryland 21202
                                                     *
and                                                  *

INTERNATIONAL PAPER COMPANY                          *
(Individually and as Successor in Interest to
CHAMPION INTERNATIONAL                               *
CORPORATION and U.S. PLYWOOD CORP.)
Stamford, Connecticut                                *

Serve On:                                            *
The Corporation Trust, Inc.
300 East Lombard Street                              *
Baltimore, Maryland 21202
                                                     *
and                                                  *

BAYER CROPSCIENCE, INC.                              *
(Individually and as Successor In Interest
to Benjamin Foster Co., Amchem Products, Inc.        *
H.B. Fuller Co., Aventis CropScience USA, Inc.,
Rhone-Poulenc AG Company, Inc.,                      *
Rhone-Poulenc, Inc.  and Rhodia, Inc.
600 Madison Avenue                                   *
New York, NY 10022
                                                     *
Serve On:
CSC Lawyers Incorporating Service Company            *
7 St. Paul Street, Suite 1660
Baltimore, MD 21202                                  *

and                                                  *

COOPER INDUSTRIES, INC.                              *
(Individually and as Successors in Interest to
Crouse Hinds Co.)                                    *
2700 Two Houston Center
Houston, Texas  77002                                *

Serve On:                                            *
Corporation Trust Co.
1209 Orange Street                                   *
Wilmington, DE 19801
                                                     *
and

PFIZER CORPORATION                                        *
235 East 42nd Street
New York, NY  10017                                       *

Serve On:                                                 *
President
235 East 42nd Street                                      *
New York, NY  10017
                                                          *
and
                                                          *

SQUARE D COMPANY, Individually
and as Successor in Interest to Electric                  *
Controller and Manufacturing Co.
1415 S. Roselle Road                                      *
Palatine, IL.  60067
                                                          *
Serve On:
CSC Lawyers Incorporations Service Company                *
7 St. Paul Street, Suite 1660
Baltimore, MD 21202                                       *

and                                                       *

THE WALLACE & GALE ASBESTOS                               *
SETTLEMENT TRUST
                                                          *
Serve on:
Margaret Fonshall Ward                                    *
Moore & Jackson
305 Washington Avenue, Suite 401                          *
Towson, Maryland 21204
                                                          *
and
                                                          *
CONWED CORPORATION
332 Minnesota Street                                      *
St. Paul, Minnesota  55101
                                                          *
Serve On:
The Corporation Trust Company                             *
Corporation Trust Center
1209 Orange Street                                        *
Wilmington, Delaware 19801
                                                          *
and
                                                          *
FOSTER WHEELER CORPORATION
110 S. Orange Avenue                                      *
Livingston, NJ  07039

```
                                              *
Serve On:                                     *
President
Perryville Corporate Park                     *
Clinton, NJ  08809-4000
                                              *

and                                           *


HOPEMAN BROTHERS, INC.                        *
P.O. Box 820
Waynesboro, VA  22980                         *


Serve On:                                     *
President
P.O. Box 820                                  *
Waynesboro, VA  22980
                                              *

and                                           *


SELBY, BATTERSBY & COMPANY                    *
5235 Whitby Avenue
Philadelphia, PA                              *


Serve On:                                     *
Francis McGill Hadden, Esquire
Hecker Brown Sherry and Johnson               *
1700 Two Logan Square
18th and Arch Streets                         *
Philadelphia, PA  19103


and                                           *


GREEN, TWEED & CO.                            *
(Individually and as Successor in Interest
to Palmetto, Inc.)                            *
2075 Detwiler Road
Kulpsville, PA.  19443                        *


Serve On:                                     *
President and/or Resident Agent
Green, Tweed & Co.                            *
2075 Detwiler Road
Kulpsville, PA.  19443                        *


and                                           *


ON Marine Services Company,                   *
Formally Oglebay Norton Company
1100 Superior Avenue                          *
Cleveland, OH 44114
```

SERVE ON: National Registered Agents, Inc.                    *
145 Baker Street
Marion, OH 43302                                               *

                                                              *
and
                                                              *
FOSECO, INC.
                                                              *
Serve On:
Corporation Trust Co.                                         *
1209 E. Orange Street
Wilmington, DE  19801                                         *

                                                              *
and
                                                              *
WAYNE MANUFACTURING
CORPORATION                                                   *
P.O. Box 820
Waynesboro, Va. 22980                                         *

