UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **01/07/2011**

District Court:   District of South Carolina

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL