

James C. Pettis, Esq.
Direct: (310) 576-2182
james.pettis@bryancave.com

January 7, 2011

**VIA ECF**

Clerk of the Panel
United States Judicial Panel on Multi-District Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8041

Re: <u>In re Asbestos Products Liability Litigation (No. VI)</u>
MDL 875 Proceedings

Dear Clerk of the Panel:

Pursuant to Rule 7.1(a) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, McDONNELL DOUGLAS CORPORATION, to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

**<u>Timothy Vest and Caroline Vest v. Allied Packing & Supply, Inc., et al.</u>**

This asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. Case No. CV-11-00071 LB. The action was originally filed in the Alameda County Superior Court (Case No. RG09489518) on December 17, 2009, and removed to the Northern District of California on January 6, 2011.

As the enclosed Second Amended Complaint indicates, this action involves questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno. We respectfully request that your "tag-along" procedures be utilized to transfer the <u>Vest</u> action to the MDL 875 proceedings pending before Judge Robreno of the Eastern District of Pennsylvania for coordinated pre-trial proceedings.

Copies of this letter (without enclosure) have been served on all counsel in the <u>Vest</u> action. Additionally, a copy of this letter is being filed with the District Court before whom the <u>Vest</u> action is pending. We have sent a copy of this submission to the

Bryan Cave LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
Tel (310) 576-2100
Fax (310) 576-2200
www.bryancave.com

Bryan Cave Offices
Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Milan
New York
Paris
Phoenix
San Francisco
Shanghai
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Bryan Cave Strategies
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com
Washington, DC
St. Louis

818948\0307472

Bryan Cave LLP

Clerk of the Panel
January 7, 2011
Page 2

Clerk of the Court for the Eastern District of Pennsylvania and to Judge Robreno, to whom the previously transferred asbestos actions have been assigned.

Sincerely yours,

*[signature]*

James C. Pettis

JCP/kmm
Enclosure

cc: Clerk of the Court (w/o encl.)
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Clerk of the Court (w/encl.)
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106

Hon. Eduardo C. Robreno (w/encl.)
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 11614
Philadelphia, PA 19106

Robert E. Boone, III, Esq.

818948\0307472