| | |
|---|---|
| Robert E. Boone III, California Bar No. 132780<br>James C. Pettis, California Bar No. 223953<br>Linda C. Hsu, California Bar No. 239880<br>**BRYAN CAVE LLP**<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Telephone: (310) 576-2100<br>Facsimile: (310) 576-2200<br>Emails: reboone@bryancave.com<br>james.pettis@bryancave.com<br>linda.hsu@bryancave.com<br><br>Attorneys for Defendant<br>McDONNELL DOUGLAS CORPORATION | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY VEST and CAROLINE VEST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING AND SUPPLY, *et al.*,<br><br>Defendants. | Case No. C11-00061 LB<br><br>Assigned for all purposes to:<br>Hon. Laurel Beeler<br><br>**PROOF OF SERVICE OF NOTICE OF POTENTIAL TAG-ALONG**<br><br>Complaint filed: December 17, 2009<br>Trial Date: February 14, 2011 |

819219\0307472

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On January 7, 2011, I served the foregoing document, described as **NOTICE OF POTENTIAL TAG-ALONG**, on each interested party in this action, as follows:

## SEE ATTACHED SERVICE LIST.

☒ (BY MAIL) I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FEDEX) I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number set forth above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☐ (BY E-MAIL, pursuant to agreement of the parties) I caused a true copy of the foregoing document to be served by e-mail at the e-mail address(es) set forth above. Each e-mail was complete and no reports of error were received.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 7, 2011, at Santa Monica, California.

       *[s] Karen Minutelli*
       Karen Minutelli

| | | |
|---|---|---|
| 1<br>2 | SERVICE LIST *Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.* Northern District of California Case No. C11-00061 LB | |
| 3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | *Attorneys for Plaintiffs*<br>TIMOTHY VEST AND CAROLINE VEST | Justin A. Bosl, Esq.<br>Andrea Huston, Esq.<br>Elina Agnoli, Esq.<br>KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br>Email: jbosl@kazanlaw.com<br>ahuston@kazanlaw.com<br>eagnoli@kazanlaw.com |
| 12<br>13<br>14<br>15<br>16<br>17 | *Attorneys for Defendant*<br>ALLIED PACKING AND SUPPLY | Alan J. Zapala, Esq.<br>HERR & ZAPALA<br>152 North 3rd Street, Suite 500<br>San Jose, CA 95112<br>Telephone: (408) 287-7788<br>Facsimile: (408) 927-0408<br>Email: ajz@mylawfirm.com |
| 18<br>19<br>20<br>21<br>22<br>23<br>24 | *Attorneys for Defendant*<br>ALTA BUILDING MATERIALS CO. | Richard D. Dumont, Esq.<br>Timothy F. Barteau, Esq.<br>SELMAN BREITMAN LLP<br>33 New Montgomery Street, Sixth Floor<br>San Francisco, CA 94105<br>Telephone: (415) 979-0400<br>Facsimile: (415) 979-2099<br>Email: rdumont@selmanbreitman.com<br>tbarteau@selmanbreitman.com |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

819219\0307472

PROOF OF SERVICE

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. C11-00061 LB | |
| *Attorneys for Defendant*<br>DEAN'S MATERIALS, INC. dba<br>CONSTRUCTION MATERIAL<br>SUPPLIER | Mary K. Hillyard, Esq.<br>Jennifer M. Ways, Esq.<br>PRINDLE, AMARO, GOETZ, HILLYARD,<br>BARNES & REINHOLTZ LLP<br>One California Street<br>Suite 1910<br>San Francisco, CA 94104<br>Telephone: (415) 788-8354<br>Facsimile: (415) 788-3625<br>Email: mhillyard@prindlelaw.com<br>jways@prindlelaw.com |
| *Attorneys for Defendant*<br>DOWMAN PRODUCTS, INC. | Michael T. McCall, Esq.<br>Katherine M. Watts, Esq.<br>WALSWORTH, FRANKLIN, BEVINS<br>& McCALL, LLP<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 781-7072<br>Facsimile: (415) 391-6258<br>Email: mmccall@wfbm.com<br>kwatts@wfbm.com |
| *Attorneys for Defendant*<br>GARLOCK SEALING<br>TECHNOLOGIES LLC | David M. Glaspy, Esq.<br>Brian S. O'Malley, Esq.<br>GLASPY & GLASPY<br>One Walnut Creek Center<br>100 Pringle Ave., Suite 750<br>Walnut Creek, CA 94596<br>Telephone: (925) 947-1300<br>Facsimile: (925) 947-1594<br>Email: dglaspy@glaspy.com<br>bomalley@glaspy.com |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# SERVICE LIST
*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*
**Northern District of California Case No. C11-00061 LB**

