IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| GLADYS C. BENNETT, | : | |
| Personal Representative of | : | |
| the Estate of WALTER NEAL | : | Transferred from the District |
| BENNET | : | of Maryland |
| SR., deceased | : | (Case No. 91-01377) |
| | : | |
| | : | |
| v. | : | E.D. PA Case No. 07-62128 |
| | : | |
| | : | |
| KEENE BUILDING PRODUCTS CO., | : | |
| ET AL. | : | |

## SUGGESTION OF REMAND

**AND NOW,** this **3rd** day of **January, 2011**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial

without delay once on the transferor court's docket.  The

only remaining Defendants in this case to proceed to trial

1

are:

      i.    Abex Corporation

      ii.   PneumoAbex Corporation

      ii.   Rapid American Corporation

Bankrupt defendants, against which proceedings are stayed, are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

<u>Exhibit A</u>

<u>**Defendant**</u>

**KEENE BUILDING**          represented by   **F. FORD LOKER , JR.**
**PRODUCTS**                                MILES & STOCKBRIDGE PC
**CORPORATION**                             10 LIGHT STREET
                                            BALTIMORE, MD 21202
                                            410-385-3840
                                            Email: floker@milesstockbridge.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**OWENS-CORNING**           represented by   **JAMES R. EYLER**
**CORPORATION**                             **COURT OF SPECIAL APPEALS OF MD**
                                            **COUNTY COURTS BLDG RMS M-13**
                                            **401 BOSLEY AVE**
                                            **TOWSON, MD 21204**
                                            **Fax: MDL TERMINATED**
                                            **TERMINATED: 08/06/2009**
                                            **LEAD ATTORNEY**
                                            **ATTORNEY TO BE NOTICED**

**Defendant**

**PITTSBURGH CORNING**      represented by   **JOHN B. ISBISTER**
**CORPORATION**                             **TYDINGS & ROSENBERG**
                                            **100 E. PRATT STREET**
                                            **26TH FLOOR**
                                            **BALTIMORE, MD 21202**
                                            **410/752-9700**
                                            **Email: jisbister@tydingslaw.com**
                                            **LEAD ATTORNEY**
                                            **ATTORNEY TO BE NOTICED**

**Defendant**

**ARMSTRONG WORLD**         represented by   **EDWARD HOUFF**
**INDUSTRIES, INC.**                        **EVERT WEATHERSBY HOUFF**
**formerly known as**                       **120 EAST BALTIMORE STREET**
**ARMSTRONG CORK**                          **SUITE 1300**
**COMPANY**                                 **BALTIMORE, MD 21202**
                                            **443-573-8500**
                                            **Email: efhouff@ewhlaw.com**
                                            **LEAD ATTORNEY**
                                            **ATTORNEY TO BE NOTICED**

                                            **RICHARD THOMAS RADCLIFFE**
                                            **DEHAY & ELLISTON, LLP**

36 SOUTH CHARLES STREET
STE 1300
BALITMORE, MD 21201
410-783-7225
Fax: 410-783-7221
Email: rtr@dehay.com
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**Defendant**

**ACANDS, INC.**
**SUCCESSOR-IN-**
**INTEREST TO**
**formerly known as**
**ARMSTRONG**
**CONTRACTING AND**
**SUPPLY CORPORATION**

represented by **BENJAMIN F. DAVIS**
**WHITEFORD, TAYLOR & PRESTON,**
**LLP**
**7 ST. PAUL ST.**
**STE. 1400**
**BALTIMORE, MD 21202**
**410-347-8700**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**F. FORD LOKER , JR.**
(See above for address)
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**GARDNER M. DUVALL**
**WHITEFORD TAYLOR AND PRESTON**
**LLP**
**SEVEN SAINT PAUL ST SUITE 1400**
**BALTIMORE, MD 21202**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**PADRAIC MCSHERRY MORTON**
**MD ASSOC OF NONPROFIT**
**ORGANIZATIONS INC**
**190 W. OSTEND ST. SUITE 201**
**BALTIMORE, MD 21230**
**Fax: MDL TERMINATED**
**TERMINATED: 06/05/2009**
**LEAD ATTORNEY**

**Defendant**

**GAF CORPORATION**

represented by **EDWARD HOUFF**
(See above for address)
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

RICHARD THOMAS RADCLIFFE
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**GENERAL MOTORS**      represented by   BRIAN SPENCER SMITH
**CORPORATION**                          6 DELLCASTLE CT
                                         MT VILLAGE, MD 20886
                                         Fax: UNDELIVERABLE
                                         LEAD ATTORNEY
                                         ATTORNEY TO BE NOTICED

