ADRMOP, E-Filing

## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:10-cv-05968-PJH

Dizon v. General Electric Company et al  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 12/30/2010  
Jury Demand: Plaintiff  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Diversity

### Plaintiff

**Joanna Dizon**  
*as Wrongful Death Heir, and as Successor-in-Interest to Nellia Dizon, Deceased*

represented by **David R. Donadio**  
Brayton Purcell LLP  
222 Rush Landing Road  
Novato, CA 94948-6169  
(415) 898-1555  
Fax: 415-898-1247  
Email: DDonadio@braytonlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**  
Brayton Purcell LLP  
222 Rush Landing Road  
P.O. Box 6169  
Novato, CA 94948-6169  
415-898-1555  
Fax: 415-898-1247  
*ATTORNEY TO BE NOTICED*

V.

### Defendant
**General Electric Company**

### Defendant
**Northrop Grumman Shipbuilding, Inc.**

### Defendant
**Bath Iron Works Corporation**  
*formerly known as*  
Foster Wheeler Corporation

### Defendant
**Foster Wheeler LLC**

**Defendant**

**Lockheed Shipbuilding Company**

**Defendant**

**United States Steel Corporation**
*formerly known as*
USX Corporation

**Defendant**

**Todd Shipyards Corporation**

**Defendant**

**General Dynamics Corporation**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2011 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case. Signed by the Executive Committee on January 4, 2011. (cjl, COURT STAFF) (Filed on 1/4/2011) (Entered: 01/04/2011) |
| 01/03/2011 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (ls, COURT STAFF) (Filed on 1/3/2011) (Entered: 01/03/2011) |
| 12/30/2010 | 7 | Summons Issued as to Bath Iron Works Corporation, CBS Corporation, Foster Wheeler LLC, General Dynamics Corporation, General Electric Company, Lockheed Shipbuilding Company, Northrop Grumman Shipbuilding, Inc., Todd Shipyards Corporation, United States Steel Corporation. (cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 01/03/2011) |
| 12/30/2010 |   | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 12/30/2010 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 4/14/2011. Case Management Conference set for 4/21/2011 01:30 PM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 12/30/2010 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Joanna Dizon. (cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 12/30/2010 | 3 | NOTICE of Tag-Along Action by Joanna Dizon. (cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |

| 12/30/2010 | 2 | Certificate of Interested Entities by Joanna Dizon. (cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
|---|---|---|
| 12/30/2010 | 1 | COMPLAINT (with jury demand) against Bath Iron Works Corporation, CBS Corporation, Foster Wheeler LLC, General Dynamics Corporation, General Electric Company, Lockheed Shipbuilding Company, Northrop Grumman Shipbuilding, Inc., Todd Shipyards Corporation, United States Steel Corporation (Filing fee $350, receipt number 34611054460). Filed byJoanna Dizon. (cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/10/2011 10:48:38 | | | |
| PACER Login: | bp0355 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:10-cv-05968-PJH |
| Billable Pages: | 2 | Cost: | 0.16 |