## UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 11/8/10**

**District Court: W.D. North Carolina**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL