# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 11/29/10

**District Court:** W.D. North Carolina

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

*[signature]*
CLERK OF THE PANEL