IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | Consolidated Under MDL DOCKET NO. 875 |
| ESTATE OF HAROLD BAIRD | : | |
| | : | |
| Plaintiff, | : : | |
| | : | Transferred from the District |
| v. | : : | of Utah (Case No. 2:02-00722) |
| | : | |
| ALLIED SIGNAL, ET AL., | : : | |
| Defendants. | : : | E.D. PA CIVIL ACTION NO. 2:09-68912 |
| | : | |

## SUGGESTION OF REMAND

**AND NOW**, this **23rd** day of **November, 2010**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

>    a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

>    b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

>    c.) All discovery has been completed.

>    d.) The Court has adjudicated all outstanding motions.

>    e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining viable Defendants in this case

to proceed to trial is:

    i.  Foster Wheeler

Bankrupt Defendants, against whom proceedings are stayed, are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Utah for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
GARLOCK, INC.

**Defendant**
ANCHOR PACKING COMPANY,
THE

**Defendant**
NORTH AMERICAN
REFRACTORIES

**Defendant**
KAISER ALUMINUM &
CHEMICAL CORPORATION

**Defendant**
PROKO INDUSTRIES

**Defendant**
FLINTKOTE COMPANY, THE                    represented by **JOSEPH J JOYCE**
                                            J JOYCE & ASSOCIATES
                                            10813 S RIVER FRONT PKWY #460
                                            SOUTH JORDAN, UT 84095
                                            801-302-2255
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**
HARBISON-WALKER
REFRACTORIES
*A DIVISION OF INDRESCO, INC.*

**Defendant**
A.P. GREEN INDUSTRIES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Consolidated Under |
| | : | MDL DOCKET NO. 875 |
| LYMAN AND MARILYN SPENCER | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Transferred from the District |
| | : | of Utah |
| v. | : | (Case No. 2:02-00851) |
| | : | |
| | : | |
| ALLIED SIGNAL, ET AL., | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| Defendants. | : | 2:09-69032 |
| | : | |

### SUGGESTION OF REMAND

**AND NOW,** this **23rd** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's
> docket.  The remaining viable Defendants in this case

            to proceed to trial is:

                i.  Foster Wheeler


    Bankrupt Defendants, against whom proceedings are stayed,

    are listed in Exhibit "A," attached.

    Accordingly, the Court **SUGGESTS** that the above captioned

case should be **REMANDED** to the United States District Court for

the District of Utah for resolution of all matters pending within

this case except punitive damages.[1]


                    **AND IT IS SO ORDERED.**


                    _____
                        **EDUARDO C. ROBRENO, J.**


---

[1] The Court finds that the issue of punitive damages must be
resolved at a future date with regard to the entire MDL-875
action, and therefore any claims for punitive or exemplary
damages are hereby **SEVERED** from this case and retained by the
Court within it jurisdiction over MDL-875 in the Eastern District
of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir.
2000)("It is responsible public policy to give priority to
compensatory claims over exemplary punitive damage windfalls;
this prudent conservation more than vindicates the Panel's
decision to withhold punitive damage claims on remand."); See
also In re Roberts, 178 F.3d 181 (3d Cir. 1999).  See In re
Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
GARLOCK, INC.


**Defendant**
ANCHOR PACKING COMPANY, THE


**Defendant**
NORTH AMERICAN REFRACTORIES


**Defendant**
KAISER ALUMINUM & CHEMICAL CORPORATION


**Defendant**
PROKO INDUSTRIES


**Defendant**
FLINTKOTE COMPANY, THE


**Defendant**
HARBISON-WALKER REFRACTORIES
*A DIVISION OF INDRESCO, INC.*


**Defendant**
A.P. GREEN INDUSTRIES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| DONNA J. OWENS, Individually and as Surviving Spouse on Behalf of PETER OWENS | : : : : | |
| Plaintiffs, | : : : | |
| v. | : : : : | Transferred from the District of Wyoming (Case No. 2:01-00211) |
| ALLIED SIGNAL, ET AL., | : : | |
| Defendants. | : : : | E.D. PA CIVIL ACTION NO. 2:09-69569 |

## SUGGESTION OF REMAND

**AND NOW,** this **23rd** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's

Case 2:09-cv-69665-ER Document 26 Filed 11/23/10 Page 2 of 3

docket. The remaining viable Defendants in this case to proceed to trial is:

    i. Owens-Illinois

Bankrupt Defendants, against whom proceedings are stayed, are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Wyoming for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
GARLOCK, INC.

