# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

***Cathy Ann Baxley v. Advance Auto Parts, Inc. et al.***, D. South Carolina, C.A. No. 3:10-02985.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in the above-referenced matter for Plaintiff Cathy Ann Baxley.

I certify that I am admitted to practice in the United District Court, District of South Carolina.

                                      Sincerely,

                                      s/ Christian H. Hartley

                                      Christian H. Hartley
                                      P.O. Box 2492
                                      Mt. Pleasant, SC 29465
                                      Office Telephone:  (843) 388-1330
                                      Facsimile:  (803) 753-9931
                                      Chartley@MRHFMlaw.com

                                      Counsel for Plaintiff

Date:  1/12/2011

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that I have served all counsel of record a copy of the foregoing *NOTICE OF APPEARANCE* by electronic filing via CM/ECF on this 12th day of January, 2010.

                                      s/Christian Hartley