# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 01/13/2011**

**District Court: D. South Carolina**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL