

**GASS WEBER MULLINS LLC**
309 N WATER ST MILWAUKEE WI 53202
TEL 414 223 3300 FAX 414 224 6116
www.gasswebermullins.com

TEIRNEY S. CHRISTENSON
DIRECT DIAL: 414 224-3447
Christenson@gasswebermullins.com

January 12, 2011

Jeffery N. Luthi, Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8004

Re:   *Tracy Burzynski, individually and as Special Administrator of the*
      *Estate of Milo Burzynski, Deceased v. A.W. Chesterton Company, et al.*
      Case No. 1:10-cv-00889 (E.D. WI, Green Bay Division)

      Asbestors Products Liability Litigation
      MDL Docket No. 875

Dear Mr. Luthi:

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, CBS Corporation provides notification of the above-referenced potential tag-along action. A copy of the docket sheet and the complaint in that matter are attached. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully,

Teirney S. Christenson

TSC/js

Encs.