IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

| | |
|---|---|
| TRACY BURZYNSKI, individually and as Special Administrator of the Estate of MILO BURZYNSKI, Deceased, | Case No. 10-CV-899 |
| Plaintiff, | |
| v. | |
| A. W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on January 13, 2011, I electronically filed with the Clerk of Court CBS Corporation's request that this case be transferred to the MDL, using the ECF system, which will send notification of such filing to all counsel of record.

I further certify that a copy of the request was mailed to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room G-255, North Lobby, Washington, D.C. 20002.

Dated this 13th day of January, 2011.

GASS WEBER MULLINS LLC

s/ Teirney S. Christenson
John Franke, SBN 1017283
Teirney S. Christenson, SBN 1056438
Attorneys for Defendant CBS Corporation
309 North Water Street, 7th Flr.
Milwaukee, WI  53202
Phone: 414-223-3300
Fax:    414-224-6116
Email:  franke@gasswebermullins.com
          christenson@gasswebermullins.com