ATTYOPEN, CLOSED, STAYED

# United States District Court
## Eastern District of Wisconsin (Green Bay)
## CIVIL DOCKET FOR CASE #: 1:10-cv-00889-WCG

| | |
|---|---|
| Burzynski v. AW Chesterton Company et al | Date Filed: 10/08/2010 |
| Assigned to: Judge William C Griesbach | Date Terminated: 11/15/2010 |
| Cause: 28:1332 Diversity-Asbestos Litigation | Jury Demand: Defendant |
| | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Diversity |

**Plaintiff**

**Tracy Burzynski**                               represented by   **Michael P Cascino**
*Individually and as Special*                                     Cascino Vaughan Law Offices Ltd
*Administrator of the Estate of Milo*                             220 S Ashland Ave
*Burzynski, deceased*                                             Chicago, IL 60607
                                                                  312-944-0600
                                                                  Fax: 312-944-1870
                                                                  Email: michaelp.cascino@gmail.com
                                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AW Chesterton Company**

**Defendant**

**Airgas Merchant Gases LLC**
*as successor in interest to AGA Gas Inc*

**Defendant**

**Albany Felt Company**                           represented by   **Donald H Carlson**
                                                                  Crivello Carlson SC
                                                                  The Empire Building
                                                                  710 N Plankinton Ave - Ste 500
                                                                  Milwaukee, WI 53203-2404
                                                                  414-271-7722
                                                                  Fax: 414-271-4438
                                                                  Email: DCarlson@crivellocarlson.com
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Eric D Carlson**
                                                                  Crivello Carlson SC
                                                                  The Empire Building
                                                                  710 N Plankinton Ave - Ste 500
                                                                  Milwaukee, WI 53203-2404
                                                                  414-271-7722

Fax: 414-271-4438
Email: ecarlson@crivellocarlson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Construction Company**

represented by **Thomas A Gilligan**
Murnane Brandt
30 E 7th St - Ste 3200
St Paul, MN 55101
651-227-9411
Fax: 651-223-5199
Email: tgilligan@murnane.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**

represented by **Daniel S Elger**
Gass Weber Mullins LLC
309 N Water St - Ste 700
Milwaukee, WI 53202
414-223-3300
Fax: 414-224-6116
Email: elger@gasswebermullins.com
*ATTORNEY TO BE NOTICED*

**John A Franke**
Gass Weber Mullins LLC
309 N Water St - Ste 700
Milwaukee, WI 53202
414-223-3300
Fax: 414-224-6116
Email: franke@gasswebermullins.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CertainTeed Corporation**

represented by **Daniel A Manna**
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-319-7364
Fax: 414-297-4900
Email: dmanna@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**

**Defendant**

**Georgia-Pacific LLC**

represented by **Michael W Drumke**
Hepler Broom LLC
150 N Wacker Dr - Ste 3100

Chicago, IL 60606
312-205-7734
Fax: 312230-9201
Email: mdrumke@heplerbroom.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goulds Pumps Inc**                represented by    **Brett B Larsen**
Hinshaw & Culbertson LLP
100 E Wisconsin Ave - Ste 2600
Milwaukee, WI 53202-4115
414-276-6464
Fax: 414-276-9220
Email: blarsen@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas R Schrimpf**
Hinshaw & Culbertson LLP
100 E Wisconsin Ave - Ste 2600
Milwaukee, WI 53202-4115
414-276-6464
Fax: 414-276-9220
Email: tschrimpf@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hobart Brothers Company**          represented by    **Michael W Drumke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ingersoll Rand Company**           represented by    **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lincoln Electric Company**         represented by    **Michael W Drumke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linde Inc**                        represented by    **Michael W Drumke**
*formerly known as*                                   (See above for address)
Airco Inc/The BOC Group                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc**               represented by    **David T Morris**
Schiff Hardin LLP
Sears Tower
233 S Wacker Dr - Ste 6600

