**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following via ECF Filing or certified mail on this **7th** day of January, 2011.

Richard L. Saville, Esq.
SAVILLE & FLINT, LLC
322 East Broadway
P.O. Box 602
Alton, Illinois 62002
(618) 465-3220
ATTORNEYS FOR PLAINTIFF

Clerk of the Judicial Panel
Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

**VIA LEXIS NEXIS**
All Known Defense Counsel

                              s/ James L. Svajgl
SEGAL, McCAMBRIDGE SINGER & MAHONEY, LTD.