Schedule of Actions

Case(s) to be transferred:

Civil Action No. 2:10-cv-01679-TFM
In the United States District Court for
the Western District of Pennsylvania