## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, the 16th day of December, 2010, a true and correct copy of the foregoing **Notice of Tag-along Action** was served upon plaintiffs' counsel and all defense counsel of record through the Court's CM/ECF system. Absent confirmation from the court that such electronic service has been made, service is being made this date upon plaintiffs' counsel by first class mail, postage prepaid, addressed as follows, and upon all other known counsel of record at the addresses and in the manner set forth on the attached service list:

Peter T. Paladino, Jr., Esquire
David P. Chervenick, Esquire
Goldberg, Persky & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*Attorneys for Plaintiff*

PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP

By:  s/Bryan S. Neft
       Bryan S. Neft, Esquire

*Attorneys for Defendant,
General Electric Company*

SERVICE LIST
OLLIE ANNA EMANUEL, ADMINISTRATRIX OF THE ESTATE OF WAYNE H.
EMANUEL v. BUFFALO PUMPS, INC. et al.

To the extent not served pursuant to the Courts CM/ECF system, service of the foregoing pleading (without exhibits) is being made upon counsel for all parties by first class mail, addressed as follows, except that all counsel of the firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP are being served by hand delivery. Copies of all exhibits will be provided to any party upon request.

| *Party* | *Counsel of Record* |
|---|---|
| BUFFALO PUMPS, INC., successor-in-interest to Buffalo Forge Company; | Edward J. Wilbraham, Esquire<br>Jennifer E. Watson, Esquire<br>Wilbraham Lawler & Buba<br>603 Stanwix Street<br>Two Gateway Center, 17 North<br>Pittsburgh, PA 15222<br>(412) 255-0500 |
| CBS CORPORATION, successor by merger to Westinghouse Electric Corporation, CBS Corporation and Viacom, Inc. | Eric L. Horne, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>(412) 566-1289 |
| CRANE COMPANY, INC.; | Kristen M. Delsole, Esquire<br>Eric R. Cottle, Esquire<br>K&L Gates LLP<br>210 Sixth Avenue<br>Pittsburgh, PA 15222-2613<br>(412) 355-6500 |
| ELLIOTT COMPANY, f/k/a Elliott Turbomachinery Co.; | Kimberly A. Brown, Esquire<br>Thorp Reed & Armstrong<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>(412) 394-2323 |
| FOSTER-WHEELER, LLC; | Dennis F. Wolford, Esquire<br>Kathryn L. Johnston, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 1500<br>(724) 774-9220 |

| *Party* | *Counsel of Record* |
|---|---|
| GARDNER DENVER, INC; | Michael A. Karaffa, Esquire<br>Edward A. Miller, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140 |
| GENERAL ELECTRIC COMPANY; | Bryan S. Neft, Esquire<br>Pietragallo Gordon Alfano Bosick & Raspanti, LLP<br>One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219<br>(412) 263-2000 |
| GEORGE V. HAMILTON, INC.; | Concetta A. Silvaggio, Esquire<br>Willman & Silvaggio, LLP<br>5500 Corporate Drive, Suite 150<br>Pittsburgh, PA 15236<br>(412) 366-3333 |
| FMC CORPORATION, successor-in-interest to Northern Pump Company, f/k/a Northern Fire Apparatus Company | W. Matthew Reber, Esquire<br>Anne Wilcox Lewis, Esquire<br>Kelley Jasons McGowan Spinelli & Hanna, LLP<br>Two Liberty Place, Suite 1900<br>50 South 16th Street<br>Philadelphia, PA 19102<br>(215) 854-0658<br><br>Allegheny Building, Suite 1202<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>(412) 434-6577 |
| IMO INDUSTIES, INC.; | Eric K. Falk, Esquire<br>Julie L. Nord, Esquire<br>Natalie M. Kreter, Esquire<br>Davies, McFarland & Carroll<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416<br>(412) 281-0737 |

| Party | Counsel of Record |
|---|---|
| INGERSOLL-RAND CORPORATION; | William J. Donovan, Esquire<br>Francis D. Wymard, Esquire<br>Burns White LLC<br>Four Northshore Center<br>Pittsburgh, POA 10512<br>(412) 995-3000 |
| McNALLY INDUSTRIES, LLC, individually and as successor-in-interest to Northern Pump Company, f/k/a Northern Fire Apparatus Company; | No appearance of record |
| METROPOLITAN LIFE INSURANCE COMPANY, f/k/a Metropolitan Insurance Company; | Stewart R. Singer, Esquire<br>Salmon, Ricchezza, Singer & Turchi LLP<br>1700 Market Street – Suite 3110<br>Philadelphia, PA 10103<br>(215) 606-6604 |
| NORTHERN PUMP COMPANY, f/k/a Northern Fire Apparatus; | No appearance of record |
| WARREN PUMPS, LLC; | Edward A. Miller, Esquire<br>Michael A. Karaffa, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140 |
| YARWAY CORPORATION, individually and successor-in-interest to Yarnall-Waring Company, | Elizabeth Stroyd Windsor, Esquire<br>Christopher K. Ramesy, Esquire<br>Morgan, Lewis & Bockius LLP<br>One Oxford Centre, 32nd Floor<br>Pittsburgh, PA 15219<br>(412) 560-3300 |