UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TERRI WELLS, EXECUTRIX OF THE ESTATE OF MURRAY M. WELLS,<br><br>　　Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC., ET AL.;<br>C.H. WHEELER COMPANY<br>FOSTER WHEELER, LLC, As survivor to Merger with FOSTER WHEELER CORP.<br>GENERAL ELECTRIC COMPANY<br>LESLIE CONTROLS, INC., a Division of CIRCOR INTERNATIONAL, INC.<br>P.I.C. CONTRACTORS, INC.<br><br>　　Defendants. | Civil Action<br>No.: **1:10-cv-00354-S-LDA** |

**NOTICE OF FILING OF TAG-ALONG NOTICE**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corp.'s counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on January 13, 2011.  <u>See</u> Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　Defendant,
　　　　　　　　　　　　　　　　Air & Liquid Systems Corporation, as Successor by
　　　　　　　　　　　　　　　　Merger to Buffalo Pumps, Inc.,

　　　　　　　　　　　　　　　　By:　　/s/ *Michael D. Simons*
　　　　　　　　　　　　　　　　Michael D. Simons
　　　　　　　　　　　　　　　　David A. Goldman, #7097
　　　　　　　　　　　　　　　　GOVERNO LAW FIRM LLC
　　　　　　　　　　　　　　　　Two International Place, 15th Floor
　　　　　　　　　　　　　　　　Boston, MA  02110

1

(Ph) 617-737-9045
(Fax) 617-737-9046
msimons@governo.com

DATED:  January 13, 2011

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of January 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Michael D. Simons_____
Michael D. Simons

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TERRI WELLS, EXECUTRIX OF THE ESTATE OF MURRAY M. WELLS,<br><br>        Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC., ET AL.;<br>C.H. WHEELER COMPANY<br>FOSTER WHEELER, LLC, As survivor to Merger with FOSTER WHEELER CORP.<br>GENERAL ELECTRIC COMPANY<br>LESLIE CONTROLS, INC., a Division of CIRCOR INTERNATIONAL, INC.<br>P.I.C. CONTRACTORS, INC.<br><br>        Defendants. | Civil Action<br>No.: **1:10-cv-00354-S-LDA** |

**DEFENDANT BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION**

   PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

   MDL Rule 7.5(e) provides:

   Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

1

Defendant Buffalo Pumps, Inc. ("Buffalo") hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

    Respectfully submitted,
Defendant,
Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.,

By: /s/ *Michael D. Simons*
Michael D. Simons
David A. Goldman, #7097
GOVERNO LAW FIRM LLC
Two International Place, 15th Floor
Boston, MA  02110
(Ph) 617-737-9045
(Fax) 617-737-9046
msimons@governo.com

DATED:  January 13, 2011

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of January, 2011, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

    /s/ Michael D. Simons
Michael D. Simons

2