IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)        MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TERRI WELLS, EXECUTRIX OF THE ESTATE OF MURRAY M. WELLS,<br><br>    Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>    As successor by merger to BUFFALO<br>    PUMPS, INC., ET AL.;<br>C.H. WHEELER COMPANY<br>FOSTER WHEELER, LLC, As survivor to<br>    Merger with FOSTER WHEELER CORP.<br>GENERAL ELECTRIC COMPANY<br>LESLIE CONTROLS, INC., a Division of<br>    CIRCOR INTERNATIONAL, INC.<br>P.I.C. CONTRACTORS, INC.<br><br>    Defendants. | Civil Action<br>No.: **1:10-cv-00354-S-LDA** |

## SCHEDULE OF ACTIONS

1. <u>Terry Wells, Executrix of the Estate of Murray M. Wells v. Air & Liquid Systems Corporation, et. al.,</u> Civil Action No.: 1:10-cv-00354-S-LDA (United States District Court for the District of Rhode Island)

        Respectfully submitted,
        Defendant,
        Air & Liquid Systems Corporation, as Successor by
        Merger to Buffalo Pumps, Inc.,

        By:    /s/ *Michael D. Simons*
        Michael D. Simons
        David A. Goldman, #7097
        GOVERNO LAW FIRM LLC
        Two International Place, 15th Floor

1

                                        Boston, MA  02110
                                        (Ph) 617-737-9045
                                        (Fax) 617-737-9046
                                        msimons@governo.com

DATED:  January 13, 2011

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 13th day of January 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Michael D. Simons_____
                                        Michael D. Simons