IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARGARET KNIGHT,

    Plaintiff,

v.

BUFFALO PUMPS, INC.;
ELLIOT TURBOMACHINERY CO, INC.
FOSTER WHEELER LLC, survivor to merger
with FOSTER WHEELER CORPORATION
GENERAL ELECTRIC COMPANY.
PACKINGS & INSULATIONS
CORPORATION
P.I.C. CONTRACTORS, INC.

    Defendants.

Civil Action
No.: **1:10-cv-00496-S-DLM**

## SCHEDULE OF ACTIONS

1. <u>Margaret Knight v. Buffalo Pumps, Inc., et. al.</u>, Civil Action No.: 1:10-cv-00496-S-DLM (United States District Court for the District of Rhode Island)

    Respectfully submitted,
    Defendant,
    Air & Liquid Systems Corporation, as Successor by
    Merger to Buffalo Pumps, Inc.,

    By: /s/ *Michael D. Simons*
    Michael D. Simons
    David A. Goldman, #7097
    GOVERNO LAW FIRM LLC
    Two International Place, 15th Floor
    Boston, MA  02110
    (Ph) 617-737-9045
    (Fax) 617-737-9046

msimons@governo.com

DATED:  January 13, 2011

## **CERTIFICATE OF SERVICE**

     This is to certify that on this 13th day of January 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                       /s/ Michael D. Simons_____
                       Michael D. Simons