S7900

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| G DIANE CONROY, Individually and as Special Administrator of the Estate of THOMAS J. CONROY, Deceased, | ) | **IN RE: ASBESTOS LITIGATION** |
| Plaintiff, | ) | |
| vs. | ) | LAW NO. 10 CV 06190 |
| RAPID AMERICAN CORP., et al., | ) | |
| Defendants. | ) | |

**NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS**

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions", or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

S7900
Firm #15683

The undersigned notifies the Court and the Panel that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania, and further moves this Court to stay the instant proceeding pending acknowledgment of the acceptance or rejection to the transfer. The Clerk of the Panel may either : (1) enter a conditional transfer Order pursuant to MDL Rule 12(a); or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 13(b).

This is also to certify that this same pleading has been mailed this date to the Clerk of the Judicial Panel on Multi-District Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room 6-255, North Lobby, Washington, D.C. 20002."

UNION CARBIDE CORPORATION
CERTAINTEED CORPORATION

BY: s/Tobin J. Taylor
HEYL, ROYSTER, VOELKER & ALLEN
Tobin J. Taylor
#6238227

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600
124 SW Adams Street
Peoria, IL 61602
Telephone: 309.676.0400
Facsimile: 309.676.3374

S7900
Firm #15683

PROOF OF SERVICE

I hereby certify that on November 19, 2010, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

See attached list.

/s/ Tobin J. Taylor

G Diane Conroy, SPAM of Thomas J. Conroy, d

10/22/2010

**HRVA File:** S7900

# SERVICE LIST

***Matter #*** **S7900**

Page 1

**A.W. Chesterton Company**

Matushek, Nilles & Sinars, LLC
55 West Monroe Street, Suite 700
Chicago, IL 60603-
Phone Number: (312) 750-1215
Fax Number: (312) 750-1273

Edward J. Matushek, III

**BP America**

Pretzel & Stouffer
One S. Wacker Dr., Ste. 2500
Chicago, IL 60606-4673
Phone Number: (312) 346-1973
Fax Number: (312) 346-8242

John V. Smith, II/Alan S. Zelkowitz

**General Electric Company**

Sidley, Austin LLP
One South Dearborn
Chicago, IL 60603-
Phone Number: (312) 853-7000
Fax Number: (312) 853-7036

Maja C. Eaton/John Fonstad

**Koppers Company**

Johnson & Bell, Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603-
Phone Number: (312) 372-0770
Fax Number: (312) 372-9818

Mark D. Johnson/Robert Spitkovsky, Jr.

**Owens-Illinois, Inc.**

Schiff, Hardin, LLP
6600 Sears Tower
Chicago, IL 60606-
Phone Number: (312) 258-5500
Fax Number: (312) 258-5600

Joshua D. Lee/Renee C. Kelley/Adam R. Sorkin

**PLAINTIFF'S ATTORNEY - CASCINO**

Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-
Phone Number: (312) 944-0600
Fax Number: (312) 944-1870

Robert G. McCoy/Salvador Gutierrez

**Rapid American Corp.**

Hinshaw & Culbertson
222 N. LaSalle St., Ste. 300
Chicago, IL 60601-1081
Phone Number: (312) 704-3000
Fax Number: (312) 704-3001

Craig Liljestrand/Megan L. Segura

**Viacom, Inc. f/k/a CBS Corporation**

Foley & Mansfield PLLP
39 South LaSalle St., Suite 1110
Chicago, IL 60603-
Phone Number: (312) 233-2560
Fax Number: (312) 233-2565

Demetra Arapakis Christos

Craig Liljestrand/Megan L. Segura