IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES KRIK | ) | **IN RE: ASBESTOS LITIGATION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | LAW NO. 1:10 CV 07435 |
| | ) | |
| BP America, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS**

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions", or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned notifies the Court and the Panel that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania, and further moves this Court to stay the instant proceeding pending acknowledgment of the acceptance or rejection to the transfer. The Clerk of the Panel may either : (1) enter a conditional transfer Order pursuant to MDL Rule 12(a); or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 13(b).

1

This is also to certify that this same pleading has been mailed this date to the Clerk of the Judicial Panel on Multi-District Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room 6-255, North Lobby, Washington, D.C. 20002."

CERTAINTEED CORPORATION

By: _____/s/ Mark A. Ludolph_____
HEYL, ROYSTER, VOELKER & ALLEN
Tobin J. Taylor #6238227
Mark A. Ludolph #6243388

PROOF OF SERVICE

I hereby certify that on___1-14___, 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

See attached list.

_____/s/ Mark A. Ludolph_____
Tobin J. Taylor
Mark A. Ludolph

MAL/arm
16335934_1.DOC

Charles Krik  1/14/2011
HRVA File:  S6394

# SERVICE LIST

Matter #   S6394                                                                                          Page 1

### BP America
Pretzel & Stouffer
One S. Wacker Dr., Ste. 2500
Chicago, IL 60606-4673
Phone Number:  (312) 346-1973
Fax Number:     (312) 346-8242

John V. Smith, II/Alan S. Zelkowitz

### Owens-Illinois, Inc.
Schiff, Hardin, LLP
6600 Sears Tower
Chicago, IL 60606-
Phone Number:  (312) 258-5500
Fax Number:     (312) 258-5600

Joshua D. Lee/Renee C. Kelley/Adam R. Sorkin

### Cleaver-Brooks Company, Inc.
O'Connell, Tivin, Miller & Burns, LLC
135 S. LaSalle Street, Suite 2300
Chicago, IL 60603-
Phone Number:  (312) 256-8800
Fax Number:     (312) 256-8808

Thomas J. Burns/Mark Tivin

### PLAINTIFF'S ATTORNEY - CASCINO
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-
Phone Number:  (312) 944-0600
Fax Number:     (312) 944-1870

Robert G. McCoy/Salvador Gutierrez

### Crane Co.
Gunty & McCarthy
150 S. Wacker Dr. Suite 1025
Chicago, IL 60606-4102
Phone Number:  (312) 541-0022
Fax Number:     (312) 541-0033

Susan Gunty

### Rapid American Corp.
Hinshaw & Culbertson
222 N. LaSalle Street, Ste. 300
Chicago, IL 60601-1081
Phone Number:  (312) 704-3000
Fax Number:     (312) 704-3001

Craig Liljestrand

### Exxon Mobil Corp.
Johnson & Bell
33 W. Monroe St., Ste. 2700
Chicago, IL 60603-
Phone Number:  (312) 372-0770
Fax Number:     (312) 372-9818

H. Patrick Morris

### Trane U.S., Inc. f/k/a American Standard
Hepler Broom
103 W. Vandalia Street, Suite 300
Edwardsville, IL 62025-0510
Phone Number:
Fax Number:

Brenda Baum

### Ingersoll Rand Company
Cheely, O'Flaherty & Ayres
19 S. LaSalle St., Suite 1203
Chicago, IL 60603-
Phone Number:  (312) 853-8700
Fax Number:     (312) 782-0040

Paul B. O'Flaherty, Jr.

### Viacom, Inc. f/k/a CBS Corporation
Foley & Mansfield PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603-
Phone Number:  (312) 233-2560
Fax Number:     (312) 233-2565

Demetra Arapakis Christos

| *Matter #* | S6394 | Page 2 |
|---|---|---|

**Weil-McLain**

    Segal, McCambridge, Singer & Mahone
    233 South Wacker Drive, Suite 5500
    Chicago, IL 60606-
    Phone Number:  (312) 645-7800
    Fax Number:    (312) 645-7711

    Paige Norian