BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Timothy Vest and Caroline Vest v. Allied Packing & Supply, Inc., et al.*

N.D. California, C.A. No. 3:11-00061

**NOTICE OF OPPOSITION TO CTO-353**

I represent plaintiffs Timothy Vest and Caroline Vest in the above-captioned action which is included on the conditional transfer order (CTO-353). Plaintiffs Timothy Vest and Caroline Vest submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

*/s/ Gloria Amell*

Gloria C. Amell, Esq.
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
E-mail: gamell@kazanlaw.com

Counsel for Plaintiffs
Timothy Vest and Caroline Vest

KAZAN, McCLAIN,
LYONS,
GREENWOOD &
HARLEY
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

GAMELL/727264.1

# CERTIFICATE OF SERVICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 - In re Asbestos Products Liabilty Litigation (No. VI)
Timothy Vest and Caroline Vest v. Allied Packing & Supply, Inc., et al.
N.D. California, C.A. No. 3:11-00061

On January 14, 2011, I electronically filed this document (NOTICE OF OPPOSITION TO CTO-353) through the CM/ECF system, which will send a notice of electronic filing to:

Robert Boone, Esq.
BRYAN CAVE
120 Broadway, Suite 300
Santa Monica, CA 90401

and I faxed and mailed this document and notice of electronic filing to:

SEE ATTACHED LIST

/s/ Gloria C. Amell
Gloria C. Amell
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
(510) 302-1000
(510) 835-4913 (FAX)
gamell@kzanlaw.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE: NOTICE OF OPPOSITION TO CTO-353          1

SERVICE LIST     CASE: Vest, Timothy & Caroline   Case No: 3:11-cv-00061 (JSW)     January 11, 2011
Page One

BERRY & BERRY     PH: (510) 835-8330
  P.O. Box 16070, Oakland, CA 94610     FAX: (510) 835-5117
  FOR: DESIGNATED DEFENSE COUNSEL

BRYAN CAVE LLP     PH: (310) 576-2100
  120 Broadway, Suite 300, Santa Monica, CA 90401     FAX: (310) 576-2200
  FOR: McDONNELL DOUGLAS CORPORATION

BRYAN CAVE LLP     PH: 415-675-3400
  2 Embarcadero Center, Suite 1410, San Francisco, CA 94111     FAX: 415-675-3434
  FOR: WORLD AIRWAYS, INC.

BRYAN CAVE LLP     PH: 404-572-6633
  One Atlantic Center, 1201 W. Peachtree Street, NE, 14th Floor, Atlanta,     FAX: 404-420-0633
  FOR: WORLD AIRWAYS, INC.

CHAPMAN & INTRIERI     PH: (510) 864-3600
  2236 Mariner Square Drive, Suite 300, Alameda, CA 94501-1019     FAX: (510) 864-3601
  FOR: DEXTER CORPORATION; HENKEL CORPORATIO sii/pae/et to HENKEL LOCTITE CORPORATION; HENKEL CORPORATION; HENKEL LOCTITE CORPORATION ; HENKEL LOCTITE CORPORATION sii/pae/et to THE DEXTER CORPORATION; LIFE TECH CORP by merger to INVITROGEN CORP sii/pae/et THE DEXTER CORP; LIFE TECHNOLOGIES CORPORATION suc by merger to INVITROGEN CORPORATION

COUNSEL UNKNOWN
  FOR: MCDERMOTT/SEALY, INC.

DeHAY & ELLISTON, LLP     PH: 510-285-0750
  1300 CLAY STREET, SUITE 840, Oakland, CA 94612     FAX: 510-285-0740
  FOR: KAISER GYPSUM COMPANY, INC.

DONGELL LAWRENCE FINNEY LLP     PH: 213-943-6100
  707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609     FAX: 213-943-6101
  FOR: GEORGE E. MASKER, INC.

HERR & ZAPALA     PH: (408) 287-7788
  152 North 3rd Street, Suite 500, San Jose, CA 95112     FAX: (408) 927-0408
  FOR: ALLIED PACKING AND SUPPLY

MCGIVNEY, KLUGER & GLASPY     PH: (925) 947-1300
  One Walnut Creek Center, 100 Pringle Ave., Ste 750, Walnut Creek, CA 94     FAX: (925) 947-1594
  FOR: KENTILE FLOORS, INC.

McKENNA, LONG & ALDRIDGE     PH: (415) 267-4000
  101 California Street, 41st Floor, San Francisco, CA 94111     FAX: (415) 267-4198
  FOR: HEXCEL CORPORATION

McKENNA, LONG & ALDRIDGE LLP     PH: 213-688-1000
  300 S. Grand Avenue, 14th Floor, Los Angeles, CA 90071     FAX: 213-243-6330
  FOR: HEXCEL CORPORATION

PERKINS COIE LLP     PH: (415) 344-7000
  Four Embarcadero Center, Suite 2400, San Francisco, CA 94111     FAX: (415) 344-7288
  FOR: GEORGIA-PACIFIC LLC fka GEORGIA PACIFIC CORPORATION; HONEYWELL INTERNATIONAL INC. fka ALLIED SIGNAL, INC./sii/BENDIX CORP

| | |
|---|---|
| SERVICE LIST    CASE: Vest, Timothy & Caroline #: 3:11-cv-00061 (JSW)<br>Page Two | January 11, 2011 |

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP  PH: (415) 788-8354
  One California Street, Suite 1910, San Francisco, CA  94104  FAX: (415) 788-3625
  FOR:  DEAN'S MATERIALS, INC. dba CONSTRUCTION MATERIAL SUPPLIER

SELMAN & BREITMAN  PH: (415) 979-0400
  33 New Montgomery Street, Sixth Floor, San Francisco, CA  94105  FAX: (415) 979-2099
  FOR:  ALTA BUILDING MATERIALS CO.

STEPTOE & JOHNSON  PH: (213) 439-9400
  633 West Fifth Street, Suite 700, Los Angeles, CA  90071  FAX: (213) 439-9599
  FOR:  METROPOLITAN LIFE INSURANCE COMPANY

THE MAU LAW FIRM  PH: 415-495-8082
  950 Harrison Street, Suite 213, San Francisco, CA  94107  FAX: 415-495-8084
  FOR:  GEORGE E. MASKER, INC.

WALSWORTH, FRANKLIN, BEVINS & McCALL - DOWMAN  PH: (415) 781-7072
  601 Montgomery Street, 9th Floor, San Francisco, CA 94111  FAX: (415) 391-6258
  FOR:  DOWMAN PRODUCTS, INC.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER  PH: (415) 433-0990
  525 Market Street, 17th Floor, San Francisco, CA  94105-2722  FAX: (415) 434-1370
  FOR:  F.P. LATHROP CORPORATION;  LATHROP CONSTRUCTION ASSOCIATES, INC.;  LATHROP ONSTRUCTION ASSOC, INC. sii/pae/et  F.P. LATHROP CONSTRUCTION

HANSON BRIDGETT LLP  PH: (415) 777-320
  425 Market Street 26th Floor  FAX: (415) 541-9366
  San Francisco, CA 94105

PORT OF OAKLAND LEGAL DEPARTMENT  PH: (510) 627-1348
  530 Water Street, 4th Floor  FAX: (510) 444-2093
  P.O. Box 2064
  Oakland, CA 94607

FOR: Port of Oakland


End of Service List