IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| KEVIN D. HOOD, Individually and as Personal Representative of CLIFTON LEE HOOD, deceased | |
| v. | |
| ANCHOR PACKING CO., ET AL. | Transferred from the District of Maryland (Case No.04-CV-2849-WDQ) |
| | E.D. PA Case No. 07-62841 |

**FILED**
JAN 13 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### SUGGESTION OF REMAND

**AND NOW**, this **3rd** day of **January, 2011**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The remaining Defendants in this case to proceed to trial are listed in Exhibit "A," attached. Bankrupt defendants,

1

against which proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court of Maryland for the resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

### Exhibit A

Defendants going to trial

**Defendant**

| | |
|---|---|
| ANCHOR PACKING COMPANY<br>*A NEW JERSEY CORPORATION* | represented by **THOMAS P. BERNIER**<br>SEGAL MCCAMBRIDGE SINGER<br>& MAHONEY LTD<br>ONE N. CHARLES ST.<br>STE. 2500<br>BALTIMORE, MD 21201<br>410-779-3960<br>Email: TBernier@smsm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| HOPEMAN BROTHERS, INC.<br>A DELAWARE CORPORATION | represented by **MALCOLM SEAN BRISKER**<br>**GOODELL DEVRIES LEECH &**<br>**DANN LLP**<br>**ONE SOUTH STREET, 20TH FL**<br>**BALTIMORE, MD 21202**<br>**410-783-4000**<br>**Fax: 410-783-4040**<br>**Email: msb@gdldlaw.com**<br>**LEAD ATTORNEY**<br>**ATTORNEY TO BE NOTICED** |
| | **MICHAEL A. PICHINI**<br>**GOODELL, DEVRIES, LEECH &**<br>**DANN, LLP**<br>**ONE SOUTH STREET**<br>**SUITE 2000**<br>**BALTIMORE, MD 21202**<br>**410-783-4000**<br>**Email: map@gdldlaw.com**<br>**LEAD ATTORNEY**<br>**ATTORNEY TO BE NOTICED** |

**Defendant**

| | |
|---|---|
| RAPID-AMERICAN CORP.<br>SUCCESSOR-IN-INTEREST TO<br>PHILIP CAREY COMPANY<br>AND PHILIP CAREY<br>MANUFACTURING COMPANY,<br>A DELAWARE CORPORATION | represented by **M. KING HILL , III**<br>VENABLE LLP<br>210 W. PENNSYLVANIA<br>AVENUE<br>SUITE 500<br>TOWSON, MD 21204 |

## Exhibit B

Bankrupt Defendants

**Defendant**

**GARLOCK SEALING TECHNOLOGIES, LLC**
*AN OHIO CORPORATION*
*formerly known as*
GARLOCK, INC.

represented by **THOMAS P. BERNIER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**QUIGLEY CO., INC.**
*A NEW YORK CORPORATION*