1

2

3

4

5

6

7

8

9

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

10  JUDY LEE ARBUTHNOT,                          )
                                                )   MDL DOCKET NO. 875
11                    Plaintiff,                 )
                                                )   DEFENDANT LOCKHEED SHIPBUILDING
12          v.                                   )   COMPANY'S NOTICE OF TAG-ALONG
                                                )   ACTION
13  LOCKHEED SHIPBUILDING COMPANY,               )
                                                )   W.D. WASH. NO.  3:11-CV-05045
14                    Defendant.                 )
                                                )
15

16  TO:     Clerk of the Panel, Judicial Panel on Multidistrict Litigation:

17          PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict

18  Litigation entered an order transferring all asbestos cases pending in federal court to the United

19  States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

20  proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to

21  "tag-along actions," or actions involving common questions of fact filed after the January 17,

22  1991 filing of the Panel's Order to Show Cause.  MDL Rule 1.1 and 7.4(a) provides:

23              Any party or counsel in action previously transferred under section
                1407 or under consideration by the Panel for transfer under section
24              1407 shall notify the Clerk of the Panel of any potential "tag-along
                actions" in which that party is also named or in which that counsel
25              appears.

26

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1    The undersigned hereby notifies the Court that this case, currently pending in the United

2    States District Court of the Western District of Washington at Tacoma (No. 3:11-cv-05045-

3    RBL), is a potential "tag-along action" which may be subject to transfer to the Eastern District

4    of Pennsylvania.   The Clerk of the Panel may either (1) enter a conditional transfer order

5    pursuant to MDL Rule 7.4 or (2) file an order to show cause why the action should not be

6    transferred, pursuant to MDL Rule 7.3.

7

      DATED this 18th day of January, 2011.

8

9                                              OGDEN MURPHY WALLACE, P.L.L.C.

10

11                        By    /s/ Aaron P. Riensche
                                Robert G. André, WSBA #13072
                                Aaron P. Riensche, WSBA #37202
12                              Attorneys for Defendant
                                Lockheed Shipbuilding Company
13

14

15

16

17

18

19

20

21

22

23

24

25

26

APR848816.DOCX;1\12060.000026\
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
NOTICE OF TAG-ALONG ACTION - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1

## CERTIFICATE OF SERVICE

2          I certify under the laws of the United States of America that on the 18th day of January,

3   2011, I filed this document through CM/ECF and served counsel below by the method indicated:

4

| Counsel for Plaintiff | |
|---|---|
| Vanessa J. Firnhaber-Baker<br>Bergman Draper & Frockt<br>614 First Avenue<br>Third Floor<br>Seattle, Washington  98104 | [X]     E-MAIL |

5

6

7

8

9          DATED this 18th day of January, 2011.

10

11

12                                          /s/ Aaron P. Riensche
                                            Aaron P. Riensche, WSBA No. 37202

13

14

15

16

17

18

19

20

21

22

23

24

25

26

APR848816.DOCX;1\12060.000026\
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
NOTICE OF TAG-ALONG ACTION - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215