## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | § § § | MDL 875 |
| Asbestos Product Liability Litigation (No. VI) | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNIE L. JEFFERSON, ET AL., | * * | CIVIL ACTION NO. 10-4442 |
| Plaintiffs, | * * | |
| VS. | * * | DIVISION "J" |
| | * | JUDGE CARL BARBIER |
| AMERICAN SUGAR REFINING, INC., ET AL., | * * * | SECTION 4 MAGISTRATE JUDGE KAREN W. ROBY |
| Defendants. | * * | |

### PLAINTIFFS' MOTION TO VACATE
### CONDITIONAL TRANSFER ORDER NO. 348

COME NOW Plaintiffs and hereby Move this Honorable Court to vacate Conditional Transfer Order No. 348, filed on December 22, 2010. Plaintiffs base this Motion on the attached Memorandum in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order No. 348 and the attachments thereto, as well as the records and documents on file in *Jefferson et al. v. American Sugar Refining, Inc., et al.*, United States District Court, Eastern District of Louisiana, Civil Action No. 07-13834., and any other evidence brought at the hearing of this matter.

1

Date:   January 18, 2011

Respectfully Submitted,

*[signature: Denyse Clancy]*

Baron & Budd, PC
Denyse Clancy
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
(214) 523-3605
dclancy@baronbudd.com
Counsel for Plaintiffs

2