# Exhibit 5

# United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: MDL No. 875

IN RE: Asbestos Products Liability Litigation (No. VI)      Date Filed: 01/17/1991
Assigned to: Eduardo C Robreno (Pennsylvania Eastern)

**Plaintiff**

**Liaison Counsel for Plaintiff**         represented by **Peter G Angelos**
                                          Joint Pltf. /Deft. Steering Committee
                                          replaces previous lias
                                          One Charles Center
                                          100 North Charles Street
                                          22nd Floor
                                          Baltimore, MD 21201
                                          (410) 649-2000
                                          Fax: (410) 649-2111
                                          Email: mjolley@lawpga.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Liaison Counsel for Defendant**         represented by **David C Landin**
                                          Riverfront Plaza
                                          East Tower
                                          951 East Byrd Street
                                          Richmond, VA 23219-4074
                                          (804) 788-8200
                                          Fax: (804) 877-8218
                                          Email: DLandin@Hunton.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2011 | 6538 | NOTICE OF POTENTIAL TAG-ALONG (FROM DISTRICT COURT - M.D. North Carolina) -- 1 Action(s) -- -- North Carolina Middle District Court (1:10-cv-00927) (Attachments: # 1 Complaint NCM 1:10-927) (Littleton, Tarrell) (Main Document 6538 replaced on 1/4/2011) (Littleton, Tarrell). (Entered: 01/03/2011) |
| 01/03/2011 | 6539 | MOTION TO REINSTATE CTO-348 Filed by Denyse Clancy on behalf of Plaintiffs Adraine J Georges, Brad A Jefferson, Derrie K Jefferson, Joannie L. Jefferson, Kevin L Jefferson, Ryan F Jefferson, Thomas H Jefferson, IV, Lisa M Williams (Attachments: # 1 Memorandum Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) |



| | | |
|---|---|---|
| | | Associated Cases: MDL No. 875, LAE/2:10-cv-04442 (Clancy, Denyse) (ADDED CTO NUMBER) Modified on 1/3/2011 (Littleton, Tarrell). Modified on 1/4/2011 (dld). (Entered: 01/03/2011) |
| 01/03/2011 | 6540 | ***TEXT ONLY ENTRY*** <br><br> MINUTE ORDER (re: pldg. (6539 in MDL No. 875, 4 in LAE/2:10-4442) ) <br><br> Motion of: Plaintiffs Adraine J Georges, et al., to Reinstate CTO-348 -- GRANTED. <br><br> Plaintiffs' Motion to Reinstate CTO-348 is construed as their Notice of Opposition and is deemed filed as of the date of this order. Plaintiffs' motion and brief to vacate the CTO are due on or before January 18, 2011. <br><br> Signed by Clerk of the Panel Jeffery N. Luthi on 1/3/2011. <br><br> Associated Cases: MDL No. 875, LAE/2:10-cv-04442 (Luthi, Jeffery) (Entered: 01/03/2011) |
| 01/03/2011 | 6541 | SUPPLEMENTAL INFORMATION (MOTON TO REMAND) -- Filed by Plaintiffs Liaison Counsel for Plaintiff, Adraine J Georges, Brad A Jefferson, Derrie K Jefferson, Joannie L. Jefferson, Kevin L Jefferson, Ryan F Jefferson, Thomas H Jefferson, IV, Lisa M Williams Filed by Denyse Clancy on behalf of Plaintiffs Liaison Counsel for Plaintiff, Adraine J Georges, Brad A Jefferson, Derrie K Jefferson, Joannie L. Jefferson, Kevin L Jefferson, Ryan F Jefferson, Thomas H Jefferson, IV, Lisa M Williams (Attachments: # 1 Memorandum Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6) <br><br> Associated Cases: MDL No. 875, LAE/2:10-cv-04442 (Clancy, Denyse) Modified on 1/4/2011 (dld). PLEADING EVENT CORRECTED (Entered: 01/03/2011) |
| 01/04/2011 | 6542 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO-349) 2 action(s) *re: pldg. (1 in AZ/3:10-cv-08189, 1 in CAC/2:10-cv-09276, 6518 in MDL No. 875)* Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel Jeffery N. Luthi on 1/4/2011. <br><br> Associated Cases: MDL No. 875, AZ/3:10-cv-08189, CAC/2:10-cv-09276 (TLL) (Entered: 01/04/2011) |
| 01/04/2011 | 6543 | CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (2 in DE/1:09-cv-00235, 6527 in MDL No. 875, 2 in MOE/4:90-cv-00826, 2 in MOE/4:91-cv-00615, 2 in MOE/4:92-cv-01321, 2 in MOE/4:95-cv-01253, 2 in MOE/4:95-cv-01788, 2 in MOE/4:96-cv-01857, 2 in NJ/2:05-cv-04522, 2 in NJ/2:90-cv-02659, 2 in NJ/2:94-cv-04299, 2 in NJ/3:90-cv-03424, 2 in NYS/1:04-cv-10017, 2 in NYS/1:07-cv-09431, 2 in PAW/2:97-cv-01330, 2 in UT/2:02-cv-00716) ) Inasmuch as no objection is pending at this time, the stay is lifted. Associated Cases: MDL No. 875, DE/1:09-cv-00235, MOE/4:90-cv-00826, MOE/4:91-cv-00615, MOE/4:92-cv-01321, |

