

| **Query** | **Reports** ▾ | **Utilities** ▾ | **Logout** |



ASB

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:11-cv-00013-BEL

Cheek v. John Crane-Houdaille, Inc. et al
Assigned to: Judge Benson Everett Legg
Case in other court: Circuit Court for Baltimore City, Maryland,
    24X08000519
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 01/03/2011
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Hubert A. Cheek**

       represented by  **Marlo Ann Trotta**
Law Offices of Peter G Angelos
5905 Harford Rd
Baltimore, MD 21214
14104263200
Fax: 14104261269
Email: mtrotta@lawpga.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Crane-Houdaille, Inc.**

       represented by  **Peter Allan Woolson**
P A Woolson PA
217 E Redwood St Ste 1600
Baltimore, MD 21202
14106250000
Fax: 14106250201
Email: pwoolson@pawoolson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Hubert A. Cheek

## DEFENDANTS

General Electric Company

**(b)** County of Residence of First Listed Plaintiff   Baltimore County, MD
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

John A. Pica, Jr., Law Offices of Peter G. Angelos, P.C.
100 N. Charles St., 22nd Flr., Baltimore, MD 21201 (410.649.2000)

Attorneys (If Known)

Donald S. Meringer, David J. Quigg, Meringer, Zois & Quigg,
LLC, 320 N. Charles St., Baltimore, MD 21201 (443.524.7978)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☒ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Alleged exposure to asbestos aboard U.S. Navy combat ships

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
01/03/2011

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

HUBERT A. CHEEK,                                    *

                                                    *          Civil Action:

      Plaintiff,                                   *

v.                                                  *          (Circuit Court for Baltimore City
                                                                 Case No.:  24x08000519)
                                                    *

JOHN CRANE-HOUDAILLE, INC.,                         *
et al.
                                                    *
      Defendants
                                                    *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>NOTICE OF REMOVAL OF CIVIL ACTION</u>

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Defendant, General Electric Company ("GE"), by and

through its undersigned counsel of record, hereby notes the removal of this action to the United

States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. §§

1442 and 1446.  The grounds for removal are as follows:

      1.      GE hereby removes this action from the Circuit Court for Baltimore City,

Maryland on the grounds, set forth in greater detail below, that the plaintiff asserts a claim

against GE for alleged exposure to asbestos aboard two U.S. Navy ships, the U.S.S. Compton

and the U.S.S. Tabberer, from marine turbines, generators, and other equipment allegedly

manufactured by GE, which products – if manufactured by GE – were manufactured under

contract with the United States Navy under terms by which the Navy and its officers imposed

strict supervision and control over all aspects of the design and manufacture of the turbines including, without limitation, any asbestos content and any labels or materials affixed to or accompanying the turbines. Consequently, GE is permitted to remove this case under the provisions of 28 U.S.C. § 1442(a)(1) as a person acting under an officer or agency of the United States, in order to assert defenses arising under the laws of the United States including, without limitation, the defense of government contractor immunity.

2.     On January 26, 2009, General Electric was served with Plaintiff's Complaint and Prayer for Jury Trial (hereinafter "Complaint" or "Plaintiff's Complaint") in this civil action in the Circuit Court for Baltimore City, Maryland, Civil Action No. 24x08000519 ("the State Case"). A true and correct copy of the Complaint is attached as **Exhibit A**. The Complaint alleges that Plaintiff, Hubert A. Cheek, was exposed to asbestos while employed as an assembly worker, machinist, laborer and fireman, and alleges secondary asbestos exposure from his father, who was a laborer and welder. No other information is provided in the Complaint regarding the specifics of plaintiff's alleged asbestos exposure. The Complaint does not specify any GE products from which plaintiff was allegedly exposed to asbestos, nor does it identify the work site at which asbestos exposure from GE products is alleged to have occurred. In fact, the Complaint does not mention that plaintiff is alleging exposure to asbestos while he served in the U.S. Navy. Thus, the allegations of the Complaint are insufficient to advise GE, or any other defendant, of the relevant work site, time period, or products at issue for any particular defendant.

3.     On December 16, 2010, less than an hour before the scheduled start of Plaintiff Hubert Cheek's deposition, plaintiff's counsel filed Plaintiff's Supplemental Answers to Defendants' Joint Interrogatories (hereinafter "Plaintiff's Supplemental Answers to

Interrogatories") that indicate for the first time the naval vessels on which Mr. Cheek was allegedly exposed to asbestos, while serving as a machinist mate in the United States Navy.[1]  A copy of Plaintiff's Supplemental Answers to Interrogatories is attached as **Exhibit B**. Specifically, these vessels, and the years plaintiff allegedly served aboard, are listed in Plaintiff's Answer to Interrogatory No. 91 and include: the U.S.S Compton and the U.S.S Tabberer (**Exhibit B**, p. 4).  ***These discovery responses represent the first time, within the meaning of 28 U.S.C. § 1446, that plaintiff, in writing or otherwise asserted a claim against GE for Mr. Cheek's alleged exposure to GE marine turbines, generators, or other products during the time of his service in the U.S. Navy.***

4.      This Notice of Removal is filed within thirty (30) days after GE's receipt of Plaintiff's Supplemental Answers to Interrogatories, the first paper in which plaintiff asserted a claim against GE based upon alleged naval exposure to asbestos from GE marine turbines, generators or other products and is, therefore, timely filed under the provisions of 28 U.S.C. § 1446(b).

