# UNITED STATES DISTRICT COURT
### BEFORE THE JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)      DOCKET NO. 875

THIS DOCUMENT RELATES TO:

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Yazzie, Dan Gaddy, and Kee Tsosie<br><br>               Plaintiffs,<br><br>vs.<br><br>BNSF Railway Company, Individually and as successor-in-interest to the Burlington Northern & Santa Fe Railway Company, Atchison Topeka and Santa Fe Railway Company, Chicago, Burlington and Quincy Railroad Company, Burlington Northern Inc., and Burlington Northern Railroad Company,<br><br>               Defendant. | No: 3:10-cv-08239<br><br>**COMPLAINT**<br><br>(Personal Injury Claims pursuant to the Federal Employers Liability Act 45 USC § 51 *et seq*)<br><br>**JURY TRIAL DEMANDED** |

<u>NOTICE OF RELATED ACTION</u>

     The above captioned case is a Federal Employer's Liability Act asbestos action currently pending in the United States District Court for the District of Arizona. The Panel has not listed this case for transfer or conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer orders and correction orders it has issued. The Plaintiff represented by

undersigned counsel hereby respectfully requests that the Panel take action to transfer this case to the Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerks of the relevant United States District Court that this action shall be transferred for consolidated pretrial proceedings under 28 U.S.C. ' 1407, pursuant to the Panel's July 29, 1991 order.

In accordance with the Panel's opinion and order and Rule 13(e), the undersigned counsel for the Plaintiff hereby notifies the Clerk of the Panel of the above-captioned related action.

Respectfully submitted,

**JONES, GRANGER, TRAMUTO & HALSTEAD**
10000 Memorial Drive, #888
Houston, TX 77024
Telephone: (713) 668-0230
Facsimile: (713) 956-7139
bnor@jonesgranger.com

Kent Hammond, Esq., (SBN #015100)
**RUDOLPH & HAMMOND, LLC**
8686 E. San Alberto, Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 951-9700
Facsimile: (480) 951-1185
kent@rudolphhammond.com

ATTORNEYS FOR PLAINTIFFS