UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

LINDEN BATON, SR.,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY
CBS CORPORATION f/k/a VIACOM, INC.,

  successor by merger with CBS
  CORPORATION f/k/a WESTINGHOUSE
  ELECTRIC CORPORATION,
AIR & LIQUID SYSTEMS CORPORATION,
  As successor by merger to BUFFALO
  PUMPS, INC.

    Defendants.

Civil Action
No.: 3:11-cv-00083-JCH

## NOTICE OF FILING OF TAG-ALONG NOTICE

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corp, as successor-by-merger to Buffalo Pumps, Inc.'s counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on January 20, 2011.  See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

        Respectfully submitted,

        Air & Liquid Systems Corp., as Successor by
        Merger to Buffalo Pumps, Inc.,
        By its attorneys,

        */s/ Michael D. Simons*
        Michael D. Simons
        Fed. Bar No. ct28100
        Governo Law Firm LLC
        Two International Place, 15th Floor

1

Boston, MA  02110
Phone:  (617) 737-9045
Fax: (716) 737-9046
msimons@governo.com

Dated:  January 20, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

/s/ Michael D. Simons
Michael D. Simons

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS LITIGATION (NO. VI)   MDL NO. 875

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LINDEN BATON, SR.,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>  successor by merger with CBS<br>  CORPORATION f/k/a WESTINGHOUSE<br>  ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION,<br>  As successor by merger to BUFFALO<br>  PUMPS, INC.<br><br>  Defendants. | Civil Action<br>No.: 3:11-cv-00083-JCH |

**DEFENDANT BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION**

   PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

   MDL Rule 7.5(e) provides:

   Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

1

Defendant Buffalo Pumps, Inc. ("Buffalo") hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

> Respectfully submitted,
> Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.,
>
> By:   /s/ *Michael D. Simons*
> Michael D. Simons
> David A. Goldman, #7097
> GOVERNO LAW FIRM LLC
> Two International Place, 15th Floor
> Boston, MA  02110
> (Ph) 617-737-9045
> (Fax) 617-737-9046
> msimons@governo.com

DATED:  January 20, 2011

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of January, 2011, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

> /s/ Michael D. Simons
> Michael D. Simons