IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)        MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDEN BATON, SR., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY <br> CBS CORPORATION f/k/a VIACOM, INC., successor by merger with CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION, <br> AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC. <br><br> Defendants. | Civil Action <br> No.:   3:11-cv-00083-JCH |

## SCHEDULE OF ACTIONS

1. <u>Linden Baton v. General electric Company, et. al.</u>, Civil Action No.: 3:11-cv-00083 (United States District Court for the District of Connecticut)

       Respectfully submitted,

       Air & Liquid Systems Corp., as Successor by
       Merger to Buffalo Pumps, Inc.,
       By its attorneys,


       */s/ Michael D. Simons*
       Michael D. Simons
       Fed. Bar No. ct28100
       Governo Law Firm LLC
       Two International Place, 15th Floor
       Boston, MA  02110

1

Phone: (617) 737-9045
Fax: (716) 737-9046
msimons@governo.com

Dated: January 20, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 20TH day of January, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Michael D. Simons*
Michael D. Simons