**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

MDL No:  **875**                                                                                          Docket No.  **6595**

**MAJOR DEFICIENCY LIST**
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x     Improper Format/Heading/Caption/Title (Rule 3.2(a)(i))

> **Action Required: Correct heading to read "Before the Judicial Panel on Multidistrict Litigation. Also, revise to include only the notice (the request to district court should be omitted). Withdraw incorrect pleading and re-file revised document.**

Use the Withdrawal Event first; then re-file using the Notice of Potential Tag-along Event

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: January 21, 2011**

Dated: **January 20, 2011**                                                                   FOR THE PANEL:
                                                                                                              Jeffery N. Luthi
                                                                                                              C l e r k  o f  t h e  P a n e l