BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Cathy Ann Baxley, Individually and as Personal Representative of the Estate of Jimmie Williams,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE AUTO PARTS, INC., et al.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action  No.: 3:10-cv-2985 |

## ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Vacate the Conditional Order

("CTO-350"), and any opposition thereto, it is thereupon, this _____day of

_____ 2011

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the transfer of the above-referenced civil action to MDL-875 is stayed

until the United States District Court for the District of South Carolina rules on the pending

motion for remand.

_____
United States Judicial Panel on
Multidistrict Litigation

Copies to:  All counsel of record