UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                           Docket No. **6615**

### MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an ***Order Striking Pleading*** may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x     Improper Format/Heading/Caption/Title (Rule 3.2(a)(i))

> **Action Required: Correct heading to read "Before the Judicial Panel on Multidistrict Litigation. Withdraw incorrect pleading and re-file revised document.**

Use the Withdrawal Event first; then re-file using the Notice of Potential Tag-along Event

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: January 24, 2011**

Dated: **January 21, 2011**                                             FOR THE PANEL
                                                                         Jeffery N. Luthi
                                                                         Clerk of the Panel