UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                                  Docket No. **6613**

## MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x    CM/ECF Practice/Wrong Event Selected

> **Action Required: Please select correct event for filing. The correct event should be Notice of Potential Tag-Along . Withdraw incorrect pleading and re-file document.**

Use the Withdrawal Event first; then re-file using the Notice of Potential Tag-along Event

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: January 24, 2011**

Dated: **January 21, 2011**

FOR THE PANEL:
Jeffery N. Luthi
Clerk of the Panel