## UNITED STATES DISTRICT COURT
### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL No: 875
DOCKET NO. 6613

THIS DOCUMENT RELATES TO:

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Yazzie, Dan Gaddy, and Kee Tsosie<br><br>                    Plaintiffs,<br><br>vs.<br><br>BNSF Railway Company, Individually and as successor-in-interest to the Burlington Northern & Santa Fe Railway Company, Atchison Topeka and Santa Fe Railway Company, Chicago, Burlington and Quincy Railroad Company, Burlington Northern Inc., and Burlington Northern Railroad Company,<br><br>                    Defendant. | No: 3:10-cv-08239<br><br>**NOTICE OF WITHRDRAWAL OF FILING** |

NOTICE OF WITHDRAWAL OF FILING

The above captioned case is a Federal Employer's Liability Act asbestos action currently pending in the United States District Court for the District of Arizona.  The matter was filed with MDL incorrectly using the wrong CM/ECF event.   The matter will be re-filed using the correct event.

Respectfully submitted,


**JONES, GRANGER, TRAMUTO & HALSTEAD**
10000 Memorial Drive, #888
Houston, TX 77024
Telephone:  (713) 668-0230
Facsimile:   (713) 956-7139
bnor@jonesgranger.com

Kent Hammond, Esq., (SBN #015100)
**RUDOLPH & HAMMOND, LLC**
8686 E. San Alberto, Suite 200
Scottsdale, Arizona  85258
Telephone:   (480) 951-9700
Facsimile:    (480) 951-1185
kent@rudolphhammond.com

ATTORNEYS FOR PLAINTIFFS