**RUDOLPH & HAMMOND, LLC**
Paul B. Rudolph, Esq., #014027
8686 E. San Alberto Drive, Ste. 200
Scottsdale, Arizona 85258
480-951-9700
paul@rudolphhammond.com

Attorneys for the Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN YAZZIE, DAN GADDY, and KEE TSOSIE., <br><br> Plaintiffs, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, Individually and as successor-in-interest to the Burlington Northern & Santa Fe Railway Company, Atchison Topeka and Santa Fe Railway Company, Chicago, Burlington and Quincy Railroad Company, Burlington Northern Inc., and Burlington Northern Railroad Company, <br><br> Defendant. | Case 3:10-CV-008239-NVW <br><br> **CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER** |

    LINDA L. SARRETT states: That she is duly qualified and licensed to serve process in this cause within the State in which it was served, having been so appointed by the Court; that she received the documents as described below:

**Summons & Complaint**

    That she personally served true copies of the above documents at 12:16 p.m. on December 15, 2010 at 2394 E Camelback Road, Phoenix, Arizona 85016. Service was effected by leaving copies with Stephanie Stanley, clerk with CT Corporation Systems, Statutory Agent for **BNSF Railway Company.**

    Service Fees:    Service                                                      50.00

    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2010.

*/s/ Linda L. Sarrett*
Linda L. Sarrett, Reg. #5847
Extreme Process Service
602-404-2075

- 1 -

PDF processed with CutePDF evaluation edition www.CutePDF.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

John Yazzie, et al
*Plaintiff*

v.

BNSF Railway Company
*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BNSF Railway Company
stat agent C T Corporation System
2394 E Camelback Road
Phoenix, AZ 85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul B. Rudolph, Esq.
RUDOLPH & HAMMOND, LLC
8686 E. San Alberto Suite 200
Scottsdale, AZ 85258
(480) 951-9700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*