BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY  MDL DOCKET NO. 875
LITIGATION (NO. VI)

---

MARVIN EISENBERG and LORRAINE EISENBERG,
        Plaintiffs,

- against -

AMERICAN OPTICAL CORPORATION; et al.,

        Defendants.

---

### LORILLARD TOBACCO COMPANY'S AND HOLLINGSWORTH & VOSE COMPANY'S NOTICE OF RELATED ("TAG ALONG") ACTION

To the Clerk of the Multidistrict Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Lorillard Tobacco Company ("Lorillard") and Hollingsworth & Vose Company ("H&V") hereby notify the Panel of the pendency, in the United States District Court for the Southern District of New York, of a tag-along action, styled *Eisenberg v. American Optical Corporation, et al.*, Case No. 11-CIV-0393 (JFK). (*See* Notice of Tag-Along Action, dated January 19, 2011, attached hereto as Exhibit A.) Transfer of this action is appropriate because it involves common questions of fact with those actions previously transferred by the Panel to MDL-875 pursuant to 28 U.S.C. § 1407.

Wherefore, Lorillard and H&V respectfully request that the Panel transfer this action to the United States District Court for the Eastern District of Pennsylvania for coordinated proceedings as part of MDL-875, *In Re: Asbestos Products Liability Litigation.*

Dated: New York, New York
January 24, 2011

        Respectfully submitted,

        GREENBERG TAURIG, LLP

        By\_\_\_\_/s/ Robert J. Kirshenberg_____

            Robert J. Kirshenberg (RK-1034)

        MetLife Building
        200 Park Avenue
        New York, New York 10166
        Phone: (212) 801-9200
        Fax:   (212) 801-6400
        KirshenbergR@gtlaw.com

        Attorneys for Defendant
        Lorillard Tobacco Company

            and

        WESTERMAN BALL EDERER MILLER
        & SHARFSTEIN, LLP

        By\_\_\_\_/s/ William E. Vita_____
            William E. Vita (WV-1859)

        1201 RXR Plaza
        Uniondale, NY 11556
        Phone: (516) 622-9200
        Fax:   (516) 622-9212
        wvita@westermanllp.com

        Attorneys for Defendant
        Hollingsworth & Vose Company