# EXHIBIT A

JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN EISENBERG and LORRAINE EISENBERG,<br><br>Plaintiffs,<br><br>- against -<br><br>AMERICAN OPTICAL CORPORATION; et al.,<br><br>Defendants. | CASE NO.: 11 CIV 0393<br><br>NOTICE OF TAG-ALONG ACTION |

## LORILLARD TOBACCO COMPANY'S AND HOLLINGSWORTH & VOSE COMPANY'S NOTICE OF TAG-ALONG ACTION

**PLEASE TAKE NOTICE** that, on July 29, 1991, the Judicial Panel on Multi-District Litigation entered an Order transferring all asbestos cases pending in Federal Court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407(a) (the "MDL Transfer Order"). The MDL Transfer Order applies to tag-along actions as defined in Multi-District Litigation Rule 1.1, or actions involving common questions of law or fact filed after the Panel's January 17, 1991 Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential tag-along action which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of The Panel may either (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.4(a), or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 7.5(b).

Dated: New York, New York
January 19, 2011

                                    Respectfully submitted,

                                    GREENBERG TRAURIG, LLP

                                    By_____
                                       Robert J. Kirshenberg (RK-1034)

MetLife Building
200 Park Avenue
New York, New York 10166
Phone: (212) 801-9200

Attorneys for Defendant
Lorillard Tobacco Company

                                            and

WESTERMAN BALL EDERER MILLER
& SHARFSTEIN, LLP

By_____
      William E. Vita (WV-1859)

1201 RXR Plaza
Uniondale, NY 11556
(516) 622-9200

Attorneys for Defendant
Hollingsworth & Vose Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true copy of **Lorillard Tobacco Company's and Hollingsworth & Vose Company's Notice of Tag-Along Action** by placing same in the United States mail, postage prepaid, this 19th day of January, 2011, addressed to:

| | |
|---|---|
| Jordan C. Fox, Esq.<br>**BELLUCK & FOX, LLP**<br>546 Fifth Avenue, 4th Floor<br>New York, New York 10036<br><br>*Attorneys for Plaintiff* | James Berger, Esq.<br>**SHOOK, HARDY & BACON**<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br><br>*Attorneys for Defendant*<br>*Lorillard Tobacco Company* |
| William E. Vita, Esq.<br>**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**<br>1201 RXR Plaza<br>Uniondale, New York 11556<br><br>*Attorneys for Defendant Hollingsworth & Vose Company* | Andrew McElaney, Esq.<br>**NUTTER, MCCLENNEN & FISH, LLP**<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02110-2604<br><br>*Attorneys for Defendant Hollingsworth & Vose Company* |
| Judith Yavitz, Esq.<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, New York 10022<br><br>*Attorneys for American Optical Corporation and Union Carbide Corporation* | Andrew Constantine, Esq.<br>**MARON, MAVEL, BRADLEY & ANDERSON**<br>75 Montgomery Street<br>Jersey City, NJ 07302<br><br>*Attorneys for Baxter Healthcare Corporation* |
| Julie Evans, Esq.<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br>150 East 42nd Street<br>New York, New York 10017<br><br>*Attorneys for Carrier Corporation* | William Bradley, Esq.<br>**MALABY & BRADLEY, LLC**<br>150 Broadway, 6th Floor<br>New York, NY 10038<br><br>*Attorneys for CBS Corporation* |

1

| | |
|---|---|
| Cindy Messemer, Esq.<br>**HODGES, WALSH & SLATER**<br>55 Church Street, Suite 211<br>White Plains, New York 10601<br><br>*Attorneys for Cole-Parmer Instrument Company* | Wendy Kagan, Esq.<br>**HOAGLAND LONGO MORAN DUNST & DOUKAS**<br>40 Patterson Street, P.O. Box 480<br>New Brunswick, New Jersey 08903<br><br>*Attorneys for Fisher Scientific International, Inc.* |
| Michael Tanenbaum, Esq.<br>**SEDGWICK, DETERT, MORAN & ARNOLD**<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102<br><br>*Attorneys for General Electric Company* | Jim Lynch, Esq.<br>Scott Emery, Esq.<br>Bernard Daskal, Esq.<br>**LYNCH DASKAL EMERY LLP**<br>264 West 40th Street, 18th Floor<br>New York, NY 10018<br><br>*Attorneys for Georgia-Pacific Corporation* |
| Daniel J. McNamara, Esq.<br>**DeCICCO GIBBONS & McNAMARA, P.C.**<br>14 E. 38th Street, 5th Floor<br>New York, New York 10016<br><br>*Attorneys for Kaiser Gypsum Company, Inc.* | Paul A. VanBurskirk, Esq.<br>Kerry Ann Cook, Esq.<br>**McGIVNEY KLUGER & GANNON, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br><br>*Attorneys for Kentile Floors, Inc.* |
| Justin Perri, Esq.<br>**STEPTOE & JOHNSON LLP**<br>750 Seventh Avenue, Suite 1900<br>New York, New York 10019<br><br>*Attorneys for Metropolitan Life Insurance Company* | Paul Scrudato, Esq.<br>**SCHIFF HARDIN LLP**<br>900 Third Avenue, 23rd Floor<br>New York, New York 10022<br><br>*Attorneys for Owens Illinois, Inc.* |
| Linda Yassky, Esq.<br>**SONNENSCHEIN NATH & ROSENTHAL**<br>1221 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Rapid-American Corporation* | Paul C. Johnson, Esq.<br>**MARSHALL, DENNEHEY, WARNER**<br>200 Lake Drive East, Suite 300<br>Cherry Hill, NJ 08002<br><br>*Attorneys for Thomas Scientific* |

| | |
|---|---|
| Jennifer Darger, Esq.<br>**DARGER & ERRANTE**<br>116 East 27th Street<br>New York, New York 10016<br><br>*Attorneys for United Gilsonite Laboratories and Philips Healthcare* | Timothy Fraser, Esq.<br>Michael P. Pulliam, Esq.<br>**DRINKER BIDDLE & REATH LLP**<br>500 Campus Drive<br>Florham Park, NJ 07932<br><br>*Attorneys for VWR International and Will Scientific* |
| **Magid Glove and Safety Manufacturing Company LLC**<br>2060 North Kolmar Avenue<br>Chicago, Illinois 60639 | **Siemens Corporation, Individually and as Successor to Powers**<br>Citicorp Center<br>153 East 53rd Street<br>New York, NY 10022 |

_____
Robert J. Kirshenberg