## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true copy of **Lorillard Tobacco Company's and Hollingsworth & Vose Company's Notice of Related Action** by placing same in the United States mail, postage prepaid, this 24th day of January, 2011, addressed to:

| | |
|---|---|
| Jordan C. Fox, Esq.<br>**BELLUCK & FOX, LLP**<br>546 Fifth Avenue, 4th Floor<br>New York, New York 10036<br><br>*Attorneys for Plaintiff* | James Berger, Esq.<br>**SHOOK, HARDY & BACON**<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br><br>*Attorneys for Defendant*<br>*Lorillard Tobacco Company* |
| William E. Vita, Esq.<br>**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**<br>1201 RXR Plaza<br>Uniondale, New York 11556<br><br>*Attorneys for Defendant Hollingsworth & Vose Company* | Andrew McElaney, Esq.<br>**NUTTER, MCCLENNEN & FISH, LLP**<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02110-2604<br><br>*Attorneys for Defendant Hollingsworth & Vose Company* |
| Judith Yavitz, Esq.<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, New York 10022<br><br><br>*Attorneys for American Optical Corporation and Union Carbide Corporation* | Andrew Constantine, Esq.<br>**MARON, MAVEL, BRADLEY & ANDERSON**<br>75 Montgomery Street<br>Jersey City, NJ 07302<br><br>*Attorneys for Baxter Healthcare Corporation* |
| Julie Evans, Esq.<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br>150 East 42nd Street<br>New York, New York 10017<br><br>*Attorneys for Carrier Corporation* | William Bradley, Esq.<br>**MALABY & BRADLEY, LLC**<br>150 Broadway, 6th Floor<br>New York, NY 10038<br><br>*Attorneys for CBS Corporation* |

| | |
|---|---|
| Cindy Messemer, Esq.<br>**HODGES, WALSH & SLATER**<br>55 Church Street, Suite 211<br>White Plains, New York  10601<br><br>*Attorneys for Cole-Parmer Instrument Company* | Wendy Kagan, Esq.<br>**HOAGLAND LONGO MORAN DUNST & DOUKAS**<br>40 Patterson Street, P.O. Box 480<br>New Brunswick, New Jersey 08903<br><br>*Attorneys for Fisher Scientific International, Inc.* |
| Michael Tanenbaum, Esq.<br>**SEDGWICK, DETERT, MORAN & ARNOLD**<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey  07102<br><br>*Attorneys for General Electric Company* | Jim Lynch, Esq.<br>Scott Emery, Esq.<br>Bernard Daskal, Esq.<br>**LYNCH DASKAL EMERY LLP**<br>264 West 40th Street, 18th Floor<br>New York, NY 10018<br><br>*Attorneys for Georgia-Pacific Corporation* |
| Daniel J. McNamara, Esq.<br>**DeCICCO GIBBONS & McNAMARA,  P.C.**<br>14 E. 38th Street, 5th Floor<br>New York, New York  10016<br><br>*Attorneys for Kaiser Gypsum Company, Inc.* | Paul A. VanBurskirk, Esq.<br>Kerry Ann Cook, Esq.<br>**McGIVNEY KLUGER & GANNON, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br><br>*Attorneys for Kentile Floors, Inc.* |
| Justin Perri, Esq.<br>**STEPTOE & JOHNSON LLP**<br>750 Seventh Avenue, Suite 1900<br>New York, New York  10019<br><br>*Attorneys for Metropolitan Life Insurance Company* | Paul Scrudato, Esq.<br>**SCHIFF HARDIN LLP**<br>900 Third Avenue, 23rd Floor<br>New York, New York  10022<br><br>*Attorneys for Owens Illinois, Inc.* |
| Linda Yassky, Esq.<br>**SONNENSCHEIN NATH & ROSENTHAL**<br>1221 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Rapid-American Corporation* | Paul C. Johnson, Esq.<br>**MARSHALL, DENNEHEY, WARNER**<br>200 Lake Drive East, Suite 300<br>Cherry Hill, NJ 08002<br><br>*Attorneys for Thomas Scientific* |

| | |
|---|---|
| Jennifer Darger, Esq.<br>**DARGER & ERRANTE**<br>116 East 27th Street<br>New York, New York  10016<br><br>*Attorneys for United Gilsonite Laboratories and Philips Healthcare* | Timothy Fraser, Esq.<br>Michael P. Pulliam, Esq.<br>**DRINKER BIDDLE & REATH LLP**<br>500 Campus Drive<br>Florham Park, NJ 07932<br><br>*Attorneys for VWR International and Will Scientific* |
| **Magid Glove and Safety Manufacturing Company LLC**<br>2060 North Kolmar Avenue<br>Chicago, Illinois 60639 | **Siemens Corporation, Individually and as Successor to Powers**<br>Citicorp Center<br>153 East 53rd Street<br>New York, NY 10022 |

/s/ Robert J. Kirshenberg

Robert J. Kirshenberg