UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Lola Bouchard, et al. v. CBS Corp., et al., )
    W.D. Washington, C.A. No. 2:10-1810    )     MDL No. 875

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JANUARY 27, 2011, HEARING SESSION

    A conditional transfer order was filed in this action (*Bouchard*) on November 10, 2010. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Bouchard* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Bouchard* was remanded to King County Superior Court, State of Washington, by the Honorable Richard A. Jones, in an order filed on January 12, 2011.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-343" filed on November 10, 2010, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 16, 2010, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel