IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER DAUB, et al., | : | |
| Plaintiffs, | : | Consolidated Under<br>MDL DOCKET NO 875 |
| v. | : | Civil Action<br>No. 01-md-875 |
| A.P.I., Inc., et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **12th** day of **February 2010** it is hereby **ORDERED** that, for the cases listed in exhibit "A", attached, Plaintiffs' motion for remand (doc. no. 1405) to North Dakota state district court, Burleigh County, filed on April 13, 1995 is **DENIED**.[1]

---

[1] The cases at issue were filed in North Dakota state district court, Burleigh County, for asbestos-related personal injury and/or wrongful death in 1989 and 1990. The cases were subsequently removed to the United States District Court for the District of North Dakota, Southwestern Division, by defendant Asbestos Corporation, Ltd. ("ACL"). ACL, an instrumentality of a foreign state under 28 U.S.C. § 1603, removed the action under 28 U.S.C. § 1441(d). The cases were then consolidated in the Eastern District of Pennsylvania as part of MDL No. 875. After removal, ACL settled its claims and was dismissed from these cases. Plaintiffs argue that they are entitled to remand because § 1441(d) does not provide for pendent-party jurisdiction over the state claims at issue, and additionally, that federal jurisdiction was lost when ACL settled its claims.

A district court considering a motion to remand "must focus on the plaintiff's complaint at the time the petition for removal was filed . . . [and] must assume as true all factual allegations of the complaint." In re Briscoe, 448 F.3d 201, 218 (3d Cir.

1

2006). The "party who urges jurisdiction on a federal court bears the burden of proving that jurisdiction exists . . ." Boyer v. Snap-on Tools Corp., 913 F.2d 108, 111 (3d Cir. 1990); see also Steel Valley Auth. v. Union Switch & Signal Div., 809 F.2d 1006, 1010 (3d Cir. 1987), cert. dismissed sub nom. American Standard v. Steel Valley Auth., 484 U.S. 1021 (1988) ("It remains the defendant's burden to show the existence and continuance of federal jurisdiction."). Because the removal of an action from the state court to a federal forum implicates comity and federalism, it is said that "removal statutes are to be strictly construed against removal and all doubts should be resolved in favor of remand." Steel Valley Auth., 809 F.2d at 1010 (citing Abels v. State Farm Fire & Cas. Co., 770 F.2d 26, 29 (3d Cir. 1985)); accord Brown v. Francis, 75 F.3d 860, 865 (3d Cir. 1996); Boyer, 913 F.2d at 111. See Various Plaintiffs v. Various Defendants ("Oil Field Cases"), No. 09-MC-103, 2009 WL 4729906 at *2 (E.D. Pa. Dec. 10th, 2009).

As to Plaintiff's first argument, the Court finds that § 1441(d) provides for pendent-party jurisdiction. Section 1441(d) allows "[a]ny civil action brought in State court against a foreign state . . . [to be] removed by the foreign state to the district court of the United States." The phrase "civil action" means not only the claims against the foreign state, but the entire action, including pendent-parties. Therefore, applying Third Circuit precedent, the FSIA provides for pendent-party jurisdiction. See Trump Taj. Mahal Assoc. v. Costruzioni Aeronautiche Giovanni Augusta S.P.A, 761 F. Supp. 1143, 1153 (D.N.J. 1991) (finding that the "jurisdictional provision of the FSIA is quite broad") (aff'd without opinion by Trump Taj. Mahal Assoc. v. Costruzioni Aeronautiche Giovanni Agusta S.P.A., 958 F.2d 365 (3d Cir. 1992).

Plaintiff's second argument is also unavailing. Even though ACL is no longer a party to these cases, the continued exercise of jurisdiction under these circumstances is discretionary. The Third Circuit has held that, "[W]here the jurisdiction-conferring party drops out and the federal court retains jurisdiction over what becomes a state law claim between non-diverse parties, the bounds of Article III have not been crossed." New Rock Asset Partners, L.P. v. Preferred Entity Advancements, 101 F.3d 1492, 1506 (3d Cir. 1996). In determining whether to maintain jurisdiction in the absence of the jurisdiction-conferring party, the court should weigh the consideration of "judicial economy, convenience and fairness to litigants." United Mine Workers v. Gibbs, 383 U.S. 715, 726 (1966).

