UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

# Asbestos Products Liability Litigation
## Caseload Statistics
Office of the Clerk of Court

August 1, 2006 - December 31, 2010

**Michael E. Kunz**
Clerk of Court

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## LAND-BASED CASES

| | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CASES PENDING IN EDPA | |
|---|---|---|---|---|
| 8/1/2006 - 10/31/2008 | 53,794 | 1,806 | AS OF 10/31/08 | 51,988 |
| 11/1/2008 - 12/31/2009 | 43,929 | 45,028 | AS OF 12/31/09 | 50,889 |
| 1/1/2010 - 12/31/2010 | 25,768 | 57,212 | AS OF 12/31/10 | 19,445 |
| **TOTAL** | 123,491 | 104,046 | AS OF 12/31/10 | 19,445 |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 - IN RE: Asbestos Products Liability Litigation (No. VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.s FILED |
|---|---|---|---|---|---|---|
| NOVEMBER 2008 | 1,020 | 33,982 | 2 | 2,304 | 2,064 | 0 |
| DECEMBER 2008 | 833 * | 16,112 | 12 | 4,278 | 143 | 56 |
| JANUARY 2009 | 2,461 | 72,511 | 0 | 10,681 | 358 | 152 |
| FEBRUARY 2009 | 1,247 | 35,222 | 5,221 | 216,095 | 222 | 542 |
| MARCH 2009 | 1,884 | 40,890 | 1,451 | 282,683 | 0 | 762 |
| APRIL 2009 | 2,432 | 51,932 | 3,183 | 149,129 | 695 | 72 |
| MAY 2009 | 2,220 | 71,401 | 9,738 | 1,151,139 | 3,890 | 46 |
| JUNE 2009 | 5,111 | 145,735 | 2,875 | 146,093 | 2,366 | 53 |
| JULY 2009 | 4,461 * | 114,537 | 4,583 | 404,157 | 4,576 | 24 |
| AUGUST 2009 | 5,698 | 971,937 | 3,878 | 60,009 | 1,022 | 138 |
| SEPTEMBER 2009 | 11,721 | 643,476 | 2,664 | 2,474,855 | 317 | 0 |
| OCTOBER 2009 | 2,160 | 93,632 | 6,007 | 435,802 | 645 | 92 |
| NOVEMBER 2009 | 1,162 | 53,768 | 3,238 | 77,986 | 2,618 | 53 |
| DECEMBER 2009 | 1,519 | 42,651 | 2,176 | 155,072 | 4,187 | 43 |
| TOTAL 11/1/2008 - 12/31/2009 | 43,929 | 2,387,786 | 45,028 | 5,570,283 | 23,103 | 2,033 |

* EACH INCLUDE 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 - IN RE: Asbestos Products Liability Litigation (No. VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN
LAND CASES

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| JANUARY 2010 | 425 | 12,185 | 2,409 | 59,644 | 727 | 1 |
| FEBRUARY 2010 | 967 | 21,427 | 797 | 44,821 | 270 | 37 |
| MARCH 2010 | 79 | 2,370 | 8,393 | 647,192 | 2,309 | 0 |
| APRIL 2010 | 4,511 | 218,523 | 3,761 | 235,284 | 2,415 | 31 |
| MAY 2010 | 2,233 * | 75,420 | 9,023 | 553,430 | 2,726 | 62 |
| JUNE 2010 | 1,498 | 20,241 | 14,555 | 1,071,056 | 770 | 0 |
| JULY 2010 | 175 | 9,858 | 3,136 | 111,232 | 5,438 | 34 |
| AUGUST 2010 | 9,553 | 47,840 | 12,121 | 114,556 | 5,273 | 91 |
| SEPTEMBER 2010 | 2,465 | 33,072 | 841 | 7,714 | 4,814 | 13 |
| OCTOBER 2010 | 2,491 | 101,484 | 1,226 | 23,675 | 5,343 | 9 |
| NOVEMBER 2010 | 174 | 16,400 | 593 | 12,167 | 771 | 9 |
| DECEMBER 2010 | 1,197 | 69,633 | 357 | 8,900 | 1,201 | 19 |
| TOTAL 1/1/2010 - 12/31/2010 | 25,768 | 628,453 | 57,212 | 2,889,671 | 32,057 | 306 |

* INCLUDES 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 - IN RE: Asbestos Products Liability Litigation (No. VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## TOTAL LAND-BASED CASELOAD
11/1/2008 - 12/31/2010

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| 11/1/2008 - 12/31/2009 | 43,929 | 2,387,786 | 45,028 | 5,570,283 | 23,103 | 2,033 |
| 1/1/2010 - 12/31/2010 | 25,768 | 628,453 | 57,212 | 2,889,671 | 32,057 | 306 |
| TOTAL 11/1/2008 - 12/31/2010 | 69,697 | 3,016,239 | 102,240 | 8,459,954 | 55,160 | 2,339 |