**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875**

**THIS DOCUMENT RELATES TO:**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LINDEN BATON, SR.,<br><br>      Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>   successor by merger with CBS<br>   CORPORATION f/k/a WESTINGHOUSE<br>   ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION,<br>   As successor by merger to BUFFALO<br>   PUMPS, INC.<br><br>      Defendants. | Civil Action<br>No.:   3:11-cv-00083-JCH |

## SCHEDULE OF ACTIONS

1.   <u>Linden Baton v. General electric Company, et. al.,</u> Civil Action No.: 3:11-cv-00083 (United States District Court for the District of Connecticut)

          Respectfully submitted,

          Air & Liquid Systems Corp., as Successor by
          Merger to Buffalo Pumps, Inc.,
          By its attorneys,

          */s/ Michael D. Simons*
          Michael D. Simons
          Fed. Bar No. ct28100
          Governo Law Firm LLC

Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (716) 737-9046
msimons@governo.com

Dated:  January 28, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 28TH day of January, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Michael D. Simons* _____
Michael D. Simons