ADRMOP, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00273-SI

| | |
|---|---|
| Brown v. General Electric Company et al | Date Filed: 01/19/2011 |
| Assigned to: Hon. Susan Illston | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Asbestos Litigation | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Diversity |

**Plaintiff**

**Oliver Brown**     represented by     **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Electric Company**

**Defendant**

**General Dynamics Corporation**

**Defendant**

**Lockheed Martin Corporation**

**Defendant**

**McDonnell Douglas Corporation**

**Defendant**

**Northrop Grumman Shipbuilding, Inc.**

**Defendant**

Superior-Lidgerwood-Mundy Corporation

**Defendant**

Todd Pacific Shipyards Corporation

**Defendant**

United Technologies Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2011 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Susan Illston for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case. Signed by Executive Committee on 1/21/11. (mab, COURT STAFF) (Filed on 1/21/2011) (Entered: 01/21/2011) |
| 01/21/2011 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 1/21/2011) (Entered: 01/21/2011) |
| 01/19/2011 |   | CASE DESIGNATED for Electronic Filing. (mjj2, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 6 | Summons Issued as to General Dynamics Corporation, General Electric Company, Lockheed Martin Corporation, McDonnell Douglas Corporation, Northrop Grumman Shipbuilding, Inc., Superior-Lidgerwood-Mundy Corporation, Todd Pacific Shipyards Corporation, United Technologies Corporation. (mjj2, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by Oliver Brown. (mjj2, COURT STAFF) (Filed on 1/19/2011) (mjj2, COURT STAFF). (Entered: 01/19/2011) |
| 01/19/2011 | 4 | Certificate of Interested Entities by Oliver Brown (mjj2, COURT STAFF) (Filed on 1/19/2011) (mjj2, COURT STAFF). (Entered: 01/19/2011) |
| 01/19/2011 | 3 | NOTICE of Tag-Along Action by Oliver Brown (mjj2, COURT STAFF) (Filed on 1/19/2011) (mjj2, COURT STAFF). (Entered: 01/19/2011) |
| 01/19/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/22/2011. Case Management Conference set for 4/29/2011 01:30 PM in Courtroom A, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order Case Management Conference, # 3 Standing Order for all Judges, # 4 Notice of Rule Discontinuing Service by Mail)(mjj2, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 1 | COMPLAINT against General Dynamics Corporation, General Electric Company, Lockheed Martin Corporation, McDonnell Douglas Corporation, Northrop Grumman Shipbuilding, Inc., Superior-Lidgerwood-Mundy Corporation, Todd Pacific Shipyards Corporation, United Technologies |

Corporation with Jury Demand ( Filing fee $ 350, receipt number 34611055172.). Filed by Oliver Brown. (mjj2, COURT STAFF) (Filed on 1/19/2011) (Additional attachment(s) added on 1/21/2011: # 1 Exhibit A, # 2 Civil Cover Sheet) (mjj2, COURT STAFF). (Entered: 01/19/2011)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/28/2011 08:33:59 | | | |
| PACER Login: | bp0355 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:11-cv-00273-SI |
| Billable Pages: | 2 | Cost: | 0.16 |