UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                       Docket No. **6634**

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x     CM/ECF Practice/Docket Entry Not Spread to Appropriate case (s)

    **Action Required: Please select yes when asked if you would like to spread the case.**

  x     CM/ECF Practice/Missing Referenced Pleading Number from Docket Entry

    **Action Required:  Please select appropriate pleading to be referenced which is pleading no. 6600.**

  x     CM/ECF Practice/Missing Parties names

    **Action Required: Please select each party name that you represent.**

Use the Withdrawal Event first; then re-file your Notice of Appearance.

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: January 31, 2011**

Dated: **January 28, 2011**                                                     FOR THE PANEL:
                                                                               Jeffery N. Luthi
                                                                               Clerk of the Panel