ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:11-cv-00272-JSW

Cooper v. General Electric Company et al
Assigned to: Hon. Jeffrey S. White
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 01/19/2011
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Ellis Cooper**                              represented by  **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Electric Company**
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**CBS Corporation**

**Defendant**

**Dana Companies, LLC**
*formerly known as*
Dana Corporation

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Metropolitan Life Insurance Company**

**Defendant**

**Northrop Grumman Shipbuilding, Inc.**

**Defendant**

**General Dynamics Corporation**

**Defendant**

**Bath Iron Works Corporation**

**Defendant**

**Hopeman Brothers, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2011 | 10 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 4/29/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 4/22/2011.. Signed by Judge Jeffrey S. White on 1/27/11. (jjoS, COURT STAFF) (Filed on 1/27/2011) (Entered: 01/27/2011) |
| 01/26/2011 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by the Executive Committee on January 26, 2011. (cjl, COURT STAFF) (Filed on 1/26/2011) (Entered: 01/26/2011) |
| 01/24/2011 | 8 | CERTIFICATE OF SERVICE TO PLAINTIFF re 7 Clerk's Notice of Impending Reassignment (ig, COURT STAFF) (Filed on 1/24/2011) (Entered: 01/25/2011) |
| 01/24/2011 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ig, COURT STAFF) (Filed on 1/24/2011) (Entered: 01/25/2011) |
| 01/19/2011 |  | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/24/2011) |
| 01/19/2011 | 6 | ADR SCHEDULING ORDER: Case Management Statement due by 4/20/2011. Case Management Conference set for 4/27/2011 01:30 PM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/24/2011) |
| 01/19/2011 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by Ellis Cooper. (cjl, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/24/2011) |

| 01/19/2011 | 4 | Summons Issued as to Bath Iron Works Corporation, CBS Corporation, Dana Companies, LLC, General Dynamics Corporation, General Electric Company, Hopeman Brothers, Inc., Ingersoll-Rand Company, Metropolitan Life Insurance Company, Northrop Grumman Shipbuilding, Inc. (cjl, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/24/2011) |
|---|---|---|
| 01/19/2011 | 3 | NOTICE of Tag-Along Action by Ellis Cooper. (cjl, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/24/2011) |
| 01/19/2011 | 2 | Certificate of Interested Entities by Ellis Cooper. (cjl, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/24/2011) |
| 01/19/2011 | 1 | COMPLAINT (with jury demand) against Bath Iron Works Corporation, CBS Corporation, Dana Companies, LLC, General Dynamics Corporation, General Electric Company, Hopeman Brothers, Inc., Ingersoll-Rand Company, Metropolitan Life Insurance Company, Northrop Grumman Shipbuilding, Inc. (Filing fee $350, receipt number 34611055173). Filed by Ellis Cooper. (Attachments: # 1 Civil Cover Sheet)(cjl, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/24/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/28/2011 08:33:43 | | |
| **PACER Login:** bp0355 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 3:11-cv-00272-JSW |
| **Billable Pages:** 2 | **Cost:** | 0.16 |