# Kazan, McClain, Lyons, Greenwood & Harley, PLC℠

KAZANLAW.COM

Jack London Market • 55 Harrison Street, Suite 400 • Oakland, CA 94607
(510) 302-1000 • (510) 465-7728 • FAX: (510) 835-4913

Steven Kazan
David M. McClain
Dianna Lyons
Gordon D. Greenwood
Philip A. Harley (1947-2009)
James L. Oberman*
Francis E. Fernandez
Leigh A. Kirmssé

Of Counsel
Denise Abrams
Frances C. Schreiberg

Andrea Huston
Petra DeJesus
Ian A. Rivamonte
Matthew L. Thiel
Barbra Ferre
Justin A. Bosl
Michael T. Stewart
Daniel Wasson
William F. Ruiz
Elina Agnoli
Gloria C. Amell

January 28, 2011

**E-filed Via CM/ECF**

Jeffrey N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re:   **MDL No. 875 – In Re: Asbestos Products Liability Litigation (No. VI)**
      *Vest v. Allied Packing & Supply, Inc., et al.*, N.D. California,
      C.A. No. CAN 3:11-00061

Dear Mr. Lüthi:

Pursuant to the Panel's January 28, 2011 Major Deficiency List (Docket No. 6634), plaintiffs Timothy and Caroline Vest withdraw their Notice of Appearance, electronically filed on January 24, 2011 in the above-captioned action. Plaintiffs withdraw the January 24, 2011 Notice of Appearance because: (1) I did not spread the docket entry to the appropriate case(s); (2) I did not reference the proper pleading number from the docket entry; and (3) I did not properly select the parties that I represent. Plaintiffs intend to re-file their Notice of Appearance, as instructed by the Panel's Major Deficiency List.

Sincerely,

/s/ Gloria C. Amell