# GOVERNO
## LAW FIRM LLC

Two International Place
Boston, MA 02110
Tel 617.737.9045
Fax 617.737.9046
www.governo.com

David M. Governo
Bryna Rosen Misiura (MA & DC)
David A. Goldman (MA & RI)
Jeniffer A.P. Carson
Michael D. Simons (MA & NY)
Sarah E. O'Leary (MA & NH)
Charles J. Sheehan (MA & NY)
Brendan J. Gaughan
John P. Gardella (MA & TN)
Njoki K. Williams (MA, NY & CT)
Carlo F. Bonavita
Kendra A. Christensen (MA, RI & CT)
Lonna J. Carter
Zachary F. McBride (MA, RI & CT)
Kathleen L. Killoy
Melissa L. Tarab (MA & ME)
Timothy J. Dodd (RI) of counsel

**Michael D. Simons**
Direct 617.532.9212
msimons@governo.com

January 28, 2011

VIA PACER/ECF

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:   *Linden Baton v. General Electric Company, et al.*
             United States District Court for the District of Connecticut
             Civil Action No.: 3:11-cv-00083-JCH

Dear Judicial Panel:

    Please withdraw the Notice of Potential Tag-Along (Docket #6615) in connection with the above-referenced case.

    This filing must be withdrawn for Improper Format/Heading/Caption/Title (Rule 3.2(a)(i).

    Thank you for your attention to this matter.

                                      Very truly yours,

                                      Michael D. Simons