BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

This Document Relates to:
*Vest v. Allied Packing & Supply, Inc., et al.*, N.D. California, C.A. No. 3:11-00061
Civil Action No.: 3:11-cv-00061 JSW in the United States District Court for the Northern District of California
(See Exhibit A - Attached Schedule)

---

## PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-353)

Plaintiffs Timothy Vest and Caroline Vest, by and through their undersigned counsel, hereby move this Panel to vacate the Conditional Transfer Order entered in the above-captioned case (CTO-353). The grounds for this motion are set forth in the accompanying Brief In Support and are incorporated herein.

WHEREFORE, plaintiffs request that the Panel VACATE CTO-353.

DATED: January 28, 2011                    Respectfully Submitted,

By:  /s/ Gloria C. Amell
James L. Oberman, Esq. (CA Bar No.120938)
Francis E. Fernandez, Esq. (CA Bar No. 65775)
Gloria C. Amell, Esq. (CA Bar No. 230255)
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone:         (510) 302-1000
Facsimile: (510) 835-4913
E-mail:    gamell@kazanlaw.com
Counsel for Plaintiffs
Timothy Vest and Caroline Vest

## CERTIFICATE OF SERVICE

I declare that:

I, Gloria C. Amell, at the time of service, was over the age of 18 years and not a party to the within action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, California 94607.

On January 28, 2011, I electronically filed the following document(s) through the CM/ECF system:

**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-353);**

by transmitting a true copy to:

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2305

via the following method:

__X__ (By CM/ECF Notice of Electronic Filing) By causing said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the above parties who are registered CM/ECF Users set forth in the Court's service list.

and by transmitting a true copy of documents without exhibits to:

ALL COUNSEL (See Attached Service List)

__X__ (By Mail) I enclosed the documents in a sealed envelope addressed to the persons as stated above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

GAMELL/729301.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on January 28, 2010, at Oakland, California.

              /s/ Gloria C. Amell
Gloria C. Amell
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
(510) 302-1000
(510) 835-4913 FAX
gamell@kazanlaw.com
Attorney for Plaintiffs

GAMELL/729301.1

| | | |
|---|---|---|
| SERVICE LIST<br>Page One | CASE: Vest, Timothy & Caroline  Case No: MDL 875<br>U.S.D.C., Northern District of California 3:11-cv-00061 JSW | January 28, 2011 |

BERRY & BERRY  
  P.O. Box 16070, Oakland, CA 94610  
  FOR: DESIGNATED DEFENSE COUNSEL  
PH: (510) 835-8330  
FAX: (510) 835-5117

BRYAN CAVE LLP  
  120 Broadway, Suite 300, Santa Monica, CA 90401  
  FOR: McDONNELL DOUGLAS CORPORATION  
PH: (310) 576-2100  
FAX: (310) 576-2200

BRYAN CAVE LLP  
  2 Embarcadero Center, Suite 1410, San Francisco, CA 94111  
  FOR: WORLD AIRWAYS, INC.  
PH: 415-675-3400  
FAX: 415-675-3434

BRYAN CAVE LLP  
  One Atlantic Center, 1201 W. Peachtree Street, NE, 14th Floor, Atlanta,  
  FOR: WORLD AIRWAYS, INC.  
PH: 404-572-6633  
FAX: 404-420-0633

CHAPMAN & INTRIERI  
  2236 Mariner Square Drive, Suite 300, Alameda, CA 94501-1019  
  FOR: DEXTER CORPORATION;   HENKEL CORPORATIO sii/pae/et to HENKEL LOCTITE CORPORATION; HENKEL CORPORATION;   HENKEL LOCTITE CORPORATION ;   HENKEL LOCTITE CORPORATION sii/pae/et to THE DEXTER CORPORATION;   LIFE TECH CORP by merger to INVITROGEN CORP sii/pae/et THE DEXTER CORP;   LIFE TECHNOLOGIES CORPORATION suc by merger to INVITROGEN CORPORATION  
PH: (510) 864-3600  
FAX: (510) 864-3601

COUNSEL UNKNOWN  
  FOR: MCDERMOTT/SEALY, INC.

