**Exhibit A**
**Attached Schedule of Action Involved**

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)**

This Document Relates to:
*Timothy and Caroline Vest v. Allied Packing & Supply, Inc., et al.*
Civil Action No. N.D. California, C.A. No. 3:11-00061

United States District Court for the Northern District of California
Civil Action No.: 3:11-cv-00061 JSW
The Honorable Jeffrey S. White

**Plaintiffs:**
Timothy Vest and Caroline Vest

**Defendants & Cross-Defendants:**
McDonnell Douglas Corporation

Allied Packing & Supply, Inc.

Alta Building Materials Co.

Dean's Materials, Inc. dba Construction Material Supplier

Dexter Corporation

Dowman Products, Inc.

F.P. Lathrop Construction Company

Georgia-Pacific LLC fka Georgia Pacific Corporation

Henkel Corporation **(Defendant & Cross-Claimant)**

Hexcel Corporation

Honeywell International Inc. fka Allied Signal, Inc.

Kaiser Gypsum Company, Inc.

Kentile Floors, Inc.

GAMELL/729312.1

Exhibit A-1

**Exhibit A**
**Attached Schedule of Action Involved**

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)**

This Document Relates to:
*Timothy and Caroline Vest v. Allied Packing & Supply, Inc., et al.*
Civil Action No. N.D. California, C.A. No. 3:11-00061

United States District Court for the Northern District of California
Civil Action No.: 3:11-cv-00061 JSW
The Honorable Jeffrey S. White

**Defendants & Cross-Defendants:**
Lathrop Construction Associates, Inc., individually and as successor in interest, parent, alter ego and equitable trustee of F.P. Lathrop Construction

Life Technologies Corporation, successor by merger to Invitrogen Corporation, individually and as successor in interest, parent, alter ego and equitable trustee of The Dexter Corporation

Metropolitan Life Insurance Company

Port of Oakland

Exhibit A-2