ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:11-cv-00061-JSW

Vest et al v. Allied Packing and Supply et al
Assigned to: Hon. Jeffrey S. White
Case in other court: Alameda Superior Court, RG09489518
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 01/06/2011
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Timothy Vest**     represented by     **James Lyndon Oberman**
Kazan McClain Edises Abrams
Fernandez Lyons & Farrise
171 Twelfth Street, Third Floor
Oakland, CA 94607
510-465-7728
Fax: 510-835-4913
Email: joberman@kazanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Alexander Bosl**
Kazan McClain Abrams et al
171 12th St Ste 300
Oakland, CA 94607
510-465-7728
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gloria Chun Amell**
Kazan McClain Lyons Greenwood &
Harley APLC
171 Twelfth St., Third Floor
Oakland, CA 94607
(510) 302-1000
Fax: (510) 465-7728
Email: gamell@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Gordon D. Greenwood**
KAZAN, MCCLAIN, EDISES,
SIMON & ABRAMS
171 Twelfth Street, Third Floor
Oakland, CA 94607
510-465-7728
*ATTORNEY TO BE NOTICED*

                                    **Michael Thomas Stewart**
Kazan, McClain et al.
171 12th Street, 3rd Floor
Oakland, CA 94607
510-302-1000
Fax: 510-835-4913
Email: mstewart@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Vest**           represented by  **Justin Alexander Bosl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gordon D. Greenwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Allied Packing and Supply**

**Defendant**

**Alta Building Materials co.**

**Defendant**

**Cyprus Amax Minerals Company**
*individually, and as successor in interest, parent, alter ego, and equitable trustee of Cyprus Mines Corporation, Sierra Talc & Chemical Company, United Sierra Division Cypres Mines Corporation and Paul W. Wood Company*

**Defendant**

**Dean's Materials, Inc.**
*doing business as*
Construction Material Supplier

**Defendant**

**The Dexter Corporation**

**Defendant**

**Dowman Products, Inc.**

**Defendant**

**Garlock Sealing and Technologies, LLC**

**Defendant**

**Georgia-Pacific LLC**
*formerly known as*
Georgia-Pacific Corporation

**Defendant**

**Hamilton Materials, Inc.**

**Defendant**

**Henkel Corporation**
*individually and as successor in interest, parent, alter ego, and equitable trustee to Henkel Loctite Corporation, indivually, and as successor in interest, parent, alter ego, and equitable trustee to The Dexter Corporation*

represented by **Mark G. Intrieri**
Chapman & Intrieri LLP
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 94501-6468
510-864-3600
Fax: 510-864-3601
Email: mintrieri@chapmanandintrieri.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hexcel Corporation**

**Defendant**

**Kaiser Gypsum Company, Inc.**

**Defendant**

**Kelly Moore Paint Company, Inc.**

**Defendant**

**Kentile Floors, Inc.**

**Defendant**

**The Port of Oakland**

**Defendant**

**Raymond Interior Systems-North**
*individually, and as successor in interest, parent, alter ego, and equitable trustee to parent, alter ego, and equitable trustee to James L. Whittaker, Inc.*

**Defendant**

**McDermott/Sealy, Inc.**

**Defendant**

**Parker Hannifin**
*individually, and as sucessor in interest, parent, alter ego, and equitable trustee of Cleveland Wheels & Brakes*

**Defendant**

**George E. Masker, Inc.**

**Defendant**

**F.P. Lathrop Corporation**

**Defendant**

**McDonnell Douglas Corporation**     represented by     **James C. Pettis**
Bryan Cave LLP
120 Broadway
Suite 300
Santa Monica, CA 90401
310-576-2100
Fax: 310-576-2200
Email: james.pettis@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda C. Hsu**
Bryan Cave LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
310-576-2192
Fax: 310-576-2200
Email: linda.hsu@bryancave.com
*ATTORNEY TO BE NOTICED*

