FILED
ALAMEDA COUNTY
JUL 02 2010
CLERK OF THE SUPERIOR COURT
By _____ Deputy

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF ALAMEDA

Case No. RG09489518

Plaintiffs: Vest

Defendants: Allied Packing, et al

**CASE MANAGEMENT ORDER**
**ASBESTOS**

ASSIGNED FOR ALL PRE-TRIAL PURPOSES
TO: JUDGE KENNETH MARK BURR
DEPARTMENT 30

THE COURT HAS ORDERED THE FOLLOWING:

Compliance with the paragraphs below is required if such paragraph is marked with an "X" in the space provided.

## FURTHER CONFERENCE

[X] 1. A further Case Management Conference (CMC) is scheduled in Dept 30 at 9:15a.m. on 9 / 3 /2010. Any party who wishes to bring a case management issue to the attention of the Court may file, in lieu of the Judicial Council Form CM-110, on pleading paper or in letter format an Updated Case Management Statement in compliance with California Rules of Court (CRC) §3.725 summarizing the relevant issues for the Case Management Conference no later than five (5) days prior to the conference.

[X] 2. A Mandatory Settlement Conference (MSC) CRC § 3.1380 is scheduled in Dept 30 ~~at 10:00 a.m.~~ following the CMC on 9 / 3 /2010. Persons with full authority to settle the case must appear in person or be available by telephone. Settlement Conference Statements in compliance with CRC § 3.1380(c) need not be filed.

1

DISCOVERY

*Depositions*: The parties are to "meet and confer" regarding any disputed issues surrounding deposition practice, including but not limited to the notice given for the deposition and the location, length, and/or order of questioning of the deposition.

*Pathology Material:* At the earliest possible date, defense counsel and Berry & Berry will meet and confer to determine which party will first receive any available pathology material for review by an expert consultant and then inform Berry & Berry to whom the pathology material initially shall be forwarded for review. The parties shall make their best efforts to complete their review of any pathology promptly and return any available material as quickly as possible to plaintiffs.

*Discovery Cut-Off:*

☒ 3. Statutory discovery deadline apply to this case.

☐ 4. Discovery is to remain open until the date that this case is assigned to a trial department.

*Expert Designations*

☒ 5. All parties shall be deemed to have made a demand for an exchange of expert witness lists pursuant to California Code of Civil Procedure § 2034.

☒ 6. Designations of expert witnesses pursuant to CCP § 2034 must be served by: __Statute__/__/~~200~~__.
Pared down lists of expert witnesses must be served by: __1__/__14__/200__1__.

MOTIONS FOR SUMMARY JUDGMENT

☒ 7. Motions for summary judgment will be filed and served in accordance with statutory deadlines.

☐ 8. *Special Settings*: The parties stipulate that, for the purpose of scheduling motions for summary judgment in this case, the deadlines provided by the California Code of Civil Procedure §437c may be altered as follows:

Motions for summary judgment
will be heard at 9:30a.m. am in Department 30      (up to the date of trial)         (on ____/____/ 200__.)
Moving papers must be filed and served      ( 28 days prior to the hearing date)   (by ____/____/ 200__.)
Opposition papers must be filed and served ( 14 days prior to the hearing date)   (by ____/____/ 200__.)
Reply papers must be filed and served       ( 7 days prior to the hearing date)    (by ____/____/ 200__.)
Service may be made by facsimile, e-mail or in person.

2

The parties must "meet and confer" individually regarding scheduling.

Prior to filing the motion for summary judgment, the moving party must reserve the date with the clerk in Dept. 30.

In addition, prior to filing any motion for summary judgment, the moving party shall "meet and confer" with opposing counsel to determine whether the issues to be presented by the motion can be resolved informally.

TRIAL SETTING ORDERS

☒ 9. Trial date: __2__/__14__/20__11__ 9:30 am in Department 30.

Jury is demanded by: (Plaintiff)
Defendant

Jury is waived by: Plaintiff
Defendant

Jury is reserved by: Plaintiff
(Defendant)

☒ 10. The trial date currently set for ____/____/200__ is vacated.

☐ 11. The trial is re-set to ____/____/200__ 9:30a.m. in Department 30.

☐ 12. Statutory discovery cut-off dates remain in force as a result of the original Trial Setting Order.

☐ 13. This constitutes a new Trial Setting Order. Discovery is re-opened and is governed by the appropriate statutory provisions.

☐ 14. Discovery remains open until the date that this case is assigned to a trial department.

OTHER ORDERS:

☒ 15. Issue Conference set for 1/14/11 @ 1:30 p.m. in Dept. 30, see attached order.

NOTICES

Counsel for ☒ Plaintiff ☐ Defendant must serve a copy of this order on all counsel of record and self-represented parties forthwith.

Dated: 7-2-10

Approved as to form: _____
(Designated Defense Counsel)

Kenneth Mark Burr
Judge of the Superior Court

3