Exhibit G, Part 2 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6659-1 Filed 01/28/11 Page 1 of 10
Case3:11-cv-00061-JSW Document61 Filed01/25/11 Page1 of 19

| | |
|---|---|
| 1 | Robert E. Boone III, California Bar No. 132780 |
| | James C. Pettis, California Bar No. 223953 |
| 2 | Linda C. Hsu, California Bar No. 239880 |
| | **BRYAN CAVE LLP** |
| 3 | 120 Broadway, Suite 300 |
| | Santa Monica, California 90401-2386 |
| 4 | Telephone: (310) 576-2100 |
| | Facsimile: (310) 576-2200 |
| 5 | Emails: reboone@bryancave.com |
| | james.pettis@bryancave.com |
| 6 | linda.hsu@bryancave.com |
| 7 | Attorneys for Defendant |
| | McDONNELL DOUGLAS CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY VEST and CAROLINE VEST, | Case No. 3:11-cv-00061-JSW |
| | Honorable Jeffrey S. White |
| Plaintiffs, | |
| | **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MCDONNELL DOUGLAS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |
| vs. | |
| ALLIED PACKING AND SUPPLY, *et al.*, | |
| Defendants. | [Filed concurrently with Opposition to Plaintiffs' Motion to Remand; Declarations of Thomas J. Croslin, Larry Fogg, and Robert E. Boone III; and [Proposed] Order] |
| | Date: February 4, 2011 |
| | Time: 9:00 A.M. |
| | Courtroom: 11, 19th Floor |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

Defendant McDonnell Douglas Corporation's Appendix of Exhibits in Support of Opposition to Plaintiffs' Motion to Remand.

| Exhibits | Document Description |
|---|---|
| 1. | Change Orders No. 1 to Contract No. W 535 AC-9977 |
| 2. | Change Orders No. 2 to Contract No. W 535 AC-9977 |
| 3. | Change Orders No. 3 to Contract No. W 535 AC-9977 |
| 4. | Change Orders No. 4 to Contract No. W 535 AC-9977 |
| 5. | Change Orders No. 5 to Contract No. W 535 AC-9977 |
| 6. | Change Orders No. 6 to Contract No. W 535 AC-9977 |
| 7. | Change Orders No. 7 to Contract No. W 535 AC-9977 |
| 8. | Detail Specification No. DS-225 For Bombardment Type Airplanes, Air Corps Model B-18A |
| 9. | Detailed Specification for the Douglas Bombardment Airplane Model B-23 for the U.S. Army Air Corps |
| 10. | U.S. Standard Form No. 32 (Revised June 18, 1935) Sheet |
| 11. | Technical Order AN 03-25C-10 "Handbook of Instructions with Parts Catalog for Bendix Brakes (Later Types) |
| 12. | Douglas drawing 5077060 Plant Assembly – Demountable Power |
| 13. | Douglas Drawing 5077048 Gear Assembly – Landing |
| 14. | Technical Order AN 03-25C-7 "Handbook of Instructions with Parts Catalog for Landing Wheel Brakes Bendix |
| 15. | Illustrated Parts Breakdown and Technical Manual ("IPB") AN 02-35HA-4A, Parts Catalog for Aircraft Engines Models R-2600-19 and R-2600-23 |
| 16. | Air Force-Navy Aeronautical Standard AN900 for "Gasket - Copper - Asbestos Annular |
| 17. | KC-10 Contract, F33700-78-C-0001, effective date 03 Jan 78 |
| 18. | KC-10 U.S. Air Force Incorporation of Engineering Change Proposals |
| 19. | KC-10 Material Inspection and Receiving Report, shipment no. DGC0355, 18 Apr 85 |
| 20. | KC-10 Detail Specifications, DS5500, 30 Sep 77 |

