C H A N G E   O R D E R

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

Serial No. 2499
Date 6-15-38
Change No. 2      To
Contract No. W535 AC-9977
Dated June 14, 1937

To:  Douglas Aircraft Company, Inc., Santa Monica, California
Subject:  Additional Bombardment Airplanes and Spare Parts
Affecting:  Contract W535 AC-9977, as amended.
Order:

1.  Under the provisions of Paragraph (2) of Article 22 of
Contract W535 AC-9977 permitting an increase, the quantity
of airplanes, Bombardment, Bi-Engined, Air Corps Type and
Model B-18A, called for under the terms of Item 1 of Para-
graph (1) of Article 16 of said contract, is hereby increased
from one hundred and seventy-seven (177) to two hundred and
fifty-five (255).

The additional airplanes called for hereinabove shall be
serially numbered by the contractor as follows, all numbers
to be preceded by the letters "A.C.".

25 airplanes - 38-585 to 38-609, inclusive.
53 airplanes - 39-12 to 39-64, inclusive.

2.  The miscellaneous changes specified under the terms of
Change Order, Serial No. 2445, Change No. 1, applicable to the
airplanes called for under the terms of the original contract,
are hereby made applicable and shall be complied with respect-
ing each of the seventy-eight (78) additional airplanes
called for under the terms of this Change Order (with the
exception of the changes specified under Items 1 j. and 1 ll.
of Change Order, Serial No. 2445, Change No. 1 to the contract,
which shall not apply to the additional airplanes called for
hereinabove).

3.  The number of the additional Model B-18A Airplanes called for
hereinabove to be weighed shall be in accordance with the re-
quirements of Paragraph 4 B, Page 102, Eighth (8th) Edition of
the Handbook of Instructions for Airplane Designers in lieu of
the requirements of the Seventh (7th) Edition thereof (affect-
ing four (4) Model B-18A Airplanes only).

4.  Likewise, the quantity of spare parts called for under Item 2
of Paragraph (1)  ...

5.  Deliveries:  Delivery of the additional airplanes called for
hereinabove shall be made at the rate of not less than twenty-
two (22) airplanes during each thirty- (30-) day period or
such number less than twenty-two (22) of the total number of
airplanes contracted for then remaining undelivered immediately
following delivery of the one hundred and seventy-seventh (177th)

Change Order, Serial No. 2499, Change No. 2 to Contract W535 AC-9977

airplane called for under the terms of the contract.

The provisions respecting delivery of the spare parts as specified ...

Approval recommended:
June 18, 1938

Approved: June 30, 1938

O. Westover,
Major General, Air Corps,
Chief of the Air Corps

Louis Johnson,
The Assistant Secretary of War

Sheet 1-4.

Ex.: 2; Pg.: 16

Serial No. 2499, Change No. 2 to Contract W535 AC-9977.

Except as hereby amended, all the terms and conditions of the Contract affected shall remain unmodified and in full force and effect and shall also apply in carrying out the provisions of this change order.

Initiated by:                    Approved by:                    Ordered by:

Chief of Branch          Chief, Engineering Sec.

W. F. VOLANDT, LT.COL., AC.          E.T. KENNEDY, Major, A.
    Chief Procurement Section               Contracting Officer

1st INDORSEMENT

Santa Monica, Calif.          June 16, 1938
    (Place)                                        (Date)

Ex.: 2; Pg.: 17

Serial No. 2971 Date 10-26-38
Change No. 3 to
Contract No. W 535 ac-9977
Dated June 14, 1937.

## C H A N G E   O R D E R

### War Department
### Air Corps
### Materiel Division
### Wright Field, Dayton, Ohio

TO:        Douglas Aircraft Company, Inc.
           Santa Monica, California
SUBJECT:   Specification Changes.
AFFECTING: Contract W 535 ac-9977, as amended.

1.  In the manufacture and construction of the Bi-Engined Bombard-
    ment Airplanes called for under the terms of Item 1 of Para-
    graph (1) of Article 16 of Contract W 535 ac-9977 (as amended
    and increased under the terms of Change Order, Serial No. 2499,
    Change No.2 thereto), the contractor shall comply with each of
    the following listed requirements:

    a.  Install a Suction Gauge, Type F-2, in the twenty-first
        (21st) airplane, Air Corps Serial No. 37-478, and subse-
        quent airplanes, to check vacuum operating flight indi-
        cator, substantially in accordance with Contractor's Draw-
        ing 5076810, which Drawing is by this specific reference
        made a part hereof.  Necessary Suction Gauges in suffi-
        cient quantity will be furnished by the Government without
        cost to the contractor, f.o.b. cars, Santa Monica, Calif-
        ornia, but shall be installed by the contractor.

