Exhibit G, Part 5 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6659-6 Filed 01/28/11 Page 1 of 11
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page1 of 50

DOUGLAS AIRCRAFT COMPANY  
SPECIFICATION

No. DS-225  
February 15, 1937

DETAIL SPECIFICATION

NO. DS-225

FOR

BOMBARDMENT TYPE AIRPLANES

Air Corps   Model B-18A

Contract W535, AC-9977

Revised March 10, 1938
to incorporate Change
Order No. 1.

Final Revision:
February 29, 1940

In accordance with applicable Change Orders, Deviations and Production Detail Drawings.

Airplane Serial Numbers Were Not Included In
This Final Revision For Change Order Items
On Which Parts Were Procured For Service Installation On The Airplanes Not Changed Prior
To Delivery.

This report is not to be used for advertising or sales promotion purposes.

This report is not to be used for advertising or sales promotion purposes.

-1-

# DOUGLAS AIRCRAFT COMPANY, INC.
## DETAIL SPECIFICATION 225
### INDEX

| Section | Page | Title |
|---|---|---|
| I. | 1 | GENERAL SPECIFICATIONS |
| II. | 2 | TYPE |
| III. | 2 | MATERIAL AND WORKMANSHIP |
| IV. | 3 | GENERAL REQUIREMENTS |
| V. | 4 | DETAIL REQUIREMENTS |
| V.1.A. | 4 | PERFORMANCE |
| V.1.C. | 5 | ARMAMENT |
| V.2. | 6 | STRUCTURE AND DESIGN (In Accordance with Specification 1801) |
| V.2.A. | 6 | STRUCTURAL DESIGN CRITERIA |
|  | 7 & 8 | GROUP WEIGHT STATEMENTS |
| V.2.A.(2) | 9 | WINGS |
| V.2.A.(3) | 10 | CONTROL SURFACES |
| V.2.A.(4) | 13 | CONTROL SYSTEM |
| V.2.A.(5) | 14 | LIFT AND DRAG INCREASING DEVICES |
| V.2.A.(6) | 14 | FUSELAGE |
| V.2.A.(6)(b) | 15 | NACELLES, ENGINE MOUNT AND COWLING |
| V.2.A.(7) | 16 | ALIGHTING GEAR |
| V.2. | 17 | STRUCTURE AND DESIGN (In Accordance with Specification 98-204) |
| V.2.A. | 17 | STRUCTURAL REQUIREMENTS |
| V.2.B. | 19 | DESIGN REQUIREMENTS |
| V.2.B.(2) | 19 | ARRANGEMENT OF COCKPITS AND CREW ACCOMMODATIONS |
| V.3. | 24 | PROPELLER (In Accordance with Spec. 1801) |
| V.4. | 25 | POWER PLANT INSTALLATION |
| V.5. | 30 | ARMAMENT |
| V.5.B. | 33 | BOMBING EQUIPMENT |
| V.6. | 39 | INSTRUMENT INSTALLATION |
| V.7. | 40 | RADIO |
| V.8. | 44 | PHOTOGRAPHIC INSTALLATION |
| V.9. | 44 | ELECTRICAL INSTALLATION |
| V.10. | 45 | MISCELLANEOUS INSTALLATIONS |
| V.11. | 49 | MATERIALS, FINISHING AND PROCESSES |

Revised: March 10, 1938

-11-

Ex.: 8; Pg.: 29

INDEX CONTINUED

| Section | Page | Title |
|---|---|---|
| V.12. | 49 | EQUIPMENT AND FURNISHINGS |
|  | 50 | PROPELLERS |
|  | 50 | POWER PLANT |
|  | 52 | ARMAMENT |
|  | 55 | BOMBER'S EQUIPMENT |
|  | 55 | BOMBING EQUIPMENT |
|  | 57 | BOMB HOIST EQUIPMENT |
|  | 58 | INSTRUMENTS |
|  | 59 | RADIO |
|  | 62 | PHOTOGRAPHIC EQUIPMENT |
|  | 63 | ELECTRICAL EQUIPMENT |
|  | 68 | MISCELLANEOUS EQUIPMENT |
| Appendix I A | 70 | DRAWINGS |
| Appendix I B | 76 | REPORTS |
| Appendix I C | 78 | AMENDMENTS |
| Appendix II A(1) | 80 | EXCEPTIONS TO REQUIREMENTS OF SPEC. 98-204 |
| Appendix II A(2) | 85 | EXCEPTIONS TO REQUIREMENTS OF HANDBOOK |
| Appendix II A(3) | 88 | NON STANDARD PARTS |
| Appendix II B | 90 | NEW AND NOVEL FEATURES |
| Appendix II C | 90 | COMPARISON WITH B-18 |

