No. DS-225
Feb. 15, 1937

V. 1. B. Crew.- (See Section V,2, Page 19 of this Specification.)

C. Armament:

| | Guaranteed | U.S.Army Type Spec.Minimum |
|---|---|---|
| (1) Machine Guns, Flex. Cal. .30 Model M-2 .......... | 3 | 3 |
| (2) Ammunition, Machine Gun, Cal. .30 Rounds per Gun.. | 600 | 500 |
| (3) Bombs: | | |
| 2000-lb. Demolition Bomb, or | 1 | 1 |
| 1100-lb. Demolition Bombs, or | 2 | 2 |
| 600-lb. Demolition Bombs, or | 3 | 3 |
| 300-lb. Demolition Bombs, or | 7 | 5 |
| 100-lb. Demolition Bombs | 18 | 9 |

See Section V, 5 B, Page 34 of this specification for additional bomb loads for which provisions are made.

D. Communication and Navigation Equipment.- The airplane herein described shall accommodate Command and long-range Liaison transmitting and receiving ratio, interphone system, radio compass and such instruments and equipment as are listed for navigation and operation of the airplane to accomplish missions for which it is designed.

E. Miscellaneous Equipment.- The airplane herein described shall accommodate auxiliary equipment as listed for operation of the airplane under all weather conditions.

NOTE: For list of installational items of equipment and their weight and distribution of the weight, as to Design Useful Load or Weight Empty, see Section V,12, Page 49 of this specification.

No. DS-225
February 15, 1937

V. 2. Structure and Design

(The following Section V, 2 and sub-items are in accordance with form prescribed in Specification 1801.)

A. Design Criteria and Physical Characteristics.

V. 2. A. STRUCTURAL DESIGN CRITERIA

(1) Maximum Applied Flight Load Factors:

| | | | Flaps Up | Flaps Down |
|---|---|---|---|---|
| (a) | Max. applied load factors: | Pos.<br>Neg. | 3.67<br>-2.00 | |
| (b) | Applied gust factors (Normal Load) | Pos.<br>Neg. | 3.16<br>-1.48 | 2.20<br>-0.20 |
| (c) | Applied gust factors (Semi-light condition) | Pos.<br>Neg. | 3.43<br>-1.79 | 2.33<br>-0.33 |
| (d) | Applied gust factor (Light condition) | Pos.<br>Neg. | 4.20<br>-2.53 | 2.67<br>-0.50 |

(2) Maximum Applied Landing Factors:

Gross Weight 24,000 lbs.

(a) Landplane or ground landings 3.33

(3) Limited Applied Diving Speed:

252 MPH 122.5% High Speed.

(Applied load must be multiplied by 1.5 to obtain Design Loads.)

PHYSICAL CHARACTERISTICS

V. 2. A. (1) Weights:

(a) Design Loading - see following pages: 7 & 8 for Group Weight Statements, Form AN9103-B

Revised: February 29, 1940

V. 2. A. (1) (a) (1) Pages 7 and 8 comprise the estimated Group Weight Statement typical for AC37-458 to AC37-554, inclusive, at time of delivery. This estimate includes constant speed propellers and dump valves. The weight increase for service installation for hydromatic propellers is 125 pounds, and the weight decrease for service removal of dump valves is 16 pounds.

(2) Pages 8a and 8b comprise the actual Group Weight Statement for the 100th airplane, AC37-557, and is typical for AC37-555 to AC-594, inclusive. The revisions affecting weight in this group are: the installation of Type O-1 Bomb Sights and related equipment, in accordance with Item 2 of Change Order Serial No. 2607, Change No. 4, dated December 17, 1938; and the installation of hydromatic propellers in accordance with Para. 1. b, of Change Order Serial No. 2661, Change No. 5, dated March 25, 1939.

(3) Pages 8c and 8d comprise the actual Group Weight Statement for the 140th B-18A airplane, AC37-597, and is typical for AC37-595 to AC37-634, inclusive, AC38-585 to AC38-609, inclusive, and AC39-12 to AC39-26, inclusive. The installation of automatic flight control equipment in accordance with Para. 1. ii of Change Order Serial No. 2445, Change No. 1, dated April 4, 1938, affects the weight of this group of airplanes.

