No. DS-225
February 15, 1937

V. 2. A. (3) (a) Continued.

2 sq. ft. which equals 4.15% of the area of one aileron. The aileron tab shall be located on the right hand aileron only 24 inches from the inboard end. The aileron tab shall be in accordance with Douglas Drawing No. 5014009.

(b) Horizontal Tail Surfaces:

Area .............................. 179.2 sq.ft.
Span .............................. 320 in.
Max. Chord ........................ 122 in.
Distance from Normal C.G. to 1/3
  Max. Chord Point ............... 590.1 in.
                                    278% M.A.C.

Stabilizer

Area .............................. 95.8 sq.ft.
Normal Setting .................... -1 deg. (Relative to long. axis)
Angular Movement .................. Fixed

Elevator

Area .............................. 83.4 sq.ft.
Angular Movement .................. Up 31 deg.
                                    Down 19 deg.

The elevator shall be aerodynamically, dynamically and statically balanced to the same degree as on Air Corps Model B-18 airplane. The aerodynamic balance shall be 26.8% of the elevator area.

The elevator tabs shall be of all metal construction and attached to the elevators by means of AN standard bearings. The total tab area shall be 3.6 sq. ft. which equals 4.3% of the total elevator area. The elevator tabs shall be located at the trailing edge of the elevators near the inboard end and the range of motion shall be up $10^{\circ}$ and down $10^{\circ}$. The elevator tabs shall be in accordance with Douglas Drawing No. 5014022.

Control coefficient ................ 50

Revised: March 10, 1938

-13-

No. DS-225
February 15, 1937

V. 2. A. (3) (c) <u>Vertical Tail Surfaces:</u>

<u>Fin</u>

Area .............................. 37.9 sq.ft.
Normal Setting .................. On Centerline
Angular Movement ............... Fixed

<u>Rudder</u>

Area .............................. 46.6 sq.ft.
Angular Movement................ Right 30 deg.
                                  Left 30 deg.

The rudder shall be aerodynamically, dynamically and statically balanced to the same degree as on the Air Corps Model B-18 airplane. The aerodynamic balance shall be 23.6% of the rudder area.

The rudder tab shall be of all metal construction attached to the rudder by means of AN standard bearings. The tab area shall be 3 sq. ft. which equals 6.5% of the rudder area. The rudder tab shall be located on the trailing edge near the bottom of the rudder. The rudder tab shall be in accordance with Douglas Drawing No. 5014027.

Control Coefficient ........... 24

(d) Construction of Control Surfaces:

(1) <u>Aileron.</u>- The aileron shall be of metal frame construction, fabric covered. The right aileron only shall be equipped with a trimming tab which shall be controllable from the pilot's compartment to compensate for unsymmetrical loading. The aileron and tab shall be in accordance with Douglas Drawing Nos. 5014008, and 5014009.

(2) <u>The Horizontal Stabilizer.</u>- The horizontal stabilizer shall be full cantilever and of multi-cellular construction employing Alclad sheet. It shall be in two halves which shall be bolted together at the fuselage centerline and attached in fixed

V. 2.<u>A</u>. (3) (d) (2) (Continued):

    alignment to the fuselage by four flanged plates which shall be riveted to the stabilizer and bolted to the fuselage. Aluminum alloy forged hinge brackets shall be bolted to the rear spar for attachment of the elevators. The horizontal stabilizer shall be in accordance with Douglas Drawing No. 5014019.

  (3) <u>Elevator</u>. The elevator shall be of aluminum alloy frame construction with fabric covering. The elevator shall be in accordance with Douglas Drawing No. 5014021.

  (4) <u>Vertical Stabilizer</u>. The vertical stabilizer shall be of multi-cellular construction employing extruded sections of aluminum alloy and Alclad sheet. It shall be attached to the fuselage with bolts and machine screws. Aluminum alloy bar hinge fittings for attachment of the rudder shall be incorporated. The vertical stabilizer shall be in accordance with Douglas Drawings No. 5014024 and No. 5077294.

  (5) <u>Rudder</u>. The rudder shall be of aluminum alloy frame construction with fabric covering. The rudder shall be in accordance with Douglas Drawings No. 5014026 and No. 5077294.

  (6) The rudder and elevator shall be attached by means of AN standard bearings.

