Exhibit G, Part 8 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6660-2 Filed 01/28/11 Page 1 of 11
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page34 of 50

-20a-　　　　　　No. DS-225
Feb. 15, 1937

V. 2. B. (2) (g) Continued

above the front gunner, and access for same shall be obtained by means of a passageway located on the right hand side of the front gunner's compartment.

(h) Access to the front gunner's position shall be obtained through a hatch immediately to the rear of the co-pilot's seat.

Revised: March 10, 1938

No. DS-225
Feb. 15, 1937

V. 2. B. (2) (i) Special attention has been given in the design of the airplane described herein to keep passageways as free as possible from projections which may foul clothing or injure personnel.

(j) Noise Level.- The main cabin shall be soundproofed and lined in accordance with Douglas Drawings Nos. 5014103 and 5014104 in order to reduce the noise level.

(k) The altitude at which the airplane herein described shall be capable of maintaining level flight with one engine cut out shall be as listed in Section V, 1, A (6), Page 4 of this specification.

(l) Swivel Tail Wheel.- The tail wheel unit shall swivel 360 degrees with any degree of shock absorber inflation and shall be provided with a locking device operable by the pilot or co-pilot to hold the wheel in alignment for landing and takeoff. The tail wheel shall not be retractable, and shall be in accordance with Douglas Drawings Nos. 5014044 and 5014045.

(m) Landing Speed.- The landing characteristics of the airplane herein described shall be in accordance with Performance Report No. 1578 and wing flaps shall be installed as described on Page 12, of this specification, to reduce the speed of landing and increase the gliding angle above the normal value.

(n) Heating and Ventilating System.- A controllable heating and ventilating system in accordance with Douglas Drawings Nos. 5080784, 5014106, 5014107 and 5014108 shall be provided. Air for the heating and ventilating system shall be obtained by means of an air scoop located on the top of the fuselage.

(o) Safety Devices:

(1) Flotation.- The airplane herein described shall incorporate built-in flotation in accordance with Analysis Report No. 1551.

(2) Life Rafts.- Provisions shall be made for stowing of one Type A-1 life raft in the rear portion of the fuselage in accordance

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 62

No. DS-225
February 15, 1937

V. 2. B. (2) (o) (2) (Continued):

with Douglas Drawing No. 5014099. An opening in the top of the fuselage shall be provided in accordance with the above drawing for access to the life raft from the outside of the airplane. The door closing this opening shall be operable by one man.

(3) Deicing Equipment. The airplane herein described shall be provided with deicing equipment for the wings, tail surfaces, and radio masts, in accordance with Douglas Drawing No. 5044135. Propeller deicer slinger rings shall be installed in accordance with Douglas Drawing No. 5046194.

(4) Fire Extinguisher. $CO_2$ fire extinguishers (fixed installation) shall be installed in accordance with Douglas Drawings No. 5044095, No. 5014096, and No. 5044097.

(a) The $CO_2$ cylinders shall be equipped with valve Part No. 3544157. A tube shall be attached to the safety disk outlet and shall extend to the outside of the airplane.

(p) Sperry automatic equipment as listed on Page 58a (Sec. V.12.), shall be installed in accordance with Douglas Drawing No. 5044117, on airplanes Air Corps Serial No. 37-458 to 37-594, inclusive. Automatic flight control equipment as listed on page 38 (V.5.B., Par.27) shall be installed on airplanes Air Corps Serial No. 37-595 to 37-634, inclusive, No. 38-585 to 38-609, inclusive, and No. 39-12 to 39-26, inclusive.

(q) Ailerons. Semi-irreversibility of the aileron control system shall not be incorporated in the airplane herein described. An aileron trim tab, controllable by either pilot or co-pilot, shall be installed on the R.H. aileron only. The ailerons shall be of metal frame construction, fabric covered, and shall be statically, aerodynamically and dynamically balanced to the same degree as on Air Corps Model B-18 airplane. The ailerons shall be in accordance with Douglas Drawing No. 5014008.

(r) Elevator Trim Tabs. Controllable tabs, operable by either pilot or co-pilot, shall be provided on the elevators, in accordance with Douglas Drawing No. 5014022. The size and range of motion of the elevator trim tabs shall be as listed on Page 11 of this specification.

Revised:
March 10, 1938;
Feb. 29, 1940

Ex.: 8; Pg.: 63

V. 2. B. (2) (s)     The elevator incorporates an eight-pound lead weight for static balance located in the leading edge, in order to

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 64

V. 2. B. (2) (s) Continued.

          eliminate excessive control forces while taxiing. The elevator shall be of aluminum alloy frame construction with fabric covering and shall be statically, aerodynamically and dynamically balanced to the same degree as on Air Corps Model B-18 airplane. The elevator shall be in accordance with Douglas Drawing No. 5014021.

(t) Rudder Trim Tab.- A trim tab shall be installed on the rudder in accordance with Douglas Drawing No. 5014027 and shall be operable by either pilot or co-pilot.

