Exhibit G, Part 10 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6660-4 Filed 01/28/11 Page 1 of 11
Case3:11-cv-00067-JSW Document66-1 Filed01/24/11 Page1 of 50

-32-

No. DS-225
Feb. 15, 1937

V. 5. **A.** Continued.

(10) The airplane herein described incorporates passageways of sufficient size to permit rapid change in positions of the crew and special attention has been given to elimination of projections and other items which would in any way offer a restriction to the gunners' movements.

(11) Latches shall be provided in each gun position to hold the gun securely in a fixed position when not being used.

(12) A fitting shall be provided in each gunner's position for attachment of type A-3 gunners' safety belt.

(13) Seats provided for the gunners shall be so constructed that they may be stowed out of the way to permit standing or movement from one station to another.

(14) Surfaces of the airplane subject to possible injury by ejected cases and links shall be suitably protected.

(15) Provisions shall be made for the optional installation of the type G-4 gun camera at all flexible gun positions in accordance with Douglas Drawing No. 5044155.

(16) All flexible gun mounts shall accommodate the type C-12 gun mount adapter yoke.

(17) A shoulder rest shall be provided in the rear upper gun turret to facilitate operation of the gun, substantially in accordance with Douglas Aircraft Company Drawing No. 5047198.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 78

-33-                                                                No. DS-225
                                                                    February 15, 1937

V. 5. **B.** <u>Bombing Equipment</u>:

    (1) The airplane herein described shall be equipped with bomb racks which will carry the interchangeable bomb loads as listed in Section V, 1, C, Page 5 of this Specification.

    (2) Arrangement of the bomb racks shall be such that all bombs will be carried internally.

    (3) The 2000 lb. Mk. I, Mk. IMI and Mk. IMII bombs shall be carried internally in accordance with Douglas Drawing No. 5014144.

    (4) The installation of the bomb racks shall permit carrying all the following types of bombs on such stations where the 100 lb. bomb is required to be carried:

        100-lb. Mark I        - A.C. Drawing H35H1516
        100-lb. Mark IMI      - A.C. Drawing H35H1516
        100-lb. Mark IMII     - A.C. Drawing H35H1516
        100-lb. M-30          - A.C. Drawing H35H1517

    (5) The installation of the bomb racks shall permit carrying all the following types of bombs on such stations where the 300 lb. bomb is required to be carried:

        300-lb. Mark I        - A.C. Drawing H35K1518
        300-lb. Mark IMI      - A.C. Drawing H35K1518
        300-lb. M-31          - A.C. Drawing H35K1519
        300-lb. Mark IMII     - A.C. Drawing H38F6126

    (6) The installation of the bomb racks shall permit carrying all the following types of bombs on such stations where the 600 lb. bomb is required to be carried:

        600-lb. Mark IMI      - A.C. Drawing H35G1546
        600-lb. Mark III      - A.C. Drawing H35G1520
        600-lb. M-32          - A.C. Drawing H35K1521

    (7) The installation of the bomb racks shall permit carrying all the following types of bombs on such stations where the 1100 lb. bomb is required to be carried:

        1100-lb. Mark III     - A.C. Drawing H35K1522
        1100-lb. M-33        - A.C. Drawing H35M1523

Revised: February 29, 1940                                  Ex.: 8; Pg.: 79

Case MDL No. 875 Document 6660-4 Filed 01/28/11 Page 3 of 11
Case: 1:1 cv-00067-JSW Document 66-1 Filed 01/24/11 Page 3 of 50

-34-

No. DS-225
February 15, 1937

V. 5. B. Continued

    (8) The airplane herein described shall be equipped to carry the following 2000 lb. bombs:

        (a) 2000-lb. Mark I     - A.C. Drawing H35G1524
            2000-lb. Mark IMI   - A.C. Drawing H35G1524
            2000-lb. Mark IMII - A.C. Drawing H35G1525

        The bomb rack installation for the above type 2000-lb. bombs shall be in accordance with Douglas Drawing No. 5014144.

        (b) 2000-lb. M-34      - A.C. Drawing H35F1526

        The bomb rack installation for the above type 2000-lb. bomb shall be in accordance with Douglas Drawing No. 5014145.

