Exhibit G, Part 11 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6661-1 Filed 04/28/11 Page 1 of 11
Case 3:11-cv-00061-JSW Document 66-1 Filed 04/24/11 Page 12 of 50

-40a-

No. DS-225
February 15, 1937

V. 7. C. (2) The Liaison Set shall be installed in accordance with Douglas Drawing No. 5044117. The antenna reel as shown on the above drawing is so located that the radio operator may operate same without leaving his seat. The installation of the transmitter is such that it will be possible to change tuning units during flight.

(3) All antenna leads shall be as short as possible and shall not be run parallel to metal members of the airplane with a clearance of less than 2 inches.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 89

-41- No. DS-225
Feb. 15, 1937

V. 7. C. (4) The receiver shall be in accordance with Air Corps Drawing No. 36D5855.

(5) The transmitter dynamotor shall be installed near the storage batteries with its axis at right angles to the line of flight, in accordance with Douglas Drawing No. 5044117.

(6) No fuse shall be used in the positive high voltage lead to the Liaison set transmitter. (Reference: E.S.M.R. S-30-22.)

(7) Conductors between the master switch connector panel and the transmitter dynamotor shall be of such size that when the dynamotor and transmitter are drawing 60 amperes and the voltage at the master switch panel is 12.0 volts, the voltage at the dynamotor terminals will not be less than 11.0 volts. The filament conductors between the transmitter dynamotor and the transmitter shall be of such size that when the transmitter is operated on "Tone" and the voltage at the dynamotor terminals is 11.0 volts, at least 10.3 volts shall be available at the transmitter terminals.

D. Radio Compass.-

(1) The Radio Compass equipment installation shall be substantially in accordance with Douglas Aircraft Company drawing No. 5044117.

(2) One set of controls shall be installed for the pilot, substantially in accordance with Douglas Aircraft Company drawing No. 5044117, and one set for the radio operator. The loop rotator shall be conveniently accessible to the radio operator. One indicator shall be installed on the pilot's instrument board and one shall be installed for the radio operator's use, in accordance with Douglas Drawing No. 5044117.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 90

Case MDL No. 875 Document 6661-1 Filed 01/28/11 Page 3 of 11
Case 3:11-cv-00067-JSW Document 66-1 Filed 04/24/11 Page 4 of 50

-42-                                           No. DS-225
                                                Feb. 15, 1937

V. 7. D. (3) The radio compass unit shall be located so that it may be connected to the loop mount by a cable assembly 42 inches long. Any excess length of cable shall be coiled up but shall not be cut off. The radio compass unit shall be accessible during flight for adjustment.

(4) The radio compass loop shall not exceed 21 inches in diameter and shall not extend more than 24 inches above the fuselage when installed.

(5) The loop shall not be retractable and shall be located to the left hand side of the centerline of the airplane with the centerline of the loop vertical with the airplane in normal flying position. The radio compass loop installation shall be in accordance with Douglas Drawing No. 5044117 superseding Drawing No. 5014117.

E. Interphone, Multi-Place.- An interphone system shall be installed on the airplane herein described. Same shall be connected to the Command set and to the Liaison set, in accordance with Douglas Wiring Diagram, No. 5046806. The amplifier shall be accessible to the radio operator during flight. Jack boxes shall be installed in convenient locations for each member of the crew and additional jack boxes, making a total number of eight required. A mounting hook for the hand held microphone shall be installed near each jack box. The pilot's, co-pilot's and navigator's interphone jack boxes shall be connected in the same manner as radio operator's box, so the above listed crew members may modulate the Liaison set. An extra unshielded 20 gage wire shall be run to these four interphone boxes from the radio compass junction box.

F. Marker Beacon Receptor.- Type RC-20

(1) The type RC-20 Marker Beacon Receptor equipment complete including the antenna shall be installed substantially in accordance with Douglas Aircraft Company Drawing No. 5044117 superseding Drawing No. 5014117. The Marker Beacon Receptor Indicator shall be mounted on the pilot's instrument board. The Marker Beacon shall be interconnected with the radio compass in accordance with Douglas Drawing No. 5046806, thereby obviating the necessity for a control switch for same.

