-48a-

No. DS-225
Feb. 15, 1937

V. 10. W. Continued

navigator's seat shall be designed to permit ro-
tation to accommodate the navigator while work-
ing at this table or while using his navigation in-
struments. The radio operator's seat shall be so de-

Revised: March 10, 1938

Ex.: 8; Pg.: 100

Case MDL No 875 Document 6661-1 Filed 04/28/11 Page 2 of 50

No. DS-225
Feb. 15, 1937

V. 10. W.   Continued

> signed as to permit the seat to swing to a con-
> venient position when the operator is operating the
> radio equipment, or to a position which will allow
> the operator to ride facing forward when not opera-
> ting the equipment. The radio operator's seat in-
> stallation shall not be provided with fore and aft
> adjustment. All seats shall be in accordance with
> Douglas Drawings as listed below:

> > Pilot's .................... 5045554
> > Co-Pilot's ................. 5045565
> > Navigator's ................ 5027178
> > Radio Operator's ........... 5043727

X. **Miscellaneous Items**.- Main cabin rugs, lower rear
gunner's floor pads and the front gunner's floor
pad and back rest pad shall be provided similar
to that now incorporated on Air Corps Model B-18
airplanes.

Y. **Tow Target**.- Tow target equipment shall be instal-
led on eight (8) airplanes second to ninth arti-
cles, inclusive, Serial Nos. AC37-459 to 37-466,
inclusive, substantially in accordance with Doug-
las Aircraft Company Drawing No. 5044164. The
Government shall furnish 8 each impellers, Part
No. 074639, and 8 each windlass assemblies, Part
No. 33K4780 without cost to the contractor. All
other parts required to accomplish this installa-
tion shall be furnished by the contractor per Douglas
drawing No. 5044164.

Z. **Side Window Curtains**.- Roller curtains shall be
provided for the side windows in the navigator's
and radio operator's compartments, substantially
in accordance with Douglas Aircraft Company Draw-
ings Nos. 5044098 and 4044934.

AA. **Instrument Light Visors**.- A metal visor, Part No.
5014043-152, shall be provided in the forward part
of the cockpit enclosure to prevent instrument
light glare on cockpit enclosure glass.

BB. **Troop Carrying Provisions**.- Provisions shall be
made for the transportation of thirteen (13) pas-
sengers in addition to the crew of six (6). The

Case MDL No. 0875 JSW Document 66611 Filed 04/28/11 Page 3 of 150

V. 10. BB. Continued

installation shall be substantially in accordance with Douglas Aircraft Company Drawing No. .5044165.

CC. Blind Flying Curtain.- A blind flying curtain shall be installed substantially in accordance with Douglas Aircraft Company Drawing No. 5045598.

DD. Compass Cover.- A metal compass cover for the navigator's D-4 compass shall be provided substantially in accordance with Douglas Aircraft Company Drawing No. 4046751.

EE. Sun Visors.- The pilot's and co-pilot's sun visors shall be green instead of amber.

11. Materials - Finishing and Processes.- The external metal surfaces of the airplane herein described shall consist of materials which, as specified in specification S-100, do not require an additional organic protective coating. The finish of the airplane complete shall be in accordance with Douglas Finish Specification No. F-54.

12. Equipment and Furnishings.- The airplane shall be designed and constructed to accommodate the items listed. In the event a contract is effected, the furnishing of the items will be governed by the following:

A. The contractor shall permanently install in the airplane and adjust for use, all items marked with one asterisk (*), which items shall be furnished free of charge by the government.

B. The contractor shall temporarily install in the airplane and adjust for use all items marked with two asterisks (**), which items or dummy models will be furnished free of charge by the government for installation checking purposes.

C. Items marked with three asterisks (***) cover equipment to be installed by tactical organizations and will not be furnished to the contractor.

D. The contractor shall furnish, permanently install and carefully fit for use, all items not bearing asterisk notations.

