Exhibit G, Part 13 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6661-2 Filed 01/28/11 Page 1 of 17
Case 3:11-cv-00015-JSW Document 66-1 Filed 01/24/11 Page 34 of 50

-57-

No. IS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

### BOMB HOIST EQUIPMENT
### Not a part of Useful Load or Weight Empty.

| | | | |
|---|---|---|---|
| 1 | Set, Bomb Hoist Slings, Douglas Type | 300-lb. | 4026717 |
| | | 600-lb. | 4026718 |
| | | 1100-lb. | 4026719 |
| | | 2000-lb. | 4026720 |
| 1 | Bomb Hoist Assem, Complete, (Douglas) | | 5026689 |

Including all equipment needed to accomplish the hoisting of the bombs upon the airplane.

No. DS-225
February 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

V. 12.     **INSTRUMENTS (Weight Empty)**

| Qty | Item | Spec. No. |
|---|---|---|
| *2 | Indicator, airspeed, Type D-4 | Spec. 27805 |
| *2 | Tube, airspeed, Type C-2 | Spec. 27791 |
| *2 | Altimeter, Type C-10 | Spec. 27808 |
| *2 | Compass, Type B-16 | Spec. 27807 |
| # *2 | Clock, Type A-7 | Spec. 27814 |
| ## *2 | Clock, Type A-9 | Spec. 27879 |
| 1 | Fuel quantity gauge, Elec. Liquid-ometer type (including switch) | SK-EA7000 |
| *1 | Compass, Type D-4 | Spec. 94-27232 |
| *1 | Driftmeter, Type B-3 | Spec. 27796 |
| *2 | Thermometer (air) Type C-6 | Spec. 27822 |
| *1 | Indicator, bank & turn, Type A-5 | Spec. 27803 |
| *1 | Indicator, rate of climb, Type A-6 | Spec. 27782 |
| *1 | Gauge, landing gear pressure, Type E-3 | Spec. 27812 |
| *2 | Tachometer, Type E-4 | Spec. 27817 |
| *2 | Gauge, oil pressure, Type B-5 | Spec. 27809 |
| *2 | Gauge, fuel pressure, Type C-8 | Spec. 27810 |
| *2 | Indicator, thermometer (oil) Type A-14 | Spec. 27830 |
| *2 | Gauge, manifold pressure, Type D-2 | Spec. 27811 |
| *2 | Indicator, thermocouple, Type B-7 | Spec. 27821 |
| *2 | Indicator, thermometer (carburetor mixture), Type F-2 | Spec. 27823 |
| 2 | Gauge, oil quantity (Douglas) | 1047961 |
| 1 | Bank & Turn needle valve (Douglas) | |
| *1 | Exhaust gas analyzer (twin engine), Cambridge | |
| 1 | Engine synchronizer, Eclipse | C-62997 |
| *1 | Turn indicator, Type A-3 | Spec. 27800 |
| *1 | Flight indicator, Type C-5 | Spec. 27802 |
| *1 | Gauge, Suction, Type F-2 | Spec. 27813 |

\# Used only on AC37-458 to AC37-634, inclusive.
\#\# Used only on AC38-585 to AC38-609, inclusive, and AC39-12 to AC39-26, inclusive.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 112

No. DS-225
February 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

V. 12. Instruments (Continued):

\# *1 Auto. Pilot, Type A-2, including:
    2 Vacuum pump, Type B-3 ... Spec. 28167
    1 Oil Pump, Pesco, No. 203
    1 Remote Control .................. Sperry 642920

\#\# *1 Auto. Pilot, Type A-2, including:
    2 Vacuum pump, Type B-3 ... Spec. 28167
    1 Oil Pump, Pesco, No. 203, and
    Related equipment per Sperry Dwg. 76168-C

\#\#\# *2 Vacuum Pump, Type B-3 ......... Spec. 28167
\#\#\# *1 Oil Pump, Pesco, No. 203 ...........

\# **1 Pilot Director ..................... H35A1512
\#\# **1 Pilot Director ..................... H35A1512
\#\#\# *1 Pilot Director ..................... H38D4556

    NOTE: The Government shall furnish and the contractor shall install a rim light adapter on the oil pressure gauge for the Type A-2 Automatic Pilot.

\# Used only on AC37-458 to AC37-554, inclusive.

\#\# Used only on AC37-555 to AC37-594, inclusive.

