Exhibit G, Part 14 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6661-3 Filed 01/28/11 Page 1 of 15
Case3:11-cv-00067-JSW Document66-2 Filed01/24/11 Page1 of 46

-72- No. DS-225
Feb. 15, 1937

## APPENDIX IA (Cont'd.)

**EMPENNAGE:**

| | |
|---|---|
| 5014018 | Installation-Horizontal Stabilizer |
| 5014019 | Stabilizer Assem.-Horizontal |
| 3017042 | Hinge Assem.-Elevator Outer & Intermediate |
| 3017247 | Blank-Tail Surface Hinge Forging |
| 5014020 | Installation-Elevator and Tab |
| 5014021 | Elevator Assembly-Covered |
| 5014022 | Tab Assembly-Elevator |
| 4022408 | Stock Assem.-Elevator |
| 5022410 | Horn-Elevator Stock |
| 5014023 | Installation-Vertical Stabilizer |
| 5014024 | Stabilizer Assembly-Vertical |
| 5014025 | Installation-Rudder and Tab |
| 5014026 | Rudder Assembly-Covered |
| 5014027 | Tab Assembly-Rudder |
| 5022411 | Horn-Rudder |
| 4022409 | Stock Rudder |
| 371251 | Hinge Assembly-Rudder |

**POWER PLANT:**

| | |
|---|---|
| 5044064 | Installation-Demountable Power Plant |
| 5044065 | Installation-Engine & Accessories |
| 5044066 | Mount Assembly-Engine |
| 5042197 | Bulkhead Assem.-L.H. Nacelle Firewall |
| 5044067 | Ring Assem.-Exhaust Collector |
| 5008561 | Scoop Assembly-Carburetor Air Intake |
| 5074069 | Installation-Complete Engine Section Cowling |
| 5044070 | Installation-Engine Section Cowling Sheets & Doors |
| 5081656 | Ring Assembly-Anti Drag |
| 5045579 | Segment Assem.-Anti Drag Ring Top |
| 5003597 | Segment Assem.-Anti Drag Ring L.H. Side |
| 5003598 | Segment Assem.-Anti Drag Ring R.H. Side |
| 5046021 | Instal. - Tail Pipe Fairing & Supports |
| 5045068 | Exhaust-Tail Pipe |

**FUEL SYSTEM:**

| | |
|---|---|
| 5044081 | Installation-Fuselage Fuel System |
| 5044082 | Installation-Wing Center Panel Fuel System |
| 5044083 | Installation-Engine Section Fuel System |
| 5014084 | Installation-Fuel Tanks |
| 5014085 | Tank Assembly-Main Fuel |
| 5014086 | Tank Assembly-Auxiliary Fuel |
| 5014087 | Tank Assembly-Bomb Bay Fuel |
| 1012395 | Diagram-Fuel System |
| 5045837 | Installation-Refueling System |

Revised: March 10, 1938 and February 29, 1940

Ex.: 8; Pg.: 128

Case: MDL No. 875 Document 66163 Filed 01/28/11 Page 2 of 15
Case 5:10-cv-00061-JSW Document 66-2 Filed 07/24/11 Page 2 of 46

-73-                                              No. DS-225
                                                  Feb. 15, 1937

## APPENDIX IA (Cont'd.)

### OIL SYSTEM:

| | |
|---|---|
| 5044089 | Installation-Fuselage Oil System |
| 5044091 | Installation-Wing Center Panel Oil System |
| 5082093 | Installation-Engine Section Oil System |
| 5044092 | Tank Assembly-Nacelle Oil |
| 5044090 | Tank Assembly-Fuselage Oil |
| 1039782 | Diagram-Oil System |

### ENGINE CONTROLS:

| | |
|---|---|
| 5044075 | Installation-Fuselage Engine Controls |
| 5044076 | Installation-Control Pedestal |
| 5044077 | Installation-Wing Center Panel Engine Controls |
| 5044078 | Installation-Engine Section and Accessory Controls |

### ARMAMENT:

| | |
|---|---|
| 5044150 | Installation-Front Flexible Machine Gun |
| 5044151 | Installation-Front Gun Turret |
| 5044152 | Installation-Rear Upper Flexible Machine Gun |
| 5044153 | Installation-Rear Gun Turret |
| 5044154 | Installation-Rear Lower Flexible Machine Gun |
| 5044037 | Installation-Rear Lower Gunner's Door |
| 5076279 | Diagram-3 Cal. .30 Machine Gun Firing Angles |
| 5044155 | Installation-Gun Camera |
| 5047036 | Turret Assem.-Rear Gunner's |

