Exhibit G, Part 15 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No 875 Document 6664-2 Filed 04/28/11 Page 1 of 56

No. DS-225
Feb. 15, 1937

## APPENDIX II (Cont'd)

28. All pressure connections shall be made with Parker type fittings, in lieu of the requirements of the Designers' Handbook, Page 93, Para. 29.

29. 1/4 inch x .032 wall thickness aluminum alloy tubing shall be used for the oil pressure gauge, in lieu of the requirements of the Designers' Handbook, Page 97, Para. 55.

30. 1/4 inch x .032 wall thickness aluminum alloy tubing for manifold pressure lines shall be used in lieu of the requirements of the Designers' Handbook, Page 97, Para. 58.

31. The size of the navigation kit for the airplane herein described shall be as noted in Section V, 2 B (2) (b) (2), Page 19, of this specification, in lieu of the requirements of the Designers' Handbook, Page 99, Para. 76.

32. The batteries shall be located in the rear portion of the fuselage on the floor over the rear section of the bomb bay, in lieu of the requirements of the Designers' Handbook, Page 108, Para. 12.

33. Douglas type throttle switches for the landing gear signal system shall be located within the engine nacelles and same shall not be arranged so that they can be opened manually, in lieu of the requirements of the Designers' Handbook, Page 108i, Para. 27.

34. Provisions for the installation of oil and liquid heaters shall not be made on the airplane herein described, in lieu of the requirements of the Designers' Handbook, Page 108j, Para. 32.

35. Life preserver cushions as listed in Section V, 12, Page 68, of this specification shall be provided in lieu of the requirements of the Designers' Handbook, Page 121, Para. 41.

No. DS-225
Feb. 15, 1937

## APPENDIX II (Cont'd.)

A(3) The following is a list of non-standard parts for which there are no applicable substitutes in the Air Corps Standard Parts book:

| Drawing | Approx. Reqmts. per Ship | Title |
|---|---|---|
| 126026 | 37 | Nut Plate |
| 1012407 | 20 | Strip-Stop Nut |
| S103-D8-32 | 20 | Single Tab Stop Nut |
| 1018665 | 24 | Strip-Stop Nut |
| 1018666 | 20 | Strip-Stop Nut |
| 1030172 | 24 | Strip-Stop Nut |
| 127057 | 25 | Clip-Loop Type Tube |
| NAF34682 | 18 | Hose (Flotation Lines) |
| NAF27842 | 50 | Clamp (Flotation Lines) |
| 126480 | 100 | Clip-Loop Type Tube |
| Misc. | 75 | Parker Fittings |
| 1031441 | 1 | Elbow-Eng. Nacelle Firewall |
| 1029219 | 12 | Elbow-Vacuum Pump Outlet (Typical) |
| 233038 | 20 | Clamp-Boss |
| 2001587 | 50 | Clamp-Tube |
| 2007768 | 4 | Nipple-Oil Return Line |
| 1026425 | 600 | Rivet-100 Degree C'Sunk Head |
| 1011348 | 1500 | Washer-Normalized |
| 47B3270 | 1200 | Rivnut (Goodrich) |
| #632 | 500 | Rivnut (Goodrich) |
| XM6 | 1700 | Rivnut (Goodrich) |
| 173606 | 20 | Terminal-Shock Cord (Typical) |
| 1001149 | 2 | Terminal-Special Battery |
| 133318 | 20 | Clevis-1/16 Cable |
| 121129 | 120 | Clevis-3/32 Cable |
| 148596 | 20 | Terminal-3/32 Cable |
| 5018957 | 20 | Ends-Swaged Type Cable |
| 118669 | 40 | Clevis-1/8 Cable |
| 1028931 | 10 | Fitting-Swaged Type 3/32 Cable Short Turnbuckle |
| 1028472 | 12 | Turnbuckle Assem.-Wing Flap Op |
| 124604 | 40 | Pin-Special Threaded Taper |
| 224605 | 12 | Pin-Taper |
| 1018662 | 120 | Pulley-Control |
| 1022723 | 10 | Pulley-1 5/8 O.D. x 7/8 I.D. x 3/16 R x 9/16 Wide |
| 1019438 | 6 | Pulley Assem.-Bomb Hoist |
| 1025243 | 4 | Pulley-Camera Lifting Cord |
| 1024080 | 5 | Pulley Assem.-Bomb Hoist |
| 1023290 | 2 | Pulley-300# Bomb Idler Bracke |

