Exhibit G, Part 16 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6662-2 Filed 01/28/11 Page 1 of 16
Case 3:11-cv-00061-JSW Document 66-2 Filed 04/24/11 Page 31 of 46

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977.

### Page 59 - RADIO (Weight Empty)

Command Set, SCR-AJ-183 - in lieu of Command Set, SCR-AG-183
Items 3, 4, 5 and 6 shall be designated as "Coil Set and Case" in lieu of Coil Set
Item 16 - *1 - Shaft, MC-134, 11 ft. 7 in. long - in lieu of
*1 - Shaft, MC-134, 11 ft. 7 in. long and 90° drive

### Page 60 - Liaison Set

*1 - Transmitter, with mounting tubes and tubing unit, Part No. 36D5854 - in lieu of Part No. SC-C-325A.

*1 - Dynamotor Unit, Transmitter with mounting, Part No. 36B5856

*1 - Receiver with Tubes, Mounting and Plug, Part No. 36D5855

### Page 61 - Interphone, Type RC-15

*1 - Interphone Amplifier with Tube, Part No. 36B5857 - in lieu of Part No. ES-B-2166-A.
*8 - Jack Boxes, Part No. 36B5858 - in lieu of Part No. ES-B-2168-A.

ADD:
*8 - Headset Connector Cords, Part No. 36B4044,
  each consisting of:
   Required Cordage, CO-119
   1 Jack, JK-26
   1 Plug, PL-55

Disregard Marker Beacon Receptor, Type A-1, including associate items, and the following shall govern in lieu thereof:

### Marker Beacon Receiving Equipment, RC-20

*1 - Receiver with tubes, plugs and plug jacket Dwg. No. SC-D-2133
*1 - Mounting, FT-161 and Receiver ............. Dwg. No. SC-D-2138
*1 - Antenna Assembly ........................... Dwg. No. SC-D-2141
*1 - Indicator, I-68 ............................ Dwg. No. SC-D-2140

### Antenna Equipment

*1 - Reel, Antenna, Type RL-30B, Drawing 37G6167 - in lieu of
*1 - Reel, Antenna, Type RL-30, Drawing 34B4893.

|  | Dwg. or Spec. No. |
|---|---|
| ADD: | |
| *6 - Insulators, Strain ......................... | 33A1845 |
| *1 - Insulators, Lead-in, Command Set .......... | 32A2329 |
| *12 - Insulators, Stand-off, 1-1/2 inch ......... | 35A2276 |
| *3 - Insulators, Stand-off, 3 inch ............. | 35A2277 |
| *1 - Insulator, Lead-in, Liaison set ........... | 35A2280 |
| Reqd. Insulator, Antenna Mast ................... | |
| 1 - Switch, Antenna, Change-over ............... | |
| Reqd. Fuses (capacity as required) .............. | |
| *1 - Insulator, Lead-in, Compass Set ........... | 32A2329 |

Sheet 1-J.

Ex.: 8; Pg.: 158

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977.

### Page 63 – ELECTRICAL EQUIPMENT (Weight Empty)

\*2 – Switch, Starter Solenoid, Type A-5A, Spec. 32079 – in lieu of
\*2 – Switch, Starter Solenoid, Type A-5, Spec. 238520-1.

\*2 – Solenoid, Starter Meshing, Type A-1A, Spec. 32078 – in lieu of
\*2 – Solenoid, Starter Meshing, Type A-1, Spec. C-18426.

\*2 – Coil – Booster, Spec. 32083 – in lieu of Spec. C-39864.

Disregard:
2 – Switch – Fuel Pressure Warning Light, Dwg. E-793B

### Page 64

Disregard the last six (6) items and the following are added in lieu thereof:

\*1 – Lamp Assembly-Running, left upper, Type A-8, Dwg.No. 74B4962-1
\*1 – Lamp Assembly-Running, left lower, Type A-8, Dwg. No. 74B4962-
\*1 – Lamp Assembly-Running, right upper, Type A-8, Dwg.No. 74B4962-
\*1 – Lamp Assembly-Running, right lower, Type A-8, Dwg.No. 74B4962-
\*2 – Lamp Assembly-Running, Tail, Type A-8 ....... Dwg.No. 74B4962-
\*7 – Lamp Assembly-Position Lights, Type A-8 ...... Dwg.No. 74B4962-

### Page 65

Disregard:
2 – Socket Assembly – Fuel Pressure Warning, Dwg. No. 32A1981.

