DS-266

## DETAIL SPECIFICATION

FOR THE

DOUGLAS BOMBARDMENT AIRPLANE

MODEL B-23

FOR THE

U.S. ARMY AIR CORPS

FINAL CORRECTED COPY



Douglas Aircraft Company, Inc.

Santa Monica, California

U.S.A.

December 5, 1938

revised May 15, 1941

... this ... used in whole or in part
... ... purposes.

# DOUGLAS AIRCRAFT COMPANY, INC.

## DETAIL SPECIFICATION DS-266 DATED DECEMBER 5, 1938

### INDEX

| Section | Page | Title |
|---|---|---|
| I. | 1 | GENERAL SPECIFICATIONS |
| II. | 2 | TYPE |
| III. | 2 | MATERIAL AND WORKMANSHIP |
| IV. | 3 | GENERAL REQUIREMENTS |
| V. | 4 & 5 | DETAIL REQUIREMENTS |
| V.1.A. | 4 & 5 | PERFORMANCE |
| V.1.C. | 6 | ARMAMENT |
| V.2. | 7 | STRUCTURE AND DESIGN (In accordance with Specification 1801) |
| V.2.A. | 7 | STRUCTURAL DESIGN CRITERIA |
| | 8 & 9 | GROUP WEIGHT STATEMENTS |
| V.2.A.(2) | 10 | WINGS |
| V.2.A.(3) | 11 | CONTROL SURFACES |
| V.2.A.(4) | 14 | CONTROL SYSTEM |
| V.2.A.(5) | 15 | LIFT AND DRAG INCREASING DEVICES |
| V.2.A.(6) | 15 | FUSELAGE |
| V.2.A.(6)(b) | 16 | NACELLES, ENGINE MOUNT AND COWLING |
| V.2.A.(7) | 16 & 17 | ALIGHTING GEAR |
| V.2. | 18 | STRUCTURE AND DESIGN (In Accordance with Specification 98-204) |
| V.2.A. | 18 & 19 | STRUCTURAL REQUIREMENTS |
| V.2.B. | 20 | DESIGN REQUIREMENTS |
| V.2.B.(2) | 20 | ARRANGEMENT OF COCKPITS AND CREW ACCOMMODATIONS |
| V.3. | 25 | PROPELLER (In Accordance with Specification 1801) |
| V.4. | 27 | POWER PLANT INSTALLATION |
| V.5. | 33 | ARMAMENT |
| V.5.B. | 35 | BOMBING EQUIPMENT |
| V.6. | 42 | INSTRUMENT INSTALLATION |
| V.7. | 44 | RADIO |
| V.8. | 46 | PHOTOGRAPHIC INSTALLATION |
| V.9. | 48 | ELECTRICAL INSTALLATION |
| V.10. | 50 | MISCELLANEOUS INSTALLATIONS |
| V.11. | 53 | MATERIALS, FINISHING AND PROCESSES |

No. DS-266
December 5, 1938

## INDEX (CONTINUED)

| Section | Page | Title |
|---|---|---|
| V.12. | 53 | EQUIPMENT AND FURNISHINGS |
| | 54 | PROPELLERS |
| | 54 | POWER PLANT |
| | 55 | ARMAMENT |
| | 58 | BOMBER'S EQUIPMENT |
| | 58 | BOMBING EQUIPMENT |
| | 59 | BOMB HOIST EQUIPMENT |
| | 60 | INSTRUMENTS |
| | 61 | RADIO |
| | 64 | PHOTOGRAPHIC EQUIPMENT |
| | 65 | ELECTRICAL EQUIPMENT |
| | 69 | MISCELLANEOUS EQUIPMENT |
| Appendix I.A | 71 | DRAWINGS |
| Appendix I.B | 74 | REPORTS |
| Appendix I.C | 76 | AMENDMENTS |
| Appendix II A (1) | 78 | EXCEPTIONS TO REQUIREMENTS OF SPECI-FICATION 98-204 |
| Appendix II A (2) | 81 | EXCEPTIONS TO REQUIREMENTS OF HANDBOOK |
| Appendix II A (3) | 86 | NON STANDARD PARTS |

Ex.: 9; Pg.: 176

DOUGLAS AIRCRAFT COMPANY, INC.
DETAIL SPECIFICATION

No. DS-266
December 5, 1938

## BOMBARDMENT TYPE AIRPLANE

### MODEL B-23

---

I. GENERAL SPECIFICATIONS

1. The following publications of the issue specified herein are applicable to, and form a part of, this specification:

   U.S. Army Type Specification No. 98-204, dated Jan. 14, 1936, including Amendment IV dated Dec. 17, 1936.

   U.S. Army Specification No. 98-1800 dated August 6, 1936.

   Handbook of Instructions for Airplane Designers, 7th Edition, including revisions up to and including No. 15, dated March 4, 1936.

   Circular Proposal No. 36-528, dated March 4, 1936.

   Engine Manufacturer's Model Spec. No. 538 dated December 15, 1938.

   Propeller Manufacturer's Detail Spec. Nos:
   Hub       23E50
   Blades    6159A-6

   Drawings as listed in Appendix 1A.

   Reports as listed in Appendix 1B.

   Additional publications shown in Appendix 1C.

   Appendix IIA, showing standards, processes and materials that do not conform with Air Corps Standards and/or Specifications.

