-28-

No. D3-286
December 5, 1938
May 15, 1941

V. 4. G. **Silencers.**-The airplane herein described shall not
be equipped with exhaust silencers. The exhaust
outlet shall be located on the outboard side of
each nacelle at a position such that the exhaust
discharge will be below the wing.

H. The airplane herein described shall be equipped
with Type F-5 oil by-pass and relief valves,
manually operated shutters and an oil dilution
system for accelerating the temperature rise of
the oil at idling speed.

I. **Working Platform.**-A working platform shall not be
provided for the airplane herein described.

J. **Exhaust System.**-The exhaust system shall be con-
structed of corrosion-resistant steel conforming
to Specification No. A.C. 57-135-9, GR-1-SS.

K. **Radiator**

(1), (2), (3), (4) and M:

The airplane herein described shall be equipped
with air-cooled engines, as listed in Section
V, 4 A of this specification, and provisions
shall not be made for radiator installation.

N. **Tanks.**-Any sample fuel or oil tank which has been
subjected to vibration tests shall not be installed
in the aircraft for flight use.

O. **Oil Tanks.**-

(1) The oil tanks shall be located inside the en-
gine nacelle to the rear of the firewall. The
mean oil level of the oil required for the
normal fuel supply shall not be below the oil
pump inlet when the airplane is at rest.

(2) The mean oil level of the maximum oil supply
shall not be more than approximately 20 inches
above the oil pump inlet. The tanks shall be

Case: 1:07-cv-00685-JSW Document 3063-2 Filed 01/28/11 Page 2 of 30

DS-266
December 5, 1938
May 15, 1941

V. 4. O. (2) Continued.

provided with two vents so located that at least one vent is open in all normal flight attitudes.

(3) The airplane herein described shall be equipped with two (2) oil tanks, one (1) in each nacelle. The nacelle oil tanks shall be of 33 gallons capacity each plus a 3.3 gallon foaming space. The total oil capacity for the airplane herein described shall be 66 gallons. The nacelle oil tanks shall incorporate oil dilution provisions. The nacelle oil tanks shall incorporate a petcock at the 22.0 gallon oil level. No bayonet type gages shall be provided for the nacelle oil tanks.

F. Oil Temperature Control

(1) Oil temperature control shall be accomplished by the use of Type F-5 oil by-pass and relief valves and by means of manually operated shutters. The Type F-5 oil by-pass and relief valves shall be installed in the oil temperature regulator. The regulator shall be installed in a horizontal position.

(2) The oil dilution system shall incorporate solenoid valve assembly 37D6215 controlled by means of two standard type switches located on the pilot's electrical panel.

G. Fuel Tanks.-An expansion space in each fuel tank equal to 3% of the fuel capacity shall be provided in the airplane herein described. A tank outlet screen shall be provided at each fuel line connection in the tanks and provisions shall be made for removing the screens without disconnecting any fuel lines. The airplane herein described shall be equipped with four (4) wing tanks with a total capacity of 870 gallons. The left and right front tanks shall have a capacity of 220 gallons each, and the left and right rear tanks 215 gallons each. One (1) droppable fuel tank with a capacity of 420 gallons shall be located in the bomb bay.

The airplane herein described shall not be provided with a standpipe for reserve fuel.

DS-266
December 5, 1938
May 15, 1941

-30-

V. 4.  Q.  Continued.

All tanks shall be installed internally and shall
be of welded aluminum alloy (3S) construction.

The wing tanks shall be permanently installed and
the bomb bay tank shall be installed in such a
manner that it may be dropped in flight for dis-
posing of the fuel carried as an overload.

R.  Tank Test Structures.-The support for the fuel tank
to be used during tank vibration tests shall com-
prise the parts used to secure the tank to the air-
craft structure and shall include all structures
necessary to mount the tank on the Douglas type vi-
brating machine upon which all tank vibration tests
shall be made.

S.  Fuel Tank Vents.- Fuel tank vents shall be inter-
connected.  The tank vents shall be so located that
with the airplane at rest on the ground the highest
points of the tanks are vented.  Vent lines shall
be so installed that they will be adequately pro-
tected from damage in service and they will be so
located that vapor or fuel that might come through
them will not blow on to the crew or constitute a
fire hazard.  Vent lines shall be free from traps
in which fuel might accumulate.

T.  Fuel Pump Drives.-The engine fuel pumps shall be
located on the engine.  Auxiliary electric driven
fuel booster pumps shall be installed on the two
rear tank sumps.

U.  Fuel Strainers.-Provisions shall be made to drain
fuel strainers and fuel tank sumps without the use
of remote controls.  Hand hole covers shall be lo-
cated in the lower surface of the center wing and
in the lower surface of the wing fillets to accomp-
lish this operation.

V.  Relief and By-Pass Valves.-A relief valve shall be
incorporated with each engine fuel pump and shall
be located in a position where the fuel pressure
adjustment is accessible for adjustment and re-
placement.

V. 4. W. **Fuel Pressure Warning Signal.**-A fuel pressure warning system consisting of signal lights and pressure switches, as listed in Section V, 12 of this specification, shall be installed to warn the pilot when the fuel pressure has fallen below predetermined minimum pressures.

   X. **Refueling Equipment.**-The airplane herein described shall incorporate provisions for mounting a refueling pump, part No. 3803046, during refueling operations. This pump shall not be considered as a part of the weight empty of the airplane and no permanent refueling lines shall be provided.

   Y. **Engine Air Intake.**-A ramming air intake shall be installed on the airplane herein described.

   Z. The airplane herein described shall incorporate provisions for increasing the temperature of the carburetor air approximately 15°C.

   AA. **Engine Change.**-The engine section complete shall be demountable at the firewall in order to permit replacement with the minimum amount of man hours.

   BB. The size of fuel lines for the airplane herein described shall be selected to meet operating requirements.

   CC. **Fuel System.**- An independent fuel system shall be provided for each engine incorporating installation of cross feed for both suction and pressure sides of the system. The left front and rear and the right front and rear tanks shall be interconnected. There shall be a single outlet for each pair of tanks, located at the rear tank sumps. Each of the interconnecting lines shall be fitted with a check valve to prevent fuel from flowing into the forward tank when the airplane is not in level attitude.

