-58-

No. DS-266
December 5, 1938
May 15, 1941

| Quan-tity | Item | Dwg. or Spec. No. | Weight Found |
|---|---|---|---|
| | **BOMBER'S EQUIPMENT (Bomber's Cockpit)** (Design Useful Load) | | |
| **1 | Bombsight, .................Spec. | C-24580-A | |
| 1 | Bombsight Extension ................ | | |
| *1 | Complete set Automatic Flight Control Equipment ..........Spec. | C-24580-A | |
| *1 | Interval Control, Type A-1 ......... | 37G5782 | |
| *1 | Pilot Director ..............Spec. | C-24580-A | |
| | **BOMBING EQUIPMENT (Bomber's Cockpit)** (Weight Empty) | | |
| 1 | Bombsight Mount, Type B-2 ......... | 38K4565 | |
| 1 | Bracket, Bombsight Mount Support .. | | |
| 1 | Bomb Release Handle, Douglas Type ........................... | | |
| Reqd. | Brackets, Bell Cranks, Links, Fittings, etc. complete for all bomb rack controls ............. | | |
| Reqd. | Fittings, Wiring, Shielding, etc, complete for electrical control of bomb racks ............... | | |
| Reqd. | Brackets and Mechanism of Controls, complete for Bomb Indicator ........................ | | |
| 1 | Indicator, to show the number of bombs on rack .................. | | |
| 1 | Door Operating Handle (Douglas Type) ........................ | | |
| | **Bombs (Design Useful Load)** | | |
| **1 | 2000-lb. Type M-34 Bomb ............ | | 2050.0 |
| **1 | D-4 Bomb Shackle ................. | X37E5013 | |
| | cr | | |
| **2 | 1100-lb. Bombs at 1130 lbs. ea. .... | | 2260.0 |
| **2 | B-7 Bomb Shackle at 2.7 lbs. ea. ... | 33D5226 | 5.4 |
| | or | | |
| **4 | 600-lb. Bombs ..................... | | 2496.00 |
| **4 | B-7 Bomb Shackle .................. | 33D5226 | 10.86 |

or
(Continued on next page)

No. DS-266
December 5, 1938
-59-                                          May 15, 1941

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| | Bombs (Design Useful Load) Contd. | | |
| **6 | 300-lb. Bombs ..................... | | 1836.00 |
| **6 | B-7 Bomb Shackle ................. | 33D5226 | 21.60 |
| | or | | |
| **12 | 100-lb. Bombs .................... | | |
| **12 | B-7 Bomb Shackle ................ | 33D5226 | |
| | Total (Design Useful Load) | | |

### BOMB CONTROL EQUIPMENT (Pilot's Cockpit)
(Weight Empty)

1
Reqd.

Release Handle, Douglas Type,
   Emergency Bomb ..................
Brackets, Pulleys, Cables, etc.
   complete for emergency release.

### BOMB HOIST EQUIPMENT
Not a part of Useful Load
or Weight Empty

| **1 | Set, Bomb Hoist Slings, | 300-lb. | 36C4441 |
|---|---|---|---|
| | | 600-lb. | 36C4442 |
| | | 1100 & 2000-lb. | 36C4443 |

1    Bomb Hoist Assem. Complete,
        (Douglas) .....................

Including all equipment needed to
accomplish the hoisting of the bombs
upon the airplane.

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| | V. 12 <u>INSTRUMENTS (Weight Empty)</u><br>(12 Volt Elect. System) | | |
| *1 | Turn Indicator, Type A-3 ........... | 27800 | |
| *1 | Flight Indicator, Type C-5 ........ | 27802 | |
| *3 | Altimeter, Type C-11 .............. | 27857 | |
| *2 | Airspeed, Type D-4 ................ | 27805 | |
| 1 | Airspeed Tube, Type C-8 ........... | 27885 | |
| *1 | Bank & Turn, Type A-5 ............. | 27803 | |
| *1 | Rate of Climb, Type A-6 .......... | 27782 | |
| *2 | Clock, Type A-9 .................. | 27879 | |
| *1 | Suction Gage, Type F-2 ........... | 27813 | |
| *1 | Compass (Pilot), Type B-17 ....... | 27815 | |
| *1 | Compass (Bomber) Type B-16 ....... | 27807 | |
| *1 | Engine Synchronizor, Type A-4 .... | 27847 | |
| 2 | Air Temperature, Weston Electric,<br>Model 728, Type 19 ............... | 6D93147 | |
| *1 | Gauge, Hydraulic Press, Type E-3 .. | 27812 | |
| *2 | Manifold Pressure, Type D-2 ....... | 27811 | |
| *2 | Indicator, Tachometer, Type E-4<br>(Including Generator) ............ | 27817 | |
| *2 | Thermocouple, Type B-7 ............ | 27821 | |
| *1 | Fuel Mixture Indicator (Cambridge). | | |
| *2 | Oil Thermometer, Type A-14 ........ | 27830 | |
| *2 | Oil Pressure Gauge, Type B-5 ...... | 27809 | |
| *2 | Thermometer Carb. Mixture, Type F-2 | 27823 | |
| *2 | Fuel Pressure Gauge, Type C-8 ..... | 27810 | |
| *1 | Compass, Type D-12 ................ | 27825 | |
| *1 | Drift Meter, Type B-3 (With mini-<br>mum length tube) ................ | 27796 | |
| 1 | Fuel Quantity Gauge, Liquidometer<br>Electric ......................... | 27737-C | |
| *2 | Vacuum Pump (complete with relief<br>valve) Type B-3 .................. | 28167-A | |
| 1 | Bank and Turn Needle Valve ........ | Douglas | |
| 2 | Resistance Bulbs, Outside Air Temp.<br>(with indicators) ............... | Weston<br>D-93195 | |

No. DS-266
December 5, 1938

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

## RADIO (Weight Empty)

### Command Set, SCR-AJ-193)

| Quantity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Radio Transmitter with Mounting & Tubes ............................. | 36D3527 ) | |
| *1 | Plug, Type PL-Q-64 .................... | SC-D-2080A) | 10.2 |
| *1 | Plug, Jacket Type, M-145 .............. | | |
| *1 | Coil Set & Case (6200-7700KC) Coil sets have same serial number as transmitter ................... | 36D3527 | 1.0 |
| *1 | Coil Set & Case (2500-3200 KC) Coil sets have same serial number as transmitter ................... | 35A1219 | 1.2 |
| *1 | Coil Set & Case (3200-4000 KC) Coil sets have same serial number as transmitter ................... | 35A1219 | 1.2 |
| *1 | Coil Set & Case (4000-5000 KC) Coil sets have same serial number as transmitter ................... | 35A1219 | 1.2 |
| *1 | Coil Set (5000-6200 KC) Coil sets have same serial number as transmitter ................... | 35A1219 | 1.2 |
| *1 | Radio Control Box, Transmitter with Mounting ..................... | 36B3529 | 1.0 |
| *1 | Plug, Type PL-P-63 ................... | SC-D-2063A | .13 |
| *1 | Plug, Jacket, Type M-144 ............. | | |
| *1 | Antenna Switching Relay with Mounting ............................ | 36B3528 | 1.0 |
| *1 | Plug, Type PL-P-77 .................... | SC-D-2069A | .13 |
| *1 | Plug, Jacket, Type M-144 ............. | | |
| *1 | Radio Receiver with Mounting & Tubes.. | SC-D-317A | 12.1 |
| *1 | Chart, Calibration, Receiver ......... | | .1 |
| *1 | Plug, Type PL-Q-61 .................... | SC-D-2077A | .13 |
| *1 | Plug, Jacket, Type M-145 ............. | | |
| *1 | Coil Unit, Dual, Receiver with Remote Control Unit ............... | SC-D-317A | 4.3 |
| *1 | Shaft - MC-154 (Length 10 ft.)....... | | |
| *1 | Coil Unit Single Receiver with Case 2500-4700 KC ...................... | 34B5892 | 2.3 |
| *1 | Tuning Unit, Remote, Type MC-125 ..... | 33A1757 | .94 |
| *1 | Tuning Shaft, MC-124 (Length 10'-3")..  | | 2.8 |
| *1 | Couplings, Type MC-135 ............... | SC-B-27A | .4 |
| *1 | Radio Control Box, Receiver with Mounting ......................... | 36B5526 | |

