Exhibit G, Part 21 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6663 Filed 01/28/11 Page 1 of 15
Case 3:11-cv-00067-JSW Document 67-2 Filed 01/24/11 Page 1 of 46

3/98 *primary Complte*

—— RESTRICTED ——

FOR OFFICIAL USE ONLY

AN 03-25C-10

# HANDBOOK OF INSTRUCTIONS
## WITH PARTS CATALOG

### FOR

# BENDIX BRAKES

## (LATER TYPES)

Published under joint authority of the Commanding General, Army Air
Forces, the Chief of the Bureau of Aeronautics, and the Air Council of
the United Kingdom.

NOTICE: This document contains information affecting the national defense
of the United States within the meaning of the Espionage Act, 50 U. S. C.,
31 and 32, as amended. Its transmission or the revelation of its con-
tents in any manner to an unauthorized person is prohibited by law.

—— RESTRICTED ——

WF-3-28-45-21,200

30 JULY 1944
REVISED 20 APRIL 1945

Ex.: 11; Pg.: 266

**RESTRICTED**
**AN 03-25C-10**

# POLICY GOVERNING DISTRIBUTION AND USE OF THIS PUBLICATION

**Instructions Applicable to U. S. Army Personnel:**

1. This publication is intended for technical aid and education of military and civilian personnel engaged in promoting the war effort. Its maximum distribution and use is therefore encouraged. However, since the publication is "restricted" within the meaning of AR 380-5, the following security regulations will be observed:

a. *Members of Armed Forces and civilian employees of War Department* will be given access to this publication whenever required to assist in the performance of their official duties (including expansion of their knowledge of AAF equipment, procedures, etc.).

b. *Personnel of War Department contractors and subcontractors* may be given possession of this publication, on a loan basis, or knowledge of its contents, only when required to assist in the performance of War Department contracts. Releases will be made in accordance with the requirements of T. O. No. 00-5-2.

c. *Representatives of other governments* will be given possession of this publication, or knowledge of its contents, only in accordance with AAF Letter No. 45-6.

2. This publication is restricted because the information contained in it is restricted. It does not follow that the physical article to which it relates is also restricted. Classification of the materiel or component must be ascertained independently of the classification of this document.

3. Neither this publication nor information contained herein will be communicated to press or public except through Public Relations channels.

**Instructions Applicable to Navy Personnel:**

Navy Regulations, Article 76, contains the following statements relating to the handling of restricted matter:

"Par. (9) *(a).* Restricted matter may be disclosed to persons of the Military or Naval Establishments in accordance with special instructions issued by the originator or other competent authority, or in the absence of special instructions, as determined by the local administrative head charged with custody of the subject matter."

"*(b)* Restricted matter may be disclosed to persons of discretion in the Government service when it appears to be in the public interest."

"*(c)* Restricted matter may be disclosed, under special circumstances, to persons not in the Government service when it appears to be in the public interest."

The Bureau of Aeronautics Aviation Circular Letter No. 90-44 contains the following paragraph relative to the use of aeronautical technical publications:

"Par. 8. *Distribution to All Interested Personnel.* In connection with the distribution of aeronautical publications within any activity, it should be borne in mind by the offices responsible for such distribution that technical publications, whether confidential or restricted, are issued for use not only by officer personnel, but also by responsible civilian and enlisted personnel working with or servicing equipment to which the information applies."

**Instructions Applicable to British Personnel:**

FOR OFFICIAL USE ONLY.—Not to be published nor communicated, either directly or indirectly, to the press. Subject to the restrictions currently applicable to official Air Publications.

---LIST OF REVISED PAGES ISSUED---

*NOTE:* A heavy black vertical line, to the left of the text on revised pages, indicates the extent of the revision. This line is omitted where more than 50 percent of the page is revised.

| Page No. | Latest Revision Date |
|---|---|
| i | 20 April 1945 |
| 20 | 20 April 1945 |
| 21 | 20 April 1945 |
| 24 | 20 April 1945 |
| 29 | 15 January 1945 |

**ADDITIONAL COPIES OF THIS PUBLICATION MAY BE OBTAINED AS FOLLOWS:**

AAF ACTIVITIES.—In accordance with T. O. No. 00-5-2, base Air Inspectors, Technical will submit requisitions (AAF Form 104B) to:

Commanding General
Fairfield Air Technical Service Command
Patterson Field
Fairfield, Ohio
Attn: Publications Distribution Branch

NAVY ACTIVITIES.—Submit requests to Chief, BuAer, Navy Department, Washington, D. C., Attention: Publications Branch on order form NAVAER-140. For complete listing of available material and details of distribution see Naval Aeronautic Publications Index, NavAer 00-500.

