Exhibit G, Part 22 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6663-2 Filed 01/28/11 Page 10 of 15
Case 3:11-cv-00081-JSW Document 67-2 Filed 01/24/11 Page 10 of 46

(c) Evidence of a structural failure, such as cracking or bending of any brake part.

(d) Brake parts badly worn, distorted, scored, or corroded to an extent to render the part unserviceable.

d. DIMENSIONAL INSPECTION.

(1) MOUNTING COLLAR.—The mounting collar diameter on all types of brakes should be checked against the dimension listed for the particular brake, as shown in table I.

**CAUTION**

Spiders found having a collar diameter in excess of .001 inch greater than the high limit shown in table I will be replaced by a new part.

### TABLE I

| Brake Part No. | Size | Model | Axle-Hole Diameter |
|---|---|---|---|
| 51582-3 | 10x1½ | PT-13,13A-13B | 2.503 / 2.505 |
| 51582-3 | 10x1½ | PT-17 | 2.503 / 2.505 |
| 51582-3 | 10x1½ | PT-18 | 2.503 / 2.505 |
| 51582-3 | 10x1½ | PT-27 | 2.503 / 2.505 |
| 57863-4 | 10x1½ | PT-13D | 2.503 / 2.505 |
| 57270 | 11x2½ | AT-10 | 2.5030 / 2.5065 |
| 57498 | 13x2½ | A-24 | 3.1600 / 3.1635 |
| 55941 | 13x2½ | AT-7 | 3.1600 / 3.1635 |
| 55941AS | 13x2½ | AT-7 | 3.1600 / 3.1635 |
| 55941AS | 13x2½ | UC-45 | 3.1600 / 3.1635 |
| 55941 | 13x2½ | AT-11 | 3.1600 / 3.1635 |
| 59799 | 13x2½ | AT-11 | 3.1600 / 3.1635 |
| 57584 | 14x3 | C-47 | 3.7530 / 3.7565 |
| 57584 | 14x3 | C-53 | 3.7530 / 3.7565 |
| 57495 | 14x4 | P-47 | 3.7540 / 3.7575 |
| 57495MS | 14x4 | P-47 | 3.7540 / 3.7575 |

(2) BRAKE SHOES.

(a) GENERAL.—The following inspections should be made on all brake shoes which are to be relined. To carry out this inspection, it will be necessary first to remove the linings from the shoe. Use the procedure outlined in paragraph 2.a.(9), section VI.

(b) CHECKING RIVET HOLES.—Examine all delined shoes for condition of the rivet holes. The shoes will be replaced if the rivet holes are worn oversize, or are corroded. Permissible wear of rivet holes before shoes will be replaced is listed in table II.

**Note**

Two rivet holes in any one row of rivets may be elongated, or be larger than the maximum diameter given in table II, provided neither is at the end of the shoe.

### TABLE II

| Brake Part No. | Size | Model | Original Dia of Lining Rivet Hole in Brake Shoe | Max Oversize Dia Permissible |
|---|---|---|---|---|
| 51582-3 | 10x1½ | PT-13 -13A -13B | .169 | .186 |
| 51582-3 | 10x1½ | PT-17 | .169 | .186 |
| 51582-3 | 10x1½ | PT-18 | .169 | .186 |
| 51582-3 | 10x1½ | PT-27 | .169 | .186 |
| 57863-4 | 10x1½ | PT-13D | .169 | .186 |
| 57270 | 11x2½ | AT-10 | .169 | .186 |
| 57498 | 13x2½ | A-24 | .196 | .213 |
| 55941 | 13x2½ | AT-7 | .196 | .213 |
| 55941AS | 13x2½ | AT-7 | .196 | .213 |
| 55941 | 13x2½ | UC-45 | .196 | .213 |
| 55941 | 13x2½ | AT-11 | .196 | .213 |
| 59799 | 13x2½ | AT-11 | .196 | .213 |
| 57584 | 14x3 | C-47 | .201 | .213 |
| 57584 | 14x3 | C-53 | .201 | .213 |
| 57495 | 14x4 | P-47 | .201 | .213 |
| 57495MS | 14x4 | P-47 | .201 | .213 |

### TABLE III

| Brake Part No. | Size | Model | Dimension "R" of Template of Shoe Curvature |
|---|---|---|---|
| 51582-3 | 10x1½ | PT-13 -13A -13B | 4.801 / 4.819 |
| 51582-3 | 10x1½ | PT-17 | 4.801 / 4.819 |
| 51582-3 | 10x1½ | PT-18 | 4.801 / 4.819 |
| 51582-3 | 10x1½ | PT-27 | 4.801 / 4.819 |
| 57863-4 | 10x1½ | PT-13D | 4.801 / 4.819 |
| 57270 | 11x2½ | AT-10 | 5.301 / 5.319 |
| 57498 | 13x2½ | A-24 | 6.270 / 6.288 |
| 55941 | 13x2½ | AT-7 | 6.270 / 6.288 |
| 55941AS | 13x2½ | AT-7 | 6.270 / 6.288 |
| 55941AS | 13x2½ | UC-45 | 6.270 / 6.288 |
| 55941 | 13x2½ | AT-11 | 6.270 / 6.288 |
| 59799 | 13x2½ | AT-11 | 6.270 / 6.288 |
| 57584 | 14x3 | C-47 | 6.738 / 6.756 |
| 57584 | 14x3 | C-53 | 6.738 / 6.756 |
| 57495 | 14x4 | P-47 | 6.738 / 6.734 |
| 57495MS | 14x4 | P-47 | 6.738 / 6.734 |

Ex.: 11; Pg.: 281

Case MDL No. 875 Document 6663-2 Filed 01/28/11 Page 2 of 15
Case 3:11-cv-00081-JSW Document 67-2 Filed 01/24/11 Page 17 of 46

**RESTRICTED**
AN 03-25C-10

Section V



Figure 8—Template to Check Shoe Radii of Curvature



Figure 9—Fixture to Check for Evidences of Twist in Shoes

**RESTRICTED**

11

Ex.: 11; Pg.: 282

*(c) CHECKING SPREAD ACROSS ENDS OF SHOE. (See figure 8.)*

*1.* The spread across the ends of the shoe should be checked by means of a steel template. The dimension "R" in figure 8 refers to the original mean radius of curvature of the brake shoes. This dimension varies for different size brake shoes, and a template should be made for each different size shoe being checked. Table III lists the value of the dimension "R" for each of the brake sizes covered by this Handbook.

*2.* Lay the shoe on its side, and insert three or more pins (or lining rivets) through the rivet holes in next to the top row of holes.

*3.* Using the template specifically designed for the shoe being checked, hold the template firmly against the shoe, permitting the template to rest on the pins (or rivets) to prevent any possibility of cocking on the shoe.

*4.* Carry out the inspection along the line of contact between the shoe and the template. Any discrepancies, such as too great a radius, or too small a radius, may be detected easily.

