Exhibit G, Part 23 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits

# PARTS CATALOG

## SECTION VIII

## INTRODUCTION

1. This Parts Catalog comprises Group Assembly Parts Lists, a Numerical Parts List, and illustrations in exploded form pertaining to the Bendix Hydraulically Operated Single Servo and Duo Servo Shoe-type Airplane Brakes, manufactured by the Bendix Products Division, Bendix Aviation Corporation, South Bend, Indiana.

2. The Group Assembly Parts Lists, Section IX, list the major assemblies divided into minor assemblies and detail parts which make up the final assemblies. The system of breakdown is arranged and indented in an order which indicates the relation of assemblies, subassemblies and detail to the main assemblies.

3. In the Numerical Parts List, Section X, each item drawing number, numerically arranged, refers to a Group Assembly List page number on which a description of that item is given.

4. Part numbers marked with one asterisk (*) are those parts which are procurable only in assemblies. Part numbers marked with two asterisks (**) indicate a brake assembly which is identical to another brake assembly. Both part numbers are shown in a note at the bottom of the page where the symbol is used.

5. The following list gives the brake model number, the size of the brake, and the type airplane on which the respective brake is fitted:

| Brake Model | Size, Inches | Airplane |
|---|---|---|
| 57498 | 13x2½ | A-24 |
| 55941 | 13x2½ | AT-7 |
| 55941MS or AS | 13x2½ | AT-7 |
| 57270 | 11x2½ | AT-10 |
| 55941 | 13x2½ | AT-11 |
| 55941MS or AS | 13x2½ | AT-11 |
| 57584 | 14x3 | C-47 |
| 57584 | 14x3 | C-53 |
| 51582-3 | 10x1½ | PT-27 |
| 55941MS or AS | 13x2½ | UC-45 |
| 55941 | 13x2½ | UC-45 |
| 57495 | 14x4 | P-47 |
| 57495MS or AS | 14x4 | P-47 |
| 55941 | 13x2½ | P-48 |
| 51582-3 | 10x1½ | PT-13, 13A, 13B |
| 57863-4 | 10x1½ | PT-13D |
| 51582-3 | 10x1½ | PT-17 |
| 51582-3 | 10x1½ | PT-18 |



Figure 12—Hydraulically Operated Single Servo Brake (10 x 1½-inch), Exploded View

Ex.: 11; Pg.: 297

**RESTRICTED**
AN 03-25C-10
SECTION IX - GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | STOCKED | GROUP WHEELS AND BRAKES<br>MAJOR ASSEMBLY 10 x 1-1/2 AIRPLANE BRAKE (SINGLE SERVO)<br>PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 57863-4 | Brake Assembly - Airplane 10 x 1-1/2 | | | | | | | 1 | | | |
| | | | 57863 | Brake Assembly - LH | | | | | | | 1 | | | |
| | | | 57864 | Brake Assembly - RH | | | | | | | 1 | | | |
| | | | 51589 | Plate Assembly - Dust Cover - LH | | | | | | | 1 | | | |
| | | | 51590 | Plate Assembly - Dust Cover - RH | | | | | | | 1 | | | |
| 12 | 1 | | 51591 | Plate - Dust cover LH | | | | | | | 1 | | | |
| | 1 | | 51592 | Plate - Dust cover RH | | | | | | | 1 | | | |
| | 2 | | 12955 | Cover - Inspection hole | | | | | | | 6 | | | |
| | 3 | | 113S1 | Rivet - Rd hd insp hole cover 1/8 x 3/16 | | | | | | | 6 | | | |
| | 4 | | 51611 | Spider Assembly - Torque - LH | | | | | | | 1 | | | |
| | 4 | | 51612 | Spider Assembly - Torque - RH | | | | | | | 1 | | | |
| | | | *51580 | Spider - Torque - LH | | | | | | | 1 | | | |
| | | | *51581 | Spider - Torque - RH | | | | | | | 1 | | | |
| | | | *51610 | Sleeve - Cylinder | | | | | | | 2 | | | |
| | 5 | | 56817 | Pin - Anchor | | | | | | | 2 | | | |
| | 6 | | 56818 | Washer "C" | | | | | | | 2 | | | |
| | | | *51722 | Bees Wax - Torque spider and cylinder sleeve sealing | | | | | | | AR | | | |
| | | | 51587 | Shoe and Lining Assembly - Primary | | | | | | | 2 | | | |
| | 7 | | 51817 | Shoe and Connecting Link Assembly - Primary | | | | | | | 2 | | | |
| | | | *58867 | Shoe - Primary | | | | | | | 2 | | | |
| | | | *51585 | Link - Cylinder connecting | | | | | | | 2 | | | |
| | | | *113S111 | Rivet - Rd hd steel conn link 5/16 x 1 | | | | | | | 2 | | | |
| | 8 | | 59841 | Lining - Primary shoe | | | | | | | 2 | | | |
| | 9 | | 70S4 | Rivet - Tubular brass lining | | | | | | | 20 | | | |
| | | | 51593 | Shoe and Lining Assembly - Secondary | | | | | | | 2 | | | |
| | 10 | | 58874 | Shoe - Secondary | | | | | | | 2 | | | |
| | 11 | | 59838 | Lining - Secondary | | | | | | | 2 | | | |
| | 9 | | 70S4 | Rivet - Tubular brass lining | | | | | | | 28 | | | |
| | 12 | | 50067 | Eccentric Assembly | | | | | | | 2 | | | |
| | | | *50068 | Eccentric | | | | | | | 2 | | | |
| | | | *50892 | Washer - Eccentric | | | | | | | 2 | | | |
| | | | 50151 | Screw Assembly - Bleeder | | | | | | | 2 | | | |
| | 13 | | 50152 | Screw - Bleeder | | | | | | | 2 | | | |
| | 14 | | 50168 | Screw - Rd hd bleeder | | | | | | | 2 | | | |
| | 15 | | 125S24 | Washer - Lock No. 10 | | | | | | | 2 | | | |
| | | | 59160 | Piston and Cup Assembly | | | | | | | 2 | | | |
| | 16 | | 57763 | Cup - Piston | | | | | | | 2 | | | |
| | 17 | | 56497 | Piston | | | | | | | 2 | | | |
| | 18 | | 50453 | Adapter - Bleeder screw | | | | | | | 2 | | | |
| | 19 | | 174S10 | Gasket - Bleeder screw adapter | | | | | | | 2 | | | |
| | 20 | | 59355 | Plug - Plastic shipping 1/2-20 | | | | | | | 2 | | | |
| | 22 | | 50104 | Spring - Primary to secondary shoe | | | | | | | 2 | | | |
| | 23 | | 50551 | Spring - Secondary shoe | | | | | | | 2 | | | |
| | 24 | | 50069 | Nut - Pivot LH | | | | | | | 2 | | | |
| | 25 | | 50070 | Nut - Pivot RH | | | | | | | 2 | | | |
| | 26 | | 21182 | Screw - Adjusting | | | | | | | 2 | | | |
| | 27 | | 50893 | Spring - Adjusting screw | | | | | | | 2 | | | |
| | 28 | | 50891 | Pin - Shoe hold down spring | | | | | | | 4 | | | |
| | 29 | | 28354 | Spring - Shoe hold down pin | | | | | | | 4 | | | |
| | 30 | | 50889 | Cup - Shoe hold down spring | | | | | | | 4 | | | |
| | 31 | | 50890 | Cup - Shoe hold down spring centralizing | | | | | | | 8 | | | |
| | 32 | | 115S7 | Nut - Hex eccentric 3/8-24 | | | | | | | 2 | | | |
| | 33 | | 114S9 | Washer - Eccentric | | | | | | | 2 | | | |
| | 21 | | 57862 | Boot - Cylinder | | | | | | | 2 | | | |
| | 34 | | 112S48 | Pin - SAE-Pivot nut cotter 3/32 x 7/8 | | | | | | | 2 | | | |
| | | | 27667 | Name Plate - Decalcomania | | | | | | | 2 | | | |
| | | | 57419 | Decalcomania | | | | | | | 2 | | | |

