**RESTRICTED**
FILE: A

TECHNICAL ORDER NO. 03-25C-7

# HANDBOOK OF INSTRUCTIONS

## WITH

## PARTS CATALOG

•

# LANDING WHEEL
# BRAKES

## BENDIX



NOTICE: *This document contains information affecting the National Defense of the United States within the meaning of the Espionage Act, 50 U.S.C., 31 and 32, as amended. Its transmission or the revelation of its contents in any manner to an unauthorized person is prohibited by law.*

PUBLISHED BY AUTHORITY OF THE COMMANDING GENERAL,
ARMY AIR FORCES, BY THE HEADQUARTERS,
AIR SERVICE COMMAND, PATTERSON FIELD, FAIRFIELD, OHIO

Keller-Crescent Co.—1-4-43—20M

*OCTOBER 1, 1941*
*REVISED 12-20-42*

Ex.: 14; Pg.: 314

Index of revision pages issued.

| Page | Latest Revised Date |
|------|---------------------|
| A | 12-20-42 |
| B | 10-20-42 |
| C | 12-20-42 |
| 4 | 12-20-42 |
| 8 | 12-20-42 |
| 25 | 12-20-42 |
| 26 | 12-20-42 |
| 27 | 12-20-42 |
| 36 | 12-20-42 |
| 60 | 12-20-42 |
| 61 | 12-20-42 |
| 62 | 12-20-42 |

### PARTS CATALOG

| Index | |
|-------|---------|
| 5 | 8-25-42 |
| 6 | 8-25-42 |
| 7 | 8-25-42 |
| 8 | 8-25-42 |

#### 11 x 2-1/2" Duo Servo Brake Assembly No. 57270

| | | |
|---|---|---|
| 1 | Numerical Parts List | 8-25-42 |
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 76-77 | Assembly Parts List | 8-25-42 |

#### 13 x 2-1/2" Duo Servo Brake Assembly No. 55941

| | | |
|---|---|---|
| 1 | Alphabetical Parts List | 8-25-42 |
| 78-79 | Assembly Parts List | 8-25-42 |

#### 13 x 2-1/2" Duo Servo Brake Assembly No. 57480

| | | |
|---|---|---|
| 1 | Numerical Parts List | 8-25-42 |
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 80-81 | Assembly Parts List | 8-25-42 |

#### 13 x 2-1/2" Duo Servo Brake Assembly No. 57498

| | | |
|---|---|---|
| 1 | Numerical Parts List | 8-25-42 |
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 82-83 | Assembly Parts List | 8-25-42 |

#### 13 x 2-1/2" Duo Servo Brake Assembly No. 57319

| | | |
|---|---|---|
| 1 | Numerical Parts List | 8-25-42 |
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 84-85 | Assembly Parts List | 8-25-42 |

Ex.: 14; Pg.: 315

Index                                                Latest Revised Date

            13 x 2-1/2" Hydraulic Control Brake Assembly No. 57300

1           Numerical Parts List                          8-25-42
1 -2        Alphabetical Parts List                       8-25-42
86-88       Assembly Parts List                           8-25-42

            14 x 3" Duo Servo Brake Assembly No. 55971

1 -2        Alphabetical Parts List                       8-25-42
89-90       Assembly Parts List                           8-25-42

            14 x 3" Duo Servo Brake Assembly No. 57584

1           Numerical Parts List                          8-25-42
1 -2        Alphabetical Parts List                       8-25-42
91-92       Assembly Parts List                           8-25-42

            14 x 4" Duo Servo Brake Assembly No. 57495

1           Numerical Parts List                          8-25-42
1 -2        Alphabetical Parts List                       8-25-42
93-94       Assembly Parts List                           8-25-42

            15 x 4" Duo Servo Brake Assembly No. 56008

1 -2        Alphabetical Parts List                       8-25-42
95-96       Assembly Parts List                           8-25-42

            15 x 4" Duo Servo Brake Assembly No. 56483

1 -2        Alphabetical Parts List                       8-25-42
97-98       Assembly Parts List                           8-25-42

            15 x 4" Duo Servo Brake Assembly No. 57073

1           Numerical Parts List                          8-25-42
1 -2        Alphabetical Parts List                       8-25-42
99-100      Assembly Parts List                           8-25-42

            15 x 4" Duo Servo Brake Assembly No. 56190

1           Numerical Parts List                          8-25-42
1 -2        Alphabetical Parts List                       8-25-42
101-102     Assembly Parts List                           8-25-42

            18 x 5" Duo Servo Brake Assembly No. 56875

1           Numerical Parts List                          8-25-42
1 -2        Alphabetical Parts List                       8-25-42
103-104     Assembly Parts List                           8-25-42

Ex.: 14; Pg.: 316

Index                                                    Latest Revised Date

## 18 x 5" Duo Servo Brake Assembly No. 56876

1          Numerical Parts List                              8-25-42
1 -2       Alphabetical Parts List                           8-25-42
105-106    Assembly Parts List                               8-25-42

## 19 x 5-1/4" Duo Servo Brake Assembly No. 56837

1          Numerical Parts List                              8-25-42
1 -2       Alphabetical Parts List                           8-25-42
107-108    Assembly Parts List                               8-25-42

## 19 x 5-1/4" Duo Servo Brake Assembly No. 56836

1          Numerical Parts List                              8-25-42
1 -2       Alphabetical Parts List                           8-25-42
109-111    Assembly Parts List                               8-25-42

> NOTE: The symbol $\emptyset$ denotes that portion
> of a paragraph or page which has
> been revised. This symbol has not
> been used where the entire page has
> been revised.

