Exhibit G, Part 26 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case 9:14-cv-00064-JSW Document 188-2 Filed 04/24/11 Page 28 of 81
RESTRICTED                      T. O. No. 03-25C-7

## SECTION I

### INTRODUCTION

1.      This handbook is issued as the basic Technical Order for the equipment involved.  This handbook contains description, operation, installation, inspection, maintenance, and overhaul instruction for all Bendix brake assemblies supplied to the Air Corps.

2.      For instructions covering Bendix wheels, see Technical Order No. 03-25C-6.

3.      Wheel and brake assemblies will not be stocked as one assembly in depots, but will be stocked as two separate assemblies.

4.      Replacement of brake parts will be accomplished only at stations having proper equipment and trained personnel and at repair depots.

5.      This handbook covers brakes of the following classifications:

    a.    Mechanical brakes.  All brakes of this type are actuated by a mechanical means involving lever, crank, and rod hook-up.

    b.    Hydraulic type single servo brake.  Brakes of this type utilize hydraulic pressure acting on a brake piston as the means of applying actuating force to the end of the primary brake shoe.

    c.    Hydraulic duo servo type brake.  Brakes of this type incorporate two identical brake shoes, and actuating force developed by hydraulic pressure acting on two brake pistons is applied to the ends of each brake shoe.

6.      Reference has been made in this handbook to the following Technical Orders which contain applicable data and instructions.

    T. O. No.

    03-25C-6    Landing Wheels - Bendix.

Ex.: 14; Pg.: 341

T. O. No. 03-25C-7

## SECTION II

## DESCRIPTION

### 1.    General.

Bendix brakes may be generally classified into two types, namely, mechanical and hydraulic. The mechanically operated brakes are now almost obsolete and are found only on older installations with smaller sized wheels. The hydraulic type brakes are used in the more modern installations and almost exclusively with the larger airplanes where the hydraulic hook-up has definite advantages over the mechanical type. The hydraulic method of brake operation is fundamentally more efficient than the mechanical type, and it is for this reason that the trend has been toward the hydraulic brake. In principles of operation the two brakes are alike, the only difference being in the method of applying the actuating force at the end of the brake shoe.

a.    Mechanical Brake, (Fig. 1). - Essentially this type brake consists of a torque spider, around which the primary and secondary shoes are arranged, and a mechanical device consisting of an internal lever and link, or cam, for transmitting the mechanically applied force to the primary shoe.

b.    Hydraulic Brake, Single Servo Type, (Fig. 2). - In this type of hydraulic brake the torque spider is likewise the basic unit of the brake. The spider is designed to incorporate a hydraulic cylinder which contains the brake piston. When actuated by hydraulic pressure, the piston moves outward forcing the primary shoe into contact with the brake drum.

c.    Hydraulic Brake, Duo Servo Type, (Fig. 3). - This figure shows the latest hydraulic type duo servo brake. As in the case of the single servo brake, the torque spider is the main structural unit. It will be noted from Figure 3 that the duo servo brake incorporates a torque spider having a hydraulic cylinder open at both ends to provide for the use of two pistons, thus obtaining direct actuating force on each of the brake shoes. This arrangement provides controlled servo action of the brake for either direction of wheel rotation. It is from this feature that the name duo servo type is derived. Advantages of the duo servo type brake are as follows:

(1)    A full floating shoe ring. This design makes the brake less subject to critical operation resulting from improper clearances, eccentricity of the drums, etc.

(2)    A more uniform braking torque. Good uniformity of braking torque at all speeds of wheel rotation and especially at the lower speeds is provided.

- 9 -

Ex.: 14; Pg.: 342

RESTRICTED

T.O.NO. 03-25C-7



FIG. 4 — MECHANICAL BRAKE

RESTRICTED

Ex.: 14; Pg.: 343

Case 3:19-cv-00675-SW Document 6664-2 Filed 01/29/11 Page 4 of 24



_SECTION_-DD

FIG. 5 —HYDRAULIC SINGLE SERVO BRAKE

Ex.: 14; Pg.: 344



FIG. 6 — HYDRAULIC DUO SERVO BRAKE

RESTRICTED

Ex.: 14; Pg.: 345

Case 6:15-cv-00675-SWO Document 6664-2 Filed 03/02/24 Page 6 of 24

(3)   Brake adjustment is better maintained.

(4)   Because of the duo servo principle allowing equal braking effort for both forward and backward wheel rotation, there is no possibility of damage to the brake by "reverse torque" caused by accidental engagement of the brakes during backward wheel rotation.

2.   Essential Parts.

a.   Mechanical Type Brake, (Fig. 4). - Essentially the mechanical type brake consists of the following parts:

(1)   Torque spider. The torque spider O, the basic structural unit of the assembly, is designed with a number of holes R for mounting on the axle torque flange.

