Exhibit G, Part 27 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits

(2)   Special – 17.00-16 and 16.00-16 Brakes in the Dual Brake Wheels. The following instructions will apply in reassembly of the brakes to the brake torque collar.

(a)   Assemble brake assembly to brake torque arm so that the spider has the same relation as before disassembly.

(b)   A fixture (See Fig. 8) will be used to locate the brake mounting collar concentric with the brake torque collar bolt hole circle. The fixture is essentially a mandrel having one diameter of 2.751" plus .000, minus .002 to locate the brake torque arm and a second diameter of 3.752 plus .000, minus .002 to locate the brake torque spider.

(c)   Install bolts, nuts, and cotter pins.

d.   Installation. – (1) Mechanical and hydraulic single servo type brakes will be reinstalled on the airplane in accordance with the procedure outlined in Section III covering the particular type wheel and brake installation.

(2)   The duo servo type brakes will not be installed on the airplane prior to their adjustment, as adjustment of these units is performed in a "dummy" drum and axle. After adjustment has been made they will be installed in accordance with the instructions outlined in Section III.

e.   Adjustment of Brakes. – (1) Mechanical Type, (Fig. 4):

(a)   Install wheel and drum assembly in which the brake is to be used on the airplane. The instructions outlined in Technical Order No. 03-25C-6, Section III, Installation, covering the particular type wheel will be followed in installing the wheel.

(b)   Jack up the wheel so that it will turn freely.

(c)   Loosen the lock nut on eccentric "F" and turn the eccentric in the direction of wheel rotation until the wheel is locked in position.

(d)   Back off eccentric until the wheel just rotates freely.

(e)   With a close fitting wrench hold the eccentric in this position and tighten the lock nut. This should provide a clearance of .010 or less between lining and drum, measured at the thickness gage slot nearest the eccentric.

(f)   Uncover the star wheel adjusting screw hole by rotating the cover plate.

Ex.: 14; Pg.: 365

T. O. NO. 03−25C−7



FIG. 8 − METHOD OF CENTERING BRAKE ASSEMBLY ON BRAKE TORQUE COLLAR

— 33 —

Ex.: 14; Pg.: 366

(g)   Using a screw driver, turn the star wheel of the adjusting screw "D" away from the axle until a brake drag is noticed when turning the wheel by hand.

(h)   Back off the star wheel until drag is just eliminated and close the star wheel adjustment screw slot.

(i)   Check clearances at both thickness gage slots.   The clearance measured at each slot should be .010 or less.

(j)   If clearance of .010 or less is not obtained it will be necessary to perform another adjustment in accordance with the above until such clearances are obtained.

(2)   Hydraulic Single Servo Type, (Fig. 5):  (a)   Install wheel and drum assembly in which the brake will be installed. Follow instructions outlined in Technical Order No. 03-25C-6, Section III, covering the particular type wheel.

(b)   Jack up the wheel so that it will turn freely.

(c)   Open the cover plates at the thickness gage slots and at the adjusting screw hole, with a screw driver.

(d)   Loosen the lock nut on eccentric "F" just sufficiently to allow turning of this part.

(e)   With a screw driver, turn the star wheel adjusting screw away from axle until the brake is locked in position.

(f)   Back off adjusting screw until wheel just rotates freely.

(g)   Turn secondary shoe eccentric "F" in direction of wheel rotation until wheel is locked.

(h)   Back off eccentric to allow .010 clearance between secondary shoe and drum at thickness gage slot adjacent to the eccentric.   This clearance is the minimum allowable between shoe and any point on the drum.

(i)   With a close fitting wrench hold the eccentric in the position and tighten the eccentric lock nut.

(j)   Rotate wheel to make certain this clearance is maintained all around drum.

(k)   With a screw driver, turn the adjusting nut screw "D" away from the axle until brake drag is noticed.

Ex.: 14; Pg.: 367

T. O. No. 03-25C-7

(1)    Back off adjusting screw until drag is
eliminated, and a clearance of at least .010" is provided between
primary shoe and drum at thickness gage slot at center of primary
shoe.  This clearance must always be equal to or greater than the
clearance of the secondary shoe.

(m)    Rotate wheel to make sure clearance is main-
tained all around drum.

(3)    Hydraulic Duo Servo Type: (a) Adjustments: Two
types of adjustment are possible on the duo servo type brake; namely,
a "minor" adjustment and a "major" adjustment.

1.    Minor Adjustment, (Fig. 6): The minor
adjustment is performed while the landing gear unit including the
brake assembly is installed on the airplane as in actual service.
Such adjustment is made to compensate for lining wear and only the
star wheel adjusting screw "D" is used in performing this adjustment.

2.    Major Adjustment, (Fig. 6): This term
may be defined as a setting of brake shoe and drum clearance by
manipulating the major adjusting screws "J" and the star wheel adjust-
ing screw "D".  A major adjustment will always be made when the
landing gear is removed from the airplane for periodic inspection and
after replacement of any of the following parts.

Torque Spider "O"
Brake Shoe "C" or "E"
Shoe Lining "Y"
Adjusting Assembly "J"
Anchor "G" or "V"
Piston "P" or "Q"

(b)    Minor Adjustment Procedure, (Fig. 6):  1. On-
ly the star wheel "D" is used in making a minor adjustment.

2.    To perform the minor adjustment rotate
star wheel adjusting screw "D" to spread the shoes until minimum
clearance of .010" is obtained at the thickness gage slots "S" and
"Z".

