**RESTRICTED**
**FOR OFFICIAL USE ONLY**

AN 02-35HA-4A
A.P. 2046A

# PARTS CATALOG

## FOR

# AIRCRAFT ENGINES

## MODELS
# R-2600-19 and
# R-2600-23

**NOTE: This Catalog replaces T. O. No. 02-35HA-4A dated February 15, 1943.**

*NOTICE: This document contains information affecting the national defense of the United States within the meaning of the Espionage Act, 50 U. S. C., 31 and 32, as amended. Its transmission or the revelation of its contents in any manner to an unauthorized person is prohibited by law.*

D F KELLER CO., Chicago
APRIL 4, 1944—15,000

*APRIL 15, 1944*

RESTRICTED

AN 02-35HA-4A

Published under joint authority of the Commanding General, Army Air
Forces, the Chief of the Bureau of Aeronautics, and the Air Council of
the United Kingdom.

## THIS PUBLICATION MAY BE USED BY PERSONNEL RENDERING SERVICE TO THE UNITED STATES OR ITS ALLIES

### Instructions Applicable to AAF Personnel.

Paragraph 5.d. of Army Regulation 380-5 relative to the handling of restricted printed matter is quoted below:

"d. Dissemination of restricted matter.—The information contained in restricted documents and the essential characteristics of restricted material may be given to *any person known to be in the service of the United States and to persons of undoubted loyalty and discretion who are cooperating in Government work*, but will not be communicated to the public or to the press except by authorized military public relations agencies."

### Instructions Applicable to Navy Personnel.

Navy Regulations, Article 75½, contains the following paragraphs relating to the handling of restricted matter:

"*(b) Restricted* matter may be disclosed to persons of discretion in the Government service when it appears to be in the public interest.

"*(c) Restricted* matter may be disclosed, under special circumstances, to persons not in the Government service when it appears to be in the public interest."

The Bureau of Aeronautics Circular Letter No. 12-43 further states:

"Therefore, it is requested that all naval activities check their own local regulations and procedures to make sure that handbooks, service instructions and other *restricted* technical publications are actually being made available to both civilian and enlisted personnel who have use for them."

### General.

These instructions permit the issue of restricted publications to civilian contract and other accredited schools engaged in training personnel for Government work, to civilian concerns contracting for overhaul and repair of aircraft or aircraft accessories, and to similar commercial organizations.

### LIST OF REVISED PAGES ISSUED

NOTE: A heavy black vertical line, to the left of the text on revised pages, indicates the extent of the revision. This line is omitted where more than 50 percent of the page is revised.

### ADDITIONAL COPIES OF THIS PUBLICATION MAY BE OBTAINED AS FOLLOWS:

AAF ACTIVITIES.—Submit requisitions to the Commanding General, Fairfield Air Service Command, Patterson Field, Fairfield, Ohio, Attention: Publications Distribution Branch, in accordance with AAF Regulation No. 5-9. Also, for details of Technical Order distribution, see T. O. No. 00-25-3.

NAVY ACTIVITIES.—Submit requests to the Chief, Bureau of Aeronautics, Navy Department, Washington, D. C. Also, see NavAer 00-500 for details on distribution of technical publications.

BRITISH ACTIVITIES.—Submit requirements on Form 294A, in duplicate, to the Air Publications and Forms Store, New College, Leadhall Lane, Harrogate, Yorkshire, England.

