Exhibit G, Part 29 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6664-3 Filed 01/28/11 Page 16 of 45
Case3:11-cv-00061-JSW Document69 Filed01/24/11 Page16 of 45

**RESTRICTED**
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | \| 1 2 3 4 5 6 | CRANKCASE AND SUPERCHARGER SECTIONS NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | PROPERTY CLASSIFICATION U.S. NAVY | PROPERTY CLASSIFICATION U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|
|   |      |   | 34D51        |   | WASHER - Breather to supchgr front housing | 8 | 8 |   | 02-D | 136S |
| 3 | 1200 |   | 412393       |   | SCREEN AND RING ASSEMBLY - Supchgr front housing breather | 2 | 2 |   | 02-D | 136S |
|   |      |   | 68900        | * | SCREEN - Supchgr front housing breather | 2 | 2 |   | 02-D | 136S |
|   |      |   | 69235        | * | RING - Supchgr front housing breather screen | 2 | 2 |   | 02-D | 136S |
| 3 | 1202 |   | 4042D1       |   | PLUG - Supchgr front housing priming and manifold pressure connection, pipe | 2 | 2 |   | 02-D | 136S |
| 3 | 1204 |   | 2101D5       |   | NUT - Supchgr front housing to c'case main section short stud | 14 | 14 |   | 02-D | 136S |
| 3 | 1206 |   | 2093D1       |   | WASHER - Supchgr front housing to c'case main section short stud, spherical | 14 | 14 |   | 02-D | 136S |
|   |      |   | 58D3         |   | COTTERPIN - Supchgr front housing to c'case main section short stud nut | 14 | 14 |   | 02-D | 136S |
| 3 | 1208 |   | 4040D6       |   | NUT - Supchgr front housing to c'case main section long stud 4040D6 supersedes and is supplied for replacement of nut 2D7 and palnut 2000D3 which were factory installed on some early engines. | 13 | 13 |   | 02-D | 136S |
|   |      |   | 34D14        |   | WASHER - Supchgr front housing to c'case main section long stud, plain | 13 | 13 |   | 02-D | 136S |
|   |      |   |              |   | **SUPERCHARGER DIFFUSER PLATE** |   |   |   |   |   |
| 3 | 1233 |   | 410768       |   | PLATE AND PIN ASSEMBLY - Diffuser | 1 | 1 |   | 02-D | 136S |
|   |      |   | 67241        | * | PLATE - Diffuser | 1 | 1 |   | 02-D | 136S |
| 3 | 1235 |   | 17D20        |   | PIN - Diffuser plate locating | 1 | 1 |   | 02-D | 136S |
| 3 | 1237 |   | 55D9         |   | SCREW - Diff. plate to supchgr rear housing | 10 | 10 |   | 02-D | 136S |
| 3 | 1239 |   | 112365       |   | SHIM - Diffuser plate to supchgr rear housing Normally one is required; however, two may be necessary to obtain proper clearance. | # | # |   | 02-D | 136S |
|   |      |   |              |   | **SUPERCHARGER REAR HOUSING** |   |   |   |   |   |
|   |      |   | 417528       | @ | HOUSING STUDDING ASSEMBLY - Supercharger rear Factory installed on the following engines: 62933 to 63155      89236 to 89265 63173 to 63374 417528 is no longer supplied. For replacement, use 420535. | 1 | - |   | 02-D | 136S |
|   |      |   | 417527       | @ | HOUSING STUDDING ASSEMBLY - Supercharger rear Factory installed on the following engines: 41095               154765 to 154860 88197 to 89235     158094 to 158380 153211 to 153261   158469 to 158791 153263 to 154736 417527 is no longer supplied. For replacement, use 420534. | - | 1 |   | 02-D | 136S |
|   |      |   | 420535       |   | HOUSING STUDDING ASSEMBLY - Supercharger rear Factory installed on the following engines: 63156 to 63172      64230 to 64239 63175 to 63384     154737 to 154764 63865 to 63870     182651 to 182763 | 1 | - |   | 02-D | 136S |
| 3 | 1280 |   | 420534       |   | HOUSING STUDDING ASSEMBLY - Supercharger rear Factory installed on the following engines: 63385 to 63864     158792 to 161119 63871 to 63229     182645 to 182650 89266 to 90735     196172 to 196656 158381 to 158468  427181 to 429159 | - | 1 |   | 02-D | 136S |
|   |      |   | 417525       | * | HOUSING MACHINING ASSEMBLY - Supchgr rear | 1 | 1 |   | 02-D | 136S |

-12         **RESTRICTED**

Ex.: 15; Pg.: 410

Case3:11-cv-00061-JSW Document69 Filed01/28/11 Page 2 of 15
Case MDL No. 875 Document 66463 Filed 01/28/11 Page 17 of 45

