**RESTRICTED**
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP / MAJOR ASSEMBLY / PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE (OIL PUMP) | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **EXTERNAL OIL SUCTION TUBE (OIL SUMP TO OIL PUMP)** | | | | | |
| 8 | 1683 | | 112256 | | | | | | | TUBE - External oil suction | 1 | 1 | | 02-D | 136S |
| 8 | 1685 | | 2058D33 | | | | | | | HOSE - External oil suction tube connecting | 2 | 2 | | 02-D | 136S |
| 8 | 1687 | | 5047D14 | | | | | | | CLAMP - External oil suction tube conn. hose 5047D14 supersedes and is supplied for replacement of 4019D2 which was factory installed on some early engines. | 4 | 4 | | 02-D | 136S |
| 8 | 1689 | | 414706 | | | | | | | CLIP ASSEMBLY - External oil suction tube | 1 | 1 | | 02-D | 136S |
| 8 | 1691 | | 65D8 | | | | | | | SCREW - External oil suction tube clip | 1 | 1 | | 02-D | 136S |
| 8 | 1693 | | 4040D4 | | | | | | | NUT - External oil suction tube clip 4040D4 supersedes and is supplied for replacement of nut 2D1 and lockwasher 28D14 which were factory installed on some early engines. | 1 | 1 | | 02-D | 136S |
| | | | | | | | | | | **OIL FILTER (SUPERCHARGER REAR HOUSING)** | | | | | |
| 9 | 1720 | | 11210 | | | | | | | FILTER - Oil (Cuno)(Wright Part No 113602) | 1 | 1 | | 03-I | 136S |
| 9 | 1722 | | 116964 | | | | | | | RING - Oil filter packing Used with supercharger rear covers 416585 and 420495. | 1 | 1 | | 02-D | 136S |
| 9 | 1724 | | 26240 | | | | | | | GASKET - Oil filter | 1 | 1 | | 02-D | 136S |
| 9 | 1726 | | 124D115 | | | | | | | NUT - Oil filter to supchgr rear housing | 3 | 3 | | 02-D | 136S |
| | | | 27D220 | | | | | | | WASHER - Oil filter to supchgr rear housing | 3 | 3 | | 02-D | 136S |



Figure 10
FRONT CAM AND CAM DRIVE

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List

Ex.: 15; Pg.: 426

Case 3:11-cv-00061-JSW    Document 69    Filed 01/28/11    Page 33 of 45
Case MDL No. 875    Document 666464    Filed 01/28/11    Page 3 of 15

