Exhibit G, Part 31 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | IMPELLER AND IMPELLER DRIVE NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | PROPERTY CLASSIFICATION U.S. NAVY | PROPERTY CLASSIFICATION U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 1886 | | 117450 | 153211 to 153261    159136 to 159207. 114337 is no longer supplied. For replacement, use 117450. DISC - Impeller drive multi-plate clutch Factory installed on the following engines: R2600-19 63865 to 63870    182707 to 182763 182651 to 182676 R2600-23 63573 to 63864    159030 to 159070 63871 to 64149    159074 to 159085 64204 to 64229    159115 to 159135 89266 to 89858    182645 to 182650 | 4 | 4 | | 02-D | 136S |
| 15 | 1887 | | 113526 | PLATE - Impeller drive multi-plate clutch | 3 | 3 | | 02-D | 136S |
| 15 | 1888 | | 111254 | HOUSING - Impeller drive multi-plate clutch | 1 | 1 | | 02-D | 136S |
| 15 | 1889 | | 1D1 | NUT - Impeller drive multi-plate clutch housing to supercharger rear cover | 6 | 6 | | 02-D | 136S |
| | | | 34D51 | WASHER - Impeller drive multi-plate clutch housing to supercharger rear cover | 6 | 6 | | 02-D | 136S |
| | | | 57D3 | COTTERPIN - Impeller drive multi-plate clutch housing to supercharger rear cover nut | 6 | 6 | | 02-D | 136S |
| | | | | SUPERCHARGER CLUTCH OIL CONTROL VALVE (FOR PLATE TYPE CLUTCH) Parts listed in this group were factory installed on the following engines: R2600-19 182677 to 182706 R2600-23 89859 to 90735    196172 to 196656 159071 to 159073    427181 to 429159 159208 to 161119 | | | | | |
| 14 | 1890 | | 69142 | HOUSING - Supercharger clutch oil control valve | 1 | 1 | | 02-D | 136S |
| 14 | 1891 | | 110489 | SLEEVE - Supercharger clutch oil control valve | 1 | 1 | | 02-D | 136S |
| 14 | 1892 | | 413392 | VALVE ASSEMBLY - Supercharger clutch oil control | 1 | 1 | | 02-D | 136S |
| | | | 110487 | VALVE - Supercharger clutch oil control | 1 | 1 | | 02-D | 136S |
| | | | 110488 | STEM - Supercharger clutch oil control valve | 1 | 1 | | 02-D | 136S |
| | | | 34D123 | WASHER - Supercharger clutch oil control valve | 1 | 1 | | 02-D | 136S |
| | | | 110490 | SPRING - Supercharger clutch oil control valve | 1 | 1 | | 02-D | 136S |
| | | | 110491 | NUT - Supercharger clutch oil control valve | 1 | 1 | | 02-D | 136S |
| 14 | 1893 | | 66383 | SPRING - Supercharger clutch oil control valve | 1 | 1 | | 02-D | 136S |
| 14 | 1894 | | 66384 | PACKING - Supercharger clutch oil control valve, outer (cork) | 1 | 1 | | 02-D | 136S |
| 14 | 1895 | | 69144 | PACKING - Supercharger clutch oil control valve, inner (Duprene) | 1 | 1 | | 02-D | 136S |
| 14 | 1896 | | 66386 | GASKET - Supercharger clutch oil control valve housing | 1 | 1 | | 02-D | 136S |
| 14 | 1897 | | 27D202 | WASHER - Supercharger clutch oil control valve packing | 1 | 1 | | 02-D | 136S |
| 14 | 1898 | | 4040D5 | NUT - Supercharger clutch oil control valve housing to supercharger rear cover | 3 | 3 | | 02-D | 136S |

