Exhibit G, Part 32 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 1 of 15
Case 3:11-cv-00081-JSW Document 69-1 Filed 01/24/11 Page 10 of 45



Figure 23
CRANKSHAFT
(FLANGED COUNTERWEIGHT BUSHING TYPE)

**Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.**

Ex.: 15; Pg.: 455

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 2 of 15
Case 3:11-cv-00081-JSW Document 69-1 Filed 01/24/11 Page 17 of 145

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR | | | | | | | UNITS PER ASSY | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | | | |
| 22 | 2383 | | 416304 | | @ | | | | | CRANKSHAFT MACHINING AND BALANCING ASSEMBLY<br>Factory installed on the following engines:<br>　　　　R2600-19<br>63070　　　　　　　　63101<br>　　　　R2600-23<br>88197 to 88316　　　　89104<br>88519 to 88526　　　　89106<br>88842　　　　　　　　89107<br>88989 to 88993　　　　89113<br>89006　　　　　　　　89157 to 89171<br>89012　　　　　　　　89200<br>89101　　　　　　　　158984 to 158989<br>89102<br>416304 has an oil tube and two oil line plugs in the crankshaft center section, two oil flats on each crankpin, plain crankshaft counterweight bushings and crankcheeks drilled for a cotterpin to lock the crankcheek clamp screws.<br>416304 is no longer supplied. For replacement, use the following parts:<br>Part<br>No　　　　Description　　　　Quant.<br>421175　CRANKSHAFT MACHINING AND<br>　　　　BALANCING ASSEMBLY　　1<br>385-1-10 PIN - Front crankcheek<br>　　　　capscrew locking, taper<br>　　　　(Wright Part No 8D1)　　1<br>385-10-8 PIN - Rear crankcheek<br>　　　　capscrew locking, taper<br>　　　　(Wright Part No 69D3)　　1 | -19 -23<br>1　1 | 02-D | 136S |
| | | | 416107 | | @ | | | | | CRANKSHAFT MACHINING AND BALANCING ASSEMBLY<br>Factory installed on the following engines:<br>　　　　R2600-19<br>63010　　　　　　　　63056<br>63012　　　　　　　　63058<br>63013　　　　　　　　63060<br>63015　　　　　　　　63071 to 63074<br>63018　　　　　　　　63088<br>63036 to 63038　　　　63089<br>63041　　　　　　　　63091<br>63044　　　　　　　　63092<br>63052　　　　　　　　63096<br>63053　　　　　　　　63118<br>　　　　R2600-23<br>63413 to 63652　　　　89027<br>88317 to 88518　　　　89030 to 89036<br>88527 to 88554　　　　89038 to 89042<br>88587 to 88589　　　　89045<br>88637 to 88786　　　　89065 to 89069<br>88790 to 88828　　　　89071<br>88841　　　　　　　　89073<br>88844　　　　　　　　89083<br>88889 to 88988　　　　89084<br>89001　　　　　　　　89088<br>89002　　　　　　　　89114<br>89004　　　　　　　　89115 to 89130<br>89005　　　　　　　　89199<br>Note and/or engine numbers continued on next page. | 1　1 | 02-D | 136S |

