Exhibit G, Part 33 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6665-2 Filed 01/28/11 Page 1 of 15
Case3:11-cv-00061-JSW Document69-1 Filed01/24/11 Page31 of 45

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | | | | | | | | | -19 | -23 | | | |
| | | | 412761N3 @ | | | | | | | CYLINDER MACHINING AND STUDDING ASSEMBLY - Front<br>Part of assembly 89924N3.<br>Read note under 89924N3 on page 69.<br>412761N3 is no longer supplied. For replacement, use the following parts:<br>Part<br>  No        Description      Quant.<br>420539N3 CYL MACH. AND STUDD.<br>         ASSEMBLY              1<br>4040D4  NUT - Rocker box cover<br>         to cylinder          8<br>When making the above change, it will be necessary to discard rocker box cover to cylinder attaching nuts 124D95 and lockwashers 28D14 as they are not required. | - | 1 | 02-D | 136S |
| | | | 417682N3 @ | | | | | | | CYLINDER MACHINING AND STUDDING ASSEMBLY - Front<br>Originally part of assembly 890103N3.<br>Read note under 890103N3 on page 69.<br>417682N3 is no longer supplied. For replacement, use the following parts:<br>Part<br>  No        Description      Quant.<br>420539N3 CYL MACH. AND STUDD.<br>          ASSEMBLY              1<br>4040D4  NUT - Rocker box cover<br>          to cylinder          8<br>When making the above change, it will be necessary to discard rocker box cover to cylinder attaching nuts 124D95 and lockwashers 28D14 as they are not required. | 1 | 1 | 02-D | 136S |
| 28 | 2649 | | 420539N3 | | | | | | | CYLINDER MACHINING AND STUDDING ASSEMBLY - Front<br>Part of assembly 890103N3.<br>Read note under 890103N3 on page 69. | 1 | 1 | 02-D | 136S |
| | | | 412762N3 @ | | | | | | | CYLINDER MACHINING AND STUDDING ASSEMBLY - Rear<br>Part of assembly 89925N3.<br>Read note under 89925N3 on page 69.<br>412762N3 is no longer supplied. For replacement, use the following parts:<br>Part<br>  No        Description      Quant.<br>420540N3 CYL MACH. AND STUDD.<br>          ASSEMBLY              1<br>4040D4  NUT - Rocker box cover<br>          to cylinder          8<br>When making the above change, it will be necessary to discard rocker box cover to cylinder attaching nuts 124D95 and lockwashers 28D14 as they are not required. | - | 1 | 02-D | 136S |
| | | | 417680N3 @ | | | | | | | CYLINDER MACHINING AND STUDDING ASSEMBLY - Rear<br>Originally part of assembly 890104N3.<br>Read note under 890104N3 on page 69.<br>Note and/or engine numbers continued on next page. | 1 | 1 | 02-D | 136S |

Ex.: 15; Pg.: 470

Case MDL No. 875 Document 6665-21 Filed 01/28/11 Page 2 of 15
Case 3:11-cv-00075-JSW Document 69-21 Filed 01/24/11 Page 32 of 145

RESTRICTED
AN 02-35HA-4A

SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS MAJOR ASSEMBLY PART NUMBER / NOMENCLATURE | UNITS PER ASSY -19 / -23 | | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | 417680N3 is no longer supplied. For replacement, use the following parts:<br>Part<br>No    Description    Quant.<br>420540N3 CYL MACH. AND STUDD. ASSEMBLY  1<br>4040D4  NUT - Rocker box cover to cylinder  8<br>When making the above change, it will be necessary to discard rocker box cover to cylinder attaching nuts 124D95 and lockwashers 28D14 as they are not required. | | | | | |
| 29 | 2651 | | 420540N3 CYLINDER MACHINING AND STUDDING ASSEMBLY - Rear<br>Part of assembly 890104N3.<br>Read note under 890104N3 on page 69. | 1 | 1 | | 02-D | 136S |
| | | * | 69647 HEAD - Cylinder, front | 1 | 1 | | 02-D | 136S |
| | | * | 69648 HEAD - Cylinder, rear | 1 | 1 | | 02-D | 136S |
| | | * | 69761 BARREL - Cylinder<br>Part of assemblies 412761N3 and 412762N3. | 1 | 1 | | 02-D | 136S |
| | | * | 111536 BARREL - Cylinder<br>Part of assemblies 417680N3, 417682N3, 420539N3 and 420540N3. | 1 | 1 | | 02-D | 136S |
| | | ± | 61202 SEAT - Intake valve<br>The standard size seat is cataloged for reference only. For all replacements, use oversize seats. | 1 | 1 | | 02-D | 136S |
| | | ± | 66700 SEAT - Exhaust valve<br>The standard size seat is cataloged for reference only. For all replacements, use oversize seats. | 1 | 1 | | 02-D | 136S |
| | | ± | 62497 INSERT - Spark plug<br>The standard size insert is cataloged for reference only. For all replacements, use oversize inserts. | 2 | 2 | | 02-D | 136S |
| | | | 13D38 PIN - Spark plug insert | 4 | 4 | | 02-D | 136S |
| 28 29 | 2653 | ± | 63746 GUIDE - Intake valve | 1 | 1 | | 02-D | 136S |
| 28 29 | 2655 | ± | 63747 GUIDE - Exhaust valve | 1 | 1 | | 02-D | 136S |
| 28 29 | 2657 | ± | 69510 BUSHING - Rocker arm hub bolt | 4 | 4 | | 02-D | 136S |
| 28 | 2659 | ± | 4015H3 BUSHING - Intake pipe flange front cylinder bolt, screw | 3 | 3 | | 02-D | 136S |
| 28 29 | 2661 | ± | 4016H2 BUSHING - Cylinder head air deflector screw, screw (.703" long) | 3 | 3 | | 02-D | 136S |
| 28 | 2663 | ± | 4028S2 BUSHING - Cylinder head air deflector screw, screw, front cylinder (.609" long) | 1 | 1 | | 02-D | 136S |
| 29 | 2664 | ± | 4028S2 BUSHING - Cylinder head air deflector screw, screw, rear cylinder | 2 | 2 | | 02-D | 136S |
| 28 29 | 2665 | | 68590 CONNECTION - Push rod housing hose | 2 | 2 | | 02-D | 136S |
| 29 | 2667 | | 112560 CONNECTION - Intake pipe hose, rear cylinder | 1 | 1 | | 02-D | 136S |
| | | ± | 2136H65 STUD - Cylinder to rocker box cover (.250" - 28 & .313" - 18 x 1.26")<br>Part of assemblies 412761N3, 412762N3, 417680N3 and 417682N3. | 8 | 8 | | 02-D | 136S |

Ex.: 15; Pg.: 471

Case MDL No. 875 Document 6665-21 Filed 01/28/11 Page 3 of 15
Case 3:10-cv-00075-JSW Document 69-21 Filed 01/24/11 Page 3 of 15

