Exhibit G, Part 34 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case3:11-cv-00061-JSW Document69-2 Filed01/24/11 Page1 of 46
SECTION II—GROUP ASSEMBLY PARTS LIST
RESTRICTED
AN 02-35HA-4A
Ex.: 15; Pg.: 485
RESTRICTED
-87

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP / MAJOR ASSEMBLY / PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | NOMENCLATURE | PER ENGINE -19-23 | 4 1 1 1 5 2 | 4 1 5 6 3 3 N 1 | 4 1 5 6 1 8 N 1 | 4 1 5 6 1 7 N 2 | 4 1 5 6 1 9 N 1 | | | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | GROUP: CYLINDERS, INTAKE PIPES, PISTONS AND AIR DEFLECTORS | | | | | | | | | | | | | | | | | |
| | | | 2109D4 | | | | | | | GROMMET - Inter-cyl hd air deflec Dzus fastener | 7 | 7 | - | - | - | 1 | - | | | 02-D | 136S |
| | | | A5-30 | | | | | | | FASTENER - Cylinder head air deflector Dzus (Wright part No. 2111D1) | 7 | 7 | - | - | 1 | - | - | | | 04-A | 136S |
| | | | AJ5-40 | | | | | | | FASTENER - Inter-cylinder head air deflec Dzus (Wright part No. 2111D4) | 7 | 7 | - | - | - | 1 | - | | | 04-A | 136S |
| | | | AJ5-50 | | | | | | | FASTENER - Inter-cylinder head air deflec Dzus (Wright part No. 2111D13) | 7 | 7 | - | - | - | 1 | - | | | 04-A | 136S |
| | | | 112828 | | | | | | | PLATE - Cyl head rear air deflector and plate Dzus fastener spring | 7 | 7 | - | - | - | - | 1 | | | 02-D | 136S |
| | | | S5-200 | | | | | | | SPRING - Cyl head rear air deflector and plate Dzus fastener (Wright part No. 21112D1) | 21 | 21 | - | - | - | - | 3 | | | 04-A | 136S |
| | | | 66D19 | | | | | | | RIVET - Cyl head rear air deflector and plate Dzus fastener spring and plate to deflector | 14 | 14 | - | - | - | - | 2 | | | 02-D | 136S |
| | | | 66D53 | | | | | | | RIVET - Cyl head rear air deflector plate spring to plate | 28 | 28 | - | - | - | - | 4 | | | 02-D | 136S |
| | | | 113301 | | | | | | | BRACKET - Cylinder head rear air deflector plate cross, upper | 7 | 7 | - | - | - | - | 1 | | | 02-D | 136S |
| | | | 113302 | | | | | | | BRACKET - Cyl head rear air deflec plate lower | 7 | 7 | - | - | - | - | 1 | | | 02-D | 136S |
| | | | 66D25 | | | | | | | RIVET - Cyl head rear air deflec plate lower and upper bracket to plate | 7 | 7 | - | - | - | - | 1 | | | 02-D | 136S |
| | | | 27D130 | | | | | | | WASHER - Cyl head rear air deflec plate lower and upper bracket to plate | 21 | 21 | - | - | - | - | 3 | | | 02-D | 136S |
| | | | 66D19 | | | | | | | RIVET - Cyl head rear air deflec plate upper brkt to plate | 28 | 28 | - | - | - | - | 4 | | | 02-D | 136S |
| | | | 113303 | | | | | | | PAD - Cyl head rear air deflec plate upper cross bracket | 7 | 7 | - | - | - | - | 1 | | | 02-D | 136S |
| | | | 66D52 | | | | | | | RIVET - Cyl head rear air deflec plate upper cross bracket pad to plate | 14 | 14 | - | - | - | - | 2 | | | 02-D | 136S |
| | | | 67713 | | | | | | | SUPPORT - Inter-cylinder head air deflector cowl | 7 | 7 | - | - | - | 1 | - | | | 02-D | 136S |
| | | | AN430-AD4-4 | | | | | | | RIVET - Inter-cylinder head air deflec cowl supp to deflector (Wright Part No 66D51) | 49 | 49 | - | - | - | 7 | - | | | 29 | 12S |
| | | | 113294 | | | | | | | BRACKET - Inter-cylinder head air deflector | 7 | 7 | - | - | - | 1 | - | | | 02-D | 136S |
| | | | 66D25 | | | | | | | RIVET - Inter-cyl hd air deflec brkt to deflector | 14 | 14 | - | - | - | 2 | - | | | 02-D | 136S |
| | | | 27D130 | | | | | | | WASHER - Inter-cyl hd air deflec brkt to deflec | 14 | 14 | - | - | - | 2 | - | | | 02-D | 136S |
| | | | 113296 | | | | | | | PAD - Inter-cyl hd air deflec cowl supp, small | 7 | 7 | - | - | - | 1 | - | | | 02-D | 136S |
| | | | 115942 | | | | | | | PAD - Inter-cyl hd air deflec cowl supp, large | 7 | 7 | - | - | - | 1 | - | | | 02-D | 136S. |
| | | | 115130 | | | | | | | PAD - Inter-cyl hd air deflector, large | 7 | 7 | - | - | - | 1 | - | | | 02-D | 136S |
| | | | 66D52 | | | | | | | RIVET - Inter-cylinder head air deflector and cowl support pad to deflector and support | 91 | 91 | - | - | - | 13 | - | | | 02-D | 136S |
| | | | 5041D1 | | | | | | | PLUG - Inter-cylinder head air deflector prop. control hole substituting | 7 | 7 | - | - | - | 1 | - | | | 02-D | 136S |
| 31 | 2862 | | 65D12 | | | | | | | BOLT - Cylinder head air deflector to cylinder head | 42 | 42 | - | - | - | - | - | | | 02-D | 136S |
| | | | 189D58 | | | | | | | LOCKWASHER - Cylinder head air deflector to cylinder head | 42 | 42 | - | - | - | - | - | | | 02-D | 136S |



