Exhibit G, Part 35 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6665-2 Filed 01/28/11 Page 1 of 15
Case 3:10-cv-00081-JSW Document 69-2 Filed 01/24/11 Page 10 of 46

**RESTRICTED**
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | PRIMING SYSTEM 1 2 3 4 5 6  NOMENCLATURE | UNITS PER ASSY -19 -23 | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 63072 to 63076    63120 to 63126 |  |  |  |  |
|  |  |  |  | 63078 to 63081 |  |  |  |  |
|  |  |  |  | 417300 is no longer supplied. For replacement, use 420339. |  |  |  |  |
|  |  |  | 115289 | * DISTRIBUTOR - Priming | 1  - |  | 02-D | 136S |
|  |  |  | 115290 | * BRACKET - Priming distributor | 1  - |  | 02-D | 136S |
| 37 | 3134 |  | 420339 | DISTRIBUTOR AND BRACKET ASSEMBLY - Priming | 1  - |  | 02-D | 136S |
|  |  |  |  | Factory installed on the following engines: |  |  |  |  |
|  |  |  |  | 62963 to 63014    63009 |  |  |  |  |
|  |  |  |  | 63016 to 63021    63102 |  |  |  |  |
|  |  |  |  | 63023             63105 to 63107 |  |  |  |  |
|  |  |  |  | 63026             63111 |  |  |  |  |
|  |  |  |  | 63027             63113 to 63116 |  |  |  |  |
|  |  |  |  | 63029 to 63032    63119 |  |  |  |  |
|  |  |  |  | 63034 to 63036    63127 to 63384 |  |  |  |  |
|  |  |  |  | 63038             63865 to 63870 |  |  |  |  |
|  |  |  |  | 63051             64230 to 64239 |  |  |  |  |
|  |  |  |  | 63071             89236 to 89265 |  |  |  |  |
|  |  |  |  | 63077             154737 to 154764 |  |  |  |  |
|  |  |  |  | 63082             182651 to 182763 |  |  |  |  |
|  |  |  |  | 63090 to 63096 |  |  |  |  |
|  |  |  | 420380 | DISTRIBUTOR AND SCREW ASSEMBLY - Priming | 1  - |  | 02-D | 136S |
|  |  |  | 115289 | * DISTRIBUTOR - Priming | 1  - |  | 02-D | 136S |
|  |  |  | 55D8 | * SCREW - Priming distrb to bracket | 1  - |  | 02-D | 136S |
|  |  |  | 420382 | BRACKET ASSEMBLY - Priming distributor | 1  - |  | 02-D | 136S |
|  |  |  | 115290 | * BRACKET - Priming distributor | 1  - |  | 02-D | 136S |
|  |  |  | 27D7 | * WASHER - Priming distributor bracket | 2  - |  | 02-D | 136S |
|  |  |  | 2109D6 | GROMMET - Priming distributor bracket | 1  - |  | 02-D | 136S |
|  |  |  | 34D110 | WASHER - Priming distributor screw | 1  - |  | 02-D | 136S |
|  |  |  | 2087D9 | NUT - Priming distributor screw | 1  - |  | 02-D | 136S |
|  |  |  | 417302 | @ TUBE ASSEMBLY - Priming distributor to carbtr adapter (RH side) | 1  - |  | 02-D | 136S |
|  |  |  |  | Factory installed on the following engines: |  |  |  |  |
|  |  |  |  | 62933 to 62962    63083 to 63089 |  |  |  |  |
|  |  |  |  | 63015             63097 |  |  |  |  |
|  |  |  |  | 63022             63098 |  |  |  |  |
|  |  |  |  | 63024             63100 |  |  |  |  |
|  |  |  |  | 63025             63103 |  |  |  |  |
|  |  |  |  | 63028             63104 |  |  |  |  |
|  |  |  |  | 63033             63108 to 63110 |  |  |  |  |
|  |  |  |  | 63037             63112 |  |  |  |  |
|  |  |  |  | 63039 to 63050    63117 |  |  |  |  |
|  |  |  |  | 63052 to 63070    63118 |  |  |  |  |
|  |  |  |  | 63072 to 63076    63120 to 63126 |  |  |  |  |
|  |  |  |  | 63078 to 63081 |  |  |  |  |
|  |  |  |  | 417302 is no longer supplied. For replacement, use the following parts: |  |  |  |  |
|  |  |  |  | Part |  |  |  |  |
|  |  |  |  | No      Description           Quant. |  |  |  |  |
|  |  |  |  | 420029  TUBE ASSEMBLY - Priming distrb to carbtr adapt.   1 |  |  |  |  |
|  |  |  |  | 163D63  NIPPLE - Priming distrb to RH priming tube   1 |  |  |  |  |
|  |  |  |  | When making the above change, it will be necessary to discard one unit of elbow 163D71 as it is not required. |  |  |  |  |
|  |  |  | 115292 | * TUBE - Priming distrb to carburetor adapt. (RH side) | 1  - |  | 02-D | 136S |
|  |  |  | 157D10 | CONE - Priming distrb to carburetor tube (RH side) | 2  - |  | 02-D | 136S |

-102    **RESTRICTED**

Case MDL No. 875 Document 6665-2 Filed 01/28/11 Page 2 of 15
Case 3:11-cv-00075-JSW Document 69-2 Filed 01/24/11 Page 21 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | PRIMING SYSTEM · NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION U.S. NAVY | PROPERTY CLASSIFICATION U.S. ARMY | PROPERTY CLASSIFICATION BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | | | -19 -23 | | | |
| | | | AN805-4 | NUT - Priming distrb to carbtr tube (RH side)(Wright Part No 156D3) | 2 - | | 04-A | 128 |
| 37 | 3136 | | 420029 | TUBE ASSEMBLY - Priming distrb to carburetor adapter (RH side) | 1 - | | 02-D | 136S |
| | | | | Factory installed on the following engines: | | | | |
| | | | | 62963 to 63014        63099 | | | | |
| | | | | 63016 to 63021        63102 | | | | |
| | | | | 63023                 63105 to 63107 | | | | |
| | | | | 63026                 63111 | | | | |
| | | | | 63027                 63113 to 63116 | | | | |
| | | | | 63029 to 63032        63119 | | | | |
| | | | | 63034 to 63036        63127 to 63384 | | | | |
| | | | | 63038                 63865 to 63870 | | | | |
| | | | | 63051                 64230 to 64239 | | | | |
| | | | | 63071                 89236 to 89265 | | | | |
| | | | | 63077                 154737 to 154764 | | | | |
| | | | | 63082                 182651 to 182763 | | | | |
| | | | | 63090 to 63096 | | | | |
| | | | 117965 * | TUBE - Priming distrb to carburetor adapt. (RH side) | 1 - | | 02-D | 136S |
| | | | 157D10 | CONE - Priming distrb to carburetor adapt. (RH side) | 2 - | | 02-D | 136S |
| | | | AN805-4 | NUT - Priming distrb to carburetor adapt. (RH side)(Wright Part No 156D3) | 2 - | | 04-A | 128 |
| | | | 417469 @ | TUBE ASSEMBLY - Priming distributor to carbtr adapter (LH side) | 1 - | | 02-D | 136S |
| | | | | Factory installed on the following engines: | | | | |
| | | | | 62933 to 62962        63083 to 63089 | | | | |
| | | | | 63015                 63097 | | | | |
| | | | | 63022                 63098 | | | | |
| | | | | 63024                 63100 | | | | |
| | | | | 63025                 63103 | | | | |
| | | | | 63028                 63104 | | | | |
| | | | | 63033                 63108 to 63110 | | | | |
| | | | | 63037                 63112 | | | | |
| | | | | 63039 to 63050        63117 | | | | |
| | | | | 63052 to 63070        63118 | | | | |
| | | | | 63072 to 63076        63120 to 63126 | | | | |
| | | | | 63078 to 63081 | | | | |
| | | | | 417469 is no longer supplied. For replacement, use the following parts: | | | | |
| | | | | Part No     Description                        Quant. | | | | |
| | | | | 420028   TUBE ASSEMBLY - Priming distrb to carbtr adapt.   1 | | | | |
| | | | | 163D63   NIPPLE - Priming distrb to LH priming tube   1 | | | | |
| | | | | When making the above change, it will be necessary to discard one unit of elbow 163D71 as it is not required. | | | | |
| | | | 115432 * | TUBE - Priming distributor to carburetor adapter (LH side) | 1 - | | 02-D | 136S |
| | | | 157D10 | CONE - Priming distributor to carburetor adapter (LH side) | 2 - | | 02-D | 136S |
| | | | AN805-4 | NUT - Priming distributor to carburetor adapter (LH side)(Wright Part No 156D3) | 2 - | | 04-A | 128 |
| 37 | 3138 | | 420028 | TUBE ASSEMBLY - Priming distributor to carbtr adapter (LH side) | 1 - | | 02-D | 136S |
| | | | | Note and/or engine numbers continued on next page. | | | | |

