Exhibit G, Part 36 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6666-2 Filed 04/24/11 Page 1 of 16
Case 3:11-cv-00061-JSW Document 69-2 Filed 04/24/11 Page 31 of 46

**RESTRICTED**
AN 02-35HA-4A
## SECTION III — NUMERICAL PARTS LIST

| OVERSIZE AND/OR UNDERSIZE PART NUMBER | STANDARD SIZE PART NUMBER | DESCRIPTION | |
|---|---|---|---|
| | | **OVERSIZE AND UNDERSIZE PARTS LIST** | |
| 2135H90 | 2135D90 | STUD - Stepped | .003" OS OD |
| 2135S90 | 2135D90 | STUD - Stepped | .007" OS OD |
| 2135J90 | 2135D90 | STUD - Stepped | .012" OS OD |
| 2135H100 | 2135D100 | STUD - Stepped | .003" OS OD |
| 2135S100 | 2135D100 | STUD - Stepped | .007" OS OD |
| 2135J100 | 2135D100 | STUD - Stepped | .012" OS OD |
| 2135H135 | 2135D135 | STUD - Stepped | .003" OS OD |
| 2135S135 | 2135D135 | STUD - Stepped | .007" OS OD |
| 2135J135 | 2135D135 | STUD - Stepped | .012" OS OD |
| 2135H140 | 2135D140 | STUD - Stepped | .003" OS OD |
| 2135S140 | 2135D140 | STUD - Stepped | .007" OS OD |
| 2135J140 | 2135D140 | STUD - Stepped | .012" OS OD |
| 2136H65 | 2136D65 | STUD - Stepped | .003" OS OD |
| 2136S65 | 2136D65 | STUD - Stepped | .007" OS OD |
| 2136J65 | 2136D65 | STUD - Stepped | .012" OS OD |
| 2136H75 | 2136D75 | STUD - Stepped | .003" OS OD |
| 2136S75 | 2136D75 | STUD - Stepped | .007" OS OD |
| 2136J75 | 2136D75 | STUD - Stepped | .012" OS OD |
| 2143H50 | 2143D50 | STUD - Stepped | .003" OS OD |
| 2143S50 | 2143D50 | STUD - Stepped | .007" OS OD |
| 2143J50 | 2143D50 | STUD - Stepped | .012" OS OD |
| 2143H55 | 2143D55 | STUD - Stepped | .003" OS OD |
| 2143S55 | 2143D55 | STUD - Stepped | .007" OS OD |
| 2143J55 | 2143D55 | STUD - Stepped | .012" OS OD |
| 2145H95 | 2145D95 | STUD - Stepped | .003" OS OD |
| 2145S95 | 2145D95 | STUD - Stepped | .007" OS OD |
| 2145J95 | 2145D95 | STUD - Stepped | .012" OS OD |
| 2146H75 | 2146D75 | STUD - Stepped | .003" OS OD |
| 2146S75 | 2146D75 | STUD - Stepped | .007" OS OD |
| 2146J75 | 2146D75 | STUD - Stepped | .012" OS OD |
| 2146H95 | 2146D95 | STUD - Stepped | .003" OS OD |
| 2146S95 | 2146D95 | STUD - Stepped | .007" OS OD |
| 2146J95 | 2146D95 | STUD - Stepped | .012" OS OD |
| 2147H125 | 2147D125 | STUD - Stepped | .003" OS OD |
| 2147S125 | 2147D125 | STUD - Stepped | .007" OS OD |
| 2147J125 | 2147D125 | STUD - Stepped | .012" OS OD |
| 2147H195 | 2147D195 | STUD - Stepped | .003" OS OD |
| 2147S195 | 2147D195 | STUD - Stepped | .007" OS OD |
| 2147J195 | 2147D195 | STUD - Stepped | .012" OS OD |
| 2147H200 | 2147D200 | STUD - Stepped | .003" OS OD |
| 2147S200 | 2147D200 | STUD - Stepped | .007" OS OD |
| 2147J200 | 2147D200 | STUD - Stepped | .012" OS OD |
| 2148H115 | 2148D115 | STUD - Stepped | .003" OS OD |
| 2148S115 | 2148D115 | STUD - Stepped | .007" OS OD |
| 2148J115 | 2148D115 | STUD - Stepped | .012" OS OD |
| 2148H155 | 2148D155 | STUD - Stepped | .003" OS OD |
| 2148S155 | 2148D155 | STUD - Stepped | .007" OS OD |
| 2148J155 | 2148D155 | STUD - Stepped | .012" OS OD |
| 4015H3 | 4015D3 | BUSHING - Screw | .003" OS OD |
| 4015S3 | 4015D3 | BUSHING - Screw | .007" OS OD |
| 4015J3 | 4015D3 | BUSHING - Screw | .012" OS OD |
| 4016H2 | 4016D2 | BUSHING - Screw | .003" OS OD |
| 4016S2 | 4016D2 | BUSHING - Screw | .007" OS OD |
| 4016J2 | 4016D2 | BUSHING - Screw | .012" OS OD |
| 4016H4 | 4016D4 | BUSHING - Screw | .003" OS OD |
| 4016S4 | 4016D4 | BUSHING - Screw | .007" OS OD |
| 4016J4 | 4016D4 | BUSHING - Screw | .012" OS OD |
| 4020H10 | 4020D10 | STUD - Stepped | .003" OS OD |
| 4020S10 | 4020D10 | STUD - Stepped | .007" OS OD |
| 4020J10 | 4020D10 | STUD - Stepped | .012" OS OD |
| 4028S2 | 4028D2 | BUSHING - Screw | .003" OS OD |

Ex.: 15; Pg.: 515

**RESTRICTED**
AN 02-35HA-4A

## SECTION III — NUMERICAL PARTS LIST

| OVERSIZE AND/OR UNDERSIZE PART NUMBER | STANDARD SIZE PART NUMBER | DESCRIPTION | |
|---|---|---|---|
| | | **OVERSIZE AND UNDERSIZE PARTS LIST** | |
| 4028H2 | 4028D2 | BUSHING - Screw | .007" OS OD |
| 4028J2 | 4028D2 | BUSHING - Screw | .012" OS OD |
| 28712Y1 | 28712 | SLEEVE - Supchgr front housing | .005" OS OD |
| 61202Y2 | 61202 | SEAT - Intake valve | .010" OS OD |
| 61202Y3 | 61202 | SEAT - Intake valve | .020" OS OD |
| 61202Y4 | 61202 | SEAT - Intake valve | .030" OS OD |
| 61202Y5 | 61202 | SEAT - Intake valve | .040" OS OD |
| 62497Y3 | 62497 | INSERT - Spark plug | .015" OS OD |
| 62497Y4 | 62497 | INSERT - Spark plug | .030" OS OD |
| 63276Y20 | 63276 | RING - Impel. drive multi-plate clutch piston | .010" OS OD |
| 63630Y10 | 63630 | RING - Oil seal | .005" OS OD |
| 63630Y20 | 63630 | RING - Oil seal | .010" OS OD |
| 63630Y30 | 63630 | RING - Oil seal | .015" OS OD |
| 63630Y40 | 63630 | RING - Oil seal | .020" OS OD |
| 63746Y2 | 63746 | GUIDE - Intake valve | .005" OS OD |
| 63746Y3 | 63746 | GUIDE - Intake valve | .010" OS OD |
| 63746Y4 | 63746 | GUIDE - Intake valve | .020" OS OD |
| 63746Y5 | 63746 | GUIDE - Intake valve | .030" OS OD |
| 63747Y2 | 63747 | GUIDE - Exhaust valve | .005" OS OD |
| 63747Y3 | 63747 | GUIDE - Exhaust valve | .010" OS OD |
| 63747Y4 | 63747 | GUIDE - Exhaust valve | .020" OS OD |
| 63747Y5 | 63747 | GUIDE - Exhaust valve | .030" OS OD |
| 63747Y6 | 63747 | GUIDE - Exhaust valve | .040" OS OD |
| 63747Y7 | 63747 | GUIDE - Exhaust valve | .050" OS OD |
| 63747Y8 | 63747 | GUIDE - Exhaust valve | .060" OS OD |
| 63747Y9 | 63747 | GUIDE - Exhaust valve | .065" OS OD |
| 63747Y10 | 63747 | GUIDE - Exhaust valve | .070" OS OD |
| 64050Y1 | 64050 | BUSHING - Dual accessory drive idler gear shaft vacuum pump | .005" OS OD |
| 64050Y2 | 64050 | BUSHING - Dual accessory drive idler gear shaft vacuum pump | .010" OS OD |
| 64050Y3 | 64050 | BUSHING - Dual accessory drive idler gear shaft vacuum pump | .015" OS OD |
| 64050Y6 | 64050 | BUSHING - Dual accessory drive idler gear shaft vacuum pump | .030" OS OD |
| 64051Y1 | 64051 | BUSHING - Dual accessory drive lower vac pump drive gear, front | .005" OS OD |
| 64051Y2 | 64051 | BUSHING - Dual accessory drive lower vac pump drive gear, front | .010" OS OD |
| 64051Y3 | 64051 | BUSHING - Dual accessory drive lower vac pump drive gear, front | .015" OS OD |
| 64051Y6 | 64051 | BUSHING - Dual accessory drive lower vac pump drive gear, front | .030" OS OD |
| 64053Y1 | 64053 | BUSHING - Dual accessory drive upper vac pump drive gear, front | .005" OS OD |
| 64053Y2 | 64053 | BUSHING - Dual accessory drive upper vac pump drive gear, front | .010" OS OD |
| 64053Y3 | 64053 | BUSHING - Dual accessory drive upper vac pump drive gear, front | .015" OS OD |
| 64053Y6 | 64053 | BUSHING - Dual accessory drive upper vac pump drive gear, front | .030" OS OD |
| 64120Y1 | 64120 | BUSHING - Dual accessory drive vacuum pump drive gear | .005" OS OD |
| 64120Y2 | 64120 | BUSHING - Dual accessory drive vacuum pump drive gear | .010" OS OD |
| 64120Y3 | 64120 | BUSHING - Dual accessory drive vacuum pump drive gear | .015" OS OD |
| 64120Y6 | 64120 | BUSHING - Dual accessory drive vacuum pump drive gear | .030" OS OD |

