Exhibit G, Part 38 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6666-2 Filed 01/28/11 Page 1 of 20
Case3:11-cv-00061-JSW Document72 Filed01/24/11 Page1 of 20

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS AIR FORCE ACQUISITION LOGISTICS DIVISION (AFLC)
WRIGHT-PATTERSON AIR FORCE BASE, OHIO 45433

REPLY TO
ATTN OF: YTP (CCLN 78-1-406)          25 April 1979

SUBJECT: Contract F33700-78-C-0001; Incorporation of Engineering Change Proposals

TO: NAVPRO

Douglas Aircraft Company
Attn: Mr. G. D. Staffieri
Mail Station C1-241 (35-80)
3855 Lakewood Blvd.
Long Beach, California 90846

CORRESPONDENCE
RECD MAY 2 '79 - 4 30 PM
CONTROL C1-303

RECEIVED MAY 4 1979
RECEIVED C1-240

1. I have reviewed the execution of Contract F33700-78-C-0001, Supplemental Agreement P00010, for the incorporation of Engineering Change Proposals KC-10A-0009/12/16/17. I concur with the Contracting Officer that this action is in the best interest of the Government.

2. Enclosed please find your copy of the Supplemental Agreement and the signed Specification Change Notice (SCN) Vellums. Please complete the attached card and forward it to the Contracting Officer.

LEE A. RIGBY, Lt Col, USAF
Director, Contracting & Manufacturing
Deputy for KC-10

3 Atch
1. Supplemental Agreement
2. Signed SCN Vellums
3. Acknowledgment Card

End. 1  30 APR 1979
from: Naval Plant Rep. Office
To: Douglas Aircraft Co., Long Beach, Calif.
For: Action Indicated
[ ] Information
[X] Action
[ ] Reply Prior To

C. A. KJELLAND

| CORRESPONDENCE CONTROL C1-303 | | | |
|---|---|---|---|
| Activity To: | Reply-Act Now Comp | | Info |
| Engineering | | | |
| Product Support | | | |
| Program Office | | | |
| GEE Murry | | ✓ | |
| Contracts | | ✓ | |
| Quality Assur. | | | |
| Flight Barbour | | ✓ | |
| Harrington | | ✓ | |
| Staffieri | | ✓ | u/paid |

CORRESPONDENCE
DATA: A00N ECPS 0009/0012/0016/0017 direction
SUBJECT: Contract mods P00010
SPECIAL

*AFLC - Lifeline of the Aerospace Team*

Rec'd 5/3/79 KC-10 Prog. Office

Ex.: 18; p.: 939

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 6 |

| 1. AMENDMENT/MODIFICATION NO. | 2. EFFECTIVE DATE | 3. REQUISITION/PURCHASE REQUEST NO. | 4. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00028 | 79 MAR 30 | FY7273-79-00007 | Release |

| 5. ISSUED BY | CODE | FY7273 | 6. ADMINISTERED BY (If other than block 5) | CODE | N63287 |
|---|---|---|---|---|---|
| USAF, AFLC<br>AF ACQUISITION LOGISTICS DIVISION<br>Wright-Patterson AFB, OH 45433<br>Buyer: Joseph F. Thumser/AFALD/YTPP/52883 | | | NPRO, McDONNELL DOUGLAS CORPORATION<br>Douglas Aircraft Company<br>Long Beach, CA 90846 | | |

| 7. CONTRACTOR | CODE | 88277 | FACILITY CODE | | 8. |
|---|---|---|---|---|---|
| NAME AND ADDRESS | | | | | |

McDONNELL DOUGLAS CORPORATION
Douglas Aircraft Company
3855 Lakewood Boulevard
Long Beach, CA 90846

(Street, city, county, state, and ZIP Code)

☐ AMENDMENT OF SOLICITATION NO. _____

DATED _____ (See block 9)

☒ MODIFICATION OF CONTRACT/ORDER NO. F33700-78-C-0001

DATED 03 JAN 78 (See block 11)

RECEIVED MAY 4 1979 RECEIVED C1-240

**9. THIS BLOCK APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in block 12. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation, or as amended, by one of the following methods: (a) By signing and returning _____ copies of this amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE ISSUING OFFICE PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided such telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**10. ACCOUNTING AND APPROPRIATION DATA** (If required)

See Para F.1.                                        Net Increase: $162,121

**11. THIS BLOCK APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS**

(a) ☐ This Change Order is issued pursuant to _____
The Changes set forth in Block 12 are made to the above numbered contract/order.

(b) ☒ The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data, etc.) set forth in block 12.

(c) ☒ This Supplemental Agreement is entered into pursuant to authority of J.14, "Special Progress Payments;" "General Provision No. 2, "Changes."

It modifies the above numbered contract as set forth in block 12.

DUPLICATE ORIGINAL
EFFECTIVE DATE: 30 MAR 79

**12. DESCRIPTION OF AMENDMENT/MODIFICATION**

DESCRIPTION:

a. Incorporates the following Engineering Change Proposals (ECP):

| KC-10A-0009 | Cryogenic Vent |
| KC-10A-0012 | Horizontal Situation Indicator (HSI) |
| KC-10A-0016 | PA System, Crewmember Compartment |
| KC-10A-0017 | Delete Smoke Screen |

b. Revises Unit Price Matrix, Table IV to Provision J.8, "Options."

c. Revises Special Progress Payment Schedules for Aircraft No. 1 and 2.

d. Contract price is modified to read $161,603,034; a net increase of $162,121.