Serve on:                                                     *
David Allen, Esquire
1 South Street, 20th Floor                                    *
Baltimore, MD 21202
                                                              *
and
                                                              *
LOFTON CORPORATION
(As Successor-in-Interest to                                  *
Wayne Manufacturing Corporation)
Route 666                                                     *
P.O. Box 478
Greenville, Virginia 24440                                    *

Serve on:                                                     *
David Allen, Esquire
1 South Street, 20th Floor                                    *
Baltimore, MD 21202
                                                              *
and
                                                              *
GENERAL REFRACTORIES COMPANY
600 Grant Street, Rm. 3000                                    *
Pittsburgh, PA
                                                              *
Serve On:
President                                                     *
c/o Law Department
225 City Line Avenue                                          *
Bala Cynwyd, PA  19904

and                                              *

                                                 *

KOPPERS COMPANY, INC.
Koppers Building                                 *
Pittsburgh, PA
                                                 *
Serve On:
                                                 *
The Corporation Trust, Inc.
300 East Lombard Street                          *
Baltimore, MD  21202
                                                 *
        Defendants
                                                 *


        *********************************************

## SHORT FORM COMPLAINT AND
## PRAYER FOR JURY TRIAL

Hubert A. Cheek, Plaintiff, by his undersigned attorneys, sue the Defendants captioned above and

hereby adopt and incorporate by reference the causes of action and respective paragraphs set forth in the

Other Asbestos Cases Master Complaint as follows:

**As to Plaintiff Hubert A. Cheek:**

**Introduction** - paragraphs 1-6.

1.  **Count One - Strict Liability** - paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, and 11;

2.  **Count Two - Breach of Warranty** - paragraphs 12, 13 and 14;

3.  **Count Three - Negligence** - paragraphs 15, 16, 17, 18 and 19;

4.  **Count Four - Fraud** - paragraphs 20, 21, 22, 23, 24 and 25;

5.  **Count Five  - Conspiracy** - paragraphs 26, 27, 28, 29 and 30;

6.  **Count Six - Market Share Liability** - paragraphs 31, 32 and 33.

/s/ *Marlo A. Trotta*
Marlo A. Trotta

LAW OFFICES OF PETER G. ANGELOS, P.C.
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201-3812
410-649-2000

*Attorney for Plaintiffs*

## PRAYER FOR JURY TRIAL

Plaintiffs elect to have their case tried before a jury.

/s/  Marlo A. Trotta
Marlo A. Trotta

*Attorney for Plaintiffs*

| | | |
|---|---|---|
| HUBERT A. CHEEK | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| | * | FOR |
| v. | | |
| | * | BALTIMORE CITY |
| JOHN CRANE-HOUDAILLE, INC., et al. | * | |
| | * | |
| | | Case No. |
| Defendants | * | |
| | * | CT-4 OTHER ASBESTOS CASES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ATTACHMENT TO
## SHORT FORM COMPLAINT

In accordance with Baltimore City Pretrial Order No. 1, paragraph 3(b), please be advised of the following with respect to the above captioned case.

1. Plaintiff was diagnosed with Lung Cancer on May 21, 2008 and asbestosis and non-malignant pleural changes on June 14, 2006.

2. Plaintiff's social security printout is not available at this time.

/s/   Marlo A. Trotta
Marlo A. Trotta

Law Offices of Peter G. Angelos
A Professional Corporation
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201-3812
410-649-2000
Attorney for Plaintiffs

IN RE:      ASBESTOS PERSONAL        *      IN THE
            INJURY AND WRONGFUL
            DEATH ASBESTOS CASES     *      CIRCUIT COURT

                                     *      FOR BALTIMORE CITY

*******************************

HUBERT A. CHEEK                      *

    Plaintiff                    *

vs.                                  *      DOCKET NO.:

JOHN CRANE-HOUDAILLE, INC.,          *      CT-4   OTHER ASBESTOS CASES
et al.
                                     *
    Defendants
                        **********************************

## INACTIVE CIVIL DOCKET PLAINTIFF INFORMATION FORM

1. Claimant's Name _____ Cheek _____ Hubert _____ A. _____
                         Last          First          Middle

2. Claimant's Address _____ 5208 Wilkins Avenue _____

                          _ Catonsville, Maryland 21228 _____

3. Claimant's Social Security Number ____ 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 _____

4. Claimant's Date of Birth ___ 5/26/32 _____

5. Claimant's Marital Status: Married __ Single _X_

                    Separated ___ Widow __ Divorced __

6.   If the Claimant is a different person than the person whose alleged injurious exposure to asbestos gives rise to this claim, give the following information concerning the alleged exposed person:

Name _____
    Last                      First          Middle

Date of Birth _____

Date of Death (if applicable) _____

Cause of Death (if applicable)_____

Social Security Number _____

Claimant's relationship to alleged exposed person:

_____

7. Claimant/Alleged Exposed Person's occupation when exposed to asbestos:

 Assembly worker, machinist, laborer, fireman, secondary exposure through father – welder, laborer 

8. Claimant/Alleged Exposed Person's beginning and ending dates  (month/year to month/year) of exposure to asbestos:

From: ___1941___ To: __1970's__

9. Specific asbestos-related condition claimed to exist (check all that apply):

| | | | |
|---|---|---|---|
| Non-malignant pleural changes | _X_ | Dx Date | _6/14/06_ |
| Asbestosis | _X_ | Dx Date | _6/14/06_ |
| Mesothelioma | ____ | Dx Date | _____ |
| Bronchogenic (Lung) Carcinoma | _X_ | Dx Date | _5/21/08_ |
| Other Cancer | ____ | Dx Date | _____ |
| Other Condition (specify) | ____ | Dx Date | _____ |

10. The following material is attached in support of the claim that the conditions indicated in paragraph 9 above are asbestos related (include all required by the Rule):

| | | | |
|---|---|---|---|
| Chest X-ray Report | __ | Dated | _____ |
| Pulmonary Function Test | __ | Dated | _____ |
| Pathology Reports | __ | Dated | _____ |
| Report of Pulmonary Specialist | __ | Dated | _____ |
| Report of B-Reader | __ | Dated | _____ |
| Report of Cancer Specialist | __ | Dated | _____ |
| Other (specify) _____ | __ | Dated | _____ |

11.   Name of each company that would be sued as a defendant if the case were placed on the active docket:

John Crane Houdaille; Owens-Illinois; E.L. Stebbing; Hampshire Industries; Universal Refractories; Premier Refractories; Goodyear Tire & Rubber; Durabla; General Electric; CBS Corp.; MCIC; RHI Refractories America; Metropolitan Life Insurance; A.W. Chesterton; Certainteed; Bondex International; RPM, Inc.; Kaiser Gypsum; Union Carbide; International Paper; Bayer Cropscience; Cooper Industries; Conwed Corp., Garlock, Inc.; Square D; Wallace & Gale; General Refractories; Green Tweed & Co.; Foster Wheeler; Hopeman Brothers; Selby Battersby; Green Tweed & Co.; On Marine Services Company; Foseco, Inc.; Koppers; Wayne Manufacturing; Lofton Corp.

12.   Name, address and telephone number of claimant's counsel:

Marlo A. Trotta, Esquire
Law Offices of Peter G. Angelos
A Professional Corporation
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201-3812
410-649-2000

13.   Certification:  I do hereby certify in accordance with the provisions of the Maryland Rules of Procedure that I am counsel for the above-named Claimant, that the information set forth to support the claim being filed herein is true and correct, that no payment for this claim or one substantially similar to it as to this Claimant has been received from any entity listed in Paragraph 11 above, and that there is no proceeding pending in this or any other jurisdiction on behalf of the claimant or exposed person listed herein which is substantially similar to the present claim in its factual allegations.

/s/ Marlo A. Trotta
Marlo A. Trotta
Claimant's Counsel

## CERTIFICATE OF SERVICE

See Attached Complaint

CIRCUIT COURT FOR _____ BALTIMORE CITY _____
City or County

## CIVIL----NON-DOMESTIC CASE INFORMATION REPORT

*Directions:*
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of the Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111. *A copy must be included for each defendant to be served.*
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.***

FORM FILED BY: **x** PLAINTIFF ___ DEFENDANT      CASE NUMBER: _____
(Clerk to insert)

CASE NAME: **HUBERT A. CHEEK** _____ v ___ **JOHN CRANE-HOUDAILLE, INC., et al.**
Plaintiff                                                                    Defendant

JURY DEMAND: **x** Yes ___ No          Anticipated length of trial: _____ hours or _____ days

RELATED CASE PENDING? ___ Yes **x** No      If yes, Case #(s), if known: _____

HAS ALTERNATIVE DISPUTE RESOLUTION (ADR):     Been Tried? ___ Yes ___ No
                                                                                      Requested? ___ Yes ___ No

If yes, specify: _____ **N/A** _____

Special Requirements? ___ Interpreter/communication impairment
                                   ___ Other ADA accommodation: _____