| | |
|---|---|
| *Attorneys for Defendant*<br>GEORGE E. MASKER, INC. | Thomas F. Vandenburg, Esq.<br>Rafael Contreras Sweet, Esq.<br>DONGELL LAWRENCE FINNEY LLP<br>707 Wilshire Boulevard, 45th Floor<br>Los Angeles, CA 90017-3609<br>Telephone: (213) 943-6100<br>Facsimile: (213) 943-6101<br>Email: tvandenburg@dlflawyers.com<br>rsweet@dlflawyers.com<br><br>Michael L. Mau, Esq.<br>THE MAU LAW FIRM<br>950 Harrison Street, Suite 213<br>San Francisco, CA 94107-1078<br>Telephone: (415) 495-8082<br>Facsimile: (415) 495-8084<br>Email: maulawsf@hotmail.com |
| *Attorneys for Defendant*<br>GEORGIA PACIFIC LLC<br>*fka* GEORGIA PACIFIC CORPORATION | Diane T. Gorczyca, Esq.<br>Brien F. McMahon, Esq.<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Telephone: (415) 344-7000<br>Facsimile: (415) 344-7288<br>Email: dgorczyca@perkinscoie.com<br>bmcmahon@perkinscoie.com |
| *Attorneys for Defendants*<br>HENKEL CORPORATION<br>*fka* HENKEL LOCTITE CORPORATION, and sii to certain assets of the former DEXTER CORPORATION | Mark Intrieri, Esq.<br>Jessica A. Fakhimi, Esq.<br>CHAPMAN & INTRIERI LLP<br>2236 Mariner Square Drive, Suite 300<br>Alameda, CA 94501-1019<br>Telephone: (510)864-3600<br>Facsimile: (510) 864-3601<br>Email:: mintrieri@chapmanandintrieri.com<br>markintrieri@yahoo.com<br>jfakhimi@chapmanandintrieri.com |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. C11-00061 LB | |
| *Attorneys for Defendant*<br>HEXCEL CORPORATION | Mark Geraghty, Esq.<br>McKENNA, LONG & ALDRIDGE LLP<br>300 S. Grand Avenue, 14th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 688-1000<br>Facsimile: (213) 243-6330<br>Email: mgeraghty@mckennalong.com<br><br>Paul Bird, Esq.<br>McKENNA, LONG & ALDRIDGE<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>Telephone: (415) 267-4000<br>Facsimile: (415) 267-4198<br>Email: pbird@mckennalong.com |
| *Attorneys for Defendants*<br>KAISER GYPSUM COMPANY, INC.<br>and HANSON PERMANENTE<br>CEMENT, INC. *fka* KAISER<br>CEMENT CORPORATION | Jennifer Judin, Esq.<br>Annie Wu, Esq.<br>DEHAY & ELLISTON, LLP<br>1300 Clay Street, Suite 840<br>Oakland, CA 94612<br>Telephone: (510) 285-0750<br>Facsimile: (510) 285-0740<br>Email: jjudin@dehay.com<br>awu@dehay.com |
| *Attorneys for Defendant*<br>KENTILE FLOORS, INC. | David M. Glaspy, Esq.<br>Brian S. O'Malley, Esq.<br>GLASPY & GLASPY<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, California 94596<br>Telephone: (925) 947-1300<br>Facsimile: (925) 947-1594<br>Email: dglaspy@glaspy.com<br>bomalley@glaspy.com |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

819219\0307472

4

PROOF OF SERVICE

**SERVICE LIST**
*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*
**Northern District of California Case No. C11-00061 LB**

| | |
|---|---|
| *Attorneys for Defendants*<br>LATHROP CONSTRUCTION ASSOCIATES, INC.; LATHROP CONSTRUCTION ASSOC., INC. *sii/pae/et* F.P. LATHROP CONSTRUCTION ASSOC, INC. *sii/pae/et* F.P. LATHROP CONSTRUCTION; F.P. LATHROP CORPORATION | Michael Bolechowski, Esq.<br>Mary Ellen Gambino, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2722<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br>Email: michael.bolechowski@wilsonelser.com<br>mary.gambino@wilsonelser.com |
| *Attorneys for Defendant*<br>METROPOLITAN LIFE INSURANCE COMPANY | Ruth D. Kahn, Esq.<br>STEPTOE & JOHNSON<br>633 West Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br>Email: rkahn@steptoe.com |
| *Attorneys for Specially Appearing Defendant*<br>THE PORT OF OAKLAND | Merton A. Howard, Esq.<br>HANSON BRIDGETT LLP<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>Email: mhoward@hansonbridgett.com<br><br>Michele Heffes, Esq.<br>PORT OF OAKLAND LEGAL DEPARTMENT<br>530 Water Street, 4th Floor<br>P.O. Box 2064<br>Oakland, CA 94607<br>Telephone: (510) 627-1348<br>Facsimile: (510) 444-2093<br>Email: mheffes@portoakland.com |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

| | |
|---|---|
| **SERVICE LIST** *Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.* **Northern District of California Case No. C11-00061 LB** | |
| *Attorneys for Defendant* WORLD AIRWAYS, INC. | Jim Goldberg, Esq. Stephanie A. Blazewicz, Esq. BRYAN CAVE LLP Two Embarcadero Center Suite 1410 San Francisco, CA 94111-3907 Telephone: (415) 675-3400 Facsimile: (415) 675-3434 Email: jim.goldberg@bryancave.com  stephanie.blazewicz@bryancave.com |
| *Attorneys for Defendants* DESIGNATED DEFENSE COUNSEL | Calendar Dept. BERRY & BERRY PO Box 16070 Oakland, CA 94610 Telephone: (510) 835-8330 Facsimile: (510) 835-5117 Email: calendardept@berryandberry.com |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

819219\0307472

6

PROOF OF SERVICE