                                         KENNETH L. THOMPSON
                                         DLA PIPER US LLP
                                         6225 SMITH AVENUE
                                         BALTIMORE, MD 21209
                                         410-580-4272
                                         Email: kenneth.thompson@dlapiper.com
                                         LEAD ATTORNEY
                                         ATTORNEY TO BE NOTICED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| ROBERT AND NADINE H. | : | |
| PLUMMER | : | |
| | : | |
| | : | Transferred from the Eastern |
| v. | : | District of Texas |
| | : | (Case No. 09-00497) |
| | : | |
| T&N LTD., ET AL. | : | E.D. PA Case No. 10-61144 |
| | : | |

## SUGGESTION OF REMAND

**AND NOW**, this **3rd** day of **January, 2011**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The only remaining Defendants in this case to proceed to trial are:

    i. T&N LTD.

1

ii.   TAF INTERNATIONAL LIMITED

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Eastern District of Texas for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| CATHERINE NOEL, Personal | : | |
| Representative of the Estate | : | |
| of HUBERT D. NOEL, deceased | : | |
| | : | |
| | : | Transferred from the District |
| v. | : | of Maryland |
| | : | (Case No. 97-02112) |
| | : | |
| | : | |
| NATIONAL GYPSUM CO., ET AL. | : | E.D. PA Case No. 07-62146 |
| | : | |

### SUGGESTION OF REMAND

**AND NOW**, this **3rd** day of **January, 2010**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

~~a.) Plaintiff has complied with MDL-875 Administrative~~ Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.  The remaining Defendants in this case to proceed to trial are listed in Exhibit "A," attached.  Bankrupt Defendants,

1

against which proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

## Exhibit A

Defendants going to trial

**Defendant**

**OWENS-ILLINOIS, INC.**                 represented by **LAWRENCE L. HOOPER , JR.**
                                         THE ADAMS EXPRESS CO
                                         7 ST. PAUL ST SUITE 1140
                                         BALTIMORE, MD 21202
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**RAPID-AMERICAN CORP.**                 represented by **M. KING HILL , III**
*SUCCESSOR-IN-INTEREST TO*               VENABLE LLP
*FORMERLY KNOWN AS PHILIP*               210 W. PENNSYLVANIA AVENUE
*CAREY MANUFACTURING*                    SUITE 500
*COMPANY FORMERLY KNOWN AS*              TOWSON, MD 21204
*PHILIP CAREY COMPANY*                   *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

<u>**Exhibit B**</u>

Bankrupt Defendants

<u>**Defendant**</u>

**NATIONAL GYPSUM COMPANY**

represented by **EDWARD HOUFF**
**EVERT WEATHERSBY HOUFF**
**120 EAST BALTIMORE STREET**
**SUITE 1300**
**BALTIMORE, MD 21202**
**443-573-8500**
Email: efhouff@ewhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD THOMAS RADCLIFFE**
**DEHAY & ELLISTON, LLP**
**36 SOUTH CHARLES STREET**
**STE 1300**
**BALITMORE, MD 21201**
**410-783-7225**
Fax: 410-783-7221
Email: rtr@dehay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**UNITED STATES GYPSUM COMPANY**

represented by **EDWARD HOUFF**
**(See above for address)**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**RICHARD THOMAS RADCLIFFE**
**(See above for address)**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

<u>**Defendant**</u>

**FLINTKOTE COMPANY**

represented by **BARBARA J. ARISON**
**FRANTZ WARD LLP**
**2500 KEY CENTER**
**127 PUBLIC SQUARE**
**CLEVELAND, OH 44114-1230**
**216-515-1660**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

PAMELA NAGLE HULTIN
SMITH & HULTIN LLC
100 N. MAIN ST. STE 235
CHAGRIN FALLS, OH 44022
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

PATRICIA TAYLOR BRUNER
GILREATH & ASSOC
550 MAIN AVE STE 600
POBOX 1270
KNOXVILLE, TN 37901
Fax: UNDELIVERABLE
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

PATRICK F. HAGGERTY
US DEPARTMENT OF TREASURY
PFFICE OF THE COMPTROLLER
OF THE
ONE FINANCIAL PLACE
SUITE 2700
440 S. LASALLE ST
CHICAGO, IL 60605-1028
216-515-1660
Email: haggerty@frantzward.com
TERMINATED: 06/23/2009
LEAD ATTORNEY

**Defendant**

**UNITED STATES MINERAL**
**COMPANY**

represented by  DONALD S. MERINGER
MERINGER ZOIS & QUIGG LLC
320 N CHARLES ST
BALTIMORE, MD 21201
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