**Defendant**
ANCHOR PACKING COMPANY, THE

**Defendant**
NORTH AMERICAN REFRACTORIES

**Defendant**
KAISER ALUMINUM & CHEMICAL CORPORATION

**Defendant**
PROKO INDUSTRIES

**Defendant**
FLINTKOTE COMPANY, THE

**Defendant**
HARBISON-WALKER REFRACTORIES
*A DIVISION OF INDRESCO, INC.*

**Defendant**
A.P. GREEN INDUSTRIES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | : | Consolidated Under<br>MDL DOCKET NO. 875 |
| ESTATE OF EDWARD B. ANDERSON | : | |
| Plaintiffs, | : | |
| v. | : | Transferred from the District<br>of Utah<br>(Case No. 2:02-00718) |
| ALLIED SIGNAL, ET AL., | : | |
| Defendants. | : | E.D. PA CIVIL ACTION NO.<br>2:09-68908 |

### SUGGESTION OF REMAND

**AND NOW,** this **23rd** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

      a.) Plaintiff has complied with MDL-875 Administrative
      Orders 12 and 12A.

      b.) Parties have completed their obligations under the
      Rule 16 order issued by the Court.

      c.) All discovery has been completed.

      d.) The Court has adjudicated all outstanding motions.

      e.) The Court finds that this case is prepared for
      trial without delay once on the transferor court's
      docket. The remaining viable Defendants in this case

to proceed to trial are:

    i.  Foster Wheeler

    ii. Owens-Illinois

Bankrupt Defendants, against whom proceedings are stayed,
are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned
case should be **REMANDED** to the United States District Court for
the District of Utah for resolution of all matters pending within
this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be
resolved at a future date with regard to the entire MDL-875
action, and therefore any claims for punitive or exemplary
damages are hereby **SEVERED** from this case and retained by the
Court within it jurisdiction over MDL-875 in the Eastern District
of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir.
2000)("It is responsible public policy to give priority to
compensatory claims over exemplary punitive damage windfalls;
this prudent conservation more than vindicates the Panel's
decision to withhold punitive damage claims on remand."); See
also In re Roberts, 178 F.3d 181 (3d Cir. 1999).  See In re
Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
GARLOCK, INC.

**Defendant**
ANCHOR PACKING COMPANY, THE

**Defendant**
NORTH AMERICAN REFRACTORIES

**Defendant**
KAISER ALUMINUM & CHEMICAL CORPORATION

**Defendant**
PROKO INDUSTRIES

**Defendant**
FLINTKOTE COMPANY, THE

**Defendant**
HARBISON-WALKER REFRACTORIES
*A DIVISION OF INDRESCO, INC.*

**Defendant**
A.P. GREEN INDUSTRIES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| DAVID A BREISCH, General Personal Representative of the Estate of CHARLES BREISCH | : : : : | |
| Plaintiff, | : : | |
| v. | : : : : | Transferred from the District of Utah (Case No. 2:02-00737) |
| ALLIED SIGNAL, ET AL., | : : | |
| Defendants. | : : : | E.D. PA CIVIL ACTION NO. 2:09-68927 |

**SUGGESTION OF REMAND**

**AND NOW,** this **23rd** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's

docket. The remaining viable Defendants in this case
to proceed to trial are:

    i.  Foster Wheeler

    ii. Owens-Illinois

Bankrupt Defendants, against whom proceedings are stayed,
are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned
case should be **REMANDED** to the United States District Court for
the District of Utah for resolution of all matters pending within
this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be
resolved at a future date with regard to the entire MDL-875
action, and therefore any claims for punitive or exemplary
damages are hereby **SEVERED** from this case and retained by the
Court within it jurisdiction over MDL-875 in the Eastern District
of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir.
2000)("It is responsible public policy to give priority to
compensatory claims over exemplary punitive damage windfalls;
this prudent conservation more than vindicates the Panel's
decision to withhold punitive damage claims on remand."); See
also In re Roberts, 178 F.3d 181 (3d Cir. 1999).  See In re
Roberts, 178 F.3d 181 (3d Cir. 1999).