Chicago, IL 60606-6473
312-258-5642
Fax: 312-258-5600
Email: dmorris@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Stephen Copenhaver**
Schiff Hardin LLP
Sears Tower
233 S Wacker Dr - Ste 6600
Chicago, IL 60606-6473
312-258-5648
Fax: 312-258-5600
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**          represented by    **Mark R Feldmann**
                                                          Menn Law Firm Ltd
                                                          2501 E Enterprise Ave
                                                          PO Box 785
                                                          Appleton, WI 54912-0785
                                                          920-731-6631
                                                          Fax: 920-734-0981
                                                          Email: mark-feldmann@mennlaw.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Schneider Electric Engineering Services**
*as successor to Square D Company*

**Defendant**

**Orr Felt Company**                     represented by    **Timothy J Pike**
                                                          Peterson Johnson & Murray SC
                                                          10505 Corporate Dr - Ste 201A
                                                          Pleasant Prairie, WI 53158
                                                          262-997-6300
                                                          Fax: 262-997-1054
                                                          Email: tpike@pjmlaw.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**            represented by    **Daniel A Manna**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Orr Felt Company**                     represented by    **Timothy J Pike**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Orr Felt Company**                         represented by **Timothy J Pike**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**AW Chesterton Company**

**Cross Defendant**

**Airgas Merchant Gases LLC**
*as successor in interest to AGA Gas Inc*

**Cross Defendant**

**Albany Felt Company**                      represented by **Donald H Carlson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

                                             **Eric D Carlson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bechtel Construction Company**             represented by **Thomas A Gilligan**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CBS Corporation**                          represented by **Daniel S Elger**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

                                             **John A Franke**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CertainTeed Corporation**                  represented by **Daniel A Manna**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**Georgia-Pacific LLC**                      represented by **Michael W Drumke**
                                             (See above for address)

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goulds Pumps Inc**                        represented by  **Thomas R Schrimpf**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Hobart Brothers Company**                 represented by  **Michael W Drumke**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingersoll Rand Company**                  represented by  **Daniel A Manna**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Lincoln Electric Company**                represented by  **Michael W Drumke**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Linde Inc**                               represented by  **Michael W Drumke**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens-Illinois Inc**                      represented by  **David T Morris**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

                                             **Stephen Copenhaver**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rapid American Corporation**              represented by  **Mark R Feldmann**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric Engineering
Services**
*as successor to Square D Company*

**Cross Defendant**

**Union Carbide Corporation**               represented by  **Daniel A Manna**
                                             (See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2010 | 1 | COMPLAINT against All Defendants by Tracy Burzynski. ( Filing Fee PAID $350 receipt number 0757-1189852) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Decedent's work history)(Cascino, Michael) Modified on 10/14/2010 (aw). |
| 10/08/2010 | 2 | CERTIFICATE by All Plaintiffs (Cascino, Michael) |
| 10/08/2010 | 3 | NOTICE by All Plaintiffs *Notice of Tag-Along Action* (Cascino, Michael) |
| 10/08/2010 | | NOTICE Regarding assignment of this matter to Judge William C Griesbach ;Consent/refusal forms for Magistrate Judge Gorence to be filed within 21 days;the consent/refusal form is available on our web site ;pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed (jcl) (Entered: 10/12/2010) |
| 10/12/2010 | 4 | Refusal to Jurisdiction by US Magistrate Judge by Tracy Burzynski. (Cascino, Michael) |
| 10/29/2010 | 5 | NOTICE of Appearance by Eric D Carlson on behalf of Albany Felt Company. Attorney(s) appearing: Eric D. Carlson (Attachments: # 1 Certificate of Service)(Carlson, Eric) |
| 10/29/2010 | 6 | DOCKETED IN ERROR - See corrected document 10 WAIVER OF SERVICE Returned Executed by Albany Felt Company waiver sent on 10/15/2010, answer due 12/14/2010.(Carlson, Eric) Modified on 11/1/2010 (aw). |
| 10/29/2010 | 7 | ANSWER to 1 Complaint, *Affirmative Defenses and Reply to All Current and Future Cross-Claims* by Albany Felt Company.(Carlson, Eric) |
| 10/29/2010 | 8 | CERTIFICATE by Albany Felt Company *Certificate of Interest* (Carlson, Eric) |
| 10/29/2010 | 9 | Refusal to Jurisdiction by US Magistrate Judge by Albany Felt Company. (Carlson, Eric) |
| 10/29/2010 | 10 | WAIVER OF SERVICE Returned Executed (Carlson, Eric) |
| 11/01/2010 | | NOTICE of Electronic Filing Error to Eric Carlson re 5 Notice of Appearance; The incorrect case number appears on the document. This document does not need to be re-filed; Please refer to the user manuals on electronic case filing found at www.wied.uscourts.gov (aw) |
| 11/01/2010 | 11 | ANSWER to 1 Complaint, with Jury Demand *and Reply to All Cross-Claims*, CROSSCLAIM against All Defendants filed by Orr Felt Company. by Orr Felt Company.(Pike, Timothy) |
| 11/01/2010 | 12 | NOTICE of Appearance by Timothy J Pike on behalf of Orr Felt Company. Attorney(s) appearing: Timothy J. Pike (Pike, Timothy) |