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Wednesday, January 05, 2011 4:00 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-cv-04442-CJB-KWR Jefferson, et al v. American Sugar Refining, Inc., et al Order Reopening Case

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U. S. District Court

Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 1/5/2011 at 3:59 PM CST and filed on 1/3/2011
**Case Name:**   Jefferson, et al v. American Sugar Refining, Inc., et al
**Case Number:**   2:10-cv-04442-CJB-KWR
**Filer:**
**Document Number:** 26(No document attached)

Docket Text:
**TEXT ORDER REOPENING CASE. CTO-348, dated 1/3/2011, is Vacated per Clerk of the Panel, Jeffery N. Luthi.(mmm, )**

**2:10-cv-04442-CJB-KWR Notice has been electronically mailed to:**

Wilton Ellwood Bland, III wbland@mblb.com, dhartman@mblb.com, pcabibi@mblb.com

John A. Bolles bollesj@phelps.com, adamsg@phelps.com

Mark John Spansel mark.spansel@arlaw.com, lisa.guidry@arlaw.com

Gary Allen Lee glee@leefutrell.com

Susan Beth Kohn suek@spsr-law.com, droberts@spsr-law.com

Douglass Michael Moragas dmoragas8305@bellsouth.net

Gustave A. Fritchie, III gfritchie@irwinllc.com, jmartinez@irwinllc.com, lmelinie@irwinllc.com

Edwin Christian Laizer Edwin.Laizer@arlaw.com, wendy.quillin@arlaw.com

Patricia Cowen Penton ppenton@leefutrell.com, yadcock@leefutrell.com

Antonio J. Rodriguez ajr@frc-law.com, jbeall@frc-law.com, mriess@frc-law.com

H. Philip Radecker, Jr hpradecker@pugh-law.com, dharris@pugh-law.com

Lawrence G. Pugh, III lpugh@pugh-law.com, asbestos@pugh-law.com, dmusselman@pugh-law.com, nreid@pugh-law.com

Richard Marshall Perles rperles@leefutrell.com, dlaurent@leefutrell.com, sfarr@leefutrell.com

Robert Edward Williams, IV rwilliams@sulzerandwilliams.com, amartin@sulzerandwilliams.com, cfalco@sulzerandwilliams.com, jnegrotto@sulzerandwilliams.com

J. Burton LeBlanc, IV bleblanc@baronbudd.com, jhaynes@baronbudd.com, jwright@baronbudd.com, lphilpot@baronbudd.com, lweaver@baronbudd.com, rbudd@baronbudd.com, spetersen@baronbudd.com, ssummy@baronbudd.com

Tyson B. Shofstahl shofstahltb@arlaw.com, casciopj@arlaw.com, edwardsbp@arlaw.com

Richard P. Sulzer rsulzer@sulzerandwilliams.com, shollingsworth@sulzerandwilliams.com

Cameron Waddell cwaddell@leblancwaddell.com

Paul E. Harrison pharrison@pharrisonlaw.com, sleblanc@pharrisonlaw.com

Roland M. Vandenweghe, Jr roland.vandenweghe@arlaw.com, nadine.terrebonne@arlaw.com

John K. Nieset jknieset@christovich.com, jtreuting@christovich.com

Philip C. Brickman pbrickman@frc-law.com, cjenkins@frvf-law.com, kpoteet@frvf-law.com, rricca@frc-law.com

Patrick E. Costello pcostello@mblb.com, dhartman@mblb.com, lweber@mblb.com

Anita Ann Cates acates@leefutrell.com

Jacques P. DeGruy jdegruy@mblb.com, Tcrane@mblb.com

Susan Grace Keller-Garcia skgarcia@frvf-law.com

Christopher C. Colley ccolley@baronbudd.com, jhaynes@baronbudd.com, khewlett@baronbudd.com

Christy L. McMannen clmcmannen@christovich.com, mdonaldson@christovich.com

**2:10-cv-04442-CJB-KWR Notice has been delivered by other means to:**