5.      Should any party file a motion to remand this case, GE respectfully requests an opportunity to respond more fully in writing and to conduct discovery limited to the issue of removal, but offers the following authorities in support of removal.

6.      Marine steam turbines or other products that GE manufactured under contract with the U.S. Navy for installation in U.S. Navy vessels were manufactured to Navy specifications and were subject to strict Navy control and supervision over all aspects of the products' design and manufacture, including, without limitation, the presence of asbestos in such

---

[1] Plaintiff's Answers to Defendants Joint Interrogatories that were filed on July 27, 2010 do not indicate that plaintiff is alleging asbestos exposure aboard vessels while serving in the U.S. Navy, nor do they mention GE.

products and the existence of any warnings affixed to or issued in connection with the turbines or other products.  This is established, *inter alia*, by the following affidavits:

> a. Declaration of David Hobson, dated January 28, 2008, with Exhibits 1 through 3 (attached hereto as **Exhibit C**);
>
> b. Declaration of Admiral Ben J. Lehman, dated December 30, 2010 (attached hereto as **Exhibit D**)
>
> c. Declaration of Lawrence Stillwell Betts, MD, PhD, dated April 14, 2009 with Exhibits A through EE (attached hereto as **Exhibit E,** with Exhibits A through EE attached as **E.01** through **E.31**).

7.      This case is removable pursuant to 28 U.S.C. § 1442(a)(1) because the action involves a person (GE) that acted under the authority of an officer or agency of the United States. A corporation, such as GE, is a "person" within the meaning of this statute. *See Fink v. Todd Shipyards,* 2004 U.S. Dist. LEXIS 6912 (E.D. La. 2004).  Removal is proper under this section upon a showing (1) that a defendant acted under the direction of a federal officer, (2) that a defendant has a colorable federal defense to plaintiff's claim, and (3) that there is a causal nexus between the plaintiff's claims and the acts it performed under color of federal office.  *See Mesa v. California,* 489 U.S. 121 (1989); *Machnik v. Buffalo Pumps, Inc.*, 2007 U.S. Dist. LEXIS 68097 (D. Conn. 2007).  This basis for removal has been recognized in an asbestos setting by this Court.  *See Pack v. ACandS, Inc.*, 838 F.Supp. 1099 (D. Md. 1993).  As demonstrated, *inter alia*, by the affidavits attached hereto, GE's marine turbines and other products, from which plaintiff asserts a claim for naval asbestos exposure, were manufactured according to the specifications of, and under the direction and control of, the U.S. Navy.  Plaintiff's claim is based upon the alleged presence of asbestos in or on the said turbines and other products.  Therefore, GE acted under direction of a federal officer or agency in the construction of the turbines, and there is a direct nexus between such action and the plaintiff's claims against GE.

4

8.      *Pack v. AC and S., Inc.*, 838 F.Supp. 1099 (D.Md. 1993) is controlling.  In *Pack*,

defendant Westinghouse designed and constructed marine turbines for use on military vessels.

The design and construction process was supervised and controlled by the US Navy and its

officers.  *Id.* at 1103.  The plaintiff in that case alleged that he was exposed to asbestos insulation

installed on those turbines while working in a shipyard.  Westinghouse removed the action to the

United States District Court for Maryland pursuant to 28 U.S.C. §1442(a)(1).  The District Court

refused to grant plaintiff's motion to remand, holding instead that Westinghouse was entitled to

federal officer removal because (1) the construction and design of its marine turbines were

conducted under the direction of a federal officer; (2) Westinghouse had presented a colorable

argument that it was protected by the federal government contractor defense; and (3) the

plaintiff's claims arose from acts which Westinghouse performed under color of federal office.

*Id.*  The facts in the instant case are substantially identical to those in *Pack* and, accordingly, GE

may remove this action under 28 U.S.C. §1442(a)(1).

9.      As recognized in *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988), GE

has a federal defense to these actions, i.e., government contractor immunity from liability for

injuries arising from exposure to asbestos from marine turbines or other products manufactured

under contract with the U.S. Navy, insofar as GE constructed or repaired them in accordance

with Navy specifications and under strict control or supervision of the U.S. Navy.  *Accord*,

*Carley v. Wheeled Coach*, 991 F.2d 1117 (3d Cir. 1993); *Garner v. Santoro*, 865 F.2d 629 (5th

Cir. 1989); *Kleemann v. McDonnell Douglas Corp*, 890 F.2d 698 (4th Cir. 1989).  A government

contractor defense exists when (1) the United States approved reasonably precise specifications,

(2) the equipment conformed to those specifications, and (3) the contractor warned the

government about any dangers known to the contractor but not to the government.  *Boyle, supra;*

*Carley v. Wheeled Coach*, *supra.*  The declarations attached hereto establish that GE's marine turbines and other products that were manufactured for the U.S. Navy were manufactured in conformity with detailed specifications of the U.S. Navy, and that GE had no knowledge concerning the potential hazards of asbestos that was not known by the U.S. Navy.  Therefore, GE has established a colorable federal defense to plaintiff's claims and is entitled to remove this action pursuant to 28 U.S.C. §1442(a)(1).  *See Faddish v. General Electric Company,* 2010 WL 4146108, 2010 U.S. Dist. LEXIS 112937 (E.D. Pa. 2010) (granting summary judgment for GE as to claims of naval asbestos exposure, based upon the government contractor defense).[2]

10.     A properly removed case cannot be remanded for discretionary or policy reasons such as allegedly related State court cases or a contention that judicial economy compels remand. 28 U.S.C. § 1447(c); *Thermitron Products, Inc. v. Hermansdorfer*, 423 U.S. 336, 96 S.Ct. 584, 46 L.Ed. 542 (1976); *Elrad v. United Life & Accident Insurance Company*, 624 F.Supp. 742 (N.D.Ill. 1985).  The federal officer removal statute is not narrow or limited, and it should not be frustrated by a narrow or grudging interpretation of § 1442(a)(1).  *Willingham v. Morgan*, 395 U.S. 402, 405, 89 S. Ct. 1813, 1815, 23 L.Ed.2d 396 (1960).