2

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

_____

In the instant case, the considerations of judicial economy, convenience, and fairness to the litigants point squarely in favor of this Court maintaining jurisdiction. This Court has devoted substantial resources to Plaintiffs' cases, and to MDL-875 in general. Each Plaintiff in the instant cases has been referred to Chief Magistrate Judge Thomas J. Rueter for settlement proceedings. Judge Rueter has held several settlement conferences with Plaintiffs' counsel, and has made progress on these claims. Also, each of these Plaintiffs have a second case, based on the same exposure, filed against different Defendants and pending in MDL 875. Exercising jurisdiction over these cases allows the Court and Judge Rueter to conduct consolidated pretrial proceedings as to all claims by these Plaintiffs against all Defendants. This is the most efficient and fair administration of these cases. For the reasons stated above, Plaintiffs' motion to remand is denied.

Exhibit "A"

# DISTRICT OF NORTH DAKOTA - MDL 875 - (Pipefitter II Group)

| Plaintiff | Decedent/Estate | Transferor Court & Civil Action No. | EDPA Civil Action No. |
|---|---|---|---|
| Mauritz Alm | | ND - SW Div. A1-90-024 | 09-66581 |
| Norman Anvik | | ND - SW Div. A1-90-025 | 09-68082 |
| Alphonse Bailly | | ND - NE Div. A2-90-022 | 09-66687 |
| Willard Borlaug | | ND - SW Div. A1-90-026 | 09-68084 |
| Joseph Bosch | | ND - SW Div. A1-90-027 | 09-66584 |
| Billie Crawford | | ND - SW Div. A1-90-028 | 09-66585 |
| Arnold Dockter | | ND - SW Div. A1-90-029 | 09-66586 |
| Vernon Erickson | | ND - SW Div. A1-90-030 | 09-66587 |
| Leo G. Ferderer | | ND - SW Div. A1-90-031 | 09-68089 |
| Everett Finken | | ND - SW Div. A1-90-032 | 09-66589 |
| Alphonse Fleck | | ND - SW Div. A1-90-033 | 09-68091 |
| Fred Fredrickson | | ND - SW Div. A1-90-034 | 09-66591 |
| Stanley Freidt | | ND - SW Div. A1-90-035 | 09-66592 |
| Herbert Fried | | ND - SW Div. A1-90-036 | 09-66593 |
| Herbert Gartner | | ND - SW Div. A1-90-037 | 09-66594 |

## DISTRICT OF NORTH DAKOTA - MDL 875 - (Pipefitter II Group)

| Plaintiff | Decedent/Estate | Transferor Court & Civil Action No. | EDPA Civil Action No. |
|---|---|---|---|
| Byron F. Gaylord | Joseph Gaylord | ND - SW Div. A1-90-038 | 09-68124 |
| Leo Goldade | | ND - SW Div. A1-90-039 | 09-66596 |
| Glen Griffin | | ND - SW Div. A1-90-040 | 09-66597 |
| Roger Harris | | ND - SW Div. A1-90-041 | 09-66598 |
| Paul Hempel | | ND - NE Div. A2-90-023 | 09-66688 |
| Howard Herberg | | ND - SW Div. A1-90-042 | 09-66599 |
| Helmer Hoglund | | ND - SW Div. A1-90-043 | 09-66600 |
| Howard Holter | | ND - SW Div. A1-90-044 | 09-66601 |
| Allen Huelsman | | ND - SW Div. A1-90-045 | 09-66602 |
| Kenneth Jeffries | | ND - SW Div. A1-90-046 | 09-66603 |
| Svend Jensen | | ND - SW Div. A1-90-047 | 09-66604 |
| Raymond Johnson | | ND - NE Div. A2-90-024 | |
| Kenneth Kady | | ND - SW Div. A1-90-048 | 09-66605 |
| Sabastian Kraft | | ND - SW Div. A1-90-049 | 09-66606 |
| Mahlon Lantz | | ND - NE Div. A2-90-025 | 09-66690 |