DeHAY & ELLISTON, LLP  
  1300 CLAY STREET, SUITE 840, Oakland, CA 94612  
  FOR: KAISER GYPSUM COMPANY, INC.  
PH: 510-285-0750  
FAX: 510-285-0740

DONGELL LAWRENCE FINNEY LLP  
  707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609  
  FOR: GEORGE E. MASKER, INC.  
PH: 213-943-6100  
FAX: 213-943-6101

HERR & ZAPALA  
  152 North 3rd Street, Suite 500, San Jose, CA 95112  
  FOR: ALLIED PACKING AND SUPPLY  
PH: (408) 287-7788  
FAX: (408) 927-0408

MCGIVNEY, KLUGER & GLASPY  
  One Walnut Creek Center, 100 Pringle Ave., Ste 750, Walnut Creek, CA 94  
  FOR: KENTILE FLOORS, INC.  
PH: (925) 947-1300  
FAX: (925) 947-1594

McKENNA, LONG & ALDRIDGE  
  101 California Street, 41st Floor, San Francisco, CA 94111  
  FOR: HEXCEL CORPORATION  
PH: (415) 267-4000  
FAX: (415) 267-4198

McKENNA, LONG & ALDRIDGE LLP  
  300 S. Grand Avenue, 14th Floor, Los Angeles, CA 90071  
  FOR: HEXCEL CORPORATION  
PH: 213-688-1000  
FAX: 213-243-6330

PERKINS COIE LLP  
  Four Embarcadero Center, Suite 2400, San Francisco, CA 94111  
  FOR: GEORGIA-PACIFIC LLC fka GEORGIA PACIFIC CORPORATION;   HONEYWELL INTERNATIONAL INC. fka ALLIED SIGNAL, INC./sii/BENDIX CORP  
PH: (415) 344-7000  
FAX: (415) 344-7288

SERVICE LIST  CASE: Vest, Timothy & Caroline  MDL 875  
Page Two  U.S.D.C., Northern District of California Case #: 3:11-cv-00061 (JSW)

January 28, 2011

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP  
  One California Street, Suite 1910, San Francisco, CA 94104  
  FOR: DEAN'S MATERIALS, INC. dba CONSTRUCTION MATERIAL SUPPLIER  
PH: (415) 788-8354  
FAX: (415) 788-3625

SELMAN & BREITMAN  
  33 New Montgomery Street, Sixth Floor, San Francisco, CA 94105  
  FOR: ALTA BUILDING MATERIALS CO.  
PH: (415) 979-0400  
FAX: (415) 979-2099

STEPTOE & JOHNSON  
  633 West Fifth Street, Suite 700, Los Angeles, CA 90071  
  FOR: METROPOLITAN LIFE INSURANCE COMPANY  
PH: (213) 439-9400  
FAX: (213) 439-9599

THE MAU LAW FIRM  
  950 Harrison Street, Suite 213, San Francisco, CA 94107  
  FOR: GEORGE E. MASKER, INC.  
PH: 415-495-8082  
FAX: 415-495-8084

WALSWORTH, FRANKLIN, BEVINS & McCALL - DOWMAN  
  601 Montgomery Street, 9th Floor, San Francisco, CA 94111  
  FOR: DOWMAN PRODUCTS, INC.  
PH: (415) 781-7072  
FAX: (415) 391-6258

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER  
  525 Market Street, 17th Floor, San Francisco, CA 94105-2722  
  FOR: F.P. LATHROP CORPORATION; LATHROP CONSTRUCTION ASSOCIATES, INC.; LATHROP ONSTRUCTION ASSOC, INC. sii/pae/et F.P. LATHROP CONSTRUCTION  
PH: (415) 433-0990  
FAX: (415) 434-1370

HANSON BRIDGETT LLP  
  425 Market Street 26th Floor  
  San Francisco, CA 94105  
PH: (415) 777-320  
FAX: (415) 541-9366

PORT OF OAKLAND LEGAL DEPARTMENT  
  530 Water Street, 4th Floor  
  P.O. Box 2064  
  Oakland, CA 94607  
PH: (510) 627-1348  
FAX: (510) 444-2093

FOR: Port of Oakland

End of Service List