**Robert E. Boone , III**
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
310-576-2100
Fax: 310-576-2200
Email: reboone@bryancave.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Life Technologies Corporation**
*Successor by merger to Invitrogen Corporation, individually, and as successor in interest, parent, alter ego, and equitable trustee of The Dexter*

*Corporation*

**Defendant**

**Lathrop Construction Associates, Inc.**
*individually, and as successor in interest, parent, alter ego, and equitable trustee of F.P. Lathorp Construction Company*

**Defendant**

**World Airways, Inc.**                                    represented by **James Goldberg , Esq.**
                                                                          Bryan Cave LLP
                                                                          Two Embarcadero Center
                                                                          Suite 1410
                                                                          San Francisco, CA 94111-3907
                                                                          415-675-3400
                                                                          Fax: 415-675-3434
                                                                          Email: james.goldberg@bryancave.com

                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance Company**

**Cross-claimant**

**Henkel Corporation**                                     represented by **Mark G. Intrieri**
*individually and as successor in                                          (See above for address)
interest, parent, alter ego, and equitable                                 *ATTORNEY TO BE NOTICED*
trustee to Henkel Loctite Corporation,
indivually, and as successor in interest,
parent, alter ego, and equitable trustee
to The Dexter Corporation*

V.

**Cross-defendant**

**Allied Packing and Supply**

**Cross-defendant**

**Alta Building Materials co.**

**Cross-defendant**

**Cyprus Amax Minerals Company**
*individually, and as successor in interest, parent, alter ego, and equitable trustee of Cyprus Mines Corporation,*

*Sierra Talc & Chemical Company, United Sierra Division Cypres Mines Corporation and Paul W. Wood Company*

**Cross-defendant**

**Dean's Materials, Inc.**

**Cross-defendant**

**Dowman Products, Inc.**

**Cross-defendant**

**F.P. Lathrop Corporation**

**Cross-defendant**

**Garlock Sealing and Technologies, LLC**

**Cross-defendant**

**George E. Masker, Inc.**

**Cross-defendant**

**Georgia-Pacific LLC**

**Cross-defendant**

**Hamilton Materials, Inc.**

**Cross-defendant**

**Hexcel Corporation**

**Cross-defendant**

**Kaiser Gypsum Company, Inc.**

**Cross-defendant**

**Kelly Moore Paint Company, Inc.**

**Cross-defendant**

**Kentile Floors, Inc.**

**Cross-defendant**

**Lathrop Construction Associates, Inc.**
*individually, and as successor in interest, parent, alter ego, and equitable trustee of F.P. Lathorp Construction Company*

**Cross-defendant**

**Life Technologies Corporation**

*Successor by merger to Invitrogen Corporation, individually, and as successor in interest, parent, alter ego, and equitable trustee of The Dexter Corporation*

**Cross-defendant**

**McDermott/Sealy, Inc.**

**Cross-defendant**

**McDonnell Douglas Corporation**     represented by **James C. Pettis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda C. Hsu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. Boone , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross-defendant**

**Parker Hannifin**
*individually, and as sucessor in interest, parent, alter ego, and equitable trustee of Cleveland Wheels & Brakes*

**Cross-defendant**

**Raymond Interior Systems-North**
*individually, and as successor in interest, parent, alter ego, and equitable trustee to parent, alter ego, and equitable trustee to James L. Whittaker, Inc.*

**Cross-defendant**

**The Port of Oakland**

**Cross-defendant**

**World Airways, Inc.**     represented by **James Goldberg , Esq.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2011 | 1 | NOTICE OF REMOVAL (no process) from Alameda Superior Court. Their |