| Exhibits | Document Description |
|---|---|
| 21. | KC-10 Work Statement/SCN Approval Form, No. and Date: C72103-50, 12-13-78 |
| 22. | McDonnell Douglas All Operator Letter (aka "AOL") dated 22 October 1992 |
| 23. | U.S. Department of Transportation's Decision Basis for Type Certification of the McDonnell Douglas KC-10A |
| 24. | KC-10 design drawing NJG6400 "Hydraulic Instl – Boom Hoist" |
| 25. | Military Standard MS9135 "Gasket – Type XL Engine Accessory Drive" |
| 26. | KC-10 design drawing NQG6400 "Hydraulic Installation – Outer Tube" |
| 27. | KC-10 design drawing NPG6400 "Hydraulic Installation – Fuel Motor Center Tank" |
| 28. | Military Standard MS9136 "Gasket – Type XII, XIV-A, XIV-B, XIV-E, XVII-A and XVII-B Engine Accessory Drive" |
| 29. | KC-10 design drawing NFG6401 "Hydraulic Instl – Fuel Motor, Aft Tank" |
| 30. | KC-10 design drawing NNL6420 "Vent System Instl – Wing Complete" |
| 31. | Air Force-Navy Aeronautical Standard AN763 "Gasket – Swivel Fitting, Flanged" |
| 32. | Military Specification MIL-G-7021A |
| 33. | Military Specification MIL-G-7021B |
| 34. | Military Specification MIL-G-7021C |
| 35. | Technical Manual T.O. 1-1-4, Exterior Finishes, Insignia and Markings Applicable to Aircraft and Missiles |
| 36. | Military Specification MIL-H-5473A "Handbooks; Maintenance Instructions ("Aircraft")" |
| 37. | Plaintiff's Amended Responses to Defendant McDonnell Douglas Corporation's First Set of Special Interrogatories, dated November 9, 2010 |
| 38. | MDC's Memorandum of Points and Authorities in Support of Motion for Summary Judgment or in the Alternative, Summary Adjudication, filed in Alameda County Superior Court |
| 39. | Deposition of David L. Miller, Vol. 1, dated December 29, 2010 |
| 40. | Deposition of Michael Pociecha, dated January 4, 2011 |
| 41. | Affidavit of USAF Col. Alvin F. Meyer, Jr. (Ret.) |
| 42. | Affidavit of J. Lindsay Chalk |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

820812\0307472

3

MDC'S APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION TO REMAND
[Case No. 3:11-cv-00061-JSW]

| Exhibits | Document Description |
|---|---|
| 43. | Deposition of USAF Col. Walter Melvin, MD, ScD |
| 44. | *Dewey v. Asbestos Defendants*, No. C 04-4645 (Jan. 3, 2005), slip opinion |
| 45. | Henkel Corporation Cross-Complaint |

Dated: January 23, 2011

Respectfully submitted,
**BRYAN CAVE LLP**

By: /s/ *Robert E. Boone III*
Robert E. Boone III
Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On January 23, 2011, I served the foregoing document, described as **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MCDONNELL DOUGLAS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**, on each interested party in this action, as follows:

☒ (VIA ELECTRONIC SERVICE): The document was served via The United States District Court – Northern District of California CM/ECF electronic transfer system, which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge, and any registered user in the case. Each transmission was reported as complete and without error.

| | |
|---|---|
| *Attorneys for Plaintiffs*<br>TIMOTHY VEST AND<br>CAROLINE VEST | James Lyndon Oberman, Esq.<br>Gloria Chun Amell, Esq.<br>Michael Thomas Stewart, Esq.<br>KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, California 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br>Email: joberman@kazanlaw.com<br>gamell@kazanlaw.com<br>mstewart@kazanlaw.com |
| *Attorneys for Defendant*<br>WORLD AIRWAYS, INC. | James Goldberg, Esq.<br>Bryan Cave LLP<br>2 Embarcadero Center, Suite 1410<br>San Francisco, California 94111<br>Telephone: (415) 675-3400<br>Facsimile: (415) 675-3434<br>Email: james.goldberg@bryancave.com |
| *Attorneys for Defendants*<br>HENKEL CORPORATION<br>*fka* HENKEL LOCTITE<br>CORPORATION*, and sii to certain assets of the former* DEXTER CORPORATION | Mark Intrieri, Esq.<br>CHAPMAN & INTRIERI LLP<br>2236 Mariner Square Drive, Suite 300<br>Alameda, CA 94501-1019<br>Telephone: (510)864-3600<br>Facsimile: (510) 864-3601<br>Email: : mintrieri@chapmanandintrieri.com |

820812

CERTIFICATE OF SERVICE [Case No. 3:11-cv-00061-JSW]

1  ☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth below.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California.  I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on the following business day in the ordinary course of business:

**SEE ATTACHED SERVICE LIST.**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 23, 2011, at Santa Monica, California.