        REASON:  To check vacuum operating flight indicator; con-
                 sidered necessary in the interest of safety.

    b.  Provide clearance by means of cutouts in the bombay doors
        to permit carrying the 300-pound MK Mll demolition bomb,
        Drawing B32T612- in the forty-fourth (44th) airplane, Air
        Corps Serial No. 37-501, and subsequent airplanes, sub-
        stantially in accordance with Contractor's Drawing 5076819,
        which Drawing is by this specific reference made a part
        hereof.

        REASON:  To increase the efficiency of the airplane as a
                 military weapon.  The MK Mll bomb is the "mod-
                 ernized" bomb having new design of box tail fin.

    c.  Provide an improved arrangement of manual bomb release
        switch on the forty-fourth (44th) airplane, Air Corps
        Serial No. 37-501, and subsequent airplanes, substantially
        in accordance with Air Corps Drawing 53931734 and Con-
        tractor's Drawing 5077285, which Drawings are by this
        specific reference made a part hereof.

        REASON:  To insure efficient operation of bomb release;
                 considered necessary in the interest of safety.

No change in weight.                          W.F. VOLANDT, Lt.Col., AC
                                              A.A. KESSLER, Jr., Capt., AC

LSC/rim

Serial No. 2607  Date 12-17-38
Change No. 4 to
Contract No. W 535 ac-9977
Dated June 14, 1937.

## C H A N G E   O R D E R

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

T.:        Douglas Aircraft Company, Inc.
            Santa Monica, California
SUBJECT:  Miscellaneous Changes
AFFECTING:  Contract W 535 ac-9977, as amended

1.      In the manufacture and construction of one hundred
and eighty-six (186) of the B-18A Bombardment Airplanes
called for under the terms of Item 1 of Paragraph (1)
of Article 16 of Contract W 535 ac-9977 (as amended and
increased under the terms of Change Order, Serial No.
2499, Change No. 2 thereto), being Air Corps Serial Nos.
37-527 to 37-634, inclusive; 38-585 to 38-609, inclusive;
and 39-12 to 39-64, inclusive, the contractor shall con-
struct the Vertical Stabilizer, Rudder, Tail Cone and
Controls, in accordance with Contractor's Drawing No.
5077294, which Drawing is by this specific reference
made a part hereof.

        REASON:  To obtain surfaces and controls of improved
                design, insuring longer service life and in-
                creasing safety by decreasing flexibility.

2.      In the manufacture and construction of forty (40) of
the Model B-18A Bombardment Airplanes called for under
the terms of Item 1 of Paragraph (1) of Article 16 of
Contract W 535 ac-9977 (as amended and increased under
the terms of Change Order, Serial No. 2499, Change No.
2 thereto), being Air Corps Serial Nos. 37-555 to 37-
594, inclusive, the contractor shall install Sperry
Automatic Pilots and Sperry Type O-1 Bomb sights, in ac-
cordance with Contractor's Drawing No. 5077298, which
Drawing is by this specific reference made a part here-
of, in lieu of Sperry Automatic Pilots and A-1 Bomb
sights, originally specified.

        The Automatic Pilots and Type O-1 Bomb sights will be
        furnished by the Government without cost to the contrac-
        tor, f.o.b., cars, Santa Monica, California.

        REASON:  To obtain quantity of Sperry type bomb sights
                for extended service test purposes.

Change Order, Serial No. 2607, Change No. 4 to Contract
W 535 ac-9977

3.    The Bombay Doors called for under Item 52 of Exhibit
"A", attached to and made a part of Contract W 535 ac-
9977, shall be constructed in accordance with Contrac-
tor's Drawing No. 5076819, which Drawing is by this
specific reference made a part hereof, to accord with
the change specified in Paragraph 1 b. of Change Order,
Serial No. 2571, Change No. 3 to Contract W 535 ac-9977.

    REASON:  To obtain spare parts in agreement with the
           change in the airplane.

4.    The Vertical Stabilizers called for under Item 76 of
Exhibit "A" to Change Order, Serial No. 2499, Change
No. 2 to Contract W 535 ac-9977 shall be constructed in
accordance with Contractor's Drawing No. 5077294 to ac-
cord with the change specified in Paragraph 1 herein-
above.

    REASON:  To obtain spare parts in agreement with the
           change in the airplane.