Ex.: 8; Pg.: 30


Case MDL No. 875 Document 6659-4 Filed 01/28/11 Page 4 of 10
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page4 of 50

No. DS-225
February 15, 1937

## CHANGE ORDERS

Change Order No. 1, Serial No. 2445, dated 4-4-38.
Major Change Order.

Change Order No. 2, Serial No. 2499, dated 6-15-38.
Increase in quantity from 177 to 255; and spare parts.

Change Order No. 3, Serial No. 2571, dated 10-26-38.
  a. Government furnished Suction Gauge, Type F-2, contractor installed on AC37-478 & subsequent.

  b. Providing cut-outs in bomb bay doors to permit carrying 300# MK 1M11 demolition bomb, in AC37-501 & subsequent.

  c. Provide improved arrangement of manual bomb release switch, on AC37-501 & subsequent.

Change Order No. 4, Serial No. 2607, dated 12-17-38.
  1. Vertical Stabilizer, Rudder, Tail Cone & Controls shall be constructed per Douglas Drawing No. 5077294.

  2. Government furnished Sperry Automatic Pilots and Sperry Type 0-1 Bomb Sights, contractor installed on AC37-555 to AC37-594, inclusive.

  3, 4 & 5. Spare parts in agreement with change.

Change Order No. 5, Serial No. 2661, dated 3-25-39.
Miscellaneous changes, including redesignation of last 38 airplanes, AC39-27 to AC39-64, inclusive, as Model B-23.

Change Order No. 6, Serial No. 2759, dated 7-24-39.
Government furnished Automatic Cuno Oil Filter Turning Devises, contractor installed, in lieu of Manual Turning Devices, on 71 airplanes, AC37-604 to AC37-634 inclusive, 38-585 to 38-609 inclusive, and 39-12 to 39-26 inclusive.

Change Order No. 7, Serial No. 2889, dated 11-15-39.
Assembly of parts, Piston Assembly, Wing Flap Operating Piston.

Revised: February 29, 1940

-iv-

Case MDL No. 875 Document 6659-4 Filed 01/28/11 Page 5 of 10
Case 3:11-cv-00061-JSW Document 66 Filed 01/24/11 Page 5 of 50

No. DS-225
February 15, 1937

## ENGINEERING ORDERS AND RELEASES

Engineering Order Serial No. W-7932, Change No. 1, dated 1-3-38.
  Pulleys (AN-210-3A) grooved diameter 1 3/8" instead of 1 9/16" acceptable.

Engineering Order Serial No. W-8148, Change No. 2, dated 2-11-38.
  Authorization to deliver Spare Parts Items 19 and 85, Exhibit "A", minus 1/2 O.D. x .035 wall Lux perforated tubing.

Engineering Release Serial No. W-8411, Release No. 3, dated 5-17-38.
  Release of Performance, and Weight & Balance Reports.

Engineering Order Serial No. W-8715, Change No. 4, dated 9-15-38.
  Miscellaneous revisions on airplanes and spare parts.

Engineering Order Serial No. W-8761, Change No. 5, dated 9-30-38.
  R-1820-53 Engines shall be in accordance with Wright Aeronautical Corporation Specification 496-A, dated 7-11-38.

Engineering Order Serial No. W-8762, Change No. 6, dated 10-3-38.
  Type A-9 clocks to be installed in lieu of Type A-7 clocks, in last 78 B-18A airplanes.

Engineering Order Serial No. W-8812, Change No. 7, dated 10-19-38.
  Par. 4 (d), Sheet 2, Douglas Finish Spec. F-54, to be disregarded on all articles.
  Upper rear gun turrets to be equipped with wind vanes on AC37-527 & subsequent B-18A airplanes.
  Spare parts, item 54, Ex. "A", and parts for service installation on 69 articles, AC37-458 to AC37-526, inclusive.

Engineering Order Serial No. W-8896, Change No. 8, dated 11-25-38.
  Fuel tanks, corrosion prevention.