Revised: February 29, 1940

. 33-225 Feb.18,1937
Revised: March 1., 1938

2005

4

3619.9

3725.9

94.0

221.6

60.2

2330.1

117.0

2391.4

451.3

1 30 Tools

244.1

Ex.: 8; Pg.: 42

[illegible] Feb. 18,
Revised: March 18,
[illegible]

[illegible] 2005
[illegible]

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| | 31[illegible]4.[illegible] | |
| 2[illegible].8 | | |
| 29[illegible].8 | | |
| 130[illegible].8 | | |
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |
| 4[illegible] | | |
| | 13[illegible] .1 | |
| | 15[illegible].6 | |

| [illegible] | **Normal | *Design | [illegible] |
|---|---|---|---|
| [illegible] | [illegible] | [illegible].0 | |
| *[illegible] * | 1494.0 | [illegible] | |
| *[illegible] 22** | 172.5 | 55.5 | |
| (3) | 229.2 | 229.2 | |
| 2-1100 [illegible] | 2208.8 | 2208.8 | |
| [illegible] | [illegible] | [illegible] | |
| | 141.8 | 141.8 | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| | [illegible] | [illegible] | |
| | 1[illegible] | [illegible] | |
| | 823[illegible] | [illegible] | |

[illegible] [illegible] 3.[illegible]

[illegible].3 1.7[illegible] sq. ft.

[illegible] [illegible]

[illegible] [illegible]

[illegible]

Case3:11-cv-00061-JSW Document6 Filed01/24/11 Page17 of 50

AN [illegible]

[illegible] WEIGHT STATEMENT

M[illegible]

[illegible]

Page

| | | | Landplane | Seaplane |
|---|---|---|---|---|
| W[illegible] | | | [illegible] | |
| W[illegible] | | [illegible] | | |
| [illegible] | | [illegible] | | |
| [illegible] | | [illegible] | | |
| [illegible] | | [illegible] | | |
| [illegible] | | [illegible] | [illegible] | |
| [illegible] | [illegible] | | | |
| [illegible] | [illegible] | | | |
| R[illegible] | | | | |
| A[illegible] | | | | |
| Ma[illegible] | | | | |
| Ma[illegible] | | | | |
| A[illegible] | | | | |
| A[illegible] | | | | |
| [illegible] | | | [illegible] | |
| [illegible] | | [illegible] | | |
| [illegible] | | [illegible] | | |
| [illegible] | | [illegible] | | |
| [illegible] | [illegible] | | | |
| [illegible] | [illegible] | | | |
| [illegible] | [illegible] | | | |
| [illegible] | | | [illegible] | |

AN-9103-B

Model [illegible]
Report [illegible]
Page [illegible]

GROUP WEIGHT STATEMENT (Cont'd.)

| | | LANDPLANE | SEAPLANE |
|---|---|---|---|
| Fixed equipment, | | [illegible] | |
| Instruments, | [illegible] | | |
| Surface controls, | [illegible] | | |
| Furnishings, | [illegible] | | |
| Communicating (Army) | [illegible] | | |
| Electrical, | [illegible] | | |
| Anchor, towing and hoisting gear, | [illegible] | | |
| Arresting hook installation, | [illegible] | | |
| Emergency flotation gear, | | | |
| TOTALS from page [illegible] | | [illegible] | |
| WEIGHT EMPTY, | | [illegible] | |

USEFUL LOAD

| | Landplane (Spec.) | Seaplane (Spec.) | Landplane (Actual) | Seaplane (Actual) |
|---|---|---|---|---|
| Crew [illegible] | [illegible] | | [illegible] | |
| Fuel, * [illegible] gals.), ** [illegible] | [illegible] | | [illegible] | |
| Oil * [illegible] gals.), ** [illegible] | [illegible] | | [illegible] | |
| Armament, | | | | |
| Fixed gun and installation, [illegible] | [illegible] | | [illegible] | |
| Flexible gun and installation, [illegible] | [illegible] | | | |
| Bomb and installation, [illegible] | [illegible] | | [illegible] | |
| Torpedo and installation, | [illegible] | | [illegible] | |
| Pyrotechnics | | | | |
| Equipment, | | | | |
| Communicating (Navy) | | | | |
| Navigating, [illegible] | [illegible] | | [illegible] | |
| Miscellaneous | | | | |
| [illegible] | [illegible] | | [illegible] | |
| USEFUL LOAD | [illegible] | | [illegible] | |
| WEIGHT EMPTY | [illegible] | | [illegible] | |
| GROSS WEIGHT | [illegible] | | [illegible] | |