 (4) <u>Control System</u>:

    The airplane herein described shall be equipped with dual controls. A wheel type control column shall be provided for the pilot and co-pilot. Rudder pedals shall be adjustable and shall be in accordance with Douglas Drawings as listed below. The angular movement of the brake pedal shall be operated by the pressure type hydraulic system. Ball bearing guide pulleys shall be used throughout the surface control system. The aileron, elevator and rudder trim tabs shall be operated by manual controls conveniently located for both pilot and co-pilot. The control system shall be in accordance with Douglas Drawing Nos. 5014059, 5014060, 5014062, 5014063, and 5077294.

Revised: February 29, 1940

Ex.: 8; Pg.: 52

-14-   No. DS-225
Feb. 15, 1937

V. 2. A. (5) Lift and Drag Increasing Devices:

    (a) A split trailing edge type wing flap of all metal construction shall be installed on the airplane herein described and shall be actuated by an hydraulically operated cylinder.

    (b) The total flap area shall be 63.2 sq. ft. and the total angular movement down shall be 60 degrees.

    (c) The wing flaps increase the lift coefficient of the wings approximately 40%, giving a reduction in landing speed of approximately 10 miles per hour. The parasite drag of the airplane is increased approximately 300% by the wing flaps and the effect of same on the trimming of the airplane is negligible.

(6) Body Group:

    (a) Fuselage or Hull

    Maximum Cross-Section: Height 116", Width 70"

    The fuselage shall be of semi-monocoque construction employing transverse frames of formed Alclad sheet, longitudinal members of aluminum alloy extruded bulb angle, some special channels formed from Alclad sheet, and the outer covering shall be of Alclad sheet. Locks shall be installed on all exterior doors in such a manner that same cannot be locked from the inside of the airplane. The section of the fuselage immediately below the center wing which constitutes the forward portion of the bomb bay shall be removable as an integral part of the center wing, or separately, as desired.

    Bomb doors shall be installed in the lower center portion of the fuselage in accordance with Douglas Drawing No. 5044036.

    The rear section of the fuselage shall terminate in a tail cone which shall be constructed of Alclad sheet.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 53

-14a-

No. DS-225
Feb. 15, 1937

V. 2. A. (6) (a) Continued

    Hand holes equipped with cover plates shall be located at convenient points in the fuselage to give access for maintenance and inspection.

    Provisions shall be made for landing with chassis retracted substantially in accordance with Douglas Report No. 1313, Appendix I (Reference Option Amendment I, Item 1).

    The fuselage shall be in accordance with Douglas Drawings Nos. 5044029, 5044031, 5044033, 5044036, 5014040, 5044038, 5044043, and 5044035.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 54

Case MDL No. 875 Document 6660-1 Filed 01/28/11 Page 28 of 50
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page28 of 50

-15-                                    No. DS-225
                                        Feb. 15, 1937

V. 2. A. (6) (b) Nacelles, Engine Mount and Cowling.

The engine nacelles shall be of monocoque construction and shall be attached to the center wing panel in such a manner that they may be removed. The engine nacelles shall provide a pocket into which the landing gear wheels shall retract. The engine nacelles shall be in accordance with Douglas Drawing No. 5044012. The engine mount shall be of welded chrome molybdenum steel tube and shall be detachably mounted to the front face of the engine nacelles. The engine mount shall be in accordance with Douglas Drawing No. 5044066. The engine cowling shall be adequately braced. Removable cowling in the engine section shall be attached by means of type B, brazier head Dzus fasteners. The engine cowling shall be in accordance with Douglas Drawing Nos. 5044069, 5044070, 5081656, 5045579, 5003597 and 5003598.

(7) Alighting Gear:

(a) The landing gear shall consist of two independent units, one mounted under each nacelle and so arranged that they may be folded into the nacelle leaving only the lower portion of the wheels projecting. Each wheel shall be mounted between two oleo pneumatic shock absorber struts which shall be solidly clamped to the axle and connected together at their upper ends by forged trusses. Attached to the axle at each side of the wheel shall be a yoke type brace strut which shall run up and to the rear hinging between the center and rear spar. The upper end of the shock absorber and wheel assembly shall be hinged to a movable truss rotative about its upper fittings, which shall be attached to the front wing spars. The landing gear shall be in accordance with Douglas Drawing Nos. 5044047 and 5044048. The landing gear shall be actuated by a pressure type hydraulic system incorporating a retracting strut attached near the centerline of the upper landing gear truss in such a manner that when the strut is retracted it shall rotate the upper truss forward and up into the nacelle. A mechanical latch shall be installed to positively lock

Case MDL No. 875 Document 6660-1 Filed 01/28/11 Page 7 of 11
Case3:11-cv-00061-JSW Document66 Filed 01/24/11 Page 29 of 50

-16-

No. DS-225
February 15, 1937

V. 2. <u>A</u>. (7) (a) Continued:

    the landing gear in the down position. The landing gear mechanical latch installation shall be in accordance with Douglas Drawing No. 5014053.