(u) Servo Devices.- Surface controls shall not be equipped with Servo devices. All control surfaces shall be equipped with aerodynamic balance to permit a minimum of effort required to control the airplane under all takeoff, flight and landing conditions.

(v) Ingress and Egress.- Two main entrances and exits to the airplane herein described shall be provided; one door on the L.H. side of the fuselage aft of the wing, and one entrance hatch in the lower forward portion of the fuselage, opening directly into the bomber's compartment. In addition, emergency exit may be made through the hatch located in the top of the main cabin, through the lower gunner's window, and through an opening in the floor above the rear section of the bomb bay when the bomb doors are open.

(w) Chassis.- The landing gear shall be retractable and shall be operated by a pressure type hydraulic system. A hand operated hydraulic pump shall be provided for manual emergency operation of the landing gear. The tail wheel shall not be retractable. The landing gear shall be in accordance with Douglas Drawing No. 5014047.

(x) Warning Devices.- Devices to warn the pilot if he attempts to land with the landing gear retracted shall consist of: a red signal light which will appear if the gear is not completely down and latched; a green signal light to indicate that the gear is in safe landing position, and a Klaxon horn connected with the throttle-controlled switch which will sound if the en-

Revised: February 29, 1940

V. 2. B. (2) (x) (Continued):

  gines are throttled when the gear is not in safe landing position. A separate warning alarm system consisting of three bells shall be provided to warn all members of the crew in the event of an emergency and the switch for same shall be located on the pilot's electrical panel.

  (y) **Inspection.** The airplane herein described is of sufficient size and arrangement to permit adequate means for inspection and servicing the landing gear, retracting mechanism, and tail wheel.

  (z) **Wheels and Brakes.** The airplane herein described shall be equipped with wheels, size 45 x 1700-16. The brakes shall be toe-pedal operated by both the pilot and co-pilot and shall be connected to the pressure type hydraulic system for source of power supply. The brake size shall be 14 x 3 inches and there shall be two brakes provided for each wheel.

V. 3. **Propeller Installation:**

(The following Section V, 3 and sub-items are in accordance with form prescribed in Specification 1801.)

```
Hub Manufacturer's Name .............. Hamilton Std.
   Model No. ......................... 23E50
Blade Manufacturer's Name ............ Hamilton Std.
   Design No. ........................ 6153A-18
Type:  Hydromatic, Full Feathering.
Diameter ............................. 11'6"
Number of Blades ..................... 3
Blade Angle Pitch Limits, 42" Sta.   17° and 88°
```

Minimum Clearances:

(1) In plane of each propeller disk

  (a) To ground, level landing  13 3/4"
  (b) To fuselage .................. 8"
  (c) There are no other objects in the plane of the propeller disk.

Revised:  March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 66

Case MDL No. 875 Document 6660-2 Filed 01/28/11 Page 7 of 11
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page40 of 50
-25-
No. DS-225
February 15, 1937

V. 3. (Continued)

    (2) Normal to plane of each propeller disk:

        (a) To engine cowl at max. pitch of 34 degrees . . . . . . . . . . . . 1 1/2"
        (b) To leading edge of wing . . . . 97 1/2"
        (c) There are no other close objects

  A. (The following Section V. 3, and sub-items, are in accordance with form prescribed in the type specification 98-204.)

    (1) The specific propeller in combination with the engine selected, shall fulfill the acceptance tests requirements of Specification No. 29529.

  B. **Controls.** The propeller controls shall be located adjacent to the throttle controls at the top of the control pedestal head in accordance with Douglas Drawing No. 5044076. The control system shall be installed so that a movement of the cockpit controls forward or down will increase the engine speed. A separate control shall be provided for each propeller in accordance with the above drawing.

  C. **Specific Details:**

    (1) The propeller listed in Section V. 3, Page 24 of this specification, has been selected to obtain optimum propeller efficiency for operating speed.

    (2) The location of the engines shall be such as to provide 8 inches tip clearance with the fuselage.

    (3) (a) & (b) The installation of the propeller on the airplane described herein shall incorporate type 4K11-B propeller governors for constant-speed control.

        (c) A means of stopping either of the engines in flight by a hydraulic brake system, shall not be installed.

4. **Power Plant Installation:**

  A. **Engines.** The airplane herein described shall be equipped with two Wright Cyclone, R-1820-53 engines, in accordance with Wright Aeronautical Corporation Engine Specification No. 496-A, dated July 11, 1938, embodying the following characteristics:

Revised: March 10, 1938; February 29, 1940

No. DS-225
Feb. 15, 1937

V. 4. A. Continued

    Gear Ratio               16:11
    Blower Ratio          7.14:1
                              & 10:1

| | |
|---|---|
| *975 h.p. at takeoff and 5 min. climb | 2200 r.p.m. |
| 830 h.p. at sea level | 2100 r.p.m. |
| 850 h.p. at 5000 ft. | 2100 r.p.m. |
| 850 h.p. at 10200 ft. | 2100 r.p.m. |

*Note: (This power to be held to a minimum altitude of 1000'.)