        (c) The normal useful bomb load shall consist of the following:

|  | Weight |
|---|---|
| 1 - 2000-lb. Bomb or | 2122 |
| 2 - 1100-lb. Bombs or | 2260 |
| 3 - 600-lb. Bombs or | 1881 |
| 7 - 300-lb. Bombs or | 2142 |
| 18 - 100-lb. Bombs | 2088 |

        (d) The design useful bomb load shall consist of the following:

|  | Weight |
|---|---|
| 1 - 2000-lb. Bomb or | 2122 |
| 2 - 1100-lb. Bombs or | 2260 |
| 4 - 600-lb. Bombs or | 2508 |
| 8 - 300-lb. Bombs or | 2448 |
| 20 - 100-lb. Bombs | 2320 |

        (e) The maximum capacity bomb load that may be carried with fuel load diminished is as follows:

|  | Weight |
|---|---|
| 2 - 2000-lb. Bombs or | 4244 |
| 4 - 1100-lb. Bombs or | 4520 |
| 6 - 600-lb. Bombs or | 3762 |
| 14 - 300-lb. Bombs or | 4284 |
| 32 - 100-lb. Bombs | 3712 |

Ex.: 8; Pg.: 80

Case MDL No. 875 Document 6660-4 Filed 01/28/11 Page 4 of 11
Cases:1 Pcv-00067-JSW Document66-1 Filed 01/24/11 Page 4 of 30

-35-

No. DS-225
February 15, 1937

V. 5. B. (8) (f) Any combination of bomb loading may be carried in the airplane herein described not to exceed the maximum overload gross weight as listed in Douglas Report No. 1626, dated Feb. 20, 1937.

(9) The installation for the type M-34 2000-lb. bomb in the airplane herein described shall be in accordance with Douglas Drawing No. 5014145, wherein provisions are made for a type D-3 bomb shackle and same shall be suspended horizontally. Sway bracing shall be provided in accordance with the above drawing.

(10) The arrangement of the bomb racks for the airplane herein described shall be in accordance with Douglas Drawing Nos. 5015875, Front Bomb Rack, 5016117 Center Bomb Rack and 5015893, Rear Bomb Rack.

(11) The mechanism for releasing of bombs which incorporates a skip station feature shall be in accordance with Douglas Drawings Nos. 5014140, 5014141, 5014142 and 5014143. (See Page 35A of this specification.)

(12) Two fusing and inspection doors shall be located at each end of the bomb bay in such a position that a visual check of bombs on the racks may be made during flight.

(13) An automatic indicator, in accordance with Douglas Drawing No. 5047040, shall be provided in the bomber's compartment to show the number of bombs on the racks. This indicator, as shown on the above drawing, consists of a group of electric lights, one for each bomb station and same shall be connected with the releasing mechanism of the bomb rack stations in such a manner that when a bomb is released the indicator light shall go out.

(a) Control switch type B-5A, Air Corps Drawing 33A5013 shall be connected into this indicator circuit so that the indicator lights may be turned off and on by the bomber.

(b) Standard equipment as listed in Section V, Page 67 of this specification shall be employed in the construction of the automatic bomb indicator.

Revised: February 29, 1940

Case MDL No. 875 Document 6660-4 Filed 01/28/11 Page 5 of 11
Case 1:Pcv-00067-JSW Document 66-1 Filed 04/24/11 Page 5 of 50

-36-

No. DS-225
February 15, 1937

V. 5. B. (14) Suitable charts shall be provided which will show the required hoisting and carrying arrangement for the bomb racks and the charts shall be located in a protected place within the airplane in a position readily visible to the bomb loading personnel. These charts shall clearly show this information so as to eliminate any possibility of incorrect hoisting or loading of bombs within the airplane.

(15) The installation of the brackets for the bomb hoist installation shall be in accordance with Douglas Drawing No. 5014146 and the bomb hoist assembly shall be in accordance with Douglas Drawing No. 5046844.

(16) Provisions shall be made for temporary stowing of the hoisting drum assembly, hand cranks, and sling assemblies within the airplane, in accordance with Douglas Drawing No. 5014146. The hoisting equipment including slings shall not be considered as a part of the Design Useful Load or Weight Empty of the airplane herein described.

(17) The mechanism and controls for the bomb racks and bomb shackles, including the emergency bomb release system, shall be housed to prevent accidental release in accordance with Douglas Drawings Nos. 5014140, 5044141 and 5014142.

(18) One emergency bomb and door release handle shall be provided on the airplane herein described and shall be located on the centerline of the airplane at the bottom of the control pedestal. This location permits emergency release of bombs by either pilot or co-pilot. Emergency bomb and door release shall require only one movement to accomplish the following:

 (a) Opening of the bomb doors covering the bomb bay.

 (b) Unlocking of the Douglas type release handle from the controls to the bomb rack.

 (c) Release of all the bombs from the bomb rack simultaneously after opening of the bomb doors.

Revised: February 29, 1940

Ex.: 8; Pg.: 82

Case: MDL No. 875 Document 6660-4 Filed 01/28/11 Page 6 of 11
Case 5:11-cv-00067-JSW Document 66-1 Filed 07/24/11 Page 6 of 30

-37-

No. DS-225
February 15, 1937

W. 5. B.  (19)  The bomb bay doors shall be closeable during flight after the pilot's emergency release has been operated. This closing operation shall be accomplished by the bombardier from his position in the bomber's compartment. The bomb bay doors shall be operated by a pressure type hydraulic system and bungees shall be installed to open the bomb doors in case of hydraulic system failure.