Revised: March 10, 1938; February 29, 1940      Ex.: 8; Pg.: 91

-42a-   No. DS-225
Feb. 15, 1937

V. 7. F. (2)   The remaining component parts of the Marker Beacon Receptor shall be located in the front gunner's compartment in a position readily accessible for adjustment and maintenance.

Revised: March 10, 1938

Case MDL No. 875 Document 6661-1 Filed 01/28/11 Page 5 of 11
Case 3:11-cv-00061-JSW Document 66-1 Filed 04/24/11 Page 16 of 50

-43-                                    No. DS-225
                                         Feb. 15, 1937

V. 7. G. **Antenna Equipment.-**

    (1) A fixed wire antenna shall be installed for the Command set and the lead-in shall enter the fuselage at a point such that the length of the antenna lead inside the airplane shall be as short as possible, in accordance with Douglas Drawing No. 5044117.

    (2) A fixed wire antenna and a trailing wire antenna shall be installed for the Liaison set in accordance with Douglas Drawing No. 5044117. A change-over switch shall be installed to change from one antenna to the other. The fixed wire antenna shall be at least 39 ft. long.

    (3) A fixed wire antenna running fore and aft of the airplane and symmetrical laterally shall be installed for the radio compass, in accordance with Douglas Drawing No. 5044117.

    (4) The lead-in for the radio compass antenna shall be vertical and shall enter the fuselage not less than two, nor more than four feet from the centerline of the radio compass loop.

    (5) Suitable tension units shall be provided for the antenna wires.

H. **Miscellaneous:**

    (1) The positive 12 volt leads to the Command and Radio Compass sets only shall be fused (Reference: E.S.M.R. S-30-22).

    (2) Plugs to which the flexible conduit is attached shall be in accordance with Section V, 12, Page 59 of this specification.

    (3) The tuning and control shafts, with fittings, listed in Section V, 12, Page 59 of this specification, will be furnished by the government in bulk and shall be fabricated and installed by the contractor.

    (4) The length of the co-pilot's headset connector cord shall be fifty four (54) inches.

Revised: March 10, 1938; February 29, 1940    Ex.: 8; Pg.: 93

V. 8. **Photographic Installation.** Provisions shall be made on the airplane herein described for the installation of a T-3A camera and a K-3B camera, with accessories, in accordance with Douglas Drawing No. 5014131, and in accordance with equipment listing in Section V, 12, Page 62 of this specification.

9. **Electrical Installation.**

   A. **Radio Interference.** Special attention shall be given to the table covering radio interference, Section II, Part IV, Volume I, of the Handbook of Instructions for Airplane Designers.

   B. The electrical installation shall be a single-wire grounded system.

   C. All electrical cables with the exception of magneto, ignition and heavy duty engine starter cables, shall be protected by fuses of sufficient capacity to prevent burning of the cable insulation in the event of a short circuit. Spare fuses shall be carried in the fuse boxes or in adjacent separate containers.

   D. A Klaxon horn shall be provided and a red signal light for the up position and green signal light for the down position of the landing gear shall be provided, in lieu of the type B-1 signal assembly.

   E. Batteries shall be installed in accordance with Douglas Drawing No. 5044111.

   F. Type A-9 landing lights, drawing 36D3467, shall be installed in accordance with Douglas Drawing No. 5034040.

   G. A Type B-1 (passing) lamp assembly shall be installed in the left hand wing, in accordance with Douglas Drawing No. 5034040, and a separate switch shall be provided for the control of this lamp assembly.

   H. A generator control panel shall be installed within a shielding container which shall be located in the fuselage in an accessible position for servicing the controls. The generator negative cable shall be grounded on the generator control panel.