E. All other items not specifically mentioned shall be furnished by the contractor.

No. DS-225
February 15, 1937

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pound |
|---|---|---|---|
| | **PROPELLERS** | | |
| *2 | Propellers - hydromatic, full feathering<br>  6 Blades - 6153A-18<br>  2 Hubs   - 23E50<br>  2 Sets Controls, Constant Speed and<br>       Feathering<br>  2 Slinger Rings | | 399 ea. |
| | **POWER PLANT (Weight Empty)** | | |
| *2 | Engine, Wright Cyclone, R-1820-53<br>  (with Hamilton Standard constant<br>  rev. control, Type 4K11-B............ | | 1213.2 |
| #*2 | Cuno Oil Filter Turning Device ........ | | |
| 1 | Primer, Engine (twin) ............ Spec. | 28136 | .60 |
| 1 | E-3 Selector Valve ................. | AN4002-3 | |
| 1 | Dial and Handle Assembly, D-2 ........ | 2024825 | |
| 1 | Dial and Handle Assembly, E-3 ........ | 5023172-3 | |
| 1 | Dial and Handle Assembly, K-3 ........ | 1026798 | |
| 1 | Dial and Handle Assembly, K-3 ........ | 1026792 | |
| 1 | Driver-Fuel Cock Control ............ | 138695 | |
| 1 | Driver-Fuel Cock Control ............ | 138696 | |
| 1 | Driver-Fuel Cock Control ............ | 138697 | |
| 2 | Selector Valve, Tank, Type K-3 ....... | | |
| 1 | Cross Feed Valve, Type D-2 .......... | | |
| 7 | Screen, Tank Outlet ................ | 2028256 | |
| 4 | Fuel Tank Filler Cap ............... | 2024109 | |
| 4 | Fuel Tank Filler Neck .............. | 272317 | |
| 3 | Tank Filler Cap and Adapter (made<br>  from 0153682)..................... | 122530 | |
| 1 | Fuselage Oil Tank Filler Neck ........ | 5025541 | |
| 2 | Nacelle Oil Tank Filler Cap .......... | 2005270 | |
| 2 | Nacelle Oil Tank Filler Neck ......... | 2020803 | |
| 1 | Fuselage Oil Tank Gauge ............. | 2042590 | |
| 2 | Nacelle Oil Tank Gauge .............. | 2021069 | |
| 1 | Control Unit Engine ................ | Douglas<br>Type | |
| 2 | Cock, Oil Drain ........ (Modified) ... | 32D527 | .82 |
| 2 | Oil Temperature Regulator ........... | 2046267 | 25.60 |
| 2 | Valve Assem., Oil By-Pass and Relief,<br>  Type D-5 ......................... | 33A1854 | |
| 2 | Hand Pump, type D-2 ................ | AN 4009 | |
| *2 | Unit, Fuel System, Type G-1 ...... Spec. | 28189-A | |
| 1 | Hand Pump, Type D-2 (Aux. Oil Sys.) ... | AN 4009 | |
| 1 | Pesco, High Pressure Oil Pump ........ | 203DA | |
| *1 | Pump, Fuel Servicing ............... | 38G3046 | |

# Used only on AC37-604 to AC37-634, inclusive, AC38-585 to
AC38-609, inclusive, and AC39-12 to AC39-26, inclusive.

Revised:  March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 103

No. DS-225
February 15, 1937

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pound |
|---|---|---|---|
| | **POWER PLANT (Cont'd)** | | |
| 1 | Eclipse Oil Separator (Deicer) ............. | M3356 | |
| 1 | Eclipse, Distributor Valve (Deicer) ... | M3354 | |
| 2 | Eclipse, Air Check Valves (Deicer) .... | M3032 | |
| 1 | Deicer Pressure Gauge ... Kollsman .... | 225-01 | |
| 2 | Oil Separators ....................... | 2029450 | |
| 2 | Control, Oil Shutter ................. | 5005198 | |
| *1 | Deicer Shoe (Goodrich), light to tip -<br>left wing, Part No. C-133-3-1 ....... | 7190C-<br>133-3 | 2.717 |
| *1 | Deicer Shoe (Goodrich), light to tip -<br>right wing, Part No. C-133-3-2 ....... | 7190C-<br>133-3 | 2.717 |
| *1 | Deicer Shoe (Goodrich), nacelle to<br>light, left wing, Part No. C-133-2-1 | 7190C-<br>133-2 | 4.945 |
| *1 | Deicer Shoe (Goodrich), nacelle to<br>light, right wing, Part No. C-133-2-2 | 7190C-<br>133-2 | 4.945 |
| *1 | Deicer Shoe (Goodrich), fuselage to<br>nacelle, left wing, Part No. C-133-1-1 | 7190C-<br>133-1 | 15.1 |
| *1 | Deicer Shoe (Goodrich), fuselage to<br>nacelle-right wing, Part No. C-133-1-2 | 7190C-<br>133-1 | 15.1 |
| *1 | Deicer Shoe (Goodrich), horizontal<br>stabilizer, left, Part No. C-133-4-1 | 7190C-<br>133-4 | 4.709 |
| *1 | Deicer Shoe (Goodrich), Horizontal<br>stabilizer, right, Part No. C-133-4-2 | 7190C-<br>133-4 | 4.709 |
| *1 | Deicer Shoe (Goodrich), vertical<br>stabilizer, Part No. C-133-5 ......... | 7190C-<br>133-5 | 4.723 |
| *2 | Deicer Shoe (Goodrich), radio mast,<br>Part No. C-133-6 .................... | 7190C-<br>133-6 | 1.316 |
| 2 | Eclipse, Air Relief Valve ............. | M-3258 | |