\#\#\# Used only on AC37-595 to AC37-634, inclusive, AC38-585 to AC38-609, inclusive, and AC39-12 to AC39-26, inclusive.

Revised: February 29, 1940

Ex.: 8; Pg.: 113

Case MDL No. 875 Document 6661-2 Filed 01/28/11 Page 4 of 17
Case 3:10-cv-00615-JSW Document 66-1 Filed 07/24/11 Page 3 of 50

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| | **RADIO (Weight Empty)** | | |
| | **Command Set, SCR-AJ-183** | | |
| *1 | Radio Transmitter with Mounting & Tubes .......................... | 36D3527 ) | |
| *1 | Plug, Type PL-Q-64 ................ | SC-D-2080A) | 10.2 |
| *1 | Coil Set & Case (6200-7700KC) Coil sets have same serial number as transmitter .......... | 36D3527 | 1.0 |
| *1 | Coil Set & Case (2500-3200 KC) Coil sets have same serial number as transmitter .......... | 35A1219 | 1.2 |
| *1 | Coil Set & Case (3200-4000 KC) Coil sets have same serial number as transmitter .......... | 35A1219 | 1.2 |
| *1 | Coil Set & Case (4000-5000 KC) Coil sets have same serial number as transmitter .......... | 35A1219 | 1.2 |
| *1 | Coil Set (5000-6200 KC) Coil sets have same serial number as transmitter ................ | 35A1219 | 1.2 |
| *1 | Radio Control Box, Transmitter with Mounting ................ | 36B3529 | 1.0 |
| *1 | Plug, Type PL-P-63 ................ | SC-D-2063A | .13 |
| *1 | Antenna Switching Relay with Mounting ........................ | 36B3528 | 1.0 |
| *1 | Plug, Type PL-P-77 ................ | SC-D-2069A | .13 |
| *1 | Radio Receiver with Mounting & Tubes .......................... | SC-D-317A | 12.5 |
| *1 | Chart, Calibration, Receiver ..... | | .1 |
| *1 | Plug, Type PL-Q-61 ................ | SC-D-2077A | .13 |
| *1 | Coil Unit, Dual, Receiver with Remote Control Unit ....... | SC-D-317A | 4.3 |
| *1 | Shaft - MC-134 - 12 ft. 0 in. long ........................... | | |
| *1 | Coil Unit Single Receiver with Case 2500-4700 KC .............. | 34B5892 | 2.3 |
| *1 | Tuning Unit, Remote, Type MC-125 ........................... | 33A1757 | .94 |
| *1 | Tuning Shaft, MC-125, 15 ft. - 1 in. ........................... | | 2.8 |
| *2 | Couplings, Type MC-136 ............ | SC-B-27A | .4 |
| *1 | Radio Control Box, Receiver with Mounting ................ | 36B3526 | 1.01 |

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 114

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Plug, Type PL-P-104 | SC-D-2065A | |
| *1 | Dynamotor Unit | 36B3530 | 10.3 |
| *1 | Plug, Type PL-Q-62 | SC-D-2078A | |
| 1 | Relay, Stowager, Series ZQA or equiv. | SC-B-324A | |
| 1 | Resistor, 30 ohms, 1/2 Watt, Allen-Bradley, Type "C" or equiv. | | |
| 1 | Capacitor, .004 mfd. Aeronox Model 1461, Molded Mica, or equiv. | | |
| | | | 53.1 |

### Liaison Set, Type SCR-187

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Transmitter, with mounting, tubes and tuning unit | 36D5854 | 69.4 |
| *1 | Plug, Type PL-Q-64 | SC-D-2080-A | |
| *1 | Plug, Type PL-Q-61 | SC-D-2077-A | |
| *1 | Plug, Type PL-Q-59 | SC-D-2075-A | |
| *5 | Tuning Units & Cases | 34D5889 | 84.7 |
| *1 | Dynamotor Unit, Transmitter, with Mount | 36B5856 | 38.3 |
| *1 | Plug, PL-Q-61 | SC-D-2077-A | |
| *1 | Key, Transmitter | 047301 | .9 |
| *1 | Receiver with Tubes & Mounting | 36D5855 | 41.4 |
| *1 | Plug, PL-Q-103 | | .1 |
| | Total | | 234.8 |

### Radio Compass

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Radio Compass Unit with Tubes and Mounting | H38D3484 | |
| *1 | Control Box | H38D3485 | |
| *2 | Indicators | 38B1954 | |
| *1 | Loop & Loop Rotator, Complete | H38D3487 | |
| | | | 68 |