### BOMBING EQUIPMENT:

| | |
|---|---|
| 5014140 | Installation-Fuselage Removable Sect. Bombing Equi |
| 3019687 | Bar Assem.-Center Bomb Rack Outboard Tripping |
| 4021715 | Shaft Assem.-Front Rack Bomb Release |
| 3018308 | Bar-Rear Bomb Rack Lock and Salvo |
| 5022216 | Solenoid Assem.-Front Bomb Rack Release Mech. |
| 4024284 | Trigger Assem.-Bomb Rack |
| 5044141 | Installation-Bomber's Compartment Bombing Equip. |
| 5014142 | Installation-Fuselage Bombing Equipment |
| 5044143 | Installation-Pilot's Emergency Bomb Release |

Revised: March 10, 1938 and February 29, 1940

## APPENDIX IA (Cont'd.)

### BOMBING EQUIPMENT (Continued)

| | |
|---|---|
| 5047040 | Panel Assem.-Bomber's Electrical |
| 5014144 | Installation-Front 2000 lb. Bombs |
| 5014145 | Installation-Rear 2000 lb. Bombs |
| 5014146 | Installation-Bomb Hoist |
| 5046844 | Hoist Assembly-Bomb |
| 5044147 | Installation-Bomb Sight Support |
| 5077270 | Installation-Bomb Sight Support |
| 5077147 | Installation-Bomb Sight Support |
| 5014148 | Installation-Bomb Door Operating Mechanism |
| 5046632 | Guard-Bomb Hoist Cable |

### INSTRUMENTS:

| | |
|---|---|
| WC7-900 | Harness-Instrument Lighting |
| WC7-901 | Harness-Instrument Lighting |
| WC7-902 | Harness-Instrument Lighting |
| 1407576 | Valve Assembly-3/8 Vacuum Control |
| 4046751 | Cover Assembly-Compass |
| 5014121 | Installation-Fuselage Aeronautical Instruments |
| 5044122 | Panel Assem.-Instrument |
| 5076815 | Panel Assem.-Instrument |
| 5080620 | Panel Assem.-Instrument |
| 5044127 | Installation-Fuselage Automatic Pilot |
| 5046329 | Installation-Type B-3 Driftmeter |

### RADIO

| | |
|---|---|
| 5044117 | Installation-Radio |
| 5044118 | Installation-Radio Table |
| 5046806 | Diagram-Radio Wiring |

### PHOTOGRAPHIC EQUIPMENT:

| | |
|---|---|
| 5014131 | Installation-Photographic Equipment |

### ELECTRICAL EQUIPMENT:

| | |
|---|---|
| 5046445 | Box Assem.-Pilots' Elect. Panel |
| 5044111 | Installation-Fuselage Electrical Equipment |
| 5044114 | Installation-Wing Outer Panel Electrical Equipment |
| 5034040 | Installation-Landing Lights and Passing Lamp |
| 5014115 | Installation-Wing Outer Panel Tip Sec. Elect. Equip. |
| 5044112 | Installation-Wing Center Panel Electrical Equip. |
| 5044113 | Installation-Engine Section Electrical Equipment |
| 5019385 | Installation-Horizontal Stabilizer Elect. Equip. |
| 5014116 | Installation-Vertical Stabilizer Electrical Equip. |

Revised: March 10, 1938 and February 29, 1940

Ex.: 8; Pg.: 130

Case MDL No. 875 Document 6661-3 Filed 01/28/11 Page 4 of 15
Case 5:11-cv-00061-JSW Document 66-2 Filed 01/24/11 Page 4 of 46

-75-  No. DS-225
Feb. 15, 1937

## APPENDIX IA (Cont'd.)

**ELECTRICAL EQUIPMENT** (Continued)

| | |
|---|---|
| 5049901 | Diagram-Wiring |
| 5077577 | Diagram-Wiring |
| 5077752 | Diagram-Wiring |
| 5047917 | Instal.-Command Set Remote Control Dial Light |
| 5024508 | Bracket-Starter Crank Support |
| 2037430 | Shaft Assem.-Starter Hand Crank Extension |