Ex.: 8; Pg.: 144

No. DS-225
Feb. 15, 1937

## APPENDIX II (Cont'd.)

A(3) (Cont'd.)

| Drawing | Approx. Reqmts. per Ship | Title |
|---|---|---|
| 1027691 | 4 | Pulley-Bomb Door Bungee |
| 1001422 | 2 | Pulley-Wing Flap Return Cable Sta. 367 |
| AN210-5A | 2 | Pulley (5" Dia.) |
| P-46604 | 60 | Tip-Hydraulic (Zerk) |
| Misc. | 200 | Bearings-FAFNIR |
| Misc. | 6 | Bearings-Torrington Needle |
| Misc. | 100 | Bushings-Amplex Oilite |
| H5013-3 | 8 | Bushings-Lord Shock Absorber (Eng. Mount) |
| 132100 | 4300 | Bolt-Special (Drilled Head) |
| 111904 | 50 | Bolt-Shear or Bearing |
| 144105 | 40 | Bolt-Special Drilled Head Short Thread |
| 145936 | 50 | Bolt-Drilled Head Full Thread |
| 172523 | 1500 | Bolt-Clevis #10-32 (Use with stop nut) |
| 172524 | 30 | Bolt-Clevis 1/4-28 |
| 172525 | 30 | Bolt-Clevis 5/16-24 |
| 1000402 | 60 | Bolt-Outer Wing Spar Attach. Special |
| 1022114 | 550 | Bolt-Clevis #10-32 Short |
| 136431 | 300 | Screw-#10-32 Relief |
| 18M7049 | 30 | Screw-Round Head Machine |
| 18M7091 | 40 | Screw-Oval Head Dural Machine |
| 124630 | 4600 | Screw-Binder Head |
| 130417 | 250 | Screw-Special Connector Panel |
| 1026251 | 100 | Screw-Bomb Door Hinge |

Revised: March 10, 1938

## APPENDIX II (Cont'd)

B. New and novel features incorporated in the airplane herein described shall be in accordance with the Douglas Report No. 1647.

C. The Douglas Model DB-5 Airplane, Air Corps Model B-18A, herein described, is identical to the Air Corps Model B-18 airplane, with the exception of contract option amendments, and with the changes as set forth in Change Orders, Engineering Orders, and Engineering Releases, as listed on pages iv, v, and vi, of the Preface of this Specification.

1. Provisions for Model M-2 .30 caliber guns in place of Model M-1.

2. Curtain back of pilot to prevent glare during night operation.

3. Special map case for navigator, size 4 x 9 x 12.

4. Locker space for storing food and water, size 10 x 12 x 17 (approximate).

5. Provisions for installation of remote control for automatic pilot turn indicator.

6. Plexiglas shall be used in place of Plastacele and/or Lumerith for all windows, with the exception of the cockpit enclosure, bomber's window and main cabin windows.

7. Engine synchronizer indicator.

8. Additional pitot tube to be located on left hand wing.

9. Fixed antenna for liaison set.

10. Type A-9 landing lights replace Type A-8.

11. Special tools shall be furnished by the contractor.

Revised: March 10, 1938; February 29, 1940

LSC/rim
Serial No. 2445
Date 4-4-38
Change No. 1 to
Contract W 535 ac-9977
Dated June 14, 1937

# CHANGE ORDER

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

TO: DOUGLAS AIRCRAFT CO., INC.
SUBJECT: Miscellaneous Changes.
AFFECTING: Contract W 535 ac-9977

1. In the manufacture and construction of the airplanes called for under the terms of Item 1 of Paragraph (1) of Article 16 of Contract W 535 ac-9977, the contractor shall comply with each of the following listed requirements:

   a. Manifold pressure vent lines shall be installed substantially in accordance with Contractor's Drawing No. 5043743.

   REASON: To protect manifold pressure gauges.

   b. Long exhaust pipes and necessary brackets shall be furnished substantially in accordance with Contractor's Drawings Nos. 5042159, 5042161 and 5042182.