### Page 67

\*1 – Lamp – 12 volt, 50 C.P., RF-11 bulb, DC base – in lieu of
\*1 – Lamp – 12 volt, 50 C.P., S-10 bulb, DC base

\*2 – Lamp – 18-24 volt, 3 C.P., G-6 bulb, S.C. base – in lieu of
\*2 – Lamp – 18-24 volt, 3 C.P., G-6 bulb, DC base

\*4 – Lamp – 12-16 volt, 6 C.P., G-6 bulb, SC base and
\*7 – Lamp – 12-16 volt, 3 C.P., G-6 bulb, SC base – in lieu of
\*11 – Lamp – 12-16 volt, 6 C.P., G-6 bulb, DC base.

ADD:
2 – Signal Assembly, Fuel Pressure, Type C-1 ..... Dwg.No. 34D4127
\*2 – Lamp Assembly, Type A-1, (fuel signal) ....... Dwg.No. 35D5071
\*15 – Lamp, 3 volt (spares) ............................. Dwg.No. X36A3344

### Page 68 – MISCELLANEOUS EQUIPMENT (Weight Empty)

\*4 – Bracket, Attachable, Parachute, Dwg. No. 31-1778 – in lieu of
\*6 – Bracket, Attachable, Parachute, Dwg. No. 31-1778.

\*5 – Belt, Pilots' Safety, Type B-10, Dwg. 32G295 – in lieu of
\*4 – Belt, Pilots' Safety, Type B-10, Dwg. 32G295.

Sheet 1-K.

Ex.: 8; Pg.: 159

Change Order, Serial No. 2445, Change No. 1 to Contract W 535 ac-9977.

### Page 68 - MISCELLANEOUS EQUIPMENT (Design Useful Load)

\*\*6 - Regulator, Oxygen, Type A-6, Spec. 40249 - in lieu of
\*\*6 - Regulator, Oxygen.

### Page 69 - MISCELLANEOUS EQUIPMENT (Special Load)

ADD:

13 - Belt, Safety (Douglas)

### Page 19 - Report 1632 - Amendment II

Item 31 - De-Icing Equipment to be Contractor Furnished

2 - Propeller De-icer Slingers, Benson Drawing 16101 - in lieu of
2 - Propeller De-icer Slingers, D-1014.

REASON: To identify equipment actually being furnished.

NOTE: Drawings showing changes required by this Change Order shall be submitted to the Chief, Materiel Division, Air Corps, Wright Field, Dayton, Ohio, marked for "Engineering Section" for information prior to construction.

Approval recommended:           Approved: June 22, 1938
May 9, 1938.                             Louis Johnson,
                                 The Assistant Secretary of War.
H. H. Arnold
Brig. General, Air Corps.
Acting Chief of the Air Corps.

TO: CONTRACTING OFFICER:

1. Contractor or vendor hereby acknowledges above Change Order and agrees to comply therewith under the terms immediately hereinafter indicated:

   With an extension of the delivery date or dates set forth in Contract affected of 215 days, for delivery of all of the articles and spare parts affected.

   The guaranteed normal gross weight of the article is increased from 22,040.0 pounds to 22,358.0 pounds.

   The guaranteed performance of the engine shall be increased as per 3.m. herein.

   The center of gravity of the airplane has been moved 1.9 inches upward by the above change.

   The guaranteed performance of the airplane is altered as follows: High speed at 10,000 ft. altitude decreased from 214.0 m.p.h. to 204.0 m.p.h.

   Endurance at operating speed decreased from 9.8 hrs. to 6.0 hrs.

Ex.: 8; Pg.: 160

# C H A N G E   O R D E R

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

Serial No. 2499
Date 6-15-38
Change No. 2   To
Contract No. W535 AC-9977
Dated June 14, 1937

To: Douglas Aircraft Company, Inc., Santa Monica, California
Subject: Additional Bombardment Airplanes and Spare Parts
Affecting: Contract W535 AC-9977, as amended.
Order:

1. Under the provisions of Paragraph (2) of Article 22 of Contract W535 AC-9977 permitting an increase, the quantity of airplanes, Bombardment, Bi-Engined, Air Corps Type and Model B-18A, called for under the terms of Item 1 of Paragraph (1) of Article 16 of said contract, is hereby increased from one hundred and seventy-seven (177) to two hundred and fifty-five (255).