## II. TYPE

1. This specification covers the following airplane:

   U.S. Army Type Designation ...... B-23

   Number of places ............... Six

   Number of engines .............. Two

   Manufacturer and Type of Engine.. Wright Cyclone
   GR2600-A71

   Army Designation of Engine ...... R-2600-3

   Horsepower Ratings:-

   |  | Sea Level | Max.H.P. Takeoff | Altitude 5500 ft. | Altitude 12000 ft. |
   |---|---|---|---|---|
   | H.P. | 1280 | *1600 | 1350 | 1275 |
   | R.P.M. | 2300 | 2400 | 2300 | 2300 |
   | BLOWER RATIO | 7.14/1 | 7.14/1 | 7.14/1 | 10/1 |

   | GEAR RATIO | 16:9 |
   |---|---|

   FUEL GRADE    2-92

   Engine Manufacturer's Model Spec. No. 538 dated December 15, 1938.

   Propeller: See Paragraph 3 of Section V, "Detail Requirements", of this specification.

   *NOTE: Takeoff power of 1600 H.P. at 2400 R.P.M. shall be available and usable from sea level to an altitude attainable at 5 minutes duration.

## III. MATERIAL AND WORKMANSHIP

1. Material and workmanship shall be in accordance with Specification No. 98-1800, dated August 5, 1936, except as specifically set forth in Appendix IIA of this specification.

-3-

No. DS-266
December 5, 1938
May 15, 1941

## IV. GENERAL REQUIREMENTS

1. The model covered by this specification shall be constructed substantially in accordance with publications listed in Section I, "General Specifications", and as hereinafter set forth.

2. The data, parts, and materials required for submittal, by the terms of said publications, shall be furnished for the information of the Air Corps.

3. In case of conflict between the requirements specified herein and the publications listed in Section I, this specification will govern.

4. The airplane herein described is designed to meet Handbook strength requirements with a gross weight of 26,500 lbs.

5. The term "Design Useful Load" as referred to hereinafter, is that load which when added to the weight empty of the airplane will give the gross weight on which the design shall be based.

6. The term "High Speed" as referred to herein is the maximum speed obtainable by the airplane in level flight at design altitude of the airplane at normal rated engine power at that altitude.

7. The term "Operating Speed" as referred to herein is the speed obtained by the airplane in level flight at design altitude of the airplane with not over 75% rated engine power.

8. Deleted.

9. When provisions for the installation of any item of equipment are required, the provisions are to be made to the extent of obligating adequate space, installing all supports, brackets, tubes and fittings, electrical wiring, etc. so that when completing the installation it can be accomplished without any change to the specified equipment to be installed, or any part of the airplane, and without the fabrication and installation of any additional parts.

10. All items not specifically covered by this specification shall be in accordance with the Air Corps Model B-18A airplanes as furnished under the terms of Contract W535, AC-9977 and applicable Change Orders and Deviations thereto.



-4-

DS-266
Dec. 5, 1938
May 15, 1941

$22\frac{1}{2}$

$10°15'$

$58'-4\frac{3}{8}"$

REFER TO DOUGLAS DWG. 5077000

SCALE $\frac{1}{200}$ SIZE

DOUGLAS ARMY BOMBARDMENT

MODEL B-23

26'-8"

92'-0"

19'-9"

Ex.: 9; Pg.: 180

DS-266
December 5, 1938
May 15, 1941

-5-

## V. DETAIL REQUIREMENTS

### 1. Performance, Crew and Installations

A. * Performance, guaranteed and actual, for the Model
B-23 airplane in accordance with this specification
No. DS-266, incorporating R-2101-3 engines as listed
in Section II, Page 2 herein:

|  |  | Guaranteed | Determined by Army Flight Test |
|---|---|---|---|
| (1) | High Speed (Design Useful Load) ...............mph | 255 (at 12,000 ft.) | 284 (at 12,650 ft.) |
| (2) | Operating speed (Design Useful Load) ........mph | 225 (at 12,000 ft.) | 261 (at 15,000 ft. 75% power) |
| (3) | Range at operating speed (with 1/2 fuel carried as an alternate load)mi. | 1,200 (at 12,000 ft.) | # 1,350 (at 15,000 ft.) |
| (4) | Range at most economical speed (with maximum overload and no bombs) ..............mi. | 3,000 | 3,430 |
| (5) | Service Ceiling (Design Useful Load - 100 ft./min. climb).......ft. | 26,000 | 31,200 |
| (6) | Service Ceiling (Single engine, Design Useful Load - 100 ft./min. climb) ..............ft. | 13,000 | 17,700 |
| (7) | Takeoff distance over a 50 ft. obstacle (with Design Useful Load) within ..............ft. | 2,000 | 1,510 |
| (8) | Landing distance over a 50 ft. obstacle (with Design Useful Load less bombs) within .......ft. | 2,000 | 1,865 |

For complete performance analysis see Douglas Report No. 2231
dated December 5, 1938.
NOTE: * Obtained with guns withdrawn, hatches closed, and radio
loop locked in stowed position.
# With 515 gallons normal and 465 gallons alternate load.

V. 1. **B.** <u>Grey</u>.- (See Section V, 2 of this specification.)

    **C.** <u>Armament</u>:

|  |  | Guaranteed |
|---|---|---|
| (1) | Machine Guns, Flex. Cal. .30, Model M-2 ............ | 3 |
| (2) | Ammunition, Machine Gun, Cal. .30, Rounds per Gun... | 600 |

        (3) Bombs:

| | |
|---|---|
| 2000-lb. Demolition Bomb, or | 1 |
| 1100-lb. Demolition Bombs, or | 2 |
| 600-lb. Demolition Bombs, or | 4 |
| 300-lb. Demolition Bombs, or | 6 |
| 100-lb. Demolition Bombs | 12 |

        See Section V, 5 <u>B</u> of this specification
for additional bomb loads for which pro-
visions are made.