   DD. **Engine Controls.**-The engine throttle control levers shall be located on a pedestal midway between the pilot's and co-pilot's and shall be so designed that the major part of the motion controls the engine speed in the cruising speed range. The carburetor heat controls shall be located on the co-pilot's side of the control pedestal. The engine control pedestal shall be in accordance with Douglas Drawing No. 5083098. The engine control system shall consist of flexible steel cables and ball bearing bell cranks throughout.

D3-266
December 5, 1938
May 15, 1941

-32-

V. 4. EE. **Manifold Pressure Vent Line**.-Manifold pressure
vent lines shall be installed in the airplane
herein described.

FF. **Dump Valves**.-The airplane herein described shall
not be provided with dump valves.

GG. **Painting of Cowling and Nacelles**. - The inboard
side of the cowling and nacelles shall be painted
with flat bronze green, shade No. 9, color card
supplement 3-1.

HH. **Outer Cowl Ring and Cowl Flaps**.- The outer cowl
ring shall consist of a fixed nose section with
removable center panels and flaps shall be pro-
vided on the trailing edge. The cowl flaps shall
be controllable by the airplane's pressure hy-
draulic system and the control handle shall be lo-
cated on the right hand side of the pilot's seat
support structure in the position formerly oc-
cupied by the hydraulic engine pump selector valve.
The cowl flap control valve shall incorporate a
neutral position similar to the wing flap control
valve in order to permit adjustment of the cowl
flaps to the desired opening. The airplane herein
described shall be provided with an indicator on
the cowl ring to show the position of the cowl
flaps. The removable panels of the outer cowl
ring shall be attached by means of type FA Dzus
fasteners.

Case3:MDL No.O675 JS Document 666262 Filed 01/28/11 Page 5 of 30

No. D3-266
December 5, 1938

V. 5. Armament Installation:-

A. Machine Gun Equipment:-

    (1)   The airplane herein described shall be equipped
with three (3) machine gun emplacements for
Model M-2 cal. .30 guns and one (1) gun em-
placement for a Model M-2 cal. .50 gun.

    (2)   One cal. .30 machine gun shall be flexibly
mounted in the nose of the airplane substanti-
ally in accordance with Douglas drawing No.
5080615.

    (3)   One cal. .30 machine gun shall be flexibly
mounted in the upper rear portion of the
fuselage in such a manner that firing may be
accomplished through the removable windows
substantially in accordance with Douglas
drawing No. 5080615. There shall be one (1)
removable window on each side and one (1)
removable window in the top of the fuselage.

    (4)   Provisions shall be made for installation of
one cal. .50 flexible machine gun in the
tail substantially in accordance with Doug-
las drawing No. 5080615.

    (5)   One cal. .30 machine gun shall be flexibly
mounted in the floor of the fuselage sub-
stantially in accordance with Douglas draw-
ing No. 5080615.

    (6)   Space shall be provided in the design of all
gun positions to permit gun sighting sub-
stantially as shown on Douglas drawing No.
5080615.

    (7)   Windows shall be provided substantially as
shown on Douglas drawing No. 5080615 to
assist the gunners in picking up approach-
ing aircraft.

    (8)   Magazine holders which will provide storage
for the total number of magazines specified
under Miscellaneous Equipment shall be in-
stalled in conveniently accessible locations
to the gunners.

    (9)   The airplane herein described incorporates
passageways of sufficient size to permit
change in positions of the crew and special
attention has been given to elimination of
projections and other items which would in
any way offer a restriction to the gunners'
movements.

Case: 1:11-cv-00087-JSW   Document: 64   Filed: 01/24/11   Page 37 of 39

No. DS-266
December 5, 1938

V. 5. A.  (10)  Latches shall be provided in each gun position
to hold the gun securely in a fixed position
when not being used.

(11)  A fitting shall be provided in the front and
rear gunner's position for attachment of the
type A-3 gunners' safety belt.  Fittings for
this type belt shall not be made at the tail gun
or floor gun position.

(12)  Provisions shall be made for the optional in-
stallation of the Type H-2 gun camera at each
gun emplacement and the angles of vision shall
be substantially the same as the gun firing
angles except where limited by the variation
in dimensions between the gun camera and the
gun.

Case3:11-cv-00063-JSW  Document62    Filed01/24/11    Page38 of 91

No. DS-266
December 5, 1938

V. 5. B. Bombing Equipment:

(1) The airplane herein described shall be equipped
with bomb racks which will carry the inter-
changeable bomb loads as listed in Section V,
1, C, of this specification.

(2) Arrangement of the bomb racks shall be such that
all bombs will be carried internally.

(3) The installation of the bomb racks shall permit
carrying all the following types of bombs on such
stations where the 100 lb. bomb is required to
be carried:

    100-lb. Mark I      -  A.C. Drawing H35H1516
    100-lb. Mark IMI    -  A.C. Drawing H35H1516
    100-lb. Mark IMII   -  A.C. Drawing H35H1516
    100-lb. M-30        -  A.C. Drawing H35H1517

(4) The installation of the bomb racks shall permit
carrying all the following types of bombs on
such stations where the 300 lb. bomb is required
to be carried:

    300-lb. Mark I      -  A.C. Drawing H35K1518
    300-lb. Mark IMI    -  A.C. Drawing H35K1518
    300-lb. M-31        -  A.C. Drawing H35K1519
    300-lb. Mark IMII   -  A.C. Drawing H38F6126

(5) The installation of the bomb racks shall permit
carrying all the following types of bombs on
such stations where the 600 lb. bomb is required
to be carried:

    600-lb. Mark IMI    -  A.C. Drawing H35G1646
    600-lb. Mark III    -  A.C. Drawing H35G1520
    600-lb. M-32        -  A.C. Drawing H35K1521

(6) The installation of the bomb racks shall permit
carrying all the following types of bombs on
such stations where the 1100 lb. bomb is re-
quired to be carried:

    1100-lb. Mark III   -  A.C. Drawing H35K1522
    1100-lb. M-33       -  A.C. Drawing H35M1523

No. DS-266
December 5, 1938

V. 5. <u>B.</u> (7) The airplane herein described shall be equipped
to carry the following 2000 lb. bomb:

(a) 2000-lb. M-34    -   A.C. Drawing H35F1526

The bomb rack installation shall provide for
carrying the above type bomb internally.