No. DS-266
December 5, 1938
May 15, 1941

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

## RADIO (Weight Empty)

### Command Set, SCR-AJ-183  Contd.

| | | | |
|---|---|---|---|
| *1 | Plug, Type PL-P-104 ................... | SC-D-2065A | |
| *1 | Plug, Jacket, Type M-144 ............. | | |
| *1 | Dynamotor Unit ...................... | 36B3530 | |
| *1 | Plug, Type PL-Q-62 .................. | SC-D-2078A | |
| *1 | Plug, Jacket, Type M-145 ............ | | |
| 1 | Relay, Strowger, Series ZQA or equiv.. | SC-B-324A | |
| 1 | Resistor, 30 ohms, 1/2 Watt, Allen-Bradley, Type "C" or equiv. ......... | | |
| 1 | Capacitor, .004 mfd. Aeronox Model 1461, Molded Mica, or equiv. ....... | | |

### Liaison Set, Type SCR-187

| | | | |
|---|---|---|---|
| *1 | Transmitter with mounting, tubes and tuning unit .................... | 36D5854 | 58.3 |
| *1 | Plug, Type PL-Q-64 ................. | SC-D-2080-A | |
| *1 | Plug, Type PL-Q-61 ................. | SC-D-2077-A | |
| *1 | Plug, Type PL-Q-59 ................. | SC-D-2075-A | |
| *4 | Tuning Units & Cases ............... | 31BE0.0 | 60. |
| *1 | Dynamotor Unit, Transmitter with Mount | 36B5856 | 38.6 |
| *1 | Plug, Type PL-Q-59 ................. | | |
| *1 | Plug, Jacket, Type M-144 ........... | | |
| *1 | Plug, PL-Q-61 ..................... | SC-D-2077-A | |
| *1 | Plug, Jacket, Type M-145 .......... | | |
| *1 | Key, Transmitter ................. | 047301 | .9 |
| *1 | Receiver with Tubes & Mounting ... ... | 36D5855 | 40.0 |
| *1 | Plug, PL-Q-103 .................... | | |
| *1 | Remote Control, Type BC-309 ......... | | |
| *1 | Plug, Type PL-Q-74 ................ | SC-D-2083-A | |
| *1 | Plug, Type PL-P-74 ................ | | |
| *1 | Plug Jacket, Type M-144 ........... | Total | |

### Radio Compass

| | | | |
|---|---|---|---|
| *1 | Radio Compass Unit with Tubes and Mounting ......................... | H38D3484 | |
| *1 | Plug, Type PL-119 ................ | H38D3485 | |
| *1 | Control Box ...................... | 38B1954 | |
| *2 | Indicators ...................... | | |
| *2 | Plug, Type PL-118 ................ | | |
| *2 | Plug, Type PL-117 ................ | | |
| *1 | Loop & Loop Rotator, Complete ....... | H38D3486 | 60.0 Est. |

No. DS-266
December 5, 1938
May 15, 1941

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

## Radio Compass  Continued

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Plug, Type PL-117 ................... | | |
| *1 | Plug, Type PL-122 ................... | | |
| 1 | Elbow ............................... | AC 38B1555-8 | |
| 1 | Elbow ............................... | AC 38B1555-3 | |
| *1 | Control Shaft, Type MC-124 (Length 15'4") | | |

### Interphone, Type RC-15

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Interphone Amplifier with Tube ....... | 36B5857 | 2.0 |
| *8 | Jack Boxes .......................... | 36B5858 | 8.8 |
| *8 | Microphones, Hand Held .............. | 35D3887 | |
| *8 | Headset Connector Cords ............. | 36B4044 | |
| | each consisting of: | | |
| | Required cordage, CO-119 | | |
| | 1  Jack,   JK-26 | | |
| | 1  Plug,   PL-55 | | |
| *2 | Filter Units, FL-5 .................. | | 4.5 |
| *2 | Switch Box, BC-345 .................. | H39B2224 | .7 |
| *2 | Cord, CD-316 ........................ | H39D2223 | .3 |

### Marker Beacon Receiving Equip.
### RC-20

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Receiver Assembly ................... | 38G2960 | 3.5 |
| *1 | Antenna Assembly .................... | 38G2962 | 1.0 |
| *1 | Indicator, Type I-68 ................ | 38G2961 | 0.1 |
| *1 | Plug, Type PL-Q-63 .................. | SC-D-2079-A | |
| *1 | Plug Jacket, Type K-144 ............. | | |

### Antenna Equipment

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Reel, Antenna, Type RL-30B .......... | 37G6167 | 5.2 |
| *1 | Fairlead (Douglas Type) ............. | | |
| *500' | Wire, Antenna, Type W-106 ........... | | 2.0 |
| *1 | Weight, Antenna, Type WT-9 .......... | | |
| *6 | Insulators, Strain .................. | 33A1845 | .05 ea |
| *1 | Insulators, lead-in, Command Set .... | 32A2329 | .1 ea. |
| *8 | Insulators, stand-off, 1-1/2 inch ... | 35A2276 | .1 ea. |
| *3 | Insulators, stand-off, 3 inch ....... | 35A2277 | .3 ea. |
| *1 | Insulator , lead-in, Liaison set .... | 35A2282 | .5 |
| 1 | Switch, antenna, change-over, Square "D" ......................... | B1143 | t |
| *1 | Insulator, lead-in, Compass Set ..... | 32A2329 | .1 ea. |
| Reqd. | Fuses (capacity as required) ........ | | |
| *275 | Beads, Insulator, Type IN-33 ........ | | |
| 363 | Beads, Insulators, Type IN-83 ....... | | |

Case 3:11-cv-00061-JSW Document 40-62 Filed 04/24/11 Page 7 of 31

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pound |
|---|---|---|---|

### PHOTOGRAPHIC EQUIPMENT (Special Load)

#### T-3A Camera Installation

| | | | |
|---|---|---|---|
| ***1 | Camera, Type T-3A (Loaded) .......... | 75-42 | 94.0 |
| ***1 | Mount, Type A5A ..................... | 75-42 | 17.0 |
| ***1 | Finder, Vertical View, Type A-2 ..... | 073392 | 6.0 |
| ***5 | Filters, Type A-3 ................... | 31018 | 0.5 |
| ***1 | Coil, Shutter Induction ............. | 75-42 | 25.0 |
| ***2 | Cables, Electric Connecting ......... | 75-42 | 3.0 |