BRITISH ACTIVITIES.—Submit requirements on Form 294A, in duplicate, to the Air Publications and Forms Store, New College, Leadhall Lane, Harrogate, Yorkshire, England.

**A**

**RESTRICTED**

Revised 20 April 1945

Ex.: 11, Pg.: 267

# TABLE OF CONTENTS

| Section | | Page |
|---|---|---|
| I | Introduction | 1 |
| II | Description | 1 |
| | 1. General Description | 1 |
| | 2. Detailed Description | 1 |
| III | Installation | 4 |
| | 1. General | 4 |
| | 2. Right- and Left-Hand Designations | 4 |
| | 3. Brake Spacing | 5 |
| | 4. Installation of New Brake | 5 |
| IV | Operation | 6 |
| | 1. Principles of Operation | 6 |
| | 2. Operation Instructions | 6 |
| V | Service Inspection, Maintenance, and Lubrication | 8 |
| | 1. Service Tools Required | 8 |
| | 2. Service Inspection | 8 |
| | 3. Maintenance | 12 |
| | 4. Lubrication | 17 |
| | 5. Service Troubles and Remedies | 17 |
| VI | Disassembly, Inspection, Repair, and Reassembly | 18 |
| | 1. Overhaul Tools Required | 18 |
| | 2. Disassembly | 18 |
| | 3. Cleaning, Inspection, Testing, and Repair | 19 |
| | 4. Reassembly | 21 |
| VII | Test Procedure | 24 |
| | 1. General | 24 |
| | 2. High-Pressure Test | 24 |
| | 3. Low-Pressure Test | 24 |
| | 4. Applicable Hydraulic Fluids | 24 |
| VIII | Parts Catalog—Introduction | 25 |
| IX | Group Assembly Parts Lists | 26 |
| X | Numerical Parts List | 39 |

Ex.: 11; Pg.: 268

Case MDL No. 875 Document 6663 Filed 01/28/11 Page 4 of 15
Case 3:11-cv-00061-JSW Document 67-2 Filed 01/24/11 Page 4 of 46



*Figure 1—Hydraulically Operated Single Servo Brake (10- x 1½-inch)*

Ex.: 11; Pg.: 269



**Figure 2—Hydraulically Operated Duo Servo Brake (14- x 3-inch)**

Ex.: 11; Pg.: 270

Section I

RESTRICTED
AN 03-25C-10



**Figure 3—Hydraulically Operated Duo Servo Brake (14- x 4-inch)**

RESTRICTED

Ex.: 11; Pg.: 271

RESTRICTED
AN 03-25C-10

Sections I-II

# SECTION I

## INTRODUCTION

1. This Handbook of Instructions with Parts Catalog is issued as the basic Technical Order for the Bendix Hydraulically Operated Single Servo and Duo Servo Shoe-type Airplane Brakes. The equipment is manufactured by the Bendix Products Division, Bendix Aviation Corporation, South Bend, Indiana.

2. The Handbook contains the Operation and Service Instructions, and Overhaul Instructions for the equipment involved.

3. The following list gives the brake model number, the size of the brake, and the type airplanes on which the respective brake is fitted:

| Brake Model | Size, Inches | Airplane |
|---|---|---|
| 57498 | 13x2½ | A-24 |
| 55941 | 13x2½ | AT-7 |
| 55941MS or AS | 13x2½ | AT-7 |
| 57270 | 11x2½ | AT-10 |
| 55941 | 13x2½ | AT-11 |
| 55941MS or AS | 13x2½ | AT-11 |
| 57584 | 14x3 | C-47 |
| 57584 | 14x3 | C-53 |
| 51582-3 | 10x1½ | PT-27 |
| 55941MS or AS | 13x2½ | UC-45 |
| 55941 | 13x2½ | UC-45 |
| 57495 | 14x4 | P-47 |
| 57495MS or AS | 14x4 | P-47 |
| 55941 | 13x2½ | P-48 |
| 51582-3 | 10x1½ | PT-13, 13A, 13B |
| 57863-4 | 10x1½ | PT-13D |
| 51582-3 | 10x1½ | PT-17 |
| 51582-3 | 10x1½ | PT-18 |

# SECTION II

## DESCRIPTION

### 1. GENERAL DESCRIPTION.

The Bendix hydraulically operated airplane brakes may be classified broadly into two types; namely, Single Servo and Duo Servo. The brakes obtain their motive power from the airplane's main hydraulic system, or from a master cylinder, and are remotely controlled and actuated by the pilot by means of toe-operated pedals suspended from the airplane rudder stirrups. Cables, or push-pull rods, connect the brake pedals to the brake control valve, or master cylinder. On some airplanes a parking brake is fitted to hold the brakes in the locked position. While the principle of operation of each type brake remains essentially the same, Single Servo type brakes can be used only to arrest the airplane's forward motion, while the Duo Servo type may be used to arrest the motion of the airplane either in a forward or a backward direction. The brakes are suitable for cold-weather operation.