*(d) CHECKING TWIST, OR TORSIONAL DEFLECTION. (See figure 9.)*

*1.* Check the twist, or torsional deflection, in all types of shoes. The shoes are precision-manufactured so that the surface of the shoe, which is in contact with the lining, is a true arc of a circle, its center being located definitely with respect to the operating end and the adjusting end of the shoe.

*2.* The fixture illustrated in figure 9 is required to carry out a proper inspection of the shoes for twist and consists of the following parts:

 a. A base plate having a true flat surface.

 b. A removable round pin fitted perpendicular to the plate and having a diameter conforming to the dimensions listed in table IV.

 c. A sliding block having a face perpendicular to the base plate.

*3.* Place the shoe to be checked on the face plate, with the adjusting nut hole around the pin in the face plate. The end of the shoe nearest the pin (as at point "A") will be set so that it is flush with the face plate.

*4.* The other end (as at point "B") should not permit the insertion of a thickness gage greater than .025 inch between the shoe and the plate.

*5.* Move the sliding block so that it bears against the face of the shoe.

*6.* No point on the shoe should permit the insertion of a thickness gage over .015 inch between the face of the shoe and the face of the block.

*7.* Shoes which fail to pass any of the above inspections will be restored to correct alinement, in accordance with the instructions outlined under paragraph 3.c., this section, or will be discarded.

TABLE IV

| Brake Part No. | Size | Model | Pivot Pin Dia Max | Pivot Pin Dia Min |
|---|---|---|---|---|
| 51582-3 | 10x1½ | PT-13 -13A -13B | .686 | .684 |
| 51582-3 | 10x1½ | PT-17 | .686 | .684 |
| 51582-3 | 10x1½ | PT-18 | .686 | .684 |
| 51582-3 | 10x1½ | PT-27 | .686 | .684 |
| 57863-4 | 10x1½ | PT-13D | .686 | .684 |
| 57270 | 11x2½ | AT-10 | .686 | .684 |
| 57498 | 13x2½ | A-24 | .876 | .874 |
| 55941 | 13x2½ | AT-7 | .876 | .874 |
| 55941AS | 13x2½ | AT-7 | .876 | .874 |
| 55941AS | 13x2½ | UC-45 | .876 | .874 |
| 55941 | 13x2½ | AT-11 | .876 | .874 |
| 59799 | 13x2½ | AT-11 | .876 | .874 |
| 57584 | 14x3 | C-47 | .752 | .750 |
| 57584 | 14x3 | C-53 | .752 | .750 |
| 57495 | 14x4 | P-47 | 1.062 | 1.060 |
| 57495MS | 14x4 | P-47 | 1.062 | 1.060 |

**3. MAINTENANCE.**

*a. REPAIR AND REPLACEMENT.*

(1) Dust covers should be repaired in accordance with the following instructions, if a visual inspection indicates that minor repair operations are all that is required to restore serviceability.

(a) Remove any small dents or creases by placing a wooden block behind the dust cover for support and hammering lightly with a hammer.

(b) Corroded areas should be carefully cleaned with fine flint paper. Apply a coat of approved primer, and repaint.

(c) Slight distortions should be corrected by replacing the cover on the soft-wood block and tapping the cover with a rubber hammer.

(2) If a visual inspection of the torque spider shows a bright or corroded area due to deterioration of the finish, it should be cleaned thoroughly with a fine file and flint (or emery) paper before being resprayed with primer and paint.

(3) Brake springs and shoe hold-down pins found to be unserviceable will be replaced by new parts.

(4) Bent, distorted, corroded, or worn star-wheel adjusting screws should be removed and a new part installed.

(5) On Single Servo brakes, eccentrics found to be bent, cracked, corroded, or broken should be replaced.

(6) On Duo Servo type brakes, the entire upper adjustment screw assembly will be replaced if found to be burred, worn, or corroded.

(7) Brake shoes will likewise be cleaned and repainted, if necessary. Correction of spread across the ends of the brake shoe should be carried out as follows:

*b. CORRECTION OF SPREAD ACROSS ENDS OF SHOE.*

(1) PRIMARY SHOES, SINGLE SERVO TYPE. (See figure 10.)

Ex.: 11; Pg.: 283

Case MDL No. 875 Document 6663-12 Filed 01/28/11 Page 4 of 15
Case 3:11-cv-00081-JSW Document 67-2 Filed 01/24/11 Page 19 of 46

RESTRICTED
AN 03-25C-10

Section V



Figure 10—Primary Brake Shoe



Figure 11—Secondary Brake Shoe (Shoes for the Purpose of Straightening)

(a) If previous inspection by means of the template shows that the ends of the shoe spread too far open, close up the shoe the required amount by hammering with a lead mallet at point "B" on the shoe while supporting it against the work bench at point "C."

(b) If it is necessary to open the ends of the shoe, this may be accomplished by inserting a jack between points "B" and "C" and exerting sufficient force to spread the shoe to the required dimension.

(2) SECONDARY SHOES, SINGLE SERVO TYPE. *(See figure 11.)*

(a) If inspection by means of template shows that the ends of the shoe are too far apart, close up the shoe by hammering with a lead mallet at point "B" while shoes are supported against the work bench at point "C."

(b) Should it be necessary to open the ends of the shoe, this may be accomplished by inserting a jack between points "D" and "E" and exerting sufficient force to spread the shoe to the proper dimension.

(3) BOTH SHOES, DUO SERVO TYPE.

(a) To open the shoe, proceed as follows:

1. Grasp the end of the shoe to which the star-wheel adjustment is attached firmly between both hands, so that the web is against the fingers of both hands, and the lining side of the shoe is against the heel of the hand.

2. Strike the anchor-cap bearing-face squarely against a block of wood.

3. Recheck the shoes with the template to determine whether or not another blow will be necessary to make the shoe fit the template contour.

4. If necessary, repeat the above performance until proper shoe contour is obtained.

(b) To close the shoe, proceed as follows:

1. The same procedure outlined above for opening the shoe may be followed, with the exception that the shoe should be held in the hands in such a manner that the lining side of the shoe will be struck against the wooden block near the anchor-cap end of the shoe.

2. After each blow, check the contour of the shoe against the template, repeating this performance until the shoe contour is satisfactory.

c. CORRECTION OF TWIST IN SHOES, ALL TYPES.

(1) Clamp the shoe in a vise so that the vise jaws close on the web of the shoe near that end of the shoe opposite the star-wheel adjusting-screw prongs.

(2) Insert an 18-inch rod through the adjusting nut holes, and place a spacer between the end prongs of the shoe.

(3) Exert sufficient force on the end of the bar to correct the twisted condition of the shoe.

(4) Recheck the shoe on the fixture shown in figure 9, and repeat the performance, if required, until the shoe is satisfactory.

d. GRINDING OF SHOE LININGS, ALL TYPES.

(1) GENERAL.

(a) After the shoes have been relined, as outlined in paragraph 3.a.(2)(c), section VI, they will be ground to a radius conforming to the dimensions listed in table V for the particular type shoe fitted to the airplane listed in the table.