* Procurable only in assembly

Ex.: 11; Pg.: 298

RESTRICTED

## AN 03-25C-10

### SECTION IX – GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | S T O C K E D | GROUP WHEELS AND BRAKES | | | | | | | UNITS PER ASSY | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY 10 x 1-1/2 AIRPLANE BRAKE (SINGLE SERVO) | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | | | |
| | | | 51582-3 | Brake Assembly – Airplane 10 x 1-1/2 | | | | | | 1 | | | |
| | | | 51582 | | Brake Assembly LH | | | | | 1 | | | |
| | | | 51583 | | Brake Assembly RH | | | | | 1 | | | |
| | | | 51589 | | | Plate Assembly – Dust Cover LH | | | | 1 | | | |
| | | | 51590 | | | Plate Assembly – Dust Cover RH | | | | 1 | | | |
| 12 | 1 | | 51591 | | | | Plate – Dust Cover LH | | | 1 | | | |
| | 1 | | 51592 | | | | Plate – Dust Cover RH | | | 1 | | | |
| | 2 | | 12955 | | | Cover – Inspection hole | | | | 6 | | | |
| | 3 | | 113S1 | | | Rivet – Rd hd insp hole cover 1/8 x 3/16 | | | | 6 | | | |
| | 4 | | 51611 | | | Spider Assembly – Torque LH | | | | 1 | | | |
| | 4 | | 51612 | | | Spider Assembly – Torque RH | | | | 1 | | | |
| | | | *51580 | | | | Spider – Torque – LH | | | 1 | | | |
| | | | *51581 | | | | Spider – Torque – RH | | | 1 | | | |
| | | | *51610 | | | | Sleeve – Cylinder | | | 2 | | | |
| | 5 | | 56817 | | | Pin – Anchor | | | | 2 | | | |
| | 6 | | 56818 | | | Washer "C" | | | | 2 | | | |
| | | | 51722 | | | Beeswax – Torque | | | | AR | | | |
| | | | 51587 | | | Shoe and Lining Assembly – Primary | | | | 2 | | | |
| | 7 | | 51817 | | | Shoe and Connecting Link Assembly – Primary | | | | 2 | | | |
| | | | *58867 | | | | Shoe – Primary | | | 2 | | | |
| | | | *51585 | | | | Link – Cylinder connecting | | | 2 | | | |
| | | | *113S111 | | | | Rivet – Rd hd steel conn link 5/16 | | | 2 | | | |
| | 8 | | 59S41 | | | | Lining – Primary | | | 2 | | | |
| | 9 | | 70S4 | | | | Rivet – Tubular brass lining | | | 20 | | | |
| | | | 51593 | | | Shoe and Lining Assembly – Secondary | | | | 2 | | | |
| | 10 | | 58874 | | | | Shoe – Secondary | | | 2 | | | |
| | 11 | | 59838 | | | | Lining – Secondary | | | 2 | | | |
| | 9 | | 70S4 | | | | Rivet – Tubular brass lining | | | 28 | | | |
| | 12 | | 50067 | | | Eccentric Assembly | | | | 2 | | | |
| | | | *50068 | | | | Eccentric | | | 2 | | | |
| | | | *50892 | | | | Washer – Eccentric | | | 2 | | | |
| | | | 50151 | | | Screw Assembly – Bleeder | | | | 2 | | | |
| | 13 | | 50152 | | | | Screw – Bleeder | | | 2 | | | |
| | 14 | | 50168 | | | Screw – Rd hd bleeder | | | | 2 | | | |
| | 15 | | 901004K1 | | | Washer – Lock No. 10 | | | | 2 | | | |
| | | | 59172 | | | Piston and Cup Assembly | | | | 2 | | | |
| | 16 | | 51588 | | | | Cup – Cylinder | | | 2 | | | |
| | 17 | | 56497 | | | | Piston – Cylinder | | | 2 | | | |
| | 18 | | 50453 | | | Adapter – Bleeder screw | | | | 2 | | | |
| | 19 | | 174S10 | | | Gasket – Bleeder screw adapter | | | | 2 | | | |
| | 20 | | 59355 | | | Plug – Plastic shipping 1/2-20 | | | | 2 | | | |
| | 21 | | 50158 | | | Boot – Cylinder | | | | 2 | | | |
| | 22 | | 50104 | | | Spring – Primary to secondary shoe | | | | 2 | | | |
| | 23 | | 50551 | | | Spring – Secondary shoe | | | | 2 | | | |
| | 24 | | 50069 | | | Nut – Pivot LH | | | | 2 | | | |
| | 25 | | 50070 | | | Nut – Pivot RH | | | | 2 | | | |
| | 26 | | 21182 | | | Screw – Adjusting | | | | 2 | | | |
| | 27 | | 50893 | | | Spring – Adjusting screw | | | | 2 | | | |
| | 28 | | 50891 | | | Pin – Shoe hold down spring | | | | 4 | | | |
| | 29 | | 28354 | | | Spring – Shoe hold down pin | | | | 4 | | | |
| | 30 | | 50889 | | | Cup – Shoe hold down spring | | | | 4 | | | |
| | 31 | | 50890 | | | Cup – Shoe hold down spring centralizing | | | | 8 | | | |
| | 32 | | 115S7 | | | Nut – Hex eccentric 3/8-24 | | | | 2 | | | |
| | 33 | | 114S9 | | | Washer – Eccentric | | | | 2 | | | |
| | 34 | | 112S48 | | | Pin – Pivot nut cotter SAE 3/32 x 7/8 | | | | 2 | | | |
| | | | 27667 | | | Name Plate – Decalcomania | | | | 2 | | | |
| | | | 57518 | | | Decalcomania | | | | 2 | | | |