Paragraph 5.d. of Army Regulation 380-5 relative to the han-
dling of printed matter which has been classified as "Restricted"
is quoted for the information of all concerned.

"d. Dissemination of restricted matter. - The information
contained in restricted documents and the essential character-
istics of restricted material may be given to any person known
to be in the service of the United States and to persons of un-
doubted loyalty and discretion who are cooperating in Government
work, but will not be communicated to the public or to the press
except by authorized military public relations agencies.

Ex.: 14; Pg.: 317

INDEX

Section                                                                    Page

                        (c)   Inspection of Shoe Dis-
                                 tortion                            44-50
                              1.   Check Spread Across
                                      Ends of Shoe                  44-47
                              2.   Check Twist or Tor-
                                      sional Deflection  47-50
    4.   Repair                                                     50-60
         a.   Correction of Spread Across Ends of
                 Shoe                                               50-52
              (1)   Primary Shoes                                   50
              (2)   Secondary Shoes                                 50
              (3)   Duo Servo Type Shoes                            52
                    (a)   To Open Shoe                              52
                    (b)   To Close Shoe                             52
         b.   Correction of Twist in Shoe - All Type
                 Shoes                                              52
         c.   Relining Shoes - All Types                            52-53
         d.   Grinding of Shoe Lining                               53-56
              (1)   Discussion                                      53
              (2)   Procedure - General                             53
              (3)   Procedure - Detail                              54-56
         e.   Repair of Brake Spiders                               56-59
              (1)   Replacement of Scored Cylinder
                       Sleeve - Hydraulic Single
                       Servo Type Brakes                            56-58
                    (a)   To Remove Old Sleeve                      56
                    (b)   To Install New Sleeve                     57-58
              (2)   Pressure Test of Spider and
                       Sleeve Assembly                              58-59
              (3)   Cleaning and Repainting Spiders -
                       All Type Brakes                              59
         f.   Repair of Cover Plates - All Type
                 Brakes                                             59-60
         g.   Piston and Piston Cups - Hydraulic
                 Single Servo and Duo Servo Type
                 Brakes                                             60
         h.   Brake Mounting Bolts - All Type Brakes               60
         i.   Shoe Actuating Mechanism - Mechanical
                 Type Brakes                                        60
         j.   Special Repair                                        60
    5.   Reassembly                                                 60
    6.   Installation                                               60-61
    7.   Adjustment of Brakes - General                             61
    8.   Bleeding the Hydraulic System - All Hydraulic
            Brakes                                                  61
    9.   Adjustment of Control Mechanism - Mechanical
            Type Brake                                              61

         Parts Catalog

Case: MDL No. 875 JSW Document 6663-2 Filed 02/28/14 1 Page 6 of 31

## ILLUSTRATIONS

| Figure | | Page |
|---|---|---|
| 1 | Mechanical Brake | 5 |
| 2 | Hydraulic Single Servo Brake | 6 |
| 3 | Hydraulic Duo Servo Brake | 7 |
| 4 | Mechanical Brake | 10 |
| 5 | Hydraulic Single Servo Brake | 11 |
| 6 | Hydraulic Duo Servo Brake | 12 |
| 7 | Airplane View - Showing Brake Designation | 12 |
| 8 | Method of Centering Brake Assembly on Brake Torque Collar | 33 |
| 9 | Template to Check Shoe Radii of Curvature | 45 |
| 10 | Fixture to Check for Evidences of Twist in Shoes | 48 |
| 11 | Primary Brake Shoe | 51 |
| 12 | Secondary Brake Shoe - (Shoes for the Purpose of Straightening) | 51 |
| 13 | Location of Upper Adjusting Screw Holes | 61 |

Ex.: 14; Pg.: 319

RESTRICTED

T. O. NO.03-25C-7



FIG. 3 — HYDRAULIC DUO SERVO BRAKE

RESTRICTED

Ex.: 14; Pg.: 320

# SECTION I

## INTRODUCTION

1.   This Handbook is issued as the basic Technical Order for the equipment involved.  This Handbook contains description, operation, installation, inspection, maintenance, and overhaul instruction for all Bendix brake assemblies supplied to the Air Corps, by Bendix Products Division, Bendix Aviation Corp., South Bend, Ind., on Contract No. W535 ac-11759.

2.   For instructions covering Bendix wheels, see Technical Order No. 03-25C-6.

3.   Wheel and brake assemblies will not be stocked as one assembly in depots, but will be stocked as two separate assemblies.