(2)   Operating shaft. A forged steel operating shaft S is installed in the torque spider; one end of this shaft is forged to provide an internal lever P through which it is attached to the primary shoe through steel link B. The external operating lever K is also attached to this shaft.

(3)   Brake shoe assemblies. Two brake shoe and lining assemblies, primary C and secondary E, are assembled about the torque spider. The operating end of the primary shoe is attached to link B but is not attached to the torque arm while the corresponding end of the secondary shoe is securely anchored to the torque arm by the anchor pin G.

(4)   Star wheel adjusting screw. The star wheel adjusting screw D utilizes a right and a left hand thread and is attached to both shoes through pivot nuts.

(5)   Individual shoe adjustment. The take up cam F provides for adjusting the clearance of the secondary brake shoe. A shoe stop is provided at the actuating end of the primary shoe which definitely sets the off position of this shoe.

(6)   Springs. A primary to secondary shoe spring T is attached to both shoes as shown. A secondary shoe spring H is attached to the torque spider and the secondary shoe.

(7)   Dust Cover. Dust cover U is attached to the outside of the brake assembly by means of mounting bolts installed through the mounting holes R.

b.   Hydraulic Brake, Single Servo Type, (Fig. 5). - Essentially this type brake consists of the following parts:

(1)   Torque spider. The torque spider O is the main structural part of the brake and is designed with a hydraulic cylinder at the top. A thin steel sleeve S is fitted in this

- 13 -                    RESTRICTED

cylinder. Two threaded outlet holes are provided on the outside of the cylinder, one for the entry of brake fluid and the other to facilitate bleeding operations. The spider is mounted on the axle torque flange by bolts installed through holes R.

(2) Piston and cup. A brake piston and cup assembly P are installed in the hydraulic cylinder.

(3) Brake shoes. The two brake shoe and lining assemblies, primary C and secondary E, are non-rigidly supported about the brake spider. The operating end of the primary shoe is designed with link B which fits into a recess in the outer end of the brake piston. The toe of the secondary shoe is designed with a rounded semi-circular groove which bears on the anchor pin G installed in the torque spider adjacent to the closed end of the hydraulic cylinder.

(4) Star wheel adjusting screw. The star wheel adjusting screw D has a right hand thread on one side and a left hand thread on the other. This screw attaches the lower ends of the shoes together by screwing into pivot nuts fitted into the end of each shoe.

(5) Eccentric adjustment. Eccentric adjustment F is attached to the torque spider. The opposite end of the adjustment projects through the dust cover and is fitted with a securing lock nut.

(6) Spring. The secondary shoe spring H is attached to the spider and to the secondary shoe as shown. The primary to secondary shoe spring T is attached to both shoes as shown.

(7) Shoe hold down pin. Two shoe hold down pins M and N provide rests for the primary and secondary shoes.

(8) Dust cover. A stamped metal dust cover is bolted to the torque spider on the outside of the brake by means of the same bolts which are used to secure the spider to the axle torque flange. Suitable openings are provided in this cover for checking shoe adjustments and to allow entry of the hydraulic lines to the brake cylinder.

c. Hydraulic Duo Servo Type, (Fig. 6). - Essential parts of the duo servo type brake are as follows:

(1) Torque spider. The torque spider O, the main structural part of the assembly, has a hydraulic cylinder which is open at both ends. Two holes in the cylinder wall lead out to threaded bosses, one for attachment of the hydraulic lines and the other to permit bleeding of the system. A series of holes R equally spaced from the center of the brake allow for bolting the spider to the axle torque flange.

- 14 -

Ex.: 14; Pg.: 347

(2)    Brake shoe and lining assemblies.  The two shoe and lining assemblies, C and E, are identical to each other on the duo servo type brake.  There is no designation of shoes as primary or secondary except in reference to their functioning during operation of the brake.  The two shoe assemblies are non-rigidly fixed about the brake spider to allow for a full floating shoe ring.

(3)    Brake piston assemblies.  Two piston and cup assemblies, P and Q, are installed in the hydraulic cylinder.  The outer ends of each piston are under cut to a rounded cross section to accommodate the bearing pin on the anchor caps.

(4)    Anchor caps.  Two anchor caps, G and V, are provided, one for each piston.  One end of the cap forms a rounded pin which fits into the recess in the brake piston.  The other end of the anchor cap is designed with a tapered flange or key which fits into a groove machined in the end faces of each duo servo shoe.

(5)    Star wheel adjusting screw.  The star wheel adjusting screw D is identical in design and function to that used on the single servo brake.

(6)    Major adjusting screw.  Each shoe is provided with a knurled adjusting screw J installed near the operating end of the shoe.  This screw fits into the threaded bosses provided on each shoe with the head of the screw bearing against the flat on the spider as shown.