3.    Rotate drum about the brake.  If brake
is dragging, back off star wheel "D" until the drag is just elimin-
ated.

4.    Check clearance at slots "Z" and "S"
Should clearance here be less than .005" a major adjustment should
be performed.

- 35 -                          RESTRICTED

Case: MDL-No. 875JSP Document 66641-2 Filed 04/28/11 Page 5 of 30

## (c)   Major Adjustment - Procedure, (Fig. 6):

1.   Major Adjustment: In performing a major adjustment the brake will be mounted in a dummy brake drum with the brake assembly properly centered on an axle and with the cover plate removed from brake. The following table lists the inside diameters the dummy drums must have, to correspond to the various duo servo type brakes covered in this handbook.

| Assembly No. | Size | Inside Diameter of Dummy Drums. |
|---|---|---|
| 55941 | 13" | $\frac{12.995}{13.005}$ |
| 55971 | 14" | $\frac{13.995}{14.005}$ |
| 56008 | 15" | $\frac{14.995}{15.005}$ |
| 56483 | 15" | $\frac{14.995}{15.005}$ |

NOTE: If brake is badly out of adjustment, it may be necessary to turn adjusting screw "J" to bring the shoes nearer the torque spider "O" in order that the brake will go into the drum.

2.   Discussion: In adjusting the duo servo brake the following characteristics of this type brake should be kept in mind as they have an important bearing on brake adjustment.

a.   The duo servo brake has a full floating shoe ring. Because of this, the shoe ring may shift as a result of handling while adjustments are being made, causing variation in initial clearances and clearances obtained during time of adjustment. This is especially true when setting clearances at "Z" and "S". For example, if .000 clearance at "Z" is opposite .030 clearance at "S" the shoe ring should be shifted so as to divide the .030 equally, resulting in .015 at either "S" or "Z".

b.   When checking the adjustment of a brake it is necessary that four thickness gages be used, one at each of the four slots, as the entrance of only one gage at either of the lower slots will shift the shoe ring from side to side with the result that clearances are not reliable. Clearances should be checked at the closest point on the drums.

Ex.: 14; Pg.: 369

                    c.    For proper functioning of the
brake, the clearance at all four thickness gage slots "S", "Z", "A"
and "B" must be equal.  This should be the primary aim of a major
adjustment.

                    3.    Procedure:  a.  As a starting point in
adjusting the duo servo brake, it is suggested that once the brake
is installed in the drum the star wheel "D" be rotated until the
brake is dragging.

                    b.    Set tentative equal clearance of
.015 at "S" and "Z" by adjustment of screw "J" on each of the shoes.

                    c.    By rotating star wheel "D" en-
deavor to set the same clearance at "A" and "B" as was obtained at
"S" and "Z".  If this cannot be done, it will be necessary to re-
adjust clearance at "S" and "Z".

                    d.    Final clearance obtained at "A"
and "B", and "Z" and "S" must be equal and within the range shown
on the following table for the brake assembly in question.  This
table will be referred to at the time of brake adjustment.

### TABLE

| Assembly No. | Size | Minimum Clearance | Maximum Clearance |
|---|---|---|---|
| 55941 | 13 x 2-1/2 | .010" | .017" |
| 55971 | 14 x 3 | .010" | .027" |
| 56008 | 15 x 4 | .010" | .035" |
| 56483 | 15 x 4 | .010" | .035" |

                    e.    Rotate drum about the brake.  If
slight drag is encountered, back star wheel "D" off until drag is
just eliminated.

        f.    Bleeding the Hydraulic System. - Following the instal-
lation of the hydraulic single servo or duo servo type brake it is
necessary to bleed the line to remove all trapped air.  To bleed the
line proceed as follows:

        (1)    Make certain that all fluid lines are properly and
securely installed.

        (2)    Fill the fluid reservoir with the specified brake
fluid.  It will be necessary to keep a careful check on the reser-
voir during the bleeding operation and care will be taken not to
allow the reservoir to become empty.

        (3)    Remove the cap or screw from the bleeder fitting.

        (4)    Unscrew the bleeder valve one-half turn.

- 37 -                    RESTRICTED

(5)    Prepare a piece of rubber tubing at least 12" long and slip one end of the tubing over the end of the bleeder fitting, allowing the free end of the tubing to hang into a receptacle.

(6)    Operate the brake pedal back and forth slowly, which pumps fluid out of the reservoir and through the system.  Continue this operation until the fluid from the hose connection on the bleeder is free from air bubbles.  At least one pint of fluid must be pumped through the system before all air is removed.

(7)    Close the bleeder fitting tightly and insert the cap or dust cover.

(8)    Check the fluid level in the reservoir, adding fluid if necessary.

(9)    Operate brakes by pushing down on brake pedal. Pedal action should be "hard".  If spongy action of pedal is noted it will be necessary to check fluid lines and connections for leaks. Any unserviceable parts will be replaced and the line re-bled in accordance with the foregoing.

g.  ·  Adjustment of Control Mechanism - Mechanical Type Brake. After the brakes have been adjusted in accordance with the foregoing instructions the hook-up will be attached carefully so that the rods, foot pedal, and bell cranks are set so that they will be working in the most advantageous position.

(1)    The angles between the cable and rods or bell cranks will be set at $90°$, plus or minus $10°$, (Fig. 4), measured with full brake application.

(2)    The method of determining whether the angle will be set at $90°$ plus $10°$, or $90°$ minus $10°$; i.e., $100°$ or $80°$, will be to determine the direction of travel of the cable as the brake is being applied.  If the indicating arrow denoting direction of travel points away from the lever in question, as the brake is being applied, the angle between the cable and the rod will be set at $80°$.  If the arrow points toward the rod or bell crank the angle will be set at $100°$.