RESTRICTED

AN 02-35HA-4A

# TABLE OF CONTENTS

| Section | | Page Number | Ill. on Page Number |
|---|---|---|---|
| I | INTRODUCTION | 1 | |
| II | GROUP ASSEMBLY PARTS LIST | 5 | |
| | Crankcase and Supercharger Sections | 5 | |
| | Crankcase Front Section | 5 | 4 |
| | Crankcase Main Section | 7 | 6 |
| | Oil Drain Tube | 9 | 6 |
| | Supercharger Front Housing | 9 | 10 |
| | Supercharger Diffuser Plate | 12 | 10 |
| | Supercharger Rear Housing | 12 | 10 |
| | Supercharger Drain Valve and Tube | 15 | 10 |
| | Supercharger Rear Cover | 15 | 14 |
| | External Hydro Oil Tube | 21 | 20 |
| | Oil Sump | 21 | 20 |
| | Oil Pump | 23 | |
| | Oil Pump | 23 | 23 |
| | External Oil Suction Tube (Oil Sump to Oil Pump) | 27 | 26 |
| | Oil Filter (Supercharger Rear Housing) | 27 | 26 |
| | Cam and Cam Drive | 29 | 28,30 |
| | Impeller and Impeller Drive | 33 | |
| | Impeller and Impeller Shaft (Plate Type Clutch) | 33 | 32 |
| | Impeller and Impeller Shaft (Roller Type Clutch) | 33 | 33 |
| | Impeller Drive (Plate Type Clutch) | 35 | 34 |
| | Impeller Drive (Roller Type Clutch) | 39 | 38 |
| | Supercharger Clutch Oil Control Valve (Plate Type Clutch) | 42 | 34 |
| | Supercharger Clutch Oil Control Valve (Roller Type Clutch) | 43 | 38 |
| | Accessory Drives | 45 | |
| | Accessory Drive and Starter Shaft | 45 | 44 |
| | Generator Drive | 47 | 46 |
| | Oil Pump Drive | 47 | 48 |
| | Tachometer, Fuel Pump and Dual Accessory Drive | 47 | 48 |
| | Tachometer and Fuel Pump Drive Housing and Gears | 49 | 48 |
| | Magneto and Gun Synchronizer Impulse Generator Drives | 51 | 50 |
| | Controllable Pitch Propeller Governor Drive | 51 | 50 |
| | Dual Accessory Drive | 51 | 52 |
| | Crankshaft, Propeller Shaft and Reduction Gear | 55 | |
| | Crankshaft | 55 | 56,57 |
| | Propeller Shaft | 62 | 63 |
| | Propeller Shaft Reduction Gear | 64 | 64 |
| | Connecting Rods | 67 | 66 |
| | Cylinders, Intake Pipes, Pistons and Air Deflectors | 69 | |
| | Cylinders | 69 | 70,71 |
| | Intake Pipes | 76 | 70,71 |
| | Pistons | 77 | 70,71 |
| | Cylinder Air Deflectors (Cylinders #2, 4, 6, 8, 10, 12 and 14) | 79 | 78 |
| | Cylinder Air Deflectors (Cylinders #1, 3, 5, 7, 9, 11 and 13) | 81 | 78 |

RESTRICTED

-1

Ex.: 15; Pg.: 397

| Section | | Page Number | Ill. on Page Number |
|---|---|---|---|
| | Cylinder Air Deflector Attaching Parts | 83 | 78 |
| | Cylinder Head Air Deflectors | 85 | 84 |
| | Valve Mechanism | 89 | |
| | Rocker Arm | 89 | 88 |
| | Push Rod and Housing | 89 | 88 |
| | Valve Tappet and Guide | 89 | 88 |
| | Valves and Springs | 90 | 88 |
| | Ignition | 91 | |
| | Magneto | 91 | 91 |
| | Ignition Wiring | 93 | 92 |
| | Spark Plugs | 95 | 92 |
| | Carburetion | 97 | |
| | Carburetor (Holley) | 97 | 96 |
| | Carburetor (Stromberg) | 97 | 97 |
| | Fuel Inlet (Holley Carburetor) | 98 | 96 |
| | Carburetor Adapter (Holley Carburetor) | 98 | 96 |
| | Carburetor Air Inlet Screen and Air Scoop Attaching Parts (For Holley Carburetor) | 98 | 96 |
| | Carburetor Air Inlet Screen and Air Scoop Attaching Parts (For Stromberg Carburetor) | 99 | 97 |
| | Priming System | 101 | |
| | Priming System (Three Point) | 101 | 100 |
| | Priming System (Eight Point) | 105 | 105 |
| | Miscellaneous | 109 | |
| | Instruction Plate | 109 | |
| | Gasket Set | 109 | |
| III | NUMERICAL PARTS LIST | 110 | |
| | Oversize and Undersize Parts List | 115 | |
| IV | STANDARD PARTS LIST | 121 | |
| | AN Standard Parts | 121 | |
| | Army Standard Parts | 121 | |
| | Wright Standard Parts | 121 | |
| | Vendor's Standard Parts | 130 | |
| V | SERVICE TOOL LIST | 131 | |
| | Tool Kit | 131 | 131 |

Ex.: 15; Pg.: 398

## 1. General

a. This catalog lists and describes the parts for Wright Cyclone Models R2600-19 and R2600-23 engines manufactured by the Wright Aeronautical Corporation, Paterson, New Jersey and is divided into five sections as shown in the Table of Contents.

b. The Group Assembly Parts List (Section II) consists of the complete engine divided into 13 main groups as shown in the Table of Contents. The major assemblies and sub-assemblies of the complete engine are listed in one of the main groups assigned for a particular assembly. Each assembly listed is followed immediately by its component parts properly indented thereunder to show their relationship to the assembly. Component parts of the complete engine which are not included in any assembly but which are used in conjunction with, attach, or attach to a certain assembly, are listed immediately following the last detail of that assembly and in line with the major assembly.

c. The quantities listed in the "Units per Assy" column of the Group Assembly Parts List are, in the case of part numbers having the nomenclature starting in column 1, the total quantity used per engine at the location described by the nomenclature. Part numbers having the nomenclature starting in columns 2, 3, 4, 5 or 6 list the quantity used per assembly. The quantities specified, therefore, are not necessarily the total used per engine. Refer to the Numerical Parts List (Section III) and the Standard Parts List (Section IV) for the total quantities used per engine.