RESTRICTED

AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER R- | 1 | 2 | 3 | 4 | 5 | 6 | CRANKCASE AND SUPERCHARGER SECTIONS NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 115535 | * | | | | | | HOUSING - Supercharger rear | 1 | 1 | | 02-D | 136S |
| | | | 67399 | * | | | | | | SLEEVE - Supchgr rear housing impeller shaft | 1 | 1 | | 02-D | 136S |
| | | | 2077D3 | | | | | | | PIN - Supchgr rear housing impeller shaft sleeve | 1 | 1 | | 02-D | 136S |
| 14 15 | 1282 | | 29320 | | | | | | | BUSHING - Supchgr rear housing intermediate impeller drive, blind | 1 | 1 | | 02-D | 136S |
| 14 15 | 1284 | | 13D55 | ± | | | | | | PIN - Supchgr rear housing intermediate impeller drive shaft bushing | 1 | 1 | | 02-D | 136S |
| | | | 29288 | | | | | | | TUBE - Supchgr drain valve return tube extension | 1 | 1 | | 02-D | 136S |
| | | | 64601 | | | | | | | TUBE - Supchgr manifold pressure | 1 | 1 | | 02-D | 136S |
| | | | 115358 | * | | | | | | TUBE - Impeller oil seal vent | 1 | 1 | | 02-D | 136S |
| 3 | 1292 | | 19H16 | ± | | | | | | BUSHING - Fuel pump mounting pad stud, screw | 12 | 12 | | 02-D | 136S |
| | | | 29291 | | | | | | | CLIP - Supchgr drain valve return tube extension tube | 1 | 1 | | 02-D | 136S |
| | | | 132D1 | | | | | | | SCREW - Supchgr drain valve return tube extension tube clip | 1 | 1 | | 02-D | 136S |
| 3 | 1298 | | 29292 | | | | | | | BUSHING - Supchgr drain valve | 1 | 1 | | 02-D | 136S |
| 3 | 1300 | | 37D26 | | | | | | | WASHER - Supchgr drain valve bushing | 1 | 1 | | 02-D | 136S |
| 3 | 1302 | | 126140 | | | | | | | CONNECTION - Supchgr rear housing heater | 2 | 2 | | 02-D | 136S |
| 3 | 1304 | | 36D7 | | | | | | | PLUG - Supchgr rear housing heater conn | 2 | 2 | | 02-D | 136S |
| 3 | 1306 | | 70D6 | | | | | | | PIN - Supchgr rear housing to supchgr rear cover, locating | 2 | 2 | | 02-D | 136S |
| 3 | 1308 | | 2028H37 | ± | | | | | | STUD - Supchgr rear housing to oil filter | 3 | 3 | | 02-D | 136S |
| 3 | 1310 | | 2030H10 | ± | | | | | | STUD - Supchgr rear housing to supchgr rear cover (.313" - 18 & .313" - 24 x 1.438", drilled) Quantities used: With assemblies 417527 and 417528 - three units; with assemblies 420534 and 420535 - one unit. | # | # | | 02-D | 136S |
| 3 | 1312 | | 2029H10 | ± | | | | | | STUD - Supchgr rear housing to supchgr rear cover (.313" - 24 & .313" - 18 x 1.438", plain) Part of assemblies 420534 and 420535. | 2 | 2 | | 02-D | 136S |
| | | | 2030H31 | ± | | | | | | STUD - Supchgr rear housing to supchgr rear cover (.313" - 18 & .313" - 24 x 2.750") Part of assemblies 417527 and 417528. | 2 | 2 | | 02-D | 136S |
| 3 | 1314 | | 2029H34 | ± | | | | | | STUD - Supchgr rear housing to supchgr rear cover (.313" - 24 & .313" - 18 x 2.76") Part of assemblies 420534 and 420535. | 2 | 2 | | 02-D | 136S |
| | | | 2030H12 | ± | | | | | | STUD - Supchgr rear housing to supchgr rear cover (.313" - 18 & .313" - 24 x 1.563") Part of assemblies 417527 and 417528. | 11 | 11 | | 02-D | 136S |
| 3 | 1315 | | 2029H62 | ± | | | | | | STUD - Supchgr rear housing to supchgr rear cover (.313" - 24 & .313" - 18 x 1.56") Part of assemblies 420534 and 420535. | 11 | 11 | | 02-D | 136S |
| 3 | 1316 | | 2135H135 | ± | | | | | | STUD - Supchgr rear housing to magneto | 2 | 2 | | 02-D | 136S |
| 3 | 1318 | | 126H154 | ± | | | | | | STUD - Supchgr rear housing to generator | 2 | 2 | | 02-D | 136S |
| 3 | 1320 | | 2148H115 | ± | | | | | | STUD - Supchgr rear housing to carbtr adapter (.375" - 24 & .438" - 14 x 1.80") Quantities used: With assemblies 417527, 420534 and 420535 - two units; with assembly 417528 - six units. | # | # | | 02-D | 136S |
| 3 | 1322 | | 2147H200 | ± | | | | | | STUD - Supchgr rear housing to carbtr adapter (.375" - 24 & .438" - 14 x 2.65") Part of assembly 420534. | 4 | 4 | | 02-D | 136S |