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP / MAJOR ASSEMBLY PART NUMBER | NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 1747 | | 112982 | CAM - Intake and exhaust, front | 1 | 1 | | 02-D | 136S |
| 11 | 1749 | | 112981 | CAM - Intake and exhaust, rear | 1 | 1 | | 02-D | 136S |
| 10 11 | 1751 | | 64632 | BEARING - Cam | 2 | 2 | | 02-D | 136S |
| 10 11 | 1753 | | 64726 | PLATE - Cam hub thrust | 2 | 2 | | 02-D | 136S |
| 10 | 1755 | | 35D16 | SCREW - Cam hub thrust plate to crankcase main front section | 2 | 2 | | 02-D | 136S |
| 11 | 1757 | | 35D17 | SCREW - Cam hub thrust plate to crankcase main rear section | 2 | 2 | | 02-D | 136S |
| | | | 27D103 | WASHER - Cam hub thrust plate to crankcase main section | 4 | 4 | | 02-D | 136S |
| 10 11 | 1759 | | 1D7 | NUT - Cam hub thrust plate to crankcase main section stud | 2 | 2 | | 02-D | 136S |
| | | | 34D14 | WASHER - Cam hub thrust plate to crankcase main section stud | 2 | 2 | | 02-D | 136S |
| | | | 59D9 | COTTERPIN - Cam hub thrust plate to crankcase main section stud, nut | 2 | 2 | | 02-D | 136S |
| 10 11 | 1761 | | 413206 | SUPPORT AND CAP MACHINING ASSEMBLY - Intermediate cam drive gear and pinion | 2 | 2 | | 02-D | 136S |
| | | | 66498 * | SUPPORT - Intermediate cam drive gear and pinion | 1 | 1 | | 02-D | 136S |
| | | | 66499 * | CAP - Intermediate cam drive gear and pinion support | 1 | 1 | | 02-D | 136S |
| 10 11 | 1763 | | 110261 | BUSHING - Intermediate cam drive gear and pinion | 2 | 2 | | 02-D | 136S |
| 10 11 | 1765 | | 13D31 | PIN - Intermediate cam drive gear and pinion support to cap locating | 1 | 1 | | 02-D | 136S |
| 10 11 | 1767 | | 2057D18 | SCREW - Intermediate cam drive gear and pinion support cap to support | 2 | 2 | | 02-D | 136S |
| 10 | 1769 | | 35D16 | SCREW - Intermediate cam drive gear support to crankcase main front section | 2 | 2 | | 02-D | 136S |
| 11 | 1771 | | 35D17 | SCREW - Intermediate cam drive gear support to crankcase main rear section | 2 | 2 | | 02-D | 136S |
| 10 11 | 1773 | | 1D7 | NUT - Intermediate cam drive gear support to crankcase main section stud | 4 | 4 | | 02-D | 136S |
| | | | 59D9 | COTTERPIN - Intermediate cam drive gear supp to crankcase main section stud, nut | 4 | 4 | | 02-D | 136S |
| 10 11 20 | 1775 | | 69991 | GEAR AND PINION - Intermediate cam drive front and rear | 2 | 2 | | 02-D | 136S |

Ex.: 15; Pg.: 427



Figure 11
REAR CAM AND CAM DRIVE

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 428

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP / MAJOR ASSEMBLY / PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE (CAM AND CAM DRIVE) | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 1777 | | 64740 | | | | | | | GEAR - Cam drive, rear | 1 | 1 | | 02-D | 136S |
| 11 | 1779 | | 64741 ± | | | | | | | RING - Cam drive rear gear oil seal | 2 | 2 | | 02-D | 136S |
| 11 | 1781 | | 2069D11 | | | | | | | SCREW - Cam drive rear gear to crankshaft | 6 | 6 | | 02-D | 136S |
| 10 11 | 1783 | | 66273 | | | | | | | TUBE - Intermediate cam drive gear and pinion lubricating | 2 | 2 | | 02-D | 136S |
| 10 11 | 1785 | | 66274 | | | | | | | SPRING - Intermediate cam drive gear and pinion lubricating tube retaining | 2 | 2 | | 02-D | 136S |

Ex.: 15; Pg.: 429



Figure 12
IMPELLER AND IMPELLER SHAFT
(FOR ENGINES WITH PLATE-TYPE CLUTCH)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 430

Case MDL No. 875 Document 66464 Filed 01/28/11 Page 37 of 45
Case 3:11-cv-00061-JSW Document 69 Filed 01/28/11 Page 37 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED | GROUP — IMPELLER AND IMPELLER DRIVE | | | | | | | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | R- | | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | -19 -23 | | | |
| 12 13 | 1800 | | 111201 | | | | | | | IMPELLER AND IMPELLER SHAFT  IMPELLER - Supercharger | 1 1 | | 02-D | 136S |
| 12 | 1802 | | 413501 | | | | | | | SHAFT AND BUSHING MACHINING ASSEMBLY - Impel. (for plate type clutch)  Factory installed on the following engines:  R2600-19  182677 to 182706  R2600-23  89859 to 90735   196172 to 196656  159071 to 159073   427181 to 429159  159208 to 161119 | 1 | 1 | 02-D | 136S |

Figure 13
IMPELLER AND IMPELLER SHAFT
(FOR ENGINES WITH ROLLER TYPE CLUTCH)

Callouts: R-1171, R-1819, R-1820, R-1812, R-1810, R-1809, R-1800, R-1811, R-1813, R-1806, R-1807, R-1814, R-1816, R-1817, R-1809, R-1812, R-1804, R-1858, R-1815, R-1818