Ex.: 15; Pg.: 440

Case MDL No. 875 Document 6665 Filed 01/28/11 Page 2 of 15
Case 3:11-cv-00067-SW Document 69 Filed 01/24/11 Page 2 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP MAJOR ASSEMBLY PART NUMBER | IMPELLER AND IMPELLER DRIVE — NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | 34D33 | WASHER - Supercharger clutch oil control valve housing to supercharger rear cover | 3 | 3 | | 02-D | 136S |
| | | | | **SUPERCHARGER CLUTCH OIL CONTROL VALVE (FOR ROLLER TYPE CLUTCH)** Parts listed in this group were factory installed on the following engines: R2600-19 62933 to 63384   154737 to 154764 63865 to 63870   182651 to 182676 64230 to 64239   182707 to 182763 89236 to 89265 R2600-23 41095   153263 to 154736 63385 to 63864   154765 to 154860 63871 to 64229   158094 to 159070 89197 to 89235   159074 to 159207 89266 to 89858   182645 to 182650 153211 to 153261 | | | | | |
| 15 | 1899 | | 415831 | HOUSING AND SLEEVE ASSEMBLY - Supchgr clutch oil control valve | 1 | 1 | | 02-D | 136S |
| | | | 113503 * | HOUSING - Supchgr clutch oil control valve | 1 | 1 | | 02-D | 136S |
| | | | 113502 * | SLEEVE - Supchgr clutch oil control valve | 1 | 1 | | 02-D | 136S |
| 15 | 1900 | | 115390 | VALVE - Supercharger clutch oil control | 1 | 1 | | 02-D | 136S |
| 15 | 1901 | | 113501 | SPRING - Supchgr clutch oil control valve | 2 | 2 | | 02-D | 136S |
| 15 | 1902 | | 27D118 | WASHER - Supchgr clutch oil control valve spring stop | 1 | 1 | | 02-D | 136S |
| 15 | 1904 | | 27D202 | WASHER - Supchgr clutch oil control valve spring, upper | 1 | 1 | | 02-D | 136S |
| 15 | 1906 | | 69144 | PACKING - Supchgr clutch oil control valve, inner (Duprene) | 1 | 1 | | 02-D | 136S |
| 15 | 1908 | | 66384 | PACKING - Supchgr clutch oil control valve, outer (cork) | 1 | 1 | | 02-D | 136S |
| 15 | 1910 | | 415386 | SLEEVE AND PIN ASSEMBLY - Supchgr clutch oil control valve | 1 | 1 | | 02-D | 136S |
| | | | 112620 * | SLEEVE - Supchgr clutch oil control valve | 1 | 1 | | 02-D | 136S |
| | | | 17D14 * | PIN - Supchgr clutch oil control valve sleeve oil hole | 3 | 3 | | 02-D | 136S |
| 15 | 1912 | | 66386 | GASKET - Supchgr clutch oil control valve housing to supercharger rear cover | 1 | 1 | | 02-D | 136S |
| 15 | 1914 | | 4040D5 | NUT - Supchgr clutch oil control valve housing to supercharger rear cover | 3 | 3 | | 02-D | 136S |
| | | | 34D33 | WASHER - Supercharger clutch oil control valve housing to supercharger rear cover | 3 | 3 | | 02-D | 136S |

Ex.: 15; Pg.: 441

Case: MDL No. 875 Document 6665 Filed 01/28/11 Page 3 of 15
Case 3:11-cv-00067-SW Document 69-1 Filed 01/24/11 Page 3 of 45



Figure 16
ACCESSORY DRIVE AND STARTER SHAFT

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 442