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 3 of 15
Case 3:10-cv-00875-JSW Document 69-1 Filed 01/24/11 Page 18 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP: CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR / MAJOR ASSEMBLY / PART NUMBER | 1 2 3 4 5 6 | NOMENCLATURE | UNITS PER ASSY -19 -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 89008 to 89011  158469 to 158554<br>89018 to 89023<br>416107 has two cone type oil retainers in the crankshaft center section, two oil flats on each crankpin, plain crankshaft counterweight bushings and crankcheeks drilled for a taper pin to lock the crankcheek clamp screws.<br>416107 is no longer supplied. For replacement, use crankshaft 421175. | | | | |
| | | | 416937 | @ | CRANKSHAFT MACHINING AND BALANCING ASSEMBLY<br>Factory installed on the following engines:<br>R2600-19<br>62934           63115<br>62935           63124 to 63384<br>62940 to 62958   63865 to 63870<br>62963 to 63007   64230 to 64239<br>63030 to 63033   89236 to 89265<br>63057           154737 to 154764<br>63079 to 63085   182651 to 182763<br>R2600-23<br>41095           89112<br>63385 to 63412   89118<br>63653 to 63864   89131 to 89156<br>63871 to 64229   89183 to 89186<br>88829 to 88838   89201 to 89235<br>88845 to 88888   89266 to 90735<br>89024 to 89026   153211 to 153261<br>89048 to 89064   153263 to 154736<br>89075 to 89077   154765 to 154860<br>89079           158094 to 158468<br>89081           158555 to 158983<br>89089 to 89099   158990 to 161119<br>89103           182645 to 182650<br>89105           196172 to 196656<br>89110           427181 to 429159<br>416937 has two cone type oil retainers in the crankshaft center section, two oil flats on each crankpin, flanged crankshaft counterweight bushings and crankcheeks drilled for a taper pin which locks the crankcheek clamp screws.<br>416937 is no longer supplied. For replacement, use crankshaft 421175. | 1 | 1 | | 02-D | 136S |
| 23 | 2385 | | 421175 | | CRANKSHAFT MACHINING AND BALANCING ASSEMBLY<br>Not factory installed on any engines.<br>421175 is the same as 416937 except it does not have two oil flats on each crankpin. | 1 | 1 | | 02-D | 136S |
| | | | 411268 | * | CRANKSHAFT ASSEMBLY - Center<br>Part of assembly 416304. | 1 | 1 | | 02-D | 136S |
| | | | 417294 | * | CRANKSHAFT ASSEMBLY - Center<br>Part of assemblies 416107, 416937, 418606 and 421175. | 1 | 1 | | 02-D | 136S |
| | | | 67863 | * | CRANKSHAFT - Center<br>Part of assembly 411268. | 1 | 1 | | 02-D | 136S |
| | | | 113766 | * | CRANKSHAFT - Center<br>Part of assembly 417294. | 1 | 1 | | 02-D | 136S |
| 22 | 2386 | | 64638 | | PLUG - Crankshaft crankpin, front<br>Part of assembly 411268.<br>64638 is two inches long. | 1 | 1 | | 02-D | 136S |

RESTRICTED

-59

Ex.: 15; Pg.: 457

Case MDL No. 875 Document 6665-11 Filed 01/28/11 Page 4 of 15
Case 3:11-cv-00081-JSW Document 69-11 Filed 01/24/11 Page 19 of 155

RESTRICTED

AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | PROPERTY CLASSIFICATION U.S. NAVY | PROPERTY CLASSIFICATION U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 2387 | | 113852 | | | | | | | PLUG - Crankshaft crankpin, front Part of assembly 417294. 113852 is 2.16" long and can be further identified by the part number stamped on it. | 1 | 1 | | 02-D | 136S |