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS MAJOR ASSEMBLY PART NUMBER | 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY -19 -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| 28 29 | 2669 | | 2136H75 ± | STUD - Cyl to rocker box cover (.250" - 18 & .313" - 18 x 1.35") Part of assemblies 420539N3 and 420540N3. | 8  8 | | 02-D | 136S |
| | | | 2143H50 ± | STUD - Cyl to ignition clip, front cyl (.250" - 28 & .313" - 18 x .95") Part of assemblies 412761N3 and 417682N3. | 2  2 | | 02-D | 136S |
| 28 | 2671 | | 2143H55 ± | STUD - Cyl to ignition clip, front cyl (.250" - 28 & .313" - 18 x 1.00") Part of assembly 420539N3. | 2  2 | | 02-D | 136S |
| 28 29 | 2673 | | 2145H95 ± | STUD - Cylinder to exhaust pipe flange | 4  4 | | 02-D | 136S |
| 28 29 | 2677 | | 2146H75 ± | STUD - Cylinder to nose cowl | 4  4 | | 02-D | 136S |
| 28 29 | 2679 | | 4042D1 | PLUG - Cylinder to valve priming conn | 1  1 | | 02-D | 136S |
| | | | 49206 @ | ARM ASSEMBLY COMPLETE - Rocker, intake valve Factory installed on the following R2600-23 engines: 88197 to 88438 49206 is no longer supplied. For replacement, use arm assembly 417937N2. | -  1 | | 02-D | 136S |
| | | | 417937N2 | ARM ASSEMBLY COMPLETE - Rocker, intake valve Factory installed on all engines except the following R2600-23 engines: 88197 to 88438 417937N2 includes a tapered head valve clearance adjusting screw lock screw. | 1  1 | | 02-D | 136S |
| | | | 49207 @ | ARM ASSEMBLY COMPLETE - Rocker, exhaust valve Factory installed on the following R2600-23 engines: 88197 to 88438 49207 is no longer supplied. For replacement, use arm assembly 418203N1. | -  1 | | 02-D | 136S |
| | | | 418203N1 | ARM ASSEMBLY COMPLETE - Rocker, exhaust valve Factory installed on all engines except the following R2600-23 engines: 88197 to 88438 418203N1 includes a tapered head valve clearance adjusting screw lock screw. | 1  1 | | 02-D | 136S |
| | | | 89608 | ARM ASSEMBLY - Rocker, intake valve Part of assembly 49206. 89608 is no longer supplied. For replacement, use arm assembly 890044. | 1  1 | | 02-D | 136S |
| | | | 890044 | ARM ASSEMBLY - Rocker, intake valve Part of assembly 417937N2. | 1  1 | | 02-D | 136S |
| | | | 89609 | ARM ASSEMBLY - Rocker, exhaust valve Part of assembly 49207. 89609 is no longer supplied. For replacement, use arm assembly 890045. | 1  1 | | 02-D | 136S |
| 32 | 2681 | | 890045 | ARM ASSEMBLY - Rocker, exhaust valve Part of assembly 418203N1. | 1  1 | | 02-D | 136S |
| | | | 65656 * | ARM - Rocker, intake valve Part of assembly 89608. | 1  1 | | 02-D | 136S |

Ex.: 15; Pg.: 472

Case MDL No. 875 Document 66521 Filed 01/28/11 Page 4 of 15
Case 3:11-cv-00081-JSW Document 69-1 Filed 01/24/11 Page 54 of 155

RESTRICTED
AN 02-35HA-4A

SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | UNITS PER ASSY -19 | -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 113862 | * | | | | | | ARM - Rocker, intake valve Part of assembly 890044. | 1 | 1 | | 02-D | 136S |
| | | | 65668 | * | | | | | | ARM - Rocker, exhaust valve Part of assembly 89609. | 1 | 1 | | 02-D | 136S |
| | | | 113863 | * | | | | | | ARM - Rocker, exhaust valve Part of assembly 890045. | 1 | 1 | | 02-D | 136S |
| 32 | 2682 | | 23065 | | | | | | | ROLLER - Rocker arm | 1 | 1 | | 02-D | 136S |
| 32 | 2683 | | 23066 | | | | | | | HUB - Rocker arm roller | 1 | 1 | | 02-D | 136S |
| 32 | 2684 | | 29D11 | | | | | | | PIN - Rocker arm roller hub | 1 | 1 | | 02-D | 136S |
| | | | 46D13 | | | | | | | BOLT - Valve clearance adjusting screw lock Part of assemblies 89608 and 89609. | 1 | 1 | | 02-D | 136S |
| | | | 189D58 | | | | | | | LOCKWASHER - Valve clearance adj screw lock screw Part of assemblies 89608 and 89609. | 1 | 1 | | 02-D | 136S |
| 32 | 2685 | | 113861 | | | | | | | SCREW - Valve clearance adjusting screw lock Part of assemblies 890044 and 890045. | 1 | 1 | | 02-D | 136S |
| 32 | 2687 | | 62773 | | | | | | | SCREW - Valve clearance adjusting | 1 | 1 | | 02-D | 136S |
| | | | 65843 | | | | | | | BEARING - Rocker arm, intake | 1 | 1 | | 02-D | 136S |
| 32 | 2688 | | 65657 | | | | | | | BEARING - Rocker arm, exhaust | 1 | 1 | | 02-D | 136S |
| 28 29 | 2689 | | 4040D4 | | | | | | | NUT - Rocker box cover to cylinder 4040D4 supersedes and is supplied for replacement of nut 124D95 and lockwasher 28D14 which were factory installed on some early engines. | 8 | 8 | | 02-D | 136S |
| | | | 27D1 | | | | | | | WASHER - Rocker box cover to cylinder | 8 | 8 | | 02-D | 136S |
| 32 | 2690 | | 65678 | | | | | | | BOLT - Rocker arm hub | 2 | 2 | | 02-D | 136S |
| 32 | 2691 | | 2093D17 | | | | | | | WASHER - Rocker arm hub bolt | 4 | 4 | | 02-D | 136S |
| 32 | 2692 | | 2083D57 | | | | | | | PACKING - Rocker arm hub bolt oil seal | 4 | 4 | | 02-D | 136S |
| 32 | 2693 | | 65679 | | | | | | | NUT - Rocker arm hub bolt | 2 | 2 | | 02-D | 136S |
| | | | 59D5 | | | | | | | COTTERPIN - Rocker arm hub bolt nut | 2 | 2 | | 02-D | 136S |
| | | | 25224 | | | | | | | VALVE - Intake | 1 | 1 | | 02-D | 136S |
| 32 | 2694 | | 62495 | | | | | | | VALVE - Exhaust | 1 | 1 | | 02-D | 136S |
| 32 | 2695 | | 112381 | | | | | | | SPRING - Valve, inner | 2 | 2 | | 02-D | 136S |
| 32 | 2696 | | 112382 | | | | | | | SPRING - Valve, intermediate | 2 | 2 | | 02-D | 136S |
| 32 | 2697 | | 68505 | | | | | | | SPRING - Valve, outer | 2 | 2 | | 02-D | 136S |
| 32 | 2698 | | 113171 | ± | | | | | | WASHER - Valve spring, upper | 2 | 2 | | 02-D | 136S |
| 32 | 2699 | | 63743 | | | | | | | WASHER - Valve spring, intermediate, lower | 2 | 2 | | 02-D | 136S |
| 32 | 2700 | | 63744 | | | | | | | WASHER - Valve spring, outer, lower | 2 | 2 | | 02-D | 136S |
| | | | 20350 | | | | | | | LOCK - Valve spring washer, intake 20350 as supplied includes one half of lock. Two halves are required for each intake valve. | 2 | 2 | | 02-D | 136S |
| 32 | 2702 | | 19965 | | | | | | | LOCK - Valve spring washer, exhaust 19965 as supplied includes one half of lock. Two halves are required for each exhaust valve. | 2 | 2 | | 02-D | 136S |
| | | | 111118 | @ | | | | | | COVER - Rocker box, intake (magnesium) Factory installed on the following engines: R2600-19 62993 to 63007 R2600-23 88197 to 88828    89157 to 89222 88915 to 88993    158469 to 158554 111118 is no longer supplied. For replacement, use cover 117230. | 14 | 14 | | 02-D | 136S |