Figure 32
VALVE MECHANISM

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 486

Case: MDL No. 875 Document 6665-3 Filed 01/28/11 Page 3 of 15
Case 3:10-cv-00067-JSW Document 69-2 Filed 01/24/11 Page 3 of 46

RESTRICTED
AN 02-35HA-4A

SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | VALVE MECHANISM 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY -19 -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | | ROCKER ARM Rocker arms, bearings, hub bolts and nuts, adjusting screws and clamp screws are listed in "Cylinders" group on pages 74 and 75. | | | | |
| | | | | PUSH ROD AND HOUSING | | | | |
| 32 | 2868 | | 48573 | ROD ASSEMBLY - Push | 28 28 | | 02-D | 136S |
| | | | 64794 * | ROD - Push | 1 1 | | 02-D | 136S |
| | | | 64222 * | END - Push rod ball | 2 2 | | 02-D | 136S |
| 32 | 2870 | | 68588 | HOUSING - Push rod | 28 28 | | 02-D | 136S |
| 32 | 2872 | | 2058D32 | HOSE - Push rod housing, upper | 28 28 | | 02-D | 136S |
| 32 | 2874 | | 2058D33 | HOSE - Push rod housing, lower | 28 28 | | 02-D | 136S |
| 32 | 2876 | | 5047D14 | CLAMP - Push rod housing hose Used at all locations except exhaust side of upper rear push rod housing location. 5047D14 supersedes and is supplied for replacement of 4019D2 which was factory installed on some early engines. | 77 77 | | 02-D | 136S |
| | | | 4019D22 | CLAMP - Push rod housing hose Used at exhaust side of upper rear push rod housing location. 4019D22 supersedes and is supplied for replacement of 4019D11 which was factory installed on some early engines. | 7 7 | | 02-D | 136S |
| | | | | VALVE TAPPET AND GUIDE | | | | |
| 32 | 2903 | | 69155 | TAPPET - Valve | 28 28 | | 02-D | 136S |
| 32 | 2905 | | 64733 | SOCKET - Valve tappet ball | 28 28 | | 02-D | 136S |
| 32 | 2907 | | 64962 | SPRING - Valve tappet ball socket | 28 28 | | 02-D | 136S |
| 32 | 2909 | | 69156 | GUIDE - Valve tappet | 28 28 | | 02-D | 136S |
| 32 | 2911 | | 64732 | GASKET - Valve tappet guide | 28 28 | | 02-D | 136S |
| 32 | 2913 | | 4040D4 | NUT - Valve tappet guide to crankcase main section 4040D4 supersedes and is supplied for replacement of nut 2D1 and palnut 2000D1 which were factory installed on some early engines. | 56 56 | | 02-D | 136S |
| 32 | 2915 | | 116442 | ROLLER - Valve tappet | 28 28 | | 02-D | 136S |
| 32 | 2917 | | 64730 | BUSHING - Valve tappet roller | 28 28 | | 02-D | 136S |
| 32 | 2919 | | 64731 | PIN - Valve tappet roller | 28 28 | | 02-D | 136S |
| 32 | 2921 | | 67828 | CIRCLET - Valve tappet | 28 28 | | 02-D | 136S |