Ex.: 15; Pg.: 501

Case MDL No. 875 Document 6665-2 Filed 01/28/11 Page 3 of 15
Case 3:10-cv-00081-JSW Document 69-2 Filed 01/24/11 Page 18 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | PRIMING SYSTEM NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | | Factory installed on the following engines:<br>62963 to 63014   63099<br>63016 to 63021   63102<br>63023   63105 to 63107<br>63026   63111<br>63027   63113 to 63116<br>63029 to 63032   63119<br>63034 to 63036   63127 to 63384<br>63038   63865 to 63870<br>63051   64230 to 64239<br>63071   89236 to 89265<br>63077   154737 to 154764<br>63082   182651 to 182763<br>63090 to 63096 | -19 -23 | | | |
| | | | 117964 * | TUBE - Priming distributor to carburetor adapter (LH side) | 1 | - | 02-D | 136S |
| | | | 157D10 | CONE - Priming distributor to carburetor adapter tube (LH side) | 2 | | 02-D | 136S |
| | | | AN805-4 | NUT - Priming distributor to carburetor adapter tube (LH side)(Wright Part No 156D3) | 2 | - | 04-A | 128 |
| 37 | 3140 | | 417303 | TUBE ASSEMBLY - Priming distributor to supercharger front housing | 1 | - | 02-D | 136S |
| | | | 115293 * | TUBE - Priming distributor to supercharger front housing | 1 | - | 02-D | 136S |
| | | | 157D10 | CONE - Priming distributor to supercharger front housing tube | 2 | - | 02-D | 136S |
| | | | AN805-4 | NUT - Priming distributor to supercharger front housing tube (Wright Part No 156D3) | 2 | - | 04-A | 128 |
| 37 | 3142 | | 159D3 | ELBOW - Priming valve to priming distributor tube | 1 | | 02-D | 136S |
| 37 | 3144 | | 159D3 | ELBOW - Priming distributor to RH, LH and supercharger front housing priming tube | 3 | - | 02-D | 136S |
| | | | 163D71 | ELBOW - Carburetor adapter to RH and LH priming tube<br>Used with tubes 417302 and 417469. | 2 | | 02-D | 136S |
| 37 | 3146 | | AN780-4 | NIPPLE - Priming valve tube to priming distributor (Wright Part No 158D4) | 1 | - | 04-A | 128 |
| 37 | 3148 | | 163D63 | NIPPLE - Supercharger front housing priming tube to supercharger front housing | 1 | - | 02-D | 136S |
| 37 | 3149 | | 163D63 | NIPPLE - Priming distributor to RH and LH priming tube<br>Used with assemblies 420028 and 420029. | 2 | | 02-D | 136S |
| | | | 4042D1 | PLUG - Priming distributor to supercharger front housing priming tube substituting Used when engine is shipped and when two point priming is desired. | 1 | - | 02-D | 136S |

Case MDL No. 875 Document 6665-2 Filed 01/28/11 Page 4 of 15
Case 3:11-cv-00061-JSW Document 69-2 Filed 01/24/11 Page 19 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | PRIMING SYSTEM 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | | | -19 -23 | | | |
| | | | | PRIMING SYSTEM (EIGHT POINT) Parts listed in this group are used for R2600-23 engines only. | | | | |
| 38 | 3152 | | 410156 | TUBE ASSEMBLY - Priming system (cylinder #1) | - 1 | | 02-D | 136S |
| 38 | 3154 | | 410157 | TUBE ASSEMBLY - Priming system (cylinder #2) | - 1 | | 02-D | 136S |

Figure 38
PRIMING SYSTEM
(8 POINT)

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

RESTRICTED

-105

Ex.: 15; Pg.: 503

Case MDL No. 875 Document 6665-2 Filed 01/28/11 Page 5 of 15
Case 3:11-cv-00081-JSW Document 69-2 Filed 04/24/11 Page 20 of 46

**RESTRICTED**
AN 02-35HA-4A

SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | PRIMING SYSTEM NOMENCLATURE | UNITS PER ASSY -19 -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| 38 | 3156 | | 410158 | TUBE ASSEMBLY - Priming system (cylinder #3) | - 1 | | 02-D | 136S |
| 38 | 3158 | | 410159 | TUBE ASSEMBLY - Priming system (cylinder #4) (cylinder end) | - 1 | | 02-D | 136S |
| 38 | 3160 | | 410160 | TUBE ASSEMBLY - Priming system (cylinder #4) (distributor end) | - 1 | | 02-D | 136S |
| 38 | 3166 | | 410161 | TUBE ASSEMBLY - Priming system (cylinder #5) (cylinder end) | - 1 | | 02-D | 136S |
| 38 | 3168 | | 410162 | TUBE ASSEMBLY - Priming system (cylinder #5) (distributor end) | - 1 | | 02-D | 136S |
| 38 | 3170 | | 410163 | TUBE ASSEMBLY - Priming system (cylinder #12) (cylinder end) | - 1 | | 02-D | 136S |
| 38 | 3172 | | 410164 | TUBE ASSEMBLY - Priming system (cylinder #12) (distributor end) | - 1 | | 02-D | 136S |
| 38 | 3174 | | 410165 | TUBE ASSEMBLY - Priming system (cylinder #13) (cylinder end) | - 1 | | 02-D | 136S |
| 38 | 3176 | | 410166 | TUBE ASSEMBLY - Priming system (cylinder #13) (distributor end) | - 1 | | 02-D | 136S |
| 38 | 3178 | | 410167 | TUBE ASSEMBLY - Priming system (cylinder #14) | - 1 | | 02-D | 136S |
| | | | 65062 * | TUBE - Priming system<br>Quantities used:<br>with assembly 410156 - 21 inches<br>with assembly 410157 - 25 inches<br>with assembly 410158 - 19 inches<br>with assembly 410159 - 22 inches<br>with assembly 410160 - 16 inches<br>with assembly 410161 - 16 inches<br>with assembly 410162 - 16 inches<br>with assembly 410163 - 18 inches<br>with assembly 410164 - 18 inches<br>with assembly 410165 - 14 inches<br>with assembly 410166 - 17 inches<br>with assembly 410167 - 27 inches | - # | | 02-D | 136S |
| 38 | 3180 | | 163D20 | CONE - Priming system tube<br>Quantities used:<br>with assembly 410156 - two units<br>with assembly 410157 - two units<br>with assembly 410158 - two units<br>with assembly 410159 - two units<br>with assembly 410160 - one unit<br>with assembly 410161 - two units<br>with assembly 410162 - one unit<br>Note and/or engine numbers continued on next page. | - # | | 02-D | 136S |