Ex.: 15; Pg.: 516

Case MDL-no 6875 SW Document 666-2 Filed 01/28/11 Page 3 of 16
Case 3:11-cv-00061-JSW Document 69-2 Filed 04/22/11 Page 33 of 46

RESTRICTED
AN 02-35HA-4A
SECTION III — NUMERICAL PARTS LIST

| OVERSIZE AND/OR UNDERSIZE PART NUMBER | STANDARD SIZE PART NUMBER | DESCRIPTION | |
|---|---|---|---|
| | | **OVERSIZE AND UNDERSIZE PARTS LIST** | |
| 64425Y1 | 64425 | BUSHING - Dual accessory drive intermediate shaft, front | .005" OS OD |
| 64425Y2 | 64425 | BUSHING - Dual accessory drive intermediate shaft, front | .010" OS OD |
| 64425Y3 | 64425 | BUSHING - Dual accessory drive intermediate shaft, front | .015" OS OD |
| 64425Y6 | 64425 | BUSHING - Dual accessory drive intermediate shaft, front | .030" OS OD |
| 64741Y1 | 64741 | RING - Oil seal | .005" OS width, Std OD |
| 64741Y2 | 64741 | RING - Oil seal | .010" OS width, Std OD |
| 64741Y10 | 64741 | RING - Oil seal | Std width, .005" OS OD |
| 64741Y11 | 64741 | RING - Oil seal | .005" OS width, .005" OS OD |
| 64741Y12 | 64741 | RING - Oil seal | .010" OS width, .005" OS OD |
| 64741Y20 | 64741 | RING - Oil seal | Std width, .010" OS OD |
| 64741Y21 | 64741 | RING - Oil seal | .005" OS width, .010" OS OD |
| 64741Y22 | 64741 | RING - Oil seal | .010" OS width, .010" OS OD |
| 64870Y1 | 64870 | RING - Oil seal | .005" OS width, Std OD |
| 64870Y2 | 64870 | RING - Oil seal | .010" OS width, Std OD |
| 64870Y10 | 64870 | RING - Oil seal | Std width, .005" OS OD |
| 64870Y11 | 64870 | RING - Oil seal | .005" OS width, .005" OS OD |
| 64870Y12 | 64870 | RING - Oil seal | .010" OS width, .005" OS OD |
| 64870Y20 | 64870 | RING - Oil seal | Std width, .010" OS OD |
| 64870Y21 | 64870 | RING - Oil seal | .005" OS width, .010" OS OD |
| 64870Y22 | 64870 | RING - Oil seal | .010" OS width, .010" OS OD |
| 64927Y1 | 64927 | SPACER - Impel. drive shaft gear | .019" US thickness |
| 64927Y2 | 64927 | SPACER - Impel. drive shaft gear | .025" US thickness |
| 64927Y3 | 64927 | SPACER - Impel. drive shaft gear | .031" US thickness |
| 64927Y4 | 64927 | SPACER - Impel. drive shaft gear | .037" US thickness |
| 66414Y1 | 66414 | BUSHING - Dual access. drive vac pump drive gear shaft | .005" OS OD |
| 66414Y2 | 66414 | BUSHING - Dual access. drive vac pump drive gear shaft | .010" OS OD |
| 66414Y3 | 66414 | BUSHING - Dual access. drive vac pump drive gear shaft | .015" OS OD |
| 66414Y6 | 66414 | BUSHING - Dual access. drive vac pump drive gear shaft | .030" OS OD |
| 66700Y2 | 66700 | SEAT - Exhaust valve | .010" OS OD |
| 66700Y3 | 66700 | SEAT - Exhaust valve | .020" OS OD |
| 66700Y4 | 66700 | SEAT - Exhaust valve | .030" OS OD |
| 66700Y5 | 66700 | SEAT - Exhaust valve | .040" OS OD |
| 66807Y10 | 66807 | RING - Oil seal | .005" OS OD |
| 66807Y20 | 66807 | RING - Oil seal | .010" OS OD |
| 68498Y1 | 68498 | RING - Piston | .002" OS width, Std OD |
| 68498Y2 | 68498 | RING - Piston | .004" OS width, Std OD |
| 68498Y3 | 68498 | RING - Piston | .006" OS width, Std OD |
| 68498Y4 | 68498 | RING - Piston | .008" OS width, Std OD |
| 68498Y5 | 68498 | RING - Piston | .010" OS width, Std OD |
| 68498Y6 | 68498 | RING - Piston | .002" US width, Std OD |

Case MDL No. 875 Document 6666-2 Filed 01/28/11 Page 4 of 16
Case 3:91-cv-00617-JSW Document 69-2 Filed 04/24/11 Page 34 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION III — NUMERICAL PARTS LIST