SEE ATTACHED

Except as provided herein, all terms and conditions of the document referenced in block 8, as heretofore changed, remain unchanged and in full force and effect.

| 13. ☐ CONTRACTOR/OFFEROR IS NOT REQUIRED TO SIGN THIS DOCUMENT | ☒ CONTRACTOR/OFFEROR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE |
|---|---|
| 14. NAME OF CONTRACTOR/OFFEROR<br>BY (Signature of person authorized to sign) | 17. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) |
| 15. NAME OR TITLE OF SIGNER (Type or print)<br>E. Curtis, Vice President<br>Contracts and Pricing | 16. DATE SIGNED<br>17 Apr 1979 | 18. NAME OF CONTRACTING OFFICER (Type or print)<br>RONALD R. CHALECKI | 19. DATE SIGNED<br>23 Apr 1979 |

Ex.: 18; pl. 940

A. This modification incorporates the following Engineering Change Proposals (ECP) in the nonrecurring and recurring amounts indicated below:

| ECP NO. | DESCRIPTION | NONRECURRING | RECURRING AIRCRAFT NO. 1 | RECURRING AIRCRAFT NO. 2 |
|---|---|---|---|---|
| KC-10A-0009 | Cryogenic Vents | $52,184 | $16,316 | $7,638 |
| KC-10A-0012 | HSI Groundspeed Readout | 43,305 | (805) | (997) |
| KC-10A-0016 | Passenger Compartment P.A. | 44,500 | 3,700 | 2,546 |
| KC-10A-0017 | Delete Smoke Curtain | 7,880 | (7,494) | (6,652) |

B. SF 26, Block 21 is modified to read $161,603,034; a net increase of $162,121.

C. By amending SECTION E of the Contract Schedule as follows:

  1. In order to correct an administrative error on the part of the Government, arising through no fault on the part of the Contractor, the following modification is made to CLIN 0003:

   a. The following Accounting Classification Reference Number (ACR) is added to CLIN 0003:

   "ACR: AA"

  2. CLIN 0005 is modified to read $46,675,781; a net increase of $11,717.

  3. CLIN 0011 is modified to read $44,330,310; a net increase of $2,535.

  4. CLIN 0026 is modified to incorporate the following:

| "0026AB | ECP No. KC-10A-0009, Installation of Cryogenic Vent. ACR: AK | 1 | LO | 52,184 |
| 0026AC | ECP No. KC-10A-0012, Revising Horizontal Situation Indicator (HSI) to Display INS Ground Speed. ACR: AL | 1 | LO | 43,305 |
| 0026AD | ECP No. KC-10A-0016, Passenger Compartment Crewmember Public Address (PA) Capability. ACR: AM | 1 | LO | 44,500 |
| 0026AE | ECP No. KC-10A-0017, Deletion of Station 495, Smoke Screen. ACR: AN" | 1 | LO | 7,880 |

Ex.: 18; p.: 941

D. By amending SECTION I of the Contract Schedule as follows:

   1. By adding the following delivery requirement to paragraph 1;

| "ITEM | OTHER SUPPLIES |
|---|---|
| 0026AB | Complete not later than 31 October 1980 |
| 0026AC | Complete not later than 31 October 1980 |
| 0026AD | Complete not later than 31 October 1980 |
| 0026AE | Complete not later than 31 October 1980" |

E. By amending SECTION J of the Contract Schedule as follows:

   1. By deleting TABLE IV to Provision J.8, "Options," dated 1 Feb 79, and attached to Supplemental Agreement P00008, and substituting the revised TABLE IV, dated 16 March 1979, as set forth in Attachment 1 of Supplemental Agreement P00010.

   2. By revising in its entirety Special Provision J.14.c. and incorporating the revised Special Provision J.14.c, dated 16 March 1979, as set forth in Attachment 2 of Supplemental Agreement P00010.

   3. By revising in its entirety the Payment Schedule appearing in J.14.d. and incorporating the revised Payment Schedule dated 16 Mar 1979, for the first airplane ordered pursuant to Option No. 2, CLIN 0011, as set forth in Attachment 3 of Supplemental Agreement P00010.

F. By amending SECTION K of the contract schedule as follows:

   1. By deleting in its entirety SECTION K and substituting the following in lieu thereof:

"SECTION K - CONTRACT ADMINISTRATION DATA

1. Accounting and Appropriation Data

| ACRN | FUND CITATION |
|---|---|
| AA | 577 3010 117 6340 10ATCA 103000 00000 27222F S503000 F03000 (+28,800,000) |
| AB | 579 3010 119 6340 10ATCA 101300 00000 27222F S503000 F03000 (+39,941,545) |
| AC | 579 3010 119 6340 10ATCA 101300 00000 27222F S503000 F03000 (+   650,642) |
| AD | 579 3010 119 6340 10ATCA 101100 00000 27222F S503000 F03000 (+46,675,781) |
| AE | 579 3010 119 6340 10ATCA 104100 00000 27222F S503000 F03000 (+   251,655) |
| AF | 579 3010 119 6340 10ATCA 101200 00000 27222F S503000 F03000 (+   763,435) |
| AG | 579 3010 119 6340 10ATCA 101300 00000 27222F S503000 F03000 (+   31,878) |
| AH | 579 3010 119 6340 10ATCA 101600 00000 27222F S503000 F03000 (+44,330,310) |

Ex.: 18; p.: 942

| ACRN | FUND CITATION | | |
|------|---------------|---|---|
| AJ | 579 3010 119 6340 10ATCA 101400 00000 27222F S503000 F03000 | (+ | 9,919) |
| AK | 579 3010 119 6340 10ATCA 101400 00000 27222F S503000 F03000 | (+ | 52,184) |
| AL | 579 3010 119 6340 10ATCA 101400 00000 27222F S503000 F03000 | (+ | 43,305) |
| AM | 579 3010 119 6340 10ATCA 101400 00000 27222F S503000 F03000 | (+ | 44,500) |
| AN | 579 3010 119 6340 10ATCA 101400 00000 27222F S503000 F03000 | (+ | 7,880) |

2. Purchase Request Number

   AFALD-78-00001     (Basic Contract/P00004)
   FY7273-79-00002    (P00006)
   FY7273-79-00005    (P00008)
   FY7273-79-00007    (P00010)

3. Information for Administrative and Paying Office

   a. Contracts Office Representative: Capt Joseph F. Thumser

   b. Symbol of Contracts Office: AFALD/YTPP

   c. Telephone Number: (513) 255-2833/2834"

S. By amending SECTION M of the Contract as follows:

   1. Attachment No. 3, Detail Specification DS-5500-ATCA, dated 30 Sep 77, is modified to incorporate ECP No. KC-10A-0009, Installation of a Cryogenic Vent:

   a. By adding the following:

      1) 25-50.50.00    Cryogenic Vent

      2) 25-20.51.00    A cryogenic vent shall be installed at approximately station 1100 LH as a means for release of gases carried as part of the cargo payload.