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF |
|---|---|---|
| **TORTS** | **LABOR** | **A. TORTS** |
| ___ Motor Tort | ___ Workers' Comp. | ___ Under $7,500    ___ Medical Bills |
| ___ Premises Liability | ___ Wrongful Discharge | ___ $7,500 - $50,000    $_____ |
| ___ Assault & Battery | ___ EEO | ___ $50,000 - $100,000    ___ Property Damages |
| **x** Product Liability | ___ Other _____ | ___ Over $100,000    $_____ |
| ___ Professional Malpractice | **CONTRACTS** |      ___ Wage Loss |
| ___ Wrongful Death | ___ Insurance | **See Master Asbestos**    $_____ |
| ___ Business & Commercial | ___ Confessed Judgment | **Complaint** |
| ___ Libel & Slander | ___ Other _____ | |
| ___ False Arrest/Imprisonment | | **B. CONTRACTS**     **C. NON MONETARY** |
| ___ Nuisance | **REAL PROPERTY** |                     **RELIEF** |
| ___ Toxic Torts | ___ Judicial Sale | ___ Under $10,000    ___ Declaratory Judgment |
| ___ Fraud | ___ Condemnation | ___ $10,000 - $20,000    ___ Injunction |
| ___ Malicious Prosecution | ___ Landlord Tenant | ___ Over $20,000    ___ Other |
| ___ Lead Paint | ___ Other _____ | _____ |
| **x** Asbestos | **OTHER** | |
| ___ Other | ___ Civil Rights | |
| _____ | ___ Environmental | |
| | ___ ADA | |
| | ___ Other _____ | |

**TRACK REQUEST**

*With the exception of Baltimore County, Baltimore City, and Prince George's County, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.*

___ ½ day of trial or less          ___ 3 days of trial time
___ 1 day of trial time             ___ More than 3 days of trial time
___ 2 days of trial time

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR*
*PRINCE GEORGE'S COUNTY, PLEASE SEE REVERSE SIDE OF FORM FOR INSTRUCTIONS.*

Date: __12/16/08__          Signature: _/s/ Marlo A. Trotta_ _____
                                                  Marlo A. Trotta

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (check only one)

| | | |
|---|---|---|
| ___ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ___ | Standard-Short | Trial seven months from Defendant's response. Includes torts with actual damages up to $7,500; contract claims up to $20,000; condemnations; injunctions and declaratory judgments. |
| ___ | Standard-Medium | Trial 12 months from Defendant's response. Includes torts with actual damages over $7,500 and under $50,000, and contract claims over $20,000. |
| __ | Standard-Complex | Trial 18 months from Defendant's response. Includes complex cases requiring prolonged discovery with actual damages in excess of $50,000. |
| ___ | Lead Pain | Trial per model order. |
| _x_ | Asbestos | Events and deadlines set by individual judge. |
| ___ | Protracted Cases | Complex cases designated by the Administrative Judge. |

## CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | | |
|---|---|---|
| ___ | TRACK I | Cases having Judicially-assessed values under $25,000. |
| ___ | TRACK II | Cases having Judicially-assessed values greater than $25,000 but not complex litigation. |
| ___ | TRACK III | Non-jury. |
| ___ | TRACK IV | Statutory Priority Jury Track. |
| ___ | TRACK V | Complex Litigation (Business, Tort, Orphan's Court Appeals). |

| LIABILITY FACTORS | | | INJURY FACTORS | |
|---|---|---|---|---|
| ___ Rear-end | ___ Left-hand Turn | | ___ Soft Tissue | ___ Herniated Disk |
| ___ Slip and Fall | ___ Other: | | ___ Broken Bones | ___ Severe Head Injury |
| ___ Intersection | _____ | | ___ Joint Damages | ___ Other: |
| ___ Changing Lanes | | | (knee, ankle, etc.) | _____ |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ___ | Expedited (Trial Date–90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ___ | Standard (Trial Date–240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, Intentional Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ___ | Extended Standard (Trial Date–345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ___ | Complex (Trial Date–450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

**LAW OFFICES**
**PETER G. ANGELOS**
One Charles Center
100 N. Charles Street - 22nd Floor
Baltimore, MD 21201

RESTRICTED DELIVERY

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7008 0500 0000 9156 2629

049.82038903

$ 10.540
01/23/2009
Mailed From: 21201
US POSTAGE

GENERAL ELECTRIC COMPANY
SERVE ON: THE CORPORATION TRUST, INC.
300 East Lombard Street
Baltimore, MD 21202