PATRICK JAMES ATTRIDGE
KING & ATTRIDGE
39 W. MONTGOMERY AVE
ROCKVILLE, MD 20850
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**KEENE BUILDING PRODUCTS**

CORPORATION

**Defendant**

**OWENS-CORNING
CORPORATION**

represented by **JAMES R. EYLER
COURT OF SPECIAL APPEALS
OF MD
COUNTY COURTS BLDG RMS M-
13
401 BOSLEY AVE
TOWSON, MD 21204
Fax: MDL TERMINATED
TERMINATED: 08/06/2009
LEAD ATTORNEY
ATTORNEY TO BE NOTICED**

**Defendant**

**PITTSBURGH CORNING
CORPORATION**

represented by **JOHN B. ISBISTER
TYDINGS & ROSENBERG
100 E. PRATT STREET
26TH FLOOR
BALTIMORE, MD 21202
410/752-9700
Email: jisbister@tydingslaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED**

**Defendant**

~~ARMSTRONG WORLD~~
**INDUSTRIES, INC.
FORMERLY KNOWN AS
ARMSTRONG CORK
COMPANY**

represented by **EDWARD HOUFF
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED**

**RICHARD THOMAS RADCLIFFE
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED**

**Defendant**

**ACANDS, INC.
SUCCESSOR-IN-INTEREST TO
FORMERLY KNOWN AS
ARMSTRONG CONTRACTING
AND SUPPLY CORPORATION**

represented by **BENJAMIN F. DAVIS
WHITEFORD, TAYLOR &
PRESTON, LLP
7 ST. PAUL ST.
STE. 1400
BALTIMORE, MD 21202
410-347-8700
LEAD ATTORNEY**

**ATTORNEY TO BE NOTICED**

**GARDNER M. DUVALL**
**WHITEFORD TAYLOR AND**
**PRESTON LLP**
**SEVEN SAINT PAUL ST SUITE**
**1400**
**BALTIMORE, MD 21202**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**Defendant**

**GAF CORPORATION**                    represented by   **EDWARD HOUFF**
                                        **(See above for address)**
                                        **LEAD ATTORNEY**
                                        **ATTORNEY TO BE NOTICED**

                                        **RICHARD THOMAS RADCLIFFE**
                                        **(See above for address)**
                                        **LEAD ATTORNEY**
                                        **ATTORNEY TO BE NOTICED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :      Consolidated Under
LIABILITY LITIGATION (No. VI) :      MDL DOCKET NO. 875
                                  :
ALVIN ALEXANDER HENKIN and        :
BEVERLY HENKIN                    :
                                  :
                                  :      Transferred from the District
       v.                         :      of Maryland
                                  :      (Case No. 91-03703)
KEENE BUILDING PRODUCTS CO.,      :
ET AL.                            :
                                  :      E.D. PA Case No. 07-62163
                                  :


## SUGGESTION OF REMAND

**AND NOW,** this **3rd** day of **January, 2011,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial

without delay once on the transferor court's docket. The

remaining Defendants in this case to proceed to trial are

listed in Exhibit "A," attached. Bankrupt defendants,

1

against which proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000).("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

<u>**Exhibit A**</u>

Defendants going to trial

<u>**Defendant**</u>

| | | |
|---|---|---|
| **GENERAL MOTORS CORPORATION** *A MICHIGAN CORPORATION* | represented by | **KENNETH L. THOMPSON** DLA PIPER US LLP 6225 SMITH AVENUE BALTIMORE, MD 21209 410-580-4272 Email: kenneth.thompson@dlapiper.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

<u>**Defendant**</u>

| | | |
|---|---|---|
| **ABEX CORPORATION A DELAWARE CORPORATION** | represented by | **DOUGLAS B. SCHOETTINGER DOW CORNING CORP 2200 W SALZBURG RD MIDLAND, MI 48686 Fax: MDL TERMINATED LEAD ATTORNEY ATTORNEY TO BE NOTICED** |

<u>**Defendant**</u>

**PNEUMO ABEX CORPORATION SUCCESSOR-IN-INTEREST TO** formerly known as **ABEX CORPORATION, A DELAWARE CORPORATION**

<u>**Defendant**</u>

| | | |
|---|---|---|
| **RAPID-AMERICAN CORP.** *SUCCESSOR-IN-INTEREST TO* formerly known as PHILIP CAREY MANUFACTURING COMPANY, A DELAWARE CORPORATION *formerly known as* | represented by | **AMIEL GROSS** SNR DENTON US LLP 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020-1089 212-768-6700 Email: amiel.gross@snrdenton.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **M. KING HILL , III** VENABLE LLP |