Exhibit A

**Defendant**
**GARLOCK, INC.**

**Defendant**
**ANCHOR PACKING**
**COMPANY, THE**

**Defendant**
**NORTH AMERICAN**
**REFRACTORIES**

**Defendant**
**KAISER ALUMINUM &**
**CHEMICAL CORPORATION**

**Defendant**
**PROKO INDUSTRIES**

**Defendant**
**FLINTKOTE COMPANY, THE**          represented by **JOSEPH J JOYCE**
                                     J JOYCE & ASSOCIATES
                                     10813 S RIVER FRONT PKWY
                                     #460
                                     SOUTH JORDAN, UT 84095
                                     801-302-2255
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Defendant**
**HARBISON-WALKER**
**REFRACTORIES**
*A DIVISION OF INDRESCO, INC.*

**Defendant**
**A.P. GREEN INDUSTRIES, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Consolidated Under |
| | : | MDL DOCKET NO. 875 |
| ALVIN AND IDELL HANSEN | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Transferred from the District |
| | : | of Utah |
| v. | : | (Case No. 02-00789) |
| | : | |
| | : | |
| ALLIED SIGNAL, ET AL., | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| Defendants. | : | ~~2:09-68908~~ 09-68970 |
| | : | |

## SUGGESTION OF REMAND

**AND NOW,** this **23rd** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's
> docket.  The remaining viable Defendants in this case

to proceed to trial are:

    i.  Foster Wheeler

    ii. Owens-Illinois

Bankrupt Defendants, against whom proceedings are stayed, are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Utah for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
**GARLOCK, INC.**

**Defendant**
**ANCHOR PACKING**
**COMPANY, THE**

**Defendant**
**NORTH AMERICAN**
**REFRACTORIES**

**Defendant**
**KAISER ALUMINUM &**
**CHEMICAL CORPORATION**

**Defendant**
**PROKO INDUSTRIES**

**Defendant**
**FLINTKOTE COMPANY, THE**          represented by **JOSEPH J JOYCE**
                                                    J JOYCE & ASSOCIATES
                                                    10813 S RIVER FRONT PKWY
                                                    #460
                                                    SOUTH JORDAN, UT 84095
                                                    801-302-2255
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**HARBISON-WALKER**
**REFRACTORIES**
*A DIVISION OF INDRESCO, INC.*

**Defendant**
**A.P. GREEN INDUSTRIES, INC.**

Case 2:01-md-875-ER Document 6580 Filed 01/12/11 Page 19 of 21

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Consolidated Under |
| | : | MDL DOCKET NO. 875 |
| ESTATE OF LEUDELL ORR AND | : | |
| CONNIE ORR | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Transferred from the District |
| | : | of Utah |
| v. | : | (Case No. 2:02-00830) |
| | : | |
| | : | |
| ALLIED SIGNAL, ET AL., | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| Defendants. | : | 2:09-69010 |
| | : | |

**SUGGESTION OF REMAND**

**AND NOW,** this **23rd** day of **November, 2010,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the
> Rule 16 order issued by the Court.
>
> c.) All discovery has been completed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for
> trial without delay once on the transferor court's
> docket. The remaining viable Defendants in this case

to proceed to trial are:

    i.  Foster Wheeler

    ii. Owens-Illinois

Bankrupt Defendants, against whom proceedings are stayed, are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Utah for resolution of all matters pending within this case except punitive damages.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999). See In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**
GARLOCK, INC.


**Defendant**
ANCHOR PACKING COMPANY, THE


**Defendant**
NORTH AMERICAN REFRACTORIES


**Defendant**
KAISER ALUMINUM & CHEMICAL CORPORATION


**Defendant**
PROKO INDUSTRIES


**Defendant**
FLINTKOTE COMPANY, THE


**Defendant**
HARBISON-WALKER REFRACTORIES
*A DIVISION OF INDRESCO, INC.*


**Defendant**
A.P. GREEN INDUSTRIES, INC.