| 11/04/2010 | 13 | *Short Form* ANSWER to 1 Complaint, by CertainTeed Corporation, Ingersoll Rand Company, Union Carbide Corporation.(Manna, Daniel) |
| 11/04/2010 | 14 | NOTICE by CertainTeed Corporation, Ingersoll Rand Company, Union Carbide Corporation *of Tag-Along* (Manna, Daniel) |
| 11/04/2010 | 15 | DISCLOSURE Statement by CertainTeed Corporation. (Manna, Daniel) |
| 11/04/2010 | 16 | DISCLOSURE Statement by Ingersoll Rand Company. (Manna, Daniel) |
| 11/04/2010 | 17 | DISCLOSURE Statement by Union Carbide Corporation. (Manna, Daniel) |
| 11/04/2010 | 18 | CERTIFICATE OF SERVICE by CertainTeed Corporation, Ingersoll Rand Company, Union Carbide Corporation (Manna, Daniel) |
| 11/05/2010 | 19 | DISCLOSURE Statement by Orr Felt Company. (Pike, Timothy) |
| 11/05/2010 | 20 | NOTICE of Appearance by Michael W Drumke on behalf of Hobart Brothers Company. Attorney(s) appearing: Michael W. Drumke (Attachments: # 1 Certificate of Service of Appearance of Counsel)(Drumke, Michael) |
| 11/05/2010 | 21 | ANSWER to 1 Complaint, with Jury Demand by Hobart Brothers Company. (Attachments: # 1 Certificate of Service of Short Form Answer and Affirmative Defenses to Complaint)(Drumke, Michael) |
| 11/05/2010 | 22 | DISCLOSURE Statement by Hobart Brothers Company. (Attachments: # 1 Certificate of Service of Disclosure Statement)(Drumke, Michael) |
| 11/05/2010 | 23 | MOTION to Stay *Proceedings and Notice of Tag-Along Action* by Hobart Brothers Company. (Attachments: # 1 Certificate of Service of Notice of Tag-Along Action and Motion to Stay Proceedings)(Drumke, Michael) |
| 11/05/2010 | 24 | NOTICE by Hobart Brothers Company *of Filing* (Attachments: # 1 Certificate of Service of Notice of Filing)(Drumke, Michael) |
| 11/05/2010 | 25 | NOTICE of Appearance by Michael W Drumke on behalf of Georgia-Pacific LLC. Attorney(s) appearing: Michael W. Drumke (Attachments: # 1 Certificate of Service of Appearance of Counsel)(Drumke, Michael) |
| 11/05/2010 | 26 | ANSWER to 1 Complaint, with Jury Demand by Georgia-Pacific LLC. (Attachments: # 1 Certificate of Service of Short Form Answer and Affirmative Defenses to Complaint)(Drumke, Michael) |
| 11/05/2010 | 27 | DISCLOSURE Statement by Georgia-Pacific LLC. (Attachments: # 1 Certificate of Service of Disclosure Statement)(Drumke, Michael) |
| 11/05/2010 | 28 | MOTION to Stay *Proceedings and Notice of Tag-Along Action* by Georgia-Pacific LLC. (Attachments: # 1 Certificate of Service of Notice of Tag-Along Action and Motion to Stay Proceedings)(Drumke, Michael) |
| 11/05/2010 | 29 | NOTICE by Georgia-Pacific LLC *of Filing* (Attachments: # 1 Certificate of Service of Notice of Filing)(Drumke, Michael) |
| 11/08/2010 | | NOTICE of Electronic Filing Error to Michael Drumke re 28 MOTION to Stay *Proceedings and Notice of Tag-Along Action* 29 Notice 21 Answer to Complaint 27 Disclosure Statement 24 Notice 25 Notice of Appearance 26 |