11.     GE is not required to notify and obtain the consent of any other defendant in this action in order to remove the action as a whole under section 1442(a)(1). *Akin v. Ashland Chemical Co.,* 156 F.3d 1030 (10th Cir. 1998); *Ely Valley Mines, Inc. v. Hartford Accident Indem. Co.*, 644 F.2d 1310, 1315 (9th Cir. 1981).

12.     In accordance with 28 U.S.C. §1446(a) and Local Rule 103(5)(a), General Electric has filed with this Notice of Removal true and correct copies of all process, pleadings,

---

[2] In *Faddish v. General Electric Co.*, 2010 WL 4146108 (E.D.Pa. 10/20/10)(asbestos MDL-875), the District Court granted GE's motion for summary judgment and found as a matter of federal law that GE was immune from asbestos state law tort liability and failure to warn claims regarding turbines it supplied to the Navy, pursuant to standards articulated in *Boyle*.

and orders that have been served upon General Electric in the State Case as of this date.

Additionally, within 30 days, General Electric will file true and correct copies of all other

documents on file in the State Case, together with a certification from counsel that all filings in

the State Case have been filed in the United States District court.

WHEREFORE, Defendant, General Electric Company removes this action to the United

States District Court for the District of Maryland, Northern Division.

**A JURY TRIAL IS DEMANDED.**          Respectfully submitted,


/s/ David J. Quigg
Donald S. Meringer, Federal Bar #24408
David J. Quigg, Federal Bar #26401
Meringer, Zois & Quigg, LLC
320 North Charles Street
Baltimore, Maryland 21201
(443) 524-7978
(443) 524-7982 (fax)

*Attorneys for Defendant General Electric Company*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **<u>3rd</u>** day of January, 2011, a copy of the foregoing Notice of Removal was served upon plaintiff's counsel and all defense counsel of record through the Court's CM/ECF system.  Absent confirmation from the court that such electronic service has been made, service is being made upon plaintiff's counsel by first class mail, postage prepaid, addressed as follows, and upon all other known counsel of record at the addresses and in the manner set forth on the attached service list:

> **John A. Pica, Jr., Esquire**
> **Law Offices of Peter G. Angelos**
> **One Charles Center**
> **100 N. Charles Street, Suite 2200**
> **Baltimore, MD  21201**
>
> ***Attorneys for Plaintiffs***

> MERINGER, ZOIS & QUIGG, LLC
>
> By:      */s/  David J. Quigg*
>              David J. Quigg
>
> *Attorneys for General Electric Company*

8

**SERVICE LIST**

**HUBERT A. CHEEK v. JOHN CRANE-HOUDAILLE, INC. et al.**

To the extent not served pursuant to the Courts CM/ECF system, service of the foregoing pleading (without exhibits) is being made upon counsel for all parties by first class mail, addressed as follows.  Copies of all exhibits will be provided to any party upon request.

| Party | Counsel of Record |
|---|---|
| Bayer CropScience Inc. | R. Thomas Radcliffe, Jr., Esquire<br>Steven J. Parrott, Esquire<br>DeHay & Elliston, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>410.783.7225 |
| Beazer East, Inc. f/k/a Koppers Company, Inc. | Jennifer J. Kehl, Esquire<br>Moore & Jackson, LLC<br>305 Washington Ave., Suite 401<br>Towson, Maryland 21204<br>410.583.5241 |
| CBS Corporation f/k/a VIACOM, INC., successor by merger with CBS Corporation f/k/a Westinghouse Electric Corporation | Philip A. Kulinski, Esquire<br>Clare M. Maisano, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD  21202<br>443.573.8500 |
| CertainTeed Corporation | Laura A. Cellucci, Esquire<br>Miles & Stockbridge, P.C.<br>10 Light Street<br>Baltimore, MD  21202-1487<br>410.727.6464 |
| Conwed Corporation | Jon W. Brassel, Esquire<br>Brassel Baldwin Kagan & May, P.A.<br>112 West Street<br>Annapolis, Maryland 21401<br>410.974.9200 |

| | |
|---|---|
| Cooper Industries, Inc. | Thomas P. Bernier, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>One North Charles Street, Suite 2500<br>Baltimore, MD  21201<br>410.779.3960 |
| E.L. Stebbing & Co., Inc. | Louis E. Grenzer, Jr., Esquire<br>James T. Smith, Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>410. 823.1250 |
| Ferro Engineering Inc. | Jon W. Brassel, Esquire<br>Brassel Baldwin Kagan & May, P.A.<br>112 West Street<br>Annapolis, Maryland 21401<br>410.974.9200 |
| Foseco, Inc. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE, P.C.<br>10 LIGHT STREET<br>BALTIMORE, MD  21202-1487<br>410.727.6464 |
| Foster Wheeler, LLC | R. Thomas Radcliffe, Jr., Esquire<br>Steven J. Parrott, Esquire<br>DEHAY & ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>410.783.7225 |
| The Goodyear Tire & Rubber Company | M. KING HILL, III, Esquire<br>Venable LLP<br>210 Allegheny Avenue<br>Towson, Maryland 21204<br>410.494.6200 |
| Greene, Tweed & Company | Thomas P. Bernier, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>One North Charles Street, Suite 2500<br>Baltimore, MD  21201<br>410.779.3960 |