Page 2 of 3

## DISTRICT OF NORTH DAKOTA - MDL 875 - (Pipefitter II Group)

| Plaintiff | Decedent/Estate | Transferor Court & Civil Action No. | EDPA Civil Action No. |
|---|---|---|---|
| Ronald Lucier | | ND - SW Div. A1-90-050 | 09-66607 |
| Arnold Miller | | ND - SW Div. A1-90-051 | 09-66608 |
| Erasmus Monzelowsky | | ND - SW Div. A1-90-052 | 09-66609 |
| Dennis O'Shea | | ND - SW Div. A1-90-053 | 09-66610 |
| Arnold Paschke | | ND - NE Div. A2-90-026 | 09-66691 |
| Albert Rall | | ND - SW Div. A1-90-054 | |
| Richard Ramsett | | ND - NE Div. A2-90-027 | 09-66692 |
| James Ruelle | | ND - SW Div. A1-90-055 | 09-66612 |
| Jack Schaff | | ND - SW Div. A1-90-056 | 09-66613 |
| Emanuel Schutt | | ND - SW Div. A1-90-057 | 09-66614 |
| Layman Slavick | | ND - SW Div. A1-90-058 | 09-66615 |
| Raymond Sumpter | | ND - NE Div. A2-90-028 | 09-66693 |
| Lester Wallace | | ND - SW Div. A1-90-059 | 09-66616 |
| Fred Wendt | | ND - NE Div. A2-90-029 | 09-66694 |

Page 3 of 3

# DISTRICT OF NORTH DAKOTA - MDL 875 ( AMOCO GROUP)

| Plaintiff | Transferor Court & Civil Action No. | EDPA Civil Action No. |
|---|---|---|
| Robert Albin | ND - SW Div. - A1-90-235 | 09-66618 |
| Douglas M. Anvik | ND - SW Div. - A1-90-236 | 09-68015 |
| Otto Anvik | ND - SW Div. - A1-90-237 | 09-66619 |
| Norlin O. Backman | ND - SW Div. - A1-90-238 | 09-66620 |
| Kenneth E. Baudien | ND - SW Div. - A1-90-239 | 09-66621 |
| William H. Bentley | ND - SW Div. - A1-90-240 | 09-66622 |
| Raymond W. Birst | ND - SW Div. - A1-90-241 | 09-66623 |
| Clarence G. Bolken | ND - SW Div. - A1-90-243 | 09-68020 |
| Emil W. Doerr | ND - SW Div. - A1-90-245 | 09-66626 |
| Michael W. Ehreth | ND - SW Div. - A1-90-246 | 09-68022 |
| Leonard J. Ereth | ND - SW Div. - A1-90-242 | 09-66624 |
| John D. Ewine | ND - SW Div. - A1-90-248 | 09-66629 |
| Clarence Fateley | ND - SW Div. - A1-90-249 | 09-66630 |
| Marlin L. Gay | ND - SW Div. - A1-90-250 | 09-66631 |
| Arnold C. Gilbert, Sr. | ND - SW Div. - A1-90-251 | 09-66632 |
| Warren W. Guenthner | ND - SW Div. - A1-90-252 | 09-66633 |
| Elmer A. Gustafson | ND - SW Div. - A1-90-253 | 09-66634 |
| Earl Hall | ND - SW Div. - A1-90-254 | 09-66635 |
| Lloyd R. Heid | ND - SW Div. - A1-90-255 | 09-66636 |
| Mike Hilzendeger | ND - SW Div. - A1-90-256 | 09-66637 |
| Eugene R. Hochhalter | ND - SW Div. - A1-90-257 | 09-66638 |
| Jerome Jacobs | ND - SW Div. - A1-90-258 | 09-66639 |
| Boyd F. Jaskoviak | ND - SW Div. - A1-90-259 | 09-66640 |