| | | |
|---|---|---|
| | | case number is RG09489518. (Filing fee $350 receipt number 44611006240). Filed byMcDonnell Douglas Corporation. (cjl, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/07/2011) |
| 01/06/2011 | | Answer to Removal Complaint 1 by McDonnell Douglas Corporation. (cjl, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/07/2011) |
| 01/06/2011 | 2 | Certificate of Interested Entities by McDonnell Douglas Corporation identifying Corporate Parent Boeing Company for McDonnell Douglas Corporation. (cjl, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/07/2011) |
| 01/06/2011 | 3 | Corporate Disclosure Statement by McDonnell Douglas Corporation. (cjl, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/07/2011) |
| 01/06/2011 | 4 | NOTICE of Pendency of Other Actions by McDonnell Douglas Corporation. (cjl, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/07/2011) |
| 01/06/2011 | 5 | NOTICE of Tag-Along Action by McDonnell Douglas Corporation. (cjl, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/07/2011) |
| 01/06/2011 | 6 | ADR SCHEDULING ORDER: Case Management Statement due by 4/21/2011. Case Management Conference set for 4/28/2011 01:30 PM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/07/2011) |
| 01/06/2011 | | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/07/2011) |
| 01/07/2011 | 7 | CERTIFICATE OF SERVICE by McDonnell Douglas Corporation re 1 Notice of Removal (Pettis, James) (Filed on 1/7/2011) (Entered: 01/07/2011) |
| 01/07/2011 | 8 | Plaintiffs' Notice of Intent to File Emergency Motion to Remand No Later than Monday, January 10, 2011 by Timothy Vest. (Amell, Gloria) (Filed on 1/7/2011) Modified on 1/10/2011 (cjl, COURT STAFF). (Entered: 01/07/2011) |
| 01/07/2011 | 9 | Notice of Potential Tag-Along by McDonnell Douglas Corporation. (Attachments: # 1 Exhibit Second Amended Complaint)(Pettis, James) (Filed on 1/7/2011) Modified on 1/10/2011 (cjl, COURT STAFF). (Entered: 01/07/2011) |
| 01/07/2011 | 10 | CERTIFICATE OF SERVICE by McDonnell Douglas Corporation re 9 Notice (Other) *of Potential Tag-Along* (Pettis, James) (Filed on 1/7/2011) (Entered: 01/07/2011) |
| 01/09/2011 | 11 | Consent to Proceed Before a United States Magistrate Judge by Timothy Vest. (Stewart, Michael) (Filed on 1/9/2011) Modified on 1/10/2011 (cjl, COURT STAFF). (Entered: 01/09/2011) |
| 01/09/2011 | 12 | Demand for Jury Trial by Timothy Vest. (Stewart, Michael) (Filed on 1/9/2011) Modified on 1/10/2011 (cjl, COURT STAFF). (Entered: 01/09/2011) |
| 01/10/2011 | 13 | MOTION to Stay filed by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/10/2011) (Entered: 01/10/2011) |