          */s/ Karen Minutelli*
          Karen Minutelli

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

820812

2

CERTIFICATE OF SERVICE [Case No. 3:11-cv-00061-JSW]

1 Robert E. Boone III, California Bar No. 132780
James C. Pettis, California Bar No. 223953
2 Linda C. Hsu, California Bar No. 239880
**BRYAN CAVE LLP**
3 120 Broadway, Suite 300
Santa Monica, California 90401-2386
4 Telephone: (310) 576-2100
Facsimile: (310) 576-2200
5 Emails: reboone@bryancave.com
james.pettis@bryancave.com
6 linda.hsu@bryancave.com

7 Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY VEST and CAROLINE VEST, | Case No. 3:11-cv-00061-JSW |
|---|---|
| Plaintiffs, | Honorable Jeffrey S. White |
| vs. | **NOTICE OF ERRATA REGARDING EXHIBITS IN SUPPORT OF DEFENDANT MCDONNELL DOUGLAS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |
| ALLIED PACKING AND SUPPLY, *et al.*, | |
| Defendants. | Date: February 4, 2011
Time: 9:00 A.M.
Courtroom: 11, 19th Floor |

821401\0307472

NOTICE OF ERRATA [CASE NO. 3:11-CV-00061-JSW]

1    PLEASE TAKE NOTICE that on January 24, 2011, Defendant McDonnell Douglas

2 Corporation ("MDC") electronically filed exhibits in support of Defendant McDonnell Douglas

3 Corporation's Opposition to Plaintiffs' Motion To Remand.  MDC is filing this Notice of Errata to

4 correct the following errors:

5    Exhibit 8 was filed in three parts, and Part 1 [Exhibit pages 28-77] was inadvertently filed

6 twice as Parts 1 and 2.  The correct pages of Exhibit 8 - Part 2 [Exhibit pages 78-127] are attached as

7 Exhibit A.

8    The last page of Exhibit 15 was numbered 530 and the first page of Exhibit 16 was

9 inadvertently numbered 536.  Thus, there are no pages numbered 531-535 in MDC's exhibits.

10 Dated:  January 24, 2011                Respectfully submitted,
                                           **BRYAN CAVE LLP**
11
12                                         By: _/s/ Linda C. Hsu_
13                                            Linda C. Hsu
                                           Attorneys for Defendant McDONNELL
14                                         DOUGLAS CORPORATION

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On January 24, 2011, I served the foregoing document, described as **NOTICE OF ERRATA REGARDING EXHIBITS IN SUPPORT OF DEFENDANT MCDONNELL DOUGLAS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**, on each interested party in this action, as follows:

☒ (VIA ELECTRONIC SERVICE): The document was served via The United States District Court – Northern District of California CM/ECF electronic transfer system, which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge, and any registered user in the case. Each transmission was reported as complete and without error.

| | |
|---|---|
| *Attorneys for Plaintiffs*<br>*TIMOTHY VEST AND*<br>*CAROLINE VEST* | James Lyndon Oberman, Esq.<br>Gloria Chun Amell, Esq.<br>Michael Thomas Stewart, Esq.<br>KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, California 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br>Email: joberman@kazanlaw.com<br>gamell@kazanlaw.com<br>mstewart@kazanlaw.com |
| *Attorneys for Defendant*<br>*WORLD AIRWAYS, INC.* | James Goldberg, Esq.<br>Bryan Cave LLP<br>2 Embarcadero Center, Suite 1410<br>San Francisco, California 94111<br>Telephone: (415) 675-3400<br>Facsimile: (415) 675-3434<br>Email: james.goldberg@bryancave.com |
| *Attorneys for Defendants*<br>*HENKEL CORPORATION*<br>*fka HENKEL LOCTITE*<br>*CORPORATION, and sii to*<br>*certain assets of the former*<br>*DEXTER CORPORATION* | Mark Intrieri, Esq.<br>CHAPMAN & INTRIERI LLP<br>2236 Mariner Square Drive, Suite 300<br>Alameda, CA 94501-1019<br>Telephone: (510)864-3600<br>Facsimile: (510) 864-3601<br>Email: : mintrieri@chapmanandintrieri.com |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

821401

1    ☒    (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth below. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service in the ordinary course of business:

**SEE ATTACHED SERVICE LIST.**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 24, 2011, at Santa Monica, California.

                                                  */s/ Karen Minutelli*
                                                  Karen Minutelli

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386