5.    The Rudders called for under Item 77 of Exhibit "A" to
Change Order, Serial No. 2499, Change No. 2 to Contract
W 535 ac-9977 shall be constructed in accordance with
Contractor's Drawing No. 5077294 to accord with the
change specified in Paragraph 1 hereinabove.

    REASON:  To obtain spare parts in agreement with the
           change in the airplane.

Approval recommended:           Approved:  Feb. 6, 1939
  January 4, 1939

                                Louis Johnson,
  /s/ H. H. ARNOLD             Asst. Secy of War
      Major General, A.C.
      Chief of Air Corps

The guaranteed weight of the article is increased
144.0 pounds.

CHANGE ORDER     Serial No. 2061 Date 3-25-3

War Department

Change No. 5     to
Contract No. W535 ac-9977
Dated June 14, 1937.

Air Corps
Material Division
Wright Field     Dayton, Ohio

To: Douglas Aircraft Company, Inc., Santa Monica, California
Subject: Miscellaneous Changes,
Affecting. Contract W 535 ac-9977, as amended.
Order:

1. In the manufacture and construction of the airplanes called
for under the terms of Item 1 of Paragraph (1) of Article 16
of Contract W535 ac-9977 (as amended and increased under the
terms of Change Order, Serial No. 2499, Change No. 2 thereto),
the contractor shall comply with each of the following listed
requirements:

    a. The last thirty-eight (38) airplanes, being Air Corps
    Serial Nos. 39-23 to 39-64, inclusive, shall be manufactured,
    built and constructed in accordance with all of the terms and
    requirements of Contractor's Detail Specification No. DS-266
    dated December 5, 1938, which Specification is by this
    specific reference made a part hereof, in lieu and instead
    of Contractor's Detail Specification No. DS-225 and Amend-
    ments thereto, originally specified.

    The above airplanes shall be redesignated as Air Corps
    Type and Model B-23.

    REASON: To obtain airplanes of increased performance and
    service in accordance with the Model R-2600-3 Engines.

    b. In lieu of Constant Speed Propellers required by Contractor's
    Specification No. DS-225, as modified by Paragraph 3 o. of
    Change Order, serial No. 2445, Change No. 1 to the contract,
    Propellers of the hydromatic, full feathering type, each con-
    sisting of one (1) Hub, Part No. 23E50, three (3) Blades, De-
    sign 6153A-18, one (1) set of Controls, Constant Speed and
    Feathering, and one (1) Slinger Ring, shall be furnished by
    the Government without cost to the contractor, f.o.b. cars,
    Santa Monica, California, but shall be installed by the con-
    tractor on the last to fifth airplanes, being Air Corps
    Serial Nos. 39-55 to 39-64, 38-555 to 38-559 and 39-12 to
    39-26, inclusive.

    REASON: To obtain the latest type feathering propellers and
    consequent added safety factor in event of engine
    failure.

Sheet 1.

Ex.: 5; Pg.: 21

Change Order, Serial No. 2661, Change No. 5 to Contract W 535 ac-9977

Sheet 1-A.

c. On the 82d to 217th airplanes, being Air Corps Serial Nos. 37-539 to 37-634, 38-585 to 38-609 and 39-12 to 39-26, inclusive, the contractor shall disregard the requirement of Specification No. DS-225 requiring provision for 50 cal. floor gun, at a reduction in cost of $14.12 per airplane.

    REASON:   Alternate 50 Cal. gun installation no longer required in floor gun position, in conformity with Report of Sub-Committee, Air Corps Technical Committee, Item 23 on Types and Calibers of Aircraft Machine Guns, etc.

d. On the 98th to 217th airplanes, being Air Corps Serial Nos. 37-555 to 37-634, 38-585 to 38-609 and 39-12 to 39-26, inclusive, the contractor shall furnish and install turning device for "Cuno" oil filters, in accordance with its Drawing 5082775, at an additional cost of $129.33 per airplane.

    REASON:   To prevent forced landings due to clogged oil filters.

e. On the 51st to 217th airplanes, being Air Corps Serial Nos. 37-508 to 37-634, 38-585 to 38-609 and 39-12 to 39-26, inclusive, the contractor shall disregard the requirement for installation of dump valves, as set forth in Paragraph 1 x. of Change Order, Serial No. 2445, Change No. 1 to the contract, at a reduction in cost of $88.17 per airplane.

    REASON:   Additional flotation not considered necessary. Fire hazard from dump valve operation considered greater than possible benefits.