Engineering Order Serial No. W-8955, Change No. 9, dated 12-16-38.
  Item 65 (50 each), Change Order No. 2, Serial No. 2499, change nomenclature from: Cylinders complete retracting, landing gear, to: strut, retracting.

Revised: February 29, 1940

-v-

Ex.: 8; Pg.: 32

## ENGINEERING ORDERS AND RELEASES (Continued):

Engineering Order Serial No. W-9037, Change No. 10,
dated 1-18-39.
Government furnished Horn, 33A4739; Bracket (Vertical Mounting), 39B3425; Venturi, 33A4740, shall be contractor installed on 82nd & subsequent B-18As.

Engineering Order Serial No. W-9051, Change No. 11,
dated 1-25-39.
Omission of items per E.S.M.R. #R-53-741, dated 10-12-38.

Engineering Order Serial No. W-9123, Change No. 12,
dated 2-28-39.
Authorization to furnish 150 ampere generator fuses in lieu of 115 ampere fuses, on B-18A airplanes, AC37-555 and subsequent. Also, parts to be furnished for service installation on first 97 B-18A airplanes.

Engineering Order Serial No. W-9238, Change No. 15,
dated 4-8-39.
Rheostats (elimination of), and Pilot's Electrical Panel Covers.

Engineering Order Serial No. W-9292, Change No. 17,
dated 4-27-39.
Authorization to bend fuel lines at point of hose connections.

Revised: February 29, 1940

-vi-

Ex.: 8; Pg.: 33

DOUGLAS AIRCRAFT COMPANY, INC.  
DETAIL SPECIFICATION

No. DS-225  
Feb. 15, 1937

## BOMBARDMENT TYPE AIRPLANE

### MODEL B-18A

I. GENERAL SPECIFICATIONS

1. The following publications of the issue specified herein are applicable to, and form a part of, this specification:

   U.S. Army Type Specification No. 98-204, dated Jan. 14, 1936 including Amendment IV dated Dec. 17, 1936.

   U.S. Army Specification No. 98-1800 dated August 6, 1936.

   Handbook of Instructions for Airplane Designers, 7th Edition, including revisions up to and including No. 15, dated March 4, 1936.

   Circular Proposal No. 36-528, dated March 4, 1936.

   Engine Manufacturer's Model Spec. No. 496-A dated July 11, 1938, superseding Spec. No. 345-K dated Feb. 18, 1937, and Spec. No. 496, dated Dec. 9, 1937.

   Propeller Manufacturer's Detail Spec. Nos.: Hub 23E50  
   Blade 6153A-18

   Drawings as listed in Appendix 1A, Page 70.

   Reports as listed in Appendix 1B, Page 76.

   Additional publications shown in Appendix 1C, Page 78.

   Appendix IIA, showing standards, processes and materials that do not conform with Air Corps Standards and/or Specifications, Page 80.

   Description of any new or novel features as listed in Appendix IIB, Page 90.

Revised: March 10, 1938; February 29, 1940.

Ex.: 8; Pg.: 34

Case MDL No 875 Document 6659-4 Filed 01/28/11 Page 8 of 11
Case 3:11-cv-00061-JSW Document 56 Filed 01/24/11 Page 8 of 50

-2-

No. DS-225
Feb. 15, 1937

## II. TYPE

1. This specification covers the following airplane:

    Designer's Name and Model No. ... Douglas, DB-5.

    U. S. Army Type Designation ..... B-18A

    Number of places ................ Six

    Number of engines ............... Two

    Manufacturer and Type of
              Engine ........ Wright Cyclone, G 71

    Army Designation of Engine ...... R-1820-53
    Spec. No. 95-28059-A
    dated March 8, 1935

    Horsepower Ratings:

    |  | Sea Level | Max.H.P. Takeoff | Altitude 5,000 ft. | Altitude 10,200 ft. |
    |---|---|---|---|---|
    | H.P. | 830 | 975* | 850 | 850 |
    | R.P.M. | 2100 | 2200 | 2100 | 2100 |
    | BLOWER RATIO | 7.14/1 | 7.14/1 | 7.14/1 | 10/1 |
    | GEAR RATIO | 16:11 | | | |

    FUEL GRADE 2-92

    Engine Manufacturer's Model Spec. No. 496-A dated July 11, 1938, superseding Spec. No. 345-K dated Feb. 18, 1937, and Spec. No. 496 dated Dec. 9, 1937. (Except H.P. ratings as listed above.)