UNIT WEIGHTS

| | |
|---|---|
| Wing group (net area = [illegible] lbs per sq. ft. | [illegible] |
| Tail group (net area = [illegible] lbs per sq. ft. | [illegible] |
| Submerged displacement main float or hull ( ) / Weight of main float and bracing ( ) | |
| Weight of cooling system per normal H. P. (H. P.) | |
| Weight of lubricating system per gal. (cap. [illegible] gals. of oil) | [illegible] |
| Weight of fuel system per gal. (cap. [illegible] gals.) | [illegible] |

[illegible]

- 30 -

AN 9103 B

Model B-18A

Report 2458

GROUP WEIGHT STATEMENT

Page

| Item | | | Landplane | Seaplane |
|---|---|---|---|---|
| | | | 3828.6 | |
| | | 3657.5 | | |
| | | 112.2 | | |
| | | 58.9 | | |
| | | | 4[illegible].6 | |
| | | 226.[illegible] | | |
| | | 103.8 | | |
| | | 69.2 | | |
| | | 77.6 | | |
| | | | 3816.7 | |
| | | 2195.1 | | |
| | | 1621.[illegible] | | |
| | 1451.8 | | | |
| | | | | |
| | 169.4 | | | |
| | | | | |
| | | | | |
| Alighting Gear — Water Type | | | | |
| Main Floats | | | | |
| Main Float Bracing | | | | |
| Auxiliary Floats | | | | |
| Auxiliary Float Bracing | | | | |
| | | | | |
| | | | 619.3 | |
| | | | 4629.7 | |
| R-1820-53 | | 2407.5 | | |
| | | 442.3 | | |
| | | 77.1 | | |
| Full Feath. Pumps & Lines | | 379.3 | | |
| | | 83.0 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | 142.8 | | |
| | 96.1 | | | |
| | 46.7 | | | |
| | | 596.4 | | |
| | 415.6 | | | |
| | 180.8 | | | |
| | | | 13,371.1 | |

AN-9103-B

Model B-18A
Per ... 2458
Page

GROUP WEIGHT STATEMENT (Cont'd.)

| | | LANDPLANE | SEAPLANE |
|---|---|---|---|
| Fixed equipment. | | 3,249.5 | |
| Instruments. incl. A.F.C.E. Units | 310.1 | | |
| Surface controls. incl. A.F.C.E. Adapters | 347.4 | | |
| Furnishings. | 1,361.0 | | |
| Communicating Army | 489.0 | | |
| Electrical. incl. Prop. & A.F.C.E. Elect. | 199.9 | | |
| Anchor, towing and hoisting gear. | 3.8 | | |
| Arresting hook installation. | | | |
| Emergency flotation gear. | 38.7 | | |
| TOTALS from page 2 | | 17,371.1 | |
| WEIGHT EMPTY. | | 16,620.6 | |

USEFUL LOAD

| | Landplane (Spec.) | Seaplane (Spec.) | Landplane (Actual) | Seaplane (Actual) |
|---|---|---|---|---|
| Crew & Chutes (6) | 1,200 | | 1,200 | |
| Fuel 249 gals. ** 503 | 1,494 | | 3,018 | |
| Oil 23 gals. ** 46 | 172.5 | | 345 | |
| Armament. | | | | |
| Fixed gun and installation. (3) .30 Cal. | 229.2 | | 229.2 | |
| Flexible gun and installation. | | | | |
| Bomb and installation. 2-1100# & Sight | 2,287.8 | | 2,287.8 | |
| XXXXXXXXXXXX Proper of 22= | | | | |
| Pyrotechnics | | | | |
| Equipment | | | | |
| Communicating Navy | | | | |
| XXXXXXX Oxygen Equipment | 129.0 | | 129.0 | |
| Miscellaneous | | | | |
| Alcohol for Prop. De-Icers | 23.4 | | 23.4 | |
| USEFUL LOAD | 5,683.4 | | 7,378.9 | |
| WEIGHT EMPTY | 16,620.6 | | 16,620.6 | |
| GROSS WEIGHT | 22,303.2 | | 23,999.5 | |