    (b) The tail wheel shall be non-retractable and shall be in accordance with Douglas Drawings 5014044 and 5014045.

    (c) <u>Hydraulic System</u>. The pressure type hydraulic system incorporating two engine driven pumps shall be installed. On airplanes equipped with Sperry Automatic Pilot, one pump shall supply oil for the automatic pilot and the other pump shall supply oil for the hydraulic system operation. The pump connected to the hydraulic system shall pump oil into a spherical type pressure storage tank through a pressure regulating device which automatically allows the pump to circulate oil under zero pressure, when the pressure tank is full. The spherical type pressure tank shall be in accordance with Douglas Drawing No. 4046358. This pressure tank provides oil under pressure for landing gear, flaps, bomb door and brake operation, thus permitting a certain amount of operation even after engines are stopped. Sufficient oil under pressure shall be carried to insure satisfactory brake operation in the event of engine or engine driven pump failure.

    In the event of failure of one engine or engine driven pump, the pilot shall be able to connect the operating pump to the hydraulic system or the automatic pilot system at will by operating a selector valve.

    An emergency hand pump shall be provided for which a reserve supply of oil shall be carried sufficient to operate all systems. This reserve shall be available for hand pump operation, even after failure of the engine driven pump pressure system.

Revised: March 10, 1938; February 29, 1940

Case MDL No. 875 Document 6660-1 Filed 01/28/11 Page 8 of 11
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page30 of 50

V. 2. <u>Structure and Design</u>:

(The following Section V, 2 and sub-items are in accordance with the form prescribed in the type spec. 98-204.)

A. <u>Structural Requirements</u>:

(1) Landing Gear:

(<u>a</u>) The landing gear shall be designed for the design gross weight with five load factors for the vertical components for the level landing and three-point landing conditions, in accordance with Analysis Report No. 1334.

(<u>b</u>) The deduction of bomb weight referred to on Page 174 of the Handbook of Instructions for Airplane Designers shall not apply.

(<u>c</u>) For landing with brakes on the requirements set forth in the Handbook shall apply based on the design gross weight in accordance with Analysis Report No. 1334. The ground loop condition of design shall be in accordance with the information contained in E.S.M.R. STR-51-110 as set forth in Analysis Report No. 1334.

(<u>d</u>), (<u>e</u>), (<u>f</u>) and (<u>g</u>) - Not applicable to the type of landing gear described herein.

(2) Flight Conditions:

(<u>a</u>), (<u>b</u>), (<u>c</u>) and (<u>d</u>) - The design load V-G diagrams covering requirements of Paragraphs (<u>a</u>), (<u>b</u>), (<u>c</u>) and (<u>d</u>) of Type Specification 98-204, are included in Analysis Report No. 1586. The design load factors for the required conditions as shown in Analysis Report No. 1586 are also listed under Section V, 2, <u>A</u> (1) - Maximum Applied Flight Load Factors on Page 6 of this specification.

(<u>e</u>) The design tail load shall be as set forth in Analysis Report No. 1315.

Case MDL No. 875 Document 6660-1 Filed 01/28/11 Page 9 of 11
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page31 of 50

-18-  No. DS-225
Feb. 15, 1937

V. 2. A. (3) Replacement and Inspection:

    (a) Special attention has been given in the design of the airplane herein described to the ease with which the component parts may be removed to facilitate inspection, maintenance and repair of the structural parts and control system.