B. V-1710 or V-1800 engines shall not be installed.

C. Approval.- The approval of all type and models of engines shall be predicated on satisfactory completion of tests in accordance with specification No. 28143, with all accessories installed and complying with the requirements of Specification No. 95-28250.

D. The airplane herein described shall be equipped with exhaust gas analyzers and automatic mixture control, but shall not be equipped with fuel injection nor automatic power regulators.

E. The airplane herein described shall not be equipped with exhaust-driven superchargers.

F. Accessories Drive.- The airplane herein described shall not be equipped with remote accessory drive units.

G. Silencers.- The airplane herein described shall not be equipped with exhaust silencers, but shall be so equipped that the exhaust will be discharged above the wing. Long exhaust tail pipes shall be installed substantially in accordance with Douglas Company Drawings Nos. 5045068, 5045021, and 5041067.

H. The airplane herein described shall be equipped with Type D-5 oil by-pass and relief valves, manually operated shutters in the oil cooler scoop and an oil dilution system for accelerating the temperature rise of the oil at idling speed.

I. Working Platform.- One working platform shall be provided for each airplane in accordance with Douglas Drawing No. 5031649.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 68

Case MDL No. 875 Document 6660-2 Filed 01/28/11 Page 9 of 11
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page42 of 50

-26a-

No. DS-225
Feb. 15, 1937

V. 4. J. <u>Exhaust System</u>.- The exhaust system shall be constructed of corrosion-resistant steel conforming to Specification No. A.C. 57-136-9, GR-1-SS.

Revised: March 10, 1938

Ex.: 8; Pg.: 69

No. DS-225
Feb. 15, 1937

V. 4. K. Radiator

(1), (2), (3), (4) and M:

The airplane herein described shall be equipped with air-cooled engines, as listed in Section V. 4. A on Page 25 of this Specification, and provisions shall not be made for radiator installation.

N. Tanks.- Any sample fuel or oil tank which has been subjected to vibration tests shall not be installed in the aircraft for flight use.

O. Oil Tanks.-

(1) The oil tanks shall be located inside the engine nacelle immediately to the rear of the firewall. The mean oil level of the oil required for the normal fuel supply shall not be below the oil pump inlet when the airplane is at rest.

(2) The mean oil level of the maximum oil supply shall not be more than approximately 23 inches above the oil pump inlet. The tanks shall be provided with two vents so located that at least one vent is open in all normal flight attitudes.

(3) The airplane herein described shall be equipped with three (3) oil tanks, one (1) in each nacelle and one (1) in the fuselage. The nacelle oil tanks shall be of twenty nine (29) gallons capacity each plus a three and four tenths (3.4) gal. foaming space. The fuselage oil tank shall be of twenty nine (29) gallons capacity. The total oil capacity for the airplane herein described shall be eighty seven (87) gallons. The nacelle oil tanks shall be in accordance with Douglas Drawing No. 5042092, incorporating oil dilution provisions. The fuselage oil tank shall be in accordance with Douglas Drawing No. 5044090.

P. Oil Temperature Control

(1) Oil temperature control shall be accomplished by the use of Type D-5 oil by-pass and relief valves and by means of manually operated shutters in the oil cooler scoops for use in emergency conditions. The Type D-5 oil by-pass and relief valves, Part No. 38A1854, shall be in-

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 70

Case MDL No. 875 Document 6660-2 Filed 01/28/11 Page 11 of 11
Case3:11-cv-00061-JSW Document66 Filed01/24/11 Page44 of 50

-27a-                                No. DS-225
                                     Feb. 15, 1937

V. 4. P. (1) Continued

stalled in the oil temperature regulator, 2046267, and the regulator shall be installed in a vertical position. The oil system shall be in accordance with Douglas Drawings Nos. 5044089, 5044091, 5082093 and 1039782, superseding Drawing No. 1033979.

(2) The oil dilution system shall incorporate solenoid valve assembly 37D6210 controlled by means of two standard type switches located on the co-pilot's electrical panel. The name plates for these switches shall be marked with a standard wording "Push to Dilute Oil". The wording "Left" and "Right" will also be included on these name plates to properly identify each switch with the solenoid connected thereto.

(3) The contractor shall furnish and install turning devices for the Cuno Oil Filters, in accordance with Douglas Drawing No. 5082775, effective on airplanes Air Corps Serial No. 37-555 to 37-603, inclusive.

(4) Automatic Cuno Turning Devices shall be furnished by the government and installed by the contractor in airplanes Air Corps Serial No. 37-604 to 37-634, inclusive, 38-585 to 38-609, inclusive, and 39-12 to 39-26, inclusive.

Revised: March 10, 1938; February 29, 1940    Ex.: 8; Pg.: 71