(20) The operation accomplishing the emergency release as outlined in Para. (19) above, shall be instantaneous consistent with Paragraph (21) below.

(21) The bomb bay doors shall be opened and closed by the bombardier when in his position at the bombsight and the time required to open or close the doors shall not exceed 20 seconds. The bomb door operating mechanism shall be in accordance with Douglas Drawing No. 5014148.

(22) The bomb release system of controls to the Douglas type release handle and emergency release shall be connected to the bomb bay door opening device so that it will not be possible to drop bombs until the doors have been fully opened. This device shall be in accordance with Douglas Drawing No. 5014143.

(23) It shall be possible to electrically release all bombs from the airplane by both of the two following methods:

First Method.- (Selective Release) - Automatic electric release by means of the electrical contacts which will be automatically closed within the bombsight.

Second Method.- (Selective Release) - Manual electric release by means of a momentary contact switch to be manually operated by the bombardier.

(24) The bomb sight shall be located in the forward end of the bomber's compartment and so arranged that the bomb sight and the operator are fully protected against air flow.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 83

V. 5. B. (25) Airplanes Air Corps Serial No. 37-458 to 37-554, inclusive, shall be equipped with Type M-1 Bomb Sights. This sight shall be mounted on four (4) stud assemblies, Drawing No. H35A1413-2, which shall be provided with self-locking stop nuts, in order to permit maximum ease for removal.

The electrical current for control of the bomb sight and automatic bomb release shall be conducted through cable assemblies, substantially in accordance with Air Corps Drawings No. H35-B2172 and No. H35D2173, Change "C". A socket shall be provided on the lower side of the bomb sight for insertion of this cable. A suitably shielded receptacle shall be provided for stowing this cable when not connected to the bomb sight. The wiring for the pilot director and the bomb sight shall be in accordance with Douglas Drawing No. 5049901. The installation of the pilot director, as required by this specification, will be made by service activities and the necessary mounting provisions shall be made on the pilot's instrument board for the airplane herein described.

(26) Airplanes Air Corps Serial No. 37-555 to 37-594, inclusive, shall be equipped with Sperry Type O-1 Bomb Sights, used in conjunction with special Sperry Automatic Pilot equipment. The electrical wiring for the bomb sight and the pilot director shall be in accordance with Douglas Wiring Diagram No. 5077577.

(27) Airplanes Air Corps Serial No. 37-595 to 37-634, inclusive, No. 38-585 to 38-609, inclusive, and No. 39-12 to 39-26, inclusive, shall be equipped with Type E-1 Bomb Sights and Automatic Flight Control equipment, in accordance with Air Corps Specification 24580-A, except that the following equipment, listed in Specification 24580-A, will not be installed:

(a) Speaking Tube from Bombardier to Pilot (Par. D-40);
(b) Bomb Release Interval Control (Par. D-5e);
(c) Bomb Release Extension Switch (Par. D-5e(3));
(d) Folding Table or Data Board (Par. D-5e(6));
(e) Pilot's Bomb Release Signal (Par. D-5e(7));
(f) Bomb Sight Stowage Box (Par. D-5e(11)).

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 84

V.- 5. B. (27) (Continued):

    The electrical wiring for the bomb sight and the pilot director shall be in accordance with Douglas Wiring Diagram No. 5077752.

(28) A relay shall be incorporated in the electrical wiring circuit to prevent the current through the bomb sight from exceeding 28 amperes at 12 volts. This relay also permits dropping of one bomb from all or any combination of bomb racks simultaneously. The elapsed time for the electrical releasing operation shall be in accordance with Douglas Report No. 1431 submitted with Douglas letter, File No. 8410, dated July 2, 1936.

(29) The lamp extension, Type B-4, Specification No. 32059, shall be placed on the left hand side of the airplane, and to the rear, of the bomber's electrical panel.

(30) All equipment shall be plainly marked in a location readily visible to the operator. This marking shall plainly designate the name of the operation, and shall be such as to clearly indicate the direction of movement necessary to accomplish the specified functioning of the equipment.

(30a) The manual bomb release switch shall be installed in accordance with Air Corps Drawing S39J1704 and Douglas Drawings No. 5077285 and No. 5077444.

(31) The location of all equipment incidental to the control and release of bombs and provisions for operating comfort such as seat upholstery and available working space, shall be in accordance with the mockup as shown on Douglas Aircraft Company photographs No. 12081 to No. 12094, inclusive. Bomb rack controls in the bomber's compartment shall be located in accordance with the above photographs.