   I. Fittings in accordance with drawing 31-1176, 31-1177, 36A2212, 36A2213 and 36A2214 shall be used for connecting conduit to connector panels, equipment and other lengths of conduit.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 94

V. 9. J.  A cabin lamp assembly, Type A-2 (dome), shall be installed in the bomb sight compartment.

K.  The instrument light wiring installation shall consist of individual resistors mounted in a junction box similar to Air Corps Drawing No. H37B5219 and a wiring harness incorporating plugs, Air Corps Part No. 37A5157, at each instrument, in accordance with Douglas Drawing No. 5044111.

L.  The starter circuit and booster ignition circuit shall be safetied through the ignition switch.

M.  A master switch shall be installed close to the batteries with a battery cart connection which shall be accessible from the outside of the airplane herein described, on the right hand side.

N.  A separate switch for the tail navigation light shall be provided substantially in accordance with Douglas Drawing No. 5046445.

O.  Rheostat control shall be provided for the fuel analyzer gauge lights by interconnection with the engine instrument circuit.

P.  The landing light switches shall be located in a small junction box located on the head of the control pedestal immediately to the rear of the throttle levers, substantially in accordance with Douglas Drawings No. 5044076 and No. 5044111, and shall incorporate guards as shown on Douglas Drawings No. 1077347 and No. 1077348.

Q.  A light for the radio Command set remote control dial shall be provided substantially in accordance with Douglas Drawing No. 5047917.

R.  The terminal position for the starter cables on the left hand nacelle junction box shall be arranged as shown on Douglas Drawing No. 5046842.

S.  The ammeters, voltmeter, voltmeter selector switch and the main line switches shall be located in a position for operation by the radio operator.

Revised: March 10, 1938; February 29, 1940

V. 10. <u>Miscellaneous Installations</u>:

A. <u>Pyrotechnic Equipment</u>.

(1) The airplane herein described shall be equipped to carry two Type M-8 flares in two Type A-3 flare racks, in accordance with Douglas Drawing No. 5014156. The installation shown on the above drawing is such that it will be possible to reload the flare racks during flight.

(2) Provisions shall be made in the airplane herein described for carrying four additional M-8 flares, as shown on the above drawing.

(3) The pull to release the flares from the type A-3 racks measured from the release handle, shall not exceed 35 pounds. Pulleys shall be used in the release cable installation at all points where the change in direction exceeds 45 degrees. The flare release cables shall be conducted through 3/16 O.D. x .035 wall aluminum alloy tubing, in accordance with Douglas Drawing No. 5014156.

(4) The Type A-3 release handles for releasing the M-8 flares from the airplane shall be located below the co-pilot's seat on the left hand side in order that the pilot or co-pilot may release same.

B. <u>Signalling Equipment</u>. The installation of the M-2 signal pistol and the M-9, M-10 and M-11 signal flares shall be in accordance with Douglas Drawing No. 5014156.

C. <u>Oxygen</u>:

(1) <u>Cylinder Bracket</u>. Brackets for holding oxygen cylinders for each member of the crew shall be

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 96

Case MDL No 875 Document 6661-1 Filed 01/28/11 Page 9 of 11
Case 3:11-cv-00061-JSW Document 66-1 Filed 04/24/11 Page 20 of 50

V. 10. C. (1) Continued

provided in accordance with Douglas Drawing No. 5014130.

(2) <u>Regulator</u>.- Installation of one regulator for each member of the crew shall be in accordance with Douglas Drawing No. 5014130.

(3) <u>Tube Lines and Fittings</u>.- Where the cylinder regulators are installed separately, tubing and fittings as listed below shall be used and permanently installed:

Copper tubing, 3/16" O.D. x .032 wall thickness Specification WW-T-799.

For making connection with regulator seat, High Pressure Oxygen Connection, Drawing ................................ 046368

For making connection with cylinder nut, High Pressure Oxygen Connection, Drawing ............................ 041710
Nipple, High Pressure Oxygen Connection, Drawing .................... 041709

All soldered joints shall be made with silver solder. All tubular lines and fitting assemblies shall be tested to a pressure of 3,000 pounds per square inch before final installation.

CAUTION: Tube lines and fittings shall be thoroughly cleaned, special care being taken to insure that they are free from oil. No parts of the gaseous oxygen system shall be installed near oil tanks or lines.