NOTE: Propellers shall be furnished complete with
deicer slingers attached.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 104

No. DS-225
Feb. 15, 1937

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pound |
|---|---|---|---|
| | - ARMAMENT | | |
| | **Machine Gun, Flexible, Front**<br>Condition A (Design Useful Load) | | |
| **1 | Aircraft Machine Gun, Cal. .30 Flex-<br>ible, Model M-2 less Sight Mounts.. | H35M2075 | 22.05 |
| **1 | Sight, Assembly, Rear, Type B-10.... | 37B3574 | .18 |
| **1 | Sight, Assembly, Front, Type A-4 ... | 37B5578 | .18 |
| **1 | Gun Mount Adapter, Type C-12, com-<br>plete less yoke ...................... | 37G4926 | 2.79 |
| **6 | Ammunition Boxes, Type L-4 ......... | 30-616 | 9.00 |
| ***600 | Rounds Cal. .30 Ammunition with Links | | 39.00 |
| 1 | Yoke (Douglas) ...................... | 4047186 | 2.71 |
| 1 | Container-Case Ejection, Type A-4 .. | 37D5641 | .75 |
| 1 | Container- Link Ejection, Type A-4.. | | Est. .75 |

Total Design Useful Load    77.41

**Machine Gun, Flexible, Front**<br>Condition B (Alternate Useful Load)

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pound |
|---|---|---|---|
| **1 | Camera Gun, Type G-4 ............... | | |
| **1 | Camera Gun Mount Adapter Assem.,Type<br>B-1 ............................... | 30-1435 | |
| **1 | Sight Mount, Type C-1 .............. | 0150958 | |
| **1 | Sight Rear Ring, Type B-8 ......... | 0150973 | |
| **1 | Sight, Post, Type A-3 ............. | 030257 | |
| **1 | Spade Grip, Type F-2 .............. | C3863 | |
| **1 | Camera Winding Crank .............. | 32B1230 | |
| ***2 | #6 Dry Cell Batteries ............. | | |
| ***1 | Battery Supt. Bracket ............. | 33B4690 | |
| ***1 | Battery Wire Assem. ............... | 33B4657 | |
| ***1 | Film Cartridge .................... | | |

Total (Alternate Useful Load)    32 Ap.

**Machine Gun, Flexible, Front**<br>(Weight Empty)

| Quan-<br>tity | Item |
|---|---|
| 1 | Gun Mount, Douglas Type ............ |
| 1 | Gun Stowing Latch, Douglas Type .... |
| 1 set | Holders for 6 Type L-4 ammunition<br>boxes, Douglas Type .............. |