Revised: March 10, 1938; February 29, 1940

No. DS-225  
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

### Interphone, Type RC-15

| | | | |
|---|---|---|---|
| *1 | Interphone Amplifier with Tube.. | 36B5857 | 2.0 |
| *8 | Jack Boxes .................... | 36B5858 | 8.8 |
| *8 | Microphones, Hand Held ......... | 35D3887 | 7.2 |
| *8 | Headset Connector Cords ........ | 36B4044 | 2.5 |
| | each consisting of: | | |
| | Required cordage, CO-119 | | |
| 1 | Jack, JK-26 | | |
| 1 | Plug, PL-55 | | |

### Marker Beacon Receiving Equip. RC-20

| | | | |
|---|---|---|---|
| *1 | Receiver Assembly .............. | 38G2960 | 4.0 |
| *1 | Antenna Assembly ............... | 38G2962 | 3.6 |
| *1 | Indicator, Type I-68 ........... | 38G2961 | 0.1 |

### Antenna Equipment

| | | | |
|---|---|---|---|
| *1 | Reel, Antenna, Type RL-30B ..... | 37G6167 | 5.2 |
| *1 | Fairlead (Douglas type) ........ | | |
| *500' | Wire, Antenna, Type W-106 ...... | | 2.0 |
| *1 | Weight, Antenna, Type WT-9 ..... | | 2.5 |
| *6 | Insulators, strain ............. | 33A1845 | .05 ea. |
| *1 | Insulators, lead-in, Command Set | 32A2329 | .1 ea. |
| *12 | Insulators, stand-off, 1-1/2 inch ........................... | 35A2276 | .1 ea. |
| *3 | Insulators, stand-off, 3 inch .. | 35A2277 | .3 ea. |
| *1 | Insulators, lead-in, Liaison set | 35A2280 | .5 |
| 1 | Insulator, antenna mast ........ | 1046883 | |
| 1 | Switch, antenna, change-over, Square "D" ..................... | B1143 | |
| *1 | Insulator, lead-in, Compass set. | 32A2329 | .1 ea. |
| reqd. | Fuses (capacity as required) ... | | |

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 116

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

### PHOTOGRAPHIC EQUIPMENT (Overload)

#### T-3A Camera Installation:

| | | | |
|---|---|---|---|
| **1 | Camera, Type T-3A | Spec. 40069 | 91.00 |
| **1 | Camera Mount, Type A-5A | | 17.00 |
| **1 | View Finder, Type A-2 | 073392 | 6.00 |

#### K-3B Camera Installation: (Alternate Camera Installation)

| | | | |
|---|---|---|---|
| **1 | Camera, Type K-3B, 12 inch cone | S34D4906 | 40.6 |
| **1 | Mount, Camera, Type A-8 | 31-1310 | 13.0 |
| **1 | Magazine (Extra) Type A-1A, (Loaded) (Fairchild) | 9868E | 16.8 |
| **1 | View Finder, Type A-2 | 073392 | 6.0 |
| **1 | Intervalometer (Fairchild) | 2492F | 6.5 |
| **1 | Filter, Type A-2A | 34B3842 | 1.6 |
| **1 set | Cables | | 2.0 |

#### T-3A or K-3B Camera Installation (Weight Empty)

| | | | |
|---|---|---|---|
| 1 | Ring, Vertical View Finder | 073410 | .60 |
| Reqd. | Supports, Camera Mount | | |