**MISCELLANEOUS EQUIPMENT:**

| | |
|---|---|
| 5014156 | Installation-Pyrotechnics |
| 5014130 | Installation-Oxygen Equipment |
| 5044102 | Installation-Seats |
| 5045554 | Seat Assem.-Pilot's |
| 5045565 | Seat Assem.-Co-Pilot's |
| 5027178 | Seat Assem.-Navigator's |
| 5043727 | Seat Assem.-Radio Operator's |
| 5014103 | Installation-Cabin Lining |
| 5044104 | Installation-Sound Proofing |
| 5014099 | Installation-Life Raft |
| 5014133 | Installation-Fuselage Flotation Gear |
| 5014134 | Installation-Wing Center Panel Flotation Gear |
| 5025172 | Installation-Wing Outer Panel Flotation Gear |
| 5044095 | Installation-Fuselage Fire Extinguisher System |
| 5014096 | Installation-Engine Section Fire Extinguisher System |
| 5044097 | Installation-Wing Ctr. Panel Fire Exting. System |
| 570053 | Installation-Toilet |
| 5044135 | Installation-Deicer Equipment |
| 5044106 | Installation-Fuselage Heating & Ventilating System |
| 5044108 | Installation-Wing Ctr. Panel Heat. & Vent. System |
| 5044107 | Radiator Assembly-Heating System |
| 5080784 | Boiler Assembly-Heating System Huff. Type |
| 5031549 | Stand-Motor |
| 5034857 | Installation-Propeller Deicing Equipment |
| 5044165 | Installation-Troop Provisions |
| 5045598 | Installation-Pilot's Blind Flying Curtain |
| 5044164 | Installation- Tow Target |
| 5047243 | Installation-Side Pilot's & Blind Flying Curtain (For Field Rework) |
| 4044934 | Shade-Cabin Window |

Revised: March 10, 1938 and February 29, 1940

No. DS-225
February 15, 1937

## APPENDIX IB

The following list of data includes that required by Bid Circular Proposal No. 36-528, and Spec. 98-204, Section IV, Para. 10 A. Ref. Para. 12, Section I, Part I, Volume I of the Designers' Handbook, sub para. a to g inclusive.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 132

## APPENDIX IB (Cont'd)

| | | |
|---|---|---|
| DS-225 | Detail Specification | |
| F-54 | Finish Specification (Includes Process Spec. P-12) | |
| Report 2005 | Estimated Weight and Balance (Dated March 10, 1938) | |
| Report 2032 | Performance Analysis (Dated March 10, 1938) | |

### STRESS ANALYSIS

| | |
|---|---|
| Report 1586 | Design Criteria |
| Report 1328 | Wing Analysis (Volume I and Volume II) |
| Report 1392 | Aileron and Wing Flap (Includes Appendix I) |
| Report 1313 | Fuselage Analysis (Includes Appendix I) |
| Report 1937 | Fuselage Interior Changes |
| Report 1329 | Tail Wheel Analysis |
| Report 2090 | Drop Test B-18A Tail Wheel |
| Report 2116 | Type Test - Tail Wheel Strut |
| Report 1315 | Control Surface Analysis (Includes Appendix I) |
| Report 1376 | Control System |
| Report 1446 | Fittings Analysis |
| Report 1415 | Nacelle and Engine Mount (Includes Appendix I) |
| Report 1351 | Flotation |
| Report 1573 | Fuel Tank Vibration Tests (Dated January 1, 1937) |
| Report 1416 | Miscellaneous Static Tests (Dated June 10, 1936) |

Revised: February 29, 1940

Ex.: 8; Pg.: 133

## APPENDIX IC

List of all references to all other specifications, parts lists, or other documents or publications which form a part of this specification.

Unless otherwise specified, all items are dated February 15, 1937.

No. DS-225
February 15, 1937

NOTE: The requirements of the following data have been incorporated in the B-18A Detail Specification, No. DS-225, in accordance with Contract W535, AC-9977, as amended by Change Order No. 1.