   REASON: To prevent glare in night flying.

   c. The arrangement of the bomber's and lower front gunner's compartment shall be in accordance with the mockup as shown on Contractor's Photographs Nos. 12081 to 12094, inclusive, with drag increase, 0.40 sq. ft..

   REASON: To provide more satisfactory bombing facilities.

   d. The inboard side of the engine cowling and nacelles shall be painted with flat bronze breen, Shade No. 9, Color Card Supplement 3-1.

   REASON: To prevent glare.

   e. The carburetor heat controls shall be located on the co-pilot's side of the engine control pedestal, substantially in accordance with Contractor's Drawing No. 5045473.

   REASON: To facilitate operation.

   f. The instruments, excepting oil and deicer pressure gauges, shall be of the Air Corps standard type, incorporating individual lighting.

   REASON: To provide Air Corps standard instruments.

   g. A shoulder rest substantially in accordance with Contractor's Drawing No. 5046827 shall be provided in the rear upper gun turret to facilitate operation of the gun.

   REASON: Self-evident.

Sheet 1.

Ex.: 8; Pg.: 147

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977

h.  The rear gun turret shall incorporate eight (8) inch camber dome and a closure strip shall be provided for the gun opening, substantially in accordance with Contractor's Drawings Nos. 5047036 and 5047463.

   REASON: To facilitate operation of gun.

i.  Provide a complete guard for the bomb hoist cable drums, substantially in accordance with Contractor's Drawing No. 5046632, in order to prevent jamming of the cables. (Special Load, not a part of Weight Empty)

   REASON: Self-evident.

j.  Tow target equipment, except impellers and windlass assemblies, shall be furnished and installed on eight (8) B-18A airplanes, second to ninth articles, inclusive, Serial Nos. AC 37-459 to 37-466, inclusive, substantially in accordance with Contractor's Drawing No. 5047482. The Government shall furnish, without cost to the contractor, f.o.b. cars, Santa Monica, California, one (1) each Impeller, Part No. 074639, and one (1) each Windlass Assembly, Part No. 33K4780, for check installation.

   REASON: To permit towing of targets.

k.  In lieu of the special Gatty type drift sight, the contractor shall install Government-furnished Type B-3 stabilized drift sight for operation by the navigator, substantially in accordance with Contractor's Drawing No. 5046329.

   REASON: To provide latest type drift sight.

l.  The radio receiver of the liaison set shall be relocated aft to a position immediately over the transmitter. The transmitter shall be lowered and the radio operator's table extended aft to the rear bulkhead of the main cabin. The transmitter tuning unit thereby displaced from under the transmitter shall be relocated in another convenient position in the airplane. The radio operator's table leaf shall be equipped to hinge both upward and downward to permit access to adjustments on the front of the transmitter. The changes herein specified shall be substantially in accordance with Contractor's Drawing No. 5046638.

   REASON: To provide more satisfactory radio installation.

m.  A 3/8" O.D. suction line shall be installed to the navigator's table, including a shut-off cock, Parker No. 6 PVGTD, or equal, and an adjustable restriction, substantially in accordance with Contractor's Drawing No. 1047576.

   REASON: To permit installation of suction instruments.

n.  Provide a metal compass cover for the Navigator's D-4 Compass, substantially in accordance with Contractor's Drawing No. 4046751.

   REASON: To protect compass.

Ex.: 8; Pg.: 148

Change Order, Serial No. 2445, Change No. 1 to Contract W 535, ac-9977

<u>o</u>. Provide a separate switch for the tail navigation light substantially as shown on Contractor's Drawing No. 5044776.

REASON: To permit separate control.

<u>p</u>. Provide rheostat control for the fuel analyzer gage lights by interconnection with the engine instrument circuit.

REASON: To permit dimming of lights.

<u>q</u>. Install landing light switches in a small junction box located on the head of the control pedestal immediately to the rear of the throttle levers, substantially in accordance with Contractor's Drawing No. 5045473.

REASON: To place in more convenient location.

<u>r</u>. Provide a light for the radio command set remote control dial, substantially in accordance with Contractor's Drawing No. 5047917.

REASON: Self-evident.