   The additional airplanes called for hereinabove shall be serially numbered by the contractor as follows, all numbers to be preceded by the letters "A.C."

   25 airplanes - 38-585 to 38-609, inclusive.
   53 airplanes - 39-12 to 39-64, inclusive.

2. The miscellaneous changes specified under the terms of Change Order, Serial No. 2445, Change No. 1, applicable to the airplanes called for under the terms of the original contract, are hereby made applicable and shall be complied with respecting each of the seventy-eight (78) additional airplanes called for under the terms of this Change Order (with the exception of the changes specified under Items 1 j. and 1 ll. of Change Order, Serial No. 2445, Change No. 1 to the contract, which shall not apply to the additional airplanes called for hereinabove).

3. The number of the additional Model B-18A Airplanes called for hereinabove to be weighed shall be in accordance with the requirements of Paragraph 4 B, Page 102, Eighth (8th) Edition of the Handbook of Instructions for Airplane Designers in lieu of the requirements of the Seventh (7th) Edition thereof (affecting four (4) Model B-18A Airplanes only).

4. Likewise, the quantity of spare parts called for under Item 2 of Paragraph (1) ...

5. <u>Deliveries</u>: Delivery of the additional airplanes called for hereinabove shall be made at the rate of not less than twenty-two (22) airplanes during each thirty- (30-) day period or such number less than twenty-two (22) of the total number of airplanes contracted for then remaining undelivered immediately following delivery of the one hundred and seventy-seventh (177th)

Ex.: 8; Pg.: 161

Change Order, Serial No. 2499, Change No. 2 to Contract W535 AC-9977

airplane called for under the terms of the contract.

The provisions respecting delivery of the spare parts as specified ...

| | |
|---|---|
| Approval recommended:<br>June 18, 1938 | Approved: June 30, 1938 |
| O. Westover,<br>Major General, Air Corps,<br>Chief of the Air Corps | Louis Johnson,<br>The Assistant Secretary of War |

Sheet I-4.

Ex.: 8; Pg.: 162

Serial No. 2499, Change No. 2 to Contract W535 AC-9977.

Except as hereby amended, all the terms and conditions of the Contract affected shall remain unmodified and in full force and effect and shall also apply in carrying out the provisions of this change order.

Initiated by:          Approved by:          Ordered by:

Chief of Branch       Chief, Engineering Sec.


W. F. VOLANDT, LT.COL., AC.    E.T. KENNEDY, Major, A
Chief Procurement Section       Contracting Officer


1st INDORSEMENT

Santa Monica, Calif.    June 16, 1938
(Place)                  (Date)

Ex.: 8; Pg.: 163

Serial No. 2771 Date 10-26-38
Change No. 3 to
Contract No. W 535 ac-9977
Dated June 14, 1937.

# CHANGE ORDER

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

TO: Douglas Aircraft Company, Inc.
Santa Monica, California
SUBJECT: Specification Changes.
AFFECTING: Contract W 535 ac-9977, as amended.

1. In the manufacture and construction of the Bi-Engined Bombardment Airplanes called for under the terms of Item 1 of Paragraph (1) of Article 16 of Contract W 535 ac-9977 (as amended and increased under the terms of Change Order, Serial No. 2499, Change No. 2 thereto), the contractor shall comply with each of the following listed requirements:

   a. Install a Suction Gauge, Type F-2, in the twenty-first (21st) airplane, Air Corps Serial No. 37-478, and subsequent airplanes, to check vacuum operating flight indicator, substantially in accordance with Contractor's Drawing 5076810, which Drawing is by this specific reference made a part hereof. Necessary Suction Gauges in sufficient quantity will be furnished by the Government without cost to the contractor, f.o.b. cars, Santa Monica, California, but shall be installed by the contractor.

   REASON: To check vacuum operating flight indicator; considered necessary in the interest of safety.

   b. Provide clearance by means of cutouts in the bombay doors to permit carrying the 300-pound MK LXII demolition bomb, Drawing A32P6124 in the forty-fourth (44th) airplane, Air Corps Serial No. 37-501, and subsequent airplanes, substantially in accordance with Contractor's Drawing 5076819, which Drawing is by this specific reference made a part hereof.