    **D.** <u>Communication and Navigation Equipment</u>.-The air-
plane herein described shall accommodate Command
and long-range Liaison transmitting and receiving
radio, interphone system, radio compass and such
instruments and equipment as are listed for navi-
gation and operation of the airplane to accomp-
lish missions for which it is designed.

    **E.** <u>Miscellaneous Equipment</u>.-The airplane herein de-
scribed shall accommodate auxiliary equipment as
listed for operation of the airplane under all
weather conditions.

    <u>NOTE</u>: For list of installational items of equip-
ment and their weight and distribution of
the weight, as to Design Useful Load or
Weight Empty, see Section V, 12 of this
specification.

-7-

No. DS-266
December 5, 1938
May 15, 1941

V. 2.  **Structure and Design**

(The following Section V, 2 and sub-items
are in accordance with form prescribed in
Specification 1801.)

**A.** Design Criteria and Physical Characteristics.

**STRUCTURAL DESIGN CRITERIA**

(1) **Maximum Applied Flight Load Factors:**

|  |  |  | Flaps Up | Flaps Down |
|---|---|---|---|---|
| (a) | Max. applied load factors: (Design Load) | Pos. | 3.89 | |
|  | | Neg. | -2.33 | |
| (b) | Applied gust factors (Design Load) | Pos. | 3.89 | 2.37 |
|  | | Neg. | -2.32 | -0.37 |
| (c) | Applied gust factors (Semi-light condition) | Pos. | 4.19 | |
|  | | Neg. | -2.67 | |
| (d) | Applied gust factor (Light condition) | Pos. | 4.53 | |
|  | | Neg. | -3.05 | |

(2) **Maximum Applied Landing Factors:**

(At Design Gross Weight 26,500 lbs.)

(a) Landplane or
ground landings     3.33

(Applied load must be multiplied by
1.5 to obtain Design Loads.)

**PHYSICAL CHARACTERISTICS**

V. 2. **A.** (1) **Weights:**

(a) Design Loading - see following
pages 8 and 9 for Group Weight
Statement, Form AN9103.

GROUP WEIGHT STATEMENT

| | Landplane | Seaplane |
|---|---|---|
| | | |

XXXXXXXXX  Fairing

XXXXXXXXX

| | LANDPLANE | SEAPLANE |
|---|---|---|
| | 2546.51 | |
| | 295.98 | |
| | 277.74 | |
| | 536.17 | |
| | 55.44 | |
| | | |
| | 26.27 | |
| | 13,542.17 | |
| | 13,083.59 | |

| | Landplane Spr. | Seaplane | Landplane A fue | Seaplane Air all |
|---|---|---|---|---|
| 151 with particulates | 162.0 | | 1255.0 | |
| 479 at 151 size ** | 2374. | | 304.0 | |
| 24 at (2 size **) | 152. | | 195. | |
| | | | | |
| at 11 to 30 cal. | 229.2 | | 229.2 | |
| (incl. 3 smokes) 152 | | | 252. | |
| XXXXXXXXXXXXX incl. spot fired tubs | | | 55. | |
| private flares | | | 5. | |
| | | | | |
| XXXXXXX | | | | |

Case 3:14-cv-00064-JSW Document 67 Filed 01/24/14 Page 13 of 99

No. DS-266
December 5, 1938
May 15, 1941

V. 2. A. (1) (b) Alternate loadings shall be in accordance
with Weight and Balance Report No. SM2881
dated 8-26-40.

(2) Wing Group:

(a) Airfoil section designation:

Root, N.A.C.A. .... 2215 to 2207.6 at tip.

(b) Dimensions:

Wing Area (including ailerons).. 993 sq. ft.
Span ............................ 92 ft.
Root Chord ...................... 170 in.
Tip Chord ....................... 76½ in.
Taper Ratio ..................... 2.23 to 1
Incidence ....................... 2 degrees
Dihedral (top surface) .......... 5 degrees
Sweepback ....................... 12 degrees
                                  at 27%
                                  chord
Max. Rib Spacing ................ 18 in.
Spar locations ... Front 17.5% ... Center
                   30% ... Rear 60%
Aspect Ratio .................... 8.52
Mean Aerodynamic Chord, Length.. 141.0 in.
Location L.E. Mean Aerodynamic
  Chord .......................... 29 in. aft of
                                  L.E. at root
                                  chord
Normal C.G. Location:
  Aft L.E. M.A.C. ...............23.40% M.A.C.
  Above ℄ Thrust ...............10.9 in.
C.G. Wheels Down:
  Aft L.E. M.A.C. ...............24.39% M.A.C.
  Above ℄ Thrust ............... 8.9 in.

Refer to Weight and Balance Re-
  port No. 2881 dated 8-26-40.

(c) Wing Construction:

The wing shall be full cantilever of mono-
coque stressed skin construction. It shall
consist of three main panels, namely, a cen-
ter section of constant chord, and right and
left outer panels which shall be tapered.
The center panel shall be built in sections
as follows: front section, which shall in-

No. DS-266
December 5, 1938

V. 2. A. (2)  (c)  Continued.

clude the three spars, the monocoque portion
of the engine nacelles and right and left
trailing edge sections. The nacelles and
trailing edge sections shall be removable.
The spars shall be built of extruded sections
of aluminum alloy with Alclad sheet compris-
ing the webs. The ribs shall be formed from
Alclad sheet and heat treated. Aft of the
rear spar the skin shall be reinforced by
longitudinal extruded aluminum alloy sec-
tions. The top surface between the spars
shall incorporate a compression structure of
corrugated Alclad sheet, corrugations run-
ning laterally. The lower surface covering
between the spars shall be removable in sec-
tions as required for access to the fuel
tanks. The center wing complete shall be
removable from the fuselage. The outer wing
panels shall be similar in construction to
the center panel, the portion aft of the
rear spar being removable. The space be-
tween the spars shall be watertighted as re-
quired to provide flotation. The wing tip
shall consist of an assembly removable from
the outer panel. The covering for all sec-
tions of the wings shall be of 24ST Alclad
sheet. The wings shall be substantially in
accordance with Douglas drawings as listed
in Appendix IA, incorporating changes to the
wing structure as necessary for strength re-
quirements and changes due to the revised
engine nacelles, landing gear, fuselage and
location of the outer wing joint.