(b) The design useful bomb load shall consist
of the following:

|  | Weight |
|---|---|
| 1 - 2000-lb. Bomb or | 2122 |
| 2 - 1100-lb. Bombs or | 2260 |
| 4 - 600-lb. Bombs or | 2507 |
| 6 - 300-lb. Bombs or | 1836 |
| 12 - 100-lb. Bombs | 1390 |

(c) The maximum capacity bomb load that may be
carried with fuel load diminished is as
follows:

|  | Weight |
|---|---|
| 1 - 2000-lb. Bomb or | 2122 |
| 4 - 1100-lb. Bombs or | 4520 |
| 6 - 600-lb. Bombs or | 3762 |
| 6 - 300-lb. Bombs or | 1836 |
| 12 - 100-lb. Bombs | 1390 |

(d) The maximum capacity bomb load that may be
carried with the bomb bay fuel tank in po-
sition is as follows:

|  | Weight |
|---|---|
| 1 - 1100-lb. Bomb or | 1130 |
| 2 - 600-lb. Bombs or | 1254 |
| 3 - 300-lb. Bombs or | 918 |
| 6 - 100-lb. Bombs | 695 |

(e) Any combination of bomb loading may be car-
ried in the airplane herein described not to
exceed the maximum overload gross weight.

(8) The installation for the Type M-34 2000-lb. bomb
in the airplane herein described shall provide
for carrying of this bomb in a manner similar
to that employed for the 1100 lb. bombs.

(9) The arrangement of the bomb racks for the air-
plane herein described shall be in accordance
with Douglas drawing No. 5080615.

(10) A combined electrical and mechanical mechanism
incorporating a skip station feature shall be
provided for releasing of bombs.

-37-

No. DS-266
December 5, 1938
May 15, 1941

V. 5. B. (11) Visual inspection of bombs on the racks may be
made during flight through passageway doors
located in the fuselage bulkheads at each end
of the bomb bay.

(12) An automatic indicator shall be provided in the
bomber's compartment to show the number of
bombs on the racks. This indicator shall con-
sist of a group of electric lights, one for
each bomb station, and shall be connected
with the releasing mechanism of the bomb rack
stations in such a manner that when a bomb is
released the indicator light shall go out.

(a) A rheostat incorporating a switch shall
be connected into this indicator cir-
cuit so that the indicator lights may
be turned off and on by the bomber.

(b) Standard equipment as listed in Section
V, 12 of this specification shall be
employed in the construction of the
automatic bomb indicator.

(13) Suitable charts shall be provided which shall
show the required hoisting and carrying ar-
rangement for the bomb racks and the charts
shall be located in a protected place within
the airplane in a position readily visible to
the bomb loading personnel. These charts shall
clearly show this information so as to elimin-
ate any possibility of incorrect hoisting or
loading of bombs within the airplane.

(14) The airplane herein described shall be pro-
vided with the necessary brackets, etc. to
permit manual hoisting of bombs.

(15) Provisions shall be made for temporary stowing
of the hoisting drum assembly, hand cranks,
and sling assemblies within the airplane.
The hoisting equipment, including slings,
shall not be considered as a part of the De-
sign Useful Load or Weight Empty of the air-
plane herein described.

-38-

V. 5.  B.  (16)  The mechanism and controls for the bomb racks
and bomb shackles, including the emergency
bomb release system, shall be housed to pre-
vent accidental release.

(17)  One emergency bomb and door release handle shall
be provided on the airplane herein described
and shall be located on the centerline of the
airplane at the bottom of the control pedestal.
This location permits emergency release of
bombs by either pilot or co-pilot. Emergency
bomb and door release shall require only one
movement to accomplish the following:

(a)  Opening of the bomb doors covering the
bomb bay.

(b)  Unlocking of the Douglas type release
handle from the controls to the bomb
rack.

(c)  Release of all the bombs from the bomb
rack simultaneously after opening of
the bomb doors.

(18)  The bomb bay doors shall be closeable during
flight after the pilot's emergency release
has been operated. This closing operation
shall be accomplished by the bombardier from
his position in the bomber's compartment. The
bomb bay doors shall be operated by a pres-
sure type hydraulic system.

(19)  The operation accomplishing the emergency
release, as outlined in Para. (18) above,
shall be instantaneous consistent with Para-
graph (20) below.

(20)  The bomb bay doors shall be opened and closed
by the bombardier when in his position at
the bombsight and the time required to open
or close the doors shall not exceed twenty
seconds.

No. DS-266
December 5, 1938
May 15, 1941

V. 5. B. (21)  The bomb release system of controls to the Doug-
las type release handle and emergency release
shall be connected to the bomb bay door opening
device so that it will not be possible to drop
bombs until the doors have been fully opened.

(22)  It shall be possible to electrically release all
bombs from the airplane by all of the three fol-
lowing methods:

First Method.-(Selective Release) - Automatic
electric release by means of the electrical con-
tacts which will be automatically closed within
the bombsight.

Second Method.(Selective Release) - Manual
electric release by means of a momentary con-
tact switch to be manually operated by the
bombardier.

Third Method. - Automatic or manual electric
release by means of a Type A-1 interval control
shall be provided.

(23)  The bomb sight shall be located in the forward
end of the bomber's compartment and so arranged
that the bomb sight and the operator are fully
protected against air flow.

(24)  The bomb sight shall be mounted on the Type
B-2 anti-vibration mount substantially in ac-
cordance with Air Corps drawing No. 38K4565.

(25)  A quick-acting type of locking device shall
be provided on the anti-vibration mount sup-
ports to facilitate rapid adjustment for
leveling the bomb sight.

(26)  The electrical current for control of the bomb
sight and automatic bomb release shall be con-
ducted through cable assemblies substantially
in accordance with Air Corps Specification No.
C24580-A.  A socket shall be provided on the
lower side of the bomb sight for insertion of
this cable.  A suitably shielded receptacle

Case5:14-cv-00004-JSW Document67 Filed01/24/11 Page43 of 94

DS-266
December 5, 1938
May 15, 1941

V. 5. B. (26) Continued

shall be provided for stowing this cable when not
connected to the bomb sight. The wiring for the
pilot director and the bomb sight shall be in ac-
cordance with Air Corps Specification No.
C-24580-A.