#### K-3B Camera Installation
#### (Alternate)

| | | | |
|---|---|---|---|
| ***1 | Camera, Type K-3B (8½ & 12 inch<br>  Cone) Loaded .................. | 34B2278 | 44.0 |
| ***1 | Mount, Type A-8 ..................... | 31-1310 | 13.0 |
| ***1 | Finder, Vertical View, Type A-2 ..... | 073392 | 6.0 |
| ***1 | Intervalometer ...................... | 75-23 | 6.5 |
| ***1 | Filter, Type A-2A ................... | 34B3842 | 1.5 |
| ***3 | Cables, Electric Connecting ......... | | 2.0 |
| ***1 | Magazine, Film, Type A-1A (Extra<br>  Loaded) ....................... | 31003 | 16.8 |

#### K-7C Camera Installation
#### (Alternate)

| | | | |
|---|---|---|---|
| ***1 | Camera, Type K-7C (Loaded) .......... | 31032 | 66.6 |
| ***1 | Mount, Type A-8 ..................... | 31-1310 | 13.0 |
| ***1 | Finder, Vertical View, Type A-2 ..... | 073392 | 6.0 |
| ***1 | Filter, Type A-4 ................... | 31028 | 1.5 |

#### FOR OBLIQUE INSTALLATIONS

| | | | |
|---|---|---|---|
| ***1 | Camera, Type K-7C (Loaded) ......... | 31032 | 67.0 |
| or | | | |
| ***1 | Camera, Type K-3B (Loaded) .......... | 34B2278 | 45.0 |

#### T-3A, K-3B or K-7C Camera Installation
#### (Weight Empty)

| | | | |
|---|---|---|---|
| 1<br>Reqd. | Ring, Vertical View Finder .......... | 073410 | .60 |
| | Supports, Camera Mount .............. | | |

Ex.: 9; Pg.: 240

Case3:41-cv-00061-JSW Document 68-2 Filed01/24/11 Page68 of 91

No. DS-266
December 5, 1938
May 15, 1941

| Quantity | Item | Dwg. or Spec. No. | Weight Pounds |
|---|---|---|---|

### ELECTRICAL EQUIPMENT
### (Weight Empty)
### 12 Volt

| Quantity | Item | Dwg. or Spec. No. | Weight Pounds |
|---|---|---|---|
| *2 | Generator-50 Ampere, Type E-7.. Spec. | 32033 | |
| *2 | Generator Control Panel, Type A-1 ............................ Spec. | 32016 | |
| *2 | Starter, Type H-2 Eclipse ............ | F-72302-6 | |
| 2 | Extension End, Starter Crank Eclipse ............................ | B-43161 | |
| 2 | Booster Pump, 12 Volt Thompson Prod.. | TFD-6400 | |
| *2 | Switch, Starter Solenoid, Type A-5A . | 32079 | |
| *2 | Solenoid, Starter Meshing, Type A-1A ........................ Spec. | 32073 | |
| *2 | Coil - Booster Type A-1 ....... Spec. | 32083 | |
| 2 | Switch, Dome Lights, Type B-5A ..... | 33A5313 | |
| 2 | Switch-Landing Light Relay, Leece-Neville ............................ | 117454 | |
| 2 | Switch-Landing Light Control Type B-5A ............................ | 33A5313 | |
| 2 | Switch-Starter Control, Type B-11 ... | 34A3847 | |
| 1 | Switch-Pitot Static Head Heater, Type B-5A ............................ | 33A5313 | |
| 2 | Switch-Generator Main Line, Type B-8. | 30-1195 | |
| 1 | Switch-Voltmeter, Type B-1B ......... | 36A2201 | |
| 1 | Switch-Running Lights, Type B-7A .... | 36A3428 | |
| 1 | Switch-Passing Light, Type B-5A ..... | 33A5313 | |
| 1 | Switch-Ignition, B-4A (Shielded and Modified) Delco .................... | 10-18399 | |
| 1 | Switch-Emergency Alarm Bell, Type E-5A ............................ | 33A5313 | |
| 2 | Switch-Landing Gear Signal-Throttle, Douglas ............................ | 239019-4 | |
| 3 | Switch-Landing Gear Signal-Wheel Burgess ............................ | Micro Blue Top | |
| 1 | Switch-Warning Light Dimmer, C-H .... | 8701 | |
| 1 | Switch-Battery Master, Type B-1 Spec. | 32141 | |
| 12 | Switch-Bomb Indicator Lights ........ | | |
| 1 | Switch-Bomb Bay Dome Lights, Type B-5A ............................ | 33A5313 | |
| 1 | Switch-Bomb Release Door Safety ..... | | |
| 1 | Switch-Bomb Sight Control, Type B-5A. | 33A5313 | |

Case MDL No. 875 JGW Document 66663 Filed 01/29/11 Page 69 of 31

| Quantity | Item | Dwg. or Spec. No. | Weight Pounds |
|---|---|---|---|

## ELECTRICAL EQUIPMENT
### (Continued)

| Quantity | Item | Dwg. or Spec. No. | Weight Pounds |
|---|---|---|---|
| 1 | Switch-Bomb Release Firing Switch, Type B-11 | | |
| 1 | Lamp Assembly-Pilot's Elect. Panel, Type A-3 | 31-193 | |
| 1 | Lamp Assembly-Bomber's Elect. Panel, Type A-3 | 31-193 | |
| 4 | Lamp Assembly-Dome, Type A-2 | 34B2946 | |
| 1 | Lamp Assembly-Cockpit, Type A-3 | 31-193 | |
| *2 | Lamp Assembly-Landing, Type A-9 | 36D3467 | 11.00 |
| 1 | Lamp Assembly-Running, Left | | |
| 1 | Lamp Assembly-Running, Right | | |
| 1 | Lamp Assembly-Running, Tail | | |
| 7 | Lamp Assembly-Position Lights | | |
| 2 | Socket Assem.-Camera Blinker | 32A1981 | |
| 4 | Socket Assem.-Landing Gear Signal | 32A1981 | |
| *1 | Lamp Assem.-Passing, Type B-3 | 52118 | |
| 1 | Lamp Assem.-Bomb Bay Door Indicator | 36A1720 | |
| 2 | Lamp Assem.-Dome | 2022771 | |
| 15 | Lamp Assem.-Bomb Release Indicator | 36A1720 | |
| 12 | Solenoid-Bomb Release | 1081060 | |
| *2 | Ammeter, Generator Main Lines, Type D-1 .........Spec. | 32109 | |
| *1 | Voltmeter-Generator Main Line, Type A-5 .........Spec. | 32150 | |
| 1 | Rheostat-Pilot's Instrument Lights | | |
| 1 | Rheostat-Pilot's Elect. Panel Light, Type E-1 .........Spec. | 32811 | |
| 1 | Rheostat-Bomber's Instrument Lts. Type C-1 .........Spec. | 32009 | |
| 1 | Rheostat-Bomb Release Indicator..Spec. | 32144 | |
| 3 | Bell-Emergency Alarm, 12 V. Edwards | 156 | |
| *2 | Battery-12 Volt Storage, Type D-6 | 32069 | |
| 1 | Signal-Landing Gear, 12 Volt.....Spec. | 243734 | |
| 4 | Capacitor-Generator Circuit, Type A-1 .........Spec. | 50131 | |
| 2 | Socket Assem.-Trouble Light | 32A1981 | |
| 1 | Socket Assem.-Camera Blinker Light..... | 32A1981 | |