### 2. DETAILED DESCRIPTION.

*(See figure 1.)*

*a.* SINGLE SERVO TYPE.—In this type brake, the torque spider is the basic unit of the brake. The spider is designed to incorporate a hydraulic cylinder which contains the brake piston assembly. When actuated by controlled hydraulic pressure, the piston moves outward, forcing the primary shoe into contact with the brake drum. The secondary shoe is self-energizing and tends to increase its braking power due to the rotation of the airplane wheel. Essentially, this type brake consists of the following parts: (See figure 4.)

(1) TORQUE SPIDER.—The torque spider (O) is the main structural part of the brake and is designed with the hydraulic cylinder at the top of the assembly. A thin steel sleeve (S) is fitted in this cylinder. Two

threaded connection bosses are provided on the outside of the cylinder, one for the entry of brake fluid, and the other to permit bleeding of entrapped air from the hydraulic system and hydraulic actuating cylinder. The spider is rigidly mounted on the axle torque flange by means of bolts installed through the holes (R).

(2) PISTON AND CUP.—A brake piston and cup assembly (P) are installed in the hydraulic cylinder.

(3) BRAKE SHOES.—The two brake shoe and lining assemblies, the primary shoe (C) and secondary shoe (E), are nonrigidly supported about the torque spider. The operating end of the primary shoe is designed with the link (B) which fits into a recess in the outer end of the brake piston. The toe of the secondary shoe is designed with a rounded semicircular groove which bears on the anchor pin (G) installed in the torque spider adjacent to the closed end of the hydraulic cylinder.

(4) STAR-WHEEL LOWER ADJUSTING SCREW.—The star-wheel adjusting screw (D) has a right-hand thread on one side, and a left-hand thread on the other. This screw attaches the lower ends of the shoes together by screwing into pivot nuts fitted into a hole in the end of each shoe. Thus, operation of this adjusting screw increases or decreases the distance between the shoe-ends.

(5) ECCENTRIC ADJUSTMENT.—The eccentric adjustment (F) is rigidly mounted in the torque spider. For adjustment purposes, one end of the eccentric shaft projects through the dust cover plate and is secured by a lock nut.

(6) SPRINGS.—The secondary shoe spring (H) is attached to the torque spider and to the secondary shoe, as shown in the accompanying illustration. The

RESTRICTED

Ex.: 11; Pg.: 272

1

Case MDL No. 875 Document 6663 Filed 01/28/11 Page 8 of 15
Case 3:11-cv-00061-JSW Document 67-2 Filed 01/24/11 Page 8 of 46



**Figure 4—Hydraulic Single Servo Brake**

Ex.: 11; Pg.: 273

Case MDL No. 875 Document 6663 Filed 01/28/11 Page 9 of 15
Case 3:11-cv-00067-JSW Document 67-2 Filed 01/24/11 Page 9 of 46



*Figure 5—Hydraulic Duo Servo Brake*

primary-to-secondary shoe spring (T) is attached to both shoes, as shown.

(7) SHOE HOLD-DOWN SPRING AND PIN ASSEMBLIES.—Two shoe hold-down spring and pin assemblies (M) and (N) provide rests for the primary and secondary shoes and serve to guide the shoes.

(8) DUST COVER PLATE.—A stamped metal dust cover plate is bolted between the torque spider and the axle torque flange by means of the same bolts which are used to secure the spider to the axle torque flange. Suitable openings are provided in this cover for checking shoe adjustments and for allowing entry of the hydraulic lines to the brake cylinder.