(b) The shoes should be ground against a disc grinder, rotating at constant speed.

(c) The shoes should be held in fixtures which locate the shoes from their end points.

(d) Set the radius adjustment screw which controls the radius of grind on the lining by moving the entire fixture back or forth on a line with the axis of the grinding wheel. The adjustment screw is fitted with a crank and one-quarter revolution of the crank corresponds to a .025-inch change in the radius.

(e) Measurement of the ground radius is best done by using a vernier caliper across the hub of the fixture to the face of the lining. If the center of the hub corresponds to the center of the shoe, it is necessary to subtract the hub radius from the measurement to determine the ground radius.

TABLE V

| Brake Part No. | Size | Model | Ground Radius with Lining |
|---|---|---|---|
| 51582-3 | 10x1½ | PT-13 -13A -13B | 4.990 / 4.980 |
| 51582-3 | 10x1½ | PT-17 | 4.990 / 4.980 |
| 51582-3 | 10x1½ | PT-18 | 4.990 / 4.980 |
| 51582-3 | 10x1½ | PT-27 | 4.990 / 4.980 |
| 57863-4 | 10x1½ | PT-13D | 4.990 / 4.980 |
| 57270 | 11x2½ | AT-10 | 5.490 / 5.480 |
| 57498 | 13x2½ | A-24 | 6.490 / 6.480 |
| 55941 | 13x2½ | AT-7 | 6.490 / 6.480 |
| 55941AS | 13x2½ | AT-7 | 6.490 / 6.480 |
| 55941AS | 13x2½ | UC-45 | 6.490 / 6.480 |
| 55941 | 13x2½ | AT-11 | 6.490 / 6.480 |
| 59799 | 13x2½ | AT-11 | 6.490 / 6.480 |
| 57584 | 14x3 | C-47 | 6.990 / 6.980 |
| 57584 | 14x3 | C-53 | 6.990 / 6.980 |
| 57495 | 14x3 | P-47 | 6.990 / 6.980 |
| 57495MS | 14x4 | P-47 | 6.990 / 6.980 |

Case MDL No. 875 Document 6663-12 Filed 01/28/11 Page 6 of 15
Case 3:11-cv-00087-JSW Document 67-2 Filed 04/24/11 Page 21 of 46

RESTRICTED
AN 03-25C-10

Section V
Paragraph 3

(2) DETAIL.

(a) Place the proper fixture on the grinding machine.

(b) Fit the shoe and lining assembly to the fixture.

(c) A steel hook is provided to hold the shoe on the fixture while grinding.

(d) By means of the radius adjustment screw, bring the lining against the wheel at the desired radius, and make a trial cut.

**CAUTION**

The trial cut should be too little rather than too great because if the radius is too small, it will be necessary to replace the lining.

(e) Measure the ground radius of the shoe, in accordance with the instructions outlined above.

**Note**

It should be borne in mind that the correct radius is the measured dimension *minus* the hub radius of the fixture.

e. ADJUSTMENT.

(1) SINGLE SERVO TYPE BRAKES. *(See figure 4.)*

(a) Install the brake assembly in the wheel in which it is to be used.

(b) Jack up the wheel so that it will turn freely.

(c) With a screw driver, open the cover plates at the thickness-gage slots and at the adjusting screw holes.

(d) Loosen the lock nut on the eccentric (F) sufficiently to allow turning of this part.

(e) Using a screw driver, turn the star-wheel adjusting screw (D) away from the axle until the brake is locked in position.

(f) Back off the adjusting screw until the wheel rotates freely.

(g) Turn the secondary shoe eccentric (F) in the direction of wheel rotation until the wheel is locked.

(h) Back off the eccentric to allow .010-inch clearance between the secondary shoe and the drum at the thickness-gage slot adjacent to the eccentric.

**CAUTION**

This clearance is the minimum permissible clearance between the shoe and any point on the drum.

(i) With a close-fitting wrench, hold the eccentric (F) in the same position, and tighten the eccentric lock nut.

(j) Rotate the wheel slowly to make certain this clearance is maintained all around the drum.

(k) With a screw driver, turn the adjusting nut screw (D) away from the axle until brake drag is noticed.

(l) Back off the adjusting screw (D) until drag is eliminated, and a clearance of at least .010 inch is provided between the primary shoe and the drum at the thickness-gage slot at the center of the primary shoe.

**CAUTION**

The above-mentioned clearance must ALWAYS be equal to, or greater than, the clearance of the secondary shoe.

(m) Rotate the wheel to make sure that the clearance is maintained all around the drum.

(2) DUO SERVO TYPE BRAKE. *(See figure 5.)* Two types of adjustments are possible on the Duo Servo type brakes; namely, the minor adjustment and the major adjustment.

(a) MINOR ADJUSTMENT.

1. Only the star-wheel (D) is used in making a minor adjustment.

2. To perform the minor adjustment, rotate the star-wheel adjusting screw (D) to spread the shoes until a minimum clearance of .010 inch is obtained at the thickness-gage slots (S) and (Z).

3. Rotate the drum about the brake. If the brake drags, back off the star-wheel (D) to the point where drag is just eliminated.

4. Check the clearance at the thickness-gage slots (S) and (Z). Should the clearance at these points be less than .005 inch, a major adjustment should be performed.

(b) MAJOR ADJUSTMENT.

1. Major adjustment may be defined as a setting of the brake shoe and drum clearance by manipulating the major adjusting screws (J) and the star-wheel adjusting screw (D). A major adjustment will always be made when any of the following parts has been replaced:

   a. Torque spider (O).
   b. Brake shoe (C) or (E).
   c. Shoe lining (Y).
   d. Adjusting assembly (J).
   e. Anchor caps (G) or (V).
   f. Pistons (P) or (Q).

2. Before proceeding with the adjustment of the brake, examine the dust cover plate to see whether or not the plate has two holes. These holes give access to the upper adjusting screws (J). In the event the dust cover plate does not have these holes, replace it with a dust cover having the holes, or rework the dust cover, as follows:

   a. Using a late model dust cover plate as a template, mark the location of the upper adjusting access holes on the cover in which the holes are to be cut.

Case MDL No. 875 Document 6663-12 Filed 01/28/11 Page 7 of 15
Case 3:11-cv-00081-JSW Document 67-2 Filed 01/24/11 Page 22 of 46

b. Place the dust cover on a block of wood, and cut out the holes, using a sharp metal-cutting chisel.

c. File all edges clean, and finish with emery paper.

d. Apply one coat of approved primer, and repaint.