* Procurable only in assembly

28

RESTRICTED

**RESTRICTED**

**AN 03-25C-10**

SECTION IX - GROUP ASSEMBLY PARTS LISTS

GROUP  WHEELS AND BRAKES

MAJOR ASSEMBLY  11 x 2-1/2 DUO SERVO AIRPLANE BRAKE

| FIG. NO. | INDEX NO. | PART NUMBER | NOMENCLATURE | UNITS PER ASSY | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|
| | | 57270 | Brake Assembly - 11 x 2-1/2 Duo servo airplane (use with 27" S.C. wheels #57000 & 58224) | 1 | | | |
| 13 | 21 | 59546 | Assembly Torque Spider | 1 | | | |
| | | *59545 | Spider - Torque | 1 | | | |
| | | *56216 | Bracket - Shoe support | 2 | | | |
| | | *66S23 | Rivet - Round head aluminum 1/4 x 3/4 | 4 | | | |
| | | 57280 | Plate Assembly - Dust Cover | 1 | | | |
| | 2 | 12955 | Cover - Inspection hole | 9 | | | |
| | 1 | 57710 | Cover and Spacer Assembly - Dust | 1 | | | |
| | | *57281 | Cover - Dust | 1 | | | |
| | | *57284 | Spacer | 1 | | | |
| | 3 | 113S1 | Rivet - Round hd 1/8 x 3/16 | 9 | | | |
| | | 58711 | Shoe and Lining Assembly | 2 | | | |
| | 4 | 59544 | Shoe - Brake | 2 | | | |
| | 5 | 59995 | Lining - Shoe | 2 | | | |
| | 6 | 70S5 | Rivet - Brass tubular lining | 24 | | | |
| | 7 | 59274 | Spring - Shoe adjusting screw | 2 | | | |
| | 8 | 56048 | Screw - Fillister head 10-24 x 5/16 | 4 | | | |
| | | 55458 | Wire - Lock brass 18 (.040) x 4 | 2 | | | |
| | | 59467 | Screw - Brake shoe return spring terminal | 2 | | | |
| | | 901085 | Washer - Lock No. 10 Int. tooth shakeproof | 2 | | | |
| | | 56267 | Screw Assembly - Upper Adjusting | 2 | | | |
| | 9 | 56268 | Screw - Upper adjusting | 2 | | | |
| | 10 | 56269 | Spring - Adjusting screw relief | 2 | | | |
| | 11 | 56270 | Pin - Spring plunger | 2 | | | |
| | | 114S2 | Washer | 2 | | | |
| | | 56271 | Pin - Lock | 2 | | | |
| | | 57273 | Piston Assembly | 2 | | | |
| | 16 | 57279 | Piston and Babbitt Assembly | 2 | | | |
| | | *57276 | Piston | 2 | | | |
| | 14 | 57274 | Cup - Piston | 2 | | | |
| | 15 | 57272 | Washer - Piston cup retaining | 2 | | | |
| | 13 | 112S47 | Pin - Cotter 3/32 x 3/4 | 2 | | | |
| | 17 | 175S12 | Nut - Shear 3/8 x 24 NF 3 | 2 | | | |
| | | 50151 | Screw Assembly - Bleeder | 1 | | | |
| | 18 | 50152 | Screw - Bleeder | 1 | | | |
| | 19 | 50168 | Screw - Round head dust 10-32 | 1 | | | |
| | 20 | 125S24 | Washer - Lock No. 10 bleeder screw | 1 | | | |
| | 22 | 57271 | Cap - Shoe anchor | 2 | | | |
| | 34 | 55980 | Adapter - Bleeder screw | 1 | | | |
| | 35 | 174S19 | Gasket - Bleeder screw adapter-copper | 1 | | | |
| | 31 | 50893 | Spring - Lower adjusting screw | 1 | | | |
| | 32 | 50069 | Nut - Pivot L H | 1 | | | |
| | 33 | 50070 | Nut - Pivot R H | 1 | | | |
| | 30 | 21182 | Screw - Lower adjusting | 1 | | | |
| | 23 | 59456 | Spring - Shoe return | 2 | | | |
| | 29 | 56335 | Pin - Shoe hold down spring | 2 | | | |
| | 26 | 23960 | Spring - Shoe hold down | 2 | | | |
| | 27 | 56351 | Cup - Shoe hold down spring centralizing | 4 | | | |
| | 24 | 57245 | Spring - Brake shoe pull down | 2 | | | |
| | 36 | 56082 | Grommet - Hyd. cylinder boss | 1 | | | |
| | | 112S48 | Pin - Pivot nut cotter 3/32 x 7/8 | 1 | | | |
| | | 59355 | Plug - Plastic 1/2-20 shipping | 1 | | | |
| | | 7626 | Decalcomania | 1 | | | |
| | | 112S45 | Pin - Cotter shoe hold down 3/32 x 1/2 | 2 | | | |
| | | 57419 | Decalcomania | 1 | | | |

*Procurable only in assembly

Ex.: 11; Pg.: 300

Section IX
Group Assembly Parts List

RESTRICTED
AN 03-25C-10



Figure 13—Hydraulically Operated Duo Servo Brake (14 x 3-inch), Exploded View

Ex.: 11; Pg.: 301

**RESTRICTED**

**AN 03-25C-10**

SECTION IX - GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | STOCKED | GROUP WHEELS AND BRAKES — MAJOR ASSEMBLY 13 x 2-1/2 DUO SERVO AIRPLANE BRAKE — PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **55941-AS or MS | | | | | | | Brake Assembly - 13 x 2-1/2 Duo servo airplane (use with AN-VV-O-366 fluid) | 1 | | | |
| 13 | 21 | | 55997 | | | | | | | Torque Spider Assembly | 1 | | | |
| | | | *55945 | | | | | | | Spider - Torque | 1 | | | |
| | | | *55979 | | | | | | | Plate - Brake shoe guide | 2 | | | |
| | | | *904546K1 | | | | | | | Rivet - Round head | 6 | | | |
| | | | 59159 | | | | | | | Piston and Cup Assembly | 2 | | | |
| | 14 | | 59002 | | | | | | | Cup - Piston | 2 | | | |
| | 16 | | 58707 | | | | | | | Piston and Sleeve Assembly | 2 | | | |
| | | | *56614 | | | | | | | Piston | 2 | | | |
| | | | *56615 | | | | | | | Sleeve | 2 | | | |
| | 22 | | 56360 | | | | | | | Cap - Anchor | 2 | | | |
| | 39 | | 59119 | | | | | | | Boot - Cylinder | 1 | | | |
| | 40 | | 59259 | | | | | | | Wire - Lock | 2 | | | |
| | | | 56349 | | | | | | | Shoe and Lining Assembly | 2 | | | |
| | 4 | | 56350 | | | | | | | Shoe | 2 | | | |
| | 5 | | 59643 | | | | | | | Lining | 2 | | | |
| | 6 | | 70S7 | | | | | | | Rivet - Tubular brass lining | 28 | | | |
| | | | 56348 | | | | | | | Upper Adjusting Screw Assembly | 2 | | | |
| | 9 | | 56254 | | | | | | | Screw - Upper adjusting | 2 | | | |
| | 10 | | 56256 | | | | | | | Spring - Adj screw relief | 2 | | | |
| | 11 | | 56255 | | | | | | | Pin - Relief spring plunger | 2 | | | |
| | 12 | | 172S5 | | | | | | | Nut - Elastic stop | 2 | | | |
| | 7 | | 56272 | | | | | | | Spring - Adjusting locking | 2 | | | |
| | 8 | | 56048 | | | | | | | Screw - Adjusting spring | 4 | | | |
| | | | 55458 | | | | | | | Wire - Lock | 2 | | | |
| | 32 | | 50236 | | | | | | | Nut - Pivot LH | 1 | | | |
| | 33 | | 50237 | | | | | | | Nut - Pivot RH | 1 | | | |
| | 30 | | 50949 | | | | | | | Screw - Lower adjusting | 1 | | | |
| | 23 | | 56331 | | | | | | | Spring - Shoe return | 1 | | | |
| | 29 | | 56335 | | | | | | | Pin - Shoe hold down spring | 2 | | | |
| | 27 | | 56351 | | | | | | | Cup - Shoe hold down spring | 4 | | | |
| | 26 | | 23960 | | | | | | | Spring - Shoe hold down | 2 | | | |
| | | | AN380-3-2 | | | | | | | Pin - Cotter (shoe hold down pin) (901219K1) | 2 | | | |
| | | | 901222K1 | | | | | | | Pin - Cotter (adjusting screw spring) | 1 | | | |
| | 31 | | 50893 | | | | | | | Spring - Adj screw | 1 | | | |
| | 24 | | 50525 | | | | | | | Spring - Shoe pull down | 2 | | | |
| | 35 | | 174S19 | | | | | | | Gasket - Copper (bleeder screw adapter) | 1 | | | |
| | 34 | | 55980 | | | | | | | Adapter - Bleeder screw | 1 | | | |
| | | | 50151 | | | | | | | Bleeder Screw Assembly | 1 | | | |
| | 18 | | 50152 | | | | | | | Screw - Bleeder | 1 | | | |
| | 19 | | 50168 | | | | | | | Screw - Round head dust (bleeder screw) | 1 | | | |
| | 20 | | AN935-10 | | | | | | | Washer - Lock (901004K1) | 1 | | | |
| | | | 55981 | | | | | | | Cover Assembly - Dust | 1 | | | |
| | 1 | | 55995 | | | | | | | Cover - Dust | 1 | | | |
| | 2 | | 12955 | | | | | | | Cover - Inspection hole | 6 | | | |
| | 3 | | 904494K1 | | | | | | | Rivet - Round head (inspection hole cover) | 6 | | | |
| | 36 | | 56002 | | | | | | | Grommet - Hyd cylinder boss | 1 | | | |
| | | | 59355 | | | | | | | Plug - Plastic shipping 1/2-20 | 1 | | | |
| | 38 | | 57618 | | | | | | | Grommet | 2 | | | |
| | | | 7626 | | | | | | | Decalcomania - Name plate | 1 | | | |
| | | | 59485 | | | | | | | Decalcomania - Fluid | 1 | | | |