4.   Replacement of brake parts will be accomplished only at stations having proper equipment and trained personnel and at repair depots.

5.   This Handbook covers brakes of the following classifications:

a.   Mechanical brakes.  All brakes of this type are actuated by a mechanical means involving lever, crank, and rod hook-up.

b.   Hydraulic type single servo brake.  Brakes of this type utilize hydraulic pressure acting on a brake piston as the means of applying actuating force to the end of the primary brake shoe.

c.   Hydraulic duo servo type brake.  Brakes of this type incorporate two identical brake shoes, and actuating force developed by hydraulic pressure acting on two brake pistons is applied to the ends of each brake shoe.

6.   Reference has been made in this Handbook to the following Technical Order which contains applicable data and instructions.

T. O. No.

03-25C-6     Landing Wheels - Bendix.

## SECTION IV

### INSPECTION AND MAINTENANCE

1. __General.__

It should be pointed out that the length of life and the satisfactory operation of the brakes depends to a large extent on the maintenance and condition of the other parts of the landing gear unit. For this reason, inspection of the brakes entails some inspection of the wheels, tires, shock struts, etc.

2. __Inspection.__

NOTE:  In accordance with Technical Order No. 00-20A-2 a summary of the periodic inspections prescribed herein will be entered on the Master Airplane Maintenance Instruction Forms maintained in the back of the Form 41B for the airplanes affected.

__Column No. 38 - Wheels & Brakes.__

__Daily.__ - Inspect hydraulic inlet connecting bolt and fluid lines on hydraulic type brakes for evidence of leakage.

Inspect dust cover for cracks, dents, and distortion, also for interference with wheel or brake drum.

Inspect torque flange mounting bolts for security.

__25-Hour Inspection.__

__Hydraulic and Mechanical Type Brakes.__ - The inspection made at the 25-hour inspection period will include all steps taken during daily inspection in addition to the following:

Inspect brake pedal for freedom of operation.  Brake pedals will be adjusted so that with pedals fully depressed and rudder full on, the brake pedals will be unhindered in operation. Brake pedals will be adjusted so as to allow some small movement of the pedals toward the "on" or braking position before the brakes actually "take hold" to avoid accidental application of the brakes by the pilot.

Inspect hook-up of pedal linkage for condition and security of attachment to master cylinder or brake rods.

__Mechanically Operated Brake.__ - Check adjustment and alignment of cable or rod to determine whether same has the most advantageous hook-up.

The angle between the actuating rod or cable should not be over 80° when the brake is fully applied.  This angle should be checked and corrected if necessary, but need not be changed if once correct as the star wheel adjustment on the brake entirely compensates for lining wear.

Revised 12-20-42                    - 25 -

Case: MDL No. 875 JSW document 66684-2 Filed 04/28/11 Page 10 of 27

Due to cable strength it may be necessary to adjust the operating cable sufficiently to bring it into position convenient for the pilot to operate.

Hydraulically Operated Type Brake. - Inspect the master cylinder fluid reservoir and refill if the fluid is low.

### 100-Hour Inspection.

Hydraulic and Mechanical Type Brakes. - Remove wheels from airplane. Follow instructions outlined in Technical Order No.03-25C-6, Section V, paragraph 2.

The component parts of the brake will be removed as is specified below. Do not remove the brake from the airplane and do not disconnect the hydraulic lines or mechanical control mechanisms, except in the specified instances noted in the following paragraphs.

Special - Low Pressure Dual Brake Wheels. - In removing the wheel, axle, and brake unit, the hydraulic lines will not be disconnected except as specified above.

Examine carefully the condition of the paint on all brake parts and any evidence of corrosion.

Corrosion of the brake parts takes place very rapidly unless the surfaces are well protected, therefore, the coating of paint on the brake parts will be kept in good condition.

If the paint is deteriorated to the point where any of the painted part of the brake is exposed, the brake will be repainted.

Any corroded area will be carefully cleaned and examined to determine the extent of corrosion.

Any condition other than surface corrosion will be considered serious and the corroded part will be repainted.

Special attention will be given to the interior of the brake.

The foregoing applies to all surfaces except friction and bearing surfaces.

Inspect condition of the brake lining.

Small amount of oil or grease on lining will be removed in accordance with instructions listed under paragraph 3., b., (3).

Ex.: 14; Pg.: 323

Case: MDL-No 875 JS Document 6568-2 Filed 01/28/11 Page 11 of 27

Any brake found having more than a small amount of oil
on the lining will require relining of the shoes.  Such shoes will
be removed and replaced.

If lining shows cracks at more than one rivet hole in
any row of rivets or if a crack is found at a rivet hole at the end
of a shoe the shoe will likewise require relining and will be
replaced.

In accordance with the foregoing, shoes needing relining
will be removed from the airplane and replaced with a new or recon-
ditioned part.  The shoes will be forwarded to a depot for repair.

Examine brake lining rivets for security and squareness
of setting.  If any shoe is found with loose rivets or rivets not
squarely set in the lining the shoe will be removed and replaced.