(7)    Springs.  Two shoe pull down springs W and one shoe return spring T are installed on the brake.

(8)    Dust cover.  A stamped metal dust cover U similar to that used on the single servo type brake is attached to the outside of the duo servo brake.  The cover is provided with inspection holes for checking and setting brake adjustment and with relief holes for the fluid line bosses on the brake spider.

3.    Operation.

a.    General. - In general both the mechanical and hydraulic type brakes follow the same principles of operation.  The primary difference being in the method by which force is brought to bear against the primary shoe during brake application.  Both types are designed to utilize the servo principle in building up braking force in that the forward motion of the wheel is utilized to aid the operator in applying the brakes.  When the brake is operating, the brake force on the secondary shoe is largely caused by friction force between primary shoe and the drum.  Thus the primary shoe exerts a servo action on the secondary shoe and the rotation of the wheel is used to apply the brake.  This accounts for the tremendous braking power which the brake exerts with a very little pedal pressure.

- 15 -                    RESTRICTED

Ex.: 14; Pg.: 348

b. Mechanical Type Brake, (Fig. 4). - (1) Application:

(a) Depressing the brake pedal rotates lever K in the direction shown by the arrow in Fig. 4.

(b) Lever K is attached to primary shoe C through link B; hence, rotation of lever K forces the primary shoe into contact with the brake drum.

(c) The friction force developed on the primary shoe during brake operation tends to rotate the primary shoe in the direction in which the wheel is rotating. The force thus developed is transmitted to the secondary shoe E by means of star wheel adjusting screw D.

(d) Secondary shoe E is forced against the brake drum by the servo action of the primary shoe and, thus is subjected to the braking force developed by the primary shoe as well as the force developed when it contacts the drum.

(e) The braking force so generated is transmitted by the secondary shoe to the brake torque spider through anchor pin G. The secondary shoe is thus restrained from circumferential travel by anchor pin G, but is free to pivot about the anchor pin.

(f) Braking torque is absorbed by the brake torque flange to which torque spider O is securely bolted. The brake torque flange may either be a permanent part of the axle or may be securely fixed to the axle, but in either case is not free to rotate.

(g) The dust cover U functions to keep out dust, dirt, grease, and any other foreign matter injurious to the interior of the brake.

(2) Release: (a) Release of the brake is accomplished by the operator removing his foot from the brake operating pedal which allows lever K to return to the off position. This removes primary shoe C from contact with the brake drum.

(b) Primary to secondary shoe spring T and secondary shoe spring H assists in snapping the brake to the full off position, and holding it in this position when the brake is inoperative.

c. Hydraulic Brake, Single Servo Type,(Fig. 5). - (1) Application: Application of the hydraulic single servo type brake is as follows:

- 16 -

(a)   Depression of the brake operating pedal results in the development of fluid pressure in the master cylinder. The fluid under pressure is transmitted to the brake cylinder A by means of the brake fluid lines.

(b)   The fluid under pressure is admitted to the cylinder A behind the brake operating piston P.

(c)   Brake piston P is forced outward and the moving force is transmitted to the primary shoe by the connecting link B.   The primary shoe C is thus forced into contact against the brake drum.

(d)   Friction force is developed on the primary shoe and is transmitted to the secondary shoe by means of star wheel adjusting screw D.

(e)   The secondary shoe E is then forced into contact with the brake drum by the servo action of the primary shoe.

(f)   Braking force generated on the secondary shoe is transmitted to the brake torque spider through anchor pin G.   Anchor pin G prevents circumferential travel of the secondary shoe, but allows the secondary shoe to pivot thus obtaining full braking effort.

(g)   Brake force transmitted to the torque spider is absorbed by the axle torque flange which is securely fastened to the axle to prevent this member from rotating.

(2)   Release:  (a)  Release of the hydraulic single servo type brake occurs after the operator has removed his foot from the brake pedal and the hydraulic pressure diminishes.

(b)   The two shoes are then snapped to the off position by springs T and H and held in this position by these springs when the brake is inoperative.

d.   Hydraulic Brake, Duo Servo Type, (Fig. 6). - (1)  Application:

(a)   Application of the brake occurs when the operating fluid is subjected to pressure developed by the master cylinder attached to the brake operating pedal or by the brake pressure regulating valve.

(b)   The fluid under pressure is admitted behind each of the pistons P and Q forcing them to move outward.

(c)   The outward force is transmitted to the shoes by the anchor caps G and V.  The anchor caps are not rigidly fixed

Ex.: 14; Pg.: 350

to either the brake piston or the adjacent shoe, but are held in place by bearing pressure between shoe and piston.