RESTRICTED

Ex.: 14; Pg.: 371

Case 1:04-cv-00875-JSW Document 66-4 Filed 04/28/11 Page 9 of 30

## SECTION V

### DISASSEMBLY, INSPECTION, REPAIR, AND REASSEMBLY

### 1.    General.

As was previously pointed out in Section IV, the brakes are but one of the component parts of the landing gear and their satisfactory operation and length of life is dependent on the maintenance and condition of the other parts of the landing gear unit.  Therefore, routine inspection and necessary maintenance, repair, etc. will be performed on these items at the time of brake inspection and repair.

### 2.    Disassembly.

a.    Mechanical Type Brakes. - Remove brakes and disassemble in accordance with procedure outlined for the mechanical type brake in Section IV.

b.    Hydraulic Type Brakes. - Remove brakes from the airplane and pressure check spider and piston assembly in accordance with the following before disassembling the brakes.

(1)    Use drum as a fixture to hold the brake assembly during test.

(2)    First, check under pressure of 5 pounds per square inch to determine any leakage at low pressure.

(3)    Check at pressure of 1000 pounds per square inch.

(4)    If leakage is determined, the brake will be marked for special inspection of hydraulic cylinder, piston and piston cup.

(5)    Disassemble brakes in accordance with procedure outlined for the particular hydraulic type brake in Section IV.

### 3.    Inspection.

a.    General. - (1) Examine carefully the condition of the paint on all brake parts for any evidence of corrosion.

(a)    Corrosion of the brake parts takes place very rapidly unless the surfaces are well protected.  Therefore, the coating of paint on the brake parts will be kept in good condition.

(b)    If the paint is deteriorated to the point where any of the painted part of the brake is exposed, the brake will be repainted.

Ex.: 14; Pg.: 372

Case 1:04-cv-00875-JSW Document 66-12 Filed 04/28/11 Page 60 of 81

(c) Any corroded area will be carefully cleaned and examined to determine the extent of corrosion. Any condition other than surface corrosion will be considered serious and the corroded part will be cleaned and repainted, except in cases where corrosion has endangered structural strength of the part. In these instances the part will be replaced with a new part.

(d) Special attention will be given to the parts at the interior of the brake.

(e) The foregoing applies to all surfaces except friction and bearing surfaces.

(2) Inspect condition of the brake lining.

(a) Any lining having excessive oil on it will be removed and replaced.

(b) Any lining showing cracks at two (2) or more rivet holes in the same row of rivets will be replaced.

(c) Shoes found having lining worn beyond serviceable condition will be delined and new lining installed on the shoe.

(3) Examine brake lining rivets for security and squareness of setting. If any shoe is found with loose rivets or rivets not squarely set in the lining, the shoe will be delined and new lining installed.

(4) Inspect the cover plate for cracks, dents, worn spots, corrosion, and any other condition endangering the serviceability of this part.

(a) On brakes found having a cover plate which is unserviceable, the cover plate will be repaired if such repair is advisable.

(b) Cover plates found unserviceable and beyond repair will be replaced.

(5) Examine the torque spider for cracks and distortions. On the hydraulic single servo type brake note especially the condition of the spider in the locality below the cylinder and the points where the spider arms join the spider body. If the spider is found to be cracked or distorted, the spider will be removed and replaced with a new part.

Ex.: 14; Pg.: 373

(6)    Examine the star wheel adjustment screw for bent or badly worn condition. Unserviceable star wheel adjustment screws will be replaced with a new part.

(7)    Inspect all shoe hold down pins, shoe eccentrics, springs, etc. for breakage, distortion, cracks and any other unserviceable condition. Any of these parts found to be unserviceable will be replaced.

(8)    Examine brake mounting bolts and nuts for breakage, bad threads, and wear. Any unserviceable parts will be replaced.

b.    Mechanical Type Brakes. - All mechanical type brakes will be inspected for worn, distorted or broken parts of the shoe actuating mechanism. Any unserviceable parts will be replaced.

c.    Hydraulic Type Brakes. - (1) Inspect hydraulic cylinder and piston and cup assembly. Special attention will be given to these parts on brakes on which leakage was observed during the foregoing inspection made prior to disassembly.

(2)    Inspect brake actuating piston for score marks.

(3)    Examine piston cups for general swollen disintegrated or worn condition, and inspect feather edges of cups for breaks which are likely to be the cause of leakage.

(4)    Inspect cylinder walls in the spider for evidence of scoring.

(a)    If evidence of scoring is found in spiders having the steel cylinder sleeve installed, the spider will be repaired in accordance with the procedure outlined under repair.

(b)    If scoring is found in the cylinder wall of the duo servo type brake not having a steel cylinder sleeve installed, the spider will be removed from service and replaced with a new part.

d.    Special Inspection. - (1) This inspection will apply only to the 14 x 3 Hydraulic Single Servo Type Brake, Assembly 52479-80.

(2)    Inspect the brake cover plate to determine whether rubber grommets have been installed at the inlet fitting and eccentric. Dust covers not having grommets installed will be revised in accordance with procedure outlined under paragraph 4., i.

e.    Dimensional Inspection - All Types of Brakes.

(1)    Mounting Collar: The mounting collar diameter on all types of brakes will be checked against the dimension listed for the particular brake in the following table.