d. Part numbers are used exclusively to identify parts.

e. The "R" or index numbers appearing on the illustrations are numerically arranged in the Group Assembly Parts List and are used mainly to assist in locating a part in the Group Assembly Parts List after it has been found on an illustration. A column listing figure numbers is also included in the Group Assembly Parts List adjacent to the index number column to facilitate reference to the illustrations.

f. The Table of Contents at the front of the catalog shows the method of grouping the parts and the sequence of the groups.

g. Notes such as "Supersedes", "No longer supplied", etc., refer to future procurements and will be disregarded by overhaul personnel in the absence of separate specific instructions concerning the use of such items. All dimensions shown herein are nominal. They are inserted to facilitate identification for ordering and are not to be construed as restrictive in inspection.

h. Various items of equipment such as spark plugs, carburetors, magnetos, etc., are listed under the vendor's part number with the Wright part number in parentheses following the description. When ordering or installing equipment for these engines, consult the Handbook of Service Instructions, AN 02-35HA-2A, and the individual equipment Technical Orders referred to therein.

## 2. Replacement Studs

a. The part numbers of any given standard size stud and its oversizes are identical except for the letter designations. These letter designations and the markings used for identification are as follows:

| Letter Designation | Size | Identification Marking |
|---|---|---|
| xxxxDx | Standard | Plain end |
| xxxxHx | .003" OS OD | Pointed end |
| xxxxSx | .007" OS OD | Countersunk end |
| xxxxJx | .012" OS OD | Drilled end, 3/32" hole, 3/32" deep |

b. Where "H" (.003" OS) studs are listed in the Group Assembly Parts List section, they are used as the first replacement of the "D" (standard size) studs originally installed in the engine.

## 3. Front and Rear

The terms "front" and "rear" are determined by considering the propeller end of the engine as the front, and the anti-propeller end as the rear.

## 4. Right and Left

The terms "right" and "left" in connection with parts listed in this catalog refer to the viewpoint from the rear of the engine.

Ex.: 15; Pg.: 399

## 5. Cylinder Numbers

Viewing the engine from the rear, cylinders are numbered consecutively in a clockwise direction around the engine, starting with number one cylinder which is the top cylinder of the rear row and continuing with number two cylinder which is located in the front row immediately to the right of the vertical center line. By this designation, all odd numbered cylinders are located in the rear row and all even numbered cylinders are located in the front row.

## 6. Abbreviations

The abbreviations used throughout this catalog are as follows:

| Abbreviations | Full Name | Abbreviations | Full Name |
|---|---|---|---|
| Access. | Accessory | Impel. | Impeller |
| Adapt. | Adapter | In | Inch |
| Adj | Adjusting | ID | Inside Diameter |
| Asbs | Asbestos | LH | Left Hand |
| Assy | Assembly | Mach. | Machining |
| Brg | Bearing | Mag | Magneto |
| Brkt | Bracket | No | Number |
| Bush. | Bushing | OD | Outside Diameter |
| Carbtr | Carburetor | OS | Oversize |
| Ctr | Center | Prop. | Propeller |
| Conn | Connection | Quant. | Quantity |
| Csk | Countersunk | Reduct. | Reduction |
| C'weight. | Counterweight | Reinf | Reinforcing |
| C'case | Crankcase | Retain. | Retaining |
| Cyl | Cylinder | RH | Right Hand |
| Deflec | Deflector | RH | Round Head |
| Dia | Diameter | Sect. | Section |
| Diff. | Diffuser | Specl | Special |
| Distrb | Distributor | Sq Hd | Square Head |
| Drld. | Drilled | Std | Standard |
| Exter | External | Str. | Straight |
| Ft | Feet | Studd. | Studding |
| Fill | Fillister | Subst. | Substituting |
| Gen | Generator | Suct | Suction |
| Gov | Governor | Supchgr | Supercharger |
| Hd | Head | Synchr | Synchronizer |
| Hdless | Headless | Tach | Tachometer |
| Hex | Hexagon | US | Undersize |
| Ign | Ignition | Vac | Vacuum |

## 7. Symbols

The symbols used throughout the catalog and their explanations are as follows:

| | |
|---|---|
| @ | Indicates a part no longer furnished. |
| ± | Indicates a part available in oversize and/or undersize. |
| ¢ | Use first oversize for replacement. See Oversize and Undersize Parts List, Section III of Numerical Parts List. |
| # | Indicates that quantity used varies. |
| * | Not to be stocked or requisitioned as detail parts. |
| a,b,c,d,etc | Indicates that explanation appears as footnote on page. |