Figure 4
SUPERCHARGER REAR COVER

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 412

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE (CRANKCASE AND SUPERCHARGER SECTIONS) | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2147H125 | ± | | | | | | STUD - Supchgr rear housing to carbtr adapter (.375" - 24 & .438" - 14 x 1.90") Part of assembly 420535. | 4 | 4 | | 02-D | 136S |
| 3 | 1324 | | 2148H155 | ± | | | | | | STUD - Supchgr rear housing to carbtr adapter (.375" - 24 & .438" - 14 x 2.20") Part of assemblies 417527 and 420534. | 2 | 2 | | 02-D | 136S |
| | | | 2147H195 | ± | | | | | | STUD - Supchgr rear housing to carbtr adapter (.375" - 24 & .438" - 14 x 2.60") Quantities used: With supercharger rear housing 417527 - four units; with assemblies 417528 and 420535 - two units. | # | # | | 02-D | 136S |
| 3 | 1328 | | 895-B-72 | | | | | | | PLUG - Supchgr rear housing side vent hole (Wright Part No 2105D3) | 2 | 2 | | 04-A | 128 |
| 3 | 1330 | | 129D66 | | | | | | | GASKET - Supchgr rear housing oil suct flange to supercharger rear cover | 1 | 1 | | 02-D | 136S |
| 3 | 1332 | | 64622 | | | | | | | GASKET - Supchgr rear housing to supchgr front housing | 1 | 1 | | 02-D | 136S |
| 3 | 1334 | | 4040D5 | | | | | | | NUT - Supchgr rear housing to supchgr front housing 4040D5 supersedes and is supplied for replacement of nut 2D4 and palnut 2000D2 which were factory installed on some early engines. | 21 | 21 | | 02-D | 136S |
| | | | 34D33 | | | | | | | WASHER - Supchgr rear housing to supchgr front housing | 21 | 21 | | 02-D | 136S |
| 3 | 1336 | | 411716 | | | | | | | BREATHER ASSEMBLY - Supchgr rear housing impeller oil seal vent | 1 | 1 | | 02-D | 136S |
| | | | 68417 | * | | | | | | BREATHER - Supchgr rear housing impeller oil seal vent | 1 | 1 | | 02-D | 136S |
| | | | 2059D15 | * | | | | | | DISC - Supchgr rear housing impeller oil seal vent breather | 1 | 1 | | 02-D | 136S |
| 3 | 1338 | | 65965 | | | | | | | COVER - Gun synchr impulse generator drive substituting | 2 | 2 | | 02-D | 136S |
| 3 | 1340 | | 27471 | | | | | | | GASKET - Gun synchr impulse generator drive substituting cover | 2 | 2 | | 02-D | 136S |
| 3 | 1342 | | 22D3 | | | | | | | SCREW - Gun synchr impulse gen drive subst. cover to supercharger rear housing | 6 | 6 | | 02-D | 136S |
| | | | 27D1 | | | | | | | WASHER - Gun synchr impulse gen drive subst. cover to supercharger rear housing | 6 | 6 | | 02-D | 136S |
| | | | | | | | | | | **SUPERCHARGER DRAIN VALVE AND TUBE** | | | | | |
| | | | 45439 | | | | | | | VALVE ASSEMBLY - Supercharger drain | 1 | 1 | | 02-D | 136S |
| 3 | 1344 | | 29519 | | | | | | | HOUSING - Supercharger drain valve | 1 | 1 | | 02-D | 136S |
| 3 | 1346 | | 37D76 | | | | | | | GASKET - Supercharger drain valve housing | 1 | 1 | | 02-D | 136S |
| 3 | 1348 | | 61726 | | | | | | | BODY - Supercharger drain valve | 1 | 1 | | 02-D | 136S |
| 3 | 1350 | | 29120 | | | | | | | DISC - Supercharger drain valve | 1 | 1 | | 02-D | 136S |
| 3 | 1352 | | 29118 | | | | | | | PLUG - Supercharger drain valve | 1 | 1 | | 02-D | 136S |
| 3 | 1354 | | 37D12 | | | | | | | WASHER - Supercharger drain valve plug | 1 | 1 | | 02-D | 136S |
| 3 | 1356 | | 45286 | | | | | | | TUBE ASSEMBLY - Supchgr drain valve return | 1 | 1 | | 02-D | 136S |
| | | | 29289 | * | | | | | | TUBE - Supercharger drain valve return | 1 | 1 | | 02-D | 136S |
| | | | 29121 | * | | | | | | FITTING - Supercharger drain valve return tube | 1 | 1 | | 02-D | 136S |
| | | | 29124 | * | | | | | | NIPPLE - Supchgr drain valve return tube | 1 | 1 | | 02-D | 136S |
| | | | | | | | | | | **SUPERCHARGER REAR COVER** | | | | | |
| | | | 416828 | @ | | | | | | COVER STUDDING ASSEMBLY - Supercharger rear Factory installed on the following engines: Note and/or engine numbers continued on next page. | 1 | 1 | | 02-D | 136S |

Ex.: 15; Pg.: 413

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | CRANKCASE AND SUPERCHARGER SECTIONS<br>1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | | R2600-19 | -19 -23 | | | |
| | | | | 62933 to 62961    63008 to 63140 | | | | |
| | | | | R2600-23 | | | | |
| | | | | 88197 to 88888    89157 to 89222 | | | | |
| | | | | 88915 to 89118    158469 to 158554 | | | | |
| | | | | 89120 to 89130 | | | | |
| | | | | 416828 has two drilled external hydro oil tube attaching studs which measure 1.24" from the face of the cover to the center line of the cotterpin holes. | | | | |
| | | | | 416828 is no longer supplied. For replacement, use the following parts: | | | | |
| | | | | Part No    Description    Quant. | | | | |
| | | | | 420495  COVER STUDDING ASSEMBLY - Supercharger rear    1 | | | | |
| | | | | 116964  RING - Oil filter packing    1 | | | | |
| | | | | 4040D5  NUT - External hydro oil tube to supchgr rear cover (elastic stop)    2 | | | | |
| | | | | When making the above change, it will be necessary to discard external hydro oil tube spacer 130D61 and attaching nuts 2101D4 as they are not required. | | | | |
| | | | 415728 | @ COVER STUDDING ASSEMBLY - Supercharger rear Factory installed on the following engines: | 1  1 | | 02-D | 136S |
| | | | | R2600-19 | | | | |
| | | | | 62962 to 63007    89236 to 89265 | | | | |
| | | | | 63173 to 63272 | | | | |
| | | | | R2600-23 | | | | |
| | | | | 88889 to 88914    153211 to 153256 | | | | |
| | | | | 89119    153425 to 153447 | | | | |
| | | | | 415728 has two drilled external hydro oil tube attaching studs which measure .58" from the face of the cover to the center line of the cotterpin holes. | | | | |
| | | | | 415728 is no longer supplied. For replacement, use the following parts: | | | | |
| | | | | Part No    Description    Quant. | | | | |
| | | | | 420495  COVER STUDDING ASSEMBLY - Supercharger rear    1 | | | | |
| | | | | 116964  RING - Oil filter packing    1 | | | | |
| | | | | 4040D5  NUT - External hydro oil tube to supchgr rear cover (elastic stop)    2 | | | | |
| | | | | When making the above change, it will be necessary to discard external hydro oil tube attaching nuts 2101D4 as they are not required. | | | | |
| | | | 416585 | @ COVER STUDDING ASSEMBLY - Supercharger rear Factory installed on the following engines: | 1  1 | | 02-D | 136S |
| | | | | R2600-19 | | | | |
| | | | | 63141 to 63155    154737 to 154764 | | | | |
| | | | | 63273 to 63374 | | | | |
| | | | | R2600-23 | | | | |
| | | | | 41095    153263 to 153424 | | | | |
| | | | | 89131 to 89156    153448 to 154736 | | | | |
| | | | | Note and/or engine numbers continued on next page. | | | | |