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

RESTRICTED

-33

Ex.: 15; Pg.: 431



Figure 14
IMPELLER DRIVE
(PLATE-TYPE CLUTCH)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

**RESTRICTED**
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP MAJOR ASSEMBLY PART NUMBER | NOMENCLATURE (IMPELLER AND IMPELLER DRIVE) | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 1804 | | 415712 | SHAFT AND BUSHING MACHINING ASSEMBLY - Impel. (for roller type clutch)<br>Factory installed on the following engines:<br>R2600-19<br>62933 to 63384　154737 to 154764<br>63865 to 63870　182651 to 182676<br>64230 to 64239　182707 to 182763<br>89236 to 89265<br>R2600-23<br>41095　　　　　153263 to 154736<br>63385 to 63864　154765 to 154860<br>63871 to 64229　158094 to 159070<br>89197 to 89235　159074 to 159207<br>89266 to 89858　182645 to 182650<br>153211 to 153261 | 1 | 1 | | 02-D | 136S |
| | | | 65113 * | SHAFT - Impeller<br>Part of assembly 413501. | 1 | 1 | | 02-D | 136S |
| | | | 113388 * | SHAFT - Impeller<br>Part of assembly 415712. | 1 | 1 | | 02-D | 136S |
| 12,13 | 1806 | | 61235 | BUSHING - Impeller shaft, front | 1 | 1 | | 02-D | 136S |
| 12,13 | 1807 | | 65161 | BUSHING - Impeller shaft, rear | 1 | 1 | | 02-D | 136S |
| 12 | 1808 | | 69781 | WASHER - Impeller shaft thrust ring<br>Part of assembly 413501. | 1 | 1 | | 02-D | 136S |
| 12,13 | 1809 | | 64927 ± | SPACER - Impeller oil seal sleeve | 2 | 2 | | 02-D | 136S |
| 12,13 | 1810 | | 29250 | SLEEVE - Impeller shaft oil seal, front | 1 | 1 | | 02-D | 136S |
| 12,13 | 1811 | | 65302 | SLEEVE - Impeller shaft oil seal, rear | 1 | 1 | | 02-D | 136S |
| 12,13 | 1812 | | 64870 ± | RING - Impeller oil seal | 8 | 8 | | 02-D | 136S |
| 12,13 | 1813 | | 62864 | WASHER - Impeller shaft gear | 1 | 1 | | 02-D | 136S |
| 12,13 | 1814 | | 62862 | RING - Impeller shaft thrust | 1 | 1 | | 02-D | 136S |
| 12,13 | 1815 | | 66373 | RETAINER - Impeller shaft | 1 | 1 | | 02-D | 136S |
| 12,13 | 1816 | | 25888 | SHIM - Supercharger impeller adjusting | 1 | 1 | | 02-D | 136S |
| 12,13 | 1817 | | 56D3 | SCREW - Impeller shaft retainer to supchgr rear housing | 5 | 5 | | 02-D | 136S |
| 12,13 | 1818 | | 66374 | RING - Impeller shaft retainer oil seal | 1 | 1 | | 02-D | 136S |
| 12,13 | 1819 | | 113148 | NUT - Impeller shaft, front | 1 | 1 | | 02-D | 136S |
| 12,13 | 1820 | | 2067D21 | WASHER - Impeller shaft front nut, lock | 1 | 1 | | 02-D | 136S |
| | | | | IMPELLER DRIVE (PLATE TYPE CLUTCH)<br>Except where otherwise noted, parts listed in this group were factory installed on the following engines:<br>R2600-19<br>182677 to 182706<br>R2600-23<br>89859 to 90735　　196172 to 196656<br>159071 to 159073　427181 to 429159<br>159208 to 161119 | | | | | |