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP MAJOR ASSEMBLY PART NUMBER | ACCESSORY DRIVES NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ACCESSORY DRIVE AND STARTER SHAFT** | | | | | |
| 16 22 23 | 1972 | | 64637 | COUPLING - Access. drive and starter shaft (crankshaft end) | 1 | 1 | | 02-D | 136S |
| 16 | 1974 | | 66738 | SHAFT - Accessory drive and starter | 1 | 1 | | 02-D | 136S |
| 16 | 1976 | | 66376 | RING - Accessory drive and starter shaft thrust | 1 | 1 | | 02-D | 136S |
| 16 18 | 1978 | | 69165 | GEAR - Accessory drive | 1 | 1 | | 02-D | 136S |
| 16 | 1980 | | 112043 | SPRING - Accessory drive gear | 5 | 5 | | 02-D | 136S |
| 16 | 1982 | | 111298 | PIN - Accessory drive gear spring | 10 | 10 | | 02-D | 136S |
| 16 | 1984 | | 29539 | PLATE - Accessory drive gear, rear | 1 | 1 | | 02-D | 136S |
| 16 | 1986 | | 86D5 | SCREW - Access. drive gear plate to access. drive and starter shaft | 5 | 5 | | 02-D | 136S |
| | | | 66326 @ | COUPLING - Starter (1.70" long) Factory installed on the following engines: 88197 to 88828    89157 to 89171 88915 to 88993    158469 to 158554 66326 is no longer supplied. For replacement, use the following parts:<br>Part No    Description    Quant.<br>115461  COUPLING - Starter    1<br>115458  SPACER - Starter coupling    1<br>115459  SPRING - Access. drive and starter shaft oil seal retain. plug    1<br>115460  PLUG - Access. drive and starter shaft oil seal retaining    1<br>2017D10 RING - Access. drive and starter shaft oil retain. plug lock    1<br>When making the above change, it will be necessary to discard starter coupling spacer 113511 as it is not required. | - | 1 | | 02-D | 136S |
| | | | 113511 | SPACER - Starter coupling (1.90" long) Used with starter coupling 66326. | 1 | 1 | | 02-D | 136S |
| 16 | 1992 | | 115461 | COUPLING - Starter (1.24" long) Factory installed on all engines except the following R2600-23 engines: 88197 to 88828    89157 to 89171 88915 to 88993    158469 to 158554 | 1 | 1 | | 02-D | 136S |
| 16 | 1994 | | 115458 | SPACER - Starter coupling (.93" long) Used with starter coupling 115461. | 1 | 1 | | 02-D | 136S |
| 16 | 1996 | | 115459 | SPRING - Accessory drive and starter shaft oil retaining plug Used with starter coupling 115461. | 1 | 1 | | 02-D | 136S |
| 16 | 1998 | | 115460 | PLUG - Access. drive and starter shaft oil retaining Used with starter coupling 115461. | 1 | 1 | | 02-D | 136S |
| 16 | 2000 | | 2017D10 | RING - Accessory drive and starter shaft oil retaining plug lock Used with starter coupling 115461. | 1 | 1 | | 02-D | 136S |
| 16 | 2002 | | 66327 | PACKING - Accessory drive and starter shaft oil seal | 1 | 1 | | 02-D | 136S |
| 16 | 2004 | | 66329 | GASKET - Accessory drive and starter shaft oil seal packing retaining ring | 1 | 1 | | 02-D | 136S |
| | | | 113752 | RING - Access. drive and starter shaft oil seal packing retaining | - | 1 | | 02-D | 136S |