| 22 | 2388 | | 64639 | | | | | | | PLUG - Crankshaft crankpin, rear Part of assembly 411268. 64639 is 1.38" long. | 1 | 1 | | 02-D | 136S |
| 23 | 2389 | | 113853 | | | | | | | PLUG - Crankshaft crankpin, rear Part of assembly 417294. 113853 is 1.50" long and can be further identified by the part number stamped on it. | 1 | 1 | | 02-D | 136S |
| | | | 65744 | * | | | | | | TUBE - Crankshaft crankpin oil | 4 | 4 | | 02-D | 136S |
| | | | 65745 | * | | | | | | TUBE - Crankshaft center oil Part of assembly 411268. | 1 | 1 | | 02-D | 136S |
| | | | 2094D5 | * | | | | | | PIN - Crankshaft oil metering (.125" x .38") Quantities used: with assembly 411268 - four units; with assembly 417294 - two units. | # | # | | 02-D | 136S |
| | | | 2094D19 | * | | | | | | PIN - Crankshaft oil metering (.125" x .38") Part of assembly 417294. | 2 | 2 | | 02-D | 136S |
| 22 | 2390 | | 2142D14 | | | | | | | PLUG - Crankshaft crankpin | 2 | 2 | | 02-D | 136S |
| 23 | 2391 | | 113724 | | | | | | | RETAINER - Crankshaft center, oil Part of assembly 417294. | 2 | 2 | | 02-D | 136S |
| 23 | 2393 | | 2057D47 | | | | | | | BOLT - Crankshaft center oil retainer Part of assembly 417294. | 1 | 1 | | 02-D | 136S |
| 23 | 2395 | | 2101D5 | | | | | | | NUT - Crankshaft center oil retainer bolt Part of assembly 417294. | 1 | 1 | | 02-D | 136S |
| | | | 412524 | * | | | | | | COUNTERWEIGHT AND BUSHING ASSEMBLY - Front Part of assemblies 416304 and 418606. | 1 | 1 | | 02-D | 136S |
| | | | 418454 | * | | | | | | COUNTERWEIGHT AND BUSHING ASSEMBLY - Front Part of assembly 416107. | 1 | 1 | | 02-D | 136S |
| | | | 417371 | * | | | | | | COUNTERWEIGHT MACHINING ASSEMBLY - Front Part of assemblies 416937 and 421175. | 1 | 1 | | 02-D | 136S |
| | | | 69390 | * | | | | | | COUNTERWEIGHT - Front Part of assembly 412524. | 1 | 1 | | 02-D | 136S |
| | | | 117068 | * | | | | | | COUNTERWEIGHT - Front Part of assembly 418454. | 1 | 1 | | 02-D | 136S |
| | | | 115362 | * | | | | | | COUNTERWEIGHT - Front (front half) Part of assembly 417371. | 1 | 1 | | 02-D | 136S |
| | | | 115360 | * | | | | | | COUNTERWEIGHT - Front (rear half) Part of assembly 417371. | 1 | 1 | | 02-D | 136S |
| 22 | 2396 | | 69383 | | | | | | | BUSHING - Front counterweight Part of assemblies 412524 and 418454. | 4 | 4 | | 02-D | 136S |
| 23 | 2401 | | 113514 | | | | | | | CUP - Front counterweight bolt lock Part of assembly 417371. | 4 | 4 | | 02-D | 136S |
| 23 | 2403 | | 113516 | | | | | | | BOLT - Front counterweight Part of assembly 417371. | 2 | 2 | | 02-D | 136S |
| 23 | 2405 | | 113515 | | | | | | | NUT - Front counterweight bolt Part of assembly 417371. | 2 | 2 | | 02-D | 136S |
| | | | 412525 | * | | | | | | COUNTERWEIGHT AND BUSHING ASSEMBLY - Rear Part of assemblies 416304 and 418606. | 1 | 1 | | 02-D | 136S |
| | | | 418455 | * | | | | | | COUNTERWEIGHT AND BUSHING ASSEMBLY - Rear Part of assembly 416107. | 1 | 1 | | 02-D | 136S |
| | | | 417372 | * | | | | | | COUNTERWEIGHT MACHINING ASSEMBLY - Rear Part of assemblies 416937 and 421175. | 1 | 1 | | 02-D | 136S |