Case MDL No. 875 Document 6665-1 Filed 01/28/11 Page 5 of 15
Case 3:11-cv-00075-JSW Document 69-1 Filed 04/24/11 Page 59 of 145

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS | | | | | | | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY | | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | | | | |
| | | | | | | | | | | | -19 -23 | | | |
| 28 29 | 2703 | | 117230 | | | | | | | COVER - Rocker box, intake (aluminum) Factory installed on the following engines:<br>R2600-19<br>63008 to 63384  89236 to 89265<br>63865 to 63870  154737 to 154764<br>64230 to 64239  182651 to 182763<br>R2600-23<br>41095  153263 to 154736<br>63385 to 63864  154765 to 154860<br>63871 to 64229  158094 to 158468<br>88829 to 88914  158555 to 161119<br>88994 to 89156  182645 to 182650<br>89223 to 89235  196172 to 196656<br>89266 to 90735  427181 to 429159<br>153211 to 153261 | 14 14 | 02-D | 136S |
| | | | 111119 @ | | | | | | | COVER - Rocker box, exhaust (magnesium) Factory installed on the following engines:<br>R2600-19<br>62993 to 63007<br>R2600-23<br>88197 to 88828  89157 to 89222<br>88915 to 88993  158469 to 158554<br>111119 is no longer supplied. For replacement, use cover 117231. | 14 14 | | 02-D | 136S |
| 28 29 | 2704 | | 117231 | | | | | | | COVER - Rocker box, exhaust (aluminum) Factory installed on the following engines:<br>R2600-19<br>63008 to 63384  89236 to 89265<br>63865 to 63870  154737 to 154764<br>64230 to 64239  182651 to 182763<br>R2600-23<br>41095  153263 to 154736<br>63385 to 63864  154765 to 154860<br>63871 to 64229  158094 to 158468<br>88829 to 88914  158555 to 161119<br>88994 to 89156  182645 to 182650<br>89223 to 89235  196172 to 196656<br>89266 to 90735  427181 to 429159<br>153211 to 153261 | 14 14 | | 02-D | 136S |
| 28 29 | 2705 | | 117236 | | | | | | | GASKET - Rocker box cover | 28 28 | | 02-D | 136S |
| 28 29 | 2706 | | 2083D45 | | | | | | | RING - Cylinder oil seal | 14 14 | | 02-D | 136S |
| 28 29 | 2707 | | 124D113 | | | | | | | NUT - Cylinder hold-down | 224 224 | | 02-D | 136S |
| 28 29 | 2708 | | 2093D14 | | | | | | | WASHER - Cylinder hold-down nut | 224 224 | | 02-D | 136S |
| | | | 163D86 | | | | | | | FITTING - Cylinder head priming hole drain (cylinder #9) | 1 1 | | 02-D | 136S |
| | | | 4042D1 | | | | | | | PLUG - Cylinder head priming hole drain fitting | 1 1 | | 02-D | 136S |
| 28 29 | 2709 | | 126323 | | | | | | | NUT - Exhaust pipe flange to cylinder | 56 56 | | 02-D | 136S |
| | | | | | | | | | | INTAKE PIPES | | | | |
| 28 | 2734 | | 64817 | | | | | | | PIPE - Intake (front cylinder) | 7 7 | | 02-D | 136S |

-76  RESTRICTED

Ex.: 15; Pg.: 474

Case MDL No. 875 Document 6665-21 Filed 01/28/11 Page 6 of 15
Case 3:11-cv-00081-JSW Document 69-1 Filed 01/24/11 Page 30 of 45