Ex.: 15; Pg.: 487

| FIG. NO. | INDEX NO. | STOCKED | GROUP | | | | | | VALVE MECHANISM | UNITS PER ASSY | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MAJOR ASSEMBLY | | | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | R- | | PART NUMBER | 1 | 2 | 3 | 4 | 5 6 | NOMENCLATURE | | | | |
| | | | | | | | | | | -19 -23 | | | |
| | | | | | | | | | **VALVES AND SPRINGS** Valves, springs, spring washers and locks are listed in "Cylinders" group on page 75. | | | | |

Ex.: 15; Pg.: 488

Case: MDL No. 875 Document 6665-3 Filed 01/28/11 Page 5 of 15
Case: 1:Pcv-00061-JSW Document 69-2 Filed 01/24/11 Page 5 of 46

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | IGNITION NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | PROPERTY CLASSIFICATION U.S. NAVY | PROPERTY CLASSIFICATION U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **MAGNETO** | | | | | |
| | | | 10-9700-25 | | | | | | | MAGNETO - RH (Scintilla SF14LN-4)(Wright Part No 112100N1) | 1 | 1 | | 03-H | 137A |
| 33 | 2946 | | 10-9700-26 | | | | | | | MAGNETO - LH (Scintilla SF14LN-4)(Wright Part No 112101N1) | 1 | 1 | | 03-H | 137A |
| 33 | 2948 | | 69453 | | | | | | | BOX - Magneto ground wire junction | 2 | 2 | | 02-D | 136S |
| | | | 67051 | | | | | | | FLANGE - Magneto shield outlet, RH | 1 | 1 | | 02-D | 136S |
| 33 | 2950 | | 67052 | | | | | | | FLANGE - Magneto shield outlet, LH | 1 | 1 | | 02-D | 136S |
| 33 | 2952 | | 98D7 | | | | | | | SCREW - Magneto shield outlet flange | 4 | 4 | | 02-D | 136S |
| | | | 27D33 | | | | | | | WASHER - Magneto shield outlet flange screw | 4 | 4 | | 02-D | 136S |
| | | | 28D7 | | | | | | | LOCKWASHER - Magneto shield outlet flange screw | 4 | 4 | | 02-D | 136S |
| 33 | 2954 | | 27207 | | | | | | | COUPLING - Magneto shield outlet | 1 | 1 | | 02-D | 136S |
| 33 | 2956 | | 115961N2 | | | | | | | NUT - Magneto shield outlet coupling | 1 | 1 | | 02-D | 136S |
| 33 | 2958 | | 27206 | | | | | | | PLUG - Magneto shield outlet | 1 | 1 | | 02-D | 136S |
| | | | 62808 | | | | | | | CABLE - Magneto booster (shielded) | 10 ft | 10 ft | | 02-D | 136S |
| | | | 24391N1 | | | | | | | PACKING - Magneto booster cable | 1 | 1 | | 02-D | 136S |
| | | | 118995 | | | | | | | WASHER - Magneto block cable and booster cable | 1 | 1 | | 02-D | 136S |
| 33 | 2960 | | 25677 | | | | | | | GASKET - Magneto | 2 | 2 | | 02-D | 136S |
| 33 | 2962 | | 1D4 | | | | | | | NUT - Magneto to supercharger rear cover | 6 | 6 | | 02-D | 136S |
| | | | 34D4 | | | | | | | WASHER - Magneto to supercharger rear cover | 6 | 6 | | 29 | 136S |
| | | | 57D1 | | | | | | | COTTERPIN - Magneto to supercharger rear cover nut | 6 | 6 | | 02-D | 136S |

Figure 33
MAGNETO

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 489

Case: MDL No. 875 Document 6665-3 Filed 01/28/11 Page 6 of 15
Case 3:11-cv-00067-JSW Document 63-2 Filed 01/24/11 Page 6 of 46

**RESTRICTED**
AN 02-35HA-4A
SECTION II—GROUP ASSEMBLY PARTS LIST



Figure 34
IGNITION CABLE ASSEMBLY AND SPARK PLUG

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 490

Case: MDL No. 875 Document 6665-3 Filed 01/28/11 Page 7 of 15
Case 3:11-cv-00067-JSW Document 63-2 Filed 01/24/11 Page 7 of 46