Case MDL No. 875 Document 6665-42 Filed 01/28/11 Page 6 of 15
Case 3:10-cv-00075-JSW Document 69-42 Filed 01/24/11 Page 2 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. | STOCKED R- | GROUP MAJOR ASSEMBLY PART NUMBER | PRIMING SYSTEM NOMENCLATURE | UNITS PER ASSY -19 | UNITS PER ASSY -23 | U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | with assembly 410163 - two units<br>with assembly 410164 - one unit<br>with assembly 410165 - two units<br>with assembly 410166 - one unit<br>with assembly 410167 - two units | | | | | |
| 38 | 3182 | | AN805-2 | NUT - Priming system tube (Wright Part No 163D3)<br>Quantities used:<br>with assembly 410156 - two units<br>with assembly 410157 - two units<br>with assembly 410158 - two units<br>with assembly 410159 - two units<br>with assembly 410160 - one unit<br>with assembly 410161 - two units<br>with assembly 410162 - one unit<br>with assembly 410163 - two units<br>with assembly 410164 - one unit<br>with assembly 410165 - two units<br>with assembly 410166 - one unit<br>with assembly 410167 - two units | - | # | | 04-A | 128 |
| 38 | 3184 | | 163D22 | COUPLING - Priming system tube<br>Part of assemblies 410160, 410162, 410164 and 410166. | - | 1 | | 02-D | 136S |
| 38 | 3186 | | 66304 | DISTRIBUTOR - Priming system | - | 1 | | 02-D | 136S |
| 38 | 3188 | | 6D6 | BOLT - Priming system distributor to support | - | 2 | | 02-D | 136S |
| 38 | 3190 | | 1D1 | NUT - Priming system distributor to support | - | 2 | | 02-D | 136S |
| | | | 27D1 | WASHER - Priming system distributor to supp | - | 2 | | 02-D | 136S |
| | | | 57D1 | COTTERPIN - Priming system distributor to support nut | - | 2 | | 02-D | 136S |
| 38 | 3192 | | AN780-2 | NIPPLE - Priming system distrb joint pipe priming tube (Wright Part No 163D15) | - | 8 | | 04-A | 128 |
| 38 | 3194 | | 166D1 | BUSHING - Priming system distributor | - | 1 | | 02-D | 136S |
| 38 | 3196 | | 66305 | SUPPORT - Priming system | - | 1 | | 02-D | 136S |
| 38 | 3198 | | 66308 | FILLER BLOCK - Priming system support | - | 1 | | 02-D | 136S |
| 38 | 3200 | | 66306 | CLIP - Priming tube (for double tube)(short) | - | 2 | | 02-D | 136S |
| 38 | 3202 | | 66307 | CLIP - Priming tube (for double tube)(long) | - | 2 | | 02-D | 136S |
| 38 | 3204 | | 65462 | CLIP - Priming tube (for single tube) | - | 8 | | 02-D | 136S |
| 38 | 3206 | | 94D4 | SCREW - Priming tube clip | - | 12 | | 02-D | 136S |
| 38 | 3208 | | 65461 | GROMMET - Priming tube clip | - | 16 | | 02-D | 136S |

Ex.: 15; Pg.: 505

Case MDL No. 875 Document 6665-2 Filed 01/28/11 Page 7 of 15
Case 3:11-cv-00081-JSW Document 69-2 Filed 01/24/11 Page 22 of 46

**RESTRICTED**
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP MAJOR ASSEMBLY PART NUMBER | PRIMING SYSTEM 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | | | -19 -23 | | | |
| 38 | 3210 | | AN4022-1 | NIPPLE - Intake primer connection (Wright Part No 163D16) | - 4 | | 04-A | 128 |
| 38 | 3212 | | 163D13 | ELBOW - Intake primer connection | - 4 | | 02-D | 136S |
| | | | 27D24 | WASHER - Priming tube clip, plain | - 12 | | 02-D | 136S |
| 38 | 3214 | | 2087D9 | NUT - Priming tube clip | - 12 | | 02-D | 136S |

Case MDL No. 875 Document 6665-2 Filed 01/28/11 Page 8 of 15
Case 3:1 cv-00081-JSW Document 69-2 Filed 01/24/11 Page 29 of 156

RESTRICTED
AN 02-35HA-4A

## SECTION II — GROUP ASSEMBLY PARTS LIST

| FIG. NO. | INDEX NO. R- | STOCKED | GROUP / MAJOR ASSEMBLY / PART NUMBER | MISCELLANEOUS 1 2 3 4 5 6 NOMENCLATURE | UNITS PER ASSY | PROPERTY CLASSIFICATION U.S. NAVY | U.S. ARMY | BRITISH |
|---|---|---|---|---|---|---|---|---|
| | | | | | -19  -23 | | | |
| | | | | INSTRUCTION PLATE | | | | |
| | | | 64571 | PLATE - Two speed and neutral instruction | 1   1 | | 02-D | 136S |
| | | | | GASKET SET | | | | |
| | | | 89652 | GASKETS - Complete set. This set includes all the gaskets required to completely rebuild any R2600-19 or R2600-23 engine, except rocker box cover gaskets. It does not include cork, leather or rubber washers and packings. | 1   1 | | 02-D | 136S |

Ex.: 15; Pg.: 507

## SECTION III—NUMERICAL PARTS LIST

| PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | -23 | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | -23 | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | -23 | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | -23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-9700-25 | 91 | 1 | 1 | 49644 | 79 | 7 | 7 | 64646 * | 7 | 1 | 1 | | | | |
| 10-9700-26 | 91 | 1 | 1 | 61202 ± | 73 | 14 | 14 | 64664 | 61 | 1 | 1 | | | | |
| C34S | 95 | 28 | 28 | 61235 | 35 | 1 | 1 | 64665 | 61 | 1 | 1 | | | | |