### OVERSIZE AND UNDERSIZE PARTS LIST

| OVERSIZE AND/OR UNDERSIZE PART NUMBER | STANDARD SIZE PART NUMBER | DESCRIPTION | |
|---|---|---|---|
| 68498Y7  | 68498  | RING - Piston | .004" US width, Std OD |
| 68498Y8  | 68498  | RING - Piston | .006" US width, Std OD |
| 68498Y15 | 68498  | RING - Piston | Std width, .015" OS OD |
| 68498Y16 | 68498  | RING - Piston | .002" OS width, .015" OS OD |
| 68498Y17 | 68498  | RING - Piston | .004" OS width, .015" OS OD |
| 68498Y18 | 68498  | RING - Piston | .006" OS width, .015" OS OD |
| 68498Y19 | 68498  | RING - Piston | .008" OS width, .015" OS OD |
| 68498Y20 | 68498  | RING - Piston | .010" OS width, .015" OS OD |
| 68905Y1  | 68905  | BUSHING - Access. drive and starter shaft | .005" OS OD |
| 68905Y2  | 68905  | BUSHING - Access. drive and starter shaft | .010" OS OD |
| 68905Y3  | 68905  | BUSHING - Access. drive and starter shaft | .030" OS OD |
| 68905Y10 | 68905  | BUSHING - Access. drive and starter shaft | Std OD, .030" OS flange thickness |
| 68905Y11 | 68905  | BUSHING - Access. drive and starter shaft | .005" OS OD, .030" OS flange thickness |
| 68905Y12 | 68905  | BUSHING - Access. drive and starter shaft | .010" OS OD, .030" OS flange thickness |
| 68905Y13 | 68905  | BUSHING - Access. drive and starter shaft | .030" OS OD, .030" OS flange thickness |
| 69510Y4  | 69510  | BUSHING - Rocker arm hub bolt | .030" OS OD |
| 69886Y1  | 69886  | SPACER - Master rod | .005" US thickness |
| 69886Y2  | 69886  | SPACER - Master rod | .010" US thickness |
| 69886Y3  | 69886  | SPACER - Master rod | .015" US thickness |
| 110594Y1 | 110594 | BEARING - Conn rod | Std ID, .002" OS OD |
| 110594Y2 | 110594 | BEARING - Conn rod | Std ID, .005" OS OD |
| 110594Y3 | 110594 | BEARING - Conn rod | Std ID, .010" OS OD |
| 110594Y15 | 110594 | BEARING - Conn rod | .015" US ID, Std OD |
| 110594Y16 | 110594 | BEARING - Conn rod | .015" US ID, .002" OS OD |
| 110594Y17 | 110594 | BEARING - Conn rod | .015" US ID, .005" OS OD |
| 110594Y18 | 110594 | BEARING - Conn rod | .015" US ID, .010" OS OD |
| 111576Y1 | 111576 | SUPPORT - Crankshaft center bearing | .0006" OS OD |
| 111576Y2 | 111576 | SUPPORT - Crankshaft center bearing | .0012" OS OD |
| 112665Y1 | 112665 | PISTON | .015" OS OD |
| 113171Y1 | 113171 | WASHER - Valve spring, upper | .010" US ID |
| 114041Y1 | 114041 | RING - Piston | .002" OS width, Std OD |
| 114041Y2 | 114041 | RING - Piston | .004" OS width, Std OD |
| 114041Y3 | 114041 | RING - Piston | .006" OS width, Std OD |
| 114041Y4 | 114041 | RING - Piston | .008" OS width, Std OD |
| 114041Y5 | 114041 | RING - Piston | .010" OS width, Std OD |
| 114041Y15 | 114041 | RING - Piston | Std width, .015" OS OD |
| 114041Y16 | 114041 | RING - Piston | .002" OS width, .015" OS OD |
| 114041Y17 | 114041 | RING - Piston | .004" OS width, .015" OS OD |
| 114041Y18 | 114041 | RING - Piston | .006" OS width, .015" OS OD |
| 114041Y19 | 114041 | RING - Piston | .008" OS width, .015" OS OD |
| 114041Y20 | 114041 | RING - Piston | .010" OS width, .015" OS OD |
| 116206Y1 | 116206 | PISTON | .015" OS OD |
| 416506Y1 | 416506 | PISTON ASSEMBLY COMPLETE | .015" OS OD |
| 418428Y1 | 418428 | PISTON ASSEMBLY COMPLETE | .015" OS OD |
| 890036Y1 | 890036 | PISTON ASSEMBLY | .015" OS OD |
| 890095Y1 | 890095 | PISTON ASSEMBLY | .015" OS OD |

Ex.: 15; Pg.: 518

Case MDL No. 875 Document 6666-2 Filed 01/28/11 Page 5 of 16
Case 3:41-cv-00675-JSW Document 69-2 Filed 04/24/11 Page 35 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 |
|---|---|---|---|---|---|
| **AN STANDARD PARTS** | | | | | |
| AN430-A4-10 | RIVET - RH, .125" x .625" | 4 | 4 | | |
| AN430-AD4-4 | RIVET - RH, .125" x .250" | 256 | 250 | | |
| AN520-10-8 | SCREW - RH, #10 - 32 U.S.F. x .500" | 7 | 7 | 7 | 7 |
| AN520-10-10 | SCREW - RH, #10 - 32 U.S.F. x .625" | 7 | 7 | 7 | 7 |
| AN780-2 | NIPPLE - .125" tube union | 8 | 8 | | |
| AN780-4 | NIPPLE - Solder type, .250" OD tube union | 1 | - | | |
| AN805-2 | NUT - Solder type, .125" tube union | # | # | | |
| AN805-4 | NUT - Solder type, .250" tube union | 14 | - | | |
| AN900-5 | GASKET - Copper asbs, .321" x .571" x .094" | 5 | 5 | | |
| AN900-6 | GASKET - Copper asbs, .382" x .632" x .094" | 1 | 1 | | |
| AN900-10 | GASKET - Copper asbs, .633" x .883" x .094" | 6 | 3 | | |
| AN900-14 | GASKET - Copper asbs, .882" x 1.132" x .094" | 1 | 1 | | |
| AN900-16 | GASKET - Copper asbs, 1.008" x 1.258" x .094" | 1 | 1 | | |
| AN900-18 | GASKET - Copper asbs, 1.132" x 1.382" x .094" | 1 | 1 | | |
| AN900-22 | GASKET - Copper asbs, 1.383" x 1.633" x .094" | 2 | 2 | | |
| AN4022-1 | NIPPLE - Primer, .125" OD tube | 4 | 4 | | |
| AN4027 | WASHER - .718" x .968" x .081" | 28 | 28 | | |
| **ARMY STANDARD PARTS** | | | | | |
| 385-1-10 | PIN - Taper, #1 x 1.250" | 1 | 1 | | |
| 385-10-8 | PIN - Taper, #0 x 1.000" | 1 | 1 | | |
| 385-30-8 | PIN - Taper, #000 x 1.000" | 4 | 4 | | |
| 385-40-6 | PIN - Taper, #0000 x .750" | 2 | 2 | | |
| 895-B-72 | PLUG - Pipe, sq hd, drld., .375" - 18 N.P.T. | 3 | 3 | | |
| **WRIGHT STANDARD PARTS** | | | | | |
| 1D1 | NUT - Slotted hex, .250" - 28 U.S.F. | 14 | 14 | 2 | 2 |
| 1D4 | NUT - Slotted hex, .313" - 24 U.S.F. | 21 | 21 | 20 | 20 |
| 1D7 | NUT - Slotted hex, .375" - 24 U.S.F. | 10 | 8 | 2 | - |
| 1D13 | NUT - Slotted hex, .500" - 20 U.S.F. | 14 | 14 | | |
| 3D16 | BOLT - Hex hd, .250" - 28 U.S.F. x .500" | 7 | 7 | | |
| 5D34 * | BALL - 7/16" diameter | 1 | 1 | | |
| 6D6 | BOLT - Hex hd, for slotted nut, .250" - 28 U.S.F. x .688" | 2 | 2 | | |
| 12D15 | PIN - Str., .063" x .125" | 1 | 1 | | |
| 13D6 | PIN - Str., .125" x .250" | 2 | 2 | | |
| 13D31 | PIN - Str., .125" x .375" | 2 | 2 | | |
| 13D38 | PIN - Str., .125" x .500" | 56 | 56 | | |
| 13D54 | PIN - Str., .125" x .281" | 1 | 1 | | |
| 13D55 ± | PIN - Str., .125" x .400" | 1 | 1 | | |
| 13D59 * | PIN - Str., .125" x .195" | 2 | 2 | 1 | 1 |
| 17D14 * | PIN - Str., .094" x .188" | 3 | 3 | | |
| 17D20 | PIN - Str., .095" x .313" | 1 | 1 | | |
| 17D22 * | PIN - Str., .094" x .656" | 2 | 2 | | |
| 17D26 * | PIN - Str., .094" x .172" | 3 | 3 | | |
| 19D16 ¢ | BUSHING - Blind screw, .313" - 24 & .500" - 20 U.S.F. x 1.260" | 12 | 12 | | |