      3) Revises TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX as follows:

         Adds the following Detail Specification requirement and its associated verification method:

         25-20.50.00    N

         25-50.51.00    1              1.2

Ex.: 18; p.: 943

2. Attachment No. 3, Detail Specification DS-5500-ATCA, dated 30 Sep 77, is modified to incorporate ECP No. KC-10A-0012, Revise Horizontal Situation Indicator (HSI) to Display INS Groundspeed:

   a. By adding the following:

      1) FIGURE 31-10A    MAIN INSTRUMENT PANEL ∅

          ∅Revised to show HSI MILES and GND SPEED readouts.

      2) 34-23.01.01  *  Each HSI shall display either radio and magnetically derived information or INS information. The dual HSI counters shall always display INS distance-to-go and ground speed.

      3) 34-23.01.05  *  The dual readouts shall be compatible with the requirements in ARINC 561-2 dated 1 Feb 68, including all supplements through 6 dated 20 May 70 and ARINC 568 dated 9 Feb 68, except that display of distance-to-go shall be 000 to 999 nautical miles.

      4) FIGURE 34-01    NAVIGATION SYSTEM ∅

          ∅Revised to show INS distance-to-go and ground speed inputs to the HSI.

      5) TABLE 1-1       VERIFICATION CROSS REFERENCE INDEX ∅

          ∅Revised to add the following Detail Specification Requirements and the associated verification methods:

| | | | | |
|---|---|---|---|---|
| 34-23.01.01 | 1 | | 3 | 1.2, 1.4 |
| 34-23.01.05 | | 2 | | 1.3 |

3. Attachment No. 3, Detail Specification DS-5500-ATCA, dated 30 Sep 77, is modified to incorporate ECP No. KC-10A-0016, Passenger Compartment Crewmember Public Address (PA) Capability:

   a. By adding the following:

      1) 23-31.04.00  *  PA capability shall be from the flight compartment handset and from the pilot's, copilots and flight engineer's oxygen mask or boom microphone by operating the PA push-to-talk switch on their respective audio selector panel. PA capability is also available from the crew/personnel and avionics compartments.

      2) 23-31.05.00  *  A hand-held microphone with a push-to-talk switch and a microphone hanger shall be installed in the crew/personnel compartment to enable PA announcements from the crew/personnel compartment.

Ex.: 18; p.: 944

3) 23-31.05.01 *     A microphone jack to accommodate the PA hand-held microphone shall be installed in the vicinity of the boom/mask microphone/headset jack outlet in the crew/personnel compartment.

4) Revises TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX as follows:

Adds the following Detail Specification requirements and their associated verification methods and requirements:

```
23-31.04.00    1    3  ;   1.2   1.4
23-31.05.00    1    3  ;   1.2   1.4
23-31.05.01    1             1.2
```

4. Attachment No. 3, Detail Specification DS-5500-ATCA, dated 30 Sep 77, is modified to incorporate ECP No. KC-10A-0017, Deletion of Station 495 Smoke Screen;

   a. By adding the following:

      1) 25-59.21.09 *  - a barrier net, capable of furnishing 9g restraint for 175,000 pounds of cargo. Access to the cargo compartment through the net shall be provided.

      2) FIGURE 25-01.    MIXED PERSONNEL/CARGO CONFIGURATIONS

          Figure 25-01 will be revised to change "CARGO NET/ SMOKE BARRIER STOWED POSITION" to "CARGO NET STOWED POSITION".

      3) FIGURE 25-50.    ALL CARGO CONFIGURATIONS

          Figure 25-50 will be revised to change "CARGO NET/ SMOKE BARRIER POSITION" to "CARGO NET POSITION".

      4) FIGURE 25-51.    PAYLOAD CAPABILITY

          Figure 25-51 will be revised to change "CARGO NET/ SMOKE BARRIER POSITION" to "CARGO NET POSITION".

H. The modifications contained herein are considered complete, equitable adjustment for all the above changes to the contract. The Contractor releases the Government from any and all liability under the contract for further adjustments attributable to any of the changes contained above, except for any changes to the prices attributable to the workings of the clause in the basic contract entitled Economic Price Adjustment.

3 Attachments

1. TABLE IV to Provision J.8, "OPTIONS dated 16 Mar 79
2. Special Provision J.14.c., dated 16 Mar 79
3. Special Provision J.14.d., Payment Schedule, dated 16 Mar 79

Ex.: 18; p.: 945

TABLE IV TO PROVISION J.8, "OPTIONS"
AIRCRAFT PRICE STRUCTURE - ALTERNATE OPTIONS (UPM)
GOVERNMENT FISCAL YEAR (GFY) 1976 DOLLARS