PHILIP CAREY
COMPANY

210 W. PENNSYLVANIA AVENUE
SUITE 500
TOWSON, MD 21204
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL H. ALOE**
KUDMAN TRACHTEN ALOE LLP
THE EMPIRE STATE BLDG SUITE 4400
350 FIFTH AVE
NEW YORK, NY 10118
212-868-1010
Fax: MDL TERMINATED
Email: paloe@kudmanlaw.com
*TERMINATED: 05/21/2010*
*LEAD ATTORNEY*

**STEPHEN A. MARSHALL**
SNR DENTON US LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1089
212-768-6700
Fax: 212-768-6800
Email: stephen.marshall@snrdenton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Exhibit B**</u>

**Bankrupt Defendants**

<u>Defendant</u>

**KEENE BUILDING PRODUCTS
CORPORATION**
*A DELAWARE CORPORATION*

<u>Defendant</u>

**OWENS-CORNING
CORPORATION**
*A DELAWARE CORPORATION*

represented by **JAMES R. EYLER**
COURT OF SPECIAL APPEALS OF
MD
COUNTY COURTS BLDG RMS M-
13
401 BOSLEY AVE
TOWSON, MD 21204
Fax: MDL TERMINATED
*TERMINATED: 08/06/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**PITTSBURGH CORNING
CORPORATION**
*A PENNSYLVANIA
CORPORATION*

represented by **DONNA L. HARVEY**
10100 SW 135TH STREET
MIAMI, FL 33176
Fax: MDL TERMINATED
*TERMINATED: 04/06/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**ARMSTRONG WORLD
INDUSTRIES, INC.
formerly known as
ARMSTRONG CORK
COMPANY, A PENNSYLVANIA
CORPORATION**

represented by **EDWARD HOUFF**
**EVERT WEATHERSBY HOUFF**
**120 EAST BALTIMORE STREET**
**SUITE 1300**
**BALTIMORE, MD 21202**
**443-573-8500**
**Email: efhouff@ewhlaw.com**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**RICHARD THOMAS RADCLIFFE**
**DEHAY & ELLISTON, LLP**
**36 SOUTH CHARLES STREET**
**STE 1300**

BALITMORE, MD 21201
410-783-7225
Fax: 410-783-7221
Email: rtr@dehay.com
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**Defendant**

**ACANDS, INC.**
**SUCCESSOR-IN-INTEREST TO**
formerly known as
**ARMSTRONG CONTRACTING**
**AND SUPPLY CORPORATION,**
**A DELAWARE CORPORATION**

represented by **BENJAMIN F. DAVIS**
**WHITEFORD, TAYLOR &**
**PRESTON, LLP**
**7 ST. PAUL ST.**
**STE. 1400**
**BALTIMORE, MD 21202**
**410-347-8700**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**GARDNER M. DUVALL**
**WHITEFORD TAYLOR AND**
**PRESTON LLP**
**SEVEN SAINT PAUL ST SUITE**
**1400**
**BALTIMORE, MD 21202**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**PADRAIC MCSHERRY MORTON**
**MD ASSOC OF NONPROFIT**
**ORGANIZATIONS INC**
**190 W. OSTEND ST. SUITE 201**
**BALTIMORE, MD 21230**
**Fax: MDL TERMINATED**
**TERMINATED: 06/05/2009**
**LEAD ATTORNEY**

**Defendant**

**GAF CORPORATION**
**A DELAWARE CORPORATION**

represented by **EDWARD HOUFF**
(See above for address)
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**RICHARD THOMAS RADCLIFFE**
(See above for address)
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**Defendant**

**FIBREBOARD CORPORATION**
**A DELAWARE CORPORATION**

represented by **JOHN B. ISBISTER**
**TYDINGS & ROSENBERG**
**100 E. PRATT STREET**
**26TH FLOOR**
**BALTIMORE, MD 21202**
**410/752-9700**
**Email: jisbister@tydingslaw.com**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**Defendant**

**GARLOCK, INC.**
**AN OHIO CORPORATION**

represented by **STEVEN J. PARROTT**
**DEHAY & ELLISTON LLP**
**36 S. CHARLES ST.**
**SUITE 1300**
**BALTIMORE, MD 21201**
**410-783-7225**
**Email: sjp@dehay.com**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**STUART K. SCOTT**
**LAW OFFICES OF S. KENNON**
**SCOTT**
**133 DEFENSE HWY SUITE 205**
**ANNAPOLIS, MD 21401**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                                  :
BARBARA A. WISNIEWSKI,            :
Individually and as Wife of       :
JOHN CASMIR WISNIERSKI,           :    Transferred from the District
deceased                          :    of Maryland
                                  :    (Case No. 98-03224)
                                  :
       v.                         :    E.D. PA Case No. 07-62752
                                  :
                                  :
A.C.&S., INC, ET AL.              :