| | | |
|---|---|---|
| | | Answer to Complaint [22](#) Disclosure Statement [20](#) Notice of Appearance [23](#) MOTION to Stay *Proceedings and Notice of Tag-Along Action*; The Court prefers that documents be extracted directly from your word processing software whenever possible. This document does not need to be re-filed; Please refer to the user manuals on electronic case filing found at www.wied.uscourts.gov (aw) |
| 11/08/2010 | [30](#) | *Entry of Appearance and Short Form* ANSWER to [1](#) Complaint, *Affirmative and Other Defenses* by Owens-Illinois Inc.(Morris, David) |
| 11/11/2010 | [31](#) | NOTICE of Appearance by Mark R Feldmann on behalf of Rapid American Corporation. Attorney(s) appearing: Mark R. Feldmann (Feldmann, Mark) |
| 11/11/2010 | [32](#) | ANSWER to [1](#) Complaint, by Rapid American Corporation.(Feldmann, Mark) |
| 11/11/2010 | [33](#) | ANSWER to Crossclaim re [11](#) filed by Rapid American Corporation. (Feldmann, Mark) |
| 11/11/2010 | [34](#) | CLAIM Cross-Claim by Rapid American Corporation. (Feldmann, Mark) |
| 11/11/2010 | [35](#) | DISCLOSURE Statement by Rapid American Corporation. (Feldmann, Mark) |
| 11/11/2010 | [36](#) | CERTIFICATE OF SERVICE by Rapid American Corporation (Feldmann, Mark) |
| 11/12/2010 | [37](#) | ANSWER to [1](#) Complaint, *and Affirmative Defenses* by CBS Corporation. (Elger, Daniel) |
| 11/12/2010 | [38](#) | DISCLOSURE Statement by CBS Corporation. (Elger, Daniel) |
| 11/12/2010 | [39](#) | NOTICE by CBS Corporation *of Tag-Along Action* (Elger, Daniel) |
| 11/12/2010 | [40](#) | ANSWER to Crossclaim filed by CBS Corporation. (Elger, Daniel) |
| 11/15/2010 | [41](#) | ORDER granting [28](#) MOTION to Stay *Proceedings and Notice of Tag-Along Action* and granting [23](#) MOTION to Stay *Proceedings and Notice of Tag-Along Action*. Signed by Judge William C Griesbach on 11/15/2010. (cc: all counsel)(Griesbach, William) |
| 12/07/2010 | [42](#) | NOTICE of Appearance by Thomas A Gilligan on behalf of Bechtel Construction Company. Attorney(s) appearing: Thomas A. Gilligan, Jr. (Gilligan, Thomas) |
| 12/07/2010 | [43](#) | ANSWER to Complaint AND CROSSCLAIM against all co-defendants *and Answer to All Anticipated or Filed Cross-Claims* filed by Bechtel Construction Company. (Gilligan, Thomas) |
| 12/07/2010 | [44](#) | INCORRECT DOCUMENT ATTACHED - See corrected document [45](#) ~~CERTIFICATE OF SERVICE by Bechtel Construction Company~~ (Gilligan, Thomas) Modified on 12/8/2010 (aw). |
| 12/07/2010 | [45](#) | CERTIFICATE OF SERVICE by Bechtel Construction Company (Gilligan, Thomas) |
| 12/09/2010 | [46](#) | NOTICE of Appearance by Brett B Larsen on behalf of Goulds Pumps Inc. Attorney(s) appearing: Thomas R. Schrimpf and Brett B. Larsen (Larsen, |