| | |
|---|---|
| Hampshire Industries Inc. | David W. Allen, Esquire<br>Thomas M. Goss, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>410.783.4000 |
| Hopeman Brothers, Inc. | David W. Allen, Esquire<br>Thomas M. Goss, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>410.783.4000 |
| International Paper Company | Philip A. Kulinski, Esquire<br>Clare M. Maisano, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD  21202<br>443.573.8500 |
| JH France Refractories Co. | Katherine S. Duyer, Esquire<br>GAVETT AND DATT, P.C.<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855-2622<br>301.948.1177 |
| John Crane, Inc. | Peter A. Woolson, Esquire<br>P.A. WOOLSON, P.A.<br>Redwood Tower, Suite 1600<br>217 East Redwood Street<br>Baltimore, MD 212020<br>410.625.0000 |
| MCIC, Inc. | Louis E. Grenzer, Jr., Esquire<br>James T. Smith, Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>410. 823.1250 |
| Owens Illinois Glass Co. | Steven A. Luxton, Esquire<br>Morgan Lewis<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>202.739.5452 |

| | |
|---|---|
| Pfizer Inc. | Patrick C. Smith, Esquire<br>POWERS & FROST, LLP<br>Nottingham Center – Suite 200<br>502 Washington Avenue<br>Towson, Maryland 21204<br>443.279.9700 |
| Selby Battersby & Co. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE, P.C.<br>10 LIGHT STREET<br>BALTIMORE, MD  21202-1487<br>410.727.6464 |
| Square D Company | Neil J. MacDonald, Esquire<br>Hartel, Kane, DeSantis, MacDonald & Howie, LLP<br>Calverton Office Park<br>11720 Beltsville Drive<br>Suite 500<br>Beltsville, Maryland 20705<br>301.486.1200 |
| Union Carbide Corporation | R. Thomas Radcliffe, Jr., Esquire<br>Steven J. Parrott, Esquire<br>DEHAY & ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>410.783.7225 |
| Universal Refractories Inc. | Jennifer J. Kehl, Esquire<br>Moore & Jackson, LLC<br>305 Washington Ave., Suite 401<br>Towson, Maryland 21204<br>410.583.5241 |
| Wallace & Gale Asbestos Settlement Trust | Theodore F. Roberts, Esquire<br>Venable, LLP<br>210 W. Pennsylvania Avenue<br>Suite 500<br>Towson, Maryland  21204<br>410.494.6200 |

**HUBERT A. CHEEK**
5208 Wilkins Avenue
Catonsville, MD 21228

    Plaintiffs

VS

**JOHN CRANE-HOUDAILLE, INC.**
Morton Grove, IL  60053

Serve On:
President
John Crane-Houdaille, Inc.
6400 Oakton Street
Morton Grove, IL  60053

and

**OWENS-ILLINOIS GLASS CO.,**
f/k/a OWENS-ILLINOIS, INC.
P.O. Box 1035
Toledo, OH  43604

Serve On:
Owens-Illinois, Inc.-Legal Dept.
One Michael Owens Way
Perrysburg, OH 43351-2999

and

**E.L. STEBBING & CO., INC.**
1600 Clough Street
Baltimore, MD  21213

Serve On:
John J. Nagle III
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Ave.
Towson, MD 21204

and

**HAMPSHIRE INDUSTRIES, INC.**
f/k/a JOHN H. HAMPSHIRE CO.
320 West 24th Street
Baltimore, MD  21211

Serve On:
Resident Agent

IN THE

CIRCUIT COURT

FOR

BALTIMORE CITY

CT-4   OTHER ASBESTOS CASES

CASE NO. : 24X08000519

L11CV0013

Charles E. Fry, Jr.                                    *
Secretary/Treasurer
320 W. 24th Street                                     *
Baltimore, MD  21211
                                                       *

and                                                    *

UNIVERSAL REFRACTORIES COMPANY                         *
P.O. Box 97
Wampum, PA  16151                                      *

Serve On:                                              *
Jim M. Blundon, Esq.
C/o Three Rivers Management, Inc.
One Oxford Centre, Suite 3000                          *
Pittsburgh, PA  15219
                                                       *

and                                                    *

GARLOCK SEALING TECHNOLOGIES LLC.                      *
1666 Division Street
Palmyra, NY 14522                                      *

Serve On:                                              *
Garlock, Inc.
1666 Division Street
Palmyra, NY 14522                                      *

and                                                    *

PREMIER REFRACTORIES, INC., f/k/a                      *
J.H. FRANCE REFRACTORIES CO.
c/o CT Corporation System                              *
1635 Market Street
Philadelphia, PA 19103                                 *

Serve On:                                              *
C/O Donald E. Ward, President
Special Claims Services, Inc.                          *
809 Coshocton Avenue, Suite I
Mount Vernon, Ohio 43050                               *

and                                                    *

THE GOODYEAR TIRE & RUBBER                             *
COMPANY, f/k/a KELLY SPRINGFIELD TIRE
COMPANY                                                *
1144 E. Market Street
Akron, OH  44316                                       *