| Gerald L. Karch | ND - SW Div. - A1-90-260 | 09-66641 |
|---|---|---|
| Ted Kary | ND - SW Div. - A1-90-261 | 09-66642 |
| Creighton G. Kettleson | ND - SW Div. - A1-90-262 | 09-66643 |
| Edmund Kindsvogel | ND - SW Div. - A1-90-263 | 09-66644 |
| Virgil D. Koenig | ND - SW Div. - A1-90-264 | 09-66645 |
| Joseph T. Leingang | ND - SW Div. - A1-90-265 | 09-66646 |
| Richard N. Leingang | ND - SW Div. - A1-90-266 | 09-66647 |
| Martin F. Lipp | ND - SW Div. - A1-90-267 | 09-66648 |
| Earl F. Lippert | ND - SW Div. - A1-90-268 | 09-66649 |
| Alvin J. Loebeck | ND - SW Div. - A1-90-269 | 09-66650 |
| Frank Manolovitz | ND - SW Div. - A1-90-271 | 09-66652 |
| Lorraine E. McCulley | ND - SW Div. - Al-90-270 | 09-66651 |
| Alvie E. Nixon | ND - SW Div. - A1-90-272 | 09-66653 |
| Theodore R. Ost | ND - SW Div. - Al-90-273 | 09-66654 |
| Wesley A. Perman | ND - SW Div. - A1-90-274 | 09-66655 |
| Albert J. Petrasek | ND - SW Div. - A1-90-275 | 09-66656 |
| Walter Quashnick | ND - SW Div. - A1-90-276 | 09-66657 |
| Thomas M. Rambur | ND - SW Div. - A1-90-277 | 09-66658 |
| Dale V. Satermo | ND - SW Div. - A1-90-278 | 09-66659 |
| Victor N. Schiermeister | ND - SW Div. - A1-90-279 | 09-66660 |
| David L. Schmidt | ND - SW Div. - A1-90-280 | 09-66661 |
| Joseph F. Schneider | ND - SW Div. - A1-90-281 | 09-66662 |
| Peter Schneider | ND - SW Div. - A1-90-282 | 09-66663 |
| Duane Selfors | ND - SW Div. - A1-90-283 | 09-66664 |
| Joe A. Senger | ND - SW Div. - A1-90-284 | 09-66665 |
| Russell F. Senne | ND - SW Div. - A1-90-285 | 09-66666 |

| Earl R. Setterlund | ND - SW Div. - A1-90-286 | 09-66667 |
|---|---|---|
| Daryl Sheldon | ND - SW Div. - A1-90-287 | 09-66668 |
| Gerard M. Sheldon | ND - SW Div. - A1-90-288 | 09-66669 |
| Melvin E. Skager | ND - SW Div. - A1-90-289 | 09-66670 |
| Sharon Stimac **(Estate of John Stimac)** | ND - SW Div. - A1-90-290 | 09-66671 |
| Donald T. Stumpf | ND - SW Div. - A1-90-291 | 09-66672 |
| Larrry Sullivan | ND - SW Div. - A1-90-292 | 09-66673 |
| Alan Sundby | ND - SW Div. - A1-90-293 | 09-66674 |
| Wallace E. Toepke | ND - SW Div. - A1-90-294 | 09-66675 |
| Gustof Voegele | ND - SW Div. - A1-90-295 | 09-66676 |
| Milan E. Ward | ND - SW Div. - A1-90-296 | 09-66677 |
| Clement Wirtz | ND - SW Div. - A1-90-297 | 09-66678 |
| William B. Woods | ND - SW Div. - A1-90-298 | 09-66679 |
| DuWayne R. Zachmeier | ND - SW Div. - A1-90-299 | 09-66680 |
| Richard G. Zachmeier | ND - SW Div. - A1-90-300 | 09-66681 |
| William R. Zachmeier | ND - SW Div. - A1-90-301 | 09-66682 |
| James P. Zoller | ND - SW Div. - A1-90-302 | 09-66683 |