| | | |
|---|---|---|
| 01/10/2011 | 14 | Declaration of Linda C. Hsu in Support of 13 MOTION to Stay filed byMcDonnell Douglas Corporation. (Related document(s) 13 ) (Hsu, Linda) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 15 | Proposed Order re 13 MOTION to Stay by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 16 | MOTION to Shorten Time *for Hearing re Emergency Motion to Immediately Remand Case to California Superior Court* filed by Timothy Vest. Motion Hearing set for 1/14/2011 11:00 AM in Courtroom 4, 3rd Floor, Oakland before Magistrate Judge Laurel Beeler. (Attachments: # 1 Affidavit Stewart Declaration, # 2 Exhibit Exhibit A to Stewart Declaration, # 3 Exhibit Exhibit B to Stewart Declaration, # 4 Exhibit Exhibits C & D to Stewart Declaration, # 5 Supplement Request for Judicial Notice, # 6 Proposed Order Proposed Order, # 7 Affidavit Certificate of Service)(Oberman, James) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 17 | MOTION to Remand *Asbestos-Cancer Case to California Superior Court* filed by Timothy Vest. Motion Hearing set for 1/14/2011 11:00 AM in Courtroom 4, 3rd Floor, Oakland before Magistrate Judge Laurel Beeler. (Attachments: # 1 Supplement Memorandum of Points and Authorities in Support of Emergency Motion to Immediately Remand to Calif Superior Court, # 2 Affidavit Oberman Declaration in Support of Emergency Motion to Immediately Remand, # 3 Affidavit Rivamonte Declaration, # 4 Exhibit Exhibit 1 & 2 to Rivamonte Declaration, # 5 Exhibit Exhibit 3 to Rivamonte Declaration, # 6 Exhibit Exhibit 4 to Rivamonte Declaration, # 7 Exhibit Exhibits 5-7 to Rivamonte Decl, # 8 Exhibit Exhibit 8 to Rivamonte Decl, # 9 Exhibit Exhibit 9 to Rivamonte Decl, # 10 Exhibit Exhibit 10 & 11 to Rivamonte Decl, # 11 Exhibit Exhibits 12-14 Rivamonte Decl, # 12 Exhibit Exhibits 15-22 to Rivamonte Decl, # 13 Exhibit Exhibit 23-28 to Rivamonte Decl, # 14 Exhibit Exhibit 29 to Rivamonte Decl, # 15 Exhibit Exhibit 30 to Rivamonte Decl, # 16 Exhibit Exhibit 31-33 to Rivamonte Decl, # 17 Affidavit Stewart Declaration, # 18 Appendix Amell Declaration, # 19 Affidavit Agnoli Declaration, # 20 Affidavit Myers Declaration, # 21 Proposed Order Proposed Order Granting Plaintiffs' Emergency Motion to Immediately Remand to Calif. Superior Court, # 22 Affidavit Certificate of Service)(Oberman, James) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 18 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (ls, COURT STAFF) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 19 | OBJECTIONS to re 5 Notice (Other) *of Tag-Along Action* by Timothy Vest. (Oberman, James) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 20 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case. Signed by the Executive Committee on January 10, 2010. (cjl, COURT STAFF) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 21 | NOTICE by Timothy Vest *Plfs' Renewed Request for Immediate Hearing of Emergency Motion to Remand Asbestos-Cancer Case to Calif. Superior Ct.* (Oberman, James) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| | | |

| | | |
|---|---|---|
| 01/10/2011 | 22 | MOTION to Stay *Action Pending Transfer to Federal Multi-District Litigation* filed by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 23 | Declaration of Linda C. Hsu in Support of 22 MOTION to Stay *Action Pending Transfer to Federal Multi-District Litigation* filed byMcDonnell Douglas Corporation. (Related document(s) 22 ) (Hsu, Linda) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/10/2011 | 24 | Proposed Order re 22 MOTION to Stay *Action Pending Transfer to Federal Multi-District Litigation*, 23 Declaration in Support by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/11/2011 | 25 | MOTION to Shorten Time *(Renewed) Notice of Plaintiffs' Motion to Shorten Hearing Time and of Emergency Motion to Remand* filed by Timothy Vest. Motion Hearing set for 2/18/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (Oberman, James) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 26 | MOTION to Remand *Re-Notice of Emergency Motion to Immediately Remand Asbestos-Cancer Case to Superior Court* filed by Timothy Vest. Motion Hearing set for 2/18/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (Oberman, James) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 27 | CERTIFICATE OF SERVICE by Timothy Vest re 12 Notice (Other) *of Plaintiffs' Demand for Jury Trial* (Oberman, James) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 28 | ORDER RE: MOTION TO STAY, MOTION TO SHORTEN TIME, AND EMERGENCY MOTION TO REMAND. Responses due by 1/18/2011. Replies due by 1/25/2011. Hearing on Motions set for 2/4/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White.. Signed by Judge Jeffrey S. White on 1/11/11. (jjoS, COURT STAFF) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 29 | NOTICE by Timothy Vest *Plaintiffs' Notice that Conditional Transfer Order is Indefinitely Stayed* (Attachments: # 1 Supplement Certificate of Service) (Oberman, James) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 30 | MOTION to Stay *Action Pending Transfer to Federal Multi-District Litigation* filed by McDonnell Douglas Corporation. Motion Hearing set for 2/4/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (Attachments: # 1 Memorandum of Points and Authorities)(Hsu, Linda) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 31 | Declaration of Linda C. Hsu in Support of 30 MOTION to Stay *Action Pending Transfer to Federal Multi-District Litigation* filed byMcDonnell Douglas Corporation. (Related document(s) 30 ) (Hsu, Linda) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 32 | Proposed Order re 30 MOTION to Stay *Action Pending Transfer to Federal Multi-District Litigation* by McDonnell Douglas Corporation. (Hsu, Linda) |