2. As a result of the changes in the airplanes as set forth hereinabove the quantities of certain spare parts listed in Exhibit "A" attached to and made a part of Change Order, Serial No. 2499, Change No. 2 to the contract, shall be reduced as set forth hereinbelow:

Item 19:  Mount assy., engine, complete, including long tail pipes, propeller controls and oil coolers, assembled, quantity reduced from 50 sets to 40 sets.

Item 22:  Cowling fasteners, engine cowling; this item of 100 sets is hereby cancelled and made of no further effect.

Item 26:  Exhaust manifold, (collector ring), not including long tail pipes; quantity reduced from 203 sets to 175 sets.

Item 30:  Engine ring cowlings, complete with cables; quantity reduced from 100 sets to 85 sets.

Ex.: 5; Pg.: 22

Change Order, Serial No. 2661, Change No. 5 to Contract W535 ac-9977

Sheet 1-B.

Item 149: Landing gear assy., complete with bolts, retracting mechanism, etc., but less wheels, tires and tubes; quantity reduced from 50 sets to 40 sets.

3. In addition to the spare parts called for under the terms of Paragraph 4 of Change Order, Serial No. 2499, Change No. 2 to the contract, the following spare parts for the Model B-23 Airplanes shall be furnished by the contractor, in the quantities indicated hereinbelow:

| Item | Description | Quantity | Unit | Unit Cost | Total Cost |
|------|-------------|----------|------|-----------|------------|
| 1 | Engine Mount Assembly forward of the firewall, complete with mount, collector rings, electrical wiring, inner cowling, fuel and oil lines, oil cooler, and oil cooler brackets, engine control cables, rods and brackets, and all other of the contractor's parts forward of the firewall, less anti-drag ring and engine-driven hydraulic pump, assembled | | | | |
| 2 | Exhaust manifold (collector ring) | 5 | Set | | |
| 3 | Boiler Assembly | 50 | Set | | |
| 4 | Landing gear assembly, complete with bolts, retracting mechanism, etc., but less wheels, tires and tubes | 6 | Set | | |

Total

Sheet 1-B.

Case 3:11-cv-00061-JSW Document 6659-3 Filed 01/08/21 Page 10 of 13

4.  Inspection: The contractor shall notify the Air Corps Representa-
    tive at the plant of the contractor when the first (1st) of the
    thirty-eight (38) airplanes referred to hereinabove, being Air
    Corps Serial No. 39-27, is ready for engineering inspection. Upon
    completion of such engineering inspection by the Government, the
    Government shall forthwith notify the contractor of all changes,
    if any, which are necessary to bring such airplane into full and
    complete compliance with the terms and requirements of this Change
    Order and pertinent specification. Upon the accomplishment of such
    changes by the contractor, said airplane shall be delivered to the
    Government set up, serviced and ready for flight at the flying field
    of the contractor in the vicinity of Santa Monica, California, for
    test and inspection only, prior to acceptance and with the express
    understanding and agreement that notwithstanding the provisions of
    U.S. Army Air Corps Specification No. R-1800-D, which Specification
    is by this specific reference made a part hereof, said airplane
    shall be preliminary-flight-performance tested beyond the scope
    covered by said Specification for the purpose of determining whether
    said airplane meets the provisions of the pertinent specifications
    relating thereto, and of the guaranty of the contractor as contained
    in Article 19 of the contract. Such tests of said airplane shall
    be conducted at the expense of the Government except that fuel,
    oil and/or cooling fluid for three (3) hours' flight-performance test
    and for fly-away shall be furnished by the contractor as provided
    in Article 17 of the contract. Such flight-performance tests shall
    consist of not to exceed twenty (20) hours' actual flying time, but
    the Government shall furnish all fuel, oil and/or cooling fluid
    necessary for such tests exceeding three (3) hours' flying time.
    The responsibility for loss of or damage to any of the airplanes re-
    ferred to hereinabove during flight tests shall be as set in U.S.
    Army Air Corps Specification No. R-1800-D, hereinbefore referred to.
    All of the airplanes referred to hereinabove shall be inspected and
    accepted at the plant of the contractor, Santa Monica, California,
    in accordance with the terms and requirements of U.S. Army Air Corps
    Specification No. R-1800-D, hereinbefore referred to, except Airplane
    Air Corps Serial No. 39-27, which shall be delivered to the Governmen
    for performance tests as herein provided.

5.  Provisions relating to inspection as set forth in Paragraph A (8),
    Appendix II, Page 87 of Contractor's Detail Specification No. DS-266
    shall apply to the first two (2) Model B-23 Airplanes instead of one
    only as originally specified.

    REASON:  To provide a second airplane for test in the event of mis-
             hap to the first B-23 Airplane.