    Propeller: See Paragraph 3 of Section V, "Detail Requirements", Page 24 of this specification.

    *NOTE: Takeoff power of 975 H.P. at 2200 R.P.M. shall be available and usable from sea level to a minimum altitude of 1000 ft.

## III. MATERIAL AND WORKMANSHIP

1. Material and workmanship shall be in accordance with Specification No. 98-1800, dated August 6, 1936, except as specifically set forth in Appendix IIA, Page 80.

Revised: March 10, 1938; February 29, 1940

Case MDL No. 875 Document 6659-4 Filed 01/28/11 Page 9 of 11
Case 3:11-cv-00061-JSW Document 66 Filed 01/24/11 Page 9 of 50

-3-

No. DS-225
Feb. 15, 1937

IV. GENERAL REQUIREMENTS

1. The model covered by this specification shall be constructed substantially in accordance with publications listed in Section I "General Specifications" and as hereinafter set forth.

2. The data, parts, and materials required for submittal, by the terms of said publications shall be furnished for the information of the Air Corps.

3. In case of conflict between the requirements specified herein and the publications listed in Section I, this specification will govern.

4. The airplane herein described is designed to meet Handbook strength requirements with a gross weight of 24,000 lbs. In order to meet the minimum performance requirements of type specification, with respect to time to climb to 10,000 ft. it is necessary to reduce the gross weight to 22,358.0 lbs. in accordance with Douglas Report No. 2005. For purposes of this specification the Useful Load which may be carried with this gross weight has been termed "Normal Useful Load" and that which may be carried with a gross weight of 24,000 lbs. has been termed "Design Useful Load". The "Normal Useful Load" meets the minimum requirements of the type specification as to Armament and Equipment. Additional Armament and/or Fuel has been provided for as listed under "Design Useful Load".

5. The term "Design Useful Load" as referred to hereinafter is that load which when added to the weight empty of the airplane will give the gross weight on which the design shall be based.

6. The term "High Speed" as referred to herein is the minimum speed obtainable by the airplane in level flight at design altitude of the airplane at normal rated engine power at that altitude.

7. The term "Operating Speed" as referred to herein is the speed obtained by the airplane in level flight at design altitude of the airplane with not over 75% rated engine power.

8. The term "Cruising Speed" as referred to herein is the highest constant speed at design altitude of the airplane at which the airplane will accomplish maximum range.

Revised: March 10, 1938

Ex.: 8; Pg.: 36



No. DS-225
Feb. 15, 1937

IV. 9. When provisions for the installation of any item of equipment are required, the provisions are to be made to the extent of obligating adequate space, installing all supports, brackets, tubes and fittings, electrical wiring, etc. so that when completing the installation it can be accomplished without any change to the specified equipment to be installed, or any part of the airplane and without the fabrication and installation of any additional parts.

V. DETAIL REQUIREMENTS

1. Performance, Crew and Installations.

    A. Performance:

    |   | Guaranteed | U.S. Army Type Spec. Minimum |
    |---|---|---|
    | (1) High Speed at 10,000 ft., MPH | 204 | 200 |
    | (2) Operating Speed at 10,000 ft., MPH | 170 | 170 |
    | (3) Endurance at Operating Speed at 10,000 ft. (½ fuel may be carried as an overload) HOURS | 6.0 | 6 |
    | (4) Service Ceiling, FEET | 23,500 | 20000 |
    | (5) Time to Climb to 10,000 ft., MIN. | 10.0 | 10 |
    | (6) The airplane shall be capable of maintaining level flight at a minimum altitude with any one engine cut out | 5,800 | 3000 |
    | (7) Takeoff and Landing Characteristics to clear & land over a 50-ft. obstacle. (Land without bombs & ½ fuel load) within, FEET | 2,000 | 2400 |

    For complete performance analysis see Douglas Report No. 2032 dated March 10, 1938, superseding Report No. 1578 dated Feb. 20, 1937.

    NOTE: - The above performance is obtained with gun emplacements, etc., in retracted position, and without de-icer external shoes, radio compass loop, and tow target equipment.

Revised: March 10, 1938

Ex.: 8; Pg.: 38