UNIT WEIGHTS

| | |
|---|---|
| Wing group net area = 965 lbs per sq ft. | 3.967 |
| Tail group net area = 270.3 lbs per sq ft. | 1.767 |
| Submerged displacement main float or hull | |
| Weight of main float and bracing | |
| Weight of cooling system per normal H P H P | |
| Weight of lubricating system per gal. oil cap 87 Gals of oil | 1.641 |
| Weight of fuel system per gal. cap 802 Gals | .743 |

Weight Fixed 5-15-39-1 Pgs 1M

No. DS-225
Feb. 15, 1937

V. 2. A. (1) (b) Alternate Loadings shall be in accordance with Weight and Balance Report No. 2005 superseding Report No. 1626.

V. 2. A. (2) Wing Group:

(a) Airfoil section designation:

Root, N.A.C.A. ..... 2215 to 2207.6 at tip

(b) Dimensions:

| | |
|---|---|
| Wing Area (including ailerons). | 965 sq.ft. |
| Span ........................ | 90 ft. |
| Root Chord .................... | 170 in. |
| Tip Chord .................... | 76½ in. |
| Taper Ratio .................. | 2.23 to 1 |
| Incidence .................... | 2 degrees |
| Dihedral (top surface) ........ | 5 degrees |
| Sweepback .................... | 12 degrees a 27% chord |
| Max. Rib Spacing .............. | 18 in. |
| Spar locations ... Front 17.5% ...Center 39% ... Rear 60% | |
| Aspect Ratio .................. | 8.4 |
| Mean Aerodynamic Chord, Length. | 140.1 in. |
| Location L.E. Mean Aerodynamic Chord ........................ | 29.9" aft of L.E. at root chord |
| Normal C.G. Location: | |
| Aft L.E. M.A.C. .............. | 25.7 M.A.C. |
| Above ℄ Thrust .............. | 4.3" |
| C.G. Wheels down: | |
| Aft L.E. M.A.C. .............. | 26.77 M.A.C. |
| Above ℄ Thrust .............. | 1.5" |

Refer to Weight and Balance Report No. 2005 superseding Report No. 1626.

(c) Wing Construction

The wing shall be full cantilever of monocoque stressed skin construction. It shall consist of three main panels, namely, a center section of constant cord, and right and left outer panels which shall be tapered. The center panel shall be built in sections as follows: front section, which shall in-

Revised: March 10, 1938

No. DS-225
February 15, 1937

V. 2. A. (2) (c) clude the three spars, the monocoque portion of the engine nacelles, and right and left trailing edge sections. The nacelles and trailing edge sections shall be removable. The spars shall be built of extruded sections of aluminum alloy with Alclad sheet comprising the webs. The ribs shall be formed from Alclad sheet and heat treated. Aft of the rear spar the skin shall be reinforced by longitudinal extruded aluminum alloy sections. The top surface between the spars shall incorporate a compression structure of corrugated 24SRT Alclad sheet, corrugations running laterally. The lower surface covering between the spars shall be removable in sections as required for access to the fuel tanks. The center wing complete shall be removable from the fuselage. The outer wing panels shall be similar in construction to the center panel, the portion aft of the rear spar being removable. The space between the spars shall be watertighted as required to provide flotation. The wing tip shall consist of an assembly removable from the outer panel. The covering for all sections of the wings shall be of 24ST Alclad sheet. The wings shall be in accordance with Douglas Drawing listed in Appendix IA, page 70.

(3) Control Surfaces:

(a) Ailerons:

Area .............................. 96.2 sq.f
Angular Movement .....Up 26° ...Down 14°
Differential Motion ................ 1.68 to 1
Distance from Plane of Symmetry
to Centroid of aileron area ..... 363 in.

The ailerons shall be aerodynamically, dynamically and statically balanced to the same degree as on the Air Corps Model B-18 airplane. The aerodynamic balance shall be 25.4% of the aileron area.

The aileron tab shall be all metal construction and attached to the aileron by means of AN standard bearings. The tab area shall be