    (b) Attachment of Structural Units.- Consideration has been given to the location of joints of the various structural assemblies in order to facilitate handling, assembly, repair and replacement of any assembly or power plant unit in the design of the airplane herein described. The wings are so designed that the wing tip and trailing edge sections may be quickly removed for replacement. The lower section of the fuselage immediately below the center wing is designed so that same may be removed as a unit with the center wing, or separately, as desired and the nose section of the fuselage forward of the front wing spar is detachable for replacement. The structure mounting all air controls, including the engine control pedestal, is removable as a unit from the nose section of the fuselage after removal of the center wing or separation of the nose and tail section of the fuselage. The engine mounts are provided with quickly detachable fittings at the firewall in order that the entire power plant may be removed as a unit.

(4) The provisions of Par. F (1) and (2), Page 206 and 208 of the Handbook of Instructions for Airplane Designers as pertain to the application of the pilot's control load of 300 pounds shall apply for the design load of control surfaces, in accordance with Analysis Report No. 1315.

(5) Size of Materials, Utility Parts, etc. - Special attention has been given in the design of the airplane herein described to the selection of materials to avoiding multiplicity of sizes and gauges of tube, sheet, stock, bolts, rivets, etc.

-19-　　　　　　　　No. DS-225
　　　　　　　　　　Feb. 15, 1937

V. 2. B. **Design Requirements:**

  (1) **Crew.-** Provision is made in the airplane herein described to accommodate a crew of six (6) as follows: navigator, pilot, co-pilot, radio operator and two gunners. Passageways of sufficient size are included to permit members of the crew to readily interchange positions while in flight and to permit availability of all crew members, with the exception of the pilot, for operation of the machine guns. The main cabin of the airplane herein described shall accommodate the pilot, co-pilot, navigator and radio operator and shall be soundproofed and lined in accordance with Douglas Drawings Nos. 5014103 and 5014104.

  (2) **Arrangement of Cockpits and Crew Accommodations:**

    (a) **Pilot's Compartment.-** The main cabin of the airplane herein described includes provisions for seating of pilot on the left and a co-pilot on the right and shall be provided with a complete enclosure in accordance with Douglas Drawing No. 5014043. An emergency exit hatch shall be provided for this compartment as shown on the above drawing. This exit shall be hinged at the forward end and shall incorporate quickly removable hinge pins for use in emergency exit. This emergency exit hatch shall be in accordance with Douglas Drawing No. 5021904. A curtain shall be provided to close off the pilot's and co-pilot's portion of the main cabin to prevent reflections during night operation. No window shall be provided in the pilots' floor.

    (b) **Navigator's Compartment.-** The navigator's compartment shall include the following:

      (1) Adequate room to accommodate a plotting board large enough to hold a chart three feet by three feet.

      (2) A drawer, size $2\frac{1}{2} \times 11\frac{1}{4} \times 14$ inches, shall be installed at the forward end of the radio operator's table for stowing of navigation and plotting instruments.

      (3) A map case 4 x 9 x 12 inches shall be provided in the main cabin for use by the navigator.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 59

-20-        No. DS-225
Feb. 15, 1937

V. 2. B. (2) (b) (4)    Two dome lights, Type A-2, shall be installed in the ceiling of the main cabin immediately above the radio operator's table. A reflector shall be provided for the radio operator's dome light four (4) inches deep, 330° with a 30° opening toward the rear entrance door of the main cabin.

(5) Windows shall be provided in the main cabin in accordance with Douglas Drawing No. 5044035. A window shall be installed in the emergency exit hatch for additional vision for the navigator. The hatch shall be so designed that it may be opened in flight as required by the navigator.

(6) The navigator's position shall be on the L.H. side of the main cabin immediately to the rear of the pilot's seat.

(c) Navigator's Observation Hatch.- The emergency exit hatch located in the main cabin shall be used as the navigator's observation hatch. Same shall be hinged at the forward end to permit opening during flight for observation purposes.

(d) Radio Compartment.- The radio operator's position shall be in the rear of the main cabin and sufficient room has been provided for the installation of communication equipment with the exception of the Command set and spare coil sets which shall be located in that portion of the fuselage immediately aft of the main cabin. A table shall be provided for the radio operator in accordance with Douglas Drawing No. 5044118. A utility cabinet for writing materials shall be located on the rear wall of the main cabin immediately aft of the radio operator's seat.

(e) Locker Space.- A locker shall be provided for stowing of food and water, approximately 10 x 12 x 17 inches.

(f) Toilet.- A toilet shall be provided in the rear portion of the fuselage in accordance with Douglas Drawing No. 570655.

(g) Bomb Sight.- The bomb sight shall be located in the upper forward portion of the fuselage.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 60