(32) The bomb racks, bomb rack controls, bomb hoisting equipment, etc., have been designed with the view of reducing to a minimum the operations and time required in preparing the airplane herein described for flight.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 85

V. 5. B. (33) No provisions for chemical equipment are included in the airplane herein described.

(34) A guard for the bomb hoist cable drums shall be provided substantially in accordance with Douglas Aircraft Company Drawing No. 5046632 to prevent jamming of the cables.

V. 6. Instrument Installation:

A. Fuel Level Gauge. An electric fuel level gauge, in accordance with Air Corps Specification 27737 as listed in Section V. 12, Page 58 of this specification, shall be installed.

B. Lighting. The instruments where applicable shall be of Air Corps standard type, incorporating individual lighting.

C. Instrument Arrangement. The pilot's instrument arrangement, on airplanes Air Corps Serial No. 37-458 to 37-594, inclusive, shall be in accordance with Douglas Drawing No. 5044122. The pilot's instrument arrangement for airplanes Air Corps Serial No. 37-595 to 37-634, inclusive, No. 38-585 to 38-609, inclusive, and No. 39-12 to 39-26, inclusive, shall be in accordance with Douglas Drawings No. 5076815 and No. 5080620.

D. Manifold Pressure Gauges. The manifold pressure gauges shall be mounted on the instrument panel as listed in Paragraph C. above.

E. Pilot Director Location. The pilot director shall be located as shown on drawings listed in Paragraph V. 6. C. above, and shall not require provisions for interchanging positions with the radio compass indicator during flight.

F. Thermocouple Installations shall be made and connected to the head of the top cylinder at the point provided by the engine manufacturer.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 86

Case MDL No. 875 Document 6660-4 Filed 01/28/11 Page 10 of 11
Case 3:11-cv-00067-JSW Document 66-1 Filed 07/24/11 Page 10 of 50

-39a-

No. DS-225
February 15, 1937

V. 6. G. **Gyro Instruments.** The installation of connections between the gyro instruments, valve and vacuum pumps shall be in accordance with Douglas Drawings No. 5077576, No. 5044127, and No. 5044121.

H. **Drift Meter.** The drift meter installation shall accommodate the type B-3 stabilized drift sight for operation by the navigator substantially in accordance with Douglas Drawing No. 5046329, superseding Douglas Drawing No. 5014121.

I. **Suction Gauge.** A Type F-2 suction gauge shall be installed in accordance with Douglas Drawings No. 5044121, No. 5076815, and No. 5080620.

J. **Suction Relief Valve.** The suction relief valve arrangement shall be as shown on Douglas Drawings No. 5077576 and No. 5044127.

K. The vacuum pump selector name plate shall be in accordance with Douglas Drawing No. 1047076. On the airplanes equipped with automatic pilot, the automatic pilot valve control handle name plate shall be per Douglas Drawing No. 1048048.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 87

Case: MDL No. 875 Document 6660-4 Filed 01/28/11 Page 11 of 11
Case3:11-cv-00067-JSW Document66-1 Filed 04/24/11 Page 11 of 50

-40-                            No. DS-225
                                Feb. 15, 1937

V. 6.   I.   <u>Bomber's and Navigator's Instruments</u>.- The bomber shall be furnished with an instrument panel, on which shall be mounted an altimeter, air speed indicator, air thermometer, and clock, and a type B-16 compass shall be installed as shown on Douglas Aircraft Company photograph No. 12089. A 3/8 O.D. suction line shall be installed to the navigator's table including a shut-off cock, Parker No. 6PVGTD and an adjustable restriction substantially in accordance with Douglas Aircraft Company Drawing No. 1047576.

      J.   The navigator's type D-4 compass shall be located in the most suitable position with a view of eliminating inaccuracies, such location to be determined from tests on B-18 airplanes.

V. 7.   <u>Radio</u>:

      A.   Provisions shall be made on the airplane herein described, and in accordance with the provisions of the Handbook of Instructions for Airplane Designers, Vol. II, Section VI, Part IV, Paragraph 41, for the installation of the following radio equipment:

              Command Set
              Liaison Set, Long-Range
              Radio Compass
              Interphone, Multi-Place
              Marker Beacon Receptor

      B.   <u>Command Set</u>.- The command set controls, consisting of the transmitter control box, the receiver control box, the receiver remote tuning unit, and the remote control for the dual coil set, shall be located in accordance with Douglas Drawing No. 5044117. The transmitter, receiver and the antenna switching relay shall be located near the antenna lead-in insulator and shall be arranged so as to obtain the shortest practicable lengths of high frequency leads, especially to the transmitter. The dynamotor shall be installed in an upright position, with its base horizontal, and not closer than three (3) feet to any antenna lead.

      C.   <u>Liaison Set</u>.-

          (1)   The installation of the complete liaison radio equipment shall be in accordance with Douglas Aircraft Company drawings as listed in Paragraph <u>C</u> (2) following.

Revised:   March 10, 1938 ; February 29, 1940

Ex.: 8; Pg.: 88