D. <u>Parachute and Brackets</u>.- Provisions shall be made in airplane herein described to accommodate four (4) each brackets, attachable parachute, No. 31-1178, as listed in Section V, 12, Page 68 of this specification.

E. <u>Safety Belts</u>.- Provisions for safety belts shall be made in accordance with listing for Miscellaneous Equipment, Section V, 12, Page 68 of this specification.

Revised: March 10, 1938

Ex.: 8; Pg.: 97

V. 10. F. **Life Preserver Cushions.** Life preserver cushions shall be furnished in accordance with the listing of Miscellaneous Equipment, Section V. 12, Page 68 of this specification.

G. **Life Rafts.** Provisions shall be made for the installation of one Type A-1 life raft in accordance with Section V. 2. B (2) (o) (2), Page 21 of this specification.

H. **Flotation Gear.** Built-in flotation shall be provided in accordance with Section V. 2. B (2) (o) (1), Page 21 of this specification.

I. **Navigation Case.** A drawer as listed in Section V. 2. B. (2) (b) (2), Page 19 of this specification, shall be installed for the use by the navigator.

J. **Map Case.** A map case 4 x 9 x 12 inches, having a positive latch, shall be provided in the main cabin for use by the navigator.

K. **Message Containers.** No provisions shall be made on the airplane herein described for message containers.

L. **Message Pick-Up Hook.** No provisions shall be made on the airplane herein described for message pick-up hook.

M. **Fire Extinguishers.** Two Type A-2 fire extinguishers shall be installed in the airplane herein described, one located immediately aft of the main cabin and one located inside the front gunner's compartment near the lower escape hatch. One Type A-12 pressure fire extinguisher shall be installed in the airplane herein described in accordance with Section V. 2. B. (2)(o) (4), Page 29, of this specification.

N. **Pilot's Relief Tubes.** Government furnished relief tube equipment shall be installed in the rear portion of the fuselage, effective on airplanes, Air Corps Serial No. 37-539 to 37-634, inclusive, 38-585 to 38-609, inclusive, and 39-12 to 39-26, inclusive.

O. **Engine, Cockpit, Propeller Covers.** Engine covers only shall be provided for the airplane herein described as listed in Section V. 12, Page 69 of this specification.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 98

V. 10. P. Speaking Tubes. No provisions shall be made for speaking tubes in the airplane herein described.

Q. Deicing Equipment. Deicing equipment, including deicer slinger rings, shall be installed in the airplane herein described, in accordance with Section V. 2. B (2) (o) (3), Page 22 of this specification.

R. Heating and Ventilating System. The heating and ventilating system shall be installed in the airplane herein described, in accordance with Section V. 2 B. (2) (n), Page 21 of this specification.

S. Airplane Flight Report Holder. One airplane flight report holder shall be installed in the airplane herein described, as listed in Section V. 12, Page 68 of this specification. The flight report holder shall be located on the side of the main cabin, immediately to the rear of the co-pilot's seat.

T. Airplane Data Case. One case shall be provided in the airplane herein described to accommodate the maintenance manual and one wiring diagram, and shall be located on the rear side of the door at the rear end of the main cabin. One holder shall be provided on the main connector panel cover for the bombing equipment loading and hoisting data manual.

U. Cabin Bunks. One bunk shall be installed in the left hand side of the ship immediately to the rear of the main cabin, which shall be adjustable to a level position while the ship is in flight or to a level position while the ship is at rest on the ground. Three (3) additional bunks shall be stowed in the right hand side of the ship opposite the main entrance door and brackets as required shall be provided for mounting the bunks in a level position while the ship is at rest on the ground. These three (3) additional bunks shall be considered as special load.

V. Water Bottle. A two-quart vacuum bottle and paper cup container shall be installed immediately to the rear of the radio operator's seat for use on long-range missions.

W. Seats. The pilot's and co-pilot's seats shall be adjustable for vertical position only. The pilot's seat shall be moved back 3 inches and the co-pilot's seat shall be moved back 1 1/2 inches from the location as originally provided on B-18 airplanes. The

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 99