Revised: March 10, 1938

Ex.: 8; Pg.: 105

No. DS-225
Feb. 15, 1937

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| | **Machine Gun, Flexible, Rear Upper**<br>**Condition A (Design Useful Load)** | | |
| **1 | Aircraft Machine Gun, Cal. .30, Flex-<br>ible, Model M-2 ................. | H55M2075 | 22,05 |
| **1 | Sight, Assembly, Rear, Type B-10 .... | 57B5574 | .18 |
| **1 | Sight, Assembly, Front, Type A-4 .... | 37B3578 | .18 |
| **1 | Gun Mount Adapter, Type G-12, Complete<br>less Ejection Containers .......... | 37G4926 | 5.50 |
| **6 | Ammunition Boxes, Type L-4 .......... | 30-616 | 9.00 |
| ***600 | Rounds Cal. .50 Ammunition with Links | | 39.00 |
| | Total Design Useful Load | | 75.91 |
| | **Machine Gun, Flexible, Rear Upper**<br>**Condition B (Alternate Useful Load)** | | |
| **1 | Camera Gun, Type G-4 ................ | | |
| **1 | Camera Gun Mount Adapter Assem.,Type<br>B-1 ............................ | 30-1435 | |
| **1 | Sight Mount, Type C-1 .............. | 0150958 | |
| **1 | Sight Rear Ring, Type B-8 .......... | 0150975 | |
| **1 | Sight, Post, Type A-3 .............. | 030257 | |
| **1 | Spade Grip, Type F-2 ............... | C3863 | |
| **1 | Camera Winding Crank ............... | 32B1250 | |
| ***2 | #6 Dry Cell Batteries ............. | | |
| ***1 | Battery Supt. Bracket .............. | 33B4690 | |
| ***1 | Battery Wire Assem. ................ | 33B4657 | |
| ***1 | Film Cartridge .................... | | |
| | Total (Alternate Useful Load) | | 32 Ap. |
| | **Machine Gun, Flexible, Rear Upper**<br>**(Weight Empty)** | | |
| 1 | Gun Mount, Douglas Type ............ | | |
| 1 | Gun Stowing Latch, Douglas Type ..... | | |
| 1 set | Holders for 6 Type L-4 Ammunition<br>Boxes, Douglas Type ............... | | |

Revised: March 10, 1938

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pound |
|---|---|---|---|

## Machine Gun, Flexible, Rear Lower
### Condition A (Design Useful Load)

| | | | |
|---|---|---|---|
| **1 | Aircraft Machine Gun, Cal. .30, Flex- | | |
| | ible, Model M-2 ................... | H35M2075 | 22.05 |
| **1 | Sight, Assembly, Rear, Type B-10 .... | 37B3574 | .18 |
| **1 | Sight, Assembly, Front, Type A-4 .... | 37B3578 | .18 |
| **1 | Gun Mount Adapter, Type C-12, Com- | | |
| | plete, less Ejection Containers ... | 37G4926 | 5.50 |
| **6 | Ammunition Boxes, Type L-4 .......... | 30-616 | 9.00 |
| ***600 | Rounds Cal. .30 Ammunition with Links | | 39.00 |

Total Design Useful Load ............      75.91

## Machine Gun, Flexible, Rear Lower
### Condition C (Alternate Useful Ld.)

| | | | |
|---|---|---|---|
| **1 | Camera Gun, Type G-4 ................ | | |
| **1 | Camera Gun Mount Adapter Assem., | | |
| | Type B-1 ........................ | 30-1435 | |
| **1 | Sight Mount, Type C-1 .............. | 0150958 | |
| **1 | Sight, Rear Ring, Type B-8 ......... | 0150973 | |
| **1 | Sight, Post, Type A-3 .............. | 030257 | |
| **1 | Spade Grip, Type F-2 ............... | C3863 | |
| **1 | Camera Winding Crank ............... | 32B1230 | |
| ***2 | #6 Dry Cell Batteries .............. | | |
| ***1 | Battery Support Bracket ............ | 33B4690 | |
| ***1 | Battery Wire Assembly .............. | 33B4657 | |
| ***1 | Film Cartridge ..................... | | |

Total (Alternate Useful Load)      32 Ap.

## Machine Gun, Flexible, Rear Lower
### (Weight Empty)

| | | | |
|---|---|---|---|
| 1 | Gun Mount .......................... | (Douglas) | |
| 1 | Gun Stowing Latch, (Cal. .30) ...... | (Douglas) | |
| 1 | Gun Stowing Latch (camera gun) ..... | (Douglas) | |
| 1 set | Holders for 6 Type L-4 (Cal. .30) | | |
| | Ammunition Boxes ................. | (Douglas) | |

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 107

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

## BOMBER'S EQUIPMENT (Bomber's Cockpit)
### (Design Useful Load)

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| # **1 | Bomb Sight, Type M-1 ............ | | 53.0 |
| # 1 | Bomb Sight Extension ............ | H35B2172 | 2.0 Est. |
| ## **1 | Bomb Sight, Type O-1 ............ | | 85.0 |
| ## 1 | Bomb Sight Extension ............ | H35B2172 | |
| ### **1 | Bomb Sight, Type M-1 ..... Spec. | 24580-A | 22.0 |