Ex.: 8; Pg.: 117

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

**ELECTRICAL EQUIPMENT**
**(Weight Empty)**

| Quantity | Item | Dwg. or Spec. No. |
|---|---|---|
| *2 | Generator - 50 Ampere, Type E-5 | Spec. 32018 |
| *2 | Generator Control Panel, Type A-1 | Spec. 32016 |
| *2 | Starter, Type C-21 | Spec. 32042 |
| *2 | Switch, Starter Solenoid, Type A-5A | 32079 |
| *2 | Solenoid, Starter Meshing, Type A-1A | Spec. 32078 |
| *2 | Coil - Booster | Spec. 32083 |
| 2 | Switch, Dome Lights, Type B-5A | 33A5013 |
| 2 | Switch-Landing Light Relay, Leece Neville | 11745A |
| 2 | Switch-Landing Light Control, Type B-5A | 33A5013 |
| 2 | Switch-Starter Control, Type B-11 | 34A3847 |
| 1 | Switch-Pitot Static Head Heater, Type B-5A | 33A5013 |
| 2 | Switch-Generator Main Line, Type B-6 | 30-1195 |
| 1 | Switch-Voltmeter, Type B-1B | 36A2201 |
| 1 | Switch-Electrical Instruments, Type B-5A | 33A5013 |
| 1 | Switch-Running Lights, Type B-7A | 36A3428 |
| 1 | Switch-Passing Light, Type B-5A | 33A5013 |
| 1 | Switch-Pilot's Instrument Lights, Type B-5A | 33A5013 |
| 1 | Switch-Ignition, Delco | 10-12970 |
| 1 | Switch-Emergency Alarm Bell, Type B-5A | 33A5013 |
| 2 | Switch-2000# Bomb Indicator Light, CH | 93Y |
| 2 | Switch-Landing Gear Signal-Throttle, Douglas | 239019-4 |

Revised: March 10, 1938

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

### ELECTRICAL EQUIPMENT
(Continued)

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| 2 | Switch-Landing Gear Signal-Wheel Burgess | Micro Blue Top | |
| 2 | Switch-Warning Light Dimmer, Type B-5A | 33A5013 | |
| 1 | Switch-Battery Master, Square D | W.V.B.-1 | |
| 52 | Switch-Bomb Indicator Lights, CH | 91X | |
| 1 | Switch-Bomb Indicator Lights Master Type B-5A | 33A5013 | |
| 1 | Switch-Bomb Bay Dome Lights, Type B-5A | 33A5013 | |
| 1 | Switch-Bomb Release Door Safety, CH | 92W | |
| 1 | Switch-Bomb Sight Control, Type B-5A | 33A5013 | |
| 1 | Switch-Bomb Release Firing Switch, Type B-6B | 36A2200 | |
| 8 | Switch-Bomb Release Rack Selector, Type B-5A | 33A5013 | |
| 1 | Switch-Bomb Release Solenoid, Eclipse | H2101-E-8 | |
| 1 | Lamp Assembly-Pilot's Elect. Panel, Type A-3 | 31-193 | |
| 1 | Lamp Assembly-Bomber's Elect. Panel, Type A-3 | 31-193 | |
| 5 | Lamp Assembly-Dome, Type A-2 | 34B2946 | |
| 1 | Lamp Assembly-Cockpit, Type A-3 | 31-193 | |
| *2 | Lamp Assembly-Landing, Type A-9 | 36D3467 | 11.00 |
| *1 | Lamp Assembly-Running, Left Upper, Type A-8 | 37B4962-1 | |
| *1 | Lamp Assembly-Running Left Lower, Type A-8 | 37B4962-3 | |
| *1 | Lamp Assembly-Running Right Upper, Type A-8 | 37B4962-2 | |
| *1 | Lamp Assembly-Running Right Lower, Type A-8 | 37B4962-4 | |
| *2 | Lamp Assembly-Running Tail, Type A-8 | 37B4962-5 | |
| *7 | Lamp Assembly-Position Lights, Type A-8 | 37B4962-7 | |

Revised: March 10, 1938

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

### ELECTRICAL EQUIPMENT
### (Continued)

| Quantity | Item | Dwg. or Spec. No. |
|---|---|---|
| 2 | Socket Assem.-Camera Blinker .... | 32A1981 |
| 4 | Socket Assem.-Landing Gear Signal | 32A1981 |
| *1 | Lamp Assem.-Passing, Type B-1A... | 36D5501 |
| 1 | Lamp Assem.-Bomb Bay Door Indicator .................................. | 36A1720 |
| 4 | Lamp Assem.-Dome .................. | 2022771 |
| 36 | Lamp assem.-Bomb Release Indicator .................................. | 36A1720 |
| 6 | Solenoid-Bomb Release, Eclipse .. | C-29977 |
| *2 | Ammeter, Generator Main Lines, Type C-4B ................Spec. | 27244 |
| *1 | Voltmeter-Generator Main Line, Type A-4A ................Spec. | 27242 |
| 1 | Rheostat-Pilot's Engine Instrument Lights (Two in tandem)........ | 0314 Ohmite |
| 1 | Rheostat-Pilot's Flight Instrument Lights, Model J ............. | 0312 Ohmite |
| 1 | Rheostat-Pilot's Elect. Panel Light, Type E-1 ..........Spec. | 32011 |
| 1 | Rheostat-Bomber's Instrument Lts. Type G-1 ................Spec. | 32009 |
| 1 | Rheostat-Bomb Release Indicator, Mod. K .......................... | 0442 Ohmite |
| 3 | Bell-Emergency Alarm, 12 V. Edward's ........................ | 156 |
| *2 | Battery-12 Volt Storage, Type D-6 ............................ | 36G3377 |
| 1 | Horn-Landing Gear Signal 12 Volt Klaxon ........................ | K-16 |
| 4 | Capacitor-Generator Circuit, Type A-1 ..................Spec. | 50131 |
| 2 | Socket Assem.-Trouble Light ..... | 32A1981 |
| 1 | Socket Assem.-Camera Blinker Light ........................... | 32A1981 |
| 1 | Receptacle-Camera Supply, Hart and Hegeman ................... | 7725 Duplex |
| 1 | Plug-Bomb Sight Supply, Cannon .. | P6-CG-12 |
| 2 | Plug-Nacelle Ignition, Cannon ... | AF-3-22-5/8AC |
| 2 | Receptacle-Nacelle Ignition, Cannon ........................... | AF-3-53S |
| 2 | Plug-Nacelle Instrument, Cannon.. | FM-D16-22-1AC |