REPORT NO. 1631
Amendment I to Specification DS-225

Item 1 - Provisions for Landing with Chassis Retracted
Item 4 - Propeller Deicer Equipment
Item 7 - Provisions for Field Refueling

REPORT NO. 1632
Amendment II to Specification DS-225

Item 11 - Full Automatic Oil Temperature Control
Item 14 - Air Corps Fuel Signal System
Item 25 - Command Set Dynamotor Location
Item 31 - De-icing Equipment to be Contractor Furnished

REPORT NO. 1643
Miscellaneous Improvements
Amendment XIII to Specification DS-225

Item 4 - Oil Dilution System

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 135

Case MDL No. 875 Document 6661-3 Filed 01/28/11 Page 9 of 15
Case 3:11-cv-00067-JSW Document 66-2 Filed 07/24/11 Page 9 of 46

No. DS-225
February 15, 1937

## APPENDIX II

A. (1) Exceptions to the requirements of Air Corps Type Specification 98-204 shall be as described under the applicable sections throughout this Specification DS-225 as summarized below:

1. Design load for the tail surfaces shall be in accordance with the Designer's Handbook, Paragraph F (1), (2), Pages 206 and 208 as set forth in Douglas Report #1315 in lieu of the requirements of Page 8, Section V 2 A (4) of Type Specification 98-204.

2. Celestial observations shall be made through the upper escape hatch located in the main cabin in lieu of a fixed or retractable type observation hatch as required by Type Specification 98-204, Page 10, Section V 2 B (2) (C).

3. Semi-irreversibility of the aileron control system shall not be incorporated in the airplane herein described and trim tabs shall be installed on the right hand aileron only in lieu of the requirements of Type Specification 98-204, Page 12, Section V 2 B (2) (Q).

4. The tail wheel shall not be retractable as required by Type Specification 98-204, Page 15, Section V 2 B (2) (V).

5. Streamlined wheels shall not be installed on the airplane herein described and the wheels and brakes shall be in accordance with the Equipment listing, Section V-12 of this Specification No. DS-225, in lieu of the requirements of the Equipment listing per Type Specification 98-204, Section V-12.

6. Exhaust silencers shall not be installed on the airplane herein described in lieu of the requirements of Type Specification 98-204, Page 16, Section V 4 G.

Ex.: 8; Pg.: 136

Case MDL No. 875 Document 66-63 Filed 04/28/11 Page 10 of 15
Case 3:11-cv-00067-JSW Document 66-2 Filed 04/24/11 Page 10 of 46

No. DS-225
February 15, 1937

## APPENDIX II (Cont'd)

7. Materiel Specification, AC 57-136-9, GR-1-ST shall be used in the construction of the exhaust system.

8. Oil temperature control shall be obtained by a combined manual and automatic control system in lieu of the requirements of Type Specification 98-204, Page 18, Section V 4 D.

9. A 3% expansion space in the fuel tank shall not be provided as required by Page 18, Section V. 4. Q of Type Specification 98-204.

10. The fuel pressure warning signal system shall be as described in Section V. 4. W, page 30 of this Specification.

11. Provisions shall be made for refueling equipment as described in Section V. 4. X, Page 30 of this Specification.

12. The airplane herein described shall be equipped to accommodate Model M-2 .30 caliber machine gun only in lieu of the requirements of Type Specification 98-204, Page 19, Section V. 5. A (1).

13. No provision shall be made for additional guns in lieu of the requirements of Type Specification 98-204, Page 20, Section V. 5. A. (5).

14. One only emergency bomb door release handle shall be installed in the airplane herein described, in lieu of the requirements of Type Specification 98-204, Page 25, Section V. 5. B. (18).

15. The bomb release controls shall be located on the left hand side, opposite the bomb sight, in lieu of the requirements of Type Specification 98-204, Page 27, Section V. 5. B (31).

16. Instruments, where applicable, shall be of the Air Corps standard type, incorporating individual lighting.

Revised: March 10, 1938; February 29, 1940

Ex.: 8; Pg.: 137

Case MDL No. 875 Document 6661-3 Filed 01/28/11 Page 11 of 15
Case 3:11-cv-00067-JSW Document 66-2 Filed 04/24/11 Page 11 of 46

## APPENDIX II (Cont'd.)

17. The instrument arrangement for the airplane herein described shall be in accordance with the requirements of Section V 6 C, Page 39 of this Specification in lieu of the requirements of Type Specification 98-204, Page 28, Section V 6 C.