<u>s</u>. Provide roller curtains for side windows in the navigator's and radio operator's compartment, substantially in accordance with Contractor's Drawings Nos. 5047243 and 4044934.

REASON: To prevent glare.

<u>t</u>. Provide a reflector for the radio operator's dome light four (4) inches deep, 350°, with a 30° opening toward the rear entrance door of the main cabin.

REASON: To properly direct light.

<u>u</u>. Provide a metal visor, Part No. 5014043-152, in the forward part of the cockpit enclosure to prevent instrument light glare on cockpit enclosure glass, substantially as shown on Contractor's Drawing No. 5047243.

REASON: Self-evident.

<u>v</u>. Rearrange the pilot's instrument and electrical panel in accordance with recommendations of the Mockup Board, as shown on Photograph No. 12200, and in accordance with Contractor's Drawing No. 5044776.

REASON: To provide more satisfactory instrument arrangement.

<u>w</u>. Install Type B-16 Compass in bomber's compartment, substantially in accordance with Contractor's Drawing No. 5046408.

REASON: To provide more satisfactory compass installation.

<u>x</u>. Install dump valves in the two main fuel tanks, complete with operating mechanism and outlet chutes to the center wing trailing edge, substantially in accordance with Contractor's Drawings Nos.

Sheet 1-B.

Ex.: 8; Pg.: 149

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977.

5045582 and 5046042.

NOTE: Acceptance of the above dump valve installation shall be contingent upon satisfactory demonstration by the contractor and tests at the Materiel Division, Air Corps.

REASON: To permit quick release of fuel in emergency.

y. The contractor shall furnish and install the necessary materials, equipment and/or supplies to provide for transportation of this teen (13) passengers in addition to the crew of six (6). The installation shall be substantially in accordance with Contractor's Drawings Nos. 5032731 and 5044165.

REASON: To facilitate personnel transportation.

z. The requirement of Item 11 of Amendment II to Contractor's Specification DS-225 shall be disregarded and the contractor shall furnish and install Type D-5 Valve Assembly, Oil by-pass, Relief, Part No. 33A1854, in lieu of Type D-1 Control, oil temperature.

REASON: To obtain latest type equipment.

aa. The requirement of Item 7 of Amendment I to Contractor's Specification DS-225 relative refueling system shall be disregarded, and the contractor shall provide a permanently installed refueling system, incorporating a Government-furnished hand refueling pump, Part No. 38G3046, complete with refueling lines and shut-off valve, in lieu thereof, substantially in accordance with Contractor's Drawing No. 5045837.

REASON: To facilitate refueling from drums.

bb. The radio compass control box shall be located on the center member of the cockpit enclosure, substantially in accordance with Contractor's Drawing No. 5044288.

REASON: For accessibility.

cc. Provisions shall be made for the installation of the Type RC-20 Marker Beacon Receiver, substantially in accordance with Contractor's Drawing No. 5045846, in lieu of the Type A-1 as required by Contractor's Specification DS-225. The Type IN-81 Stand-Off Insulator, Air Corps Part No. 35A2276, shall be furnished by the Government, without cost to the contractor, f.o.b. cars, Santa Monica, California.

REASON: To provide for latest type equipment.

dd. Connect the pilot's, co-pilot's and navigator's interphone jack boxes in the same manner as the radio operator's box, so the above listed crew members may modulate the liaison set. In addition, run one extra unshielded 20 gage wire to these four interphone boxes for the radio compass junction box, and leave unconnected. (This is for future separate headset connection to radio compass.)

REASON: Self-evident. Sheet 1-C. Ex.: 8; Pg.: 150

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977.

**ee.** All flexible gun mounts shall accommodate the Type C-12 gun mount adapter yoke, substantially in accordance with Contractor's Drawings Nos. 5043230, 5047035 and 5046161.

REASON: To permit more satisfactory gun installation.

**ff.** The instrument light wiring installation shall be substantially in accordance with Contractor's Drawing No. 1046044, consisting of individual resistors mounted in a junction box similar to Air Corps Part No. 37A5157, at each instrument, in lieu of individual conduit from the junction box to each instrument.

REASON: To protect wiring.