   REASON: To increase the efficiency of the airplane as a military weapon. The MK LXII bomb is the "modernized" bomb having new design of box tail fin.

   c. Provide an improved arrangement of manual bomb release switch on the forty-fourth (44th) airplane, Air Corps Serial No. 37-501, and subsequent airplanes, substantially in accordance with Air Corps Drawing 53931734 and Contractor's Drawing 5077285, which Drawings are by this specific reference made a part hereof.

   REASON: To insure efficient operation of bomb release; considered necessary in the interest of safety.

No change in weight.

M.F. VOLANDT, Lt.Col., AC
A.A. KESSLER, Capt., AC

Ex. 8, Pg. 164

AC/rim
Serial No. 2607   Date 12-17-38
Change No. 4 to
Contract No. W 535 ac-9977
Dated June 14, 1937.

# CHANGE ORDER

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

TO: Douglas Aircraft Company, Inc.
    Santa Monica, California
SUBJECT: Miscellaneous Changes
AFFECTING: Contract W 535 ac-9977, as amended

1. In the manufacture and construction of one hundred and eighty-six (186) of the B-18A Bombardment Airplanes called for under the terms of Item 1 of Paragraph (1) of Article 16 of Contract W 535 ac-9977 (as amended and increased under the terms of Change Order, Serial No. 2499, Change No. 2 thereto), being Air Corps Serial Nos. 37-527 to 37-634, inclusive; 38-585 to 38-609, inclusive; and 39-12 to 39-64, inclusive, the contractor shall construct the Vertical Stabilizer, Rudder, Tail Cone and Controls, in accordance with Contractor's Drawing No. 5077294, which Drawing is by this specific reference made a part hereof.

    REASON: To obtain surfaces and controls of improved design, insuring longer service life and increasing safety by decreasing flexibility.

2. In the manufacture and construction of forty (40) of the Model B-18A Bombardment Airplanes called for under the terms of Item 1 of Paragraph (1) of Article 16 of Contract W 535 ac-9977 (as amended and increased under the terms of Change Order, Serial No. 2499, Change No. 2 thereto), being Air Corps Serial Nos. 37-555 to 37-594, inclusive, the contractor shall install Sperry Automatic Pilots and Sperry Type O-1 Bomb sights, in accordance with Contractor's Drawing No. 5077298, which Drawing is by this specific reference made a part hereof, in lieu of Sperry Automatic Pilots and M-1 Bomb sights, originally specified.

    The Automatic Pilots and Type O-1 Bomb sights will be furnished by the Government without cost to the contractor, f.o.b., cars, Santa Monica, California.

    REASON: To obtain quantity of Sperry type bomb sights for extended service test purposes.

Ex.: 8; Pg.: 165

Change Order, Serial No. 2607, Change No. 4 to Contract
W 535 ac-9977

3. The Bombay Doors called for under Item 52 of Exhibit "A", attached to and made a part of Contract W 535 ac-9977, shall be constructed in accordance with Contractor's Drawing No. 5076819, which Drawing is by this specific reference made a part hereof, to accord with the change specified in Paragraph 1 b. of Change Order, Serial No. 2571, Change No. 3 to Contract W 535 ac-9977.

   REASON: To obtain spare parts in agreement with the change in the airplane.

4. The Vertical Stabilizers called for under Item 76 of Exhibit "A" to Change Order, Serial No. 2499, Change No. 2 to Contract W 535 ac-9977 shall be constructed in accordance with Contractor's Drawing No. 5077294 to accord with the change specified in Paragraph 1 hereinabove.

   REASON: To obtain spare parts in agreement with the change in the airplane.

5. The Rudders called for under Item 77 of Exhibit "A" to Change Order, Serial No. 2499, Change No. 2 to Contract W 535 ac-9977 shall be constructed in accordance with Contractor's Drawing No. 5077294 to accord with the change specified in Paragraph 1 hereinabove.

   REASON: To obtain spare parts in agreement with the change in the airplane.

Approval recommended:  Approved: Feb. 6, 1939
January 4, 1939

/s/ H. H. ARNOLD  Louis Johnson,
Major General, A.C.  Asst. Secy of War
Chief of Air Corps

The guaranteed weight of the article is increased 144.0 pounds.