(3)  Control Surfaces:

(a)  Ailerons

Area .........................96.2 sq.ft.
Angular Movement ... Up 26°... Down 14°
Differential Motion ............ 1.68 to 1
Distance from Plane of Symmetry
  to Centroid of Aileron Area.... 375 in.

All chord-wise elements of the aileron
shall be completely statically balanced
about the hinge line to provide adequate
dynamic balance under all conditions.
The aerodynamic balance shall be 25.4%
of the aileron area.

Case 3:11-cv-00069-JSW Document 16-7 Filed 01/24/11 Page 15 of 30

No. DS-266
December 5, 1938
May 15, 1941

V. 2. A (3)  (a)  Continued.

The aileron tab shall be all-metal construction and attached to the aileron by means of AN standard bearings. The tab area shall be 2 sq. ft. which equals 4.15% of the area of one aileron. The aileron tab shall be located on the right hand aileron only 24 inches from the inboard end. The aileron tab shall be in accordance with Douglas drawing No. 5014009.

(b)  Horizontal Tail Surfaces:

| | |
|---|---|
| Area ...................... | 179.2 sq. ft. |
| Span ...................... | 320 in. |
| Max. Chord ................ | 122 in. |
| Distance from Normal C.G. to 1/3 Max. Chord Point ....... | 388.8 in. |
| | 276% M.A.C. |

Stabilizer

| | |
|---|---|
| Area ...................... | 95.8 sq. ft. |
| Normal Setting ............ | -1 deg. (Relative to long. axis.) |
| Angular Movement .......... | Fixed |

Elevator

| | |
|---|---|
| Area ...................... | 83.4 sq.ft. |
| Angular Movement .......... | Up 31 degrees Down 19 degrees |

The elevator shall be completely dynamically balanced. The aerodynamic balance shall be 26.8% of the elevator area.

The elevator tabs shall be of all-metal construction and attached to the elevators by means of AN standard bearings. The total tab area shall be 3.6 sq. ft. which equals 4.3% of the total elevator area. The elevator tabs shall be located at the trailing edge of the elevators near the inboard end and the range of motion shall be up 10° and down 10°. The elevator tabs shall be in accordance with Douglas drawing No. 5077022.

-13-

No. DS-266
December 5, 1938
May 15, 1941

V. 2. <u>A</u>. (3) (c)  <u>Vertical Tail Surfaces:</u>

<u>Fin</u>

Area ......................... 48 sq. ft.
Normal Setting ............... On Center-
line
Angular Movement ............. Fixed

<u>Rudder</u>

Area ......................... 51.4 sq. ft.
Angular Movement ............. Right 30°
Left 30°

All chord-wise elements of the rudder
shall be completely statically balanced
about the hinge line to provide adequate
dynamic balance under all conditions.
The aerodynamic balance shall be 23.4%
of the rudder area.

The rudder tab shall be of all-metal con-
struction attached to the rudder by means
of AN standard bearings. The tab area
shall be 3.75 sq. ft. which equals 7.3% of
the rudder area. The rudder tab shall be
located on the trailing edge near the bot-
tom of the rudder. The rudder tab shall
be substantially in accordance with Douglas
drawing No. 5077027.

(d)  Construction of Control Surfaces:

(1)  <u>Aileron</u>: The aileron shall be of metal
frame construction, fabric covered.
The right aileron only shall be equipped
with a trimming tab which shall be con-
trollable from the pilot's compartment
to compensate for unsymmetrical loading.
The aileron and tab shall be in accord-
ance with Douglas drawings Nos. 5077008
and 5014009.

(2)  <u>The Horizontal Stabilizer</u>: The horizon-
tal stabilizer shall be full cantilever
and of multi-cellular construction em-
ploying Alclad sheet. It shall be in
two halves which shall be bolted together
at the fuselage centerline and attached in

-14-

No. DS-266
December 5, 1938
May 15, 1941

V. 2. A. (3) (d) (2) Continued.

fixed alignment to the fuselage by four flanged plates which shall be riveted to the stabilizer and bolted to the fuselage. Aluminum alloy forged hinge brackets shall be bolted to the rear spar for attachment of the elevators. The horizontal stabilizer shall be substantially in accordance with Douglas drawing No. 5077019.

(3) Elevator.-The elevator shall be of aluminum alloy frame construction with fabric covering. The elevator shall be substantially in accordance with Douglas drawing No. 5077021.

(4) Vertical Stabilizer.- The vertical stabilizer shall be of multi-cellular construction employing extruded sections of aluminum alloy and Alclad sheet. It shall be attached to the fuselage with bolts and machine screws. Aluminum alloy bar hinge fittings shall be provided for attachment of the rudder.

(5) Rudder.-The rudder shall be of aluminum alloy frame construction with fabric covering. The rudder shall be designed with a monocoque type nose section incorporating a lead weight for static and dynamic balance and the rear section shall consist of dural ribs and structure as required to provide for the rudder tab. These ribs shall be attached to the nose section in a manner similar to that employed in the design and construction of the ailerons.