(27) The elapsed time for the electrical releasing
operation shall be not more than that specified
in Douglas Report No. 1431 submitted with Doug-
las letter file No. 8410, dated July 2, 1936.
(Contract W535, AC-8307).

(28) Two lamp extensions, Type B-5, Specification No.
32129A, shall be located on the left hand side
of the airplane in the pilots' compartment, and
one on the right side in the bomber's compartment.

(29) All equipment shall be plainly marked in a loca-
tion readily visible to the operator. This mark-
ing shall plainly designate the name of the oper-
ation, and shall be such as to clearly indicate
the direction of movement necessary to accom-
plish the specified functioning of the equipment.

(30) The location of all equipment incidental to the
control and release of bombs and provisions for
bomb rack controls in the bomber's compartment
shall be such that they are easily accessible
consistent with the design of the nose for the
airplane herein described.

(31) The bomb racks, bomb rack controls, bomb loading
equipment, etc. have been designed with the view
to reducing to a minimum the operations and time
required in preparing the airplane herein de-
scribed for flight.

(32) No provisions for chemical equipment are included
in the airplane herein described.

(33) A guard for the bomb hoist cable drums shall be
provided if required, to prevent jamming of the
cables.

(34) Automatic Flight Control Equipment shall be in-
stalled in the airplane herein described sub-
stantially in accordance with the requirements
of Air Corps Specification No. C-24580-A, with the

No. DS-266
December 5, 1938
May 15, 1941

**V. 5. B.** (34) Continued.

exception of the requirements of the following
items which shall not apply:

| Page No. | Paragraph | Item |
|---|---|---|
| 3 | D-4g | Speaking Tube |
| 5 | D-5e(1) | Map Case or Data Drawer |
| 5 | D-5e(3) | Bomb Release Extension Switch |
| 6 | D-5e(6) | Folding Table or Data Board |
| 7 | D-5e(10) | Directional Stabilizer Cover |
| 7 | D-5e(11) | Bombsight Stowage Box |
| 7 | D-6 | Provisions for Bombsight Operator's Seat |
| 7 | D-7 | Vision Requirements-Bombsight Window |
| 8 | D-8 | Auxiliary Vision |

The requirements of Paragraphs D-4d and D-4e
of the above specification shall be accomp-
lished on the airplane herein described in the
same manner as accomplished on the Air Corps
Model B-18A airplanes.

The directional stabilizer cover shall consist
of a canvas duck envelope.

The arrangement of the bomber's compartment
as to vision requirements and space shall be
as shown on mock-up photographs.  A window
shall be located in the  bomber's compartment
floor to facilitate observation of bomb im-
pact point.

-42-

No. DS-266
December 5, 1938
May 15, 1941

V.  6.  <u>Instrument Installation</u>:

<u>A.</u>   <u>Fuel Level Gage.</u>-An electric fuel level gage in ac-
cordance with Air Corps Specification 27737-C, as
listed in Section V, 12 of this specification, shall
be installed in the airplane herein described.

<u>B.</u>   <u>Lighting.</u>-The pilot's instruments shall be illumin-
ated by means of Argon type lights and individual
lighting of a  simplified type.  The bomber's in-
struments shall be individually lighted.

<u>C.</u>   <u>Instrument Arrangement.</u>-The pilot's instrument and
electrical panel arrangement shall be in accordance
with Douglas drawing No. 5080604.  The ammeters, volt-
meter, voltmeter selector switch and the main line
switches shall be located in a position for opera-
tion by the radio operator.

<u>D.</u>   <u>Manifold Pressure Gages.</u>-The manifold pressure gages
shall be mounted on the instrument panel as shown
on Douglas drawing No. 5080604 and listed in Para-
graph <u>C</u> above.

<u>E.</u>   <u>Pilot Director Location.</u>-The pilot director shall
be located as shown on Douglas drawing No. 5080604
and shall not require provisions for interchanging
positions with the radio compass indicator during
flight.

<u>F.</u>   Thermocouple installations shall be made, one (1)
per engine, and connected to the head of the rear
master rod cylinder at the point provided by the
engine manufacturer.

<u>G.</u>   <u>Gyro Instruments.</u>-The installation of connections
between the gyro instruments, valve and vacuum
pumps shall be substantially as provided on the
Air Corps Model B-18A Airplanes.

<u>H.</u>   <u>Drift Meter.</u>-The drift meter installation shall ac-
commodate the Type B-3 stabilized drift sight for
operation by the navigator.

<u>I.</u>   <u>Bomber's and Navigator's Instruments.</u>-The bomber
shall be furnished with an instrument panel, on
which shall be mounted an altimeter, air speed indi-
cator, air thermometer and clock.  One (1) Type
B-16 compass shall be installed for use by the
bomber.

No. DS-266
December 5, 1938

-43-

V. 6.   I.   (Continued)

A 3/8 O.D. suction line shall be installed to the navi-
gator's table including a shut-off cock, Parker No.
6PVGTD and an adjustable restriction in accordance with
Douglas drawing No. 1047576.

J.   The navigator's type D-12 compass shall be located im-
mediately forward of the navigator's seat.

-44-

V. 7. Radio:

    A. Provisions shall be made on the airplane herein de-
scribed, and in accordance with the provisions of
the Handbook of Instructions for Airplane Designers,
Vol. II, Section VI, Part IV, Paragraph 41, for the
installation of the following radio equipment:

               Command Set
               Liaison Set, Long-Range
               Radio Compass
               Interphone, Multi-Place
               Marker Beacon Receptor

    B. Command Set.-The command set controls, consisting
of the transmitter control box, the receiver con-
trol box, the receiver remote tuning unit, and the
remote control for the dual coil set, shall be lo-
cated in accordance with Douglas drawing No. 5077117
with the exception that the receiver and trans-
mitter shall be located in the radio operator's com-
partment. The antenna switching relay shall be lo-
cated near the antenna lead-in insulator and shall
be arranged so as to obtain the shortest practic-
able lengths of high frequency leads. The dyna-
motor shall be installed in an upright position,
with its base horizontal, and not closer than three
(3) feet to any antenna lead.