Ex.: 9; Pg.: 242

-67-

No. DS-266
December 5, 1938
May 15, 1941

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

## ELECTRICAL EQUIPMENT

### Continued

| Quan-tity | Item | Dwg. or Spec. No. |
|---|---|---|
| 1 | Plug-Bomb Sight Supply, Cannon ........ | |
| 2 | Plug-Nacelle Ignition, Cannon ......... | AF-3-22-3/8AC |
| 2 | Receptacle-Nacelle Ignition, Cannon... | AF-3-53S |
| 2 | Plug-Nacelle Instrument, Cannon ...... | |
| 2 | Receptacle-Nacelle Instrument, Cannon ............................ | |
| 2 | Plug-Nacelle Starter, Cannon ......... | |
| 2 | Receptacle-Nacelle Starter, Cannon ... | |
| 2 | Plug-Nacelle Generator, Cannon ....... | |
| 2 | Receptacle-Nacelle Generator, Cannon.. | |
| 1 | Plug-Wing Ignition, Cannon .......... | |
| 1 | Receptacle, Wing Ignition, Cannon .... | |
| 2 | Plug-Wing General, Cannon ........... | |
| 2 | Receptacle-Wing General, Cannon ...... | |
| 1 | Plug-Wing Fuel Gauge, Cannon ........ | |
| 1 | Receptacle-Wing Fuel Gauge, Cannon.... | |
| 1 | Plug-Wing Exhaust Analyzer, Cannon ... | |
| 1 | Receptacle-Wing Exhaust Analyzer, Cannon ............................ | |
| 2 | Plug-Fuel Tank, Cannon .............. | |
| 2 | Receptacle-Fuel Tank, Cannon ......... | |
| Reqd. | Fuse-5 Ampere ....................... | |
| Reqd. | Fuse-10 Ampere ...................... | |
| Reqd. | Fuse-20 Ampere ...................... | |
| Reqd. | Fuse-40 Ampere ...................... | |
| Reqd. | Fuse-115-120 Ampere ................. | |
| Reqd. | Fuse-50 Amp. ........................ | |
| 1 | Receptacle-Battery Cart, Cannon ...... | A2R |
| 1 | Plug-Battery Cart, Cannon ........... | GB2-34 |
| 2 | Resistor Warning Light Dimmer, Ohmite ............................. | 30 Ohm, 10 Watt |
| 1 | Rheostat-Position Lights-8 Ohm, Type F-1 .......................... | Spec. 32032 |
| *3 | Lamp Assembly-Cockpit, Type B-5 ..... | 32129A |
| *2 | Lamp-12 Volt, 55 Ampere, G-25 Bulb, Mogul Prefocused Base ............. | |
| *1 | Lamp-12 Volt, 50 C.P. RP-11 Bulb, D.C. Base ......................... | |
| *1 | Lamp-18-24 Volt, 3 C.P. G-6 Bulb, S.C. Base ......................... | |
| 2 | Lamp-12-16 Volt, 6 C.P. G-6 Bulb, D.C. Base ......................... | |
| *13 | Lamp, 3 volt (spares) ............... | 36A3344 |
| 21 | Lamp, 12-16 Volt, 3 C.P., 6-G Bulb, D.C. Base ......................... | |
| 6 | Lamp, 14 Volt, .15 Amp., T-3 1/4, S.C. Base ......................... | |

Ex.: 9; Pg.: 243

No. DS-265
December 5, 1938
May 15, 1941

-68-

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|

## ELECTRICAL EQUIPMENT
### (Continued)

| Quan-tity | Item | Dwg. or Spec. No. | Weight Pound |
|---|---|---|---|
| *1 | Lamp-12-16 Volt, 3 C.P. G-6 Bulb, S.C. Base ..................... | | |
| *13 | Lamp-12 Volt, .17 Amp., T-2 Bulb Slide Base (Telephone Type) ....... | | |
| *2 | Lamp-6-8 Volt, 3 C.P. G-6 Bulb, D. C. Base (Camera) ............... | | |
| 12 | Bomb Indicator Lamp Caps ............. | 31-1455-6 | |
| 1 | Bomb Door Indicator Lamp Caps ........ | 31-1455-5 | |
| 1 | Bomb Door Indicator Lamp Caps ........ | 31-1455-1 | |
| 1 | Landing Gear Warning Lamp Cap ......... | 31-1455-1 | |
| 1 | Landing Gear Warning Lamp Cap ........ | 31-1455-2 | |
| 1 | Bomb Sight Cable Receptacle (Cannon).. | | |
| 2 | Camera Signal Lamp Cap (White) ....... | | |
| 2 | Signal Assembly, Fuel Pressure (Pioneer Commercial)........................ | 3110-A | |
| 2 | Lamp Assembly (fuel signal) ........... | 39A2822 | |
| 1 | B-3 Driftmeter Light Switch, B-5A .... | 33A5015 | |
| 2 | Bomb Door Indicator Lamp .............. | 36A1720 | |
| 1 | Tail Light Switch, R-7A ............... | AC36A3428 | |
| 2 | Oil Dilution Solenoid ................. | AC37D6210 | |
| 2 | Oil Dilution Switch .................. | AC36A2200 | |
| 1 | Lamp Assem., Generator Inst. Panel, Type A-3 ....................... | 31-192 | |
| 2 | Lamp Assem. Formation Bomb Release & Bomb Door (Douglas)................. | | |
| *1 | Lamp, 100 C.P. G 16½ Clear Bulb Single Contact (12 Volt) .......... | | |
| 1 | Relay, Time Delay (12 Volt) .......... | HA-28A | |
| 2 | Rheostat, Type L-1 (12 Volt) ......... | 32177 | |
| *2 | Switch (General Electric drawing No. GE2CC1A4) (Hamilton Std.) ......... | 54116 | |
| *2 | Relay, Type A-5A .................... | 32079 | |
| 1 | Lamp, 100 C.P., G-16 1/2 Red Bulb D.C. Base (12 Volt) .............. | | |
| 5 | Lamp, 12-16 Volt, 21 C.P. RP-11 Bulb D.C. Base ....................... | | |
| 3 | Lamp, 12-16 Volt, 2 C.P., T-4 1/2 Bulb D.C. Base ....................... | | |