*b.* DUO SERVO TYPE. *(See figures 2 and 3.)*—Figures 2 and 3 show the latest Duo Servo brakes. As in the case of the Single Servo brake, the torque spider is the central structural unit. It will be noted from figure 5 that the Duo Servo brake incorporates a torque spider having a hydraulic cylinder which is open at both ends so as to provide for the use of two piston assemblies, thus obtaining direct actuating force on each of the brake shoes. This arrangement provides controlled servo action of the brake for either direction of wheel rotation. It is from this feature that the name Duo Servo is derived. In general, the main advantages to accrue from the use of the Duo Servo brake over the Single Servo type are as follows: Less critical operation resulting from improper clearances, eccentricity of the

Case MDL No. 875 Document 6663 Filed 01/28/11 Page 10 of 15
Case 3:11-cv-00067-JSW Document 67-2 Filed 01/24/11 Page 10 of 46

drums, etc.; more uniform braking torque; better maintenance of brake adjustment; equal braking effort for both forward and backward wheel rotation, thus removing the possibility of damage to the brake caused by reverse torque, which might be occasioned by accidental engagement of the brakes during backward wheel rotation. The essential parts of the Duo Servo type brake are as follows: (See figure 5.)

(1) TORQUE SPIDER.—The torque spider (O) is the main structural unit of the assembly and has a hydraulic cylinder which is open at both ends. Two holes in the cylinder wall lead to threaded attaching bosses, one for the hydraulic lines, and the other to permit bleeding of the lines and actuating cylinder. A series of holes (R) permits the bolting of the torque spider to the axle torque flange.

(2) BRAKE SHOE AND LINING ASSEMBLIES. —The two brake shoe and lining assemblies (C and E), are identical on the Duo Servo type brake. There is no designation of shoes as primary or secondary, except in reference to their function during operation of the brake. The two shoe assemblies are nonrigidly supported about the torque spider so as to permit a full-floating shoe ring.

(3) BRAKE PISTON ASSEMBLIES.—Two piston cup assemblies (P and Q) are installed in the hydraulic cylinder. The outer ends of each piston are undercut to a rounded cross section to accommodate the bearing pin on the anchor caps.

(4) ANCHOR CAPS.—Two anchor caps (G and V) are provided, one for each piston. One end of the cap forms a rounded pin which fits into the recess in the brake piston. The other end of the anchor cap is designed with a tapered flange (or key) which fits into a groove machined in the end face of each shoe assembly.

(5) STAR-WHEEL LOWER ADJUSTING SCREW.—The star-wheel lower adjusting screw (D) is identical in design and function to that used on the Single Servo brake.

(6) MAJOR ADJUSTING SCREWS.—Each shoe is provided with a knurled adjusting screw (J) installed near the upper (or toe) end of each shoe. Each screw fits into a threaded boss provided on the shoe so that the head of the screw bears against the inclined flat on the spider, as shown in the accompanying illustration. (See figure 5.)

(7) SPRINGS.—Two shoe hold-down springs (W) and one large shoe return spring (T) are installed on the brake.

(8) DUST COVER PLATE.—A stamped metal dust cover plate (U), similar to that used on the Single Servo type brake, is bolted between the axle torque flange and the torque spider. The cover is provided with inspection holes for checking and setting the brake adjustment, and also with relief holes for the fluid line bosses on the brake cylinder.

# SECTION III

# INSTALLATION

## 1. GENERAL.

In general, the installation of the brakes includes attachment of the brake torque spider to the axle torque flange by means of bolts and nuts, followed by the procedure of hooking up the brakes to the brake control valve, or brake master cylinder. The torque flange may be a fixed member on the axle, or, as is the case in some installations, the torque flange may be removable from the axle and held in place by splines or bolts. The attachment of certain brakes, more particularly those brakes which are used on low-pressure wheels, may be an exacting procedure dependent upon correct spacing, while the mounting of other assemblies, such as those used on streamlined, smooth-contour, and high-pressure wheels will be a relatively simple matter. In all cases, however, the brakes are designed for installation on a particular airplane and must be installed in accordance with the details prescribed for the landing gear units of the airplane concerned.

#### CAUTION

Installation of a brake will be carried out correctly and easily if the instructions outlined in the airplane's Handbook of Erection and Maintenance are closely followed. In all cases,

the brakes will be installed with a minimum of six attaching bolts unless specified otherwise by the airframe manufacturer.

#### CAUTION

When installing both Single Servo and Duo Servo type brakes, it is of utmost importance that the hydraulic actuating cylinder be located at the top of the brake and as near as possible to the vertical center line of the landing gear axle.

## 2. RIGHT- AND LEFT-HAND DESIGNATION.
*(See figure 6.)*

*a.* With the Single Servo type brake, it is imperative that the brake be installed in accordance with its designation as either a right- or left-hand unit. A landing gear is designated as either right- or left-handed when viewed from the rear of the airplane, *i.e.,* in the direction of flight.