3. In adjusting the Duo Servo brake, the following characteristics of this type brake should be kept in mind, as they have an important bearing on brake adjustment.

a. The Duo Servo brake has a full-floating shoe ring. Because of this, the shoe ring may shift as a result of handling while adjustments are being made, which may cause variation in initial clearances obtained during the period of adjustment. This is especially true when setting the clearances at (S) and at (Z). If, for example, .000-inch clearance at (Z) is opposite .030-inch clearance at (S), the shoe ring should be shifted so as to divide the .030-inch clearance equally, resulting in .015 inch at either (S) or (Z).

b. When checking the adjustment of a brake, it is necessary to use four thickness gages, one at each of the four slots, as the entrance of only one gage at either of the lower slots will shift the shoe ring from side to side, with the result that clearances should be checked at the closest points on the drums.

c. For proper functioning of the brake, the clearance at all four thickness-gage slots (S), (A), (Z), and (B) must be equal. This should be the primary aim of a major adjustment.

**CAUTION**

Do not check clearances through the inspection holes at the center of the shoes.

4. As a primary point in adjusting the Duo Servo brake, it is suggested that once the brake is installed in the drum, the star-wheel (D) be rotated until the brake is dragging.

5. Set the tentative equal clearance of .010 inch at (S) and (Z) by adjustment of the screw (J) on each of the shoes.

6. By rotating the star-wheel (D), endeavor to set the same clearance at (A) and (B) as was obtained at (S) and (Z).

**Note**

If this cannot be done, it will be necessary to readjust the clearances at (S) and (Z).

7. Final clearances obtained at (A) and (B), and (Z) and (S) must be equal, as shown on the following table for that particular brake assembly. Refer to the table at time of brake adjustment.

| Brake Size, Inches | Clearance, Inches |
|---|---|
| 11 | .010 |
| 13 | .010 |
| 14 | .010 |

f. BLEEDING HYDRAULIC SYSTEM.—Following the installation on the airplane of either the Single Servo or Duo Servo type brakes, it is essential to bleed the hydraulic lines and brake cylinder to remove all entrapped air. To bleed the lines, proceed as follows:

(1) Make certain that all hydraulic lines are properly and securely installed, and that no leakage is occurring at couplings, B-nuts, connections, etc.

(2) Fill the fluid reservoir with the specified hydraulic fluid. It will be necessary to keep a careful check on the reservoir during the bleeding operation, and care should be taken not to allow the reservoir to become empty.

**CAUTION**

It is extremely important that the reservoir be filled only in accordance with the instructions outlined in the airplane's Handbook of Erection and Maintenance, as in some airplanes the hydraulic reservoir can be refilled only when all pressure has been exhausted from the hydraulic system accumulator.

(3) Attach a piece of rubber tubing at least 24 inches long to a No. 10-32 nipple, and insert the other end of the tubing in a bottle, or other container.

(4) Remove the No. 10-32 roundhead dust cap from the bleeder screw, and insert the nipple with the attached rubber tubing.

(5) Using a box wrench, back off the bleeder screw until hydraulic fluid flows through the tube into the bottle.

(6) Permit hydraulic fluid to flow into the bottle until air bubbles are no longer apparent. At least 1 pint of fluid must be permitted to flow.

**CAUTION**

In some airplane hydraulic systems, it will be necessary to work the brake pedals until all air is pumped out of the hydraulic system. In any event, it is suggested that the procedure outlined in the airplane's Handbook of Erection and Maintenance be closely followed when bleeding the brakes.

(7) Using a short-handled box wrench, draw the bleeder screw against its seat until snug.

**CAUTION**

DO NOT tighten the bleeder screw excessively.

(8) Remove the rubber hose and nipple; replace the roundhead dust screw and lock washer.

(9) Check the fluid level in the reservoir, adding fluid, if necessary.

(10) Operate the brakes by pushing down on the brake pedals. Pedal action should be hard; if spongy action of the pedals is noticed, it will be necessary to check all fluid lines and connections for leaks. Any unserviceable parts should be replaced, and the line bled again in accordance with the above outlined procedure.

Case MDL No. 875 Document 6687-2 Filed 01/28/11 Page 8 of 15
Case 3:11-cv-00081-JSW Document 67-2 Filed 01/24/11 Page 29 of 46

RESTRICTED
AN 03-25C-10

Section V
Paragraphs 4-5

## 4. LUBRICATION.

### a. SINGLE SERVO TYPE BRAKES.

Using a No. 10 machine oil, lubricate the star-wheel adjusting screw, left- and right-hand pivot nuts, and the eccentric assembly.

**CAUTION**

Do not permit oil to run onto the brake linings.

### b. DUO SERVO TYPE BRAKES.

On Duo Servo type brakes, lubricate the star-wheel adjusting screw, left- and right-hand pivot nuts, brake-anchor caps, and upper adjustment screw assemblies with a No. 10 machine oil.

**CAUTION**

Care must be exercised not to permit excess lubricating oil to foul the brake linings.

## 5. SERVICE TROUBLES AND REMEDIES.

| Trouble | Probable Cause | Remedy |
|---|---|---|
| UNEVEN BRAKING ACTION WITH EQUAL PEDAL PRESSURE. | Brakes not adjusted evenly. | Equalize adjustments. |
| | Cables, or push-pull rod linkage to brake control valve, or master cylinder, not adjusted evenly. | Rig cables properly, or adjust linkage evenly. |
| GRABBING OF BRAKES. | Brake drums not round. | Replace drum assembly. |
| | Brake drums badly scored. | Replace drum assembly. |
| | Oil-soaked linings. | Replace linings. |
| INSUFFICIENT BRAKING POWER. | Hydraulic pressure too low. | Check hydraulic system including brake control valve, or master cylinder |
| | Insufficient pedal travel. | Adjust pedals for full travel. |
| | Worn linings. | Replace linings. |
| | Glazed linings. | Regrind, or replace linings. |
| | Oil-soaked linings. | Determine cause of leakage, and repair. Wash, or replace linings. |
| | Improperly adjusted shoes. | Adjust shoes. |
| VIOLENT BRAKING, OR LOCKING OF WHEELS. | Brake drums loose. | Replace drum assemblies. |
| | Damp linings. | Heat linings by dragging brakes. |
| SCREECHING BRAKE DRUMS. | Defective or loose drums. | Replace drum assembly. |

Ex.: 11; Pg.: 288

Case MDL No 875 Document 66637-2 Filed 01/28/11 Page 9 of 15
Case 3:11-cv-00015-JSW Document 67-2 Filed 01/24/11 Page 24 of 46

Section VI
Paragraphs 1-2

RESTRICTED
AN 03-25C-10

# SECTION VI

# DISASSEMBLY, INSPECTION, REPAIR AND REASSEMBLY

**1. OVERHAUL TOOLS REQUIRED.**

No special overhaul tools are required; all tools needed are normally available at repair depots.

**2. DISASSEMBLY.**

When the brakes are to be disassembled completely, the work should be performed on a clean bench and in an atmosphere as free as possible from dirt and dust. A supply of lint-free cloths (or rags), carbon tetrachloride, xylol, alcohol, or other approved solvent should be available within easy reach, as should a compressed air hose.