\* Procurable only in assembly
\*\* This Brake Assembly part No. 55941-AS is the AAF ordering number and is the same Brake Assembly as part No. 59799

**RESTRICTED**

31

Ex.: 11; Pg.: 302

RESTRICTED

AN 03-25C-10

SECTION IX – GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | STOCKED | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | GROUP  WHEELS AND BRAKES | | | | | | | MAJOR ASSEMBLY  13 x 2-1/2 DUO SERVO AIRPLANE BRAKE | | PROPERTY CLASSIFICATION | | |
| | | | 55941 | | | | | | | Brake Assembly – 13 x 2-1/2 Duo servo | 1 | | | |
| | | | 55981 | | | | | | | Cover Assembly | 1 | | | |
| 13 | 1 | | 55995 | | | | | | | Cover – Dust | 1 | | | |
| | 2 | | 12955 | | | | | | | Cover – Inspection hole | 6 | | | |
| | 3 | | 113S1 | | | | | | | Rivet – Rd hd insp hole cover 1/8 x 3/16 | 6 | | | |
| | 21 | | 55997 | | | | | | | Spider Assembly – Torque | 1 | | | |
| | | | *55945 | | | | | | | Spider – Torque | 1 | | | |
| | | | *55979 | | | | | | | Plate – Brake shoe guide | 2 | | | |
| | | | *113S46 | | | | | | | Rivet – Rd hd solid steel 3/16 x 15/16 | 6 | | | |
| | | | 56349 | | | | | | | Shoe and Lining Assembly | 2 | | | |
| | 4 | | 56350 | | | | | | | Shoe | 2 | | | |
| | 5 | | 59843 | | | | | | | Lining | 2 | | | |
| | 6 | | 70S7 | | | | | | | Rivet – Tubular brass lining, 3/16 x 1/2 | 28 | | | |
| | | | 56348 | | | | | | | Screw Assembly – Upper Adjusting | 2 | | | |
| | 9 | | 56254 | | | | | | | Screw – Upper adjusting | 2 | | | |
| | 10 | | 56256 | | | | | | | Spring – Adj screw relief | 2 | | | |
| | 11 | | 56255 | | | | | | | Pin – Relief spring plunger | 2 | | | |
| | 12 | | 172S5 | | | | | | | Nut – Elastic stop plunger 10-32 | 2 | | | |
| | 7 | | 56272 | | | | | | | Spring – Adj nut locking | 2 | | | |
| | 8 | | 56048 | | | | | | | Screw – Fil hd adj spring 10-24 x 5/16 | 4 | | | |
| | | | 55458 | | | | | | | Wire – Lock .040 x 4 | 2 | | | |
| | | | 50151 | | | | | | | Bleeder Assembly | 1 | | | |
| | 18 | | 50152 | | | | | | | Screw – Bleeder | 1 | | | |
| | 19 | | 50168 | | | | | | | Screw – Rd hd dust 10-32 | 1 | | | |
| | 20 | | 901004K1 | | | | | | | Washer – Lock No. 10 | 1 | | | |
| | | | 59107 | | | | | | | Piston and Cup Assembly | 2 | | | |
| | 14 | | 50686 | | | | | | | Cup – Piston | 2 | | | |
| | 16 | | 58209 | | | | | | | Piston and Sleeve Assembly | 2 | | | |
| | | | *58210 | | | | | | | Piston | 2 | | | |
| | | | *58211 | | | | | | | Sleeve – Piston (Micarta) | 2 | | | |
| | 22 | | 56360 | | | | | | | Cap – Anchor | 2 | | | |
| | 34 | | 55980 | | | | | | | Adapter – Bleeder screw | 1 | | | |
| | 35 | | 174S19 | | | | | | | Gasket – Bleeder adapter copper | 1 | | | |
| | 31 | | 50893 | | | | | | | Spring – Adj screw | 1 | | | |
| | 23 | | 56331 | | | | | | | Spring – Shoe return | 1 | | | |
| | 24 | | 50525 | | | | | | | Spring – Shoe pull down | 2 | | | |
| | 26 | | 23960 | | | | | | | Spring – Shoe hold down | 2 | | | |
| | 27 | | 56351 | | | | | | | Cup – Hold down spring | 4 | | | |
| | 29 | | 56335 | | | | | | | Pin – Hold down spring | 2 | | | |
| | 32 | | 50236 | | | | | | | Nut – Pivot L H | 1 | | | |
| | 33 | | -50237 | | | | | | | Nut – Pivot R H | 1 | | | |
| | 30 | | 50949 | | | | | | | Screw – Lower adjusting | 1 | | | |
| | 36 | | 56002 | | | | | | | Grommet – Hydraulic cyl boss | 1 | | | |
| | | | 59355 | | | | | | | Plug – Plastic 1/2-20 | 1 | | | |
| | | | 7626 | | | | | | | Decalcomania | 1 | | | |
| | | | 112S48 | | | | | | | Pin – Cotter, adj screw spring 3/32 x 7/8 | 1 | | | |
| | | | 112S45 | | | | | | | Pin – Cotter, hold down pin 3/32 x 1/2 | 2 | | | |
| | | | 57518 | | | | | | | Decalcomania | 1 | | | |
| | 38 | | 57618 | | | | | | | Grommet | 2 | | | |
| | 39 | | 59119 | | | | | | | Boot – Cylinder | 1 | | | |
| | | | 59259 | | | | | | | Wire – Lock | 2 | | | |

* Procurable only in assembly.