Inspect the cover plate for cracks, dents, worn spots,
corrosion and any other condition endangering the serviceability of
this part.

Any brake found having a cover plate which is unservice-
able will be removed from the airplane and the cover plate replaced.

Cover plates found to be unserviceable, but in such con-
dition that repair is possible will be repaired after their removal
from the brake in accordance with the procedure outlined under para-
graph 3., b., (1).

Examine the torque spider for cracks, and distortion.  On
the hydraulic single servo type brake note especially the condition
of the spider in the locality below the cylinder and the points where
the spider arms join the spider body.  If the spider is found to be
cracked or distorted, the brake will be removed and replaced.

Examine the star wheel adjustment screw for bent or badly
worn condition.  If the above condition is found, the screw will be
removed from the brake and replaced.

Inspect all shoe hold down pins for alignment and secur-
ity.  Replace pins with new parts as required.  It will not be neces-
sary to remove the brake to accomplish this replacement.

Examine the shoe eccentrics on mechanical and hydraulic
single servo type brakes for broken, cracked or distorted condition.
Eccentrics found unserviceable through the foregoing inspection will
be replaced.

Ex.: 14; Pg.: 324

Case: MDL No. 875 JS Document 66684-2 Filed 01/28/14 Page 12 of 27

      Inspect the entire assembly for the presence of grease, oil, grit, etc., likely to cause faulty operation of the unit. The brake will be thoroughly cleaned in accordance with procedure outlined in Section V, paragraph 3., <u>a</u>., (1), (<u>c</u>).

      Examine all brake springs for breakage, distortion, security of attachment and initial tension. Note especially the ends of the springs for distortion at the point where the spring anchors in the spider or shoe. Springs will be replaced if found unserviceable. Replacement can be made without removing the brake.

      All mechanical type brakes will be inspected for worn, distorted or broken parts of the shoe actuating mechanism. Any badly worn, distorted or broken parts will necessitate removal of the brake and replacement of the assembly.

      On all hydraulic type brakes having a boot installed on the hydraulic cylinder the boot will be turned back and inspection made for evidence of brake fluid leakage. If leakage is evident, the brake will be removed from the airplane, disassembled, and repaired in accordance with instructions outlined in paragraph 3., <u>a</u>., and <u>b</u>.

      Special Inspection - The following inspection will apply only to the 14 x 3 Single Servo Type Brake Assembly 52479-80.

      Inspect the brake cover plate to determine whether rubber grommets have been installed at the inlet fitting hole and at the opening for the eccentric. All serviceable dust covers of this classification which do not have the grommets installed will be revised by installing this part.

      Summary of Inspection: The following is a summary of the troubles which when discovered through the preceding inspection as existing on any brake will require that the entire assembly be removed and sent to a depot for overhaul.

      Shoes in need of relining due to wear or because the linings are oil or grease soaked.

      Rivets in lining loose or improperly set.

      Evidence of structural failure by cracking of any brake part.

      Brake parts badly worn, distorted, scored or corroded so as to render same unserviceable. The foregoing does not apply to the brake springs.

Ex.: 14; Pg.: 325

T. O. No. 03-25C-7

(1)  Back off adjusting screw until drag is
eliminated, and a clearance of at least .010" is provided between
primary shoe and drum at thickness gage slot at center of primary
shoe. This clearance must always be equal to or greater than the
clearance of the secondary shoe.

(m)  Rotate wheel to make sure clearance is main-
tained all around drum.

(3)  Hydraulic Duo Servo Type: (a) Adjustments:  Two
types of adjustment are possible on the duo servo type brake; namely,
a "minor" adjustment and a "major" adjustment.

1.  Minor Adjustment, (Fig. 6):  The minor
adjustment is performed while the landing gear unit including the
brake assembly is installed on the airplane as in actual service.
Such adjustment is made to compensate for lining wear and only the
star wheel adjusting screw "D" is used in performing this adjustment.

2.  Major Adjustment, (Fig. 6):  This term
may be defined as a setting of brake shoe and drum clearance by
manipulating the major adjusting screws "J" and the star wheel adjust-
ing screw "D".  A major adjustment will always be made when the
landing gear is removed from the airplane for periodic inspection and
after replacement of any of the following parts.

> Torque Spider "O"
> Brake Shoe "C" or "E"
> Shoe Lining "Y"
> Adjusting Assembly "J"
> Anchor "G" or "V"
> Piston "P" or "Q"

(b)  Minor Adjustment Procedure, (Fig. 6):  1. On-
ly the star wheel "D" is used in making a minor adjustment.

2.  To perform the minor adjustment rotate
star wheel adjusting screw "D" to spread the shoes until minimum
clearance of .010" is obtained at the thickness gage slots "S" and
"Z".

3.  Rotate drum about the brake.  If brake
is dragging, back off star wheel "D" until the drag is just elimin-
ated.

4.  Check clearance at slots "Z" and "S"
Should clearance here be less than .005" a major adjustment should
be performed.