(d)    Outward motion of the pistons and anchor caps forces both shoes simultaneously into contact with the brake drum, and when wheel and drum rotation is as shown by the arrow in Fig. 6, the shoe C will act as the primary shoe.

(e)    The friction force in direction of wheel rotation, which is built up on shoe C, is transmitted to shoe E by the star wheel adjustment screw which joins the two shoes together.

(f)    The servo action of the primary shoe C on shoe E is rapidly built up and shoe E acting as the secondary shoe tends to move in the direction of wheel rotation as a result of the friction force developed on this shoe in that direction.

(g)    The circumferential movement of shoe E forces piston Q back into the cylinder until further circumferential travel of the shoe is stopped by anchor cap V coming into contact with the edges of the hydraulic cylinder. As the development of the servo action occurs very rapidly after the brake is applied, the above operation takes place almost immediately after brake application; hence, in effect only piston P acting on shoe C causes actuation of the brake.

(h)    As the duo servo shoe ring is of the full floating type non-rigidly attached to the spider at any point, the shoes are allowed sufficient vertical movement on the anchor caps to obtain full servo action without building up excessive brake force on the heel of the secondary shoe.

(2)    Release:  (a)  Release of the brake occurs when the fluid pressure acting on the piston is released by the operator.

(b)    The brake is immediately snapped to the full off position by the shoe return spring T and held in this position by this spring and the two shoe hold down springs W.

4.    Methods of Adjustment.

a.    Mechanical Type Brake, (Fig. 4). - (1)  Joint adjustment of both shoes is obtained by the star wheel adjusting screw D which is attached to both shoes through pivot nuts. This screw utilizes a right hand thread on one side and a left hand thread on the other, and thus permits spreading or contracting of the shoes to provide for adjustment at this point.

(2)    Adjustment of the clearance between the secondary brake shoe and the brake drum is obtained by changing the setting of the take up cam F. Rotation of this cam moves the secondary shoe away from or nearer to the drum as desired.

- 18 -

Ex.: 14; Pg.: 351

Cases 1:24-cv-00675-JSR Document 6664-2 Filed 01/28/24/1 Page 239 of 3481

b.    Hydraulic Brake, Single Servo Type, (Fig. 5). - (1)  The star wheel adjusting screw D provides for joint adjustment of the shoes in the same manner as obtained on the mechanical type brake.

(2)    Adjustment of the clearance between the secondary shoe and the brake drum is obtained by changing the setting of the take up cam F which is identical in design and function to that used on the mechanical type brake.

(3)    The shoe stop forms a part of the primary shoe and definitely sets the off position of the primary shoe when the brake is released.

(4)    The two shoe hold down pins M and N function to keep the shoe in correct alignment with the brake drum when the brake is in the off position.

c.    Hydraulic Brake, Duo Servo Type, (Fig. 6). - (1)  Simultaneous adjustment of both shoes is obtained by star wheel adjusting screw D located at the bottom of the brake.

(2)    Individual shoe adjustment at the operating end of each shoe is obtained by turning the knurled adjusting screws J and J.  Rotation of these screws moves the operating end of the shoe away from or nearer to the brake drum as desired.

(3)    The shoe hold down pins M and N hold the brake shoes in correct alignment with respect to the brake drum at the time the brake is not being operated.

Ex.: 14; Pg.: 352

## SECTION III

### INSTALLATION

1.    General.

In general, installation of the brakes includes attachment of the brake torque spider to the brake torque arm or flange by means of bolts, followed by the procedure of hooking up the unit to the actuating device.

<u>a</u>.    The torque flange may be a fixed member on the axle or may be removable from the axle and held in place by splines or bolts.  Attachment of certain brakes, particularly those used on the low pressure wheels may be an exacting procedure dependent upon correct spacing, while the mounting of other assemblies such as those used on the streamline, smooth contour and high pressure wheels will be a simple matter.

<u>b</u>.    In all cases, however, the brakes are designed for installation on a particular airplane and must be installed in accordance with the details prescribed for the landing gear units of the airplane.

<u>c</u>.    Care will be taken in installing the hydraulic type brakes that the hydraulic cylinder be located at the top of the brake and as close as possible to the vertical center line.

<u>d</u>.    Brakes will be installed with the correct number of mounting bolts as specified for each particular assembly.  The following table lists the correct number of bolts required for brake installation on the various types and sizes of wheels.

<u>e</u>.    Hydraulic brakes of the duo servo type will not be installed on the airplane until after brake adjustment has been made. Reference Section IV, paragraph 3., <u>e</u>., (3).