- 41 -                    RESTRICTED

Case: MDL No 875 JSW Document 66464-2 Filed 01/28/11 Page 14 of 89

## TABLE I

| Assembly No. | Axle Hole Diameter | Assembly No. | Axle Hole Diameter |
|---|---|---|---|
| 7351 | | 27190 | 2.690 / 2.692 |
| 11828 | 3.934 / 3.938 | 27192 | 4.473 / 4.470 |
| 17649 | 3.158 / 3.160 | 27194 | 3.939 / 3.941 |
| 22075 | 3.934 / 3.938 | 27196 | 3.754 / 3.756 |
| 22144 | 2.192 / 2.190 | 50081 | 2.503 / 2.505 |
| 25272 | 3.158 / 3.160 | 50207 | 3.1600 / 3.1635 |
| 25352 | 2.192 / 2.190 | 50375 | 3.754 / 3.756 |
| 25362 | 3.934 / 3.938 | 50377 | 4.472 / 4.474 |
| 25991 | 3.158 / 3.160 | 50540 | 2.503 / 2.505 |
| 26632 | 2.630 / 2.628 | 50554 | 2.503 / 2.505 |
| 26634 | 2.192 / 2.190 | 50579 | 1.817 / 1.815 |
| 50682 | 3.7540 / 3.7575 | 52712 | 2.503 / 2.505 |
| 50858 | 2.503 / 2.505 | 52944 | 3.7540 / 3.7575 |
| 51018 | 3.7540 / 3.7575 | 55891 | 3.7530 / 3.7565 |
| 51528 | 2.503 / 2.505 | 55941 | 3.7540 / 3.7575 |
| 51568 | 3.7540 / 3.7575 | 55971 | 3.7530 / 3.7565 |

- 42 -

Ex.: 14; Pg.: 375

RESTRICTED                      T. O. No. 03-25C-7

| Assembly No. | Axle Hole Diameter | Assembly No. | Axle Hole Diameter |
|---|---|---|---|
| 51582 | 2.503 / 2.505 | 56008 | 3.7540 / 3.7575 |
| 52479 | 3.7530 / 3.7565 | 56483 | 4.4720 / 4.4755 |

NOTE: Spiders found having a collar diameter measuring .001" over the high limit shown in the above table will be replaced with a new part.

(2)   Brake Shoes: The following inspections will be made on all brake shoes which are to be relined. To carry out this inspection, it will be necessary to first deline all shoes.

(a)   Delining Shoes: 1. Deline shoes by carefully drilling off formed head of rivet with drill, then forcing rivet from hole, using hammer and drift punch slightly smaller than rivet hole.

2.   After delining, the shoes will be thoroughly cleaned with a suitable cleaner, carbon tetrachloride or equal.

(b)   Inspection of Rivet Holes: 1. Examine all delined shoes for condition of rivet holes. The shoes will be replaced if the rivet holes are worn oversize or corroded. Allowable wear of rivet holes before shoes will be retired is listed in the following table.

TABLE

| Brake Assembly | Original Diameter of Lining Rivet Hole in Brake Shoe | Maximum Oversize Diameter Permissable |
|---|---|---|
| 7351 | .169 | .186 |
| 11828 | .170 | .187 |
| 17649 | .169 | .186 |
| 22075 | .169 | .186 |
| 22144 | .169 | .186 |
| 25272 | .169 | .186 |
| 25352 | .169 | .186 |
| 25362 | .169 | .186 |
| 25991 | .169 | .186 |
| 26632 | .169 | .186 |
| 26634 | .169 | .186 |
| 27190 | .169 | .186 |
| 27192 | .169 | .186 |
| 27194 | .169 | .186 |
| | - 43 | RESTRICTED |

Ex.: 14; Pg.: 376

| Brake Assembly | Original Diameter of Lining Rivet Hole in Brake Shoe | Maximum Oversize Diameter Permissable |
|---|---|---|
| 27196 | .169 | .186 |
| 50081 | .169 | .186 |
| 50207 | .169 | .186 |
| 50375 | .169 | .186 |
| 50377 | .169 | .186 |
| 50540 | .169 | .186 |
| 50554 | .169 | .186 |
| 50579 | .169 | .186 |
| 50682 | .169 | .186 |
| 50858 | .169 | .186 |
| 51018 | .169 | .186 |
| 51528 | .169 | .186 |
| 51568 | .196 | .213 |
| 51582 | .169 | .186 |
| 52479 | .196 | .213 |
| 52712 | .169 | .186 |
| 52944 | .196 | .213 |
| 55891 | .196 | .213 |
| 55941 | .196 | .213 |
| 55971 | .196 | .213 |
| 56008 | .196 | .213 |
| 56483 | .196 | .213 |

2. Two rivet holes in any one row of rivets may be elongated over maximum diameter given in above table provided neither is at end of the shoe.

(c) Inspection of Shoe Distortion:

NOTE: After shoes are in service they become distorted. This misalignment may be classified as two separate conditions. One is a change in the dimension across the ends of the shoes. The other is a twisting of one end of the shoe with respect to the other.

1. Check Spread Across Ends of Shoe:

a. The spread across the ends of the shoes will be checked by means of a steel template which will be constructed in accordance with Fig. 9. The dimension R on Fig. 9 refers to the original mean radius of curvature of the brake shoes. This dimension varies for different size brake shoes, and a template will be made for each different shoe size being checked. The following table lists the value of dimension R for each of the brake sizes covered by this handbook.