Ex.: 15; Pg.: 400

8. Engine Numbers

a. The engine serial numbers of the engines included in this catalog are as follows:

| Manufacturer's Engine Serial Numbers | Engine Model Designation | Contract Numbers |
|---|---|---|
| 62933 to 63384 | R2600-19 | DA W535 AC-165 |
| | | W535 AC-20296 |
| 63865 to 63870 | R2600-19 | W535 AC-40109 |
| 64230 to 64239 | R2600-19 | W535 AC-20296 |
| 89236 to 89265 | R2600-19 | W535 AC-32079 |
| 154737 to 154764 | R2600-19 | W535 AC-20296 |
| 182651 to 182763 | R2600-19 | W535 AC-40109 |
| 41095 | R2600-23 | W535 AC-24934 |
| 63385 to 63412 | R2600-23 | W535 AC-24934 |
| 63413 to 63864 | R2600-23 | W535 AO-20296 |
| 63871 to 64229 | R2600-23 | W535 AC-20296 |
| 88197 to 89235 | R2600-23 | DA W535 AC-1108 |
| | | W535 AC-24543 |
| 89266 to 90735 | R2600-23 | W535 AC-32079 |
| 153211 to 153261 | R2600-23 | W535 AC-24934 |
| 153263 to 154736 | R2600-23 | W535 AC-24934 |
| 154765 to 154860 | R2600-23 | W535 AC-24934 |
| 158094 to 158554 | R2600-23 | W535 AC-24934 |
| 158555 to 159058 | R2600-23 | W535 AC-32079 |
| 159059 | R2600-23 | W535 AC-32079 |
| 159060 to 159364 | R2600-23 | W535 AC-32079 |
| 159365 to 161119 | R2600-23 | W535 AC-32079 |
| 182645 to 182650 | R2600-23 | W535 AC-20296 |
| 196172 to 196656 | R2600-23 | W535 AC-32079 |
| 427181 to 429159 | R2600-23 | W535 AC-32079 |

b. In listing engines throughout this catalog the word "inclusive" has not been used. It will be understood that all groups of engine numbers, such as 62933 to 63384, include the engines from 62933 up to 63384, inclusive.