Case3:11-cv-00061-JSW Document69 Filed 01/28/11 Page 20 of 45
Case MDL No. 875 Document 6664-3 Filed 01/28/11 Page 5 of 15
Ex.: 15; Pg.: 414

Case MDL No. 875 Document 66463 Filed 01/28/11 Page 21 of 45
Case 3:11-cv-00061-JSW Document 69 Filed 01/28/11 Page 21 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP MAJOR ASSEMBLY PART NUMBER | 1 2 3 4 5 6 | NOMENCLATURE | UNITS PER ASSY -19 -23 | | PROPERTY CLASSIFICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | CRANKCASE AND SUPERCHARGER SECTIONS | | | U.S. NAVY / U.S. ARMY | BRITISH |
| | | | | | 89223 to 89235  154765 to 154860 | | | | |
| | | | | | 153257 to 153261  158094 to 158206 | | | | |
| | | | | | 416585 has two drilled external hydro oil tube attaching studs which measure .58" from the face of the cover to the center line of the cotterpin holes. | | | | |
| | | | | | 416585 also has an annulus machined for an oil filter packing ring 116964. | | | | |
| | | | | | 416585 is no longer supplied. For replacement, use the following parts: | | | | |
| | | | | | Part No   Description   Quant. | | | | |
| | | | | | 420495  COVER STUDDING ASSEMBLY - Supercharger rear  1 | | | | |
| | | | | | 4040D5  NUT - External hydro oil tube to supchgr rear cover (elastic stop)  2 | | | | |
| | | | | | When making the above change, it will be necessary to discard external hydro oil tube attaching nuts 2101D4 as they are not required. | | | | |
| 4 | 1381 | | 420495 | | COVER STUDDING ASSEMBLY - Supercharger rear Factory installed on the following engines: | 1 | 1 | 02-D | 136S |
| | | | | | R2600-19 | | | | |
| | | | | | 63156 to 63172  64230 to 64239 | | | | |
| | | | | | 63375 to 63384  182651 to 182763 | | | | |
| | | | | | 63865 to 63870 | | | | |
| | | | | | R2600-23 | | | | |
| | | | | | 63385 to 63864  158555 to 161119 | | | | |
| | | | | | 63871 to 64229  182645 to 182650 | | | | |
| | | | | | 89266 to 90735  196172 to 196656 | | | | |
| | | | | | 158207 to 158468  427181 to 429159 | | | | |
| | | | | | 420495 has two plain external hydro oil tube attaching studs which measure .74" from face of cover to top of stud. | | | | |
| | | | | | 420495 also has an annulus machined for an oil filter packing ring 116964. | | | | |
| | | | 414331 | * | COVER MACHINING ASSEMBLY - Supchgr rear Part of assemblies 415728 and 416828. | 1 | 1 | 02-D | 136S |
| | | | 418927 | * | COVER MACHINING ASSEMBLY - Supchgr rear Part of assemblies 416585 and 420495. | 1 | 1 | 02-D | 136S |
| 14 15 | 1387 | | 411227 | | BUSHING ASSEMBLY - Intermediate impel. drive shaft, rear | 1 | 1 | 02-D | 136S |
| | | | 67804 | * | BUSHING - Intermediate impel. drive shaft, rear | 1 | 1 | 02-D | 136S |
| | | | 17D26 | * | PIN - Intermediate impel. drive shaft rear bushing oil line | 3 | 3 | 02-D | 136S |
| | | | 111816 | * | COVER - Supercharger rear Part of assembly 414331. | 1 | 1 | 02-D | 136S |
| | | | 117816 | * | COVER - Supercharger rear Part of assembly 418927. | 1 | 1 | 02-D | 136S |
| 18 | 1389 | | 66724 | | BUSHING - Tachometer, fuel pump and dual accessory drive gear shaft | 1 | 1 | 02-D | 136S |
| 19 | 1391 | | 66723 | | BUSHING - Magneto and gun synchronizer impulse generator drive shaft | 2 | 2 | 02-D | 136S |
| 18 | 1393 | | 25937 | | BUSHING - Oil pump drive gear | 1 | 1 | 02-D | 136S |
| 17 | 1395 | | 66446 | | BUSHING - Generator drive gear shaft | 1 | 1 | 02-D | 136S |
| 16 | 1397 | | 68905 | ± | BUSHING - Accessory drive and starter shaft | 1 | 1 | 02-D | 136S |
| | | | 113326 | | BUSHING - Oil filter Part of assembly 414331. | 1 | 1 | 02-D | 136S |