**RESTRICTED**

-35

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | IMPELLER AND IMPELLER DRIVE<br>NOMENCLATURE | UNITS PER ASSY -19 / -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | 62347 | GEAR - Impel. shaft drive multi-plate clutch<br>Factory installed on the following engines:<br>R2600-19<br>182677 to 182698<br>R2600-23<br>89859 to 90108     159071 to 159073<br>90459 to 90735     159365 to 159548<br>62347 has four slots in the rim of the gear for oil drainage.<br>62347 is no longer supplied. For replacement, use the following parts:<br>Part No / Description / Quant.<br>126238  GEAR - Impel. shaft drive multi-plate clutch  1<br>120869  RETAINER - Impel. drive multi-plate clutch (high ratio)(outer)  1<br>85D28  WIRE - Impel. shaft drive multi-plate clutch gear lock  1<br>When making the above change, it will be necessary to discard impeller drive multi-plate clutch outer retainer 62346 and impeller shaft drive multi-plate clutch gear lock wire 85D21 as they are not required. | 1   1 | | 02-D | 136S |
| 12 14 | 1822 | | 126238 | GEAR - Impel. shaft drive multi-plate clutch<br>Factory installed on the following engines:<br>R2600-19<br>182699 to 182706<br>R2600-23<br>90109 to 90458     196172 to 196656<br>159208 to 159364     427181 to 429159<br>159549 to 161119<br>126238 has 20 holes in the rim of the gear for oil drainage. | 1   1 | | 02-D | 136S |
| 14 | 1823 | | 114179 | PISTON - Impeller drive multi-plate clutch (high ratio) | 1   1 | | 02-D | 136S |
| 14 | 1824 | | 113147 | RING - Impeller drive multi-plate clutch (high ratio) | 1   1 | | 02-D | 136S |
| 14 | 1825 | | 65125 | ADAPTER - Impeller drive multi-plate clutch (high ratio) | 1   1 | | 02-D | 136S |
| 14 | 1826 | | 66266 | DISC - Impeller drive multi-plate clutch (high ratio) | 3   3 | | 02-D | 136S |
| 14 | 1827 | | 64992 | RETAINER - Impeller drive multi-plate clutch (high ratio)(inner) | 2   2 | | 02-D | 136S |
| | | | 62346 | RETAINER - Impeller drive multi-plate clutch (high ratio)(outer)<br>Used with gear 62347.<br>62346 has four flats on the outer rim. | 1   1 | | 02-D | 136S |
| 14 | 1828 | | 120869 | RETAINER - Impeller drive multi-plate clutch (high ratio)(outer)<br>Used with gear 126238.<br>126238 has two slots in the outer rim. | 1   1 | | 02-D | 136S |
| 14 | 1829 | | 85D21 | WIRE - Impeller shaft drive multi-plate clutch gear lock | 1   1 | | 02-D | 136S |