Note and/or engine numbers continued on page 47.

Ex.: 15; Pg.: 443

Case MDL No. 875 Document 6665 Filed 01/28/11 Page 5 of 15
Case 3:11-cv-00067-SW Document 69-1 Filed 01/24/11 Page 5 of 45

**RESTRICTED**
AN 02-35HA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST



Figure 17
GENERATOR DRIVE

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 444

Case MDL No. 875 Document 6665 Filed 01/28/11 Page 6 of 15
Case 3:11-cv-00067-JSW Document 69-1 Filed 01/24/11 Page 6 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY -19 / -23 | | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 2006 | | 116172 | | | | | | | Factory installed on the following engines: 88197 to 88439   88459 to 88636 113752 has 12 attaching screw holes countersunk to .31" diameter with an annular groove on the center line of these holes. RING - Accessory drive and starter shaft oil seal packing retaining Factory installed on all engines except the following R2600-23 engines: 88197 to 88439   88459 to 88636 116172 has 12 attaching screw holes countersunk to .38" diameter but without an annular groove on the center line of these holes. | 1 | 1 | | 02-D | 136S |
| | | | 55D19 | | | | | | | SCREW - Accessory drive and starter shaft oil seal packing retaining ring to supchgr rear cover (countersunk head, standard) Used with ring 113752. | - | 12 | | 02-D | 136S |
| 16 | 2009 | | 4061D101 | | | | | | | SCREW - Accessory drive and starter shaft oil seal packing retaining ring to supchgr rear cover (countersunk head, shakeproof type) Used with ring 116172. | 12 | 12 | | 02-D | 136S |
| | | | | | | | | | | **GENERATOR DRIVE** | | | | | |
| 17 | 2033 | | 410107 | | | | | | | GEAR AND PLUG ASSEMBLY - Generator drive | 1 | 1 | | 02-D | 136S |
| 17 | 2035 | | 66444 * | | | | | | | GEAR - Generator drive | 1 | 1 | | 02-D | 136S |
| 17 | 2037 | | 2052D12 | | | | | | | PLUG - Generator drive gear | 1 | 1 | | 02-D | 136S |
| | | | 412209 | | | | | | | PIN AND BALL ASSEMBLY - Gen drive gear oil seal spring | 1 | 1 | | 02-D | 136S |
| | | | 68968 * | | | | | | | PIN - Gen drive gear oil seal spring | 1 | 1 | | 02-D | 136S |
| | | | 5D34 * | | | | | | | BALL - Gen drive gear oil seal spring | 1 | 1 | | 02-D | 136S |
| | | | 58D5 | | | | | | | COTTERPIN - Gen drive gear oil seal spring pin | 1 | 1 | | 02-D | 136S |
| 17 | 2039 | | 66394 | | | | | | | SPRING - Generator drive gear oil seal | 1 | 1 | | 02-D | 136S |
| 17 | 2041 | | 66393 | | | | | | | RETAINER - Gen drive gear oil seal spring | 1 | 1 | | 02-D | 136S |
| 17 | 2043 | | 66445 | | | | | | | COLLAR - Generator drive oil seal | 1 | 1 | | 02-D | 136S |
| 17 | 2045 | | 63068 | | | | | | | PACKING - Generator drive oil seal | 1 | 1 | | 02-D | 136S |
| 17 | 2047 | | 63684 | | | | | | | GASKET - Generator drive oil seal packing retaining ring | 1 | 1 | | 02-D | 136S |
| 17 | 2049 | | 63066 | | | | | | | RING - Gen drive oil seal packing retaining | 1 | 1 | | 02-D | 136S |
| 17 | 2051 | | 4061D1 | | | | | | | SCREW - Gen drive oil seal to supchgr rear cover | 6 | 6 | | 02-D | 136S |
| | | | | | | | | | | **OIL PUMP DRIVE** | | | | | |
| 18 19 | 2076 | | 413343 | | | | | | | GEAR ASSEMBLY - Oil pump drive | 1 | 1 | | 02-D | 136S |
| | | | 65056 * | | | | | | | GEAR - Oil pump drive | 1 | 1 | | 02-D | 136S |
| 18 | 2078 | | 113960 | | | | | | | RETAINER - Oil pump drive gear spring | 1 | 1 | | 02-D | 136S |
| | | | | | | | | | | **TACHOMETER, FUEL PUMP AND DUAL ACCESSORY DRIVE** | | | | | |
| 18 19 | 2103 | | 28304 | | | | | | | GEAR - Tachometer, fuel pump and dual access. drive | 1 | 1 | | 02-D | 136S |
| 18 | 2105 | | 65D15 | | | | | | | SCREW - Tachometer, fuel pump and dual accessory drive gear to shaft | 6 | 6 | | 02-D | 136S |
| 18 21 | 2107 | | 46484 | | | | | | | SHAFT ASSEMBLY - Tachometer, fuel pump and dual accessory drive | 1 | 1 | | 02-D | 136S |
| | | | 62025 * | | | | | | | SHAFT - Tachometer, fuel pump and dual accessory drive | 1 | 1 | | 02-D | 136S |