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 5 of 15
Case 3:11-cv-00875-JSW Document 69-1 Filed 01/24/11 Page 2 of 145

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 69391 | | | | * | | | COUNTERWEIGHT - Rear  Part of assembly 412525. | 1 | 1 | | 02-D | 136S |
| | | | 117069 | | | | * | | | COUNTERWEIGHT - Rear  Part of assembly 418455. | 1 | 1 | | 02-D | 136S |
| | | | 115361 | | | | * | | | COUNTERWEIGHT - Rear  Part of assembly 417372. | 2 | 2 | | 02-D | 136S |
| 22 | 2406 | | 69384 | | | | | | | BUSHING - Rear counterweight  Part of assemblies 412525 and 418455. | 4 | 4 | | 02-D | 136S |
| 23 | 2407 | | 113514 | | | | | | | CUP - Rear counterweight bolt lock  Part of assembly 417372. | 4 | 4 | | 02-D | 136S |
| 23 | 2409 | | 113517 | | | | | | | BOLT - Rear counterweight bolt lock  Part of assembly 417372. | 2 | 2 | | 02-D | 136S |
| 23 | 2411 | | 113515 | | | | | | | NUT - Rear counterweight bolt  Part of assembly 417372. | 2 | 2 | | 02-D | 136S |
| | | | 114334 | | | | * | | | CRANKSHAFT - Front end  Part of assembly 416107. | 1 | 1 | | 02-D | 136S |
| | | | 110102 | | | | * | | | CRANKSHAFT - Front end  Part of assembly 416304. | 1 | 1 | | 02-D | 136S |
| | | | 115012 | | | | * | | | CRANKSHAFT - Front end  Part of assemblies 416937 and 421175. | 1 | 1 | | 02-D | 136S |
| | | | 117310 | | | | * | | | CRANKSHAFT - Front end  Part of assembly 418606. | 1 | 1 | | 02-D | 136S |
| | | | 114335 | | | | * | | | CRANKSHAFT - Rear end  Part of assembly 416107. | 1 | 1 | | 02-D | 136S |
| | | | 64371 | | | | * | | | CRANKSHAFT - Rear end  Part of assembly 416304. | 1 | 1 | | 02-D | 136S |
| | | | 115109 | | | | * | | | CRANKSHAFT - Rear end  Part of assemblies 416937 and 421175. | 1 | 1 | | 02-D | 136S |
| | | | 117311 | | | | * | | | CRANKSHAFT - Rear end  Part of assembly 418606. | 1 | 1 | | 02-D | 136S |
| 23 | 2413 | | 114191 | | | | | | | SCREW - Rear crankcheek clamp (4.68" long)  Part of assemblies 416107, 416937 and 421175. | 1 | 1 | | 02-D | 136S |
| 22 | 2414 | | 64664 | | | | | | | SCREW - Rear crankcheek clamp (4.38" long)  Part of assemblies 416304 and 418606. | 1 | 1 | | 02-D | 136S |
| 23 | 2415 | | 114192 | | | | | | | SCREW - Front crankcheek clamp (6" long)  Part of assemblies 416107, 416937 and 421175. | 1 | 1 | | 02-D | 136S |
| 22 | 2416 | | 64665 | | | | | | | SCREW - Front crankcheek clamp (5.62" long)  Part of assemblies 416304 and 418606. | 1 | 1 | | 02-D | 136S |
| 22 23 | 2417 | | 34D121 | | | | | | | WASHER - Front crankcheek clamp screw | 1 | 1 | | 02-D | 136S |
| 22 23 | 2418 | | 34D120 | | | | | | | WASHER - Rear crankcheek clamp screw | 1 | 1 | | 02-D | 136S |
| 22 | 2419 | | 65158 | | | | | | | PLUG - Crankshaft ctr. sect. oil tube hole  Part of assembly 416304. | 2 | 2 | | 02-D | 136S |
| 23 | 2420 | | 110354 | | | | | | | BUSHING - Front counterweight  Part of assemblies 416937 and 421175. | 4 | 4 | | 02-D | 136S |
| 23 | 2421 | | 110355 | | | | | | | BUSHING - Rear counterweight  Part of assemblies 416937 and 421175. | 4 | 4 | | 02-D | 136S |
| 22 23 | 2423 | | 20D9 | | | | | | | PIN - Crankshaft to reduct. gear, aligning | 1 | 1 | | 02-D | 136S |
| 22 23 | 2425 | | 2037D12 | | | | | | | PIN - Crankshaft to rear cam drive gear locating | 1 | 1 | | 02-D | 136S |
| 22 | 2426 | | 69385 | | | | | | | BUSHING - Front counterweight (in crankshaft)(1.610" long)  Part of assemblies 416107, 416304 and 418606. | 2 | 2 | | 02-D | 136S |
| 23 | 2427 | | 110352 | | | | | | | BUSHING - Rear counterweight (in crankshaft)(1.25" long)  Part of assemblies 416937 and 421175. | 2 | 2 | | 02-D | 136S |