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS | | UNITS PER ASSY | | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY PART NUMBER | 1 2 3 4 5 6  NOMENCLATURE | -19 | -23 | U.S. NAVY | U.S. ARMY | BRITISH |
| 29 | 2736 | | 64818 | PIPE - Intake (rear cylinder) | 7 | 7 | | 02-D | 136S |
| | | | 64715 @ | FLANGE - Intake pipe (front cylinders)(early type) | 7 | 7 | | 02-D | 136S |
| | | | | 64715 is no longer supplied. For replacement, use 117111. | | | | | |
| 28 | 2738 | | 117111 | FLANGE - Intake pipe (front cylinders)(late type) | 7 | 7 | | 02-D | 136S |
| 28 | 2740 | | 64718 | GASKET - Intake pipe flange (front cylinders) | 7 | 7 | | 02-D | 136S |
| 28 | 2742 | | 64716 | PACKING - Intake pipe flange (front cylinders) | 7 | 7 | | 02-D | 136S |
| 28 | 2744 | | 45D1 | BOLT - Intake pipe flange to cylinder (front cylinders) | 21 | 21 | | 02-D | 136S |
| | | | 189D59 | LOCKWASHER - Intake pipe flange to cylinder (front cylinders) | 21 | 21 | | 02-D | 136S |
| 29 | 2746 | | 2058D37 | HOSE - Intake pipe (rear cylinders) | 7 | 7 | | 02-D | 136S |
| 29 | 2748 | | 250D18 | CLAMP - Intake pipe hose (rear cylinders) | 14 | 14 | | 02-D | 136S |
| 28 29 | 2750 | | 20146 | PACKING - Intake pipe | 14 | 14 | | 02-D | 136S |
| 28 29 | 2752 | | 20145 | NUT - Intake pipe packing | 14 | 14 | | 02-D | 136S |
| | | | | **PISTONS** | | | | | |
| | | | 416506 ± | PISTON ASSEMBLY COMPLETE - With rings, piston pin and retaining springs (all cylinders except #7, 8 and 9) | 11 | 11 | | 02-D | 136S |
| | | | | 416506 can be identified by drilled oil holes in ring grooves #4 and 5. | | | | | |
| | | | 418428 ± | PISTON ASSEMBLY COMPLETE - With rings, piston pin and retaining springs (cylinders #7, 8 and 9) | 3 | 3 | | 02-D | 136S |
| | | | | 418428 can be identified by the absence of drilled oil holes in ring grooves #4 and 5. | | | | | |
| | | | 890036 ± | PISTON ASSEMBLY - With rings (all cylinders except #7, 8 and 9) | 1 | 1 | | 02-D | 136S |
| | | | | Part of assembly 416506. | | | | | |
| | | | 890095 ± | PISTON ASSEMBLY - With rings (cylinders #7, 8 and 9) | 1 | 1 | | 02-D | 136S |
| | | | | Part of assembly 418428. | | | | | |
| 28 29 | 2754 | | 112665 ± | PISTON - (All cylinders except #7, 8 and 9) | 1 | 1 | | 02-D | 136S |
| | | | | Part of assembly 890036. | | | | | |
| | | | 116206 ± | PISTON - (Cylinders #7, 8 and 9) | 1 | 1 | | 02-D | 136S |
| | | | | Part of assembly 890095. | | | | | |
| 28 29 | 2756 | | 114041 ± | RING - Piston compression (grooves #1, 2 and 3) | 3 | 3 | | 02-D | 136S |
| 28 29 | 2758 | | 68498 ± | RING - Piston compression (grooves #4, 5 and 6) | 3 | 3 | | 02-D | 136S |
| 28 29 | 2760 | | 68827 | PIN - Piston | 1 | 1 | | 02-D | 136S |
| 28 29 | 2762 | | 110219 | SPRING - Piston pin retaining | 2 | 2 | | 02-D | 136S |

Ex.: 15; Pg.: 475



Figure 30
CYLINDER AIR DEFLECTORS

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 476

RESTRICTED

SECTION II—GROUP ASSEMBLY PARTS LIST
RESTRICTED
AN 02-35HA-4A

| FIG. NO. | INDEX NO. R- | STOCKED | PART NUMBER | GROUP: CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS / MAJOR ASSEMBLY / NOMENCLATURE (1 2 3 4 5 6) | PER ENGINE -19 -23 | 49644 | 415623N1 | 415624N1 | | | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CYLINDER AIR DEFLECTORS (CYLINDERS #2, 4, 6, 8, 10, 12 and 14) | | | | | | | | |
| 30 | 2787 | | 49644 | DEFLECTOR ASSEMBLY - Cyl air, front RH (cyls #2, 4, 6, 8, 10, 12 and 14) | 7 7 | - | - | - | | | 02-D | 136S |
| 30 | 2789 | | 415623N1 | DEFLECTOR ASSEMBLY - Cyl air, front LH (cyls #2, 4, 6, 10, 12 and 14) | 6 6 | - | - | - | | | 02-D | 136S |
| 30 | 2791 | | 415624N1 | DEFLECTOR ASSEMBLY - Cyl air, front LH (cyl #8) | 1 1 | - | - | - | | | 02-D | 136S |
| 30 | 2793 | | 413924 | TUBE AND CLAMP ASSEMBLY COMPLETE - Cyl air deflec | 6 6 | - | 1 | - | | | 02-D | 136S |
| | | * | 413923 | TUBE AND CLAMP ASSEMBLY - Cyl air deflector | 6 6 | - | 1 | - | | | 02-D | 136S |
| | | * | 66538 | HINGE PIN - Cyl air deflec tube and clamp | 6 6 | - | 1 | - | | | 02-D | 136S |
| | | * | 125D124 | NUT - Cyl air deflec tube and clamp to hinge pin | 6 6 | - | 1 | - | | | 02-D | 136S |
| | | | 418011 | SPRING AND DZUS FASTENER ASSEMBLY - Cyl air deflec | 7 7 | - | 1 | 1 | | | 02-D | 136S |
| | | * | 110526 | SPRING - Cyl air deflec Dzus fastener | 7 7 | - | 1 | 1 | | | 02-D | 136S |
| | | | A5-40 | FASTENER - Cylinder air deflector Dzus (Wright part No. 2111D3) | 7 7 | - | 1 | 1 | | | 04-A | 136S |
| | | | 375 | GROMMET - Cyl air deflector Dzus fastener (Wright part No. 2110D1) | 7 7 | - | 1 | 1 | | | 04-A | 136S |
| | | | 66D19 | RIVET - Cyl air deflec spring and Dzus fastener to deflector | 7 7 | - | 1 | 1 | | | 02-D | 136S |
| | | | 27D130 | WASHER - Cyl air deflec spring and Dzus fastener to deflector | 14 14 | - | 2 | 2 | | | 02-D | 136S |
| | | * | 66156 | DEFLECTOR - Cylinder air, upper | 7 7 | 1 | - | - | | | 02-D | 136S |
| | | * | 66158 | DEFLECTOR - Cylinder air, upper | 7 7 | - | 1 | 1 | | | 02-D | 136S |
| | | * | 66157 | DEFLECTOR - Cylinder air, lower | 7 7 | 1 | - | - | | | 02-D | 136S |
| | | * | 66159 | DEFLECTOR - Cylinder air, lower | 6 6 | - | 1 | - | | | 02-D | 136S |
| | | * | 66504 | DEFLECTOR - Cylinder air, lower | 1 1 | - | - | 1 | | | 02-D | 136S |
| | | | AN430-AD4-4 | RIVET - Cyl air lower deflec to cyl air upper deflector (Wright Part No 66D51) | 70 70 | 5 | 5 | 5 | | | 29 | 128 |
| | | | 66836 | PAD - Cylinder air deflector end plate | 14 14 | 1 | 1 | 1 | | | 02-D | 136S |
| | | | 64220 | PLATE - Cylinder air deflector end | 14 14 | 1 | 1 | 1 | | | 02-D | 136S |
| | | | 66D36 | RIVET - Cylinder air deflec end plate to pad | 42 42 | 3 | 3 | 3 | | | 02-D | 136S |
| | | | 66161 | BRACKET - Cylinder air deflec tube and clamp | 7 7 | 1 | - | - | | | 02-D | 136S |
| | | | 66165 | BRACKET - Cylinder air deflec reinf hinge pin | 6 6 | - | 1 | - | | | 02-D | 136S |
| | | | 66503 | BRACKET - Cylinder air deflec reinf hinge pin | 1 1 | - | - | 1 | | | 02-D | 136S |
| | | | 66D19 | RIVET - Cyl air deflec tube and clamp and reinf hinge pin bracket to deflector | 68 68 | 5 | 5 | 3 | | | 02-D | 136S |
| | | | 27D130 | WASHER - Cyl air deflec tube and clamp and reinf hinge pin bracket to deflector | 68 68 | 5 | 5 | 3 | | | 02-D | 136S |
| | | | 66163 | BRACKET - Cylinder air deflector clamp | 14 14 | - | 2 | 2 | | | 02-D | 136S |
| | | | 66D19 | RIVET - Cyl air deflector clamp bracket to deflec | 28 28 | - | 4 | 4 | | | 02-D | 136S |
| | | | 27D130 | WASHER - Cyl air deflector clamp bracket to deflec | 28 28 | - | 4 | 4 | | | 02-D | 136S |