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP — MAJOR ASSEMBLY — PART NUMBER | IGNITION — NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | PROPERTY CLASSIFICATION U.S. NAVY | PROPERTY CLASSIFICATION U.S. ARMY | PROPERTY CLASSIFICATION BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **IGNITION WIRING** | | | | | |
| 34 | 2987 | | 111754N3 | IGNITION CABLE ASSEMBLY - Radio-shielded (Breeze) | 1 | 1 | | 02-D | 137B |
| | | | 88986 | GASKET - Manifold union | 1 | 1 | | 02-D | 137B |
| | | | 88988 | MARKER - Ignition cable | 2 | 2 | | 02-D | 137B |
| | | | 850768 | NUT - Spark plug conduit clip | 21 | 21 | | 02-D | 137B |
| | | | 850801 | GASKET - Spark plug conduit | 28 | 28 | | 02-D | 137B |
| | | | 851152 | GASKET - Magneto conduit elbow | 2 | 2 | | 02-D | 137B |
| | | | 851442 | SCREW - Spark plug conduit clip | 21 | 21 | | 02-D | 137B |
| | | | 851699 | BRACKET - Spark plug conduit (large, straight) | 7 | 7 | | 02-D | 137B |
| | | | 851700 | BRACKET - Spark plug conduit (curved) | 7 | 7 | | 02-D | 137B |
| | | | 851578 | BRACKET - Spark plug conduit (small, straight) | 7 | 7 | | 02-D | 137B |
| | | | 88783 | SCREW - Spark plug conduit bracket | 21 | 21 | | 02-D | 137B |
| | | | 852088 | NUT - Spark plug conduit bracket | 21 | 21 | | 02-D | 137B |
| | | | 851584 | PLATE - Name | 1 | 1 | | 02-D | 137B |
| | | | 851656 | CLIP - Push rod (double) | 21 | 21 | | 02-D | 137B |
| | | | 851682 | ELBOW - Magneto conduit to LH magneto | 1 | 1 | | 02-D | 137B |
| | | | 851683 | ELBOW - Magneto conduit to RH magneto | 1 | 1 | | 02-D | 137B |
| | | | 851693 | CONDUIT ASSEMBLY - Manifold to spark plug, front | 7 | 7 | | 02-D | 137B |
| | | | 851719 | BRACKET - Magneto conduit (front RH) | 1 | 1 | | 02-D | 137B |
| | | | 851720 | BRACKET - Magneto conduit (front LH) | 1 | 1 | | 02-D | 137B |
| | | | 851721 | BRACKET - Magneto conduit (rear RH) | 1 | 1 | | 02-D | 137B |
| | | | 851722 | BRACKET - Magneto conduit (rear LH) | 1 | 1 | | 02-D | 137B |
| | | | 851983 | CLIP - Spark plug conduit cylinder head | 21 | 21 | | 02-D | 137B |
| | | | 851985 | CONDUIT ASSEMBLY - Manifold to spark plug, rear spark plug | 7 | 7 | | 02-D | 137B |
| | | | 852085 | CONDUIT ASSEMBLY - Manifold to spark plug, front spark plug | 7 | 7 | | 02-D | 137B |
| | | | 852086 | CONDUIT ASSEMBLY - Manifold to magneto | 2 | 2 | | 02-D | 137B |
| | | | 852087 | GASKET - Magneto conduit | 4 | 4 | | 02-D | 137B |
| | | | 852604 | CLAMP - Magneto conduit | 8 | 8 | | 02-D | 137B |
| | | | 853908 | MANIFOLD ASSEMBLY - Ignition cable | 1 | 1 | | 02-D | 137B |
| | | | 853940 | CLAMP LOCK - Magneto conduit knurled nut | 4 | 4 | | 02-D | 137B |
| | | | 853991 | WASHER - Ignition cable contact (mag end) | 2 | 2 | | 02-D | 137B |
| | | | 854156 | CONDUIT ASSEMBLY - Manifold to spark plug, rear | 7 | 7 | | 02-D | 137B |
| 34 | 2988 | | 62808 | CABLE - Ignition high tension | 235 ft | 235 ft | | 02-D | 105E |
| 34 | 2989 | | 4040D4 | NUT - Ignition cable clip to cylinder head 4040D4 supersedes and is supplied for replacement of nut 2D1 and palnut 2000D1 which were factory installed on some early engines. | 14 | 14 | | 02-D | 136S |
| | | | 27D1 | WASHER - Ignition cable clip to cylinder head | 14 | 14 | | 02-D | 136S |
| 34 | 2991 | | AN520-10-8 | SCREW - Ignition cable clip to rear cylinder head air deflector (Wright Part No 123D1) | 7 | 7 | | 29 | 128 |
| 34 | 2993 | | AN520-10-10 | SCREW - Ignition cable clip to front cyl head air deflector (Wright Part No 123D5) | 7 | 7 | | 29 | 128 |
| | | | 27D24 | WASHER - Ignition cable clip to cylinder head air deflec screw (.203" x .625" x .047") | 14 | 14 | | 02-D | 136S |
| 34 | 2995 | | 2087D9 | NUT - Ignition cable clip to cylinder head air deflector screw | 14 | 14 | | 02-D | 136S |
| 34 | 2997 | | 2101D5 | NUT - Ignition cable conduit bracket | 4 | 4 | | 02-D | 136S |
| | | | 34D14 | WASHER - Ignition cable conduit bracket | 4 | 4 | | 02-D | 136S |
| | | | 58D3 | COTTERPIN - Ignition cable conduit bracket nut | 4 | 4 | | 02-D | 136S |