| C35S | 95 | 28 | 28 | 61639 | 37 | 1 | 1 | 64715 | 77 | @ | @ | | | | |
| LS38CE111 | 95 | 28 | - | 61722 | 95 | @ | @ | 64716 | 77 | 7 | 7 | | | | |
| LS85 | 95 | - | 28 | 61726 | 15 | 1 | 1 | 64718 | 77 | 7 | 7 | | | | |
| LS87 | 95 | - | 28 | 61951 * | 49 | 1 | 1 | 64722 | 9,22 | 2 | 2 | | | | |
| E-2281 | 97 | 1 | - | 61957 | 49 | 1 | 1 | 64723 | 9 | 1 | 1 | | | | |
| 11210 | 27 | 1 | 1 | 62025 * | 47 | 1 | 1 | 64724 | 64 | 1 | 1 | | | | |
| 14981 | 19 | 1 | 1 | 62346 | 36 | 1 | 1 | 64726 | 29 | 2 | 2 | | | | |
| 17268 * | 49 | 2 | 2 | 62347 | 36 | @ | @ | 64730 | 89 | 28 | 28 | | | | |
| 19965 | 75 | 28 | 28 | 62495 | 75 | 14 | 14 | 64731 | 89 | 28 | 28 | | | | |
| 20145 | 77 | 14 | 14 | 62497 ± | 73 | 28 | 28 | 64732 | 89 | 28 | 28 | | | | |
| 20146 | 77 | 14 | 14 | 62773 | 75 | 28 | 28 | 64733 | 89 | 28 | 28 | | | | |
| 20350 | 75 | 28 | 28 | 62808 | 91,93 | 245 ft | 245 ft | 64740 | 31 | 1 | 1 | | | | |
| 23065 | 75 | 28 | 28 | 62862 | 35 | 1 | 1 | 64741 ± | 31 | 2 | 2 | | | | |
| 23066 | 75 | 28 | 28 | 62864 | 35 | 1 | 1 | 64794 * | 89 | 28 | 28 | | | | |
| 23328 | 19 | 2 | 2 | 63066 | 47,51 | 3 | 3 | 64811 | 51 | 1 | 1 | | | | |
| 24391N1 | 91,95 | 29 | 29 | 63067 | 51 | 2 | 2 | 64812 | 51 | 1 | 1 | | | | |
| 25224 | 75 | 14 | 14 | 63068 | 47,51 | 3 | 3 | 64814 | 5 | 1 | 1 | | | | |
| 25677 | 91 | 2 | 2 | 63069 * | 51 | 2 | 2 | 64815 | 51 | 1 | 1 | | | | |
| 25888 | 35 | 1 | 1 | 63132 | 49 | 2 | 2 | 64817 | 76 | 7 | 7 | | | | |
| 25937 | 17 | 1 | 1 | 63276 ± | 39,41 | 1 | 1 | 64818 | 77 | 7 | 7 | | | | |
| 26085 | 63 | 1 | 1 | 63481 * | 37 | 1 | 1 | 64850 | 5 | 1 | 1 | | | | |
| 26226 * | 21 | 1 | 1 | 63482 | 37 | 1 | 1 | 64870 | 35 | 8 | 8 | | | | |
| 26240 | 27 | 1 | 1 | 63483 | 37 | 1 | 1 | 64904 * | 67 | 12 | 12 | | | | |
| 26422 | 9 | 2 | 2 | 63630 ± | 65 | 3 | 3 | 64927 ± | 35 | 2 | 2 | | | | |
| 27206 | 91 | 1 | 1 | 63684 | 47,51 | 3 | 3 | 64952 | 39 | 1 | 1 | | | | |
| 27207 | 91 | 1 | 1 | 63743 | 75 | 28 | 28 | 64962 | 89 | 28 | 28 | | | | |
| 27363 | 51 | 2 | 2 | 63744 | 75 | 28 | 28 | 64977 | 8 | 1 | 1 | | | | |
| 27471 | 15 | 2 | 2 | 63746 ± | 73 | 14 | 14 | 64992 | 36 | 2 | 2 | | | | |
| 28152 | 49 | 2 | 2 | 63747 ± | 73 | 14 | 14 | 64998 * | 9 | 1 | 1 | | | | |
| 28304 | 47 | 1 | 1 | 63837 | 41 | 10 | 10 | 64999 * | 9 | 1 | 1 | | | | |
| 28712 ± | 11 | 1 | 1 | 63867 | 5 | 1 | 1 | 65041 | 8 | 2 | 2 | | | | |
| 28842 | 63 | 1 | 1 | 63997 | 5 | 1 | 1 | 65056 * | 47 | 1 | 1 | | | | |
| 28843 | 63 | 1 | 1 | 63998 | 5 | 1 | 1 | 65062 * | 106 | - | # | | | | |
| 28922 | 53 | 1 | 1 | 64029 | 53 | 1 | 1 | 65113 * | 35 | 1 | 1 | | | | |
| 28957 | 18 | 3 | 3 | 64050 ± | 51,53 | 2 | 2 | 65125 | 36 | 1 | 1 | | | | |
| 29087 | 49 | 1 | 1 | 64051 ± | 53 | 1 | 1 | 65158 | 61 | 2 | 2 | | | | |
| 29118 | 15 | 1 | 1 | 64053 ± | 51 | 1 | 1 | 65161 | 35 | 1 | 1 | | | | |
| 29120 | 15 | 1 | 1 | 64120 ± | 51 | 1 | 1 | 65302 | 35 | 1 | 1 | | | | |
| 29121 * | 15 | 1 | 1 | 64130 | 53 | 1 | 1 | 65316 | 97,98 | 1 | 1 | | | | |
| 29124 * | 15 | 1 | 1 | 64220 | 79,82 | 28 | 28 | 65461 | 107 | - | 16 | | | | |
| 29250 | 35 | 1 | 1 | 64222 * | 89 | 56 | 56 | 65462 | 107 | - | 8 | | | | |
| 29288 | 13 | 1 | 1 | 64255 * | 99 | - | 1 | 65656 * | 74 | 14 | 14 | | | | |
| 29289 * | 15 | 1 | 1 | 64280 | 24,98 | 6 | 3 | 65657 | 75 | 14 | 14 | | | | |
| 29291 | 13 | 1 | 1 | 64371 * | 61 | 1 | 1 | 65668 * | 75 | 14 | 14 | | | | |
| 29292 | 13 | 1 | 1 | 64418 * | 7 | 1 | 1 | 65678 | 75 | 28 | 28 | | | | |
| 29320 | 13 | 1 | 1 | 64425 ± | 51 | 1 | 1 | 65679 | 75 | 28 | 28 | | | | |
| 29519 | 15 | 1 | 1 | 64434 * | 7 | 1 | 1 | 65744 * | 60 | 4 | 4 | | | | |
| 29539 | 45 | 1 | 1 | 64560 * | 5 | 1 | 1 | 65745 * | 60 | 1 | 1 | | | | |
| 45286 | 15 | 1 | 1 | 64571 | 109 | 1 | 1 | 65843 | 75 | 14 | 14 | | | | |
| 45439 | 15 | 1 | 1 | 64601 | 13 | 1 | 1 | 65852 | 25 | 1 | 1 | | | | |
| 46484 | 47 | 1 | 1 | 64602 | 19 | 1 | 1 | 65853 | 25 | 1 | 1 | | | | |
| 48573 | 89 | 28 | 28 | 64603 | 19 | 1 | 1 | 65855 | 25 | 1 | 1 | | | | |
| 48672 | 67 | 12 | 12 | 64622 | 15 | 1 | 1 | 65857 | 25 | 1 | 1 | | | | |
| 48778 | 9 | 1 | 1 | 64629 * | 7 | 1 | 1 | 65858 | 25 | 2 | 2 | | | | |
| 49206 | 74 | - | @ | 64630 * | 7 | 1 | 1 | 65965 | 15 | 2 | 2 | | | | |
| 49207 | 74 | - | @ | 64631 * | 7 | 1 | 1 | 66112 | 62 | 1 | 1 | | | | |
| 49638 | 81 | 3 | 3 | 64632 | 29 | 2 | 2 | 66150 * | 82 | 7 | 7 | | | | |
| 49639 | 81 | 2 | 2 | 64637 | 45 | 1 | 1 | 66151 * | 82 | 3 | 3 | | | | |
| 49640 | 81 | 1 | 1 | 64638 | 59 | 1 | 1 | 66152 * | 82 | 7 | 7 | | | | |
| 49641 | 81 | 1 | 1 | 64639 | 60 | 1 | 1 | 66153 * | 82 | 3 | 3 | | | | |
| 49642 | 81 | 1 | 1 | | | | | 66154 | 82 | 1 | 1 | | | | |