# Quantity varies. Read note under part on page 62.

Case MDL No. 875 Document 6666-2 Filed 01/28/11 Page 6 of 16
Case 3:91-cv-00675-JSW Document 89-2 Filed 04/24/11 Page 36 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 |
|---|---|---|---|---|---|
| 20D9 | PIN - Str., .188" x .375" | 1 | 1 | | |
| 20D12 | PIN - Str., .188" x .500" | 3 | 3 | | |
| 21D92 | BEARING - Radial ball, special | 1 | 1 | | |
| 22D3 | SCREW - Hex hd, lockwire, .250" - 20 U.S.F. x .750" | 6 | 6 | 6 | 6 |
| 27D1 | WASHER - .266" x .500" x .033" | 134 | 134 | 134 | 134 |
| 27D5 | WASHER - .328" x .562" x .033" | 1 | 1 | | |
| 27D7 | * WASHER - .391" x .688" x .063" | 2 | - | | |
| 27D8 | WASHER - .391" x .688" x .033" | 2 | 2 | | |
| 27D24 | WASHER - .219" x .375" x .063" | 74 | 74 | 74 | 74 |
| 27D30 | WASHER - .203" x .313" x .031" | 4 | 4 | | |
| 27D33 | WASHER - Plain, .219" x .375" x .032" | 4 | 4 | | |
| 27D76 | WASHER - .328" x .625" x .031" | 2 | 2 | | |
| 27D103 | WASHER - Plain, .391" x .813" x .125" | 4 | 4 | | |
| 27D107 | WASHER - Plain, .328" x .563" x .035" | 2 | 2 | | |
| 27D118 | WASHER - .328" x .594" x .078" | 20 | 20 | 2 | 2 |
| 27D130 | WASHER - .140" x .375" x .031" | 281 | 308 | | |
| 27D156 | WASHER - Plain, 2.563" x 2.781" x .032" | 1 | 1 | | |
| 27D159 | WASHER - Plain, .453" x .750" x .063" | 6 | 6 | 6 | 6 |
| 27D163 | WASHER - Plain, .125" x .594" x .063" | 163 | 163 | | |
| 27D183 | WASHER - .140" x .620" x .031" | 28 | 28 | | |
| 27D196 | WASHER - Plain, .391" x .875" x .019" | 49 | 49 | | |
| 27D202 | WASHER - .343" x .547" x .031" | 2 | 2 | | |
| 27D220 | WASHER - Plain, .341" x .563" x .032" | 3 | 3 | 3 | 3 |
| 28D5 | LOCKWASHER - Std #10, .203" x .328" x .047" | 18 | 18 | | |
| 28D7 | LOCKWASHER - .219" x .344" x .047" | 4 | 4 | | |
| 28D12 | LOCKWASHER - .344" x .594" x .094" | 3 | 3 | | |
| 29D10 | PIN - Str., specl, .250" x .500" | 2 | 2 | | |
| 29D11 | PIN - Str., specl, .250" x .725" | 28 | 28 | | |
| 29D19 | * PIN - Str., specl, .250" x .625" | 7 | 7 | | |
| 29D20 | PIN - Str., .250" x .344" | 1 | 1 | | |
| 33D16 | NUT - Plain, hex, #10 - 32 U.S.F. | 18 | 18 | | |
| 33D19 | NUT - Plain, hex, #10 - 32 U.S.F. | 2 | 2 | | |
| 34D4 | WASHER - Plain, .328" x .750" x .094" | 6 | 6 | 6 | 6 |
| 34D14 | WASHER - .391" x .750" x .078" | 69 | 71 | 14 | 16 |
| 34D33 | WASHER - .328" x .625" x .063" | 53 | 53 | 29 | 29 |
| 34D51 | WASHER - .266" x .500" x .047" | 24 | 24 | 12 | 12 |
| 34D88 | WASHER - Plain, .328" x .500" x .062" | 8 | 10 | | |
| 34D110 | WASHER - Plain, .203" x .500" x .044" | 1 | - | | |
| 34D120 | WASHER - Plain, specl, 1.160" x 1.560" x .192" | 1 | 1 | | |
| 34D121 | WASHER - Plain, specl, 1.540" x 2.260" x .292" | 1 | 1 | | |
| 34D123 | WASHER - Plain, .344" x .490" x .060" | 1 | 1 | | |
| 35D16 | SCREW - Hex hd, lockwire, .375" - 24 U.S.F. x 1.525" | 4 | 4 | | |
| 35D17 | SCREW - Hex hd, lockwire, .375" - 24 U.S.F. x 1.760" | 4 | 4 | | |
| 35D19 | SCREW - Hex hd, lockwire, .375" - 24 U.S.F. x 11.680" | 1 | 1 | | |
| 36D7 | PLUG - Pipe, hex hd, drld., .250" - 18 N.P.T. | 6 | 6 | | |
| 37D12 | WASHER - .484" x .750" x .031" | 1 | 1 | | |
| 37D26 | WASHER - Specl, .766" x 1.000" x .031" | 1 | 1 | | |

Ex.: 15; Pg.: 520

Case MDL No 875 Document 6666-2 Filed 01/28/11 Page 7 of 16
Case 9 M cv-000675 SW Document 69-2 Filed 04/24/11 Page 37 of 46

RESTRICTED
AN 02-35HA-4A

SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY | | ATTACHING QUANTITY | | PART NUMBER | NOMENCLATURE | TOTAL QUANTITY | | ATTACHING QUANTITY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | -19 | -23 | -19 | -23 | | | -19 | -23 | -19 | -23 |
| 37D28 | WASHER - .625" x .813" x .031" | 1 | 1 | | | 59D1 | COTTERPIN - .125" diameter x 1.000" | 1 | 1 | | |
| 37D76 | GASKET - .984" x 1.219" x .018" | 1 | 1 | | | 59D3 | COTTERPIN - .125" diameter x .750" | 1 | 1 | | |
| 37D99 | PACKING - .313" x .563" x .219" | 28 | 28 | | | 59D5 | COTTERPIN - .125" diameter x .875" | 42 | 42 | | |
| 45D1 | BOLT - Hex hd, .313" - 24 U.S.F. x 1.031" | 21 | 21 | | | 59D9 | COTTERPIN - .125" diameter x .563" | 6 | 6 | | |
| 45D28 | BOLT - Hex hd, .313" - 24 U.S.F. x 2.530" | 2 | 2 | | | 65D5 | SCREW - Hex hd, lockwire, .250" - 28 U.S.F. x .625" | 7 | 7 | | |
| 46D13 | BOLT - Hex hd, .250" - 28 U.S.F. x .844" | 28 | 28 | | | 65D8 | SCREW - Hex hd, lockwire, .250" - 28 U.S.F. x .560" | 1 | 1 | | |
| 47D19 | BOLT - Hex hd, .375" - 24 U.S.F. x .840" | 4 | 4 | | | 65D12 | SCREW - Hex hd, lockwire, .250" - 28 U.S.F. x .469" | 49 | 49 | | |
| 55D8 | *SCREW - Flat csk hd, #10 - 32 U.S.F. x .560" | 1 | - | | | 65D15 | SCREW - Hex hd, lockwire, .250" - 28 U.S.F. x .375" | 24 | 24 | | |
| 55D9 | SCREW - Flat csk hd, #10 - 24 U.S.F. x 1.760" | 10 | 10 | | | 65D18 | SCREW - Hex hd, lockwire, .250" - 28 U.S.F. x .320" | 6 | 6 | | |
| 55D19 | SCREW - Flat csk hd, #10 - 32 U.S.F. x .500" | - | 12 | | | 65D19 | SCREW - Hex hd, lockwire, .250" - 28 U.S.F. x .250" | 6 | 6 | | |
| 56D3 | SCREW - Flat csk hd, .250" - 20 U.S.F. x .688" | 5 | 5 | | | 66D2 | RIVET - Button hd, .125" x .313" | - | 7 | | |
| 56D4 | SCREW - Flat csk hd, .313" - 18 U.S.F. x .656" | 1 | 1 | | | 66D3 | RIVET - Button hd, .125" x .344" | 14 | 14 | | |
| 56D6 | SCREW - Flat csk hd, .250" - 20 U.S.F. x .563" | 3 | 3 | | | 66D19 | RIVET - Round hd, .125" x .250" | 344 | 344 | | |
| 57D1 | COTTERPIN - .063" diameter x .500" | 15 | 15 | 12 | 12 | 66D25 | RIVET - Round hd, .125" x .313" | 21 | 21 | | |
| 57D3 | COTTERPIN - .063" diameter x .375" | 6 | 6 | | | 66D36 | RIVET - Round hd, .125" x .313" | 84 | 84 | | |
| 58D1 | COTTERPIN - .094" diameter x .875" | 1 | 1 | | | 66D47 | RIVET - Round hd, .125" x .250" | 11 | 38 | | |
| 58D2 | COTTERPIN - .094" diameter x .438" | 20 | 20 | | | 66D48 | RIVET - Round hd, .125" x .375" | 80 | 80 | | |
| 58D3 | COTTERPIN - .094" diameter x .625" | 22 | 22 | 8 | 8 | 66D52 | RIVET - Button hd, .125" x .188" | 189 | 189 | | |
| 58D5 | COTTERPIN - .094" diameter x .500" | 1 | 1 | | | 66D53 | RIVET - Round hd, .125" x .188" | 70 | 70 | | |
| 58D8 | COTTERPIN - .094" diameter x .750" | 24 | 24 | | | | | | | | |