F33700-78-C-0001
P00010
16 March 1979

Ex.: 18; p.: 946

| a | b | | c | | d | | e | | f | | g |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ATCA Fuselage No. | Commercial Airframe Base Price | + | ATCA Peculiar Base Price | − | Airframe Discount | = | Net Airframe Base Price | + | Engine Base Price | = | Total Net Base Price |
| | $27,450,176 | | $5,242,063 | | $9,600,000 | | $24,092,239 | | $6,071,169 | | $30,163,408 |
| | 27,450,176 | | 4,274,146 | | 9,600,000 | | 22,124,322 | | 6,071,169 | | 28,195,491 |
| | 27,450,176 | | 3,774,557 | | 9,600,000 | | 21,624,733 | | 6,071,169 | | 27,695,902 |
| | 27,450,176 | | 3,410,394 | | 10,000,000 | | 20,860,570 | | 6,071,169 | | 26,931,739 |
| | 27,450,176 | | 3,163,795 | | 10,000,000 | | 20,613,971 | | 6,071,169 | | 26,685,140 |
| | 27,450,176 | | 2,923,583 | | 10,000,000 | | 20,373,759 | | 6,071,169 | | 26,444,928 |
| | 27,450,176 | | 2,695,171 | | 10,000,000 | | 20,145,347 | | 6,071,169 | | 26,216,515 |
| | 27,450,176 | | 2,483,386 | | 10,000,000 | | 19,933,562 | | 6,071,169 | | 26,004,731 |
| | 27,450,176 | | 2,283,280 | | 10,000,000 | | 19,733,456 | | 6,071,169 | | 25,804,625 |
| | 27,450,176 | | 2,127,531 | | 10,000,000 | | 19,577,707 | | 6,071,169 | | 25,648,876 |
| | 27,450,176 | | 1,998,110 | | 10,000,000 | | 19,448,286 | | 6,071,169 | | 25,519,455 |
| | 27,450,176 | | 1,933,084 | | 10,000,000 | | 19,383,260 | | 6,071,169 | | 25,454,429 |
| | 27,450,176 | | 1,862,979 | | 10,000,000 | | 19,313,155 | | 6,071,169 | | 25,384,324 |
| | 27,450,176 | | 1,809,884 | | 10,000,000 | | 19,260,060 | | 6,071,169 | | 25,331,229 |
| | 27,450,176 | | 1,761,623 | | 10,000,000 | | 19,211,799 | | 6,071,169 | | 25,282,968 |
| | 27,450,176 | | 1,717,425 | | 10,000,000 | | 19,167,601 | | 6,071,169 | | 25,238,770 |
| | 27,450,176 | | 1,676,792 | | 10,000,000 | | 19,126,968 | | 6,071,169 | | 25,198,137 |
| | 27,450,176 | | 1,639,177 | | 10,000,000 | | 19,089,353 | | 6,071,169 | | 25,160,522 |
| | 27,450,176 | | 1,604,378 | | 10,000,000 | | 19,054,554 | | 6,071,169 | | 25,125,723 |
| | 27,450,176 | | 1,264,020 | | 4,000,000 | | 24,714,196 | | 6,071,169 | | 30,785,365 |
| -30 | 27,450,176 | | 911,903 | | 4,000,000 | | 24,362,079 | | 6,071,169 | | 30,433,248 |
| -35 | 27,450,176 | | 791,086 | | 5,000,000 | | 23,241,262 | | 6,071,169 | | 29,312,431 |
| -40 | 27,450,176 | | 707,612 | | 5,000,000 | | 23,157,788 | | 6,071,169 | | 29,228,957 |
| -45 | 27,450,176 | | 641,823 | | 6,000,000 | | 22,091,999 | | 6,071,169 | | 28,163,168 |
| -50 | 27,450,176 | | 588,441 | | 6,000,000 | | 22,038,617 | | 6,071,169 | | 28,109,786 |
| -60 | 27,450,176 | | 525,460 | | 7,000,000 | | 20,975,636 | | 6,071,169 | | 27,046,805 |

ATCH 1

"c. Progress payments for aircraft number one (line item 0005) shall be made in accordance with the following payment schedule:

## PAYMENT SCHEDULE

| Months Before Aircraft First Flight | Payment - Cumulative % of Aircraft Cost | Monthly Amount | Cumulative Amount |
|---|---|---|---|
| 22 | 5 | 2,100,410 | 2,100,410 |
| 21 | 6 | 420,082 | 2,520,492 |
| 20 | 7.5 | 630,123 | 3,150,615 |
| 19 | 9 | 630,123 | 3,780,738 |
| 18 | 10 | 420,082 | 4,200,820 |
| 17 | 12 | 840,164 | 5,040,984 |
| 16 | 15 | 1,260,247 | 6,301,231 |
| 15 | 17.5 | 1,050,205 | 7,351,436 |
| 14 | 20 | 1,050,205 | 8,401,641 |
| 13 | 22.5 | 1,050,205 | 9,451,846 |
| 12 | 25 | 1,050,205 | 10,502,051 |
| 11 | 27.5 | 1,050,205 | 11,552,256 |
| 10 | 32.5 | 2,100,410 | 13,652,666 |
| 9 | 40 | 3,150,615 | 16,803,281 |
| 8 | 45 | 2,100,410 | 18,903,691 |
| 7 | 52.5 | 3,150,616 | 22,054,307 |
| 6 | 60 | 3,150,615 | 25,204,922 |
| 5 | 64 | 1,680,328 | 26,885,250 |
| 4 | 67.5 | 1,470,287 | 28,355,537 |
| 3 | 70 | 1,050,205 | 29,405,742 |
| 2 | 72.5 | 1,050,205 | 30,455,947 |
| 1 | 75 | 1,050,205 | 31,506,152 |

The above cumulative percentages do not exceed eighty percent (80%) of estimated incurred costs at each month designated.

Upon successful completion of the aircraft's first flight, the Contractor shall be entitled to a cumulative payment of ninety percent (90%) of the price of aircraft number one or $42,003,203. To receive this milestone payment, the Contractor shall not be required to comply with the statement of cost submission requirement stated in DAR (ASPR) E-529.4(b). The certification required by DAR (ASPR) E-529.4(c) and (d), however, shall be provided prior to payment to the effect that the milestone has been completed and that total payments do not exceed the Contractor's total incurred contract costs. The balance of the first aircraft's price, $4,667,578, shall be paid at the time of final delivery to, and acceptance by (DD 250), the Government."