**SUGGESTION OF REMAND**

**AND NOW,** this **3rd** day of **January, 2011**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial

without delay once on the transferor court's docket.  The

remaining Defendants in this case to proceed to trial are

listed in Exhibit "A," attached.[1]  Bankrupt Defendants,

---

[1] The Manville Personal Injury Settlement Trust is listed as
a Third Party Defendant in the case.

against which proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[2]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

~~**AND IT IS SO ORDERED.**~~

_____
**EDUARDO C. ROBRENO, J.**

---

[2] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

Defendants going to trial

**Defendant**

**ANCHOR PACKING, INC.**                represented by   **STEVEN J. PARROTT**
*A NEW JERSEY CORPORATION*                              DEHAY & ELLISTON LLP
                                                        36 S. CHARLES ST.
                                                        SUITE 1300
                                                        BALTIMORE, MD 21201
                                                        410-783-7225
                                                        Email: sjp@dehay.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Debtor-in-Possess**

**OWENS-
ILLINOIS, INC.**
*AN OHIO
CORPORATION*

**Defendant**

**RAPID-AMERICAN CORP.**              represented by   **M. KING HILL , III**
*SUCCESSOR-IN-INTEREST TO*                             VENABLE LLP
*PHILIP CAREY COMPANY AND*                             210 W. PENNSYLVANIA AVENUE
*PHILIP CAREY MANUFACTURING*                           SUITE 500
*COMPANY, A DELAWARE*                                  TOWSON, MD 21204
*CORPORATION*                                          *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

## Exhibit B

Bankrupt Defendants

**Defendant**

GARLOCK, INC.
AN OHIO CORPORATION

represented by

STEVEN J. PARROTT
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**A.C.&S., INC.**
*SUCCESSOR-IN-INTEREST TO*
*ARMSTRONG CONTRACTING*
*AND SUPPLY CORPORATION, A*
*DELAWARE CORPORATION*

**Defendant**

**ARMSTRONG WORLD**
**INDUSTRIES, INC.**
*A PENNSYLVANIA CORPORATION*
*FORMERLY KNOWN AS*
*ARMSTRONG CORK COMPANY*

represented by **RICHARD THOMAS**
**RADCLIFFE**
DEHAY & ELLISTON, LLP
36 SOUTH CHARLES STREET
STE 1300
BALITMORE, MD 21201
410-783-7225
Fax: 410-783-7221
Email: rtr@dehay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ASBESTOS CLAIMS**
**MANAGEMENT CORP.**
*A DELAWARE CORPORATION*

represented by **RICHARD THOMAS**
**RADCLIFFE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GAF CORPORATION**
*A DELAWARE CORPORATION*

represented by **RICHARD THOMAS**
**RADCLIFFE**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HARBISON-WALKER**                          represented by **PAMELA THOMAS BROACHE**
**REFRACTORIES**                                              **SEGAL MCCAMBRIDGE**
**DIVISION OF DRESSER**                                       **SINGER & MAHONEY, LTD**
**INDUSTRIES, INC., A**                                       **ONE NORTH CHARLES STREET**
**DELAWARE CORPORATION**                                      **SUITE 2500**
                                                             **BALTIMORE, MD 21201**
                                                             **410-864-1213**
                                                             **Email: pbroache@smsm.com**
                                                             **LEAD ATTORNEY**
                                                             **ATTORNEY TO BE NOTICED**

**Defendant**

**OWENS-CORNING**
**CORPORATION**
**A DELAWARE CORPORATION**

**Defendant**

**PITTSBURGH CORNING**
**CORPORATION**
**A PENNSYLVANIA**
**CORPORATION**

---

**Defendant**

**UNITED STATES GYPSUM**                      represented by **RICHARD THOMAS**
**COMPANY**                                                   **RADCLIFFE**
**A DELAWARE CORPORATION**                                    **(See above for address)**
                                                             **LEAD ATTORNEY**
                                                             **ATTORNEY TO BE NOTICED**

**Defendant**

**UNITED STATES MINERAL**
**COMPANY**
**A NEW JERSEY**
**CORPORATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| JUNE L. WAGNER | : | |
| Individually and as Personal | : | |
| Representative of JOSEPH | : | |
| WILLIAM WAGNER, deceased | : | Transferred from the |
| | : | District of Maryland |
| v. | : | (Case No. 02-03582) |
| | : | |
| | : | |
| ANCHOR PACKING CO., ET AL. | : | E.D. PA Case No. 07-62781 |
| | : | |