| | | Brett) |
|---|---|---|
| 12/09/2010 | 47 | ANSWER to 1 Complaint, with Jury Demand *Affirmative Defenses and Answer to Cross Claims* by Goulds Pumps Inc.(Larsen, Brett) |
| 12/09/2010 | 48 | DISCLOSURE Statement by Goulds Pumps Inc. (Larsen, Brett) |
| 12/13/2010 | 49 | NOTICE of Appearance by Michael W Drumke on behalf of Lincoln Electric Company. Attorney(s) appearing: Michael W. Drumke (Attachments: # 1 Certificate of Service of Appearance of Counsel)(Drumke, Michael) |
| 12/13/2010 | 50 | ANSWER to 1 Complaint, with Jury Demand by Lincoln Electric Company. (Attachments: # 1 Certificate of Service of Short Form Answer and Affirmative Defenses to Complaint)(Drumke, Michael) |
| 12/13/2010 | 51 | DISCLOSURE Statement by Lincoln Electric Company. (Attachments: # 1 Certificate of Service of Disclosure Statement)(Drumke, Michael) |
| 12/13/2010 | 52 | NOTICE by Lincoln Electric Company *of Filing* (Attachments: # 1 Certificate of Service of Notice of Filing)(Drumke, Michael) |
| 12/13/2010 | 53 | NOTICE of Appearance by Michael W Drumke on behalf of Linde Inc. Attorney(s) appearing: Michael W. Drumke (Attachments: # 1 Certificate of Service of Appearance of Counsel)(Drumke, Michael) |
| 12/13/2010 | 54 | ANSWER to 1 Complaint, with Jury Demand by Linde Inc. (Attachments: # 1 Certificate of Service of Short Form Answer and Affirmative Defenses to Complaint)(Drumke, Michael) |
| 12/13/2010 | 55 | DISCLOSURE Statement by Linde Inc. (Attachments: # 1 Certificate of Service of Disclosure Statement)(Drumke, Michael) |
| 12/13/2010 | 56 | NOTICE by Linde Inc *of Filing* (Attachments: # 1 Certificate of Service of Notice of Filing)(Drumke, Michael) |
| 12/14/2010 | 57 | DISCLOSURE Statement by Bechtel Construction Company. (Attachments: # 1 Certificate of Service)(Gilligan, Thomas) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/12/2011 14:24:10 | | |
| **PACER Login:** gw0556 | **Client Code:** cmsrice | |
| **Description:** Docket Report | **Search Criteria:** 1:10-cv-00889-WCG | |
| **Billable Pages:** 8 | **Cost:** 0.64 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| Tracy Burzynski, individually and as Special Administrator of the Estate of Milo Burzynski, Deceased<br><br>                                        Plaintiff,<br><br>        v.<br><br>A.W. Chesterton Company, a corporation,<br>Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc., a corporation,<br>Albany Felt Company Inc., a corporation,<br>Bechtel Construction Company, a corporation,<br>CBS Corporation, a corporation,<br>Certainteed Corporation, a corporation,<br>General Electric Company, a corporation,<br>Georgia Pacific, LLC, a corporation,<br>Goulds Pumps, Inc., a corporation,<br>Hobart Brothers Company, a corporation,<br>Ingersoll Rand Company, a corporation,<br>Lincoln Electric Company, a corporation,<br>Linde, Inc. f/k/a The Boc Group and/or Airco, a corporation,<br>Owens-Illinois Inc., a corporation,<br>Rapid American Corporation, a corporation,<br>Schneider Electric Engineering Services, LLC, as successor to Square D Company, a corporation,<br>The Orr Felt Company, a corporation,<br>Union Carbide Corporation, a corporation,<br><br>                                        Defendants. | Case No. |

## COMPLAINT

Now comes the plaintiff, Tracy Burzynski, (hereinafter "Plaintiff"), individually and as Special

Administrator of the Estate of Milo Burzynski (hereinafter "Decedent"), by and through her attorneys,

Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a

corporation, Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc., a corporation, Albany