Serve On:                                          *
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Suite 1660                      *
Baltimore, MD 21202
                                                   *
and
                                                   *
DURABLA MANUFACTURING COMPANY
821 Lancaster Avenue                               *
Strafford-Wayne, PA 19087
                                                   *
Serve On:
William F. Mueller, Esquire                        *
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue                               *
P.O. Box 1296
Morristown, NJ 07962-1296                          *

and                                                *

MCIC, INC., and                                    *
Its Remaining Director Trustees,
Robert I. McCormick,                               *
Elizabeth McCormick and
Patricia Schunk                                    *

Serve On:                                          *
John J. Nagle, III, Esquire
Bodie, Nagle, Dolina, Smith                        *
& Hobbs, P.A.
21 West Susquehanna Avenue                         *
Towson, Maryland 21204
                                                   *
and
                                                   *
CBS CORPORATION, f/k/a
WESTINGHOUSE                                       *
and B.F. STURTEVANT
Westinghouse Bldg.                                 *
Gateway Center
Pittsburgh, PA  15222                              *

Serve On:                                          *
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Ste. 1660                       *
Baltimore, MD 21202
                                                   *
and
                                                   *
GENERAL ELECTRIC COMPANY

1 River Road                                    *
Schenectady, NY
                                                *

Serve On:
  Resident Agent:                               *
  The Corporation Trust, Inc.
  300 E. Lombard Street                         *
  Baltimore, MD  21202
                                                *

and                                             
                                                *

RHI REFRACTORIES AMERICA
a/k/a RHI AG                                     *
600 Grant Street
Floor 51                                        *
Pittsburgh, PA 15219
                                                *

Serve On:
  Chief Executive Officer Guenter Karhut        *
  600 Grant Street
  Floor 51                                      *
  Pittsburgh, PA 15219
                                                *

and                                             
                                                *

METROPOLITAN LIFE INSURANCE CO.
                                                *

SERVE ON:
  Teresa Wynn Roseborough                       *
  Metropolitan Life Insurance Company
  1 METLIFE PLAZA                               *
  27-01 QUEENS PLAZA NORTH, 6TH FLOOR,
  LEGAL DEPARTMENT                              *
  LONG ISLAND CITY, NY 11101
                                                *

and                                             
                                                *

A.W. CHESTERTON COMPANY
Middlesex Industrial Park                       *
Stoneham, MA  02180
                                                *

Serve On:
  Gail Constantine                              *
  P.O. Box 4004
  Woburn, MA 01888-4004                         *

and                                             *

CERTAINTEED CORPORATION                         *
Individually and as Successor to

Bestwall Gypsum Co.                              *
750 E. Swedesford Road
Valley Forge, PA 19482                           *

Serve On:                                        *
The Corporation Trust, Inc.
300 East Lombard Street                          *
Baltimore, MD 21202
                                                 *
and
                                                 *
BONDEX INTERNATIONAL, INC.
707 Spirit, 40 Park Drive                        *
Suite 130
Chesterfield, MO 63005                           *

Serve On:                                        *
Resident Agent
707 Spirit, 40 Park Drive                        *
Suite 130
Chesterfield, MO 63005                           *

and                                              *

RPM, INC., (Individually and as Successor in     *
Interest to and/or alter ego of The Reardon
Company and Bondex International)                *

Serve On:                                        *
Prentice-Hall Corporation
50 West Broad Street                             *
Suite 1800
Columbus, Ohio 43215                             *

and                                              *

KAISER GYPSUM COMPANY, INC.                      *
John Bosche, Secretary
300 Lakeside Drive                               *
Oakland, California 94612
                                                 *
Serve On:
CT Corporation Systems                           *
818 W. 7th Street
Los Angeles, California 90017                    *

and                                              *

UNION CARBIDE CORPORATION                        *
30 East 42nd Street

New York, New York 10017                                    *

Serve On:                                                   *
The Corporation Trust, Inc.
300 East Lombard Street                                     *
Baltimore, Maryland 21202
                                                            *

and                                                         *

INTERNATIONAL PAPER COMPANY
(Individually and as Successor in Interest to               *
CHAMPION INTERNATIONAL
CORPORATION and U.S. PLYWOOD CORP.)                         *
Stamford, Connecticut
                                                            *

Serve On:                                                   *
The Corporation Trust, Inc.
300 East Lombard Street                                     *
Baltimore, Maryland 21202

and                                                         *

BAYER CROPSCIENCE, INC.                                     *
(Individually and as Successor In Interest
to Benjamin Foster Co., Amchem Products, Inc.               *
H.B. Fuller Co., Aventis CropScience USA, Inc.,
Rhone-Poulenc AG Company, Inc.,                             *
Rhone-Poulenc, Inc.  and Rhodia, Inc.)
600 Madison Avenue                                          *
New York, NY 10022
                                                            *

Serve On:                                                   *
CSC Lawyers Incorporating Service Company
7 St. Paul Street, Suite 1660                               *
Baltimore, MD 21202

and                                                         *

COOPER INDUSTRIES, INC.                                     *
(Individually and as Successors in Interest to
Crouse Hinds Co.)                                           *
2700 Two Houston Center
Houston, Texas  77002                                       *