| | | (Filed on 1/11/2011) (Entered: 01/11/2011) |
|---|---|---|
| 01/11/2011 | 33 | CERTIFICATE OF SERVICE by McDonnell Douglas Corporation *of Civil Standing Orders* (Hsu, Linda) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/12/2011 | 34 | MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, filed by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 35 | Declaration of Robert E. Boone III in Support of 34 MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, filed byMcDonnell Douglas Corporation. (Related document(s) 34 ) (Hsu, Linda) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 36 | Declaration of James C. Pettis in Support of 34 MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, filed byMcDonnell Douglas Corporation. (Related document(s) 34 ) (Hsu, Linda) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 37 | Proposed Order re 34 MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 38 | ERRATA re 35 Declaration in Support,, by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 39 | NOTICE by World Airways, Inc. *Notice Of Appearance On Behalf Of World Airways, Inc.* (Goldberg, James) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 40 | Memorandum in Opposition re 34 MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 28 Order,, Set Motion and R&R Deadlines/Hearings, *Plaintiffs' Memorandum in Opposition to Defendant McDonnell Douglas Corporation's Motion to Extend Time Regarding Plaintiffs' Motion to Remand* filed byTimothy Vest. (Stewart, Michael) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| | | |

| | | |
|---|---|---|
| 01/13/2011 | 41 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 4/29/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 4/22/2011.. Signed by Judge Jeffrey S. White on 1/13/11. (jjoS, COURT STAFF) (Filed on 1/13/2011) (Entered: 01/13/2011) |
| 01/13/2011 | 42 | AFFIDAVIT re 40 Memorandum in Opposition,, *Certificate of Service of Plaintiffs' Opposition to Motion to Extend* by Timothy Vest. (Oberman, James) (Filed on 1/13/2011) (Entered: 01/13/2011) |
| 01/13/2011 | 43 | ORDER by Judge Jeffrey S. White GRANTING IN PART AND DENYING IN PART 34 Motion for Extension of Time to File Response 17 MOTION to Remand.Opposition due by 10:00 a.m. 1/24/2011. Reply due by 4:00 p.m. 1/28/2011. Hearing remains on calendar on 2/4/2011. (jswlc3, COURT STAFF) (Filed on 1/13/2011) (Entered: 01/13/2011) |
| 01/13/2011 | 44 | AFFIDAVIT re 41 Initial Scheduling Order, *Certificate of Service of Order Setting Case Management Conference* by Timothy Vest. (Oberman, James) (Filed on 1/13/2011) (Entered: 01/13/2011) |
| 01/13/2011 | | Set/Reset Deadlines as to 17 MOTION to Remand. Motion Hearing set for 2/4/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (jjoS, COURT STAFF) (Filed on 1/13/2011) (Entered: 01/13/2011) |
| 01/14/2011 | 45 | NOTICE by Caroline Vest, Timothy Vest *of Filing Notice of Opposition To Conditional Transfer Order With the U.S. Judicial Panel on Multidistrict Litigation* (Amell, Gloria) (Filed on 1/14/2011) (Entered: 01/14/2011) |
| 01/14/2011 | 46 | CERTIFICATE OF SERVICE by Timothy Vest re 45 Notice (Other) *of Plfs' Notice of Filing Notice of Opposition to CTO-353 w/US Judicial Panel on MDL* (Amell, Gloria) (Filed on 1/14/2011) (Entered: 01/14/2011) |
| 01/18/2011 | 47 | Memorandum in Opposition re 30 MOTION to Stay *Action Pending Transfer to Federal Multi-District Litigation* filed byTimothy Vest. (Attachments: # 1 Affidavit Declaration of Ian A. Rivamonte in Support of Plaintiffs' Opposition to McDonnell Douglas' Motion to Stay Action Pending Transfer to Federal MDL, # 2 Proposed Order [Proposed] Order Denying McDonnell Douglas' Motion to Stay Action Pending Transfer to Federal MDL, # 3 Affidavit Certificate of Service)(Oberman, James) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/18/2011 | 48 | ERRATA re 47 Memorandum in Opposition,, *Notice of Errata re Rivamonte Declaration ISO Opposition to MDC Administrative Motion to Stay* by Timothy Vest. (Attachments: # 1 Affidavit Certificate of Service Notice of Errata re Rivamonte Decl ISO Plaintiffs' OPP to MDC Motion to Stay) (Oberman, James) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/18/2011 | 49 | STIPULATION *AND [PROPOSED] ORDER GRANTING DEFENDANT MCDONNELL DOUGLAS CORPORATIONS ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR OPPOSITION TO MOTION TO REMAND* by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/18/2011) (Entered: 01/18/2011) |