    Approval Recommended:
            May ____ 1939.                          Approved:_____

    H.H. Arnold                                  Louis Johnson
    Major General, Air Corps                     The Assistant Secretary of War.
    Chief of the Air Corps.

Ex.: 5; Pg.: 24

Case 3:11-cv-00061-JSW Document 6658-3 Filed 04/28/11 Page 11 of 13

Change Order, Serial No. 2661, Change No. 5 to Contract W 535 ac-9977.

Sheet 2-A.

Delivery

(1) The Model B-18A Airplane Deliveries after July, 1939 shall
conform to the following schedule:

> 16 - August, 1939
> 14 - September, 1939
> 14 - October, 1939
> 10 - November, 1939

(2) The Model B-23 Airplanes shall be delivered in accordance
with the following schedule:

> 2 Airplanes on or before August 1, 1939
> 1 Airplane on or before October 27, 1939
> 3 Airplanes during November, 1939
> 6 Airplanes during December, 1939
> 12 Airplanes during January, 1940
> 14 Airplanes during February, 1940

Guaranteed Weight

(1) The guaranteed weight empty of the Model B-18A Airplane will
be increased 134 pounds.

(2) The weight of the Model B-23 Airplane will be as shown in
Contractor's Detail Specification DS-266.

Center of Gravity Location

(1) The center of gravity location of the Model B-18A Airplane
will be moved forward one-half (1/2) inch.

(2) The center of gravity location of the Model B-23 Airplane
will be as shown in Contractor's Detail Specification DS-266.

Guaranteed performance

(1) The performance of the Model B-18A Airplane is unchanged.

(2) The performance of the Model B-23 Airplane will be as shown
in Contractor's Detail Specification DS-266.

Ex.: 5; Pg.: 25

FORM 25-CJ

# C H A N G E   O R D E R

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

LSC/rim
Serial No. 2759, Date 7-24-
Change No. 6 to
Contract No. W535, ac-9977
Dated June 14, 1937.

To:     Douglas Aircraft Company, Inc.,
        Santa Monica, California.
Subject:     Specification Change.
Affecting:   Contract W535, ac-9977, as amended.

1.  In the manufacture and construction of 71 of the
    Model B-18A Airplanes called for under the terms
    of Item 1 of Paragraph (1) of Article 16 of Con-
    tract W535, ac-9977, as amended, being Air Corps
    Serial Nos. 37-604 to 37-634, inclusive; 38-585
    to 38-609, inclusive; and 39-12 to 39-26, inclu-
    sive, the Government shall furnish without cost
    to the contractor, f.o.b. cars, Santa Monica,
    California, Automatic Cuno Oil Filter Turning
    Devices, and the contractor shall install said
    devices in each of said airplanes, . . in lieu
    and instead of the Manual Turning Devices orig-
    inally specified.

REASON:   Change considered necessary in the interest
          of safety since the automatic turning device
          requires no special effort on the part of
          the pilot and the filters are maintained in
          a clean condition at all times.

Approval recommended:
        August 16, 1939.        Approved:  Aug. 17, 1939

        H. H. ARNOLD
        Major General, Air Corps.,          LOUIS JOHNSON
        Chief of the Air Corps.     The Assistant Secretary of War.

Ex.: 6; Pg.: 26

# C H A N G E   O R D E R

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

LSC/rim
Serial No. 2889, Date 11-15-3
Change No. 7 to
Contract No. W535, ac-9977
Dated June 14, 1937.

To:  Douglas Aircraft Company, Inc.,
     Santa Monica, California.
Subject:    Assembly of Parts.
Affecting:  Contract W535, ac-9977, as amended.

1. In the manufacture and construction of Items 115,
   116 and 117 called for under the terms of Exhibit
   "A" attached to and made a part of Change Order,
   Serial No. 2499, Change No. 2 to Contract W535 ac-
   9977, Part No. 138621 (Item No. 117) and Part No.
   138622 (Item No. 116) shall be assembled by the
   contractor on Part No. 1019435 (Item 115), and
   machine finish the piston head as shown on Con-
   tractor's Drawing No. 2048948, which Drawing is by
   this specific reference made a part hereof.

REASON:  Parts originally called for under Items 115,
         116 and 117 were not completed parts and
         should have been required to be supplied as
         a complete assembly, Part No. 2048948, Piston
         Assembly, Wing Flap Operating Piston.

Approval recommended:               Approved: Dec. 28, 1939
   December 18, 1939

   H. H. ARNOLD                          LOUIS JOHNSON
   Major General, Air Corps,     The Assistant Secretary of War
   Chief of the Air Corps.