## BOMBING EQUIPMENT (Bomber's Cockpit)
### (Weight Empty)

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| ### *1 set | Automatic Flight Control Equipment, including 1 Sector Panel and 1 Directional Stabilizer ............. Spec. | 24580-A | 140 |
| # 1 | Bomb Sight Mounting Stud Assem. | 1075396 | |
| # 3 | Bomb Sight Mounting Stud Assemblies at 1 lb. each ........... | H35A1413 | |
| #1 set | Brackets for Bomb Sight and Bomb Sight Stud Assemblies ........ | 5047456 | |
| ## 1 | Bomb Sight Support Bracket ..... | 5077254 | |
| ### 1 | Bomb Sight Support Bracket ..... | 5080118 | |
| ### 1 | Bomb Sight Mount Assem. ........ | 5080235 | |
| 1 | Bomb Release Handle, Douglas Type ........................ | 2046953-2 | |
| Reqd. | Brackets, Bell Cranks, Links, Fittings, etc., complete for all bomb rack controls ....... | 5044141 | |
| Reqd. | Fittings, Wiring, Shielding, etc., complete for electrical control of bomb racks ........ | | |
| 1 | Indicator, to show the number of bombs on rack ............. | | |
| 1 | Door Operating Handle (Douglas Type) ........................ | 2046953-3 | |

\#    Used only on AC37-458 to AC37-554, inclusive.

\#\#   Used only on AC37-555 to AC37-594, inclusive.

\#\#\#  Used only on AC37-595 to AC37-634, inclusive,
      AC38-585 to AC38-609, inclusive, and
      AC39-12 to AC39-26, inclusive.

Revised:   March 10, 1938; February 29, 1940

No. DS-225
February 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|----------|------|-------------------|--------------|
| | **CONDITION "A"**<br>(Bombs, (Design Useful Load) | | |
| **1 | 2000-lb. Type M-34 Bomb ............. | | |
| **1 | B-3 Bomb Shackle ................... | | |
| | or | | |
| **2 | 1100-lb Bombs at 1130 lbs. ea. | | 2260.0 |
| **2 | B-7 Bomb Shackle at 2.7 lbs. ea. ... | 33D5226 | 5.4 |
| | or | | |
| **4 | 600-lb Bombs ....................... | | |
| **4 | B-7 Bomb Shackle ................... | | |
| | or | | |

Revised: March 10, 1938; February 29, 1940

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| | **CONDITION "A" (Continued)** **(Bombs, (Design Useful Load)** | | |
| **8 | 300-lb. Bombs ................. | | |
| **8 | B-7 Bomb Shackle ............. | | |
| | or | | |
| **20 | 100-lb. Bombs ................. | | |
| **20 | B-7 Bomb Shackle ............. | | |
| | Total (Design Useful Load).. | | 2265.4 |
| | **CONDITION "B"** **(Bombing Equipment Special Useful Load)** | | |
| | To be carried as an alternate load in place of bombs under Condition "A", as 2000-lb. Mark I, Mark IMI or Mark IMII are carried internally. | | |
| * 1 | Bomb Shackle Assembly, Type D-3. | 33K2512 | 25.0 |
| **1 | 2000-lb. Bomb at 2121 lbs., Mark I, Mark IMI, Mark IMII.... | | |
| | **BOMB RACK EQUIPMENT (Weight Empty)** | | |
| 1 | Bomb Rack, Complete ............ | | |
| Set | Brackets, Cables, Rods, Bell Cranks, etc. complete for bomb rack and bomb rack shackles for bombs under Conditions "A" & "B". | | |
| Set | Brackets and Equipment for mounting bomb hoist ................. | | |
| Set | Brackets Complete for Bomb Hoist Drum, Handle, and Sling stowage ......................... | | |
| | **BOMB CONTROL EQUIPMENT (Pilot's Cockpit) (Weight Empty)** | | |
| 1 | Release Handle, Douglas Type, Emergency Bomb ................ | | |
| Reqd. | Brackets, Pulleys, Cables, etc. complete for emergency release. | | |
| Reqd. | Unlocking device for emergency release leading to Douglas type release handles .............. | | |

Revised: March 10, 1938