Revised: March 10, 1938

Ex.: 8; Pg.: 120

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec.No. | Weight Pound |
|---|---|---|---|

## ELECTRICAL EQUIPMENT
### (Continued)

| | | | |
|---|---|---|---|
| 2 | Receptacle-Nacelle Instrument, Cannon | FM-D16-53S | |
| 2 | Plug-Nacelle Starter, Cannon | AF-1-22-3/4AC | |
| 2 | Receptacle-Nacelle Starter, Cannon | AF-1-53S | |
| 2 | Plug-Nacelle Generator, Cannon | AF-D3-22-3/4AC | |
| 2 | Receptacle-Nacelle Generator, Cannon | AF-D3-53S | |
| 1 | Plug-Wing Ignition, Cannon | AF-N4-22-½AC | |
| 1 | Receptacle, Wing Ignition, Cannon | AF-N4-53S | |
| 2 | Plug-Wing General, Cannon | FM-D16-22-1AC | |
| 2 | Receptacle-Wing General, Cannon | FM-D16-53S | |
| 1 | Plug-Wing Fuel Gauge, Cannon | FM-20-22-1AC | |
| 1 | Receptacle-Wing Fuel Gauge, Cannon | FM-20-53S | |
| 1 | Plug-Wing Exhaust Analyzer, Cannon | AF-T8-22-5/8AC | |
| 1 | Receptacle-Wing Exhaust Analyzer Cannon | AF-T8-53S | |
| 2 | Plug-Fuel Tank, Cannon | ABF-3-22-½AC | |
| 2 | Receptacle-Fuel Tank, Cannon | AF-3-21F-½AC | |
| 8 | Fuse-5 Ampere, 5 AG Bussman | Spec.94-40002-D | |
| 10 | Fuse-10 Ampere, 5 AG Bussman | Spec.94-40002-D | |
| 2 | Fuse-20 Ampere, 5 AG Bussman | Spec.94-40002-D | |
| 4 | Fuse-40 Ampere, 5 AG Bussman | Spec.94-40002-D | |
| 2 | Fuse-150 Ampere, 250 Volt | 1081888 | |
| 1 | Fuse-50 Amp., 5 AG Bussman. Spec. 94-40002-D | | |
| 1 | Receptacle-Battery Cart, Cannon | AGB-2 | |
| 1 | Plug-Battery Cart, Cannon | A2R | |
| 2 | Plug-2000# Bomb Shackle, Cannon | AF-D3-22-½AC | |
| 4 | Receptacle-2000# Bomb Shackle, Cannon | AF-D3-53S | |
| 1 | Plug-Wing Bomb Rack Equip., Cannon | FM-D2-10-22-1AC | |