18. The drift meter installation shall be in accordance with Section V 6 H, Page 39 of this Specification in lieu of the requirements of Type Specification 98-204, Page 29, Section V 6 H.

19. The bomber only shall be provided with instruments in accordance with Section V 6 I, Page 40 of this Specification in lieu of the requirements of Type Specification 98-204, Page 29, Section V 6 I.

20. The command set dynamotor shall be located not less than three (3) feet from any antenna lead (Reference: Amendment II, Item 25).

21. The radio compass loop location shall be in accordance with the requirements of Section V 7 D (5), Page 42 of this Specification in lieu of the requirements of Type Specification 98-204, Page 31, Section V 7 D (5).

22. Materials, finishes and processes shall be in accordance with Douglas Finish Specification F-54 in lieu of the requirements of Type Specification 98-204, Page 36, Section V 11.

23. Equipment and furnishings for the airplane herein described shall be in accordance with the listings in Section V 12 of this Specification DS-225 in lieu of the requirements of Type Specification 98-204.

Revised: March 10, 1938

Ex.: 8; Pg.: 138

Case MDL No. 875 Document 66613-2 Filed 01/28/11 Page 12 of 15
Case3:11-cv-00067-JSW Document66-2 Filed07/24/11 Page12 of 46

-83-                                          No. DS-225
                                              Feb. 15, 1937

## APPENDIX II (Cont'd.)

<u>A</u>. (2) Exceptions to the requirements of the Handbook of Instructions for Airplane Designers shall be as follows: (Volume I: Items 1 to 25 inclusive.)

1. The fuel and oil capacities shall be: 87 gallons oil to 1170 gallons fuel, for the maximum range condition, equals ratio 1: 13.45, in lieu of 1:11 as required by Revision No. 7, dated April, 1934 of the Designers' Handbook.

2. The airplane herein described shall incorporate provisions for landing with chassis retracted (Reference: Amendment I, Item 1).

3. Douglas type engine mount shock absorber elements shall be employed in the airplane herei[n] described as found necessary to reduce vibration to a minimum on this particular design, in lieu of the requirements of the Designers['] Handbook, Page 306-1.

4. Warning devices in accordance with Section V, 2 <u>B</u> (2) (x), Page 23, of this specifica[tion] shall be installed on the airplane herein [de]scribed, in lieu of the requirements of t[he] Designers' Handbook, Page 306d, Paragrap[h]

5. No provisions shall be made on the airp[lane here]in described for the installation of wh[eel] skis, in lieu of the requirements of t[he De]signers' Handbook, Page 316(a), Paragr[aph]

6. The seats in the airplane herein desc[ribed shall] be in accordance with Section V, 10 W [ ] of this specification, in lieu of th[e require]ments of the Designers' Handbook, Pa[ge ] Paragraph 49(a).

7. Upholstery leather shall be in acco[rdance with] Federal Specification No. KK-L-291[ in lieu of] the requirements of the Designers' [Handbook,] Page 323, Paragraph 321-1.

Revised: March 10, 1938

Ex.: 8; Pg.: 139

Case: MDL No. 875 Document 66613-2 Filed 01/28/11 Page 13 of 15
Case 3:11-cv-00067-JSW Document 66-2 Filed 04/24/11 Page 13 of 46

## APPENDIX II (Cont'd.)

8. In lieu of the requirements of the Designers' Handbook, Page 324, Para. 32(c), the following shall govern: The two top panels of glass in the cockpit enclosure shall be 3/16 inch thick. The two side panels of glass on each side of the airplane, located immediately to the rear of the pilot's side sliding panel, shall be 1/8 inch Plexite. Plexiglas shall be employed in the pilot's emergency escape hatch which is located in the top of the main cabin.

9. The total aileron movement shall be in accordance with Section V, 2 A (3) (a), Page 10 of this specification as determined for best control in this type airplane, in lieu of the requirements of the Designers' Handbook, Page 324, Paragraph 33(a).

10. One aileron trim tab shall be installed on the right hand aileron only, in lieu of the requirements of the Designers' Handbook, Page 324a, Paragraph 33(f).

11. The distance from the control wheel in its rearmost position from the back of the pilot shall be 15 1/4 inches and from the back of the co-pilot shall be 13 3/4 inches, in lieu of the requirements of the Designers' Handbook, Page 325, Paragraph 35.