**gg.** Install blind flying curtain in accordance with Contractor's Drawing No. 5045598 (Special Load).

REASON: To permit instrument flying.

**hh.** The requirement of Page 50, Contractor's Specification DS-225, with reference to the R-1820-45 engines, shall be disregarded and in lieu thereof the Government shall furnish and the contractor shall install R-1820-53 engines.

REASON: To provide the latest available type engine.

**ii.** In the manufacture of the last forty (40) airplanes, Serial No.s AC 37-595 to 37-634, inclusive, the requirements on Page 58 of Contractor's Specification DS-225, specifying installation of automatic pilot, shall be disregarded, except that part pertaining to vacuum and oil pump requirements, and in lieu thereof, the contractor shall install Government-furnished Automatic Flight Control equipment in accordance with Air Corps Specification 24580-A.

REASON: To provide latest and most satisfactory flight control equipment.

**jj.** Option, Amendment VII, Contractor's Specification DS-225, Item 2 - "Rear Upper Power Turret and Gun Mount" shall not apply. (This automatically cancels the requirements for the Cal. .50 gun and ammunition and requires a rear upper turret and Cal. .30 gun installation in accordance with Contractor's Specification DS-225, with the exception of additional revisions as listed herein.) (Drag increase for this item not included in performance guarantees per Page 4, Contractor's Specification DS-225.)

REASON: Power turret and .50 caliber gun considered unnecessary.

**kk.** Option, Amendment II, Contractor's Specification DS-225, Item 16, "Handbook Type Fasteners for Ring Cowl", shall not apply.

REASON: Same type fasteners as used on B-18 Airplanes considered satisfactory.

**ll.** The number of Model B-18A Airplanes to be weighed shall be in accordance with the requirements of Paragraph 4 (b), Page 102,

Sheet 1-D.

Ex.: 8; Pg.: 151

Change Order, Serial No. 2445, Change No. 1 to Contract W535 ac-9977.

8th Edition of the Handbook of Instructions for Airplane Designers, in lieu of the requirements of the 7th Edition thereof (affecting eight (8) Model B-18A Airplanes only).

REASON: Weighing in accordance with latest Handbook requirements considered satisfactory.

2. As a result of the changes specified in paragraph 1 hereinabove, certain Spare Parts shall be constructed to accord with such changes ...

3. In the manufacture and construction of the airplanes called for under the terms of Item 1 of Paragraph (1) of Article 16 of Contract W 535 ac-9977, the contractor shall, without additional cost to the Government, comply with each of the following listed requirements:

a. Provisions for operating comfort, such as seat upholstery and available working space, shall comply with the mockup as is illustrated in Photographs, Contractor's Nos. 12081 to 12094, inclusive.

REASON: For crew comfort.

b. The Cal. .30 nose gun as listed in Paragraph V 5 A (2), Page 31, Contractor's Specification DS-225, shall not apply, and in lieu thereof, a lower front Cal. .30 gun as shown on Contractor's Photographs Nos. 12081 to 12094 inclusive, and on Contractor's Drawings Nos. 5044536 and 4045570, shall be installed.

NOTE: The arrangement of the lower front gun and upper rear gun turrets shall be such as to provide aimed intersecting fire in accordance with Contractor's Drawing No. 5046190.

REASON: To provide more satisfactory machine gun facilities.

c. Pilot's and co-pilot's sun visors shall be green instead of amber.

REASON: Protection from glare.

d. The pilot's seat shall be moved back 3 inches and the tilting feature shall be eliminated. The co-pilot's seat shall be moved back 1-1/2 inches.

REASON: To comply with Handbook of Instructions space requirements.

e. The hydraulic system pressure tank shall be provided substantially in accordance with Contractor's Drawing No. 5038278.

REASON: To prevent rapid loss of hydraulic system pressure.

f. The operating cables for the rear gun turret shall be prestretched before installation.

REASON: To prevent undue slack in cable.

g. The navigator's Type D-4 Compass shall be located in the most suitabl

Sheet 1-D.

Ex.: 8; Pg.: 152

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977

position with a view of eliminating inaccuracies, such location to be determined from tests on the Model B-18 Airplanes.