Ex.: 8; Pg.: 166

LSC/rim

CHANGE ORDER    Serial No. 2661 Date 3-25-3
Change No. 5    to
War Department    Contract No. W535 ac-9977
Dated June 14, 1937.

Air Corps
Materiel Division
Wright Field    Dayton, Ohio

To: Douglas Aircraft Company, Inc., Santa Monica, California
Subject: Miscellaneous Changes,
Affecting Contract W 535 ac-9977, as amended.
Order:

1. In the manufacture and construction of the airplanes called for under the terms of Item 1 of Paragraph (1) of Article 16 of Contract W535 ac-9977 (as amended and increased under the terms of Change Order, Serial No. 2499, Change No. 2 thereto), the contractor shall comply with each of the following listed requirements:

   a. The last thirty-eight (38) airplanes, being Air Corps Serial Nos. 39-17 to 39-54, inclusive, shall be manufactured, built and constructed in accordance with all of the terms and requirements of Contractor's Detail Specification No. DS-266 dated December 5, 1938, which Specification is by this specific reference made a part hereof, in lieu and instead of Contractor's Detail Specification No. DS-225 and Amendments thereto, originally specified.

   The above airplanes shall be redesignated as Air Corps Type and Model B-23.

   REASON: To obtain airplanes of increased performance and service in accordance with the Model R-2600-3 Engines.

   b. In lieu of Constant Speed Propellers required by Contractor's Specification No. DS-225, as modified by Paragraph 3 o. of Change Order, Serial No. 2445, Change No. 1 to the contract, Propellers of the Hydromatic, full feathering type, each consisting of one (1) Hub, Part No. 23E50, three (3) Blades, Design 6153A-18, one (1) set of Controls, Constant Speed and Feathering, and one (1) Slinger Ring, shall be furnished by the Government without cost to the contractor, f.o.b. cars, Santa Monica, California, but shall be installed by the contractor on the 28th to 417th airplanes, being Air Corps Serial Nos. 37-45 to 37-434, 38-545 to 38-609 and 39-12 to 39-26, inclusive.

   REASON: To obtain the latest type feathering propellers and consequent added safety factor in event of engine failure.

Sheet 1.        Ex.: 8; Pg.: 167

Change Order, Serial No. 2661, Change No. 5 to Contract W 535 ac-9977

Sheet 1-A.

    c. On the 82d to 217th airplanes, being Air Corps Serial Nos. 37-539 to 37-634, 38-585 to 38-609 and 39-12 to 39-26, inclusive, the contractor shall disregard the requirement of Specification No. DS-225 requiring provision for 50 cal. floor gun, at a reduction in cost of $14.12 per airplane.

        REASON: Alternate 50 Cal. gun installation no longer required in floor gun position, in conformity with Report of Sub-Committee, Air Corps Technical Committee, Item 23 on Types and Calibers of Aircraft Machine Guns, etc.

    d. On the 98th to 217th airplanes, being Air Corps Serial Nos. 37-555 to 37-634, 38-585 to 38-609 and 39-12 to 39-26, inclusive, the contractor shall furnish and install turning device for "Cuno" oil filters, in accordance with its Drawing 5082775, at an additional cost of $129.33 per airplane.

        REASON: To prevent forced landings due to clogged oil filters.

    e. On the 51st to 217th airplanes, being Air Corps Serial Nos. 37-508 to 37-634, 38-585 to 38-609 and 39-12 to 39-26, inclusive, the contractor shall disregard the requirement for installation of dump valves, as set forth in Paragraph 1 x. of Change Order, Serial No. 2445, Change No. 1 to the contract, at a reduction in cost of $88.17 per airplane.

        REASON: Additional flotation not considered necessary. Fire hazard from dump valve operation considered greater than possible benefits.

2. As a result of the changes in the airplanes as set forth hereinabove the quantities of certain spare parts listed in Exhibit "A" attached to and made a part of Change Order, Serial No. 2499, Change No. 2 to the contract, shall be reduced as set forth hereinbelow:

    Item 19: Mount assy., engine, complete, including long tail pipes, propeller controls and oil coolers, assembled, quantity reduced from 50 sets to 40 sets.

    Item 22: Cowling fasteners, engine cowling; this item of 100 sets is hereby cancelled and made of no further effect.

    Item 26: Exhaust manifold, (collector ring), not including long tail pipes; quantity reduced from 203 sets to 175 sets.