(6) The rudder and elevator shall be attached by means of AN standard bearings.

(4) Control System.-The airplane herein described shall be equipped with flight controls for the pilot only. A wheel type control column shall be provided. Rudder pedals shall be adjustable and shall be in accordance with Douglas drawings as listed below. The angular movement of the brake pedal shall be as obtained with this design. The wing flaps shall be operated by the pressure type hydraulic system. Ball

Case3:11-cv-00064-JSW Document87 Filed01/24/11 Page18 of 99

No. DS-266
December 5, 1938
May 15, 1941

V. 2. <u>A</u>.  (4)  Continued.

bearing guide pulleys shall be used throughout
the surface control system. The aileron, eleva-
tor and rudder trim tabs shall be operated by
manual controls conveniently located for the
pilot. The control system shall be in accord-
ance with Douglas drawings Nos. 5082185, 5083058,
5083059, except as revised by the foregoing.

(5)  <u>Lift and Drag Increasing Devices</u>:

(a)  A split trailing edge type wing flap of
all-metal construction shall be installed
on the airplane herein described and shall
be actuated by a hydraulically operated
cylinder.

(b)  The total flap area shall be 70.0 sq. ft.
and the total angular movement down shall
be 60 degrees.

(c)  The wing flaps increase the lift coefficient
of the wings approximately 40%, giving a
reduction in landing speed of approximate-
ly 10 miles per hour. The parasite drag
of the airplane is increased approximately
300% by the wing flaps and the effect of
same on the trimming of the airplane is
negligible.

(6)  <u>Body Group</u>:

(a)  Fuselage

Maximum Cross-Section: Height 83 3/4",
Width 88".

The fuselage shall be of semi-monocoque
construction employing transverse frames
of formed Alclad sheet, longitudinal mem-
bers of aluminum alloy extruded bulb angle,
some special channels formed from Alclad
sheet, and the outer covering shall be
of Alclad sheet. Locks shall be installed
on all exterior doors in such a manner
that same can not be locked from the in-
side of the airplane. The navigator's
observation hatch shall not be equipped.
with a lock.
Bomb doors shall be installed in the lower
portion of the fuselage in accordance with
Douglas drawing No. 5080615.

Case 1:17-cv-00916-RA-BCM Document 303-7 Filed 07/28/21 Page 19 of 30

V. 2. <u>A</u>. (6) (a) Continued.

Hand holes equipped with cover plates shall
be located at convenient points in the fuse-
lage to give access for maintenance and in-
spection.

The landing gear axle stops in the nacelle
and the nacelle structure, except for the
folding doors, shall be designed for a land-
ing factor of not less than 2.0 in order to
minimize damage as a result of landing with
chassis retracted.

Double plates shall be installed between the
stringers on the inner side of the fuselage
skin in line with the plane of the propeller
discs.

(6) <u>Nacelles, Engine Mount and Cowling.</u>

The engine nacelles shall be of monocoque
construction and shall be attached to the
center wing panel with bolts and rivets in
such a manner that they may be removed. The
engine nacelles shall provide a recess into
which the landing gear wheels shall retract
and shall incorporate folding doors to close
in the wheel well in order to obtain a faired
contour on the lower surface of the engine
nacelle. The engine mount shall be welded
chrome molybdenum steel tube and shall be de-
tachably mounted to the front face of the
engine nacelles. The engine mount shall in-
corporate dynamic suspension substantially
in accordance with the type construction
shown on Wright Aeronautical Corporation
drawing No. 412867. The engine cowling shall
be adequately braced. Removable cowling in
the engine section shall be attached by means
of Dzus fasteners.

(7) <u>Alighting Gear:</u>

(a) The landing gear shall consist of two inde-
pendent units, one mounted under each nacelle
and so arranged that they may be folded into
the nacelle. Each wheel shall be mounted be-
tween two oleo pneumatic shock absorber
struts which shall be solidly clamped to the
axle and connected together at their upper
ends by forged trusses. Attached to the axle
at each side of the wheel shall be a yoke type
brace strut which shall run up and to the rear

No. DS-266
December 5, 1938
May 15, 1941

-17-

V. 2. A. (7)  (a)  Continued.

hinging between the center and rear spar.
The upper end of the shock absorber and
wheel assembly shall be hinged to a movable
truss rotative about its upper fittings,
which shall be attached to the front wing
spars.  The landing gear shall be substanti-
ally in accordance with Douglas drawings
Nos. 5077047 and 507;048.  The landing gear
shall be actuated by a pressure type hy-
draulic system incorporating a retracting
strut attached near the centerline of the
upper landing gear truss in such a manner
that when the strut is retracted it shall
rotate the upper truss forward and up into
the nacelle.  A mechanical latch shall be
installed to positively lock the landing
gear in the down position.  The landing
gear mechanical latch installation shall be
substantially in accordance with Douglas
drawing No. 5084390.  The time required
for the complete operation of retracting
and extending the landing gear, on the air-
plane herein described, shall be increased
over and above that now obtained on the
Air Corps model B-18A airplane by the amount
of time required for operation of the na-
celle doors.

(b)  The tail wheel shall be retractable.