    C. Liaison Set:

        (1) The installation of the complete liaison radio
equipment shall be in accordance with Douglas
drawings as listed in Paragraph C (2) follow-
ing:

        (2) The Liaison Set shall be installed in accord-
ance with Douglas drawing No. 5077117. The
antenna reel as shown on the above drawing is
so located that the radio operator may oper-
ate same without leaving his seat. The in-
stallation of the transmitter is such that it
will be possible to change tuning units during
flight.

        (3) All antenna leads shall be as short as possible
and shall not be run parallel to metal members
of the airplane with a clearance of less than
two (2) inches and shall be covered with insu-
lator beads IN-83 insofar as practical.

        (4) The receiver shall be in accordance with Air
Corps drawing No. 36D5855.

DS-266
December 5, 1938
May 15, 1941

-45-

V. 7.  C.  (5)  The transmitter dynamotor shall be installed
with its axis at right angles to the line of
flight.

(6)  No fuse shall be used in the positive high volt-
age lead to the Liaison set transmitter.  (Ref-
erence:  E.S.M.R. S-30-22.)

(7)  Conductors between the master switch connector
panel and the transmitter dynamotor shall be of
such size that when the dynamotor and transmitter
are drawing 60 amperes and the voltage at the
master switch panel is 12.0 volts, the voltage
at the dynamotor terminals will not be less than
11.0 volts.  The filament conductors between the
transmitter dynamotor and the transmitter shall
be of such size that when the transmitter is oper-
ated on "Tone" and the voltage at the dynamotor
terminals is 11.0 volts, at least 10.3 volts
shall be available at the transmitter terminals.

D.  Radio Compass.-

(1)  The radio compass equipment installation shall be
in accordance with Douglas drawing No. 5083501.

(2)  One set of controls shall be installed for the
pilot in accordance with Douglas drawing No.
5083501 and one set for the radio operator.  The
loop rotator shall be conveniently accessible to
the radio operator.  One indicator shall be in-
stalled on the pilot's instrument board and one
shall be installed for the radio operator's use,
in accordance with Douglas drawing No. 5077117.

(3)  The radio compass unit shall be located so that
it may be connected to the loop mount by a cable
assembly 42 inches long.  Any excess length of
cable shall be coiled up but shall not be cut off.
The radio compass unit shall be accessible during
flight for adjustment.

(4)  The radio compass loop shall be in accordance with
Air Corps drawing No. H3SD3486.

(5)  The loop shall not be retractable and shall be
located to the left hand side of the centerline
of the airplane with the centerline of the loop
vertical with the airplane in normal flying po-
sition.  The radio compass loop installation shall
be in accordance with Douglas drawing No. 5083501.

DS-266
December 5, 1938
May 15, 1941

-46-

V. 7. **E.** **Interphone, Multi-Place.**-An interphone system shall be installed on the airplane herein described. It shall be connected to the Command set and to the Liaison set in accordance with Douglas Wiring Diagram No. 5081356. The amplifier shall be accessible to the radio operator during flight. Jack boxes shall be installed in convenient locations for each member of the crew and two (2) additional jack boxes shall be installed, making a total number of eight (8) required. A mounting hook for the hand held microphone shall be installed near each jack box. The pilot's, co-pilot's and navigator's interphone jack boxes shall be connected in the same manner as radio operator's box, so the above listed crew members may modulate the Liaison set. An extra unshielded 20 gage wire shall be run to these four interphone boxes from the radio compass junction box.

**Filter Equipment.**-Two (2) each Type FL-5 filters with switch boxes Type BC-345 shall be installed in the airplane herein described.

**F.** **Marker Beacon Receptor, Type RC-20**

(1) The Type RC-20 Marker Beacon Receptor equipment complete including the antenna shall be installed. The Marker Beacon Receptor Indicator shall be mounted on the pilot's instrument board. The Marker Beacon shall be interconnected with the radio compass in accordance with Douglas drawing No. 5081356, thereby obviating the necessity for a control switch for same.

(2) The remaining component parts of the Marker Beacon Receptor shall be located on the floor of the section immediately forward of the pilot's instrument board. It shall be readily accessible for adjustment and maintenance.

**G.** **Antenna Equipment.**-

(1) A fixed wire antenna shall be installed for the Command set and the lead-in shall enter the fuselage at a point such that the length of the antenna lead inside the airplane shall be as short as possible. The antenna installation shall be in accordance with Douglas drawing No. 5077117.

(2) A fixed wire antenna and a trailing wire antenna shall be installed for the Liaison set substantially in accordance with Douglas drawing No. 5077117. A change-over switch shall be installed to change from one antenna to the other. The fixed wire antenna shall be not less than 39 feet long.

-47-

No. DS-266
December 5, 1938
May 15, 1941

V. 7. G. (3) A fixed wire antenna running fore and aft of the airplane and symmetrical laterally shall be installed for the radio compass, in accordance with Douglas drawing No. 5077117.

(4) The lead-in for the radio compass antenna shall be vertical and shall enter the fuselage not less than two, nor more than four feet from the centerline of the radio compass loop.

(5) Suitable tension units shall be provided for the antenna wires.

H. Miscellaneous:

(1) The positive 12 volt leads to the Command and Radio Compass sets only shall be fused (Reference: E.S.M.R. S-30-22).

(2) Plugs to which the flexible conduit is attached shall be in accordance with Section V, 12, of this specification.

(3) The tuning and control shafts complete with fittings as listed in Section V, 12, of this specification shall be furnished by the Government and installed by the contractor.

Case MDL No. 875 Document 6662-2 Filed 01/28/11 Page 21 of 30

V. 8. Photographic Installation.-Provisions shall be made on the airplane herein described for the installation of the T-3A, K-3B and K-7C camera, with accessories, substantially in accordance with Douglas drawing No. 5080615 and in accordance with equipment listing in Section V, 12 of this specification.

9. Electrical Installation.-

A. Radio Interference.-Special attention shall be given to the table covering radio interference, Section II, Part IV, Volume I, of the 7th Edition of the Handbook of Instructions for Airplane Designers.