Ex.: 9; Pg.: 244

No. DS-266
December 5, 1938
May 15, 1941

-69-

| Quan-<br>tity | Item | Dwg. or<br>Spec. No. | Weight<br>Pounds |
|---|---|---|---|
| | ## MISCELLANEOUS EQUIPMENT<br>(Weight Empty) | | |
| *4 | Belt, Pilots' Safety, Type B-11 ........ | 34G1646 | 8.0 |
| *2 | Belt, Gunners' Safety, Type A-3 ........ | 30-1334 | 2.00 |
| 4 | Cushions, Seat Type, Douglas .......... | 2026440 | |
| 3 | Cushions, Back Type, Douglas .......... | 4026702 | |
| 1 | Cushion, Back Type, Douglas .......... | 4026722 | |
| 1 | Holder, Flight Report, Type A-2 ........ | 0161366 | .75 |
| *1 | Report, Flight, Form 1A ............... | | |
| *2 | Flare Racks for Carrying and Releasing<br>two (2) Flares, Type A-4 ........... | 37G3628 | |
| *2 | Flare Release Handle, Type A-3 ........ | 0159268 | .80 |
| | Brackets, Cables, Stops, Fittings,<br>etc. for mounting flare racks and<br>controls .......................... | | |
| *2 | Wheel Assembly, less Axle Stub,<br>45 x 20:00 x 18 (Bendix) .......... | | |
| *4 | Brake Assembly, 15" x 4" max., duo<br>servo (Bendix) (complete with in-<br>let fitting) ........................ | | |
| *2 | Casing, 45 x 20:00 x 18 .......... | Spec. 91-27-B | |
| *2 | Inner Tube, 45 x 20:00 x 18 ..... | Spec. 20-83-B | |
| *2 | Reliner, Cactus Proof 45 x 20:00 x 18 . | | |
| *1 | Tail Wheel 22 x 9.00 x 6 ........ | Spec. 25257 | |
| *1 | Tube, Tail Wheel, 22 x 9.00 x 6 .. | Spec. 26526 | |
| *1 | Casing, Tail Wheel, 22 x 9.00 x 6<br>(8 ply) ......................... | Spec. 26525 | |
| *2 | Extinguisher-Fire, with Bracket,<br>filled, Type A-2 ............... | Spec. 8525 | 14.00 |
| 1 | Map Case, Special ................. | | |
| 6 | Seat, High Press. Oxygen Connection ... | 046368 | |
| 6 | Nut, High Press. Oxygen Connection .... | 041710 | |
| 6 | Nipple, High Press. Oxygen Connection . | 041709 | |
| *1 | Fire Extinguisher, $CO_2$ Type A-12<br>Supplying both engines with selector<br>valves in cockpit consisting of the<br>following ......................... | 85-10 | 26.00 |
| *1 | Bottle, 7½ lb. $CO_2$ ........... | Spec. 94-40217 | |
| *1 | Fitting ......................... | 36A3411 | |
| *1 | Valve .......................... | 35A4157 | |
| *1 | Bracket & Att. Parts ............ | 37A1736 | |
| *1 | Bracket ........................ | 38A3408 | |
| *1 | Bracket Assem. ................. | 36A3520 | |
| *1 | Line Assem. .................... | 37A5751 | |
| *1 | Sleeve ......................... | 37A6330 | |
| *1 | Panel Assem. Control ........... | 19475 | |

No. DS-266
December 5, 1938
May 15, 1941

-70-

| Quantity | Item | Dwg. or Spec. No. | Weight Pounds |
|---|---|---|---|

## MISCELLANEOUS EQUIPMENT (Cont'd)
### (Weight Empty)
### (Cont'd)

| Quantity | Item | Dwg. or Spec. No. | Weight Pounds |
|---|---|---|---|
| *2 | Pulley-Adj. Corner ..................... | 6689 | |
| Reqd. | Cable ............................... | | |
| *2 | Horn ................................ | 33A4739 | |
| *2 | Bracket ............................. | 39B3425 | |
| 2 | Case, Airplane Data ................. | | |
| 2 | Thermos Bottles, 2 qt., Type A-35 ..... | | |
| 2 | Sun Visors .......................... | | |
| 1 | Compass Cover (for D-12 Compass) ...... | 4046751 | |

## MISCELLANEOUS EQUIPMENT
### (Design Useful Load)

| Quantity | Item | Dwg. or Spec. No. | Weight Pounds |
|---|---|---|---|
| **6 | Cylinder, Oxygen, Type E-1 ............. | 40251 | 120.00 |
| **6 | Regulator, Oxygen, Type A-6 ........... | 40249 | 9.00 |
| **2 | Flare, Aircraft Parachute, Type M-8 ... | Handbook | 39.00 |

## MISCELLANEOUS EQUIPMENT
### (Special Load)

| Quantity | Item | Dwg. or Spec. No. | Weight Pounds |
|---|---|---|---|
| ***1 | Life Raft, Type A-2 ................... | 40240 | 52.00 |
| 2 | Cover, Engine ...................Spec | 98-26751 | |

VI. METHOD OF INSPECTION AND TESTS

   1. Method of inspection and tests shall be in accordance with Specification No. 98-1800-C except as set forth in Appendix II.

VII. PACKING AND MARKING

   1. Packing and marking shall be in accordance with Specification No. 98-1800-C.

No. DS-266
December 5, 1938
May 15, 1941

-71-

## APPENDIX IA

The following list of drawings includes those required by the Designers' Handbook, Section I, Part I, Volume I, Paragraph 12 (g), sub (1), sub a to j inclusive, and drawings as required by Specification No. 98-204, Section IV, Paragraph 10C, sub items 1 to 39 inclusive.

| | |
|---|---|
| 5080260 | General Assembly - Three View (Confidential Data) |
| 5077000 | General Assembly - Three View |

### WINGS:

| | |
|---|---|
| 5077011 | Panel Assembly - Wing Center |
| 5077012 | Section & Nacelle Assem.-Wing Center Panel Front |
| 5077013 | Section Assem.-Wing Center Panel Rear |
| 5076991 | Beam Assem.-Wing Center Panel Front |
| 5077290 | Beam Assem.-Wing Center Panel Center |
| 5077187 | Beam Assem.-Wing Center Panel Rear |
| 5077003 | Panel Assem.-Wing Outer |
| 5077004 | Section Assem.-Wing Outer Panel Tip |
| 5077910 | Beam Assem.-Wing Outer Panel Front |
| 5077911 | Beam Assem.-Wing Outer Panel Center |
| 5077912 | Beam Assem.-Wing Outer Panel Rear |
| 2077678 | Fitting-Outer Wing Beam Attaching |
| 5082219 | Rib Assem.-Wing Outer Panel Sta. 35.8 Front to Center Spar (Typical). |
| 5082236 | Rib Assem.-Wing Outer Panel Sta. 35.8 Center to Rear Spar (Typical). |
| 5043508 | Rib-Wing Outer Panel Sta. 17.9 to 89.5 T.E. |
| 5013853 | Rib-Sta. 143.2 Aileron Section Wing |
| 5081575 | Bulkhead-Sta. 17.9 Front to Ctr. Spar |
| 5083264 | Rib Assem.-Sta. 125.3 Aileron Hinge |
| 270944 | Hinge-Outer Wing Aileron |
| 5077007 | Installation-Aileron |
| 5077008 | Aileron Assembly-Covered |
| 5077005 | Installation-Wing Outer Panel Flap |
| 5077016 | Flap Assem.-Wing Outer Panel |
| 5077015 | Installation-Wing Center Panel Flap |
| 5077016 | Flap Assembly-Wing Center Panel |
| 5014009 | Tab Assem.-Aileron |

### FUSELAGE:

| | |
|---|---|
| 5080615 | Inboard Profile |
| 5077035 | Installation-Fuselage Windows |

Case 3:11-cv-00801-JSW Document 67 Filed 01/24/11 Page 15 of 91

DS-266
December 5, 1938
May 15, 1941

## APPENDIX IA (Cont'd)

### ALIGHTING GEAR:

| | |
|---|---|
| 5077047 | Installation - Landing Gear |
| 5077048 | Gear Assembly - Landing |
| 5084390 | Installation - Landing Gear Mech. Latch |

### HYDRAULIC SYSTEM:

5082348   Tank Assem. - 9-Inch Spherical Hyd. Press.

### FLIGHT CONTROLS:

| | |
|---|---|
| 5077059 | Installation - Fuselage Flight Controls |
| 5082185 | Column Assembly - Control |
| 5083058 | Pedal Assembly - Left Rudder |
| 5083059 | Pedal Assembly - Right Rudder |

### EMPENNAGE:

| | |
|---|---|
| 5077019 | Stabilizer Assem. - Horizontal |
| 5077021 | Elevator Assembly - Covered |
| 5077022 | Tab Assembly - Elevator |
| 5077027 | Tab Assembly - Rudder Control |

### ENGINE CONTROLS:

| | |
|---|---|
| 5082779 | Installation - Control Pedestal |
| 5083098 | Pedestal Assembly - Control |