#### WARNING

Installation of a right-hand Single Servo brake on a left-hand axle (or vice versa) may result in serious damage to the brake assembly, and possibly in loss of life, because sufficient braking power is not obtainable.

Ex.: 11; Pg.: 275

Case MDL No. 875 Document 6663 Filed 01/28/11 Page 11 of 15
Case 1:11-cv-00067-JSW Document 67-2 Filed 01/24/11 Page 11 of 46



**FRONT**

L.H. — R.H.     L.H. — R.H.

**FRONT VIEW**

BRAKES ARE STAMPED "RIGHT HAND" AND "LEFT HAND". WHEN MOUNTING ON
WHEELS HAVING DUAL BRAKES PLACE THE BRAKES AS SHOWN ABOVE.

*Figure 6—Airplane View—Showing Brake Designation*

*b.* As an aid in installation, Single Servo type brakes are stamped with the letter "R" or "L" to designate a right- or left-hand unit.

*c.* In the case of dual-brake wheels, right- and left-hand designation of brakes will be in accordance with their relative position in the wheel and brake installation, as shown in figure 6.

*d.* In any case, when the brake is correctly installed, the primary shoe will be in such a position that application of the brake will tend to move the primary shoe in the same direction of rotation as that followed by the wheel during forward motion of the airplane.

*e.* Such precaution need not be taken with the Duo Servo type brakes, as (in accordance with the design) there is no right- or left-hand designation; any brake of this type may perform equally well as a right- or left-hand unit.

**3. BRAKE SPACING.**

As pointed out previously, the alinement or spacing of the brakes with respect to wheels of the high-pressure, smooth-contour, streamlined, and extra-high-pressure types is a relatively simple procedure. On the other hand, brake spacing on the low-pressure type wheels requires special care, as the relative position of the torque flange and the wheel is not a fixed position, and interference between the brake and the wheel may occur if spacing is not correctly carried out.

*a.* SINGLE-BRAKE WHEELS.—With all brakes, regardless of the type used in the single-brake wheels,

installation is a simple matter and presents no problem of brake spacing, as the bolting of the torque spider to the axle torque flange locates the brake correctly.

*b.* DUAL-BRAKE WHEELS.

(1) All low-pressure wheels, and several of the larger size smooth-contour wheels, are of the dual-brake type.

(2) Brake installation on the dual-brake, smooth-contour wheels does not require that a special procedure be followed to obtain correct spacing of the brake. On this type of installation, the axle torque flange is either a permanent member of the axle, or is fitted on the axle and positioned by means of splines or keys, so that when the axle nuts are tightened to the extent necessary to provide correct wheel-bearing tightness, the brake will be correctly spaced relative to the wheel and brake drum assembly.

*c.* LOW-PRESSURE WHEELS.—The spacing of brakes installed on low-pressure type wheels is an exacting procedure, and care must be taken to see that the brakes are correctly spaced so that no interference occurs between the brake and the wheel.

**4. INSTALLATION OF NEW BRAKE.**

*a.* With the airplane correctly jacked up in accordance with instructions outlined in the airplane's Handbook of Erection and Maintenance, replace the brake and wheel assemblies on the landing gear axle as follows:

Sections III-IV

**RESTRICTED**
**AN 03-25C-10**



*Figure 7—Method of Centering Brake Assembly on Brake Torque Collar*

**Note**

While the installation procedure will vary in detail with the particular airplane installation, the following procedure, generally speaking, is correct.

*b.* Place the dust cover plate against the axle torque flange, and slip the brake attaching bolts through the brake torque flange and the dust cover plate. Using the method shown in figure 7, mount the brake assembly on the attaching bolts, and secure in place with washers and self-locking nuts, or castellated nuts and cotter pins.

**CAUTION**

When mounting the Single Servo type brake on the airplane, it is essential to ascertain first whether the brake is designated as a right- or left-hand brake assembly, as outlined in paragraph 2, preceding. Duo Servo brakes are interchangeable and may be used either right-handed or left-handed.

*c.* Attach the hydraulic line connection to the threaded boss in the top of the torque spider assembly; tighten the fitting with the required torque for that particular size adapter and B-nut.

**CAUTION**

After installation, it is essential that the brakes be bled BEFORE operation. For correct bleeding procedure, see section V, paragraph 3. *f.*

*d.* With the wheel in a wheel cradle, slide onto the landing gear axle, and attach with the wheel nut and wheel-nut cotter pin, exercising care not to damage the brake linings or shoes.