*a.* REMOVAL AND DISASSEMBLY OF SINGLE SERVO BRAKE. (*See figure 12.*)

*Note*

The following removal and disassembly procedure is applicable to the 10x1½-inch Single Servo brake. However, in general, the same procedure may be applied to other Single Servo brake types.

(1) With the airplane correctly jacked up in accordance with the instructions in the airplane's Handbook of Erection and Maintenance, and with all wheels free from the ground, proceed as follows:

(*a*) Place a wheel cradle under, and slightly outboard of, the wheel to be removed.

(*b*) Carefully remove the axle-nut cotter pin, and unscrew the axle nut.

(*c*) With a straight pull, slide the wheel off the axle, being careful not to damage the brake linings or shoes. Cover the brake drum with a cloth to prevent accumulation of dust, and slide out of the way.

(2) Unscrew the B-nut attaching the hydraulic line to the top of the torque spider assembly. Cap or plug the hydraulic line to prevent the entry of dust or dirt.

(3) Unscrew the nuts from the bolts which attach the brake assembly and dust cover plate (1) to the axle torque flange. Withdraw the bolts; lift off the brake assembly and dust cover plate.

(4) Holding the shoe hold-down spring pins (28) to prevent them from turning, push down, turn, and release each shoe hold-down spring cup (30), in turn. Withdraw the shoe hold-down pins (28); remove the shoe hold-down spring cups (30), shoe hold-down springs (29), and shoe hold-down centralizing cups (31).

(5) Using a pair of spring pullers, remove the primary-to-secondary shoe spring (22) and the secondary-shoe spring (23).

**CAUTION**

When using spring pullers, be sure that the looped end is hooked securely on the spring, and that the sharp end is bearing on one of the rivets which attach the lining to the brake shoe. DO NOT use the brake lining as a bearing point, as damage to an otherwise good brake lining may result.

(6) Lift off the brake shoe assemblies and the adjusting screw assembly.

(7) Using a pair of diagonals (or pliers) remove the pivot nut cotter pin (34) from the right-hand pivot nut (25); lift off the adjusting screw spring (27).

(8) Unscrew and remove the adjusting screw (26) from the pivot nuts (24 and 25). Push or tap the pivots nuts (24 and 25) out of the shoe assemblies (7 and 10).

(9) Carefully drill the flange off each tubular brass lining rivet (9). Gently tap the rivets out of the shoes (7 and 10) and linings (8 and 11) with a small drive punch and light hammer.

**CAUTION**

No attempt should be made to remove the connecting link assembly from the primary shoe.

(10) Carefully pull the cylinder boot (21) off the cylinder flange of the torque spider assembly (4).

(11) Holding the nozzle of a compressed air hose in the tapped hydraulic-line connection hole in the torque spider assembly (4), blow the piston (17) and cylinder cup (16) out of the cylinder.

(12) Slip the C-washer (6) off the anchor pin (5); withdraw the anchor pin from the torque spider assembly (4).

(13) Unscrew the roundhead bleeder screw (14) from the bleeder screw (13); remove the lock washer (15). Using a box wrench, remove the bleeder screw (13) from the bleeder screw adapter (18), and the bleeder screw adapter (18) and bleeder screw adapter gasket (19) from the torque spider assembly (4).

(14) Using an open-end or box wrench, unscrew the eccentric hex nut (32); lift off the eccentric washer (33), and withdraw the eccentric assembly (12) from the torque spider assembly (4).

(15) Center punch each inspection hole cover rivet (3) and drill the head off the rivets. Gently tap out the rivets with a small drive punch, thus releasing the inspection hole covers (2).

Case MDL No. 875 Document 6663-1 Filed 01/28/11 Page 10 of 15
Case 3:11-cv-00067-JSW Document 67-2 Filed 04/24/11 Page 25 of 46

*b.* REMOVAL AND DISASSEMBLY OF DUO SERVO BRAKE. *(See figure 13.)*

**Note**

The following procedure is specifically applicable to the 14x 3-inch Duo Servo Brake; however, in general, the removal and disassembly procedure may be applied to other brakes of the same type, but of a different size.

(1) Follow the procedure outlined in paragraphs 2.*a*.(1) through 2.*a*.(3), this section.

(2) Holding the shoe hold-down spring pins (29) with the fingers to prevent the pins from turning, push down, turn, and release each shoe hold-down spring cup (28), in turn. Withdraw the shoe hold-down spring pins (29); remove the shoe hold-down spring cups (28), shoe hold-down springs (26), shoe hold-down centralizing cups (27), and shoe hold-down spacing washers (37).

(3) Using a pair of large spring pullers, remove the large shoe return spring (23) and brake shoe springs (24).

**CAUTION**

When using spring pullers, care should be exercised to see that the sharp end of the spring pullers rests firmly on one of the rivets which attach the brake lining to the brake shoe. DO NOT use the lining as a bearing point, or damage may be caused to an otherwise serviceable lining.

(4) Lift the brake shoe and adjusting screw assemblies off the torque spider assembly.

(5) Using spring pullers (or pliers), remove the lower adjusting screw spring (31) from pivot pins (32 and 33). Unscrew the lower adjusting screw (30) from the pivot pins; push or tap the pivot pins out of the brake shoe assemblies (4).

(6) Cut the lock wire; remove the two fillister-head screws (8) which attach each upper shoe adjusting screw springs (7) to the shoe (4).

(7) Using the fingers (or pliers with protected jaws), unscrew the upper adjusting screws (9). Holding the spring plunger pins (11) with pliers, unscrew the elastic stop nuts (12) from the spring plunger pins, thus releasing the upper adjusting screw relief springs (10).

(8) Unscrew the roundhead dust screw (19) from the bleeder screw (18); lift off the washer (20). Unscrew the bleeder screw (18) from the bleeder screw adapter (34), and the bleeder screw adapter from the cylinder of the torque spider (21). Lift off the bleeder screw adapter gasket (35).

(9) Cut the lock wire (40); carefully remove the cylinder boot (39) from the cylinder.

(10) Lift off the shoe anchor caps (22).

(11) Holding the nozzle of a compressed air hose in the tapped hydraulic connection hole, apply sufficient air pressure to blow out the piston assemblies, and remove the cup expander spring assembly (41).

(12) Using a pair of diagonals, extract the steel cotter pins (13) from the shear nuts (17). Using a box wrench, remove the shear nuts (17) from the piston (16), thus releasing the piston cup retaining washer (15) and piston cup (14).

(13) Drill off the rivet flanges from the tubular brass lining rivets (6) which attach the linings (5) to the brake shoes (4). With a light hammer and small drive punch, tap out the rivets, and lift the linings off the shoes.

(14) Remove the hydraulic cylinder boss grommet (36) and the upper adjusting screw adjustment hole plates (38) from the dust cover (1).

(15) Center punch the bucked end of each inspection hole cover rivet (3); drill off the end of the rivet. Tap the rivets out of the dust cover (1); remove the inspection hole covers (2).