32

RESTRICTED

Ex.: 11; Pg.: 303

RESTRICTED

AN 03-25C-10

SECTION IX — GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | S T O C K E D | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | GROUP — WHEELS AND BRAKES | | | | | | | | | | | |
| | | | MAJOR ASSEMBLY — 13 x 2-1/2 DUO SERVO AIRPLANE BRAKE | | | | | | | | | | | |
| | | | 57498 | | | | | | | Brake Assembly – 13 x 2-1/2 Duo servo airplane (use with 30 x 7 wheel 57499) | 1 | | | |
| 13 | 21 | | 57523 | | | | | | | Spider Assembly – Torque | 1 | | | |
| | | | *57521 | | | | | | | Spider – Torque | 1 | | | |
| | | | *55979 | | | | | | | Bracket – Shoe support | 2 | | | |
| | | | *113S46 | | | | | | | Rivet – Rd hd solid steel 3/16 x 5/16 | 6 | | | |
| | | | 57522 | | | | | | | Cover Assembly – Brake Dust | 1 | | | |
| | 2 | | 12955 | | | | | | | Cover – Brake insp hole | 7 | | | |
| | | | 57671 | | | | | | | Cover and Spacer Assembly – Brake dust | 1 | | | |
| | 1 | | *56005 | | | | | | | Cover – Brake Dust | 1 | | | |
| | | | *57524 | | | | | | | Spacer – Brake dust cover | 1 | | | |
| | 3 | | 113S1 | | | | | | | Rivet – Rd hd brake insp hole 1/8 x 3/16 | 7 | | | |
| | | | 56349 | | | | | | | Shoe and Lining Assembly | 2 | | | |
| | 4 | | 56350 | | | | | | | Shoe – Brake | 2 | | | |
| | 5 | | 59843 | | | | | | | Lining – Shoe | 2 | | | |
| | 6 | | 70S7 | | | | | | | Rivet – Tubular brass lining 3/16 x 1/2 | 28 | | | |
| | | | 56348 | | | | | | | Screw – Assembly – Upper Adjusting | 2 | | | |
| | 9 | | 56254 | | | | | | | Screw – Upper adjusting | 2 | | | |
| | 10 | | 56256 | | | | | | | Spring – Adjusting screw relief | 2 | | | |
| | 11 | | 56255 | | | | | | | Pin – Relief spring plunger | 2 | | | |
| | 12 | | 172S5 | | | | | | | Nut – Elastic stop 10-32 | 2 | | | |
| | 7 | | 56272 | | | | | | | Spring – Adjusting locking | 2 | | | |
| | 8 | | 56048 | | | | | | | Screw – Fill hd adj spring 10-24 x 6/16 | 4 | | | |
| | | | 55458 | | | | | | | Wire – Lock .040 x 4 | 2 | | | |
| | | | 55421 | | | | | | | Screw Assembly – Bleeder | 1 | | | |
| | 18 | | 52862 | | | | | | | Screw – Bleeder | 1 | | | |
| | 19 | | 55422 | | | | | | | Screw – Fil hd slotted and drilled 10-32 x 3/8 | 1 | | | |
| | 20 | | 901004K1 | | | | | | | Washer – Lock No. 10 bleeder screw | 1 | | | |
| | | | 59159 | | | | | | | Piston and Cup Assembly | 2 | | | |
| | 14 | | 59002 | | | | | | | Cup – Piston | 2 | | | |
| | 16 | | 58707 | | | | | | | Piston and Sleeve Assembly | 2 | | | |
| | | | *56614 | | | | | | | Piston | 2 | | | |
| | | | *56615 | | | | | | | Sleeve | 2 | | | |
| | | | 57419 | | | | | | | Decalcomania – Fluid identification | 1 | | | |
| | 22 | | 56360 | | | | | | | Cap – Anchor | 2 | | | |
| | 34 | | 55980 | | | | | | | Adapter – Bleeder screw | 1 | | | |
| | 35 | | 174S19 | | | | | | | Washer – Copper, bleeder screw adapter | 1 | | | |
| | 23 | | 56331 | | | | | | | Spring – Shoe return | 1 | | | |
| | 32 | | 50236 | | | | | | | Nut – Pivot LH | 1 | | | |
| | 33 | | 50237 | | | | | | | Nut – Pivot RH | 1 | | | |
| | 30 | | 50949 | | | | | | | Screw – Lower adjusting | 1 | | | |
| | 31 | | 50893 | | | | | | | Spring – Adjusting screw | 1 | | | |
| | 27 | | 56351 | | | | | | | Cup – Brake shoe hold down spring | 4 | | | |
| | 26 | | 23960 | | | | | | | Spring – Shoe hold down | 2 | | | |
| | 29 | | 56335 | | | | | | | Pin – Brake shoe hold down | 2 | | | |
| | 24 | | 50525 | | | | | | | Spring – Brake shoe pull down | 2 | | | |
| | 36 | | 56002 | | | | | | | Grommet – Hyd cyl boss rubber | 1 | | | |
| | | | 59354 | | | | | | | Plug – Plastic 7/16-20 shipping | 1 | | | |
| | | | 112S48 | | | | | | | Pin – Cotter adj screw spring 3/32 x 7/8 | 1 | | | |
| | | | 7626 | | | | | | | Decalcomania | 1 | | | |
| | | | 112S45 | | | | | | | Pin – Cotter hold down pin 3/32 x 1/2 | 2 | | | |
| | 38 | | 57618 | | | | | | | Grommet – Adjustment hole | 2 | | | |
| | 39 | | 59119 | | | | | | | Boot – Cylinder | 1 | | | |
| | 40 | | 59259 | | | | | | | Wire – Lock | 2 | | | |

* Procurable only in assembly

RESTRICTED

Ex.: 11; Pg.: 304

RESTRICTED

AN 03-25C-10

SECTION IX - GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | STOCKED | GROUP WHEELS AND BRAKES | | | | | | | | UNITS PER ASSY | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY 14 x 3 DUO SERVO AIRPLANE BRAKE | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | | | | |
| | | | 57584 | | | | | | | Brake Assembly - 14 x 3 Duo servo airplane (use with 17.00-16 wheel No. 57386) | 1 | | | |
| | | | 57586 | | | | | | | Plate Assembly - Dust cover | 1 | | | |
| 13 | 1 | | 56042 | | | | | | | Plate - Dust cover | 1 | | | |
| | 2 | | 12955 | | | | | | | Cover - Inspection hole | 7 | | | |
| | 3 | | 904494K1 | | | | | | | Rivet - Rd-hd steel, insp. hole cover, 1/8 x 3/16 | 7 | | | |
| | | | 56459 | | | | | | | Shoe and Lining Assembly | 2 | | | |
| | 4 | | 56040 | | | | | | | Shoe | 2 | | | |
| | 5 | | 59623 | | | | | | | Lining - Shoe | 2 | | | |
| | 6 | | 70S2 | | | | | | | Rivet - Tubular brass, 3/16 x 5/8 | 44 | | | |
| | 7 | | 56035 | | | | | | | Spring - Shoe adj. screw | 2 | | | |
| | 8 | | 56048 | | | | | | | Screw - Fil. hd. adj. shoe spring 10-24 x 5/16 | 4 | | | |
| | | | 55458 | | | | | | | Wire - Lock brass, 18 (.040) x 4 | 2 | | | |
| | | | 56253 | | | | | | | Screw Assembly - Adj | 2 | | | |
| | 9 | | 56254 | | | | | | | Screw | 2 | | | |
| | 10 | | 56256 | | | | | | | Spring | 2 | | | |
| | 11 | | 56255 | | | | | | | Pin - Spring plunger | 2 | | | |
| | 12 | | 172S5 | | | | | | | Nut - Elastic stop, plunger pin, 10-32 | 2 | | | |
| | | | 59486 | | | | | | | Piston Assembly | 2 | | | |
| | 13 | | 901224K1 | | | | | | | Cotter Pin - 3/32 x 1-1/8 | 2 | | | |
| | 14 | | 59479 | | | | | | | Cup | 2 | | | |
| | 15 | | 59483 | | | | | | | Washer - Retaining, piston cup | 2 | | | |
| | 16 | | 56376 | | | | | | | Piston | 2 | | | |
| | 17 | | 175S2 | | | | | | | Nut - Hex. shear, 1/2-20 | 2 | | | |
| | | | 57868 | | | | | | | Bleeder Screw Assembly | 1 | | | |
| | 18 | | 50152 | | | | | | | Bleeder Screw | 1 | | | |
| | 19 | | 55422 | | | | | | | Screw - Fil. hd. dust, 10-32 | 1 | | | |
| | 20 | | 901004K1 | | | | | | | Lock Washer No. 10 | 1 | | | |
| | 21 | | 57028 | | | | | | | Spider Assembly - Torque | 1 | | | |
| | | | *57085 | | | | | | | Spider - Torque | 1 | | | |
| | | | *57020 | | | | | | | Sleeve | 1 | | | |
| | | | *51722 | | | | | | | Beeswax | AR | | | |
| | 22 | | 56377 | | | | | | | Cap - Shoe anchor | 2 | | | |
| | 23 | | 56037 | | | | | | | Spring - Shoe return | 1 | | | |
| | 24 | | 51334 | | | | | | | Spring - Shoe pull down | 2 | | | |
| | 25 | | 50075 | | | | | | | Pin - Pull down spring anchor | 2 | | | |
| | 26 | | 23960 | | | | | | | Spring - Shoe hold down | 2 | | | |
| | 27 | | 50889 | | | | | | | Cup - Hold down spring, inner | 2 | | | |
| | 28 | | 50890 | | | | | | | Cup - Hold down spring, outer | 2 | | | |
| | 29 | | 50891 | | | | | | | Pin - Hold down spring | 2 | | | |
| | 30 | | 56030 | | | | | | | Screw - Shoe adj. | 1 | | | |
| | 31 | | 56317 | | | | | | | Spring - Adj. screw | 1 | | | |
| | 32 | | 56027 | | | | | | | Nut - Pivot LH | 1 | | | |
| | 33 | | 56028 | | | | | | | Nut - Pivot RH | 1 | | | |
| | 34 | | 55980 | | | | | | | Adapter - Bleeder screw | 1 | | | |
| | 35 | | 174S19 | | | | | | | Gasket - Bleeder adapter, copper | 1 | | | |
| | 36 | | 56002 | | | | | | | Grommet - Hydraulic cyl. boss | 1 | | | |
| | 37 | | 901142K1 | | | | | | | Washer - Shoe hold down spacing | 2 | | | |
| | | | 56190 | | | | | | | Instructions - Piston Assembly | AR | | | |
| | | | 7626 | | | | | | | Decalcomania | 1 | | | |
| | | | 59355 | | | | | | | Plug - Plastic 1/2-20 | 1 | | | |
| | | | 59485 | | | | | | | Decalcomania | 1 | | | |
| | 38 | | 57476 | | | | | | | Grommet - Upper adj. screw, adjustment hole | 2 | | | |
| | | | 57585 | | | | | | | Decalcomania - Identification | 1 | | | |
| | 39 | | 59466 | | | | | | | Boot - Cylinder | 1 | | | |
| | 40 | | 56143 | | | | | | | Wire - Lock | 2 | | | |
| | 41 | | 59656 | | | | | | | Cup Expander Assembly | 1 | | | |
| | | | *59571 | | | | | | | Ring - Cup expander | 2 | | | |
| | | | *59572 | | | | | | | Spring - Cup expander ring | 1 | | | |
| | | | * Procurable only in assembly | | | | | | | | | | | | |