- 35 -

Ex.: 14; Pg.: 326

(c)    Major Adjustment - Procedure, (Fig. 6).

1.    Major Adjustment. - To perform a major
adjustment the brake, wheel and tire assembly, will be mounted on
the axle of the airplane. During this operation, the airplane should
be supported by a jack to enable the wheel to rotate freely. The
major adjustment will be performed by manipulating the upper adjust-
ing screws "J" and "J" and the star wheel adjustment screw "D". It
will, however, first be necessary to examine the dust cover of the
brake to determine whether or not it has the upper adjusting screw
access holes installed. In the event the dust cover does not have
the upper adjusting screw access it will be necessary to install
them as outlined in Section 5, paragraph 4.f.(5). If the access
holes are present in the dust cover, the brake may be adjusted
without trouble as is outlined below.

2.    Discussion. - In adjusting the duo servo
brake the following characteristics of this type brake should be
kept in mind as they have an important bearing on brake adjustment.

a.    The duo servo brake has a full
floating shoe ring. Because of this, the shoe ring may shift as
a result of handling while adjustments are being made, causing vari-
ation in initial clearances and clearances obtained during time of
adjustment. This is especially true when setting clearances at "Z"
and "S". For example, if .000 clearance at "Z" is opposite .030
clearance at "S" the shoe ring should be shifted so as to divide the
.030 equally, resulting in .015 at either "S" or "Z".

b.    When checking the adjustment of a
brake it is necessary that four thickness gages be used, one at
each of the four slots, as the entrance of only one gage at either
of the lower slots will shift the shoe ring from side to side with
the result that clearances are not reliable. Clearances should
be checked at the closest point on the drums.

Ex.: 14; Pg.: 327

1.      Plug inlet hole and bleeder fitting hole with suitable threaded plugs.

2.      Place spider in oven and heat to 60° C.(140° F) to 65.6° C.(150° F).

3.      Remove spider from oven and fill cylinder one-half to three-fourths full with freshly melted beeswax.

4.      Maintain the cylinder in an upright position and insert a standard piston and cup assembly.

5.      Using an arbor press capable of exerting 1,000 pounds of pressure, force piston down until wax emerges from between cylinder and sleeve at the outer edge. The sleeve will move upward about one-fourth inch, but will return to place after all wax is forced through.

6.      Drain excess wax from cylinder and place spider in a position with open end facing the floor and with axis of cylinder perpendicular to the floor. Allow to cool.

7.      Carefully clean away all excess wax on interior bottom of cylinder and from threads.

8.      Repeat pressure test of spider after reassembly of brake, following procedure outlined above.

9.      Disassemble brake and continue with repair.

(3)     Cleaning and Repainting Spiders - All Type Brakes:

(a)     The spiders will be carefully cleaned to remove evidence of slight corrosion, grease, or oil. A suitable cleaning compound, carbon tetrachloride or equal will be used.

(b)     The spiders will be repainted with one coat of approved primer.

f.      Repair of Cover Plates - All Type Brakes. - Dust covers which are badly distorted, worn, or cracked will not be repaired. Repair will be made only on those covers which the foregoing inspection indicated could be restored to serviceability by minor repair operations as follows:

(1)     Small dents or creases will be removed by placing a wooden block behind the dust cover for support and hammering lightly with a rubber hammer.

Ex.: 14; Pg.: 328

(2)     Carefully clean the cover using a suitable cleaner, carbon tetrachloride or equal, to remove grease, oil, and any evidence of slight corrosion.

(3)     Slight distortions will be corrected by placing the cover on a wooden block and tapping same with a rubber hammer.

(4)     Dust covers will be repainted with one coat of approved primer.

(5)     In the event the dust covers do not have the upper adjusting screw access holes installed, they will be reworked as follows, refer to fig. 13.

(a)     Lay out the positions of the access holes on the dust cover. This may be done by using a templet or by transferring the dimensions as shown on fig. 13. The templet can be the dust cover removed from a late model brake which already incorporates the holes.

(b)     Use a metal cutting chisel and cut the adjusting screw access holes.

(c)     Finish the edges of the holes with a file.

g. Piston and Piston Cups - Hydraulic Single Servo and Duo Servo Type Brakes. - (1)   All brake actuating pistons which show evidence of score marks will be replaced.

(2)     All piston cups will be replaced at the time of major overhaul regardless of appearance.

h. Brake Mounting Bolts - All Type Brakes. - Any mounting bolts found having worn or stripped threads, showing cracks or breakage, or any other unserviceable condition will be replaced with new parts.

i. Shoe Actuating Mechanism - Mechanical Type Brakes. All parts of the shoe actuating mechanism found to be unserviceable because of wear, distortion, or breakage will be replaced.

j. Special Repair. - The following repair will apply only to the 14 x 3 hydraulic single servo type brakes, assembly number 52479-80. All cover plates on brakes which do not have the rubber grommets installed at the hydraulic inlet fitting and at the opening for the shoe eccentric, will be revised by installing these grommets.