### Table

#### High Pressure Wheels

| Wheel Size | Brake Size | Type | No. of Mounting Bolts Required |
|---|---|---|---|
| 30 x 5 | 12 x 1-3/4 | M | 6 |
| 32 x 6 | 12 x 1-3/4 | M | 6 |
| 36 x 8 | 16 x 1-3/4 | M | 6 |
| 40 x 10 | 16 x 1-3/4 | M | 6 |
| 44 x 10 | 20 x 2 | M | 12 |
| 54 x 12 | 20 x 2 | M | 12 |

Ex.: 14; Pg.: 353

Case 1:21-cv-00675-SW Document 6664-2 Filed 04/28/24 Page 14 of 34

## Streamline Wheels

| Wheel Size | Brake Size | Type | No. of Mounting Bolts Required |
|---|---|---|---|
| 21 | 9 x 1-1/2 | M | 6 |
| 24 | 10 x 1-1/2 | M | 6 |
| 27 | 11 x 1-1/2 | M | 6 |
| 31 | 13 x 2 | M | 6 |
| 40 | 17 x 2 | Hy | 6 |
| 45 | 20 x 2-3/8 | Hy | 6 |
| 50 | 22 x 2-1/4 | Hy | 6 |

## Smooth Contour Wheels

| Wheel Size | Brake Size | Type | No. of Mounting Bolts Required |
|---|---|---|---|
| 27 | 11 x 1-1/2 | Hy | 6 |
| 33 | 13 x 2-1/2 | Hy | 6 |
| 39 | 15 x 4 | D.S. | 10 |
| 44 | 17 x 3-3/4 | D.S. | 6 |
| 51 | 19 x 5 | D.S. | 6 |
| 56 | 22 x 4-1/4 | D.S. | 6 |

## Low Pressure Wheels

| Wheel Size | Brake Size | Type | No. of Mounting Bolts Required |
|---|---|---|---|
| 15.00-16 | 14 x 2 | Hy | 6 |
| 16.00-16 | 14 x 3 | Hy | 6 |
| 17.00-16 | 14 x 3 | D.S. or Hy | 6 |

2.  Right and Left Hand Designation.

a.  With the hydraulic single servo type and with the mechanical type brake, it is imperative that the brake be installed in accordance with its designation as either a right or left hand unit.

b.  Such precaution need not be taken with the duo servo type brake as in accordance with its design there is no right or left hand designation, and any brake of this type may serve equally well as a right or left hand unit.

c.  Single servo and mechanical type brakes are stamped with the letter "R" or "L" to designate a right or left hand unit as an aid in correct installation.

d.  Figure 7 will be used for reference in picturing correct position of the left hand and right hand units. In the case of

Ex.: 14; Pg.: 354

RESTRICTED

T. O. NO. 03-25C-7

— 22 —



FRONT

L.H. — ⸺ R.H.        L.H. — ⸺ R.H.

**FRONT   VIEW**

BRAKES  ARE  STAMPED  "RIGHT  HAND"  AND
"LEFT  HAND".  WHEN  MOUNTING  ON  WHEELS  HAVING
DUAL  BRAKES  PLACE  THE  BRAKES  AS  SHOWN  ABOVE.

FIG. 7 — AIRPLANE VIEW — SHOWING BRAKE DESIGNATION

RESTRICTED

Ex.: 14; Pg.: 355

Case 1:21-cv-00675-SW Document 66-2 Filed 01/28/24 Page 16 of 24

single brake wheels right and left hand designations of brakes will
be in accordance with their relative position in the wheel and brake
installation as shown and designated in Figure 7.

e. In any case when the brake is correctly installed the
primary shoe will be in such a position that application of the
brake will tend to move the shoe in the same direction of rotation
as that followed by the wheel during forward motion of the airplane.

## 3. Brake Spacing.

As was previously pointed out the alignment or spacing of
brakes with respect to wheels of the high pressure, smooth contour,
streamline and extra high pressure type is a simple procedure. On
the other hand, brake spacing on the low pressure type wheel re-
quires special care and procedure as the relative position of the
torque flange and the wheel is not a fixed position and interference
between the brake and wheel may occur if spacing is not correct.

a. Single Brake Wheels. - (1) With all brakes regardless
of their type used in the single brake wheels the installation is a
simple matter and presents no problem of brake spacing as the
bolting of the brake spider to the brake torque flange properly
fixes the spacing of the brake.

(2) However, at the time of brake installation Techni-
cal Order No. 03-25C-6, Section III, paragraphs 2, 3, and 4 covering
installation of the high pressure streamline, smooth contour and
extra high pressure wheels will be referred to.

b. Dual Brake Wheels. - (1) All low pressure wheels and
several of the larger sized smooth contour wheels are of the dual
brake type.

(2) The low pressure wheels will be covered below as
a special type.