- 44 -                RESTRICTED

Ex.: 14; Pg.: 377

RESTRICTED

Case3:11-cv-00061-JSW   Document68-2   Filed01/24/11   Page65 of 81

T. O. NO. 03-25C-7

RESTRICTED

Ex.: 14; Pg.: 378



TO OBTAIN TWO TEMPLATES
CUT PLATE IN HALF ALONG
CENTER LINE

27"

2.7"

R

¼"

⅛"

45° Chamfer

4130 steel

FIG. 9 — TEMPLATE TO CHECK SHOE RADII OF CURVATURE

## TABLE

### RADIUS OF CURVATURE OF BRAKE SHOES

| Brake Size | Assembly Numbers | Dimension R of Template of Shoe Curvature |
|---|---|---|
| 9 x 1-1/2 | 50579-80 | $\frac{4.308}{4.312}$ |
| 10 x 1-1/2 | 50554-5<br>51582-3 | $\frac{4.808}{4.812}$ |
| 11 x 1-1/2 | 50540-1<br>50081-2<br>51528-9<br>50858-9 | $\frac{5.308}{5.312}$ |
| 11 x 2 | 52712-3 | $\frac{5.308}{5.308}$ |
| 12 x 1-3/4. | 27190-1<br>26634-5<br>26632-3<br>25352-3<br>22144-5<br>7351-2 | $\frac{5.805}{5.809}$ |
| 13 x 2 | 50207-8 | $\frac{6.308}{6.312}$ |
| 13 x 2-1/2 | 52944-5<br>55941-2 | |
| 14 x 2 | 51018 | $\frac{6.745}{6.749}$ |
| 14 x 3 | 52479-80<br>55891-2<br>55971 | $\frac{6.745}{6.749}$ |
| 15 x 2 | 50682-3 | $\frac{7.245}{7.249}$ |
| 15 x 4 | 56483<br>56008 | $\frac{7.245}{7.249}$ |
| 16 x 1-3/4 | 17649-50 | $\frac{7.808}{7.812}$ |

- 46 -

Ex.: 14; Pg.: 379

RESTRICTED             T. O. No. 03-25C-7

| Brake Size | Assembly Numbers | Dimension R of Template of Shoe Curvature |
|------------|------------------|-------------------------------------------|
| 16 x 2-1/2 | 25991-2<br>25272-3 | 7.808<br>7.812 |
| 17 x 2 | 50375-6 | 7.245<br>7.249 |
| 20 x 2 | 11828-9<br>22075-6<br>25362-3<br>27192-3<br>27194-5<br>27196-7 | 9.808<br>9.815 |
| 20 x 2-3/8 | 51568-9 | 9.745<br>9.749 |
| 22 x 2-1/4 | 50377-8 | 10.745<br>10.749 |

           b.     Lay shoe on its side and insert three or more pins, or lining rivets, through the rivet holes in next to the top row of holes.

           c.     Hold template designed for the shoe in question firmly against the shoe allowing template to rest on pins or rivets to prevent any possibility of cocking on shoe.

           d.     Sight along line of contact between shoe and template. Any discrepancies such as an open or closed condition of the ends of the shoe can readily be detected.

           2.     Check Twist or Torsional Deflection:

           a.     Check twist or torsional deflection in all types of shoes. The shoes are manufactured so that the surface of the shoe which contacts the lining is a true cylindrical surface, located definitely with respect to the operating end and adjusting nut end of the shoe.

           b.     A fixture illustrated in Fig. 10 will be required to properly check shoes for twist. This fixture consists of the following parts.

           (1)     A base plate having a true flat surface

           (2)     A removable round pin fitted perpendicular in the plate and having a diameter conforming to dimension listed in the following table.

- 47 -                 RESTRICTED

Ex.: 14; Pg.: 380



FIG. IO—FIXTURE TO CHECK FOR EVIDENCES OF TWIST IN SHOES

Ex.: 14; Pg.: 381

RESTRICTED                     T. O. No. 03-25C-7

(3)    A sliding block having a
face perpendicular to the base plate.

### TABLE

| Brake Size | Diameter of Removable Pin |
|---|---|
| 9 x 1-1/2 | $\frac{.681"}{.684}$ |
| 10 x 1-1/2 | $\frac{.681"}{.684}$ |
| 11 x 1-1/2 | $\frac{.681"}{.684}$ |
| 11 x 2 | $\frac{.681"}{.684}$ |
| 12 x 1-3/4 | $\frac{.871"}{.874}$ |
| 13 x 2 | $\frac{.871"}{.874}$ |
| 13 x 2-1/2 | $\frac{.871"}{.874}$ |
| 14 x 2 | $\frac{.871"}{.874}$ |
| 14 x 3 (S.S.) | $\frac{1.057"}{1.060}$ |
| 14 x 3 (D.S.) | $\frac{.747"}{.750}$ |
| 15 x 2 | $\frac{.871"}{.874}$ |
| 15 x 4 | $\frac{1.060"}{1.053}$ |
| 16 x 1-3/4 | $\frac{.995"}{.998}$ |
| 17 x 2 | $\frac{1.057"}{1.060}$ |

- 49 -                                        RESTRICTED

c.    Place shoe to be checked on face plate with adjusting nut hole around pin in face plate. The end of the shoe nearest the pin, as at point A, Fig. 10, will be set so as to be flush with the face plate.

d.    The other end, as at point B, Fig. 10, should not admit a thickness gage over .025" between the shoe and the plate.

e.    Move sliding block to bear against the face of the shoe.

f.    No point on the shoe should admit a thickness gage of over .015 between the face of the shoe and the face of the block.

NOTE:  Shoes which fail to pass any of the foregoing inspections will be restored to correct alignment in accordance with instructions outlined under Repair.