Ex.: 15; Pg.: 401

RESTRICTED

AN 02-35HA-4A

## SECTION II—GROUP ASSEMBLY PARTS LIST



Figure I

CRANKCASE FRONT SECTION

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

RESTRICTED

Ex.: 15; Pg.: 402

RESTRICTED

AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. R- | INDEX NO. | STD | GROUP / MAJOR ASSEMBLY / PART NUMBER — NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | **CRANKCASE FRONT SECTION** | | | | | |
| 1 | 1001 | | 415648 — CRANKCASE FRONT SECTION STUDDING ASSEMBLY | 1 | 1 | | 02-D | 136S |
| | | | 415647 * — CRANKCASE FRONT SECTION MACH. ASSEMBLY | 1 | 1 | | 02-D | 136S |
| | | | 67791 * — CRANKCASE FRONT SECTION | 1 | 1 | | 02-D | 136S |
| | | | 64560 * — RETAINER - Prop. shaft thrust bearing | 1 | 1 | | 02-D | 136S |
| | | | 146D2 * — PIN - Propeller shaft thrust bearing retainer locking | 1 | 1 | | 02-D | 136S |
| 20 | 1003 | | 64814 — BUSHING - Governor driven gear shaft | 1 | 1 | | 02-D | 136S |
| 1 | 1005 | | 2142D2 — PLUG - C'case front section governor oil line, pipe (.250" slotted) | 1 | 1 | | 02-D | 136S |
| 1 | 1007 | | 2142D1 — PLUG - C'case front section governor oil line, pipe (.125" slotted) | 1 | 1 | | 02-D | 136S |
| 1 | 1009 | | 36D7 — PLUG - C'case front section governor oil line, pipe (.250" hex head) | 1 | 1 | | 02-D | 136S |
| 1 | 1011 | | 4042D1 — PLUG - C'case front section governor oil line, pipe (.125" hex head) | 1 | 1 | | 02-D | 136S |
| 1 | 1012 | ± | 2135H100 — STUD - C'case front section to governor drive housing | 4 | 4 | | 02-D | 136S |
| 1 | 1013 | | 2070D1 — SCREW - C'case front sect. puller subst. | 3 | 3 | | 02-D | 136S |
| 1 | 1014 | | AN900-5 — GASKET - C'case front sect. puller subst. screw (Wright Part No 23D17) | 3 | 3 | 29 | | 128 |
| 1 | 1015 | | 111370 — FLANGE - Crankcase front section | 1 | 1 | | 02-D | 136S |
| 1 | 1017 | | 63998 — GASKET - Crankcase front section flange | 1 | 1 | | 02-D | 136S |
| 1 | 1019 | | 63997 — SPACER - Crankcase front section flange | 1 | 1 | | 02-D | 136S |
| 1 | 1021 | | 2057D17 — SCREW - Crankcase front section flange to stationary reduction gear | 10 | 10 | | 02-D | 136S |
| | | | 34D14 — WASHER - Crankcase front section flange to stationary reduction gear screw | 10 | 10 | | 02-D | 136S |
| 1 | 1025 | | 45D28 — BOLT - Crankcase front section to stationary reduction gear | 2 | 2 | | 02-D | 136S |
| | | | 27D76 — WASHER - Crankcase front section to stat. reduction gear bolt | 2 | 2 | | 02-D | 136S |
| | | | 115666 * — PLATE - Engine name | 1 | 1 | | 02-D | 136S |
| | | | 125D114 — BOLT - Engine name plate to crankcase front section | 4 | 4 | | 02-D | 136S |
| | | | 2067D7 — LOCKWASHER - Engine name plate to crankcase front section bolt | 4 | 4 | | 02-D | 136S |
| | | | 64850 — PLATE - Patent name | 1 | 1 | | 02-D | 136S |
| | | | AN430-A4-10 — RIVET - Patent name plate (Wright Part No 66D24) | 4 | 4 | 29 | | 128 |
| 1 | 1031 | | 4040D6 — NUT - Crankcase front section to crankcase main section | 27 | 27 | | 02-D | 136S |
| | | | 4040D6 supersedes and is supplied for replacement of nut 2D7 and palnut 2000D3 which were factory installed on some early engines. | | | | | |
| | | | 34D14 — WASHER - Crankcase front section to crankcase main section | 27 | 27 | | 02-D | 136S |
| 1 | 1033 | | 93D16 — PLUG - Crankcase front section timing hole | 1 | 1 | | 02-D | 136S |
| 1 | 1035 | | AN900-18 — GASKET - Crankcase front section timing hole plug (Wright Part No 23D2) | 1 | 1 | 29 | | 128 |
| 1 | 1037 | | 112984 — COVER - Governor substituting | 1 | 1 | | 02-D | 136S |
| 1 | 1039 | | 63867 — GASKET - Governor substituting cover | 1 | 1 | | 02-D | 136S |
| 1 | 1041 | | 1D4 — NUT - Governor substituting cover to c'case front section | 4 | 4 | | 02-D | 136S |
| | | | 34D33 — WASHER - Governor substituting cover to crankcase front section | 4 | 4 | | 02-D | 136S |

Ex.: 15; Pg.: 403

## SECTION II—GROUP ASSEMBLY PARTS LIST



Figure 2

CRANKCASE MAIN SECTION

**Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.**

-6

Ex.: 15; Pg.: 404

RESTRICTED

AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | S T O C K E D | GROUP / MAJOR ASSEMBLY / PART NUMBER | 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | **GROUP CRANKCASE AND SUPERCHARGER SECTIONS** | | -19 -23 | | | | |
| | | | | **CRANKCASE MAIN SECTION** | | | | | |
| | | @ | 410932 | CRANKCASE STUDDING ASSEMBLY - Main section Factory installed on the following engines: R2600-19 62933 to 63376    154737 to 154764 89236 to 89265 R2600-23 41095    154765 to 154860 88197 to 89235    158094 to 158380 153211 to 153261    158469 to 158791 153263 to 154736 410932 includes drilled external hydro oil tube attaching studs which project .58" from the face of the mounting pad and are for use with slotted nuts. 410932 is no longer supplied. For replacement, use the following parts: Part No    Description    Quant. 420492    CRANKCASE STUDDING ASSEMBLY - Main section    1 4040D5    NUT - External hydro oil tube to c'case main rear section (elastic stop)    2 When making the above change, it will be necessary to discard two units of external hydro oil tube to crankcase main rear section nut 2101D4 as it is not required. | 1 | 1 | | 02-D | 136S |
| 2 | 1064 | | 420492 | CRANKCASE STUDDING ASSEMBLY - Main section Factory installed on the following engines: R2600-19 63377 to 63384    64230 to 64239 63865 to 63870    182651 to 182763 R2600-23 63385 to 63864    158792 to 161119 63871 to 64229    182645 to 182650 89266 to 90735    196172 to 196656 158381 to 158468    427181 to 429159 420492 includes plain external hydro oil tube attaching studs which project .74" from the face of the mounting pad and are for use with elastic stop nuts. | 1 | 1 | | 02-D | 136S |
| | | * | 410931 | CRANKCASE MACHINING ASSEMBLY - Main sect. | 1 | 1 | | 02-D | 136S |
| | | * | 410722 | CRANKCASE MACHINING ASSEMBLY - Main center section | 1 | 1 | | 02-D | 136S |
| | | * | 64418 | CRANKCASE - Main center section | 1 | 1 | | 02-D | 136S |
| | | * | 64630 | RING - C'case main center sect. brg | 1 | 1 | | 02-D | 136S |
| | | * | 29D19 | PIN - Crankcase main center section bearing ring | 7 | 7 | | 02-D | 136S |
| | | * | 64646 | CRANKCASE - Main front section | 1 | 1 | | 02-D | 136S |
| | | * | 64434 | CRANKCASE - Main rear section | 1 | 1 | | 02-D | 136S |
| | | * | 64629 | RING - Crankcase main front section brg | 1 | 1 | | 02-D | 136S |
| | | * | 64631 | RING - Crankcase main rear section brg | 1 | 1 | | 02-D | 136S |
| 2 | 1066 | ± | 4015H3 | BUSHING - Crankcase main rear section oil sump screw, screw | 4 | 4 | | 02-D | 136S |
| 2 | 1068 | ± | 4015H3 | BUSHING - Crankcase main section breather subst. cover screw, screw | 4 | 4 | | 02-D | 136S |
| 2 | 1070 | | 110458 | BOLT - Crankcase main front and rear sections to c'case main center section | 14 | 14 | | 02-D | 136S |