Ex.: 15; Pg.: 415

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | NOMENCLATURE (1 2 3 4 5 6) | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 13D59 | PIN – Oil filter bushing locking Part of assembly 414331. | 1 | 1 |  | 02-D | 136S |
| 4 | 1399 | ± | 2028H8 | STUD – Supchgr rear cover to impeller drive multi-plate clutch housing | 6 | 6 |  | 02-D | 136S |
|  |  |  | 66372 | TUBE – Supchgr rear cover oil pressure | 1 | 1 |  | 02-D | 136S |
| 14 15 | 1401 |  | 56D6 | SCREW – Intermediate impeller drive shaft rear bushing to supchgr rear cover | 3 | 3 |  | 02-D | 136S |
|  |  |  | 29D20 | PIN – Gen bushing oil line plugging | 1 | 1 |  | 02-D | 136S |
| 4 | 1403 |  | 2070D1 | SCREW – Supercharger rear cover puller | 2 | 2 |  | 02-D | 136S |
|  |  |  | AN900-5 | GASKET – Supercharger rear cover puller screw (Wright Part No 23D17) | 2 | 2 |  | 29 | 128 |
| 4 | 1407 | ± | 2029H18 | STUD – Supercharger rear cover to dual accessory drive housing, long | 2 | 2 |  | 02-D | 136S |
| 4 | 1409 | ± | 2030H9 | STUD – Supercharger rear cover to dual accessory drive housing, short | 2 | 2 |  | 02-D | 136S |
|  |  |  | 2030H9 | STUD – Supercharger rear cover to oil tank vent flange (drilled) Part of assemblies 415728, 416585 and 416828. | 2 | 2 |  | 02-D | 136S |
| 4 | 1411 | ± | 2029H51 | STUD – Supercharger rear cover to oil tank vent flange (plain) Part of assembly 420495. | 2 | 2 |  | 02-D | 136S |
| 4 | 1413 | ± | 2135H90 | STUD – Supercharger rear cover to magneto (1.65" long) Quantities used: With assemblies 415728 and 416828 – four units; with assemblies 416585 and 420495 – three units. | # | # |  | 02-D | 136S |
| 4 | 1414 | ± | 2146H95 | STUD – Supercharger rear cover to magneto (1.50" long) Part of assemblies 416585 and 420495. | 1 | 1 |  | 02-D | 136S |
| 4 | 1415 | ± | 2032H10 | STUD – Supercharger rear cover to gen | 6 | 6 |  | 02-D | 136S |
| 4 | 1417 | ± | 2029H17 | STUD – Supercharger rear cover to clutch control valve housing | 3 | 3 |  | 02-D | 136S |
| 4 | 1419 | ± | 2043H27 | STUD – Supercharger rear cover to oil pump, short | 5 | 5 |  | 02-D | 136S |
| 4 | 1421 | ± | 2043H67 | STUD – Supercharger rear cover to oil pump, long | 3 | 3 |  | 02-D | 136S |
|  |  | ± | 2032H10 | STUD – Supercharger rear cover to starter (drilled) Part of assemblies 415728, 416585 and 416828. | 6 | 6 |  | 02-D | 136S |
| 4 | 1423 | ± | 2031H10 | STUD – Supercharger rear cover to starter (plain) Part of assembly 420495. | 6 | 6 |  | 02-D | 136S |
|  |  | ± | 2135H140 | STUD – Supercharger rear cover to external hydro oil tube (2.15" long, drilled) Part of assembly 416828. | 2 | 2 |  | 02-D | 136S |
|  |  | ± | 2135H75 | STUD – Supercharger rear cover to external hydro oil tube (1.50" long, drilled) Part of assemblies 415728 and 416585. | 2 | 2 |  | 02-D | 136S |
| 4 | 1425 | ± | 2134H80 | STUD – Supercharger rear cover to external hydro oil tube (1.55" long, plain) Part of assembly 420495. | 2 | 2 |  | 02-D | 136S |
| 18 | 1427 |  | 28957 | BUTTON – Tachometer, fuel pump and gun synchronizer impulse gen drive shaft, thrust | 3 | 3 |  | 02-D | 136S |
|  |  |  | 102D33 | PLUG – Supchgr rear cover, pipe (.250" tapered, headless, slotted) | 8 | 8 |  | 02-D | 136S |
| 4 | 1431 |  | 2142D1 | PLUG – Supchgr rear cover, pipe (.125" headless, slotted) | 2 | 2 |  | 02-D | 136S |

Ex.: 15; Pg.: 416

Case MDL No. 875 Document 6664-3 Filed 01/28/11 Page 8 of 15
Case3:11-cv-00061-JSW Document69 Filed01/24/11 Page23 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | CRANKCASE AND SUPERCHARGER SECTIONS | | | | | | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R- | | | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | | | | | | | | | -19 | -23 | | |
| | | | 4042D1 | PLUG - Supchgr rear cover, pipe (.125" hex head) | | | | | | | 13 | 13 | 02-D | 136S |
| | | | 111815 | PLUG - Supchgr rear cover oil line (.656" long)(tapped ID) Part of assemblies 415728 and 416828. | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1437 | | 2072D7 | PLUG - Supchgr rear cover oil suction passage | | | | | | | 1 | 1 | 02-D | 136S |
| | | | AN900-14 | GASKET - Supchgr rear cover oil suction passage plug (Wright Part No 23D1) | | | | | | | 1 | 1 | 29 | 128 |
| 4 | 1441 | | 67795 | GASKET - Supchgr rear cover to supchgr rear housing | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1443 | | 2070D11 | BOLT - Supchgr rear cover to supchgr rear housing (1.719" long) | | | | | | | 4 | 4 | 02-D | 136S |
| 4 | 1445 | | 4040D5 | NUT - Supchgr rear cover to supchgr rear housing bolt and stud, elastic stop 4040D5 supersedes and is supplied for replacement of nut 2D4 and palnut 2000D2 which were factory installed on some early engines. | | | | | | | 14 | 14 | 02-D | 136S |
| | | | 27D118 | WASHER - Supchgr rear cover to supchgr rear housing bolt and stud | | | | | | | 14 | 14 | 02-D | 136S |
| | | | 1D4 | NUT - Supchgr rear cover to supchgr rear housing, slotted | | | | | | | 1 | 1 | 02-D | 136S |
| | | | 27D5 | WASHER - Supchgr rear cover to supchgr rear housing | | | | | | | 1 | 1 | 02-D | 136S |
| | | | 57D1 | COTTERPIN - Supchgr rear cover to supchgr rear housing, slotted nut | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1449 | | 66677 | NUT - Supchgr rear cover to supchgr rear housing (under generator) | | | | | | | 3 | 3 | 02-D | 136S |
| | | | 27D118 | WASHER - Supchgr rear cover to supchgr rear housing (under generator) | | | | | | | 3 | 3 | 02-D | 136S |
| | | | 28D12 | LOCKWASHER - Supercharger rear cover to supchgr rear housing (under generator) | | | | | | | 3 | 3 | 02-D | 136S |
| 4 | 1451 | | 23328 | COVER - Generator substituting | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1453 | | 67410 | GASKET - Generator or generator subst. cover | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1455 | | 4040D6 | NUT - Generator or generator subst. cover to supercharger rear cover 4040D6 supersedes and is supplied for replacement of nut 2D7 and palnut 2000D3 which were factory installed on some early engines. | | | | | | | 6 | 6 | 02-D | 136S |
| | | | 34D14 | WASHER - Generator or generator subst. cover to supercharger rear cover | | | | | | | 6 | 6 | 02-D | 136S |
| 4 | 1457 | | 23328 | COVER - Starter substituting | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1459 | | 14981 | GASKET - Starter or starter subst. cover | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1461 | | 4040D6 | NUT - Starter or starter subst. cover to supercharger rear cover 4040D6 supersedes and is supplied for replacement of nut 2D7 and palnut 2000D3 which were factory installed on some early engines. | | | | | | | 6 | 6 | 02-D | 136S |
| | | | 34D14 | WASHER - Starter or starter substituting cover to supercharger rear cover | | | | | | | 6 | 6 | 02-D | 136S |
| 4 | 1463 | | 64602 | FLANGE - Oil tank vent | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1465 | | 2105D5 | PLUG - Oil tank vent flange | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1467 | | 64603 | GASKET - Oil tank vent flange | | | | | | | 1 | 1 | 02-D | 136S |
| 4 | 1469 | | 4040D5 | NUT - Oil tank vent flange to supchgr rear cover 4040D5 supersedes and is supplied for replacement of nut 2D4 and palnut 2000D2 which were factory installed on some early engines. | | | | | | | 2 | 2 | 02-D | 136S |