Ex.: 15; Pg.: 434

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP<br>MAJOR ASSEMBLY<br>PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | IMPELLER AND IMPELLER DRIVE<br><br>NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1830 | | 61639 | | | | SPRING - Impeller clutch release (high ratio) | | | 1 | 1 | | 02-D | 136S |
| 14 | 1831 | | 414186 | | | | GEAR AND BUSH. ASSY - Inter. impeller drive | | | 1 | 1 | | 02-D | 136S |
| | | | 111619 | | | * | GEAR AND PINION - Inter. impeller drive | | | 1 | 1 | | 02-D | 136S |
| 14 | 1834 | | 66260 | | | | BUSHING - Intermediate impel. drive shaft | | | 1 | 1 | | 02-D | 136S |
| 14 | 1835 | | 13D54 | | | | PIN - Intermediate impeller drive shaft bushing, retaining | | | 1 | 1 | | 02-D | 136S |
| | | | 411004 | | | | SHAFT ASSEMBLY - Intermediate impeller drive<br>Factory installed on the following engines:<br>R2600-19<br>182677 to 182686<br>R2600-23<br>89859 to 90631    159208 to 159364<br>159071 to 159073<br>411004 is designed for use with a separate pinion lock, part number 115513, for each pinion. | | | 1 | 1 | | 02-D | 136S |
| 14 | 1836 | | 421183 | | | | SHAFT ASSEMBLY - Intermediate impeller drive<br>Factory installed on the following engines:<br>R2600-19<br>62933 to 63384    89236 to 89265<br>63865 to 63870    154737 to 154764<br>64230 to 64239<br>R2600-23<br>90632 to 90735    196172 to 196656<br>159365 to 161119    427181 to 429159<br>182651 to 182763<br>421183 is designed for use with a one piece pinion lock, part number 126055. | | | 1 | 1 | | 02-D | 136S |
| | | | 67515 | | | * | SHAFT - Intermediate impeller drive<br>Part of assembly 411004. | | | 1 | 1 | | 02-D | 136S |
| | | | 126249 | | | * | SHAFT - Intermediate impeller drive<br>Part of assembly 421183. | | | 1 | 1 | | 02-D | 136S |
| | | | 63481 | | | * | PLUG - Inter. impel. drive shaft oil distrb | | | 1 | 1 | | 02-D | 136S |
| | | | 13D59 | | | * | PIN - Intermediate impeller drive shaft oil distributor plug | | | 1 | 1 | | 02-D | 136S |
| | | | 12D15 | | | | PIN - Intermediate impeller drive oil line | | | 1 | 1 | | 02-D | 136S |
| 14 | 1838 | | 63482 | | | | VALVE - Intermediate impeller drive shaft oil distributor plug check | | | 1 | 1 | | 02-D | 136S |
| 14 | 1839 | | 63483 | | | | SPRING - Intermediate impeller drive shaft oil distributor plug check valve | | | 1 | 1 | | 02-D | 136S |
| 14 | 1840 | | 2105D12 | | | | PLUG - Intermediate impeller drive shaft oil distributor plug check valve spring | | | 1 | 1 | | 02-D | 136S |
| 14 | 1841 | | 66263 | | | | BUSHING - Intermediate impeller drive pinion | | | 5 | 5 | | 02-D | 136S |
| 14 | 1842 | | 66262 | | | | PINION - Intermediate impeller drive | | | 5 | 5 | | 02-D | 136S |
| | | | 115513 | | | | LOCK - Intermediate impeller drive pinion<br>Factory installed on the following engines:<br>R2600-19<br>182677 to 182686<br>R2600-23<br>89859 to 90631    159208 to 159364<br>159071 to 159073<br>Used with shaft 411004.<br>Read note under 411004 above.<br>115513 is a horseshoe type lock with a key shaped slot. | | | 5 | 5 | | 02-D | 136S |
| 14 | 1843 | | 126055 | | | | LOCK - Intermediate impeller drive pinion<br>Factory installed on the following engines:<br>R2600-19<br>62933 to 63384    89236 to 89265<br>63865 to 63870    154737 to 154764<br>Note and/or engine numbers continued on page 39. | | | 1 | 1 | | 02-D | 136S |

Note and/or engine numbers continued on page 39.