Case MDL No. 875 Document 6665 Filed 01/28/11 Page 7 of 15
Case 3:11-cv-00061-SW Document 59 Filed 01/24/11 Page 7 of 45
## RESTRICTED
### AN 02-35HA-4A
### SECTION II—GROUP ASSEMBLY PARTS LIST



Figure 18

OIL PUMP, TACHOMETER, AND FUEL PUMP DRIVES
AND DRIVE FOR DUAL ACCESSORY DRIVE

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 446

Case MDL No. 875 Document 6665 Filed 01/28/14 Page 8 of 15
Case 3:11-cv-00067-SW Document 69 Filed 01/24/11 Page 8 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | ACCESSORY DRIVES<br>NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | 29087 * | PLUG - Tachometer, fuel pump and dual accessory drive shaft | 1 | 1 | | 02-D | 136S |
| | | | | **TACHOMETER AND FUEL PUMP DRIVE HOUSING AND GEARS** | | | | | |
| 18 | 2132 | | 411038 | SUPPORT ASSEMBLY - Tachometer and fuel pump drive shaft | 1 | 1 | | 02-D | 136S |
| | | | 67570 * | SUPPORT - Tachometer and fuel pump drive shaft | 1 | 1 | | 02-D | 136S |
| 18 | 2134 | | 67567 | BUSHING - Tachometer and fuel pump drive shaft support, plain | 1 | 1 | | 02-D | 136S |
| 18 | 2136 | | 67568 | BUSHING - Tachometer and fuel pump drive shaft support, shouldered | 1 | 1 | | 02-D | 136S |
| 18 | 2138 | | 13D6 | PIN - Tachometer and fuel pump drive shaft support bushing | 2 | 2 | | 02-D | 136S |
| 18 | 2140 | | 67569 | GASKET - Tachometer and fuel pump drive shaft support | 2 | 2 | | 02-D | 136S |
| 18 | 2142 | | 56D4 | SCREW - Tachometer and fuel pump drive shaft support to housing | 1 | 1 | | 02-D | 136S |
| 18 | 2144 | | 411042 | SHAFT ASSEMBLY - Tachometer and fuel pump drive | 1 | 1 | | 02-D | 136S |
| | | | 67573 * | SHAFT - Tachometer and fuel pump drive | 1 | 1 | | 02-D | 136S |
| | | | 61951 * | PLUG - Tachometer and fuel pump drive shaft | 1 | 1 | | 02-D | 136S |
| 18 | 2148 | | 61957 | SEAL - Tachometer and fuel pump drive shaft oil | 1 | 1 | | 02-D | 136S |
| 18 | 2150 | | 411063 | HOUSING ASSEMBLY - Tachometer and fuel pump drive | 1 | 1 | | 02-D | 136S |
| | | | 67574 * | HOUSING - Tachometer and fuel pump drive | 1 | 1 | | 02-D | 136S |
| 18 | 2152 | | 63132 | BEARING - Tachometer drive gear shaft | 2 | 2 | | 02-D | 136S |
| 18 | 2154 | | 129D46 | GASKET - Tachometer drive gear shaft bushing | 2 | 2 | | 02-D | 136S |
| 18 | 2156 | | 67571 | BUSHING - Tachometer drive gear shaft | 2 | 2 | | 02-D | 136S |
| 18 | 2158 | | 411041 | SHAFT ASSEMBLY - Tachometer drive | 2 | 2 | | 02-D | 136S |
| | | | 17268 * | SHAFT - Tachometer drive | 2 | 2 | | 02-D | 136S |
| | | | 67572 * | GEAR - Tachometer drive shaft | 2 | 2 | | 02-D | 136S |
| 18 | 2160 | | 28152 | SPRING - Tachometer drive oil seal housing packing | 2 | 2 | | 02-D | 136S |
| 18 | 2162 | | 66851 | WASHER - Tachometer drive oil seal housing packing | 2 | 2 | | 02-D | 136S |
| 18 | 2164 | | 68706 | PACKING - Tachometer drive oil seal housing | 2 | 2 | | 02-D | 136S |
| 18 | 2166 | | 66849 | HOUSING - Tachometer drive oil seal | 2 | 2 | | 02-D | 136S |
| 18 | 2168 | | 129D46 | GASKET - Tachometer drive oil seal housing | 2 | 2 | | 02-D | 136S |
| 18 | 2170 | | 143D3 | SCREW - Tachometer drive oil seal housing to tachometer and fuel pump drive housing | 4 | 4 | | 02-D | 136S |
| 18 | 2172 | | 114574 | CAP - Tachometer drive oil seal housing | 1 | 1 | | 02-D | 136S |
| | | | 37D28 | WASHER - Tachometer drive oil seal housing cap | 1 | 1 | | 02-D | 136S |
| 18 | 2174 | | 68668 | COVER - Fuel pump substituting | 1 | 1 | | 02-D | 136S |
| 18 | 2176 | | 67575 | GASKET - Fuel pump substituting cover | 1 | 1 | | 02-D | 136S |
| 18 | 2178 | | 2043D48 | STUD - Tachometer and fuel pump drive housing to supercharger rear housing | 4 | 4 | | 02-D | 136S |
| 18 | 2180 | | 2101D4 | NUT - Tachometer and fuel pump drive housing to supercharger rear housing | 4 | 4 | | 02-D | 136S |
| | | | 34D33 | WASHER - Tachometer and fuel pump drive housing to supercharger rear housing | 4 | 4 | | 02-D | 136S |

Case MDL No. 875 Document 6665 Filed 01/28/11 Page 9 of 15
Case 3:11-cv-00067-SW Document 69 Filed 01/24/11 Page 9 of 45

RESTRICTED
AN 02-35HA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST



Figure 19
MAGNETO AND GUN SYNCHRONIZER IMPULSE GENERATOR DRIVES

Figure 20
CONTROLLABLE PITCH PROPELLER GOVERNOR DRIVE

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 448

Case 1:11-cv-00067-JSW   Document 69   Filed 01/24/11   Page 10 of 45
Case MDL No. 875 Document 6665   Filed 01/28/11   Page 10 of 15