Ex.: 15; Pg.: 459

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 6 of 15
Case 3:11-cv-00015-JSW Document 69-1 Filed 01/24/11 Page 2 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP: CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR | | | | | | | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | -19 | -23 | U.S. NAVY | U.S. ARMY | BRITISH |
| 22 | 2428 | | 69386 | | | | | | | BUSHING - Rear counterweight (in crankshaft)(1.610" long) Part of assemblies 416107, 416304 and 418606. | 2 | 2 | | 02-D | 136S |
| 23 | 2429 | | 110351 | | | | | | | BUSHING - Rear counterweight (in crankshaft)(1.25" long) Part of assemblies 416937 and 421175. | 2 | 2 | | 02-D | 136S |
| 22 23 | 2431 | | 112367 | | | | | | | PIN - Crankshaft front and rear c'weight. | 4 | 4 | | 02-D | 136S |
| | | | 110539 | * | | | | | | PLATE - Crankshaft front counterweight Part of assemblies 416107, 416304 and 418606. | 2 | 2 | | 02-D | 136S |
| | | | 111616 | * | | | | | | PLATE - Crankshaft front counterweight Part of assemblies 416937 and 421175. | 2 | 2 | | 02-D | 136S |
| | | | 110540 | * | | | | | | PLATE - Crankshaft rear counterweight Part of assemblies 416107, 416304 and 418606. | 2 | 2 | | 02-D | 136S |
| | | | 111615 | * | | | | | | PLATE - Crankshaft rear counterweight Part of assemblies 416937 and 421175. | 2 | 2 | | 02-D | 136S |
| 22 23 | 2433 | | 385-30-8 | | | | | | | PIN - Crankshaft counterweight bolt, taper (Wright Part No 73D4) | 4 | 4 | | 29 | 128 |
| 22 23 | 2435 | | 112369 | | | | | | | BOLT - Crankshaft counterweight | 4 | 4 | | 02-D | 136S |
| 22 23 | 2437 | | 2037D8 | | | | | | | PIN - Crankshaft center bearing support locating | 4 | 4 | | 02-D | 136S |
| 22 23 | 2439 | | 111576 | ± | | | | | | SUPPORT - Crankshaft center bearing | 1 | 1 | | 02-D | 136S |
| 22 23 | 2441 | | 2057D22 | | | | | | | BOLT - Crankshaft center bearing support to crankshaft | 8 | 8 | | 02-D | 136S |
| 22 23 | 2443 | | 2067D14 | | | | | | | LOCKWASHER - Crankshaft center bearing support to crankshaft | 8 | 8 | | 02-D | 136S |
| 22 | 2445 | | 59D1 | | | | | | | COTTERPIN - Front crankcheek capscrew, locking Used with crankshafts 416304 and 418606. | 1 | 1 | | 02-D | 136S |
| 23 | 2468 | | 385-1-10 | | | | | | | PIN - Front crankcheek capscrew locking, taper (Wright Part No 8D1) Used with crankshafts 416107, 416937 and 421175. | 1 | 1 | | 29 | 128 |
| 22 | 2469 | | 59D3 | | | | | | | COTTERPIN - Rear crankcheek capscrew, locking Used with crankshafts 416304 and 418606. | 1 | 1 | | 02-D | 136S |
| 23 | 2470 | | 385-10-8 | | | | | | | PIN - Rear crankcheek capscrew locking, taper (Wright Part No 69D3) Used with crankshafts 416107, 416937 and 421175. | 1 | 1 | | 02-D | 128 |
| 22 23 | 2472 | | 155D61 | | | | | | | BEARING - Crankshaft main, front | 1 | 1 | | 02-D | 136S |
| 22 23 | 2474 | | 155D55 | | | | | | | BEARING - Crankshaft main center | 1 | 1 | | 02-D | 136S |
| | | | 155D57 | @ | | | | | | BEARING - Crankshaft main, rear 155D57 is no longer supplied. For replacement, use 155D62. | 1 | 1 | | 02-D | 136S |
| 22 23 | 2475 | | 155D62 | | | | | | | BEARING - Crankshaft main, rear | 1 | 1 | | 02-D | 136S |
| | | | | | | | | | | **PROPELLER SHAFT** | | | | | |
| 24 25 | 2501 | | 412315 | | | | | | | SHAFT AND BUSHING MACHINING ASSEMBLY - Prop. | 1 | 1 | | 02-D | 136S |
| | | | 69075 | * | | | | | | SHAFT - Propeller | 1 | 1 | | 02-D | 136S |
| 24 | 2503 | | 69076 | | | | | | | SLEEVE - Propeller shaft | 1 | 1 | | 02-D | 136S |
| 24 | 2505 | | 27D156 | | | | | | | WASHER - Propeller shaft front bushing | 1 | 1 | | 02-D | 136S |
| 24 | 2507 | | 66112 | | | | | | | BUSHING - Propeller shaft, front | 1 | 1 | | 02-D | 136S |

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 7 of 15
Case 3:10-cv-00081-JSW Document 69-1 Filed 01/24/11 Page 22 of 145

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR | | | | | | | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | | | | |
| | | | | | | | | | | | -19 | -23 | | |
| 24 | 2509 | | 110276 | | | | | | | BUSHING - Propeller shaft, rear | 1 | 1 | 02-D | 136S |
| 24 | 2511 | | 20D12 | | | | | | | PIN - Propeller shaft rear bushing lock | 1 | 1 | 02-D | 136S |
| 24 | 2513 | | 26085 | | | | | | | PIN - Propeller hub locating | 1 | 1 | 02-D | 136S |
| | | | 67882 | | | | | | | NUT - Propeller shaft front end cap 67882 is shipped with the engine and is used to protect the threads on the propeller shaft. | 1 | 1 | 02-D | 136S |
| 24 | 2517 | | 28843 | | | | | | | GASKET - Propeller shaft hydro oil conn adapter to propeller shaft front bushing | 1 | 1 | 02-D | 136S |
| 24 | 2519 | | 68529 | | | | | | | ADAPTER - Propeller shaft hydro oil conn | 1 | 1 | 02-D | 136S |
| 24 | 2521 | | 66251 | | | | | | | GASKET - Propeller shaft hydro oil conn adapter cover to adapter | 1 | 1 | 02-D | 136S |
| 24 | 2523 | | 68530 | | | | | | | COVER - Propeller shaft hydro oil connection adapter | 1 | 1 | 02-D | 136S |
| 24 | 2525 | | 28842 | | | | | | | NUT - Propeller shaft hydro oil connection | 1 | 1 | 02-D | 136S |
| 24 | 2527 | | 68533 | | | | | | | LOCK - Propeller shaft hydro oil connection adapter nut | 1 | 1 | 02-D | 136S |
| 24 | 2529 | | 86D11 | | | | | | | SCREW - Propeller shaft hydro oil connection adapter nut lock to nut | 3 | 3 | 02-D | 136S |
| | | | 27D30 | | | | | | | WASHER - Propeller shaft hydro oil connection adapter nut lock to nut screw | 3 | 3 | 02-D | 136S |