Ex.: 15; Pg.: 477

| FIG. NO. | INDEX NO. | STOCKED | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS MAJOR ASSEMBLY | | | | | | | QUANTITY USED | | | | | | | PROPERTY CLASSIFICATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PER ENGINE | PER ASSEMBLY | | | | | | U.S. ARMY | BRITISH |
| | | | | | | | | | | | 49644 | 415623N1 | 415624N1 | | | | | |
| | | R- | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | -19 | -23 | | | | | | |
| | | | 66168 | | | | | | | SUPPORT - Cylinder air deflec to cylinder head | 7 | 7 | - | 1 | 1 | | | 02-D | 136S |
| | | | 66D3 | | | | | | | RIVET - Cylinder air deflec support to cyl head | 7 | 7 | - | 1 | 1 | | | 02-D | 136S |
| | | | 27D183 | | | | | | | WASHER - Cyl air deflec support to cylinder head | 14 | 14 | - | 2 | 2 | | | 02-D | 136S |
| | | | 112277 | | | | | | | PAD - Cylinder air deflec buffer (upper RH) | 7 | 7 | - | 1 | 1 | | | 02-D | 136S |
| | | | 112278 | | | | | | | PAD - Cylinder air deflec buffer (upper LH) | 7 | 7 | - | 1 | 1 | | | 02-D | 136S |
| | | | 66D52 | | | | | | | RIVET - Cylinder air deflec RH and LH buffer pad to deflector | 28 | 28 | - | 4 | 4 | | | 02-D | 136S |
| | | | 112882 | | | | | | | BUTTON - Cylinder air deflec buffer, thick | 14 | 14 | 1 | 2 | 2 | | | 02-D | 136S |
| | | | 112883 | | | | | | | BUTTON - Cylinder air deflec buffer, thin | 28 | 28 | 2 | 2 | 2 | | | 02-D | 136S |

RESTRICTED
AN 02-35HA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST

-80

RESTRICTED

Ex.: 15; Pg.: 478

**SECTION II—GROUP ASSEMBLY PARTS LIST**

**GROUP: CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS**

**MAJOR ASSEMBLY**

| FIG. NO. | INDEX NO. R- | STOCKED | PART NUMBER | NOMENCLATURE | PER ENGINE -19 | PER ENGINE -23 | 49638 | 414495 | 415651 | 49641 | 415660 | 49639 | 414876 | 49640 | 49642 | 415641 | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CYLINDER AIR DEFLECTORS (CYLINDERS #1, 3, 5, 7, 9, 11 and 13) | | | | | | | | | | | | | | |
| 30 | 2795 | | 49638 | DEFLECTOR ASSEMBLY - Cyl air, rear RH (cyls #1, 5 and 9) | 3 | 3 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2796 | | 414495 | DEFLECTOR AND PLATE ASSEMBLY - Cyl air, rear RH. Factory installed on engines as follows: R2600-19 - cylinders #3, 11 and 13. R2600-23 - cylinder #3. | 3 | 1 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2797 | | 415651 | DEFLECTOR AND PLATE ASSEMBLY - Cyl air, rear RH (cyl #11) | - | 1 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2799 | | 49641 | DEFLECTOR ASSEMBLY - Cylinder air, rear RH (cyl #7) | 1 | 1 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| | | | 415660 | DEFLECTOR AND PLATE ASSEMBLY - Cyl air, rear RH (cyl #13) | - | 1 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2803 | | 49639 | DEFLECTOR ASSEMBLY - Cylinder air, rear LH. Factory installed on engines as follows: R2600-19 - cylinders #1 and 11. R2600-23 - cylinders #3 and 11. | 2 | 2 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2805 | | 414876 | DEFLECTOR AND PLATE ASSEMBLY - Cyl air, rear LH. Factory installed on engines as follows: R2600-19 - cylinders #3, 5 and 13. R2600-23 - cylinders #1 and 13. | 3 | 2 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2807 | | 49640 | DEFLECTOR ASSEMBLY - Cylinder air, rear LH (cyl #7) | 1 | 1 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2809 | | 49642 | DEFLECTOR ASSEMBLY - Cylinder air, rear LH (cyl #9) | 1 | 1 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2811 | | 415641 | DEFLECTOR AND PLATE ASSEMBLY - Cyl air, rear LH (cyl #5) | - | 1 | - | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2813 | | 413924 | TUBE AND CLAMP ASSEMBLY COMPLETE - Cyl air deflec | 7 | 7 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
| | | | 413923 | * TUBE AND CLAMP ASSEMBLY - Cylinder air deflec | 7 | 7 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
| | | | 66538 | ** HINGE PIN - Cylinder air deflec tube and clamp | 7 | 7 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
| | | | 125D124 | * NUT - Cylinder air deflector tube and clamp to hinge pin | 7 | 7 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
| 30 | 2815 | | 66831 | PLATE - Cylinder air deflector | 6 | 3 | - | 1 | - | - | - | - | 1 | - | - | - | 02-D | 136S |
| | | | 415690N1 | PLATE ASSEMBLY - Cylinder air deflector hydromatic tube and conduit | - | 1 | - | - | - | 1 | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2819 | | 415636N1 | PLATE ASSEMBLY - Cyl air deflector mag blast tube | - | 1 | - | 1 | - | - | - | - | - | - | - | - | 02-D | 136S |
| 30 | 2821 | | 415637N1 | PLATE ASSEMBLY - Cyl air deflector mag blast tube | - | 1 | - | - | - | - | - | - | - | - | - | 1 | 02-D | 136S |
| | | | 111912 | * PLATE - Cylinder air deflector | - | 1 | - | - | - | 1 | - | - | - | - | - | - | 02-D | 136S |
| | | | 111914 | * PLATE - Cylinder air deflector | - | 2 | - | - | 1 | - | - | - | - | - | - | 1 | 02-D | 136S |
| | | | 66D47 | RIVET - Cylinder air deflector pad to plate | - | 26 | - | - | 9 | - | 8 | - | - | - | - | 9 | 02-D | 136S |
| | | | 27D130 | WASHER - Cylinder air deflector pad to plate | - | 26 | - | - | 9 | - | 8 | - | - | - | - | 9 | 02-D | 136S |
| | | | 111916 | * SUPPORT - Inter-cylinder cowl (cylinder #1) | - | 1 | - | - | - | - | 1 | - | - | - | - | - | 02-D | 136S |