Ex.: 15; Pg.: 491

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP<br>MAJOR ASSEMBLY<br>PART NUMBER | IGNITION<br>1 2 3 4 5 6    NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | U.S. NAVY | U.S. ARMY | BRITISH |
| | | | | | -19 -23 | | | |
| | | | 113103N2 @ | ELBOW - Spark plug shielded terminal (except front spark plug on rear cylinder)(70°) Factory installed on the following engines:<br>R2600-19<br>53865 to 63870    182651 to 182763<br>64230 to 64239<br>R2600-23<br>88197 to 89235    158469 to 158554<br>113103N2 requires the use of a cylindrical shaped packing.<br>113103N2 is no longer supplied. For replacement, use elbow 113102N2 and packing 24391N1. | 21   21 | | 02-D | 137B |
| 34 | 2999 | | 113102N2 | ELBOW - Spark plug shielded terminal (except front spark plug on rear cylinder)(70°) Factory installed on the following engines:<br>R2600-19<br>62933 to 63384    154737 to 154764<br>89236 to 89265<br>R2600-23<br>41095           154765 to 154860<br>63385 to 63864   158094 to 158468<br>63871 to 64229   158555 to 161119<br>89266 to 90735   182645 to 182650<br>153211 to 153261  196172 to 196656<br>153263 to 154736  427181 to 429159<br>113102N2 requires the use of a conical shaped packing. | 21   21 | | 02-D | 137B |
| | | | 113103N21 @ | ELBOW - Spark plug shielded terminal (front spark plug on rear cylinder)(150°) Factory installed on the following engines:<br>R2600-19<br>63865 to 63870    182651 to 182763<br>64230 to 64239<br>R2600-23<br>88197 to 89235    158469 to 158554<br>113103N21 requires the use of a cylindrical shaped packing.<br>113103N21 is no longer supplied. For replacement, use elbow 113102N11 and packing 24391N1. | 7    7 | | 02-D | 137B |
| 34 | 3001 | | 113102N11 | ELBOW - Spark plug shielded terminal (front spark plug on rear cylinder)(110°) Factory installed on the following engines:<br>R2600-19<br>62933 to 63384    154737 to 154764<br>89236 to 89265<br>R2600-23<br>41095           154765 to 154860<br>63385 to 63864   158094 to 158468<br>63871 to 64229   158555 to 161119<br>89266 to 90735   182645 to 182650<br>153211 to 153261  196172 to 196656<br>153263 to 154736  427181 to 429159<br>113102N11 requires the use of a conical shaped packing. | 7    7 | | 02-D | 137B |