# Quantity varies. Refer to indicated page(s) for explanation.

Ex.: 15; Pg.: 508

**RESTRICTED**
AN 02-35HA-4A
## SECTION III—NUMERICAL PARTS LIST

| PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66155 | 82 | 1 | 1 | 66720 * | 51 | 2 | 2 | 68529 | 63 | 1 | 1 |
| 66156 ** | 79 | 7 | 7 | 66723 | 17 | 2 | 2 | 68530 | 63 | 1 | 1 |
| 66157 ** | 79 | 7 | 7 | 66724 | 17 | 1 | 1 | 68533 | 63 | 1 | 1 |
| 66158 ** | 79 | 7 | 7 | 66728 | 82 | 12 | 12 | 68588 | 89 | 28 | 28 |
| 66159 ** | 79 | 6 | 6 | 66738 | 45 | 1 | 1 | 68590 | 73 | 28 | 28 |
| 66160 | 82 | 7 | 7 | 66757 | 64 | 1 | 1 | 68668 | 49 | 1 | 1 |
| 66161 | 79,82 | 14 | 14 | 66779 | 25 | 2 | 2 | 68706 | 49 | 2 | 2 |
| 66162 | 82 | 7 | 7 | 66807 ± | 64 | 6 | 6 | 68780 | 83,86 | 14 | 14 |
| 66163 | 79,82 | 24 | 24 | 66831 | 81 | 6 | 3 | 68796 | 99 | - | 2 |
| 66165 | 79,82 | 13 | 13 | 66836 | 79,82 | 28 | 28 | 68819 | 86 | 7 | 7 |
| 66168 | 80 | 7 | 7 | 66849 | 49 | 2 | 2 | 68827 | 77 | 14 | 14 |
| 66189 * | 24 | 1 | 1 | 66851 | 49 | 2 | 2 | 68865 | 25 | 1 | 1 |
| 66201 | 53 | 1 | 1 | 66928 * | 11 | 1 | 1 | 68898 | 11 | 2 | 2 |
| 66235 | 53 | 1 | 1 | 66966 | 97 | 1 | - | 68899 | 11 | 2 | 2 |
| 66251 | 63 | 1 | 1 | 66986 * | 21 | 1 | 1 | 68900 | 12 | 2 | 2 |
| 66260 | 37 | 1 | 1 | 66993 | 22 | 1 | 1 | 68904 | 99 | - | 2 |
| 66262 | 37 | 5 | 5 | 67051 | 91 | 1 | 1 | 68905 ± | 17 | 1 | 1 |
| 66263 | 37 | 5 | 5 | 67052 | 91 | 1 | 1 | 68968 ** | 47 | 1 | 1 |
| 66264 | 39 | - | 1 | 67221 * | 9 | 1 | 1 | 69072 | 53 | 1 | 1 |
| 66266 | 39 | 3 | 3 | 67241 * | 12 | 1 | 1 | 69075 * | 62 | 1 | 1 |
| 66273 | 31 | 2 | 2 | 67316 | 11 | 4 | 4 | 69076 | 62 | 1 | 1 |
| 66274 | 31 | 2 | 2 | 67399 | 13 | 1 | 1 | 69087 * | 53 | 1 | 1 |
| 66304 | 107 | - | 1 | 67410 | 19 | 1 | 1 | 69089 * | 51 | 1 | 1 |
| 66305 | 107 | 1 | 1 | 67438 * | 51 | 2 | 2 | 69142 | 42 | 1 | 1 |
| 66306 | 107 | - | 2 | 67497 | 65 | 1 | 1 | 69144 | 42,43 | 1 | 1 |
| 66307 | 107 | - | 2 | 67515 * | 37 | 1 | 1 | 69155 | 89 | 28 | 28 |
| 66308 | 107 | - | 1 | 67567 | 49 | 1 | 1 | 69156 | 89 | 28 | 28 |
| 66326 | 45 | - | @ | 67568 | 49 | 1 | 1 | 69165 | 45 | 1 | 1 |
| 66327 | 45 | 1 | 1 | 67569 | 49 | 2 | 2 | 69235 * | 12 | 2 | 2 |
| 66329 | 45 | 1 | 1 | 67570 * | 49 | 1 | 1 | 69383 | 60 | 4 | 4 |
| 66372 | 18 | 1 | 1 | 67571 | 49 | 2 | 2 | 69384 | 61 | 4 | 4 |
| 66373 | 35 | 1 | 1 | 67572 * | 49 | 2 | 2 | 69385 | 61 | 2 | 2 |
| 66374 | 35 | 1 | 1 | 67573 ** | 49 | 1 | 1 | 69386 | 62 | 2 | 2 |
| 66376 | 45 | 1 | 1 | 67574 * | 49 | 1 | 1 | 69390 | 60 | 1 | 1 |
| 66383 | 42 | 1 | 1 | 67575 | 49 | 1 | 1 | 69391 * | 61 | 1 | 1 |
| 66384 | 42,43 | 1 | 1 | 67668 * | 8 | 1 | 1 | 69453 | 91 | 2 | 2 |
| 66386 | 42,43 | 1 | 1 | 67670 * | 8 | 1 | 1 | 69510 ± | 73 | 56 | 56 |
| 66393 | 47 | 1 | 1 | 67673 * | 51 | 2 | 2 | 69537 ** | 65 | 1 | 1 |
| 66394 | 47 | 1 | 1 | 67680 | 39,41 | 1 | 1 | 69556 | 39 | 1 | 1 |
| 66414 ± | 53 | 2 | 2 | 67698 * | 8 | 1 | 1 | 69632 | 64 | 20 | 20 |
| 66419 * | 98 | 1 | - | 67708 * | 85 | 7 | 7 | 69634 | 64 | 1 | 1 |
| 66432 | 67 | 2 | 2 | 67713 | 87 | 7 | 7 | 69647 * | 73 | 7 | 7 |
| 66444 * | 47 | 1 | 1 | 67715 * | 86 | 7 | 6 | 69648 ** | 73 | 7 | 7 |
| 66445 | 47 | 1 | 1 | 67718 ** | 85 | 7 | 7 | 69756 | 53 | 1 | 1 |
| 66446 | 17 | 1 | 1 | 67719 * | 85 | 7 | 7 | 69761 * | 73 | 14 | 14 |
| 66449 | 24 | 1 | 1 | 67720 | 86 | 7 | 7 | 69781 | 35 | 1 | 1 |
| 66450 | 25 | 1 | 1 | 67722 * | 85 | 7 | 7 | 69886 ± | 67 | 2 | 2 |
| 66451 | 25 | 1 | 1 | 67791 * | 5 | 1 | 1 | 69991 | 29 | 2 | 2 |
| 66453 | 25 | 1 | 1 | 67795 | 19 | 1 | 1 | 88783 | 93 | 21 | 21 |
| 66498 ** | 29 | 2 | 2 | 67804 * | 17 | 1 | 1 | 88986 | 93 | 1 | 1 |
| 66499 ** | 29 | 2 | 2 | 67828 | 89 | 28 | 28 | 88988 | 93 | 2 | 2 |
| 66503 | 79 | 1 | 1 | 67860 | 68 | 12 | 12 | 89608 | 74 | 14 | 14 |
| 66504 ** | 79 | 1 | 1 | 67863 | 59 | 1 | 1 | 89609 | 74 | 14 | 14 |
| 66505 ** | 82 | 3 | 3 | 67882 | 63 | 1 | 1 | 89652 | 109 | 1 | 1 |
| 66506 ** | 82 | 3 | 3 | 68221 | 53 | 1 | 1 | 89896 | 21 | 1 | 1 |
| 66538 | 79,81 | 15 | 15 | 68222 | 53 | 1 | 1 | 89924N3 | 69 | - | @ |
| | 83 | | | 68382 | 24 | 1 | 1 | 89925N3 | 69 | - | @ |
| 66539 | 83 | 1 | 1 | 68417 * | 15 | 1 | 1 | 110102 * | 61 | 1 | 1 |
| 66636 | 64 | 1 | 1 | 68421 | 11 | 1 | 1 | 110117 | 64 | 20 | 20 |
| 66673 | 98 | 2 | - | 68422 | 11 | 1 | 1 | 110169 | 53 | 2 | 2 |
| 66674 * | 98 | 2 | - | 68423 | 11 | 1 | 1 | 110219 | 77 | 28 | 28 |
| 66675 * | 98 | 1 | - | 68424 | 11 | 1 | 1 | 110235 | 24 | 1 | 1 |
| 66677 | 19 | 3 | 3 | 68498 ± | 77 | 42 | 42 | 110238 | 24 | 1 | 1 |
| 66700 ± | 73 | 14 | 14 | 68505 | 75 | 28 | 28 | 110239 | 24 | 1 | 1 |