Ex.: 15; Pg.: 521

**RESTRICTED**
AN 02-35HA-4A

## SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 |
|---|---|---|---|---|---|
| 70D6 | PIN - Str., .375" x .875" | 2 | 2 | | |
| 85D21 | WIRE - .091" diameter lock | 1 | 1 | | |
| 86D5 | SCREW - Flat fill hd, lockwire, #10 - 32 U.S.F. x .266" | 5 | 5 | | |
| 86D11 | SCREW - Oval fill hd, lockwire, #10 - 32 U.S.F. x .313" | 3 | 3 | | |
| 90D12 | SCREW - Hex hd, lockwire, .313" - 24 U.S.F. x 1.625" | 2 | 2 | 2 | 2 |
| 90D30 | SCREW - Hex hd, lockwire, specl, .313" - 24 U.S.F. x 1.180" | 10 | 10 | 10 | 10 |
| 93D16 | PLUG - Hex hd, 1.125" - 18 U.S.F. | 1 | 1 | | |
| 93D18 | PLUG - Hex hd, .625" - 18 U.S.F. | 6 | 3 | | |
| 94D1 | SCREW - Oval fill hd, #10 - 32 U.S.F. x .620" | 12 | 12 | | |
| 94D4 | SCREW - Oval fill hd, #10 - 32 U.S.F. x .460" | 30 | 30 | | |
| 98D7 | SCREW - Hex hd, slotted, #12 - 24 U.S.F. x .750" | 4 | 4 | | |
| 99D12 | PLUG - Sq hd, drld., std form tapered, .250" - 28 N.P.T. | 2 | 2 | | |
| 102D12 | * PLUG - Hdless, slotted, .313" - 24 U.S.F. x .219" | 1 | 1 | | |
| 102D13 | * PLUG - Hdless, slotted, .375" - 24 U.S.F. x .188" | 1 | 1 | | |
| 102D33 | PLUG - Hdless, slotted, std form tapered, .250" - 28 N.P.T. | 11 | 11 | | |
| 108D18 | BOLT - Hex hd, #10 - 32 U.S.F. x 2.875" | 1 | 1 | | |
| 118D2 | ¢ STUD - Str., plain, .250" - 28 & .250" - 20 U.S.F. x 1.060" | 56 | 56 | | |
| 118D7 | ¢ STUD - Str., plain, .250" - 20 & .250" - 28 U.S.F. x 1.313" | 8 | 8 | | |
| 124D58 | NUT - Special, acorn, .313" - 24 U.S.F. | 2 | 2 | | |
| 124D81 | NUT - Drilled, hex, special, .313" - 24 U.S.F. | 2 | 2 | | |
| 124D82 | NUT - Drilled hex, special, .313" - 24 U.S.F. | 2 | 2 | | |
| 124D83 | NUT - Drilled hex, special, .313" - 24 U.S.F. | 1 | 1 | 1 | 1 |
| 124D112 | NUT - Drilled hex, special, .313" - 24 U.S.F. | 1 | 1 | 1 | 1 |
| 124D113 | NUT - Hex, shouldered, drld., specl, .438" - 20 U.S.F. | 224 | 224 | 224 | 224 |
| 124D115 | NUT - Drilled hex, special, .250" - 28 U.S.F. | 3 | 3 | 3 | 3 |
| 124D118 | NUT - Hex, special, .375" - 24 U.S.F. | 1 | 1 | | |
| 124D130 | NUT - Slotted hex, shouldered special, .313" - 24 U.S.F., LH thread | 20 | 20 | | |
| 125D114 | BOLT - Hex hd, special, #12 - 24 U.S.F. x .540" | 4 | 4 | 4 | 4 |
| 125D124 | * NUT - Hex hd, lockwire, specl, .390" - 20 U.S.F. x 1.280" | 13 | 13 | | |
| 126D154 | ¢ STUD - Stepped, necked, plain, .313" - 24 & .375" - 16 U.S.F. x 1.750" | 2 | 2 | | |

124

**RESTRICTED**

Ex.: 15; Pg.: 522

Case MDL No. 875 Document 6666-2 Filed 01/28/11 Page 9 of 16
Case 5:91-cv-00617-JSW Document 69-2 Filed 04/24/11 Page 39 of 46

RESTRICTED
AN 02-35HA-4A

SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 |
|---|---|---|---|---|---|
| 126D169 | ¢ STUD - Stepped, necked, drld., .250" - 28 & .313" - 18 U.S.F. x 1.260" | 1 | 1 | | |
| 126D177 | ¢ STUD - Stepped, necked, drld., .313" - 24 & .375" - 16 U.S.F. x 1.260" | 1 | 1 | | |
| 129D46 | GASKET - Two bolt type, ctr hole, .969" | 4 | 4 | | |
| 129D61 | GASKET - Two bolt type, ctr hole, 1.375" | 2 | 2 | | |
| 129D64 | GASKET - Two bolt type, ctr hole, .420" | 3 | 3 | | |
| 129D66 | GASKET - Two bolt type, elliptical ctr hole, 1.000" x .860" | 1 | 1 | | |
| 130D41 | * FLANGE - Two bolt type, 1.400" diameter of tube hole | 2 | 2 | | |
| 130D61 | FLANGE - Two bolt type, .375" diameter of tube hole | 1 | 1 | | |
| 132D1 | SCREW - Fill hd, lockwire, #12 - 24 U.S.F. x .375" | 1 | 1 | | |
| 143D3 | SCREW - Flat fill hd, lockwire, .250" - 20 U.S.F. x .625" | 4 | 4 | | |
| 146D2 | * PIN - .313" x .563" | 1 | 1 | | |
| 155D55 | BEARING - Roller, special | 1 | 1 | | |
| 155D57 | BEARING - Roller, special | @ | @ | | |
| 155D61 | BEARING - Roller, special | 1 | 1 | | |
| 155D62 | BEARING - Roller, special | 1 | 1 | | |
| 157D10 | CONE - Solder type, .250", special | 14 | - | | |
| 159D3 | ELBOW - Solder type, .250" tube union | 4 | - | | |
| 163D13 | ELBOW - Primer, .125" OD tube | 4 | 4 | | |
| 163D20 | CONE - Solder type, .125" OD tube, special | - | 20 | | |
| 163D22 | COUPLING - Solder type, .125" OD tube | - | 4 | | |
| 163D63 | NIPPLE - Fuel primer, discharge, long, .250" OD tube, special | 3 | - | | |
| 163D71 | ELBOW - Fuel primer, discharge, .250" OD tube, specl | 2 | - | | |
| 163D86 | FITTING - .125" pipe thread, male and female | 1 | 1 | | |
| 166D1 | BUSHING - Hex hd, .125" x .250" pipe thread | 1 | 1 | | |
| 178D11 | * FLANGE - Elbow, .438" OD tube | 1 | 1 | | |
| 189D1 | LOCKWASHER - Shakeproof, .200" x .375" x .022" | 12 | 12 | | |
| 189D58 | LOCKWASHER - Shakeproof, .262" x .530" x .040" | 84 | 84 | 42 | 42 |
| 189D59 | LOCKWASHER - Shakeproof, .326" x .601" x .045" | 21 | 21 | | |
| 250D14 | CLAMP - Ideal hose, special, 1.750" ID | 2 | 2 | | |
| 250D18 | CLAMP - Ideal hose, special, 2.875" ID | 14 | 14 | | |
| 2000D11 | PALNUT - #10 - 32 U.S.F. | 1 | 1 | | |
| 2011D3 | * FLANGE - Two bolt type, .438" diameter tube hole | 1 | 1 | | |
| 2017D10 | RING - Lock, 2.120" ID | 1 | 1 | | |
| 2028D8 | ¢ STUD - Str., drld., .250" - 20 & .250" - 28 U.S.F. x 1.250" | 6 | 6 | | |
| 2028D21 | ¢ STUD - Str., drld., .250" - 20 & .250" - 28 U.S.F. x 2.120" | 3 | 3 | | |
| 2028D37 | ¢ STUD - Str., drld., .250" - 20 & .250" - 28 U.S.F. x 1.500" | 3 | 3 | | |