Ex.: 18; p.: 947

ATCH 2

## "PAYMENT SCHEDULE

| Months Before Aircraft Delivery | Payment - Cumulative % of Aircraft Cost | Monthly Amount | Cumulative Amount |
|---|---|---|---|
| 22 | 5 | 1,994,864 | 1,994,864 |
| 21 | 6 | 398,973 | 2,393,837 |
| 20 | 7.5 | 598,459 | 2,992,296 |
| 19 | 9 | 598,459 | 3,590,755 |
| 18 | 10 | 398,973 | 3,989,728 |
| 17 | 12 | 797,946 | 4,787,674 |
| 16 | 15 | 1,196,918 | 5,984,592 |
| 15 | 17.5 | 997,432 | 6,982,024 |
| 14 | 20 | 997,432 | 7,979,456 |
| 13 | 22.5 | 997,432 | 8,976,888 |
| 12 | 25 | 997,432 | 9,974,320 |
| 11 | 27.5 | 997,432 | 10,971,752 |
| 10 | 32.5 | 1,994,864 | 12,966,616 |
| 9 | 40 | 2,992,296 | 15,958,912 |
| 8 | 45 | 1,994,864 | 17,953,776 |
| 7 | 52.5 | 2,992,295 | 20,946,071 |
| 6 | 60 | 2,992,296 | 23,938,367 |
| 5 | 64 | 1,595,892 | 25,534,259 |
| 4 | 67.5 | 1,396,404 | 26,930,663 |
| 3 | 70 | 997,432 | 27,928,095 |
| 2 | 72.5 | 997,432 | 28,925,527 |
| 1 | 75 | 997,432 | 29,922,959 |

The above cumulative percentages do not exceed eighty percent (80%) of estimated incurred costs at each month designated."

ATCH 3
Ex.: 18; p.: 948

SPECIFICATION CHANGE NOTICE (SCN) — PAGE 1 OF 1

| SCN TITLE | SCN NO. AND DATE | MODEL |
|---|---|---|
| INSTALLATION OF CRYOGENIC VENT AS MEANS FOR RELEASE OF GASES CARRIED AS PART OF THE CARGO PAYLOAD | C25505-0? 11-21-78 | KC-10A |

**SCOPE OF CHANGE**

Installs a cryogenic vent at approximately station 1100 on the left hand side of the fuselage.

This vent shall be used as a means for release of gases carried as part of the cargo payload.

**EFFECT ON MANUFACTURER'S WEIGHT EMPTY:** Increases 1 lb.

**REMARKS/REFERENCES:**

This SCN is associated with ECP KC-10A-0009.
SCN approved upon CCLN 78-1-406, dated 25 Apr 79, comment incorporation.

| BASE DTS NUMBER | APPLICABLE TO DS NUMBER | REQUIRES PRIOR OR CONCURRENT ACCEPTANCE OF THE FOLLOWING SCN(S) |
|---|---|---|
| DS 5500-ATCA | NONE | |

**PRICE**

THIS CHANGE WILL BE EFFECTIVE ON: Ship #1 and Subs.
PROVIDED APPROVAL IS RECEIVED BY: ~~1 February 1979~~ 23 Apr 79

SELLER APPROVAL
BY _____ DATE _____

BUYER APPROVAL
BY *Ronald R Chakel* DATE 23 Apr 79

DAC 25-2036 (REV.11-78)

Ex. 18; p. 949

| SCN TITLE | SCN NO. AND DATE | MODEL |
|---|---|---|
| INSTALLATION OF CRYOGENIC VENT AS MEANS FOR RELEASE OF GASES CARRIED AS PART OF THE CARGO PAYLOAD | C25505-01 11-21-78 | KC-10A |

THE INDICATED PORTIONS OF THE SPECIFICATION SHALL READ AS FOLLOWS:

25-50.50.00    Cryogenic Vent

25-50.51.00    A cryogenic vent shall be installed at approximately station 1100 LH as a means for release of gases carried as part of the cargo payload.

Revises TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX as follows:

Adds the following Detail Specification requirement and its associated verification method:

25-50.50.00    N

25-50.51.00    1    1.2

| SPECIFICATION CHANGE NOTICE (SCN) | | PAGE i OF i |
|---|---|---|
| **SCN TITLE** HORIZONTAL SITUATION INDICATORS REVISED TO DISPLAY INS GROUND SPEED | **SCN NO. AND DATE** C34231-37 11-18-78 | **MODEL** KC-10A |

**SCOPE OF CHANGE**

Installs two Seller-furnished horizontal situation indicators (HSI's) with dual readouts, one for INS distance-to-go (MILES) and the other for INS ground speed (GND SPEED), in lieu of the HSI's specified for the pilot and copilot.

Revises aircraft wiring such that the pilot's HSI readouts will display either INS-1 or INS-3 (AUX) data and the copilot's HSI readouts will display either INS-2 or INS-3 (AUX) data at all times.

EFFECT ON MANUFACTURER'S WEIGHT EMPTY: Increases 1 lb.
EFFECT ON WEIGHT ADJUSTABLE PORTIONS:
ESTIMATED EFFECT ON OPERATOR'S ITEMS:

REMARKS/REFERENCES:

This SCN is associated with ECP KC-10A-0012.
SCN approved upon CCLN 78-1-406, dated 25 Apr 79, comment incorporation.

| BASE DTS NUMBER | APPLICABLE TO DS NUMBER | REQUIRES PRIOR OR CONCURRENT ACCEPTANCE OF THE FOLLOWING SCN(S) |
|---|---|---|
| | | |

PRICE

THIS CHANGE WILL BE EFFECTIVE ON: Ship #1 and Subs.
PROVIDED APPROVAL IS RECEIVED BY: 23 Apr 1979

SELLER APPROVAL                BUYER APPROVAL
BY _____ DATE _____   BY Ronald R. _____ DATE 23 Apr 79

| SPECIFICATION CHANGE NOTICE (SCN) CONTINUED | | PAGE 1 of 1 |
|---|---|---|
| **SCN TITLE** HORIZONTAL SITUATION INDICATORS REVISED TO DISPLAY INS GROUND SPEED | **SCN NO. AND DATE** C34231-37 11-18-78 | **MODEL** KC-10A |

THE INDICATED PORTIONS OF THE SPECIFICATION SHALL READ AS FOLLOWS:

FIGURE 31-10A   MAIN INSTRUMENT PANEL ∅

    ∅Revised to show HSI MILES and GND SPEED readouts.

34-23.01.01 *   Each HSI shall display either radio and magnetically derived information or INS information. The dual HSI counters shall always display INS distance-to-go and ground speed.

34-23.01.05 *   The dual readouts shall be compatible with the requirements in ARINC 561-2 dated 1 Feb 68, including all supplements through 6 dated 20 May 70 and ARINC 568 dated 9 Feb 68, except that display of distance-to-go shall be 000 to 999 nautical miles.