### SUGGESTION OF REMAND

**AND NOW**, this **3rd** day of **January, 2011**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

The remaining Defendants in this case to proceed to trial are listed in Exhibit "A," attached. Bankrupt Defendants,

1

against which proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

~~AND IT IS SO ORDERED.~~

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

Defendants going to trial

**Defendant**

**RAPID AMERICAN**                represented by **M. KING HILL , III**
**CORP.**                                        VENABLE LLP
*Successor in interest to*                        210 W. PENNSYLVANIA AVENUE
*Philip Carey Company and*                        SUITE 500
*Philip Carey Manufacturing*                      TOWSON, MD 21204
*Company A Delaware*                              *LEAD ATTORNEY*
*Corporation*                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**ANCHOR PACKING COMPANY**       represented by **THOMAS P. BERNIER**
*A New Jersey Corporation*                        SEGAL MCCAMBRIDGE SINGER
                                                 & MAHONEY LTD
                                                 ONE N. CHARLES ST.
                                                 STE. 2500
                                                 BALTIMORE, MD 21201
                                                 410-779-3960
                                                 Email: TBernier@smsm.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*


**Defendant**

**VIACOM INC.**                   represented by **CLARE M. MAISANO**
**Successor by merger to CBS**                   **EVERT WEATHERSBY HOUFF**
**Corporation A Pennsylvania**                   **1300 SUN TRUST BLDG**
**Corporation**                                  **120 E. BALTIMORE STREET**
**formerly known as**                            **BALTIMORE, MD 21202**
**WESTINGHOUSE ELECTRIC**                        **443-573-8500**
**CORPORATION**                                  **Email: cmmaisano@ewhlaw.com**
                                                 **LEAD ATTORNEY**
                                                 **ATTORNEY TO BE NOTICED**

                                                 **PHILIP A. KULINSKI**
                                                 **EVERT WEATHERSBY HOUFF**
                                                 **120 E. BALTIMORE ST.**
                                                 **SUITE 1300**
                                                 **BALTIMORE, MD 21201**
                                                 **Email: pakulinski@ewhlaw.com**
                                                 **LEAD ATTORNEY**

**ATTORNEY TO BE NOTICED**

**STEVEN J. PARROTT**
**DEHAY & ELLISTON LLP**
**36 S. CHARLES ST.**
**SUITE 1300**
**BALTIMORE, MD 21201**
**410-783-7225**
**Email: sjp@dehay.com**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

## Exhibit B

Bankrupt Defendants

**Defendant**
**FLINTKOTE COMPANY**
*A Massachusettes Corporation*

represented by **BARBARA J. ARISON**
FRANTZ WARD LLP
2500 KEY CENTER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1230
216-515-1660
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DONALD S. MERINGER**
MERINGER ZOIS & QUIGG LLC
320 N CHARLES ST
BALTIMORE, MD 21201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KOUTRAS**
JLG INDUSTRIES INC
13224 FOUNTAIN HEAD PLAZA
HAGERSTOWN, MD 21742
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PATRICK F. HAGGERTY**
US DEPARTMENT OF
TREASURY PFFICE OF THE
COMPTROLLER OF THE
ONE FINANCIAL PLACE
SUITE 2700
440 S. LASALLE ST
CHICAGO, IL 60605-1028
216-515-1660
Email: haggerty@frantzward.com
*TERMINATED: 06/30/2009*
*LEAD ATTORNEY*

**Defendant**
**GARLOCK SEALING**

represented by **THOMAS P. BERNIER**

**TECHNOLOGIES , LLC**
*An Ohio Corporation*
*formerly known as*
GARLOCK, INC

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**QUIGLEY COMPANY INC.**
*A New York Corporation*

represented by **PATRICK C. SMITH**
POWERS & FROST LLP
502 WASHINGTON AVE
SUITE 200
NOTTINGHAM CENTER
TOWSON, MD 21204
443-279-9700
Fax: 443-279-9704
Email: psmith@powersfrost.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| TERESA WALD ARMINGER, | : | |
| Individually, and as wife of | : | |
| GERALD PAUL ARMINGER, | : | |
| deceased | : | |
| | : | |
| | : | |
| | : | Transferred from the District |
| v. | : | of Maryland |
| | : | (Case No. 05-00541) |
| | : | |
| T&N LTD., ET AL. | : | E.D. PA Case No. 07-62847 |
| | : | |

## SUGGESTION OF REMAND

**AND NOW**, this **3rd** day of **January, 2011**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial

without delay once on the transferor court's docket. The

only remaining Defendants in this case to proceed to trial

are:

1

      i.   Metropolitan Life Insurance Company

      ii. Rapid American Corporation

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (No. VI) | : | MDL 875 |
| | : | |
| GLENNA MCELHONE, Individually | : | |
| and as Executrix of the Estate | : | CIVIL ACTION |
| of ALBERT F. MCELHONE | : | NO. 07-63082 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Transferred from the |
| | : | Western District of |
| BEAZER EAST, INC., | : | Pennsylvania |
| | : | (Case No. 06-01111) |
| Defendant. | : | |

### SUGGESTION OF REMAND

**AND NOW**, this **3rd** day of **January**, ~~2010~~ 2011, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

> b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

> c.) All discovery has been completed.

> d.) The Court has adjudicated all outstanding motions.

> e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The docket indicates that the remaining viable Defendants in this case to proceed to trial are as

follows:

  i. Beazer East, Inc.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Western District of Pennsylvania for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
  **EDUARDO C. ROBRENO, J.**

_____

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).  See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : Consolidated Under
LIABILITY LITIGATION (No. VI) : MDL DOCKET NO. 875
:
KAREN CANNON, Personal :
Represenaive of the Estate :
of SEVERN J. HOWARD, deceased :
:
: Transferred from the District
v. : of Maryland
: (Case No. 87-02511)
:
RAYMARK INDUSTRIES, INC. : E.D. PA Case No. 07-64559
:

**SUGGESTION OF REMAND**

       **AND NOW**, this **3rd** day of **January**, ~~2010~~ 2011, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

    a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

    c.) All discovery has been completed.

    d.) The Court has adjudicated all outstanding motions.

    e.) The Court finds that this case is prepared for trial

without delay once on the transferor court's docket. The

remaining Defendants in this case to proceed to trial are

listed in Exhibit "A," attached.[1] Bankrupt Defendants,

---

[1] The Manville Personal Injury Settlement Trust is listed as
a Third Party Defendant in the case.

against which proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[2]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[2] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Exhibit A**

Defendants going to trial

**Defendant**

**THE FORD MOTOR**
**COMPANY**

represented by **JOHN ANDREW SINGER**
FEDERAL TRADE COMMISSION
600 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KENNETH L. THOMPSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WARREN N. WEAVER**
WHITEFORD TAYLOR AND PRESTON
LLP
SEVEN SAINT PAUL ST SUITE 1400
BALTIMORE, MD 21202
410-347-8757
Email: wweaver@wtplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHELLE NOORANI**
WHITEFORD TAYLOR PRESTON LLP
SEVEN SAINT PAUL ST
BALTIMORE, MD 21202
410-347-9479
Email: MNoorani@wtplaw.com
*ATTORNEY TO BE NOTICED*

<u>**Exhibit B**</u>

Bankrupt Defendants

<u>**Defendant**</u>

**RAYMARK**
**INDUSTRIES, INC.**

represented by **PAUL WALTER**
TYDINGS & ROSENBERG
100 E. PRATT ST., 26TH FL
BALTIMORE, MD 21202
Fax: MDL TERMINATED
*TERMINATED: 06/24/2009*
*LEAD ATTORNEY*

<u>**Defendant**</u>

**CHRYSLER**
**CORPORATION**

represented by **ALICE S. JOHNSTON**
**OBERMAYER REBMANN**
**MAXWELL & HIPPEL LLP**
**ONE MELLON CENTER SUITE**
**5240**
**PITTSBURGH, PA 15219**
**412-288-2459**
**Email:**
**alice.johnston@obermayer.com**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**M. BRADLEY HALLWIG**
**ANDERSON, COE & KING, LLP**
**201 N. CHARLES ST.**
**SUITE 2000**
**BALTIMORE, MD 21201-4135**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

<u>**Defendant**</u>

**GENERAL MOTORS**
**CORPORATION**

represented by **KENNETH L. THOMPSON**
**DLA PIPER US LLP**
**6225 SMITH AVENUE**
**BALTIMORE, MD 21209**
**410-580-4272**
**Email:**

kenneth.thompson@dlapiper.com
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**MARVIN I. SINGER**
**10 E, BALTIMORE AVE**
**SUITE 901**
**BALTIMORE, MD 21202**
**Fax: MDL TERMINATED**
**TERMINATED: 06/02/2009**
**LEAD ATTORNEY**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| KEVIN D. HOOD, | : | |
| Individually and as Personal | : | |
| Representative of CLIFTON LEE | : | Transferred from the District |
| HOOD, deceased | : | of Maryland |
| | : | (Case No. 08-1225) |
| v. | : | |
| | : | |
| ANCHOR PACKING CO., ET AL. | : | E.D. PA Case No. 08-83542 |
| | : | |