Felt Company Inc., a corporation, Bechtel Construction Company, a corporation, CBS Corporation, a corporation, Certainteed Corporation, a corporation, General Electric Company, a corporation, Georgia Pacific, LLC, a corporation, Goulds Pumps, Inc., a corporation, Hobart Brothers Company, a corporation, Ingersoll Rand Company, a corporation, Lincoln Electric Company, a corporation, Linde, Inc. f/k/a The Boc Group and/or Airco, a corporation, Owens-Illinois Inc., a corporation, Rapid American Corporation, a corporation, Schneider Electric Engineering Services, LLC, as successor to Square D Company, a corporation, The Orr Felt Company, a corporation, and Union Carbide Corporation, a corporation, as follows:

## JURISDICTION

1.  Plaintiff, Tracy Burzynski is the daughter of Decedent, Milo Burzynski, and resides in Shiocton, Wisconsin.

2.  Decedent was an adult citizen and resident of Wisconsin.

3.  Decedent passed away on 2/4/2010.

4.  Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Wisconsin, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling welding rods and/or asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

5.  Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

6.  The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

7.  Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

8.   Decedent during the course of his employment as a millwright at various job sites, including

     those listed on the attached Exhibit B, was exposed to welding fumes and asbestos dust or

     fibers emanating from the welding and/or asbestos products and/or asbestos insulated equipment

     which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into

     commerce by defendants.

9.   Decedent was ignorant of the dangerous nature of welding fumes and/or asbestos and of the

     nature of the risks incurred by workers working with or near welding products and/or asbestos

     products.

10.  Decedent became aware of the welding fumes and asbestos-related condition and that said

     condition was caused by Defendants' wrongful conduct within the statute of limitations before

     the filing of this action.

11.  As a direct and proximate result of the conduct of Defendants, Decedent developed and had been

     diagnosed with lung cancer on 10/9/2007

12.  Decedent suffered great pain, physical impairment, great mental pain and anguish, is liable for

     large sums of money for medical and hospital care, and suffered losses to his personal property

     and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

13.  Plaintiff brings this count for negligence against all defendants except Airgas Merchant

     Gases, LLC; Hobart Brothers Company; Lincoln Electric Company; and Linde, Inc., and

     incorporates by reference all general allegations.

14.  It was reasonably foreseeable that Decedent and other workers would be working with or

     in the proximity of defendants' asbestos products and be exposed to airborne asbestos

     fibers.

15.  Defendants had a duty to exercise reasonable care for the safety of Decedent and others

who worked with or were exposed to the defendants' asbestos products.

16.     Defendants knew or in the exercise of ordinary or reasonable care ought to have known

asbestos causes disease and or death, and that Decedent did not know that asbestos

products were dangerous or harmful at the time of his exposures.

17.     Each defendant breached its duty of care and was negligent, including without limitation

in one or more of the following acts or omissions:

a.      Failed to adequately warn Decedent or others of the health hazards of asbestos;

b.      Failed to warn Decedent or others of the danger and harm of the asbestos after the
        products or equipment were installed at the premises;

c.      Failed to investigate or test for the health effects of asbestos prior to distribution
        and sale;

d.      Failed to instruct Decedent, his employers or others in the use of precautionary
        measures relating to asbestos-containing products and/or asbestos-insulated
        equipment; and/or

e.      Manufactured, mined, supplied, or installed unsafe asbestos-containing products
        or asbestos-insulated equipment.

18.     As a direct and proximate result of the acts and omissions of the product defendants

above, Decedent was injured as described above.

## COUNT II – PRODUCT LIABILITY - UNREASONABLY DANGEROUS PRODUCT

19.     This cause of action is asserted against A.W. Chesterton Company; Albany Felt Company

Inc.; Bechtel Construction Company; CBS Corporation; Certainteed Corporation; General

Electric Company; Georgia Pacific, LLC; Goulds Pumps, Inc.; Ingersoll Rand Company;

Owens-Illinois Inc.; Rapid American Corporation; Schneider Electric Engineering Services;

The Orr Felt Company; and Union Carbide Corporation.

20.     The defendants' above-described asbestos products were manufactured, supplied and

installed in an unreasonably dangerous condition presenting dangers to the life and health

of the ultimate users thereof and to persons in the position of the Decedent.

21.   At all relevant times, the defendants placed their asbestos products on the market

knowing that they would be used without inspection for such unreasonably dangerous

defects and defendants expected such asbestos products to reach Decedent and other users

and consumers without substantial change in the condition they were in when sold.