Serve On:                                                   *
Corporation Trust Co.
1209 Orange Street                                          *
Wilmington, DE 19801
                                                            *

and

PFIZER CORPORATION                                      *
235 East 42nd Street
New York, NY  10017                                     *

Serve On:                                               *
President
235 East 42nd Street                                    *
New York, NY  10017
                                                        *
and
                                                        *
SQUARE D COMPANY, Individually
and as Successor in Interest to Electric                *
Controller and Manufacturing Co.
1415 S. Roselle Road                                    *
Palatine, IL.  60067
                                                        *
Serve On:
CSC Lawyers Incorporations Service Company              *
7 St. Paul Street, Suite 1660
Baltimore, MD 21202                                     *

and                                                     *

THE WALLACE & GALE ASBESTOS                             *
SETTLEMENT TRUST
                                                        *
Serve on:
Margaret Fonshall Ward                                  *
Moore & Jackson
305 Washington Avenue, Suite 401                        *
Towson, Maryland 21204
                                                        *
and
                                                        *
CONWED CORPORATION
332 Minnesota Street                                    *
St. Paul, Minnesota  55101
                                                        *
Serve On:
The Corporation Trust Company                           *
Corporation Trust Center
1209 Orange Street                                      *
Wilmington, Delaware 19801
                                                        *
and
                                                        *
FOSTER WHEELER CORPORATION
110 S. Orange Avenue                                    *
Livingston, NJ  07039

Serve On:                                                *
President                                                *
Perryville Corporate Park
Clinton, NJ  08809-4000                                  *

and                                                      *

HOPEMAN BROTHERS, INC.                                   *
P.O. Box 820
Waynesboro, VA  22980                                    *

Serve On:                                                *
President
P.O. Box 820                                             *
Waynesboro, VA  22980
                                                         *
and                                                      *

SELBY, BATTERSBY & COMPANY                               *
5235 Whitby Avenue
Philadelphia, PA                                         *

Serve On:                                                *
Francis McGill Hadden, Esquire
Hecker Brown Sherry and Johnson                          *
1700 Two Logan Square
18th and Arch Streets                                    *
Philadelphia, PA  19103

and                                                      *

GREEN, TWEED & CO.                                       *
(Individually and as Successor in Interest
to Palmetto, Inc.)                                       *
2075 Detwiler Road
Kulpsville, PA.  19443                                   *

Serve On:                                                *
President and/or Resident Agent
Green, Tweed & Co.                                       *
2075 Detwiler Road
Kulpsville, PA.  19443                                   *

and                                                      *

ON Marine Services Company,                              *
Formally Oglebay Norton Company
1100 Superior Avenue                                     *
Cleveland, OH 44114

SERVE ON: National Registered Agents, Inc.          *
145 Baker Street
Marion, OH 43302                                    *

and                                                 *

FOSECO, INC.                                        *

Serve On:                                           *
Corporation Trust Co.
1209 E. Orange Street                               *
Wilmington, DE  19801
                                                    *
and                                                 *

WAYNE MANUFACTURING
CORPORATION                                         *
P.O. Box 820
Waynesboro, Va. 22980                               *

Serve on:                                           *
David Allen, Esquire
1 South Street, 20th Floor                          *
Baltimore, MD 21202
                                                    *
and                                                 *

LOFTON CORPORATION
(As Successor-in-Interest to                        *
Wayne Manufacturing Corporation)
Route 666                                           *
P.O. Box 478
Greenville, Virginia 24440                          *

Serve on:                                           *
David Allen, Esquire
1 South Street, 20th Floor                          *
Baltimore, MD 21202
                                                    *
and                                                 *

GENERAL REFRACTORIES COMPANY
600 Grant Street, Rm. 3000                          *
Pittsburgh, PA
                                                    *
Serve On:
President                                           *
c/o Law Department
225 City Line Avenue                                *
Bala Cynwyd, PA  19904

*

and

*

KOPPERS COMPANY, INC.
Koppers Building                              *
Pittsburgh, PA

*

Serve On:

*

The Corporation Trust, Inc.
300 East Lombard Street
Baltimore, MD  21202                          *

        Defendants                            *


            *********************************************

## SHORT FORM COMPLAINT AND
## PRAYER FOR JURY TRIAL

Hubert A. Cheek, Plaintiff, by his undersigned attorneys, sue the Defendants captioned above and hereby adopt and incorporate by reference the causes of action and respective paragraphs set forth in the Other Asbestos Cases Master Complaint as follows:

**As to Plaintiff Hubert A. Cheek:**

**Introduction** - paragraphs 1-6.

1.   **Count One - Strict Liability** - paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, and 11;

2.   **Count Two - Breach of Warranty** - paragraphs 12, 13 and 14;

3.   **Count Three - Negligence** - paragraphs 15, 16, 17, 18 and 19;

4.   **Count Four - Fraud** - paragraphs 20, 21, 22, 23, 24 and 25;

5.   **Count Five  - Conspiracy** - paragraphs 26, 27, 28, 29 and 30;

6.   **Count Six - Market Share Liability** - paragraphs 31, 32 and 33.

/s/ *Marlo A. Trotta*
Marlo A. Trotta

LAW OFFICES OF PETER G. ANGELOS, P.C.
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201-3812
410-649-2000

*Attorney for Plaintiffs*

## PRAYER FOR JURY TRIAL

Plaintiffs elect to have their case tried before a jury.