| | | |
|---|---|---|
| 01/18/2011 | 50 | MOTION for Leave to File Excess Pages *for Opposition to Plaintiffs' Motion to Remand* filed by McDonnell Douglas Corporation. Motion Hearing set for 2/4/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (Hsu, Linda) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/19/2011 | 51 | ORDER GRANTING 49 Stipulation TO EXCEED PAGE LIMIT FOR OPPOSITION TO MOTION TO REMAND. Signed by Judge Jeffrey S. White on 1/19/11. (jjoS, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 52 | STIPULATION re 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court*, 21 Notice (Other) *Stipulation and [Proposed] Order Granting Plaintiffs' Reply MPA ISO Emergency Motion to Immediately Remand Asbestos-Cancer Case to California Superior Court to Exceed Page Limit* by Timothy Vest. (Oberman, James) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 53 | ORDER GRANTING 52 Stipulation Exceed Page Limit. Signed by Judge Jeffrey S. White on 1/19/11. (jjoS, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/21/2011 | 54 | CROSSCLAIM *of Henkel Corporation for Indemnity, Apportionment, and Contribution and Demand for Jury Trial* against Allied Packing and Supply, Alta Building Materials co., Cyprus Amax Minerals Company, Dean's Materials, Inc., Dowman Products, Inc., F.P. Lathrop Corporation, Garlock Sealing and Technologies, LLC, George E. Masker, Inc., Georgia-Pacific LLC, Hamilton Materials, Inc., Hexcel Corporation, Kaiser Gypsum Company, Inc., Kelly Moore Paint Company, Inc., Kentile Floors, Inc., Lathrop Construction Associates, Inc., Life Technologies Corporation, McDermott/Sealy, Inc., McDonnell Douglas Corporation, Parker Hannifin, Raymond Interior Systems-North, The Port of Oakland, World Airways, Inc.. Filed byHenkel Corporation. (Intrieri, Mark) (Filed on 1/21/2011) (Entered: 01/21/2011) |
| 01/23/2011 | 55 | Reply to Opposition re 30 MOTION to Stay *Action Pending Transfer to Federal Multi-District Litigation* filed byMcDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 56 | Declaration of Linda C. Hsu in Support of 55 Reply to Opposition *to Motion to Stay Action Pending Transfer to Federal Multi-District Litigation* filed byMcDonnell Douglas Corporation. (Related document(s) 55 ) (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 57 | Memorandum in Opposition re 17 MOTION to Remand *Asbestos-Cancer Case to California Superior Court* filed byMcDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 58 | Declaration of Thomas J. Croslin in Support of 57 Memorandum in Opposition *to Plaintiffs' Motion to Remand* filed byMcDonnell Douglas Corporation. (Related document(s) 57 ) (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 59 | Declaration of Larry L. Fogg in Support of 57 Memorandum in Opposition *to Plaintiffs' Motion to Remand* filed byMcDonnell Douglas Corporation. |