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 121

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| | ELECTRICAL EQUIPMENT (Continued) | | |
| 1 | Receptacle-Wing Bomb Rack Equip., Cannon | EM-D2-10-53S | |
| 2 | Resistor Warning Light Dimmer, Ohmite | 30 Ohm, 10 Watt | |
| 1 | Rheostat-Position Lights-8 Ohm, Type F-1 | Spec. 32032 | |
| 3 | Lamp Assembly-Cockpit, Type B-4 | 35D3320 | |
| 1 | Plug-Wing Bomb Rack Equip., Cannon | FM-D4-14-22-1¼ AC | |
| 1 | Receptacle-Wing Bomb Rack Equip., Cannon | EM-D4-14-53S | |
| *2 | Lamp-12 Volt, 35 Ampere, C-25 Bulb, Med. Prefocused Base | | |
| *1 | Lamp-12 Volt, 50 C.P. RP-11 Bulb, D.C. Base | | |
| *2 | Lamp-18-24 Volt, 3 C.P. G-6 Bulb, S.C. Base | | |
| *4 | Lamp-12-16 Volt, 6 C.P. G-6 Bulb, S.C. Base | | |
| *7 | Lamp-12-16 Volt, 3 C.P., G-6 Bulb, S.C. Base | | |
| *37 | Lamp-12 Volt, 17 Amp., T-2 Bulb Slide Base (Telephone Type) | | |
| *2 | Lamp-6-8 Volt, 3 C.P. G-6 Bulb, D.C. Base (Camera) | | |
| 36 | Bomb Indicator Lamp Caps | 31-1455-6 | |
| 1 | Bomb Door Indicator Lamp Caps | 31-1455-5 | |
| 1 | Bomb Door Indicator Lamp Caps | 31-1455-1 | |
| 1 | Landing Gear Warning Lamp Cap | 31-1455-1 | |
| 1 | Landing Gear Warning Lamp Cap | 31-1455-2 | |
| 1 | Bomb Sight Cable Receptacle, (Cannon) | | |
| 2 | Camera Signal Lamp Cap (White) | | |
| 2 | Signal Assembly, Fuel Pressure, Type C-1 | 34D4127 | |
| *2 | Lamp Assembly-Type A-1 (fuel signal) | 35D5071 | |
| *15 | Lamp, 3 volt (spares) | X36A3344 | |

Revised: March 10, 1938

Ex.: 8; Pg.: 122

No. DS-225
Feb. 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

**ELECTRICAL EQUIPMENT**
(Continued)

| | | | |
|---|---|---|---|
| 1 | Rheostat, Prop. De-icer Motor Eclipse .......................... | M3383 | |
| reqd. | Instrument Light Resistors ....... | 37A5222 | |
| 1 | B-3 Driftmeter light switch, B-5A | 33A5013 | |
| 1 | Prop. De-icer Motor Switch, B-5A, | 33A5013 | |
| 1 | Lamp Assembly, Co-Pilot's Elect. Panel, Type A-3 .................. | 31-193 | |
| 2 | Bomb Door Indicator Lamp......... | 36A1720 | |
| 1 | Prop. De-icer Motor ............. | | |
| 1 | Tail Light Switch, B-7A ......... | AC36A3428 | |
| 2 | Oil Dilution Solenoid ........... | AC37D6210 | |
| 2 | Oil Dilution Switch ............. | AC36A2200 | |
| 1 | Lamp Assem., Generator Inst. Panel, Type A-3 .................. | 31-193 | |
| *2 | Prop. Feathering Switch ......... | 2CC1A4 | |
| 2 | Fuse - 15 Amp. 5AG Bussman Spec. | 94-40002-D | |
| *2 | Motor & Pump, Prop. Feathering .. | Pesco 280-D | |
| *2 | Solenoid, Prop Feathering, Type A-5A ........................ Spec. | 32079 | |
| ### 1 | Relay - Time Delay...Agastat Type | NA-28A | |
| ### 2 | Rheostat - Formation Bomb Release Type | L-1 | |
| ### 2 | Lamp Assem. ..................... | AC37D4865-1 | |
| ### 2 | Lamp 12-16V. 100 CP, G-16½ Bulb S.C. Base ..... | | |

### Used only on AC37-595 to AC37-634, inclusive, AC38-585 to AC38-609, inclusive, and AC39-12 to AC39-26, inclusive.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 123