12. The aileron control system shall be in accordance with Douglas Drawing No. 5014059, as listed in Section V, 2 A (4), Page 13 of this specification, in lieu of the requirements of the Designers' Handbook, Page 326, Paragraph 29(b) (2). This system is approved for Air Corps Model B-18 airplane, wherein the double aileron control cables from each control wheel are connected to short single cables immediately forward of the master bell crank which is located on the rear spar inside the bomb compartment.

13. All control cables shall comply with Air Corps Specification No. 48-35, in lieu of the requirements of the Designers' Handbook, Page 326a, Paragraph 39(c).

Revised: March 10, 1938

Ex.: 8; Pg.: 140

## APPENDIX II (Cont'd)

14. The faces of the brake pedals and the relationship of the pedal travel and brake operating angles shall be as obtained by the particular design incorporated in the airplane herein described, reference Section V, 2 A (4), Page 13 of this specification, in lieu of the requirements of the Designers' Handbook, Page 327, Para. 39(o). The above installation is identical to that installed on Air Corps Model B-18 airplane.

15. Douglas type ring cowl fasteners shall be used on the airplane herein described, in lieu of the requirements of the Designers' Handbook, Page 328a, Para. 44(a).

16. Brazier head Dzus fasteners shall be used throughout on the airplane herein described, in lieu of the requirements of the Designers' Handbook, Page 328c, Para. 44(b).

17. Conduit shall be bonded at each end and at fuselage frames, which in no case exceed 20 inches, as approved for B-18 airplanes, in lieu of the requirements of the Designers' Handbook, Page 333d, Para. 51-15(b).

18. The requirements of the Designers' Handbook, Page 340, Figure 167A, shall not apply for aluminum alloy tube braces, as used on the airplane herein described.

19. The air intake system shall be equipped with one each 1/4 mesh screen, located between the air intake scoop in the carburetor as required on Air Corps Model B-18 airplane, per Change Order No. 2, Serial No. 2076, in lieu of the requirements of the Designers' Handbook, Page 380, Para. 26.

20. Sounding rods and electric float level gauges shall be installed in the oil tanks of the airplane herein described as approved for Air Corps Model B-18 airplane, in lieu of the requirements of the Designers' Handbook, Page 397, Para. 27.

Case MDL No. 875 Document 66613-2 Filed 01/28/11 Page 15 of 15
Case 3:11-cv-00067-JSW Document 66-2 Filed 04/24/11 Page 15 of 46

-86-                        No. DS-225
                            Feb. 15, 1937

## APPENDIX II (Cont'd.)

21. The nacelle oil tanks shall be located on the rear side of the firewall, as approved on Air Corps Model B-18 airplane, in lieu of the requirements of the Designers' Handbook, Page 397, Paragraph 28.

22. The engine control installation shall be in accordance with Section V, 4 DD, Page 30 of this specification, in lieu of the requirements of the Designers' Handbook, Page 399, Paragraph 3.

23. The engine control linkages shall be adjusted for spring-back to give the most desirable operating conditions for this particular design, in lieu of the requirements of the Designers' Handbook, Page 407, Paragraph 13.

24. The movement of the center of the ball on the throttle control lever shall be consistent with the particular design employed on the airplane herein described, in lieu of the requirements of the Designers' Handbook, Page 407, Paragraph 15.

25. The exhaust collector shall be entirely supported by the exhaust flange, in lieu of the requirements of the Designers' Handbook, Page 409, Paragraph 11.

25a. The number of B-18A airplanes to be weighed shall be in accordance with the requirements of Paragraph 4(b), Page 102, 8th Edition of Handbook of Instructions for Airplane Designers, in lieu of the requirements of the 7th Edition of the Handbook of Instructions for Airplane Designers.

Exceptions to the requirements of the Handbook of Instructions for Airplane Designers shall be as follows: (Volume II: Items 26 to 35 inclusive.)

26. The flare control cables shall be conducted through 3/16 O.D. x .035 wall aluminum alloy tubing, in lieu of the requirements of the Designers' Handbook, Page 65, Paragraph 12a.

27. Connections to the instruments shall be made by means of flexible Weatherhead hose, in lieu of the requirements of the Designers' Handbook, Page 91, Paragraph 16.

Revised: March 10, 1938                    Ex.: 8; Pg.: 142