REASON: To obtain more accurate compass reading.

h. Increase the length of the co-pilot's headset connector cord to fifty-four (54) inches.

REASON: To permit freedom of movement by co-pilot.

i. The heating system boiler shall be provided substantially in accordance with Contractor's Drawing No. 5044068.

REASON: To insure more satisfactory boiler.

j. Eliminate the window in the pilot's floor to keep out light from bomber's compartment.

REASON: Self-evident.

k. The radio compass receiver shall be rotated 90° with the controls facing the radio operator; the fore and aft adjustment of the radio operator's seat shall be eliminated and the retractable feature of the radio compass loop shall be eliminated, substantially in accordance with Contractor's Drawing No. 5046638.

REASON: To improve radio compass installation.

l. The note at the bottom of Page 4, Contractor's Specification DS-225, shall be disregarded and in lieu thereof the following shall apply:

"The above performance is obtained with gun emplacements, etc., in retracted position and without de-icer external shoes, radio compass loop and tow target equipment."

REASON: To clarify performance guarantees.

m. "Horse-Power Ratings", as shown on Pages 2 and 26 of Contractor's Specification DS-225, shall be disregarded and in lieu thereof the following shall apply:

Page 2, Contractor's Specification DS-225.

### Horse-Power Ratings

|        | Sea Level | Max. H.P. Takeoff & 5 min. Climb | Alt. 5000 Ft. | Alt. 10200 Ft. |
|--------|-----------|----------------------------------|---------------|----------------|
| H.P.   | 830       | 975*                             | 850           | 850            |
| R.P.M. | 2100      | 2200                             | 2100          | 2100           |

*NOTE: Take-off power of 975 H.P. at 2200 R.P.M. shall be available and usable from sea level to a minimum altitude of 1,000 feet.

Sheet 1-E.

Ex.: 8; Pg.: 153

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977.

Page 26, Contractor's Specification DS-225.

| | |
|---|---|
| 975 h.p. at take-off and 5 min. climb | 2200 r.p.m. (This power to be held to a min. altitude of 1000 ft.) |
| 830 h.p. at sea level | 2100 r.p.m. |
| 850 h.p. at 5000 feet | 2100 r.p.m. |
| 850 h.p. at 10200 feet | 2100 r.p.m. |

REASON: To specify performance of engines being furnished.

n. The contractor shall install Government-furnished propeller hub spinners, Benson Part No. A-16000, or equal, and shall furnish and install de-icer slingers, Benson Part No. A-16101, or equal.

REASON: To clarify the requirements of Contractor's Specification DS-225, including Amendments thereto, as set forth in contract.

o. Certain equipment listed on Pages 50 to 69, inclusive, of Contractor's Specification DS-225 shall be disregarded and in order to comply with the requirements of the changes set forth hereinbefore, the following shall apply:

Page 50 - POWER PLANT

Propeller Hub, Part No. 3E50-201 in lieu of Part No. 8452.
Designation "Type A1-1" to be added to constant speed control.
2 - Valve Assem., oil by-pass and relief, Type D-5, Dwg. 33A1854.
    in lieu of
2 - Control, oil temperature, thermostatic (Pratt and Whitney).
Type G-1, Unit fuel system, Spec. 28189-A in lieu of Type C-7.
Add:
*1 - Pump, fuel servicing, Drawing 38G3046.

Page 51 - POWER PLANT - Continued

Asterisks (*) opposite the following equipment shall not apply:

Eclipse, oil separator (de-icer) .......................... M-3356
Eclipse, distributor valve (de-icer) ...................... M-3354
Eclipse, air check valves (de-icer) ....................... M-3032
De-icer pressure gage - Kollsman .......................... 225-01

Oil Separator, Part No. 2029450 in lieu of AC 37B2550
De-icer shoe, Drawing 47C-3730C-1 in lieu fo Part No. 47C-3720C-1
De-icer shoe, Drawing 47C-3912A in lieu of Part No. 47C-3912
  Add:
2 - De-icer slinger, propeller, Drawing No. A-16101
2 - Eclipse, air relief valve, Drawing M-3258

Page 52 - ARMAMENT

Machine Gun, Flexible, Front
Conditon A (Design Useful Load)

**1 - Sight Assembly, rear, Type B-10, Dwg. 37B3574 - in lieu of
**1 - Sight, Rear Ring, Type B-8, Dwg. No. 01509?3

Ex.: 8; Pg.: 154
Sheet 1-F

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac9977.