    Item 30: Engine ring cowlings, complete with cables; quantity reduced from 100 sets to 85 sets.

Sheet 1-A.

Ex.: 8; Pg.: 168

Change Order, Serial No. 2661, Change No. 5 to Contract W535 ac-9977

Sheet 1-B.

Item 149: Landing gear assy., complete with bolts, retracting mechanism, etc., but less wheels, tires and tubes; quantity reduced from 50 sets to 40 sets.

3. In addition to the spare parts called for under the terms of Paragraph 4 of Change Order, Serial No. 2499, Change No. 2 to the contract, the following spare parts for the Model B-23 Airplanes shall be furnished by the contractor, in the quantities indicated hereinbelow:

| Item | Description | Quantity | Unit | Unit Cost | Total Cost |
|---|---|---|---|---|---|
| 1 | Engine Mount Assembly forward of the firewall, complete with mount, collector rings, electrical wiring, inner cowling, fuel and oil lines, oil cooler, and oil cooler brackets, engine control cables, rods and brackets, and all other of the contractor's parts forward of the firewall, less anti-drag ring and engine-driven hydraulic pump, assembled | | | | |
| 2 | Exhaust manifold (collector ring) | 5 | Set | | |
| 3 | Boiler Assembly | 50 | Set | | |
| 4 | Landing gear assembly, complete with bolts, retracting mechanism, etc., but less wheels, tires and tubes | 6 | Set | | |
| | | | | Total | |

Sheet 1-B.

Ex.: 8; Pg.: 169

Change Order, Serial No. 2661, Change No. 5 to Contract W 535 ac-9977

Sheet 1-C.

4. **Inspection:** The contractor shall notify the Air Corps Representative at the plant of the contractor when the first (1st) of the thirty-eight (38) airplanes referred to hereinabove, being Air Corps Serial No. 39-27, is ready for engineering inspection. Upon completion of such engineering inspection by the Government, the Government shall forthwith notify the contractor of all changes, if any, which are necessary to bring such airplane into full and complete compliance with the terms and requirements of this Change Order and pertinent specification. Upon the accomplishment of such changes by the contractor, said airplane shall be delivered to the Government set up, serviced and ready for flight at the flying field of the contractor in the vicinity of Santa Monica, California, for test and inspection only, prior to acceptance and with the express understanding and agreement that notwithstanding the provisions of U.S. Army Air Corps Specification No. R-1800-D, which Specification is by this specific reference made a part hereof, said airplane shall be preliminary-flight-performance tested beyond the scope covered by said Specification for the purpose of determining whether said airplane meets the provisions of the pertinent specifications relating thereto, and of the guaranty of the contractor as contained in Article 19 of the contract. Such tests of said airplane shall be conducted at the expense of the Government except that fuel, oil and/or cooling fluid for three (3) hours' flight-performance test and for fly-away shall be furnished by the contractor as provided in Article 17 of the contract. Such flight-performance tests shall consist of not to exceed twenty (20) hours' actual flying time, but the Government shall furnish all fuel, oil and/or cooling fluid necessary for such tests exceeding three (3) hours' flying time. The responsibility for loss of or damage to any of the airplanes referred to hereinabove during flight tests shall be as set in U.S. Army Air Corps Specification No. R-1800-D, hereinbefore referred to. All of the airplanes referred to hereinabove shall be inspected and accepted at the plant of the contractor, Santa Monica, California, in accordance with the terms and requirements of U.S. Army Air Corps Specification No. R-1800-D, hereinbefore referred to, except Airplane Air Corps Serial No. 39-27, which shall be delivered to the Government for performance tests as herein provided.

5. Provisions relating to inspection as set forth in Paragraph A (8), Appendix II, Page 87 of Contractor's Detail Specification No. DS-266 shall apply to the first two (2) Model B-23 Airplanes instead of one only as originally specified.

REASON: To provide a second airplane for test in the event of mishap to the first B-23 Airplane.

Approval Recommended:
May ____ 1939.

Approved: _____

H.H. Arnold
Major General, Air Corps
Chief of the Air Corps.

Louis Johnson
The Assistant Secretary of War.

Sheet 1-C.

Ex.: 8; Pg.: 170

Change Order, Serial No. 2661, Change No. 5 to Contract W 535 ac-9977.

Sheet 2-A.