(c)  Hydraulic System.- The pressure type hydraulic
system incorporating two engine driven pumps
shall be installed.  The pumps shall pump
oil into a spherical type pressure storage
tank through  pressure regulating devices
which automatically allow the pumps to circu-
late oil under zero pressure when the pres-
sure tank is full.  The spherical type pres-
sure tank shall be substantially in accord-
ance with Douglas drawing No. 5082348.  This

No. D3-266
December 5, 1938

V. 2. <u>A</u> (7) (c) Continued.

      pressure tank provides oil under pressure for landing gear, flaps, bomb door, brakes, and cowl flap operation, thus permitting a certain amount of operation even after engines are stopped. Sufficient oil under pressure shall be carried to insure satisfactory brake operation in the event of engine or engine driven pump failure.

      An emergency hand pump shall be provided for which a reserve supply of oil shall be carried sufficient to operate all systems. This reserve shall be available for hand pump operation even after failure of the engine driven pump pressure system.

V. 2. <u>Structure and Design</u>:

      (The following Section V, 2 and sub-items are in accordance with the form prescribed in the type Spec. 98-204.)

    <u>A</u>.  <u>Structural Requirements</u>:

      (1)  <u>Landing Gear</u>:

          (<u>a</u>)  The landing gear shall be designed for the design gross weight with five load factors for the vertical components for the level landing and three-point landing conditions. (Maximum applied load factor, 3.33.)

          (<u>b</u>)  The deduction of bomb weight referred to on Page 174 of the Handbook of Instructions for Airplane Designers shall not apply.

          (<u>c</u>)  For landing with brakes on the requirements set forth in the Handbook shall apply except as noted above. The ground loop condition of design shall be in accordance with the information contained in E.S.M.R. STR-51-110.

V. 2. A (1)  (d), (e), (f) and (g) – Not applicable to the type of landing gear described herein.

    (2)  Flight Conditions:

        (a), (b), (c) and (d) – The design load V-G diagrams shall be furnished for the information of the Air Corps covering requirements of Paragraphs (a), (b), (c) and (d) of Type Specification 98-204. The design load factors for the required conditions are a. listed under Section V, 2, A (1) – Maximum Applied Flight Load Factors, of this specification.

        (e)  The design tail load shall be as required by Air Corps Specification No. X-1803, including Amendment No. 4, July 1, 1938. The minimum applied tail load in either direction on the surfaces shall be twenty (20) pounds per square foot, multiplied by a factor of 1.5.

    (3)  Replacement and Inspection:

        (a)  Special attention has been given in the design of the airplane herein described to the ease with which the component parts may be removed to facilitate inspection, maintenance and repair of the structural parts and control system.

        (b)  Attachment of Structural Units.–Consideration has been given to the location of joints of the various structural assemblies in order to facilitate handling, assembly, repair and replacement of any assembly or power plant unit in the design of the airplane herein described. The wings are so designed that the wing tip and trailing edge sections may be quickly removed for replacement. The engine mounts are provided with quickly detachable fittings at the firewall in order that the entire power plant may be removed as a unit.

    (4)  The provisions of Paragraph F (1) and (2), Page 206 and 208 of the Handbook of Instructions for Airplane Designers as pertain to the application of the pilot's control load of 300 pounds shall apply for the design load of control surfaces.

    (5)  Size of Materials, Utility Parts, etc. – Special attention has been given in the design of the airplane herein described to the selection of material in order to avoid multiplicity of sizes and gages of tube, sheet stock, bolts, rivets, etc.

Case MDL No. 875   Document 6662-17   Filed 01/28/11   Page 23 of 30

V. 2.  B.  Design Requirements:

(1)  Crew.-Provision is made in the airplane herein
described to accommodate a crew of six (6) as
follows: Navigator, pilot, co-pilot, radio
operator and two gunners. Passageways of suf-
ficient size are included to permit members of
the crew to interchange positions while in flight
and to permit availability of all crew members,
with the exception of the pilot, for operation
of the machine guns. The passage through the
bomb bay will be restricted when maximum bomb
load is carried. The main cabin of the airplane
herein described shall accommodate the pilot,
co-pilot, navigator and radio operator.

(2)  Arrangement of Cockpits and Crew Accommodations

(a)  Pilots' Compartment.-The main cabin of the
airplane herein described includes pro-
visions for seating of pilot on the left
and a co-pilot on the right and shall be
provided with a complete enclosure in ac-
cordance with Douglas drawing No. 5080615.
An auxiliary entrance and emergency exit
door shall be provided for this compartment
as shown on the above drawing. This door
shall incorporate quickly removable hinge
pins for use in emergency exit. A curtain
shall be provided to close of the pilot's
and co-pilot's portion of the main cabin to
prevent reflections during night operation.
No window shall be provided in the pilots'
floor. A ladder shall be provided to facili-
tate access to the pilots' entrance door over
the trailing edge of the wing.

(b)  Navigator's Compartment.-The navigator's
compartment shall include the following:

(1)  Adequate room to accommodate a plotting
board large enough to hold a chart
three feet by three feet.

(2)  A drawer, size $2\frac{1}{4} \times 11\frac{1}{4} \times 14$ inches
shall be installed at the forward end
of the radio operator's table for
stowing of navigation and plotting
instruments.

No. DS-264
December 3, 1938
May 15, 1941

-21-

V. 2. B. (2) (b)  (3)  A map case in accordance with Douglas
drawing No. 5048312 shall be provided
in the main cabin for use by navigator.

            (4)  Two dome lights (see Page 49, Par. V-9-J)
shall be installed in the ceiling of the
main cabin immediately above the radio
operator's table. A reflector shall be
provided for the radio operator's dome
light four (4) inches deep, $330°$ with a
$30°$ opening toward the rear entrance door
of the main cabin.

            (5)  Windows shall be provided in the main
cabin substantially in accordance with
Douglas drawing No. 5077035.

            (6)  The navigator's position shall be on the
L.H. side of the main cabin immediately
to the rear of the pilot's seat.