B. The electrical installation shall be a single-wire 12 volt grounded system except as required to maintain not more than two degrees deflection of the aperiodic compass and five degrees deflection of the pilot's compass under electrical system loading conditions.

C. All electrical cables with the exception of magneto, ignition and heavy duty engine starter cables, shall be protected by fuses of sufficient capacity to prevent burning of the cable insulation in the event of a short circuit. Spare fuses shall be carried in the fuse boxes or in adjacent separate containers.

D. A Klaxon horn shall be provided, as well as a green signal light for the "down" position of the landing gear and tail wheel in lieu of the Type B-1 signal assembly.

E. Batteries shall be installed in accordance with Douglas drawing No. 5080615.

F. Type A-9 landing lights, drawing 36D3467, shall be installed in accordance with Douglas drawing No. 5039885.

G. A Type B-3 (passing) lamp assembly shall be installed in the left hand wing in accordance with Douglas drawing No. 5039885 and a separate switch shall be provided for the control of this lamp assembly.

H. A generator control panel shall be installed within a shielding container which shall be located in the fuselage in a position accessible to the radio operator.

I. Fittings in accordance with drawing 31-1176, 31-1177, 36A2212, 36A2213 and 36A2214, shall be used for connecting conduit to junction boxes, equipment and other lengths of conduit.

Case 3:41-cv-00064-JBW Document 67 Filed 07/24/11 Page 22 of 30

DS-266
December 5, 1938
May 15, 1941

-49-

V. 9. **J.** A Type A-2 dome lamp assembly shall be installed in the bomber's compartment, bomb bay, rear gunner's compartment and tail passage.

A reworked, Type A-2 dome lamp assembly Douglas 2022771 shall be installed in the navigator's and radio operator's compartments.

**K.** The instrument light wiring shall be as required for the type of lighting specified in Section V, 6 **B** herein.

**L.** The starter circuit, booster ignition circuit, fuel pressure warning and electrical instrument circuits only, shall be safetied through the ignition switch.

**M.** A battery cart connection shall be accessible from the outside of the airplane herein described on the left side. The battery cut-out solenoid switch shall be actuated by the plugging in of the battery cart connection.

**N.** A separate switch for the tail navigation light shall be provided.

**O.** The landing light switches shall be installed in a small junction box located on the head of the control pedestal immediately to the rear of the throttle levers in accordance with Douglas drawing No. 5083098.

**P.** A light for the radio command set remote control dial shall be provided.

**Q.** Four (4) bonds of not less than 50 ampere capacity shall be installed for bonding each engine mount to the nacelle.

**R.** The fuses shall be selected as required by the contractor from commercial standards.

B5-266
December 5, 1938
May 15, 1941

-50-

V, 10. Miscellaneous Installations:

    A. Pyrotechnic Equipment:-

        (1) The airplane herein described shall be equipped to carry two type M-8 flares in two type A-4 flare racks and the installation of these racks shall be such as to permit reloading of flares during flight.

        (2) Provisions shall not be made in the airplane herein described for carrying additional M-8 flares.

        (3) Pulleys shall be used in the release cable installation at all points where the change in direction exceeds 45 degrees. The flare release cables shall be conducted through 3/16 O.D. x .035 wall aluminum alloy tubing.

        (4) The Type A-3 release handles for releasing the M-8 flares from the airplane shall be located in a position accessible to either pilot or co-pilot.

    B. Signalling Equipment.-Provisions for installation of the M-2 signal pistol and the M-9, M-10 and M-11 signal flares shall not be made.

    C. Oxygen -

        (1) Cylinder Bracket.-Brackets for holding four oxygen cylinders shall be provided on the forward bulkhead of the bomb bay, a bracket for one cylinder in the bomber's compartment and a bracket for one cylinder on the floor behind the radio operator's seat.

        (2) Regulator.-Provisions shall be made for installation of one regulator for each member of the crew.

    D. Parachute and Brackets.-Provisions shall not be made in the airplane herein described for stowage of attachable type parachutes.

    E. Safety Belts.-Provisions for safety belts shall be made in accordance with listing for Miscellaneous Equipment, Section V, 12 of this specification.

No. DS-266
December 5, 1938

V. 10.  F.  Life Preserver Cushions.-Life Preserver cushions
shall not be furnished.

    G.  Life Rafts.-Provisions shall be made for the in-
    stallation of one Type A-2 life raft.

    H.  Flotation Gear.-Built-in flotation shall be pro-
    vided.

    I.  Navigation Case -A drawer, as listed in Section
    V, 2 B (2) (b) (2) of this specification, shall be
    installed for use by the navigator.

    J.  Map Case.-A map case in accordance with Douglas
    drawing No. 5048312 shall be provided in the main
    cabin for use by the navigator.

    K.  Message Containers.-No provisions shall be made on
    the airplane herein described for message containers.

    L.  Message Pick-Up Hook.-No provisions shall be made on
    the airplane herein described for message pick-up
    hook.

    M   Fire Extinguishers.-Two type A-2 fire extinguishers
    shall be installed in the airplane herein described.
    One Type A-12 pressure fire extinguisher shall be
    installed in the airplane herein described in ac-
    cordance with Section V, 2 B (2)(c) (4) of this speci-
    fication. This equipment shall be in accordance
    with the listing of Miscellaneous Equipment, Sec-
    tion V, 12 of this specification.

    N.  Pilot's Relief Tube.-Provisions shall be made for
    the installation of two (2) pilot's type relief
    tubes in the main cabin of the airplane herein
    described, except that no external venturi shall
    be provided.

    O.  Engine, Cockpit, Propeller Covers.-Engine covers
    only shall be provided for the airplane herein de-
    scribed as listed in Section V, 12 of this speci-
    fication.

    P.  Speaking Tubes.-No provisions shall be made for
    speaking tubes in the airplane herein described.

    Q.  De-icing Equipment.- De-icing equipment for the
    airplane herein described shall be in accordance
    with Section V, 2 B (2) (c) (3) herein.

DS-266
December 5, 1938
May 15, 1941

-52-

V. 10. R. **Heating and Ventilating System.**-The heating and
ventilating system shall be installed in the air-
plane herein described in accordance with Section
V, 2 B (2) (n) of this specification.