### ARMAMENT:

5080615   Inboard Profile

### BOMBING EQUIPMENT:

5080615   Inboard Profile

### INSTRUMENTS:

| | |
|---|---|
| 1047576 | Valve Assembly - 3/8 Vacuum Control |
| 4046751 | Cover Assembly - Compass |
| 5080604 | Layout - Pilot's Instrument Panel |

### RADIO:

| | |
|---|---|
| 5077117 | Installation - Radio |
| 5077118 | Installation - Radio Table |
| 5081356 | Diagram - Radio Wiring |
| 5083501 | Instal. - Radio Compass Equipment SCR-242B |

Ex.: 9; Pg.: 248

-73-

No. DS-266
December 5, 1938
May 15, 1941

## APPENDIX IA (Contl.)

PHOTOGRAPHIC EQUIPMENT:

5080615    Inboard Profile

ELECTRICAL EQUIPMENT:

5080615    Inboard Profile
5039835    Layout-Landing and Passing Lamps

MISCELLANEOUS EQUIPMENT:

5077095    Installation-Fuselage Fire Extinguisher System
5048312    Layout-Proposed Navigator's Map Case

-74-

No. DS-266
December 5, 1938
May 15, 1941

## APPENDIX IB

The following list of data includes that
required by Bid Circular Proposal No. 36-
528, and Specification 98-204, Section IV
Paragraph 10A. Ref. Paragraph 12, Section
I, Part I, Volume I, of the Designers'
Handbook, sub-paragraphs a to g inclusive.

---

D3-266
December 5, 1938
May 15, 1941

-75-

## APPENDIX IB
### (Continued)

| Report or Atts. No. | Title | Date |
|---|---|---|
| D1-266 | Detail Specification | 12-5-38, revised 5/15/41 |
| I-54 | Finish Specification (includes Process Spec. No. P-12) | 9-16-40 |
| 3181 | Estimated Weight & Balance | 8-26-40 |
| 4231 | Performance Analysis | 12-5-38 |

### STRESS ANALYSIS

| | | |
|---|---|---|
| 2345 | Tail Wheel Analysis | 9-25-39 |
| 4314 | Control System | 7-6-39 |
| 2548 | Fuel Tank Vibration Tests | 10-10-39 |
| 2331 | Miscellaneous Static Tests | 8-17-39 |

Ex.: 9; Pg.: 251

No. DS-266
December 5, 1938

## APPENDIX IC

List of all references to all other
specifications, parts lists, or other
documents or publications which form a
part of this specification.

Unless otherwise specified, all items
are dated February 15, 1937.

---

Ex.: 9; Pg.: 252

No. DS-266
December 5, 1938

The requirements of the following data
which have been incorporated in the Air
Corps Model B-18A airplanes shall also be
complied with in the manufacture and con-
struction of the airplane described in
this Specification No. DS-266.

REPORT NO. 1632
Amendment II to Spec. No. DS-225

Item 11- Full Auto.Oil Temperature Cont.
Item 14- Air Corps Fuel Signal System -
(Units shall be as listed in
Section V, 12 herein.)
Item 25- Command Set Dynamotor Location

REPORT NO. 1643
Miscellaneous Improvements
Amendment XIII to Spec.No. DS-225

Item 4 - Oil Dilution System

Case 3:11-cv-00865-JSW Document 8 of 9 Filed 01/24/11 Page 81 of 91

## APPENDIX II

NOTE: Compliance with all related Air Corps documents
as listed in Section I.1 of this specification is
not mandatory for the first (1st) article manu-
factured under the terms of this specification.
Specific exceptions, not otherwise listed herein,
to the requirements of the documents referred to
above on subsequent articles will be authorized by
the Materiel Division on the basis of detailed
inspection, flight tests, and accelerated ser-
vice tests of the first (1st) article. The fore-
going shall govern in lieu of Paragraph (f) 2 of
Conditions Covering Submission of Bid of Circular
Proposal No. 36-528 dated March 4, 1936.

A. (1) Exceptions to the requirements of Air Corps Type
Specification 98-204 shall be as described under
the applicable sections through this Specification
No. DS-266, as summarized below:

1. Design load for the tail surfaces shall be
in accordance with Section V, 2 A (2) (e)
of this specification in lieu of the re-
quirements of Page 8, Section V, 2 A (4)
of Type Specification 98-204.

2. Celestial observations shall be made through
the upper escape hatch located in the main
cabin in lieu of a fixed or retractable type
observation hatch as required by Type Speci-
fication 98-204, Page 10, Section V, 2 B (2)
(C).

3 Semi-irreversibility of the aileron control
system shall not be incorporated in the air-
plane herein described and trim tabs shall
be installed on the right hand aileron only
in lieu of the requirements of Type Specifi-
cation 98-204, Page 12, Section V, 2 B (2)
Q.

4. The tail wheel shall be retractable as re-
quired by Type Specification 98-204, Page 13,
Section V, 2 B (2) (W).

Case 3:11-cv-00801-JSW Document 6662-3 Filed 01/28/11 Page 32 of 31

DS-266
December 5, 1938
May 15, 1941

## APPENDIX II (Continued)

5. Streamlined wheels shall not be installed on the airplane herein described and the wheels and brakes shall be in accordance with the Equipment Listing, Section V-12 of this Specification No. DS-266, in lieu of the requirements of the Equipment Listing per Type Specification 98-204, Section V-12.

6. Exhaust silencers shall not be installed on the airplane herein described in lieu of the requirements of Type Specification 98-204, Page 16, Section V, 4 G.

7. Material Specification AC 57-136-9, GR-1-SS, shall be used in the construction of the exhaust system.

8. Oil temperature control shall be obtained by a combined manual and automatic control system in lieu of the requirements of Type Specification 98-204, Page 18, Section V, 4 D.

9. A 3% expansion space in the fuel tank shall be provided as required by Page 18, Section V, 4 Q of Type Specification 98-204.

10. The fuel pressure warning signal system shall be as described in Section V, 4 U of this specification.

11. Provisions shall be made for refueling equipment as described in Section V, 4 X of this specification.

12. The airplane herein described shall be equipped to accommodate Model M-2 ,30 caliber machine guns only at the front and rear gunners' positions in lieu of the requirements of Type Specification 98-204, Page 19, Section V, 5 A (1).

13. No provision shall be made for additional guns other than specified in Section V, 5 herein in lieu of the requirements of Type Specification 98-204, Page 20, Section V, 5 A (5).

14. One only emergency bomb door release handle shall be installed in the airplane herein described in lieu of the requirements of Type Specification 98-204, Page 25, Section V, 5 B (18).

No. DS-266
December 5, 1938

### APPENDIX II (Continued)

15. The bomb release controls shall be located on
the left hand side and to the rear of the bomb
sight in lieu of the requirements of Type Speci-
fication 98-204, Page 27, Section V, 5 B (31).

16. Instruments where applicable shall be of the
Air Corps standard type and illumination of
the instruments shall be accomplished as set
forth in Section V 6 B of this specification.

17. The instrument arrangement for the airplane
herein described shall be in accordance with
the requirements of Section V, 6 C of this
Specification in lieu of the requirements of
Type Specification 98-204, Page 28, Section
V, 6 C.

18. The drift meter installation shall be in ac-
cordance with Section V, 6 H of this Specifi-
cation in lieu of the requirements of Type
Specification 98-204, Page 29, Section V, 6 H.

19. The bomber only shall be provided with instru-
ments in accordance with Section V, 6 I of
this Specification in lieu of the requirements
of Type Specification 98-204, Page 29, Section
V, 6 I.