*e.* Using the hand, spin the wheel to see that there is no binding or interference between the brake assembly, drum, drum bolts, or between the wheel and dust cover plate.

# SECTION IV

# OPERATION

**1. PRINCIPLES OF OPERATION.**

Both Single Servo and Duo Servo type brakes follow the same principles of operation, *i.e.,* the conversion of mechanical energy to heat by means of high-friction type brake linings. The primary difference between

the two brakes is that there is no servo action in reverse on the Single Servo brakes. Both types are self-energizing in that they are designed to utilize the servo principle in building up brake force, by virtue of the forward motion of the wheel which aids the operation

**RESTRICTED**

Ex.: 11; Pg.: 277

in applying the brakes. When the brake is operating, the brake force on the secondary shoe is caused largely by the friction force between the primary shoe and the brake drum. Thus, the primary shoe exerts a servo action on the secondary shoe, and the rotation of the wheel is used to apply the brake. The servo and self-energizing action, coupled with the pressure present in the airplane's hydraulic system (or from a master cylinder), accounts for the great braking power with relatively little force being exerted on the brake pedal. Control of the airplane while taxiing is obtained by applying braking force to the wheel in which the direction of turn is to be made.

## 2. OPERATION INSTRUCTIONS.

*a.* SINGLE SERVO TYPE BRAKES. (*See figure 4.*)

(1) APPLICATION OF BRAKES.—Application of the Single Servo type brake is carried out as follows:

(*a*) Depression of the brake operating pedal results in the development of fluid pressure in the brake control valve, or in the brake master cylinder. The fluid, under pressure, is transmitted to the brake cylinder (A) through the hydraulic lines.

(*b*) The hydraulic fluid, under pressure, is admitted to the cylinder (A) behind the brake operating piston.

(*c*) The brake piston (P) is forced outward, and the moving force is transmitted to the primary shoe by the connecting link (B). The primary shoe (C) is thus forced into contact against the brake drum.

(*d*) The friction force is developed on the primary shoe and is transmitted to the secondary shoe through the star-wheel adjusting screw (D).

(*e*) The secondary shoe (E) is forced into contact with the brake drum by the self-energizing and servo action of the primary shoe.

(*f*) Braking force generated on the secondary shoe is transmitted to the torque spider through the anchor pin (G). The anchor pin (G) prevents circumferential travel of the secondary shoe, but permits the secondary shoe to pivot, thus obtaining full braking effort.

(*g*) Brake force transmitted to the torque spider is absorbed by the axle torque flange, which is securely attached to the axle to prevent this member from rotating.

(2) RELEASE OF BRAKES.

(*a*) Release of the Single Servo type brake is automatic after the pilot has removed his foot from the brake pedal, and the hydraulic pressure in the brake control valve or in the master cylinder diminishes.

(*b*) The two shoes are then returned to the "OFF" position by the springs (T) and (H) and are held in this position by these springs when the brake is inoperative.

*b.* DUO SERVO TYPE BRAKES. (*See figure 5.*)

(1) APPLICATION OF BRAKES.

(*a*) Application of the brake occurs when the hydraulic fluid is subjected to pressure developed by the master cylinder, or brake control valve attached to the brake operating pedal, and the fluid under pressure is directed to the brake actuating cylinder.

(*b*) The fluid under pressure is admitted between the pistons (P) and (Q), thus forcing them to move outward.

(*c*) The outward force is transmitted to the shoes through the brake anchor caps (G) and (V). The anchor caps are not fixed rigidly to either the brake piston or the adjacent shoe, but are held in place by bearing pressure between the shoe and the piston.

(*d*) Outward motion of the pistons and anchor caps forces both shoes into simultaneous contact with the brake drum. When the wheel and drum rotation is as shown by the arrow in figure 5, the shoe (C) will act as the primary shoe.

(*e*) The friction force in the direction of wheel rotation, which is built up on shoe (C) is transmitted to the shoe (E) by the star-wheel adjusting screw which joins the two shoes together.

(*f*) The servo action of the primary shoe (C) on the shoe (E) is built up rapidly; and the shoe (E), acting as the secondary shoe, tends to move in the direction of wheel rotation as a result of the friction force developed on this shoe in that direction.

(*g*) The circumferential movement of the shoe (E) forces the piston (Q) back into the cylinder until further circumferential travel of the shoe is stopped by the anchor cap (V) coming into contact with the edges of the hydraulic cylinder. As the development of the self-energizing and servo action occurs very rapidly after the brake is applied, the above operation takes place almost immediately after brake application; hence, in effect, only the piston (P) acting on the shoe (C) causes actuation of the brake.