*c.* REMOVAL AND DISASSEMBLY OF DUO SERVO BRAKE (14 x 4-INCH).

*(See figure 14.)*

(1) Follow the procedure outlined in paragraphs 2. *a*. (1) through 2. *a*. (3), this section.

(2) Using a pair of diagonals, extract the shoe hold-down spring pin cotter pins (38) from the shoe hold-down spring pins (30). Withdraw the shoe hold-down spring pins (30), thus releasing the shoe hold-down spring cups (28), shoe hold-down springs (27), and shoe hold-down spring cup washers (29).

(3) Remove the cotter pins which hold the lower adjusting screw spring (32) to the brake shoe assemblies (6); remove the adjusting screw spring.

(4) Except for index number symbol identification, the disassembly procedure is identical to that outlined in paragraphs 2. *b*. (3) through 2. *b*. (15), this section.

**3. CLEANING, INSPECTION, AND REPAIR.**

*a.* SINGLE SERVO BRAKE.

(1) CLEANING.

*(a)* Clean all parts except the brake linings by spraying with, or soaking in, unleaded gasoline, carbon tetrachloride, xylol, alcohol, or other approved solvent. A stiff-bristle brush may be used to aid in the removal of hardened grease, oil, or hydraulic fluid.

**CAUTION**

Do not attempt to clean aluminum-alloy parts with a wire brush.

*(b)* Dry all parts with compressed air before inspection, or reassembly.

*(c)* Wipe any traces of oil, grease, or hydraulic fluid from the brake-shoe linings with a lint-free rag dampened in an approved solvent, taking care not to saturate or soak the lining with solvent. Do not permit the solvent to remain on the lining, but dry with compressed air, immediately.

Case: MDL No. 875 Document 6663-2 Filed 01/28/11 Page 11 of 15
Case 3:11-cv-00067-JSW Document 67-2 Filed 07/24/11 Page 26 of 46

Section VI
Paragraph 3

RESTRICTED
AN 03-25C-10

(d) Coat all parts with a light machine oil; wrap either in clean wax paper (or a clean rag) if parts are to be stored for any length of time.

(e) Remove all evidence of corrosion with a fine file, or with No. 0000 flint paper. Wipe off dust with a lint-free rag before reassembly.

(2) INSPECTION AND REPAIR.

(a) Dust covers will be repaired in accordance with the following procedure, if inspection indicates that minor operations are all that is required to restore serviceability. A badly damaged dust cover will be discarded. Proceed as follows:

1. Remove small dents or creases by placing the dust cover on a soft-wood block and tapping out the dents or creases with a rubber hammer.

2. Carefully clean corroded or scratched areas with fine flint paper, and finish with one coat of approved primer.

(b) Carefully inspect the torque spider for nicks, burrs, cracks, corrosion, or deterioration of the finish. Cracks will be cause for discarding the entire spider assembly. Remove nicks, burrs, scratches, or corrosion with a fine file, and finish with fine flint paper. Apply one coat of approved primer before reassembly.

(c) Carefully inspect the brake linings for roughness, distortion, evidence of uneven wear, glazed or hardened surfaces, or other unsatisfactory condition. Replace unsatisfactory linings, as follows:

1. Clamp the lining to the shoe, using C-clamps.

2. Place the rivets in position.

3. Begin the operation at the center of the shoe, and work toward the end. Set the rivets in one side of the shoe from the center to the end. Reverse the shoe, and set the rivets on the other side to the same end. Set the rivets in the other half of the shoe in a like manner.

4. Exert the correct pressure on the rivets, being careful not to use too much pressure (which will crack the rivets), or too little pressure (which will permit a loose lining).

CAUTION

Check all rivets for security. See that the heads are not more than 1/32 inch out of square. Also, check the lining to see that it does not extend over either edge of the shoe more than 1/64 inch. No relined shoe will be acceptable if the lining is cracked at a rivet hole, when such crack occurs at the end of the lining. The lining will be acceptable, however, if not more than one crack is present in each row of rivets, and if the crack is not at the end of the row.

5. With a thickness gage, check the lining to see that it is properly bedded down on the shoe. Permissible tolerance is .002 inch at a rivet, and .005 inch between rivets.

(d) Carefully inspect the cylinder bore for signs of galling, scores, scratches, or corrosion. Should an unsatisfactory condition be discovered, the cylinder sleeve should be honed to the dimension indicated in table VI, corresponding to the size of the spider being repaired.

Case MDL No. 875 Document 6663-1 Filed 01/28/11 Page 12 of 15
Case 3:11-cv-00067-JSW Document 67-2 Filed 04/24/11 Page 27 of 46

RESTRICTED
AN 03-25C-10

Section VI
Paragraphs 3-4

### TABLE VI

| Brake Part No. | Size | Model | Honed Spider Dimension | Oversize Hone to Clean Out Scratches |
|---|---|---|---|---|
| 51582-3 | 10x1½ | PT-13 -13A -13B | .877 / .879 | .882 / .884 |
| 51582-3 | 10x1½ | PT-17 | .877 / .879 | .882 / .884 |
| 51582-3 | 10x1½ | PT-18 | .877 / .879 | .882 / .884 |
| 51582-3 | 10x1½ | PT-27 | .877 / .879 | .882 / .884 |
| 57863-4 | 10x1½ | PT-13D | .877 / .879 | .882 / .884 |
| 57270 | 11x2½ | AT-10 | 1.314 / 1.316 | 1.319 / 1.321 |
| 57498 | 13x2½ | A-24 | 1.502 / 1.504 | 1.507 / 1.509 |
| 55941 | 13x2½ | AT-7 | 1.502 / 1.504 | 1.507 / 1.509 |
| 55941AS | 13x2½ | AT-7 | 1.502 / 1.504 | 1.507 / 1.509 |
| 55941AS | 13x2½ | UC-45 | 1.502 / 1.504 | 1.507 / 1.509 |
| 55941 | 13x2½ | AT-11 | 1.502 / 1.504 | 1.507 / 1.509 |
| 59799 | 13x2½ | AT-11 | 1.502 / 1.504 | 1.507 / 1.509 |
| 57584 | 14x3 | C-47 | 2.002 / 2.004 | 2.007 / 2.009 |
| 57584 | 14x3 | C-53 | 2.002 / 2.004 | 2.007 / 2.009 |
| 57495 | 14x4 | P-47 | 2.002 / 2.004 | 2.007 / 2.009 |
| 57495MS | 14x4 | P-47 | 2.002 / 2.004 | 2.007 / 2.009 |

(e) Carry out a careful inspection of the cylinder piston for evidence of scores or scratches; repair, or replace.

(f) Inspect cylinder boot for resiliency and general condition; replace if necessary.

(g) Inspect the brake shoes for nicks, burrs, and scratches; smooth down with a fine file, and finish with flint paper. Apply a coat of approved primer before reassembly.

(h) Inspect the brake shoes for distortion, as outlined in paragraph 3. c., section V.

(i) Inspect all springs for resiliency and general condition; replace where necessary.