RESTRICTED

Ex.: 11; Pg.: 305

**RESTRICTED**

## AN 03-25C-10

### SECTION IX - GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | S T O C K E D | GROUP WHEELS AND BRAKES / MAJOR ASSEMBLY 14 x 4 DUO SERVO AIRPLANE BRAKE / PART NUMBER | NOMENCLATURE | UNITS PER ASSY | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | **57495-MS or AS | Brake Assembly - 14 x 4 Duo servo airplane (use in 34 x 9 E.H.P. ldg wheel ass'y #57405) | 1 | | | |
| 14 | 5 | | 57517 | Spider Assembly | 1 | | | |
| | | | *57528 | Spider - Torque | 1 | | | |
| | | | *57493 | Bracket - Shoe support | 2 | | | |
| | | | *904541 | Rivet - Round head | 2 | | | |
| | | | *57496 | Anchor - Pull down spring | 2 | | | |
| | | | 59486 | Piston Assembly | 2 | | | |
| | 15 | | 56376 | Piston | 2 | | | |
| | 17 | | 59479 | Cup - Piston | 2 | | | |
| | 18 | | 59483 | Washer - Retaining piston cup | 2 | | | |
| | 16 | | 901224K1 | Pin - Cotter | 2 | | | |
| | 19 | | 175S2 | Nut - Hex (piston cup retaining washer) | 2 | | | |
| | 36 | | 57503 | Cap - Brake anchor | 2 | | | |
| | 39 | | 59441 | Boot - Cylinder | 1 | | | |
| | 40 | | 56143 | Wire - Lock (cyl boot) | 2 | | | |
| | 41 | | 59656 | Cup - Expander Assembly | 1 | | | |
| | | | *59572 | Spring - Cup expander ring | 1 | | | |
| | | | *59571 | Ring - Cup expander | 2 | | | |
| | | | ***57571 | Shoe and Lining Assembly | 2 | | | |
| | 6 | | 57558 | Shoe - Brake | 2 | | | |
| | 7 | | 59622 | Lining | 2 | | | |
| | 8 | | 70S2 | Rivet - Tubular brass lining | 44 | | | |
| | | | 56348 | Upper Adjusting Screw Assembly | 2 | | | |
| | 12 | | 56254 | Body - Adjusting screw | 2 | | | |
| | 11 | | 56256 | Spring - Adjusting screw relief | 2 | | | |
| | 13 | | 56255 | Pin - Spring plunger | 2 | | | |
| | 14 | | 172S5 | Nut - Elastic stop, spring plunger pin | 2 | | | |
| | 9 | | 57731 | Spring - Upper adjusting screw | 2 | | | |
| | 10 | | 56048 | Screw - Fil hd adj screw spring | 4 | | | |
| | | | 55458 | Wire - Lock adj screw spring screw | 2 | | | |
| | 33 | | 56152 | Nut - Pivot LH | 1 | | | |
| | 34 | | 56153 | Nut - Pivot RH | 1 | | | |
| | 31 | | 51090 | Screw - Shoe adjusting | 1 | | | |
| | 25 | | 57367 | Spring - Shoe return | 1 | | | |
| | 30 | | 56352 | Pin - Shoe hold down spring | 2 | | | |
| | 29 | | 50892 | Washer - Hold down spring cup | 2 | | | |
| | 28 | | 56351 | Cup - Hold down spring | 4 | | | |
| | 27 | | 56159 | Spring - Shoe hold down | 2 | | | |
| | 38 | | AN380-3-2 | Pin - Cotter hold down spring pin (901219K1) | 2 | | | |
| | | | AN380-3-3 | Pin - Cotter adjusting screw spring (901221K1) | 2 | | | |
| | 32 | | 51886 | Spring - Adjusting screw | 1 | | | |
| | 26 | | 57143 | Spring - Shoe pull down | 2 | | | |
| | 37 | | 174S28 | Gasket - Copper (bleeder screw adapter) | 1 | | | |
| | 24 | | 59269 | Adapter - Bleeder screw | 1 | | | |
| | | | 50151 | Bleeder Screw Assembly | 1 | | | |
| | 20 | | 50152 | Screw - Bleeder | 1 | | | |
| | 22 | | AN935-10 | Lockwasher (901004K1) | 1 | | | |
| | 21 | | 50168 | Screw - Round head dust | 1 | | | |
| | | | 57453 | Dust Cover Plate Assembly | 1 | | | |
| | 1 | | 57456 | Plate - Dust cover | 1 | | | |
| | 2 | | 12955 | Cover - Brake adjusting screw hole | 1 | | | |
| | 4 | | 57494 | Cover - Brake lining inspection hole | 6 | | | |
| | 3 | | 904494K1 | Rivet - Round head (hole cover) | 7 | | | |
| | 23 | | 59111 | Inspection Hole Cover Assembly | 2 | | | |
| | | | *59112 | Cover - Inspection hole | 2 | | | |
| | | | *59110 | Spring - Inspection hole cover | 2 | | | |
| | | | *59109 | Rivet - Inspection hole cover | 2 | | | |
| | 35 | | 57145 | Grommet - Bleeder screw | 1 | | | |
| | | | 59955 | Plug - Plastic 1/2-20 shipping | 1 | | | |
| | | | 7626 | Decalcomania - Name plate | 1 | | | |

**RESTRICTED**

RESTRICTED
AN 03-25C-10



*Figure 14—Hydraulically Operated Duo Servo Brake (14 x 4-inch), Exploded View*

Ex.: 11; Pg.: 307

RESTRICTED

AN 03-25C-10

SECTION IX - GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | S T O C K E D | GROUP WHEELS AND BRAKES MAJOR ASSEMBLY 14 x 4 DUO. SERVO AIRPLANE BRAKE (CONT'D) PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| 14 | 42 | | 59485 | | | | | | | Decalcomania – Fluid | 1 | | | |
| | | | AN380-3-3 | | | | | | | Pin – Lower adjusting screw spring cotter | 2 | | | |
| | | | * Procurable only in assembly | | | | | | | | | | | |
| | | | ** This Brake Assembly part No. 57495 – MS or AS is the AAF ordering number and the same Brake Assemblies as Part No. 59504 and 59661. | | | | | | | | | | | |
| | | | *** The Shoe and Lining Assembly Part Number 57571 is with magnesium shoes, the same assembly is procurable as Part Number 57449 with Aluminum Shoes. | | | | | | | | | | | |