Ex.: 14; Pg.: 329

REVISED 12-20-42

RESTRICTED

T.O. NO. 03-25C-7

Case3:11-cv-00061-JSW   Document68-2   Filed01/24/11   Page17 of 81

— 61 —

Ex.: 14; Pg.: 330

RESTRICTED



| ASS'Y NO. | PART NO. | TYPE | A | B | C | D | E | HOLE COVER | BRAKE SIZE |
|---|---|---|---|---|---|---|---|---|---|
| 57319 | 55995 | II | 45° | 3 13/32 | 1 | 2 1/16 | 17/32R | 51618 | 13×2 1/2 |
| 57498 | 56005 | II | 45° | 3 13/16 | 1 | 2 1/16 | 17/32R | 57618 | 13×2 1/2 |
| 57073-4 | 56795 | I | 37° | 1 15/16 R | | 2x2 3/4 | | 56118 | 13×4 |
| 56875-6 | 57175 | I | 40° | 5 1/2 | | 3 | 17/32R | 57634 | 18×5 |
| 57670 | 57281 | I | 37° | 3 11/32 | | 2 1/16 | 17/32R | 57618 | 11×2 1/2 |
| 57435 | 57456 | II | 45° | 3 27/32 | 1 1/16 | 2 1/4 | 5/8R | 57476 | 14×4 |
| 57584 | 56042 | II | 45° | 4 9/32 | 1 9/16 | 2 1/4 | 5/8R | 57476 | 14×3 |
| 56836 | 55921 | II | 45° | 5 9/16 | 31/32 | 3 | 17/32R | 57634 | 19×5 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



TYPE I

A - ANGLE FOR LOCATING ℄ OF HOLE
B - LENGTH FOR LOCATING HOLE ON ANGLE "A"
C - LENGTH FOR LOCATING ANGLE X ON TYPE II
D - LENGTH OF HOLE
E - RADII OF HOLE



INSPECTION HOLE-TYPE I & II

TYPE II

Figure 13 -- Location of Upper Adjusting Screw Holes

5.    Reassembly.

a.    Brakes will be reassembled following the reverse of the procedure outlined under Disassembly, Section IV, for the particular type brake.  In reassembling the hydraulic type brakes, the necessary care will be. taken to prevent any foreign particles from entering the hydraulic cylinder or adhering to the piston which might be injurious to the brake or be the cause of faulty operation.

b.    Special 17.00-16 and 16.00-16 brakes·in the dual brake wheels.  The instructions outlined in Section IV covering reassembly of these brakes to the brake torque collar will be followed.

6.    Installation.

a.    Mechanical and hydraulic single servo type brakes will be reinstalled on the airplane in accordance with procedure outlined in Section III, Installation, covering the particular type brake.

b.    Duo servo type brakes will not be installed on the airplane until after adjustment has been performed.  Brakes of this type will be adjusted in accordance with procedure outlined in Section IV, Inspection and Maintenance.

7.    Adjustment of Brakes - General.

Brakes will be adjusted in accordance with instructions outlined in Section IV for the particular type brake.

8.    Bleeding the Hydraulic System - All Hydraulic Brakes.

Following the installation of the hydraulic single servo or duo servo type brakes, it will be necessary to bleed the line to remove all trapped air.  The instructions outlined in Section IV, Inspection and Maintenance, covering this operation will apply.

9.    Adjustment of Control Mechanism - Mechanical Type Brake.

a.    After brakes have been installed and adjusted in accordance with the foregoing procedure, it will be necessary to carefully attach the rods, foot pedal, and bell cranks to obtain the most efficient and advantageous alignment.

b.    The instructions outlined in Section IV, Inspection and Maintenance, covering adjustment of the control mechanism for the mechanical type brake will be followed to obtain proper adjustment of these parts.

Ex.: 14; Pg.: 331

3) 48 Primary

**RESTRICTED**

TECHNICAL ORDER
No. 03-25C-7

# HANDBOOK OF INSTRUCTIONS

WITH

# PARTS CATALOG

FOR THE

# LANDING WHEEL BRAKES

MANUFACTURED BY

# BENDIX PRODUCTS DIVISION
# BENDIX AVIATION CORP.

## SOUTH BEND, IND.

Contract No. W535-ac-11759

NOTE: Reference to the periodic inspections, specified in Section V, will be entered where applicable on A. A. F. Form 41-A.



NOTICE: This document contains information affecting the National Defense of the United States within the meaning of the Espionage Act (U. S. C. 50:31:32). The transmission of this document or the revelation of its contents in any manner to an unauthorized person is prohibited.