(3) Brake installation on the dual brake smooth con-
tour wheels does not require that special procedures be followed to
obtain correct spacing of the brake. On this type installation the
torque flange is either a permanent member on the axle or is fitted
in place by means of splines or keys such that when the axle nuts
are tightened down to the extent necessary to provide correct wheel
bearing tightness, the brake will be properly spaced relative to the
wheel and brake drum assembly.

(4) In all cases, however, before brake and wheel
installations are made, reference will be made to Technical Order
No. 03-25C-6, Section III, paragraph 3, covering installation of the
smooth contour wheels.

Ex.: 14; Pg.: 356

c. **Special. Brake Spacing - Low Pressure Wheels.** - (1) The spacing of brakes installed on low pressure type wheels is an exacting procedure and care must be taken that the brakes are correctly spaced in order that interference of brake and wheel does not occur.

(2) For details covering correct procedure of brake spacing on the low pressure type wheels, refer to Technical Order No. 03-25C-6, Section III, paragraph 4.

d. **Brake Hookup.** - (1) **Mechanical Type Brake:**

(a) Proper installation of the mechanical type brake requires that the control cable or rod is in correct adjustment and has the most advantageous alignment with respect to the brake control lever.

(b) For details covering correct adjustment and alignment of the control lever refer to Section IV, paragraph 3., g.

(2) **Hydraulic Single Servo Type Brakes:** (a) Following installation of a new brake or the reinstallation of a brake which has been removed from the hydraulic system for any reason it is necessary that the hydraulic system be bled.

(b) The procedure of bleeding the system will be in accordance with that outlined in Section IV, paragraph 3., f.

(c) After the hydraulic system has been properly bled the brakes will be adjusted in accordance with the instructions outlined in Section IV, paragraph 3., e., (2).

(3) **Hydraulic Duo Servo Type Brakes:** (a) Brakes of this classification will first be adjusted before they are installed on the airplane. The procedure of adjustment as outlined in Section IV, paragraph 3., e., (3), will be followed.

(b) After the brakes have been correctly adjusted they will be installed on the airplane in accordance with the foregoing instructions covering the particular type of installation.

(c) The hydraulic system will be bled following instructions outlined in Section IV, paragraph 3., f.

- 24 -                        RESTRICTED

Case 1:21-cv-00675-RDB Document 6664-2 Filed 01/28/24 Page 18 of 34

## SECTION IV

### INSPECTION AND MAINTENANCE

1. <u>General.</u>

It should be pointed out that the length of life and the satisfactory operation of the brakes depends to a large extent on the maintenance and condition of the other parts of the landing gear unit. For this reason, inspection of the brakes entails some inspection of the wheels, tires, shock struts, etc.

2. Inspection.

Column No. 38 - Wheels & Brakes.

Daily: Inspect hydraulic inlet connecting bolt and fluid lines on hydraulic type brakes for evidence of leakage.

Inspect dust cover for cracks, dents, and distortion, also for interference with wheel or brake drum.

Inspect torque flange mounting bolts for security.

25-Hour Inspection:

Hydraulic and Mechanical Type Brakes: The inspection made at the 25-hour inspection period will include all steps taken during daily inspection in addition to the following:

Inspect brake pedal for freedom of operation. Brake pedals will be adjusted so that with pedals fully depressed and rudder full on, the brake pedals will be unhindered in operation. Brake pedals will be adjusted so as to allow some small movement of the pedals toward the "on" or braking position before the brakes actually "take hold" to avoid accidental application of the brakes by the pilot.

Inspect hook-up of pedal linkage for condition and security of attachment to master cylinder or brake rods.

Mechanically Operated Brake: Check adjustment and alignment of cable or rod to determine whether same has the most advantageous hook-up.

The angle between the actuating rod or cable should not be over 80° when the brake is fully applied. This angle should be checked and corrected if necessary, but need not be changed if once correct as the star wheel adjustment on the brake entirely compensates for lining wear.

Ex.: 14; Pg.: 358

                    Due to cable strength it may be necessary to adjust
the operating cable sufficiently to bring it into position convenient
for the pilot to operate.

                    Hydraulically Operated Type Brake: Inspect the
master cylinder fluid reservoir and refill if the fluid is low.

            100-Hour Inspection:

                    Hydraulic and Mechanical Type Brakes: Remove
wheels from airplane. Follow instructions outlined in Technical
Order No. 03-25C-6, Section V, paragraph 2.

                    Brakes need not be removed from the airplane nor
will hydraulic lines or mechanical control mechanism be disconnected
from the brakes except when the following inspection specify the
brake will be removed.

                    Special - Low Pressure Dual Brake Wheels.
In removing the wheel, axle, and brake unit, the hydraulic lines will
not be disconnected except as specified above.

                    Examine carefully the condition of the paint on all
brake parts and any evidence of corrosion.

                    Corrosion of the brake parts takes place
very rapidly unless the surfaces are well protected, therefore, the
coating of paint on the brake parts will be kept in good condition.