4.    Repair.

The following instructions outline methods of repair which will apply in correcting the unserviceable conditions discovered during the previous inspection. The instructions will likewise apply in overhauling brakes forwarded to the depot for repair according to instructions outlined in Section IV, Inspection and Maintenance.

a.    Correction of Spread Across Ends of Shoe. - (1) Primary Shoes, (Fig. 11):  Mechanical and Hydraulic Single Servo Type.

(a)    If previous inspection by means of template shows ends of shoe do spread too far open, close up shoe the required amount by hammering with lead mallet at point B on shoe supported at point C against the work bench.

(b)    If inspection revealed ends of shoe as too closed together, open up shoe by hammering with lead mallet at point D on shoe supported at point E against the work bench.

(2)    Secondary Shoes, (Fig. 12):  (a) If template shows ends of shoe too far apart, close up shoe by hammering with lead mallet at point B on shoes supported at point C against the work bench.

(b)    If it is necessary to open ends of shoe, this will be accomplished by inserting a jack between points D and E and exerting enough force to spread shoe to proper dimension.

Ex.: 14; Pg.: 383

RESTRICTED          T. O. NO.03-25C-7



FIG. 11—PRIMARY BRAKE SHOE



FIG. 12 – SECONDARY BRAKE SHOE —(SHOES FOR THE
PURPOSE OF STRAIGHTENING)

          RESTRICTED

Ex.: 14; Pg.: 384

Case: MDL No. 875 Document 666164-2 Filed 01/28/11 Page 21 of 30

(3)  Duo Servo Type Shoes:  (a)  To Open Shoe:

                    1.  Grasp the end of the shoe to which the
star wheel adjustment is attached firmly between both hand, such
that the web is against the fingers of both hands and the lining
side of the shoe is against the heel of the hand.

                    2.  Strike the anchor cap bearing face
squarely against a block of wood.

                    3.  Recheck shoes in template to determine
whether or not another blow will be necessary to make the shoe
follow the curvature of the template.

                    4.  If necessary, repeat above performance
until proper curvature of the shoe is obtained.

                    (b)  To Close Shoe:  1.  The same procedure out-
lined above for opening the shoe will be followed with the exception
that the shoe will be held in the hands such that the lining side
of the shoe will be struck against the wood block near the anchor
cap end of the shoe.

                    2.  After each blow, check shoe with
template, repeating this performance until shoe is satisfactory.

     b.  Correction of Twist in Shoe - All Type Shoes.

          (1)  Clamp shoe in a vise with the vise jaws closing
on the web of the shoe near that end of the shoe opposite star wheel
adjusting screw prongs.

          (2)  Insert an 18" rod through the adjusting nut holes
and place a plug between the end prongs of the shoe.

          (3)  Exert sufficient force on end of bar to correct
twisted condition of shoe.

          (4)  Recheck shoe on fixture and repeat performance, if
required, until shoe is satisfactory.

     c.  Relining Shoes - All Types. - (1)  Clamp lining to shoes
using C clamps.

          (2)  Set rivets in place.

               (a)  Begin operation at center of the shoe and
work toward end of shoe.  Set rivets in one side of the shoe from
center to end.  Reverse shoe and set rivets on other side to same
end.  Set rivets in other half of shoe in like manner.

Ex.: 14; Pg.: 385

(b)   Care will be taken to exert proper pressure on the rivets as too much will crack and too little will allow loose lining.

(c)   Lining will conform to the following specifications after the operation of relining.

1.   Rivets all secure and heads not to exceed 1/32" out of square.

2.   Edge of lining not to extend over the edge of the shoe more than 1/64".

3.   No shoes will be acceptable if lining is cracked at a rivet hole when such crack is at end of shoe. Acceptable if cracked at only one rivet hole per row not at the end of the shoe.

4.   Looseness between lining and shoe may be .002" at the rivets or .005" between rivets.

d.   Grinding of Shoe Lining. - (1) Discussion:

(a)   After shoes have been relined, they will be ground to a radius conforming to dimensions listed in table for the particular shoe.

(b)   The shoes will be ground against a disc grinder rotating at nearly constant speed.

(c)   Shoes will be held in fixtures which locate the shoes from their end points.

(2)   Procedure - General: In general the procedure of grinding the lining to the correct radius will consist of the following operations.

(a)   Adjustment of the fixture. This consists of setting the radius adjustment screw which controls the radius of grind on the lining by moving the entire fixture back or forth on a line with the axis of the grinding wheel. The adjustment screw is fitted with a crank and 1/4 revolution of the crank corresponds to a .025" change in radius.

(b)   Measurement of ground radius. This operation is best done with a vernier caliper across the hub of the fixture to the face of the lining. If the center of the hub corresponds to the center of the shoe, it is necessary to subtract the hub radius from the measurement to determine the ground radius.

(c)   Readjustment of the fixture as needed and grinding to finish size.

- 53 -                    RESTRICTED

Case:WPB-No.375 JSW Document 66464-2 Filed 01/28/11 Page 23 of 30

(3)  Procedure - Detail:  (a)  Place the proper fixture on the grinding machine.

(b)  Fit shoe and lining assembly to fixture.

(c)  A steel hook is provided to hold shoe on fixture while grinding.

(d)  By means of the radius adjustment screw, bring the lining against the wheel at the radius desired and make a trial cut.  The trial cut should be too little rather than too great because if the radius is too small, it will be necessary to replace the lining

(e)  Measure the ground radius of the shoe in accordance with instructions outlined above.  It should be born in mind that the correct radius is the measured dimension less the hub radius of the fixture.

(f)  If the radius is too large, readjust radius adjustment and regrind to size; if too small, it will be necessary to replace the lining.