Ex.: 15; Pg.: 405

RESTRICTED

AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | S O U R C E | GROUP MAJOR ASSEMBLY PART NUMBER | CRANKCASE AND SUPERCHARGER SECTIONS 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | -19 | -23 | | | |
| 2 | 1071 | | 2093D2 | WASHER - C'case main front and rear sections to c'case main center section, spherical | 28 | 28 | | 02-D | 136S |
| 2 | 1072 | | 1D13 | NUT - Crankcase main front and rear sections to c'case main center section | 14 | 14 | | 02-D | 136S |
| 2 | 1073 | ± | 118H2 | STUD - Crankcase main section to valve tappet guide | 56 | 56 | | 02-D | 136S |
| 2 | 1075 | ± | 2029H9 | STUD - C'case main section to oil drain tube | 2 | 2 | | 02-D | 136S |
| | | ± | 2030H9 | STUD - Crankcase main section to external hydro oil tube (.313" - 18 & .313" - 24 x 1.375", drilled) Part of assembly 410932. | 2 | 2 | | 02-D | 136S |
| 2 | 1077 | ± | 2029H51 | STUD - Crankcase main section to external hydro oil tube (.313" - 18 & .313" - 24 x 1.375", plain) Part of assembly 420492. | 2 | 2 | | 02-D | 136S |
| 2 | 1079 | ± | 2049H34 | STUD - Crankcase main section to supchgr front housing (.375" - 16 & .375" - 24 x 1.76") | 14 | 14 | | 02-D | 136S |
| | | ± | 2049H14 | STUD - Crankcase main section to supchgr front housing (.375" - 16 & .375" - 24 x 6.25") Part of assembly 410932. | 13 | 13 | | 02-D | 136S |
| 2 | 1081 | ± | 2049H16 | STUD - Crankcase main section to supchgr front housing (.375" - 16 & .375" - 24 x 6.375") Part of assembly 420492. | 13 | 13 | | 02-D | 136S |
| | | ± | 2031H18 | STUD - C'case main section to c'case front section (.375" - 16 & .375" - 24 x 2.063") Part of assembly 410932. | 27 | 27 | | 02-D | 136S |
| 2 | 1083 | ± | 2031H20 | STUD - C'case main section to c'case front section (.375" - 16 & .375" - 24 x 2.188") Part of assembly 420492. | 27 | 27 | | 02-D | 136S |
| 2 | 1085 | ± | 2032H7 | STUD - Crankcase main section to cam hub thrust plate | 2 | 2 | | 02-D | 136S |
| 2 | 1087 | | 2032H8 | STUD - C'case main section to intermediate cam drive gear and pinion shaft support | 4 | 4 | | 02-D | 136S |
| 2 | 1089 | ± | 4020H10 | STUD - C'case main section cyl hold-down | 224 | 224 | | 02-D | 136S |
| 2 | 1091 | | 2037D14 | PIN - C'case main sect. to intermediate cam drive gear and pinion shaft support locating | 4 | 4 | | 02-D | 136S |
| 2 | 1093 | | 36D7 | PLUG - C'case main section hydro oil line | 2 | 2 | | 02-D | 136S |
| 2 | 1095 | | 64977 | DOWEL - Crankcase main section to crank-case front section oil tube | 1 | 1 | | 02-D | 136S |
| 2 | 1097 | | 65041 | RING - Crankcase main section to c'case front section and supercharger front housing oil seal, metal | 2 | 2 | | 02-D | 136S |
| | | | 59D5 | COTTERPIN - Crankcase main front and rear sections to crankcase main center section | 14 | 14 | | 02-D | 136S |
| 2 | 1099 | | 411124 | TUBE ASSEMBLY - Crankcase main front section internal hydro oil | 1 | 1 | | 02-D | 136S |
| | | * | 67668 | TUBE - Crankcase main front section internal hydro oil | 1 | 1 | | 02-D | 136S |
| | | * | 67670 | SLEEVE - Crankcase main front section internal hydro oil tube | 1 | 1 | | 02-D | 136S |
| 2 | 1101 | | 411145 | TUBE ASSEMBLY - Crankcase main rear section internal hydro oil | 1 | 1 | | 02-D | 136S |
| | | * | 67698 | TUBE - Crankcase main rear section internal hydro oil | 1 | 1 | | 02-D | 136S |
| | | * | 2094D8 | PIN - Crankcase main rear section internal hydro oil tube | 1 | 1 | | 02-D | 136S |