## SECTION II—GROUP ASSEMBLY PARTS LIST



Figure 5
EXTERNAL HYDRO OIL TUBE

Figure 6
OIL SUMP

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 418

Case3:11-cv-00061-JSW Document69 Filed01/24/11 Page29 of 45
Case MDL No 875 Document 6664-3 Filed 01/28/11 Page 10 of 15

RESTRICTED
AN 02-35HA-4A

SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | CRANKCASE AND SUPERCHARGER SECTIONS NOMENCLATURE | UNITS PER ASSY -19 | -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 27D118 | | | | | | | WASHER - Oil tank vent flange to supchgr rear cover | 2 | 2 | | 02-D | 136S |
| | | | | | | | | | | **EXTERNAL HYDRO OIL TUBE** | | | | | |
| 5 | 1494 | | 414852 | | | | | | | TUBE ASSEMBLY - External hydro oil | 1 | 1 | | 02-D | 136S |
| | | | 112442 | | | | | * | | TUBE - External hydro oil | 1 | 1 | | 02-D | 136S |
| | | | 178D11 | | | | | * | | FLANGE - External hydro oil tube to c'case rear section | 1 | 1 | | 02-D | 136S |
| | | | 2011D3 | | | | | * | | FLANGE - External hydro oil tube to supercharger rear cover | 1 | 1 | | 02-D | 136S |
| 5 | 1496 | | 110639 | | | | | | | CLIP - External hydro oil tube (.75" wide) | 1 | 1 | | 02-D | 136S |
| 5 | 1498 | | 111742 | | | | | | | CLIP - External hydro oil tube (.625" wide) | 1 | 1 | | 02-D | 136S |
| 5 | 1500 | | 129D64 | | | | | | | GASKET - External hydro oil tube to spacer or supercharger rear cover | 1 | 1 | | 02-D | 136S |
| | | | 130D61 | | | | | | | FLANGE - External hydro oil tube to supchgr rear cover. Used with supercharger rear cover 416828. | 1 | 1 | | 02-D | 136S |
| | | | 129D64 | | | | | | | GASKET - External hydro oil tube spacer to supercharger rear cover. Used with supercharger rear cover 416828. | 1 | 1 | | 02-D | 136S |
| | | | 2101D4 | | | | | | | NUT - External hydro oil tube to supchgr rear cover (slotted). Used with supercharger rear covers 415728, 416585 and 416828. | 2 | 2 | | 02-D | 136S |
| 5 | 1503 | | 4040D5 | | | | | | | NUT - External hydro oil tube to supchgr rear cover (elastic stop). Used with supercharger rear cover 420495. | 2 | 2 | | 02-D | 136S |
| | | | 57D1 | | | | | | | COTTERPIN - External hydro oil tube to supercharger rear cover nut. Used with nut 2101D4. | 2 | 2 | | 02-D | 136S |
| | | | 34D33 | | | | | | | WASHER - External hydro oil tube to supchgr rear cover | 2 | 2 | | 02-D | 136S |
| 5 | 1504 | | 129D64 | | | | | | | GASKET - External hydro oil tube to c'case main rear section | 1 | 1 | | 02-D | 136S |
| | | | 2101D4 | | | | | | | NUT - External hydro oil tube to c'case main rear section (slotted). Used with crankcase main section 410932. | 2 | 2 | | 02-D | 136S |
| 5 | 1506 | | 4040D5 | | | | | | | NUT - External hydro oil tube to c'case main rear section (elastic stop). Used with crankcase main section 420492. | 2 | 2 | | 02-D | 136S |
| | | | 57D1 | | | | | | | COTTERPIN - External hydro oil tube to c'case main rear section nut. Used with nut 2101D4. | 2 | 2 | | 02-D | 136S |
| | | | | | | | | | | **OIL SUMP** | | | | | |
| | | | 413835 | | | | | | | SUMP MACHINING AND STUDDING ASSEMBLY COMPLETE - Oil | 1 | 1 | | 02-D | 136S |
| 6 | 1531 | | 89896 | | | | | | | SUMP STUDDING ASSEMBLY - Oil | 1 | 1 | | 02-D | 136S |
| | | | 414472 | | | | | * | | SUMP MACHINING ASSEMBLY - Oil | 1 | 1 | | 02-D | 136S |
| | | | 66986 | | | | | * | | SUMP - Oil | 1 | 1 | | 02-D | 136S |
| | | | 2132D16 | | | | | * | | PLUG - Oil sump core hole | 3 | 3 | | 02-D | 136S |
| 6 | 1533 | | 2029H9 | | | | | ± | | STUD - Oil sump to crankcase front section oil drain tube | 2 | 2 | | 02-D | 136S |
| 6 | 1535 | | 416186 | | | | | | | STRAINER ASSEMBLY - Oil sump | 1 | 1 | | 02-D | 136S |
| | | | 113961 | | | | | * | | STRAINER - Oil sump | 1 | 1 | | 02-D | 136S |
| | | | 26226 | | | | | * | | SLEEVE - Oil sump strainer | 1 | 1 | | 02-D | 136S |
| | | | 2072D2 | | | | | * | | PLUG - Oil sump strainer | 1 | 1 | | 02-D | 136S |
| 6 | 1537 | | AN900-22 | | | | | | | GASKET - Oil sump strainer (Wright Part No 23D23) | 1 | 1 | | 29 | 128 |