Ex.: 15; Pg.: 435



Figure 15
IMPELLER DRIVE
(ROLLER-TYPE CLUTCH)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | NOMENCLATURE (IMPELLER AND IMPELLER DRIVE) | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | U.S. NAVY | U.S. ARMY | | | BRITISH |
| | | | | 64230 to 64239      182651 to 182763 <br> R2600-23 <br> 90632 to 90735      196172 to 196656 <br> 159365 to 161119   427181 to 429159 <br> Used with shaft 421183. <br> Read note under 421183 on page 37. <br> 126055 is a round type lock with five holes and silver plated face. | -19 | -23 | | | |
| | | | 66264 | GEAR - Intermediate impeller drive sun <br> Factory installed on the following engines: <br> R2600-19 <br> 182677 to 182686 <br> R2600-23 <br> 89859 to 90631      159208 to 159364 <br> 159071 to 159073 <br> 66264 is not provided with oil holes and can only be used with shaft 411004. | 1 | 1 | 02-D | | 136S |
| 14 | 1844 | | 126054 | GEAR - Intermediate impeller drive sun <br> Factory installed on the following engines: <br> R2600-19 <br> 62933 to 63384       89236 to 89265 <br> 63865 to 63870       154737 to 154764 <br> 64230 to 64239       182651 to 182763 <br> R2600-23 <br> 90632 to 90735       196172 to 196656 <br> 159365 to 161119    427181 to 429159 <br> 126054 is provided with four oil holes and can only be used with shaft 421183. | 1 | 1 | 02-D | | 136S |
| 14 | 1845 | | 69558 | BUSHING - Intermediate impel. drive sun gear | 1 | 1 | 02-D | | 136S |
| 14 | 1846 | | 111254 | HOUSING - Impeller drive multi-plate clutch (low ratio) | 1 | 1 | 02-D | | 136S |
| 14 | 1847 | | 1D1 | NUT - Impeller drive multi-plate clutch housing to supercharger rear cover | 6 | 6 | 02-D | | 136S |
| | | | 34D51 | WASHER - Impeller drive multi-plate clutch housing to supercharger rear cover nut | 6 | 6 | 02-D | | 136S |
| | | | 57D3 | COTTERPIN - Impeller drive multi-plate clutch housing to supercharger rear cover nut | 6 | 6 | 02-D | | 136S |
| 14 | 1848 | | 113606 | DISC - Impeller drive multi-plate clutch (low ratio) | 4 | 4 | 02-D | | 136S |
| 14 | 1849 | | 113526 | PLATE - Impeller drive multi-plate clutch (low ratio) | 3 | 3 | 02-D | | 136S |
| 14 | 1850 | | 64952 | WASHER - Two speed clutch thrust | 1 | 1 | 02-D | | 136S |
| 14 | 1852 | | 67680 | SPACER - Intermediate impeller drive shaft | 1 | 1 | 02-D | | 136S |
| 14 | 1853 | | 115613 | SPRING - Impeller clutch release (low ratio) | 1 | 1 | 02-D | | 136S |
| 14 | 1854 | | 415269 | PISTON AND LOCK ASSEMBLY - Impeller drive multi-plate clutch | 1 | 1 | 02-D | | 136S |
| | | | 113435 * | PISTON - Impeller drive multi-plate clutch | 1 | 1 | 02-D | | 136S |
| | | | 112898 * | LOCK - Impeller drive multi-plate clutch piston | 1 | 1 | 02-D | | 136S |
| 14 | 1855 | | 113690 | SLEEVE - Impeller drive multi-plate clutch | 1 | 1 | 02-D | | 136S |
| 14 | 1856 | | 63276  ± | RING - Impel. drive multi-plate clutch piston | 1 | 1 | 02-D | | 136S |
| | | | | IMPELLER DRIVE (ROLLER TYPE CLUTCH) <br> Except where otherwise noted, parts listed in this group were factory installed on the following engines: <br> R2600-19 <br> 62933 to 63384       154737 to 154764 <br> 63865 to 63870       182651 to 182676 <br> 64230 to 64239       182707 to 182763 <br> Note and/or engine numbers continued on next page. | | | | | |