RESTRICTED
AN 02-35HA-4A

SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | ACCESSORY DRIVES NOMENCLATURE | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | -19 | -23 | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | | | | | | | | MAGNETO AND GUN SYNCHRONIZER IMPULSE GENERATOR DRIVES | | | | | |
| 19 | 2205 | | 27363 | | | | | | | GEAR - Mag and gun synchr impulse gen drive | 2 | 2 | | 02-D | 136S |
| 19 | 2207 | | 65D15 | | | | | | | SCREW - Mag and gun synchr impulse gen drive gear to shaft | 12 | 12 | | 02-D | 136S |
| 19 | 2209 | | 410309 | | | | | | | SHAFT ASSEMBLY - Mag and gun synchr impulse generator drive | 2 | 2 | | 02-D | 136S |
| | | | 66720 | * | | | | | | SHAFT - Mag and gun synchr impulse gen drive | 2 | 2 | | 02-D | 136S |
| | | | 67438 | * | | | | | | HOUSING - Mag and gun synchr impulse gen drive shaft oil seal plunger | 2 | 2 | | 02-D | 136S |
| | | | 63069 | * | | | | | | PLUNGER - Mag and gun synchr impulse gen drive shaft oil seal | 2 | 2 | | 02-D | 136S |
| | | | 67673 | * | | | | | | SPRING - Mag and gun synchr impulse gen drive shaft oil seal plunger | 2 | 2 | | 02-D | 136S |
| | | | 17D22 | * | | | | | | PIN - Mag and gun synchr impulse gen drive shaft oil seal plunger retaining | 2 | 2 | | 02-D | 136S |
| 19 | 2211 | | 63067 | | | | | | | COLLAR - Magneto drive oil seal | 2 | 2 | | 02-D | 136S |
| 19 | 2213 | | 63068 | | | | | | | PACKING - Magneto drive oil seal | 2 | 2 | | 02-D | 136S |
| 19 | 2215 | | 63066 | | | | | | | RING - Magneto drive oil seal packing | 2 | 2 | | 02-D | 136S |
| 19 | 2217 | | 63684 | | | | | | | GASKET - Magneto drive oil seal | 2 | 2 | | 02-D | 136S |
| 19 | 2218 | | 2054D7 | | | | | | | SCREW - Mag drive oil seal to supchgr rear cover | 12 | 12 | | 02-D | 136S |
| | | | 189D1 | | | | | | | LOCKWASHER - Mag drive oil seal to supchgr rear cover | 12 | 12 | | 02-D | 136S |
| | | | | | | | | | | CONTROLLABLE PITCH PROPELLER GOVERNOR DRIVE | | | | | |
| 20 | 2243 | | 64811 | | | | | | | GEAR - Governor drive | 1 | 1 | | 02-D | 136S |
| 20 | 2245 | | 65D19 | | | | | | | SCREW - Gov drive gear to intermediate cam drive gear | 6 | 6 | | 02-D | 136S |
| 20 | 2247 | | 64812 | | | | | | | GEAR - Governor driven | 1 | 1 | | 02-D | 136S |
| 20 | 2249 | | 111092 | | | | | | | SHAFT - Governor driven gear | 1 | 1 | | 02-D | 136S |
| 20 | 2250 | | 120724 | | | | | | | PLATE - Governor driven gear shaft | 1 | 1 | | 02-D | 136S |
| 20 | 2251 | | 65D18 | | | | | | | SCREW - Governor driven gear to shaft | 6 | 6 | | 02-D | 136S |
| 20 | 2253 | | 64815 | | | | | | | CIRCLET - Governor driven gear shaft | 1 | 1 | | 02-D | 136S |
| | | | | | | | | | | DUAL ACCESSORY DRIVE | | | | | |
| | | | 414519 | | | | | | | DUAL ACCESSORY DRIVE ASSEMBLY COMPLETE | 1 | 1 | | 02-D | 136S |
| 21 | 2284 | | 412554 | | | | | | | HOUSING STUDDING ASSEMBLY - Dual access. drive | 1 | 1 | | 02-D | 136S |
| | | | 412553 | * | | | | | | HOUSING BUSHING ASSEMBLY - Dual access. drive | 1 | 1 | | 02-D | 136S |
| | | | 69089 | * | | | | | | HOUSING - Dual accessory drive | 1 | 1 | | 02-D | 136S |
| 21 | 2286 | | 64425 | ± | | | | | | BUSHING - Dual accessory drive intermediate shaft, front | 1 | 1 | | 02-D | 136S |
| 21 | 2288 | | 64050 | ± | | | | | | BUSHING - Dual accessory drive idler gear, front | 1 | 1 | | 02-D | 136S |
| 21 | 2290 | | 64053 | ± | | | | | | BUSHING - Dual accessory drive accessory drive gear upper, front | 1 | 1 | | 02-D | 136S |
| 21 | 2292 | | 64120 | ± | | | | | | BUSHING - Dual accessory drive accessory drive gear lower, front | 1 | 1 | | 02-D | 136S |
| 21 | 2294 | | 2028H21 | ± | | | | | | STUD - Dual accessory drive housing to upper access. drive subst. cover | 3 | 3 | | 02-D | 136S |
| 21 | 2296 | | 2030H23 | ± | | | | | | STUD - Dual accessory drive housing to lower access. drive subst. cover | 3 | 3 | | 02-D | 136S |
| 21 | 2298 | | 2029H22 | ± | | | | | | STUD - Dual accessory drive housing to dual access. drive housing cover | 1 | 1 | | 02-D | 136S |
| 21 | 2300 | | 2029H19 | ± | | | | | | STUD - Dual accessory drive housing to supercharger rear housing | 2 | 2 | | 02-D | 136S |

Ex.: 15; Pg.: 449

Case MDL No. 875 Document 6665 Filed 01/28/11 Page 11 of 15
Case 3:11-cv-00067-JSW Document 69 Filed 01/24/11 Page 11 of 45