Figure 24
PROPELLER SHAFT

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 461

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 8 of 15
Case 3:10-cv-00075-JSW Document 69-1 Filed 01/24/11 Page 29 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP | CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR | | | | | | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY | | | | | | | | | | | |
| | | | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | -19 | -23 | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | | | | | | | PROPELLER SHAFT REDUCTION GEAR | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 25 | 2531 | | 110329 | | | | | | GEAR - Reduction driving | 1 | 1 | | 02-D | 136S |
| 25 | 2533 | | 64724 | | | | | | NUT - Reduction driving gear | 1 | 1 | | 02-D | 136S |
| 25 | 2535 | | 2075D7 | | | | | | SCREW - Reduction driving gear nut | 1 | 1 | | 02-D | 136S |
| | | | 57D1 | | | | | | COTTERPIN - Reduction driving gear nut screw | 1 | 1 | | 02-D | 136S |
| 25 | 2537 | | 69634 | | | | | | CARRIER - Reduction driving gear pinion | 1 | 1 | | 02-D | 136S |
| 25 | 2539 | | 2069D20 | | | | | | BOLT - Reduction driving gear pinion carrier to propeller shaft | 24 | 24 | | 02-D | 136S |
| 25 | 2541 | | 2101D7 | | | | | | NUT - Reduction driving gear pinion carrier to propeller shaft | 24 | 24 | | 02-D | 136S |
| | | | 58D8 | | | | | | COTTERPIN - Reduction driving gear pinion carrier to propeller shaft nut | 24 | 24 | | 02-D | 136S |
| 25 | 2543 | | 110117 | | | | | | BUSHING - Reduction driving gear pinion Not sold singly. Sold only in sets of 20. | 20 | 20 | | 02-D | 136S |
| 25 | 2545 | | 69632 | | | | | | PINION - Reduction driving gear | 20 | 20 | | 02-D | 136S |
| 25 | 2547 | | 112346 | | | | | | BOLT - Reduction driving gear pinion | 20 | 20 | | 02-D | 136S |
| 25 | 2549 | | 124D130 | | | | | | NUT - Reduction driving gear pinion | 20 | 20 | | 02-D | 136S |
| | | | 58D2 | | | | | | COTTERPIN - Reduction driving gear pinion nut | 20 | 20 | | 02-D | 136S |
| 25 | 2551 | | 66636 | | | | | | GEAR - Stationary reduction | 1 | 1 | | 02-D | 136S |
| 25 | 2553 | | 66757 | | | | | | RING - Reduction driving gear pinion guard | 1 | 1 | | 02-D | 136S |
| 25 | 2555 | | 415412 | | | | | | SLEEVE AND INSERT ASSEMBLY - Propeller shaft oil seal | 1 | 1 | | 02-D | 136S |
| | | | 113090 | * | | | | | SLEEVE - Propeller shaft oil seal | 1 | 1 | | 02-D | 136S |
| | | | 113089 | * | | | | | INSERT - Propeller shaft oil seal sleeve | 2 | 2 | | 02-D | 136S |
| 25 | 2557 | | 66807 | ± | | | | | RING - Propeller shaft oil seal sleeve oil seal | 6 | 6 | | 02-D | 136S |