RESTRICTED
AN 02-35EA-4A

-82

RESTRICTED
AN 02-35EA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP — CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS<br>MAJOR ASSEMBLY<br>PART NUMBER   1 2 3 4 5 6   NOMENCLATURE | PER ENGINE -19-23 | | 496638 | 414495 | 415651 | 496641 | 415660 | 496639 | 414876 | 496640 | 496642 | 415641 | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 113306 * PAD - Cylinder air deflector | - | 3 | - | - | 1 | - | 1 | - | - | - | - | 1 | 02-D | 136S |
| 30 | 2823 | | 94D4 SCREW - Cylinder air deflec plate to deflector | 18 | 18 | - | 3 | 3 | - | 3 | - | 3 | - | - | 3 | 02-D | 136S |
| | | | 27D24 WASHER - Cylinder air deflec plate to deflector | 36 | 36 | - | 6 | 6 | - | 6 | - | 6 | - | - | 6 | 02-D | 136S |
| | | | 28D5 LOCKWASHER - Cyl air deflec plate to deflector | 18 | 18 | - | 3 | 3 | - | 3 | - | 3 | - | - | 3 | 02-D | 136S |
| 30 | 2825 | | 33D16 NUT - Cylinder air deflec plate to deflector | 18 | 18 | - | 3 | 3 | - | 3 | - | 3 | - | - | 3 | 02-D | 136S |
| | | | 66150 * DEFLECTOR - Cylinder air, upper, RH | 7 | 7 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | 02-D | 136S |
| | | | 66152 * DEFLECTOR - Cylinder air, upper, LH | 7 | 7 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
| | | | 66151 * DEFLECTOR - Cylinder air, lower, RH | 3 | 3 | 1 | - | - | - | - | - | - | - | - | - | 02-D | 136S |
| | | | 66153 * DEFLECTOR - Cylinder air, lower, LH | 3 | 3 | - | - | - | - | - | 1 | - | 1 | - | - | 02-D | 136S |
| | | | 66154 * DEFLECTOR - Cylinder air, lower, RH | 1 | 1 | - | - | - | 1 | - | - | - | - | - | - | 02-D | 136S |
| | | | 66155 * DEFLECTOR - Cylinder air, lower, LH | 1 | 1 | - | - | - | - | - | - | - | - | 1 | - | 02-D | 136S |
| | | | 66505 * DEFLECTOR - Cylinder air, lower, LH | 3 | 3 | - | - | - | - | - | - | 1 | - | - | 1 | 02-D | 136S |
| | | | 66506 * DEFLECTOR - Cylinder air, lower, RH | 3 | 3 | - | 1 | 1 | - | 1 | - | - | - | - | - | 02-D | 136S |
| | | | AN430-AD4-4 RIVET - Cylinder air deflec lower to cylinder air deflector upper (Wright Part No 66D51) | 95 | 95 | 7 | 7 | 7 | 5 | 7 | 7 | 7 | 7 | 6 | 7 | 29 | 128 |
| | | | 66836 PAD - Cylinder air deflector end plate | 14 | 14 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
| | | | 64220 PLATE - Cylinder air deflector end | 14 | 14 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
| | | | 66D36 RIVET - Cyl air deflec end plate and pad to deflec | 42 | 42 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 02-D | 136S |
| | | | 66161 BRACKET - Cylinder air deflector tube and clamp | 7 | 7 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | 02-D | 136S |
| | | | 66165 BRACKET - Cylinder air deflector hinge pin | 7 | 7 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
| | | | 66D19 RIVET - Cyl air deflec tube and clamp and hinge pin bracket to deflector | 70 | 70 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 02-D | 136S |
| | | | 27D130 WASHER - Cyl air deflec tube and clamp and hinge pin bracket to deflector | 70 | 70 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 02-D | 136S |
| | | | 66160 PLATE - Cylinder air deflec reinforcing clamp | 7 | 7 | 1 | 1 | 1 | - | 1 | - | - | 1 | - | - | 02-D | 136S |
| | | | 111075 PLATE - Cylinder air deflec reinforcing clamp | 2 | 2 | - | - | - | 1 | - | - | - | - | 1 | - | 02-D | 136S |
| | | | 66163 BRACKET - Cylinder air deflector clamp | 10 | 10 | - | - | - | - | - | 2 | 2 | - | - | 2 | 02-D | 136S |
| | | | 66D19 RIVET - Cylinder air deflec reinf clamp plate and clamp bracket to deflector | 38 | 38 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 2 | 2 | 4 | 02-D | 136S |
| | | | 27D130 WASHER - Cylinder air deflec reinf clamp plate and clamp bracket to deflector | 38 | 38 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 2 | 2 | 4 | 02-D | 136S |
| | | | 66162 SUPPORT - Cylinder air deflector, upper | 7 | 7 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | 02-D | 136S |
| | | | 66D3 RIVET - Cyl air deflec upper support to deflector | 7 | 7 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | 02-D | 136S |
| | | | 27D183 WASHER - Cyl air deflec upper support to deflec | 14 | 14 | 2 | 2 | 2 | 2 | 2 | - | - | - | - | - | 02-D | 136S |
| | | | 66728 PAD - Cylinder air deflector, lower | 12 | 12 | 1 | 1 | 1 | - | 1 | 1 | 1 | 1 | - | 1 | 02-D | 136S |
| | | | 112279 PAD - Cylinder air deflector, upper | 7 | 7 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | 02-D | 136S |
| | | | 66D48 RIVET - Cylinder air deflector upper and lower pad to deflector | 62 | 62 | 6 | 6 | 6 | 2 | 6 | 4 | 4 | 4 | - | 4 | 02-D | 136S |
| | | | 27D163 WASHER - Cylinder air deflec upper and lower pad to deflector | 124 | 124 | 12 | 8 | 12 | 4 | 12 | 8 | 8 | 8 | - | 8 | 02-D | 136S |
| | | | 113817 PAD - Cylinder air deflector, lower | 1 | 1 | - | - | - | - | - | - | - | - | 1 | - | 02-D | 136S |
| | | | 113818 PAD - Cylinder air deflector, lower | 1 | 1 | - | - | - | 1 | - | - | - | - | - | - | 02-D | 136S |