Ex.: 15; Pg.: 492

Case MDL No. 875 Document 6665-3 Filed 01/28/11 Page 9 of 15
Case 3:11-cv-00067-JSW Document 63-2 Filed 04/24/11 Page 9 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | IGNITION NOMENCLATURE | UNITS PER ASSY -19 / -23 | PROPERTY CLASSIFICATION U.S. NAVY | PROPERTY CLASSIFICATION U.S. ARMY | PROPERTY CLASSIFICATION BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 61722 | | | | | | @ | CONTACT - Spark plug shielded terminal (early type) 61722 is no longer supplied. For replacement, use 118383. | 28 / 28 | | 02-D | 137B |
| 34 | 3003 | | 118383 | | | | | | | CONTACT - Spark plug shielded terminal (late type) | 28 / 28 | | 02-D | 137B |
| | | | 37D99 | | | | | | | PACKING - Spark plug shielded terminal elbow (cylindrical)(rubber) Used with elbows 113103N2 and 113103N21. | 28 / 28 | | 02-D | 137B |
| 34 | 3005 | | 24391N1 | | | | | | | PACKING - Spark plug shielded terminal elbow (conical)(rubber) Used with elbows 113102N2 and 113102N11. | 28 / 28 | | 02-D | 137B |
| | | | | | | | | | | **SPARK PLUGS** | | | | |
| | | | A.C.LS85 | | | | | | | PLUG - Spark (Wright Part No 114489) Factory installed on the following R2600-23 engines: 41095  153263 to 153567 88197 to 89235  158469 to 158554 153211 to 153261 Superseded by A.C.LS87. | - / 28 | | 03-H | 137B |
| | | | A.C.LS87 | | | | | | | PLUG - Spark (Wright Part No 118362) Factory installed on the following R2600-23 engines: 63385 to 63412  154765 to 154860 63465 to 63864  158094 to 158468 89266 to 90735  158555 to 161119 153808 to 154736  196172 to 196656 | - / 28 | | 03-H | 137B |
| | | | C34S | | | | | | | PLUG - Spark (Champion)(Wright Part No 114490) Factory installed on the following engines: R2600-19 89236 to 89265 R2600-23 153568 to 153807 | 28 / 28 | | 03-H | 137B |
| 34 | 3009 | | LS38CE111 | | | | | | | PLUG - Spark (Aero)(Wright Part No 116764) Factory installed on the following R2600-19 engines: 62933 to 63384  154737 to 154764 64230 to 64239 | 28 / - | | 03-H | 137B |
| | | | C35S | | | | | | | PLUG - Spark (Champion)(Wright Part No 118602) Factory installed on the following engines: R2600-19 63865 to 63870  182651 to 182763 R2600-23 63413 to 63464  182645 to 182650 63871 to 64229  427181 to 429159 | 28 / 28 | | 03-H | 137B |
| 34 | 3011 | | AN4027 | | | | | | | WASHER - Spark plug (Wright Part No 27D104) | 28 / 28 | | 04-A | 137B |

Ex.: 15; Pg.: 493



Figure 35
CARBURETOR AND ADAPTERS (HOLLEY)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 494

Case MDL No. 875 Document 66653-2 Filed 04/28/11 Page 11 of 15
Case 3:MDL-ev-00067-JSW Document 69-2 Filed 07/24/11 Page 11 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | CARBURETION NOMENCLATURE | UNITS PER ASSY -19 -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | CARBURETOR (HOLLEY) Parts listed in this group are used for R2600-19 engines only. |  |  |  |  |
| 35 | 3034 |  | E-2281 |  |  |  |  |  |  | CARBURETOR - (Holley 1685HA)(Wright Part No 115685N4) | 1 - | | 03-D | 137C |
| 35 | 3036 |  | 66966 |  |  |  |  |  |  | GASKET - Carburetor to carburetor adapter | 1 - | | 02-D | 136S |
| 35 | 3038 |  | 4040D6 |  |  |  |  |  |  | NUT - Carburetor to carburetor adapter 4040D6 supersedes and is supplied for replacement of nut 2D7 and palnut 2000D3 which were factory installed on some early engines. | 6 - | | 02-D | 136S |
| 35 | 3040 |  | 2093D1 |  |  |  |  |  |  | WASHER - Carburetor to carburetor adapter, spherical | 6 - | | 02-D | 136S |
|  |  |  |  |  |  |  |  |  |  | CARBURETOR (STROMBERG) Parts listed in this group are used for R2600-23 engines only. |  |  |  |  |
| 36 | 3050 |  | 392320 |  |  |  |  |  |  | CARBURETOR - (Stromberg PD12K1)(Wright Part No 110454N6) | - 1 | | 03-D | 137C |
| 36 | 3052 |  | 65316 |  |  |  |  |  |  | GASKET - Carburetor adapter | - 1 | | 02-D | 136S |