Ex.: 15; Pg.: 509

**RESTRICTED**
AN 02-35HA-4A
## SECTION III—NUMERICAL PARTS LIST

| PART NUMBER | | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | PART NUMBER | | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | PART NUMBER | | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110241 | | 24 | 1 | 1 | 112373 | | 24 | 1 | 1 | 113690 | | 39,41 | 1 | 1 |
| 110242 | | 24 | 3 | 3 | 112381 | | 75 | 28 | 28 | 113724 | | 60 | 2 | 2 |
| 110261 | | 29 | 4 | 4 | 112382 | | 75 | 28 | 28 | 113752 | | 45 | - | 1 |
| 110265 | * | 65 | 1 | 1 | 112442 | * | 21 | 1 | 1 | 113766 | * | 59 | 1 | 1 |
| 110276 | | 63 | 1 | 1 | 112505 | * | 41 | 1 | 1 | 113817 | | 82 | 1 | 1 |
| 110329 | | 64 | 1 | 1 | 112517 | * | 40 | 1 | 1 | 113818 | | 82 | 1 | 1 |
| 110351 | | 62 | 2 | 2 | 112518 | | 40 | 4 | 4 | 113852 | | 60 | 1 | 1 |
| 110352 | | 61 | 2 | 2 | 112520 | | 41 | 1 | 1 | 113853 | | 60 | 1 | 1 |
| 110354 | | 61 | 4 | 4 | 112521 | | 41 | 1 | 1 | 113861 | | 75 | 28 | 28 |
| 110355 | | 61 | 4 | 4 | 112522 | | 40 | @ | @ | 113862 | * | 75 | 14 | 14 |
| 110458 | | 7 | 14 | 14 | 112534 | | 41 | 1 | 1 | 113863 | * | 75 | 14 | 14 |
| 110487 | | 42 | 1 | 1 | 112535 | | 40 | 1 | 1 | 113960 | | 47 | 1 | 1 |
| 110488 | | 42 | 1 | 1 | 112536 | | 41 | 1 | 1 | 113961 | * | 21 | 1 | 1 |
| 110489 | | 42 | 1 | 1 | 112537 | | 40 | 1 | 1 | 114041 | ± | 77 | 42 | 42 |
| 110490 | | 42 | 1 | 1 | 112543 | | 41 | 1 | 1 | 114179 | | 36 | 1 | 1 |
| 110491 | | 42 | 1 | 1 | 112560 | | 73 | 7 | 7 | 114191 | | 61 | 1 | 1 |
| 110526 | * | 79 | 7 | 7 | 112561 | * | 40 | 1 | 1 | 114192 | | 61 | 1 | 1 |
| 110539 | * | 62 | 2 | 2 | 112562 | | 40 | 1 | 1 | 114292 | | 67 | 2 | 2 |
| 110540 | * | 62 | 2 | 2 | 112566 | | 40 | 8 | 8 | 114334 | * | 61 | 1 | 1 |
| 110565 | | 24 | 2 | 2 | 112620 | * | 43 | 1 | 1 | 114335 | * | 61 | 1 | 1 |
| 110566 | | 25 | 1 | 1 | 112665 | ± | 77 | 11 | 11 | 114337 | | 41 | @ | @ |
| 110568 | | 25 | 1 | 1 | 112828 | | 87 | 7 | 7 | 114566 | | 22 | 1 | 1 |
| 110593 | * | 67 | 2 | 2 | 112882 | | 80,83 | 28 | 28 | 114574 | | 49 | 1 | 1 |
| 110594 | ± | 67 | 2 | 2 | 112883 | | 80,83 | 32 | 32 | 114587 | | 41 | 1 | 1 |
| 110639 | | 21 | 1 | 1 | 112898 | * | 39,41 | 1 | 1 | 114588 | * | 41 | 1 | 1 |
| 111075 | | 82 | 2 | 2 | 112981 | | 29 | 1 | 1 | 114755 | | 68 | @ | @ |
| 111084 | | 22 | 1 | 1 | 112982 | | 29 | 1 | 1 | 115012 | * | 61 | 1 | 1 |
| 111092 | | 51 | 1 | 1 | 112934 | | 5 | 1 | 1 | 115109 | | 61 | 1 | 1 |
| 111107 | * | 99 | - | 1 | 113089 | * | 64 | 2 | 2 | 115130 | | 87 | 7 | 7 |
| 111118 | | 75 | @ | @ | 113090 | * | 64 | 1 | 1 | 115218 | * | 101 | 1 | - |
| 111119 | | 76 | @ | @ | 113102N2 | | 94 | 21 | 21 | 115233N1 | | 98 | 1 | - |
| 111201 | | 33 | 1 | 1 | 113102N11 | | 94 | 7 | 7 | 115289 | * | 102 | 1 | - |
| 111254 | | 39,42 | 1 | 1 | 113103N2 | | 94 | @ | @ | 115290 | * | 102 | 1 | - |
| 111298 | | 45 | 10 | 10 | 113103N21 | | 94 | @ | @ | 115292 | * | 102 | 1 | - |
| 111370 | | 5 | 1 | 1 | 113104 | | 67 | 12 | 12 | 115293 | * | 105 | 1 | - |
| 111536 | * | 73 | 14 | 14 | 113147 | | 36 | 1 | 1 | 115358 | * | 13 | 1 | 1 |
| 111576 | ± | 62 | 1 | 1 | 113148 | | 35 | 1 | 1 | 115360 | * | 60 | 1 | 1 |
| 111615 | * | 62 | 2 | 2 | 113171 | ± | 75 | 28 | 28 | 115361 | * | 61 | 2 | 2 |
| 111616 | * | 62 | 2 | 2 | 113292 | * | 86 | 7 | 7 | 115362 | | 60 | 1 | 1 |
| 111619 | * | 37 | 1 | 1 | 113294 | | 87 | 7 | 7 | 115390 | | 43 | 1 | 1 |
| 111671 | | 65 | 1 | 1 | 113296 | | 87 | 7 | 7 | 115432 | * | 103 | 1 | 1 |
| 111742 | | 21 | 1 | 1 | 113298 | * | 86 | 7 | 7 | 115458 | | 45 | 1 | 1 |
| 111754N3 | | 93 | 1 | 1 | 113299 | | 86 | 7 | 7 | 115459 | | 45 | 1 | 1 |
| 111815 | | 19 | 1 | 1 | 113300 | * | 86 | 7 | 7 | 115460 | | 45 | 1 | 1 |
| 111816 | * | 17 | 1 | 1 | 113301 | | 87 | 7 | 7 | 115461 | | 45 | 1 | 1 |
| 111912 | * | 81 | - | 1 | 113302 | | 87 | 7 | 7 | 115513 | | 37 | - | 5 |
| 111914 | * | 81 | - | 2 | 113303 | | 87 | 7 | 7 | 115535 | * | 13 | 1 | 1 |
| 111916 | * | 81 | - | 1 | 113306 | * | 82 | - | 3 | 115613 | * | 39,41 | 1 | 1 |
| 112043 | | 45 | 5 | 5 | 113308 | * | 86 | - | 1 | 115666 | * | 5 | 1 | 1 |
| 112095 | | 24 | 1 | 1 | 113326 | | 17 | 1 | 1 | 115887 | | 68 | 2 | 2 |
| 112184 | * | 24 | 1 | 1 | 113388 | * | 35 | 1 | 1 | 115942 | | 87 | 7 | 7 |
| 112192 | | 24 | 1 | 1 | 113391 | | 9 | 1 | 1 | 115943 | | 83 | 7 | 7 |
| 112231 | * | 24 | 1 | 1 | 113435 | * | 39,41 | 1 | 1 | 115961N2 | | 91 | 1 | 1 |
| 112256 | | 27 | 1 | 1 | 113501 | | 43 | 2 | 2 | 116172 | | 47 | 1 | 1 |
| 112275 | | 25 | 1 | 1 | 113502 | * | 43 | 1 | 1 | 116206 | ± | 77 | 3 | 3 |
| 112277 | | 80 | 7 | 7 | 113503 | * | 43 | 1 | 1 | 116442 | | 89 | 28 | 28 |
| 112278 | | 80 | 7 | 7 | 113511 | | 45 | 1 | 1 | 116773 | | 9 | 14 | 14 |
| 112279 | | 82 | 7 | 7 | 113514 | | 60,61 | 8 | 8 | 116964 | | 27 | 1 | 1 |
| 112281 | * | 85 | 7 | 7 | 113515 | | 60,61 | 4 | 4 | 117011 | | 67 | 12 | 12 |
| 112282 | * | 85 | 7 | 7 | 113516 | | 60 | 2 | 2 | 117022N2 | | 98 | 1 | - |
| 112346 | | 64 | 20 | 20 | 113517 | | 61 | 2 | 2 | 117068 | * | 60 | 1 | 1 |
| 112365 | | 12 | # | # | 113526 | | 39,42 | 3 | 3 | 117069 | * | 61 | 2 | 2 |
| 112367 | | 62 | 4 | 4 | 113596 | * | 41 | 1 | 1 | 117111 | | 77 | 7 | 7 |
| 112369 | | 62 | 4 | 4 | 113606 | | 39 | 4 | 4 | 117230 | | 76 | 14 | 14 |