Ex.: 15; Pg.: 523

**RESTRICTED**
AN 02-35HA-4A
## SECTION IV — STANDARD PARTS LIST.

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | -23 | ATTACHING QUANTITY -19 | -23 | PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | -23 | ATTACHING QUANTITY -19 | -23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2029D9 | ¢ STUD - Str., necked, plain, .313" - 18 & .313" - 24 U.S.F. x 1.310" | 4 | 4 | | | 2030D10 | ¢ STUD - Str., drld., .313" - 18 & .313" - 24 U.S.F. x 1.440" | | | | |
| 2029D10 | ¢ STUD - Str., plain, .313" - 18 & .313" - 24 U.S.F. x 1.438" | 2 | 2 | | | 2030D12 | ¢ STUD - Str., drld., .313" - 18 & .313" - 24 U.S.F. x 1.563" | # | # | | |
| 2029D11 | ¢ STUD - Str., plain, .313" - 18 & .313" - 24 U.S.F. x 1.625" | 2 | 2 | | | 2030D23 | ¢ STUD - Str., drld., .313" - 18 & .313" - 24 U.S.F. x 2.250" | 11 | 11 | | |
| 2029D12 | ¢ STUD - Str., plain, .313" - 18 & .313" - 24 U.S.F. x 1.688" | 2 | 2 | | | 2030D31 | ¢ STUD - Str., drld., .313" - 18 & .313" - 24 U.S.F. x 2.750" | 3 | 3 | | |
| 2029D17 | ¢ STUD - Str., plain, .313" - 18 & .313" - 24 U.S.F. x 1.500" | 22 | 22 | | | 2031D10 | ¢ STUD - Str., plain, .375" - 16 & .375" - 24 U.S.F. x 1.690" | 2 | 2 | | |
| 2029D18 | ¢ STUD - Str., plain, .313" - 18 & .313" - 24 U.S.F. x 2.000" | 2 | 2 | | | 2031D18 | ¢ STUD - Str., plain, .375" - 16 & .375" - 24 U.S.F. x 2.063" | 6 | 6 | | |
| 2029D19 | ¢ STUD - Str., plain, .313" - 24 & .313" - 18 U.S.F. x 2.060" | 2 | 2 | | | 2031D20 | ¢ STUD - Str., plain, .375" - 16 & .375" - 24 U.S.F. x 2.188" | 27 | 27 | | |
| 2029D22 | ¢ STUD - Str., plain, .313" - 18 & .313" - 24 U.S.F. x 1.750" | 1 | 1 | | | 2032D7 | ¢ STUD - Str., necked, drld., .375" - 16 & .375" - 24 U.S.F. x 1.500" | 27 | 27 | | |
| 2029D34 | ¢ STUD - Str., plain, .313" - 18 & .313" - 24 U.S.F. x 2.760" | 2 | 2 | | | 2032D8 | ¢ STUD - Str., necked, drld., .375" - 24 & .375" - 16 U.S.F. x 1.560" | 2 | 2 | | |
| 2029D51 | ¢ STUD - Str., plain, .313" - 18 & .313" - 24 U.S.F. x 1.375" | 4 | 4 | | | 2032D10 | ¢ STUD - Str., necked, drld., .375" - 24 & .375" - 16 U.S.F. x 1.680" | 4 | 4 | | |
| 2029D62 | ¢ STUD - Str., plain, .313" - 24 & .313" - 18 U.S.F. x 1.560" | 30 | 30 | | | 2035D3 | ¢ STUD - Str., plain, .438" - 14 & .438" - 20 U.S.F. x 3.500" | 12 | 12 | | |
| 2030D9 | ¢ STUD - Str., drld., .313" - 18 & .313" - 24 U.S.F. x 1.380" | 6 | 6 | | | 2037D8 | PIN - Shouldered, .372" x .375" x .303" x .688" | 14 | 14 | | |
| | | | | | | 2037D12 | PIN - Shouldered, .436" x .500" x .497" x 1.180" | 4 | 4 | | |
| | | | | | | | | 1 | 1 | | |

# Quantity varies. Read note under part on page 13.

**RESTRICTED**

Ex.: 15; Pg.: 524

**RESTRICTED**
AN 02-35HA-4A

## SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 | PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2037D14 | PIN - Shouldered, .188" x .250" x .740" | 4 | 4 | | | 2057D22 | BOLT - Hex hd, specl, .375" - 24 U.S.F. x 1.060" | 8 | 8 | | |
| 2037D31 | PIN - Shouldered, .193" x .250" x 1.640" | 1 | 1 | | | 2057D47 | BOLT - Hex hd, necked, for slotted nut, .375" - 24 U.S.F. x 1.300" | 1 | 1 | | |
| 2043D27 ¢ | STUD - Str., necked, drld., .313" - 18 & .313" - 24 U.S.F. x 6.230" | 5 | 5 | | | 2058D28 | HOSE - 1.375" x 1.688" x 2.250" | 1 | 1 | | |
| 2043D48 | STUD - Str., drld., specl, .313" - 24 & .313" - 24 U.S.F. x 4.000" | 4 | 4 | | | 2058D32 | HOSE - .940" x 1.250" x .760" | 28 | 28 | | |
| 2043D67 ¢ | STUD - Str., necked, drld., .313" - 18 & .313" - 24 U.S.F. x 7.070" | 3 | 3 | | | 2058D33 | HOSE - .970" x 1.270" x 2.500" | 30 | 30 | | |
| 2045D24 | SCREW - Hex hd, necked, specl, .438" - 20 U.S.F. x .790" | 12 | 12 | | | 2058D37 | HOSE - 2.500" ID x 2.813" OD x 2.000" | 7 | 7 | | |
| 2045D44 | SCREW - Hex hd, necked, specl, .438" - 20 U.S.F. x .500" | 12 | 12 | | | 2059D15 * | DISC - 1.000" dia x .022" | 1 | 1 | | |
| 2049D14 ¢ | STUD - Str., necked, plain, .375" - 16 & .375" - 24 U.S.F. x 6.250" | 13 | 13 | | | 2067D7 | LOCKWASHER - Three tab, .216" dia bolt | 4 | 4 | | |
| 2049D16 ¢ | STUD - Necked, plain, .375" - 16 & .375" - 24 U.S.F. x 6.380" | 13 | 13 | | | 2067D14 | LOCKWASHER - Tab, .375" dia bolt | 8 | 8 | | |
| 2049D34 ¢ | STUD - Str., necked, drld., .375" - 16 & .375" - 24 U.S.F. x 1.760" | 14 | 14 | | | 2067D19 | LOCKWASHER - Tab, .375" dia bolt | 4 | 4 | | |
| 2052D12 | PLUG - Cup, .938" hole | 1 | 1 | | | 2067D21 | WASHER - Tab lock, 1.563" nut | 1 | 1 | | |
| 2054D7 | SCREW - Flat fill hd, lockwire, #10 - 32 U.S.F. x .406" | 12 | 12 | | | 2069D11 | SCREW - Hex hd, collar, lockwire, special, .500" - 20 U.S.F. x 1.030" | 6 | 6 | | |
| 2057D17 | SCREW - Extended, hex hd, lockwire, .375" - 24 U.S.F. x 3.380" | 10 | 10 | | | 2069D20 | BOLT - Hex hd, for slotted nut, special, .500" - 20 U.S.F. x 1.300" | 24 | 24 | | |
| 2057D18 | SCREW - Specl hd, lockwire, .375" - 24 U.S.F. x 1.120" | 4 | 4 | | | 2070D1 | SCREW - Flat hd, special, .313" - 18 U.S.F. x .313" | 5 | 5 | | |
| | | | | | | 2070D11 | BOLT - Flat csk head, for slotted nut, .313" - 24 U.S.F. x 1.406" | 4 | 4 | | |
| | | | | | | 2072D2 * | PLUG - Hex hd, 1.375" - 12 U.S.F. | 1 | 1 | | |
| | | | | | | 2072D7 | PLUG - Sq head, .875" - 16 U.S.F. | 1 | 1 | | |
| | | | | | | 2075D7 | SCREW - Oval fill hd, lockwire, special, #8 - 32 U.S.F. x .422" | 1 | 1 | | |