FIGURE 34-01   NAVIGATION SYSTEM ∅

    ∅Revised to show INS distance-to-go and ground speed inputs to the HSI.

TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX∅

    ∅Revised to add the following Detail Specification Requirements and the associated verification methods:

    34-23.01.01    1    3    1.2, 1.4

    34-23.01.05         2        1.3

Case3:11-cv-00061-JSW Document72 Filed01/24/11 Page14 of 20

Ex.: 18; p.: 952

| SPECIFICATION CHANGE NOTICE (SCN) | | PAGE i OF i |
|---|---|---|

| SCN TITLE | SCN NO. AND DATE | MODEL |
|---|---|---|
| ADDITION OF PA CAPABILITY IN THE CREW/PERSONNEL COMPARTMENT | C23311-38<br>03-07-79 | KC-10A |

**SCOPE OF CHANGE**

Installs a hand-held microphone with a push-to-talk switch, a microphone hanger and a microphone jack in the vicinity of the boom/mask microphone/headset jack outlet in the crew/personnel compartment to provide passenger address capability from the crew/personnel compartment.

Paragraph 23-31.04.00 of DS 5500 ATCA will be revised and two new paragraphs added to 23-31 to cover this change. Plus their associated verification methods will be added to Table 1-1.

| EFFECT ON MANUFACTURER'S WEIGHT EMPTY: | Increases 1.6 lbs. (Estimated) |
|---|---|
| EFFECT ON WEIGHT ADJUSTABLE PORTIONS: | None |
| ESTIMATED EFFECT ON OPERATOR'S ITEMS: | None |

**REMARKS/REFERENCES:**

This SCN is associated with AC/SN No. ATCA-0020 and ECP KC-10A-0016. SCN approved upon CCLN 78-1-406, dated 25 Apr 79, comment incorporation.

| BASE OTS NUMBER | APPLICABLE TO DS NUMBER | REQUIRES PRIOR OR CONCURRENT ACCEPTANCE OF THE FOLLOWING SCN(S) |
|---|---|---|
| | 5500 ATCA | None |

PRICE

THIS CHANGE WILL BE EFFECTIVE ON: Ship #1 and Subs.
PROVIDED APPROVAL IS RECEIVED BY: ~~2 April 1979~~ 23 Apr 79

SELLER APPROVAL

BY _____ DATE _____   BY _Ronald R Chakel_   23 Apr 79

Ex.: 18; p.: 953

DAC 25-2034 (REV 10-75)

| SPECIFICATION CHANGE NOTICE (SCN) | | PAGE i OF i |
|---|---|---|
| SCN TITLE: REMOVAL OF SMOKE CURTAIN FROM CARGO BARRIER NET | SCN NO. AND DATE C25591-07 03-09-79 | MODEL KC-10A |

**SCOPE OF CHANGE**

Removes the curtain which functions as a smoke barrier when the cargo net is installed at station 495.

Paragraph 25-59.21.09 and Figures 25-01, 25-50 and 25-51 of DS 5500 ATCA shall be revised to reflect this change.

**EFFECT ON MANUFACTURER'S WEIGHT EMPTY:** Decreases 3.6 lbs.

**REMARKS/REFERENCES:**

This SCN is associated with AC/SN No. ATCA-0025 and ECP KC-10A-0017. SCN approved upon CCLN 78-1-406, dated 25 Apr 79, comment incorporation.

| BASE DTS NUMBER | APPLICABLE TO DS NUMBER | REQUIRES PRIOR OR CONCURRENT ACCEPTANCE OF THE FOLLOWING SCN(S) |
|---|---|---|
| | 5500 ATCA | None |

**PRICE**

THIS CHANGE WILL BE EFFECTIVE ON: Ship #1 and Subs
PROVIDED APPROVAL IS RECEIVED BY: ~~2 April 1979~~ 23 Apr 79

SELLER APPROVAL

BY _____ DATE _____

BUYER APPROVAL

BY Ronald R Chabot   23 Apr 79

Ex. 18, p. 0346

| SPECIFICATION CHANGE NOTICE (SCN) CONTINUED | | PAGE 1 of 1 |
|---|---|---|
| SCN TITLE: REMOVAL OF SMOKE CURTAIN FROM CARGO BARRIER NET | SCN NO. AND DATE C25591-07 03-09-79 | MODEL KC-10A |

THE INDICATED PORTIONS OF THE SPECIFICATION SHALL READ AS FOLLOWS:

25-59.21.09 * — a barrier net, capable of furnishing 9g restraint for 175,000 pounds of cargo. Access to the cargo compartment through the net shall be provided.

FIGURE 25-01.    MIXED PERSONNEL/CARGO CONFIGURATIONS

Figure 25-01 will be revised to change "CARGO NET/SMOKE BARRIER STOWED POSITION" to "CARGO NET STOWED POSITION".

FIGURE 25-50.    ALL CARGO CONFIGURATIONS

Figure 25-50 will be revised to change "CARGO NET/SMOKE BARRIER POSITION" to "CARGO NET POSITION".

FIGURE 25-51.    PAYLOAD CAPABILITY

Figure 25-51 will be revised to change "CARGO NET/SMOKE BARRIER POSITION" to "CARGO NET POSITION".