## SUGGESTION OF REMAND

**AND NOW,** this **3rd** day of **January, 2011,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining Defendant in this case to proceed to trial is:

i.    Metropolitan Life Insurance Company

1

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     Consolidated Under
LIABILITY LITIGATION (No. VI)     :     MDL DOCKET NO. 875
                                  :
KENT BUTTARS                      :
                                  :
                                  :
                                  :     Transferred from the District
          v.                      :     of Idaho
                                  :     (Case No. 05-00373)
                                  :
ATLAS TURNER, INC., ET AL.        :     E.D. PA Case No. 09-63422
                                  :

## SUGGESTION OF REMAND

**AND NOW**, this **3rd** day of **January, 2011**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The only remaining Defendants in this case to proceed to trial are listed in Exhibit "A," attached. Bankrupt Defendants, against whom proceedings are stayed, are listed in Exhibit

1

"B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Idaho for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____

**EDUARDO C. ROBRENO, J.**

_____

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

## Exhibit A

**Defendant**

**DANA
CORPORATION**    represented by   **MARY PRICE BIRK**
BAKER & HOSTETLER
303 E. 17TH AVENUE
SUITE 1100
DENVER, CO 80203
303-861-0600
Email: mbirk@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RONALD HELLBUSCH**
BAKER & HOSTETLER
303 E. 17th AVENUE
SUITE 1100
DENVER, CO 80203
303-861-0600
Email:
rhellbusch@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WADE L. WOODARD**
MODRALL, SPERLING,
ROEHL, HARRIS & SISK
P.O. BOX 2168
ALBUQUERQUE, NM 87103
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SCOTT D. HESS**
HOLLAND HART LLP
101 S. CAPTIOL BLVD STE
1400
POBOX 2527
BOISE, ID 83701
*TERMINATED: 07/29/2010*

**Defendant**

**PNEUMO ABEX
LLC**                      represented by   **MARY PRICE BIRK**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **RONALD HELLBUSCH**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **WADE L. WOODARD**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**HONEYWELL
INTERNATIONAL,
INC.**                     represented by   **CYNTHIA LIN YEE-
                                           WALLACE**
                                           PERKINS COIE LLP
                                           POBOX 737
                                           BOISE, ID 83701
                                           208-343-3434
                                           Fax: 208-343-3232
                                           Email:
                                           CYeeWallace@perkinscoie.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**MAREMONT
CORPORATION**              represented by   **MARY PRICE BIRK**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **RONALD HELLBUSCH**
                                           (See above for address)
                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**WADE L. WOODARD**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SCOTT D. HESS**
(See above for address)
*TERMINATED: 08/04/2010*

**Defendant**

**BURNS
INTERNATIONAL
SERVICES
CORPORATION**

represented by **DAVID S. PERKINS**
QUANE SMITH
POBOX 519
BOISE, ID 83701
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM G. POPE**
CAREY PERKINS LLP
101 S. CAPITOL BLVD
16TH FLOOR U.S. BANK PLZ
P.O. BOX 519
BOISE, ID 83701
208-345-8600
Email:
wgpope@careyperkins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERTSON-
CECO
CORPORATION**

represented by **SCOTT D. HESS**
(See above for address)
*TERMINATED: 03/10/2010*
*LEAD ATTORNEY*

**CHRISTOPHER P.
GRAHAM**
TROUT JONES GLEDHILL
FUHRMAN PA
POBOX 1097
BOISE, ID 83701

## Exhibit B

**Defendant**

**GARLOCK SEALING
TECHNOLOGIES LLC**

represented by   **CHRISTOPHER P. GRAHAM**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| FREDERICK AND SHIRLEY | : | |
| JOYCE TALBOT | : | |
| | : | Transferred from the Southern |
| | : | District of Florida |
| v. | : | (Case No. 94-06801) |
| | : | |
| ALLIEDSIGNAL, INC. | : | E.D. PA Case No.  09-70499 |
| | : | |

**SUGGESTION OF REMAND**

**AND NOW**, this **3rd** day of **January**, ~~2010~~ 2011, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.  The only remaining viable Defendant in this case to proceed to trial is:

1

i.   National Automotive Parts Association (NAPA)[1]

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Southern District of Florida for resolution of all matters pending within this case except punitive damages.[2]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] Plaintiff's Counsel has informed the Court that all issues have been resolved with Defendant AlliedSignal, Incorporated, and a stipulated dismissal is forthcoming.

[2] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2