22.   Decedent removed, installed, used and/or handled, or was otherwise exposed to, the

supplying defendants' asbestos products in the conditions in which they left the

possession or control of such defendants and in a manner that was reasonably foreseeable

and/or anticipated by such defendants.

23.   Defendants manufactured, supplied or installed a product, or equipment, that was

unreasonably dangerous in nature in that it contained asbestos, and in particular:

   a.   Was not accompanied by an adequate warning relating to the health hazards of
        asbestos products;

   b.   Was not accompanied by instructions concerning precautionary measures to be
        taken to minimize the risk of health hazards associated with asbestos products;

   c.   Was not subjected to adequate investigation regarding its hazards to health; and

   d.   Was improperly designed with, or specified for, the use of asbestos as opposed to
        non-asbestos substitutes.

24.   Decedent's exposure to the unreasonably dangerous products manufactured, supplied and

installed by the defendants proximately caused injuries set forth above.

### COUNT III - PRODUCTS LIABILITY - NEGLIGENCE

25.   Plaintiff brings this count for negligence and incorporates by reference all general

allegations against the following defendants:

   a. Airgas Merchant Gases, LLC.

   b. Hobart Brother's company

c. Lincoln Electric Company

d. Linde, Inc.

26.   It was reasonably foreseeable that Decedent and other workers would be working with or

in the proximity of defendants' welding products would be exposed to welding fumes

and/or airborne asbestos fibers.

27.   Defendants had a duty to exercise reasonable care for the safety of Decedent and others

who worked with or were exposed to the defendants' welding products and/or asbestos

products.

28.   Defendants knew or in the exercise of ordinary or reasonable care ought to have known

welding fumes and/or asbestos causes disease and or death, and that Decedent did not

know that welding fumes and/or asbestos products were dangerous or harmful at the time

of his exposures.

29.   Each defendant breached its duty of care and was negligent, including without limitation

in one or more of the following acts or omissions:

a.   Failed to adequately warn Decedent or others of the health hazards of welding
fumes and/or asbestos;

b.   Failed to warn Decedent or others of the danger and harm of the welding fumes
and/or asbestos after the products or equipment were installed at the premises;

c.   Failed to investigate or test for the health effects of welding fumes and/or asbestos
prior to distribution and sale;

d.   Failed to instruct Decedent, his employers or others in the use of precautionary
measures relating to welding fumes and/or asbestos-containing products and/or
asbestos-insulated equipment; and/or

e.   Manufactured, mined, supplied, or installed unsafe welding products and/or
asbestos-containing products or asbestos-insulated equipment.

30.   As a direct and proximate result of the acts and omissions of the product defendants

above, Decedent was injured as described above.

## COUNT IV – PRODUCT LIABILITY - UNREASONABLY DANGEROUS PRODUCT

31.    This cause of action is asserted against the following defendants:

        a. Airgas Merchant Gases, LLC.

        b. Hobart Brother's company

        c. Lincoln Electric Company

        d. Linde, Inc.

32.    The defendants' above-described welding products and/or asbestos products were manufactured, supplied and installed in an unreasonably dangerous condition presenting dangers to the life and health of the ultimate users thereof and to persons in the position of the Decedent.

33.    At all relevant times, the defendants placed their welding products and/or asbestos products on the market knowing that they would be used without inspection for such unreasonably dangerous defects and defendants expected such welding products and/or asbestos products to reach Decedent and other users and consumers without substantial change in the condition they were in when sold.

34.    Decedent removed, installed, used and/or handled, or was otherwise exposed to, the supplying defendants' welding products and/or asbestos products in the conditions in which they left the possession or control of such defendants and in a manner that was reasonably foreseeable and/or anticipated by such defendants.

35.    Defendants manufactured, supplied or installed a product, or equipment, that was unreasonably dangerous in nature in that it produced welding fumes and/or contained asbestos, and in particular:

a.   Was not accompanied by an adequate warning relating to the health hazards of welding fumes and/or asbestos products;

b.   Was not accompanied by instructions concerning precautionary measures to be taken to minimize the risk of health hazards associated with welding fumes and/or asbestos products;

c.   Was not subjected to adequate investigation regarding its hazards to health; and

d.   Was improperly designed with, or specified for, the use of asbestos as opposed to non-asbestos substitutes.