/s/  *Marlo A. Trotta*
Marlo A. Trotta

*Attorney for Plaintiffs*

| | | |
|---|---|---|
| **HUBERT A. CHEEK** | * | **IN THE** |
| **Plaintiff** | * | **CIRCUIT COURT** |
| | * | **FOR** |
| **v.** | * | **BALTIMORE CITY** |
| **JOHN CRANE-HOUDAILLE, INC.,** | * | |
| **et al.** | * | **Case No.** |
| **Defendants** | * | |
| | * | **CT-4 OTHER ASBESTOS CASES** |

* * * * * * * * * * * * * * * * * * *

## ATTACHMENT TO
## SHORT FORM COMPLAINT

In accordance with Baltimore City Pretrial Order No. 1, paragraph 3(b), please be advised of the following with respect to the above captioned case.

1. Plaintiff was diagnosed with Lung Cancer on May 21, 2008 and asbestosis and non-malignant pleural changes on June 14, 2006.

2. Plaintiff's social security printout is not available at this time.

/s/   Marlo A. Trotta
Marlo A. Trotta

Law Offices of Peter G. Angelos
A Professional Corporation
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201-3812
410-649-2000
Attorney for Plaintiffs

IN RE:      **ASBESTOS PERSONAL**      \*      **IN THE**
                **INJURY AND WRONGFUL**
                **DEATH ASBESTOS CASES**     \*      **CIRCUIT COURT**

                                               \*      **FOR BALTIMORE CITY**

                   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HUBERT A. CHEEK**                \*

     **Plaintiff**                   \*

**vs.**                          \*      **DOCKET NO.:**

**JOHN CRANE-HOUDAILLE, INC.,**      \*      **CT-4  OTHER ASBESTOS CASES**
**et al.**
                                      \*

     **Defendants**
                 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### INACTIVE CIVIL DOCKET PLAINTIFF INFORMATION FORM

1. Claimant's Name        <u>Cheek          Hubert         A.</u>
                             Last          First        Middle

2. Claimant's Address       <u>5208 Wilkins Avenue</u>

                             <u>Catonsville, Maryland 21228</u>

3. Claimant's Social Security Number     <u>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</u>

4. Claimant's Date of Birth   <u>5/26/32</u>

5. Claimant's Marital Status: Married  \_  Single <u> X </u>

                Separated \_\_\_   Widow \_\_   Divorced \_\_

6.    If the Claimant is a different person than the person whose alleged injurious exposure to asbestos gives rise to this claim, give the following information concerning the alleged exposed person:

    Name _____
               Last             First     Middle

    Date of Birth _____

    Date of Death (if applicable) _____

Cause of Death (if applicable)_____

Social Security Number        _____

Claimant's relationship to alleged exposed person:

_____

7.      Claimant/Alleged Exposed Person's occupation when exposed to asbestos:

        Assembly worker, machinist, laborer, fireman, secondary exposure through father - welder, laborer

8.      Claimant/Alleged Exposed Person's beginning and ending dates  (month/year to month/year) of
        exposure to asbestos:

        From:      1941      To:      1970's

9.      Specific asbestos-related condition claimed to exist (check all that apply):

        Non-malignant pleural changes          X     Dx Date        6/14/06

        Asbestosis                             X     Dx Date        6/14/06

        Mesothelioma                          ____    Dx Date      _____

        Bronchogenic (Lung) Carcinoma          X     Dx Date        5/21/08

        Other Cancer                          ____    Dx Date      _____

        Other Condition (specify)             ____    Dx Date      _____

10.     The following material is attached in support of the claim that the conditions indicated in paragraph
        9 above are asbestos related (include all required by the Rule):

        Chest X-ray Report                   __     Dated _____

        Pulmonary Function Test              __     Dated _____

        Pathology Reports                    __     Dated _____

        Report of Pulmonary Specialist       __     Dated _____

        Report of B-Reader                   __     Dated _____

        Report of Cancer Specialist          __     Dated _____

        Other (specify) _____              __     Dated _____

11. Name of each company that would be sued as a defendant if the case were placed on the active docket:

John Crane Houdaille; Owens-Illinois; E.L. Stebbing; Hampshire Industries; Universal Refractories; Premier Refractories; Goodyear Tire & Rubber; Durabla; General Electric; CBS Corp.; MCIC; RHI Refractories America; Metropolitan Life Insurance; A.W. Chesterton; Certainteed; Bondex International; RPM, Inc.; Kaiser Gypsum; Union Carbide; International Paper; Bayer Cropscience; Cooper Industries; Conwed Corp., Garlock, Inc.; Square D; Wallace & Gale; General Refractories; Green Tweed & Co.; Foster Wheeler; Hopeman Brothers; Selby Battersby; Green Tweed & Co.; On Marine Services Company; Foseco, Inc.; Koppers; Wayne Manufacturing; Lofton Corp.

12. Name, address and telephone number of claimant's counsel:

Marlo A. Trotta, Esquire
Law Offices of Peter G. Angelos
A Professional Corporation
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201-3812
410-649-2000

13. Certification: I do hereby certify in accordance with the provisions of the Maryland Rules of Procedure that I am counsel for the above-named Claimant, that the information set forth to support the claim being filed herein is true and correct, that no payment for this claim or one substantially similar to it as to this Claimant has been received from any entity listed in Paragraph 11 above, and that there is no proceeding pending in this or any other jurisdiction on behalf of the claimant or exposed person listed herein which is substantially similar to the present claim in its factual allegations.