| | | |
|---|---|---|
| | | (Related document(s) 57 ) (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 60 | Declaration of Robert E. Boone III in Support of 57 Memorandum in Opposition *to Plaintiffs' Motion to Remand* filed byMcDonnell Douglas Corporation. (Related document(s) 57 ) (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 61 | Appendix re 57 Memorandum in Opposition *to Plaintiff's Motion to Remand* filed byMcDonnell Douglas Corporation. (Related document(s) 57 ) (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 62 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 1* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 63 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 4* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 5, # 2 Exhibit 6)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 64 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 7* filed byMcDonnell Douglas Corporation. (Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/23/2011 | 65 | Proposed Order re 57 Memorandum in Opposition *to Plaintiffs' Motion to Remand* by McDonnell Douglas Corporation. (Hsu, Linda) (Filed on 1/23/2011) (Entered: 01/23/2011) |
| 01/24/2011 | 66 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 8* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 8 Part 2, # 2 Exhibit 8 Part 3)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 67 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 9* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 10, # 2 Exhibit 11)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 68 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 12* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 13, # 2 Exhibit 14)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 69 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 15* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit Exhibit 15 Part 2, # 2 Exhibit Exhibit 15 Part 3)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 70 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 16* filed byMcDonnell Douglas Corporation. (Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |

| | | |
|---|---|---|
| 01/24/2011 | 71 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 17* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 17 Part 2)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 72 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 18* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 19)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 73 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 20* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 20 Part 2, # 2 Exhibit 20 Part 3, # 3 Exhibit 20 Part 4)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 74 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 21* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 22, # 2 Exhibit 23, # 3 Exhibit 24)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 75 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 25* filed byMcDonnell Douglas Corporation. (Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 76 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 26* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 26 Part 2, # 2 Exhibit 26 Part 3, # 3 Exhibit 26 Part 4, # 4 Exhibit 26 Part 5, # 5 Exhibit 26 Part 6)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 77 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 27* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 27 Part 2, # 2 Exhibit 27 Part 3, # 3 Exhibit 27 Part 4, # 4 Exhibit 27 Part 5)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 78 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 28* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 29)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 79 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 30* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 30 Part 2, # 2 Exhibit 30 Part 3, # 3 Exhibit 30 Part 4, # 4 Exhibit 30 Part 5) (Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 80 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 31* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 32, # 2 Exhibit 33, # 3 Exhibit 34)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 81 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits -* |

| | | |
|---|---|---|
| | | *Exhibit 35* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 36, # 2 Exhibit 37, # 3 Exhibit 38)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 82 | EXHIBITS re 57 Memorandum in Opposition, 61 Appendix *of Exhibits - Exhibit 39* filed byMcDonnell Douglas Corporation. (Attachments: # 1 Exhibit 40, # 2 Exhibit 41, # 3 Exhibit 42, # 4 Exhibit 43, # 5 Exhibit 44, # 6 Exhibit 45)(Related document(s) 57 , 61 ) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 83 | DEMAND for Trial by Jury by Timothy Vest. (Oberman, James) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/24/2011 | 84 | ERRATA re 66 Exhibits, 57 Memorandum in Opposition *to Plaintiffs' Motion to Remand* by McDonnell Douglas Corporation. (Attachments: # 1 Exhibit A) (Hsu, Linda) (Filed on 1/24/2011) (Entered: 01/24/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/27/2011 10:21:29 | | | |
| PACER Login: | km0099 | Client Code: | vest |
| Description: | Docket Report | Search Criteria: | 3:11-cv-00061-JSW |
| Billable Pages: | 10 | Cost: | 0.80 |