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

**MISCELLANEOUS EQUIPMENT (Weight Empty)**

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *5 | Belt, Pilots' Safety, Type B-10 | 32G295 | 9.9 |
| *2 | Belt, Gunner's, Safety, Type A-3 | 30-1334 | 2.00 |
| 4 | Cushions, Seat Type, Douglas | 2026440 | |
| 3 | Cushions, Back Type, Douglas | 4026702 | |
| 1 | Cushion, Back Type, Douglas | 4026722 | |
| 3 | Cushions, Life Preserver (Gunner), Type A-1 | 074272 | 10.50 |
| 1 | Holder, Flight Report, Type A-2 | 0161366 | .4 |
| *1 | Report, Flight, Form 1 | | .4 |
| *2 | Flare Racks for carrying and releasing two (2) M-8 Flares, Type A-3 | 24568 | |
| 2 | Flare Release Handle, Type A-3 | 0159268 | .80 |
| | Brackets, Cables, Stops, Fittings, etc. for mounting flare racks and controls, brackets complete for stowing four (4) additional flares to be used in reloading flare racks in flight | | |
| 1 | Bracket for mounting M-2 Projector | Handbook | |
| Set | Holders for M-9, M-10 and M-11 Signals | Handbook | |
| *4 | Bracket, Attachable Parachute | 31-1778 | 11.2 |
| *2 | Wheel and Brake Assembly, Less Axle Stub, 45 x 17.00 x 16 (Bendix) | 51902 | |
| *2 | Casing, 45 x 17.00 x 16 | Spec. 91-27-B | |
| *2 | Inner Tube, 45 x 17.00 x 16 | Spec. 20-83-B | |
| *1 | Tail Wheel, 22 x 9.00 x 6 | Spec. 25257 | |
| *1 | Tube, Tail Wheel, 22 x 9.00 x 6 | Spec. 26526 | |
| *1 | Casing, Tail Wheel, 22 x 9.00 x 6 | Spec. 26525 | |
| *2 | Extinguisher, Fire with Bracket, Filled, Type A-2 | Spec. 85-2 | 14.00 |
| 1 | Map Case, Special | | |
| *1 | Fire Extinguisher, $CO_2$, Type A-12, supplying both engines with selector valves in cockpit | 40212 | 19.0 |
| 6 | Seat, High Pressure Oxygen Connection | 046368 | .90 |
| 6 | Nut, High Pressure Oxygen Connection | 041710 | .60 |
| 6 | Nipple, High Pressure Oxygen Connection | 041709 | .36 |
| *1 | Horn, Pilot's Relief Tube | 33A4739 | |
| *1 | Bracket, Pilot's Relief Tube | 39B3425 | |
| *1 | Venturi, Pilot's Relief Tube | 33A4740 | |

**MISCELLANEOUS EQUIPMENT (Design Useful Load)**

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| **6 | Cylinder, Oxygen, Type E-1 | 40251 | 120.00 |
| **6 | Regulator, Oxygen, Type A-16 | 40249 | 9.00 |

Revised: March 10, 1938; February 29, 1940

Case MDL No 875 Document 666-2 Filed 01/28/11 Page 15 of 17
Case 3:11-cv-00067-JSW Document 36-1 Filed 04/24/11 Page 48 of 50

-69-

No. DS-225
February 15, 1937

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

**MISCELLANEOUS EQUIPMENT (Design Useful Load)**
**(Cont'd.)**

| | | | |
|---|---|---|---|
| **6 | Flare, Aircraft Parachute, Type M-8 | Handbook | 117.00 |
| **1 | Pyrotechnic Projector, Type M-2 | Handbook | 2.75 |
| **10 | Signal, Aircraft, White Star, Type M-10 | Handbook | 5.60 |
| **10 | Signal, Aircraft, Red Star, Type M-11 | Handbook | 5.60 |
| **6 | Parachute, Flare, Type M-9 | Handbook | 10.50 |
| 13 | Belt, Safety | (Douglas) | |

**MISCELLANEOUS EQUIPMENT (Special Load)**

| | | | |
|---|---|---|---|
| ***1 | Life Raft, Type A-1 | Spec 94-40068 | 52.00 |
| 2 | Cover, Engine | Spec 98-26751 | |

VI. METHOD OF INSPECTION AND TESTS

1. Method of inspection and tests shall be in accordance with Specification No. 98-1800-C.

VII. PACKING AND MARKING

1. Packing and marking shall be in accordance with Specification No. 98-1800-C.

Revised: March 10, 1938

Ex.: 8; Pg.: 125

Case MDL No. 875 Document 6661-2 Filed 01/28/11 Page 16 of 17
Case 3:11-cv-00067-JSW Document 66-1 Filed 07/24/11 Page 49 of 50

-70-

No. DS-225
Feb. 15, 1937

## APPENDIX IA

The following list of drawings includes those required by the Designers' Handbook, Section I, Part I, Volume I, Para. 12 (g), sub (1), sub a to j inclusive, and drawings as required by Specification No. 98-204, Section IV, Paragraph 10C, sub items 1 to 39 inclusive.

5044000          General Assembly-Three View

**WINGS:**

| | |
|---|---|
| 5044011 | Panel Assembly-Wing Center |
| 5044012 | Section & Nacelle Assem.-Wing Center Panel Front |
| 5014013 | Section Assem.-Wing Center Panel Rear |
| 5021003 | Spar Assem.-Wing Center Panel Front |
| 5020059 | Spar Assem.-Wing Center Panel Center |
| 5015833 | Spar Assem.-Wing Center Panel Rear |
| 5044003 | Panel Assem.-Wing Outer |
| 5014004 | Section Assem.-Wing Outer Panel Tip |
| 5021263 | Spar Assem.-Wing Outer Panel Front L.H. |
| 5021261 | Spar Assem.-Wing Outer Panel Center |
| 5021262 | Spar Assem.-Wing Outer Panel Rear L.H. |
| 271424 | Fitting-Outer Wing Spar Attaching |
| 571597 | Rib Assem.-Wing Outer Panel Front to Ctr. Spar In |
| 571599 | Rib Assem.-Wing Outer Panel Ctr. to Rear Spar Out |
| 5043508 | Rib-Wing Outer Panel Sta. 17.9 to 89.5 T.E. |
| 5013853 | Rib-Sta. 143.2 Aileron Section Wing |
| 5021671 | Bulkhead-Sta. 17.9 Front to Ctr. Spar |
| 5013135 | Rib Assem.-Sta. 125.3 Aileron Hinge |
| 270944 | Hinge-Outer Wing Aileron |
| 5014007 | Installation-Aileron and Tab |
| 5014008 | Aileron Assembly-Covered |
| 5014005 | Installation-Wing Outer Panel Flap |
| 5014006 | Flap Assem.-Wing Outer Panel |
| 5014015 | Installation-Wing Center Panel Flap |
| 5014016 | Flap Assembly-Wing Center Panel |
| 5014009 | Tab Assem.-Aileron |

**FUSELAGE:**

| | |
|---|---|
| 5044029 | Frame Assembly-Fuselage |
| 5044038 | Installation-Rear Bomb Bay Structure & Floor |
| 5014040 | Installation-Rear Bomb Bay Side Beam |
| 5044031 | Plating Assembly-Fuselage |
| 5044033 | Section Assembly-Fuselage Removable |
| 5044036 | Door Assembly-Bomb |
| 5044043 | Installation-Cockpit Enclosure |
| 5044035 | Installation-Fuselage Windows |

Revised: March 10, 1938 and February 29, 1940

Ex.: 8; Pg.: 126

-71-   No. DS-225
Feb. 15, 1937

## APPENDIX IA (Cont'd.)

### FUSELAGE (Continued)

| | |
|---|---|
| 5021904 | Door Assembly-Pilot's Emergency Exit |

### ALIGHTING GEAR:

| | |
|---|---|
| 5044047 | Installation-Landing Gear |
| 5044048 | Gear Assembly-Landing |
| 5044049 | Strut Assembly-Ldg.-Gear Shock Absorber |
| 53420 | Assem.-Pneudraulic Shock Strut (Bendix Drawing) |
| 5007005 | Fitting-Landing Gear Oleo Truss |
| 5005586 | Strut-Landing Gear Rear Brace |
| 5014050 | Truss Assem.-Landing Gear Upper |
| 4047328 | Strut Assem.-Landing Gear Retracting |
| 5044053 | Installation-Landing Gear Mech. Latch |
| 5044044 | Installation-Tail Wheel & Tail Wheel Controls |
| 5044045 | Wheel Assembly-Tail |
| 5006445 | Fork-Tail Wheel |
| 5044046 | Strut Assem.-Tail Wheel Shock Absorber |

### HYDRAULIC SYSTEM:

| | |
|---|---|
| 5044055 | Installation-Fuselage Hydraulic Controls |
| 5044056 | Installation-Wing Center Panel Hydraulic Controls |
| 4046358 | Tank Assem.-9 Inch Sph. Hyd. Press. |

### FLIGHT CONTROLS:

| | |
|---|---|
| 5014059 | Installation-Fuselage Flight Controls |
| 5014060 | Column Assembly-Control |
| 5014062 | Installation-Wing Center Panel Flight Controls |
| 5014063 | Installation-Wing Outer Panel Flight Controls |

Revised: March 10, 1938 and February 29, 1940