    **1 - Sight Assembly, front, Type A-4, Dwg. 37B3578 - in lieu of
    **1 - Sight, Wind Vane, Type D-4, Dwg. 069534.

    **1 - Gun Mount Adapter, Type C-12, Complete less Ejection
        Containers, Dwg. 37G4926 in lieu of Type C-4, Dwg. 0158911.

<u>Machine Gun, Flexible, Front</u>
<u>Condition B (Alternate Useful Load)</u>

    **1 - Sight, post, Type A-3, Drawing 030257 - in lieu of
    **1 - Sight, wind vane, Type D-4, Drawing 069534.

<u>Page 53 - Rear Upper Gun</u>

    Disregard the equipment listed in Amendment VII, (Report 1637), Item 2, "Rear upper power turret and gun mount" and substitute in lieu thereof the equipment listed for the rear upper flexible machine gun, per Page 53, Contractor's Specification DS-225, with the following changes:

<u>Machine Gun Flexible, Rear Upper, Condition "A" (Design Useful Load)</u>

    **1 - Sight Assembly, rear, Type B-10, Dwg. 37B3574 - in lieu of
    **1 - Sight, Rear Ring, Type B-8, Dwg. 0150973.

    **1 - Sight Assembly, front, Type A-4, Dwg. 37B3578 - in lieu of
    **1 - Sight, Wind Vane, Type D-4, Dwg. 069534.

    **1 - Gun Mount Adapter, Type C-12, Complete less Ejection
        Containers, Dwg. 37G4926 - in lieu of Type C-4, Dwg. 0158911.

<u>Machine Gun, Flexible, Rear Upper, Condition "B" (Alternate Useful Load)</u>

    **1 - Sight, post Type A-3, Dwg. 030257 - in lieu of
    **1 - Sight, Wind Vane, Type D-4, Dwg. 069534.

<u>Page 54 - Rear Lower Gun</u>

    Disregard the equipment listed in Amendment I, (Report 1631) Item 9, "Provisions for interchangeable .50 Cal. gun, rear lower" and on Page 54 of Contractor's Specification DS-225; the following shall govern in lieu thereof:

Sheet 1-G.

Ex.: 8; Pg.: 155

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977.

### Machine Gun, Flexible, Rear Lower
### Condition "A" (Design Useful Load)

```
**1  - Aircraft machine gun, Cal. .30 flexible,
       Model M-2 ..................................... H35M2075
**1  - Sight Assembly, rear, Type B-10 ............... 37B3574
**1  - Sight Assembly, front, Type A-4 ............... 37B3578
**1  - Gun Mount Adapter, Type C-12, complete less
       ejection containers ........................... 37G4926
**6  - Ammunition boxes, Type L-4 .................... 30-616
***600 Rounds Cal. .30 ammunition with links .........
```

### Machine Gun, Flexible, Rear Lower
### Cal. .50 Condition "B"
### (Special Useful Load)

```
**1  - Aircraft machine gun, Cal. .50 flexible,
       Model M-2 less spade grip ..................... H35M5390
**1  - Adapter Assembly, Cal. .50 gun mount,
       Type E-4 less yoke ............................ X37K2672
  1  - Gun Mount Adapter, yoke (Douglas) .............
**1  - Sight, rear Type B-11 ......................... 37A5811
**1  - Sight, front, Type A-5 ........................ 37A5810
**5  - Ammunition Box, Type O-1 ...................... 35D3891
***165 Rounds Cal. .50 ammunition with links .........
**1  - Mount, ammunition box, Type C-2 ............... 37B2675
```

### Machine Gun, Flexible, Rear Lower
### Condition "C" (Alternate Useful Load)

```
**1  - Camera Gun, Type G-4 ..........................
**1  - Camera Gun Mount Adapter Assembly, Type B-1 .  30-1435
**1  - Sight Mount, Type C-1 ......................... 0150958
**1  - Sight, rear ring, Type B-8 .................... 0150973
**1  - Sight, post, Type A-3 ......................... 030257
**1  - Spade grip, Type F-2 .......................... 03863
**1  - Camera, winding crank ......................... 32B1230
***2 - No. 6 Dry Cell Battery .......................
***1 - Battery Wire Assembly ......................... 33B4657
***1 - Battery Support Bracket ....................... 33B4690
***1 - Film Cartridge ...............................
```

### Machine Gun, Flexible, Rear Lower
### (Weight Empty)

```
  1 - Gun Mount ...................................... (Douglas)
  1 - Gun Stowing Latch (Cal. .30) ................... (Douglas)
  1 - Gun Stowing Latch (Cal. .50) ................... (Douglas)
  1 - Gun Stowing Latch (camera gun) ................. (Douglas)
  1 - set Holders for six (6) Type L-4 Cal. .30
      ammunition boxes ............................... (Douglas)
  1 - set Brackets to hold Type O-1 Cal. .50
      ammunition boxes ............................... (Douglas)
```

Sheet 1-H.

Ex.: 8; Pg.: 156

Change Order, Serial No. 2445, Change No. 1 to Contract W 535, ac-9977

Page 55 -    Bomber's Equipment (Bomber's Cockpit)
                  (Design Useful Load)

  1 - Bombsight Extension, Dwg. No. H35B2173 - in lieu of
  1 - Bombsight Extension, Dwg. No. 35B2172.

Page 56 -    Condition "B" (Bombing Equipment Special Useful Load)

*1 - Bomb Shackle Assembly, Type D-3, Dwg. 33K2512 - in lieu of Type B-3.

Page 58 - INSTRUMENTS (Weight Empty)

Disregard the instruments listed on Page 58, including the two notes at the bottom of the page, and the following shall govern in lieu thereof:

*2 - Indicator, Airspeed, Type D-4 .............. Spec. 27805
*2 - Tube, Airspeed, Type C-2 ................. Spec. 27791
*2 - Altimeter, Type C-10 .................... Spec. 27808
*2 - Compass, Type B-16 ..................... Spec. 27807
*1 - Automatic pilot, Type A-2, including:
    2 Vacuum Pump, Type B-3 ............... Spec. 28167
    1 Oil Pump, Pesco, No. 203
    1 Remote Control
*2 - Clock, Type A-7 ........................ Spec. 27814
 1 - Fuel quantity Gage, elec. Liquidometer type
    (including switch) .................... Dwg. SK-EA7000
**1 - Pilot Director ......................... Dwg. H35A1512
*1 - Compass, Type D-4 ...................... Spec. 94-27232
*1 - Drift Meter, Type B-3 ................... Spec. 27796
*2 - Thermometer (air), Type C-5 ............. Spec. 27822
*1 - Indicator, Bank & Turn, Type A-5 ........ Spec. 27803
*1 - Indicator, Rate of Climb, Type A-6 ...... Spec. 27782
*1 - Gage - landing gear pressure, Type E-3 .. Spec. 27812
*2 - Tachometer, Type E-4 ................... Spec. 27817
*2 - Gage, Oil Pressure, Type B-5 ........... Spec. 27809
*2 - Gage, Fuel Pressure, Type C-8 .......... Spec. 27810
*2 - Indicator, Thermometer (oil), Type A-14 . Spec. 27830
*2 - Gage, Manifold Pressure, Type D-2 ...... Spec. 27811
*2 - Indicator, Thermocouple, Type E-7 ...... Spec. 27821
*2 - Indicator, Thermometer (carburetor mixture),
    Type F-2 ............................. Spec. 27823
 2 - Gage, oil quantity (Douglas) ............ Dwg. 1032366
 1 - Bank & Turn Needle Valve (Douglas)
*1 - Exhaust Gas Analyzer (twin engine) Cambridge
 1 - Engine synchronizer, Eclipse
*1 - Turn Indicator, Type A-3 ............... Spec. 27800
*1 - Flight Indicator, Type C-5 ............. Spec. 27802
*1 - Adapter, Rim Light (Kollsman) for Sperry
    Oil Pressure Gage No. 150003

NOTE: Installation of adapters to be accomplished by airplane contractor.

Sheet 1-I.

Ex.: 8; Pg.: 157