### Delivery

(1) The Model B-18A Airplane Deliveries after July, 1939 shall conform to the following schedule:

      16 - August, 1939
      14 - September, 1939
      14 - October, 1939
      10 - November, 1939

(2) The Model B-23 Airplanes shall be delivered in accordance with the following schedule:

      2 Airplanes on or before August 1, 1939
      1 Airplane on or before October 27, 1939
      3 Airplanes during November, 1939
      6 Airplanes during December, 1939
      12 Airplanes during January, 1940
      14 Airplanes during February, 1940

### Guaranteed Weight

(1) The guaranteed weight empty of the Model B-18A Airplane will be increased 134 pounds.

(2) The weight of the Model B-23 Airplane will be as shown in Contractor's Detail Specification DS-266.

### Center of Gravity Location

(1) The center of gravity location of the Model B-18A Airplane will be moved forward one-half (1/2) inch.

(2) The center of gravity location of the Model B-23 Airplane will be as shown in Contractor's Detail Specification DS-266.

### Guaranteed performance

(1) The performance of the Model B-18A Airplane is unchanged.

(2) The performance of the Model B-23 Airplane will be as shown in Contractor's Detail Specification DS-266.

FORM 25-CJ

Case MDL No. 875 Document 6662 Filed 01/28/11 Page 15 of 16
Case 3:11-cv-00067-JSW Document 66-2 Filed 1/24/11 Page 45 of 46

# C H A N G E   O R D E R

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

LSC/rim
Serial No. 2759, Date 7-24-
Change No. 6 to
Contract No. W535, ac-9977
Dated June 14, 1937.

To: Douglas Aircraft Company, Inc.,
    Santa Monica, California.
Subject: Specification Change.
Affecting: Contract W535, ac-9977, as amended.

1. In the manufacture and construction of 71 of the Model B-18A Airplanes called for under the terms of Item 1 of Paragraph (1) of Article 16 of Contract W535, ac-9977, as amended, being Air Corps Serial Nos. 37-604 to 37-634, inclusive; 38-585 to 38-609, inclusive; and 39-12 to 39-26, inclusive, the Government shall furnish without cost to the contractor, f.o.b. cars, Santa Monica, California, Automatic Cuno Oil Filter Turning Devices, and the contractor shall install said devices in each of said airplanes, . . in lieu and instead of the Manual Turning Devices originally specified.

REASON: Change considered necessary in the interest of safety since the automatic turning device requires no special effort on the part of the pilot and the filters are maintained in a clean condition at all times.

Approval recommended:
August 16, 1939.        Approved: Aug. 17, 1939

H. H. ARNOLD
Major General, Air Corps.,          LOUIS JOHNSON
Chief of the Air Corps.         The Assistant Secretary of War.

Ex.: 8; Pg.: 172

Case MDL No. 875 Document 6662 Filed 01/28/11 Page 16 of 16
Case 3:11-cv-00067-JSW Document 66-2 Filed 1/24/11 Page 40 of 46

# CHANGE ORDER

War Department
Air Corps
Materiel Division
Wright Field, Dayton, Ohio

LSC/rim
Serial No. 2889, Date 11-15-
Change No. 7 to
Contract No. W535, ac-9977
Dated June 14, 1937.

To: Douglas Aircraft Company, Inc.,
    Santa Monica, California.
Subject: Assembly of Parts.
Affecting: Contract W535, ac-9977, as amended.

1. In the manufacture and construction of Items 115, 116 and 117 called for under the terms of Exhibit "A" attached to and made a part of Change Order, Serial No. 2499, Change No. 2 to Contract W535 ac-9977, Part No. 138621 (Item No. 117) and Part No. 138622 (Item No. 116) shall be assembled by the contractor on Part No. 1019435 (Item 115), and machine finish the piston head as shown on Contractor's Drawing No. 2048948, which Drawing is by this specific reference made a part hereof.

REASON: Parts originally called for under Items 115, 116 and 117 were not completed parts and should have been required to be supplied as a complete assembly, Part No. 2048948, Piston Assembly, Wing Flap Operating Piston.

Approval recommended:
   December 18, 1939

Approved: Dec. 28, 1939

H. H. ARNOLD
Major General, Air Corps,
Chief of the Air Corps.

LOUIS JOHNSON
The Assistant Secretary of War

Ex.: 8; Pg.: 173