      (c)  Navigator's Observation Hatch.- A hatch ap-
proximately seventeen (17) inches square
shall be provided in the main cabin sub-
stantially as shown on Douglas drawing No.
5080615 for use by the navigator in making
celestial observations.

      (d)  Radio Compartment.-The radio operator's po-
sition shall be in the rear of the main cabin
and sufficient room has been provided for the
installation of communication equipment. A
table shall be provided for the radio oper-
ator in accordance with Douglas drawing No.
5077018. A utility cabinet for writing
materials shall be located on the rear wall
of the main cabin immediately aft of the
radio operator's seat.

      (e)  Locker Space.-A locker for stowing food and
water shall not be provided in the airplane
herein described.

Ex.: 9; Pg.: 197

-22-

No. DS-266
December 5, 1938
May 15, 1941

V. 2. B. (2)  (f)  Toilet.-A non-chemical toilet shall be pro-
vided and shall be located in the rear por-
tion of the fuselage. One relief tube shall
be provided in the main cabin and one in the
rear section of the fuselage.

(g)  Bomb Sight.-The bomb sight shall be located
in the forward portion of the fuselage.

(h)  Access to the bomber's position shall be ob-
tained by means of a passageway located on
the right hand side of the pilot's cockpit.

(i)  Special attention has been given in the de-
sign of the airplane described herein to
keep passageways as free as possible from
projections which may foul clothing or in-
jure personnel.

(j)  Minimum cabin lining consistent with the
heating and sound-proofing requirements
shall be provided.

(k)  The altitude at which the airplane herein
described shall be capable of maintaining
level flight with one engine cut out shall
be as listed in Section V, I A (6) of this
specification.

(l)  Swivel Tail Wheel.-The tail wheel unit shall
swivel 360 degrees with any degree of shock
absorber inflation and shall be provided
with a locking device operable by the pilot
or co-pilot, to hold the wheel in align-
ment for landing and takeoff. The tail
wheel shall be retractable.

(m)  Landing Speed.-The landing characteristics
of the airplane herein described shall be
in accordance with Performance Report No.
2231 dated December 5, 1938, and wing flaps
shall be installed as described in Section
V, 2 A (5) of this specification to reduce
the speed of landing and increase the
gliding angle above the normal value.

No. DS-266
December 5, 1938
May 15, 1941

-23-

V. 2. <u>B</u>. (2)  (<u>n</u>)  Heating and Ventilating System.-A controllable heating and ventilating system of simplified design shall be provided, for all crew stations.

(<u>o</u>)  Safety Devices:

(<u>1</u>)  Flotation.-The airplane herein described shall incorporate built-in flotation in accordance with Air Corps Spec. 4023" dated January 9, 1934.

(<u>2</u>)  Life Rafts.-Provisions shall be made for stowing of one Type A-2 life raft. An opening shall be provided for access to the life raft from the outside of the airplane.

(<u>3</u>)  Deicing Equipment.-Provisions only for installation of de-icing equipment identical to that installed on the Air Corps model B-18A airplanes for the wings, tail surfaces, radio masts, radio compass loop and propeller blades shall be made on the airplane herein described. These provisions all consist of obligating adequate space for the equipment, including piping and wiring, and installing supports and brackets, but shall not include installing the piping, fittings, electrical wiring, providing holes through outer surfaces of the airplane for the piping, or providing local reinforcements at points of attachment of the external de-icer boots.

(<u>4</u>)  Fire Extinguisher.-CO2 fire extinguisher (fixed installation) shall be installed in accordance with Douglas drawing No. 5077095.

(a)  The $CO_2$ cylinder shall be equipped with valve part No. 3514157. A tube shall be attached to the safety disk outlet and shall extend to the outside of the airplane.

(<u>p</u>)  The automatic flight control equipment shall be in accordance with the equipment listing per Section V, 12 herein.

Case 3:11-cv-00655-JSW Document 2002-7 Filed 01/24/11 Page 27 of 30

No. DS-266
December 5, 1938
May 15, 1941

V. 2. B (2)  (q)   **Ailerons.**—Semi-irreversibility of the aileron
control system shall not be incorporated in the
airplane herein described. An aileron trim tab
controllable by the pilot shall be installed on
the R.H. aileron only. The ailerons shall be of
metal frame construction, fabric covered and
shall be statically, aerodynamically and dy-
namically balanced as set forth in Section V,
2 A (3) (a) herein. The ailerons shall be sub-
stantially in accordance with Douglas drawing
No. 5077008.

(r)   **Elevator Trim Tabs.**—Controllable tabs operable
by the pilot shall be provided on the elevators
in accordance with Douglas drawing No. 5077022.
The size and range of motion of the elevator
trim tabs shall be as listed in Section V, 2 A
(3) (b) of this specification.

(s)   The elevator shall incorporate a lead weight lo-
cated in the leading edge as required for static
balance in order to eliminate excessive control
forces while taxiing. The elevator shall be of
aluminum alloy frame construction with fabric
covering and shall be statically, aerodynamic-
ally and dynamically balanced as set forth in
Section V, 2 A (3) (b) herein. The elevator
shall be substantially in accordance with Doug-
las drawing No. 5077021.

(t)   **Rudder Trim Tab.**—A trim tab shall be installed
on the rudder substantially in accordance with
Douglas drawing No. 5077027 for operation by
the pilot.

(u)   Ser_ _vices.**—Surface controls shall not be
equip_ _ with Servo devices. All control sur-
faces _ _ll be equipped with aerodynamic bal-
a_ce _ _ermit a minimum of effort required to
contr_ _ the airplane under all takeoff, flight
and landing conditions.

(v)   **Ingress and Egress.**—One main and one auxiliary
entrance and exit to the airplane herein de-
scribed shall be provided substantially in ac-
cordance with Douglas drawing No. 5080615. In
addition, emergency exit may be made through the
bomb bay when the doors are open.

(w)   **Chassis.**—The landing gear shall be retractable
and shall be operated by a pressure type hy-

DS-266
December 5, 1938
May 15, 1941

-25-

V. 2. B. (2) (w)  Continued.

draulic system.  A hand operated hydraulic
pump shall be provided for manual emergency
operation of the landing gear.  The tail
wheel shall be retractable.  The landing
gear shall be substantially in accordance
with Douglas drawing No. 5077047.

(x)  Warning Devices.-Devices to warn the pilot
if he attempts to land with the landing gear
retracted shall consist of:  a green signal
light to indicate that the gear is in safe
landing position, and a Klaxon horn connected
with the throttle-controlled switch which will
sound if the engines are throttled when the
gear is not in safe landing position.  A
separate warning alarm system consisting of
three bells shall be provided to warn all
members of the crew in the event of an emer-
gency and the switch for same shall be lo-
cated on the pilot's electrical panel.

(y)  Inspection.-The airplane herein described is
of sufficient size and arrangement to permit
adequate means for inspection and servicing
the landing gear, retracting mechanism, and
tail wheel.

(z)  Wheels and Brakes.-The airplane herein de-
scribed shall be equipped with wheels size
45 x 20.00 x 18.  The brakes shall be toe-
pedal operated by the pilot only and shall
be connected to the pressure type hydraulic
system for source of power supply.  The brake
size shall be 14 inches diameter by maximum
4 inches wide, and there shall be two brakes
provided for each wheel.

3.  Propeller Installation:  (The following Section V, 3 and
sub-items are in accordance with form prescribed in
Specification 1801.)

| | |
|---|---|
| Hub Manufacturer's Name ............... | Hamilton Std. |
| Model .............................. | 23E50 |
| Blade Manufacturer's Name ............. | Hamilton Std. |
| Design No. .......................... | 6159A-6 |
| Type: ............................... | Hydromatic Full Feathering |
| Diameter ............................ | 13' 6" |
| Number of Blades .................... | 3 |
| Setting of Blade Angle at 42" Station .. | 19° min. |
| Maximum Pitch Limits ................. | 18°to 93° approx. |

Ex.: 9; Pg.: 201

-26-

No. DS-266
December 5, 1938
May 15, 1941

V.3.    Continued.

Minimum Clearances:

(1) In Plane of each propeller disc.

(a) To ground, level landing .... 12"
(b) To fuselage (not less than)... 9"
(c) The propeller clearances and
location with respect to
other objects and crew mem-
bers shall be substantially
in accordance with Douglas
drawing No. 5080615.

(2) Normal to plane of each propeller disk,

(a) To engine cowl at max. pitch
of 90 degrees ............. 1"
(b) To leading edge of wing .... $82\frac{1}{2}$"
(c) There are no other close
objects.

A. (The following Section V, 3 and sub-items are in ac-
cordance with form prescribed in the type specifica-
tion 98-204.)

(1) The specific propeller in combination with the
engine selected, shall fulfill the acceptance
tests requirements of Specification No. 29529.

B. Controls.- The propeller governing controls shall be
located adjacent to the throttle controls at the top
of the control pedestal head in accordance with Doug-
las drawing No. 5082779. The control system shall be
installed so that a movement of the cockpit controls
forward or down will increase the engine speed.  A
separate control shall be provided for each propeller
in accordance with the above drawing.  The propeller
feathering controls shall be located in a position
accessible to either pilot or co-pilot.

C. Specific Details:

(1) The propeller as listed in Section V, 3 of this
specification, has been selected to obtain opti-
mum propeller efficiency for operating speed.

Case3:91-cv-00068-DWW Doc #: 66-207 Filed: 10/28/14 Page 30 of 30

V. 3. C. (2) The location of the engines shall be such as to provide not less than 9 inches tip clearance with the fuselage.

(3) (a) and (b) - The installation of the propeller on the airplane herein described shall incorporate type 4K11 propeller governors for constant-speed and feathering control.

(c) The airplane herein described shall be equipped with full feathering controls as listed in Section V, 3 herein.

4. Power Plant Installation:

A. Engines.-The airplane herein described shall be equipped with two Wright Cyclone R-2600-3 engines in accordance with Wright Aeronautical Corporation Engine Specification No. 538 dated December 15, 1938, embodying the following characteristics:

| | | |
|---|---|---|
| Gear Ratio | 16:9 | |
| Blower Ratio | 7.14:1 | and 10:1 |

| | |
|---|---|
| 1600 h.p. at takeoff and 5 min. climb | 2400 r.p.m. |
| 1280 h.p. at sea level | 2300 r.p.m. |
| 1350 h.p. at 5500 ft. | 2300 r.p.m. |
| 1275 h.p. at 12000 ft. | 2300 r.p.m. |

B. V-1710 or V-1800 engines shall not be installed.

C. Approval.-The approval of all type and models of engines shall be predicated on satisfactory completion of tests in accordance with specification No. 23143, with 11 accessories installed and complying with the requirements of Specification No. 95-23250.

D. The airplane herein described shall be equipped with exhaust gas analyzers.

E. The airplane herein described shall not be equipped with exhaust-driven superchargers.

F. Accessories Drive.-The airplane herein described shall not be equipped with remote accessory drive units.

Ex.: 9; Pg.: 203