   S. **Airplane Flight Report Holder.**-One airplane flight
report holder as listed in Section V, 12 of this
specification shall be installed in the airplane
herein described.

   T. **Airplane Data Case.**-One case shall be provided in
the main cabin of the airplane herein described to
accommodate the maintenance manual and one case in
the bomber's compartment for the wiring diagram.

   U. **Cabin Bunks.**-shall not be provided in the airplane
herein described.

   V. **Water Bottle.**-Two (2) each two-quart vacuum bottles
and paper cup containers shall be provided.

   W. **Seats.**-The pilot's seat shall be readily adjustable
for vertical position only. The design of the
pilot's seat and supporting structure shall be such
as to permit location of this seat in three (3) po-
sitions at 1½ inch increments with the rear position
in the same relationship to the controls as that
provided on the Air Corps Model B-18A airplanes.
The navigator's seat shall be designed to permit ro-
tation to accommodate the navigator while working
at this table or while using his navigation instru-
ments. The radio operator's seat shall be so de-
signed as to permit the seat to swing to a convenient
position when the operator is operating the radio
equipment, or to a position which will allow the
operator to ride facing forward when not operating the
equipment. The radio operator's seat installation
shall not be provided with fore and aft adjustment.

   X. **Miscellaneous Items.**-A runner rug shall be provided
for the aisle in the main cabin. Floor pads shall
not be provided in the airplane herein described.

   Y. **Side Window Curtains.**-Roller curtains shall be pro-
vided for the side windows in the navigator's and
radio operator's compartments.

   Z. **Troop Carrying Provisions.**-shall not be installed
in the airplane herein described.

DS-266
December 5, 1938
May 15, 1941

-53-

V. 10. __AA.__ <u>Compass Cover</u> - A metal compass cover for the navi-
gator's D-12 compass shall be provided in accord-
ance with Douglas drawing No. 4046751.

__BB.__ <u>Sun Visors</u> shall be provided for the pilot and co-
pilot.

__CC.__ A blind flying curtain shall be provided for the
pilot. (Special Load Item)

__DD.__ A baggage rack designed to be carried in the bomb
bay on a standard type B-7 shackle, in such a manner
that it may be dropped by operation of the bomb re-
leasing mechanism, shall be provided for the air-
plane herein described. This rack shall not be con-
sidered as an item of weight empty or useful load.

11. <u>Materials, Finishing and Processes</u> - The external metal
surfaces of the airplane herein described shall consist
of materials which, as listed in Air Corps Specification
3-100, do not require an additional organic protective
coating. The finish of the airplane complete shall be
in accordance with Douglas Finish Specification No. F-54.

12. <u>Equipment and Furnishings</u> - The airplane shall be designed
and constructed to accommodate the items listed. The
furnishing of the items will be governed by the following:

__A.__ The contractor shall permanently install in the air-
plane and adjust for use, all items marked with one
asterisk (*), which items shall be furnished free of
charge by the Government.

__B.__ The contractor shall temporarily install in the air-
plane and adjust for use, all items marked with two
asterisks (**), which items or dummy models will be
furnished free of charge by the Government for in-
stallation checking purposes.

__C.__ Items marked with three asterisks (***) cover equip-
ment to be installed by tactical organizations and
will not be furnished to the contractor.

__D.__ The contractor shall furnish, permanently install,
and carefully fit for use, all items not bearing
asterisk notations.

__E.__ All other items not specifically mentioned shall be
furnished by the contractor.

Case 5:11-cv-00064-JGW Document 67 Filed 01/24/11 Page 27 of 30

-54-

| Quan-tity | Item | Drg. or Spec. No. | Weight Pound |
|---|---|---|---|
| | **PROPELLERS** | | |
| *2 | Propellers ...................... | | 455.0 ea. |
| | 6 Blades ...................... | 6159A-6 | |
| | 2 Hubs ...................... | 23E50-119 | |
| *2 | Propeller Governor .............. | 4K11-B1B | 4.0 ea. |
| | **POWER PLANT (Weight Empty)** | | |
| *2 | Engine, Wright Cyclone, R-2600-3 W.A.C. Spec. No. 538 dated December 15, 1938 .............. | | |
| 1 | Primer, Engine (twin) (Parker) ... | 401-2A | .60 |
| 1 | Dial and Handle Assembly, D-2 .... | | |
| 2 | Dial and Handle Assembly, K-7 .... | | |
| 3 | Driver-Fuel Cock Control ......... | | |
| 1 | Selector Valve, Tank, Pesco ...... | 240EA | |
| 1 | Selector Valve, Pesco ............ | 239 | |
| 1 | Cross Feed Valve, Type D-5 ....... | 241BA | |
| Reqd. | Screen, Tank Outlet .............. | 2028256 | |
| 4 | Fuel Tank Filler Cap ............. | 4084723 | |
| 4 | Fuel Tank Filler Neck ............ | 4085749 | |
| 2 | Nacelle Oil Tank Filler Cap ...... | S-122530-Y-33 | |
| 2 | Nacelle Oil Tank Filler Neck ..... | 4077955 | |
| 2 | Cock, Oil Drain .................. | 37D6114-6 | |
| 2 | Oil Temperature Regulator 13" Dia. | U-3810-F5 | |
| 2 | Valve Assem. Oil By-Pass and Relief, Type F-5 ............... | | |
| 2 | Hand Pump, Type D-4 (with super-charger relief valve) .......... | U-275-1 | |
| 2 | Pesco , High Pressure Oil Pump ... | 214LA | |
| **1 | Pump, Fuel Servicing ............. | 38G3046 | |
| 2 | Strainer (Aero Supply) ........... | 63701 | |
| *2 | Separator - Oil, Type B-3 Pesco .. | 218F | |
| 2 | Hydromatic Prop. Pump Pesco ...... | R280-BE | |
| 2 | Fuel Pump, Type G-9 Pesco ........ | R-600 CW | |
| 2 | Check Valve Parker ............... | 2-2740-9 | |
| 2 | Check Valve Parker ............... | 525-GT-16D | |

-55-

No. D3-266
December 5, 1938
May 15, 1941

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

ARMAMENT

### Machine Gun, Flexible, Front
### Condition A (Design Useful Load)

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| **1 | Aircraft Machine Gun, Cal. .30 Flexible, Model M-2 less Sight Mount ........................ | H35M2075 | 22.5 |
| **1 | Sight, Assembly, Rear, Type B-10. | 37B3574 | .18 |
| **1 | Sight, Assembly, Front, Type A-4. | 37B3578 | .18 |
| **6 | Ammunition Boxes, Type L-4 ...... | 30-616 | 9.00 |
| ***600 | Rounds Cal. .30 Ammunition with Links ......................... | | 39.00 |
| 1 | Gun Mount Adapter (Douglas) ............. | | |
| 1 | Container-Case Ejection, Douglas............................ | 4085746 | |
| 1 | Container, Link Ejection, Douglas............................ | 4085967 | |

### Machine Gun, Flexible, Front
### Condition B (Alternate Useful Load)

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| **1 | Camera Gun, Type H-2 (less Barrel and Sights) ................... | H37H4779 | |
| 1 | Sight, Rear Ring (Douglas) ...... | 1086211 | |
| 1 | Sight, Post (Type A-4) .......... | 37B3578 | |

### Machine Gun, Flexible, Front
### (Weight Empty)

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| 1 | Gun Mount, Douglas Type ......... | | |
| 1 | Gun Stowing Latch, Douglas Type.. | | |
| 1 set | Holders for 6 Type L-4 Ammunition Boxes, Douglas Type ... | | |

### Machine Gun, Flexible, Upper Rear
### Condition A (Design Useful Load)

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| **1 | Aircraft Machine Gun, Cal. .30 Flexible, Model M-2 ............ | H35M2075 | 22.05 |
| **1 | Sight, Assembly, Rear, Type B-10. | 37B3574 | .18 |
| **1 | Sight, Assembly, Front, Type A-4. | 37B3578 | .18 |
| 1 | Gun Mount Adapter with Yoke (Douglas) ..................... | 4085998 | |
| **6 | Ammunition Boxes, Type L-4 ...... | 30-616 | 9.00 |
| ***600 | Rounds Cal. .30 Ammunition with Links ......................... | | 39.00 |
| 1 | Container-Case Ejection, Douglas | 4085746 | |
| 1 | Container-Link Ejection, Douglas | 4085967 | |

No. DS-266
December 5, 1938
May 15, 1941

-56-

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pound |
|---|---|---|---|

**ARMAMENT** (Continued)

**Machine Gun, Flexible, Upper Rear**
**Condition B (Alternate Useful Load)**

| | | | |
|---|---|---|---|
| **1 | Camera Gun, Type H-2 (less Sights) | H37H4779 | 25.0 |
| 1 | Sight, Rear Ring (Douglas) ..... | 1086495 | |
| 1 | Sight, Post (Douglas) .......... | 1086603 | |

**Machine Gun, Flexible, Upper Rear**
**(Weight Empty)**

| | | | |
|---|---|---|---|
| 1 | Gun Mount, Douglas Type ........ | | |
| 1 | Gun Stowing Latch, Douglas Type. | | |
| 1 Set | Holders for 6 Type L-4 ammuni-<br>tion Boxes, Douglas type ..... | | |

**Machine Gun, Flexible, Lower Rear**
**Condition A (Design Useful Load)**

| | | | |
|---|---|---|---|
| **1 | Aircraft Machine Gun, Cal. .30<br>Flexible, Model M-2 less<br>Sight Mount ................. | H35M2075 | 22.5 |
| **1 | Sight, Assembly, Rear, Type B-10 | 37B3574 | .18 |
| **1 | Sight, Assembly, Front, Type A-4 | 37B3578 | .18 |
| **1 | Gun Mount Adapter, Type C-12<br>complete less Ejection Con-<br>tainers ..................... | 37G4926 | 5.50 |
| **6 | Ammunition Boxes, Type L-4 ..... | 30-616 | 9.00 |
| ***600 | Rounds Cal. .30 Ammunition<br>with Links .................. | | 39.00 |
| 1 | Container-Case Ejection,<br>Douglas .;.................. | 4085746 | |
| 1 | Container-Link Ejection,<br>Douglas .................... | 4085967 | |

**Machine Gun, Flexible, Lower Rear**
**Condition B (Alternate Useful Load)**

| | | | |
|---|---|---|---|
| **1 | Camera Gun, Type H-2 (less Sights) | H37H4779 | 25.0 |
| 1 | Sight, Rear Ring (Douglas) ..... | 1086495 | |
| 1 | Sight, Post (Douglas) .......... | 1086603 | |

No. DS-266
December 5, 1938
May 15, 1941

-57-

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pound |
|---|---|---|---|
| | **ARMAMENT** (Continued) | | |
| | **Machine Gun, Flexible, Lower Rear**<br>(Weight Empty) | | |
| 1 | Gun Mount (Douglas) ............ | | |
| 1 | Gun Stowing Latch (Douglas)..... | | |
| 1 | Set Holders for 6 Type L-4<br>Ammunition Boxes (Douglas) .... | | |
| | **Machine Gun, Flexible, Tail**<br>Condition A (Alternate Load) | | |
| **1 | Aircraft Machine Gun, Cal. .50<br>Flex. Model M-2 less Spade<br>Grip and Sight Mounts ........ | H35M5390 | 69.13 |
| *1 | Adapter Assembly, Cal. .50,<br>Gun Mount, Type E-4 less<br>Yoke ........................ | X37K2672 | 19.00 |
| 1 | Sight, Telescopic (Douglas) .... | | |
| ***6 | Ammunition Box, Type O-1 ....... | 35D3891 | |
| ***200 | Rounds Cal. .50 Ammunition<br>with Links ................... | | |
| ***1 | Mount, Ammunition Box, Type<br>O-2 ......................... | 37B2675 | .38 |
| | **Machine Gun, Flexible, Tail**<br>Condition B (Alternate Useful Load) | | |
| **1 | Camera Gun, Type H-2 (less Sights) | H37E4779 | |
| | **Machine Gun, Flexible, Tail**<br>(Weight Empty) | | |
| 1 | Gun Mount, Douglas Type ........ | | |
| 1 | Gun Stowing Latch .............. | | |
| 1 | Set Holders for 6 Type O-1 Am-<br>munition Boxes (Douglas) ...... | | |