20. The command set dynamotor shall be located not
less than three (3) feet from any antenna lead.
(Reference:  Amendment II, Item 25, Page 86).

21. The radio compass loop location shall be in ac-
cordance with the requirements of Section V, 7
D (5) of this Specification in lieu of the re-
quirements of Type Specification 98-204, Page
31, Section V, 7 D ( 5).

22. Materials, finishes and processes shall be in
accordance with Douglas Finish Specification
F-54 in lieu of the requirements of Type Speci-
fication 98-204, Page 36, Section V, 11.

23. Equipment and furnishings for the airplane
herein described shall be in accordance with
the listings in Section V, 12 of this Speci-
fication in lieu of the requirements of Type
Specification 98-204.

Case3:11-cv-00864-JSW Document467 Filed01/24/11 Page84 of 91

No. DS-266
December 5, 1938
May 15, 1941

APPENDIX II  (Continued)

A.  (2)  Exceptions to the requirements of the Handbook of In-
structions for Airplane Designers shall be as follows.
(Volume I:  Items 1 to 25 inclusive.)

1.  The fuel and oil capacities shall be:  65 gal-
lons oil to 1290 gallons fuel, for the maximum
range condition, equals ratio 20:1 in lieu of
1:11 as required by Revision No. 7, dated April,
1934, of the Designers' Handbook.

2.  The airplane herein described shall not incorpor-
ate provisions for landing with chassis retracted,
except as set forth in Section V 2 A (6) (a) of
this specification.

3.  Dynamic suspension of the engine shall be em-
ployed in the airplane herein described, in lieu
of the requirements of the Designers' Handbook,
Page 306-1.

4.  Warning devices in accordance with Section V,
2 B (2) (x) of this Specification shall be in-
stalled on the airplane herein described, in
lieu of the requirements of the Designers'
Handbook, Page 306d, Paragraph 24.

5.  No provisions shall be made on the airplane
herein described for the installation of wheel-
type skis, in lieu of the requirements of the
Designers' Handbook, Page 316 (a), Paragraph
27.

6.  The seats in the airplane herein described shall
be in accordance with Section V, 10 W of this
Specification, in lieu of the requirements of
the Designers' Handbook, Page 318 (a), Para-
graph 49 (a).

7.  Upholstery leather shall be in accordance with
Federal Specification No. KK-L-291, in lieu of
the requirements of the Designers' Handbook,
Page 323, Paragraph 321-1.

8.  In lieu of the requirements of the Designers'
Handbook, Page 324, Para. 32 (c), the follow-
ing shall govern:  The pilot's windshield and
all other cabin and fuselage windows shall be
constructed of Plexiglas.  The bomber's window
shall be fabricated of material that will ob-
tain satisfactory optical characteristics.

Case MDL No. 875 Document 6662-3 Filed 01/28/11 Page 25 of 31

No. DS-266
December 5, 1938
May 15, 1941

## APPENDIX II  (Continued)

A.  (2)  9.  The total aileron movement shall be in accordance with Section V, 2 A (3) (a) of this Specification as determined for best control in this type airplane, in lieu of the requirements of the Designers' Handbook, Page 324, Paragraph 33 (a).

10.  One aileron trim tab shall be installed on the right hand aileron only, in lieu of the requirements of the Designers' Handbook, Page 324a, Paragraph 33 (f).

11.  The distance from the control wheel in its rearmost position from the back of the pilot shall be 15 1/4 inches with the seat in its rearmost position (reference Section V 10 W herein), in lieu of the requirements of the Designers' Handbook, Page 325, Paragraph 35.

12.  The aileron control system shall be in accordance with Douglas drawing No. 5077059, as listed in Appendix IA of this Specification, in lieu of the requirements of the Designers' Handbook, Page 326, Paragraph 29 (b) (2).  This system is approved for Air Corps Model B-18 airplanes wherein the double aileron control cables from each control wheel are connected to short single cables immediately forward of the master bell crank which is located on the rear spar inside the bomb compartment.  Push-pull rods shall be employed in the aileron control system from the centerline of the airplane to the wing as required due to provisions for the arrangement of the bomb compartment.

13.  All control cables shall comply with Air Corps Specification No. 48-35, in lieu of the requirements of the Designers' Handbook, Page 326a, Paragraph 39 (c).

14.  The faces of the brake pedals and the relationship of the pedal travel and brake operating angles shall be as obtained by the particular design incorporated in the airplane herein described, reference Section V, 2 A (4) of this Specification, in lieu of the requirements of the Designers' Handbook, Page 327, Paragraph 39 (o).  The above installation is identical to that installed on Air Corps Model B-18A airplanes except for omission of the co-pilot's controls.

### APPENDIX II (Contd.)

A. (2) 15. Douglas type ring cowl fasteners shall be used on the airplane herein described, in lieu of the requirements of the Designers' Handbook, Page 328a, Paragraph 44 (a).

16. Dzus fasteners shall be used where applicable on the airplane herein described, in lieu of the requirements of the Designers' Handbook, Page 328c, Paragraph 44 (b).

17. Conduit shall be bonded at each end and at fuselage frames, which in no case exceeds 20 inches, as approved for B-18 and B-18A airplanes, in lieu of the requirements of the Designers' Handbook, Page 333d, Paragraph 51-15 (b).

18. The requirements of the Designers' Handbook, Page 340, Figure 167A, shall not apply for aluminum alloy tube braces, as used on the airplane herein described.

19. The air intake system shall be equipped with one each 1/4 mesh screen, located between the air intake scoop in the carburetor as required on Air Corps Model B-18 airplane, per Change Order No. 2, Serial No. 2076, in lieu of the requirements of the Designers' Handbook, Page 380, Paragraph 26.

20. Sounding rods and electric float level gauges shall not be installed in the oil tanks of the airplane herein described.

21. The nacelle oil tanks shall be located on the rear side of the firewall, as approved on Air Corps Model B-18A airplanes, in lieu of the requirements of the Designers' Handbook, Page 397, Paragraph 28.

22. The engine control installation shall be in accordance with Section V, 4 DD, of this specification, in lieu of the requirements of the Designers' Handbook, Page 399, Paragraph 3.

23. The engine control linkages shall be adjusted for spring-back to give the most desirable operating conditions for this particular design, in lieu of the requirement of the Designers' Handbook, Page 407, Paragraph 13.

Case 1:11-cv-00361-JSW Document 67 Filed 01/24/11 Page 27 of 31

## APPENDIX I. (Contd.)

A. (2) 24. The movement of the center of the ball on the throttle control lever shall be consistent with the particular design employed on the airplane herein described, in lieu of the requirements of the Designers' Handbook, Page 407, Paragraph 15.

25. The airplanes herein described shall be weighed in accordance with the requirements of the 8th Edition of the Designers' Handbook.

Exceptions to the requirements of the Handbook of Instructions for Airplane Designers shall be as follows. (Volume II: Items 26 to 35 inclusive.)

26. The flare control cables shall be conducted through 3/16 O.D. x .035 wall aluminum alloy tubing, in lieu of the requirements of the Designers' Handbook, Page 65, Paragraph 12a.

27. Connections to the instruments shall be made by means of flexible Weatherhead hose, in lieu of the requirements of the Designers' Handbook, Page 91, Paragraph 16.

28. All pressure connections shall be made with Parker type fittings, in lieu of the requirements of the Designers' Handbook, Page 93, Paragraph 29.

29. 3/8 inch x .032 wall thickness aluminum alloy tubing shall be used for the oil pressure gauge lines.

30. 1/4 inch x .032 wall thickness aluminum alloy tubing for manifold pressure lines shall be used in lieu of the requirements of the Designers' Handbook, Page 97, Paragraph 58.

31. The size of the navigation kit for the airplane herein described shall be as noted in Section V, 2 B (2) (b) (2) of this Specification, in lieu of the requirements of the Designers' Handbook, Page 99, Paragraph 76.

Case 3:11-cv-00051-JSW Document 63-7 Filed 01/24/11 Page 28 of 31

No. DS-266
December 5, 1938
May 15, 1941

APPENDIX II (Contd.)

A. (2) 32. The batteries shall be located in the rear upper
portion of the left hand nacelle, in lieu of
the requirements of the Designers' Handbook,
Page 108, Paragraph 12.

33. Douglas type throttle switches for the landing
gear signal system shall be located within the
engine nacelles and same shall not be arranged
so that they can be opened manually, in lieu
of the requirements of the Designers' Handbook,
Page 108.i, Paragraph 27.

34. Provisions for the installation of oil and
liquid heaters shall not be made on the air-
plane herein described, in lieu of the require-
ments of the Designers' Handbook, Page 108.j,
Paragraph 32.

35. Life preserver cushions shall not be provided.

(3) The following is a list of non-standard parts for
which there are no applicable substitutes in the
Air Corps Standard Parts book:

| Drawing No. | Approx.Reqnts. per Ship | Title |
|---|---|---|
| 126026 | 37 | Nut Plate |
| 1012407 | 20 | Strip-Stop Nut |
| S103-D8-32 | 20 | Single Tab Stop Nut |
| 1018665 | 24 | Strip-Stop Nut |
| 1018666 | 20 | Strip-Stop Nut |
| 1030172 | 24 | Strip-Stop Nut |
| 127057 | 25 | Clip-Loop Type Tube |
| NAF34682 | 18 | Hose (Flotation Lines) |
| 126480 | 100 | Clip-Loop Type Tube |
| Misc. | 75 | Parker Fittings |
| 1031441 | 1 | Elbow-Eng. Nacelle Firewall |
| 1029219 | 12 | Elbow-Vacuum Pump Outlet (Typical) |
| 233038 | 20 | Clamp-Boss |
| 2001587 | 50 | Clamp-Tube |
| 2007768 | 4 | Nipple-Oil Return Line |
| 1026425 | 600 | Rivet-100 Degree C'Sunk Head |

Ex.: 9; Pg.: 261

-86-

No; DS-266
December 5, 1938

APPENDIX II (Contd.)

A. (3)

| Drawing No. | Approx. Reqmts. per Ship | Title |
|---|---|---|
| 1011348 | 1500 | Washer-Normalized |
| 47B3270 | 1200 | Rivnut (Goodrich) |
| #632 | 800 | Rivnut (Goodrich) |
| XM6 | 1700 | Rivnut (Goodrich) |
| 173605 | 20 | Terminal-Shock Cord (Typical) |
| 1001149 | 2 | Terminal-Special Battery |
| 133318 | 80 | Clevis-1/16 Cable |
| 121129 | 120 | Clevis-3/32 Cable |
| 148596 | 20 | Terminal-3/32 Cable |
| 5018957 | 20 | Ends-Swaged Type Cable |
| 118669 | 40 | Clevis-1/8 Cable |
| 1028931 | 10 | Fitting-Swaged Type 3/32 Cable Short Turnbuckle |
| 1028472 | 12 | Turnbuckle Assem.-Wing Flap Oper. |
| 124604 | 40 | Pin-Special Threaded Taper |
| 224605 | 12 | Pin-Taper |
| 1018662 | 120 | Pulley-Control |
| 1022723 | 10 | Pulley-1 5/8 O.D. x 7/8 I.D. x 3/16 R x 9/16 Wide |
| 1019438 | 6 | Pulley Assem.-Bomb Hoist |
| 1025245 | 4 | Pulley-Camera Lifting Cord |
| 1024080 | 5 | Pulley Assem.-Bomb Hoist |
| 1023290 | 2 | Pulley-300# Bomb Idler Bracket |
| 1027691 | 4 | Pulley-Bomb Door Bungee |
| 1001422 | 2 | Pulley-Wing Flap Return Cable Sta. 367 |
| AN210-5A | 2 | Pulley (5" dia.) |
| P-46604 | 60 | Tip-Hydraulic (Zerk) |
| Misc. | 200 | Bearings-FAFNIR |
| Misc. | 5 | Bearings-Torrington Needle |
| Misc. | 100 | Bushings-Amplex Oilite |
| B5013-3 | 8 | Bushings-Lord Shock Absorber (Eng. Mount) |
| 132100 | 4500 | Bolt-Special (Drilled Head) |
| 111904 | 50 | Bolt-Shear or Bearing |
| 144105 | 40 | Bolt-Special Drilled Head Short Thread |
| 145936 | 50 | Bolt- Drilled Head Full Thread |
| 172523 | 1500 | Bolt-Clevis #10-32 (Use with Stop Nut) |
| 172524 | 30 | Bolt-Clevis 1/4-28 |
| 172525 | 30 | Bolt-Clevis-5/16-24 |

Ex.: 9; Pg.: 262

Case3:11-cv-00875-JSW  Document6662-2  Filed01/22/11  Page30 of 31

No. DS-266
December 5, 1938

## APPENDIX II (Continued)

A. (3)

| Drawing No. | Approx. Reqmts. per Ship | Title |
|---|---|---|
| 1000402 | 60 | Bolt-Outer Wing Spar Attach. Special |
| 1022114 | 550 | Bolt-Clevis #10-32 Short |
| 136431 | 300 | Screw-#10-32 Relief |
| 18N7049 | 30 | Screw-Round Head Machine |
| 18N7091 | 40 | Screw-Oval Head Dural Machine |
| 124630 | 4300 | Screw-Binder Head |
| 130417 | 250 | Screw-Special Connector Panel |
| 1026251 | 100 | Screw-Bomb Door Hinge |
| — | Reqd. | Special reduced head rivets where flush type not used. |
| — | Reqd. | Bearing, Schultz Mfg. Co. 15624 |

(4) The construction of the Air Corps Model B-23 airplane herein described shall be identical to the Model B-18A airplanes in accordance with the terms of Contract W535, AC-9977, except for the changes as set forth in this Specification No. DS-266.

(5) Flush riveting may be employed over that portion of the airplane considered critical. Special type reduced head rivets shall be used elsewhere on exterior surfaces.

(6) The distance between the two (2) upper 1100 pound bombs when maximum bomb load is carried shall be three and one half (3½) inches. Clearance between the bomb doors and the bomb fins when in their normal position shall be not less than one (1) inch.

(7) Spotwelding may be used for attachment of sheets to stringers.

(8) In the design and construction of the first (1st) Air Corps Model B-23 airplane the contractor shall proceed on his own responsibility in the same manner that he would in the event that the airplane was being constructed for demonstration purposes. The Air Corps will waive detail inspection of the first (1st) airplane during construction and this airplane will be accepted on the basis of final inspection.

Ex.: 9; Pg.: 263

No. ES-266
December 5, 1938

-88-

## APPENDIX II (Continued)

A. (9) The contractor shall be furnished complete data,
approved by the Materiel Division, covering in de-
tail the heat rejection requirements and detailed
design characteristics required for the particular
design of engine installation. In addition, the
contractor shall be notified in detail of any
changes in the engines during the life of the con-
tract and credit on the airplane's performance
guarantees shall be granted in the event that such
changes adversely affect the said guarantees.