(*h*) As the Duo Servo shoe ring is of the full-floating type nonrigidly attached to the torque spider at any point, the shoes are allowed sufficient vertical movement on the anchor caps to obtain full servo action without building up excessive brake force on the heel of the secondary shoe.

(2) RELEASE OF BRAKES.

(*a*) Release of the brake occurs when the fluid pressure acting on the piston is released by the pilot when he releases the brake pedals.

(*b*) The brake is immediately returned to the "OFF" position by the shoe return spring (T), and the brake is held in this position by this spring and the two shoe hold-down springs (W).

Ex.: 11; Pg.: 278

# SECTION V

## SERVICE INSPECTION, MAINTENANCE, AND LUBRICATION

### 1. SERVICE TOOLS REQUIRED.

No special tools are required to perform the service inspection and maintenance procedure outlined in this section, other than the two fixtures illustrated in figures 8 and 9. All other tools needed are normally available at a repair depot.

### 2. SERVICE INSPECTION.

*a.* DAILY INSPECTION.

(1) Carefully inspect the hydraulic inlet connection and fluid lines for evidence of leakage. Check B-nuts for tightness.

(2) Inspect the dust cover plate for cracks, dents, and distortion, and also for interference with the wheel or brake drum.

(3) Check the inspection hole covers and adjusting screw adjustment hole plates for security of attachment.

(4) Check the braking power of the brakes during a full-power engine run-up. While undergoing the engine full-power check, the brakes will not be considered serviceable if any creep is noticeable, *i. e.,* the brakes must be fully capable of holding the airplane *without chocks* against the thrust of either engine.

(5) Inspect the torque flange mounting bolts for security of attachment. If any evidence of loose bolts is indicated, tighten nuts with a torque wrench, applying the standard torque for that particular size bolt.

(6) Apply the brakes and check for evidence of any sponginess. If sponginess is evidenced, the brakes must be bled in accordance with instructions outlined in paragraph 3. *f.*, this section.

*b.* 25-HOUR INSPECTION.—The inspection performed at the inspection period shall include all steps performed during the daily inspection, in addition to the following:

(1) Wheel dust covers should be removed, and a thorough visual inspection carried out. Particular attention must be paid in inspection for evidence of leakage of hydraulic fluid. Evidence of hydraulic fluid leakage onto the brake linings will necessitate removing the wheel and cleaning the brake linings.

(2) Inspect the brake pedals and linkage for freedom of operation and proper condition. Brake pedals should be adjusted so that with either pedal fully depressed and with either full-left or full-right rudder the brake pedals will be unhindered in operation. Brake pedals should be adjusted so as to allow some small movement toward the "ON" (or braking) position before the brakes actually take hold, so as to avoid

any accidental application of the brakes by the pilot.

(3) Inspect the hook-up of the pedal linkage, or cables, for general condition and for security of attachment to the brake master cylinder. Check all clevis pins, cotter pins, lock nuts, safety wires, or turn buckles, if applicable.

*c.* 100-HOUR INSPECTION.

(1) Jack up the airplane in accordance with the instructions outlined in the airplane's Handbook of Erection and Maintenance, and remove the wheels.

#### Note

The brakes need not be removed from the airplane, nor is it necessary to disconnect hydraulic lines or disassemble mechanical control mechanisms from the brakes, except when the following inspections specify that the brakes will be removed.

(2) Carefully check the general condition of the finish on all brake parts, and examine for any evidence of corrosion. Corrosion of the brake parts takes place very rapidly under certain climatic conditions unless the surfaces are well protected, and it is necessary, therefore, that the finish be kept in good condition.

(3) Repaint any parts that show deterioration of the finish.

(4) Carefully clean any corroded area, and examine to determine the extent of corrosion. Any condition other than surface corrosion will be considered serious and will be cause for replacing the corroded part.

(5) Examine the area around the hydraulic cylinder for evidence of leakage of hydraulic fluid. Excessive leakage will be considered cause for removing and disassembling the brake assembly to determine the cause of the leakage.

(6) Inspect the condition of the brake linings. Small amounts of oil or grease on the linings will be removed with an approved solvent.

#### CAUTION

Any brake found having more than a small amount of oil on the linings will require relining of the shoes. Such brake shoes will be removed and new linings attached to the shoes, following the procedure outlined in paragraph 3. *a.* (2) (*c*) *1.* section VI.

(7) If a lining is cracked at more than one rivet hole in any row of rivets, or if a crack is found at a rivet hole at the end of a shoe, the brake shoe will likewise require relining with a new or reconditioned lining. In accordance with the foregoing, brake shoes

Ex.: 11; Pg.: 279

needing relining will be removed from the brake assembly and the shoes forwarded to a depot for repairs.

(8) Carefully check the lining rivets for security of mounting and squareness of setting. If any shoe is found with loose rivets, or with rivets not squarely set in the lining, the shoe should be removed and replaced.

(9) Carefully check the lining to see that it is properly bedded down against the brake shoe. Using a thickness gage, check the clearance between the brake lining and the brake shoe. Tolerances are .002 inch at a rivet, and .005 inch between rivets.

(10) Any brake found having a dust cover plate which is damaged, or in an otherwise unserviceable condition, will be removed from the airplane and the dust plate replaced. (Cover plates found to be unserviceable, but in such condition that repair is possible, will be repaired after removal from the brake in accordance with the instructions outlined under paragraph 3.a.(1) in section V.

(11) Examine the torque spider for cracks and distortion. On the Single Servo type brake, note especially the condition of the spider in the locality below the cylinder and at the points where the spider arms join the spider body. If the spider is found to be cracked or distorted, the spider will be removed and replaced.

(12) Examine the star-wheel adjusting screw for bent, worn, or corroded condition. Should such condition be found, shoes will be removed from the brake and the star-wheel adjusting screw replaced.

(13) Inspect all shoe hold-down pins for alinement and security. Replace pins with new parts as required.

**Note**

It will not be necessary to remove the brake to accomplish the above-mentioned replacement.

(14) Examine the shoe eccentrics on the Single Servo type brakes for broken, cracked, corroded, or distorted condition. Eccentrics found to be unserviceable will be replaced.

(15) Inspect the entire assembly for the presence of grease, oil, grit, dirt, or other foreign matter likely to cause faulty operation of the brakes. The brake will be thoroughly cleaned by spraying or brushing with approved solvent. Care must be taken not to saturate the linings. Dry with compressed air, immediately.

(16) Examine all brake springs for breakage, distortion, security of attachment, and initial tension.

**CAUTION**

Examine especially the ends of the springs for distortion at the point where the spring anchors into the spider, or the brake shoe. Springs will be replaced if found to be unserviceable. Replacement can be made without removing the brake.

(17) All brake types having a boot installed on the hydraulic cylinder will have the boot turned back, and a careful inspection will be made for evidence of hydraulic fluid leakage. If leakage is evident, the brake will be removed from the airplane, disassembled, and a thorough inspection made to determine the cause. Repair in accordance with the following procedure:

(a) Remove the piston and cup assembly from the torque spider assembly, and inspect the piston and cylinder walls for scoring. Cylinder walls showing evidence of scoring will have the sleeve removed and replaced, in accordance with the instructions in paragraph 3.a.(2)(d), section VI. If no sleeve is fitted, the spider will be replaced.

(b) Pistons showing evidence of scoring will be replaced, and new piston cups will be installed.

**CAUTION**

Each time the hydraulic operating cylinder is disassembled, a new piston cup must be installed.

(c) If no scoring of the cylinder wall is observed, reassemble the brake with new cups installed on the piston assemblies.

(d) Pressure test the spider and piston assembly, as follows:

1. Use a drum as a fixture to hold the brake assembly during test.

2. First, check the cylinder under a pressure of 5 pounds per square inch to determine any leakage at low pressure. Hold this pressure for 30 minutes.

3. Check the cylinders under the following pressures:

a. Single Servo—1500 pounds per square inch—1 hour.

b. Duo Servo, aluminum spider without sleeve—1000 pounds per square inch—30 minutes.

c. Duo Servo, aluminum spider with sleeve—1500 pounds per square inch—1 hour.

d. Duo Servo, steel spider without sleeve—1500 pounds per square inch—30 minutes.

(e) If leakage is evidenced in carrying out the above-mentioned tests, the spider assembly will be removed and sent to a depot for repair.

(f) If no leakage is observed during the foregoing tests, the brake cylinder will be considered to be in a serviceable condition.

(18) Any of the following troubles, which, when discovered during the preceding routine, will require that the parts be removed and repaired, or replaced:

(a) Shoes in need of relining, because of wear, or because the linings are saturated with oil or grease.

(b) Rivets attaching the linings to the brake shoes are loose, or improperly set.

Ex.: 11; Pg.: 280