(j) Check all tapped holes and bolts for nicked or burred threads; retap the holes, or replace the part; replace damaged bolts.

(k) Inspect all pins for straightness; replace if necessary.

b. DUO SERVO BRAKE.

(1) CLEANING.

The routine to be followed in cleaning the Duo Servo brake is the same as that outlined in paragraph 3. a. (1), this section.

(2) INSPECTION AND REPAIR.

Inspection and repair for the Duo Servo brakes is identical to that outlined in paragraph 3. a. (2), this section.

4. REASSEMBLY.

a. SINGLE SERVO BRAKE. (See figure 12.)

(1) Attach the brake linings (8 and 11) to the brake shoes (7 and 10) with the tubular brass lining rivets (9) following the procedure outlined in paragraph 3.a.(2)(c). Check all rivets to see that they are secure and square and that the heads do not stand proud of the lining.

(2) Install the eccentric assembly (12) in the torque spider assembly (4); attach with the washer (33) and ⅜-24 eccentric hex nut (32).

(3) Insert the anchor pin (5) in its hole in the torque spider assembly (4); slip the C-washer (6) over the end of the anchor pin.

(4) Insert the left-hand pivot nut (24) in the secondary shoe (10) and the right-hand pivot nut (25) in the primary shoe (7). Screw the star-adjusting screw (26) two or three turns into the pivot nut.

(5) Slip a new cylinder cup (16) on the locating dowel of the cylinder piston (17). Coat both the cylinder cup and the cylinder piston with the same type hydraulic fluid as used in the brake system; insert the assembly in the torque spider cylinder bore.

CAUTION

A new cylinder cup must be installed each time the brake is reassembled.

(6) Slip the cylinder boot (21) over the flange of the torque spider cylinder.

Note

The cylinder boot need not be replaced each time the brake unit is reassembled if the used boot is in good condition.

(7) Place the reassembled shoe assemblies in position on the torque spider assembly (4), making sure that the secondary shoe is correctly positioned on the anchor pin (5), and that the connecting link assembly of the primary shoe (7) is correctly inserted through the cylinder boot (21) and into the cylinder piston (17).

(8) Using a pair of spring pullers, engage the hooked ends of the primary-to-secondary shoe spring (22) in the holes in the brake shoes (7 and 10). Install the secondary shoe spring, carefully hooking one end into the torque spider assembly (4), and the other end into the hole in the secondary shoe (10).

Case: MDL No. 875 Document 6663-2 Filed 01/28/11 Page 13 of 15
Case 3:11-cv-00067-JSW  Document 67-2  Filed 04/24/11  Page 28 of 46

Section VI
Paragraph 4

RESTRICTED
AN 03-25C-10

**CAUTION**

When using spring pullers, carefully attach the spring loop to the hooked end of the puller. DO NOT permit the sharp end of the spring puller to rest on the brake lining; make certain that it has a firm bearing point on the brass rivets which attach the linings to the brake shoes.

(9) Place a shoe hold-down spring centralizing cup (31) over each shoe hold-down spring pin boss. Insert the two shoe hold-down spring pins (28), each in turn, into the bosses and through the centralizing cups and brake shoes. Assemble two shoe hold-down spring centralizing cups (31), face upward, on the shoe hold-down spring pins (28) where they protrude through the slots in the brake shoes. Place the shoe hold-down springs (29) in the centralizing cups (31). Compress the shoe hold-down springs, each in turn, with the shoe hold-down spring cups (30), turning each cup left (or right) and then releasing so that the cups engage the barbed heads of the shoe hold-down-spring pins (28).

(10) Screw the star-adjusting screw (26) to its approximate final position. Slip the end of the adjusting-screw spring (27) into the groove of the left-hand pivot nut (24). Press the opposite end of the adjusting-screw spring over the end of the right-hand pivot nut; secure in position with a 3/32x7/8-inch steel cotter pin (34).

(11) Place the bleeder screw adapter gasket (19) in position on the tapped bleeder screw boss of the torque spider assembly (4); secure the gasket in position with the bleeder screw adapter (18). Screw the bleeder screw (13) into the bleeder screw adapter (18), and snug with a box wrench. Attach the No. 10 lock washer (15) to the bleeder screw (13) with the No. 10-32 roundhead dust screw (14).

(12) Attach the inspection hole covers (2) to the outboard side of the dust cover plate (1) with 1/8 x 3/16-inch rivets (3).

(13) With the airplane correctly jacked up in accordance with instructions in the airplane's Handbook of Erection and Maintenance, replace the brake and wheel assemblies on the landing gear axles, as follows:

**Note**

While the replacement procedure will vary in detail with the particular airplane installation, the following procedure, generally speaking, is correct.

**CAUTION**

It is essential that the operator ascertain the designation of the particular brake shoe assembly, i.e., whether the brake is left-handed or right-handed. A left-hand brake may be installed ONLY on the left axle, and a right-hand brake ONLY on the right axle. The landing gears are designated as *right* and *left* when viewed from the rear of the airplane, looking forward in the direction of flight. (See figure 6.)

(a) Place the dust cover plate (1) against the axle torque flange; slip the brake assembly attaching bolts through the brake torque flange and through the dust cover plate. Slip the reassembled brake assembly on the attaching bolts; secure in place with washers and self-locking nuts. (In some installations, the attaching bolts are secured with castellated nuts and split cotter pins.)

(b) Attach the hydraulic-line connection to the tapped boss in the top of the torque spider assembly; tighten with the required torque for the particular size adapter and B-nut.

**CAUTION**

After installation, the brakes MUST be bled before operation. For correct procedure for bleeding the brakes, see paragraph 3.*f.*, section V.

(c) With the wheel in a wheel cradle, slide onto the landing gear axle, and attach with axle nut and axle-nut cotter pin, being careful when replacing the wheel not to damage the linings or brake shoes.

*b.* DUO SERVO BRAKES (14x3-INCH).
*(See figure 13.)*

(1) Attach the brake linings (5) to the brake shoes (4) in accordance with the instructions outlined under paragraph 3.*a.*(2)(*c*), this section.

(2) Slip the adjusting screw relief springs (10) on the spring plunger pins (11); insert the spring plunger pins through the upper adjusting screws (9), and secure with the elastic stop nuts (12). Screw each upper adjusting screw assembly into its threaded boss in the brake shoe (4).

(3) Attach each upper shoe-adjusting screw spring (7) to its brake shoe (4) with two 10-24x5/16-inch fillister-head screws (8).

(4) Insert the left-hand pivot nut (32) and right-hand pivot nut (33) in their holes in the brake shoes.

(5) Into the pivot nuts (32 and 33), screw the lower adjusting screw (30) two or three turns.

(6) Using pliers or spring pullers, loop the ends of the lower adjusting screw spring (31) over the grooved dowels machined on the pivot nuts.

(7) Attach the piston cup seals (14) to the piston (16) with the piston cup retaining washers (15); secure in place with the 3/8-24 NF shear nuts (17). Safety the shear nuts with 3/32x1 1/8-inch steel cotter pins (13).

**CAUTION**

Be sure that the dished washer is assembled with the concave side bearing against the flange of the cup so that the edge of the washer digs into the piston. Using the fingers, thread it down to the point where it just starts to bear on the washer. Force the lips of the cup out by tightly holding with a shock strut packing

Case: MDL No. 875 Document 6663-1 Filed 01/28/11 Page 14 of 15
Case 3:11-cv-00067-JSW Document 67-2 Filed 04/24/11 Page 29 of 46

adapter or other cylindrical part with an internal diameter of approximately 1.750 inches and an outside diameter of 2.250 inches. Then tighten the nut as tight as possible with a 10-inch long socket wrench, and holding the piston in another mechanic's hands. If the cotter pin hole lines up with a castellation in the hex nut, insert the cotter pin and bend back the tines. If the cotter pin hole does not line up with a castellation, back off the nut to the next castellation.

**Note**

Cups wet with hydraulic fluid should not be assembled onto pistons because the flange of the cup might squeeze out from under the washer if the cup is wet before assembly.

(8) Place the cup expander spring assembly (41) in the cylinder bore; insert the reassembled piston assemblies into the bore, *one from each end,* after having thoroughly coated each piston assembly with the correct hydraulic fluid.

**CAUTION**

Do not draw the piston cups through the cylinder from the opposite sides, as the cups may be nicked by the bleeder hole.

(9) Place the shoe anchor caps (22) in position on the pistons (16), taking care to see that the long beveled sides face toward the center of the brake assembly.

(10) Place the reassembled shoe and adjusting screw assemblies in position on the torque spider assembly (21), being careful to see that the keys in the shoe anchor caps (22) engage the slots in the brake shoes. Check the keys in the slots for freedom of movement.

(11) Place a shoe hold-down spring spacing washer (37) between each lug on the spider assembly and each brake shoe (4). From the under side of the torque spider assembly (21), insert the shoe hold-down spring pins (29), each in turn, through the holes in the spider lugs, through the shoe hold-down spacing washers (37), and through the slots in the brake shoes (4).

(12) Slip a shoe hold-down spring centralizing cup (facing upward) on each shoe hold-down spring pin. Place the shoe hold-down springs (26) on the shoe hold-down spring pins (29); lock the springs in position with the shoe hold-down spring cups (28).

(13) Loop the long hooked ends of the brake shoe springs (24) in their holes in the brake shoes (4); attach the short hooked ends to the pull-down spring anchors (25), using a pair of spring pullers.

(14) Using spring pullers, attach the shoe return spring (23) to the two brake shoes (4).

(15) Place the bleeder-screw adapter gasket (35) in position on the torque spider assembly; secure in position with the bleeder-screw adapter (34).

(16) Screw the bleeder screw (18) into the bleeder-screw adapter (34), and snug with a short-handled box wrench. Attach the No. 10 lock washer (20) to the bleeder screw with a No. 10-32 roundhead machine screw (19).

(17) Carefully slip the cylinder boot (39) over the cylinder; secure in position with lock wire (40).

(18) Rivet the inspection hole covers (2) on the dust cover (1) with $\frac{1}{8}$ x 3/16-inch roundhead rivets (3).

(19) Reinstall the hydraulic cylinder boss grommet (36) and the upper adjusting screw adjustment hole plates (38) in the dust plate cover (1).

(20) To install the reassembled brake assembly on the airplane, follow the procedure outlined in paragraph 4. *a.* (13), this section.

**Note**

References made to right- and left-hand brake assemblies in paragraph 4. *a.* (13) may be disregarded in the case of Duo Servo brakes, as the Duo Servo brakes are interchangeable and may be installed on either the right- or left-hand landing gear axles.

*c.* DUO SERVO BRAKES (14 x 4-INCH). (*See figure 14.*)

Except for index number symbol identification, the reassembly procedure is identical to that outlined in paragraph 4. *b.,* this section.

Case: MDL No. 875 Document 6663-1 Filed 01/28/11 Page 15 of 15
Case 3:11-cv-00067-JSW Document 67-2 Filed 07/24/11 Page 30 of 46

Section VII
Paragraphs 1-2

RESTRICTED
AN 03-25C-10

# SECTION VII
# TEST PROCEDURE

## 1. GENERAL.

All depots concerned with overhaul of brakes will conduct both the high- and low-pressure tests as prescribed herein after completion of brake overhaul. All normal bench tests, such as checking the spread across the shoes, torsional deflection of the shoes and the fixtures required for making the checks are outlined under section V.

## 2. HIGH-PRESSURE TEST.

*a.* After brake has been assembled and prior to installing the dust cover or securing the dust boot to the brake anchor caps, place the brake assembly in a brake drum of the corresponding size. It will be necessary only to adjust the brake sufficiently to permit the brake assembly to enter the drum.

*b.* Using the applicable hydraulic fluid for the brakes (see table, paragraph 4, this section), apply a controlled fluid pressure of 1000 pounds per square inch through the hydraulic-line connection. The pressure will be maintained for 10 minutes to determine any leakage at high-pressure. A drop-off of pressure of 5 pounds per square inch is permissible during the high-pressure test if no leakage is evident.

## 3. LOW-PRESSURE TEST.

With the brake assembly in place in the brake drum apply a fluid pressure of 5 pounds per square inch. This pressure will be maintained 10 minutes to determine any leakage at low-pressure.

### Note

Should any overhauled unit fail to pass the above outlined tests, the brake should be disassembled, the parts determined to be at fault replaced with like serviceable parts and the above tests repeated.

## 4. APPLICABLE HYDRAULIC FLUIDS.

*a.* Care should be exercised to insure the proper hydraulic fluid is used for the above outlined tests, since the use of the wrong fluid will swell the piston cups and render the brake unserviceable at a later date. The substitution of oil preservative Specification No. 3605 for hydraulic fluid Specification No. AN-VV-O-366, is recommended and should be used for test purposes whenever possible in lieu of AN-VV-O-366.

*b.* The following list gives the brake model number, the size of the brake, and the applicable hydraulic fluid for use in the brake.

| Brake Model | Size | Hydraulic Fluid Specification |
|---|---|---|
| 57863-4 | 10 x 1½ | AN-VV-O-366 |
| 51582-3 | 10 x 1½ | 3586 |
| 57270 | 11 x 2½ | AN-VV-O-366 |
| 55941 | 13 x 2½ | 3586 |
| 55941 MS or AS | 13 x 2½ | AN-VV-O-366 |
| 57498 | 13 x 2½ | AN-VV-O-366 |
| 59799 | 13 x 2½ | AN-VV-O-366 |
| 57584 | 14 x 3 | AN-VV-O-366 |
| 57495 MS or AS | 14 x 4 | AN-VV-O-366 |
| 57495 | 14 x 4 | AN-VV-O-366 |