| FIG. NO. | INDEX NO. | S T O C K E D | GROUP WHEELS AND BRAKES MAJOR ASSEMBLY 14 x 4 DUO. SERVO AIRPLANE BRAKE PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | 57495 | | | | | | | Brake Assembly – 14 x 4 Duo servo airplane (use with 34 x 9 wheel No. 57405) | 1 | | | |
| 14 | | | 57453 | | | | | | | Plate Assembly – Dust cover | 1 | | | |
| | 1 | | 57456 | | | | | | | Plate – Dust cover | 1 | | | |
| | 2 | | 12955 | | | | | | | Cover – Brake adj screw hole | 1 | | | |
| | 3 | | 57494 | | | | | | | Cover – Brake lining inspection hole | 6 | | | |
| | 4 | | 59947 | | | | | | | Rivet – Aluminum | 7 | | | |
| | 5 | | 57517 | | | | | | | Spider Assembly. | 1 | | | |
| | | | *57528 | | | | | | | Spider – Torque | 1 | | | |
| | | | *57493 | | | | | | | Bracket – Shoe support | 2 | | | |
| | | | *65S2 | | | | | | | Rivet – Solid steel, 3/16 x 5/8 L.G. | 2 | | | |
| | | | *57496 | | | | | | | Anchor – Pull down spring | 2 | | | |
| | | | 57449 | | | | | | | Shoe and Lining Assembly | 2 | | | |
| | 6 | | 57455 | | | | | | | Shoe – Brake | 2 | | | |
| | 7 | | 59622 | | | | | | | Lining | 2 | | | |
| | 8 | | 70S2 | | | | | | | Rivet – Tubular brass, 3/16 x 5/8 | 44 | | | |
| | 9 | | 57731 | | | | | | | Spring – Upper adj screw | 2 | | | |
| | 10 | | 56048 | | | | | | | Screw – Fil hd adj screw spring 10-24 x 5/16 | 4 | | | |
| | | | 55458 | | | | | | | Wire – Lock brass, 19 (.040) x 4 L.G. | 2 | | | |
| | | | 56348 | | | | | | | Screw Assembly – Upper adjusting | 2 | | | |
| | 11 | | 56256 | | | | | | | Spring – Adjusting screw relief | 2 | | | |
| | 12 | | 56254 | | | | | | | Body – Adj screw | 2 | | | |
| | 13 | | 56255 | | | | | | | Pin – Spring plunger | 2 | | | |
| | 14 | | 172S5 | | | | | | | Nut – Elastic stop, plunger pin 10-32 | 2 | | | |
| | | | 57086 | | | | | | | Piston Assembly | 2 | | | |
| | 15 | | 56376 | | | | | | | Piston | 2 | | | |
| | 16 | | 901224K1 | | | | | | | Pin – Cotter 3/32 x 1-1/8 Lg | 2 | | | |
| | 17 | | 59450 | | | | | | | Piston – Cup 2" | 2 | | | |
| | 18 | | 59483 | | | | | | | Washer – Retaining, piston cup | 2 | | | |
| | 19 | | 175S2 | | | | | | | Nut – Hex shear, 1/2-20 | 2 | | | |
| | | | 50151 | | | | | | | Bleeder Screw Assembly | 1 | | | |
| | 20 | | 50152 | | | | | | | Screw – Bleeder | 1 | | | |
| | 21 | | 50168 | | | | | | | Screw – Rd hd dust, 10-32 | 1 | | | |
| | 22 | | 901004K1 | | | | | | | Washer – Lock No. 10 | 1 | | | |
| | 23 | | 59111 | | | | | | | Inspection Hole Cover Assembly | 2 | | | |
| | | | *59109 | | | | | | | Rivet – Inspection hole cover | 2 | | | |
| | | | *59110 | | | | | | | Spring – Inspection hole cover | 2 | | | |
| | | | *59112 | | | | | | | Cover – Inspection hole | 2 | | | |
| | 24 | | 59269 | | | | | | | Adapter – Bleeder screw | 1 | | | |
| | 25 | | 57367 | | | | | | | Spring – Shoe return | 1 | | | |
| | 26 | | 57143 | | | | | | | Spring – Shoe pull down | 2 | | | |
| | 27 | | 56159 | | | | | | | Spring – Shoe hold down | 2 | | | |
| | 28 | | 56351 | | | | | | | Cup – Hold down spring | 4 | | | |

RESTRICTED

Ex.: 11; Pg.: 308

RESTRICTED

AN 03-25C-10

SECTION IX - GROUP ASSEMBLY PARTS LISTS

| FIG. NO. | INDEX NO. | STOCKED | GROUP WHEELS AND BRAKES | | | | | | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY 14 x 4 DUO SERVO AIRPLANE BRAKE (CONT'D) | | | | | | UNITS PER ASSY | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | PART NUMBER / 1 / 2 / 3 / 4 / 5 / 6 / NOMENCLATURE | | | | | | | | | |
| 14 | 29 | | 50892 | Washer – Hold down spring cup | | | | | 2 | | | |
| | 30 | | 56352 | Pin – Hold down spring | | | | | 2 | | | |
| | 31 | | 51090 | Screw – Shoe adjusting | | | | | 1 | | | |
| | 32 | | 51886 | Spring – Adjusting screw | | | | | 1 | | | |
| | 33 | | 56152 | Nut – Pivot L H | | | | | 1 | | | |
| | 34 | | 56153 | Nut – Pivot R H | | | | | 1 | | | |
| | | | 59355 | Plug – Plastic 1/2-20 | | | | | 2 | | | |
| | 35 | | 57145 | Grommet – Bleeder screw | | | | | 1 | | | |
| | | | 7626 | Decalcomania | | | | | 1 | | | |
| | 36 | | 57593 | Cap – Brake anchor | | | | | 2 | | | |
| | 37 | | 174S28 | Gasket – Bleeder adapter | | | | | 1 | | | |
| | 38 | | 901219K1 | Pin – Hold down spring, pin cotter | | | | | 2 | | | |
| | | | 901221K1 | Pin – Adj. screw spring cotter | | | | | 2 | | | |
| | | | 57518 | Decalcomania – Fluid | | | | | 1 | | | |
| | 39 | | 59441 | Boot – Cylinder | | | | | 1 | | | |
| | 40 | | 56143 | Wire – Lock 16 (.0625) x 12 L.G. | | | | | 2 | | | |
| | 41 | | 59656 | Cup Expander Assembly | | | | | 1 | | | |
| | | | *59572 | Spring – Cup expander ring | | | | | 1 | | | |
| | | | *59571 | Ring – Cup expander | | | | | 2 | | | |
| | 42 | | | Pin – Lower adjusting screw spring cotter | | | | | 2 | | | |

\* Procurable only in assembly.

38

RESTRICTED

Ex.: 11; Pg.: 309

## RESTRICTED
### AN 03-25C-10
### SECTION X - NUMBERICAL PARTS LIST

| PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY |
|---|---|---|---|---|---|---|---|---|
| 112S45 | 29,32,33 | 6 | 50236 | 31,32,33 | 3 | 56042 | 34 | 1 |
| 112S47 | 29 | 2 | 50237 | 31,32,33 | 3 | 56048 | 29,31,32,33,34,35,37 | 24 |
| 112S48 | 27,28,29,32,33 | 7 | 50453 | 27,28 | 4 | | | |
| | | | 50523 | 33 | 2 | | | |
| | | | 50525 | 31,32 | 4 | 56082 | 29 | 1 |
| 113S1 | 28,29,32,33 | 28 | 50551 | 27,28 | 4 | 56143 | 34,35,38 | 6 |
| | | | 50686 | 32 | 2 | 56152 | 35,38 | 2 |
| | | | 50889 | 27,28,34 | 10 | 56153 | 35,38 | 2 |
| 113S111 | 27 | 2 | | | | 56159 | 35,37 | 4 |
| 114S2 | 29 | 2 | 50890 | 27,28,34 | 18 | 56190 | 34 | AS |
| 114S9 | 27,28 | 4 | | | | 56253 | 34 | 2 |
| 115S7 | 27,28 | 4 | 50891 | 27,28,34 | 10 | 56254 | 31,32,33,34,35,37 | 12 |
| 125S24 | 27,29 | 3 | | | | | | |
| 12955 | 27,28,29,31,32,33,34,35,37 | 49 | 50892 | 35,38 | 4 | | | |
| | | | 50893 | 27,28,29,31,32,33 | 8 | 56255 | 31,32,33,34,35,37 | 12 |
| 131S1 | 27 | 6 | 50949 | 31,32,33 | 3 | | | |
| 172S5 | 31,32,33,34,35,37 | 12 | 51090 | 35,38 | 2 | 56256 | 31,32,33,34,35,37 | 12 |
| | | | 51334 | 34 | 2 | | | |
| | | | 51582 | 28 | 1 | | | |
| | | | 51582-3 | 28 | 1 | | | |
| 174S10 | 27,28 | 4 | 51583 | 28 | 1 | 56267 | 29 | 2 |
| 174S19 | 29,31,32,33,34 | 5 | 51587 | 27,28 | 4 | 56268 | 29 | 2 |
| | | | 51588 | 28 | 2 | 56269 | 29 | 2 |
| | | | 51589 | 27,28 | 2 | 56270 | 29 | 2 |
| | | | 51590 | 27,28 | 2 | 56271 | 29 | 2 |
| 174S28 | 35,38 | 2 | 51591 | 27,28 | 2 | 56272 | 31,32,33 | 6 |
| 175S12 | 29 | 2 | 51592 | 27,28 | 2 | | | |
| 175S2 | 34,35,37 | 6 | 51593 | 27,28 | 4 | 56317 | 34 | 1 |
| | | | 51611 | 27,28 | 2 | 56331 | 31,32,33 | 3 |
| 21182 | 27,28,29 | 5 | 51612 | 27,28 | 2 | | | |
| | | | 51722 | 28 | AS | 56335 | 29,31,32,33 | 8 |
| 23961 | 29,31,32,33,34 | 10 | 51817 | 27,28 | 4 | | | |
| | | | 51886 | 35,38 | 2 | 56348 | 31,32,33,35,37 | 10 |
| | | | 52862 | 33 | 1 | | | |
| 27667 | 27,28 | 4 | 55421 | 33 | 1 | | | |
| 28354 | 27,28 | 8 | 55422 | 33,34 | 2 | | | |
| 50067 | 27,28 | 4 | 55458 | 29,31,32,33,34,35,37 | 14 | 56349 | 31,32,33 | 6 |
| 50069 | 27,28,29 | 5 | | | | 56350 | 31,32,33 | 6 |
| 50070 | 27,28,29 | 5 | 55941 | 32 | 1 | 56351 | 29,31,32,33,35,37 | 24 |
| 50075 | 34 | 2 | **55941-AS | 31 | 1 | | | |
| 50104 | 27,28 | 4 | 55980 | 29,31,32,33,34 | 5 | | | |
| 50151 | 27,28,29,31,32,35,37 | 9 | | | | 56352 | 35,38 | 4 |
| | | | 55981 | 31,32 | 2 | 56360 | 31,32,33 | 6 |
| | | | 55995 | 31,32 | 2 | | | |
| 50152 | 27,28,29,31,32,34,35,37 | 10 | 55997 | 31,32 | 2 | 56376 | 34,35,37 | 6 |
| | | | 56002 | 31,32,33,34 | 4 | 56377 | 34 | 2 |
| | | | | | | 56459 | 34 | 2 |
| | | | | | | 56497 | 27,28 | 4 |
| | | | 56027 | 34 | 1 | 56817 | 27,28 | 4 |
| 50158 | 28 | 2 | 56028 | 34 | 1 | 56818 | 27,28 | 4 |
| 50168 | 27,28,29,31,32,35,37 | 9 | 56030 | 34 | 1 | 57028 | 34 | 1 |
| | | | 56035 | 34 | 1 | 57086 | 37 | 2 |
| | | | 56037 | 34 | 2 | 57143 | 35,37 | 4 |
| | | | 56040 | 34 | 1 | 57145 | 35,38 | 2 |

**RESTRICTED**

ABC-437-8-29-43-50M

Ex.: 11; Pg.: 310

**RESTRICTED**

AN 03-25C-10

SECTION X - NUMBERICAL PARTS LIST

| PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY |
|---|---|---|---|---|---|---|---|---|
| 57245 | 29 | 2 | 57763 | 27 | 2 | 59486 | 34,35 | 4 |
| 57270 | 29 | 1 | 57862 | 27 | 2 | 59544 | 29 | 2 |
| 57271 | 29 | 2 | 57863 | 27 | 1 | 59546 | 29 | 1 |
| 57272 | 29 | 2 | 57863-4 | 27 | 1 | 59622 | 35,37 | 4 |
| 57273 | 29 | 2 | 57864 | 27 | 1 | 59623 | 34 | 2 |
| 57274 | 29 | 2 | 57868 | 34 | 1 | 59556 | 34,35,38 | 3 |
| 57276 | 29 | 2 | 58209 | 32 | 2 | | | |
| 57279 | 29 | 2 | 58707 | 31,33 | 4 | 59838 | 27,28 | 4 |
| 57280 | 29 | 1 | 58711 | 29 | 2 | 59841 | 27,28 | 4 |
| 57367 | 35,37 | 2 | 58874 | 27,28 | 4 | 59843 | 31,32,33 | 6 |
| 57419 | 27,29,33 | 4 | 59002 | 31,33 | 4 | | | |
| | | | 59107 | 32 | 2 | 59947 | 37 | 7 |
| 57449 | 37 | 2 | 59111 | 35,37 | 4 | 59995 | 29 | 2 |
| 57453 | 35,37 | 2 | 59119 | 31,32,33 | 3 | 70S17 | 29 | 24 |
| 57455 | 37 | 2 | | | | 70S2 | 34,35,37 | 132 |
| 57456 | 34,35,37 | 4 | 59159 | 31,33 | 4 | | | |
| | | | 59160 | 27 | 2 | 70S4 | 27,28 | 96 |
| 57494 | 35,37 | 12 | 59172 | 28 | 2 | 70S7 | 31,32,33 | 84 |
| 57495 | 37 | 1 | 59259 | 31,32,33 | 6 | | | |
| **57495MS | 35 | 1 | | | | 7626 | 29,31,32,33,34,35,38 | 7 |
| 57498 | 33 | 1 | 59269 | 35,37 | 2 | | | |
| 57503 | 35 | 2 | 59274 | 29 | 2 | | | |
| 57517 | 35,37 | 2 | 59345 | 33 | 1 | | | |
| 57513 | 28,32,38 | 4 | 59355 | 27,28,29,31,32,34,35,38 | 11 | 901004K1 | 28,32,33,34,37 | 6 |
| 57522 | 33 | 1 | | | | | | |
| 57523 | 33 | 1 | | | | | | |
| 57558 | 35 | 2 | | | | | | |
| ***57571 | 35 | 2 | 59441 | 35,38 | 2 | 901085 | 29 | 2 |
| 57584 | 34 | 1 | 59450 | 37 | 2 | 901142K1 | 34 | 2 |
| 57585 | 34 | 1 | 59456 | 29 | 2 | 901219K1 | 38 | 2 |
| 57586 | 34 | 1 | 59466 | 34 | 1 | 901221K1 | 38 | 2 |
| 57593 | 38 | 2 | 59467 | 29 | 2 | 901222K1 | 31 | 1 |
| 57618 | 31,32,33 | 6 | 59479 | 34,35 | 4 | 901224K1 | 34,35,37 | 6 |
| | | | 59483 | 34,35,37 | 6 | | | |
| 57671 | 33 | 1 | | | | 904494K1 | 31,34,35 | 20 |
| 57710 | 29 | 1 | 59485 | 31,34,37 | 3 | | | |
| 57731 | 35,37 | 4 | | | | | | |

SECTION XI - STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY | ATTACHING QUANTITY | PART NUMBER | NOMENCLATURE | TOTAL QUANTITY | ATTACHING QUANTITY |
|---|---|---|---|---|---|---|---|
| AN380-3-2 | Pin - Cotter | 4 | 2 | | | | |
| AN380-3-3 | Pin - Cotter | 4 | 2 | | | | |
| AN935-10 | Washer - Lock | 2 | 1 | | | | |

40

**RESTRICTED**

Ex.: 11; Pg.: 311