## PUBLISHED BY AUTHORITY

OF

## THE COMMANDING GENERAL, ARMY AIR FORCES

BY

### THE AIR SERVICE COMMAND
AIR FORCE SECTION
WRIGHT FIELD
DAYTON, OHIO

REVISED 8-25-42

# OCTOBER 1, 1941

CCP:FYER LITHOGRAPH CORP., CLEVELAND, OHIO
SEPTEMBER, 1942   1,COD

Ex.: 14; Pg.: 332

Case: MDL No. 875 Document 66634-2 Filed 01/28/11 Page 20 of 27

Index of revision pages issued.

| Page | | Latest Revised Date |
|------|---|---------------------|
| B | | 8-25-42 |
| C | | 8-25-42 |
| | PARTS CATALOG | |
| Index | | |
| 5 | | 8-25-42 |
| 6 | | 8-25-42 |
| 7 | | 8-25-42 |
| 8 | | 8-25-42 |

11 x 2-1/2 Duo Servo Brake Assembly No. 57270

| 1 | Numerical Parts List | 8-25-42 |
|---|----------------------|---------|
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 76-77 | Assembly Parts List | 8-25-42 |

13 x 2-1/2" Duo Servo Brake Assembly No. 55941

| 1 | Alphabetical Parts List | 8-25-42 |
|---|-------------------------|---------|
| 78-79 | Assembly Parts List | 8-25-42 |

13 x 2-1/2" Duo Servo Brake Assembly No. 57480

| 1 | Numerical Parts List | 8-25-42 |
|---|----------------------|---------|
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 80-81 | Assembly Parts List | 8-25-42 |

13 x 2-1/2" Duo Servo Brake Assembly No. 57498

| 1 | Numerical Parts List | 8-25-42 |
|---|----------------------|---------|
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 82-83 | Assembly Parts List | 8-25-42 |

13 x 2-1/2" Duo Servo Brake Assembly No. 57319

| 1 | Numerical Parts List | 8-25-42 |
|---|----------------------|---------|
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 84-85 | Assembly Parts List | 8-25-42 |

13 x 2-1/2" Hydraulic Control Brake Assembly No. 57300

| 1 | Numerical Parts List | 8-25-42 |
|---|----------------------|---------|
| 1 -2 | Alphabetical Parts List | 8-25-42 |
| 86-88 | Assembly Parts List | 8-25-42 |

Ex.: 14; Pg.: 333

INDEX

| Section | | Page |
|---|---|---|
| I | Introduction | 8 |
| II | Description | 9-19 |
| | 1. General | 9-13 |
| |   a. Mechanical Brake | 9 |
| |   b. Hydraulic Brake, Single Servo Type | 9 |
| |   c. Hydraulic Brake, Duo Servo Type | 9-13 |
| | 2. Essential Parts | 13-15 |
| |   a. Mechanical Type Brake | 13 |
| |   b. Hydraulic Brake, Single Servo Type | 13-14 |
| |   c. Hydraulic Duo Servo Type | 14-15 |
| | 3. Operation | 15-18 |
| |   a. General | 15 |
| |   b. Mechanical Type Brake | 16 |
| |     (1) Application | 16 |
| |     (2) Release | 16 |
| |   c. Hydraulic Brake, Single Servo Type | 16-17 |
| |     (1) Application | 16-17 |
| |     (2) Release | 17 |
| |   d. Hydraulic Brake, Duo Servo Type | 17-18 |
| |     (1) Application | 17-18 |
| |     (2) Release | 18 |
| | 4. Methods of Adjustment | 18-19 |
| |   a. Mechanical Type Brake | 18 |
| |   b. Hydraulic Brake, Single Servo Type | 19 |
| |   c. Hydraulic Brake, Duo Servo Type | 19 |
| III | Installation | 20-24 |
| | 1. General | 20-21 |
| | 2. Right and Left Hand Designation | 21-23 |
| | 3. Brake Spacing | 23-24 |
| |   a. Single Brake Wheels | 23 |
| |   b. Dual Brake Wheels | 23 |
| |   c. Special. Brake Spacing - Low Pressure Wheels | 24 |
| |   d. Brake Hookup | 24 |
| |     (1) Mechanical Type Brake | 24 |
| |     (2) Hydraulic Single Servo Type Brakes | 24 |
| |     (3) Hydraulic Duo Servo Type Brakes | 24 |
| IV | Inspection and Maintenance | 25-38 |
| | 1. General | 25 |
| | 2. Inspection | 25-28 |
| |   Column No. 38 - Wheels & Brakes | 25-28 |
| |     Daily | 25 |
| |     25-Hour Inspection | 25-26 |
| |       Hydraulic and Mechanical Type Brakes | 25 |

Ex.: 14; Pg.: 334

INDEX

Section                                                                        Page

                          Mechanically Operated Brake               25-26
                          Hydraulically Operated Type
                            Brake                                       26
                    100-Hour Inspection                              26-28
                          Hydraulic and Mechanical Type
                            Brakes                                   26-28
                    Summary of Inspection                              28
    3.    Maintenance                                                29-38
          a.    Removal and Disassembly                              29-30
                (1)   Mechanical Type Brake                             29
                (2)   Hydraulic Type Brakes, Single
                        Servo and Duo Servo                          29-30
          b.    Repair                                               30-31
          c.    Reassembly                                           31-32
          d.    Installation                                           32
          e.    Adjustment of Brakes                                 32-37
                (1)   Mechanical Type                                32-34
                (2)   Hydraulic Single Servo Type                    34-35
                (3)   Hydraulic Duo Servo Type                       35-37
                      (a)   Adjustments                                35
                            1.   Minor Adjustment                      35
                            2.   Major Adjustment                      35
                      (b)   Minor Adjustment Procedure                 35
                      (c)   Major Adjustment - Pro-
                              cedure                                 36-37
                            1.   Major Adjustment                      36
                            2.   Discussion                          36-37
                            3.   Procedure                             37
          f.    Bleeding the Hydraulic System                       37-38
          g.    Adjustment of Control Mechanism -
                  Mechanical Type Brake                                38

V    Disassembly, Inspection, Repair, and Reassembly                 39-61
    1.    General                                                      39
    2.    Disassembly                                                  39
          a.    Mechanical Type Brakes                                 39
          b.    Hydraulic Type Brakes                                  39
    3.    Inspection                                                 39-50
          a.    General                                              39-41
          b.    Mechanical Type Brakes                                 41
          c.    Hydraulic Type Brakes                                  41
          d.    Special Inspection                                     41
          e.    Dimensional Inspection - All Types of
                  Brakes                                             41-50
                (1)   Mounting Collar                                41-43
                (2)   Brake Shoes                                    43-50
                      (a)   Delining Shoes                             43
                      (b)   Inspection of Rivet Holes                43-44

Section                                                          Page

                        (c)   Inspection of Shoe Dis-
                              tortion                          44-50
                              1.   Check Spread Across
                                   Ends of Shoe                44-47
                              2.   Check Twist or Tor-
                                   sional Deflection           47-50
    4.    Repair                                               50-60
          a.    Correction of Spread Across Ends of
                Shoe                                           50-52
                (1)   Primary Shoes                               50
                (2)   Secondary Shoes                             50
                (3)   Duo Servo Type Shoes                        52
                      (a)   To Open Shoe                          52
                      (b)   To Close Shoe                         52
          b.    Correction of Twist in Shoe - All Type
                Shoes                                             52
          c.    Relining Shoes - All Types                     52-53
          d.    Grinding of Shoe Lining                        53-56
                (1)   Discussion                                  53
                (2)   Procedure - General                         53
                (3)   Procedure - Detail                       54-56
          e.    Repair of Brake Spiders                        56-59
                (1.)  Replacement of Scored Cylinder
                      Sleeve - Hydraulic Single
                      Servo Type Brakes                        56-58
                      (a)   To Remove Old Sleeve                  56
                      (b)   To Install New Sleeve              57-58
                (2)   Pressure Test of Spider and
                      Sleeve Assembly                          58-59
                (3)   Cleaning and Repainting Spiders -
                      All Type Brakes                             59
          f.    Repair of Cover Plates - All Type
                Brakes                                         59-60
          g.    Piston and Piston Cups - Hydraulic
                Single Servo and Duo Servo Type
                Brakes                                            60
          h.    Brake Mounting Bolts - All Type Brakes           60
          i.    Shoe Actuating Mechanism - Mechanical
                Type Brakes                                      60
          j.    Special Repair                                   60
    5.    Reassembly                                             60
    6.    Installation                                        60-61
    7.    Adjustment of Brakes - General                         61
    8.    Bleeding the Hydraulic System - All Hydraulic
          Brakes                                                 61
    9.    Adjustment of Control Mechanism - Mechanical
          Type Brake                                             61

          Parts Catalog

Case: MDL No. 875 Document 6346-2 Filed 01/28/11 Page 24 of 27
Case: MDL No. 875 Document 6346-2 Filed 01/28/11 Page 24 of 27

T. O. No. 03-25C-7

## LIST OF ILLUSTRATIONS

| Figure | | Page |
|---|---|---|
| 1 | Mechanical Brake | 5 |
| 2 | Hydraulic Single Servo Brake | 6 |
| 3 | Hydraulic Duo Servo Brake | 7 |
| 4 | Mechanical Brake | 10 |
| 5 | Hydraulic Single Servo Brake | 11 |
| 6 | Hydraulic Duo Servo Brake | 12 |
| 7 | Airplane View - Showing Brake Designation | 22 |
| 8 | Method of Centering Brake Assembly on Brake Torque Collar | 33 |
| 9 | Template to Check Shoe Radii of Curvature | 45 |
| 10 | Fixture to Check for Evidences of Twist in Shoes | 48 |
| 11 | Primary Brake Shoe | 51 |
| 12 | Secondary Brake Shoe - (Shoes for the Purpose of Straightening) | 51 |

Ex.: 14; Pg.: 337

RESTRICTED

T. O. NO.03-25C-7



FIG. I — MECHANICAL BRAKE

RESTRICTED

Ex.: 14; Pg.: 338

Case MDL No 875 JSW Document 66684-2 Filed 04/28/11 Page 26 of 31



FIG. 2 —HYDRAULIC SINGLE SERVO
BRAKE

Ex.: 14; Pg.: 339

RESTRICTED

T. O. NO. 03-25C-7



FIG. 3 — HYDRAULIC DUO SERVO BRAKE

— 7 —

RESTRICTED