                    If the paint is deteriorated to the point
where any of the painted part of the brake is exposed, the brake will
be repainted.

                    Any corroded area will be carefully cleaned
and examined to determine the extent of corrosion.

                    Any condition other than surface corrosion
will be considered serious and the corroded part will be repainted.

                    Special attention will be given to the in-
terior of the brake.

                    The foregoing applies to all surfaces except
friction and bearing surfaces.

            Inspect condition of the brake lining.

                    Small amounts of oil or grease on lining will
be removed in accordance with instructions listed under paragraph 3.,
b., (3).

                              - 26 -                         RESTRICTED

Ex.: 14; Pg.: 359

Case 1:21-cv-00675-SW Document 66-2 Filed 02/28/24/1 Page 20 of 24 3461

Any brake found having more than a small amount of oil on the lining will require relining of the shoes. Such brakes will be removed and replaced.

If lining shows cracks at more than one rivet hole in any row of rivets or if a crack is found at a rivet hole at the end of a shoe the brake will likewise require relining and will be replaced.

In accordance with the foregoing, brakes needing relining will be removed from the airplane and replaced with a new or reconditioned assembly. The brake removed will be forwarded to a depot for repair.

Examine brake lining rivets for security and squareness of setting. If any shoe is found with loose rivets or rivets not squarely set in the lining the brake will be removed and replaced.

Inspect the cover plate for cracks, dents, worn spots, corrosion and any other condition endangering the serviceability of this part.

Any brake found having a cover plate which is unserviceable will be removed from the airplane and the cover plate replaced.

Cover plates found to be unserviceable, but in such condition that repair is possible will be repaired after their removal from the brake in accordance with the procedure outlined under paragraph 3., b., (1).

Examine the torque spider for cracks, and distortion. On the hydraulic single servo type brake note especially the condition of the spider in the locality below the cylinder and the points where the spider arms join the spider body. If the spider is found to be cracked or distorted, the brake will be removed and replaced.

Examine the star wheel adjustment screw for bent or badly worn condition. If the above condition is found, the brake will be removed from the airplane and the star wheel adjustment screw replaced.

Inspect all shoe hold down pins for alignment and security. Replace pins with new parts as required. It will not be necessary to remove the brake to accomplish this replacement.

Examine the shoe eccentrics on mechanical and hydraulic single servo type brakes for broken, cracked or distorted condition. Eccentrics found unserviceable through the foregoing inspection will be replaced after the brake has been removed.

Ex.: 14; Pg.: 360

Inspect the entire assembly for the presence of grease, oil, grit, etc., likely to cause faulty operation of the unit. The brake will be thoroughly cleaned in accordance with procedure outlined in Section V, paragraph 3., a., (1), (c).

Examine all brake springs for breakage, distortion, security of attachment and initial tension. Note especially the ends of the springs for distortion at the point where the spring anchors in the spider or shoe. Springs will be replaced if found unserviceable. Replacement can be made without removing the brake.

All mechanical type brakes will be inspected for worn, distorted or broken parts of the shoe actuating mechanism. Any badly worn, distorted or broken parts will necessitate removal of the brake and replacement of the assembly.

On all hydraulic type brakes having a boot installed on the hydraulic cylinder the boot will be turned back and inspection made for evidence of brake fluid leakage. If leakage is evident, the brake will be removed from the airplane, disassembled, and repaired in accordance with instructions outlined in paragraph 3., a., and b.

Special Inspection - The following inspection will apply only to the 14 x 3 Single Servo Type Brake Assembly 52479-80.

Inspect the brake cover plate to determine whether rubber grommets have been installed at the inlet fitting hole and at the opening for the eccentric. All serviceable dust covers of this classification which do not have the grommets installed will be revised by installing this part.

Summary of Inspection: The following is a summary of the troubles which when discovered through the preceding inspection as existing on any brake will require that the entire assembly be removed and sent to a depot for overhaul.

Shoes in need of relining due to wear or because the linings are oil or grease soaked.

Rivets in lining loose or improperly set.

Evidence of structural failure by cracking of any brake part.

Brake parts badly worn, distorted, scored or corroded so as to render same unserviceable. The foregoing does not apply to the brake springs.

- 28 -                         RESTRICTED

Case 1:21-cv-00675-RS Document 6664-2 Filed 01/28/24 Page 22 of 24

3.    Maintenance.

The following method of repair will be established to correct troubles discovered by the foregoing inspection.

    a.    Removal and Disassembly. - If correction of troubles discovered in the preceding inspection require the brake assembly to be removed and disassembled, the following procedure will apply:

        (1)    Mechanical Type Brake, (Fig. 4):  (a)  Disconnect control rod or cable from the brake.

            (b)    Remove the bolts which fasten the brake spider to the brake torque flange.

            (c)    Remove the brake assembly from the airplane.

            (d)    Remove the primary to secondary shoe spring "I" and the secondary shoe spring "H".

            (e)    Remove the two shoe hold down pins "M" and "N".

            (f)    Remove the pin which fastens the connecting link B to the primary shoe.

            (g)    Remove the anchor pin "G".

            (h)    Remove safety from the star wheel adjusting screws and turn adjusting screw until shoes are disconnected at this point.

        (2)    Hydraulic Type Brakes, Single Servo and Duo Servo, (Figs. 5 & 6):  (a)  Disconnect hydraulic lines from the brake.  Care will be taken to prevent fluid from running on the brake lining.

            (b)    Remove the bolts which secure the brake spider to the brake torque flange.

            (c)    Remove the brake assembly from the airplane.

            (d)    Remove the shoe hold down pins "M" and "N".

            (e)    Remove the primary to secondary shoe spring "I", and the secondary shoe spring "H" on the single servo type brake.  On the duo servo type brake remove the two shoe springs "W".

            (f)    Remove shoe ring consisting of primary and secondary shoes from the spider.

- 29 -                    RESTRICTED

Ex.: 14; Pg.: 362

(g)  Remove guard from star wheel adjusting screw
"D" and turn screw "D" until shoes are disconnected.

brakes.

(h)  Remove eccentric "F" on single servo type

(i)  Remove actuating piston or pistons on the
single servo and duo servo type brake respectively.  Care will be
taken to prevent any foreign particles such as dust, dirt, etc.,
from entering the cylinder while the brake is disassembled.

b.  Repair. - (1) Dust covers will be repaired in accord-
ance with the following if the foregoing inspection indicates that
minor repair operations are all that is required to restore service-
ability.

(a)  Remove any small dents or creases by placing
a wooden block behind the dust cover for support and hammering
lightly with a rubber hammer.

repainted.

(b)  Corroded areas will be carefully cleaned and

(c)  Slight distortions will be corrected by
placing the cover on a wooden block and tapping same with a rubber
hammer.

(2)  Torque spiders found during the foregoing inspec-
tion as being slightly corroded or with paint worn off in certain
spots will be carefully cleaned and repainted.

(3)  Brake shoes will likewise be cleaned and repainted
if necessary.  Slight amounts of grease or oil on the lining will be
removed with a high grade gasoline.

(4)  Brake springs and shoe hold down pins found to be
unserviceable or faulty by the foregoing inspection will be re-
placed with new parts.

(5)  Bent, distorted or worn star wheel adjustment
screws will be replaced with new parts.

(6)  Eccentric found during previous inspection as bent,
cracked or broken will be replaced.

(7)  Hydraulic type brakes which were found as showing
evidence of fluid leakage at the hydraulic cylinder will be repaired
in accordance with the following procedure.

(a)  Remove piston and cup assembly from the
brake spider and inspect the piston and the operating cylinder walls
for scoring.

- 30 -                          RESTRICTED

(b) Pistons showing evidence of scoring will be replaced and piston cups will be replaced in each case.

(c) In the event that the cylinder walls show evidence of scoring the spider will be replaced and the faulty spider sent to a depot for repair.

(d) If no scoring of the cylinder walls is observed reassemble brake with new cup installed on the piston. In reassembly of the brake follow the reverse of the procedure outlined for disassembly.

(e) Pressure test the spider and piston assembly as follows:

1. Use drum as a fixture to hold the brake assembly during test. It will not be necessary to adjust the brake in performing this check other than that which is necessary to allow entry of the brake within the drum.

2. First check under pressure of five pounds per square inch to determine any leakage at low pressure.

3. Check at pressure of 1000 pounds per square inch.

(f) If leakage is determined, the brake will be replaced and sent to a depot for repair of the spider.

(g) If no leakage is observed during the foregoing test, the brake will be considered satisfactory in this respect.

(8) Care will be taken that all brake parts are carefully cleaned with a suitable cleaner, carbon tetrachloride or equal, prior to reassembly or reinstallation of the unit. All grease, oil, grit, etc., will be removed.

(9) All non-friction surfaces not previously painted will be painted with one coat of approved primer.

(10) Special Repair - 14 x 3 Single Servo Brake Assembly 52479-80. Cover plates on this brake assembly not having the rubber grommets installed at the bleeder and inlet fitting holes and at the eccentric holes will be revised by installing these parts.

c. Reassembly. - (1) Brakes will be reassembled following the reverse of the procedure outlined under "Disassembly". Care will be taken to prevent any foreign particles from entering the hydraulic cylinder or adhering to the piston which might be injurious.

Ex.: 14; Pg.: 364