TABLE

| Brake Assembly | Finished Radius of Ground Lining |
|---|---|
| 7351 | Not to be Ground |
| 11828 | Not to be Ground |
| 17649 | $\frac{7.990}{7.980}$ |
| 22075 | Not to be Ground |
| 22144 | Not to be Ground |
| 25272 | $\frac{7.990}{7.980}$ |
| 25352 | $\frac{5.990}{5.980}$ |
| 25362 | $\frac{9.990}{9.980}$ |
| 25991 | $\frac{7.990}{7.980}$ |
| 26632 | Not to be Ground |
| 26634 | Not to be Ground |

- 54 -

RESTRICTED

Ex.: 14; Pg.: 387

T. O. No. 03-25C-7

| Brake Assembly | Finished Radius of Ground Lining |
|---|---|
| 27190 | Not to be Ground |
| 27192 | Not to be Ground |
| 27194 | Not to be Ground |
| 27196 | Lining is finished not ground. |
| 50081 | $\frac{5.490}{5.480}$ |
| 50207 | $\frac{6.490}{6.480}$ |
| 50375 | $\frac{8.490}{8.480}$ |
| 50377 | $\frac{10.990}{10.980}$ |
| 50540 | $\frac{5.490}{5.480}$ |
| 50554 | $\frac{4.990}{4.980}$ |
| 50579 | $\frac{4.990}{4.980}$ |
| 50682 | $\frac{7.490}{7.480}$ |
| 50858 | $\frac{5.490}{5.480}$ |
| 51018 | $\frac{6.990}{6.980}$ |
| 51528 | $\frac{5.490}{5.480}$ |
| 51568 | $\frac{9.990}{9.980}$ |
| 51582 | $\frac{4.990}{4.980}$ |

RESTRICTED

Ex.: 14; Pg.: 388

| Brake Assembly | Finished Radius of Ground Lining |
|---|---|
| 52479 | $\frac{6.990}{6.980}$ |
| 52712 | $\frac{5.490}{5.480}$ |
| 52944 | $\frac{6.490}{6.480}$ |
| 55891 | $\frac{6.990}{6.980}$ |
| 55941 | $\frac{6.490}{6.480}$ |
| 55971 | $\frac{6.990}{6.980}$ |
| 56008 | $\frac{7.480}{7.470}$ |
| 56483 | $\frac{7.480}{7.470}$ |

e. Repair of Brake Spiders. - (1) Replacement of Scored Cylinder Sleeve - Hydraulic Single Servo Type Brakes:

(a) To Remove Old Sleeve: 1. Heat spider assembly to about $93.3°$ C. (200° F) in tank of water or oven. Do not attempt to heat spider by applying flame direct.

2. Turn spider with open end of cylinder facing floor and with slight bumping action force sleeve from spider.

3. Once the sleeve is started on its way outward and part of it is exposed, use a pair of pliers to remove it completely.

4. If sleeve does not come out easily, heat spider to 121.1° C. (250° F) or higher, but not over $148.9°$ C. (300° F) and repeat above performance.

5. After sleeve has been removed, thoroughly clean spider cylinder, removing all evidence of wax and dirt. Care will be taken not to score cylinder wall as installation of new sleeve will be made difficult. Spider should be dry before beginning installation of new sleeve.

- 56 -                    RESTRICTED

Ex.: 14; Pg.: 389

T. O. No. 03-25C-7

(b)   To Install New Sleeve: 1.   Heat cylinder and sleeve to 65.6° C.(150° F) which is about 5.6° C.(10° F) above melting temperature of beeswax.  It will be necessary to work quickly on the next steps because if the temperature of the spider falls much below 60° C.(140° F), the wax will chill and the procedure must be started over.

2.   Push sleeve in cylinder until first groove is ready to enter cylinder.

3.   Using a brush, fill groove with molten wax and push sleeve into second groove.  Repeat wax application.

4.   Press sleeve all the way into cylinder using arbor press if necessary.

5.   Place assembly in oven again heating same to 60° C.(140° F) to allow wax to flow entirely around the sleeve and to eliminate any air bubbles, thus securing complete sealing.

6.   After several minutes, remove assembly from oven.  Place in position with open end of cylinder facing floor and axis of cylinder perpendicular with floor.  Allow to cool.

7.   Drill inlet fitting hole through sleeve using inlet hole of spider as a drill guide.

8.   Lap spider sleeve to dimension indicated in the following table corresponding to the size spider being repaired.

TABLE

| Assembly Number | Diameter of Hydraulic Cylinder |
|---|---|
| 50375 | $\frac{1.500}{1.502}$ |
| 50377 | $\frac{1.750}{1.752}$ |
| 50682 | $\frac{1.250}{1.252}$ |
| 50858 | $\frac{1.000}{1.002}$ |
| 51018 | $\frac{1.250}{1.252}$ |

RESTRICTED

Ex.: 14; Pg.: 390

| Assembly Number | Diameter of Hydraulic Cylinder |
|---|---|
| 51528 | $\frac{1.000}{1.002}$ |
| 51568 | $\frac{1.627}{1.629}$ |
| 51582 | $\frac{.876}{.878}$ |
| 52479 | $\frac{1.752}{1.754}$ |
| 52712 | $\frac{1.252}{1.254}$ |
| 52944 | $\frac{1.500}{1.502}$ |
| 55891 | $\frac{1.752}{1.754}$ |

(2) <u>Pressure Test of Spider and Sleeve Assembly</u>:  The following test will be made on all spiders on which new sleeves were installed in accordance with the above.  The test will also be made on all spiders which showed evidence of leakage when pressure check was made prior to disassembly of brake, and for which subsequent inspection revealed no evidence of score marks in the cylinder sleeve as the cause of such leakage.

(<u>a</u>)  In order to pressure test spiders, it will be necessary to assemble the brake using the spider to be tested.  A new or serviceable piston with a new piston cup installed will be used.  The cover plates need not be attached to brake for this test.  To assemble the brake, follow instructions outlined in Section IV for the hydraulic single servo type brake.

(<u>b</u>)  Install brake assembly in brake drum of corresponding size.  It will not be necessary to adjust the brake other than what is necessary to allow entry of the brake within the drum.

(<u>c</u>)  Pressure test.  First check under pressure of 5 pounds per square inch to determine any leakage at low pressure.

(<u>d</u>)  If leakage is observed between the sleeve and cylinder body, it will be necessary to disassemble the brake and perform the following operation.

- 58 -                    RESTRICTED

1.      Plug inlet hole and bleeder fitting hole with suitable threaded plugs.

2.      Place spider in oven and heat to 60° C.(140° F) to 65.6° C.(150° F).

3.      Remove spider from oven and fill cylinder one-half to three-fourths full with freshly melted beeswax.

4.      Maintain the cylinder in an upright position and insert a standard piston and cup assembly.

5.      Using an arbor press capable of exerting 1,000 pounds of pressure, force piston down until wax emerges from between cylinder and sleeve at the outer edge.  The sleeve will move upward about one-fourth inch, but will return to place after all wax is forced through.

6.      Drain excess wax from cylinder and place spider in a position with open end facing the floor and with axis of cylinder perpendicular to the floor.  Allow to cool.

7.      Carefully clean away all excess wax on interior bottom of cylinder and from threads.

8.      Repeat pressure test of spider after reassembly of brake, following procedure outlined above.

9.      Disassemble brake and continue with repair.

        (3)   Cleaning and Repainting Spiders - All Type Brakes:

        (a)   The spiders will be carefully cleaned to remove evidence of slight corrosion, grease, or oil.  A suitable cleaning compound, carbon tetrachloride or equal will be used.

        (b)   The spiders will be repainted with one coat of approved primer.

    f.   Repair of Cover Plates - All Type Brakes. - Dust covers which are badly distorted, worn, or cracked will not be repaired. Repair will be made only on those covers which the foregoing inspection indicated could be restored to serviceability by minor repair operations as follows:

        (1)   Small dents or creases will be removed by placing a wooden block behind the dust cover for support and hammering lightly with a rubber hammer.

Ex.: 14; Pg.: 392

(2)   Carefully clean the cover using a suitable cleaner, carbon tetrachloride or equal, to remove grease, oil, and any evidence of slight corrosion.

(3)   Slight distortions will be corrected by placing the cover on a wooden block and tapping same with a rubber hammer.

(4)   Dust covers will be repainted with one coat of approved primer.

g.   Piston and Piston Cups - Hydraulic Single Servo and Duo Servo Type Brakes. - (1)  All brake actuating pistons which show evidence of score marks will be replaced.

(2)   All piston cups will be replaced at the time of major overhaul regardless of appearance.

h.   Brake Mounting Bolts - All Type Brakes. - Any mounting bolts found having worn or stripped threads, showing cracks or breakage, or any other unserviceable condition will be replaced with new parts.

i.   Shoe Actuating Mechanism - Mechanical Type Brakes. - All parts of the shoe actuating mechanism found to be unserviceable because of wear, distortion, or breakage will be replaced.

j.   Special Repair. - The following repair will apply only to the 14 x 3 hydraulic single servo type brakes, assembly number 52479-80.  All cover plates on brakes which do not have the rubber grommets installed at the hydraulic inlet fitting and at the opening for the shoe eccentric, will be revised by installing these grommets.

5.   Reassembly.

a.   Brakes will be reassembled following the reverse of the procedure outlined under Disassembly, Section IV, for the particular type brake.  In reassembling the hydraulic type brakes, the necessary care will be taken to prevent any foreign particles from entering the hydraulic cylinder or adhering to the piston which might be injurious to the brake or be the cause of faulty operation.

b.   Special 17.00-16 and 16.00-16 brakes in the dual brake wheels.  The instructions outlined in Section IV covering reassembly of these brakes to the brake torque collar will be followed.

6.   Installation.

a.   Mechanical and hydraulic single servo type brakes will be reinstalled on the airplane in accordance with procedure outlined in Section III, Installation, covering the particular type brake.

T. O. No. 03-25C-7

    <u>b</u>.    Duo servo type brakes will not be installed on the airplane until after adjustment has been performed. Brakes of this type will be adjusted in accordance with procedure outlined in Section IV, Inspection and Maintenance.

7.    <u>Adjustment of Brakes - General</u>.

    Brakes will be adjusted in accordance with instructions outlined in Section IV for the particular type brake.

8.    <u>Bleeding the Hydraulic System - All Hydraulic Brakes</u>.

    Following the installation of the hydraulic single servo or duo servo type brakes, it will be necessary to bleed the line to remove all trapped air. The instructions outlined in Section IV, Inspection and Maintenance, covering this operation will apply.

9.    <u>Adjustment of Control Mechanism - Mechanical Type Brake</u>.

    <u>a</u>.    After brakes have been installed and adjusted in accordance with the foregoing procedure, it will be necessary to carefully attach the rods, foot pedal, and bell cranks to obtain the most efficient and advantageous alignment.

    <u>b</u>.    The instructions outlined in Section IV, Inspection and Maintenance, covering adjustment of the control mechanism for the mechanical type brake will be followed to obtain proper adjustment of these parts.