RESTRICTED

Ex.: 15; Pg.: 406

| FIG. NO. | INDEX NO. R- | S T O C K E D | GROUP / MAJOR ASSEMBLY / PART NUMBER | CRANKCASE AND SUPERCHARGER SECTIONS 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | -19 | -23 | | | |
| 2 | 1103 | | 116773 | PACKING - C'case main section (cylinder pad parting surface) | 14 | 14 | | 02-D | 136S |
| 2 | 1105 | | 113391 | RING - C'case main section to c'case front section oil feed dowel | 1 | 1 | | 02-D | 136S |
| 1,2 | 1107 | | 26422 | RING - C'case main section to c'case front section and supchgr front housing oil seal, rubber | 2 | 2 | | 02-D | 136S |
| 2 | 1109 | | 64723 | COVER - C'case main section breather subst. | 1 | 1 | | 02-D | 136S |
| 2 | 1111 | | 64722 | GASKET - C'case main section breather subst. cover | 1 | 1 | | 02-D | 136S |
| 2 | 1113 | | 90D30 | SCREW - C'case main section breather subst. cover | 4 | 4 | | 02-D | 136S |
| | | | 34D33 | WASHER - C'case main section breather subst. cover | 4 | 4 | | 02-D | 136S |

OIL DRAIN TUBE

| FIG. NO. | INDEX NO. | | PART NUMBER | NOMENCLATURE | -19 | -23 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1128 | | 410751 | TUBE ASSEMBLY - C'case main front sect. oil drain, upper | 1 | 1 | | 02-D | 136S |
| | | * | 64998 | TUBE - C'case main front section oil drain, upper | 1 | 1 | | 02-D | 136S |
| | | * | 130D41 | FLANGE - C'case main front section oil drain, upper tube | 1 | 1 | | 02-D | 136S |
| | | * | 67221 | NIPPLE - C'case main front section oil drain, upper tube | 1 | 1 | | 02-D | 136S |
| 2 | 1130 | | 48778 | TUBE ASSEMBLY - C'case main front sect. oil drain, lower | 1 | 1 | | 02-D | 136S |
| | | * | 64999 | TUBE - C'case main front sect. oil drain, lower | 1 | 1 | | 02-D | 136S |
| | | * | 130D41 | FLANGE - C'case main front sect. oil drain, lower tube | 1 | 1 | | 02-D | 136S |
| 2 | 1132 | | 895-B-72 | PLUG - C'case main front sect. oil drain, upper tube (Wright Part No 2105D3) | 1 | 1 | | 02-D | 128 |
| 2 | 1134 | | 2058D28 | HOSE - C'case main front sect. oil drain tube connecting | 1 | 1 | | 02-D | 136S |
| 2 | 1136 | | 250D14 | CLAMP - C'case main front sect. oil drain tube connecting hose | 2 | 2 | | 02-D | 136S |
| 2 | 1138 | | 129D61 | GASKET - C'case main front section oil drain tube | 2 | 2 | | 02-D | 136S |
| 2 | 1140 | | 4040D5 | NUT - C'case main front sect. oil drain tube to c'case main section and oil sump 4040D5 supersedes and is supplied for replacement of nut 2D4 and palnut 2000D2 which were factory installed on some early engines. | 4 | 4 | | 02-D | 136S |

SUPERCHARGER FRONT HOUSING

| | | @ | 411969 | HOUSING STUDDING ASSEMBLY - Supchgr front Factory installed on the following engines:<br>R2600-19<br>62933 to 63376    154737 to 154764<br>89236 to 89265<br>R2600-23<br>41095    154765 to 154860<br>88197 to 89235    158094 to 158380<br>153211 to 153261    158469 to 158791<br>153263 to 154736<br>411969 is no longer supplied. For replacement, use 420537. | 1 | 1 | | 02-D | 136S |

Ex.: 15; Pg.: 407

Case MDL No. 875 - Document 6664-8    Filed 01/24/11    Page 14 of 15



Figure 3

SUPERCHARGER HOUSINGS AND DIFFUSER PLATE

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

-10

Ex.: 15; Pg.: 408

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | S C E D | GROUP / MAJOR ASSEMBLY / PART NUMBER | 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | CRANKCASE AND SUPERCHARGER SECTIONS | | -19 | -23 | U.S. NAVY | U.S. ARMY | BRITISH |
| 3 | 1165 | | 420537 | HOUSING STUDDING ASSEMBLY - Supchgr front Factory installed on the following engines: R2600-19 | 1 | 1 | | 02-D | 136S |
| | | | | 63377 to 63384          64230 to 64239 | | | | | |
| | | | | 63865 to 63870          182651 to 182763 | | | | | |
| | | | | R2600-23 | | | | | |
| | | | | 63385 to 63864          158792 to 161119 | | | | | |
| | | | | 63871 to 64229          182645 to 182650 | | | | | |
| | | | | 89266 to 90735          196172 to 196656 | | | | | |
| | | | | 158381 to 158468        427181 to 429159 | | | | | |
| | | | 410493 * | HOUSING MACHINING ASSEMBLY - Supchgr front | 1 | 1 | | 02-D | 136S |
| | | | 66928 * | HOUSING - Supercharger front | 1 | 1 | | 02-D | 136S |
| 3 | 1167 | ± | 4015H3 | BUSHING - Supchgr front housing to oil sump screw, screw (.313" - 24 & .500" - 20) | 3 | 3 | | 02-D | 136S |
| 3 | 1169 | ± | 4016H4 | BUSHING - Supchgr front housing to oil sump screw, screw (.375" - 24 & .563" - 18) | 1 | 1 | | 02-D | 136S |
| 3,12 13 | 1171 | ± | 28712 | SLEEVE - Supercharger front housing impeller shaft | 1 | 1 | | 02-D | 136S |
| | | | 2077D1 | PIN - Supercharger front housing impel. shaft sleeve | 1 | 1 | | 02-D | 136S |
| | | | 411736 | VALVE ASSEMBLY COMPLETE - Supercharger front housing breather relief | 1 | 1 | | 02-D | 136S |
| 3 | 1175 | | 68421 | VALVE - Supercharger front housing breather relief | 1 | 1 | | 02-D | 136S |
| 3 | 1176 | | 68422 | SEAT - Supercharger front housing breather relief valve | 1 | 1 | | 02-D | 136S |
| 3 | 1178 | | 68424 | SPRING - Supercharger front housing breather relief valve | 1 | 1 | | 02-D | 136S |
| 3 | 1180 | | 2130D1 | PIN - Supercharger front housing breather relief valve, taper | 1 | 1 | | 02-D | 136S |
| 3 | 1182 | | 68423 | STEM - Supercharger front housing breather relief valve | 1 | 1 | | 02-D | 136S |
| | | ± | 2029H17 | STUD - Supchgr front housing to supchgr rear housing (.313" - 18 & .313" - 24 x 1.500") Part of assembly 411969. | 19 | 19 | | 02-D | 136S |
| 3 | 1184 | ± | 2029H62 | STUD - Supchgr front housing to supchgr rear housing (.313" - 18 & .313" - 24 x 1.56") Part of assembly 420537. | 19 | 19 | | 02-D | 136S |
| | | ± | 2029H11 | STUD - Supchgr front housing to supchgr rear housing (.313" - 18 & .313" - 24 x 1.625") Part of assembly 411969. | 2 | 2 | | 02-D | 136S |
| 3 | 1186 | ± | 2029H12 | STUD - Supchgr front housing to supchgr rear housing (.313" - 18 & .313" - 24 x 1.688") Part of assembly 420537. | 2 | 2 | | 02-D | 136S |
| 3 | 1188 | ± | 2035H3 | STUD - Supercharger front housing to engine mounting bracket | 14 | 14 | | 02-D | 136S |
| 3 | 1190 | ± | 118H7 | STUD - Supercharger front housing to breather | 8 | 8 | | 02-D | 136S |
| 3 | 1192 | | 67316 | PLUG - Supchgr front housing core hole | 4 | 4 | | 02-D | 136S |
| 3 | 1194 | | 68898 | BREATHER - Supercharger front housing | 2 | 2 | | 02-D | 136S |
| 3 | 1196 | | 68899 | GASKET - Supchgr front housing breather | 2 | 2 | | 02-D | 136S |
| 3 | 1198 | | 4040D4 | NUT - Breather to supchgr front housing 4040D4 supersedes and is supplied for replacement of nut 2D1 and palnut 2000D1 which were factory installed on some early engines. | 8 | 8 | | 02-D | 136S |

Ex.: 15; Pg.: 409