Ex.: 15; Pg.: 419

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP / MAJOR ASSEMBLY / PART NUMBER | NOMENCLATURE 1 2 3 4 5 6 | UNITS PER ASSY -19 -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| 6 | 1539 | | 2091D4 | PLUG - Oil sump drain (magnetic) | 1  1 | | 02-D | 136S |
| 6 | 1541 | | AN900-16 | GASKET - Oil sump drain plug (Wright Part No 23D5) Part of plug 2091D4. | 1  1 | | 29 | 128 |
| 6 | 1543 | | 114566 | ELBOW - External oil suction tube | 1  1 | | 02-D | 136S |
| 6 | 1545 | | 2083D17 | RING - External oil suction tube adapter | 1  1 | | 02-D | 136S |
| 6 | 1547 | | 111084 | NUT - External oil suction tube adapter locking | 1  1 | | 02-D | 136S |
| 6 | 1549 | | 66993 | GASKET - Oil sump to supercharger front housing | 1  1 | | 02-D | 136S |
| 6 | 1551 | | 64722 | GASKET - Oil sump to crankcase main rear section | 1  1 | | 02-D | 136S |
| 6 | 1553 | | 90D30 | SCREW - Oil sump to crankcase main rear sect. | 4  4 | | 02-D | 136S |
| 6 | 1555 | | 90D30 | SCREW - Oil sump to supchgr front housing, short | 2  2 | | 02-D | 136S |
| 6 | 1557 | | 90D12 | SCREW - Oil sump to supercharger front housing, intermediate | 2  2 | | 02-D | 136S |
| 6 | 1559 | | 35D19 | SCREW - Oil sump to supercharger front housing, long | 1  1 | | 02-D | 136S |
| 6 | 1561 | | AN900-6 | GASKET - Oil sump to supercharger front housing screw (Wright Part No 23D12) | 1  1 | | 29 | 128 |
| 6 | 1562 | | 2093D3 | WASHER - Oil sump to supercharger front housing and c'case main section, spherical | 7  7 | | 02-D | 136S |

Ex.: 15; Pg.: 420

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP MAJOR ASSEMBLY PART NUMBER | OIL PUMP 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | -19 | -23 | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | | **OIL PUMP** | | | | | |
| | | | 414692 | @ PUMP ASSEMBLY COMPLETE - oil | 1 | 1 | | 02-D | 136S |
| | | | | Factory installed on the following engines: | | | | | |
| | | | | R2600-19 | | | | | |
| | | | | 62933 to 63155    63174 | | | | | |
| | | | | 63173             89236 to 89265 | | | | | |
| | | | | R2600-23 | | | | | |
| | | | | 88197 to 89235    153263 to 154684 | | | | | |
| | | | | 153211 to 153261  158469 to 158554 | | | | | |
| | | | | 414692 is no longer supplied. For replacement, use 420541. | | | | | |
| | | | 420541 | PUMP ASSEMBLY COMPLETE - oil | 1 | 1 | | 02-D | 136S |
| | | | | Factory installed on the following engines: | | | | | |
| | | | | R2600-19 | | | | | |
| | | | | 63156 to 63172    64230 to 64239 | | | | | |
| | | | | 63175 to 63384    154737 to 154764 | | | | | |
| | | | | 63865 to 63870    182651 to 182763 | | | | | |
| | | | | R2600-23 | | | | | |
| | | | | 41095             158094 to 158468 | | | | | |
| | | | | 63385 to 63864    158555 to 161119 | | | | | |
| | | | | 63871 to 64229    182645 to 182650 | | | | | |
| | | | | 89266 to 90735    196172 to 196656 | | | | | |
| | | | | 154685 to 154736  427181 to 429159 | | | | | |
| | | | | 154765 to 154860 | | | | | |

Figure 7
OIL PUMP

Left side callouts: R-1592, R-1590, R-1620, R-1618, R-1622, R-1626, R-1624, R-1588, R-1612, R-1610, R-1606, R-1604, R-1654, R-1602, R-1644, R-1600, R-1586, R-1596, R-1642, R-1640

Right side callouts: R-1628, R-1630, R-1632, R-1639, R-1636, R-1639, R-1634, R-1638, R-1616, R-1614, R-1656, R-1600, R-1594, R-1646, R-1648, R-1652, R-1650, R-1658, R-1598

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 421

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | OIL PUMP 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY -19 -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 414689 @ | PUMP STUDDING AND BUSHING ASSEMBLY - Oil Part of assembly 414692. 414689 is no longer supplied. For replacement, use 420538. | 1   1 |  | 02-D | 136S |
| 7 | 1586 |  | 420538 | PUMP STUDDING AND BUSHING ASSEMBLY - Oil Part of assembly 420541. | 1   1 |  | 02-D | 136S |
|  |  |  | 414691 * | PUMP MACHINING ASSEMBLY - Oil | 1   1 |  | 02-D | 136S |
|  |  |  | 112184 * | BODY - Oil pump | 1   1 |  | 02-D | 136S |
|  |  |  | 112231 * | COVER - Oil pump | 1   1 |  | 02-D | 136S |
|  |  |  | 66189 * | PLATE - Oil pump end | 1   1 |  | 02-D | 136S |
| 7 | 1588 |  | 110238 | SHAFT - Oil pump suction gear | 1   1 |  | 02-D | 136S |
| 7 | 1590 |  | 66449 | BODY - Oil pump check valve | 1   1 |  | 02-D | 136S |
| 7 | 1592 |  | 110242 | DOWEL - Oil pump aligning, short | 3   3 |  | 02-D | 136S |
| 7 | 1594 |  | 112373 | DOWEL - Oil pump aligning, long | 1   1 |  | 02-D | 136S |
| 7 | 1596 |  | 64280 | BUSHING - Oil pump thermometer bulb connection | 3   3 |  | 02-D | 136S |
|  |  |  | 2134H75 ± | STUD - Oil pump to inlet and outlet connection flange (.313" - 24 & .375" - 16 x 1.50") Part of assembly 414689. | 6   6 |  | 02-D | 136S |
| 7 | 1598 |  | 2134H80 ± | STUD - Oil pump to inlet and outlet connection flange (.313" - 24 & .375" - 16 x 1.55") Part of assembly 420538. | 6   6 |  | 02-D | 136S |
| 7 | 1600 |  | 110565 | GASKET - Oil pump end plate and cover | 2   2 |  | 02-D | 136S |
| 7 | 1602 |  | 110241 | SHAFT - Oil pump drive | 1   1 |  | 02-D | 136S |
| 7, 18 | 1604 |  | 68382 | COUPLING - Oil pump | 1   1 |  | 02-D | 136S |
| 7 | 1606 |  | 124D118 | NUT - Oil pump coupling | 1   1 |  | 02-D | 136S |
|  |  |  | 34D14 | WASHER - Oil pump coupling | 1   1 |  | 02-D | 136S |
|  |  |  | 58D1 | COTTERPIN - Oil pump coupling nut | 1   1 |  | 02-D | 136S |
| 7 | 1610 |  | 112192 | SPRING - Oil pump coupling | 1   1 |  | 02-D | 136S |
| 7 | 1612 |  | 110239 | GEAR - Oil pump suction idler | 1   1 |  | 02-D | 136S |
| 7 | 1614 |  | 112095 | GEAR - Oil pump pressure drive | 1   1 |  | 02-D | 136S |
| 7 | 1616 |  | 110235 | GEAR - Oil pump pressure driven | 1   1 |  | 02-D | 136S |

Ex.: 15; Pg.: 422

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | OIL PUMP NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | PROPERTY CLASSIFICATION U.S. NAVY | PROPERTY CLASSIFICATION U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 1618 | | 66450 | VALVE - Oil pump check | 1 | 1 | | 02-D | 136S |
| 7 | 1620 | | 66453 | RING - Oil pump check valve oil seal | 1 | 1 | | 02-D | 136S |
| 7 | 1622 | | 68865 | SPRING - Oil pump check valve | 1 | 1 | | 02-D | 136S |
| 7 | 1624 | | 66451 | RETAINER - Oil pump check valve spring | 1 | 1 | | 02-D | 136S |
| 7 | 1626 | | AN900-22 | GASKET - Oil pump check valve spring retainer (Wright Part No 23D23) | 1 | 1 | | 29 | 128 |
| 7 | 1628 | | 65857 | BODY - Oil pressure relief valve | 1 | 1 | | 02-D | 136S |
| 7 | 1630 | | 110568 | VALVE - Oil pressure relief | 1 | 1 | | 02-D | 136S |
| 7 | 1632 | | 112275 | SPRING - Oil pressure relief valve | 1 | 1 | | 02-D | 136S |
| 7 | 1634 | | 65853 | SCREW - Oil pressure relief valve adj | 1 | 1 | | 02-D | 136S |
| 7 | 1636 | | 65855 | NUT - Oil pressure relief valve adjusting screw lock | 1 | 1 | | 02-D | 136S |
| 7 | 1638 | | 65852 | CAP - Oil pressure relief valve | 1 | 1 | | 02-D | 136S |
| 7 | 1639 | | 65858 | WASHER - Oil pressure relief valve cap and nut | 2 | 2 | | 02-D | 136S |
| 7 | 1640 | | 93D18 | PLUG - Oil pump oil temperature gage conn | 3 | 3 | | 02-D | 136S |
| 7 | 1642 | | AN900-10 | GASKET - Oil pump oil temperature gage conn plug (Wright Part No 23D16) | 3 | 3 | | 29 | 128 |
| 7 | 1644 | | 36D7 | PLUG - Oil pump pressure gage connection | 1 | 1 | | 02-D | 136S |
| 7 | 1646 | | 4037D3 | FLANGE - Oil pump inlet connection | 1 | 1 | | 02-D | 136S |
| 7 | 1648 | | 4037D2 | FLANGE - Oil pump outlet connection | 1 | 1 | | 02-D | 136S |
| 7 | 1650 | | 66779 | GASKET - Oil pump inlet and outlet conn | 2 | 2 | | 02-D | 136S |
| 7 | 1652 | | 4040D5 | NUT - Oil pump inlet and outlet conn flange to oil pump 4040D5 supersedes and is supplied for replacement of nut 2D4 and palnut 2000D2 which were factory installed on some early engines. | 6 | 6 | | 02-D | 136S |
| 7 | 1654 | | 110566 | GASKET - Oil pump | 1 | 1 | | 02-D | 136S |
| 7 | 1656 | | 1D4 | NUT - Oil pump to supchgr rear cover, slotted | 8 | 8 | | 02-D | 136S |
| | | | 34D33 | WASHER - Oil pump to supchgr rear cover | 8 | 8 | | 02-D | 136S |
| 7 | 1658 | | 124D83 | NUT - Oil pump foot to supchgr rear cover | 1 | 1 | | 02-D | 136S |
| | | | 27D159 | WASHER - Oil pump foot to supchgr rear cover | 1 | 1 | | 02-D | 136S |

Ex.: 15; Pg.: 423

RESTRICTED
AN 02-35HA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST



Figure 8
EXTERNAL OIL SUCTION TUBE

Figure 9
OIL FILTER (SUPERCHARGER REAR HOUSING)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

-26

RESTRICTED

Ex.: 15; Pg.: 424