Ex.: 15; Pg.: 437

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | IMPELLER AND IMPELLER DRIVE NOMENCLATURE | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | | 89236 to 89265 | -19 | -23 | | | |
| | | | | R2600-23 | | | | | |
| | | | | 41095          153263 to 154736 | | | | | |
| | | | | 63385 to 63864  154765 to 154860 | | | | | |
| | | | | 63871 to 64229  158094 to 159070 | | | | | |
| | | | | 88197 to 89235  159074 to 159207 | | | | | |
| | | | | 89266 to 89858  182645 to 182650 | | | | | |
| | | | | 153211 to 153261 | | | | | |
| | | | 415009 @ | GEAR AND BUSH. ASSEMBLY - Impel. shaft drive Factory installed on the following engines: | 1 | 1 | | 02-D | 136S |
| | | | | R2600-19 | | | | | |
| | | | | 62933 to 63384  154737 to 154764 | | | | | |
| | | | | 63865 to 63870  182651 to 182676 | | | | | |
| | | | | 64230 to 64239  182707 to 182763 | | | | | |
| | | | | 89236 to 89265 | | | | | |
| | | | | R2600-23 | | | | | |
| | | | | 41095          89374 to 89489 | | | | | |
| | | | | 63385 to 63864  89531 to 89599 | | | | | |
| | | | | 63871 to 64229  89601 to 89658 | | | | | |
| | | | | 88197 to 89235  89709 to 89858 | | | | | |
| | | | | 89266 to 89324  153211 to 153261 | | | | | |
| | | | | 89326           153263 to 154736 | | | | | |
| | | | | 89327           154765 to 154860 | | | | | |
| | | | | 89329           158094 to 159070 | | | | | |
| | | | | 89330           159074 to 159207 | | | | | |
| | | | | 89347 to 89372  182645 to 182650 | | | | | |
| | | | | 415009 is no longer supplied. For replacement, use 420470. | | | | | |
| 13 15 | 1858 | | 420470 | GEAR ASSEMBLY - Impeller shaft drive Factory installed on the following R2600-23 engines: | 1 | 1 | | 02-D | 136S |
| | | | | 89325           89490 to 89530 | | | | | |
| | | | | 89328           89600 | | | | | |
| | | | | 89331 to 89346  89659 to 89708 | | | | | |
| | | | | 89373 | | | | | |
| | | | 112517 * | GEAR - Impeller shaft drive Part of assembly 415009. | 1 | 1 | | 02-D | 136S |
| | | | 118744 * | GEAR - Impeller shaft drive Part of assembly 420470. | 1 | 1 | | 02-D | 136S |
| 15 | 1859 | | 112535 | BUSHING - Inter. impel. drive gear shaft | 1 | 1 | | 02-D | 136S |
| 15 | 1860 | | 112537 | BUSHING - Intermediate impeller drive shaft pinion front cage | 1 | 1 | | 02-D | 136S |
| 15 | 1862 | | 415023 | CAGE AND PIN ASSEMBLY - Intermediate impeller drive shaft pinion, front | 1 | 1 | | 02-D | 136S |
| | | | 112561 * | CAGE - Intermediate impeller drive shaft pinion, front | 1 | 1 | | 02-D | 136S |
| 15 | 1863 | | 20D12 | PIN - Intermediate impeller drive shaft pinion front to rear cage aligning | 2 | 2 | | 02-D | 136S |
| 15 | 1864 | | 112518 | PINION - Intermediate impeller drive | 4 | 4 | | 02-D | 136S |
| 15 | 1865 | | 112566 | BUSHING - Intermediate impeller drive pinion | 8 | 8 | | 02-D | 136S |
| 15 | 1866 | | 112562 | CAGE - Inter. impel. drive shaft pinion, rear | 1 | 1 | | 02-D | 136S |
| 15 | 1867 | | 47D19 | BOLT - Intermediate impeller drive shaft pinion front cage to rear cage | 4 | 4 | | 02-D | 136S |
| 15 | 1868 | | 2067D19 | LOCKWASHER - Intermediate impeller drive shaft pinion front cage to rear cage | 4 | 4 | | 02-D | 136S |
| | | | 112522 @ | SHAFT - Intermediate impeller drive gear Factory installed on the following engines: | 1 | 1 | | 02-D | 136S |
| | | | | R2600-19 | | | | | |
| | | | | 62933 to 63384  154737 to 154764 | | | | | |
| | | | | 63865 to 63870  182651 to 182676 | | | | | |
| | | | | Note and/or engine numbers continued on next page. | | | | | |

Ex.: 15; Pg.: 438

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP — IMPELLER AND IMPELLER DRIVE / MAJOR ASSEMBLY / PART NUMBER | 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 64230 to 64239   182707 to 182763 | | | | | |
| | | | | 89236 to 89265 | | | | | |
| | | | | R2600-23 | | | | | |
| | | | | 41095   89374 to 89489 | | | | | |
| | | | | 63385 to 63864   89531 to 89599 | | | | | |
| | | | | 63871 to 64229   89601 to 89658 | | | | | |
| | | | | 88197 to 89235   89709 to 89858 | | | | | |
| | | | | 89266 to 89324   153211 to 153261 | | | | | |
| | | | | 89326   153263 to 154736 | | | | | |
| | | | | 89327   154765 to 154860 | | | | | |
| | | | | 89329   158094 to 159070 | | | | | |
| | | | | 89330   159074 to 159207 | | | | | |
| | | | | 89347 to 89372   182645 to 182650 | | | | | |
| | | | | 112522 is no longer supplied. For replacement, use 118745. | | | | | |
| 15 | 1869 | | 118745 | SHAFT - Intermediate impeller drive gear Factory installed on the following R2600-23 engines: | 1 | 1 | | 02-D | 136S |
| | | | | 89325   89490 to 89530 | | | | | |
| | | | | 89328   89600 | | | | | |
| | | | | 89331 to 89346   89659 to 89858 | | | | | |
| | | | | 89373 | | | | | |
| 15 | 1870 | | 415012 | GEAR AND BUSHING ASSEMBLY - Intermediate impeller drive | 1 | 1 | | 02-D | 136S |
| | | | 112505 * | GEAR - Intermediate impeller drive | 1 | 1 | | 02-D | 136S |
| 15 | 1871 | | 112534 | BUSHING - Intermediate impeller drive gear | 1 | 1 | | 02-D | 136S |
| 15 | 1872 | | 112520 | RETAINER - Clutch roller | 1 | 1 | | 02-D | 136S |
| 15 | 1874 | | 112543 | WASHER - Intermediate impeller drive gear shaft thrust | 1 | 1 | | 02-D | 136S |
| 15 | 1875 | | 415934 | CAM ASSEMBLY - Impeller low speed drive clutch | 1 | 1 | | 02-D | 136S |
| | | | 114588 * | CAM - Impeller low speed drive clutch | 1 | 1 | | 02-D | 136S |
| | | | 113596 * | BUSHING - Impel. low speed drive clutch cam | 1 | 1 | | 02-D | 136S |
| 15 | 1877 | | 114587 | CAGE - Impeller drive clutch roller | 1 | 1 | | 02-D | 136S |
| 15 | 1878 | | 63837 | ROLLER - Impeller drive clutch | 10 | 10 | | 02-D | 136S |
| 15 | 1879 | | 113690 | SLEEVE - Impeller drive multi-plate clutch | 1 | 1 | | 02-D | 136S |
| 15 | 1880 | | 415269 | PISTON AND LOCK ASSEMBLY - Impeller drive multi-plate clutch | 1 | 1 | | 02-D | 136S |
| | | | 113435 * | PISTON - Impeller drive multi-plate clutch | 1 | 1 | | 02-D | 136S |
| | | | 112898 * | LOCK - Impeller drive multi-plate clutch piston | 1 | 1 | | 02-D | 136S |
| 15 | 1881 | | 63276 ± | RING - Impeller drive multi-plate clutch piston | 1 | 1 | | 02-D | 136S |
| 15 | 1882 | | 115613 | SPRING - Impeller clutch release | 1 | 1 | | 02-D | 136S |
| 15 | 1883 | | 67680 | SPACER - Intermediate impeller drive gear shaft | 1 | 1 | | 02-D | 136S |
| 15 | 1884 | | 112536 | WASHER - Two speed clutch thrust | 1 | 1 | | 02-D | 136S |
| 15 | 1885 | | 112521 | ADAPTER - Impeller drive multi-plate clutch | 1 | 1 | | 02-D | 136S |
| | | | 114337 @ | DISC - Impeller drive multi-plate clutch Factory installed on the following engines: | 4 | 4 | | 02-D | 136S |
| | | | | R2600-19 | | | | | |
| | | | | 62933 to 63384   89236 to 89265 | | | | | |
| | | | | 64230 to 64239   154737 to 154764 | | | | | |
| | | | | R2600-23 | | | | | |
| | | | | 41095   153263 to 154736 | | | | | |
| | | | | 63385 to 63572   154765 to 154860 | | | | | |
| | | | | 64150 to 64203   158094 to 159029 | | | | | |
| | | | | 88197 to 89235   159086 to 159114 | | | | | |
| | | | | Note and/or engine numbers continued on next page. | | | | | |