Figure 21
DUAL ACCESSORY DRIVE

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 450

Case MDL No. 875 Document 6665 Filed 01/28/14 Page 12 of 15
Case 3:11-cv-00067-JSW Document 69 Filed 01/24/11 Page 12 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | ACCESSORY DRIVES NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 2302 | | 102D33 | | | | | | | PLUG - Dual accessory drive housing oil hole (headless) | 1 | 1 | | 02-D | 136S |
| 21 | 2304 | | 99D12 | | | | | | | PLUG - Dual accessory drive housing oil hole (square head) | 2 | 2 | | 02-D | 136S |
| 21 | 2306 | | 29D10 | | | | | | | PIN - Dual accessory drive housing cover locating | 2 | 2 | | 02-D | 136S |
| 21 | 2308 | | 412336 | | | | | | | COVER STUDDING ASSEMBLY - Dual accessory drive housing | 1 | 1 | | 02-D | 136S |
| | | | 411802 | | | | | | * | COVER BUSHING ASSEMBLY - Dual accessory drive housing | 1 | 1 | | 02-D | 136S |
| | | | 69087 | | | | | | * | COVER - Dual accessory drive housing | 1 | 1 | | 02-D | 136S |
| 21 | 2310 | | 64050 | | | | | | ± | BUSHING - Dual accessory drive idler gear, rear | 1 | 1 | | 02-D | 136S |
| 21 | 2312 | | 64051 | | | | | | ± | BUSHING - Dual accessory drive intermediate shaft, rear | 1 | 1 | | 02-D | 136S |
| 21 | 2314 | | 66414 | | | | | | ± | BUSHING - Dual accessory drive access. drive gear upper and lower, rear | 2 | 2 | | 02-D | 136S |
| 21 | 2316 | | 126H177 | | | | | | ± | STUD - Dual access. drive housing cover to lower access. drive subst. cover | 1 | 1 | | 02-D | 136S |
| 21 | 2318 | | 126H169 | | | | | | ± | STUD - Dual access. drive housing cover to upper access. drive subst. cover | 1 | 1 | | 02-D | 136S |
| 21 | 2320 | | 102D33 | | | | | | | PLUG - Dual access. drive housing cover oil hole, pipe (headless) | 2 | 2 | | 02-D | 136S |
| 21 | 2322 | | 4042D1 | | | | | | | PLUG - Dual access. drive housing cover oil hole, pipe (hex head) | 2 | 2 | | 02-D | 136S |
| 21 | 2324 | | 110169 | | | | | | | GEAR - Dual accessory drive accessory drive upper and lower | 2 | 2 | | 02-D | 136S |
| 21 | 2326 | | 68221 | | | | | | | SHAFT - Dual accessory drive intermediate | 1 | 1 | | 02-D | 136S |
| 21 | 2328 | | 64029 | | | | | | | GEAR - Dual accessory drive idler | 1 | 1 | | 02-D | 136S |
| 21 | 2330 | | 68222 | | | | | | | GEAR - Dual accessory drive intermediate | 1 | 1 | | 02-D | 136S |
| 21 | 2332 | | 65D15 | | | | | | | SCREW - Dual accessory drive idler to intermediate gear | 6 | 6 | | 02-D | 136S |
| 21 | 2334 | | 69756 | | | | | | | GASKET - Dual accessory drive housing cover | 1 | 1 | | 02-D | 136S |
| 21 | 2336 | | 28922 | | | | | | | COVER - Accessory upper substituting | 1 | 1 | | 02-D | 136S |
| 21 | 2338 | | 69072 | | | | | | | GASKET - Accessory upper subst. cover | 1 | 1 | | 02-D | 136S |
| 21 | 2340 | | 4040D4 | | | | | | | NUT - Accessory upper subst. cover to dual accessory drive housing cover | 4 | 4 | | 02-D | 136S |
| | | | 34D51 | | | | | | | WASHER - Accessory upper subst. cover to dual accessory drive housing cover | 4 | 4 | | 02-D | 136S |
| 21 | 2342 | | 66235 | | | | | | | COVER - Accessory lower substituting | 1 | 1 | | 02-D | 136S |
| 21 | 2344 | | 64130 | | | | | | | GASKET - Accessory lower subst. cover | 1 | 1 | | 02-D | 136S |
| 21 | 2346 | | 4040D5 | | | | | | | NUT - Access. lower subst. cover to dual accessory drive housing cover 4040D5 supersedes and is supplied for replacement of nut 2D4 and palnut 2000D2 which were factory installed on some early engines. | 4 | 4 | | 02-D | 136S |
| | | | 34D33 | | | | | | | WASHER - Access. lower subst. cover to dual accessory drive housing cover | 4 | 4 | | 02-D | 136S |
| 21 | 2348 | | 66201 | | | | | | | GASKET - Dual access. drive housing to supercharger rear cover | 1 | 1 | | 02-D | 136S |
| 21 | 2350 | | 124D82 | | | | | | | NUT - Dual accessory drive housing to supchgr rear cover (.313" - 24 x 1.282") | 2 | 2 | | 02-D | 136S |
| 21 | 2352 | | 124D81 | | | | | | | NUT - Dual accessory drive housing to supchgr rear cover (.313" - 24 x .344") | 2 | 2 | | 02-D | 136S |
| 21 | 2354 | | 124D112 | | | | | | | NUT - Dual accessory drive housing to supchgr rear cover (.313" - 24 x 1.625") | 1 | 1 | | 02-D | 136S |
| 21 | 2356 | | 1D4 | | | | | | | NUT - Dual accessory drive housing to supchgr rear cover, slotted (.313" - 24 x .313") | 2 | 2 | | 02-D | 136S |

Ex.: 15; Pg.: 451

Case 1MDL-No. 875-JSW Document 6665 Filed 01/28/11 Page 13 of 15
Case 3:11-cv-00067-JSW Document 69 Filed 01/24/11 Page 19 of 45

**RESTRICTED**
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP / MAJOR ASSEMBLY / PART NUMBER | ACCESSORY DRIVES 1 2 3 4 5 6 / NOMENCLATURE | UNITS PER ASSY -19 -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| 21 | 2358 | | 4040D5 | NUT - Dual accessory drive housing to supchgr rear cover (elastic stop)(.313" - 24) | 1   1 | | 02-D | 136S |
| | | | | 4040D5 supersedes and is supplied for replacement of nut 2D4 and palnut 2000D2 which were factory installed on some early engines. | | | | |
| 21 | 2360 | | 124D58 | NUT - Dual accessory drive housing to supchgr rear housing (.313" - 24 x .906") | 2   2 | | 02-D | 136S |
| | | | 27D107 | WASHER - Dual accessory drive housing to supchgr rear housing (.328" x .563" x .063") | 2   2 | | 02-D | 136S |
| | | | 27D159 | WASHER - Dual accessory drive housing to supchgr rear cover (.453" x .750" x .063") | 5   5 | | 02-D | 136S |
| | | | 34D33 | WASHER - Dual accessory drive housing to supchgr rear cover (.328" x .625" x .063") | 3   3 | | 02-D | 136S |
| | | | 57D1 | COTTERPIN - Dual accessory drive housing to supercharger rear cover nut | 1   1 | | 02-D | 136S |

Ex.: 15; Pg.: 452

Case MDL No. 875 Document 6665 Filed 01/28/11 Page 14 of 15
Case 3:11-cv-00067-JSW Document 69 Filed 01/24/11 Page 14 of 45

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP — CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR | | | | | | | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | | | | |
| | | | | | | | | | | | -19 | -23 | | |
| | | | | | | | | | | CRANKSHAFT Worn crankpins can be reground to .010" undersize. | | | | |
| | | | 418606 | | | | | | @ | CRANKSHAFT MACHINING AND BALANCING ASSEMBLY Factory installed on the following engines: | 1 | 1 | 02-D | 136S |

R2600-19

```
62933                    63045 to 63051
62936 to 62939           63054
62959 to 62962           63055
63008                    63059
63009                    63061 to 63069
63011                    63075 to 63078
63014                    63086
63016                    63087
63017                    63090
63019 to 63029           63093 to 63095
63034                    63097 to 63100
63035                    63102 to 63114
63039                    63116
63040                    63117
63042                    63119 to 63123
63043
```

R2600-23

```
88555 to 88586           89047
88590 to 88636           89070
88787 to 88789           89072
88839                    89074
88840                    89078
88843                    89080
88994 to 89000           89082
89003                    89085 to 89087
89007                    89100
89013 to 89017           89108
89028                    89109
89029                    89111
89037                    89115 to 89117
89043                    89172 to 89182
89044                    89187 to 89198
89046
```

418606 has two cone type oil retainers in the crankshaft center section, two oil flats on each crankpin, plain crankshaft counter-weight bushings and crankcheeks drilled for a cotterpin to lock the crankcheek clamp screws.

418606 is no longer supplied. For replacement, use the following parts:

| Part No | Description | Quant. |
|---|---|---|
| 421175 | CRANKSHAFT MACHINING AND BALANCING ASSEMBLY | 1 |
| 385-1-10 | PIN - Front crankcheek capscrew locking, taper (Wright Part No 8D1) | 1 |
| 385-10-8 | PIN - Rear crankcheek capscrew locking, taper (Wright Part No 69D3) | 1 |

Ex.: 15; Pg.: 453



Figure 22

CRANKSHAFT
(PLAIN COUNTERWEIGHT BUSHING TYPE)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 454