Figure 25
PROPELLER SHAFT REDUCTION GEAR

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 462

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP: CRANKSHAFT, PROPELLER SHAFT AND REDUCTION GEAR / MAJOR ASSEMBLY / PART NUMBER | 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY -19 | -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 2559 | | 414919 | SUPPORT ASSEMBLY - Stationary reduction gear | 1 | 1 | | 02-D | 136S |
| | | | 69537 * | SUPPORT - Stationary reduction gear | 1 | 1 | | 02-D | 136S |
| | | | 110265 * | SLEEVE - Stationary reduction gear support | 1 | 1 | | 02-D | 136S |
| | | | 102D13 * | PLUG - Stationary reduction gear support oil retaining (.375" - 24) | 1 | 1 | | 02-D | 136S |
| | | | 102D12 * | PLUG - Stationary reduction gear support oil retaining (.313" - 24) | 1 | 1 | | 02-D | 136S |
| 25 | 2561 | | 2037D31 | PIN - Stationary reduction gear support oil seal locking | 1 | 1 | | 02-D | 136S |
| 25 | 2563 | | 21D92 | BEARING - Propeller shaft thrust ball | 1 | 1 | | 02-D | 136S |
| 25 | 2565 | | 111671 | SPACER - Propeller shaft thrust bearing, rear | 1 | 1 | | 02-D | 136S |
| 25 | 2567 | | 67497 | NUT - Propeller shaft thrust bearing | 1 | 1 | | 02-D | 136S |
| 25 | 2569 | | 63630 ± | RING - Propeller shaft thrust bearing nut oil seal | 3 | 3 | | 02-D | 136S |

Ex.: 15; Pg.: 463



Figure 26
CONNECTING RODS, FRONT



Figure 27
CONNECTING RODS, REAR

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 464

Case MDL No. 875 Document 6665-1 Filed 01/28/14 Page 11 of 15
Case 3:11-cv-00067-JSW Document 69-1 Filed 07/24/11 Page 26 of 45

**RESTRICTED**
AN 02-35HA-4A

SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP<br>MAJOR ASSEMBLY<br>PART NUMBER | CONNECTING RODS<br>1 2 3 4 5 6   NOMENCLATURE | UNITS PER ASSY<br>-19  -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| 26 27 | 2594 | | 413464Y1 | ROD ASSEMBLY - Master | 2   2 | | 02-D | 136S |
| | | | 110593  * | . ROD - Master | 1   1 | | 02-D | 136S |
| 26 27 | 2596 | | 110594  ± | . BEARING - Master rod crankshaft | 1   1 | | 02-D | 136S |
| 26 27 | 2598 | | 2119D17 | . BUSHING - Master rod piston pin | 1   1 | | 02-D | 136S |
| 26 27 | 2600 | | 66432 | . PIN - Master rod crankshaft bearing lock | 1   1 | | 02-D | 136S |
| | | | 27D8 | . WASHER - Master rod crankshaft bearing lock pin | 1   1 | | 02-D | 136S |
| 26 27 | 2604 | | 1D7 | . NUT - Master rod crankshaft bearing lock pin | 1   1 | | 02-D | 136S |
| 26 27 | 2606 | | 385-40-6 | . PIN - Master rod crankshaft bearing lock pin retain., taper (Wright Part No 71D2) | 1   1 | | 29 | 128 |
| 26 27 | 2608 | | 69886  ± | . SPACER - Master rod | 2   2 | | 02-D | 136S |
| 26 27 | 2610 | | 48672 | ROD AND BUSHING ASSEMBLY - Articulated | 12  12 | | 02-D | 136S |
| | | | 64904  * | . ROD - Articulated | 1   1 | | 02-D | 136S |
| 26 27 | 2612 | | 2119D17 | . BUSHING - Articulated rod piston pin | 1   1 | | 02-D | 136S |
| 26 27 | 2614 | | 2119D12 | . BUSHING - Articulated rod knuckle pin | 1   1 | | 02-D | 136S |
| 26 27 | 2616 | | 114292 | RING - Master rod end seal | 2   2 | | 02-D | 136S |
| | | | 113104 | PIN - Articulated rod knuckle<br>Factory installed on the following engines:<br>R2600-19<br>62933 to 62962      63303 to 63374<br>62984 to 63155      89236 to 89265<br>63173 to 63271<br>R2600-23<br>88197 to 88888      153263 to 153316<br>88906 to 89119      153425 to 153480<br>89157 to 89222      153568 to 153627<br>153211 to 153261     158469 to 158554<br>113104 has the thread starting .230" from the end and continuing to a depth of .520". | 12  12 | | 02-D | 136S |
| 26 27 | 2618 | | 117011 | PIN - Articulated rod knuckle<br>Factory installed on the following engines:<br>R2600-19<br>62963 to 62983      63865 to 63870<br>63156 to 63172      64230 to 64239<br>63272 to 63302      154737 to 154764<br>63375 to 63384      182651 to 182763<br>R2600-23<br>41095                153481 to 153567<br>63385 to 63864      153628 to 154736<br>63871 to 64229      154765 to 154860<br>88889 to 88905      158094 to 158468<br>89120 to 89156      158555 to 161119<br>89223 to 89235      182645 to 182650<br>89266 to 90735      196172 to 196656<br>153317 to 153424     427181 to 429159<br>117011 has the thread starting flush with the end and continuing to a depth of .235". | 12  12 | | 02-D | 136S |

Ex.: 15; Pg.: 465

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 12 of 15
Case 3:10-cv-00067-JSW Document 69-1 Filed 07/24/11 Page 27 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | CONNECTING RODS 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY -19 -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 114755 @ | PLATE - Articulated rod knuckle pin locking (early type) 114755 is no longer supplied. For replacement, use 115887. | 2  2 |  | 02-D | 136S |
| 26 27 | 2620 |  | 115887 | PLATE - Articulated rod knuckle pin locking (late type) | 2  2 |  | 02-D | 136S |
| 26 27 | 2622 |  | 67860 | LOCK - Articulated rod knuckle pin | 12  12 |  | 02-D | 136S |
|  |  |  | 2045D24 | SCREW - Articulated rod knuckle pin lock (.438" - 20 x .79") Used with knuckle pin 113104. | 12  12 |  | 02-D | 136S |
| 26 27 | 2624 |  | 2045D44 | SCREW - Articulated rod knuckle pin lock (.438" - 20 x .50") Used with knuckle pin 117011. | 12  12 |  | 02-D | 136S |

Ex.: 15; Pg.: 466

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 13 of 15
Case 1:07-cv-00067-JSW Document 69-1 Filed 07/24/11 Page 28 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | | | | | | | | | -19 -23 | | | |
| | | | | | | | | | | Worn cylinders can be reground to .015" oversize only. | | | | |
| | | | | | | | | | | **CYLINDERS** | | | | |
| | | | 89924N3 | | @ | | | | | CYLINDER ASSEMBLY - With valves and valve rockers, front (less covers) Factory installed on the following engines: 88197 to 88586    88737 to 88740 89924N3 includes cylinder machining and studding assembly 412761N3 which includes rocker box cover attaching studs that project .56" - .60" from the rocker box. 89924N3 is no longer supplied. For replacement, use 890103N3. | - 7 | | 02-D | 136S |
| | | | 890103N3 | | | | | | | CYLINDER ASSEMBLY - With valves and valve rockers, front (less covers) Factory installed on all engines except the following R2600-23 engines: 88197 to 88586    88737 to 88740 At one time 890103N3 included cylinder machining and studding assembly 417682N3 which includes rocker box cover attaching studs that project .56" - .60" from the rocker box. 890103N3 now includes cylinder machining and studding assembly 420539N3 which includes rocker box cover attaching studs that project .69" from the rocker box. | 7 7 | | 02-D | 136S |
| | | | 89925N3 | | @ | | | | | CYLINDER ASSEMBLY - With valves and valve rockers, rear (less covers) Factory installed on the following R2600-23 engines: 88197 to 88586    88737 to 88740 89925N3 includes cylinder machining and studding assembly 412762N3 which includes rocker box cover attaching studs that project .56" - .60" from the rocker box. 89925N3 is no longer supplied. For replacement, use 890104N3. | - 7 | | 02-D | 136S |
| | | | 890104N3 | | | | | | | CYLINDER ASSEMBLY - With valves and valve rockers, rear (less covers) Factory installed on all engines except the following R2600-23 engines: 88197 to 88586    88737 to 88740 At one time 890104N3 included cylinder machining and studding assembly 417680N3 which includes rocker box cover attaching studs that project .56" - .60" from the rocker box. 890104N3 now includes cylinder machining and studding assembly 420540N3 which includes rocker box cover attaching studs that project .69" from the rocker box. | 7 7 | | 02-D | 136S |

Ex.: 15; Pg.: 467

Case: MDL No. 875 Document 6665-1 Filed 01/28/11 Page 14 of 15
Case: 1:cv-00067-JSW Document 69-1 Filed 07/24/11 Page 29 of 45

**RESTRICTED**
AN 02-35HA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST



Figure 28
FRONT CYLINDER, INTAKE PIPE AND PISTON

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 468

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 15 of 15
Case 3:11-cv-00067-JSW Document 69-1 Filed 02/24/11 Page 30 of 45



Figure 29
REAR CYLINDER, INTAKE PIPE AND PISTON

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 469