RESTRICTED

RESTRICTED.
AN 02-35HA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP: CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS / MAJOR ASSEMBLY / PART NUMBER | 1 2 3 4 5 6 NOMENCLATURE | PER ENGINE -19 | PER ENGINE -23 | 496638 | 414495 | 415651 | 496641 | 415660 | 496639 | 414876 | 496640 | 496642 | 415641 | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 115943 | PAD - Cylinder air deflector, upper | 7 | 7 | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
|  |  |  | 66D47 | RIVET - Cylinder air deflec upper and lower pad to deflector | 11 | 11 | - | - | - | 2 | - | 1 | 1 | 1 | 3 | 1 | 02-D | 136S |
|  |  |  | 66D48 | RIVET - Cylinder air deflec upper pad to deflec | 14 | 14 | - | - | - | - | - | 2 | 2 | 2 | 2 | 2 | 02-D | 136S |
|  |  |  | 27D163 | WASHER - Cyl air deflec upper and lower pad to deflector | 39 | 39 | - | - | - | 2 | - | 5 | 5 | 5 | 7 | 5 | 02-D | 136S |
|  |  |  | 68780 | PLATE - Cyl air deflec Dzus fastener spring | 7 | 7 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | 02-D | 136S |
|  |  |  | 2112D1 | SPRING - Cyl air deflector Dzus fastener | 7 | 7 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | 02-D | 136S |
|  |  |  | 66D19 | RIVET - Cyl air deflector Dzus fastener spring and plate to deflector | 14 | 14 | 2 | 2 | 2 | 2 | 2 | - | - | - | - | - | 02-D | 136S |
|  |  |  | 112882 | BUTTON - Cylinder air deflector buffer, thick | 14 | 14 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
|  |  |  | 112883 | BUTTON - Cylinder air deflector buffer, thin | 14 | 14 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 02-D | 136S |
|  |  |  |  | CYLINDER AIR DEFLECTOR ATTACHING PARTS |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 30 | 2827 |  | 108D18 | BOLT - LH to RH cylinder air deflector (cyl #8) | 1 | 1 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
| 30 | 2829 |  | 66539 | SPRING - LH to RH cylinder air deflector bolt. Used with bolt 108D18. | 1 | 1 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
| 30 | 2831 |  | 66538 | HINGE PIN - LH to RH cylinder air deflector bolt. Used with bolt 108D18. | 2 | 2 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
|  |  |  | 27D30 | WASHER - LH to RH cylinder air deflector bolt. Used with bolt 108D18. | 1 | 1 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
| 30 | 2835 |  | 33D19 | NUT - LH to RH cylinder air deflector bolt. Used with bolt 108D18. | 2 | 2 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
|  |  |  | 2000D11 | PALNUT - LH to RH cylinder air deflec bolt nut. Used with bolt 108D18. | 1 | 1 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
| 30 | 2837 |  | 420449 | CLAMP ASSEMBLY - Cyl air deflec, flat (cyls #7 and 9) | 2 | 2 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
| 30 | 2839 |  | 415497 | CLAMP ASSEMBLY - Cyl air deflec, plain (cyls #7 and 9) | 2 | 2 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
| 30 | 2840 |  | 415437 | CLAMP ASSEMBLY - Cyl air deflec, hinged (all cyls except #7 and 9) | 12 | 12 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
| 30 | 2842 |  | 94D1 | SCREW - Cylinder air deflector attaching clamp 94D1 and 2087D9 supersede and are supplied for replacement of bolt 108D28, nut 2101D1 and cotter-pin 57D3 which were factory installed on some early engines. | 12 | 12 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
|  |  |  | 27D24 | WASHER - Cylinder air deflector attaching clamp | 12 | 12 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |
| 30 | 2844 |  | 2087D9 | NUT - Cylinder air deflector attaching clamp. Used with screw 94D1. Read note under screw 94D1 above. | 12 | 12 |  |  |  |  |  |  |  |  |  |  | 02-D | 136S |



Figure 31
CYLINDER HEAD AIR DEFLECTORS

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 482


RESTRICTED
AN 02-35HA-4A

SECTION II—GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP<br>MAJOR ASSEMBLY<br>PART NUMBER | 1 2 3 4 5 6 NOMENCLATURE | PER ENGINE<br>-19 -23 | QUANTITY USED PER ASSEMBLY<br>411152 | 415633N1 | 415618N1 | 415617N2 | 415619N1 | | | PROPERTY CLASSIFICATION<br>U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GROUP CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS | | | | | | | | | | |
| 30 | 2846 | | 65D12 | SCREW - Front cylinder air deflector to front cyl. head | 7  7 | | | | | | | | 02-D | 136S |
| 30 | 2848 | | 65D5 | SCREW - Rear cylinder air deflector to rear cyl head | 7  7 | | | | | | | | 02-D | 136S |
| | | | 189D58 | LOCKWASHER - Cylinder air deflector to cylinder head air deflector | 14 14 | | | | | | | | 02-D | 136S |
| | | | | **CYLINDER HEAD AIR DEFLECTORS** | | | | | | | | | | |
| 31 | 2852 | | 411152 | DEFLECTOR ASSEMBLY - Cylinder head air, front | 7  - | | | | | | | | 02-D | 136S |
| | | | 411152 | DEFLECTOR ASSEMBLY - Cylinder head air, front (except cylinder #14) | -  6 | | | | | | | | 02-D | 136S |
| | | | 415633N1 | DEFLECTOR ASSEMBLY - Cylinder head air, front (cylinder #14) | -  1 | | | | | | | | 02-D | 136S |
| 31 | 2856 | | 415618N1 | DEFLECTOR ASSEMBLY - Cylinder head air, rear | 7  7 | | | | | | | | 02-D | 136S |
| 31 | 2858 | | 415617N2 | DEFLECTOR ASSEMBLY - Inter-cylinder head air | 7  7 | | | | | | | | 02-D | 136S |
| 31 | 2860 | | 415619N1 | PLATE ASSEMBLY - Cylinder head air deflector, rear | 7  7 | | | | | | | | 02-D | 136S |
| | | | 411153 | PLATE ASSEMBLY - Cylinder head air deflec, front | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 411614 | SPRING ASSEMBLY - Cylinder head air deflector | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 67708 | SPRING - Cylinder head air deflector | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | A5-30 * | FASTENER - Cylinder head air deflec Dzus (Wright part No. 2111D1) | 7  7 | 1 | 1 | - | - | - | | | 04-A | 136S |
| | | | 375 * | GROMMET - Cylinder head air deflec Dzus fastener (Wright part No. 2110D1) | 7  7 | 1 | 1 | - | - | - | | | 04-A | 136S |
| | | | 67722 * | PLATE - Cylinder head air deflector front | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | S5-200 | SPRING - Cylinder head air deflec Dzus Fastener (Wright part No. 2112D1) | 7  7 | 1 | 1 | - | - | - | | | 04-A | 136S |
| | | | 66D19 | RIVET - Cyl head air deflec spring to plate | 21 21 | 3 | 3 | - | - | - | | | 02-D | 136S |
| | | | 27D130 | WASHER - Cyl head air deflec spring to plate | 28 28 | 4 | 4 | - | - | - | | | 02-D | 136S |
| | | | 411616 | GUSSET ASSEMBLY - Cyl head air deflec cowl supp. (exhaust side) | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 411617 | GUSSET ASSEMBLY - Cyl head air deflec cowl supp. (intake side) | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 67719 * | GUSSET - Cyl head air deflector cowl support (exhaust side) | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 67718 * | GUSSET - Cyl head air deflector cowl support (intake side) | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 112282 * | PAD - Cyl head air deflector cowl support gusset (exhaust side) | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 112281 * | PAD - Cyl head air deflector cowl support gusset (intake side) | 7  7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 66D52 | RIVET - Cyl head air deflector cowl support gusset to deflector | 28 28 | 4 | 4 | - | - | - | | | 02-D | 136S |

-86

RESTRICTED

Case3:11-cv-00061-JSW  Document69-1  Filed01/24/11  Page45 of 45

RESTRICTED
AN 02-35HA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST

GROUP: CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS

| FIG. NO. | INDEX NO. | STOCKED R- | PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | PER ENGINE -19 -23 | | 4115152 N1 | 4156333 N1 | 4156188 N1 | 4156177 N2 | 4156199 N1 | | | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 375 | * | | | | | | GROMMET - Cyl head air deflec Dzus fastener (exhaust side) (Wright part No. 2110D1) | 7 | 7 | 1 | 1 | - | - | - | | | 04-A | 136S |
| | | | AJ5-35 | * | | | | | | FASTENER - Cyl head air deflec Dzus (exhaust side) (Wright part No. 2111D7) | 7 | 7 | 1 | 1 | - | - | - | | | 04-A | 136S |
| | | | S5-200 | | | | | | | SPRING - Cyl head air deflec Dzus fastener (exhaust side) (Wright part No. 2112D1) | 28 | 28 | 4 | 4 | - | - | - | | | 04-A | 136S |
| | | | 66D19 | | | | | | | RIVET - Cyl head air deflec Dzus fastener spring (exhaust side) | 14 | 14 | 2 | 2 | - | - | - | | | 02-D | 136S |
| | | | 66D53 | | | | | | | RIVET - Cyl head air deflec Dzus fastener spring (intake side) | 42 | 42 | 6 | 6 | - | - | - | | | 02-D | 136S |
| | | | 67715 | * | | | | | | DEFLECTOR - Cylinder head air, front | 7 | 6 | 1 | - | - | - | - | | | 02-D | 136S |
| | | | 113308 | * | | | | | | DEFLECTOR - Cylinder head air, front | - | 1 | - | 1 | - | - | - | | | 02-D | 136S |
| | | | 113298 | * | | | | | | DEFLECTOR - Cylinder head air, rear | 7 | 7 | - | - | 1 | - | - | | | 02-D | 136S |
| | | | 113292 | * | | | | | | DEFLECTOR - Inter-cylinder head air | 7 | 7 | - | - | - | 1 | - | | | 02-D | 136S |
| | | | 113300 | * | | | | | | PLATE - Cylinder head rear air deflector | 7 | 7 | - | - | - | - | 1 | | | 02-D | 136S |
| | | | 67720 | | | | | | | BRACKET - Cylinder head front air deflector | 7 | 7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 3D16 | | | | | | | BOLT - Cyl head front air deflec brkt to deflec | 7 | 7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 27D196 | | | | | | | WASHER - Cyl head front air deflec brkt to deflec | 14 | 14 | 2 | 2 | - | - | - | | | 02-D | 136S |
| | | | 4040D4 | | | | | | | NUT - Cyl head front air deflec brkt to deflector 4040D4 supersedes and is supplied for replacement of nut 2D1 and lockwasher 28D11 which were factory installed on some early engines. | 7 | 7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 68819 | | | | | | | SHIELD - Cyl head front air deflec spark plug | 7 | 7 | 1 | 1 | - | - | - | | | 02-D | 136S |
| | | | 66D2 | | | | | | | RIVET - Cyl head front air deflec spark plug shield to deflector | - | 7 | - | 7 | - | - | - | | | 02-D | 136S |
| | | | AN430-AD4-4 | | | | | | | RIVET - Cyl head front air deflec spark plug shield to deflector (Wright part No. 66D51) | 42 | 36 | 6 | - | - | - | - | | | 29 | 128 |
| | | | 375 | | | | | | | GROMMET - Cyl head front air deflec Dzus fastener (Wright part No. 2110D1) | 14 | 14 | 2 | 2 | - | - | - | | | 04-A | 136S |
| | | | 2111D9 | | | | | | | FASTENER - Cyl head front air deflector Dzus | 14 | 14 | 2 | 2 | - | - | - | | | 02-D | 136S |
| | | | S5-200 | | | | | | | SPRING - Cyl head front air deflec Dzus fastener (Wright part No. 2112D1) | 14 | 14 | 2 | 2 | - | - | - | | | 04-A | 136S |
| | | | 66D19 | | | | | | | RIVET - Cyl head front air deflec Dzus fastener to deflector | 28 | 28 | 4 | 4 | - | - | - | | | 02-D | 136S |
| | | | 113299 | | | | | | | PAD - Cylinder head rear air deflector | 7 | 7 | - | - | 1 | - | - | | | 02-D | 136S |
| | | | 66D52 | | | | | | | RIVET - Cyl head rear air deflector pad to deflec | 28 | 28 | - | - | 4 | - | - | | | 02-D | 136S |
| | | | 68780 | | | | | | | PLATE - Cyl head rear air deflec Dzus fastener spring | 7 | 7 | - | - | 1 | - | - | | | 02-D | 136S |
| | | | S5-200 | | | | | | | SPRING - Cyl head rear air deflec Dzus fastener (Wright part No. 2112D1) | 7 | 7 | - | - | 1 | - | - | | | 04-A | 136S |
| | | | 66D19 | | | | | | | RIVET - Cyl head rear air deflec Dzus fastener spring and plate to deflector | 14 | 14 | - | - | 2 | - | - | | | 02-D | 136S |
| | | | 375 | | | | | | | GROMMET - Cyl head air deflec Dzus fastener (Wright part No. 2110D1) | 42 | 42 | - | - | 2 | 3 | 1 | | | 04-A | 136S |
| | | | 2111D9 | | | | | | | FASTENER - Cylinder head air deflector Dzus | 28 | 28 | - | - | 1 | 2 | 1 | | | 02-D | 136S |
| | | | 27D196 | | | | | | | WASHER - Cylinder head air deflec Dzus fastener | 35 | 35 | - | - | 2 | 3 | - | | | 02-D | 136S |

Ex.: 15; Pg.: 484