Figure 36
CARBURETOR (BENDIX STROMBERG)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Case MDL No 875 Document 6665-3 Filed 01/28/11 Page 122 of 151
Case 3:10-cv-00067-JSW Document 69-2 Filed 04/24/11 Page 12 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | CARBURETION 1 2 3 4 5 6  NOMENCLATURE | UNITS PER ASSY -19 -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 4040D6 | NUT - Carburetor adapter to supercharger rear housing, plain  4040D6 supersedes and is supplied for replacement of nut 2D7 and palnut 2000D3 which were factory installed on some early engines. | - 4 |  | 02-D | 136S |
| 36 | 3056 |  | 2101D5 | NUT - Carburetor adapter to supercharger rear housing, slotted | - 4 |  | 02-D | 136S |
|  |  |  | 34D14 | WASHER - Carburetor adapter to supercharger rear housing, bevel | - 2 |  | 02-D | 136S |
| 36 | 3057 |  | 2093D7 | WASHER - Carburetor adapter to supercharger rear housing, spherical | - 6 |  | 02-D | 136S |
|  |  |  | 58D3 | COTTERPIN - Carburetor adapter to supercharger rear housing nut | - 4 |  | 02-D | 136S |
|  |  |  |  | FUEL INLET (HOLLEY CARBURETOR)  Parts listed in this group are used for R2600-19 engines only. |  |  |  |  |
| 35 | 3058 |  | 115233N1 | INLET - Carburetor fuel (type E) | 1 - |  | 02-D | 136S |
| 35 | 3060 |  | 117022N2 | VALVE ASSEMBLY - Priming (18 - 24 volts) | 1 - |  | 02-D | 105C |
|  |  |  |  | CARBURETOR ADAPTER (HOLLEY CARBURETOR)  Parts listed in this group are used for R2600-19 engines only. |  |  |  |  |
| 35 | 3062 |  | 410149 | ADAPTER ASSEMBLY - Carburetor | 1 - |  | 02-D | 136S |
|  |  |  | 66419 * | ADAPTER - Carburetor | 1 - |  | 02-D | 136S |
| 35 | 3064 |  | 64280 | BUSHING - Carburetor adapter to thermometer bulb and instrument connection | 3 - |  | 02-D | 136S |
| 35 | 3066 |  | 93D18 | PLUG - Carburetor adapter to thermometer bulb and instrument connection subst. | 3 - |  | 02-D | 136S |
| 35 | 3068 |  | AN900-10 | GASKET - Carburetor adapter to thermometer bulb and instrument conn subst. plug (Wright Part No 23D16) | 3 - |  | 29 | 128 |
| 35 | 3070 |  | 2105D11 | PLUG - Carbtr adapt. priming nozzle subst. | 2 - |  | 02-D | 136S |
| 35 | 3072 |  | 4042D2 | PLUG - Carbtr adapt. vac gage conn subst. | 1 - |  | 02-D | 136S |
| 35 | 3074 |  | 65316 | GASKET - Carbtr adapt. to supchgr rear housing | 1 - |  | 02-D | 136S |
| 35 | 3076 |  | 4040D6 | NUT - Carbtr adapt. to supchgr rear housing (plain)  4040D6 supersedes and is supplied for replacement of nut 2D7 and palnut 2000D3 which were factory installed on some early engines. | 6 - |  | 02-D | 136S |
|  |  |  | 1D7 | NUT - Carbt. adapter to supchgr rear housing (slotted) | 2 - |  | 02-D | 136S |
| 35 | 3080 |  | 2093D1 | WASHER - Carbtr adapter to supchgr rear housing (spherical) | 8 - |  | 02-D | 136S |
|  |  |  |  | CARBURETOR AIR INLET SCREEN AND AIR SCOOP ATTACHING PARTS (FOR HOLLEY CARBURETOR)  Parts listed in this group are used for R2600-19 engines only. |  |  |  |  |
| 35 | 3084 |  | 410267 | SCREEN ASSEMBLY - Carburetor air inlet | 1 - |  | 02-D | 136S |
|  |  |  | 66675 * | SCREEN - Carburetor air inlet | 1 - |  | 02-D | 136S |
|  |  |  | 66674 * | FRAME - Carburetor air inlet screen | 2 - |  | 02-D | 136S |
| 35 | 3086 |  | 66673 | GASKET - Carburetor air inlet screen | 2 - |  | 02-D | 136S |

Ex.: 15; Pg.: 496

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP / MAJOR ASSEMBLY / PART NUMBER | CARBURETION — NOMENCLATURE | UNITS PER ASSY -19 / -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| 35 | 3088 | | 4040D5 | NUT - Carburetor air inlet screen to carbtr 4040D5 supersedes and is supplied for replacement of nut 2D40 and palnut 2000D2 which were factory installed on some early engines. | 8 / - | | 02-D | 136S |
| | | | 34D88 | WASHER - Carburetor air inlet screen to carburetor | 8 / - | | 02-D | 136S |
| | | | | **CARBURETOR AIR INLET SCREEN AND AIR SCOOP ATTACHING PARTS (FOR STROMBERG CARBURETOR)** Parts listed in this group are used for R2600-23 engines only. | | | | |
| 36 | 3099 | | 413817 | SCREEN ASSEMBLY - Carburetor air inlet | - / 1 | | 02-D | 136S |
| | | | 111107 * | SCREEN - Carburetor air inlet | - / 1 | | 02-D | 136S |
| | | | 68904 * | FRAME - Carburetor air inlet screen | - / 2 | | 02-D | 136S |
| | | | 64255 * | RING - Carburetor air inlet screen | - / 1 | | 02-D | 136S |
| 36 | 3101 | | 68796 | GASKET - Carburetor air inlet screen | - / 2 | | 02-D | 136S |
| 36 | 3103 | | 4040D5 | NUT - Carburetor air inlet scoop to carbtr 4040D5 supersedes and is supplied for replacement of nut 2D40 and palnut 2000D2 which were factory installed on some early engines. | - / 10 | | 02-D | 136S |
| | | | 34D88 | WASHER - Carburetor air inlet scoop to carbtr | - / 10 | | 02-D | 136S |

Ex.: 15; Pg.: 497



Figure 37
PRIMING SYSTEM
(3 POINT)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Case MDL No 875 Document 66653-2 Filed 01/28/11 Page 15 of 15
Case 3:11-cv-00067-JSW Document 63-2 Filed 04/24/11 Page 15 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | \| 1 \| 2 \| 3 \| 4 \| 5 \| 6 \| PRIMING SYSTEM NOMENCLATURE | UNITS PER ASSY -19 -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | | **PRIMING SYSTEM (THREE POINT)** Parts listed in this group were factory installed on R2600-19 engines as indicated. | | | | |
| | | | 417088 @ | TUBE ASSEMBLY - Priming valve to priming distributor Factory installed on the following engines: 62933 to 62962    63083 to 63089 63015              63097 63022              63098 63024              63100 63025              63103 63028              63104 63033              63108 to 63110 63037              63112 63039 to 63050   63117 63052 to 63070   63118 63072 to 63076   63120 to 63126 63078 to 63081 417088 is no longer supplied. For replacement, use 420030. | 1 | - | 02-D | 136S |
| | | | 115218 * | TUBE - Priming valve to priming distrb | 1 | - | 02-D | 136S |
| | | | 157D10 | CONE - Priming valve to priming distrb tube | 2 | - | 02-D | 136S |
| | | | AN805-4 | NUT - Priming valve to priming distributor tube (Wright Part No 156D3) | 2 | - | 04-A | 128 |
| 37 | 3128 | | 420030 | TUBE ASSEMBLY - Priming valve to priming distributor Factory installed on the following engines: 62963 to 63014   63099 63016 to 63021   63102 63023              63105 to 63107 63026              63111 63027              63113 to 63116 63029 to 63032   63119 63034 to 63036   63127 to 63384 63038              63865 to 63870 63051              64230 to 64239 63071              89236 to 89265 63077              154737 to 154764 63082              182651 to 182763 63090 to 63096 | 1 | - | 02-D | 136S |
| 37 | 3130 | | 117966 * | TUBE - Priming valve to priming distrb | 1 | - | 02-D | 136S |
| | | | 157D10 | CONE - Priming valve to priming distrb tube | 2 | - | 02-D | 136S |
| 37 | 3132 | | AN805-4 | NUT - Priming valve to priming distrb tube (Wright Part No 156D3) | 2 | - | 04-A | 128 |
| | | | 417300 @ | DISTRIBUTOR AND BRACKET ASSEMBLY - Priming Factory installed on the following engines: 62933 to 62962   63083 to 63089 63015              63097 63022              63098 63024              63100 63025              63103 63028              63104 63033              63108 to 63110 63037              63112 63039 to 63050   63117 63052 to 63070   63118 Note and/or engine numbers continued on next page. | 1 | - | 02-D | 136S |

Ex.: 15; Pg.: 499