# Quantity varies. Refer to indicated page(s) for explanation.

Ex.: 15; Pg.: 510

## SECTION III—NUMERICAL PARTS LIST

| PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | -23 | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | -23 | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 | -23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 117231 | 76 | 14 | 14 | 412336 | 53 | 1 | 1 | 417300 | 101 | @ | - |
| 117236 | 76 | 28 | 28 | 412393 | 12 | 2 | 2 | 417302 | 102 | @ | - |
| 117310 * | 61 | 1 | 1 | 412524 ** | 60 | 1 | 1 | 417303 | 105 | 1 | - |
| 117311 * | 61 | 1 | 1 | 412525 ** | 60 | 1 | 1 | 417371 * | 60 | 1 | 1 |
| 117450 | 42 | 4 | 4 | 412553 ** | 51 | 1 | 1 | 417372 ** | 60 | 1 | 1 |
| 117816 * | 17 | 1 | 1 | 412554 | 51 | 1 | 1 | 417469 | 103 | @ | - |
| 117964 ** | 105 | 1 | - | 412761N3 | 72 | - | @ | 417525 * | 12 | 1 | 1 |
| 117965 * | 103 | 1 | - | 412762N3 | 72 | - | @ | 417527 | 12 | - | @ |
| 117966 * | 101 | 1 | - | 413206 | 29 | 2 | 2 | 417528 | 12 | @ | - |
| 118383 | 95 | 28 | 28 | 413343 | 47 | 1 | 1 | 417680N3 | 72 | @ | @ |
| 118744 * | 40 | 1 | 1 | 413392 | 42 | 1 | 1 | 417682N3 | 72 | @ | @ |
| 118745 | 41 | 1 | 1 | 413464Y1 | 67 | 2 | 2 | 417937N2 | 74 | 14 | 14 |
| 118995 | 91 | 1 | 1 | 413501 | 33 | 1 | 1 | 418011 | 79 | 7 | 7 |
| 120724 | 51 | 1 | 1 | 413817 | 99 | - | 1 | 418203N1 | 74 | 14 | 14 |
| 120869 | 36 | 1 | 1 | 413835 | 21 | 1 | 1 | 418428 ± | 77 | 3 | 3 |
| 126054 | 39 | 1 | 1 | 413923 * | 79,81 | 13 | 13 | 418454 ▲ | 60 | 1 | 1 |
| 126055 | 37 | 1 | 1 | 413924 | 79,81 | 7 | 7 | 418455 * | 60 | 1 | 1 |
| 126140 | 13 | 2 | 2 | 414186 | 37 | 1 | 1 | 418606 | 55 | @ | @ |
| 126238 | 36 | 1 | 1 | 414331 * | 17 | 1 | 1 | 418927 * | 17 | 1 | 1 |
| 126249 * | 37 | 1 | 1 | 414472 ** | 21 | 1 | 1 | 420028 | 103 | 1 | - |
| 126323 | 76 | 56 | 56 | 414495 | 81 | 3 | 1 | 420029 | 103 | 1 | - |
| 392320 | 97 | - | 1 | 414519 | 51 | 1 | 1 | 420030 | 101 | 1 | - |
| 410107 | 47 | 1 | 1 | 414689 | 24 | @ | @ | 420339 | 102 | 1 | - |
| 410149 | 98 | 1 | - | 414691 * | 24 | 1 | 1 | 420380 | 102 | 1 | 1 |
| 410156 | 105 | - | 1 | 414692 | 23 | @ | @ | 420382 | 102 | 1 | - |
| 410157 | 105 | - | 1 | 414706 | 27 | 1 | 1 | 420449 | 83 | 2 | 2 |
| 410158 | 106 | - | 1 | 414852 | 21 | 1 | 1 | 420470 | 40 | 1 | 1 |
| 410159 | 106 | - | 1 | 414876 | 81 | 3 | 2 | 420492 | 7 | 1 | 1 |
| 410160 | 106 | - | 1 | 414919 | 65 | 1 | 1 | 420495 | 17 | 1 | 1 |
| 410161 | 106 | - | 1 | 415009 | 40 | @ | @ | 420534 | 12 | - | 1 |
| 410162 | 106 | - | 1 | 415012 | 41 | 1 | 1 | 420535 | 12 | 1 | 1 |
| 410163 | 106 | - | 1 | 415023 | 40 | 1 | 1 | 420537 | 11 | 1 | 1 |
| 410164 | 106 | - | 1 | 415269 | 39,41 | 1 | 1 | 420538 | 24 | 1 | 1 |
| 410165 | 106 | - | 1 | 415386 | 43 | 1 | 1 | 420539N3 | 72 | 7 | 7 |
| 410166 | 106 | - | 1 | 415412 | 64 | 1 | 1 | 420540N3 | 73 | 7 | 7 |
| 410167 | 106 | - | 1 | 415437 | 83 | 12 | 12 | 420541 | 23 | 1 | 1 |
| 410267 | 98 | 1 | - | 415497 | 83 | 2 | 2 | 421175 | 59 | 1 | 1 |
| 410309 | 51 | 2 | 2 | 415617N2 | 85 | 7 | 7 | 421183 | 37 | 1 | 1 |
| 410493 * | 11 | 1 | 1 | 415618N1 | 85 | 7 | 7 | 850768 | 93 | 21 | 21 |
| 410722 * | 7 | 1 | 1 | 415619N1 | 85 | 7 | 7 | 850801 | 93 | 28 | 28 |
| 410751 | 9 | 1 | 1 | 415623N1 | 79 | 6 | 6 | 851152 | 93 | 2 | 2 |
| 410768 | 12 | 1 | 1 | 415624N1 | 79 | 1 | 1 | 851442 | 93 | 21 | 21 |
| 410931 * | 7 | 1 | 1 | 415633N1 | 85 | - | 1 | 851578 | 93 | 7 | 7 |
| 410932 * | 7 | @ | @ | 415636N1 | 81 | - | 1 | 851584 | 93 | 1 | 1 |
| 411004 | 37 | - | 1 | 415637N1 | 81 | - | 1 | 851656 | 93 | 21 | 21 |
| 411038 | 49 | 1 | 1 | 415641 | 81 | - | 1 | 851682 | 93 | 1 | 1 |
| 411041 | 49 | 2 | 2 | 415647 * | 5 | 1 | 1 | 851683 | 93 | 1 | 1 |
| 411042 | 49 | 1 | 1 | 415648 | 5 | 1 | 1 | 851693 | 93 | 7 | 7 |
| 411063 | 49 | 1 | 1 | 415651 | 81 | - | 1 | 851699 | 93 | 7 | 7 |
| 411124 | 8 | 1 | 1 | 415660 | 81 | - | 1 | 851700 | 93 | 7 | 7 |
| 411145 | 8 | 1 | 1 | 415690N1 | 81 | - | 1 | 851719 | 93 | 1 | 1 |
| 411152 | 85 | 7 | 6 | 415712 | 35 | 1 | 1 | 851720 | 93 | 1 | 1 |
| 411153 | 85 | 7 | 7 | 415728 | 16 | @ | @ | 851721 | 93 | 1 | 1 |
| 411227 | 17 | 1 | 1 | 415831 | 43 | 1 | 1 | 851722 | 93 | 1 | 1 |
| 411268 * | 59 | 1 | 1 | 415934 | 41 | 1 | 1 | 851983 | 93 | 21 | 21 |
| 411614 | 85 | 7 | 7 | 416107 | 58 | @ | @ | 851985 | 93 | 7 | 7 |
| 411616 | 85 | 7 | 7 | 416186 | 21 | 1 | 1 | 852086 | 93 | 7 | 7 |
| 411617 | 85 | 7 | 7 | 416304 | 58 | @ | @ | 852087 | 93 | 2 | 2 |
| 411716 | 15 | 1 | 1 | 416506 ± | 77 | 11 | 11 | 852088 | 93 | 4 | 4 |
| 411736 | 11 | 1 | 1 | 416585 | 16 | @ | @ | 852604 | 93 | 21 | 21 |
| 411802 * | 53 | 1 | 1 | 416828 | 15 | @ | @ | 853908 | 93 | 8 | 8 |
| 411969 | 9 | @ | @ | 416937 | 59 | @ | @ | 853940 | 93 | 1 | 1 |
| 412209 | 47 | 1 | 1 | 417088 | 101 | @ | - | 853991 | 93 | 4 | 4 |
| 412315 | 62 | 1 | 1 | 417294 * | 59 | 1 | 1 | | | 2 | 2 |

Ex.: 15; Pg.: 511

RESTRICTED
AN 02-35HA-4A
SECTION III—NUMERICAL PARTS LIST

| PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY -19 -23 | | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY | PART NUMBER | GROUP LIST PAGE NUMBERS | TOTAL QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 854156 | 93 | 7 | 7 | | | | | | |
| 890036 ± | 77 | 11 | 11 | | | | | | |
| 890044 | 74 | 14 | 14 | | | | | | |
| 890045 | 74 | 14 | 14 | | | | | | |
| 890095 ± | 77 | 3 | 3 | | | | | | |
| 890103N3 | 69 | 7 | 7 | | | | | | |
| 890104N3 | 69 | 7 | 7 | | | | | | |

Ex.: 15; Pg.: 512

Case MDL No. 875 Document 6665-4 Filed 01/28/11 Page 14 of 15
Case 3:11-cv-00067-JSW Document 69-2 Filed 01/24/11 Page 29 of 46

RESTRICTED
AN 02-35HA-4A

SECTION III — NUMERICAL PARTS LIST

| OVERSIZE AND/OR UNDERSIZE PART NUMBER | STANDARD SIZE PART NUMBER | DESCRIPTION | |
|---|---|---|---|
| | | **OVERSIZE AND UNDERSIZE PARTS LIST** | |
| 13H55  | 13D55  | PIN - Straight    | .002" OS OD |
| 13S55  | 13D55  | PIN - Straight    | .010" OS OD |
| 13J55  | 13D55  | PIN - Straight    | .015" OS OD |
| 19H16  | 19D16  | BUSHING - Screw   | .003" OS OD |
| 19S16  | 19D16  | BUSHING - Screw   | .007" OS OD |
| 19J16  | 19D16  | BUSHING - Screw   | .012" OS OD |
| 118H2  | 118D2  | STUD - Straight   | .003" OS OD |
| 118S2  | 118D2  | STUD - Straight   | .007" OS OD |
| 118J2  | 118D2  | STUD - Straight   | .012" OS OD |
| 118H7  | 118D7  | STUD - Straight   | .003" OS OD |
| 118S7  | 118D7  | STUD - Straight   | .007" OS OD |
| 118J7  | 118D7  | STUD - Straight   | .012" OS OD |
| 126H154 | 126D154 | STUD - Stepped  | .003" OS OD |
| 126S154 | 126D154 | STUD - Stepped  | .007" OS OD |
| 126J154 | 126D154 | STUD - Stepped  | .012" OS OD |
| 126H169 | 126D169 | STUD - Stepped  | .003" OS OD |
| 126S169 | 126D169 | STUD - Stepped  | .007" OS OD |
| 126J169 | 126D169 | STUD - Stepped  | .012" OS OD |
| 126H177 | 126D177 | STUD - Stepped  | .003" OS OD |
| 126S177 | 126D177 | STUD - Stepped  | .007" OS OD |
| 126J177 | 126D177 | STUD - Stepped  | .012" OS OD |
| 2028H8  | 2028D8  | STUD - Straight | .003" OS OD |
| 2028S8  | 2028D8  | STUD - Straight | .007" OS OD |
| 2028J8  | 2028D8  | STUD - Straight | .012" OS OD |
| 2028H21 | 2028D21 | STUD - Straight | .003" OS OD |
| 2028S21 | 2028D21 | STUD - Straight | .007" OS OD |
| 2028J21 | 2028D21 | STUD - Straight | .012" OS OD |
| 2028H37 | 2028D37 | STUD - Straight | .003" OS OD |
| 2028S37 | 2028D37 | STUD - Straight | .007" OS OD |
| 2028J37 | 2028D37 | STUD - Straight | .012" OS OD |
| 2029H9  | 2029D9  | STUD - Straight | .003" OS OD |
| 2029S9  | 2029D9  | STUD - Straight | .007" OS OD |
| 2029J9  | 2029D9  | STUD - Straight | .012" OS OD |
| 2029H10 | 2029D10 | STUD - Straight | .003" OS OD |
| 2029S10 | 2029D10 | STUD - Straight | .007" OS OD |
| 2029J10 | 2029D10 | STUD - Straight | .012" OS OD |
| 2029H11 | 2029D11 | STUD - Straight | .003" OS OD |
| 2029S11 | 2029D11 | STUD - Straight | .007" OS OD |
| 2029J11 | 2029D11 | STUD - Straight | .012" OS OD |
| 2029H12 | 2029D12 | STUD - Straight | .003" OS OD |
| 2029S12 | 2029D12 | STUD - Straight | .007" OS OD |
| 2029J12 | 2029D12 | STUD - Straight | .012" OS OD |
| 2029H17 | 2029D17 | STUD - Straight | .003" OS OD |
| 2029S17 | 2029D17 | STUD - Straight | .007" OS OD |
| 2029J17 | 2029D17 | STUD - Straight | .012" OS OD |
| 2029H18 | 2029D18 | STUD - Straight | .003" OS OD |
| 2029S18 | 2029D18 | STUD - Straight | .007" OS OD |
| 2029J18 | 2029D18 | STUD - Straight | .012" OS OD |
| 2029H19 | 2029D19 | STUD - Straight | .003" OS OD |
| 2029S19 | 2029D19 | STUD - Straight | .007" OS OD |
| 2029J19 | 2029D19 | STUD - Straight | .012" OS OD |
| 2029H22 | 2029D22 | STUD - Straight | .003" OS OD |
| 2029S22 | 2029D22 | STUD - Straight | .007" OS OD |
| 2029J22 | 2029D22 | STUD - Straight | .012" OS OD |
| 2029H34 | 2029D34 | STUD - Straight | .003" OS OD |
| 2029S34 | 2029D34 | STUD - Straight | .007" OS OD |
| 2029J34 | 2029D34 | STUD - Straight | .012" OS OD |
| 2029H51 | 2029D51 | STUD - Straight | .003" OS OD |
| 2029S51 | 2029D51 | STUD - Straight | .007" OS OD |
| 2029J51 | 2029D51 | STUD - Straight | .012" OS OD |
| 2029H62 | 2029D62 | STUD - Straight | .003" OS OD |
| 2029S62 | 2029D62 | STUD - Straight | .007" OS OD |

Ex.: 15; Pg.: 513

RESTRICTED
AN 02-35HA-4A
SECTION III — NUMERICAL PARTS LIST

| OVERSIZE AND/OR UNDERSIZE PART NUMBER | STANDARD SIZE PART NUMBER | DESCRIPTION | |
|---|---|---|---|
| | | OVERSIZE AND UNDERSIZE PARTS LIST | |
| 2029J62 | 2029D62 | STUD - Straight | .012" OS OD |
| 2030H9 | 2030D9 | STUD - Straight | .003" OS OD |
| 2030S9 | 2030D9 | STUD - Straight | .007" OS OD |
| 2030J9 | 2030D9 | STUD - Straight | .012" OS OD |
| 2030H10 | 2030D10 | STUD - Straight | .003" OS OD |
| 2030S10 | 2030D10 | STUD - Straight | .007" OS OD |
| 2030J10 | 2030D10 | STUD - Straight | .012" OS OD |
| 2030H12 | 2030D12 | STUD - Straight | .003" OS OD |
| 2030S12 | 2030D12 | STUD - Straight | .007" OS OD |
| 2030J12 | 2030D12 | STUD - Straight | .012" OS OD |
| 2030H23 | 2030D23 | STUD - Straight | .003" OS OD |
| 2030S23 | 2030D23 | STUD - Straight | .007" OS OD |
| 2030J23 | 2030D23 | STUD - Straight | .012" OS OD |
| 2030H31 | 2030D31 | STUD - Straight | .003" OS OD |
| 2030S31 | 2030D31 | STUD - Straight | .007" OS OD |
| 2030J31 | 2030D31 | STUD - Straight | .012" OS OD |
| 2031H10 | 2031D10 | STUD - Straight | .003" OS OD |
| 2031S10 | 2031D10 | STUD - Straight | .007" OS OD |
| 2031J10 | 2031D10 | STUD - Straight | .012" OS OD |
| 2031H18 | 2031D18 | STUD - Straight | .003" OS OD |
| 2031S18 | 2031D18 | STUD - Straight | .007" OS OD |
| 2031J18 | 2031D18 | STUD - Straight | .012" OS OD |
| 2031H20 | 2031D20 | STUD - Straight | .003" OS OD |
| 2031S20 | 2031D20 | STUD - Straight | .007" OS OD |
| 2031J20 | 2031D20 | STUD - Straight | .012" OS OD |
| 2032H7 | 2032D7 | STUD - Straight | .003" OS OD |
| 2032S7 | 2032D7 | STUD - Straight | .007" OS OD |
| 2032J7 | 2032D7 | STUD - Straight | .012" OS OD |
| 2032H8 | 2032D8 | STUD - Straight | .003" OS OD |
| 2032S8 | 2032D8 | STUD - Straight | .007" OS OD |
| 2032J8 | 2032D8 | STUD - Straight | .012" OS OD |
| 2032H10 | 2032D10 | STUD - Straight | .003" OS OD |
| 2032S10 | 2032D10 | STUD - Straight | .007" OS OD |
| 2032J10 | 2032D10 | STUD - Straight | .012" OS OD |
| 2035H3 | 2035D3 | STUD - Straight | .003" OS OD |
| 2035S3 | 2035D3 | STUD - Straight | .007" OS OD |
| 2035J3 | 2035D3 | STUD - Straight | .012" OS OD |
| 2043H27 | 2043D27 | STUD - Straight | .003" OS OD |
| 2043S27 | 2043D27 | STUD - Straight | .007" OS OD |
| 2043J27 | 2043D27 | STUD - Straight | .012" OS OD |
| 2043H67 | 2043D67 | STUD - Straight | .003" OS OD |
| 2043S67 | 2043D67 | STUD - Straight | .007" OS OD |
| 2043J67 | 2043D67 | STUD - Straight | .012" OS OD |
| 2049H14 | 2049D14 | STUD - Straight | .003" OS OD |
| 2049S14 | 2049D14 | STUD - Straight | .007" OS OD |
| 2049J14 | 2049D14 | STUD - Straight | .012" OS OD |
| 2049H16 | 2049D16 | STUD - Necked | .003" OS OD |
| 2049S16 | 2049D16 | STUD - Necked | .007" OS OD |
| 2049J16 | 2049D16 | STUD - Necked | .012" OS OD |
| 2049H34 | 2049D34 | STUD - Straight | .003" OS OD |
| 2049S34 | 2049D34 | STUD - Straight | .007" OS OD |
| 2049J34 | 2049D34 | STUD - Straight | .012" OS OD |
| 2134H75 | 2134D75 | STUD - Stepped | .003" OS OD |
| 2134S75 | 2134D75 | STUD - Stepped | .007" OS OD |
| 2134J75 | 2134D75 | STUD - Stepped | .012" OS OD |
| 2134H80 | 2134D80 | STUD - Stepped | .003" OS OD |
| 2134S80 | 2134D80 | STUD - Stepped | .007" OS OD |
| 2134J80 | 2134D80 | STUD - Stepped | .012" OS OD |
| 2135H75 | 2135D75 | STUD - Stepped | .003" OS OD |
| 2135S75 | 2135D75 | STUD - Stepped | .007" OS OD |
| 2135J75 | 2135D75 | STUD - Stepped | .012" OS OD |

Ex.: 15; Pg.: 514