**RESTRICTED**

127

Ex.: 15; Pg.: 525

Case MDL No. 875 Document 6666 Filed 01/28/11 Page 12 of 16
Case 3:11-cv-00067-JSW Document 69-2 Filed 01/24/11 Page 42 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 | PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2077D1 | PIN - Headed, .188" x .234" | 1 | 1 | | | 2109D4 | GROMMET - .250" x .625" x .188" | 7 | 7 | | |
| 2077D3 | PIN - Headed, .188" x .375" | 1 | 1 | | | 2109D6 | GROMMET - .313" x .813" x .313" | 1 | - | | |
| 2083D17 | RING - Packing, 1.500" ID | 1 | 1 | | | *2110D1 | GROMMET - Dzus fastener | 77 | 77 | | |
| 2083D45 | RING - Packing, 6.100" ID | 14 | 14 | | | *2111D1 | FASTENER - Dzus, A5-30 | 14 | 14 | | |
| 2083D57 | RING - Packing, .555" ID | 56 | 56 | | | *2111D3 | FASTENER - Dzus, A5-40 | 7 | 7 | | |
| 2087D9 | NUT - Elastic stop, hex, #10 - 32 U.S.F. | 39 | 38 | | | 2111D4 | FASTENER - Dzus, AJ5-40 | 7 | 7 | | |
| 2091D4 | PLUG - Hex hd, magnetic, 1.000" - 18 U.S.F. | 1 | 1 | | | *2111D7 | FASTENER - Dzus, AJ5-35 | 7 | 7 | | |
| 2093D1 | WASHER - Spherical, for .375" bolt | 28 | 14 | 14 | - | 2111D9 | FASTENER - Dzus, special, AJ5-40 | 42 | 42 | | |
| 2093D2 | WASHER - Spherical, for .500" bolt | 28 | 28 | | | 2111D13 | FASTENER - Dzus, AJ5-50 | 7 | 7 | | |
| 2093D3 | WASHER - Spherical, for .313" bolt | 7 | 7 | 7 | 7 | 2112D1 | SPRING - Dzus fastener | 84 | 84 | | |
| 2093D7 | WASHER - Spherical, for .375" bolt | - | 6 | - | 6 | 2119D12 | BUSHING - Split, 1.191" x 1.300" x 1.385" | 12 | 12 | | |
| 2093D14 | WASHER - Spherical, for .438" bolt | 224 | 224 | 224 | 224 | 2119D17 | BUSHING - Split, 1.501" x 1.631" x 1.770" | 14 | 14 | | |
| 2093D17 | WASHER - Spherical, for .563" bolt | 56 | 56 | | | 2130D1 | PIN - Taper, #00000 x .625" | 1 | 1 | | |
| *2094D5 | PIN - Straight, drld., special, .125" x .380" | 4 | 4 | | | *2132D16 | PLUG - Pipe, hex hd, specl, 1.000" - 11.5 | 3 | 3 | | |
| *2094D8 | PIN - Straight, .364" x .600" | 1 | 1 | | | ¢ 2134D75 | STUD - Stepped, plain, .313" - 24 & .375" - 16 U.S.F. x 1.500" | 6 | 6 | | |
| *2094D19 | PIN - Straight, drld., special, .188" x .380" | 2 | 2 | | | ¢ 2134D80 | STUD - Stepped, plain, .313" - 24 & .375" - 16 U.S.F. x 1.550" | 8 | 8 | | |
| 2101D4 | NUT - Slotted hex, .313" - 24 U.S.F. | 8 | 8 | 4 | 4 | ¢ 2135D75 | STUD - Stepped, drld., .313" - 24 & .375" - 16 U.S.F. x 1.500" | 2 | 2 | | |
| 2101D5 | NUT - Slotted hex, .375" - 24 U.S.F. | 19 | 23 | 4 | 4 | ¢ 2135D90 | STUD - Stepped, drld., .313" - 24 & .375" - 16 U.S.F. x 1.650" | # | # | | |
| 2101D7 | NUT - Slotted hex, .500" - 20 U.S.F. | 24 | 24 | | | ¢ 2135D100 | STUD - Stepped, drld., .313" - 24 & .375" - 16 U.S.F. x 1.750" | 4 | 4 | | |
| 2105D5 | PLUG - Pipe, sq hd, drld., .750" - 14 N.P.T. | 1 | 1 | | | ¢ 2135D135 | STUD - Stepped, drld., .313" - 24 & .375" - 16 U.S.F. x 2.100" | 2 | 2 | | |
| 2105D11 | PLUG - Pipe, sq hd, drld., .125" - 27 N.P.T. | 2 | - | | | | | | | | |
| 2105D12 | PLUG - Pipe, sq hd, drld., .250" - 18 N.P.T. | 1 | 1 | | | | | | | | |

# Quantity varies. Read note under part on page 18.

Ex.: 15; Pg.: 526

Case 1:cv-00067-JSW Document 69-2 Filed 01/24/11 Page 13 of 16
Case MDL No. 875 Document 6666-2 Filed 01/28/11 Page 13 of 16

RESTRICTED
AN 02-35HA-4A

## SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY -19 | TOTAL QUANTITY -23 | ATTACHING QUANTITY -19 | ATTACHING QUANTITY -23 |
|---|---|---|---|---|---|
| 2135D140 | STUD - Stepped, drld., .313" - 24 & .375" - 16 U.S.F. x 2.150" | 2 | 2 | | |
| 2136D65 | STUD - Stepped, plain, .250" - 28 & .313" - 18 U.S.F. x 1.250" | 112 | 112 | | |
| 2136D75 | STUD - Stepped, plain, .250" - 28 & .313" - 18 U.S.F. x 1.350" | 112 | 112 | | |
| 2142D1 | PLUG - Pipe, headless, .125" - 27 N.P.T. | 3 | 3 | | |
| 2142D2 | PLUG - Pipe, headless, .250" - 18 N.P.T. | 1 | 1 | | |
| 2142D14 | PLUG - Pipe, headless, .500" - 14 N.P.T. | 2 | 2 | | |
| 2143D50 | STUD - Stepped, plain, .250" - 28 & .313" - 18 U.S.F. x .950" | 14 | 14 | | |
| 2143D55 | STUD - Stepped, plain, .250" - 28 & .313" - 18 U.S.F. x 1.000" | 14 | 14 | | |
| 2145D95 | STUD - Stepped, plain, .313" - 24 & .375" - 16 U.S.F. x 1.500" | 56 | 56 | | |
| 2146D75 | STUD - Stepped, drld., .313" - 24 & .375" - 16 U.S.F. x 1.300" | 56 | 56 | | |
| 2146D95 | STUD - Stepped, drld., .313" - 24 & .375" - 16 U.S.F. x 1.500" | 1 | 1 | | |
| 2147D125 | STUD - Stepped, necked, plain, .375" - 24 & .438" - 14 U.S.F. x 1.900" | 4 | 4 | | |
| 2147D195 | STUD - Stepped, necked, plain, .375" - 24 & .438" - 14 U.S.F. x 2.600" | # | # | | |
| 2147D200 | STUD - Stepped, necked, plain, .375" - 24 & .438" - 14 U.S.F. x 2.650" | 4 | 4 | | |
| 2148D115 | STUD - Stepped, necked, drld., .375" - 24 & .438" - 14 U.S.F. x 1.800" | # | # | | |
| 2148D155 | STUD - Stepped, necked, drld., .375" - 24 & .438" - 14 U.S.F. x 2.200" | 2 | 2 | | |
| 4015D3 | BUSHING - Open screw, .313" - 24 & .500" - 20 U.S.F. x .710" | 32 | 32 | | |
| 4016D2 | BUSHING - Blind screw, .250" - 28 & .438" - 20 U.S.F. x .920" | 42 | 42 | | |
| 4016D4 | BUSHING - Blind screw, .375" - 24 & .563" - 18 x 1.100" | 1 | 1 | | |
| 4019D22 | CLAMP - Modified NOC-OUT hose, 1.375" ID (heat shielded) | 7 | 7 | | |
| 4020D10 | STUD - Stepped, necked, plain, .438" - 20 & .500" - 11 U.S.F. x 1.850" .043" taper | 224 | 224 | | |
| 4028D2 | BUSHING - Blind screw, .250" - 28 & .438" - 20 U.S.F. x .810" | 21 | 21 | | |
| 4037D2 | FLANGE - Oil pump conn | 1 | 1 | | |
| 4037D3 | FLANGE - Oil pump conn | 1 | 1 | | |
| 4040D4 | NUT - Elastic stop, hex, .250" - 28 U.S.F. | 202 | 202 | 120 | 120 |
| 4040D5 | NUT - Elastic stop, hex, .313" - 24 U.S.F. | 67 | 69 | 20 | 22 |
| 4040D6 | NUT - Elastic stop, hex, .375" - 24 U.S.F. | 64 | 58 | 24 | 16 |

# Quantity varies. Read note under part on pages 13 and 15.

Ex.: 15; Pg.: 527

Case MDL No. 875 Document 6665 Filed 01/28/11 Page 14 of 16
Case 3:11-cv-00067-JSW Document 69-2 Filed 01/24/11 Page 44 of 46

RESTRICTED
AN 02-35HA-4A

## SECTION IV — STANDARD PARTS LIST

| PART NUMBER | NOMENCLATURE | TOTAL QUANTITY | | ATTACHING QUANTITY | | PART NUMBER | NOMENCLATURE | TOTAL QUANTITY | ATTACHING QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| | | -19 | -23 | -19 | -23 | | | | |
| 4042D1 | PLUG - Pipe, hex hd, drld., .125" - 27 N.P.T. | 34 | 33 | | | | | | |
| 4042D2 | PLUG - Pipe, hex hd, drld., .250" - 18 N.P.T. | 1 | - | | | | | | |
| 4061D1 | SCREW - Sems #10 - 32 x .395" U.S.F. (with shake-proof lock-washer) | 6 | 6 | | | | | | |
| 4061D101 | SCREW - Sems #10 - 32 x .500" U.S.F. (with shake-proof lock-washer) | 12 | 12 | | | | | | |
| 5041D1 | PLUG - Button, for use in .750" dia hole | 7 | 7 | | | | | | |
| 5047D14 | CLAMP - NOC-OUT hose, 1.375" ID | 81 | 81 | | | | | | |
| VENDOR'S STANDARD PARTS | | | | | | | | | |
| A5-30 | GROMMET (2111D1) | 14 | 14 | | | | | | |
| A5-40 | FASTENER (2111D3) | 7 | 7 | | | | | | |
| AJ5-35 | FASTENER (2111D7) | 7 | 7 | | | | | | |
| AJ5-40 | FASTENER (2111D4) | 7 | 7 | | | | | | |
| AJ5-50 | FASTENER (2111D13) | 7 | 7 | | | | | | |
| S5-200 | SPRING (2112D1) | 84 | 84 | | | | | | |
| 375 | GROMMET (2110D1) | 77 | 77 | | | | | | |

Ex.: 15; Pg.: 528

Case MDL No. 875 Document 6666 Filed 01/28/14 Page 15 of 16
Case 1:11-cv-00067-JSW Document 69-2 Filed 11/24/11 Page 45 of 46

RESTRICTED
AN 02-35HA-4A
SECTION V—SERVICE TOOLS LIST

### TOOL KIT

| FIG. NO. | INDEX NO. R- | TOOL NUMBER | NOMENCLATURE | UNITS PER KIT -19 | -23 |
|---|---|---|---|---|---|
| | | 84082 | KIT ASSEMBLY - Tool | 1 | 1 |
| 39 | 3239 | 80540 | ROLL - Tool kit tool | 1 | 1 |
| 39 | 3241 | 81132 | SCREWDRIVER - Valve clearance adjusting screw | 1 | 1 |
| 39 | 3243 | 81403 | HANDLE - 7/16" diameter, hollow | 1 | 1 |
| 39 | 3245 | 82750 | WRENCH - Cylinder hold-down nut, box, 9/16" hex | 1 | 1 |
| 39 | 3247 | 83548 | GAGE - Feeler | 1 | 1 |
| 39 | 3249 | 83820 | WRENCH - Spark plug socket, 7/8" hex | 1 | 1 |
| 39 | 3251 | 84216 | WRENCH - Intake pipe packing nut, lug | 1 | 1 |
| 39 | 3253 | 84377 | REMOVING TOOL - Piston pin retaining spring | 1 | 1 |
| 39 | 3255 | 84861 | INSTALLING TOOL - Piston pin retaining spring | 1 | 1 |
| 39 | 3257 | 800060 | WRENCH - Rocker hub bolt nut, socket, 7/8" hex | 1 | 1 |
| 39 | 3259 | 800197 | ADAPTER - Piston pin retaining spring installing tool | 1 | 1 |
| 39 | 3261 | 800630 | WRENCH - Crowfoot, ignition wire spark plug terminal, 3/4" hex | 1 | 1 |
| 39 | 3263 | 801122 | WRENCH - Push rod housing hose clamp, socket, 1/4" hex | 1 | 1 |
| 39 | 3265 | 801999 | WRENCH - Oil pressure relief valve nut adjusting, socket, 1 3/8" hex | 1 | 1 |
| 39 | 3267 | 802581 | WRENCH - Rocker arm clamp screw, box, 3/8" hex | 1 | 1 |
| 39 | 3269 | 802870 | COMPRESSOR - Valve spring | 1 | 1 |
| 39 | 3271 | 803774 | GUN ASSEMBLY - Ignition system insulating compound injecting | 1 | 1 |



Figure 39
TOOL KIT

Numbers shown are index numbers and are numerically arranged in the Group Assembly Parts List.

Ex.: 15; Pg.: 529

**ADDITIONAL COPIES OF THIS PUBLICATION MAY BE OBTAINED AS FOLLOWS:**

AAF ACTIVITIES.—Submit requisitions to the Commanding General, Fairfield Air Service Command, Patterson Field, Fairfield, Ohio, Attention: Publications Distribution Branch, in accordance with AAF Regulation No. 5-9. Also, for details of Technical Order distribution, see T. O. No. 00-25-3.

NAVY ACTIVITIES.—Submit requests to the Chief, Bureau of Aeronautics, Navy Department, Washington, D. C. Also, see NavAer 00-500 for details on distribution of technical publications.

BRITISH ACTIVITIES.—Submit requirements on Form 294A, in duplicate, to the Air Publications and Forms Store, New College, Leadhall Lane, Harrogate, Yorkshire, England.

Ex.: 15; Pg.: 530