Ex.: 18; p.: 955

| MATERIAL INSPECTION AND RECEIVING REPORT | F33700-78-C-0001 | | NO. 1 | 1 | 6. ACCEPTANCE POINT S |
|---|---|---|---|---|---|
| 2. SHIPMENT NO. DGC0355 | 3. DATE SHIPPED 18 APR 85 | 4. B/L TCN | | 5. DISCOUNT TERMS | |

| 8. PRIME CONTRACTOR CODE 88277 McDONNELL DOUGLAS CORPORATION DOUGLAS AIRCRAFT COMPANY 3855 LAKEWOOD BLVD. LONG BEACH, CALIFORNIA 90846 | 10. ADMINISTERED BY CODE FY7837 AFPRO MCDONNELL DOUGLAS CORPORATION DOUGLAS AIRCRAFT COMPANY 3855 LAKEWOOD BLVD. LONG BEACH, CALIFORNIA 90846 |
|---|---|
| 11. SHIPPED FROM (IF OTHER THAN 8) CODE FOR S SEE BLOCK 9 | 12. PAYMENT WILL BE MADE BY CODE HQ., AFCMD ACCOUNTING & FINANCE DIVISION P.O. BOX 5850 ALBUQUERQUE, NEW MEXICO 87115 |
| 13. SHIPPED TO CODE INSTALLED ON AIRCRAFT KC-10A SERIAL NO. 84-0191 AT TIME OF DELIVERY (SEE DD-250 NO. 00174-5) | 14. MARKED FOR CODE |

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION | 17. QUANTITY SHIP'D/REC'D | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0021 | AC INCREASED ACCOMMODATIONS KIT (GROUP B) (K94256-03A) IN ACCORDANCE WITH APPENDIX A, (ALTERNATE 3), TO SPECIFICATION DS 5500 ATCA DATED 15 FEB 1980, AS SUBSEQUENTLY AMENDED. KIT IS COMPLETE, FUNCTIONS PROPERLY AND MEETS ALL CONTRACTUAL REQUIREMENTS. (KIT WILL BE INSTALLED IN KC-10A AIRCRAFT SERIAL NUMBER 84-0191 AT TIME OF AIRCRAFT DELIVERY) | 1 | EA. | | |

21. PROCUREMENT QUALITY ASSURANCE
A. ORIGIN [X] PQA [X] ACCEPTANCE OF LISTED ITEMS HAS BEEN MADE BY ME OR UNDER MY SUPERVISION AND THEY CONFORM TO CONTRACT EXCEPT AS NOTED HEREIN OR ON SUPPORTING DOCUMENTS
B. DESTINATION [ ] PQA [ ] ACCEPTANCE OF LISTED ITEMS HAS BEEN MADE BY ME OR UNDER MY SUPERVISION AND THEY CONFORM TO CONTRACT EXCEPT AS NOTED HEREIN OR ON SUPPORTING DOCUMENTS

22. RECEIVER'S USE
QUANTITIES SHOWN IN COLUMN 17 WERE RECEIVED IN APPARENT GOOD CONDITION EXCEPT AS NOTED

DATE 85618 TYPED NAME AND OFFICE L. E. GRANT AFPRO, LB FY7837

23. CONTRACTOR USE ONLY
CONTRACT F33700-78-C-0001 MODIFICATION P00085

| PACKAGE DIM | LENGTH INCHES | WIDTH INCHES | HEIGHT INCHES | CUBIC FEET | CODE | ACCOUNT NO. | AMOUNT |
|---|---|---|---|---|---|---|---|
| WEIGHT | NET | GROSS | INSPECTOR | DATE | | | |
| PKG LEVEL | | | R. L. RIVERS | | | | |
| ISSUE DATE 85 APR 11 | SHIP DATE 18 APRIL 1985 | S.O. DPP31000 | SIR: | N/A | TRAILER | PACKING SHEET NO. 00175-5 | |

APPROPRIATION BC 5723010 112 4720 10ATCA 010170 00000 27222F 595600 F95600

DD 250 REPLACES EDITION OF 1 OCT. 1966 WHICH MAY B

Ex.: 19; p.: 956

| MATERIAL INSPECTION AND RECEIVING REPORT | | F33700-78-C-0001 | | | | NO. 1 | 8. ACCEPTANCE POINT 2 |
|---|---|---|---|---|---|---|---|
| | | | | | | DATE 5 | |
| 2. SHIPMENT NO. DGC0354 | 3. DATE SHIPPED 18 APR 85 | 4. B/L TCN | | | 9. DISCOUNT TERMS | | |
| 8. PRIME CONTRACTOR McDONNELL DOUGLAS CORPORATION DOUGLAS AIRCRAFT COMPANY 3855 LAKEWOOD BLVD. LONG BEACH, CALIFORNIA 90846 | | | CODE 88277 | 10. ADMINISTERED BY AFPRO MCDONNELL DOUGLAS CORPORATION DOUGLAS AIRCRAFT COMPANY 3855 LAKEWOOD BLVD. LONG BEACH, CALIFORNIA 90846 | | | CODE FY7837 |
| 11. SHIPPED FROM (IF OTHER THAN 8) SEE BLOCK 9 | | CODE | FOB S | 12. PAYMENT WILL BE MADE BY HQ., AFCMD ACCOUNTING & FINANCE DIVISION P.O. BOX 5850 ALBUQUERQUE, NEW MEXICO 87115 | | | CODE |
| 13. SHIPPED TO ALL AIRCRAFT SHALL BE DELIVERED AT THE PRIME CONTRACTOR'S PLANT, LONG BEACH, CALIFORNIA | | CODE | | 14. MARKED FOR | | | CODE |

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (INDICATE NUMBER OF SHIPPING CONTAINERS - TYPE OF CONTAINER - CONTAINER NO.) | 17. QUANTITY SHIP'D/REC'D | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0040 AG | 1. KC-10A ADVANCED TANKER/CARGO AIRCRAFT AF SERIAL NO. 84-0191 (FACTORY SERIAL NO. 48230) IN ACCORDANCE WITH SPECIFICATION DS 5500 ATCA DATED 15 FEB 1980, AND AS SUBSEQUENTLY AMENDED, AND THE CONTRACT STATEMENT OF WORK (PART III) DATED 30 SEPT. 1977. AIRCRAFT IS COMPLETE, FUNCTIONS PROPERLY, AND MEETS ALL CONTRACTUAL REQUIREMENTS, EXCEPT THOSE ACTUAL NONCONFORMING CONDITIONS AND ALLEGED NONCONFORMING CONDITIONS NOTED HEREIN AND ON ATTACHMENT NO. 1, | 1 | EA. | | |

21. PROCUREMENT QUALITY ASSURANCE

A. ORIGIN [X] PQA [X] ACCEPTANCE OF LISTED ITEMS HAS BEEN MADE BY ME OR UNDER MY SUPERVISION AND THEY CONFORM TO CONTRACT EXCEPT AS NOTED HEREIN OR ON SUPPORTING DOCUMENTS.

B. DESTINATION [ ] PQA [ ] ACCEPTANCE OF LISTED ITEMS HAS BEEN MADE BY ME OR UNDER MY SUPERVISION AND THEY CONFORM TO CONTRACT, EXCEPT AS NOTED HEREIN OR ON SUPPORTING DOCUMENTS.

22. RECEIVER'S USE QUANTITIES SHOWN IN COLUMN 17 WERE RECEIVED IN APPARENT GOOD CONDITION EXCEPT AS NOTED.

DATE 85618 SIGNATURE OF AUTH GOVT REP TYPED NAME AND OFFICE L. E. GRANT AFPRO, LB FY7837

DATE / SIGNATURE OF AUTH GOVT REP / TYPED NAME AND TITLE

"IF QUANTITY RECEIVED BY THE GOVERNMENT IS THE SAME AS QUANTITY SHIPPED, INDICATE BY (✓) MARK, IF DIFFERENT, ENTER ACTUAL QUANTITY RECEIVED BELOW QUANTITY SHIPPED AND ENCIRCLE."

23. CONTRACTOR USE ONLY CONTRACT F33700-78-C-0001 MODIFICATION P00098 AUTHORITY

| PACKAGE DIM | LENGTH INCHES | WIDTH INCHES | HEIGHT INCHES | CUBIC FEET | CODE | ACCOUNT NO. | AMOUNT |
|---|---|---|---|---|---|---|---|
| WEIGHT | NET | GROSS | INSPECTOR R. L. RIVERS | DATE 04/18/85 | | | |
| PKG LEVEL | | | | | | | |
| ISSUE DATE 85 APR 11 | SHIP DATE 18 APRIL 1985 | | S.O. DPP31000 | SIR. | M/A | TRAILER | PACKING SHEET NO. 00174-5 |
| APPROPRIATION | | | | | | | |

ACRN BR ACRN BW + FLYAWAY

DD FORM 250 REPLACES EDITION OF 1 OCT. 1966 WHICH MAY

Ex.: 19; p.: 957

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. PROC. INSTRUMENT IDEN (CONTRACT) | 5. ORDERING NO. | 6. INVOICE NO. |
|---|---|---|---|---|
| DGC0354 | 18 APR 85 | F33700-78-C-0001 | | 00174-5 |

| 15. ITEM NO. | 16. STOCK/PART NO. INDICATE NUMBER OF SHIPPING CONTAINERS - TYPE OF CONTAINER - CONTAINER NO. DESCRIPTION | 17. QUANTITY SHIP'D/REC'D | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0018 | STATUS OF AIRCRAFT AT ACCEPTANCE DOCUMENT NO. 031 DATED 18 APRIL 1985. | | | | |

2. DATA PER SEQUENCE NO. C01D AND C022 OF CONTRACT DATA REQUIREMENTS LIST (DD FORM 1423), CONTRACT EXHIBIT 'C' AS FOLLOWS:

| FORM | TITLE |
|---|---|
| AFTO 95 | SIGNIFICANT HISTORICAL DATA |
| AFTO 100 | AIRCRAFT DATA RECORD |
| AFTO 100A | ACCESSORY REPLACEMENT RECORD |
| AFTO 44 | TURBINE WHEEL RECORD |
| AF 15/15A | INVOICE ENVELOPE |
| AF 2691 | AIRCRAFT MISSILE EQUIPMENT PROPERTY RECORD |
| DD365 A-C & F | WEIGHT AND BALANCE DATA |

3. THE FOLLOWING ITEM IS INSTALLED ON KC-10A S/N 84-0191:

   INCREASED ACCOMMODATIONS KIT        1 EA.
   (K94256-03A)   (GROUP B)

4. ATTACHMENT 2, COMMERCIAL PACKING SHEET NO. 00174-5 TO THIS REPORT IS PROVIDED FOR USAF INFORMATION PURPOSES ONLY. THIS PACKING SHEET CONTAINS AN INVENTORY OF INSTRUMENTS AND SPECIAL EQUIPMENT INSTALLED IN KC-10 AIRCRAFT SERIAL NO. 84-0191 PLUS DELIVERY LOAD/CARGO ITEMS PLACED ONBOARD THE AIRCRAFT.

5. THE DOUGLAS AIRCRAFT COMPANY SHALL, UNDER CONTRACT F33700-78-C-0001, BE RESPONSIBLE FOR UPDATING KC-10A S/N 84-0191 TO THE KC-10 PRODUCT BASELINE DEFINED AS THE FINAL FUNCTIONAL BASELINE (FORM, FIT, FUNCTION, RELIABILITY, AND MAINTAINABILITY) AS DOCUMENTED BY THE SUCCESSFUL COMPLETION OF THE PRE-DELIVERY MILESTONE REVIEW (PDMR).

6. SCHEDULING FOR INCORPORATION OF ALL ACTIONS TO CORRECT NONCONFORMING CONDITIONS NOTED HEREIN AND IN ATTACHMENT 1 WILL BE JOINTLY AGREED TO BY THE AIR FORCE AND DAC WITHIN THREE MONTHS AFTER ACCEPTANCE OF KC-10A S/N 84-0191. THESE CORRECTION EFFORTS SHALL BE SCHEDULED SUCH THAT THEY ARE ACCOMPLISHED PRIOR TO SEPTEMBER 1987 AT A PLACE MUTUALLY AGREEABLE BETWEEN THE PARTIES.

7. THE GOVERNMENT'S ACCEPTANCE OF THE KC-10A S/N 84-0191 SHALL NOT BE DEEMED AS ACCEPTANCE OF NONCONFORMING CONDITIONS PURSUANT TO SPECIAL PROVISION J.28 OF THE CONTRACT.

DD FORM 250c    REPLACES DD FORM 250C, 1 AUG 67, WHICH IS OBSOLETE

Ex.: 19; p.: 958