36.   Decedent's exposure to the unreasonably dangerous products manufactured, supplied and installed by the defendants proximately caused injuries set forth above.

## COUNT V – DECLARATORY JUDGMENT

37.   Defendants' conduct alleged herein occurred many years before certain changes in the Wisconsin Statutes affecting the law of joint and several liability, as set forth in §§895.045(1) and 895.85, Wis. Stats., were enacted as part of so-called "tort reform" in 1995.

38.   Retroactive application of the 1995 legislation purporting to apply to the new versions of §§895.045(1) and 895.86, Wis. Stats, to defendants' tortious acts, which occurred many years before the effective date of such legislation, merely because this lawsuit was filed after the effective date of such legislation, would materially and adversely affect the interests of plaintiff in this matter.

39.   Retroactive application of the current versions of §§895.045(1) and 895.85, Wis. Stats., to the facts of this case would be unreasonable and unconstitutional, in violation of Article I, §10 and the Fifth and Fourteenth Amendments of the Constitution of the United States, and in violation of Article IV, §17(2) of the Constitution of the State of Wisconsin, and contrary to the Supreme Court of Wisconsin's ruling in Martin v. Richards, 192 Wis. 2d 156, (Docket

#91-0016, 1995).

## **WRONGFUL DEATH**

40.   Plaintiff brings this count for wrongful death against all defendants and incorporates by

reference all allegations 1 through 39 above.

41.   Defendants' actions, jointly and severally, as described in the preceding paragraphs,

caused the wrongful death of Decedent  and loss of society and companionship, funeral,

medical and other expenses, pecuniary damages and other damages have been suffered by

Decedent and plaintiff.

## **PRAYER FOR RELIEF**

42.   Plaintiff prays for relief as follows:

    a.   Judgment against defendants, jointly and severally, for compensatory and general
        damages.

    b.   Such further legal and equitable relief as the Court orders to do justice in this
        case; costs and disbursements of this action.

Dated:  October 8, 2010


/S/ Michael P. Cascino
One of the Plaintiff's Attorneys


Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**Exhibit B**
**Decedent's work history**

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Kerwin Paper | Appleton | WI | 1963 | 2003 |

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc. | Delaware | Arizona |
| Albany Felt Company Inc. | New York | New York |
| Bechtel Construction Company | Nevada | California |
| CBS Corporation | Delaware | Pennsylvania |
| Certainteed Corporation | Delaware | Pennsylvania |
| General Electric Company | New York | Connecticut |
| Georgia Pacific, LLC | Delaware | Georgia |
| Goulds Pumps, Inc. | Delaware | New York |
| Hobart Brothers Company | Ohio | Ohio |
| Ingersoll Rand Company | New Jersey | New Jersey |
| Lincoln Electric Company | Ohio | Ohio |
| Linde, Inc. f/k/a The Boc Group and/or Airco | Delaware | New Jersey |
| Owens-Illinois Inc. | Delaware | Ohio |
| Rapid American Corporation | Delaware | New York |
| Schneider Electric Engineering Services, LLC, as successor to Square D Company. | Delaware | Illinois |
| The Orr Felt Company | Ohio | Ohio |
| Union Carbide Corporation | New York | Texas |

220 S. Ashland Ave.
Chicago, IL 60607-9940



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

**FIRST CLASS MAIL   PERMIT NO. 94203   CHICAGO, IL**

POSTAGE WILL BE PAID BY ADDRESSEE:

**CASCINO VAUGHAN LAW OFFICES LTD**
**220 S ASHLAND AVE**     36
**CHICAGO IL 60607-9940**

ATTN. 



ᴀSCINO Vᴀᴜɢʜᴀɴ Lᴀᴡ Oꜰꜰɪᴄᴇꜱ, Lᴛᴅ.
220 S. ASHLAND AVENUE
CHICAGO, IL 60607-5308
 36
RETURN SERVICE REQUESTED

049J82034115
$01.390
10/11/2010
Mailed From  60607
US POSTAGE



CBS Corporation
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808