/s/ Marlo A. Trotta
Marlo A. Trotta
Claimant's Counsel

## CERTIFICATE OF SERVICE

See Attached Complaint

CIRCUIT COURT FOR _____**BALTIMORE CITY**_____

City or County

## CIVIL—NON-DOMESTIC CASE INFORMATION REPORT

*Directions:*
   *Plaintiff:  This Information Report must be completed and attached to the complaint filed with the Clerk of the Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111. A copy must be included for each defendant to be served.*
   *Defendant:  You must file an Information Report as required by Rule 2-323(h).*
   ***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.***

FORM FILED BY: **_x_** PLAINTIFF __ DEFENDANT         CASE NUMBER: _____

                                                                                     (Clerk to insert)
CASE NAME: __**HUBERT A. CHEEK**_____   v   _____**JOHN CRANE-HOUDAILLE, INC., et al.**___
        Plaintiff                                                                    Defendant

JURY DEMAND: **_x_** Yes ____ No          Anticipated length of trial: _____ hours or _____ days

RELATED CASE PENDING? ___ Yes **_x_** No          If yes, Case #(s), if known: _____

HAS ALTERNATIVE DISPUTE RESOLUTION (ADR):      Been Tried?      __ Yes __ No
                                                                                      Requested?      __ Yes __ No
If yes, specify: _____**N/A**_____
Special Requirements? __      Interpreter/communication impairment
                                       __      Other ADA accommodation: _____

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF | |
|---|---|---|---|
| **TORTS** | **LABOR** | **A. TORTS** | |
| __ Motor Tort | __ Workers' Comp. | __ Under $7,500 | __ Medical Bills |
| __ Premises Liability | __ Wrongful Discharge | __ $7,500 - $50,000 | $_____ |
| __ Assault & Battery | __ EEO | __ $50,000 - $100,000 | __ Property Damages |
| **_x_** Product Liability | __ Other _____ | __ Over $100,000 | $_____ |
| __ Professional Malpractice | **CONTRACTS** | | __ Wage Loss |
| __ Wrongful Death | __ Insurance | **See Master Asbestos** | $_____ |
| __ Business & Commercial | __ Confessed Judgment | **Complaint** | |
| __ Libel & Slander | __ Other _____ | | |
| __ False Arrest/Imprisonment | | **B. CONTRACTS** | **C. NON MONETARY RELIEF** |
| __ Nuisance | **REAL PROPERTY** | | |
| __ Toxic Torts | __ Judicial Sale | __ Under $10,000 | __ Declaratory Judgment |
| __ Fraud | __ Condemnation | __ $10,000 - $20,000 | __ Injunction |
| __ Malicious Prosecution | __ Landlord Tenant | __ Over $20,000 | __ Other |
| __ Lead Paint | __ Other _____ | | _____ |
| **_x_** Asbestos | **OTHER** | | |
| __ Other | __ Civil Rights | | |
| _____ | __ Environmental | | |
| | __ ADA | | |
| | __ Other _____ | | |

TRACK REQUEST

*With the exception of Baltimore County, Baltimore City, and Prince George's County, please fill in the estimated LENGTH OF TRIAL.  THIS CASE WILL THEN BE TRACKED ACCORDINGLY.*

   ___ ½ day of trial or less          ___ 3 days of trial time
   ___ 1 day of trial time             ___ More than 3 days of trial time
   ___ 2 days of trial time

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR
PRINCE GEORGE'S COUNTY, PLEASE SEE REVERSE SIDE OF FORM FOR INSTRUCTIONS.***

*Date:* __12/16/08_____          *Signature:* _/s/ Marlo A. Trotta_____
                                                                           Marlo A. Trotta

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (check only one)

| | | |
|---|---|---|
| ___ | Expedited | Trial 60 to 120 days from notice.  Non-jury matters. |
| ___ | Standard-Short | Trial seven months from Defendant's response.  Includes torts with actual damages up to $7,500; contract claims up to $20,000; condemnations; injunctions and declaratory judgments. |
| ___ | Standard-Medium | Trial 12 months from Defendant's response.  Includes torts with actual damages over $7,500 and under $50,000, and contract claims over $20,000. |
| _ | Standard-Complex | Trial 18 months from Defendant's response.  Includes complex cases requiring prolonged discovery with actual damages in excess of $50,000. |
| ___ | Lead Pain | Trial per model order. |
| _x_ | Asbestos | Events and deadlines set by individual judge. |
| ___ | Protracted Cases | Complex cases designated by the Administrative Judge. |

## CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | | |
|---|---|---|
| ___ | TRACK I | Cases having Judicially-assessed values under $25,000. |
| ___ | TRACK II | Cases having Judicially-assessed values greater than $25,000 but not complex litigation. |
| ___ | TRACK III | Non-jury. |
| ___ | TRACK IV | Statutory Priority Jury Track. |
| ___ | TRACK V | Complex Litigation (Business, Tort, Orphan's Court Appeals). |

| LIABILITY FACTORS | | | INJURY FACTORS | | |
|---|---|---|---|---|---|
| ___ Rear-end | ___ Left-hand Turn | | ___ Soft Tissue | ___ Herniated Disk | |
| ___ Slip and Fall | ___ Other: | | ___ Broken Bones | ___ Severe Head Injury | |
| ___ Intersection | _____ | | ___ Joint Damages | ___ Other: | |
| ___ Changing Lanes | | | (knee, ankle, etc.) | _____ | |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ___ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ___ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, Intentional Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ___ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ___ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |